# Exhibit C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Date:  October 22, 2007 at 4:00 p.m.**<br>**Hearing Date:  To be determined.** |

### SIXTY-EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **August 1, 2007 through<br>August 31, 2007** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | $23,739.50 |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | $1,306.17 |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the sixty-eighth monthly fee application of Duane Morris LLP.

DM3\570542.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

DM3\570542.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

DM3\570542.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | Pending | Pending |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | Pending | Pending |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | Pending | Pending |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | Pending | Pending |

6

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $650.00 | 7.10 | $4,615.00 |
| Michael R. Lastowski | Partner/27 years | $595.00 | 26.20 | $15,589.00 |
| Richard W. Riley | Partner/19 years | $480.00 | 4.20 | $2,016.00 |
| Beth A. Gruppo | Paralegal | $235.00 | 0.70 | $164.50 |
| Elizabeth M. O'Byrne | Paralegal | $180.00 | 5.00 | $900.00 |
| Alison T. Ash | Legal Assistant | $175.00 | 2.60 | $455.00 |
| | | | 45.80 | $23,739.50 |

Total Fees:      $23,739.50
Total Hours:     45.80

7

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 1.80 | $324.00 |
| Case Administration (04) | 10.70 | $4,323.00 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 16.70 | $9,729.50 |
| Claim Analysis Objections and Resolution (Non-Asbestos) (06) | 1.30 | $784.50 |
| Committee (All-Creditors, Noteholders, Equity Holders) (07) | 0.20 | $130.00 |
| Employment Applications, Applicant (09) | 1.60 | $996.00 |
| Fee Applications, Applicant (12) | 0.70 | $122.50 |
| Fee Applications, Others(13) | 1.80 | $653.00 |
| Hearings (15) | 8.60 | $5,117.00 |
| Litigation and Litigation Consulting (16) | 0.50 | $325.00 |
| Other (25) | 0.60 | $390.00 |
| Business Analysis (27) | 0.60 | $390.00 |
| Data Analysis (29) | 0.70 | $455.00 |
| **TOTAL** | **45.80** | **$23,739.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Dinner – Local | N/A | $46.71 |
| Filing Fees | USBC | $834.81 |
| Telephone | CourtCall | $245.00 |
| Printing & Duplicating-Internal | Duane Morris LLP | $97.65 |
| Travel-Local | N/A | $82.00 |
| **TOTAL** | | **$1,306.17** |

8

WHEREFORE, Duane Morris LLP respectfully requests that, for the period August 1, 2007 through August 31, 2007, an interim allowance be made to Duane Morris LLP for compensation in the amount of $18,991.60 (80% of allowed fees) and $1,306.17 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: October 1, 2007
      Wilmington, Delaware

_Michael R. Lastowski_

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
             rwriley@duanemorris.com

_Co-Counsel to the Official Committee_
_of Unsecured Creditors_

9

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

September 7, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1330087

IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 26.20 | hrs. at | $595.00 | /hr. = | $15,589.00 |
| RW RILEY | PARTNER | 4.20 | hrs. at | $480.00 | /hr. = | $2,016.00 |
| WS KATCHEN | OF COUNSEL | 7.10 | hrs. at | $650.00 | /hr. = | $4,615.00 |
| BA GRUPPO | PARALEGAL | 0.70 | hrs. at | $235.00 | /hr. = | $164.50 |
| EM O'BYRNE | PARALEGAL | 5.00 | hrs. at | $180.00 | /hr. = | $900.00 |
| AT ASH | LEGAL ASSISTANT | 2.60 | hrs. at | $175.00 | /hr. = | $455.00 |
| | | | | | | $23,739.50 |

DISBURSEMENTS

| | |
|---|---|
| DINNER - LOCAL | 46.71 |
| FILING FEES | 834.81 |
| MISCELLANEOUS | 245.00 |
| PRINTING & DUPLICATING | 97.65 |
| TRAVEL - LOCAL | 82.00 |
| TOTAL DISBURSEMENTS | $1,306.17 |

BALANCE DUE THIS INVOICE                          $25,045.67

PREVIOUS BALANCE                                  $146,168.30

TOTAL BALANCE DUE                                 $171,213.97

DUANE MORRIS LLP

Duane Morris
September 7, 2007
Page 2

File # K0248-00001                                      INVOICE #  1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/21/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/22/2007 | 003 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET AND FORWARD SAME TO W KATCHEN | 0.20 | $36.00 |
| 8/23/2007 | 003 | EM O'BYRNE | REVIEW DOCKET AND DOWNLOAD RECORD OF NEW FILINGS; FORWARD TO W KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 8/24/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/27/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/28/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; EMAIL TO W KATCHEN | 0.20 | $36.00 |
| 8/29/2007 | 003 | EM O'BYRNE | DOWNLOAD DOCKET AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/30/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET AND DOWNLOAD; SCAN TO W KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 8/31/2007 | 003 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET, DOWNLOAD NEW ENTRIES AND FORWARD SAME TO W KATCHEN | 0.20 | $36.00 |
| | | | Code Total | 1.80 | $324.00 |

Duane Morris
September 7, 2007
Page 3

File # K0248-00001                                         INVOICE # 1330087
  W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/1/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/2/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD NEW PLEADINGS; SCAN AND EMAIL TO W KATCHEN | 0.20 | $36.00 |
| 8/2/2007 | 004 | WS KATCHEN | REVIEW LIBBY EXPERTS RESPONSE TO MERAIS & WECKER; REVIEW LIBBY EXPERT RESPONSE TO HABER; REVIEW CLAIMANT'S AUTHORITIES ON BEHALF OF MOTLEY RICE; REVIEW SUPPLEMENTAL REBUTTAL EXPERT REPORT V. ROGGLI; REVIEW LIBBY EXPERT RESPONSE; REVIEW WHITEHOUSE REPORT 7/23/07. | 3.30 | $2,145.00 |
| 8/3/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD NEW PLEADINGS AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/6/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD, SCAN AND FORWARD TO W KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 8/7/2007 | 004 | EM O'BYRNE | REVIEW DOCKET FOR NEW FILINGS; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/7/2007 | 004 | RW RILEY | REVIEWING RECENT FILINGS IN CASE AND REVIEWING MATTERS FOR AUGUST OMNIBUS HEARING | 1.20 | $576.00 |
| 8/8/2007 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 8/9/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/9/2007 | 004 | RW RILEY | REVIEWING MATTERS SCHEDULED FOR AUGUST OMNIBUS HEARING | 1.20 | $576.00 |
| 8/9/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO; ATTENTION TO SCHEDULING MEMO. | 0.20 | $130.00 |
| 8/10/2007 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |

Duane Morris
September 7, 2007
Page 4

File # K0248-00001                                    INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 8/13/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FROM FRIDAY THROUGH TODAY; SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/14/2007 | 004 | EM O'BYRNE | REVIEW DOCKET FOR NEW PLEADINGS; DOWNLOAD AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $36.00 |
| 8/15/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 8/15/2007 | 004 | EM O'BYRNE | REVIEW COURT DOCKET; DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/16/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR NEW PLEADINGS; DOWNLOAD AND FORWARD SAME TO W KATCHEN | 0.20 | $36.00 |
| 8/17/2007 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/20/2007 | 004 | AT ASH | DRAFT NOTICE OF MOTION RE MOTION TO ALTER AND AMEND THE COURT'S MODIFIED ORDER ESTABLISHING THE NON-WAIVER OF PRIVILEGES CONTAINED IN ANSWERS TO THE DEBTORS' INTERROGATORIES AND THE SEALING AND CONFIDENTIALITY OF SUCH ANSWERS. | 0.30 | $52.50 |
| 8/20/2007 | 004 | AT ASH | DRAFT SUPPLEMENTAL SERVICE LIST RE MOTION TO ALTER AND AMEND. | 0.40 | $70.00 |

Duane Morris
September 7, 2007
Page 5

File # K0248-00001                                            INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/20/2007 | 004 | AT ASH | FINALIZE, CONVERT TO PDF FORMAT AND E-FILE MOTION TO ALTER AND AMEND THE COURT'S MODIFIED ORDER ESTABLISHING THE NON-WAIVER OF PRIVILEGES CONTAINED IN ANSWERS TO THE DEBTORS' INTERROGATORIES AND THE SEALING AND CONFIDENTIALITY OF SUCH ANSWERS.  PREPARE FOR SERVICE OF SAME. | 0.60 | $105.00 |
| 8/20/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEETS; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 8/22/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 8/23/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 8/29/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 8/31/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| | | | Code Total | 10.70 | $4,323.00 |

Duane Morris
September 7, 2007
Page 6

File # K0248-00001                                      INVOICE #  1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/4/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: LAW FIRMS MOTIONS FOR PROTECTIVE ORDERS | 0.90 | $535.50 |
| 8/4/2007 | 005 | MR LASTOWSKI | REVIEW ROGGLI REBUTTAL REPORT | 0.70 | $416.50 |
| 8/6/2007 | 005 | RW RILEY | REVIEWING SUPPLEMENTAL/REBUTTAL EXPERT REPORTS OF STEVE M. HAYS, P.E., LAURA S. WELCH, M.D., DR. WILLIAM LONGO AND DR. SAMUEL HAMMAR IN CONNECTION WITH THE ASBESTOS PERSONAL INJURY ESTIMATION HEARING | 1.80 | $864.00 |
| 8/8/2007 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S MOTION TO RETAIN CHARTER OAK | 1.30 | $773.50 |
| 8/13/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING OF ANDERSON MEMORIAL'S MOTION FOR CLASS CERTIFICATION | 1.10 | $654.50 |
| 8/14/2007 | 005 | MR LASTOWSKI | REVIEW WELCH REBUTTAL REPORT | 0.90 | $535.50 |
| 8/20/2007 | 005 | MR LASTOWSKI | REVIEW, SIGN AND FILE COMMITTEE MOTION RE: CONFIDENTIALITY | 1.20 | $714.00 |
| 8/20/2007 | 005 | MR LASTOWSKI | REVIEW AGREED MOTION RE: TILLINGHAST | 0.30 | $178.50 |
| 8/20/2007 | 005 | MR LASTOWSKI | REVIWE HAYES EXPERT REPORT | 0.60 | $357.00 |
| 8/20/2007 | 005 | MR LASTOWSKI | REVIWE LONGO EXPERT REPORT | 0.40 | $238.00 |
| 8/22/2007 | 005 | MR LASTOWSKI | REVIEW LITIGATION STATUS | 0.80 | $476.00 |
| 8/23/2007 | 005 | MR LASTOWSKI | REVIEW LITIGATION STATUS | 1.20 | $714.00 |
| 8/23/2007 | 005 | MR LASTOWSKI | REVIEW CONFIDENTIALITY ISSUES RELATING TO ASBESTOS DISCOVERY | 1.10 | $654.50 |
| 8/23/2007 | 005 | MR LASTOWSKI | REVIEW AGREED MOTION AMONG PARTIES RE: CONFIDENTIALITY OF CERTAIN DOCUMENTS AND INFORMATION PRODUCED BY THE FUTURE CLAIMANT'S REPRESENTATIVE | 0.20 | $119.00 |
| 8/23/2007 | 005 | MR LASTOWSKI | REVIEW ADDITIONAL DESIGNATIONS FOR SPEIGHTS AND RUNYAN APPEAL | 0.90 | $535.50 |
| 8/24/2007 | 005 | MR LASTOWSKI | REVIEW APPELLATE BRIEFS (SPEIGHTS AND RUNYAN APPEAL) | 1.50 | $892.50 |
| 8/30/2007 | 005 | MR LASTOWSKI | REVIEW JOINT MOTION OF THE DEBRTORS AND CLAIMS PROCESSING FACILITY, INC. FOR A PROTECTIVE ORDER | 0.60 | $357.00 |
| 8/30/2007 | 005 | MR LASTOWSKI | REVIEW ORDER RE: MOTION TO AMEND ORDER RE: SPEIGHTS CLAIMS | 0.20 | $119.00 |
| 8/30/2007 | 005 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF PRUDENTIAL SETTLEMENT | 0.50 | $297.50 |
| 8/30/2007 | 005 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF CONTINENTAL CASUALTY COMPANY SETTLEMENT | 0.50 | $297.50 |
| | | | Code Total | 16.70 | $9,729.50 |

Duane Morris
September 7, 2007
Page 7

File # K0248-00001                                          INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/10/2007 | 006 | MR LASTOWSKI | REVIEW DEBTORS' R TO STATE OF IOWA'S MOTION TO ALLOW FILING OF LATE PROOF OF CLAIM | 1.10 | $654.50 |
| 8/13/2007 | 006 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION - IOWA, PROOF OF CLAIM. | 0.20 | $130.00 |
| | | | Code Total | 1.30 | $784.50 |

Duane Morris
September 7, 2007
Page 8

File # K0248-00001                                    INVOICE #  1330087
          W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 8/7/2007 007 | WS KATCHEN | TELEPHONE CONVERSATION WITH CREDITOR (ARGO); REVIEW COMMITTEE MEMO - CITY OF PHILADELPHIA. | 0.20 | $130.00 |
| | | Code Total | 0.20 | $130.00 |

Duane Morris
September 7, 2007
Page 9

File # K0248-00001                                    INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/13/2007 | 009 | WS KATCHEN | REVIEW POST-HEARING BRIEF - ANDERSON MEMORIAL CLASS CLAIM SUBMITTED BY DEBTOR. | 0.80 | $520.00 |
| 8/30/2007 | 009 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 25TH QUARTERLY FEE APPLICATION | 0.80 | $476.00 |
| | | | Code Total | 1.60 | $996.00 |

Duane Morris
September 7, 2007
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1330087

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/6/2007 | 012 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION TO 64TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 8/6/2007 | 012 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION TO 65TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 8/22/2007 | 012 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 66TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.30 | $52.50 |
| | | | Code Total | 0.70 | $122.50 |

Duane Morris
September 7, 2007
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1330087

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/3/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION TO 40TH MONTHLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 8/9/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION TO 74TH MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 8/10/2007 | 013 | EM O'BYRNE | DOWNLOAD AND SCAN 75TH MONTHLY APPLICATION FOR FILING (.2); EFILE WITH THE BANKRUPTCY COURT (.2) | 0.40 | $72.00 |
| 8/22/2007 | 013 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF AN INCREASE IN THE CAP RE: OCP'S | 0.20 | $119.00 |
| 8/22/2007 | 013 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF A SETTLEMENT WITH BP PRODUCTS NORTH AMERICA, INC. | 0.20 | $119.00 |
| 8/23/2007 | 013 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR APPROVAL OF A PROTECTIVE ORDER RE: NATIONAL INSTITUTE OF HEALTH | 0.30 | $178.50 |
| 8/30/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF STROOCK 25TH QUARTERLY FEE APPLICATION | 0.10 | $59.50 |
| | | | Code Total | 1.80 | $653.00 |

Duane Morris
September 7, 2007
Page 12

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1330087

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/14/2007 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF JUNE OMNIBUS HEARING | 0.50 | $297.50 |
| 8/28/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 8/29/07 HEARING | 3.20 | $1,904.00 |
| 8/28/2007 | 015 | MR LASTOWSKI | ANALYSIS OF ISSUES RE: MOTION FOR APPOINTMENT OF TRUSTEE | 1.40 | $833.00 |
| 8/29/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 3.50 | $2,082.50 |
| | | | Code Total | 8.60 | $5,117.00 |

Duane Morris
September 7, 2007
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1330087

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/23/2007 | 016 | WS KATCHEN | REVIEW DEBTORS BRIEF. | 0.50 | $325.00 |
| | | | Code Total | 0.50 | $325.00 |

Duane Morris
September 7, 2007
Page 14

File # K0248-00001                                        INVOICE #  1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/10/2007 | 025 | WS KATCHEN | REVIEW ACC MOTION TO RETAIN CLEARVIEW OAK FINANCIAL CONSULTANTS. | 0.30 | $195.00 |
| 8/14/2007 | 025 | WS KATCHEN | SCHEDULING - STROOCK MEETING WITH DEBTOR. | 0.10 | $65.00 |
| 8/16/2007 | 025 | WS KATCHEN | COMMITTEE E-MAILS. | 0.20 | $130.00 |
| | | | Code Total | 0.60 | $390.00 |

Duane Morris
September 7, 2007
Page 15

File # K0248-00001                                      INVOICE # 1330087
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/1/2007 | 027 | WS KATCHEN | ATTENTION TO PLAN ISSUE. | 0.40 | $260.00 |
| 8/13/2007 | 027 | WS KATCHEN | COMMITTEE CONFERENCE CALL REGARDING STRATEGY ON PLAN ISSUES. | 0.20 | $130.00 |
| | | | Code Total | 0.60 | $390.00 |

Duane Morris
September 7, 2007
Page 16

File # K0248-00001                                          INVOICE #  1330087
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/3/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $130.00 |
| 8/27/2007 | 029 | WS KATCHEN | REVIEW STIPULATION REGARDING CONTINENTAL GAS CO.; REVIEW ORDER REGARDING HEARING AT CHARTER OAK. | 0.30 | $195.00 |
| 8/28/2007 | 029 | WS KATCHEN | REVIEW JOINT MOTION - NATIONAL INSTITUTE ET. AL. FOR PROTECTIVE ORDER. | 0.20 | $130.00 |
| | | | Code Total | 0.70 | $455.00 |

Duane Morris
September 7, 2007
Page 17

File # K0248-00001                                    INVOICE # 1330087
    W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 45.80 | $23,739.50 |

Duane Morris
September 7, 2007
Page 18

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1330087

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 8/31/2007 | DINNER - LOCAL | | 46.71 |
| | | Total: | $46.71 |
| 8/31/2007 | TRAVEL - LOCAL | | 82.00 |
| | | Total: | $82.00 |
| 7/6/2007 | MLR/FEES@COURTCALL/TELPHONICAPPEARANCE-OUTOFSTATECOUNSEL | | 122.50 |
| 7/13/2007 | MLR/FEES@COURTCALL/TELPHONICAPPEARANCE-OUTOFSTATECOUNSEL | | 122.50 |
| | | Total: | $245.00 |
| 8/22/2007 | FILING FEES | | 834.81 |
| | | Total: | $834.81 |
| 8/31/2007 | PRINTING & DUPLICATING | | 2.70 |
| 8/31/2007 | PRINTING & DUPLICATING | | 94.95 |
| | | Total: | $97.65 |
| | TOTAL DISBURSEMENTS | | $1,306.17 |

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                     Chapter: 11 v                          Office: 1 (Delaware)
Judge: JKF                   Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 10/1/2007 at 3:38 PM
EDT and filed on 10/1/2007
**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**    01-01139-JKF
**Document Number:** 16961

**Docket Text:**
Monthly Application for Compensation *(Sixty-Eighth) for Services Rendered and Reimbursement of
Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From August 1,
2007 Through August 31, 2007* Filed by Duane Morris LLP. Objections due by 10/22/2007.
(Attachments: # (1) Exhibit A# (2) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\WRGrace\Duane Morris\68th Monthly\Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2007] [FileNumber=5899001-0]
[391124e3d9366576a7d9650efcdc0157d6b071d58ff702fa020c9409be391b0192b8
a3b435bccd87785fe16d2300bdedcc6f79bd63b23f3406958d1df130638f]]
**Document description:** Exhibit A
**Original filename:** I:\WRGrace\Duane Morris\68th Monthly\Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2007] [FileNumber=5899001-1]
[445ba032af100075c0dd24045629b0167025ec9187afe033a861df77169a0614d85d
44e63d1d00e742dee40d07245d172ba50cb12038dc56695f9e9be51a3480]]
**Document description:** Certificate of Service
**Original filename:** I:\WRGrace\Duane Morris\68th Monthly\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/1/2007] [FileNumber=5899001-2]
[28505766a864532ead408d48648bafb891387d20806030d36ab9f67e707da6e12090
4d5113f4f3bd627322e6d6e88fea4eb202e92c5a738887e2d5ade98f2263]]

**01-01139-JKF Notice will be electronically mailed to:**