# Exhibit D

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: November 19, 2007 at 4:00 p.m.<br>Hearing Date: To be determined. |

**SIXTY-NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **September 1, 2007 through<br>September 30, 2007** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | $36,004.00 |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | $48.39 |

This is an: ☒ monthly ☐ interim ☐ final application.


This is the sixty-ninth monthly fee application of Duane Morris LLP.

DM3\580758.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |

|  | | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 - 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 - 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 - 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 - 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 - 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 - 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 - 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 - 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 - 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 - 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | Pending | Pending |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | 27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |

5

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | Pending | Pending |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | Pending | Pending |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | Pending | Pending |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | Pending | Pending |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | Pending | Pending |

DM3\580758.1

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $650.00 | 17.50 | $11,375.00 |
| Michael R. Lastowski | Partner/27 years | $595.00 | 32.70 | $19,456.50 |
| Richard W. Riley | Partner/19 years | $480.00 | 7.20 | $3,456.00 |
| Matthew E. Hoffman | Associate | $265.00 | 0.50 | $132.50 |
| Beth A. Gruppo | Paralegal | $235.00 | 1.30 | $305.50 |
| Elizabeth M. O'Byrne | Paralegal | $180.00 | 3.70 | $666.00 |
| Alison T. Ash | Legal Assistant | $175.00 | 3.50 | $612.50 |
|  |  |  | 66.40 | $36,004.00 |

Total Fees:      $36,004.00
Total Hours:     66.40

7

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Business Operations (03) | 4.40 | $1,082.50 |
| Case Administration (04) | 3.60 | $1,528.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) (05) | 22.50 | $14,589.00 |
| Claim Analysis Objections and Resolution (Non-Asbestos) (06) | 0.20 | $130.00 |
| Committee (All-Creditors, Noteholders, Equity Holders) (07) | 0.80 | $476.00 |
| Fee Applications, Applicant (12) | 0.30 | $52.50 |
| Fee Applications, Others(13) | 1.80 | $315.00 |
| Hearings (15) | 10.00 | $5,950.00 |
| Litigation and Litigation Consulting (16) | 2.30 | $1,368.50 |
| Other (25) | 12.50 | $7,267.50 |
| Business Analysis (27) | 0.10 | $59.50 |
| Data Analysis (29) | 4.90 | $3,185.00 |
| **TOTAL** | **66.40** | **$36,004.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Dinner – Local | N/A | $8.04 |
| Printing & Duplicating-Internal | Duane Morris LLP | $40.35 |
| **TOTAL** | | **$48.39** |

8

WHEREFORE, Duane Morris LLP respectfully requests that, for the period September 1, 2007 through September 30, 2007, an interim allowance be made to Duane Morris LLP for compensation in the amount of $28,803.20 (80% of allowed fees) and $48.39 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: October 30, 2007
      Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:      mlastowski@duanemorris.com
              rwriley@duanemorris.com

*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

9

# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

October 4, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1337300                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 32.70 | hrs. at | $595.00 | /hr. = | $19,456.50 |
| RW RILEY | PARTNER | 7.20 | hrs. at | $480.00 | /hr. = | $3,456.00 |
| WS KATCHEN | OF COUNSEL | 17.50 | hrs. at | $650.00 | /hr. = | $11,375.00 |
| ME HOFFMAN | ASSOCIATE | 0.50 | hrs. at | $265.00 | /hr. = | $132.50 |
| BA GRUPPO | PARALEGAL | 1.30 | hrs. at | $235.00 | /hr. = | $305.50 |
| EM O'BYRNE | PARALEGAL | 3.70 | hrs. at | $180.00 | /hr. = | $666.00 |
| AT ASH | LEGAL ASSISTANT | 3.50 | hrs. at | $175.00 | /hr. = | $612.50 |
| | | | | | | $36,004.00 |

DISBURSEMENTS
DINNER - LOCAL                                        8.04
PRINTING & DUPLICATING                              40.35
TOTAL DISBURSEMENTS                                              $48.39

BALANCE DUE THIS INVOICE                                        $36,052.39

PREVIOUS BALANCE                                               $114,079.57

TOTAL BALANCE DUE                                             $150,131.96

Duane Morris
October 4, 2007
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/4/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.10 | $18.00 |
| 9/5/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/6/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET FOR UPDATES AND FORWARD TO W KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 9/7/2007 | 003 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET, DOWNLOAD AND SEND TO W KATCHEN | 0.20 | $36.00 |
| 9/10/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FOR PAST THREE DAYS, FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/11/2007 | 003 | EM O'BYRNE | REVIEW DOCKET, DOWNLOAD AND FORWARD TO W KATCHEN | 0 20 | $36.00 |
| 9/12/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET, SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/13/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET, FORWARD SAME TO W KATCHEN | 0.20 | $36.00 |
| 9/14/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; EMAIL TO W KATCHEN | 0.20 | $36 00 |
| 9/17/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/18/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/19/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/19/2007 | 003 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO OPTIMIZATION PLAN | 0.70 | $416.50 |
| 9/20/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; SCAN AND FORWARD TO W KATCHEN | 0.20 | $36 00 |
| 9/21/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD LISTING OF NEW FILINGS AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/24/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FROM LAST FRIDAY FORWARD, SCAN AND EMAIL TO W KATCHEN PURSUANT TO HIS REQUEST | 0 20 | $36.00 |
| 9/25/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; EMAIL TO W KATCHEN PER HIS REQUEST | 0.20 | $36.00 |
| 9/26/2007 | 003 | EM O'BYRNE | REVIEW COURT DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |

Duane Morris
October 4, 2007
Page 3

File # K0248-00001                                    INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/27/2007 | 003 | EM O'BYRNE | REVIEW CASE DOCKET SHEET, DOWNLOAD NEW POSTINGS AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 9/28/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD, SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| | | | Code Total | 4.40 | $1,082.50 |

Duane Morris
October 4, 2007
Page 4

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/4/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23.50 |
| 9/5/2007 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOCK; (.1) | 0.10 | $65 00 |
| 9/6/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/7/2007 | 004 | WS KATCHEN | REVIEW CERTIFICATION OF COUNSEL, AND AMENDED ORDER - 71 CLAIMS (.2) | 0.20 | $130.00 |
| 9/7/2007 | 004 | WS KATCHEN | CONFERENCE WITH COMMITTEE MEMBERS. | 0.40 | $260 00 |
| 9/10/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R J.DIMASSA, L J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 9/11/2007 | 004 | RW RILEY | REVIEWING DOCKET AND MATTERS ON FOR SEPTEMBER OMNIBUS HEARING | 1.60 | $768.00 |

Duane Morris
October 4, 2007
Page 5

File # K0248-00001                                                    INVOICE #  1337300
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|-------|-------|-------|
| 9/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23.50 |
| 9/14/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23 50 |
| 9/17/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23.50 |
| 9/19/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M HAHN | 0.10 | $23 50 |
| 9/21/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0 10 | $23.50 |
| 9/25/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

Duane Morris
October 4, 2007
Page 6

File # K0248-00001                                    INVOICE #  1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23 50 |
| 9/28/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0 10 | $23.50 |
| | | | Code Total | 3.60 | $1,528.50 |

Duane Morris
October 4, 2007
Page 7

File # K0248-00001                                    INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/5/2007 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: SPEIGHTS & RUNYON CLAIMS | 0.10 | $59.50 |
| 9/6/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' SUPPLEMENTAL SUBMISSION IN FAVOR OF EXPUNGING CANADIAN PROPERTY DAMAGE CLAIMS AND UNDERLYING APPENDIX | 2.20 | $1,309.00 |
| 9/6/2007 | 005 | MR LASTOWSKI | REVIEW IRVINE EXPERT REPORT | 1.20 | $714.00 |
| 9/6/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS LIMITED OBJECTION TO OSHA PROTECTIVE ORDER | 0.10 | $59.50 |
| 9/7/2007 | 005 | WS KATCHEN | REVIEW EXPERT REPORT/APPENDIX - CANADIAN ASBESTOS LIMITATIONS | 1.10 | $715.00 |
| 9/11/2007 | 005 | MR LASTOWSKI | REVIEW LIMITED OBJECTIONS TO MOTION FOR APPOINTMENT OF EXAMINER | 1.20 | $714.00 |
| 9/11/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' APPELLATE DESIGNATIONS | 0.10 | $59.50 |
| 9/14/2007 | 005 | RW RILEY | REVIEWING DOCKET AND RECENTLY FILED MATTERS RELATED TO CLAIM ESTIMATION ISSUES INCLUDING CONSENT ORDER CONCERNING CONFIDENTIALITY OF DOCUMENTS AND PLAINTIFF'S RESPONSE TO DEBTOR'S THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS | 2.40 | $1,152.00 |
| 9/19/2007 | 005 | MR LASTOWSKI | REVIEW RULE 9019 MOTIONS RELATING TO SETTLEMENT OF ASBESTOS PROPERTY DAMAGE CLAIMS | 0.80 | $476.00 |
| 9/19/2007 | 005 | RW RILEY | REVIEWING VARIOUS 9019 MOTIONS RELATED TO ASBESTOS PROPERTY DAMAGE CLAIMANTS | 0.80 | $384.00 |
| 9/20/2007 | 005 | MR LASTOWSKI | REVIEW VALUATION ISSUES | 1.20 | $714.00 |
| 9/21/2007 | 005 | MR LASTOWSKI | REVIEW PROTECTIVE ORDER ISSUES | 0.80 | $476.00 |
| 9/21/2007 | 005 | MR LASTOWSKI | REVIEW SETTLEMENT STATUS | 0.50 | $297.50 |
| 9/25/2007 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S APPELLATE BRIEF ON BEHALF OF CLAIMANTS' WHOSE CLAIMS WERE DISMISSED BY THE COURT'S ORDER DATED 4/17/07 | 0.70 | $416.50 |
| 9/26/2007 | 005 | MR LASTOWSKI | ANALYSIS OF COMMITTEE REBUTTAL REPORT | 2.20 | $1,309.00 |
| 9/26/2007 | 005 | MR LASTOWSKI | REVIEW CLAIM VALUATION ISSUES | 2.20 | $1,309.00 |

Duane Morris
October 4, 2007
Page 8

File # K0248-00001                                    INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/26/2007 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMS REPRESENTATIVE'S REBUTTAL REPORT AND SUPPORTING MATERIALS | 2.40 | $1,428.00 |
| 9/26/2007 | 005 | MR LASTOWSKI | REVIEW ISSUES RELATING TO SERVICE OF EXPERT REPORTS | 0.20 | $119.00 |
| 9/26/2007 | 005 | RW RILEY | REVIEWING SUPPLEMENTAL EXPERT REPORT OF OF JENNIFER L. BIGGS; REVIEWING REBUTTAL EXPERT REPORT OF MARSHALL SHAPO; REVIEWING REBUTTAL EXPERT REPORT OF JACOB JACOBY; AND REVIEWING REBUTTAL/SUPPLEMENTAL EXPERT REPORTS OF JOSEPH RADECKI AND P.J. ERIC STALLARD; REVIEWING | 2.40 | $1,152.00 |
| 9/27/2007 | 005 | MR LASTOWSKI | REVIEW PARTIES' WITNESS DESIGNATIONS | 0.30 | $178.50 |
| 9/28/2007 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMS REPRESENTATIVE'S REBUTTAL EXPERT REPORTS | 2.60 | $1,547.00 |
| | | | Code Total | 25.50 | $14,589.00 |

Duane Morris
October 4, 2007
Page 9

File # K0248-00001                                    INVOICE #  1337300
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 9/5/2007 | 006 | WS KATCHEN | REVIEW COMMITTEE MEMO ON NON-ASBESTOS SETTLEMENT (FIREPROOFING PRODUCT) | 0.20 | $130.00 |
| | | | Code Total | 0 20 | $130.00 |

Duane Morris
October 4, 2007
Page 10

File # K0248-00001                                    INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/21/2007 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM ICI COUNSEL STEVEN BRYANT (LOCK, LIDDELL AND SATZ) RE: STATUS | 0.40 | $238.00 |
| 9/21/2007 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE STATUS | 0.40 | $238.00 |
| | | | Code Total | 0.80 | $476.00 |

Duane Morris
October 4, 2007
Page 11

File # K0248-00001                                          INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/25/2007 | 012 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE DUANE MORRIS 25TH QUARTERLY APPLICATION. | 0.30 | $52.50 |
| | | | Code Total | 0.30 | $52.50 |

Duane Morris
October 4, 2007
Page 12

File # K0248-00001                                          INVOICE # 1337300
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|-----|-------|-------|
| 9/5/2007 | 013 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 75TH MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 9/12/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 41ST MONTHLY APPLICATION OF CAPSTONE. | 0.40 | $70.00 |
| 9/12/2007 | 013 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 13TH QUARTERLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 9/12/2007 | 013 | AT ASH | PREPARE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 24TH QUARTERLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 9/14/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 76TH MONTHLY APPLICATION OF STROOCK. | 0.50 | $87.50 |
| | | | Code Total | 1.80 | $315.00 |

Duane Morris
October 4, 2007
Page 13

File # K0248-00001                                        INVOICE # 1337300
        W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 9/10/2007 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 4.20 | $2,499.00 |
| 9/21/2007 015 | MR LASTOWSKI | REVIEW MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 24, 2006. | 2.50 | $1,487.50 |
| 9/24/2007 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 3.20 | $1,904.00 |
| 9/27/2007 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 9/25/07 | 0.10 | $59.50 |
| | | Code Total | 10.00 | $5,950.00 |

Duane Morris
October 4, 2007
Page 14

File # K0248-00001                                    INVOICE #  1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|------|-------|-------|
| 9/25/2007 | 016 | MR LASTOWSKI | ANALYSIS OF VALUATION REPORTS | 2.20 | $1,309.00 |
| 9/25/2007 | 016 | MR LASTOWSKI | E-MAIL (2D) FROM K. PASQUALE RE: VALUATION REPORTS | 0.10 | $59.50 |
| | | | Code Total | 2.30 | $1,368.50 |

Duane Morris
October 4, 2007
Page 15

File # K0248-00001                                               INVOICE # 1337300
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/11/2007 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH STROOCK (.2); AND TELEPHONE CONVERSATION WITH COMMITTEE MEMBER (.1) | 0.30 | $195.00 |
| 9/12/2007 | 025 | AT ASH | FINALIZE CERTIFICATION OF COUNSEL RE AGREED SUPPLEMENTAL ORDER, CONVERT TO PDF FORMAT AND E-FILE. | 0.50 | $87.50 |
| 9/20/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTIONS TO APPROVE PD SETTLEMENTS AND REVIEW BINDER FOR SEPTEMBER 26, 2007 MEETING (1.0); (I) ACADIA PARISH; (II) STATE OF ARKANSAS; (III) OREGON; (IV) ARIZONA; (V) SABIRE RIVER; (VI) CITY OF AMARILLO; AND (VII) BNC FORUM | 1.80 | $1,170.00 |
| 9/24/2007 | 025 | WS KATCHEN | ADDITIONAL PREPARATION FOR 9/26/07 COMMITTEE MEETING | 0.70 | $455.00 |
| 9/26/2007 | 025 | AT ASH | PREPARE FOR SERVICE OF REBUTTAL REPORT. | 0.60 | $105.00 |
| 9/26/2007 | 025 | AT ASH | PREPARATION OF NOTICE OF SERVICE OF REBUTTAL REPORT. | 0.30 | $52.50 |
| 9/26/2007 | 025 | ME HOFFMAN | ANALYSIS OF ISSUES WITH WSKATCHEN. | 0.20 | $53.00 |
| 9/26/2007 | 025 | WS KATCHEN | COMMITTEE MEETING OF KIRKLAND ELLIS (JAN BAER) (5.0); AND REVIEW CHAMBERS' REBUTTAL REPORT (1.4) | 6.40 | $4,160.00 |
| 9/27/2007 | 025 | WS KATCHEN | ADDITIONAL RESEARCH FOR EPA ISSUES (.9); DISCUSSION WITH STROOCK/EMAIL TO AND FROM STROOCK (.3); AND CONFERENCE WITH CAPSTONE (E. ORDWAY) REGARDING ABOVE (.2) | 1.40 | $910.00 |
| 9/28/2007 | 025 | ME HOFFMAN | OBTAIN COPY OF RECENT OPINION FOR WSKATCHEN. | 0.30 | $79.50 |
| | | | Code Total | 12.50 | $7,267.50 |

Duane Morris
October 4, 2007
Page 16

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1337300

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 9/5/2007 | 027 | MR LASTOWSKI | REVIEW JULY MOR | 0.10 | $59.50 |
| | | | Code Total | 0.10 | $59.50 |

Duane Morris
October 4, 2007
Page 17

File # K0248-00001                                    INVOICE # 1337300
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/4/2007 | 029 | WS KATCHEN | EMAIL UPDATES - ATTENTION TO DISCOVERY REGARDING LIBBY. | 0.20 | $130.00 |
| 9/5/2007 | 029 | WS KATCHEN | REVIEW NOTICE OF APPEAL - LIBBY CLAIMANTS. | 0.10 | $65.00 |
| 9/8/2007 | 029 | WS KATCHEN | REVIEW COMMITTEE EMAIL PROPOSED ORDER | 0.20 | $130.00 |
| 9/8/2007 | 029 | WS KATCHEN | REVIEWED DECISION APPEAL BRIEF - LATE CLAIMS ISSUES - SPEIGHTS & RUNYAN | 0.50 | $325.00 |
| 9/11/2007 | 029 | WS KATCHEN | REVIEW JOINT MOTION FOR PROTECTIVE ORDER | 0.30 | $195.00 |
| 9/11/2007 | 029 | WS KATCHEN | ANALYSIS      ISSUE FORM 346 BR 647 FOR VOTING PURPOSES (K. PASQUALE) | 0.80 | $520.00 |
| 9/11/2007 | 029 | WS KATCHEN | REVIEW MOTION FOR APPROVAL OF SETTLEMENT - PRUDENTIAL PD CLAIMS | 0.20 | $130.00 |
| 9/12/2007 | 029 | WS KATCHEN | REVIEW STIPULATION AND PROTECTIVE ORDER REGARDING CONGOLEUM CORP. (.1); REVIEW OF ASBESTOS COMMITTEE RESPONSE REGARDING (.1); REVIEW CORRESPONDENCE OF COUNSEL (.1); REVIEW OBJECTION ASBESTOS COMMITTEE ET AL TO JOINT MOTIONS NATIONAL INSTITUTE REGARDING PROTECTIVE ORDER (.1) | 0.40 | $260.00 |
| 9/14/2007 | 029 | WS KATCHEN | REVIEW WHY CLAIMANT'S OF RECORD AND STATEMENT OF ISSUES ON APPEAL | 0.20 | $130.00 |
| 9/17/2007 | 029 | WS KATCHEN | REVIEW CAPSTONE FINANCIAL REPORT (.3); AND REVIEW ISSUES REVISED BY ACC (.2) | 0.50 | $325.00 |
| 9/19/2007 | 029 | WS KATCHEN | REVIEW FORMAN PERRY'S RESPONSE | 0.20 | $130.00 |
| 9/24/2007 | 029 | WS KATCHEN | REVIEW MOTION FOR AUTHORIZATION REGARDING "OPTIMIZATION PLAN" | 0.20 | $130.00 |
| 9/26/2007 | 029 | WS KATCHEN | RESEARCH LATEST OPINIONS - 502(E)(1)(B) & CERCLA (.7); AND EMAIL TO AND FROM STROOCK REGARDING STRATEGY MEMO (.3) | 1.00 | $650.00 |
| 9/26/2007 | 029 | WS KATCHEN | REVIEW ADDITIONAL RECORD ITEMS | 0.10 | $65.00 |
| | | | Code Total | 4.90 | $3,185.00 |

Duane Morris
October 4, 2007
Page 18

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1337300

| | | |
|---|---|---|
| TOTAL SERVICES | 66.40 | $36,004.00 |

Duane Morris
October 4, 2007
Page 19

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1337300

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 9/30/2007 | DINNER - LOCAL | | 8.04 |
| | | Total: | $8.04 |
| 9/30/2007 | PRINTING & DUPLICATING | | 40.35 |
| | | Total: | $40.35 |
| | TOTAL DISBURSEMENTS | | $48.39 |

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.
Type: bk                          Chapter: 11 v                          Office: 1 (Delaware)
Judge: JKF                        Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)


### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Lastowski, Michael R. entered on 10/30/2007 at 4:15 PM
EDT and filed on 10/30/2007
**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**    01-01139-JKF
**Document Number:** 17227

**Docket Text:**
Monthly Application for Compensation *(Sixty-Ninth) for Services Rendered and Reimbursement of
Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From September
1, 2007 Through September 30, 2007* Filed by Duane Morris LLP. Objections due by 11/19/2007.
(Attachments: # (1) Exhibit A# (2) Certificate of Service) (Lastowski, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\ata050\Desktop\WRGrace\DM_69th_Application.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/30/2007] [FileNumber=5946518-0
] [46091fe093589152a352a0a1a0e3187413e42de30eefd1e61d4ef0f46c2ef3d0515
160b97be146c12d178d6abb2b8dc9b270278acbf66ea16de6a8833844eb6e]]
**Document description:** Exhibit A
**Original filename:** C:\Documents and Settings\ata050\Desktop\WRGrace\DM_69th_Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/30/2007] [FileNumber=5946518-1
] [4150d4e44f6c08c623093bca753f3a18b39ed5f8128e249082829027f1dfa97cbb5
3af0fea0320a2e64e7b6a97de6c22375d52a6214f3b5d8403d3bb794af595]]
**Document description:** Certificate of Service
**Original filename:** C:\Documents and Settings\ata050\Desktop\WRGrace\DM_69th_COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/30/2007] [FileNumber=5946518-2
] [2dc487ee0f1899bf573c77787cc7ca598ae9c7d544ae24ddecd8cc3ba6867700094
90e54d2a868818f85537187822c088f17f40ec166bc2bbb0e5b2babce1d79]]

**01-01139-JKF Notice will be electronically mailed to:**