# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Re: Docket No.: 16468 |

## CERTIFICATION OF COUNSEL REGARDING REVISED AND AMENDED CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

1.  On November 26, 2007, this Court held a Pretrial Conference for the Asbestos Personal Injury Estimation Hearing. At the Pretrial Conference, the parties to the Estimation Hearing discussed a draft Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities.

2.  Thereafter, counsel to the Official Committee of Asbestos Personal Injury Claimants, David T. Austern, the Future Claimants' Representative, the Debtors, the Official Committee of Unsecured Creditors, and the Official Committee of Equity Security Holders negotiated revisions to the draft order.

3.  The Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities negotiated and agreed to among the parties is attached hereto.

{D0095815.1 }

4. Accordingly, the Official Committee of Asbestos Personal Injury Claimants respectfully requests that the Court enter the proposed order attached hereto at the Court's convenience.

Dated: November 29, 2007

CAMPBELL & LEVINE, LLC

Marla R. Eskin (DE ID No. 2989)
Mark T. Hurford (DE ID No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10022-4614
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*