**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on November 29, 2007, I caused a copy of the *Certification of Counsel Regarding Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities*, to be served upon the individuals on the attached service list, in the manner indicated.

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

Dated: November 29, 2007

{D0095845.1 }