**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**September 2007**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended September 30, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 11.6 | $ 7,947.28 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 5.5 | $ 3,368.97 |
| David Sharpe | Audit Partner | 22 | Integrated Audit | $939.72 | 1.0 | $ 939.72 |
| Robert Keehan | Audit Partner | 19 | Integrated Audit | $685.11 | 2.0 | $ 1,370.22 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $447.75 | 5.0 | $ 2,238.75 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $455.10 | 2.5 | $ 1,137.75 |
| Jennifer James | Director | 15 | Integrated Audit | $627.30 | 2.0 | $ 1,254.60 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 37.5 | $ 14,760.00 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $393.60 | 8.0 | $ 3,148.80 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 3.0 | $ 892.98 |
| Sandra A David | Audit Manager | 5.5 | Integrated Audit | $297.66 | 1.5 | $ 446.49 |
| Esther Ko | Advisory Manager | 9 | Integrated Audit | $375.15 | 6.0 | $ 2,250.90 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $375.15 | 4.0 | $ 1,500.60 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 8.0 | $ 1,741.68 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 70.0 | $ 14,809.20 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $205.41 | 3.0 | $ 616.23 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $221.40 |  | $ 332.10 |

{02411}

| Name | Title | Years | Project | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| | | | | | 1.5 | |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | $297.66 | 2.5 | $ 744.15 |
| Craig T. Chu | Tax Senior Associate | 3 | Integrated Audit | $307.50 | 2.0 | $ 615.00 |
| Jennifer Ochse | Audit Associate | 2 | Integrated Audit | $168.51 | 50.0 | $ 8,425.50 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $151.29 | 1.8 | $ 272.32 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | 91.0 | $ 10,745.28 |
| Phillip Crosby | Audit Associate | <1 | Integrated Audit | $168.51 | 17.9 | $ 3,016.33 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $193.11 | 92.6 | $ 17,881.99 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 4.5 | $ 680.81 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $168.51 | 69.5 | $ 11,711.45 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 43.5 | $ 6,046.07 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | $147.60 | 52.3 | $ 7,719.48 |
| | | TOTAL | | | 599.7 | $ 126,614.63 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals         16.0                                    $  1,845.62

## Summary of PwC's Fees By Project Category:
### September 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', | | |

{02411}

| | | |
|---|---|---|
| Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 16.0 | $1,845.62 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 599.7 | $126,614.63 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 615.7 | $128,460.25 |

Expense Summary
September 2007

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $2,494.37 |
| Lodging | N/A | $108.90 |
| Sundry | N/A | $142.95 |

{02411}

{02411}

| | | |
|---|---|---|
| Business Meals | N/A | $52.24 |
| TOTAL: | | $2,798.46 |