# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended September 30, 2007**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|-------|----------------------------------|-----------|--|---------------|--|
| **FEE APPLICATION PREPARATION** | | | | | | |
| | | | | | | |
| **Name: Melissa Noel** | | | | | | |
| 9/4/2007 | 0.5 | Fee application preparation | $ | 138.99 | $ | 69.50 |
| 9/11/2007 | 3.0 | Fee application preparation | $ | 138.99 | $ | 416.97 |
| 9/12/2007 | 1.0 | Fee application preparation | $ | 138.99 | $ | 138.99 |
| 9/13/2007 | 2.0 | Fee application preparation | $ | 138.99 | $ | 277.98 |
| 9/17/2007 | 2.0 | Fee application preparation | $ | 138.99 | $ | 277.98 |
| | **8.5** | | | | | |
| | | | | | | |
| **Name: Olga Zelenova** | | | | | | |
| 9/14/2007 | 2.0 | time transfer and analysis, from billable to unbillable 2007, WBS 00261265001 | $ | 88.56 | $ | 177.12 |
| | **2.0** | | | | | |
| | | | | | | |
| **Name: Menefee Bagnal** | | | | | | |
| 9/24/2007 | 5.5 | Time analysis review for moving time between contract lines per Ryan Neice | $ | 88.56 | $ | 487.08 |
| | **5.5** | | | | | |
| | | | | | | |
| **Totals** | **16.0** | **Total Grace Time Tracking Charged Hours** | | | $ | **1,845.62** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended September 30, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 11.6 | $ 7,947.28 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 5.5 | $ 3,368.97 |
| David Sharpe | Audit Partner | 22 | Integrated Audit | $939.72 | 1.0 | $ 939.72 |
| Robert Keehan | Audit Partner | 19 | Integrated Audit | $685.11 | 2.0 | $ 1,370.22 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $447.75 | 5.0 | $ 2,238.75 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $455.10 | 2.5 | $ 1,137.75 |
| Jennifer James | Director | 15 | Integrated Audit | $627.30 | 2.0 | $ 1,254.60 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 37.5 | $ 14,760.00 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $393.60 | 8.0 | $ 3,148.80 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 3.0 | $ 892.98 |
| Sandra A David | Audit Manager | 5.5 | Integrated Audit | $297.66 | 1.5 | $ 446.49 |
| Esther Ko | Advisory Manager | 9 | Integrated Audit | $375.15 | 6.0 | $ 2,250.90 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $375.15 | 4.0 | $ 1,500.60 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 8.0 | $ 1,741.68 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 70.0 | $ 14,809.20 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $205.41 | 3.0 | $ 616.23 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $221.40 | 1.5 | $ 332.10 |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | $297.66 | 2.5 | $ 744.15 |
| Craig T. Chu | Tax Senior Associate | 3 | Integrated Audit | $307.50 | 2.0 | $ 615.00 |
| Jennifer Ochse | Audit Associate | 2 | Integrated Audit | $168.51 | 50.0 | $ 8,425.50 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $151.29 | 1.8 | $ 272.32 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | 91.0 | $ 10,745.28 |
| Phillip Crosby | Audit Associate | <1 | Integrated Audit | $168.51 | 17.9 | $ 3,016.33 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $193.11 | 92.6 | $ 17,881.99 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 4.5 | $ 680.81 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $168.51 | 69.5 | $ 11,711.45 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 43.5 | $ 6,046.07 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | $147.60 | 52.3 | $ 7,719.48 |
| | TOTAL | | | | 599.7 | $ 126,614.63 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/11/2007 | 2.7 | Read audit committee meeting background data |
| 9/11/2007 | 0.6 | Discuss audit planning with D Parker (PwC) |
| 9/11/2007 | 0.7 | Discuss testing of information technology general controls with J Newstead, S Venkiteswaran, C Cheng and D Parker (PwC) |
| 9/12/2007 | 0.7 | Attend pre-Audit Committee meeting with B Tarola, B Dockman, E Bull (Grace) and D Parker (PwC) |
| 9/12/2007 | 0.6 | Attend Audit Committee meeting |
| 9/13/2007 | 0.5 | Discuss results of Board of Directors meeting with B Tarola (Grace) |
| 9/17/2007 | 2.0 | Attend audit planning meeting with PwC team |
| 9/17/2007 | 0.4 | Discuss audit planning with D Parker (PwC) |
| 9/17/2007 | 0.3 | Discuss audit planning with E Margolius (PwC) |
| 9/21/2007 | 0.9 | Read Thomson perceptions survey |
| 9/21/2007 | 0.6 | Read Bankruptcy News |
| 9/25/2007 | 0.4 | Discuss criminal case ruling with B Tarola (Grace) |
| 9/27/2007 | 0.6 | Discuss audit planning with D Parker (PwC) |
| 9/27/2007 | 0.6 | Read court ruling in criminal case |

|  | 11.6 | **Total Grace Integrated Audit Charged Hours** |

|  | 11.6 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/3/07 | 0.6 | emails re work plans for testing |
| 9/7/07 | 1.3 | review of budget and approach discussion with C Chen  and Seshadri VenkitestwaranPwC |
| 9/1/07 | 1.0 | review of budget and approach discussion with C Chen and D Parker PwC |
| 9/11/07 | 1.2 | AS5  review and subsequent discussion with D Parker and B Bishop PwC re IT approach |
| 9/12/07 | 0.9 | review of testing plans |
| 9/17/07 | 0.5 | emails re AS5 final approach |
| | **5.5** | **Total Grace Integrated Audit Charged Hours** |
| | **5.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  David Sharpe** | | |
| 9/12/2007 | 1.0 | Consultation call XBRL |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Robert Keehan**

| | | |
|------|-------|----------------------------------|
| 9/17/2007 | 2.0 | Attend audit planning meeting with PwC team |

| | | |
|------|-------|----------------------------------|
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Bonnie Shub-Gayer**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/17/2007 | 4.0 | WR Grace Planning Meeting |
| 9/21/2007 | 1.0 | New plan of repatriation 07 |
| | **5.0** | **Total Grace Integrated Audit Charged Hours** |
| | **5.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Thomas Kalinosky**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/17/07 | 2.5 | Attended (dialed in) to Audit team meeting; performed other planning |
| | 2.5 | **Total Grace Integrated Audit Charged Hours** |
| | 2.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Jennifer James**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/17/2007 | 2.0 | Kick-Off Meeting |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Douglas Parker** | | |
| 9/10/2007 | 1.0 | Review planning for 2007 audit |
| | 2.0 | Review of staff work |
| 9/11/2007 | 2.0 | Review IT systems test plan with (C. Chen) |
| | 1.5 | Review of staff work |
| 9/12/2007 | 1.0 | Discussion regarding XBRL attestation (P. Barkley) |
| | 1.0 | Review of staff work |
| 9/13/2007 | 3.0 | Review of staff work |
| 9/14/2007 | 1.0 | Meeting with SPA to discuss IT test plan |
| | 5.0 | Review of staff work |
| 9/17/2007 | 2.5 | Planning meetings (overall planning meeting; detailed planning meetings) |
| | 5.5 | Review of staff work |
| 9/18/2007 | 2.0 | 2007 audit planning - review of draft summary plan and results |
| 9/20/2007 | 1.5 | Meeting with T. Puglisi to discuss Mt. Pleasant lease |
| 9/21/2007 | 2.0 | Review of staff work |
| 9/27/2007 | 2.5 | Review scoping and SPRs with E. Margolius |
| | 4.0 | Review of staff work |
| | **37.5** | **Total Grace Integrated Audit Charged Hours** |
| | **37.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Seshadri Venkiteswaran**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/9/2007 | 1.0 | ITGC planning & scoping |
| 9/13/2007 | 2.0 | ITGC scoping, engagement coordination and field-work discussions, incl. SAP review |
| 9/18/2007 | 1.0 | AS 5 meeting |
| 9/20/2007 | 1.0 | ITGC meeting and discussions |
| 9/24/2007 | 2.0 | ITGC Meeting with Barb Summerson, George Bollock, Edward Slotwinski, |
| 9/26/2007 | 1.0 | ITGC / SAP discussions |

| | 8.0 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|------------------------------------------------|

| | 8.0 | **Total Hours** |
|--|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Marvin deGuzman** | | |
| 9/14/2007 | 2.0 | Preparation for team meeting |
| 9/20/2007 | 1.0 | team planning meeting |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Sandra David**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/11/2007 | 1.5 | Transition Grace responsibilites to other team members |

| | 1.5 | **Total Grace Integrated Audit Charged Hours** |
| | 1.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Esther Ko** | | |
| 9/14/2007 | 2.0 | Preparation of fraud brainstorming meeting |
| 9/17/2007 | 4.0 | Planning and fraud brainstorming meeting |
| | **6.0** | **Total Grace Integrated Audit Charged Hours** |
| | **6.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Raul Quiroz** | | |
| 9/17/2007 | 4.0 | Planning meeting with PwC team |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Pamela Barkley** | | |
| 9/11/2007 | 1.0 | Consolidation Process meeting with the PwC SPA team |
| 9/12/2007 | 1.0 | XBRL project discussion with B.Bishop, D.Sharpe, D.Parker |
| 9/17/2007 | 1.5 | Planning meeting preparation |
| | 2.5 | Planning meeting with the Grace PwC Audit Team |
| 9/29/2007 | 2.0 | Working on XBRL documentation |
| | **8.0** | **Total Grace Integrated Audit Charged Hours** |
| | **8.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Cindy Chen**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/4/2007 | 2.0 | Review ITGC controls and revise budget |
| 9/5/2007 | 1.0 | WR Grace interal team meeting - S. Venkiteswaran, C.Chen, N. Heisler, M.McCall, P. Crosby |
| | 1.0 | Review ITGC controls and revise budget |
| 9/6/2007 | 3.0 | Research AS5 and AU319 in relation to ITGC |
| 9/7/2007 | 2.0 | Prepare SPA's budget for 2007. |
| 9/10/2007 | 1.0 | Prepared scoping memo and testing strategy |
| 9/11/2007 | 2.0 | Prepared testing strategy for ITGC test work (nature, time and extend) |
| 9/12/2007 | 5.0 | Prepared testing strategy for ITGC test work (nature, time and extend) |
| 9/13/2007 | 4.0 | Discuss SPA testing approach with the core assurance team (D. Parker) |
| 9/14/2007 | 4.0 | ITGC testing |
| 9/17/2007 | 2.0 | Grace team kick-off meeting |
| | 4.0 | review control matrix, discussing staffing, Meet with IA (B. Summerson) to discuss automated control testing. |
| 9/18/2007 | 7.0 | ITGC testing |
| 9/19/2007 | 7.0 | ITGC testing |
| 9/20/2007 | 7.0 | ITGC testing |
| 9/24/2007 | 8.0 | ITGC testing |
| 9/27/2007 | 8.0 | ITGC testing |
| 9/28/2007 | 2.0 | ITGC testing |

| | **70.0** | **Total Grace Integrated Audit Charged Hours** |
|--|----------|-------------------------------------------------|

| | **70.0** | **Total Hours** |
|--|----------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Lyndsay Signori**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/17/2007 | 2.0 | Planning meeting with the Grace team |
| 9/17/2007 | 1.0 | Follow-up response to various emails with the team/client |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name:  Mohamed Yasin** | | |
| 9/17/2007 | 1.5 | FY 2008 Grace Kickoff Meeting |
| | 1.5 | **Total Grace Integrated Audit Charged Hours** |
| | 1.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Keith Palmer**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/17/2007 | 2.5 | Kick-off Phone Meeting |

| | 2.5 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|-----------------------------------------------|
| | 2.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Craig Chu** | | |
| 9/17/2007 | 2.0 | attended audit kick-off call |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jennifer Ochse**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/20/2007 | 1.0 | prepare for audit kick off meeting |
| 9/21/2007 | 1.0 | prepare for audit kick off meeting |
| 9/24/2007 | 2.0 | SPA review control matrices for current year |
| | 1.0 | WR Grace Safety Training |
| | 6.2 | SPA review testing plans / prepare for interviews |
| | 0.8 | Kick-off meeting with Srini Vanga, Greg Covington, Ed Slotwinkski, George Bollock, Nicole Heisler, Barb Summersun, Cindy Chen, Molly McCall, Sesh Venkitswaran |
| 9/25/2007 | 6.0 | SPA review prior year testing documentation / prepare for interviews |
| | 0.8 | On 9/25/2007, Jennifer Ochse had a meeting with Srini Vanga and Greg Convington and Molly McCall and Nicole Heisler to discuss SAP Change Management |
| | 3.2 | SPA documenting walkthroughs of SAP Change Management |
| 9/26/2007 | 8.5 | SPA documenting walkthroughs of SOAR Change Management |
| | 1 | SPA preparation for interviews/walkthroughs of SOAR Change Management |
| | 0.5 | On 9/26/2007, Jennifer Ochse held interview with Marty Krist and Nicole Heisler to discuss SOAR Change Management |
| 9/27/2007 | 1.5 | SPA perform testing and document testing results of SAP Change Management |
| | 1.0 | SPA preparation for interviews/walkthroughs of Operating System |
| | 0.5 | Interview with Pete Wood to discuss Operating System |
| | 6.5 | SPA documenting walkthroughs of Operating System and SOAR Change Management |
| | 0.5 | On 9/27/2007, Jennifer Ochse held interview with George Bollock, Barb Summersun, and Cindy Chen to discuss Company Level Controls |
| 9/28/2007 | 4.0 | SPA documenting walkthroughs of Operating System |
| | 4.0 | SPA perform testing and document testing results of SOAR Change Management |

| | 50.0 | **Total Grace Integrated Audit Charged Hours** |
|---|------|-----|
| | 50.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Karen Geung**

| 9/17/2007 | 1.8 | Planning Meeting for FY 2007 year-end audit |
|-----------|-----|---------------------------------------------|

| | 1.8 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|-----------------------------------------------|

| | 1.8 | **Total Hours** |
|--|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Shahin Rahmani**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| | | Worked on double checking that the control matrices were correct. |
| 9/4/2007 | 8.0 | Also updated the matrices that we used for the walkthroughs in Curtis Bay and Chicago. |
| | | Worked on double checking that the control matrices were correct. |
| 9/5/2007 | 8.5 | Also updated the matrices that we used for the walkthroughs in Curtis Bay and Chicago. |
| | | Worked on double checking that the control matrices were correct. |
| 9/6/2007 | 7.0 | Also updated the matrices that we used for the walkthroughs in Curtis Bay and Chicago. |
| | | Worked on double checking that the control matrices were correct. |
| 9/7/2007 | 6.0 | Also updated the matrices that we used for the walkthroughs in Curtis Bay and Chicago. |
| 9/10/2007 | 2.0 | Worked on scoping the Grace plants for our audit. |
| 9/14/2007 | 2.0 | Planning Meeting Preparation with Adam Lueck, Erica Margolius, and Doug Parker. |
| | | Planning Meeting for the 2007 Audit of Grace Corp. All members of the team were present either in person |
| 9/17/2007 | 3.0 | or by phone. |
| 9/18/2007 | 2.5 | Helped with the summary planning and results. I did the summary planning and results for receipts. |
| 9/19/2007 | 3.0 | Completed the "Prepared by Client" list for the Chicago 71st Plant. Also picked 40 Goods Issue Selections. |
| | 1.0 | Did the "Prepared by Client" list for the Chicago 51st Plant. Also picked 40 Goods Issue Selections. |
| | 2.5 | Did the "Prepared by Client" list for the Chicago 51st Plant. Also picked 40 Goods Issue Selections. |
| 9/20/2007 | 1.0 | Made my 40 selections for Goods received for Chicago 51st. |
| | 1.5 | Completed the "Prepared by Client" list for the Chicago 65st Plant. |
| | 2.5 | Meeting about the summary planning and results matrices involving Doug, Adam, Erica and myself. |
| | 1.0 | Made 40 selections for Goods issued for the Chicago 65th plant. |
| 9/21/2007 | 1.0 | Made 40 selections for Goods issued for the Chicago 65th plant. |
| | 4.5 | Downloaded and printed all the walkthrough files for Curtis Bay. Files include "Prepared by Client" lists, Mat |
| 9/24/2007 | 9.0 | Performed walkthroughs at the Curtis Bay plants. |
| 9/25/2007 | 2.5 | Performed walkthroughs at the Curtis Bay plants. |
| | 5.5 | Did the testing for Goods Issue for Curtis Bay Plant and did all the testing. |
| 9/26/2007 | 9.0 | Performed walkthroughs at the Curtis Bay plants. |
| 9/27/2007 | 5.0 | Performed walkthroughs at the Curtis Bay plants. |
| | 0.5 | Finished testing the Goods Receipts for Curtis Bay |
| | 2.5 | Printed the materials for the walkthroughs for Chicago |

**91.0** Total Grace Integrated Audit Charged Hours

**91.0** Total Hours

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Phillip Crosby** | | |
| 9/5/2007 | 1.0 | W.R. Grace kickoff meeting |
| 9/10/2007 | 1.7 | General - Emails, network setup, database setup, database controls review |
| | 3.6 | Security (SAP/SOAR) - update TE / WT spreadsheets with control wording, formatting, testers, etc. |
| | 1.9 | General - PBC List |
| | 2.2 | Security/CM - Pulling RSPARAM, E070 and USR02 reports from SAP, selecting samples, password settings review. |
| 9/11/2007 | 3.3 | Consolidation -  Review Flowcharts, control listings (2.2 hrs), Meeting with Cindy, Pam and Erica to discuss plan/expectations of SPA team around consolidation process (.6 hrs), research for foreign currency exchange workprogram (.5 hrs) |
| 9/12/2007 | 1.8 | Consolidation - Draft Meeting Minutes from 09/11 discussion with audit team (Erica and Pam) and Cindy (1 hr), Test Plan development discussion between Cindy and Phil (.5 hr), Update SAP Work Program (.3 hr) |
| | 0.5 | General - Research SAP workprograms for grace consolidations |
| 9/14/2007 | 0.2 | General - Grace status meeting |
| 9/17/2007 | 1.7 | Consolidation - SAP workprogram customization for Grace Consolidation testing |
| | **17.9** | **Total Grace Integrated Audit Charged Hours** |
| | **17.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 9/4/2007 | 3.0 | Create test plans for Curtis Bay internal control testing. |
| | 0.5 | Review SPA team schedule for testing and test plan. |
| 9/5/2007 | 3.0 | Finalize Curtis Bay internal control test plans. Email to D. Parker, PwC, for review. |
| | 0.3 | Extend validity date for use of WR Grace SAP system. |
| | 2.0 | Review Chicago test plans for internal control testing. |
| 9/6/2007 | 1.0 | Develop the third quarter WR Grace financial statement review database |
| | 1.0 | Meet with S. Rahmani and L. Keorlet to go over journal entry testing. |
| | 1.5 | Review audit approach summaries from prior year in preparation for current year-end audit. |
| | 1.0 | Review fraud critical matter from prior year. |
| | 2.5 | Begin working on current year SP&Rs and fraud risk assessment for WR Grace. |
| 9/7/2007 | 3.0 | Evaluate key risks for planning meeting and as required procedure by PwC. |
| | 1.0 | Work on planning meeting. |
| | 0.2 | Email out draft of key risks to L. Keorlet and P. Barkley, PwC. |
| | 0.5 | Conference call with C. Chen and P. Crosby, PwC, to discuss testing approach for Grace consolidation process. |
| 9/11/2007 | 0.2 | Call Curtis Bay contacts to schedule walkthroughs. |
| | 1.0 | Update the scoping schedule for June 30, 2007 numbers. |
| | 0.2 | Email L. Angle, Grace, to obtain key financial reporting dates for WR Grace. |
| | 2.0 | Draft Purchasing and payables summary planning and results schedule in preparation for year end audit. |
| | 1.0 | Finalize the draft list of key risks and the presentation for the planning meeting. Email to D. Parker and P. Barkley, PwC. |
| 9/14/2007 | 4.0 | Continue to create the planning meeting presentation. |
| | 0.5 | Email out the draft of the planning meeting and assign sections to various members of the WR Grace Columbia team. |
| | 1.0 | Integrate E. Ko's, PwC, fraud risk discussion slide into the WR Grace planning meeting presentation. |
| 9/17/2007 | 2.0 | WR Grace year end planning meeting. |
| | 2.0 | Finalize year end planning meeting documents. Email out to the WR Grace team. |
| | 0.5 | Meet with G. Huerta to obtain supporting documents for the Washcoats sale closing. |
| | 3.0 | Draft summary planning and results schedule for revenue and receivables process in preparation for year end audit. |
| | 0.5 | Meet with T. Puglisi, Grace, to discuss contracts related to the Mt. Pleasant plant per review of Factiva article. |
| | 0.5 | Meet with G. Huerta, Grace, to discuss contracts related to the Mt. Pleasant plant per review of Factiva article. |
| 9/18/2007 | 1.0 | Coordinate Chicago 51st, 65th, and 71st plant site visits with members of WR Grace staff. |
| | 1.0 | Meet with C. Udoji, Grace, to discuss internal audit's walkthrough for the Elkridge cycle count process. |
| | 1.0 | Work with WR Grace Help Desk to obtain Grace email account. |
| | 0.8 | Print out and review updated cycle count flowcharts for Elkridge provided by C. Udoji, Grace. Prepare for walkthrough. |
| | 2.5 | Continue preparing summary test plans for year-end audit work. |
| 9/19/2007 | 1.5 | Review draft audit approach for the inventory process sent by L. Keorlet, PwC. |
| | 2.0 | Review contracts related to the Mt. Pleasant lease for the WR Grace plant. |
| | 0.8 | Review the control matrices for the Chicago plants in preparation of the site visit. |
| | 0.4 | Review with S. Rahmani, PwC, the process for creating test plans and document request lists for site visits. |

|  |  |  |
|---|---|---|
|  | 0.5 | Meet with B. Kelly, Grace, to discuss Deerfield physical inventory observation. |
|  | 0.8 | Review the Chicago 51st sales order processing and Chicago 71st document request lists drafted by S. Rahmani, PwC. |
|  | 1.0 | Review guidance surrounding sale-leaseback agreements for the WR Grace Mt. Pleasant contract. |
|  | 2.0 | Continue preparing summary test plans for year-end audit work. |
| 9/20/2007 | 1.0 | Review notes from Mt. Pleasant sale-leaseback contracts in preparation for meeting. |
|  | 1.0 | Meeting with T. Puglisi, Grace, to go over Mount Pleasant sale-leaseback accounting. |
|  | 1.0 | Review prior year payroll procedures to update approach for year end audit. |
|  | 1.0 | Meeting with D. Parker to go over year end audit planning materials. |
|  | 0.6 | Run SAP reports to make selections for goods issue and goods receipt testing at Chicago plants. |
|  | 0.4 | Update Chicago site testing approach for controls reduced to non-key controls. |
|  | 0.5 | Review proposed third quarter budget. |
|  | 2.0 | Prepare for Curtis Bay site visit. |
| 9/24/2007 | 0.5 | Prepare for walkthrough of procurement and Elkridge inventory processes. |
|  | 1.0 | Perform walkthrough of Curtis Bay Procurement Process. |
|  | 1.0 | Perform walkthrough of Elkridge Inventory Process. |
|  | 0.8 | Book travel to Chicago for WR Grace Chicago site visits. |
|  | 1.0 | Finalize the Chicago 51st inventory, procurement and payroll process document requests lists. Email to J. Hansen, Grace. |
|  | 1.0 | Finalize the Chicago 65th inventory, procurement and payroll process document requests lists. Email to R. Heinz, Grace. |
|  | 1.0 | Finalize the Chicago 51st sales order processing document requests lists. Email to T. Harter, Grace. |
|  | 1.0 | Finalize the Chicago 71st inventory and payroll process document requests lists. Email to D. Deacon, Grace. |
|  | 0.5 | Perform review of Curtis Bay procurement walkthrough documentation. |
|  | 0.5 | Email and call contacts at Chicago plants to schedule individual site visits for WR Grace. |
| 9/25/2007 | 0.8 | Prepare for walkthrough of Silicas inventory process. |
|  | 1.5 | Walkthrough of Curtis Bay Silicas inventory process. |
|  | 0.5 | Review WR Grace Communications Database for necessary content. Email D. Parker and P. Barkley, PwC, to discuss archiving the Communications Database for WR Grace. |
|  | 1.0 | Create a WR Grace staff calendar to be used in planning site visits and physical inventory observations. |
|  | 1.0 | Finalize document request list for the third quarter audit review. Email to various Grace staff. |
|  | 1.0 | Draft the third quarter audit review responsibility matrix for WR Grace. Email to P. Barkley and L. Keorlet, PwC, for review. |
|  | 0.3 | Deploy the third quarter WR Grace financial statement review database. |
|  | 0.3 | Remove Japan office from the WR Grace Communications database. Review files to determine disposition of database. |
|  | 0.2 | Respond to E. Ko, PwC, email concerning risk approach related to detecting fraud at WR Grace. |
| 9/26/2007 | 0.6 | Prepare for walkthrough of Hydroprocessing inventory process. |
|  | 1.5 | Walkthrough of Curtis Bay Hydroprocessing inventory process. |
|  | 0.8 | Coordinate Chicago 51st, 65th, and 71st plant site visits with members of WR Grace staff. |
|  | 0.4 | Meet with internal audit to obtain up-to-date 404 schedules for Lake Charles, Boca and Memphis. |
|  | 2.0 | Continue to develop scoping schedule and possible testing approach for Grace entities other than level 1. |
|  | 0.5 | Review walkthrough supporting documents for Curtis Bay, Hydroprocessing. Email J. Abrahamson to discuss the review of a report mitigating a segregation of duties issue. |
|  | 0.5 | Review walkthrough supporting documents for Curtis Bay, central terminal process. Email K. Caldwell, Grace, to obtain physical inventory reconciliations for testing. |
|  | 0.2 | Email J. Cavolaski, Grace, to obtain 404 testing documents for Curtis Bay, Silicas inventory process. |
|  | 1.5 | Review Curtis Bay testing approach. Email S. Rahmani, PwC, updated approach matrices. |
| 9/27/2007 | 1.0 | Meeting with D. Parker, PwC, to go over proposed scoping for year end audit work and the approach to legal confirmations for year end. |

| | |
|---|---|
| 0.5 | Meet with B. Summerson, Grace, to discuss the operating effectiveness of control 7.1.5 for Curtis Bay Hydroprocessing. |
| 0.5 | Compile list of exceptions and outstanding items for Curtis Bay site visit. |
| 0.5 | Plan dates for Boca site visit for WR Grace tax process. Email L. Keorlet, PwC, about possible scheduling. |
| 1.0 | Meet with C. Udoji, Grace, to discuss test plan for Lake Charles site visit by internal audit. |
| 1.0 | Review reconciliations for physical inventories obtained for the Curtis Bay Silicas process. Follow up on additional documentation to J. Cavolaski, Grace. |
| 1.0 | Review internal audit's latest schedule for planning of site visits. |
| 0.6 | Review plan for reperformance of internal audit testing. Meet with S. Rahmani, PwC, to discuss reperformance test plan. |
| 0.3 | Update Grace team schedule for inventory observations. |
| 1.0 | Meet with G. Huerta, Grace, to discuss expectations for the third quarter financial statement review and the document request list. |
| 0.6 | Review physical inventory reconciliations performed for the Curtis Bay Central terminal location as part of 404 testing. |

| | |
|---|---|
| **92.6** | **Total Grace Integrated Audit Charged Hours** |

| | |
|---|---|
| **92.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name: Linda Keorlet** | | |
| 9/17/2007 | 3.5 | Grace planning meeting (attending via conference call & planning) |
| 9/27/2007 | 1.0 | Preparing schedule of inventory responsibilities |
| | 4.5 | **Total Grace Integrated Audit Charged Hours** |
| | 4.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Nicole Heisler**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/10/2007 | 1.0 | Assisting staff with work alocations |
|  | 1.0 | Setting up logistics and organizing space for SPA team |
|  | 2.0 | Assisting staff with updating control matrices |
|  | 2.0 | SAP Security testing and pulling reports |
|  | 1.0 | Setting up kick-off meetings with IT Managers & putting agenda together |
|  | 2.0 | Documenting step 290010 |
| 9/11/2007 | 1.0 | Documenting in DB |
|  | 1.5 | Putting together PBC listings |
|  | 2.5 | Reviewing testing plans |
| 9/13/2007 | 1.0 | 404 SPA Meeting (C.Chen, D. Parker, S. Venkiteswaran - PwC) |
| 9/14/2007 | 0.2 | PwC - SPA Update status meeting (N.Heisler, C.Chen, P. Crosby, M. McCall) |
|  | 0.8 | Organize test plans and send to Sr |
|  | 2.0 | Attend Audit team Kick-off meeting.  PwC (C.Chen, N.Heisler, M.McCall, J.Newstead, Core Audit team) |
| 9/17/2007 | 0.5 | Updating new SPA team member - J. Ochse |
|  | 1.5 | Woking on Grace IT testing scope and budget |
| 9/18/2007 | 0.5 | Coordinting IT kick-off and reviewing agenda |
| 9/19/2007 | 1.0 | Woking on Grace IT testing scope and budget |
|  | 0.5 | Review controls to put PBC list together |
| 9/20/2007 | 1.0 | Working on Columbia PBC lists |
|  | 1.0 | Woking on Grace IT testing scope, budget, and staff assignment |
| 9/21/2007 | 1.5 | Working on Columbia PBC lists |
|  | 0.5 | Woking on Grace IT testing scope, budget, and staff assignment |
|  | 1.0 | Meeting with F. Barnard (PwC) as SAP specialist consult |
| 9/24/2007 | 2.0 | Arranging work area for SPA team in Building 1 |
|  | 0.2 | Prep for SPA Kick-off meeting |
|  | 0.8 | Attend SPA Kick-off Meeting. PwC (C. Chen, N.Heisler, J.Ochse, S.Venkiteswaran, M.McCall) Grace (S. Venga, V. Mrozek, G.Bollok, B.Summerson, E.Slotwinski, M.Krista) |
|  | 0.5 | Meeting with B.Summerson (Grace), N.Heisler (PwC), C.Chen (PwC) to go over testing approach and scope. |
|  | 1.0 | Learning navigating the Grace SOX portal |
|  | 1.5 | forwarding information to other SPA team members |
|  | 2.0 | Assign walkthrough and testing areas to SPA team members |
|  | 2.0 | Setting up database ITGC steps |
| 9/25/2007 | 1.0 | Prepare for SAP Changement and security meeting |
|  | 0.8 | Attend SAP Security and Change Management meeting with PwC (J. Ochse, N. Heisler, M.McCall) and Grace (G. Covington, S. Venga). |
|  | 0.5 | Attend internal SAP Security meeting with N.Heisler |
|  | 1.2 | Documenting Development and Implementation step |
|  | 1.0 | Make additional PBC requests |
|  | 2.0 | SAP Basis testing |
|  | 1.0 | Change management testing |
|  | 2.0 | Security testing |

| | | |
|---|---|---|
| 9/26/2007 | 0.4 | Meet with Grace (S.Vanga) and PwC (N. Heisler, M.McCall) to discuss Firefighting Access. |
| | 0.5 | Internal SAP Security meeting with PwC (M. McCall). |
| | 0.5 | SOAR security and change management meetin with M. Krist (grace) and J. Ochse (PwC) |
| | 1.1 | Learning navigating the Grace SOX portal |
| | 2.0 | SAP walkthrough reivew |
| | 1.5 | SAP Change Management testing |
| | 1.5 | Pulling SAP tables and files |
| | 1.5 | SAP Basis Testing |
| | 1.0 | Working on logistics for Cambridge site visit |
| 9/27/2007 | 3.0 | Pull SAP tables and files with PwC - M.McCall |
| | 1.5 | Oracle database testing |
| | 1.0 | SAP BASIS Testing |
| | 1.0 | Putting together Cambridge PBC listings |
| | 2.0 | Reviewing the consolidation process and foreign currency testing |
| | 0.5 | Following up on requested documents |
| 9/28/2007 | 1.0 | SAP BASIS Testing |
| | 3.0 | Putting together Cambridge PBC listings |

|  | 69.5 | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|

|  | 69.5 | **Total Hours** |
|---|---|---|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

ame:  **Adam Lueck**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/4/2007 | 1.0 | I am giving instructions to Shahin Rahmani (PwC) regarding our Chicago testing plans and inventories. |
| | 1.0 | I am giving instructions to Shahin Rahmani (PwC) regarding our Curtis Bay testing plans and inventories. |
| | 0.5 | I am participating on a call with Erica Margolius (PwC) and Pam Barkley (PwC) regarding 404 testing work. |
| 9/6/2007 | 0.5 | I am updating the PwC Independence database and forwarding required independence confirmations. |
| 9/17/2007 | 2.0 | I am attending the 2007 Audit Planning meeting |
| | 0.5 | I am meeting with Erica Margolius & Douglas Parker regarding the 2007 Audit. |
| | 4.5 | I am updating the Corporate Treasury Summary Plan & Results document to reflect the 2007 testing strategy. |
| 9/18/2007 | 2.0 | I am reviewing the SP&R's created by Shahin Rahmani (PwC). |
| | 2.0 | I am updating the 2007 Property, Plant & Equipment SP&R. |
| | 2.0 | I am updating the 2007 Treasury SP&R. |
| | 2.0 | I am updating the 2007 Debt SP&R. |
| | 1.0 | I am updating the 2007 Payroll SP&R. |
| 9/19/2007 | 8.0 | I am creating the third quarter audit budget |
| 9/20/2007 | 2.0 | I am creating the budget tracking template for the third quarter budget. |
| | 1.0 | I am creating an updated time tracking spreadsheet for PwC's bankruptcy court reporting. |
| | 3.0 | I am meeting with PwC team members Douglas Parker, Erica Margolius & Shahin Rahmani regarding 2007 audit planning. |
| 9/20/2007 | 1.0 | I am reviewing the work performed by Shahin Rahmani (PwC). |
| 9/24/2007 | 2.0 | I am reviewing the work performed by Shahin Rahmani (PwC). |
| | 2.0 | I am reviewing the Grace - Thomson Report on Financial Market Perceptions. |
| 9/25/2007 | 0.5 | I am discussing the recent US Court of Appeals decision against Grace. |
| 9/26/2007 | 1.0 | I am creating the 2007 Benefits Process SP&R. |
| 9/27/2007 | 2.0 | I am meeting with Erica Margolius & Doug Parker (PwC) regarding 2007 audit planning. |
| 9/28/2007 | 2.0 | I am creating the 2007 year end audit  budget. |
| | **43.5** | **Total Grace Integrated Audit Charged Hours** |
| | **43.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Molly McCall**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/5/2007 | 1.0 | PwC- SPA kick-off meeting (C.Chen, P.Crosby, S. Venkiteswaran, M. McCall) |
| 9/10/2007 | 5.2 | Update testing and walkthrough templates. |
| | 0.8 | Update PBC listing. |
| | 2.0 | Go over last year's narratives. |
| | 0.4 | Observe SAP navigation and pull tables from SAP. |
| | 1.0 | Develop test plan for password parameters from pulled RSPARAM table. |
| | 0.6 | Test password parameters for SAP. |
| 9/11/2007 | 0.8 | Test password parameters for SAP. |
| | 1.8 | Sort, select sample size, and update templates for new user access for SAP. |
| 9/14/2007 | 0.2 | PwC - SPA Update status meeting (N.Heisler, C.Chen, P. Crosby, M. McCall) |
| 9/17/2007 | 2.0 | Attend Audit team Kick-off meeting.  PwC (C.Chen, N.Heisler, M.McCall, J.Newstead) |
| 9/24/2007 | 0.4 | Coordinate workstation |
| | 1.0 | Attend Grace safety training.  PwC (J. Ochse) Grace (L. Leno)<br>Attend SPA Kick-off Meeting. PwC (C. Chen, N.Heisler, J.Ochse, S.Venkiteswaran, M.McCall) Grace (S. Venga, V. Mrozek, G.Bollok, B.Summerson, E.Slotwinski, M.Krista) |
| | 0.8 | |
| | 0.3 | Prepare contact information for PwC team and email Grace team. |
| | 4.0 | Review prior year documentation and Grace controls. |
| | 2.2 | Test Control 4.2 SAP Security |
| | 0.8 | Attend SAP Security and Change Management meeting with PwC (J. Ochse, N. Heisler, M.McCall) and Grace (G. Covington, S. Venga). |
| 9/25/2007 | 0.5 | Attend internal SAP Security meeting with N.Heisler |
| | 2.0 | Document walkthroughs for SAP Security. |
| | 1.0 | Sort and print out documents essential for meetings and discussions. |
| | 0.4 | Make travel arrangements for PwC visit to Grace Cambridge, MA facilities. |
| | 2.0 | Prepare for SAP Security meeting. |
| | 2.0 | Test Control 1.2a SAP Security |
| | 0.5 | Research Basis Users List for SAP. |
| 9/26/2007 | 1.4 | Test Control SAP Security- Firefighting ID |
| | 0.6 | Document walkthroughs for SOAR Security. |
| | 1.0 | Test SOAR Security Control 4.1. |
| | 0.6 | Update SOAR Security templates. |
| | 0.3 | Test Control Password Parameters for SAP Security. |
| | 0.7 | SAP new user access testing. |
| | 0.7 | Test SOAR Security. |
| | 0.4 | Meet with Grace (S.Vanga) and PwC (N. Heisler, M.McCall) to discuss Firefighting Access. |
| | 0.8 | Document Firefighting access control. |
| | 1.2 | Review and prepare for Cambridge Controls |
| | 0.5 | Internal SAP Security meeting with PwC (N.Heisler). |
| 9/27/2007 | 1.5 | Follow up on questions with controls already tested. |
| | 1.0 | Update SAP SEC testing template. |
| | 3.0 | Pull SAP tables and files with PwC (N.Heisler) |
| | 2.6 | Work and consolidate tables pulled from SAP. |
| | 0.8 | Test SAP Security. |
| 9/28/2007 | 1.5 | Test SAP Basis. |
| | **52.3** | **Total Grace Integrated Audit Charged Hours** |
| | **52.3** | **Total Hours** |