# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended September 30, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 9/12/07 | $ 18.00 | | | | Parking in Washington, DC for audit committee meeting |
| | | 9/27/07 | | | | $ 17.70 | Lunch with D. Parker (PwC) at Corner Bakery to discuss audit planning |
| Bonnie Shub-Gayer | Integrated Audit | 9/17/07 | $ 417.80 | | | | Plane ticket to WR Grace Planning meeting |
| | | 9/17/07 | $ 246.40 | | | | Budget Rental car and gas-WR Grace Planning meeting |
| | | 9/17/07 | $ 55.00 | | | | airport parking charge- WR Grace planning meeting |
| | | 9/17/07 | | $ 108.90 | | | Hilton Garden hotel -WR Grace Planning meeting |
| | | 9/17/07 | | | | $ 11.54 | Individual meal- WR Grace Planning meeting |
| | | 9/17/07 | | | $ 130.00 | | Airline charge fee- WR Gracre Planning meeting |
| | | 9/17/07 | | | $ 12.95 | | Hilton Gardenl Hotel Wirless charge- WR Grace planning meeting |
| Phillip Crosby | Integrated Audit | 9/10/07 | $ 29.10 | | | | Excess mileage over normal commute |
| | | 9/11/07 | $ 29.10 | | | | Excess mileage over normal commute |
| Cindy Chen | Integrated Audit | 9/24/07 | $ 24.00 | | | | Milage reimbursement |
| | Integrated Audit | 9/24/07 | | | | $ 23.00 | Overtime meal for C.Chen and N. Heisler |
| Esther Ko | Integrated Audit | 9/17/207 | $ 37.00 | | | | Milege |
| Jennifer Ochse | Integrated Audit | 9/28/07 | $ 543.83 | | | | Travel to Cambridge location to test controls regarding the data center and database servers. |
| Shahin Rahmani | Integrated Audit | 9/4/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/5/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/6/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/7/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/10/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/11/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/13/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/14/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/17/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/18/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/19/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/20/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/21/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/24/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/25/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/26/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| | | 9/27/07 | $ 21.65 | | | | Excess travel to client from home and back 66 miles |
| Erica Margolius | Integrated Audit | 9/4/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 9/5/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 9/14/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 9/17/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 9/18/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 9/19/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 9/20/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 9/24/2007 | $ 29.59 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| | | 9/25/2007 | $ 29.59 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| | | 9/26/2007 | $ 29.59 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| | | 9/27/2007 | $ 29.59 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| Nicole Heisler | Integrated Audit | 9/10/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 9/11/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 9/17/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 9/24/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 9/25/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 9/26/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 9/27/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| Molly McCall | Integrated Audit | 9/10/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | | 9/11/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| | 9/17/07 | $ | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/24/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/25/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/26/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/27/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |

Summary

| Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|
| $ 2,798.46 | $ 2,494.37 | $ 108.90 | $ 142.95 | $ 52.24 |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended September 30, 2007

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 9/12/07 | Audit Partner | $ 18.00 | Parking in Washington, DC for audit committee meeting |
| | 9/27/07 | Audit Partner | $ 17.70 | Lunch with D. Parker (PwC) at Corner Bakery to discuss audit planning |
| | | | **$ 35.70** | |
| Bonnie Shub-Gayer | 9/17/07 | Director | $ 417.80 | Plane ticket to WR Grace Planning meeting |
| | 9/17/07 | Director | $ 246.40 | Budget Rental car and gas-WR Grace Planning meeting |
| | 9/17/07 | Director | $ 55.00 | airport parking charge- WR Grace planning meeting |
| | 9/17/07 | Director | $ 108.90 | Hilton Garden hotel -WR Grace Planning meeting |
| | 9/17/07 | Director | $ 11.54 | Individual meal- WR Grace Planning meeting |
| | | Director | $ 130.00 | Airline change fee- WR Gracre Planning meeting |
| | 9/17/07 | Director | $ 12.95 | Hilton Gardent Hotel Wirless charge- WR Grace planning meeting |
| | | | **$ 982.59** | |
| Phillip Crosby | 9/10/07 | Audit Associate | $ 29.10 | Excess mileage over normal commute |
| | 9/11/07 | Audit Associate | $ 29.10 | Excess mileage over normal commute |
| | | | **$ 58.20** | |
| Cindy Chen | 9/24/07 | Audit Senior Associate | $ 24.00 | Milage reimbursement |
| | 9/24/07 | Audit Senior Associate | $ 23.00 | Overtime meal for C.Chen and N. Heisler |
| | | | **$ 47.00** | |
| Esther Ko | 9/17/207 | Advisory Manager | $ 37.00 | Milege |
| | | | **$ 37.00** | |
| Jennifer Ochse | 9/28/07 | Audit Associate | $ 543.83 | Travel to Cambridge location to test controls regarding the data center and database servers. |
| | | | **$ 543.83** | |
| Shahin Rahmani | 9/4/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/5/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/6/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/7/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/10/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/11/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/13/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/14/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/17/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/18/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/19/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/20/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/21/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/24/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/25/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/26/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | 9/27/07 | Audit Associate | $ 21.65 | Excess travel to client from home and back 66 miles |
| | | | **$ 368.05** | |
| Erica Margolius | 9/4/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 9/5/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 9/14/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 9/17/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 9/18/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 9/19/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 9/20/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 9/24/2007 | Audit Associate | $ 29.59 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| | 9/25/2007 | Audit Associate | $ 29.59 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| | 9/26/2007 | Audit Associate | $ 29.59 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| | 9/27/2007 | Audit Associate | $ 29.59 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| | | | **$ 223.63** | |
| Nicole Heisler | 9/10/07 | Audit Associate | $ 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 9/11/07 | Audit Associate | $ 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 9/17/07 | Audit Associate | $ 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 9/24/07 | Audit Associate | $ 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 9/25/07 | Audit Associate | $ 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 9/26/07 | Audit Associate | $ 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 9/27/07 | Audit Associate | $ 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | | **$ 258.02** | |
| Molly McCall | 9/10/07 | Audit Associate | $ 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/11/07 | Audit Associate | $ 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/17/07 | Audit Associate | $ 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/24/07 | Audit Associate | $ 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/25/07 | Audit Associate | $ 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/26/07 | Audit Associate | $ 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 9/27/07 | Audit Associate | $ 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |

|             |              |
|-------------|--------------|
|             | $   244.44   |
| Grand Total | $ 2,798.46   |