# EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## OCTOBER 2007

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| October 3 | Meeting with Frankel and Wyron re settlement | 1.00 | $500 | $ 500.00 |
| October 4 | Meeting in New York with Frankel and Westbrook re ZAI (1); meeting with Asbestos Claimants Committee, Property Damage Committee, ZAI re Plan and Settlement | 5.20 | $500 | $ 2,600.00 |
| October 12 | Preparation for my deposition | 2.00 | $500 | $ 1,000.00 |
| October 14 | Preparation for my deposition | 2.30 | $500 | $ 1,150.00 |
| October 15 | Preparation for my deposition | 3.20 | $500 | $ 1,600.00 |
| October 18 | Meeting with Trial Team for deposition preparation (4.50: meeting with Frankel re plan submission (1.2) | 5.70 | $500 | $ 2,850.00 |
| October 19 | Deposition (5); meeting with Frankel re secured creditors (.3) | 5.30 | $500 | $ 2,650.00 |
| October 23 | Review of my draft deposition transcript (1.5); telephone conference with Frankel (three times), Rice (twice), Shelnitz (twice)—all re term sheet (.8) | 2.30 | $500 | $ 1,150.00 |
| October 24 | Telephone conference with Inselbuch and Shelnitz re term sheet (.2); call with Frankel re same (.1) | 0.30 | $500 | $ 150.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| October 25 | Telephone conference with Frankel and Shelnitz re term sheet (.2); call with Frankel re same (.1) | 0.30 | $500 | $ 150.00 |
| | SUBTOTAL | 18.70 | | $13,800.00 |

*Non-Working Travel*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| October 3 | Travel from Washington, D.C. to New York (1.6 hours billed as .8) | 0.80 | $500 | $ 500.00 |
| August 16 | Travel from New York to Washington (2.4 hours billed as 1.2) | 1.20 | $500 | $1,000.00 |
| | SUBTOTAL | 2.00 | | $1,000.00 |
| **TOTAL** | | 29.60 | | $14,800.00 |