## EXHIBIT B

## DAVID T. AUSTERN/W.R. GRACE & CO.

## OCTOBER 2007

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|---|---|---|
| October 3/4 | $ 668.80 | Airfare |
|  | $ 90.00 | Taxi |
|  | $ 732.47 | Hotel |
|  | $ 32.00 | Parking |
| October 18 | $ 16.00 | Parking |
| October 19 | $ 18.00 | Parking |
| **TOTAL** | $1,557.27 | |