## CERTIFICATE OF SERVICE

       I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18, and that on November 30, 2007, I caused the *Notice, Thirty-Seventh Monthly Interim Application of David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period October 1, 2007 through October 31, 2007, Verification and Exhibits A-B* to be served upon those persons as shown on the attached Service List in the manner set forth therein.

                                                                Rachael M. Barainca, Legal Assistant
                                                                Orrick, Herrington & Sutcliffe LLP

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
James O'Neil, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Federal Express*
David M. Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

*Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: jbaer@kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: eholzberg@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP