# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

November 27, 2007                              INVOICE:            221317

MATTER:  CLAIMANTS COMMITTEE

c/o Peter Van N. Lockwood, Esq.          DATE:    November 27, 2007
Caplin & Drysdale                        MATTER:      100055.WRG01
One Thomas Circle                        INVOICE:          221317
Washington, DC 20005

**MATTER:** CLAIMANTS COMMITTEE                            Robert M
                                                          Horkovich

| PROFESSIONAL SERVICES through 10/31/07 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/02/07 | Research and examine settlement issues. | W001 | RYC | 1.30 |
| 10/03/07 | Work re insurance analysis | W001 | AVK | 3.30 |
| 10/03/07 | Follow-up research and examination of settlement issues. | W001 | RYC | 1.80 |
| 10/04/07 | Research cases regarding direct action suits. | W001 | RYC | 3.50 |
| 10/05/07 | Research re: third-party beneficiary standing in insurance cases. | W001 | RYC | 4.00 |
| 10/08/07 | Continue research regarding settlement issues and third party beneficiaries. | W001 | RYC | 3.50 |
| 10/09/07 | Analysis of application of research to prior settlement. | W001 | RYC | 6.30 |
| 10/10/07 | Follow-up attention to Posner deposition. | W001 | RYC | 0.50 |
| 10/11/07 | Research regarding settlement related issues. | W001 | RYC | 3.50 |
| 10/12/07 | Follow-up research regarding settlement related issues. | W001 | RYC | 3.00 |
| 10/15/07 | Miscellaneous emails with B. Horkovich and J. Scott re memo. | W001 | MDS | 0.30 |
| 10/15/07 | Digest insurance coverage portfolio analysis for presentation to Committee. | W001 | RYC | 3.60 |
| 10/16/07 | Bankruptcy memo. | W001 | RMH | 1.00 |
| 10/16/07 | Attention to bankruptcy related issues as applied to insurance recovery. | W001 | RYC | 1.50 |
| 10/17/07 | Work re Libby insurance analysis. | W001 | AVK | 1.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

November 27, 2007                                 INVOICE:            221317

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/17/07 | Research regarding settlement related issues. | W001 | RYC | 3.50 |
| 10/18/07 | Analysis of impact of historical settlements. | W001 | RYC | 2.30 |
| 10/22/07 | Obtained and reviewed numerous case documents. | W001 | ESH | 2.30 |
| 10/22/07 | Valuation of insurance asset. | W001 | RMH | 0.50 |
| 10/22/07 | Review and comment upon fee applications. | W011 | RYC | 0.60 |
| 10/23/07 | Attention to ZAI insurance issues. | W001 | RMH | 1.00 |
| 10/23/07 | Review Libby claimant data and prepare analysis of coverage issues. | W001 | RYC | 3.60 |
| 10/24/07 | Update insurance status and review recent correspondence. | W001 | RYC | 1.20 |
| 10/25/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 2.50 |
| 10/25/07 | Attention to insurance solvency analysis. | W001 | RYC | 2.00 |
| 10/26/07 | Further revisions to time entries. | W011 | ACS | 0.20 |
| 10/26/07 | Attention to valuation of coverage. | W001 | RMH | 0.20 |
| 10/26/07 | Attention to analysis regarding Libby claimants. | W001 | RYC | 2.30 |
| 10/29/07 | Finalized and forwarded time entries to counsel for filing. | W011 | ACS | 0.20 |
| 10/30/07 | Attention to settlement agreement issues. | W001 | RYC | 2.00 |

**TOTAL FEES:**                                                  **$30,962.00**

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| Ann V Kramer | 625.00 | 4.30 | 2,687.50 |
| Anne C Suffern | 210.00 | 0.40 | 84.00 |
| Eugenia S Hoyle | 210.00 | 2.30 | 483.00 |
| Mark D Silverschotz | 625.00 | 0.30 | 187.50 |
| Robert M Horkovich | 725.00 | 5.20 | 3,770.00 |
| Robert Y Chung | 475.00 | 50.00 | 23,750.00 |
| **TOTAL FEES:** | | | **$30,962.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

November 27, 2007                                    INVOICE:          221317

MATTER:  CLAIMANTS COMMITTEE

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001          Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Ann V Kramer | 4.30 | 2,687.50 |
| Eugenia S Hoyle | 2.30 | 483.00 |
| Mark D Silverschotz | 0.30 | 187.50 |
| Robert M Horkovich | 2.70 | 1,957.50 |
| Robert Y Chung | 49.40 | 23,465.00 |
| **TOTAL:** | **59.00** | **28,780.50** |

ACTIVITY CODE: W011          Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Anne C Suffern | 0.40 | 84.00 |
| Robert Y Chung | 0.60 | 285.00 |
| **TOTAL:** | **1.00** | **369.00** |

ACTIVITY CODE: W014          Hearing

| | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 2.50 | 1,812.50 |
| **TOTAL:** | **2.50** | **1,812.50** |

**TOTAL LEGAL FEES**                                    **$30,962.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| November 27, 2007 | | INVOICE: | 221317 |

**COSTS through 10/31/07**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/24/07 | AIRFARE/RAIL EXPS. | E110 | 181.33 |
| 09/27/07 | AIRFARE/RAIL EXPS. | E110 | (210.80) |
| 10/01/07 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 229932852 Tracking Number: 861311024198 Reference:    Billing No te:    From: MARY LYNE BRONDEL, TRANSIT CASUALTY R ECEIVERSHIP, 324 E CAPITOL AVE , JEFFERSON CITY , MO, 651013004, US To: HARRIS GERSHMAN, ANDERSO N KILL & BLICK PC, 1251 AVENUE OF THE AMERICAS , NEW YORK CITY, NY, 10020, US | E107 | 13.58 |
| 10/01/07 | LIBRARY & LEGAL RESEARCH Westlaw Charges - September 1 - 30, 2007 | E106 | 24.32 |
| 10/18/07 | CLIENT - ON-LINE COMP SVC - - VENDOR: PACER AK0483  - Pacer charges | E106 | 18.56 |
| 10/24/07 | MEALS (IN-OFFICE OT) - - VENDOR: CAFE METRO Inv.# 100207 Meals expenses on 09/07/07 | E111 | 36.17 |

**TOTAL COSTS:**                                                                                **$63.16**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 13.58 |
| AR | AIRFARE/RAIL EXPS. | (29.47) |
| CM | CLIENT - ON-LINE COMP SVC | 18.56 |
| LB | LIBRARY & LEGAL RESEARCH | 24.32 |
| ME | MEALS (IN-OFFICE OT) | 36.17 |
| | **TOTAL COSTS:** | **$63.16** |