## EXHIBIT A

### Case Administration (50.00 Hours; $ 10,818.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.40 | $840 | 1,176.00 |
| Rita C. Tobin | .40 | $530 | 212.00 |
| Andrew D. Katznelson | 3.10 | $205 | 635.50 |
| Samira A. Taylor | 45.10 | $195 | 8,794.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/07 | RCT | 530.00 | 0.20 | Review local counsel recommendations re EI update (.2) |
| 10/02/07 | ADK | 205.00 | 0.50 | Review of documents and arranged transfer of same to DCO for NDF. |
| 10/03/07 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 10/04/07 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 10/05/07 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 10/10/07 | SAT | 195.00 | 10.00 | Review asbestos company 10-k's re settlement values; compile analysis and comparison spreadsheet re JAL instructions. |
| 10/11/07 | SAT | 195.00 | 5.50 | Review asbestos company 10-k's re settlement values; compile analysis and comparison spreadsheet re JAL instructions. |
| 10/12/07 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 10/12/07 | ADK | 205.00 | 1.00 | Review Manville case files for NDF, recall materials from off site storage. |
| 10/14/07 | PVL | 840.00 | 0.10 | Review preliminary agenda. |
| 10/15/07 | SAT | 195.00 | 6.50 | Review asbestos company 10-k's re settlement values; compile analysis and comparison spreadsheet re JAL instructions. |
| 10/15/07 | ADK | 205.00 | 0.50 | Retreieved and distributed court documents to EI and NDF. |

{D0095890.1 }

| 10/16/07 | SAT | 195.00 | 5.30 | Review asbestos company 10-k's re settlement values; compile analysis and comparison spreadsheet re JAL instructions. |
| 10/16/07 | ADK | 205.00 | 0.10 | Updated players lists and distributed same. |
| 10/17/07 | PVL | 840.00 | 0.20 | Review 27 miscellaneous filings. |
| 10/17/07 | SAT | 195.00 | 6.00 | Review asbestos company 10-k's re settlement values; compile analysis and comparison spreadsheet re JAL instructions. |
| 10/18/07 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 10/18/07 | SAT | 195.00 | 6.00 | Review asbestos company 10-k's re settlement values; compile analysis and comparison spreadsheet re JAL instructions. |
| 10/19/07 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 10/23/07 | PVL | 840.00 | 0.20 | Review 5 miscellaneous followings (.1); review 24th omni objs (.1). |
| 10/23/07 | SAT | 195.00 | 5.00 | Review asbestos company 10'k's re settlement values; compile analysis and comparison spreadsheet re JAL instructions. |
| 10/24/07 | ADK | 205.00 | 1.00 | Review Manville warehouse files for NDF. |
| 10/26/07 | PVL | 840.00 | 0.30 | Review 18 miscellaneous filings (.2); review Hurford memo (.1). |
| 10/31/07 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 10/31/07 | SAT | 195.00 | 0.80 | Retrieve document for attorney review. |

**Total Task Code .04**          **50.00**

## Claim Analysis Objection & Resolution (Asbestos) (22.10 Hours; $ 18,564.00)

| Attorney | Number of Hours | Billing Rate | Value |

Peter Van N. Lockwood                22.10                $840                18,564.00

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/07 | PVL | 840.00 | 0.20 | Review email. |
| 10/03/07 | PVL | 840.00 | 0.50 | Review email and reply (.2); review Grace suppl brief re Speights claim (.2); review Speights response re same (.1). |
| 10/04/07 | PVL | 840.00 | 0.10 | Review Hurford email and reply. |
| 10/05/07 | PVL | 840.00 | 2.00 | Teleconference Frankel, Mullady, Ansbro, EI and NDF (1.1); confer NDF, WBS, BSB, JPW and DS (.7); review draft FCR objs to PD settlements (.1); review depo notices (.1). |
| 10/09/07 | PVL | 840.00 | 0.30 | Confer EI and NDF (.2); review RMQ reply re interest (.1). |
| 10/10/07 | PVL | 840.00 | 2.50 | Review NDF draft email, Goldberg subpoena and Kraus outline (.3); confer NDF (.7); review miscellaneous email re discovery (.3); teleconference EI (.1); reviewed draft ACC disc resps (.8); review email re trial procedures and reply (.3). |
| 10/11/07 | PVL | 840.00 | 1.50 | Review Stratford report (.7); confer Austern re same (.1); review email re discovery and reply (.7). |
| 10/12/07 | PVL | 840.00 | 1.00 | Review email (.2); review revised draft ACC disc. resp (.2); confer NDF re same (.6). |
| 10/14/07 | PVL | 840.00 | 0.10 | Review Orrick memo. |
| 10/15/07 | PVL | 840.00 | 1.80 | Teleconference Mullady, EI and NDF (.7); review email (.3); review Mullady memo and email NDF (.4); review Grace letters to B&B, Leblanc and SP (.2); teleconference EI (.1); review Grace depo questions to 3 trusts (.1). |
| 10/16/07 | PVL | 840.00 | 1.10 | Review Anderson Mem. post hearing brief (.4); review email and reply (.2); confer NDF (.3); review Wyron email and reply (.2). |
| 10/17/07 | PVL | 840.00 | 0.50 | Review depo schedule and email DBS (.1); review agenda and email NDF (.2); review NJ DEP status |

| | | | | report (.1); review Calif. motion re late expert report (.1). |
|---|---|---|---|---|
| 10/19/07 | PVL | 840.00 | 0.20 | Review email (.1); review draft COC and order re Dies settlements (.1). |
| 10/21/07 | PVL | 840.00 | 0.20 | Review Grace motion re lawyer discovery. |
| 10/22/07 | PVL | 840.00 | 3.70 | Review revised order re Dies PD and related email and reply (.3); review draft response re pd lawyer witnesses (.4); review Posner depo and exhibits (2.2); review Port depo (.1); confer NDF (.4); teleconference Horkovich and NDF (.2); review email (.1). |
| 10/23/07 | PVL | 840.00 | 1.00 | Review Grace memos re env settlements (.2); review 2 Libby Cls motions (.2); email Campbell (.1); review Motley Rice PD  settlement motion (.3); review email (.2). |
| 10/24/07 | PVL | 840.00 | 0.40 | Review Ramsey email and reply (.1); review email (.2); prep for hearing (.1). |
| 10/26/07 | PVL | 840.00 | 0.80 | Review email and reply (.3); confer NDF (.4); review Sinclair memo re env. claims (.1). |
| 10/27/07 | PVL | 840.00 | 0.50 | Review NDF email and reply (.2); review ALV draft (.1); prep for Kazan deposition (.2). |
| 10/28/07 | PVL | 840.00 | 0.30 | Teleconference Ramsey. |
| 10/29/07 | PVL | 840.00 | 3.20 | Attend Kazan deposition (1.9); confer Kazan (1.1); teleconference NDF re deposition (.2). |
| 10/30/07 | PVL | 840.00 | 0.10 | Review Grace reply re Canadian SOL issues. |
| 10/31/07 | PVL | 840.00 | 0.10 | Review Grace resp re prejudgment interest. |

**Total Task Code .05         22.10**

**Claim Analysis Objection & Resolution (Non-Asbestos) (2.60 Hours; $ 1,287.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | 2.60 | $495 | 1,287.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/29/07 | JAL | 495.00 | 0.20 | E-mail exchanges w/PVNL and NDF re: legal research issue. |
| 10/31/07 | JAL | 495.00 | 2.40 | Review and analysis of materials relating to Debtors' proposed compromise of environmental remediation claims (1.0); telephone conf. w/M. Hurford re: debtors' proposed settlement of certain environment claims (.60); legal research re: proposed settlement of certain environmental claims (.80). |

**Total Task Code .06        2.60**

**Fee Applications, Applicant (5.60 Hours; $ 2,155.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.10 | $530 | 1,643.00 |
| Andrew D. Katznelson | 2.50 | $205 | 512.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/07 | RCT | 530.00 | 0.50 | Address fee issue (.5) |
| 10/05/07 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 10/10/07 | RCT | 530.00 | 1.50 | Review prebills (1.5) |
| 10/12/07 | RCT | 530.00 | 0.60 | Review exhibits (.6) |
| 10/23/07 | RCT | 530.00 | 0.50 | Review fee apps (.5) |
| 10/23/07 | ADK | 205.00 | 1.00 | Worked on fee application. |
| 10/24/07 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 10/25/07 | ADK | 205.00 | 0.50 | Worked on fee application. |

{D0095890.1 }

**Total Task Code .12**          **5.60**

## Litigation and Litigation Consulting (1,146.90 Hours; $ 588,691.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 22.10 | $920 | 20,332.00 |
| Walter B. Slocombe | 137.10 | $720 | 98,712.00 |
| Trevor W. Swett | .20 | $660 | 132.00 |
| Bernard S. Bailor | 207.90 | $630 | 130,977.00 |
| Nathan D. Finch | 229.80 | $610 | 140,178.00 |
| Jeffrey A. Liesemer | .10 | $495 | 49.50 |
| James P. Wehner | 244.60 | $475 | 116,185.00 |
| Adam L. VanGrack | 131.10 | $320 | 41,952.00 |
| David B. Smith | 156.10 | $235 | 36,683.50 |
| Samira A. Taylor | 17.90 | $195 | 3,490.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/07 | BSB | 630.00 | 8.10 | Follow up on Hammar issues; e-mail to Hammar (1.7); telephone conference with J. Ansboro re Moolgavkar (.5); work on deposition preparation (5.9) |
| 10/01/07 | EI | 920.00 | 1.80 | T/c NDF re: Libby question (.3); t/c NDF re: Celotex XBT (.2); reviewing Celotex subpoena materials (.5); memo PVNL re: Optimization Plan (.2); memo Committee re:  Optimization Plan (.6). |
| 10/01/07 | NDF | 610.00 | 10.60 | Prepare for expert depositions (4.5); memo to EI et al. re trial plan (4.8); email correspondence to debtors' counsel re scheduling issues (0.5); telephone conference with debtors' counsel re scheduling and subpoena issues (0.8). |
| 10/01/07 | DBS | 235.00 | 5.70 | Research, compile, and review expert reliance materials to be used in upcoming deposition (4.7); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (1.0). |

| 10/01/07 | ALV | 320.00 | 8.10 | Review documents related to discovery and expert related issues (4.7); research issues concerning experts, reports, and potential pleadings (2.4); review and analyze pleadings (1.0). |
|---|---|---|---|---|
| 10/01/07 | JPW | 475.00 | 8.30 | Meet with DBS re R.J. Lee backup (.2); meet with BSB re Hammar deposition (.3); review document requests and interrogatories (.7); telephone conference with FCR re expert issues (x2) (.9); deposition scheduling conference with Debtors (1.2); review expert reports - Grace (3.2); R.J. Lee deposition backup issues (1.0); e-mails re potential motions (.8) |
| 10/02/07 | BSB | 630.00 | 8.90 | Deposition preparation (4.7); Welch meeting (2.9); review articles from Welch (1.3) |
| 10/02/07 | WBS | 720.00 | 6.80 | Prepare for Lee deposition, including review of sources cited, update outline for questions, conference call with Hays/Garza re issues to raise, scheduling, and check on logistics (reporter, documents, room). |
| 10/02/07 | EI | 920.00 | 0.60 | T/c NDF and Donnellon re: Mekus/Celotex XBT (.3); memos re: Bernick speech (.3). |
| 10/02/07 | NDF | 610.00 | 10.60 | Telephone conference with Harding re Libby issue (0.3); telephone conference with Ramsay re case issue (0.4); telephone conference with Cooney re scheduling (0.1); telephone conference with EI re Celotex trust deposition (0.5); prepare Dr. Welch for deposition (2.5); review Chambers report and exhibits (0.6); telephone conference with Hays re deposition (1.1); emails to Grace re schedule (0.5); read Hammar deposition (1.0); email to EI re scheduling issue for trial (0.3); prepare for estimation hearing (trial plan) (1.9); select trial exhibits (0.5); review medical articles re mesothelioma (0.9). |
| 10/02/07 | DBS | 235.00 | 5.90 | Research, compile, and review expert reliance materials to be used in upcoming deposition (2.9); create spreadsheet of exhibits to be attached to requests for authentication for attorney review (3.0). |
| 10/02/07 | ALV | 320.00 | 4.80 | Review documents related to discovery and expert related issues (3.3); research issues concerning experts, reports, and potential pleadings (1.5). |

| | | | | |
|---|---|---|---|---|
| 10/02/07 | JPW | 475.00 | 9.80 | E-mails re expert report analysis (1.4); compile expert report summaries (6.7); meet with NDF re backup material (.2); meet with ALV re backup material (.2); read and analyze Dunbar Report (1.3) |
| 10/03/07 | BSB | 630.00 | 7.70 | Read new expert reports (4.3); research materials re Dr. Ory (3.4) |
| 10/03/07 | WBS | 720.00 | 7.60 | Prepare for Grace expert depositions, including review of suggested questions from our expert, review of Lee reports and backup materials, edit and revise outline, and check assembly of documents for Lee deposition. |
| 10/03/07 | EI | 920.00 | 0.20 | Memo re: Mekus XBT. |
| 10/03/07 | NDF | 610.00 | 10.50 | Defend Welch deposition (7.5); conference with Dr. Welch (0.5); email correspondence re scheduling issues (0.8); prepare for estimation trial (1.2); prepare cross exam questions for Grace experts (0.5). |
| 10/03/07 | DBS | 235.00 | 8.60 | Compile and review documents to be used in upcoming deposition (4.2); create spreadsheet of exhibits to be attached to requests for authentication for attorney review (2.5); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (1.9). |
| 10/03/07 | ALV | 320.00 | 3.00 | Review and prepare documents related to discovery and expert related issues. |
| 10/03/07 | JPW | 475.00 | 8.30 | Compile expert summaries (6.8); analyze Ory Report (1.1); review draft discovery letter (.2); deposition scheduling issues (.2) |
| 10/04/07 | BSB | 630.00 | 9.00 | Research issues raised by new Moolgavkar report (4.5); prepare for Brody deposition (2.9); telephone conference with Dr. Brody (.2); research NIOSH material re radiographic evidence (1.4) |
| 10/04/07 | WBS | 720.00 | 9.00 | Lee deposition (including last-minute preparation) (8.0); start preparation for Rodricks deposition (1.0). |
| 10/04/07 | EI | 920.00 | 0.40 | Memo NDF re: trial strategy (.2); t/c NDF re: U.S. Gov issues (.2). |
| 10/04/07 | NDF | 610.00 | 11.00 | Prepare for expert depositions and estimation trial (9.5); email to other counsel re scheduling matters |

|  |  |  |  | (0.5); work on response to discovery directed to Grace ACC (1.0). |
|---|---|---|---|---|
| 10/04/07 | DBS | 235.00 | 10.20 | Attend deposition of R. Lee and assist attorney with deposition exhibits (7.5); compile electronic copies of documents to be used as exhibits in requests for authentication (2.7). |
| 10/04/07 | ALV | 320.00 | 8.40 | Draft pleadings related discovery and evidence (1.7); review documents, including pleadings, transcripts and documents related to discovery and expert issues (2.9); research issues concerning experts, reports, and potential pleadings (3.8). |
| 10/04/07 | JPW | 475.00 | 9.90 | Rust deposition preparation (7.2); e-mails re deposition scheduling (1.1); review Celotex PD (.4); meet with NDF re Cootleman (.2); telephone conference with M. Hurford re protective order (.2); review Welch deposition (.8) |
| 10/05/07 | BSB | 630.00 | 5.40 | Research NIOSH and SEER data - reference material from Dr. Ory |
| 10/05/07 | WBS | 720.00 | 6.10 | Conference with PVNL, NDF, et al re deposition coverage, schedule, and strategy for deposition (0.8); work on Rodricks deposition preparation (5.3). |
| 10/05/07 | EI | 920.00 | 1.20 | T/c NDF, Frankel, Mullady re: trial prep issues (1.0); t/c NDF re: same (.2). |
| 10/05/07 | NDF | 610.00 | 9.10 | Prepare for expert depositions and estimation trial (5.6); meet with PVNL and other C&D lawyers re deposition coverage (0.5); telephone conference with EI, Frankel, Mullady and Lockwood re estimation trial order of proof (1.0); memo to file re same (0.5); work on responses to Grace discovery (1.5). |
| 10/05/07 | DBS | 235.00 | 5.80 | Compile and review documents to be used in upcoming deposition (2.0); compile and review pleadings, correspondence, and discovery materials for electronic and hard case files (1.5); attend meeting re deposition scheduling (1.0); update case calendar for attorney review (.7); compile electronic copies of documents to be used as exhibits in requests for authentication (.6). |
| 10/05/07 | ALV | 320.00 | 5.60 | Review documents related to discovery and expert related issues (1.1); research case law concerning experts, reports, and potential pleadings (4.5). |

{D0095890.1 }

| 10/05/07 | JPW | 475.00 | 7.10 | Analyze Chambers report (1.5); meet with NDF, WBS, and PVNL re depositions (1.1); Rust deposition preparation (2.9); telephone conference with J. Ansboro, C. Zurbrugg (.6); telephone conference with WBS re Rodericks (.1); e-mails re SEER data (.8); telephone conference with A. Baska re package (.1) |
| 10/06/07 | WBS | 720.00 | 5.10 | Review expert reports and rebuttals from our experts of Grace experts; modify outline for Rodricks deposition (4.7); telephone conference with former colleague of Rodricks (0.4). |
| 10/06/07 | NDF | 610.00 | 0.30 | Read WBS memo re Grace products not being safe (0.2); emails re same (0.1). |
| 10/07/07 | WBS | 720.00 | 2.30 | Review additional Rodricks publications and revise deposition outline to reflect same. |
| 10/07/07 | JPW | 475.00 | 4.30 | Rust deposition preparation (3.5); review Celotex order (.2); e-mails re Rust deposition (.6) |
| 10/08/07 | BSB | 630.00 | 11.80 | Brody deposition in Raleigh, NC (5.0); travel to/from Raleigh, NC (6.8) |
| 10/08/07 | WBS | 720.00 | 7.20 | Work on deposition preparation and analysis of expert reports. |
| 10/08/07 | EI | 920.00 | 0.20 | Reviewed XBT status (.2). |
| 10/08/07 | NDF | 610.00 | 6.50 | Work on trial plan and responses to Grace discovery (5.5); emails to WBS re depositions (0.5); email to L. Welsh re Moolgavkar (0.5). |
| 10/08/07 | DBS | 235.00 | 1.50 | Compile and review potential exhibits for upcoming deposition (.7); compile deposition transcripts and expert reliance materials for co-counsel and expert review (.8). |
| 10/08/07 | ALV | 320.00 | 6.20 | Review pleadings for relevance (0.6); review documents related to discovery and expert related issues (5.6). |
| 10/08/07 | JPW | 475.00 | 8.60 | Rust deposition preparation (3.1); meet with B. Gillespie, J. Ansboro and C. Zurbrugg at Orrick in NY (5.5) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/09/07 | BSB | 630.00 | 7.60 | Work on deposition preparation - Morris - read references (4.3); review additional materials from Dr. Welch (1.9); study SEER data (1.4) |
| 10/09/07 | WBS | 720.00 | 8.10 | Take Rodricks deposition (7.0); read part of Welch deposition transcript (1.1). |
| 10/09/07 | EI | 920.00 | 0.20 | T/c Cooney re: discovery (.2). |
| 10/09/07 | NDF | 610.00 | 6.80 | Draft responses to discovery (0.5); work on trial plan – experts (1.5); confer with Mullady to discuss trial witness issues - substance and timing (2.0); confer with EI and Frankel re same (0.5); draft email to Bernick re case issue (0.5); draft email to Cooney re same (0.2); work on estimation case issues – Florence deposition (1.6). |
| 10/09/07 | ALV | 320.00 | 3.10 | Prepare for expert depositions. |
| 10/09/07 | JPW | 475.00 | 13.60 | 30(b)(6) deposition of Rust Consulting (10.1); travel to DC (3.5) |
| 10/10/07 | BSB | 630.00 | 7.20 | Work on deposition preparation - Moolgavkar 4th report (2.7); research medical articles - deposition preparation (4.5) |
| 10/10/07 | WBS | 720.00 | 2.40 | Read Welch deposition (0.8); read Pausterback article on exposures (0.4); start review of Lee's reports in preparation for deposition (1.2). |
| 10/10/07 | EI | 920.00 | 0.80 | T/c's and memos with NDF re: discovery issues (.3); reviewed final trial plan (.2); t/c NDF and memos re: DOJ issues (.3). |
| 10/10/07 | NDF | 610.00 | 10.00 | Prepare for estimation trial and depositions (8.5); telephone conference with EI and PVNL re case issue (0.5); draft and revise letter to Bernick re case scheduling and discovery issues (1.0). |
| 10/10/07 | DBS | 235.00 | 6.30 | Compile electronic copies of documents to be used as exhibits in requests for authentication (2.2); compile transcripts and exhibits, expert reports, expert reliance materials, and other documents for use in upcoming depositions for attorney review (4.1). |
| 10/10/07 | ALV | 320.00 | 5.90 | Review documents related to discovery and expert related issues. |

| 10/10/07 | JPW | 475.00 | 8.80 | Telephone conference with A. Hermele re exhibits (.2); telephone conference with A. Basta re Celotex discovery (.2); telephone conference with B. Castleman re deposition (.5); telephone conference with WBS re Castleman (.1); draft letter re Rust documents (1.3); review and analyze Chambers Report (2.0); e-mails re Celotex discovery (.5); review Castleman report (2.1); meet with NDF re Castleman deposition (.2); review Rust transcript (1.7) |
| --- | --- | --- | --- | --- |
| 10/11/07 | BSB | 630.00 | 8.30 | Telephone conference with John Lacy re preparation for Marias deposition (1.3); work on Moolgavkar deposition preparation - e-mail Ansboro (5.1); review Parker expert report (1.0); get Ory statistics (.9) |
| 10/11/07 | WBS | 720.00 | 1.70 | Coordination and staffing conference with NDF and others (1.2); review transcript of Rodricks deposition (0.5). |
| 10/11/07 | EI | 920.00 | 1.10 | T/conf. Mullady/NDF re: discovery issues (.7); editing letter to Bernick (.2); t/c's NDF re: same (.2). |
| 10/11/07 | NDF | 610.00 | 10.00 | Work on estimation case and prepare for estimation depositions (7.5); revise letter to Bernick (0.5); emails to counsel re Bernick discovery requests (0.5); revise ACC responses to Grace discovery (1.5). |
| 10/11/07 | DBS | 235.00 | 3.70 | Attend meeting re deposition scheduling (1.1); compile electronic copies of documents to be used as exhibits in requests for authentication (.7); compile transcripts and exhibits, expert reports, expert reliance materials, and other documents for use in upcoming depositions for attorney review (1.9). |
| 10/11/07 | JAL | 495.00 | 0.10 | Reviewed materials relating to estimation discovery. |
| 10/11/07 | ALV | 320.00 | 7.00 | Review documents related to discovery and expert related issues; prepare material for expert depositions (5.5); research case law for potential use in motions (1.5). |
| 10/11/07 | JPW | 475.00 | 9.20 | Review draft letter re Rust; e-mails re same (1.0); meet with SAT re Chambers analysis (.3); draft letter re Rust production (1.0); meet with BSB re expert depositions (.5); meet with NDF re letter (.3); e-mails re Castleman deposition (.5); telephone conference with D. Donnellon re subpoenas (.4); meet with |

| | | | | |
|---|---|---|---|---|
| | | | | NDF, BSB and WBS re depositions (2.0); telephone conference with B. Castleman re documents (.2); e-mails re discovery scheduling (.9); analyze Chambers report (2.1) |
| 10/12/07 | BSB | 630.00 | 9.10 | Meeting with NDF and Dr. Welch (3.0); continued work on deposition preparation - Moolgavkar and Ory (6.1) |
| 10/12/07 | WBS | 720.00 | 3.80 | Continue review of Lees' sources and preparation for deposition. |
| 10/12/07 | TWS | 660.00 | 0.10 | E-mail re PD expert |
| 10/12/07 | NDF | 610.00 | 8.10 | Telephone conference with Dan Donnellon re case issue (0.5); email to Grace lawyers re lack of service of discovery (0.5); prepare for Houser and Austern depositions (1.5); prepare for estimation depositions (4.8); confer with JPW re Castleman (0.3); confer with PVNL re ACC responses to Grace discovery (0.5). |
| 10/12/07 | DBS | 235.00 | 3.00 | Compile transcripts and exhibits, expert reports, expert reliance materials, and other documents for use in upcoming depositions for attorney review. |
| 10/12/07 | ALV | 320.00 | 7.90 | Prepare for expert depositions; review relevant documents and articles (4.7); draft motion related to evidence (2.4); research case law for potential use in motions (0.4); discussions with M. Hurford regarding pleadings (0.4). |
| 10/12/07 | JPW | 475.00 | 7.10 | Meet with B. Castleman re deposition (.5); deposition of B. Castleman (6.2); meet with NDF re Castleman (.2); meet with ALV re exhibit list (.2) |
| 10/13/07 | NDF | 610.00 | 1.00 | Review and respond to emails re case issues. |
| 10/13/07 | DBS | 235.00 | 7.50 | Compile and review deposition transcripts and exhibits, expert reports, expert reliance materials, document productions, correspondence, and other documents for hard and electronic case files. |
| 10/14/07 | WBS | 720.00 | 2.80 | Memo re Daubert challenges to Lees/Anderson/Lee; review Anderson reports. |
| 10/14/07 | ALV | 320.00 | 1.50 | Prepare for expert depositions. |
| 10/14/07 | JPW | 475.00 | 3.70 | Review Hays Reports for deposition preparation |

| 10/15/07 | BSB | 630.00 | 8.20 | Review material from Dr. Welch (2.3); continue to work on deposition preparation (5.4); telephone conference with John Lacy (.3); e-mails (Ansboro) (.2) |
| 10/15/07 | WBS | 720.00 | 6.20 | Memo re challenges to Lees/Lee on Daubert (1.2); additional memo on medical issues and Daubert (0.7); review Hays materials for preparation for 10/16/07 (2.0); conference with NDF and ALV re work assignments (0.2); conference with JPW re Hays preparation issues (0.3); review Hays reports and rebuttals vs. him for preparation for 10/16/07 (1.8). |
| 10/15/07 | EI | 920.00 | 1.80 | T/c NDF, PVNL, Mullady re: discovery and timetable (.7); t/c NDF, Mullady re: meet and confer (.6); memo to NDF re: proffer edits (.3); t/c PVNL re: status (.2). |
| 10/15/07 | NDF | 610.00 | 9.50 | Telephone conference with EI and Mullady re strategy for dealing with Bernick (1.0); telephone conference with Bernick re discovery issues (1.0); prepare for Houser deposition (2.0); prepare for estimation depositions - other estimation witnesses (4.3); draft proffer of fact witness testimony for Bernick (0.7); edit same (0.5). |
| 10/15/07 | DBS | 235.00 | 6.20 | Compile and review deposition transcripts and exhibits, expert reports, expert reliance materials, document productions, correspondence, and other documents for hard and electronic case files (3.5); compile documents for use in upcoming depositions for attorney review (2.7). |
| 10/15/07 | ALV | 320.00 | 5.00 | Review documents related to discovery and expert related issues; prepare material for expert depositions (3.0); research material and case law regarding experts and expert reliance (2.0). |
| 10/15/07 | JPW | 475.00 | 9.10 | Analyze Rebuttal Reports (3.4); telephone conference with J. Ansboro re Anderson (.3); edit Rust letter (.4); e-mails re deposition scheduling (.8); meet with WBS re Hays preparation (.5); meet with BSB re expert depositions (.5); e-mails re Chambers analysis (.2); Daubert research (3.0) |

| 10/16/07 | BSB | 630.00 | 9.40 | Gather exposure data (1.4); Marias deposition (7.2); get exposure video (.2); read Fitzgerald opinion (.6) |
|---|---|---|---|---|
| 10/16/07 | WBS | 720.00 | 6.10 | Meet with Hays re his testimony, answering Grace case, possible research topics, and preparation for his deposition. |
| 10/16/07 | EI | 920.00 | 1.30 | Reading corres. on discovery (.3); began Florence XBT prep (1.0). |
| 10/16/07 | NDF | 610.00 | 8.30 | Houser deposition preparation (2.5); attend Houser deposition and conduct cross exam of witness (4.1); confer with J. Donley re scheduling issues (0.2); draft letter to Bernick re discovery issues (1.0); confer with PVNL re case issue (0.5). |
| 10/16/07 | DBS | 235.00 | 5.60 | Compile and review deposition transcripts and exhibits, expert reports, expert reliance materials, document productions, correspondence, and other documents for hard and electronic case files (2.5); compile documents for use in upcoming depositions for attorney review (2.1); research and compile products lists for attorney review (1.0). |
| 10/16/07 | ALV | 320.00 | 4.40 | Prepare for expert depositions; review relevant documents and articles (4.0); analysis regarding potential pleadings regarding evidence (0.4). |
| 10/16/07 | JPW | 475.00 | 10.60 | Prepare S. Hays for deposition with WBS (6.5); draft letter to K&E re claimant records (.6); meet with BSB re video (.2); review Anderson Report (2.7); e-mails re deposition schedules (.4); e-mails re product lists (.2) |
| 10/17/07 | BSB | 630.00 | 9.10 | Read deposition transcripts of Welch, Brady, and Castleman (4.9); work on Longo deposition (4.2) |
| 10/17/07 | WBS | 720.00 | 3.10 | Memo re TEM/PCM conversion issues (1.4); conference with NDF/JPW re statistical work to be done, possible expert engaged (0.4); check Hays reports for materials for Lees deposition (1.3). |
| 10/17/07 | EI | 920.00 | 2.00 | T/c Rice re: status (.2); t/c NDF re: Florence XBT (.1); reviewed 10/25 docket (.2); Florence XBT prep (1.5). |
| 10/17/07 | NDF | 610.00 | 9.30 | Prepare for Florence deposition (7.1); revise letter to Bernick re discovery issue (0.5); revise Grace ACC responses to discovery (1.1); review October 25 |

| | | | | |
|---|---|---|---|---|
| | | | | agenda and email to PVNL re same (0.2); confer with BSB re deposition issue (0.1); email to Grace re written depositions (0.2); email to Donley re Manville deposition (0.1). |
| 10/17/07 | DBS | 235.00 | 4.60 | Compile and review deposition transcripts and exhibits, expert reports, expert reliance materials, document productions, correspondence, and other documents for hard and electronic case files (2.0); compile documents for use in upcoming depositions for attorney review (2.6). |
| 10/17/07 | JPW | 475.00 | 8.70 | E-mails re deposition scheduling (1.2); meet with SAT Chambers analysis (.3); modify Chambers analysis spreadsheet (1.7); Chambers expert deposition preparation (2.6); revise and send follow-up letter to D. Mendelson (.4); meet with BSB re Moolgavkar analysis (.5); Lees expert deposition preparation (2.0) |
| 10/18/07 | BSB | 630.00 | 8.00 | Read Marris transcript (1.3); read Lee report (1.8); deposition preparation - Moolgavkar; analysis of exposure comp. (4.9) |
| 10/18/07 | NDF | 610.00 | 4.80 | Prepare for Florence deposition. |
| 10/18/07 | DBS | 235.00 | 5.20 | Compile and review deposition transcripts and exhibits, expert reports, expert reliance materials, document productions, correspondence, and other documents for hard and electronic case files (3.2); compile documents for use in upcoming depositions for attorney review (2.0). |
| 10/18/07 | ALV | 320.00 | 7.30 | Edit motion regarding evidence (0.9); review pleadings and transcripts for potential motion; meeting with DNW regarding case strategy; conduct research and review documents for Petitioner's Opposition to Motions for Summary Judgment (6.4). |
| 10/18/07 | JPW | 475.00 | 11.20 | Meet with BSB re Moolgavkar (1.0); review IRIS database (.9); expert deposition preparation Moolgavkar (2.7); e-mails re deposition scheduling (.5); expert deposition preparation - Florence (3.1); e-mails re Chambers backup (.3); telephone conference with SAT re Chambers analysis (.2); Chambers deposition preparation (2.5) |

| 10/19/07 | BSB | 630.00 | 7.90 | Continue work on Moolgavkar deposition (5.9); e-mail to Dr. Welch (.7); read Rust deposition transcript (1.3) |
| 10/19/07 | NDF | 610.00 | 10.80 | Memos to experts re various issues (0.5); memo to JPW and DBS re Florence deposition (0.5); outline Florence cross exam (0.8); attend Austern deposition (5.5); confer with Mullady re case issues (0.5); confer with PVNL re case issues (0.5); draft email to Grace re case issue (0.5); review Grace pleading re fact witness depositions (0.5); begin drafting response to Grace motion (1.5). |
| 10/19/07 | DBS | 235.00 | 7.40 | Compile and review deposition transcripts and exhibits, document productions, correspondence, and other documents for hard and electronic case files (1.0); compile documents for use in upcoming depositions for attorney review (5.2); compile electronic copies of documents to be used as exhibits in requests for authentication (1.2). |
| 10/19/07 | ALV | 320.00 | 4.30 | Prepare for expert depositions; review relevant documents and articles. |
| 10/19/07 | JPW | 475.00 | 9.50 | Meet with BSB re Moolgavkar (1.0); telephone conference with K. Kiplok re Eagle Picher deposition (.2); e-mails re deposition schedule (.5); telephone conference with J. Ansboro re Moolgavkar (.3); e-mails re Hays deposition (.1); review Grace production (.2); deposition preparation for Florence (4.7); deposition preparation for Lees (2.5) |
| 10/20/07 | BSB | 630.00 | 4.00 | Work on Moolgavkar deposition |
| 10/20/07 | TWS | 660.00 | 0.10 | E-mail from BSB and to JPW re potential expert |
| 10/21/07 | BSB | 630.00 | 3.10 | Prepare for Parker deposition |
| 10/21/07 | NDF | 610.00 | 6.70 | Work on response to Grace motion re schedule - review past pleadings relevant to same (6.5); telephone conference with PVNL re same (0.2). |
| 10/21/07 | NDF | 610.00 | 2.10 | Work on response to Grace motion re schedule - review past pleadings relevant to same. |
| 10/21/07 | ALV | 320.00 | 1.00 | Review pleadings and potential opposition pleading for relevance (0.4); research material for expert depositions (0.6). |

| 10/21/07 | JPW | 475.00 | 4.30 | Hays expert preparation (1.1); analyze Lees Report (3.2) |
| 10/22/07 | BSB | 630.00 | 14.40 | Review Weil PFT studies (1.9); read Weil reports (3.6); prepare for Longo deposition (4.4); travel to Atlanta, GA (4.5) |
| 10/22/07 | EI | 920.00 | 2.60 | Conf. NDF to review Florence XBT prep (2.0); t/c Cohn re: Libby issues (.3); reviewed draft response to Debtor's emergency motion (.3). |
| 10/22/07 | NDF | 610.00 | 6.70 | Prepare for Florence deposition (1.8); meet with EI re Florence deposition (1.0); telephone conference with D. Cohn re Libby motion (0.2); telephone conference with Mullady re same (0.3); review Libby motion (0.2); edit response to Grace motion re discovery (1.3); confer with PVNL re Horkovich witness (0.5); prepare for estimation trial (1.4). |
| 10/22/07 | DBS | 235.00 | 7.40 | Update case calendar for attorney review (.3); compile and review documents for use as potential exhibits in upcoming depositions for attorney review (6.6); compile electronic copies of documents to be used as exhibits in requests for authentication (.5). |
| 10/22/07 | ALV | 320.00 | 4.50 | Review pleadings and potential opposition pleadings (1.0); prepare for expert depositions (3.2); conversations with counsel for the Libby claimants regarding evidence and discovery (0.3). |
| 10/22/07 | JPW | 475.00 | 11.10 | Prepare S. Hays for deposition (1.0); defend hays deposition (9.3); e-mails re deposition schedule (.5); telephone conference with C. Kiplok re deposition (.3) |
| 10/23/07 | BSB | 630.00 | 8.20 | Longo deposition (8.2). |
| 10/23/07 | WBS | 720.00 | 3.70 | Review Dunbar supplemental report and rebuttal (1.4); review Heckman report (1.1); review Biggs rebuttal (1.2). |
| 10/23/07 | NDF | 610.00 | 7.00 | Prepare for Florence deposition (2.0); final revisions to brief in opposition to Grace discovery motion (1.3); review FCR brief and respond to same (0.3); draft memo re trial plan (0.6); confer with JPW re Eagle Picher deposition (0.5); draft response to Grace discovery (0.7); respond to emails from Grace counsel re various (0.4); telephone conference with |

|          |     |        |       | Grace counsel re trial deadlines proposal (0.7); draft email re same (0.5). |
|----------|-----|--------|-------|------------------------------------------------------------|
| 10/23/07 | DBS | 235.00 | 5.20  | Compile and review documents for use as potential exhibits in upcoming depositions for attorney review. |
| 10/23/07 | ALV | 320.00 | 5.20  | Prepare for expert depositions; review transcripts for relevance (2.0); research material for experts (3.2). |
| 10/23/07 | JPW | 475.00 | 14.70 | Review and execute protective order documents (.9); e-mails re trust productions (.3); review trust productions (2.2); locate potential experts (1.7); meet with NDF and DBS re Florence deposition (1.0); Florence deposition preparation (3.9); travel to Chicago (4.7) |
| 10/24/07 | BSB | 630.00 | 8.30  | Deposition preparation (6.4); read Long draft (1.9) |
| 10/24/07 | WBS | 720.00 | 3.70  | Conference with NDF re Florence deposition (0.7); telephone conference M. Peterson re preparation for deposition (0.2); work on Lees deposition outline; review and write questions from Lees quantitive data for deposition and trial use (2.8). |
| 10/24/07 | SAT | 195.00 | 3.00  | Retrieve and review expert invoices to quantify fees v. expenses charged as per ALV instructions. |
| 10/24/07 | NDF | 610.00 | 10.00 | Prepare with Biggs for her deposition (3.2); review Biggs reports and backup for deposition preparation (2.0); confer with WBS re Florence and Dunbar depositions (0.7); revise discovery responses for Grace (0.5); telephone conference with Peterson re deposition preparation (0.2); emails to Hurford re 30(b)(6) deposition questions to trusts (0.2); review Bernick slides (0.2); telephone conference with Ramsay re Kazan deposition and Grace discovery (0.3); email to Kazan re discovery issue (0.2); prepare for 10/25 omnibus hearing (1.0); prepare for Florence deposition (1.5). |
| 10/24/07 | DBS | 235.00 | 6.40  | Compile and review documents for use as potential exhibits in upcoming depositions for attorney review (5.2); compile electronic copies of documents to be used as exhibits in requests for authentication (1.2). |
| 10/24/07 | ALV | 320.00 | 4.60  | Prepare for expert depositions (2.6); review material related to interrogatory responses; review transcripts for relevance (2.0). |

| 10/24/07 | JPW | 475.00 | 8.30 | Review Lees backup materials (1.1); Florence deposition preparation (.4); deposition of Eagle Picher (3.8); deposition of Keene Trust (3.0). |
|----------|-----|--------|------|---|
| 10/25/07 | BSB | 630.00 | 10.30 | Meet with FCR counsel (1.0); prepare for and attend Moolgavkar deposition (9.3) |
| 10/25/07 | WBS | 720.00 | 6.30 | Review Chambers supplemental report (2.5); prepare outline for Lees deposition, including analysis of his MKT3 and other calculations of exposure with notes for consulting expert to analyze (3.8). |
| 10/25/07 | EI | 920.00 | 0.10 | Reviewed UST proposed order (.1). |
| 10/25/07 | SAT | 195.00 | 2.00 | Retrieve and review expert invoices to quantify fees v. expenses as per ALV instructions. |
| 10/25/07 | SAT | 195.00 | 1.10 | Review asbestos verdict reports; compile spreadsheets of 2007 verdict information as per JPW instructions. |
| 10/25/07 | NDF | 610.00 | 10.50 | Read Dunbar reports and testimony (3.9); prepare for omnibus hearing (1.5); attend omnibus hearing (2.5); confer with Mullady re case issues (1.0); prepare for Dunbar deposition (1.6). |
| 10/25/07 | DBS | 235.00 | 10.50 | Attend deposition of S. Moolgavkar and assist attorney with deposition exhibits (8.4); compile and review documents for use as potential exhibits in upcoming depositions (.6); compile and review deposition transcripts and exhibits and document productions for hard and electronic case files (1.3); schedule upcoming depositions with court reporter (.2). |
| 10/25/07 | ALV | 320.00 | 6.00 | Prepare for expert depositions (3.0); review material related to interrogatory responses; review transcripts for relevance (3.0). |
| 10/25/07 | JPW | 475.00 | 10.90 | Research Daubert issues (4.0); e-mails re consulting expert (.5); analyze Lees reports (3.7); draft deposition questions for Florence (2.2); meet with J. Ansboro re depositions (.1); e-mails re deposition schedule (.4) |
| 10/26/07 | BSB | 630.00 | 8.40 | Parker deposition |
| 10/26/07 | WBS | 720.00 | 5.50 | Review Dunbar reports in preparation for meeting with NDF re his deposition (1.4); meeting with NDF |

| | | | | |
|---|---|---|---|---|
| | | | | and JPW re Dunbar (3.3); telephone conference with consulting expert re statistical issues re Lees (0.8). |
| 10/26/07 | EI | 920.00 | 1.00 | Prep for Mekus XBT (.5); t/c's NDF re: status and report on hearing (.5). |
| 10/26/07 | SAT | 195.00 | 4.00 | Review asbestos verdict reports; compile spreadsheet of 2007 verdict information as per JPW instructions. |
| 10/26/07 | NDF | 610.00 | 10.30 | Meet with JPC and WBS to prepare for Dunbar deposition (2.0); meet with Mullady and Bernick to discuss trial issues (2.5); prepare for Florence deposition (3.8); email correspondence re case issues (0.5); draft outline for motion in limine re settlement history (0.5); prepare for Peterson deposition (gather materials) (1.0). |
| 10/26/07 | DBS | 235.00 | 12.60 | Attend deposition of J. Parker and assist attorney with deposition exhibits (6.3); compile and review documents for use as potential exhibits in upcoming depositions (4.9); compile and review deposition transcripts and exhibits for hard and electronic case files (1.2); schedule upcoming depositions with court reporter (.2). |
| 10/26/07 | ALV | 320.00 | 6.30 | Prepare for expert depositions (2.2); review material related to interrogatory responses (3.7); edit cross examination questions for depositions (0.4). |
| 10/26/07 | JPW | 475.00 | 12.50 | Dunbar deposition preparation (3.8); meet with SAT re SEC filings (.3); Lees deposition preparation (3.4); telephone conference with W. Cleveland re stats analysis (1.0); meet with NDF and WBS re Florence deposition (3.1); e-mails re conversion methodology (.5); revise and send retention letter to Cleveland (.4) |
| 10/27/07 | WBS | 720.00 | 4.30 | Review Lees reports and references, prepare outline for his deposition. |
| 10/27/07 | NDF | 610.00 | 2.30 | Email correspondence re Snyder deposition (0.5); draft materials for use in Florence deposition (1.8). |
| 10/28/07 | WBS | 720.00 | 6.20 | Work on outline for Lees deposition, including review of his article and articles cited, organize materials for deposition (5.5); e-mails and exchange with statistical expert on issues re TEM/PCM conversion (0.7). |
| 10/28/07 | ALV | 320.00 | 1.70 | Prepare for expert depositions. |

{D0095890.1 }

| 10/28/07 | JPW | 475.00 | 2.90 | Lees deposition preparation |
| 10/29/07 | BSB | 630.00 | 8.60 | Preparation for Ory deposition (7.3); review Longo deposition (1.3) |
| 10/29/07 | WBS | 720.00 | 8.90 | Take Lees deposition including last minute preparation (7.5); conference NDF re possible work re EPI studies (0.2); start preparation for Anderson deposition (1.2). |
| 10/29/07 | EI | 920.00 | 0.30 | Prep for XBT (.2); corres. JPW re: disclosure (.1). |
| 10/29/07 | SAT | 195.00 | 0.90 | Review asbestos verdict reports; compile spreadsheet of 2007 verdict information as per JPW instructions. |
| 10/29/07 | SAT | 195.00 | 2.60 | Review asbestos company 10-k's re claim values; compile analysis and comparison spreadsheet re JPW instructions. |
| 10/29/07 | NDF | 610.00 | 12.00 | Prepare for Florance and Dunbar depositions. |
| 10/29/07 | DBS | 235.00 | 8.50 | Compile and review documents for use as potential exhibits in upcoming depositions (8.2); compile and review deposition transcripts and exhibits for hard and electronic case files (.3). |
| 10/29/07 | ALV | 320.00 | 10.30 | Attend and assist at deposition of Dr. Peter Lees (including pre and post deposition duties) (9.2); prepare for expert depositions; review relevant documents and articles (1.1). |
| 10/29/07 | JPW | 475.00 | 10.40 | Meet with BSB re Ory (.5); Ory deposition preparation (3.2); e-mails re questionnaire issue (.8); e-mails re expert backup (.3); meet with NDF and DBS re Florence (.5); Dunbar deposition preparation (5.1) |
| 10/30/07 | BSB | 630.00 | 8.30 | Ory deposition - preparation and taking |
| 10/30/07 | WBS | 720.00 | 10.30 | E-mails to experts re Lees claim about EPI studies (1.4); review Anderson reports in preparation for deposition (3.5); work on outline for deposition (5.4). |
| 10/30/07 | EI | 920.00 | 6.00 | Celotex XBT in Wilmington and related prep during travel and Sinclair memo and JPW corres. during travel (6.0). |

| 10/30/07 | NDF | 610.00 | 13.50 | Prepare for Florence deposition (2.0); take Florence deposition (9.0); prepare for Peterson deposition (2.0); confer with Mullady re case issues (0.5). |
| 10/30/07 | DBS | 235.00 | 10.30 | Attend deposition of T. Florence and assist attorney with deposition exhibits (9.5); compile and review documents for use as potential exhibits in upcoming depositions (.8). |
| 10/30/07 | ALV | 320.00 | 3.50 | Review relevant documents, articles and deposition transcripts in preparation for depositions. |
| 10/30/07 | ALV | 320.00 | 5.50 | Prepare for expert depositions; review relevant documents and articles; review deposition transcripts. |
| 10/30/07 | JPW | 475.00 | 11.20 | Deposition of T. Florence (9.8); telephone conference with WBS re Dunbar and Anderson (.3); prepare for M. Peterson meeting (1.1) |
| 10/31/07 | BSB | 630.00 | 8.60 | Review Ory deposition (2.3); review Parker deposition (3.1); prepare for Weil deposition (3.2) |
| 10/31/07 | WBS | 720.00 | 9.90 | Deposition preparation on Anderson reliance on Moolgavkar (2.1); prepare conference call with Peterson (2.1); work on Anderson materials and Heckman depositions (4.7); revise deposition outline (1.0). |
| 10/31/07 | EI | 920.00 | 0.50 | Memo re: disclosure issues and t/c JPW re: same (.3); t/c NDF re: Florence XBT (.2). |
| 10/31/07 | SAT | 195.00 | 4.30 | Review asbestos company 10-k's re claim values; compile analysis and comparison spreadsheet re JPW instructions. |
| 10/31/07 | NDF | 610.00 | 11.50 | Prepare Peterson for deposition (6.0); prepare for Dunbar deposition (5.0); confer with Mullady re case issues (0.5). |
| 10/31/07 | DBS | 235.00 | 8.00 | Compile and review documents for use as potential exhibits in upcoming depositions (3.7); compile and review deposition transcripts and exhibits for hard and electronic case files (1.6); compile deposition exhibits for expert review (.2); compile expert reports and court opinions for attorney review (1.1); discuss trial logistics with local counsel and co-counsel (1.3); update case calendar for attorney review (.1). |

{D0095890.1 }

| 10/31/07 | JPW | 475.00 | 10.50 | Telephone conference with M. Peterson and D. Relles re deposition preparation (3.5); telephone conference with EI re confidentiality issue (.1); telephone conference with M. Hurford re trust depositions (.5); Anderson deposition preparation (2.6); review Ory deposition transcript (1.0); review Mekus deposition transcript (.6); analyze Heckman report (2.0); meet with BSB re Florence (.2) |

**Total Task Code.16**        **1,146.90**

**Plan & Disclosure Statement (34.50 Hours; $ 28,248.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Elihu Inselbuch | 14.60 | $920 | 13,432.00 |
| Peter Van N. Lockwood | 10.40 | $840 | 8,736.00 |
| Ronald E. Reinsel | 9.50 | $640 | 6,080.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/07 | EI | 920.00 | 0.30 | T/c Frankel re: status (.1); prep for PD meeting (.2). |
| 10/03/07 | PVL | 840.00 | 0.30 | Review email re term sheet revisions (.1); review NDF memo (.2). |
| 10/03/07 | EI | 920.00 | 1.10 | T/c Frankel re: status and prep for meeting (.5); t/c Rice re: same (.1); t/cs Sinclair re: term sheet and drafting (.5). |
| 10/04/07 | PVL | 840.00 | 0.10 | Review Frankel email and reply re POR. |
| 10/04/07 | EI | 920.00 | 5.30 | Conf. with Futures Rep and PD with Rice to review POR status (5.0); t/c Budd re: same (.1); Optimization Plan matters (.2). |
| 10/05/07 | EI | 920.00 | 0.20 | Memo to Frankel re: status and meetings. |
| 10/08/07 | PVL | 840.00 | 0.80 | Confer Rice and EI (.5); confer EI (.3);. |
| 10/08/07 | EI | 920.00 | 0.50 | Conf. PVNL re: plan drafting status (.5). |

| | | | | |
|---|---|---|---|---|
| 10/09/07 | EI | 920.00 | 2.00 | Conf. Rice, PVNL, NDF, Frankel, Wyron re: status of POR and PD (1.0); conf. Rice, Frankel, Wyron, Speights and Runyan re: Speights' claims (1.0). |
| 10/10/07 | PVL | 840.00 | 0.30 | Review revised TS and email EI (.1); review email and reply re DOJ (.1); email Frankel (.1). |
| 10/10/07 | EI | 920.00 | 0.40 | Budd inquiry (.1); t/c Frankel and memos re: term sheet and PD issues (.3). |
| 10/11/07 | RER | 640.00 | 2.10 | Review plan drafts in prep. for meeting. |
| 10/12/07 | PVL | 840.00 | 5.70 | Confer Frankel, Wyron, Wallace, Felder and RER re draft POR (5.4); teleconference EI re same (.3). |
| 10/12/07 | EI | 920.00 | 0.70 | T/c PVNL re: POR status (.3); t/c Sinclair re: status (.1); reading mail and notices (.3). |
| 10/12/07 | RER | 640.00 | 7.40 | Prep. for and attend plan meeting. |
| 10/15/07 | EI | 920.00 | 1.20 | Memo to Sinclair (.2); t/c Frankel re: POR issues (.5); t/c Rice re: same (.2); t/c Frankel re: POR issues and Rice views (.3). |
| 10/16/07 | PVL | 840.00 | 0.20 | Review AKO memo. |
| 10/19/07 | EI | 920.00 | 0.20 | T/c Frankel re: POR status and term sheet (.2). |
| 10/22/07 | PVL | 840.00 | 0.40 | Teleconference Frankel (.1); review revised term sheet and email Frankel (.3). |
| 10/23/07 | PVL | 840.00 | 1.00 | Teleconference Wallace re POR (.8); review Frankel memo and Piper Jaffray schedules (.2). |
| 10/23/07 | EI | 920.00 | 0.40 | Memos re: POR status and term sheet (.2); t/c Sinclair and t/c Horkovich re: remediation status meeting at K & E (.2). |
| 10/24/07 | PVL | 840.00 | 0.30 | Confer Frankel. |
| 10/24/07 | EI | 920.00 | 1.00 | T/c Rice/Austern/Frankel re: term sheet status (.5); t/c Hurford/Sinclair re: EPA meeting (.3); Sealed Air memo (.2). |
| 10/25/07 | EI | 920.00 | 0.40 | T/c Cooney re: status (.1); t/c Frankel re: Shelnitz call (.3). |
| 10/26/07 | PVL | 840.00 | 1.00 | Review revised POR and email comments. |

| 10/26/07 | EI | 920.00 | 0.50 | T/c's Sinclair re: EPA settlement (.5). |
| 10/27/07 | EI | 920.00 | 0.20 | Snyder matters. |
| 10/31/07 | PVL | 840.00 | 0.30 | Teleconference EI (.1); review revised POR glossary (.2). |
| 10/31/07 | EI | 920.00 | 0.20 | T/c Rice re: status (.1); t/c Weitz re: status (.1). |

**Total Task Code .17     34.50**


**Tax Issues (2.80 Hours; $ 2,352.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Peter Van N. Lockwood | 2.80 | $840 | 2,352.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/21/07 | PVL | 840.00 | 2.80 | Review revised draft POR. |

**Total Task Code .19     2.80**


**Travel – Non Working (38.10 Hours; $ 13,058.50)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Peter Van N. Lockwood | 14.50 | $420 | 6,090.00 |
| Bernard Bailor | 5.40 | $315 | 1,701.00 |
| Nathan D. Finch | 14.00 | $305 | 4,270.00 |
| James P. Wehner | 4.20 | 237.50 | 997.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 10/03/07 | NDF | 305.00 | 0.80 | Travel to Welch deposition (0.5); return to office from Welch deposition. |
| 10/16/07 | NDF | 305.00 | 0.80 | Travel back to D.C. from Houser deposition. |
| 10/19/07 | NDF | 305.00 | 0.50 | Travel to Austern deposition. |
| 10/22/07 | NDF | 305.00 | 4.60 | Travel to New York to meet with EI re Florence deposition (2.5); travel back to D.C. (2.1). |
| 10/23/07 | BSB | 305.00 | 5.40 | Travel to Washington, DC (5.4) |
| 10/24/07 | JPW | 237.50 | 4.20 | Travel to DC (4.2) |
| 10/25/07 | NDF | 305.00 | 4.30 | Travel to Pittsburgh for omnibus hearing (1.5); return to D.C. (2.8). |
| 10/27/07 | PVL | 420.00 | 5.60 | Travel to San Francisco for depo. |
| 10/29/07 | PVL | 420.00 | 0.80 | Travel to/from deposition. |
| 10/30/07 | PVL | 420.00 | 8.10 | Return travel to DC. |
| 10/31/07 | NDF | 305.00 | 3.00 | Travel to California for Peterson deposition. |

**Total Task Code .21        38.10**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,537.40 |
| Air Freight & Express Mail | 673.06 |
| Charge of Cell and/or Home Phone Useage | 60.33 |
| Conference Meals | 3,585.47 |
| Court Reporting/Transcript Service | 27,891.00 |
| Database Research | 2,165.13 |
| Local Transportation - DC | 389.23 |
| Long Distance-Equitrac In-House | 15.77 |
| Meals Related to Travel | 358.04 |
| Miscellaneous: Client Advances | 238.40 |
| NYO Long Distance Telephone | 79.79 |
| Outside Local Deliveries | 1,263.17 |
| Outside Photocopying/Duplication Service | 283.84 |
| Postage & Air Freight | 337.30 |
| Professional Fees & Expert Witness Fees | 136,518.99 |
| Research Material | 485.44 |
| Travel Expenses - Ground Transportation | 899.95 |
| Travel Expenses - Hotel Charges | 1,868.65 |
| Travel Expenses - LD Calls on Hotel Bill | 9.95 |
| Xeroxing | 5,471.50 |

**Total**    **$188,132.41**