**EXHIBIT B**

**Case Administration (50.00 Hours; $ 10,818.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   50.00**


**Claim Analysis Objection & Resolution (Asbestos) (22.10 Hours; $ 18,564.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05   22.10**


**Claim Analysis Objection & Resolution (Non-Asbestos) (2.60 Hours; $ 1,287.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06   2.60**


**Fee Applications, Applicant (5.60 Hours; $ 2,155.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   5.60**


**Litigation and Litigation Consulting (1,146.90 Hours; $ 588,691.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16   1,146.90**



**Plan & Disclosure Statement (34.50 Hours; $ 28,248.00)**

{D0095891.1 }
DOC#151898

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          34.50**

**Tax Issues (2.80 Hours; $ 2,352.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19          2.80**

**Travel Non-Working (38.10 Hours; $ 13,058.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          38.10**