## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,537.40 |
| Air Freight & Express Mail | 673.06 |
| Charge of Cell and/or Home Phone Useage | 60.33 |
| Conference Meals | 3,585.47 |
| Court Reporting/Transcript Service | 27,891.00 |
| Database Research | 2,165.13 |
| Local Transportation - DC | 389.23 |
| Long Distance-Equitrac In-House | 15.77 |
| Meals Related to Travel | 358.04 |
| Miscellaneous: Client Advances | 238.40 |
| NYO Long Distance Telephone | 79.79 |
| Outside Local Deliveries | 1,263.17 |
| Outside Photocopying/Duplication Service | 283.84 |
| Postage & Air Freight | 337.30 |
| Professional Fees & Expert Witness Fees | 136,518.99 |
| Research Material | 485.44 |
| Travel Expenses - Ground Transportation | 899.95 |
| Travel Expenses - Hotel Charges | 1,868.65 |
| Travel Expenses - LD Calls on Hotel Bill | 9.95 |
| Xeroxing | 5,471.50 |

**Total         $188,132.41**