```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 1


                      W. R. Grace, Inc. % Elihu Inselbuch
                      Caplin & Drysdale
                      399 Park Avenue, 27th Floor
                      New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 10/01/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.6    1105.00
 #7204     additional work on developing comments for Heckman    425.00
           report

 10/02/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.0    1700.00
 #7209     additional work on developing comments for Heckman    425.00
           report

 10/03/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3     977.50
 #7213     additional review of Heckman                          425.00

 10/04/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8    1960.00
 #7009     review Chambers's documents                           700.00

 10/04/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6     680.00
 #7214     read papers to which Heckman refers                   425.00

 10/04/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8     340.00
 #7215     review Chambers rebuttal to Peterson materials        425.00

 10/05/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7    1190.00
 #7011     review Chambers's documents                           700.00

 10/07/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  4.4    3080.00
 #7015     telephone Relles re: Heckman report (.6); review      700.00
           materials from Relles re: Heckman (3.8)

 10/07/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.9    1657.50
 #7218     get Heckman reference materials, review materials     425.00

 10/07/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6     255.00
 #7219     telephone Peterson re: Heckman report                 425.00

 10/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.9    2030.00
 #7031     review Chambers backup materials                      700.00

 10/22/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.2    1785.00
 #7222     work on developing summary of problems with Heckman   425.00
           rebuttal

 10/23/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.5    1062.50
 #7226     work on developing summary of problems with Heckman   425.00
           rebuttal
```

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 2

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 10/24/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  5.2   2210.00
 #7229     work on developing summary of problems with Heckman   425.00
           rebuttal

 10/25/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.9    382.50
 #7232     work on developing summary of problems with Heckman   425.00
           rebuttal

 10/25/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    510.00
 #7233     review Stallard deposition                            425.00

 10/26/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.4   2380.00
 #7045     read Stallard deposition                              700.00

 10/27/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.9   2030.00
 #7048     read Stallard deposition                              700.00

 10/27/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    170.00
 #7241     attempt to resolve case said by Dunbar to be wrongly  425.00
           coded

 10/27/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7    722.50
 #7242     examine effect of eliminating case said by Dunbar to  425.00
           be wrongly coded

 10/30/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.7    722.50
 #7248     read Florence deposition                              425.00
```

{D0095885.1 }

```
Date: 11/16/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 3

                   W. R. Grace


Date/Slip#  Description                              HOURS/RATE    AMOUNT
----------------------------------------------------------------------------
 10/01/07   Relles    / (07) Committee, Creditors'         0.4      170.00
 #7201      email Finch re: Exponent results             425.00

 10/05/07   Relles    / (07) Committee, Creditors'         0.3      127.50
 #7216      telephone Wehner re: information requests for Rust  425.00
            deposition

 10/06/07   Relles    / (07) Committee, Creditors'         2.3      977.50
 #7217      satisfy miscellaneous Wehner requests        425.00

 10/15/07   Peterson  / (07) Committee, Creditors'         1.2      840.00
 #7026      telephone Finch re: settlements by other asbestos  700.00
            defendants

 10/19/07   Peterson  / (07) Committee, Creditors'         1.2      840.00
 #7030      review materials from Finch about Grace's experts  700.00

 10/23/07   Relles    / (07) Committee, Creditors'         1.0      425.00
 #7225      respond to Finch questions about Florence exhibits  425.00

 10/31/07   Peterson  / (07) Committee, Creditors'         2.5     1750.00
 #7059      telephone conference Slocombe, Wehner re: prepare  700.00
            for deposition

 10/31/07   Peterson  / (07) Committee, Creditors'         4.5     3150.00
 #7060      meet with Finch re: prepare for deposition    700.00

 10/31/07   Peterson  / (07) Committee, Creditors'         1.6     1120.00
 #7063      telephone Relles, Slocombe, Wehner re: deposition  700.00
            analyses

 10/31/07   Relles    / (07) Committee, Creditors'         1.6      680.00
 #7253      telephone Peterson, Slocombe, Wehner re: deposition  425.00
            analyses

 10/31/07   Relles    / (07) Committee, Creditors'         1.2      510.00
 #7256      telephone Peterson and Finch re: deposition analyses  425.00
```

{D0095885.1 }

```
Date: 11/16/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 4

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 10/03/07  Peterson  / (14) Hearings                           5.3    3710.00
 #7006     review materials to prepare for deposition        700.00

 10/04/07  Peterson  / (14) Hearings                           7.3    5110.00
 #7008     review materials to prepare for deposition        700.00

 10/07/07  Peterson  / (14) Hearings                           5.3    3710.00
 #7014     review materials to prepare for deposition        700.00

 10/08/07  Peterson  / (14) Hearings                           5.8    4060.00
 #7017     review materials to prepare for deposition        700.00

 10/10/07  Peterson  / (14) Hearings                           5.3    3710.00
 #7018     review materials to prepare for deposition        700.00

 10/12/07  Peterson  / (14) Hearings                           6.7    4690.00
 #7020     prepare for deposition                            700.00

 10/16/07  Peterson  / (14) Hearings                           8.5    5950.00
 #7027     prepare for deposition                            700.00

 10/17/07  Peterson  / (14) Hearings                           8.3    5810.00
 #7028     review data and analyses to prepare for deposition 700.00

 10/18/07  Peterson  / (14) Hearings                           9.7    6790.00
 #7029     review data and analyses to prepare for deposition 700.00

 10/19/07  Peterson  / (14) Hearings                           3.3    2310.00
 #7032     prepare for deposition                            700.00

 10/20/07  Peterson  / (14) Hearings                           3.8    2660.00
 #7033     prepare for deposition                            700.00

 10/21/07  Peterson  / (14) Hearings                           7.6    5320.00
 #7034     prepare for deposition                            700.00

 10/22/07  Peterson  / (14) Hearings                           0.6     420.00
 #7035     telephone Relles re: preparations for other experts' 700.00
           depositions

 10/22/07  Relles    / (14) Hearings                           0.4     170.00
 #7221     review Austern deposition                         425.00

 10/22/07  Relles    / (14) Hearings                           0.6     255.00
 #7223     telephone Peterson re: preparing for depositions  425.00
```

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 5

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 10/23/07  Peterson  / (14) Hearings                           1.2       840.00
 #7037     telephone Relles re: preparing for deposition     700.00

 10/23/07  Peterson  / (14) Hearings                           4.5      3150.00
 #7039     prepare for deposition                            700.00

 10/23/07  Relles    / (14) Hearings                           2.7      1147.50
 #7224     develop materials for deposition                  425.00

 10/23/07  Relles    / (14) Hearings                           3.4      1445.00
 #7227     develop materials for deposition                  425.00

 10/23/07  Relles    / (14) Hearings                           1.2       510.00
 #7228     telephone Peterson re: preparing for deposition   425.00

 10/24/07  Peterson  / (14) Hearings                           1.0       700.00
 #7040     telephone Relles: preparing for deposition        700.00

 10/24/07  Peterson  / (14) Hearings                           9.8      6860.00
 #7041     prepare for deposition                            700.00

 10/24/07  Relles    / (14) Hearings                           1.8       765.00
 #7230     develop materials for deposition                  425.00

 10/24/07  Relles    / (14) Hearings                           1.0       425.00
 #7231     telephone Peterson re: preparing for deposition   425.00

 10/25/07  Peterson  / (14) Hearings                           1.6      1120.00
 #7042     telephone Relles: preparing for deposition        700.00

 10/25/07  Peterson  / (14) Hearings                           9.8      6860.00
 #7043     prepare for deposition                            700.00

 10/25/07  Relles    / (14) Hearings                           2.4      1020.00
 #7234     develop materials for deposition                  425.00

 10/25/07  Relles    / (14) Hearings                           1.6       680.00
 #7236     telephone Peterson re: preparing for deposition   425.00

 10/26/07  Peterson  / (14) Hearings                           7.2      5040.00
 #7044     prepare for deposition                            700.00

 10/26/07  Peterson  / (14) Hearings                           2.0      1400.00
 #7046     telephone Relles re: preparing for deposition    700.00
```

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 6

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 10/26/07  Relles    / (14) Hearings                            4.6    1955.00
 #7237     develop materials for deposition                   425.00

 10/26/07  Relles    / (14) Hearings                            2.0     850.00
 #7238     telephone Peterson re: preparing for deposition    425.00

 10/27/07  Peterson  / (14) Hearings                            8.4    5880.00
 #7047     prepare for deposition                             700.00

 10/28/07  Peterson  / (14) Hearings                           11.0    7700.00
 #7051     prepare for deposition                             700.00

 10/28/07  Peterson  / (14) Hearings                            1.2     840.00
 #7052     miscellaneous telephone conversations with Relles  700.00
           re: deposition support

 10/28/07  Relles    / (14) Hearings                            8.7    3697.50
 #7243     work through to-do list of analyses in support of  425.00
           Peterson deposition

 10/28/07  Relles    / (14) Hearings                            1.2     510.00
 #7245     miscellaneous telephone conversations with Peterson 425.00
           re: deposition support

 10/29/07  Peterson  / (14) Hearings                           14.2    9940.00
 #7055     prepare for deposition                             700.00

 10/29/07  Relles    / (14) Hearings                            6.9    2932.50
 #7246     work through to-do list of analyses in support of  425.00
           Peterson deposition

 10/30/07  Peterson  / (14) Hearings                           12.7    8890.00
 #7056     prepare for deposition                             700.00

 10/30/07  Peterson  / (14) Hearings                            1.2     840.00
 #7057     telephone Relles (several calls) re: deposition    700.00
           analyses

 10/30/07  Relles    / (14) Hearings                            1.2     510.00
 #7249     telephone Peterson (several calls) re: deposition  425.00
           analyses

 10/30/07  Relles    / (14) Hearings                            7.0    2975.00
 #7250     work on analyses in support of Peterson deposition 425.00
```

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page   7

                     W. R. Grace


Date/Slip# Description                                        HOURS/RATE     AMOUNT
-----------------------------------------------------------------------------------
 10/31/07  Peterson   / (14) Hearings                              4.2     2940.00
 #7061     prepare for deposition                               700.00

 10/31/07  Peterson   / (14) Hearings                              2.2     1540.00
 #7062     telephone Relles (several calls) re: deposition      700.00
           analyses

 10/31/07  Relles     / (14) Hearings                              1.0      425.00
 #7252     telephone Peterson (several calls) re: deposition    425.00
           analyses

 10/31/07  Relles     / (14) Hearings                              4.8     2040.00
 #7254     work on analyses in support of Peterson deposition   425.00

 10/31/07  Relles     / (14) Hearings                              1.4      595.00
 #7255     organize summary of deposition analyses              425.00
```

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 8

                    W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 10/01/07  Peterson  / (28) Data Analysis                 8.0     5600.00
 #7001     review other experts' rebuttal reports and back up   700.00
           material

 10/01/07  Peterson  / (28) Data Analysis                 0.4      280.00
 #7002     telephone Relles re: Exponent results        700.00

 10/01/07  Peterson  / (28) Data Analysis                 2.8     1960.00
 #7003     review Grace's coding of cancer PIQs         700.00

 10/01/07  Relles    / (28) Data Analysis                 3.4     1445.00
 #7202     research files for Exponent results          425.00

 10/01/07  Relles    / (28) Data Analysis                 1.9      807.50
 #7203     review rebuttal reports                      425.00

 10/01/07  Relles    / (28) Data Analysis                 0.4      170.00
 #7205     telephone Peterson re: Exponent results      425.00

 10/02/07  Peterson  / (28) Data Analysis                 7.4     5180.00
 #7004     review materials from other experts          700.00

 10/02/07  Peterson  / (28) Data Analysis                 1.2      840.00
 #7005     email correspondence re: other experts' rebuttal   700.00
           reports

 10/02/07  Relles    / (28) Data Analysis                 0.4      170.00
 #7206     email re: Exponent results                   425.00

 10/02/07  Relles    / (28) Data Analysis                 0.6      255.00
 #7207     review Access databases for Exponent results on open   425.00
           claims

 10/02/07  Relles    / (28) Data Analysis                 0.7      297.50
 #7208     examine closed claim files used in calculating    425.00
           mesothelioma averages

 10/02/07  Relles    / (28) Data Analysis                 2.5     1062.50
 #7210     search sas output files for Exponent open claims   425.00
           results

 10/03/07  Peterson  / (28) Data Analysis                 1.4      980.00
 #7007     review Grace's coding of cancer PIQs         700.00

 10/03/07  Relles    / (28) Data Analysis                 2.5     1062.50
 #7211     attempt to reproduce Exponent's review materials   425.00
```

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                                Page 9

                            W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 10/03/07  Relles    / (28) Data Analysis                         1.4     595.00
 #7212     identify cases Exponent said had no exposure, infer  425.00
           what Exponent did on open claims

 10/04/07  Peterson  / (28) Data Analysis                         3.1    2170.00
 #7010     review Grace's coding of cancer PIQs                 700.00

 10/05/07  Peterson  / (28) Data Analysis                         5.9    4130.00
 #7012     review other experts rebuttal reports                700.00

 10/06/07  Peterson  / (28) Data Analysis                         4.3    3010.00
 #7013     review other experts rebuttal reports                700.00

 10/08/07  Peterson  / (28) Data Analysis                         0.4     280.00
 #7016     telephone Relles re: updates on status of work       700.00

 10/08/07  Relles    / (28) Data Analysis                         0.4     170.00
 #7220     telephone Peterson re: updates on status of work     425.00

 10/11/07  Peterson  / (28) Data Analysis                         5.4    3780.00
 #7019     review other experts rebuttal reports                700.00

 10/13/07  Peterson  / (28) Data Analysis                         3.9    2730.00
 #7021     review claims data                                   700.00

 10/14/07  Peterson  / (28) Data Analysis                         5.4    3780.00
 #7022     review analyses and report                           700.00

 10/14/07  Peterson  / (28) Data Analysis                         1.2     840.00
 #7023     review filing data                                   700.00

 10/15/07  Peterson  / (28) Data Analysis                         8.6    6020.00
 #7024     review other expert's reports                        700.00

 10/15/07  Peterson  / (28) Data Analysis                         2.3    1610.00
 #7025     compare assumptions of LAS and other experts         700.00
           analyses

 10/22/07  Peterson  / (28) Data Analysis                         5.7    3990.00
 #7036     review rebuttal reports                              700.00

 10/23/07  Peterson  / (28) Data Analysis                         3.7    2590.00
 #7038     review rebuttal reports                              700.00
```

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 10

                        W. R. Grace


Date/Slip#  Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 10/25/07   Relles    / (28) Data Analysis                      1.9      807.50
 #7235      update tables in report for alternative assumptions 425.00
            about nonmalignant claim rates

 10/27/07   Ebener    / (28) Data Analysis                      0.3       90.00
 #7501      telephone Peterson about jury verdict updating    300.00

 10/27/07   Ebener    / (28) Data Analysis                      0.2       60.00
 #7502      email Relles about coding issues                  300.00

 10/27/07   Peterson  / (28) Data Analysis                      1.2      840.00
 #7049      emails, Relles & Ebener re: verdicts              700.00

 10/27/07   Peterson  / (28) Data Analysis                      0.3      210.00
 #7050      telephone Ebener about jury verdict updating      700.00

 10/27/07   Relles    / (28) Data Analysis                      0.5      212.50
 #7239      email Ebener re: jury verdicts                    425.00

 10/27/07   Relles    / (28) Data Analysis                      5.6     2380.00
 #7240      run variations in definitions of what claims are  425.00
            pending

 10/28/07   Ebener    / (28) Data Analysis                      1.0      300.00
 #7503      meeting with Peterson about updating verdict      300.00
            database

 10/28/07   Ebener    / (28) Data Analysis                      0.2       60.00
 #7504      contact coders                                    300.00

 10/28/07   Ebener    / (28) Data Analysis                      0.7      210.00
 #7505      search problem case, document coding record and   300.00
            email

 10/28/07   Ebener    / (28) Data Analysis                      0.1       30.00
 #7506      email Peterson about coding rule                  300.00

 10/28/07   Ebener    / (28) Data Analysis                      0.1       30.00
 #7507      email Relles about file layout and inventory      300.00

 10/28/07   Ebener    / (28) Data Analysis                      1.5      450.00
 #7508      inventory new volumes and check for duplicates    300.00

 10/28/07   Peterson  / (28) Data Analysis                      1.3      910.00
 #7053      emails, Relles & Ebener re: verdicts              700.00
```

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 11

                       W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 10/28/07   Peterson   / (28) Data Analysis                       1.0    700.00
 #7054      meeting with Ebener about updating verdict database 700.00

 10/28/07   Relles     / (28) Data Analysis                       1.0    425.00
 #7244      miscellaneous emails with Ebener re: Mealeys trial  425.00
            outcomes

 10/29/07   Ebener     / (28) Data Analysis                       1.5    450.00
 #7509      summary code new cases                              300.00

 10/29/07   Ebener     / (28) Data Analysis                       0.4    120.00
 #7510      double check disease and verdicts                   300.00

 10/29/07   Relles     / (28) Data Analysis                       1.0    425.00
 #7247      summarize new Mealeys trial outcomes data           425.00

 10/30/07   Ebener     / (28) Data Analysis                       0.5    150.00
 #7511      meet with Peterson about verdict database updates   300.00

 10/30/07   Ebener     / (28) Data Analysis                       0.5    150.00
 #7512      code summary data from jury verdict reports and     300.00
            email to Relles

 10/30/07   Peterson   / (28) Data Analysis                       0.5    350.00
 #7058      meet with Ebener about verdict database updates     700.00

 10/30/07   Relles     / (28) Data Analysis                       0.4    170.00
 #7251      email Ebener re: jury verdicts                      425.00
-------------------------------------------------------------------------------
```

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 12

                               W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                         October 2007 - October 2007

   MONTH      ACTIVITY                                       HOURS    AMOUNT
   -------------------------------------------------------------------------
   October  - (05) Claims Anal Objectn/Resolutn (Asbest)      51.7  26950.00
   October  - (07) Committee, Creditors'                      17.8  10590.00
   October  - (14) Hearings                                  223.6 141697.50
   October  - (28) Data Analysis                             107.0  65335.00
   October  - (99) Total                                     400.1 244572.50

   Total    - (05) Claims Anal Objectn/Resolutn (Asbest)      51.7  26950.00
   Total    - (07) Committee, Creditors'                      17.8  10590.00
   Total    - (14) Hearings                                  223.6 141697.50
   Total    - (28) Data Analysis                             107.0  65335.00
   Total    - (99) Total                                     400.1 244572.50

  -------------------------------------------------------------------------
```

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                            Page 13

                         W. R. Grace

                Summary Of Time Charges, By Month and Person
                         October 2007 - October 2007

 MONTH      PERSON                                           HOURS     AMOUNT
 ---------------------------------------------------------------------------
 October   - Relles                                          118.9   50532.50
 October   - Peterson                                        274.2  191940.00
 October   - Ebener                                            7.0    2100.00
 October   - Total                                           400.1  244572.50

 Total     - Relles                                          118.9   50532.50
 Total     - Peterson                                        274.2  191940.00
 Total     - Ebener                                            7.0    2100.00
 Total     - Total                                           400.1  244572.50

 ---------------------------------------------------------------------------
```

{D0095885.1 }

```
Date: 11/16/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 14

                     W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                      October 2007 - October 2007

MONTH       PERSON                              HOURS    RATE     AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

October   - Relles                               33.6    425.   14280.00
October   - Peterson                             18.1    700.   12670.00

(07) Committee, Creditors'

October   - Relles                                6.8    425.    2890.00
October   - Peterson                             11.0    700.    7700.00

(14) Hearings

October   - Relles                               53.9    425.   22907.50
October   - Peterson                            169.7    700.  118790.00

(28) Data Analysis

October   - Relles                               24.6    425.   10455.00
October   - Peterson                             75.4    700.   52780.00
October   - Ebener                                7.0    300.    2100.00

-----------------------------------------------------------------------
```

{D0095885.1 }