**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period October 1, 2007 through October 31, 2007**

**Summary of Professional Hours by Staff**

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley M Rapp - Senior Managing Director | 1.20 | $ 535.00 | $642.00 |
| James Sinclair - Senior Managing Director | 31.80 | $ 535.00 | $17,013.00 |
| Peter Cramp - Analyst | 7.25 | $ 200.00 | $1,450.00 |
| Total Professional Hours and Fees | 40.25 | | $ 19,105.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2007 through October 31, 2007

Summary of Expenses Incurred by Charter Oak Financial Consultants, LLC

| Date | Description of Item | Amount |
|---|---|---|
| 10/24/07 | P Cramp travel to/from Mamaroneck office for meeting at Kirkland & Ellis. | $12.50 |
| | Total Out-of-pocket expenses | $12.50 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period October 1, 2007 through October 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **Asset analysis and recovery** | | | | | |
| 10/01/07 | BR | Review of latest version of strip recovery analysis for purpose of on-going analysis of asset recoveries | 0.20 | $ 535.00 | $ 107.00 |
| 10/01/07 | JS | Write Memorandum to FCR financial advisor regarding claims and recovery analysis for settlement discussions. | 0.70 | $ 535.00 | $ 374.50 |
| 10/01/07 | JS | Call with FCR financial advisor (Radecki) regarding claims and recovery analysis for settlement discussions. | 0.20 | $ 535.00 | $ 107.00 |
| 10/01/07 | JS | Call with FCR financial advisor (Brownstein) to discuss further the claims and recovery analysis for settlement discussions. | 0.40 | $ 535.00 | $ 214.00 |
| 10/02/07 | JS | Conference calls with FCR financial advisor (Brownstein) regarding claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 10/02/07 | JS | Revise claims and recovery analysis for ACC counsel for settlement discussions. | 2.60 | $ 535.00 | $ 1,391.00 |
| 10/03/07 | BR | Review of Sinclair memorandum re Grace environmental settlement agreement | 0.10 | $ 535.00 | $ 53.50 |
| 10/03/07 | JS | Review environmental claims information write memorandum to ACC counsel regarding settlement of certain environmental claims for purposes of advising ACC counsel and ACC. | 2.40 | $ 535.00 | $ 1,284.00 |
| 10/03/07 | JS | Revise claims and recovery analysis at request of ACC counsel for meeting with ACC and FCR on 10/4/07 for settlement discussions. | 2.30 | $ 535.00 | $ 1,230.50 |
| 10/03/07 | JS | Calls (2) with FCR financial advisor (Radecki) regarding claims and recovery analysis for purposes of advising ACC counsel and ACC. | 0.40 | $ 535.00 | $ 214.00 |
| 10/03/07 | JS | Calls (2) with ACC counsel (Inselbuch) regarding claims and recovery analysis in preparation for meeting with ACC and FCR on 10/4/07 for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 10/03/07 | JS | Revise further claims and recovery analysis at request of ACC counsel for meeting with ACC and FCR on 10/4/07 for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 10/05/07 | JS | Review inquiry of ACC counsel (Finch) regarding Libby criminal suit financial status for purposes of advising ACC counsel. | 1.10 | $ 535.00 | $ 588.50 |
| 10/23/07 | JS | Review environmental remediation materials from Company in preparation for meeting with Company and counsel for recovery analysis. | 1.20 | $ 535.00 | $ 642.00 |
| 10/23/07 | PWC | WR Grace reading for environmental meeting on 10/24/07. | 1.50 | $ 200.00 | $ 300.00 |
| 10/23/07 | PWC | WR Grace POR reading in preparation for meeting | 1.00 | $ 200.00 | $ 200.00 |
| 10/24/07 | JS | Meeting at Kirkland & Ellis with Company for review of environmental remediation claims for recovery analysis. | 3.00 | $ 535.00 | $ 1,605.00 |
| 10/24/07 | JS | Review environmental remediation documents and notes from meeting at Kirkland & Ellis and related information for recovery analysis. | 1.70 | $ 535.00 | $ 909.50 |
| 10/24/07 | JS | Conference call with ACC counsel, Hurford and Inselbuch, to discuss environmental remediation claims for recovery analysis. | 0.60 | $ 535.00 | $ 321.00 |
| 10/24/07 | PWC | WR Grace Meeting regarding Environmental Liabilities. | 3.00 | $ 200.00 | $ 600.00 |
| 10/24/07 | PWC | Conference Call WR Grace w/ M Hurford, E Inselbuch, J Sinclair regarding possible environmental settlements | 0.25 | $ 200.00 | $ 50.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period October 1, 2007 through October 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 10/25/07 | JS | Call with FCR financial advisor (Radecki) to discuss environmental remediation claims for recovery analysis. | 0.30 | $ 535.00 | $ 160.50 |
| 10/25/07 | JS | Call with FCR financial advisor (Brownstein) to discuss environmental remediation claims for recovery analysis. | 0.50 | $ 535.00 | $ 267.50 |
| 10/26/07 | JS | Call with ACC counsel (Mulbach) to discuss environmental remediation claims for recovery analysis. | 0.30 | $ 535.00 | $ 160.50 |
| 10/26/07 | JS | Write memorandum to ACC counsel regarding environmental remediation claims for purposes of advising ACC counsel. | 2.60 | $ 535.00 | $ 1,391.00 |
| | | Asset analysis and recovery | 29.65 | | $ 13,936.50 |

**Committee Administration**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 10/01/07 | BR | Review of e-mail from Elihu Inselbuch to ACC relating to Grace motion for implementation of proposed | 0.10 | $ 535.00 | $ 53.50 |
| | | Committee Administration | 0.10 | | $ 53.50 |

**Travel (non-working)**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 10/24/07 | JS | One-half travel time not working (1/2 x1.8 hours) to/from meeting at Kirkland & Ellis.153 & 53rd st, NYC with Company for environmental remediation claims review. | 0.90 | $ 535.00 | $ 481.50 |
| 10/24/07 | PWC | Travel to 153 E 53rd. WR Grace meeting at Kirkland & Ellis (1.5 hrs 1/2 pay). | 0.75 | $ 200.00 | $ 150.00 |
| 10/24/07 | PWC | Travel from 153 E 53rd. to Mamaroneck Office (1.5 hrs 1/2 pay) | 0.75 | $ 200.00 | $ 150.00 |
| | | Travel (non-working) | 2.40 | | $ 781.50 |

**Plan and disclosure statement**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 10/02/07 | JS | Revise drafts of POR term sheet, write memorandum to ACC counsel for settlement discussions. | 1.30 | $ 535.00 | $ 695.50 |
| 10/16/07 | BR | Review of latest draft term sheet by ACC and FCR | 0.30 | $ 535.00 | $ 160.50 |
| 10/16/07 | JS | Commence review of revised POR term sheet at request of ACC counsel for settlement discussions. | 1.00 | $ 535.00 | $ 535.00 |
| 10/17/07 | JS | Further review of draft of POR term sheet from ACC counsel for purposes of advising ACC counsel. | 0.90 | $ 535.00 | $ 481.50 |
| 10/29/07 | JS | Commence review of draft of ACC POR for comment for settlement discussions. | 1.60 | $ 535.00 | $ 856.00 |
| | | Plan and disclosure statement | 5.10 | | $ 2,728.50 |

**Tax issues**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 10/02/07 | BR | Review of spreadsheet setting forth Grace's uncertain tax positions | 0.50 | $ 535.00 | $ 267.50 |
| | | Tax issues | 0.50 | | $ 267.50 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period October 1, 2007 through October 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **Valuation** | | | | | |
| 10/04/07 | JS | Review, analyze August 2007 monthly financial report for due diligence and valuation monitoring. | 2.50 | $ 535.00 | $ 1,337.50 |
| | | Valuation | 2.50 | | $ 1,337.50 |
| | | TOTAL | 40.25 | | $ 19,105.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period October 1, 2007 through October 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 10/01/07 | BR | Review of latest version of strip recovery analysis for purpose of on-going analysis of asset recoveries | 0.20 | $ 535.00 | $ 107.00 |
| 10/01/07 | BR | Review of e-mail from Elihu Inselbuch to ACC relating to Grace motion for implementation of proposed optimization plan | 0.10 | $ 535.00 | $ 53.50 |
| 10/02/07 | BR | Review of spreadsheet setting forth Grace's uncertain tax positions | 0.50 | $ 535.00 | $ 267.50 |
| 10/03/07 | BR | Review of Sinclair memorandum re Grace environmental settlement agreement | 0.10 | $ 535.00 | $ 53.50 |
| 10/16/07 | BR | Review of latest draft term sheet by ACC and FCR | 0.30 | $ 535.00 | $ 160.50 |
| | | Total Bradley Rapp | 1.20 | | $ 642.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 10/01/07 | JS | Write Memorandum to FCR financial advisor regarding claims and recovery analysis for settlement discussions. | 0.70 | $ 535.00 | $ 374.50 |
| 10/01/07 | JS | Call with FCR financial advisor (Radecki) regarding claims and recovery analysis for settlement discussions. | 0.20 | $ 535.00 | $ 107.00 |
| 10/01/07 | JS | Call with FCR financial advisor (Brownstein) to discuss further the claims and recovery analysis for settlement discussions. | 0.40 | $ 535.00 | $ 214.00 |
| 10/02/07 | JS | Conference calls with FCR financial advisor (Brownstein) regarding claims and recovery analysis for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 10/02/07 | JS | Revise claims and recovery analysis for ACC counsel for settlement discussions. | 2.60 | $ 535.00 | $ 1,391.00 |
| 10/02/07 | JS | Revise drafts of POR term sheet, write memorandum to ACC counsel for settlement discussions. | 1.30 | $ 535.00 | $ 695.50 |
| 10/03/07 | JS | Review environmental claims information write memorandum to ACC counsel regarding settlement of certain environmental claims for purposes of advising ACC counsel and ACC. | 2.40 | $ 535.00 | $ 1,284.00 |
| 10/03/07 | JS | Revise claims and recovery analysis at request of ACC counsel for meeting with ACC and FCR on 10/4/07 for settlement discussions. | 2.30 | $ 535.00 | $ 1,230.50 |
| 10/03/07 | JS | Calls (2) with FCR financial advisor (Radecki) regarding claims and recovery analysis for purposes of advising ACC counsel and ACC. | 0.40 | $ 535.00 | $ 214.00 |
| 10/03/07 | JS | Calls (2) with ACC counsel (Inselbuch) regarding claims and recovery analysis in preparation for meeting with ACC and FCR on 10/4/07 for settlement discussions. | 0.30 | $ 535.00 | $ 160.50 |
| 10/03/07 | JS | Revise further claims and recovery analysis at request of ACC counsel for meeting with ACC and FCR on 10/4/07 for settlement discussions. | 2.70 | $ 535.00 | $ 1,444.50 |
| 10/04/07 | JS | Review, analyze August 2007 monthly financial report for due diligence and valuation monitoring. | 2.50 | $ 535.00 | $ 1,337.50 |
| 10/05/07 | JS | Review inquiry of ACC counsel (Finch) regarding Libby criminal suit financial status for purposes of advising ACC counsel. | 1.10 | $ 535.00 | $ 588.50 |
| 10/16/07 | JS | Commence review of revised POR term sheet at request of ACC counsel for settlement discussions. | 1.00 | $ 535.00 | $ 535.00 |
| 10/17/07 | JS | Further review of draft of POR term sheet from ACC counsel for purposes of advising ACC counsel. | 0.90 | $ 535.00 | $ 481.50 |
| 10/23/07 | JS | Review environmental remediation materials from Company in preparation for meeting with Company and counsel for recovery analysis. | 1.20 | $ 535.00 | $ 642.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period October 1, 2007 through October 31, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 10/24/07 | JS | One-half travel time not working (1/2 x1.8 hours) to/from meeting at Kirkland & Ellis.153 & 53rd st, NYC with Company for environmental remediation claims review. | 0.90 | $ 535.00 | $ 481.50 |
| 10/24/07 | JS | Meeting at Kirkland & Ellis with Company for review of environmental remediation claims for recovery analysis. | 3.00 | $ 535.00 | $ 1,605.00 |
| 10/24/07 | JS | Review environmental remediation documents and notes from meeting at Kirkland & Ellis and related information for recovery analysis. | 1.70 | $ 535.00 | $ 909.50 |
| 10/24/07 | JS | Conference call with ACC counsel, Hurford and Inselbuch, to discuss environmental remediation claims for recovery analysis. | 0.60 | $ 535.00 | $ 321.00 |
| 10/25/07 | JS | Call with FCR financial advisor (Radecki) to discuss environmental remediation claims for recovery analysis. | 0.30 | $ 535.00 | $ 160.50 |
| 10/25/07 | JS | Call with FCR financial advisor (Brownstein) to discuss environmental remediation claims for recovery analysis. | 0.50 | $ 535.00 | $ 267.50 |
| 10/26/07 | JS | Call with ACC counsel (Mulbach) to discuss environmental remediation claims for recovery analysis. | 0.30 | $ 535.00 | $ 160.50 |
| 10/26/07 | JS | Write memorandum to ACC counsel regarding environmental remediation claims for purposes of advising ACC counsel. | 2.60 | $ 535.00 | $ 1,391.00 |
| 10/29/07 | JS | Commence review of draft of ACC POR for comment for settlement discussions. | 1.60 | $ 535.00 | $ 856.00 |
| | | Total James Sinclair | 31.80 | | $ 17,013.00 |

**Peter Cramp - Analyst**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| 10/23/07 | PWC | WR Grace reading for environmental meeting on 10/24/07. | 1.50 | $ 200.00 | $ 300.00 |
| 10/23/07 | PWC | WR Grace POR reading in preparation for meeting | 1.00 | $ 200.00 | $ 200.00 |
| 10/24/07 | PWC | Travel to 153 E 53rd. WR Grace meeting at Kirkland & Ellis (1.5 hrs 1/2 pay). | 0.75 | $ 200.00 | $ 150.00 |
| 10/24/07 | PWC | WR Grace Meeting regarding Environmental Liabilities. | 3.00 | $ 200.00 | $ 600.00 |
| 10/24/07 | PWC | Travel from 153 E 53rd. to Mamaroneck Office (1.5 hrs 1/2 pay) | 0.75 | $ 200.00 | $ 150.00 |
| 10/24/07 | PWC | Conference Call WR Grace w/ M Hurford, E Inselbuch, J Sinclair regarding possible environmental settlements | 0.25 | $ 200.00 | $ 50.00 |
| | | Total Peter Cramp | 7.25 | | $ 1,450.00 |
| | | TOTAL | 40.25 | | $ 19,105.00 |