# Exhibit 2

FAX

**Exhibit 2**

March 2 5 , 2003

RE:   <u>In re Bankruptcy claims for asbestos-containing products</u>

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the
following bankruptcies as deemed appropriate due to asbestos-containing products located or
previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-
Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file
proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

ONE ALLEGHENY SQUARE, AND
TWO ALLEGHENY CENTER
ALLEGHENY CENTER
PITTSBURGH, PA  15212

Contact Person: ANDREW RAYNOVICH
Phone Number: 412 - 231 - 6688
Fax Number: 412 - 231 - 4510
E-Mail Address: ARAYNOVICH@ALLEGHENYCENTER.COM

ACKNOWLEDGED AND AGREED:

By: _____
    Name: ALLEGHENY CENTER ASSOCIATES
    BY ANDREW RAYNOVICH

MAR 2003
Received
Speights &
Runyan