# Exhibit 4

Summary Chart re Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims

| Claimant Name | Claim Number | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|
| ALL SAINTS SCHOOL | 7014 | DEBORAH J ISRAEL<br>PIPER RUDNICK LLP<br>1200 NINETEENTH ST NW<br>WASHINGTON DC 20036<br>Law Firm Number: 00304 | ALL SAINTS SCHOOL | 9294 STONEWALL ROAD<br>MANASSAS VA 000020110 | B-2, C-1 (d), C-2, C-3 (a), C-3 (e), D-2, D-4, D-6, E-1, |
| ALLAMAN, W L<br>21045 QUILEUTE RD<br>APPLE VALLEY, CA | 1419 | NO COUNSEL SPECIFIED | | 1001 W LAMBERT ROAD 213<br>LAHABRA CA 000090631 | A-1, A-2, C-2, C-3 (e), D-1 (a), D-6, E-1, |
| ALLEGHENY CENTER ASSOCIATES | 9778 | NO COUNSEL SPECIFIED | ONE AND TWO ALLEGHENY CENTER | ONE AND TWO ALLEGHENY CENTER<br>PITTSBURGH PA 000015212 | C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| ALLEGHENY GENERAL HOSPITAL | 10982 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | ALLEGHENY GENERAL HOSPITAL | PITTSBURGH PA | C-2, D-2, D-6, E-1, F-2, |
| ALLSTATE INSURANCE COMPANY | 11161 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | | HUDSON OH | C-2, D-2, D-6, E-1, F-2, |
| ALNOR CO | 5575 | NO COUNSEL SPECIFIED | | 7955 FIRESTONE BLVD<br>DOWNEY CA 000090241 | C-2, C-3 (e), D-1 (a), D-2, D-3, D-4, D-6, E-1, |
| ALTA BATES HOSPITAL | 11078 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | ALTA BATES HOSPITAL | BERKELEY CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| AMERICAN CAN CO | 11519 | DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | | HAMMOND IN | C-2, D-2, D-6, E-1, F-2, |
| AMERICAN DENTAL ASSOCIATION BUILDING | 6665 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | AMERICAN DENTAL ASSOCIATION BUILDING | 609 WALNUT STREET<br>YANKTON SD 000057078 | C-2, C-3 (c), C-3 (e), D-2, D-5, D-6, E-1, F-2, |

10740895.4

Summary Chart re Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims

| Claimant Name | Claim Number | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|
| OLEAN NURSING HOME | 11596 | DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | OLEAN NURSING HOME | SOUTH 25TH STREET<br>OLEAN NY | C-2, D-2, D-6, E-1, F-2 |
| OLYMPUS 555 PROPERTIES LLC | 9684 | AVRUM J ROSEN<br>AVRUM J ROSEN<br>38 NEW ST<br>HUNTINGTON NY 11743<br>Law Firm Number: 00342 | | 555 BROAD HOLLOW RD<br>MELVILLE NY 000011747 | C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| OMAHA CITY AUDITORIUM | 10778 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | OMAHA CITY AUDITORIUM | OMAHA NE | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| OMOND MEMORIAL UNITED CHURCH | 9781 | NO COUNSEL SPECIFIED | OMOND MEMORIAL UNITED CHURCH | 319 MCKENZIE AVENUE<br>NORTH BAY ON P1B7P3 | C-2, D-2, D-4, D-6, E-1, F-5, |
| ONE ALLEGHENY CENTER | 11037 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | ONE ALLEGHENY CENTER | ALLEGHENY CENTER<br>PITTSBURGH PA 000015212 | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| ONE EMBARCADERO CENTER | 10888 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | ONE EMBARCADERO CENTER | ONE EMBARCADERO CENTER<br>SAN FRANCISCO CA 000094111 | B-1, C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| ONE SHELL SQUARE | 11214 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | ONE SHELL SQUARE | NEW ORLEANS LA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| ONEIDA CO. OFFICE BUILDING | 10767 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | ONEIDA CO. OFFICE BUILDING | ONEIDA NY | C-2, D-2, D-6, E-1, F-2, |

10740895.4

Summary Chart re Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims

| Claimant Name | Claim Number | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|
| TRI CITY HOSPITAL | 10717 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | TRI CITY HOSPITAL | NISKAYUNA NY | C-2, D-2, D-6, E-1, F-2, |
| TRINITY BAPTIST CHURCH | 6688 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | TRINITY BAPTIST CHURCH | 2521 RICHLAND STREET<br>COLUMBIA SC 000029204 | C-2, C-3 (c), C-3 (e), D-2, D-5, D-6, E-1, F-2, |
| TRINITY METHODIST CHURCH | 6681 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | TRINITY METHODIST CHURCH | 226 WEST LIBERTY<br>SUMTER SC 000029150 | C-2, C-3 (c), C-3 (e), D-2, D-5, D-6, E-1, F-2, |
| TRUMBALL COUNTY MEMORIAL HOSPITAL | 11440 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | TRUMBALL COUNTY MEMORIAL HOSPITAL | WARREN OH | C-2, D-2, D-6, E-1, F-2, |
| TRUMBULL MEMORIAL HOSPITAL | 7028 | STEVEN E CRICK<br>HUMPHREY FARRINGTON & MCCLAIN<br>123 WEST KANSAS<br>INDEPENDENCE MO 64051<br>Law Firm Number: 00108 | TRUMBULL MEMORIAL HOSPITAL | 1350 E MARKET STREET<br>WARREN OH 000044482 | C-3 (f), D-2, D-4, D-6, E-3, |
| TULSA CIVIC CENTER | 11139 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | TULSA CIVIC CENTER | TULSA OK | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| TWO ALLEGHENY CENTER | 11036 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | TWO ALLEGHENY CENTER | ALLEGHENY CENTER<br>PITTSBURGH PA 000015212 | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| TWO EMBARCADERO CENTER | 10887 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | TWO EMBARCADERO CENTER | TWO EMBARCADERO CENTER<br>SAN FRANCISCO CA 000094111 | B-1, C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |

10740895.4