# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# AUGUST 1, 2007 THROUGH
# AUGUST 31, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

November 29, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File WRG-AUS/JCP
Invoice number 71896

Re:  W. R. Grace & Co.
     David T. Austern
Case No.: 01-01139 (RLB)

| | |
|---|---|
| Subtotal for FEES only: 08/31/07 | $9,061.00 |
| Subtotal for COSTS only: 08/31/07 | $905.60 |
| CURRENT PERIOD FEES AND COSTS: 08/31/07 | $9,966.60 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

November 29, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   71896

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 21.9 | 7,625.00 |
| FEE/EMPLOYMENT APPLICATIONS | 4.0 | 736.00 |
| CASE ADMINISTRATION | 5.0 | 700.00 |
| Subtotal for FEES only: 08/31/07 | 30.9 | $9,061.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 20.20 | 20.20 | 7,575.00 | 0.00 | 0.00 |
| 140.00 | CAH | 10.10 | 10.10 | 1,414.00 | 0.00 | 0.00 |
| 120.00 | MMO | 0.60 | 0.60 | 72.00 | 0.00 | 0.00 |
| Totals | | 30.90 | 30.90 | 9,061.00 | 0.00 | 0.00 |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                    11/29/07  Page 2
                                                          -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|-------------------------|---------------|------------------|--------|
| WRG | LITIGATION | CAH | 08/20/07 | E-mail (numerous times) to John C. Phillips, Jr. and D. Felder re: Re-Notice of Rust deposition and agreed Motion of FCR (official Committees, counsel for Libby Claimants) for entry of Consent Order concerning confidentiality of documents produced by expert witness for FCR. | 0.70 | 98.00 | Li |
| WRG | LITIGATION | CAH | 08/20/07 | Re-print and scan file; e-mail agreed Motion. | 0.50 | 70.00 | |
| WRG | LITIGATION | CAH | 08/22/07 | Prepare Notice of Motion and e-mail to D. Felder. | 0.70 | 98.00 | |
| WRG | LITIGATION | CAH | 08/22/07 | Scan file and serve Notice of Agreed Motion and re-scheduled Rust deposition. | 0.40 | 56.00 | |
| WRG | LITIGATION | CAH | 08/27/07 | E-mail Re-Notice of Rust Deposition to M. Hurford for original signature. | 0.20 | 28.00 | |
|     |            |     |          |                         | 2.50          | 350.00           |        |
| WRG | LITIGATION | JCP | 08/01/07 | Review of Certification of Counsel re: Order Concerning Amendments to Property Damage Claims and proposed Order (.2); review of Certification of Counsel re: Third Newly Amended Personal Injury Estimation CMO and proposed Order (.1); review of Order Scheduling 8/29/07 Hearing (.1); calendar same (.1); review of Personal Injury Committee's four Supplemental Expert Reports (Hays (1.2), Welch (.8), Longo (.4) and Hammer (.2)). | 2.90 | 1,087.50 | |
| WRG | LITIGATION | JCP | 08/02/07 | Review of Speights & Runyan's Summary of Record re: Motion to Alter Court's 4/17/07 Order Disallowing 71 Claims. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 08/03/07 | Review of Order re: Amendments to Property Damage Claims; review of third newly Amended Personal Injury CMO; review of Libby's Claimants' Second Set of Interrogatories to Debtors (.2); review of Order Denying New Jersey's Motion to File Late Proof of Claim; review of Order Expunging Four Property Damage Claims. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 08/06/07 | Review of 7/26/07 Hearing Transcript. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 08/07/07 | Review of Certification of Counsel re: Amended Order re: Motion to Expand Preliminary Injunction; review of Notice of Intent to Depose John Irvine. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 08/09/07 | E-mail from and e-mail to Debbie Felder re: 8/10/07 filing; review of Debtors' Response to Speights & Runyan's "Summary of Record" with Exhibits. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 08/10/07 | Review of Personal Injury Committee's Application to Retain Charter Oak Financial (.1); review of Motion to Shorten Time re: same (.1); review of Certification of Counsel re: Amended Order re: Motions to Extend Preliminary Injunction (.1); review of proposed Order re: same (.1); review of | 1.70 | 637.50 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 08/13/07 | Review of New Jersey's Notice of Appeal (.1); review of California's Response to Debtors' Motion to Alter Court's Order Disallowing Claim(.1); review of Anderson's Final Briefs in Support of Class Certification for Claims Outside of South Carolina and for Claims in South Carolina (.3); review of Anderson's Memo re: Class Certification Evidentiary Issues (.2); review of Debtors' Declaration of Service re: Notice of Bar Dates (extremely voluminous)(.2); review of Debtors' Objection to Iowa's Motion to File Late Proof of Claim(.1); review of miscellaneous pleadings(.2); review of Debtors' Post-Hearing Brief in Opposition to Anderson's Class Certification Motion (voluminous)(.3). | 1.50 | 562.50 | |
| WRG LITIGATION | JCP | 08/14/07 | Review of Certification of Counsel re: Scheduling Order for Adjudication of Certain Property Damage Claims; review of proposed Order; calendar date; e-mail from and e-mail to Debbie Felder re: Motion to Approve Confidentiality Agreement. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 08/15/07 | E-mail from and e-mail to Debbie Felder (2x) re: possible filing tomorrow(.1); review of BMC's Declaration of Service with voluminous Exhibits(.3); review of Certificate of No Objection re: Debtors' Motion for Order Authorizing Settlement of Philadelphia's Property Damage Claim(.1); review of Certificate of No Objection re: Debtors' Motion for Order Authorizing 2007-09 Key Employees Long-Term Incentive Program(.1); Review of miscellaneous pleadings(.2). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 08/16/07 | Review of Debtors' Amended Objections to Certain Property Damage Claims. | 0.10 | 37.50 | |
| WRG LITIGATION | JCP | 08/17/07 | Review of Scheduling Order re: Certain Property Damage Claims; review of electronic notificaiton of Dismissal of Appeal; letter from local counsel for Personal Injury Committee with enclosure; review of executed Dismissal Agreement. | 0.40 | 150.00 | |

WRG-AUS                                          LEGALMASTER MIRC For Transactions                              11/29/07  Page 4
                                                              -Fees-

| C1 Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/20/07 | Review of New Jersey's Designation of Items to be Included in the Record on Appeal (.1); review of New Jersey's Statement of Issues Presented on Appeal (.1); review of Amended Notice of Intent to Depose John Irvine (.1); review of Third Circuit's 8/17/07 Order Terminating Appeal (.1); review of miscellaneous pleadings (.1); e-mail from Debbie Felder re: two filings (.1); review of Consent Order re: Confidentiality of Documents Produced by Future Claimants Representative's Expert Witness and Agreed Motion re: same (.1); e-mail from Celeste A. Hartman re: same and conference with paralegal re: same (.1). | 0.90 | 337.50 | |
| WRG | LITIGATION | JCP | 08/21/07 | Review of Debtors/Appellees' Brief re: 44 Speights & Runyan Property Damage Claims; review of Debtors' Motion for Leave to Counter-Designate an Additional Item in the Record (voluminous)(.3); review of miscellaneous pleadings (.2); review of Credit Committee's Motion to Alter Modified Order re: Non-Waiver of Privileges in Answers to Debtors' Interrogatory; review of Debtors' Motion to Authorize BP Products Settlement (.2); review of Debtors' Motion for Leave to Employ Morrison & Foerster; review of Debtors' Motion to Amend OCP Orders (.1); review of Clerk's Notice of New Jersey's appeal (.1); e-mail from and e-mail to Debbie Felder re: Notice for Agreed Motion re: Consent to Confidentiality (.1); e-mail to Celeste A. Hartman re: same (.1). | 1.10 | 412.50 | |
| WRG | LITIGATION | JCP | 08/22/07 | Review of and execute Notice of Motion re: Consent Order as to Confidentiality; e-mail from Celeste A. Hartman re: same; review of Debtors' Response to Personal Injury Committee's Application to Employ Charter Oak Financial; e-mail from Debbie Felder with enclosure; review of Rescheduled Notice of Rust's 30(b)(6) deposition; conference with Celeste A. Hartman re: same. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 08/23/07 | Review of Agenda for 8/29/07 Hearing; review of Agreed Joint Motion of Debtors and NIOSH for Entry of Protective Order; review of Debtors' Motion for Expedited Consideration of same; review of proposed Order re: same; arrange for telephone participation in 8/29/07 Hearing. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 08/24/07 | Review of Debtors' Motion to Approve Stipulation with Continental Casualty; review of Debtors' Motion for Leave from Scheduling Order and CMO to Hear Motion to Approve Continental Settlement. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 08/24/07 | Review of Order Re-Scheduling October Hearing. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 08/27/07 | Review of Amended Agenda for 8/29/07 Hearing; review of Order Re-scheduling Omnibus Hearings for 10/22, 23, 25 & 26/07; review of U.S. Trustee's Motion for Appointment of An Examiner re: Conduct of L. Tersigni Consulting, Exhibit | 0.50 | 187.50 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 08/28/07 | Review of Speights & Runyan's Joint Appellants' Response to Debtors' Motion for Leave to Counter-Designate an Additional Item in the Record on Appeal (.2); review of Prete Motion to Lift Stay (.1); review of Notice of Continuation of Irvine deposition (.1); review of Debtors' Counter-Designation of Items to be Included in the record of New Jersey's Appeal; review of miscellaneous pleadings (.1); conference with Celeste A. Hartman re: change of Hearing Date (.1); e-mail from Debbie Felder re: Pro Hac Motions (3x)(.1); e-mail from Celeste A. Hartman re: same Motions (3x)(.1); review of information for 3 additional Pro Hac Motions (Cutler, Somers & Kim)(.1); review of Second Amended Agenda for 8/29/07 Hearing (.1). | 1.00 | 375.00 | |
| WRG | LITIGATION | JCP | 08/29/07 | Review of and execute 5 Pro Hac Vice Motions (.2); review of Order on Debtors' Motion for Expedited Consideration of Agree Joint Motion for Protective Order (.2); review of Modified Order Granting Debtors' Motion for Leave from Scheduling Order to Hear Motion Approving Stipulation with Continental Casualty (.2); review of Modified Order re: retention of Lexecon by Equity Comm.(.1); review of Order on Debtors' Motion for Expedited Consideration of Agreed Protective Order (.1); review of Notice of Filing of Exhibits to Motion for Order Approving Stipulation with Continental Casualty (.1); review of Exhibits for same (.2); teleconference with Judge Fitzgerald and all counsel (extended)(2.7). | 3.80 | 1,425.00 | |
| WRG | LITIGATION | JCP | 08/30/07 | Review of Amended Order re: Motions to Expand Preliminary Injunction (.1); review of Order re: Motion to Amend Court's 4/17/07 order Disallowing 71 Speights & Runyan Claims (involving 3 claims)(.2); review of Amended Order Disallowing Daggy Hall Claim and Denying Debtors' Product ID Objections (.1); review of Order Authorizing 2007-2009 Long Term Incentive Program (.1); review of Order re: Debtors' 5th Omnibus Objection (.1); review of 18th Omnibus Objection (.1); review of 35th Continuation Order re: Debtors' 5th Omnibus Objection (.1); review of Order Authorizing Personal Injury Commissioner's Retention of Charter Oak (.1); review of Joint Motion of Debtors' and Claims Processing Facility for Entry of a Protective Order and Exhibits (.1); review of Debtors' Motion for Expedited Consideration of same (.1); review of Debtors' Motion for Order Authorizing Settlement of Prudential's Property Damage Claims (.1). | 1.50 | 562.50 | |

WRG-AUS                                LEGALMASTER MIRC For Transactions                           11/29/07 Page 6
                                                     -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 08/31/07 | Review of Order re: Debtors' Motion to Expedite Consideration of Agreed Joint Motion for Protective Order with CPF; review of Edward Moody's Response to Debtors' 3rd set of Interrogatories; review of Debtors' Consent Motion for Order re: Extension of Speights & Runyan District Court Briefing Schedule; review of same as filed; review of Libby Claimants' Notice of Appeal re: injunction from proceeding against Montana & BNSF. | 0.50 | 187.50 | Li |
|  |  |  |  | 19.40 | 7,275.00 |  |
|  |  |  |  | 21.90 | 7,625.00 |  |

```
WRG-AUS                                    LEGALMASTER MIRC For Transactions                              11/29/07  Page 7
                                                         -Fees-

                            Act  Trans                                                                Billable   Billable  Grp
Cl Code Grouping code description  Emp  Date  Transaction description                                    Hours    Dollars  Cd

WRG  FEE/EMPLOYMENT APPLICATIONS  CAH  08/06/07  Download and file 4 Certificates of No Objection for Piper       0.50    70.00  fa
                                                  Jaffray's Monthly Fee Application.
WRG  FEE/EMPLOYMENT APPLICATIONS  CAH  08/06/07  Download and file 2 Certificates of No Objection for Tower       0.40    56.00
                                                  Perrin's Monthly Fee Application.
WRG  FEE/EMPLOYMENT APPLICATIONS  CAH  08/08/07  Download and file June Fee Applications for Piper Jaffray        0.40    56.00
                                                  and Towers Perrin.
WRG  FEE/EMPLOYMENT APPLICATIONS  CAH  08/09/07  Download and file Orrick Herrington's May and June Fee           0.40    56.00
                                                  Applications.
WRG  FEE/EMPLOYMENT APPLICATIONS  CAH  08/09/07  Download and file Piper Jaffray's 5th Quarterly Fee              0.40    56.00
                                                  Application.
WRG  FEE/EMPLOYMENT APPLICATIONS  CAH  08/09/07  Download and file Orrick Herrington's 5th Quarterly Fee          0.50    70.00
                                                  Application (large with 20 attachments)
                                                                                                         -------  -------
                                                                                                           2.60   364.00
WRG  FEE/EMPLOYMENT APPLICATIONS  JCP  08/17/07  E-mail from and e-mail to Rachael Barainca re: Austern fee       0.70   262.50
                                                  Application (2x)(.1); e-mail to and e-mail from staff re:
                                                  filing fee apps.(.1); e-mail from Rachael Barainca (4x)
                                                  with enclosures(.2); review of Fee Apps(.1); e-mail to
                                                  Michelle O. Okavage forwarding fee apps for filing(.1);
                                                  e-mail from and e-mail to Michelle O. Okavage re: missing
                                                  fee app.(.1)
WRG  FEE/EMPLOYMENT APPLICATIONS  JCP  08/20/07  E-mail to Rachael Barainca forwarding David Austern's as         0.10    37.50
                                                  filed May and June Fee Apps.
                                                                                                         -------  -------
                                                                                                           0.80   300.00
WRG  FEE/EMPLOYMENT APPLICATIONS  MMO  08/17/07  Review of e-mail from John C. Phillips, Jr. re: May and          0.10    12.00
                                                  June 2007 Fee Applications.
WRG  FEE/EMPLOYMENT APPLICATIONS  MMO  08/17/07  E-mail to John C. Phillips, Jr. re: May and June 2007 Fee        0.10    12.00
                                                  Applications.
WRG  FEE/EMPLOYMENT APPLICATIONS  MMO  08/17/07  File May and June 2007 Fee Applications.                         0.40    48.00
                                                                                                         -------  -------
                                                                                                           0.60    72.00

                                                                                                           4.00   736.00
                                                                                                         =======  =======
                                                                                                          30.90  9,061.00
                                                                                                         =======  =======
49 records printed.
```

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                    11/29/07  Page 1
                                                        -Fees-

Sort Fields:
    Grouping code                      (Paginate)
    Client code
    Actual employee code               (Subtotals)
    Transaction date

Range Fields:
    Client code                    I WRG - WRG
    Invoice Number                 I  71896 - 71896

| Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd | Ca |
|---|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 08/07/07 | Update docket to system. | 0.20 | 28.00 | | |
| CASE ADMINISTRATION | CAH | 08/21/07 | Update docket to system (.1); merge original signatures into filed documents (.6). | 0.70 | 98.00 | | |
| CASE ADMINISTRATION | CAH | 08/27/07 | Merge original 3 Certificates of Service into filed documents; e-mail M. Hurford. | 0.50 | 70.00 | | |
| CASE ADMINISTRATION | CAH | 08/28/07 | Update docket; look for Pro Hac Vice Motions for A. Hermele and C. Zurbrugg and e-mail Court re: same. | 0.40 | 56.00 | | |
| CASE ADMINISTRATION | CAH | 08/28/07 | E-mail to D. Felder (2x) re: Pro Hac Vice Motions for A Hermele and C. Zurbrugg; draft Amended Motions for both; e-mail to D. Felder. | 0.70 | 98.00 | | |
| CASE ADMINISTRATION | CAH | 08/28/07 | Draft Pro Hac Vice Motions for Antony P. Kim, Emily Somers and Joshua Cutler; e-mail to D. Felder. | 0.70 | 98.00 | | |
| CASE ADMINISTRATION | CAH | 08/29/07 | Download signature pages for Pro Hac Vice Motions and have John C. Phillips, Jr. execute. | 0.20 | 28.00 | | |
| CASE ADMINISTRATION | CAH | 08/29/07 | Phone conference with and e-mail to Somers and Kim Pro Hac Vice Motions to Parcels for delivery and payment of Admission Fee at District Court. | 0.20 | 28.00 | | |
| CASE ADMINISTRATION | CAH | 08/29/07 | Scan file and serve Pro Hac Vice Motions for E. Somers, J. Cutler and Aikin and Amended Pro Hac Vice Motions for C. Zurbrugg and A. Hermele; send to Chambers. | 0.90 | 126.00 | | |
| CASE ADMINISTRATION | CAH | 08/31/07 | Update docket; download Pro Hac Vice Orders; send to R. Meade; e-mail to Jen Cook on other two. | 0.50 | 70.00 | | |
| | | | | 5.00 | 700.00 | | |
| | | | | 5.00 | 700.00 | | |