# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# AUGUST 1, 2007 THROUGH
# AUGUST 31, 2007

Phillips, Goldman & Spence, P.A.

November 29, 2007

Orrick, Herrington & Sutcliffe, LLP

                                      File   WRG-AUS/JCP
                                   Invoice number   71896

Re:  W. R. Grace & Co.
     David T. Austern


COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/01/07 | Check No.: 34924 - John C. Phillips, Jr. - expense reimbursement for Court Call. | 443.50 |
| 08/01/07 | Long distance phone charges | 5.70 |
| 08/01/07 | Photocopies | 32.40 |
| 08/17/07 | Check No.: 35070 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 80.00 |
| 08/31/07 | Check No.: 35157 - John C. Phillips, Jr. - expense reimbursement (Court Call). | 344.00 |
| | Subtotal for COSTS only: 08/31/07 | $905.60 |