# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# SEPTEMBER 1, 2007 THROUGH
# SEPTEMBER 31, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 29, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   71897

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
              Subtotal for FEES only: 09/30/07      $13,241.50
              Subtotal for COSTS only: 09/30/07      $1,202.40
                                                   -------------
   CURRENT PERIOD FEES AND COSTS: 09/30/07          $14,443.90
                                                   -------------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

November 29, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   71897

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 37.2 | 12,610.50 |
| CASE ADMINISTRATION | 0.7 | 98.00 |
| FEE/EMPLOYMENT APPLICATIONS | 2.8 | 533.00 |
| Subtotal for FEES only: 09/30/07 | 40.7 | $13,241.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 32.10 | 32.10 | 12,037.50 | 0.00 | 0.00 |
| 140.00 | CAH | 8.60 | 8.60 | 1,204.00 | 0.00 | 0.00 |
| Totals | | 40.70 | 40.70 | 13,241.50 | 0.00 | 0.00 |

WRG-AUS                                                    LEGALMASTER MIRC For Transactions                                                11/29/07  Page 2
                                                                         -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|--------------------------|----------------|------------------|--------|
| WRG | LITIGATION | CAH | 09/04/07 | Review of Limited Objection of the Official Committee of Asbestos Personal Injury Claimants, David T. Austern, the FCR and the Libby Claimants to the Agreed Joint Motion of the Debtors' and the Non-Party National Institute for Occupational Safety and Health for Entry of a Protective Order (.4); phone conference with D. Felder (.1); phone conference with John C. Phillips, Jr. re: his signature (.1); e-mail permission to do so (.1). | 0.70 | 98.00 | Li |
| WRG | LITIGATION | CAH | 09/04/07 | Review of e-mails and proposed draft pleading. | 0.40 | 56.00 | |
| WRG | LITIGATION | CAH | 09/05/07 | Update docket and send original signature to M. Hurford. | 0.30 | 42.00 | |
| WRG | LITIGATION | CAH | 09/06/07 | Obtain John C. Phillips, Jr.'s signature on Objection to Stipulation and Protective Order; deliver to M. Hurford. | 0.20 | 28.00 | |
| WRG | LITIGATION | CAH | 09/06/07 | Download second Request for Production to Debtor and obtain John C. Phillips, Jr.'s signature on same and Notice of Deposition. | 0.30 | 42.00 | |
| WRG | LITIGATION | CAH | 09/06/07 | File Notice of Service of FCR's second Request for Production of documents after e-mail to and e-mail from D. Felder. | 0.20 | 28.00 | |
| WRG | LITIGATION | CAH | 09/10/07 | Download and scan Certification of Counsel on agreed Motion and file same; e-mail to Chambers and counsel for Debtors. | 0.50 | 70.00 | |
| WRG | LITIGATION | CAH | 09/18/07 | E-mail M. Hurford; download material to be filed. | 0.30 | 42.00 | |
| WRG | LITIGATION | CAH | 09/18/07 | Review of e-mails; scan and file Re-Notice of Rust deposition; e-mail Notice to D. Felder for service. | 0.50 | 70.00 | |
| WRG | LITIGATION | CAH | 09/24/07 | Download and file (at 6 p.m.) CR's designations of the Non-Expert Witnesses that he may collect at the Asbestos Personal Injury Estimation Hearing. | 0.60 | 84.00 | |
| WRG | LITIGATION | CAH | 09/24/07 | E-mail (3x) to D. Felder. | 0.30 | 42.00 | |
| WRG | LITIGATION | CAH | 09/25/07 | E-mail (2x) to D. Felder on the status of filing and service for the expert reports. | 0.30 | 42.00 | |
| WRG | LITIGATION | CAH | 09/25/07 | Finalize plans on timing of filing. | 0.60 | 84.00 | |
| WRG | LITIGATION | CAH | 09/26/07 | Review and e-mail (3x) re: filing of reports; download, scan file and serve Notice of Service of FCR's Supplemental/Rebuttal Estimation Expert Reports. | 0.50 | 70.00 | |
| | | | | | 5.70 | 798.00 | |
| WRG | LITIGATION | JCP | 09/04/07 | E-mail from local counsel for Personal Injury Committee forwarding prior e-mails and draft Objection to Agreed Joint Motion of Debtors and NIOSH for Entry of Protective | 1.50 | 562.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/29/07  Page 3

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 09/05/07 | Review of miscellaneous pleadings (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of draft Limited Objection to Agreed Joint Motion of Debtors and Congoleum re: Entry of Stipulation and Protective Order (.1); e-mail from local counsel for Personal Injury Committee (3x) re: revision to same and approving filing of same (.1); review of proposed revisions (.1); e-mail to local counsel for Personal Injury Committee (2x) approving original and revised versions of same (.1); e-mail from Ray Mullady approving same (.1); e-mail to Celeste A. Hartman re: same (.1). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 09/06/07 | Review of Debtors' Supplemental Submission in Support of Motion for Order Disallowing 55 Time-Barred Canadian Property Damage Claims and Appendix thereto (voluminous) (.9); review of Agenda for 9/10/07 Hearing (.1); Arrange telephone participation in same (.1); e-mail from and to Debbie Felder re: 9/6/07 filing (.1); e-mail from Debbie Felder with enclosure (.1); review of Future Claimants Representative's Second Request for Production of Documents to Debtors (.1); e-mail to Debbie Felder authorizing signing of same (.1); execute original of same (.1); conference with Celeste A. Hartman re: forwarding original signature to Debbie Felder (.1); e-mail from Debbie Felder with enclosure (.1); review of and execute Notice of Service for Second Request for Production of Documents (.1); conference with Celeste A. Hartman re: filing same. | 1.90 | 712.50 | |
| WRG LITIGATION | JCP | 09/07/07 | Review of Amended Order re: Motion to Alter 4/17/07 Order Disallowing 71 Speights & Runyan Property Damage Claims; e-mail from local counsel for Personal Injury Committee with enclosure; review of revisions to Congoleum Stipulation and Order in response to Future Claimants Representative's limited objection. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 09/08/07 | Review of Certification of Counsel re: Debtors' and Congoleum's Motion for Protective Order. | 0.10 | 37.50 | |

WRG-AUS                                                           LEGALMASTER MIRC For Transactions                                    11/29/07  Page 4
                                                                              -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 09/08/07 | Review of John Irvine's expert report (voluminous); review of Notice of Name Change for local counsel for Debtor's. | 1.40 | 525.00 | |
| WRG | LITIGATION | JCP | 09/10/07 | Prepare for and participate in phone conference with Judge Fitzgerald and all counsel (3.3); review of J&C's Response to Debtors' 3rd Set of Interrogatories (.1); review of Appeal Transmittal Sheet re: New Jersey Appeal (.1); review of miscellaneous pleadings (.1); review of Cooney and Conway's Answers to Interrogatories (Debtors' 3rd Set)(.1); e-mail from Debbie Felder (2x) re: 9/10/07 filing (.1); e-mail from Celeste A. Hartman (2x) re: same (.1); review of and execute Certification of Counsel re: Confidentiality of Documents Produced by FCR's Experts (.2). | 4.10 | 1,537.50 | |
| WRG | LITIGATION | JCP | 09/11/07 | Review of miscellaneous pleadings; review of Response of preparation of Committee to U.S. Trustee's Motion for Examiner re: Tersigni Consulting; review of Personal Injury Committee's withdrawal of same; review of Certificate of No Objection re: Joint Motion for protective Order re: CPF; review of Libby Claimants' Designation of Record on Appeal. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 09/12/07 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 09/13/07 | Review of Certification of Counsel re: Agreed Supplemental Order Modifying Order Establishing Non-Waiver of Privileged in Debtors' Answers to Interrogatories; review of proposed Order and Exhibit; review of miscellaneous pleadings; review of Notice of Docketing New Jersey's appeal. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 09/14/07 | Review of executed Congoleum Stipulation and Order re: confidentiality; review of execute Consent Order re: confidentiality of Information to be Produced by FCR's Expert; review of Certification of Counsel re: Agreed Supplemental Order Modifying Order Establishing Non Waiver of Privileges Contained in Debtors Answers to Interrogatories; review of proposed Order. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 09/17/07 | Review of 9/13/07 Order Extending Briefing Schedule in District Court; review of 9/13/07 Order Granting Motion to Counter-Designate An Additional Item in The Record; review of miscellaneous pleadings. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 09/18/07 | E-mail from Debbie Felder with enclosure (.1); review of new Court Call procedure (.1); e-mail to and e-mail from Tanya L. Birdsell re: same (.1); e-mail from Debbie Felder re: 9/18/07 filing (5x)(.3); e-mail from Debbie Felder with enclosure (.1); review of and execute Notice of Deposition of Rust rescheduling same (.1); review of Exhibit (subpoena) to Rust Notice of Deposition (.2); e-mail from local counsel for Personal Injury Committee (2x) re: signing Rust Notice of Deposition (.1); conference with Celeste A. Hartman re: filing Notice of Deposition for Rust (.1); e-mail from Celeste A. Hartman forwarding executed | 3.30 | 1,237.50 | |

WRG-AUS                                      LEGALMASTER MIRC For Transactions                              11/29/07  Page 5
                                                          -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | WRG | | | | | |
| LITIGATION | JCP | 09/19/07 | Notice of Deposition to Debbie Felder (.1); review of Agenda for 9/14/07 Hearing (.1); memorandum to paralegal re: arranging telephone participation for same (.1); review of Debtors' Motions to approve Property Damage Settlements with Six Hundred Corporation, Maricopa County, EPE Realty, Oregon, Connecticut, Tucson, Oklahoma, Coleman Housing Authority, Cook County Sabine River Authority, Amarillo, Oregon Health and Science University, Acadia Parish School Board, et al, BNC Forum, LLP Arizona, Arkansas, Eugene and Phoenix (1.6); review of Iowa's Withdrawal of Motion to File Late Proof of Claim (.2); review of Certification of Counsel re: 24th Quarter Project Category Summary (.1). | 0.20 | 75.00 | |
| LITIGATION | JCP | 09/20/07 | Review of Rescheduled Notice of Deposition of Rust Consulting; review of Iowa's withdrawal of Motion to File Late Proof of Claim. | 0.40 | 150.00 | |
| LITIGATION | JCP | 09/21/07 | Review of miscellaneous pleadings; e-mail from Debbie Felder re: 3 filings next week; review of Judge Fitzgerald's 9/18/07 Order re: telephone participation in multi-day Hearings; review of 9/17/07 Protective Order re: CPF documents. | 0.30 | 112.50 | |
| LITIGATION | JCP | 09/24/07 | Review of Montana's Counter-Statement of Issues Presented on Appeal; review of Debtors' Designation of Additional Items to be Included in the Record on Appeal; review of Debtors' Motion for Order Authorizing the Optimization Plan. | 2.70 | 1,012.50 | |
| LITIGATION | JCP | 09/25/07 | Prepare for and participate in phone conference with Judge Fitzgerald and all counsel (1.2 hr.); review of Order Discharging EPIQ as claims, Noticing and Balloting Agent (.2); review of Joint Speights Appellants' Reply Brief re: 44 Dismissed Claims (.3); review of Joint Speights Appellants' Motion to Supplement Record on Appeal(.1); e-mail from Debbie Felder FCR's Designation of Fact Witnesses (.1); e-mail from Celeste A. Hartman re: same (.1); e-mail from Debbie Felder with enclosure (.1); review of FCR's Designation of Non-Expert Witnesses (.1); conference with Celeste A. Hartman re: filing same (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of limited Objection to Agreed Joint Motion of Debtors' and NIOSH for Entry of Protective Order (.2); review of proposed NIOSH Protective Order (.1). | 0.60 | 225.00 | |
| LITIGATION | JCP | | Review of 9/24/07 Order Shortening Notice as to Trustee's Motion to Appoint Examiner related to conduct to Tersigni Consultants (.1); review of FCR's as filed Designation of Non-Expert Witnesses (.1); review of Libby Claimants' Designation of Non-Expert Witnesses (.1); review of Debtors' Designation of Non-Witnesses; review of Personal Injury Committee's Designation of Non-Witnesses (.1); e-mail from Celeste A. Hartman to Debbie Felder re: service of expert reports (2x)(.1); e-mail from Debbie Felder re: same (2x)(.1). | | | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/29/07   Page 6

| WRG | c1 | Code Grouping code description |
|---|---|---|
| WRG | | LITIGATION |
| WRG | | LITIGATION |
| WRG | | LITIGATION |

| Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|
| JCP | 09/26/07 | E-mail from Debbie Felder re: today's filing; e-mail from Debbie Felder with enclosure (.1); review of and authorize signing of FCR's Notice of Service of 5 Supplemental Expert Reports (.1); review of Order Authorizing Settlement of BP Product's Claim (.1); review of 26th Continuation Order re: Debtors' 5 Omnibus Claims Objection (.1); review of Continuation Order re: Debtors' 18th Omnibus Objection to Claims (.1); review of Order Approving Debtors' Settlement with Continental Casualty (.1); review of 3rd Amended Order Authorizing Debtors' to Employ Certain Professionals in Ordinary Course (.1); review of 6th Order re: Debtors' 22nd Omnibus Objection to Claims (.1); review of Order re: Debtors' Objection to Massachussets' Claim (.1); review of executed Agreed Supplemental Order re: Modified Order Establishing Non-Waiver of Debtors' Privileges (.1); review of Order Allowing Debtors to Employ Morrison and Foerster (.1); review of miscellaneous pleadings (.1); review of Personal Injury Committee's Motion to File 2 Expert Reports Under Seal (.1); Personal Injury Committee's Notice of Filing 2 expert Reports (.1); review of FCR's Expert Rebuttal Report (Shapo) (voluminous) (2.7 hrs.); review of Supplemental Expert Report of Joe Radecki (.1). | 4.20 | 1,575.00 | |
| JCP | 09/27/07 | Review of 9/10/07 Transcript (.1); review of Debtors' Notice of Service of five Expert Reports (.1); review of executed NIOSH Protective Order (.1); review of Libby Claimants' Designation of Non-Expert Witnesses (.1); review of Personal Injury Committee's Motion to File two Expert Rebuttal Reports Under Seal (.1); review of Personal Injury Committee's Notice of Filing of two Expert Rebuttal Reports (.2); review of Equity Committee's Expert Rebuttal Report (Chambers) (voluminous) (2.3 hrs); review of Jennifer Biggs' Rebuttal Report for Future Claimants Representative (voluminous) (2.1 hrs). | 5.10 | 1,912.50 | |
| JCP | 09/28/07 | Review of Debtors' Notice of Service of five Expert Rebuttal Reports (.1); Review of Miscellaneous Pleadings (.2); review of Jennifer Biggs' Rebuttal Report re: Dunbar & Florence Reports (voluminous) (1.8 hrs); review of Jacob Jacoby's Expert Rerport (voluminous) (1.1 hrs). | 3.10 | 1,162.50 | |
| | | | ---------- | ---------- | |
| | | | 31.50 | 11,812.50 | |
| | | | 37.20 | 12,610.50 | |
| | | | ========== | ========== | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                         11/29/07  Page 7
                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/07/07 | Download and file 4 Certificates of No Objection for Piper's, Orrick's and Austern's Fee Applications (.6); download and file Piper's, Orrick's and Austern's July Fee Applications. | 1.00 | 140.00 | fa |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/07 | Draft Certificate of No Objection for Phillips, Goldman & Spence 12th Quarterly Fee Application and Phillips, Goldman & Spence May Fee Application; forward to John C. Phillips, Jr. for execution. | 0.40 | 56.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/07 | Scan file and serve Certificates of No Objection for May and 12th Quarterly Fee Applications. | 0.50 | 70.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/07 | Download and file Certificate of No Objection for Austerns May Fee Application. | 0.30 | 42.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | | | | 2.20 | 308.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 09/11/07 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 12th Quarterly Fee Application; review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 36th Monthly Fee Application; conference with Celeste A. Hartman re: filing same; review of Fee Auditor's Report re: 24th Interim Period. | 0.50 | 187.50 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 09/26/07 | Review of Order Approving 24th Quarterly Fee Application. | 0.10 | 37.50 | |
| | | | | 0.60 | 225.00 | |
| | | | | 2.80 | 533.00 | |
| | | | | 40.70 | 13,241.50 | |
| | | | | ========= | ========= | |

15 records printed.

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/29/07  Page 1

Sort Fields:
    Grouping code                    (Paginate)
    Client code
    Actual employee code             (Subtotals)
    Transaction date

Range Fields:
    Client code         I  WRG - WRG
    Invoice Number      I  71897  -  71897

| Grp Cd | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Ca |
|---|---|---|---|---|---|---|---|
| 01 | CASE ADMINISTRATION | WRG | | | | | |
| | CASE ADMINISTRATION | CAH | 09/05/07 | Download and e-mail Somers and Kim Pro Hac Orders to D. Felder. | 0.20 | 28.00 | |
| | CASE ADMINISTRATION | CAH | 09/06/07 | Update docket and label pleadings. | 0.10 | 14.00 | |
| | CASE ADMINISTRATION | CAH | 09/11/07 | Update docket to system. | 0.20 | 28.00 | |
| | CASE ADMINISTRATION | CAH | 09/13/07 | Merge original signatures into filed documents. | 0.20 | 28.00 | |
| | | | | | ------- | ------- | |
| | | | | | 0.70 | 98.00 | |
| | | | | | ------- | ------- | |
| | | | | | 0.70 | 98.00 | |
| | | | | | ------- | ------- | |