# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# SEPTEMBER 1, 2007 THROUGH
# SEPTEMBER 31, 2007

Phillips, Goldman & Spence, P.A.

November 29, 2007

Orrick, Herrington & Sutcliffe, LLP

                                                                                      File   WRG-AUS/JCP
                                                                                     Invoice number   71897

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 09/01/07 | Federal Express | 44.15 |
| 09/11/07 | Postage | 0.97 |
| 09/11/07 | Photocopies | 5.00 |
| 09/21/07 | Check No.: 35323 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 09/21/07 | Check No.: 35323 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 75.00 |
| 09/21/07 | Check No.: 35323 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 836.28 |
| 09/28/07 | Check No.: 35362 - John C. Phillips, Jr. - expense reimbursement / Court Call. | 231.00 |
| | Subtotal for COSTS only: 09/30/07 | $1,202.40 |