# EXHIBIT A

## PHILLIPS, GOLDMAN & SPENCE, P.A.

## INVOICES BY TIME AND INDIVIDUAL

### FOR THE TIME PERIOD
### OCTOBER 1, 2007 THROUGH
### OCTOBER 31, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


November 29, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File  WRG-AUS/JCP
Invoice number   71898

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)


             Subtotal for FEES only: 10/31/07      $9,331.50
             Subtotal for COSTS only: 10/31/07        $67.00
                                                  ------------
    CURRENT PERIOD FEES AND COSTS: 10/31/07        $9,398.50
                                                  ------------


***************************************************************

Please remit duplicate copy with payment.  Thank you.

***************************************************************

Phillips, Goldman & Spence, P.A.

November 29, 2007

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 71898

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 5.1 | 855.00 |
| LITIGATION | 24.5 | 8,294.50 |
| CASE ADMINISTRATION | 1.3 | 182.00 |
| Subtotal for FEES only: 10/31/07 | 30.9 | $9,331.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 21.30 | 21.30 | 7,987.50 | 0.00 | 0.00 |
| 140.00 | CAH | 9.60 | 9.60 | 1,344.00 | 0.00 | 0.00 |
| Totals | | 30.90 | 30.90 | 9,331.50 | 0.00 | 0.00 |

```
WRG-AUS                             LEGALMASTER MIRC For Transactions                      11/29/07  Page 2
                                                 -Fees-
```

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 10/01/07 | E-mail to M. Hurford re: discovery documents on Grace's products we would like to have. | 0.30 | 42.00 | Li |
| WRG | LITIGATION | CAH | 10/04/07 | Respond to e-mail and print paralegal. | 0.20 | 28.00 | |
| WRG | LITIGATION | CAH | 10/04/07 | Scan and file Notice of Service of Depositions Duces Tecum of W.R. Grace experts; e-mail to D. Felder. | 0.40 | 56.00 | |
| WRG | LITIGATION | CAH | 10/05/07 | Review of various e-mails over dispute on parameters of subpoena. | 0.40 | 56.00 | |
| WRG | LITIGATION | CAH | 10/05/07 | Download and after execution by John C. Phillips, Jr. scan and file FCR's Notice of Filing of Supplemental/Rebuttal Estimation report of Stallard. | 0.40 | 56.00 | |
| WRG | LITIGATION | CAH | 10/05/07 | Download and review FCR's Limited Omnibus Objection to Debtors' Motions for Entry of Order authorizing Settlement of Asbestos Property Damage claims filed by various Property Damage claimants represented by Dies and Hile, LLP and Prudential Insurance Company of America (.6); e-mail questions on signing block (.1). | 0.70 | 98.00 | |
| WRG | LITIGATION | CAH | 10/05/07 | Download and review final form of Objection to Asbestos Settlement Motions. | 0.40 | 56.00 | |
| WRG | LITIGATION | CAH | 10/10/07 | Locate expert witness reports for notebook. | 0.20 | 28.00 | |
| WRG | LITIGATION | CAH | 10/10/07 | E-mail response to D. Felder; update docket to verify filing; e-mail to M. Hurford. | 0.30 | 42.00 | |
| WRG | LITIGATION | CAH | 10/23/07 | Work with Rose Meade; scan and file memorandum and Joinder of FCR in support of Official Committee of Asbestos Personal Injury Claimants Opposition to Debtors' Motion for Relief from 10/31 Discovery Cut-Off deadline for deposing certain lawyers named as fact witnesses. | 0.50 | 70.00 | |
| | | | | | 3.80 | 532.00 | |
| WRG | LITIGATION | JCP | 10/01/07 | Review of Certification of Counsel re: Amended Supplemental Order re: Debtors' Motion to Compel Against Celotex Trust; review of proposed Order; review of Order Staying Bagley appeal; review of Debtors' Response to Speights & Runyan's Joint Appellants' Motion to Supplement the Record; review of Debtors' Notice of Service of First and Second set of Interrogatories on Future Claimants' Representative. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 10/02/07 | Review of Debtors' Notice of Deposition duces tecum to Keene Trust (.1); review of Debtors' Notice of Deposition duces tecum to Eagle Picher Trust (.1); review of Debtors' Notice of Deposition duces tecum to Celotex Trust (.1); review of Debtors' Notice of Deposition of John Mekus (Celotex Trust) (.1); review of Debtors' Notice of | 0.70 | 262.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

11/29/07   Page 3

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 10/03/07 | Review of Debtors' Notice of Deposition of Steve Kazan; e-mail from and e-mail to Rachael Barainca re: filing objections to Motions to Approve Dies & Hile Property Damage Claims. | 0.20 | 75.00 | WRG |
| LITIGATION | JCP | 10/04/07 | E-mail from Debbie Felder re: filing notice of service of discovery (.1); review of Debtors' Experts (2x) (.1); e-mail from William Nurre (.1); review of Debtors' Notice of Deposition of Counsel and proposed Order re: Briefing Schedule on Prejudgment Interest (.1); review of 10/3/07 Order re: Debtors' Motion to Compel Against the Celotex Trust (.1); Review of miscellaneous pleadings (.1); review of Debtors' Certification of Counsel re: Motion to Compel Against DII Trust with proposed Order (.1); review of Notice of Service re: Omnibus Notice of Deposition duces tecum for Debtors' Expert Witnesses (.1); review of Omnibus Notice of Deposition for Debtors' Expert Witnesses (.1); conference with Celeste A. Hartman re: same (.1); review of and execute original Omnibus Notice of Deposition for Debtors' Experts and Notice of Service therefore (.1); e-mail from Defense Coordinator re: same (.1). | 1.10 | 412.50 | WRG |
| LITIGATION | JCP | 10/05/07 | E-mail from counsel for Debtors re: scope of Omnibus Notice of Deposition of Debtors' Experts (2x) (.1); e-mail from Ray Mullady re: same (.1); review of New Jersey's Motion to Enlarge Time for filing Brief (.1); review of 9/24/07 Hearing Transcript (.1); review of Debtors' Supplemental Notice of Motion to Authorize Settlement of Dies & Hile's 600 Building Property Damage Claim with exhibits (.1); review of District Court's Appeal Transmittal Sheet for Libby (.1); e-mail from Debbie Felder with enclosure (.1); review of and execute Future Claimants Representative's Notice of Filing of Supplemental Estimation Expert Reports (.1); conference with Celeste A. Hartman re: same (.1); review of Eric Stallard's (Future Claimants Representative's estimation expert) 9/25/07 Report (1.2 hrs); review of Debtors' Objection to Prete's Motion to Lift Automatic Stay (.1); review of Debtors' Notice of Deposition of UNR Trust (.1); review of Debtors' Notice of Deposition of Peter Kraus (.1); review of Debtors' Notice of Deposition of Celotex Trust (.1); review of Notice of Libby Claimants' Notice of Appeal (.1); e-mail from Katherine Thomas (2x) with enclosure (.1); review of draft of Future Claimants Representative's Objection to Debtors' Motion to Authorize Settlement of Dies & Hile Property Damage Claims (.1); review of and approve final version of same (.1); conference with Celeste A. Hartman re: same (.1). | 0.00 | 0.00 | WRG |

Deposition of Patricia Howser (.1); review of Speights & Runyan's Response to Amended Order re: Motion to Amend 4/17/07 Order with Exhibits (.1); review of Debtors' Supplemental Brief in Response to 9/6/07 Order re: Motion to Amend 4/17/07 Order with Exhibits (.1).

WRG-AUS                                                        LEGALMASTER MIRC For Transactions                                    11/29/07  Page 4
                                                                           -Fees-

| WRG<br>C1 | Code Grouping code description | Act<br>Emp | Trans<br>Date | Transaction description | Billable<br>Hours | Billable<br>Dollars | Grp<br>Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 10/08/07 | Review of 10/5/07 Order re: Status Report and 10/25/07 Status Conference; review of Personal Injury Committee's Joinder to Future Claimants Representative's Objection to Debtors' Motion to Authorize Dies & Hile Property Damage Settlements; review of Debtors' First Amended Notice of Deposition of John Mekus; review of Debtors' First Amended Notice of Deposition of Celotex Trust. | 0.40 | 150.00 | Li |
| WRG | LITIGATION | JCP | 10/08/07 | Review of First Amended Notice of Deposition of Patricia Houser (.1); review of First Amended Notice of Deposition of Steven Kazan (.1); review of First Amended Notice of Deposition of Keene Trust (.1); review of Joint Appellants' (Speights & Runyan) Reply Memo in Support of Motion to Supplement Record on Appeal (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of and execute Cross Notice of Deposition of Celotex Trust (.1); e-mail to and e-mail from Debbie Felder re: executing same (.1); e-mail from local counsel for Personal Injury Committee forwarding executed Cross Notice of Deposition of Celotex Trust (.1); review of Notice of Filing of Revised and Executed Settlement Agreement with American Tower with enclosure (.1); review of Settlement Agreement and Release (.1). | 1.00 | 375.00 | |
| WRG | LITIGATION | JCP | 10/11/07 | Review of Debtors' Notice of Deposition Theodore Goldberg (.1); review of miscellaneous pleadings (.1); review of executed Subpoena for Kazan deposition (.1); review of 10/9/07 Order Setting Briefing Schedule re: Prejudgment Interest (.1); review of Reaud Morgan's Opening Brief re: Prejudgment Interest (.1); review of 10/9/07 Order re: Debtors' Motion to Compel Discovery from DII Trust (.1); review of Debtors' Certificate of No Objection re: Motion Authorizing Optimization Plan (.1); review of Personal Injury Committee's Notice of Filing of Dr. Mark Peterson's Rebuttal Report (.1); review of Personal Injury Committee's Amended Motion to File Under Seal Reports of Mark Peterson and Stephen Snyder (.1). | 0.90 | 337.50 | |
| WRG | LITIGATION | JCP | 10/12/07 | Review of Supplemental Notice of Deposition of UNR Trust; review of Agenda for 10/25/07 Hearing; e-mail to paralegal re: arranging for telephonic appearance at same; review of miscellaneous pleadings. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 10/13/07 | Review of Notice of Postponement of Goldberg deposition; review of Notice of Withdrawal of Ewing Pro Hac Motion; review of Notice of Deposition by Written Questions to Celotex Trust; review of Notice of Deposition by Written Questions to Keene Trust; review of Notice of Deposition by Written Questions to Eagle-Picher Trust; review of Deposition by Written Questions to Celotex Trust; review of Deposition by Written Questions to Keene Trust; review of Deposition by Written Questions to Eagle-Picher Trust. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 10/15/07 | Review of Debtors' Notice of Deposition of David Austern (.1); calendar same (.1); e-mail to Ray Mullady re: same | 0.60 | 225.00 | |

WRG-AUS                                              LEGALMASTER MIRC For Transactions                                   11/29/07  Page 5
                                                              -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 10/16/07 | Review of Second Amended Notice of Deposition of Keene Trust; review of miscellaneous pleadings. | 0.20 | 75.00 | WRG |
| LITIGATION | JCP | 10/17/07 | Review of Debtors' Status Report re: Motion for Preliminary Injunction in New Jersey EPA action (.1); review of Debtors' Second Amended Notice of Deposition of Celotex Trust and John Mekus (.1); review of California's Motion to File Expert Report of Dr. Wood (.1); review of Dr. Wood's Expert Reports (.5); review of Debtors' Third Amended Notice of Deposition of Celotex Trust and John Mekus (.1); review of Agenda for 10/25/07 Hearing (.1). | 1.00 | 375.00 | WRG |
| LITIGATION | JCP | 10/19/07 | Review of Debtors' Certification of Counsel re: Disallowing an Additional Speights & Runyan Property Damage Claim (.1); review of First Amended Notice of Deposition of Eagle Picher (.1); review of Debtors' Response Brief re: Prejudgment Interest (.2); review of National Union's Joinder in same (.1); review of Order Disallowing Property Claim No. 12430 (.1); review of Debtors' Certification of Counsel re: Protective Order Governing Discovery from Keene Trust (.1). | 0.70 | 262.50 | WRG |
| LITIGATION | JCP | 10/19/07 | Review of Debtors' Motion for Leave to Shorten Notice for Expedited Relief with enclosure; review of proposed Order; review of Debtors' Expedited Motion for Relief from 10/31/07 Discovery Cut-Off Date; review of Third Amended Notice of Deposition of Keene Trust. | 0.40 | 150.00 | WRG |
| LITIGATION | JCP | 10/22/07 | Review of miscellaneous pleadings. | 0.10 | 37.50 | WRG |
| LITIGATION | JCP | 10/23/07 | Review of Debtors' Application to Employ Deloitte (.1); review of Debtors' 24th Omnibus Objection to Claims (.2); review of Libby Claimants' Motion to Strike Expert Reports (.1); review of Libby Claimants' Motion in Limine re: Estimation Evidence (.1); review of Certification of Counsel re: Order Authorizing Settlement of Prudential's Property Damage Claims (.1); review of Certification of Counsel re: 21 Orders Authorizing Settlement of 21 Dies & hile Property Damage Claims with 21 proposed Orders (voluminous) (.2); review of Debtors' 8 Motions for Orders Authorizing Settlement of Property Damage Claims of Port of Seattle, Church of St. Helena, Church of Most Holy Redeemer, Fargo, N.D. American Legion, State of Washington, Fargo Housing & Redevelopment, CHP Associates and Little Rock Catholic Diocese (.2); review of Order re: Discovery Materials from Keene Trust (.2); review of Order Dismissing Debtors' Expedited Motion for Relief from 10/31/07 Discovery Deadline (.1); review of Debtors' re-filed Expedited Motion for Relief from 10/31/07 Discovery Deadline (.1); review of proposed Order re: same (.1); | 2.60 | 975.00 | WRG |

WRG-AUS                                                  LEGALMASTER MIRC For Transactions                                            11/29/07   Page 6
                                                                       -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 10/24/07 | Review of First Amended Notice of Deposition and Subpoena of UNR Trust. | 0.10 | 37.50 | |
| LITIGATION | JCP | 10/25/07 | Review of Amended Agenda for 10/25/07 Hearing (.1); review of letter from local counsel for Personal Injury Committee with enclosure (.1); review of Debtors' Motion for Personal Injury Committee's Opposition to Debtors' Motion for Relief from 10/31/07 Discovery Cut Off Date (.3); conference with (via phone) Judge Fitzgerald and all counsel (2.4); review of Order Enlarging Time for New Jersey to File Appellate Brief (.1). | 3.00 | 1,125.00 | |
| LITIGATION | JCP | 10/27/07 | Review of Debtors' Reply Motion re: Anderson Memorial's Canadian Statute of Limitations (.2); review of Libby Claimants' Appellate Brief re: Injunction Order (2.2); review of Second Amended Notice of Deposition and subpoena to UNR Trust (.1); review of Agenda for 11/1/07 Hearing (.1); review of Reaud Morgan's Reply Brief re: National Union's Liability for Prejudgment Interest (.2). | 2.80 | 1,050.00 | |
| LITIGATION | JCP | 10/29/07 | E-mail from Debbie Felder re: 11/5/07 filing of Future Claimants Representative's proposed Plan; e-mail from Celeste A. Hartman re: same; calendar same. | 0.20 | 75.00 | |
| LITIGATION | JCP | 10/30/07 | E-mail from (3x) and e-mail to Debbie Felder re: 10/31/07 filing; e-mail from Annie Weiss re: same; e-mail from Annie Weiss with enclosure; review of draft response to Debtors' Request for Production of Documents; review of 2 Orders Authorizing Settlement of 2 Dies & Hile Property Damage Claims; review of Order Authorizing Settlement of Prudential Insurance's Property Damage Claim. | 0.50 | 187.50 | |
| LITIGATION | JCP | 10/31/07 | E-mail from Annie Weiss with enclosure (2x) (.1); review of draft Answers to Interrogatories (Debtors' Second Set) (.2); review of revised draft Answers to Interrogatories (Debtors' Second Set) (.2); review of 19 Orders Authorizing Settlements of 19 Dies & Hile Property Damage Claims (.3); | 2.90 | 1,087.50 | |

letter from New Jersey Attorney General to Judge Fitzgerald re: New Jersey's late claim (.1); e-mail from Debbie Felder re: filing Joinder to a Personal Injury Committee's filing (2x) (.1); e-mail from Rose Meade re: same (.1); e-mail from Ray Mullady re: same (2x) (.1); e-mail from Celeste A. Hartman re: same (.1); e-mail from Rose Meade with enclosure (.1); review of Future Claimants Representative's Memo in Support and Joinder in Personal Injury Committee's Opposition to Debtors' Expedited Motion for Relief from 10/31/07 Discovery Cut-Off Date (.2); conference with Celeste A. Hartman re: same (.1); e-mail from Celeste A. Hartman with enclosure (.1); review of as filed copy of same (.1).

WRG-AUS                                              LEGALMASTER MIRC For Transactions                    11/29/07   Page 7
                                                                   -Fees-

| Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|----|-------------------------------|---------|------------|-------------------------|----------------|------------------|--------|
|    |                               |         |            | review of Order re: Debtors' Objection to Massachusetts Department of Revenue Claim (.2); review of 37th Continuation Order re: Debtors' 5th Omnibus Objection to Claims (.1); review of Continuation Order re: Debtors' 18th Omnibus Objection to Claims (.1); review of Order Authorizing Optimization Plan (.2); review of Certification of Counsel re: Withdrawal of Prete Motion for Relief from Stay (.1); letter from counsel for Personal Injury Committee with enclosure (.1); review of Personal Insurance Committee's Answers to Interrogatories (Debtors' Second Set) and Response to Debtors' Request for Production of Documents and Interrogatories (.3); review of Debtors' 25th Quarterly Status Report re: Asset Sales (.1); review of Debtors' 25th Quarterly Status Report re: Settlements (.3); e-mail from Annie Weiss with enclosure (.1); review of Austern verification for response to Debtors' Request for Production of Documents (.1); e-mail from Debbie Felder with enclosure (.1); review of letter to counsel for plaintiff (.1); review of Future Claimants Representative's Answers to Interrogatories (Debtors' Second Set) and Future Claimants Representative's Response to Debtors' Request for Production of Documents and Interrogatories (.3). | 20.70 | 7,762.50 | |
|    |                               |         |            |                         | 24.50          | 8,294.50         |        |

WRG-AUS                                              LEGALMASTER MIRC For Transactions                              11/29/07   Page 8
                                                                  -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/01/07 | Download and file Certificate of No Objection for Austern's June Fee Application; Orrick's July Fee Application; Piper's July Fee Application and Austern's Fee Application. | 0.80 | 112.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/01/07 | Download and file 19th Monthly Fee Application for Piper Jaffray and Company. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/01/07 | Download and file 6th Quarterly Fee Application for Piper Jaffray and 9th Quarterly Fee Application of Towers Perrin and 10th Quarterly Fee Application for Towers Perrin. | 0.80 | 112.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/01/07 | Download and file August Fee Application for Orrick Herrington. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/05/07 | Print and download 12th and 13th Quarterly Fee Application of FCR; file same. | 0.50 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/07 | Download and file Certificate of No Objection for Piper's August Fee Application and Orrick's August Fee Application. | 0.40 | 56.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/07 | Code June pre-bill to comply with local rules. | 0.60 | 84.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/07 | Download and file July Fee Application for Towers Perrin Tillinghast. | 0.30 | 42.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/07 | Reconcile check to invoices. | 0.20 | 28.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 10/29/07 | Download and file Orrick's September Fee Application. | 0.30 | 42.00 | |
| | | | | 4.50 | 630.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 10/19/07 | Review of and revise (downward) June 2007 prebill. | 0.30 | 112.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 10/24/07 | Review of and revise July prebill. | 0.30 | 112.50 | |
| | | | | 0.60 | 225.00 | |
| | | | | 5.10 | 855.00 | |
| | | | | 30.90 | 9,331.50 | |

68 records printed.

```
WRG-AUS                                                                                    11/29/07  Page 1

                                    LEGALMASTER MIRC For Transactions
                                                  -Fees-

                        Sort Fields:
                             Grouping code                  (Paginate)
                             Client code
                             Actual employee code           (Subtotals)
                             Transaction date

                        Range Fields:
                             Client code            I  WRG - WRG
                             Invoice Number         I  71898 - 71898

                  Act   Trans
 Grp  Grouping code description              Emp   Date      Transaction description                                    Billable    Billable  Grp
  Cd                                                                                                                      Hours     Dollars   Cd

 WRG  CASE ADMINISTRATION                    CAH   10/04/07  Organize materials for file.                                  0.40       56.00   Ca

 WRG  CASE ADMINISTRATION                    CAH   10/12/07  Merge original signatures into filed documents (.5); e-mail   0.60       84.00
                                                             to R. Meade and R. Baranici re: additional signatures
                                                             needed (.1).

 WRG  CASE ADMINISTRATION                    CAH   10/15/07  Download and file Notice of Change of Address for Orrick      0.30       42.00
                                                             Herrington.
                                                                                                                        ---------   --------
                                                                                                                           1.30      182.00
                                                                                                                        ---------   --------
                                                                                                                           1.30      182.00
                                                                                                                        ---------   --------
```