# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## OCTOBER 1, 2007 THROUGH
## OCTOBER 31, 2007

Phillips, Goldman & Spence, P.A.

November 29, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   71898

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| | | |
|---|---|---:|
| 10/12/07 | Check No.: 35509 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 10/12/07 | Photocopies | 4.00 |
| 10/15/07 | Facsimile | 3.00 |
| 10/31/07 | Check No.: 35680 - John C. Phillips, Jr. - expense reimbursement (Court Call). | 50.00 |
| | Subtotal for COSTS only: 10/31/07 | $67.00 |