# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

November 20, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1349873                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 21.90 | hrs. at | $595.00 | /hr. = | $13,030.50 |
| RW RILEY | PARTNER | 1.40 | hrs. at | $480.00 | /hr. = | $672.00 |
| WS KATCHEN | OF COUNSEL | 16.10 | hrs. at | $650.00 | /hr. = | $10,465.00 |
| JH LEMKIN | SPECIAL COUNSEL | 4.80 | hrs. at | $355.00 | /hr. = | $1,704.00 |
| ME HOFFMAN | ASSOCIATE | 1.50 | hrs. at | $265.00 | /hr. = | $397.50 |
| BA GRUPPO | PARALEGAL | 1.80 | hrs. at | $235.00 | /hr. = | $423.00 |
| EM O'BYRNE | PARALEGAL | 4.20 | hrs. at | $180.00 | /hr. = | $756.00 |
| JN NIDHIRY | PARALEGAL | 0.50 | hrs. at | $190.00 | /hr. = | $95.00 |
| AT ASH | LEGAL ASSISTANT | 3.10 | hrs. at | $175.00 | /hr. = | $542.50 |
| | | | | | | $28,085.50 |

DISBURSEMENTS

| | |
|---|---|
| DINNER - LOCAL | 281.60 |
| MESSENGER SERVICE | 2163.31 |
| MISCELLANEOUS | 125.00 |
| OVERNIGHT MAIL | 145.87 |
| PRINTING & DUPLICATING | 290.25 |
| TELEPHONE | 186.50 |
| TRAVEL - LOCAL | 51.64 |
| TOTAL DISBURSEMENTS | $3,244.17 |

BALANCE DUE THIS INVOICE                                    $31,329.67

PREVIOUS BALANCE                                              $76,831.40

TOTAL BALANCE DUE                                          $108,161.07

Duane Morris
November 20, 2007
Page 2

File # K0248-00001                                          INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 9/28/2007 | 004 | WS KATCHEN | PREP MEETING WITH L. KRUGER (INCL. TORWICO ISSUE) | 1.10 | $715.00 |
| 10/1/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/1/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FROM LAST FRIDAY FORWARD, DOWNLOAD AND FORWARD SAME TO W KATCHEN | 0.20 | $36.00 |
| 10/1/2007 | 004 | WS KATCHEN | REVIEW ORDER-SETTLEMENT CONTINENTAL CASUALTY. | 0.10 | $65.00 |
| 10/1/2007 | 004 | WS KATCHEN | REVIEW OF APPLICATION IN G-1 FOR 2004 EXAM V TERSIGNI CONSULTING | 0.30 | $195.00 |
| 10/1/2007 | 004 | WS KATCHEN | E-MAIL STROOK RE: TERSIGNI CONSULTING | 0.10 | $65.00 |
| 10/2/2007 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/2/2007 | 004 | WS KATCHEN | E-MAIL TO L. KRUGER | 0.10 | $65.00 |
| 10/3/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/3/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/3/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD NEW ENTRIES AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/4/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |

Duane Morris
November 20, 2007
Page 3

File # K0248-00001                                                    INVOICE # 1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/8/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD SAME TO W KATCHEN PURSUANT TO HIS REQUEST | 0.20 | $36.00 |
| 10/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/9/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD NEW ENTRIES; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/10/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/10/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD SAME AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/11/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/12/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/12/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $36.00 |

Duane Morris
November 20, 2007
Page 4

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1349873

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/15/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/15/2007 | 004 | EM O'BYRNE | REVIEW DOCKET FROM OCTOBER 12 THROUGH WEEKEND; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/16/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/17/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/17/2007 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/17/2007 | 004 | WS KATCHEN | REVIEW OCT. 25TH AGENDA. | 0.20 | $130.00 |
| 10/18/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/18/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND SCAN TO W KATCHEN | 0.20 | $36.00 |
| 10/18/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET RE LOWENSTEIN SANDLER REPRESENTATION AND STATUS REPORT RE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; EXCHANGE EMAILS WITH W KATCHEN; DOWNLOAD REPORT AND FORWARD TO W KATCHEN | 0.40 | $72.00 |
| 10/18/2007 | 004 | WS KATCHEN | REVIEW ORDER REGARDING STATUS OF NJ DEP; (.2) FURTHER ATTENTION TO DOCKET REVIEW REGARDING OPEN STATUS; EMAIL WILMINGTON OFFICE; (.2) REVIEW DEBTOR'S STATUS REPORT ON NJ DEP (.2) | 0.60 | $390.00 |
| 10/19/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 10/19/2007 | 004 | WS KATCHEN | EMAIL STROOCK REGARDING CONGOLEUM ISSUES - ACC V FCR | 0.20 | $130.00 |

Duane Morris
November 20, 2007
Page 5

File # K0248-00001                                    INVOICE # 1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/23/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/23/2007 | 004 | RW RILEY | REVIEWING AGENDA AND MATTERS SCHEDULED FOR 10/25 OMNIBUS HEARING | 0.80 | $384.00 |
| 10/23/2007 | 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH FA REGARDING UPDATE ( 2); CONFERENCE WITH COMMITTEE MEMBER REGARDING EPA ISSUES (.3) | 0.50 | $325.00 |
| 10/24/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/24/2007 | 004 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE MEMBER REGARDING EPA ISSUES ( 4); CONFERENCE CALL WITH FA REGARDING SAME (.1) | 0.50 | $325.00 |
| 10/24/2007 | 004 | WS KATCHEN | REVIEW HEARING NOTES 10/25 (.3); EMAILS WITH M. LASTOWSKI ( 1) | 0.40 | $260.00 |
| 10/25/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/26/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/29/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR THE PERIOD OCTOBER 19 THRU OCTOBER 28; DOWNLOAD AND FORWARD TO W KATCHEN | 0.40 | $72.00 |

Duane Morris
November 20, 2007
Page 6

File # K0248-00001                                    INVOICE # 1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/30/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/30/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FOR W KATCHEN; SEARCH DOCKET SHEET FOR RELEVANT DOCUMENTS PERTAINING TO OBJECTIONS TO DEPOSITIONS | 0.40 | $72.00 |
| 10/30/2007 | 004 | WS KATCHEN | EMAILS - M. LASTOWSKI REGARDING CASE STATUS (.2); REVIEW ACC TERM SHEET FOR PLAN (.4) | 0.60 | $390.00 |
| 10/31/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 10/31/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEETS; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| | | | Code Total | 11.50 | $4,618.00 |

Duane Morris
November 20, 2007
Page 7

File # K0248-00001                                    INVOICE # 1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/4/2007 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYAN'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S 9/6/07 AMENDED ORDER DISALLOWING OR EXPUNGING 71 CLAIMS ENTERED ON APRIL 17, 2007 | 0.30 | $178.50 |
| 10/4/2007 | 005 | MR LASTOWSKI | REVIEW SUBPOENAS SERVED UPON ASBESTOS TRUSTS | 0.40 | $238.00 |
| 10/4/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S 9/6/07 AMENDED ORDER DISALLOWING OR EXPUNGING 71 CLAIMS ENTERED ON APRIL 17, 2007 | 0.60 | $357.00 |
| 10/8/2007 | 005 | MR LASTOWSKI | REVIEW CELOTEX DISCOVERY ORDER | 0.20 | $119.00 |
| 10/8/2007 | 005 | MR LASTOWSKI | REVIEW SUPPLEMENTAL NOTICE OF DIES AND HILE SETTLEMENT | 0.30 | $178.50 |
| 10/9/2007 | 005 | WS KATCHEN | REVIEW SUPPLEMENTAL MOTION ASBESTOS PD SETTLEMENT REGARDING 600 HUNDRED BUILDING | 0.10 | $65.00 |
| 10/10/2007 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMANTS' REPRESENTATIVE'S REBUTTAL/SUPPLEMENTAL EXPERT REPORTS | 4.00 | $2,380.00 |
| 10/15/2007 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S SUPPLEMENTAL POST-HEARING MEMORANDUM ON CANADIAN STATUTE OF LIMITATIONS | 0.50 | $297.50 |
| 10/19/2007 | 005 | MR LASTOWSKI | REVIEW KEENE CREDITORS' TRUST'S DISCOVERY ISSUES | 0.20 | $119.00 |
| 10/22/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING ON PREJUDGMENT INTERSEST (NATIONAL UNION V. REAUD, MORGAN & QUINN, INC.) | 0.30 | $178.50 |
| 10/22/2007 | 005 | MR LASTOWSKI | REVIEW STATE OF CALIFORNIA'S MOTION FOR LEAVE TO FILE EXPERT REPORT OF TIM VANDER WOOD | 0.20 | $119.00 |
| 10/23/2007 | 005 | MR LASTOWSKI | REVIEW 9019 MOTIONS RELATING TO SETTLEMENT OF CERTAIN PROPERTY DAMAGE CLAIMS | 0.20 | $119.00 |
| 10/25/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR RELIEF FROM THE OCTOBER 31, 2007 CUT OFF FOR DEPOSING CERTAIN LAWYERS NAMED AS FACT WITNESSES | 0.40 | $238.00 |
| 10/25/2007 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION IN LIMINE AND MOTION TO STRIKE DEBTORS' EXPERT REPORTS | 0.30 | $178.50 |
| 10/25/2007 | 005 | MR LASTOWSKI | REVIEW OPPOSITION TO DEBTORS' MOTION FOR RELIEF FROM OCTOBER 31, 2007N DOSCOVERY DUT-OFF | 0.50 | $297.50 |
| 10/26/2007 | 005 | MR LASTOWSKI | ANALYSIS OF EXPERT REPORTS | 3.20 | $1,904.00 |

Duane Morris
November 20, 2007
Page 8

File # K0248-00001                                INVOICE # 1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/26/2007 | 005 | RW RILEY | REVIEWING DOCKET AND RECENT FILINGS RELATED TO PROPERTY DAMAGE CLAIM ORDERS | 0.40 | $192.00 |
| 10/29/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' REPLY RE: CANADIAN STATUTE OF LIMITATIONS | 0.50 | $297.50 |
| 10/31/2007 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S RESPONSE TO THE DEBTORS' SECOND SET OF INTERROGATORIES AND FIRST SET OF DOCUMENT REQUESTS AND INTERROGATORIES | 0.40 | $238.00 |
| | | | Code Total | 13.00 | $7,694.50 |

Duane Morris
November 20, 2007
Page 9

File # K0248-00001                                    INVOICE # 1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/1/2007 | 006 | WS KATCHEN | REVIEW ORDER-SETTLEMENT BP PRODUCTS. | 0.10 | $65.00 |
| 10/1/2007 | 006 | WS KATCHEN | REVIEW OF DEBTOR'S RESPONSE IN OPPOSITION TO MOTION TO SUPPLEMENT RECORD ON APPEAL | 0.10 | $65.00 |
| 10/3/2007 | 006 | WS KATCHEN | PROPOSED SETTLEMENTS | 0.20 | $130.00 |
| 10/9/2007 | 006 | WS KATCHEN | REVIEW FUTURE REPS FILING SUPPLEMENTAL REBUTTAL ESTIMATION REPORT (ERIC STALLARD) | 1.30 | $845.00 |
| 10/9/2007 | 006 | WS KATCHEN | ATTENTION TO §524(G) ISSUE FOR PD - EPA CLAIMS | 0.30 | $195.00 |
| 10/9/2007 | 006 | WS KATCHEN | REVIEW FUTURE CLAIMANT'S OBJECTION TO DEBTOR'S MOTION FOR APPROVAL PD CLAIMS SETTLEMENT | 0.20 | $130.00 |
| 10/9/2007 | 006 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO §362(D) MOTION - PRETE | 0.20 | $130.00 |
| | | | Code Total | 2.40 | $1,560.00 |

Duane Morris
November 20, 2007
Page 10

File # K0248-00001                                    INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/2/2007 | 007 | ME HOFFMAN | LEGAL RESEARCH RE TORWICO OPINION. | 0 80 | $212 00 |
| 10/3/2007 | 007 | ME HOFFMAN | LEGAL RESEARCH RE OPINIONS DISTINGUISHING TORWICO. | 0.50 | $132.50 |
| 10/3/2007 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO ON PD | 0 40 | $260.00 |
| 10/16/2007 | 007 | ME HOFFMAN | COMMUNICATIONS WITH TSANTORELLI AND DMCDANIEL RE EXPERT REBUTTAL REPORTS; FORWARD SAME ON FOR PRINTING. | 0.20 | $53 00 |
| | | | Code Total | 1.90 | $657.50 |

Duane Morris
November 20, 2007
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1349873

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/15/2007 | 010 | RW RILEY | REVIEWING AND EXECUTING CAPSTONE'S 14TH QUARTERLY FEE APPLICATION | 0.20 | $96.00 |
| 10/25/2007 | 010 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO RETAIN DELOITTE | 0.20 | $119.00 |
| | | | Code Total | 0.40 | $215.00 |

Duane Morris
November 20, 2007
Page 12

File # K0248-00001                                        INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 10/1/2007 | 012 | AT ASH | PREPARATION OF JULY MONTHLY APPLICATION FOR DUANE MORRIS. CONVERT TO PDF FORMAT AND E-FILE SAME. | 0.70 | $122.50 |
| 10/1/2007 | 012 | AT ASH | PREPARATION OF AUGUST MONTHLY APPLICATION, CONVERT TO PDF FORMAT AND E-FILE SAME. | 0.90 | $157.50 |
| 10/1/2007 | 012 | MR LASTOWSKI | SIGN NOTICE OF STROOCK AUGUST 2007 MONTHLY FEE APPLICATION | 0.10 | $59.50 |
| 10/1/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS JULY 2007 MONTHLY FEE APPLICATION | 0.30 | $178.50 |
| 10/26/2007 | 012 | MR LASTOWSKI | EXECUTE 67TH MONTHLY FEE APPLICATION OF DUANE MORRIS | 0.10 | $59.50 |
| 10/26/2007 | 012 | MR LASTOWSKI | EXECUTE 68TH MONTHLY FEE APPLICATION OF DUANE MORRIS | 0.10 | $59.50 |
| 10/29/2007 | 012 | AT ASH | PREPARATION OF DUANE MORRIS 69TH MONTHLY APPLICATION. | 0.60 | $105.00 |
| | | | Code Total | 2.80 | $742.00 |

Duane Morris
November 20, 2007
Page 13

File # K0248-00001                                          INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/1/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 77TH MONTHLY APPLICATION OF STROOCK & STROOCK & LAVAN LLP FORWARD TO D. MOHAMMED. | 0.30 | $52.50 |
| 10/26/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 42ND MONTHLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 10/29/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 43RD MONTHLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| | | | Code Total | 0.90 | $157.50 |

Duane Morris
November 20, 2007
Page 14

File # K0248-00001                                    INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 10/16/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR OCTOBER OMNIBUS HEARING | 2.80 | $1,666.00 |
| 10/22/2007 | 015 | JH LEMKIN | TRAVEL TO AND APPEARANCE IN COURT RE RELATED HEARINGS IN CONGOLEUM PROCEEDING. | 4.50 | $1,597.50 |
| 10/23/2007 | 015 | JH LEMKIN | DRAFT MEMO TO W. KATCHEN RE RESULTS OF HEARING RE CONGOLEUM ISSUES. | 0.30 | $106.50 |
| 10/24/2007 | 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA | 0.20 | $119.00 |
| 10/25/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 5.30 | $3,153.50 |
| 10/31/2007 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED IN CONNECTION WITH THE OCTOBER 2007 OMNIBUS HEARING | 0.10 | $59.50 |
| | | | Code Total | 13.20 | $6,702.00 |

Duane Morris
November 20, 2007
Page 15

File # K0248-00001                                    INVOICE #  1349873
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/2/2007 | 016 | WS KATCHEN | ADDITIONAL RESEARCH FOR MEETING STROOCK ON EPA ISSUE | 0.90 | $585.00 |
| | | | Code Total | 0.90 | $585.00 |

Duane Morris
November 20, 2007
Page 16

File # K0248-00001                                    INVOICE # 1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/22/2007 | 017 | WS KATCHEN | UPDATE ACC/FUTURE REP'S CONFLICTING POSITIONS ON PLAN ISSUE. | 0.40 | $260.00 |
| | | | Code Total | 0.40 | $260.00 |

Duane Morris
November 20, 2007
Page 17

File # K0248-00001                                        INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 10/8/2007 | 018 | MR LASTOWSKI | REVIEW PRETE'S MOTION FOR RELIEF FROM STAY AND DEBTOR'S OBJECTION THERETO | 0.20 | $119.00 |
| | | | Code Total | 0.20 | $119.00 |

Duane Morris
November 20, 2007
Page 18

File # K0248-00001                                    INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/23/2007 | 023 | WS KATCHEN | TELEPHONE CONVERSATION WITH M. LASTOWSKI REGARDING TRIAL ATTENDANCE AND LOGISTICS. | 0.20 | $130.00 |
| | | | Code Total | 0 20 | $130.00 |

Duane Morris
November 20, 2007
Page 19

File # K0248-00001                                    INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/22/2007 | 024 | WS KATCHEN | REVIEW DEBTOR'S EXPECTED MOTION - DISCOVERY ( 3); ATTENTION TO ADMINISTRATIVE ISSUE FOR STROOCK - TRIAL ON ESTIMATION (.2) | 0.50 | $325 00 |
| | | | Code Total | 0.50 | $325.00 |

Duane Morris
November 20, 2007
Page 20

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1349873

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/28/2007 | 025 | WS KATCHEN | RESEARCH 9TH CIRCUIT -OPINION CLEAN AIR ACT | 1.30 | $845.00 |
| 10/2/2007 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH COMMITTEE MEMBER | 0.10 | $65.00 |
| 10/3/2007 | 025 | WS KATCHEN | OUTLINE MEMO FOR CONFERENCE TO L. KRUGER | 1.40 | $910.00 |
| 10/3/2007 | 025 | WS KATCHEN | 2 TELEPHONE CALLS TO L. KRUGER | 0.20 | $130.00 |
| 10/11/2007 | 025 | JN NIDHIRY | PERFORMED RESEARCH FOR NOTICE OF FILING AND EXPERT REPORTS. | 0.50 | $95.00 |
| | | | Code Total | 3.50 | $2,045.00 |

Duane Morris
November 20, 2007
Page 21

File # K0248-00001                      INVOICE # 1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/25/2007 | 027 | WS KATCHEN | RESPOND TO CREDITOR INQUIRIES ON PLAN STATUS | 0.20 | $130.00 |
| | | | Code Total | 0.20 | $130.00 |

Duane Morris
November 20, 2007
Page 22

File # K0248-00001                                         INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/30/2007 | 029 | WS KATCHEN | ADDITIONAL RESEARCH-PREPARATION FOR STROOK MEETING ON EPA | 1.70 | $1,105.00 |
| 10/1/2007 | 029 | WS KATCHEN | REVIEW PROTECTIVE ORDER-NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY AND HAZARD | 0.10 | $65.00 |
| 10/5/2007 | 029 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENTAL BRIEF IN RESPONSE TO AMENDED ORDER - SEPTEMBER 6, 2007, SUPPORTING EXHIBITS AND ORDER (.5); REVIEW NOTICE OF DEPOSITION AND SUBPOENAS (EAGLE PICHER ET AL) (.7) | 0.70 | $455.00 |
| 10/8/2007 | 029 | WS KATCHEN | REVIEW UST MOTION FOR EXAMINER (.3); FORWARD SAME TO STROOCK ET AL (.2) | 0.30 | $195.00 |
| 10/9/2007 | 029 | WS KATCHEN | ATTENTION TO LIT STRATEGY ISSUE - TERSIGNI REGARDING ISSUE OF JOINT EXAMINER | 0.40 | $260.00 |
| 10/9/2007 | 029 | WS KATCHEN | REVIEW ORDER ON CELOTEXT TRUST | 0.10 | $65.00 |
| | | | Code Total | 3.30 | $2,145.00 |

Duane Morris
November 20, 2007
Page 23

File # K0248-00001                                    INVOICE # 1349873
    W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 55.30 | $28,085.50 |

Duane Morris
November 20, 2007
Page 24

File # K0248-00001                                    INVOICE #  1349873
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 10/31/2007 | TELEPHONE | | 186.50 |
| | | Total: | $186.50 |
| | | | |
| 9/30/2007 | DINNER - LOCAL | | 219.65 |
| 10/31/2007 | DINNER - LOCAL | | 61.95 |
| | | Total: | $281.60 |
| | | | |
| 9/30/2007 | TRAVEL - LOCAL | | 15.75 |
| 10/31/2007 | TRAVEL - LOCAL | | 35.89 |
| | | Total: | $51.64 |

| | | |
|------|---------------|--------|
| 8/30/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798752983966) | 8.79 |
| 8/30/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE & CO. - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790817803900) | 7.08 |
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO PETER VAN N. LOCKWOODESQ. AT NATHAN FINCHESQ - WASHINGTON, DC FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798272937277) | 7.11 |
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO DANIEL C. COHNESQ. AT CHRISTOPHER M. CANDONESQ. - BOSTON, MA FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791397786640) | 9.13 |
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO SCOTT BAENA ESQ JAY SAKALO ESQ AT BILZIN SUMBERG DUNN BAENA PRIC - MIAMI, FL FROM MICHAEL LASTOWSKI ESQ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #846737374401) | 13.71 |
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO ELIHU INSELBUCHESQ. AT CAPLIN & DRYSDALECHARTERED - NEW YORK CITY, NY FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790345992132) | 7.11 |
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVIDMENDELSONESQ. AT BARBARA HARDINGESQ. - WASHINGTON, DC FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790345996322) | 7.11 |
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO JOHN C. PHILLIPSJR.ESQ. AT PHILLIPSGOLDMAN & SPENCE P.A - WILMINGTON, DE FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790345999994) | 6.07 |
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO PHILIP BENTLEYESQ. AT GARY M. BECKERESQ. - NEW YORK CITY, NY FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790346012012) | 7.11 |
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID A. HICKERSONESQ. AT WEILGOTSHAL & BAGES LLP - WASHINGTON, DC FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790837623471) | 7.11 |
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID M.BERNICKESQ. AT SCOTT MCMILLINESQ. - CHICAGO, IL FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791397750226) | 13.71 |

Duane Morris
November 20, 2007
Page 25

File # K0248-00001                                          INVOICE #  1349873
    W.R. GRACE & CO.

| Date | Description | | Amount |
|------|-------------|---|--------|
| 9/26/2007 | OVERNIGHT MAIL PACKAGE SENT TO RICHARD H. WYRONESQ. AT RAYMOND MULLADYJR.ESQ. - WASHINGTON, DC FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791397757069) | | 7.11 |
| 10/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798775920469) | | 6.57 |
| 10/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790349220791) | | 23.32 |
| 10/30/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790862929413) | | 6.04 |
| 10/30/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790371325364) | | 8.79 |
| | | Total: | $145.87 |
| | | | |
| 10/31/2007 | MESSENGER SERVICE | | 2,163.31 |
| | | Total: | $2,163.31 |
| | | | |
| 8/7/2007 | MRL/FEE@COURTCALL/TELEPHONICCOURTAPPEARANCE | | 25.00 |
| 8/24/2007 | MRL/FEE@COURTCALL/TELEPHONICCOURTAPPEARANCE | | 25.00 |
| 8/24/2007 | MRL/FEE@COURTCALL/TELEPHONICCOURTAPPEARANCE | | 25.00 |
| 8/24/2007 | MRL/FEE@COURTCALL/TELEPHONICCOURTAPPEARANCE | | 25.00 |
| 8/24/2007 | MRL/FEE@COURTCALL/TELEPHONICCOURTAPPEARANCE | | 25.00 |
| | | Total: | $125.00 |
| | | | |
| 10/31/2007 | PRINTING & DUPLICATING | | 290.25 |
| | | Total: | $290.25 |
| | | | |
| | TOTAL DISBURSEMENTS | | $3,244.17 |