**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
**FOR THE TWENTY-FIFTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Forman Perry Watkins Krutz & Tardy LLP for the Twenty-Fifth Interim Period.

**BACKGROUND**

1.      Forman Perry Watkins Krutz & Tardy LLP ("Forman Perry") was retained as counsel to the Debtors and Debtors-in-Possession.  In the Application, Forman Perry seeks approval of fees totaling $787,927.50 and costs totaling $72,540.97 for its services from April 1, 2007, through June 30, 2007[1].

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule

---

[1] Forman Perry was retained as an Ordinary Course Professional through a retention order entered October 31, 2005.  In this application, Forman Perry seeks compensation of services in excess of the OCP cap for the fee periods April 1, 2007 through June 30, 2007.

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.  We served on Forman Perry an initial

report based on our review, and received a response from Forman Perry, portions of which response

are quoted herein.

## DISCUSSION

3.      In our initial report, we noted two airfares that may be excessive.  The entries are

provided below.

| 4/12/2007 | $2,381.60 | Marcy Croft, Attorney Airfare, Jackson, Mississippi to Philadelphia, PA, April 1-3, 2007 |
| 4/12/2007 | $2,381.60 | Walter Watkins, Attorney Airfare, Jackson, Mississippi to Philadelphia, PA, April 1-3, 2007 |

Paragraph II.E.1. of the Guidelines states, ". . .[f]actors relevant to a determination that the expense

is proper include the following: 1.  Whether the expense is reasonable and economical.  For example,

first class and other luxurious travel mode or accommodations will normally be objectionable."  We

asked Forman Perry to provide documentation that each cited airfare was booked at coach or

economy class.  Forman Perry responded as follows:

> Flights from Jackson, Mississippi to larger cities throughout the United States are
> more expensive than flights taken from larger cities.  Connecting flights must be
> made through Georgia or Texas in order to get to any major city.  It is rare for there
> to be a direct flight available to most major cities from Jackson.  However, the flights
> listed above were, in fact, booked at a first class rate and this differential should not

have been billed to Debtors. This issue was identified in the previous Fee Auditor Report for the Twenty-Fourth Interim Period, which was the first Fee Auditor Report received by Forman Perry, and will be corrected in all future Fee Applications submitted. The Fee Applications covered by the Twenty-Fifth Interim Report were already submitted to the Fee Auditor when Forman Perry became aware of this error. As stated in the Forman Perry Response to the Fee Auditor's Report for the Twenty-Fourth Interim Period, first class tickets are typically purchased when the difference in rates between refundable first class and refundable economy class is small. Additional detail regarding the flights identified in this Initial Report, and the total dollar amount to be reduced from the Fee Application based on these expenses, $889.20 ($444.60 per airfare), is listed below:

| Date | Amount Rendered in Fee Application | Description of Flight | Revised Amount Rendered to the Estate |
|------|-----------------------------------|----------------------|--------------------------------------|
| 4/12/2007 | $2,381.60 | Marcy Croft, Attorney Airfare, Jackson, Mississippi to Philadelphia, PA, April 1-3, 2007<br><br>*Round trip refundable coach fare for this flight would have been $1937.00. Therefore, the amount that should have been rendered to the estate is $1,937, which is $444.60 less than what was rendered in the Fee Application.* | $1,937.00 |
| 4/12/2007 | $2,381.60 | Walter Watkins, Attorney Airfare, Jackson, Mississippi to Philadelphia, PA, April 1-3, 2007<br><br>*Round trip refundable coach fare for this flight would have been $1937.00. Therefore, the amount that should have been rendered to the estate is $1,937.00, which is $444.60 less than what was rendered in the Fee Application.* | $1,937.00 |

Therefore, Forman Perry respectfully suggests, and is willing to accept, a reduction of $880.20 from these expenses rendering only $3,874.00 (two flights that cost

$1,937.00 each) to the estate.

We appreciate the response. After researching the airfares, we concur with the suggested reductions, and thus recommend a total reduction of $880.20 in expenses for these entries.

4.      We noted two hotel charges that are confusing and may be excessive. The entries are provided below.

| | | |
|---|---|---|
| 6/30/2007 | Attorney Hotel, Pittsburgh, PA, June 24, 2007(1 attorney) | $416.10 |
| 6/30/2007 | Attorney Hotel Cancellation - Family Emergency, Pittsburgh, PA, June 24, 2007(1 attorney) | $416.10 |

For most cities, including Pittsburgh, we recommend a lodging ceiling of $250.00 per night plus applicable taxes. We asked Forman Perry to explain how many people are represented by the two entries and the circumstances that would make it reasonable for the cancellation expense to be borne by the estate rather than by Forman Perry. Forman Perry responded as follows:

> Forman Perry inadvertently included the full hotel charge in the Fee Application. Each of these hotel charges represent one room occupied (or intended to be occupied) by one person, therefore, each room charge should be for $250.00 for a total of $500.00.
>       The second room was not used because the attorney who intended to participate in the hearing in Pittsburgh, Pennsylvania was unable to attend due to the emergency hospitalization of his mother with a critical illness. The hotel, however, still charged Forman Perry as the cancellation took place within the twenty-four hour cancellation period. If the estate is unwilling to reimburse this expense it will be borne by Forman Perry. Therefore, Forman Perry respectfully recommends, and is willing to accept, a reduction of $582.20 from these expenses rendering only $250 to the estate.

We appreciate the response and thus recommend a reduction of $582.20 in expenses.

5.      We noted two meal expenses that require greater explanation. The entries are provided below.

| | | |
|---|---|---|
| 5/4/2007 | Attorney Working Meal, FPWKT and Others, May 4, 2007 | $265.51 |

5/5/2007        Attorney Working Meal, FPWKT and Others, May 2, 2007        $145.68

We recommend reasonable ceilings of $15 per person for breakfast, $25 for lunch and $50 for

dinner.  We asked Forman Perry to provide more information regarding these entries.  The firm's

response is provided below.

> These are charges for meals in conjunction with the deposition of a third party doctor
> whose deposition was taken in Jackson, Mississippi on May 5, 2007.  The first entry
> should be reduced by $115.51 because that entry represents dinner for three attorneys
> and, therefore, the entry should be for $150.00 total (dinner ($50) for three attorneys
> equals $150.00).  The additional information requested is below:

5/4/2007        Attorney Working Meal, FPWKT and Others, May 4, 2007        $150.00

> This was an evening meal provided for three individuals.  This
> total should be reduced by $115.51 so that the Debtors are only
> charged $50.00 per person.

5/5/2007        Attorney Working Meal, FPWKT and Others, May 2, 2007        $145.68

> This was a lunch provided for ten individuals.  The average per-
> person cost was $14.56.

> Therefore, Forman Perry respectfully recommends, and is willing to accept, a
> reduction of $115.51 from these expenses rendering only $295.68 to the estate.

We appreciate the response and thus recommend a reduction of $115.51 in expenses.

## CONCLUSION

6.        Thus we recommend approval of fees totaling $787,927.50 and costs totaling

$70,963.06 ($72,540.97 minus $1,577.91)  for Forman Perry's services from April 1, 2007, through

June 30, 2007.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
            Warren H. Smith
            Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1270
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 3rd day of December, 2007.

_____
            Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Marcy B. Croft
Forman Perry Watkins Krutz & Tardy LLP
200 South Lamar St., Suite 100
Jackson, Mississippi 39201

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

Exhibit A

| | | |
|---|---|---|
| 04/04/07MC | 6.30 | Begin work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/06/07MC | 7.50 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/09/07MC | 8.40 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/10/07MC | 8.10 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/12/07MC | 6.50 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/13/07MC | 5.20 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/16/07MC | 5.10 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/17/07MC | 7.70 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/18/07MC | 3.80 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/20/07MC | 8.30 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/23/07MC | 10.90 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/24/07MC | 12.10 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/25/07MC | 5.10 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/04/07MC | 6.30 | Begin work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/04/07AW | 0.50 | Assist in preparation of Fee Application to be Filed April 26, 2007 |
| 04/06/07MC | 7.50 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/09/07MC | 8.40 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |

| | | |
|---|---|---|
| 04/10/07 MC | 8.10 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/10/07 AW | 0.50 | Assist in preparation of Fee Application to be Filed April 26, 2007 |
| 04/12/07 MC | 6.50 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/13/07 MC | 5.20 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/16/07 MC | 5.10 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/17/07 MC | 7.70 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/18/07 MC | 3.80 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/20/07 MC | 8.30 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/20/07 AS | 0.20 | Begin work on latest draft of April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/23/07 AS | 9.10 | Continue to work on April 2007 Fee Application covering  excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/23/07 AS | 0.20 | Multiple electronic correspondence with co-counsel regarding draft of April 2007 Fee Application |
| 04/23/07 AC | 10.70 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/23/07 MC | 10.90 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/24/07 MC | 12.10 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |
| 04/24/07 AC | 15.70 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007. |
| 04/25/07 MC | 5.10 | Continue to work on April 2007 Fee Application covering excess OCP fees and un-reimbursed expenses for April 2006 through March 2007 |