IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 28, 2007 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Remedium and Tax Litigation Issue:  Professional services rendered through: July 31, 2007

| | | | |
|---|---|---|---|
| 07/01/07 | L.M. Zarlenga | Draft letter re settlement offer to IRS Appeals. | 1.30 |
| 07/02/07 | L.M. Zarlenga | Draft letter to Appeals re settlement proposal. | 0.50 |
| 07/02/07 | M.D. Lerner | Draft letter to Appeals. | 0.80 |
| 07/03/07 | A.E. Moran | Review insurance grandfather rules. | 1.00 |
| 07/03/07 | L.M. Zarlenga | Review Mr. Lerner's comments to letter and revise same. | 0.80 |
| 07/03/07 | M.D. Lerner | Edit letter to Messrs. Long and Joyce. | 0.40 |
| 07/06/07 | A.E. Moran | Review insurance issues in light of WR Grace policies. | 3.00 |
| 07/06/07 | A.E.Moran | Finish review of bills. | 0.50 |
| 07/06/07 | L.M. Zarlenga | Finalize letter to Appeals re settlement offer and send same. | 0.50 |
| 07/06/07 | M.D. Lerner | Edit letter to Appeals. | 0.20 |
| 07/19/07 | M.D. Lerner | Call with Bernie Long of Appeals. | 0.10 |
| 07/24/07 | M.D. Lerner | Call Mr. Bernie Long. | 0.30 |
| 07/24/07 | M.D. Lerner | Work on response to Bernard Long. | 0.20 |
| 07/27/07 | A.E. Moran | Start work on quarterly bill. | 1.30 |
| 07/30/07 | A.E. Moran | Proof and prepare quarterly fee application. | 0.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 2.00 | 650.00 | 1,300.00 |
| L.M. Zarlenga | 3.10 | 535.00 | 1,658.50 |
| A.E. Moran | 6.40 | 525.00 | 3,360.00 |
| G.N. Kidder | .10 | 395.00 | 39.50 |
| Total | 11.50 | | 6,358.00 |

Total Fees        $6,358.00

Consolidated Returns Issue: Professional services rendered through: July 31, 2007

| | | | |
|---|---|---|---|
| 07/24/07 | G.N. Kidder | Review e-mail from IRS counsel and fax requested document. | 0.10 |

Disbursements:

| | | |
|---|---|---:|
| | Overnight Messenger | 15.80 |
| | Duplicating | 17.55 |
| 07/11/07 | Parking – MATTHEW D.LERNER Travel to Baltimore. Md on 06/21/07 re Meet with Clients. | 11.00 |

Total Disbursements    $44.35

6

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  538954

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE
```

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| DLFD | 07/06/07 | 00206 | Moran, Anne E. | 1.00 | 7.90 | 7.90 |
| DLFD | 07/06/07 | 00206 | Moran, Anne E. | 1.00 | | 7.90 |

Federal Express from Matthew D. Lerner
to Bernard J. Long, Jr., on July 06, 2007.
Tracking Number 791718502858

| | | | | | | |
|---|---|---|---|---|---|---|
| DLFD | 07/06/07 | 00206 | Moran, Anne E. | 1.00 | 7.90 | 7.90 |
| DLFD | 07/06/07 | 00206 | Moran, Anne E. | 1.00 | | 7.90 |

Federal Express from Matthew D. Lerner
to Festus Joyce on July 06, 2007.
Tracking Number 792517293403

| | | | | | | |
|---|---|---|---|---|---|---|
| DLFD | 07/06/07 Total: | | | | | 15.80 |
| DLFD | Total: | | | | | 15.80 |
| DUPLDC | 07/06/07 | 07530 | Wieczorek, Joann E. | 12.00 | 0.15 | 1.80 |
| DUPLDC | 07/06/07 | 07530 | Wieczorek, Joann E. | 12.00 | 0.20 | 2.40 |

12 PHOTOCOPIES MADE BY 07530

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/05/07 | 00206 | Moran, Anne E. | 3.00 | 0.15 | 0.45 |
| LASR | 07/05/07 | 00206 | Moran, Anne E. | 3.00 | 0.20 | 0.60 |

PC/Network Printing

PC LASER  3 Pages Wieczorek, JoAnn

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/05/07 | 00206 | Moran, Anne E. | 3.00 | 0.15 | 0.45 |
| LASR | 07/05/07 | 00206 | Moran, Anne E. | 3.00 | 0.20 | 0.60 |

PC/Network Printing

PC LASER  3 Pages Wieczorek, JoAnn

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/05/07 | 00206 | Moran, Anne E. | 3.00 | 0.15 | 0.45 |
| LASR | 07/05/07 | 00206 | Moran, Anne E. | 3.00 | 0.20 | 0.60 |

PC/Network Printing

PC LASER  3 Pages Wieczorek, JoAnn

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/05/07 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 07/05/07 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing

PC LASER  2 Pages Wieczorek, JoAnn

| | | | | | | |
|---|---|---|---|---|---|---|
| LASR | 07/05/07 Total: | | | | | 1.65 |
| LASR | 07/06/07 | 00206 | Moran, Anne E. | 3.00 | 0.15 | 0.45 |

Doc. # DC-1975749 v.1 11/30/07 11:20 AM

```
LASR       07/06/07 00206    Moran, Anne E.              3.00    0.20        0.60
PC/Network Printing

PC LASER   3 Pages Wieczorek, JoAnn
LASR       07/06/07 00206    Moran, Anne E.              3.00    0.15        0.45
LASR       07/06/07 00206    Moran, Anne E.              3.00    0.20        0.60
PC/Network Printing

PC LASER   3 Pages Wieczorek, JoAnn

LASR       07/06/07 00206    Moran, Anne E.              3.00    0.15        0.45
LASR       07/06/07 00206    Moran, Anne E.              3.00    0.20        0.60
PC/Network Printing

PC LASER   3 Pages Wieczorek, JoAnn

LASR       07/06/07 00206    Moran, Anne E.              3.00    0.15        0.45
LASR       07/06/07 00206    Moran, Anne E.              3.00    0.20        0.60
PC/Network Printing

PC LASER   3 Pages Wieczorek, JoAnn

LASR       07/06/07 Total:                                                  1.80

LASR       07/25/07 00206    Moran, Anne E.              7.00    0.15        1.05
LASR       07/25/07 00206    Moran, Anne E.              7.00    0.20        1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda

LASR       07/25/07 00206    Moran, Anne E.              1.00    0.15        0.15
LASR       07/25/07 00206    Moran, Anne E.              1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

LASR       07/25/07 Total:                                                  1.20

LASR       07/27/07 00206    Moran, Anne E.             11.00    0.15        1.65
LASR       07/27/07 00206    Moran, Anne E.             11.00    0.20        2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne

LASR       07/27/07 00206    Moran, Anne E.              7.00    0.15        1.05
LASR       07/27/07 00206    Moran, Anne E.              7.00    0.20        1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda

LASR       07/27/07 00206    Moran, Anne E.              7.00    0.15        1.05
LASR       07/27/07 00206    Moran, Anne E.              7.00    0.20        1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       07/27/07 00206    Moran, Anne E.              1.00    0.15        0.15
```

8

```
LASR        07/27/07 00206      Moran, Anne E.                1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

LASR        07/27/07 00206      Moran, Anne E.               11.00    0.15        1.65
LASR        07/27/07 00206      Moran, Anne E.               11.00    0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda

LASR        07/27/07 00206      Moran, Anne E.                1.00    0.15        0.15
LASR        07/27/07 00206      Moran, Anne E.                1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

LASR        07/27/07 00206      Moran, Anne E.               11.00    0.15        1.65
LASR        07/27/07 00206      Moran, Anne E.               11.00    0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda

LASR        07/27/07 00206      Moran, Anne E.                1.00    0.15        0.15
LASR        07/27/07 00206      Moran, Anne E.                1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

LASR        07/27/07 Total:                                                       7.50

LASR        07/30/07 00206      Moran, Anne E.                2.00    0.15        0.30
LASR        07/30/07 00206      Moran, Anne E.                2.00    0.20        0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne

LASR        07/31/07 00206      Moran, Anne E.               11.00    0.15        1.65
LASR        07/31/07 00206      Moran, Anne E.               11.00    0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda

LASR        07/31/07 00206      Moran, Anne E.                7.00    0.15        1.05
LASR        07/31/07 00206      Moran, Anne E.                7.00    0.20        1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda

LASR        07/31/07 00206      Moran, Anne E.                2.00    0.15        0.30
LASR        07/31/07 00206      Moran, Anne E.                2.00    0.20        0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda

LASR        07/31/07 00206      Moran, Anne E.                1.00    0.15        0.15
```

9

```
LASR      07/31/07 00206    Moran, Anne E.              1.00   0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda


LASR      07/31/07 00206    Moran, Anne E.              1.00   0.15      0.15
LASR      07/31/07 00206    Moran, Anne E.              1.00   0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda

LASR      07/31/07 Total:                                                3.30

LASR               Total:                                               15.75

LOCALTR   07/11/07 00008    Lerner, Matthew D.          1.00   0.00      0.00
Local Transportation - MATTHEW D. LERNER Travel
to Baltimmore, MD on 06/21/07 re Meet with
Clients (mileage)

MEALX     07/11/07 00008    Lerner, Matthew D.          1.00   0.00      0.00
Meals - MATTHEW D. LERNER Travel to Baltimmore,
MD on 06/21/07 re Meet with Clients

PARKX     07/11/07 00008    Lerner, Matthew D.          1.00  11.00     11.00
Parking - MATTHEW D. LERNER Travel to
Baltimmore, MD on 06/21/07 re Meet with Clients
```

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE              44.35

Report Total:                                                         44.35

10