IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 28, 2007 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

DOCS_DE:46422.3

**EXHIBIT A**

Remedium and Tax Litigation Issue: Professional services rendered through: August 31, 2007

| 08/02/07 | A.E. Moran | Review insurance questions. | 0.60 |
| 08/06/07 | A.E. Moran | Followup on bills. | 0.50 |
| 08/07/07 | A.E. Moran | Followup on bills. | 0.20 |
| 08/15/07 | A.E. Moran | Telephone conference with C. Finke re status of insurance programs. | 0.80 |
| 08/16/07 | A.E. Moran | Followup email; check files on plans; check grandfather rules. | 1.80 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| A.E. Moran | 3.90 | 525.00 | 2,047.50 |
| Total | 3.90 | | 2,047.50 |

|  |  | Total Fees | $2047.50 |

Disbursements:

| Duplicating | 0.30 |
|-------------|------|

| | Total Disbursements | $0.30 |

Tax Litigation Audit : Professional services rendered through: August 31, 2007

| 08/04/07 | A.E. Moran | Proof and finish April-June bills. | 1.00 |
| 08/15/07 | M.D. Lerner | Review answer and call with Mr. Garcia-payes re appeal. | 0.30 |
| 08/15/07 | M.J. Silverman | Review Tax Court answer from IRS. | 1.00 |
| 08/16/07 | S.B. Teplinsky | Review Answer to Tax Court Complaint. | 0.50 |
| 08/28/07 | G.N. Kidder | Research recourse if IRS Counsel ignores Rev. Proc. on referral case. | 0.80 |
| 08/28/07 | M.D. Lerner | Call with IRS counsel. | 0.20 |
| 08/29/07 | G.N. Kidder | Research and draft email re options if IRS Counsel ignores Rev. Proc. on referral case. | 1.80 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| M.J. Silverman | 1.00 | 825.00 | 825.00 |

Doc. # DC-1975825 v.1 12/3/07 02:12 PM

6

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| S.B. Teplinsky | 0.50 | 650.00 | 325.00 |
| M.D. Lerner | 0.60 | 650.00 | 325.00 |
| A.E. Moran | 1.00 | 525.00 | 525.00 |
| G.N. Kidder | 2.60 | 395.00 | 1,027.00 |
| Total | 5.60 | | 3,027.00 |

Total Fees          $3,027.00

Disbursements:

| | |
|---|---|
| Duplicating | 24.90 |
| Duplicating Supplies | 5.20 |

Total Disbursements          $30.10

6

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  553938

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE


Cost              Timekeeper
Code      Date    Number   Name/Description        Quantity    Rate    Amount
==============================================================================

LASR      08/03/07 00206    Moran, Anne E.             1.00    0.15      0.15
   LASR   08/03/07 00206    Moran, Anne E.             1.00    0.20      0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR      08/03/07 00206    Moran, Anne E.             5.00    0.15      0.75
   LASR   08/03/07 00206    Moran, Anne E.             5.00    0.20      1.00
PC/Network Printing


PC LASER  5 Pages Ward, Brenda
LASR      08/03/07 Total:                              0.90
LASR      08/06/07 00206    Moran, Anne E.             5.00    0.15      0.75
   LASR   08/06/07 00206    Moran, Anne E.             5.00    0.20      1.00
PC/Network Printing


PC LASER  5 Pages Ward, Brenda
LASR      08/06/07 00206    Moran, Anne E.             2.00    0.15      0.30
   LASR   08/06/07 00206    Moran, Anne E.             2.00    0.20      0.40
PC/Network Printing


PC LASER  2 Pages Moran, Anne
LASR      08/06/07 00206    Moran, Anne E.             2.00    0.15      0.30
   LASR   08/06/07 00206    Moran, Anne E.             2.00    0.20      0.40
PC/Network Printing


PC LASER  2 Pages Ward, Brenda
LASR      08/06/07 00206    Moran, Anne E.             1.00    0.15      0.15
   LASR   08/06/07 00206    Moran, Anne E.             1.00    0.20      0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR      08/06/07 Total:                              1.50
LASR      08/14/07 00206    Moran, Anne E.             1.00    0.15      0.15
   LASR   08/14/07 00206    Moran, Anne E.             1.00    0.20      0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR      08/14/07 00206    Moran, Anne E.             1.00    0.15      0.15
   LASR   08/14/07 00206    Moran, Anne E.             1.00    0.20      0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR      08/14/07 Total:                              0.30
```

7

```
LASR       08/29/07 00206     Moran, Anne E.              4.00   0.15        0.60
   LASR    08/29/07 00206     Moran, Anne E.              4.00   0.20        0.80
PC/Network Printing
PC LASER  4 Pages Ward, Brenda

LASR                  Total:                              3.30

Total: 012046.00002 PROTEST OF REMEDIUM LOSS             3.30
                    DISALLOWANCE

Report Total:                                            3.30
```

Doc. # DC-1975825 v.1 11/30/07 11:20 AM

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  553939


012046.00003 TAX LITIGATION AUDIT ISSUE


Cost              Timekeeper
Code       Date     Number   Name/Description        Quantity     Rate     Amount
===================================================================================
DUPLDC   08/09/07 09066     Merrill,                  39.00      0.15       5.85
  DUPLDC 08/09/07 09066     Merrill,                  39.00      0.20       7.80
39 PHOTOCOPIES MADE BY 09066


DUSPDC   08/10/07 09066     Merrill,                   1.00      5.00       5.00
  DUSPDC 08/10/07 09066     Merrill,                   1.00                 5.00
DISBURSEMENTS BY 09066


DUSPDC   08/10/07 09066     Merrill,                   1.00      0.20       0.20
  DUSPDC 08/10/07 09066     Merrill,                   1.00                 0.20
DISBURSEMENTS BY 09066


DUSPDC   08/10/07 Total:                               5.20


DUSPDC            Total:                               5.20


LASR     08/03/07 00206     Moran, Anne E.            12.00      0.15       1.80
  LASR   08/03/07 00206     Moran, Anne E.            12.00      0.20       2.40
PC/Network Printing


PC LASER  12 Pages Moran, Anne
LASR     08/03/07 00206     Moran, Anne E.            17.00      0.15       2.55
  LASR   08/03/07 00206     Moran, Anne E.            17.00      0.20       3.40
PC/Network Printing


PC LASER  17 Pages Moran, Anne
LASR     08/03/07 00206     Moran, Anne E.             2.00      0.15       0.30
  LASR   08/03/07 00206     Moran, Anne E.             2.00      0.20       0.40
PC/Network Printing


PC LASER  2 Pages Ward, Brenda
LASR     08/03/07 00206     Moran, Anne E.             4.00      0.15       0.60
  LASR   08/03/07 00206     Moran, Anne E.             4.00      0.20       0.80
PC/Network Printing


PC LASER  4 Pages Ward, Brenda
LASR     08/03/07 00206     Moran, Anne E.             1.00      0.15       0.15
  LASR   08/03/07 00206     Moran, Anne E.             1.00      0.20       0.20
PC/Network Printing


PC LASER  1 Pages Moran, Anne
LASR     08/03/07 00206     Moran, Anne E.             1.00      0.15       0.15
  LASR   08/03/07 00206     Moran, Anne E.             1.00      0.20       0.20
PC/Network Printing


PC LASER  1 Pages Moran, Anne
LASR     08/03/07 Total:                               5.55
```

9

```
LASR       08/06/07 00206     Moran, Anne E.           12.00   0.15        1.80
   LASR    08/06/07 00206     Moran, Anne E.           12.00   0.20        2.40
PC/Network Printing


PC LASER  12 Pages Ward, Brenda
LASR       08/06/07 00206     Moran, Anne E.           17.00   0.15        2.55
   LASR    08/06/07 00206     Moran, Anne E.           17.00   0.20        3.40
PC/Network Printing


PC LASER  17 Pages Ward, Brenda
LASR       08/06/07 00206     Moran, Anne E.            2.00   0.15        0.30
   LASR    08/06/07 00206     Moran, Anne E.            2.00   0.20        0.40
PC/Network Printing


PC LASER  2 Pages Ward, Brenda
LASR       08/06/07 00206     Moran, Anne E.            1.00   0.15        0.15
   LASR    08/06/07 00206     Moran, Anne E.            1.00   0.20        0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda

LASR       08/06/07 00206     Moran, Anne E.            1.00   0.15        0.15
   LASR    08/06/07 00206     Moran, Anne E.            1.00   0.20        0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR       08/06/07 00206     Moran, Anne E.            1.00   0.15        0.15
   LASR    08/06/07 00206     Moran, Anne E.            1.00   0.20        0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR       08/06/07 00206     Moran, Anne E.            5.00   0.15        0.75
   LASR    08/06/07 00206     Moran, Anne E.            5.00   0.20        1.00
PC/Network Printing


PC LASER  5 Pages Ward, Brenda
LASR       08/06/07 00206     Moran, Anne E.           12.00   0.15        1.80
   LASR    08/06/07 00206     Moran, Anne E.           12.00   0.20        2.40
PC/Network Printing


PC LASER  12 Pages Ward, Brenda
LASR       08/06/07 00206     Moran, Anne E.           17.00   0.15        2.55
   LASR    08/06/07 00206     Moran, Anne E.           17.00   0.20        3.40
PC/Network Printing


PC LASER  17 Pages Ward, Brenda
LASR       08/06/07 00206     Moran, Anne E.            1.00   0.15        0.15
   LASR    08/06/07 00206     Moran, Anne E.            1.00   0.20        0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR       08/06/07 00206     Moran, Anne E.            1.00   0.15        0.15
   LASR    08/06/07 00206     Moran, Anne E.            1.00   0.20        0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
```

Doc. # DC-1975825 v.1 11/30/07 11:20 AM

```
LASR       08/06/07 00206      Moran, Anne E.          12.00   0.15      1.80
  LASR     08/06/07 00206      Moran, Anne E.          12.00   0.20      2.40
PC/Network Printing

PC LASER   12 Pages Ward, Brenda
LASR       08/06/07 Total:                             12.30
LASR       08/09/07 00206      Moran, Anne E.           2.00   0.15      0.30
  LASR     08/09/07 00206      Moran, Anne E.           2.00   0.20      0.40
PC/Network Printing

PC LASER   2 Pages Wieczorek, JoAnn
LASR       08/14/07 00206      Moran, Anne E.           1.00   0.15      0.15
  LASR     08/14/07 00206      Moran, Anne E.           1.00   0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       08/20/07 00206      Moran, Anne E.           2.00   0.15      0.30
  LASR     08/20/07 00206      Moran, Anne E.           2.00   0.20      0.40
PC/Network Printing

PC LASER   2 Pages Comparini, Aldo
LASR       08/21/07 00206      Moran, Anne E.           1.00   0.15      0.15
  LASR     08/21/07 00206      Moran, Anne E.           1.00   0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       08/29/07 00206      Moran, Anne E.           2.00   0.15      0.30
  LASR     08/29/07 00206      Moran, Anne E.           2.00   0.20      0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda

LASR                 Total:                            19.05

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE         30.10

Report Total:                                          30.10
```

11