IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: December 28, 2007 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Remedium and Tax Litigation Issue: Professional services rendered through: September 30, 2007

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/06/07 | L.M. Zarlenga | Teleconference with Mr. Lerner and Misses Filon and Finke. | 0.30 |
| 09/06/07 | M.D. Lerner | Call with client re planning for call with IRS Appeals. | 0.20 |
| 09/07/07 | L.M. Zarlenga | Teleconference with Appeals and client re settlement; teleconference with client re same. | 1.00 |
| 09/07/07 | M.D. Lerner | Call with Appeals. | 1.00 |
| 09/13/07 | A.E. Moran | Respond to auditor billing questions. | 0.30 |
| 09/20/07 | L.M. Zarlenga | Teleconference with Appeals and client. | 0.50 |
| 09/20/07 | M.D. Lerner | Call with Appeals re settlement. | 0.40 |
| 09/21/07 | M.D. Lerner | Call to Bryan Collins. | 0.10 |
| 09/26/07 | L.M. Zarlenga | Look up 1999 capital loss disallowed; pull sample closing agreement. | 0.30 |
| 09/26/07 | M.D. Lerner | Call with Mr. Long re settlement. | 0.40 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 2.10 | 650.00 | 1,365.00 |
| L.M. Zarlenga | 2.10 | 535.00 | 1,123.50 |
| A.E. Moran | .30 | 525.00 | 157.50 |
| Total | 4.50 | | 2,646.00 |

Total Fees $2,646.00

Disbursements:

| | |
|---|---|
| Duplicating | 0.60 |
| Long Distance Telephone | 23.45 |

Total Disbursements $24.05

Tax Litigation Audit : Professional services rendered through: September 30, 2007

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/01/07 | M.J. Silverman | Review materials from Mr. Lerner and Ms. Rhees. | 0.50 |
| 09/06/07 | M.D. Lerner | Discuss procedure for appeals and litigation with Ms. Filon and Ms. Grace. | 0.10 |
| 09/17/07 | M.D. Lerner | Call from IRS Office of Chief Counsel re Appeals. | 0.20 |
| 09/20/07 | M.D. Lerner | Call with client and follow up re settlement. | 0.30 |
| 09/24/07 | M.J. Silverman | Talk with Mr. Lerner and client re documents. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 1.00 | 825.00 | 825.00 |
| M.D. Lerner | 0.60 | 650.00 | 390.00 |
| Total | 1.60 | | 1,215.00 |

Total Fees  $1,215.00

Disbursements:

   Duplicating  3.75

Total Disbursements  $3.75

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  554471

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE


Cost                Timekeeper
Code       Date     Number    Name/Description         Quantity    Rate      Amount
=====================================================================================
LASR       09/20/07 00206     Moran, Anne E.            4.00       0.15       0.60
LASR       09/20/07 00206     Moran, Anne E.            4.00       0.20       0.80
PC/Network Printing

PC LASER  4 Pages Ward, Brenda

TELECO     09/07/07 00008     Lerner, Matthew D.        1.00      18.91      18.91
TELECO     09/07/07 00008     Lerner, Matthew D.        1.00                 18.91
Teleconferencing Calls - Long Distance
Soundpath charge for Conferencing Services
on 09/07/07 for 200 minutes.
Moderator: Matthew D. Lerner

TELECO     09/20/07 00008     Lerner, Matthew D.        1.00       4.54       4.54
TELECO     09/20/07 00008     Lerner, Matthew D.        1.00                  4.54
Soundpath charge for Conferencing Services
on 09/20/07 for 48 minutes.
Moderator: Matthew D. Lerner

TELECO              Total:                             23.45

Total: 012046.00002 PROTEST OF REMEDIUM LOSS           24.05

Report Total:                                          24.05
```

7

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  554472

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost               Timekeeper
Code      Date     Number    Name/Description      Quantity    Rate    Amount
==============================================================================

DUPLDC    09/04/07 00206     Moran, Anne E.           1.00     0.15     0.15
  DUPLDC  09/04/07 00206     Moran, Anne E.           1.00     0.20     0.20
1 PHOTOCOPIES MADE BY 00206

LASR      09/05/07 00206     Moran, Anne E.           2.00     0.15     0.30
  LASR    09/05/07 00206     Moran, Anne E.           2.00     0.20     0.40
PC/Network Printing

PC LASER  2 Pages Bundy, Jacqueline
LASR      09/05/07 00206     Moran, Anne E.           1.00     0.15     0.15
  LASR    09/05/07 00206     Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing

PC LASER  1 Pages Bundy, Jacqueline
LASR      09/05/07 00206     Moran, Anne E.           1.00     0.15     0.15
  LASR    09/05/07 00206     Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing

PC LASER  1 Pages Bundy, Jacqueline
LASR      09/05/07 Total:                             0.60
LASR      09/06/07 00206     Moran, Anne E.           2.00     0.15     0.30
  LASR    09/06/07 00206     Moran, Anne E.           2.00     0.20     0.40
PC/Network Printing

PC LASER  2 Pages Moran, Anne
LASR      09/06/07 00206     Moran, Anne E.           2.00     0.15     0.30
  LASR    09/06/07 00206     Moran, Anne E.           2.00     0.20     0.40
PC/Network Printing

PC LASER  2 Pages Moran, Anne
LASR      09/06/07 00206     Moran, Anne E.           2.00     0.15     0.30
  LASR    09/06/07 00206     Moran, Anne E.           2.00     0.20     0.40
PC/Network Printing

PC LASER  2 Pages Moran, Anne
LASR      09/06/07 00206     Moran, Anne E.           2.00     0.15     0.30
  LASR    09/06/07 00206     Moran, Anne E.           2.00     0.20     0.40
PC/Network Printing

PC LASER  2 Pages Bundy, Jacqueline
LASR      09/06/07 00206     Moran, Anne E.           2.00     0.15     0.30
  LASR    09/06/07 00206     Moran, Anne E.           2.00     0.20     0.40
PC/Network Printing
```

```
PC LASER    2 Pages Bundy, Jacqueline
LASR        09/06/07 00206      Moran, Anne E.          2.00    0.15        0.30
   LASR     09/06/07 00206      Moran, Anne E.          2.00    0.20        0.40
PC/Network Printing

PC LASER    2 Pages Bundy, Jacqueline
LASR        09/06/07 00206      Moran, Anne E.          2.00    0.15        0.30
   LASR     09/06/07 00206      Moran, Anne E.          2.00    0.20        0.40
PC/Network Printing

PC LASER    2 Pages Bundy, Jacqueline
LASR        09/06/07 Total:                             2.10
LASR        09/10/07 00206      Moran, Anne E.          2.00    0.15        0.30
   LASR     09/10/07 00206      Moran, Anne E.          2.00    0.20        0.40
PC/Network Printing

PC LASER    2 Pages Moran, Anne
LASR        09/10/07 00206      Moran, Anne E.          2.00    0.15        0.30
   LASR     09/10/07 00206      Moran, Anne E.          2.00    0.20        0.40
PC/Network Printing

PC LASER    2 Pages Moran, Anne
LASR        09/10/07 Total:                             0.60
LASR        09/20/07 00206      Moran, Anne E.          2.00    0.15        0.30
   LASR     09/20/07 00206      Moran, Anne E.          2.00    0.20        0.40
PC/Network Printing

PC LASER    2 Pages Ward, Brenda

LASR                 Total:                             3.60

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE         3.75

Report Total:                                          3.75
```

9

Doc. # DC-1969692 v.1 11/30/07 11:21 AM