IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al*.          Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                        Chapter 11

                                        **Related to Dkt. Nos. 14065, 14725, 14387**, **14842, 14843, 17491**

## ORDER DENYING RECONSIDERATION REQUESTED BY
## ANTON F. VOLOVSEK

      **AND NOW,** this 30th day of November, **2007, WHEREAS** movant failed to attend a hearing on February 26, 2007, in the above-captioned case on Debtors' objection to his claim, despite his presence in the courthouse that day and despite the court's denial of his oral request for a continuance of the hearing;

      **WHEREAS** this court entered an order disallowing his claim (Doc. No. 14725) which provided that, *inter alia*, if he filed an affidavit of treating physician stating that he was in need of medical treatment on February 26, 2007, the court would reschedule the hearing on the objection to his claim;

      **WHEREAS** movant filed certain medical records which did not include the required affidavit and which established that he did not have a medical condition or situation that required medical treatment that day and the court entered an Order on March 13, 2007, at Doc. No. 14843 providing that reconsideration of the disallowance and expungement of his claim would not be vacated and no further hearing would be held;

      **WHEREAS** the reconsideration request at Doc. No. 17491 contained no new facts or evidence but alleges that movant was defrauded because the undersigned "informed [movant] that all [movant] had to do was verify [his] medical incapacity in order to continue in this case"misstates the content of the of this court's Order dated March 13, 2007, requiring movant to file a physician's affidavit;

      It is **FURTHER ORDERED** that the request for reconsideration is **DENIED**.[1]

                                              */s/ Judith K. Fitzgerald*
                                              Judith K. Fitzgerald
                                              United States Bankruptcy Judge

cc:    Anton Frank Volovsek
        c/o HC II Box 204
        Kamiah, Idaho  83536

Dated:
11/30/2007
8:08:03

---

[1] Service of this Order shall be made on movant at the address provided in Doc. No. 17491.  Counsel for Debtor and the committees receive electronic notice as does the U.S. Trustee.