# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE TWENTY-FIFTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in the capacity of fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Twenty-Fifth Interim Quarterly Period (collectively referred to hereafter as the "Applications").

### BACKGROUND

1. Anderson Kill & Olick, P.C., ("AKO") was retained as special insurance counsel to the official committee of asbestos personal injury claimants. In the Application, AKO seeks approval of fees totaling $54,146.50 and costs totaling $2,665.63 for its services from April 1, 2007, through June 30, 2007.

2. David T. Austern ("Austern") was retained as representative to the Future Claimants. In the Application, Austern seeks approval of fees totaling $8,900.00 and costs totaling $0.00 for his services from April 1, 2007, through June 30, 2007.

3. Beveridge & Diamond, P.C. (Beveridge) was retained as special counsel to the Debtors. In the Application, Beveridge seeks approval of fees totaling $75,283.75 and costs totaling

$1,036.96 for its services from April 1, 2007 through June 30, 2007.

4. Bankruptcy Management Corporation (BMC) was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. In the Application, BMC seeks approval of fees totaling $234,646.98 and costs totaling $7,151.07 for its services from April 1, 2007, through June 30, 2007.

5. Buchanan Ingersoll ("Buchanan") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, BIPC seeks approval of fees totaling $113,634.00 and costs totaling $379.95 for its services from April 1, 2007, through June 30, 2007.

6. Campbell & Levine LLC ("Campbell") was retained as counsel to the official committee of asbestos personal injury claimants. In the Application, Campbell seeks approval of fees totaling $185,803.00 and costs totaling $32,629.23 for its services from April 1, 2007, through June 30, 2007.

7. Capstone Corporate Recovery, LLC ("Capstone") was retained as financial advisors to the Official Committee of Unsecured Creditors. In the Application, Capstone seeks approval of fees totaling $268,488.50[1] and costs totaling $1,804.40[2] for its services from April 1, 2007 through June 30, 2007.

8. Casner & Edwards, LLP ("Casner") was retained as special litigation counsel to the Debtors. In the Application, Casner & Edwards seeks approval of fees totaling $33,300.00 and expenses totaling $41,410.62 for its services from April 1, 2007, through June 30, 2007.

9. The Official Committee of Asbestos Claimants (the "Committee") was appointed by the United States Trustee to represent the interests of the asbestos claimants in the Consolidated

---

[1] In its application, Capstone notes that $61,813.60 of this fee request has been previously paid.

[2] In its application, Capstone notes that $221.70 of this cost request has been previously paid.

Cases. In the Application, the Committee seeks approval of costs totaling $1,770.24 for reimbursement of expenses incurred between April 1, 2007, through June 30, 2007. Joseph Rice of Motley Rice, LLC, a member of the Committee, incurred $1,090.05 in expenses. Steven Kazan of Kazan, Mcclain, Abrams, Lyons, Farris & Greenwood, a member of the Committee, incurred $680.19 in expenses.

10. Conway, Del Genio, Gries & Co., LLC ("CDG"), was retained as financial advisor to the Official Committee of Asbestos Property Damage Claimants. In the Application, CDG seeks approval of fees totaling $50,000.00 and costs totaling $20.00 for its services from January 1, 2007, through June 30, 2007.[3]

11. Day Pitney, LLP ("Day Pitney"), was retained as special counsel to the Debtors. In the Application, Day Pitney seeks approval of fees totaling $134,951.50 and costs totaling $1,037.05 for its services from April 1, 2007, through June 30, 2007.

12. Duane Morris LLP ("Duane Morris") was retained as counsel to the official committee of asbestos property damage claimants. In the Application, Duane Morris seeks approval of fees totaling $59,857.50 and costs totaling $9,248.40 for its services from April 1, 2007, through June 30, 2007.

13. Ferry, Joseph & Pearce, P.A.("Ferry Joseph") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Ferry Joseph seeks approval of fees totaling $68,668.50 and costs totaling $7,867.33 for its services from April 1, 2007 through June 30, 2007.

14. Foley Hoag LLP ("Foley Hoag") was retained as special environmental counsel to

---

[3] CDG did not file a quarterly application for the 24th Interim Period.

the debtor. In the Application, Foley Hoag seeks approval of fees totaling $16,651.00 and costs totaling $81.18 for its services from April 1, 2007 through June 30, 2007.

15. Hamilton, Rabinovitz & Alschuler, Inc. ("HRA") was retained as consultants to the Official Committee of Asbestos Property Damage Claimants. In the Application, HRA seeks approval of fees totaling $16,650.00 and costs totaling $0.00 for its services from April 1, 2007, through June 30, 2007.

16. Hilsoft Notifications ("Hilsoft") was retained as consultants to The Official Committee of Asbestos Property Damage Claimants. In the Application, Hilsoft seeks approval of fees totaling $4,320.00 and costs totaling $200.55 for its services from April 1, 2007, through June 30, 2007.

17. Holme Roberts & Owen, LLP ("HRO") was retained as special environmental counsel to the Debtors. In the Application, HRO seeks approval of fees totaling $1,039.50 and costs totaling $4,423.35 for its services from April 1, 2007, through June 30, 2007.

18. Kramer, Levin, Naftalis & Frankel, L.L.P. ("Kramer Levin") was retained as counsel to the official committee of equity holders. In the Application, Kramer Levin seeks approval of fees totaling $187,246.00 and costs totaling $19,482.62 for its services from April 1, 2007, through June 30, 2007.

19. Latham & Watkins, LLP (L&W) was retained as special environmental counsel to the Debtors. In the Application, Latham seeks approval of fees totaling $26,461.00 and costs totaling $69.57 for its services from April 1, 2007, through June 30, 2007.

20. Legal Analysis Systems, Inc. ("LAS") was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants. In the Application,

LAS seeks approval of fees totaling $547,634.00 and costs totaling $12,500.00 for its services from April 1, 2007, through June 30, 2007.

21. Lexecon ("Lexecon") was retained as consultants to the Official Committee of Equity Holders. In the Application, Lexecon seeks approval of fees totaling $55,757.61 and costs totaling $1,937.26 for its services from August 1, 2006, through November 30, 2007[4].

22. Lexecon ("Lexecon") was retained as consultants to the Official Committee of Equity Holders. In the Application, Lexecon seeks approval of fees totaling $139,987.65 and costs totaling $2,786.28 for its services from April 1, 2007, through June 30, 2007.

23. Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as special litigation and environmental counsel for the Debtors. In the Application, Nelson Mullins seeks approval of fees totaling $1,956.50 and costs totaling $126.49 for its services from April 1, 2007, through June 30, 2007.

24. Ogilvy Renault LLP ("Ogilvy") was retained as special counsel for the debtors and the debtors in possession. In the Application, Ogilvy seeks approval of fees totaling $103,666.00 CDN[5] and costs totaling $4,061.30 CDN for its services from April 1, 2007, through June 30, 2007.

25. Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("Pachulski") was retained as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $201,750.25 and costs totaling $144,863.72 for its services from April 1, 2007, through June 30, 2007.

26. Phillips, Goldman & Spence, P.A. ("PG&S") was retained as local counsel to David

---

[4] Lexicon did not file a quarterly report for the original 23rd Period.

[5] All fee and expense requests are in Canadian currency.

**FEE AUDITOR'S FINAL REPORT** - Page 5
FR re Applications With No Objections 25int 4-6.07.wpd

T. Austern, Future Claimants' Representative. In the Application, PG&S seeks approval of fees totaling $54,596.50 and costs totaling $2,627.26 for its services from April 1, 2007, through June 30, 2007.

27. PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and auditors for the Debtors and Debtors in Possession. In the Application, PwC seeks approval of fees totaling $348,642.26 and costs totaling $8,530.06 for its services from April 1, 2007, through June 30, 2007.

28. Steptoe & Johnson, LLP ("Steptoe") was retained as special tax counsel to the Debtors. In the Application, Steptoe seeks approval of fees totaling $132,843.50 and costs totaling $439.54 for its services from April 1, 2007, through June 30, 2007.

29. Stroock & Stroock & Lavan, LLP ("Stroock") was retained as counsel to the Official Committee of Unsecured Creditors. In the Application, Stroock seeks approval of fees totaling $609,233.75 and costs totaling $13,150.79 for its services from April 1, 2007, through June 30, 2007, as well as payment of fees and costs of $536,163.29 for Navigant Consulting ("Navigant"), an asbestos issues expert[6].

30. Towers Perrin Tillinghast (Towers Perrin) was retained as actuarial consultants to David T. Austern, Future Claimants Representative. In the Application, Towers Perrin seeks approval of fees totaling $767,204.00 and costs totaling $6,346.44 for its services from April 1, 2007 through June 30, 2007.

31. Woodcock Washburn LLP ("Woodcock") was retained as special litigation counsel to the Debtor. In the Application, Woodcock seeks approval of fees totaling $34,384.00 and costs

---

[6] We do not review the fees and costs of Navigant, and thus we do not render any opinion on these fees and costs.

**FEE AUDITOR'S FINAL REPORT** - Page 6
FR re Applications With No Objections 25int 4-6.07.wpd

totaling $2,326.25 for its services from April 1, 2007, through June 30, 2007.

32. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

33. We have no objections to, or issues with, any of the Applications.

## CONCLUSION

34. Thus for the period of April 1, 2007, through June 30, 2007 we recommend approval of all fees and expenses for the following applicants, as follows:

    a. AKO - fees totaling $54,146.50 and costs totaling $2,665.63.

    b. Austern - fees totaling $8,900.00 and costs totaling $0.00.

    c. Beveridge - fees totaling $75,283.75 and costs totaling $1,036.96.

    d. BMC - fees totaling $234,646.98 and costs totaling $7,151.07.

    e. Buchanan - fees totaling $113,634.00 and costs totaling $379.95.

    f. Campbell - fees totaling $185,803.00 and costs totaling $32,629.23.

g.   Capstone - fees totaling $268,488.50[7] and costs totaling $1,804.40[8].

h.   Casner - fees totaling $33,300.00 and costs totaling $41,410.62.

i.   Committee of Asbestos Claimants - costs totaling $1,770.24.

j.   CDG - fees totaling $50,000.00 and costs totaling $20.00.

k.   Day Pitney - fees totaling $134,951.50 and costs totaling $1,037.05.

l.   Duane Morris - fees totaling $59,857.50 and costs totaling $9,248.40.

m.   Ferry Joseph - fees totaling $68,668.50 and costs totaling $7,867.33.

n.   Foley Hoag - fees totaling $16,651.00 and costs totaling $81.18.

o.   HRA - fees totaling $16,650.00 and costs totaling $0.00.

p.   Hilsoft - fees totaling $4,320.00 and costs totaling $200.55.

q.   HRO - fees totaling $1,039.50 and costs totaling $4,423.35.

r.   Kramer Levin - fees totaling $187,246.00 and costs totaling $19,482.62.

s.   L&W - fees totaling $26,461.00 and costs totaling $69.57.

t.   LAS - fees totaling $547,634.00 and costs totaling $12,500.00.

u.   Lexecon - fees totaling $55,757.61 and costs totaling $1,937.26.[9]

v.   Lexecon - fees totaling $139,987.65 and costs totaling $2,786.28.[10]

w.   Nelson Mullins - fees totaling $1,956.50 and costs totaling $126.49.

---

[7] In its application, Capstone notes that $61,813.60 of this fee request has been previously paid.

[8] In its application, Capstone notes that $221.70 of this cost request has been previously paid.

[9] 23rd Interim.

[10] 25th Interim

**FEE AUDITOR'S FINAL REPORT** - Page 8
FR re Applications With No Objections 25int 4-6.07.wpd

x.   Ogilvy - fees totaling $103,666.00 CDN[11] and costs totaling $4,061.30 CDN.

y.   Pachulski - fees totaling $201,750.25 and costs totaling $144,863.72.

z.   PG&S - fees totaling $54,596.50 and costs totaling $2,627.26.

aa.  PwC - fees totaling $348,642.26 and costs totaling $8,530.06.

bb.  Steptoe - fees totaling $132,843.50 and costs totaling $439.54.

cc.  Stroock - $609,233.75 and costs totaling $549,314.08.[12]

dd.  Towers Perrin -  fees totaling $767,204.00 and costs totaling $6,346.44.

ee.  Woodcock - fees totaling $34,384.00 and costs totaling $2,326.25.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: *(signature)* 
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[11] All fee and expense requests are in Canadian currency.

[12] Fees and expenses of $536,163.29 for Navigant Consulting, which we do not review, are included in the Stroock cost total.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 4th day of December, 2007.

                                                 Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicants**
Robert Y. Chung
Robert M. Horkovich
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Pamela D. Marks
Beveridge & Diamond
201 N. Charles Street
Suite 2210
Baltimore, MD 21201

Sean A. Allen, President
BMC Group
720 Third Avenue, 23rd Floor
Seattle, Washington 98104

Teresa K.D. Currier
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

Janine Dolan
Capstone Corporate Recovery, LLC
Park 80 West, Plaza One
Saddle Brook, N.J. 07663

Robert A. Murphy
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

Anthony J. Marchetta, Esq.
Day Pitney
P.O. Box 1945
Morristown, NJ 07962-1945

Michael R. Lastowski, Esq.
DUANE MORRIS LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph
Theodore J. Tacconelli
Rick S. Miller
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899

Adam P. Kahn
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd., Suite 890
Los Angeles, California 90045

Todd B. Hilsee
Hilsoft Notifications
123 East Broad Street
Souderton, PA 18964

Elizabeth K. Flaagan, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

Philip Bentley, Esq.
Kramer, Levin, Naftalis & Frankel, L.L.P.
1177 Avenue of the Americas
New York, NY 10036

Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

**FEE AUDITOR'S FINAL REPORT** - Page 11
FR re Applications With No Objections 25int 4-6.07.wpd

Mark Zumbach
Lexecon
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604

Joseph Melchers, Esq.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street 17th Floor
Columbia, South Carolina 29201

Teresa J. Walsh
OGILVY RENAULT LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, ON M5J2Z4

Laura Davis Jones
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG & JONES
P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Doug Parker
PricewaterhouseCoopers LLP
1800 Tysons Blvd
McLean, VA 22102

Anne E. Moran
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Jennifer L. Biggs
Towers Perrin Tillinghast
101 S. Hanley Rd.
St. Louis, MO 63105

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801