**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE OF SECOND SUPPLEMENTAL RESPONSE OF
SILBER PEARLMAN, LLP, TO DEBTORS' THIRD SET OF
INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL
INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS**

I HEREBY CERTIFY THAT ON December 4, 2007, a copy of **SECOND SUPPLEMENTAL RESPONSE OF SILBER PEARLMAN, LLP, TO DEBTORS' THIRD SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS** was electronically served on the following party via email:

    David M. Bernick
    Janet S. Baer
    Amanda Basta
    Ellen Ahern
    Kirkland & Ellis, LLP
    200 E. Randolph Dr.
    Chicago, IL  60601-6636

Dated:  December 4, 2007.

    Respectfully submitted,

    **SILBER PEARLMAN, LLP**

    By:   /s/
        Michael Hanners, Esq.

    3102 Oak Lawn Ave., Ste. 400
    Dallas, TX  75219-6403
    *MHanners@SPLaw.com*
    214-874-7000 Telephone
    214-824-8100 Facsimile

    **COUNSEL FOR SILBER PEARLMAN, LLP**