IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR
AON CONSULTING, INC. AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Eckert Seamans Cherin & Mellott, LLC, ("Eckert"), Two Liberty Place, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102, Attn: Barry D. Kleban, Esquire, hereby appears in the above-captioned case on behalf of AON Consulting, Inc. ("AON") in full substitution for Adelman Lavine Gold Schildhorn and Kleban, a Professional Corporation, Four Penn Center, Suite 900, Philadelphia, PA 19103 and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon Eckert at its Philadelphia address set forth below.

Dated: December 4, 2007

/s/ Bradford J. Sandler
Bradford J. Sandler, Esq. (No. 4142)
Adelman Lavine Gold Schildhorn and
Kleban, A Professional Corporation
Suite 710
919 North Market Street
Wilmington, Delaware 19801-1292
Phone: 302-654-8200   Fax: 302-654-8217

-and-

Barry D. Kleban, Esquire
Adelman Lavine Gold Schildhorn and
Kleban, A Professional Corporation
Suite 900, Four Penn Center
Philadelphia, PA 19103
Phone: 215-568-7515   Fax: 215-557-7922

/s/ Tara L. Lattomus
Tara L. Lattomus, Esq. (No. 5413)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
tlattomus@eckertseamans.com
Phone: 302-425-0430   Fax: 302-425-0432

-and-

Barry D. Kleban, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
bkleban@eckertseamans.com
Phone: 215-851-8426   Fax: 215-851-8383