# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2007 - OCTOBER 31, 2007**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 404.90 | $ 209,147.50 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.30 | 181.50 |
| 0013 | Business Operations | 0.20 | 121.00 |
| 0014 | Case Administration | 64.20 | 12,550.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.00 | 605.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 7.50 | 4,560.50 |
| 0018 | Fee Application, Applicant | 14.90 | 4,442.50 |
| 0019 | Creditor Inquiries | 0.30 | 216.00 |
| 0020 | Fee Application, Others | 7.90 | 2,447.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 56.30 | 35,600.50 |
| 0028 | Insurance | 0.60 | 409.00 |
| 0035 | Travel - Non Working | 35.10 | 23,079.00 |
| 0036 | Plan and Disclosure Statement | 5.60 | 3,932.50 |
| 0037 | Hearings | 3.80 | 2,678.50 |
| 0041 | Relief from Stay Proceedings | 0.40 | 242.00 |
| 0047 | Tax Issues | 0.50 | 302.50 |
| | | | |
| | Sub Total | 603.50 | $ 300,516.00 |
| | Less 50% Travel | -17.55 | (11,539.50) |
| | Total | 585.95 | 288,976.50 |

# STROOCK

## INVOICE

| DATE | November 28, 2007 |
|---|---|
| INVOICE NO. | 426789 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2007 | Prepare for deposition of L. Welch. | Arnett, J. | 3.6 |
| 10/01/2007 | Attend to deposition related matters (.2); attend to PD Settlement motions (.3); attend conf call with representatives from all parties re estimation depositions (1.1); follow-up o/c KP re deposition schedule (.1); attend to expert rebuttal reports (2.3). | Krieger, A. | 4.0 |
| 10/01/2007 | Review PD settlement memo (.6); review Hammer deposition (.3); review Frank deposition (.2). | Kruger, L. | 1.1 |
| 10/01/2007 | Attention to expert reports. | Melendres, L. | 3.3 |
| 10/01/2007 | Deposition transcripts and witness folders management. | Palacios, G. | 2.9 |
| 10/01/2007 | Attention to discovery issues and conference call with all parties re scheduling issues (1.4); attention to expert issues (2.4). | Pasquale, K. | 3.8 |
| 10/01/2007 | Load deposition transcripts into database. | Sperber, D. | 0.5 |
| 10/02/2007 | Prepare for Welch deposition (2.9); office conference with K. Pasquale regarding same | Arnett, J. | 3.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2). | | |
| 10/02/2007 | Attend to memoranda re deposition schedule (.2); attend to Biggs supplemental expert report (1.2); attend to rebuttal report (.8). | Krieger, A. | 2.2 |
| 10/02/2007 | Review memo to committee re PD settlement (.3); review Biggs report (.4). | Kruger, L. | 0.7 |
| 10/02/2007 | Attention to expert reports. Confer w/ K Pasquale re: expert reports. | Melendres, L. | 5.1 |
| 10/02/2007 | Deposition transcripts and witness folders management. | Palacios, G. | 2.5 |
| 10/02/2007 | Attention to deposition scheduling issues (.3); preparation for expert depositions (2.8). | Pasquale, K. | 3.1 |
| 10/03/2007 | Attend Dr. L. Welch deposition. | Arnett, J. | 7.3 |
| 10/03/2007 | Attend to expert rebuttal reports (1.7); preparation for R. Lee deposition (2.6); attend to order on motion to compel discovery from Celotex Trust (.1). | Krieger, A. | 4.4 |
| 10/03/2007 | Review expert rebuttal reports. | Kruger, L. | 0.7 |
| 10/03/2007 | Attention to expert reports. | Melendres, L. | 6.5 |
| 10/03/2007 | Prep for expert depositions. | Pasquale, K. | 0.6 |
| 10/04/2007 | Review deposition notes for L. Welch (.4); office conference with K. Pasquale regarding L. Welch deposition. (.2). | Arnett, J. | 0.6 |
| 10/04/2007 | Attend (telephonically) RJ Lee deposition (7.0); attend to Heckman rebuttal report (.2); attend to ACC/FCR notice of deposition duces tecum and related memorandum (.1); attend to certifications re protective orders on trust discovery materials (.1). | Krieger, A. | 7.4 |
| 10/04/2007 | Attention to expert reports. | Melendres, L. | 6.3 |
| 10/05/2007 | Correspondence regarding deposition schedule. | Arnett, J. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/05/2007 | Attend to deposition schedule (.1); attend to expert rebuttal reports (1.6); memorandum to A. Basta re inquiry re Rust discovery (.1); preparation for Rust deposition (3.4). | Krieger, A. | 5.2 |
| 10/05/2007 | Attention to expert reports. Confer w/ K. Pasquale re: expert reports. | Melendres, L. | 5.1 |
| 10/05/2007 | Attention to PI estimation issues and prep for expert depositions, including review of prior testimony, etc. | Pasquale, K. | 3.3 |
| 10/06/2007 | Attend to limited objections of FCR to settlements of PD claims with Dies & Hill claimants and Prudential Insurance and ACC joinder (.2).; attend to additional deposition notices (UNR, Celotex, Kraus) (.1); preparation for Dr. A. Brody deposition on 10/8/07 (.6). | Krieger, A. | 0.9 |
| 10/07/2007 | Attend to expert rebuttal reports. | Krieger, A. | 3.7 |
| 10/08/2007 | Read Kazan testimony in preparation for deposition. | Arnett, J. | 0.4 |
| 10/08/2007 | Attend deposition (telephonically) of Dr. Arnold Brody (2.3); attend to materials for Rule 30(b)(6) deposition of Rust Consulting (.7); memorandum to G. Palacios re exhibits for deposition (.2); attend to deposition notices, subpoenas (.4); attend to discovery correspondence from Debtors' counsel (.1). | Krieger, A. | 3.7 |
| 10/08/2007 | Review transcripts of depositions. | Kruger, L. | 0.5 |
| 10/08/2007 | Attention re: expert reports. | Melendres, L. | 5.9 |
| 10/08/2007 | Attention to discovery status and recent deposition transcripts of experts (2.3); attention to FCR opposition to PD settlements (.3). | Pasquale, K. | 2.6 |
| 10/09/2007 | Attend deposition of Joseph Rodricks. | Cutler, I. | 5.3 |
| 10/09/2007 | Attend 30(b)(6) deposition of Jeffrey Dahl, | Krieger, A. | 8.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Senior VP of Rust Consulting. | | |
| 10/09/2007 | Attention to expert reports. | Melendres, L. | 3.1 |
| 10/09/2007 | Deposition transcripts and expert reports management. | Palacios, G. | 2.6 |
| 10/09/2007 | Preparation for estimation experts' depositions. | Pasquale, K. | 5.5 |
| 10/10/2007 | Prepare for Castleman deposition. | Arnett, J. | 0.7 |
| 10/10/2007 | Attend to deposition notices (.2); attend to Richard Lee deposition materials (.1); attend to Grace/Rust's production to ACC/FCR (.8); attend to ACC's amended motion to file Peterson and Snyder rebuttal reports under seal (.1); attend to order on motion to compel production from DII Industries (.2); attend to memorandum from J. Ansbro re reliance materials (.2); attend to expert stipulation provisions and correspondence from B. Harding (.3). | Krieger, A. | 1.9 |
| 10/10/2007 | Deposition transcripts and expert folders management. | Palacios, G. | 3.2 |
| 10/10/2007 | Prep for estimation expert depositions (2.4); attention to FCR letter re Chambers  backup and issues underlying same (2.5). | Pasquale, K. | 4.9 |
| 10/11/2007 | Attend to backup information produced by NCI and FCR's request for additional materials (.9); conf call NCI, KP re FCR request and follow-up o/c KP re same (1.0); attend to deposition transcripts (2.9). | Krieger, A. | 4.8 |
| 10/11/2007 | Update and organize deposition transcripts and exhibits. | Palacios, G. | 2.8 |
| 10/11/2007 | Prep for and conference call with Navigant re estimation expert issues (2.5); attention to response to 10/10 letter from FCR (1.0); attention to expert deposition testimony (Rust, Rodericks) (1.5). | Pasquale, K. | 5.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/12/2007 | Attend Castleman disposition. | Arnett, J. | 4.1 |
| 10/12/2007 | Attend to deposition notices and schedule (.5); attend to PI estimation issues and rebuttal reports (4.9); attend to Rust deposition (1.4); attend to scheduling order re National Union dispute over pre-judgment interest (.1). | Krieger, A. | 6.9 |
| 10/12/2007 | Update and organize deposition transcripts and exhibits. | Palacios, G. | 2.8 |
| 10/12/2007 | Preparation for expert depositions. | Pasquale, K. | 2.8 |
| 10/14/2007 | Preparation for Marais deposition (2.4); attend to brief of RMQ/ELG re National Union's obligation for pre-judgment interest (.3). | Krieger, A. | 2.7 |
| 10/15/2007 | Attend to preparation for Marais and Whitehouse depositions (1.7); attend to Speights & Runyan reply memorandum in support of motion to supplement the record re 44 PD claims (.1); attend to a number of discovery-related filings (.6). | Krieger, A. | 2.4 |
| 10/15/2007 | Review deposition transcripts. | Kruger, L. | 0.6 |
| 10/15/2007 | Attention to deposition testimony (Castleman) (.6); preparation for expert depositions (4.0). | Pasquale, K. | 4.6 |
| 10/16/2007 | Attend Houser deposition (by phone). | Arnett, J. | 3.8 |
| 10/16/2007 | Research and obtain book for K. Pasquale re: product liability. | Green, C. | 1.5 |
| 10/16/2007 | Attend to L. Marais deposition. | Krieger, A. | 6.8 |
| 10/16/2007 | Organize dep. transcripts and expert report files. | Palacios, G. | 1.0 |
| 10/16/2007 | Preparation for Austern, Stallard depositions. | Pasquale, K. | 2.2 |
| 10/17/2007 | Review Castleman deposition transcript. | Arnett, J. | 0.2 |
| 10/17/2007 | Memorandum re Marais deposition (1.3); | Krieger, A. | 5.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | attend to KP response to FCR's letter re Chambers' reliance materials and memo to KP re same (.2); attend to deposition related notices and memoranda (.2); preparation for Whitehouse deposition (3.9); status report re NJDEP preliminary injunction and related matters (.1). | | |
| 10/17/2007 | Attention to expert reports. | Melendres, L. | 1.6 |
| 10/17/2007 | Update Dep. Transcripts database. | Palacios, G. | 2.6 |
| 10/17/2007 | Attention to response to FCR letter and confer Navigant re same (1.1); preparation for Stallard, Biggs depositions (3.6). | Pasquale, K. | 4.7 |
| 10/18/2007 | Research and obtain Congressional testimony of expert for K. Pasquale. | Kaufman, E. | 0.5 |
| 10/18/2007 | Preparation and attendance re Whitehouse deposition (7.5); attend to deposition-related notices (.1); attend to memoranda re fact witness and attorney discovery issues (.2); attend to proposed revision to order approving PD settlements (.1). | Krieger, A. | 7.9 |
| 10/18/2007 | Attention to expert reports. | Melendres, L. | 2.7 |
| 10/18/2007 | Review , update and organize deposition transcripts database. | Palacios, G. | 2.5 |
| 10/18/2007 | Confer Navigant re FCR letter; expert issues (.3); preparation for Austern deposition (1.5); preparation for Stallard, Biggs depositions (1.5). | Pasquale, K. | 3.3 |
| 10/19/2007 | Preparation for Radecki deposition (.5); attend to memorandum re insurance assets (.4); attend to Anderson Memorial's supplemental post hearing brief on Canadian statute of limitations (1.7); attend to certifications re proposed Keene Trust discovery order (.1); attend to deposition transcripts (3.6). | Krieger, A. | 6.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/19/2007 | Update and organize deposition transcripts and exhibits. | Palacios, G. | 2.5 |
| 10/19/2007 | Deposition of David Austern. | Pasquale, K. | 5.0 |
| 10/20/2007 | Preparation for Moolgavkar deposition. | Krieger, A. | 2.3 |
| 10/21/2007 | Preparation for Moolgavkar deposition (2.2); attend to Debtors' motion for relief from 10/31 discovery cut-off date (.3). | Krieger, A. | 2.5 |
| 10/22/2007 | Attend deposition of Steve Hays. | Cutler, I. | 7.7 |
| 10/22/2007 | Attend Radecki deposition (4.0); o/c KP re depositions and preparation for expert's deposition (.4); attend to expert's transcript (2.9); attend to Motions for approval of PD settlements with Motley Rice claimants (.1); attend to certification reflecting resolution of FCR/ACC limited objection to settlements with Dies & Hile claimants and Prudential (.1). | Krieger, A. | 7.5 |
| 10/22/2007 | Attention to expert reports. | Melendres, L. | 2.1 |
| 10/22/2007 | Update Dep. Transcripts database. | Palacios, G. | 2.7 |
| 10/22/2007 | Preparation for expert depositions (3.2); attention to scheduling issues (.8). | Pasquale, K. | 4.0 |
| 10/23/2007 | Attend deposition of William Longo. | Cutler, I. | 7.3 |
| 10/23/2007 | Attend to memorandum re Radecki deposition (1.8); attend to Debtors' expedited motion re October 31, 2007 fact witness discovery deadline (.2); attend to State of California's leave to file expert report (Vanderwood) (.2); exchanged memoranda with KP re Libby claimants' motion in limine (.1); attend to deposition related memoranda (.3). | Krieger, A. | 2.6 |
| 10/23/2007 | Review memo re Radicki deposition (.3); review William Longo deposition (.3). | Kruger, L. | 0.6 |
| 10/23/2007 | Review, update and organize deposition transcripts in LiveNote. | Palacios, G. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/23/2007 | Prep for Stallard, Biggs, Peterson depositions, including with J. McIntire - Navigant. | Pasquale, K. | 5.0 |
| 10/24/2007 | Telephone deposition & preparation of summary of deposition; w/ K. Pasquale. | Ambroise, S. | 8.5 |
| 10/24/2007 | Office conference with A. Krieger regarding Parker deposition; read Parker report. | Arnett, J. | 1.4 |
| 10/24/2007 | O/c J. Arnett re Libby-related issues (.5); attend to memoranda re depositions (.1). | Krieger, A. | 0.6 |
| 10/24/2007 | Update Dep. Transcripts database. | Palacios, G. | 2.7 |
| 10/24/2007 | Stallard deposition and confer J. McIntire re same (5.5); prep for Chambers (2.5). | Pasquale, K. | 8.0 |
| 10/25/2007 | Preparation for and attend (telephonically) deposition of Suresh Moolgavkar (7.3); attend to Libby claimants motion to strike expert reports (.1); attend to Libby claimants motion in limine concerning estimation proceeding evidence (.4); attend to deposition-related materials (.3). | Krieger, A. | 8.1 |
| 10/25/2007 | Calls with K. Pasquale re results of Pittsburgh hearing (.3); email, review deposition of Moolgavkar (.2); Austern (.4). | Kruger, L. | 0.9 |
| 10/25/2007 | Update deposition transcripts database. | Palacios, G. | 1.3 |
| 10/25/2007 | Prep for Peterson deposition. | Pasquale, K. | 2.0 |
| 10/26/2007 | Attend Parker deposition (by phone) (5.9); write summary of same (.2). | Arnett, J. | 6.1 |
| 10/26/2007 | Attend to Whitehouse transcript (.3); attend to memorandum re Radecki deposition (1.4); attend to certifications re discovery issues (.1); o/c LK re Libby Claimants' estimation related motion (1.); attend to expert reports (1.4); attend to deposition transcripts (1.6); attend to ACC's cross questions to Eagle Picher, Keene, | Krieger, A. | 5.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Celotex Trusts (.2); attend to Debtors' reply to Anderson Memorial Hospital's post-hearing brief (.2). | | |
| 10/26/2007 | Review term sheet of FCR and ACC (.6); office conf. A. Krieger re term sheet (.2). | Kruger, L. | 0.8 |
| 10/26/2007 | Update Dep. Transcripts database. | Palacios, G. | 2.7 |
| 10/26/2007 | Attention to memo and transcripts re prior depositions (1.5); prep for Peterson, Biggs depositions (2.5). | Pasquale, K. | 4.0 |
| 10/28/2007 | Prep for Peterson, Biggs depositions. | Pasquale, K. | 3.0 |
| 10/29/2007 | Attend Kazan deposition (by phone) (2.3); write memo regarding same (.2). | Arnett, J. | 2.5 |
| 10/29/2007 | Met with K. Pasquale in anticipation of deposition; attn. to expert report. | Balk, H. | 0.4 |
| 10/29/2007 | Attend deposition of Dr. Peter Lees & draft memo summarizing the same. | Cutler, I. | 6.7 |
| 10/29/2007 | Attend to deposition-related matters (.6); attend to PD settlements (Motley Rice) (.7); prepare for 10/30/07 deposition of Dr. W. Ory (3.4). | Krieger, A. | 4.7 |
| 10/29/2007 | Review Florence report. | Kruger, L. | 0.3 |
| 10/29/2007 | Meeting w/ K. Pasquale re: expert reports. | Melendres, L. | 0.2 |
| 10/29/2007 | Update Dep. Transcripts database. | Palacios, G. | 2.8 |
| 10/29/2007 | Prep for Florence depositions (1.5); prep for Peterson deposition (2.1). | Pasquale, K. | 3.6 |
| 10/30/2007 | Appearance at a telephone deposition and preparing a summary of the depo; w/ K. Pasquale. | Ambroise, S. | 5.7 |
| 10/30/2007 | Attend (telephonically) deposition of Dr. William Ory (6.2); o/c LK re depositions (.2); memorandum to KP re bar date order (.1); attend to orders approving PD claim | Krieger, A. | 6.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | settlements (.1); attend to FCR joinder in opposition to Debtors' motion re 10/31/07 cut off date (.1). | | |
| 10/30/2007 | Attend telephonically part of Florence deposition (1.2); review transcript of balance of Florence deposition (1.4); office conf with A. Krieger re financial analysis of ACC/FCR term sheet (.2). | Kruger, L. | 2.8 |
| 10/30/2007 | Organize deposition transcripts. | Palacios, G. | 2.6 |
| 10/30/2007 | Deposition of Florence. | Pasquale, K. | 9.2 |
| 10/30/2007 | As per G. Palacios organize expert reports and deposition transcripts for counsel review. | Rodriguez, P. | 2.0 |
| 10/31/2007 | Reviewed expert report in preparation for deposition. | Balk, H. | 0.7 |
| 10/31/2007 | Memorandum to L. Esayian re information re PD settlement of Motley Rice claimants (.1); attend to deposition transcripts and exchanged memoranda with G. Palacios (4.7); exchanged memoranda with KP re agreement on Libby issues (.1); preparation for 11/1/07 argument on National Union's obligation to pay pre-judgment interest (.8); attend to memorandum re Dr. Ory deposition (1.1). | Krieger, A. | 6.8 |
| 10/31/2007 | Review Kazan deposition (.2); review Mekus deposition (.2). | Kruger, L. | 0.4 |
| 10/31/2007 | Update deposition transcripts and exhibits database. | Palacios, G. | 1.5 |
| 10/31/2007 | Prep for Peterson Deposition. | Pasquale, K. | 6.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Ambroise, Serge | 14.2 | $ 335 | $ 4,757.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

PAGE: 11

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Arnett, Jennifer | 33.9 | 465 | 15,763.50 |
| Balk, Heidi | 1.1 | 555 | 610.50 |
| Cutler, Ilana | 27.0 | 335 | 9,045.00 |
| Green, Carol P. | 1.5 | 175 | 262.50 |
| Kaufman, Eric M. | 0.5 | 210 | 105.00 |
| Krieger, Arlene G. | 132.4 | 605 | 80,102.00 |
| Kruger, Lewis | 9.4 | 860 | 8,084.00 |
| Melendres, Linda M. | 41.9 | 260 | 10,894.00 |
| Palacios, Gino D. | 44.3 | 225 | 9,967.50 |
| Pasquale, Kenneth | 96.2 | 720 | 69,264.00 |
| Rodriguez, Peter J. | 2.0 | 105 | 210.00 |
| Sperber, Doug | 0.5 | 165 | 82.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 209,147.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 209,147.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

PAGE: 12

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2007 | Memoranda to S. Cunningham, J. Dolan re advice from J. McFarland re India transaction (.1); further exchange with J. Dolan re same (.1). | Krieger, A. | 0.2 |
| 10/18/2007 | Memorandum to S. Cunningham, J. Dolan re status of acquisitions. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 605 | $ 181.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 181.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 181.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

---

PAGE: 13

---

| RE | Business Operations<br>699843  0013 |
|----|-----|

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/10/2007 | Attend to material re acquisitions under consideration. | Krieger, A. | 0.2 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 605 | $ 121.00 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 121.00 |
|---|---|

---

| TOTAL FOR THIS MATTER | $ 121.00 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843  0014 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2007 | Exchanged memoranda re travel related expense inquiry (.2); attend to certifications, applications (.3). | Krieger, A. | 0.5 |
| 10/01/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.3 |
| 10/02/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3). | Mohamed, D. | 1.8 |
| 10/03/2007 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.4 |
| 10/03/2007 | Attend to certifications. | Krieger, A. | 0.3 |
| 10/03/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-55083 (.6). | Mohamed, D. | 2.1 |
| 10/04/2007 | Reviewed docket to update status. | Holzberg, E. | 0.9 |
| 10/04/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9). | Mohamed, D. | 1.4 |
| 10/05/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); retrieve and distribute recently filed pleadings re adversary | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | proceeding case docket nos. 02-1657, 01-771 and 05-52724 (.7). | | |
| 10/08/2007 | Memorandum to DM re review of NJDEP appeal docket. | Krieger, A. | 0.1 |
| 10/08/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.7 |
| 10/09/2007 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 10/09/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); review district court case docket no. 07-536 (.2); review case file documents in preparation for central file supplementation (1.3); retrieve certain pleadings for attorney review (.6). | Mohamed, D. | 3.7 |
| 10/10/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); retrieve and distribute recently filed pleading re district court case docket no. 07-536 (.3); retrieve certain pleadings for attorney review (.4). | Mohamed, D. | 2.8 |
| 10/11/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.2); retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 02-1657 (.4). | Mohamed, D. | 2.2 |
| 10/12/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); retrieve certain pleadings for attorney review (.5). | Mohamed, D. | 2.4 |
| 10/15/2007 | Exchanged memoranda with J. Baer re | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 10/16/07 conference call (.2); attend to agenda for call (.1). | | |
| 10/15/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 10/16/2007 | Review A. Krieger's email re regular call with management and counsel. | Kruger, L. | 0.6 |
| 10/16/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3); retrieve certain pleadings for attorney review (.6). | Mohamed, D. | 2.4 |
| 10/17/2007 | Exchanged memoranda with KP re attendance at 10/25/07 hearing. | Krieger, A. | 0.1 |
| 10/17/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.2); review adversary proceeding case docket nos. 01-771, 02-1657 and 04-55083 (.5); retrieve and distribute recently filed pleading re adv. pro. case docket no. 05-52724 (.2); prepare sub-folders pertaining to court pleadings, certain agreements and professionals fee applications (.7); retrieve certain pleadings for attorney review (.5); review district court case docket no. 07-536 (.2). | Mohamed, D. | 3.9 |
| 10/18/2007 | Memorandum to EH re Court call arrangements for KP for 10/25/07 hearing. | Krieger, A. | 0.1 |
| 10/18/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.9). | Mohamed, D. | 1.5 |
| 10/19/2007 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleadings re adv. pro. case docket | Mohamed, D. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | no. 02-1657 (.4). | | |
| 10/22/2007 | Office conf. K. Pasquale re update and status. | Kruger, L. | 0.3 |
| 10/22/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.6 |
| 10/23/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (3.2). | Mohamed, D. | 3.8 |
| 10/24/2007 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.8 |
| 10/24/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.1 |
| 10/25/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); retrieve certain pleadings for attorney review (.6). | Mohamed, D. | 2.2 |
| 10/26/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 02-1657 (.4); obtain certain pleadings for attorney review (.3). | Mohamed, D. | 2.6 |
| 10/29/2007 | Call court for AGR to arrange for her to attend hearing on Nov 1 telephonically (.2); reviewed legal docket to update status (1.) | Holzberg, E. | 1.2 |
| 10/29/2007 | O/c EH re court call arrangements for Nov. 1, 2007 hearing (.2); memoranda with J. Baer re 11/1/07 argument in National Union matter (.1); attend to certifications (.1). | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/29/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 02-1657 (.4); retrieve and distribute recently filed pleadings re district court case docket no. 07-536 (.3); retrieve certain pleadings for attorney review (.5). | Mohamed, D. | 2.9 |
| 10/30/2007 | Reviewed computed claim amounts for AGK of claims filed (.4); reviewed docket to update status (1.1). | Holzberg, E. | 1.5 |
| 10/30/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.6); review case file documents in preparation for central file supplementation (1.3). | Mohamed, D. | 3.4 |
| 10/31/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (3.1); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 4.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 6.0 | $ 255 | $ 1,530.00 |
| Krieger, Arlene G. | 1.8 | 605 | 1,089.00 |
| Kruger, Lewis | 0.9 | 860 | 774.00 |
| Mohamed, David | 55.5 | 165 | 9,157.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,550.50 |
|------------------------------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

PAGE: 19

| TOTAL FOR THIS MATTER | $ 12,550.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2007 | T/c J. Baer re NJDEP's failure to file brief and position (.2); attend to Dist. Court notice of case transmittal and briefing (.1). | Krieger, A. | 0.3 |
| 10/02/2007 | O/c KP re NJDEP's failure to timely file its brief on appeal (.1); t/c J. Baer re same and position on request for stipulation (.1). | Krieger, A. | 0.2 |
| 10/04/2007 | Attend to recently docketed order re claims objection. | Krieger, A. | 0.2 |
| 10/10/2007 | O/c DM re NJDEP appeal (.1); attend to NJDEP's motion to extend its time to file appellate brief (.1). | Krieger, A. | 0.2 |
| 10/26/2007 | Attend to order enlarging NJDEP's time to file appellate brief. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.0 | $ 605 | $ 605.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 605.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 605.00 |
|---|---|

# STROOCK

---

PAGE: 21

---

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 71122041v1

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2007 | Attend to PD settlement memorandum. | Krieger, A. | 3.0 |
| 10/02/2007 | Complete draft memo to the Committee re PD claims settlements (.9); memorandum to C. Freedgood re same (.1). | Krieger, A. | 1.0 |
| 10/02/2007 | Attention to draft email to committee re PD settlements. | Pasquale, K. | 0.2 |
| 10/03/2007 | Memorandum to the committee re Dies and Prudential claim settlements. | Krieger, A. | 0.2 |
| 10/16/2007 | Conference call with J. Baer, R. Finke, J. MacFarland re agenda for October omnibus (.6); memorandum to LK, KP re same (1.2). | Krieger, A. | 1.8 |
| 10/29/2007 | O/cs LK re ACC/FRC term sheet and memorandum to the Committee re same. | Krieger, A. | 0.5 |
| 10/30/2007 | Attend to Committee memorandum re Motley Rice settlements. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.3 | $ 605 | $ 4,416.50 |
| Pasquale, Kenneth | 0.2 | 720 | 144.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,560.50 |
|------------------------------------------|-----------|

# STROOCK

| PAGE: 23 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 4,560.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2007 | Review Stroock's 77th monthly fee statement for August 2007 in preparation for filing (.6); prepare affidavit of service re same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.8). | Mohamed, D. | 1.8 |
| 10/04/2007 | Started to review time for monthly Sept. bill. | Holzberg, E. | 1.6 |
| 10/08/2007 | Cont. review of time for Sept application and started to edit same. | Holzberg, E. | 1.2 |
| 10/09/2007 | Worked on monthly fee application, September. | Holzberg, E. | 1.0 |
| 10/10/2007 | Worked on Monthly application for September (1.0); reviewed disbursements (.9). | Holzberg, E. | 1.9 |
| 10/14/2007 | Attend to September 2007 fee statement. | Krieger, A. | 0.4 |
| 10/15/2007 | Worked on monthly fee application. | Holzberg, E. | 1.2 |
| 10/15/2007 | Attend to Sept 2007 fee statement. | Krieger, A. | 0.8 |
| 10/18/2007 | Worked on monthly bill for September. | Holzberg, E. | 1.7 |
| 10/25/2007 | Worked on monthly bill for September. | Holzberg, E. | 0.6 |
| 10/26/2007 | Worked on September fee application. | Holzberg, E. | 0.9 |
| 10/29/2007 | Worked on bill for September. | Holzberg, E. | 0.7 |
| 10/31/2007 | Attend to September 2007 fee statement. | Krieger, A. | 1.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 10.8 | $ 255 | $ 2,754.00 |
| Krieger, Arlene G. | 2.3 | 605 | 1,391.50 |
| Mohamed, David | 1.8 | 165 | 297.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,442.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,442.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
|----|-----------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/29/2007 | Telephone conference bank debt holder re status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.3 | $ 720 | $ 216.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 216.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 216.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|----|----------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/03/2007 | Attend to fee applications. | Krieger, A. | 0.6 |
| 10/15/2007 | Attend to professionals' fee applications. | Krieger, A. | 0.8 |
| 10/15/2007 | Review Capstone Advisory Group's fourteenth quarterly fee application in preparation for filing (.7); prepare notice and affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |
| 10/18/2007 | Attend to newly filed fee applications. | Krieger, A. | 0.3 |
| 10/26/2007 | Review Capstone Advisory Group monthly fee statement for July 2007 in preparation for filing (.6); prepare notice and affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.7 |
| 10/29/2007 | Attend to fee applications. | Krieger, A. | 0.6 |
| 10/29/2007 | Review Capstone Advisory Group monthly fee statement for August 2007 in preparation for filing (.6); prepare notice and affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.7 |
| 10/30/2007 | Attend to fee applications. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.6 | $ 605 | $ 1,573.00 |
| Mohamed, David | 5.3 | 165 | 874.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,447.50 |
|------------------------------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| PAGE: 28 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,447.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2007 | Exchanged memoranda with S. Cunningham re environmental matters meeting (.1); memoranda to MB, P. McGrath re Capstone information request (.2); memorandum to J. Baer re environmental matters meeting (.1). | Krieger, A. | 0.4 |
| 10/02/2007 | Memorandum to J. Dolan re information request (.1); attend to review of presentation materials and information request (.8). | Krieger, A. | 0.9 |
| 10/03/2007 | Attend to review of presentation materials and attend to preparation of revised information request and memorandum to MB and P. McGrath re same. | Krieger, A. | 1.8 |
| 10/03/2007 | Review A. Krieger info request re environmental issues. | Kruger, L. | 0.3 |
| 10/04/2007 | Attend to memorandum to P. McGrath, M. Berg re information request (.2); attend to draft settlement agreement and information request (1.3). | Krieger, A. | 1.5 |
| 10/05/2007 | Attend to settlement agreement and information request (2.9); memorandum to M. Berg, P. McGrath re same (.2). | Krieger, A. | 3.1 |
| 10/05/2007 | Review environmental settlement agreement. | Kruger, L. | 0.3 |
| 10/08/2007 | Attend to P. McGrath's additions to the information request and exchanged memoranda thereon (.8); attend to memorandum re textual issues and comments to multi-site settlement agreement (2.9); attend to final form of information request and memorandum to J. Baer re same (.9). | Krieger, A. | 4.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/10/2007 | O/c and memoranda to MAS re settlement agreements (.3); memorandum to J. Baer re information request (.2); attend to memorandum re textual issues/comments to settlement agreement (1.9). | Krieger, A. | 2.4 |
| 10/10/2007 | O/c AGK re proposed settlement of US environmental claims (.1); reviewed materials re proposed settlement (.9). | Speiser, M. | 1.0 |
| 10/11/2007 | Memorandum to LK, KP re environmental meeting (.1); memorandum to P. McGrath, M. Berg, S. Cunningham re same (.1); memorandum to J. Baer re environmental meeting (.1). | Krieger, A. | 0.3 |
| 10/14/2007 | Attend to issues re proposed Libby Mine claims settlement. | Krieger, A. | 0.4 |
| 10/15/2007 | Preparation for and o/c MAS re multi-site agreement (1.5); attend to case law (2.5). | Krieger, A. | 4.0 |
| 10/15/2007 | Reviewed environmental settlement documents and work on issues (.7); o/c A. Krieger re environmental settlement issues (.2). | Speiser, M. | 0.9 |
| 10/16/2007 | Prepare for and o/c MAS re multi-site settlement agreement. | Krieger, A. | 0.5 |
| 10/16/2007 | O/c A. Krieger re environmental claim issues (.2); work on issues raised (.5). | Speiser, M. | 0.7 |
| 10/17/2007 | Attend to settlement agreement (1.4); o/c MAS re multi-site agreement (1.2). | Krieger, A. | 2.6 |
| 10/17/2007 | Work on environmental issues raised by proposed settlement and conf with A. Krieger to review proposed environmental claims settlement. | Speiser, M. | 2.0 |
| 10/18/2007 | Memorandum to P. McGrath, M. Berg, Capstone re status of environmental matters. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/21/2007 | Preparation for meeting with Grace attorneys on 10/24. | Berg, M. | 0.3 |
| 10/22/2007 | Prepare for meeting with Company. | Berg, M. | 0.3 |
| 10/22/2007 | Exchanged memoranda with J. Baer re 10/24/07 environmental matters meeting (.2); memoranda to P. McGrath, M. Berg re pre-meeting (.2). | Krieger, A. | 0.4 |
| 10/23/2007 | Prepare for meeting with Company. | Berg, M. | 1.4 |
| 10/23/2007 | Attend to responses to Information Request and related charts and prepared for 10/25/07 meeting. | Krieger, A. | 4.3 |
| 10/24/2007 | Travel to and participate in meeting with A. Krieger and P. McGrath (1.7); participate in meeting with Debtor, Debtor's counsel and advisors re multi site settlement with EPA and other proposed environmental settlements (3.8). | Berg, M. | 5.5 |
| 10/24/2007 | Attend to outline of Agreement (.6); lunch meeting with P. McGrath and M. Berg (.9); meeting with representatives for the Debtors re environmental matters (2.9); follow-up meeting with P. McGrath, M. Berg, Ed Ordway and J. Dolan (.9). | Krieger, A. | 5.3 |
| 10/25/2007 | Exchanged memorandum with J. Dolan re follow-up information requests on environmental matters. | Krieger, A. | 0.1 |
| 10/25/2007 | Work on environmental settlement issues; o/c AGK re same. | Speiser, M. | 0.5 |
| 10/26/2007 | T/c S. Cunningham re environmental matters and matters for follow up (.2); o/c M. Speiser re multi-site settlement agreement (1.1); attend to case law re environmental claims (.9); attend to settlement (.4). | Krieger, A. | 2.6 |
| 10/26/2007 | Reviewed environmental settlement materials and o/c w/AGK re same. | Speiser, M. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/29/2007 | Attend to case law re environmental issues (1.4); attend to additional settlement agreement comments and questions (1.3). | Krieger, A. | 2.7 |
| 10/30/2007 | Attend to multi-site settlement agreement mark-up and additional inquires and memorandum to M. Berg, P. McGrath re same (1.7); memorandum to S. Cunningham re agreement review (.1). | Krieger, A. | 1.8 |
| 10/31/2007 | Review draft Settlement Agreement; respond to A. Krieger questions about CERCLA references in agreement. | Berg, M. | 1.5 |
| 10/31/2007 | Memoranda to S. Cunnigham re review of selected provisions of multi-site agreement. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 9.0 | $ 605 | $ 5,445.00 |
| Krieger, Arlene G. | 40.1 | 605 | 24,260.50 |
| Kruger, Lewis | 0.6 | 860 | 516.00 |
| Speiser, Mark A. | 6.6 | 815 | 5,379.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 35,600.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 35,600.50 |
|-----------------------|-------------|

# STROOCK

RE        Expenses
           699843  0024

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 174.37 |
| Meals | 21.73 |
| Local Transportation | 518.22 |
| Long Distance Telephone | 85.15 |
| Duplicating Costs-in House | 372.90 |
| Duplicating Costs-Outside | 519.80 |
| Postage | 0.58 |
| Court Reporting Services | 19363.28 |
| Miscellaneous | 103.00 |
| Word Processing | 192.00 |
| In House Messenger Service | 85.44 |
| Travel Expenses - Transportation | 489.90 |
| Travel Expenses - Meals | 13.81 |
| Westlaw | 213.95 |
| Color Copying - In House | 170.45 |

| TOTAL DISBURSEMENTS/CHARGES | $ 22,324.58 |
|---|---|

| TOTAL FOR THIS MATTER | $ 22,324.58 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| RE | Insurance<br>699843  0028 |
|----|---------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/11/2007 | Exchanged memoranda with J. Baer re request for insurance memorandum. | Krieger, A. | 0.1 |
| 10/17/2007 | Attention to insurance information. | Pasquale, K. | 0.4 |
| 10/26/2007 | Memorandum to J. Baer re request for insurance memorandum. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 605 | $ 121.00 |
| Pasquale, Kenneth | 0.4 | 720 | 288.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 409.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 409.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| RE | Travel - Non Working 699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/02/2007 | Travel to Washington, D.C. for Welch deposition. | Arnett, J. | 3.8 |
| 10/03/2007 | Travel from deposition to New York. | Arnett, J. | 3.8 |
| 10/11/2007 | Travel for Castleman deposition. | Arnett, J. | 1.0 |
| 10/18/2007 | Travel to DC for Austern deposition. | Pasquale, K. | 3.0 |
| 10/19/2007 | Return travel re Austern deposition. | Pasquale, K. | 3.5 |
| 10/23/2007 | Travel to NC for Stallard deposition. | Pasquale, K. | 3.0 |
| 10/25/2007 | Travel to and from Pittsburgh re omnibus hearing. | Pasquale, K. | 5.0 |
| 10/29/2007 | Travel to Washington DC for Florence deposition. | Pasquale, K. | 3.0 |
| 10/30/2007 | Return travel from Washington DC. | Pasquale, K. | 3.0 |
| 10/31/2007 | Travel to California for Peterson deposition. | Pasquale, K. | 6.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Arnett, Jennifer | 8.6 | $ 465 | $ 3,999.00 |
| Pasquale, Kenneth | 26.5 | 720 | 19,080.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 23,079.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

PAGE: 36

| TOTAL FOR THIS MATTER | $ 23,079.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/19/2007 | Conf call LK, KP re plan discussions (.2); attend to relevant case law (.5). | Krieger, A. | 0.7 |
| 10/19/2007 | Confer L. Kruger, A. Krieger re POR issues. | Pasquale, K. | 0.3 |
| 10/24/2007 | Call with Mark Shelnitz re status and related matters. | Kruger, L. | 0.4 |
| 10/25/2007 | O/c LK re plan-related matters (.1); attend to plan-related matters (.5). | Krieger, A. | 0.6 |
| 10/25/2007 | Office conf with A. Krieger re POR related issues (.1); review POR issues (.3). | Kruger, L. | 0.4 |
| 10/26/2007 | O/c LK re plan matters (.1); o/c MAS re same (.1); t/c and memo re S. Cunningham re plan matters (.3). | Krieger, A. | 0.5 |
| 10/29/2007 | Call Shelnitz re: ACC/FCR term sheet and strategy (.3); office conf. with A. Krieger re term sheet (.4). | Kruger, L. | 0.7 |
| 10/30/2007 | O/c LK and exchanged memoranda with S. Cunningham re plan-related issues analysis and 10/31/07 discussion of same (.3); attend to analysis (.2). | Krieger, A. | 0.5 |
| 10/31/2007 | T/c S. Cunningham re plan issues (.2); attend to Capstone plan analysis and conf call Ed Ordway, LK re same (.8). | Krieger, A. | 1.0 |
| 10/31/2007 | Office conf. A. Krieger, call Ordway re financial aspects of FCR/ACC term sheet. | Kruger, L. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

PAGE: 38

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.3 | $ 605 | $ 1,996.50 |
| Kruger, Lewis | 2.0 | 860 | 1,720.00 |
| Pasquale, Kenneth | 0.3 | 720 | 216.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,932.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,932.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| RE | Hearings<br>699843  0037 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/17/2007 | Attend to October 25 omnibus hearing agenda notice and memo to KP re attendance (.2); attend to Debtors' status report re NJDEP litigation (.2). | Krieger, A. | 0.4 |
| 10/24/2007 | Prep for omnibus hearing. | Pasquale, K. | 0.8 |
| 10/25/2007 | Attended omnibus hearing. | Pasquale, K. | 2.5 |
| 10/29/2007 | Attend to agenda notice for 11/1/07 argument on National Union matter. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 605 | $ 302.50 |
| Pasquale, Kenneth | 3.3 | 720 | 2,376.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,678.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,678.50 |
|-----------------------|------------|

# STROOCK

---

---

| RE | Relief from Stay Proceedings<br>699843 0041 |
|----|---------------------------------------------|

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/08/2007 | Attend to Debtors' objection to Prete lift stay/preliminary injunction motion. | Krieger, A. | 0.2 |
| 10/15/2007 | Attend to Debtors' objection to Prete's motion for relief from the stay and preliminary injunction. | Krieger, A. | 0.2 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.4 | $ 605 | $ 242.00 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 242.00 |
|------------------------------------------|----------|

---

| TOTAL FOR THIS MATTER | $ 242.00 |
|-----------------------|----------|

# STROOCK

---

PAGE: 41

---

| RE | Tax Issues |
|----|------------|
|    | 699843 0047 |

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2007 | Reviewing slide presentation re: Optimization Plan. | Eichler, M. | 0.5 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Eichler, Mark | 0.5 | $ 605 | $ 302.50 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 302.50 |
|------------------------------------------|----------|

---

| TOTAL FOR THIS MATTER | $ 302.50 |
|-----------------------|----------|

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 300,516.00 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 22,324.58 |
| TOTAL BILL | $ 322,840.58 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1