# EXHIBIT B

WR GRACE & CO
SUMMARY OF FEES
OCTOBER 1, 2007 - OCTOBER 31, 2007

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 12.90 | $ 860 | $ 11,094.00 |
| Pasquale, Kenneth | 127.20 | 720 | 91,584.00 |
| Speiser, Mark A. | 6.60 | 815 | 5,379.00 |
| | | | |
| **Associates** | | | |
| Ambroise, Serge | 14.20 | 335 | 4,757.00 |
| Arnett, Jennifer | 42.50 | 465 | 19,762.50 |
| Balk, Heidi | 1.10 | 555 | 610.50 |
| Cutler, Ilana | 27.00 | 335 | 9,045.00 |
| Eichler, Mark | 0.50 | 605 | 302.50 |
| Krieger, Arlene G. | 192.40 | 605 | 116,402.00 |
| Melendres, Linda M. | 41.90 | 260 | 10,894.00 |
| | | | |
| **Paraprofessionals** | | | |
| Berg, Madelaine | 9.00 | 605 | 5,445.00 |
| Green, Carol P. | 1.50 | 175 | 262.50 |
| Holzberg, Ethel H. | 16.80 | 255 | 4,284.00 |
| Kaufman, Eric M. | 0.50 | 210 | 105.00 |
| Mohamed, David | 62.60 | 165 | 10,329.00 |
| Palacios, Gino D. | 44.30 | 225 | 9,967.50 |
| Rodriguez, Peter J. | 2.00 | 105 | 210.00 |
| Sperber, Doug | 0.50 | 165 | 82.50 |
| | | | |
| Sub Total | 603.50 | | 300,516.00 |
| Less 50% Travel | -17.55 | | (11,539.50) |
| Total | 585.95 | | 288,976.50 |

NY 71122041v1