# EXHIBIT C

NY 71122041v1

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## OCTOBER 1, 2007 - OCTOBER 31, 2007

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 174.37 |
| Meals | | 21.73 |
| Local Transportation | | 518.22 |
| Long Distance Telephone | | 85.15 |
| Duplicating Costs-in House | | 372.90 |
| Duplicating Costs-Outside | | 519.80 |
| Postage | | 0.58 |
| Court Reporting Services | | 19,363.28 |
| Miscellaneous | | 103.00 |
| Word Processing | | 192.00 |
| In House Messenger Service | | 85.44 |
| Travel Expenses - Transportation | | 489.90 |
| Travel Expenses - Meals | | 13.81 |
| Westlaw | | 213.95 |
| Color Copying - In House | | 170.45 |
| **TOTAL** | | **$ 22,324.58** |

NY 71122041v1

# STROOCK

## Disbursement register

| DATE | November 28, 2007 |
|---|---|
| INVOICE NO. | 426789 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through October 31, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 10/02/2007 | VENDOR: UPS; INVOICE#: 0000010X827397; DATE: 09/29/2007; FROM Angie Colonna, 180 Maiden Lane, New York, NY TO Hon. Judith K. Fitzg US Bankruptcy Court WD of, 5490 USX Tower, PITTSBURGH, PA 15219 Tracking #:1Z10X8270194953556 on 09/27/2007 | 11.09 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Mary Lyman Esq. Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270192603580 on 09/28/2007 | 7.05 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Debra L. Felder Orrick Herrington & Sutcli, Washington Harbour, WASHINGTON, DC 20007 Tracking #:1Z10X8270190891193 on 09/28/2007 | 7.05 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Barbara Harding Kirkland & Ellis LLP, 655 Fifteenth Street NW, WASHINGTON, DC 20005 Tracking #:1Z10X8270192187601 on 09/28/2007 | 7.05 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Gregory Horowitz Kramer Levin Naftalis, 1177 Avenue of the Americas, NEW YORK, NY 10036 Tracking #:1Z10X8270192196815 on 09/28/2007 | 6.49 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; | 7.05 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 71122041v1

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | FROM Monika Lee, 180 Maiden Lane, New York, NY TO Nathan Finch Caplin & Drysdale Chartered, One Thomas Circle NW, WASHINGTON, DC 20005 Tracking #:1Z10X8270192942820 on 09/28/2007 | |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Scott L. Baena Esq. Bilzin Sumberg Baena Price, First Union Financial Center, MIAMI, FL 33131 Tracking #:1Z10X8270193369636 on 09/28/2007 | 9.22 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Daniel C. Cohn Cohn Whitesell & Goldberg L, 101 Arch Street, BOSTON, MA 02110 Tracking #:1Z10X8270192941241 on 09/28/2007 | 7.05 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198300495 on 10/01/2007 | 6.46 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196330902 on 10/01/2007 | 9.18 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196185918 on 10/01/2007 | 6.46 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197341523 on 10/01/2007 | 6.46 |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Mary Lyman Esq. Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270194479220 on 10/03/2007 | 7.02 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 www.stroock.com
NY 71122041v1

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 10/09/2007 | VENDOR: UPS; INVOICE#: 0000010X827407; DATE: 10/06/2007; FROM ACCTS PAYABLE, , NEW YORK, NY TO Mary Lyman Esq. Navigant Consulting Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270192603580 on 09/28/2007 | 9.70 |
| 10/11/2007 | VENDOR: NYC Packages; Invoice#: 801338; Invoice Date: 10/05/2007; Voucher #: 257051; Kenneth Pasquale 09/26/2007 08:59 from 180 MAIDEN LA MANHATTAN NY to 153 E 53 ST MANHATTAN NY | 38.48 |
| 10/22/2007 | VENDOR: UPS; INVOICE#: 0000010X827427; DATE: 10/20/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190509105 on 10/15/2007 | 6.46 |
| 10/22/2007 | VENDOR: UPS; INVOICE#: 0000010X827427; DATE: 10/20/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191238316 on 10/15/2007 | 9.18 |
| 10/22/2007 | VENDOR: UPS; INVOICE#: 0000010X827427; DATE: 10/20/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190304326 on 10/15/2007 | 6.46 |
| 10/22/2007 | VENDOR: UPS; INVOICE#: 0000010X827427; DATE: 10/20/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194651131 on 10/15/2007 | 6.46 |
| **Outside Messenger Service Total** | | **174.37** |
| **Meals** | | |
| 10/31/2007 | VENDOR: Seamless Web; Invoice#: 263641; Date: 10/28/2007 - Pita Grill (New St.); Order Date: 10/22/07 18:15:00 | 21.73 |
| **Meals Total** | | **21.73** |
| **Local Transportation** | | |
| 10/11/2007 | VENDOR: Petty Cash; INVOICE#: PC101107; DATE: 10/11/2007 - 09/26/07   NY PETTY CASH - L.Kruger | 6.10 |

# STROOCK

| PAGE: 4 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 10/11/2007 | VENDOR: NYC Taxi; Invoice#: 801229; Invoice Date: 10/05/2007; Voucher #: 711819876; Kenneth Pasquale 09/25/2007 22:26 from 180 MAIDEN LANE MANHATTAN NY to | 93.60 |
| 10/11/2007 | VENDOR: NYC Taxi; Invoice#: 801229; Invoice Date: 10/05/2007; Voucher #: 711823224; Arlene Krieger 09/27/2007 20:09 from 180 MAIDEN LA MANHATTAN NY to 1 E 80 ST MANHATTAN NY | 37.50 |
| 10/25/2007 | VENDOR: Elite Taxi; Invoice#: 1270379; Invoice Date: 10/12/2007; Voucher #: 9878821; Jennifer Arnett 10/02/2007 17:45 from 180 MAIDEN LN MANHATTAN NY to LaGuardia Airport Flushing NY | 50.25 |
| 10/26/2007 | VENDOR: Elite Taxi; Invoice#: 1270383; Invoice Date: 10/19/2007; Voucher #: NP8906107; Jennifer Arnett 10/01/2007 15:04 from to 1330 MARYLAND AVE SW WASHINGTON,DC DC | 99.55 |
| 10/26/2007 | VENDOR: Elite Taxi; Invoice#: 1270383; Invoice Date: 10/19/2007; Voucher #: NP8908108; Jennifer Arnett 10/02/2007 16:20 from 655 15 ST NORTH WEST WASHINGTON,DC DC to | 78.05 |
| 10/26/2007 | VENDOR: Elite Taxi; Invoice#: 1270383; Invoice Date: 10/19/2007; Voucher #: 9253419; Jennifer Arnett 10/11/2007 19:00 from 101 W. 116 ST MANHATTAN NY to MERRICK NY | 153.17 |
| | **Local Transportation Total** | **518.22** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 10/01/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 212806-5400-100107; DATE: 10/1/2007 - Teleconference | 13.83 |
| 10/01/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 212806-5400-100107; DATE: 10/1/2007 - Teleconference | 8.89 |
| 10/02/2007 | EXTN.5544, TEL.312-861-2162, S.T.10:45, DUR.00:02:12 | 1.41 |
| 10/03/2007 | EXTN.5431, TEL.973-424-2031, S.T.12:29, DUR.00:06:00 | 2.81 |
| 10/05/2007 | EXTN.5562, TEL.312-861-2335, S.T.13:53, DUR.00:02:00 | 0.94 |
| 10/15/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-101507; DATE: 10/15/2007 - Teleconference | 24.09 |
| 10/16/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 212806- | 5.80 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 5400-092307; DATE: 9/23/2007 - Teleconference | |
| 10/16/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 212806-5400-092307; DATE: 9/23/2007 - Teleconference | 4.86 |
| 10/17/2007 | EXTN.5562, TEL.202-973-4515, S.T.12:01, DUR.00:00:24 | 0.47 |
| 10/22/2007 | EXTN.5562, TEL.973-467-8282, S.T.17:49, DUR.00:00:48 | 0.47 |
| 10/24/2007 | EXTN.5431, TEL.410-531-4212, S.T.10:48, DUR.00:08:24 | 4.22 |
| 10/26/2007 | EXTN.5544, TEL.201-587-7111, S.T.11:36, DUR.00:21:36 | 10.32 |
| 10/29/2007 | EXTN.5431, TEL.410-531-4212, S.T.12:52, DUR.00:00:30 | 0.47 |
| 10/29/2007 | EXTN.5431, TEL.410-531-4212, S.T.15:40, DUR.00:10:12 | 5.16 |
| 10/29/2007 | EXTN.5562, TEL.202-339-8513, S.T.13:04, DUR.00:00:54 | 0.47 |
| 10/31/2007 | EXTN.5544, TEL.201-587-7114, S.T.14:53, DUR.00:00:30 | 0.47 |
| 10/31/2007 | EXTN.5544, TEL.201-587-7114, S.T.14:57, DUR.00:00:54 | 0.47 |
| **Long Distance Telephone Total** | | **85.15** |

**Duplicating Costs-in House**

| DATE | AMOUNT |
|---|---|
| 10/02/2007 | 3.80 |
| 10/02/2007 | 14.30 |
| 10/02/2007 | 40.20 |
| 10/05/2007 | 0.30 |
| 10/08/2007 | 8.80 |
| 10/10/2007 | 80.90 |
| 10/16/2007 | 11.80 |
| 10/17/2007 | 5.40 |
| 10/17/2007 | 10.10 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71122041v1

# STROOCK

| PAGE: 6 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 10/18/2007 | | 0.20 |
| 10/19/2007 | | 4.00 |
| 10/23/2007 | | 27.80 |
| 10/23/2007 | | 0.50 |
| 10/26/2007 | | 1.20 |
| 10/26/2007 | | 6.90 |
| 10/26/2007 | | 20.40 |
| 10/26/2007 | | 40.00 |
| 10/31/2007 | | 45.50 |
| 10/31/2007 | | 29.20 |
| 10/31/2007 | | 11.20 |
| 10/31/2007 | | 10.40 |
| | **Duplicating Costs-in House Total** | **372.90** |
| **Duplicating Costs-Outside** | | |
| 10/23/2007 | VENDOR: Gore Brothers Reporting Co.; INVOICE#: 10102579; DATE: 9/12/2007 - 156 - Pages ( Medical Copy) | 519.80 |
| | **Duplicating Costs-Outside Total** | **519.80** |
| **Postage** | | |
| 10/18/2007 | Postage Charged on 10/18/2007 15:07 | 0.58 |
| | **Postage Total** | **0.58** |
| **Court Reporting Services** | | |
| 10/02/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064407; DATE: 10/2/2007 - Prof. Court Reporting Svces US DIST. CT. - DE Deposition of Gordon McAlpine Bragg 9/19/07 | 1,580.05 |
| 10/05/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064392; DATE: 10/5/2007 - Prof. Court Reporting Svces US DIST. CT. Deposition | 1,531.07 |

# STROOCK

PAGE: 7

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | of Richard Lemen, 9/14/07 | |
| 10/05/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064386; DATE: 10/5/2007 - Prof. Court Reporting Svces US DIST CT. Deposition of James Cintani 9/18/07 | 2,316.39 |
| 10/05/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064397; DATE: 10/5/2007 - Prof. Court Reporting Svces US DIST CT DE - Deposition of Thomas Egan 9/19/07 | 2,187.92 |
| 10/22/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064443; DATE: 11/14/2007 - Depostition of: Samuel Hammar, M.D. - 09/27/07 - 928 Hard Copy Tapped /Scanned Exhibits | 3,217.90 |
| 10/22/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064439; DATE: 10/11/2007 - Depostition of: Jeffrey Posner, M.D. - 09/26/07 - 853 Hard Copy Tapped /Scanned Exhibits | 2,913.00 |
| 10/22/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064455; DATE: 10/15/2007 - Depostition of:Richard Lee , Ph. D. - 10/04/07 - 472 Hard Copy Tapped /Scanned Exhibits | 2,219.60 |
| 10/22/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1044449; DATE: 10/15/2007 - Depostition of: Dr. Laura - Oct 3, 2007, M.D. - 10/3/07 - 943 Hard Copy Tapped /Scanned Exhibits | 3,397.35 |
| **Court Reporting Services Total** | | **19,363.28** |

**Miscellaneous**

| 10/31/2007 | Chase Visa Expenses – 9/19/2007, CourtCall LLC | 103.00 |
|---|---|---|
| **Miscellaneous Total** | | **103.00** |

**Word Processing**

| 10/31/2007 | 10-9 | 132.00 |
|---|---|---|
| **Word Processing Total** | | **132.00** |

**In House Messenger Service**

| 10/19/2007 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 10/8/2007 Vehicle Rush from to ARLENE G KRIEGER, 10 EAST END AVE | 29.53 |
|---|---|---|
| 10/25/2007 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; | 44.62 |

# STROOCK

PAGE: 8

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 10/16/2007 Vehicle Standard Out of Town from to STROOCK STROOCK & LAVAN, 180 MAIDEN LN | |
| 10/31/2007 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 10/23/2007 Bike Standard from to SHERATON, 811 7TH AVE | 11.29 |
| **In House Messenger Service Total** | | **85.44** |
| **Travel Expenses - Transportation** | | |
| 10/08/2007 | VENDOR: Jennifer Arnett; INVOICE#: JA100507; DATE: 10/8/2007 - 10/02 - 10/03 Travel to Washington, DC for deposition of L.Welch - airfare | 480.90 |
| 10/08/2007 | VENDOR: Jennifer Arnett; INVOICE#: JA100507; DATE: 10/8/2007 - 10/02 - 10/03 Travel to Washington, DC for deposition of L.Welch - cabfare | 9.00 |
| **Travel Expenses - Transportation Total** | | **489.90** |
| **Travel Expenses - Meals** | | |
| 10/08/2007 | VENDOR: Jennifer Arnett; INVOICE#: JA100507; DATE: 10/8/2007 - 10/02 - 10/03 Travel to Washington, DC for deposition of L. Welch - meal | 13.81 |
| **Travel Expenses - Meals Total** | | **13.81** |
| **Westlaw** | | |
| 10/15/2007 | Transactional search by Krieger, Arlene G. | 126.93 |
| 10/29/2007 | Transactional search by Krieger, Arlene G. | 28.74 |
| 10/31/2007 | Transactional search by Pasquale, Kenneth | 58.28 |
| **Westlaw Total** | | **213.95** |
| **Word Processing - Logit** | | |
| 10/09/2007 | | 60.00 |
| **Word Processing - Logit Total** | | **60.00** |
| **Color Copying - In House** | | |
| 10/01/2007 | | 54.25 |
| 10/26/2007 | | 91.00 |

# STROOCK

| PAGE: 9 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 10/26/2007 | | 25.20 |
| | **Color Copying - In House Total** | 170.45 |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 174.37 |
| Meals | 21.73 |
| Local Transportation | 518.22 |
| Long Distance Telephone | 85.15 |
| Duplicating Costs-in House | 372.90 |
| Duplicating Costs-Outside | 519.80 |
| Postage | 0.58 |
| Court Reporting Services | 19363.28 |
| Miscellaneous – CourtCall | 103.00 |
| Word Processing | 192.00 |
| In House Messenger Service | 85.44 |
| Travel Expenses - Transportation | 489.90 |
| Travel Expenses - Meals | 13.81 |
| Westlaw | 213.95 |
| Color Copying - In House | 170.45 |
| **TOTAL DISBURSEMENTS/CHARGES** | **$ 22,324.58** |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.