Navigant Consulting, Inc. Invoice

September 2007



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

October 22, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

---

*For Services Rendered For*
*WR Grace Creditor's Committee - September 2007*

---

**Professional Fees:**

| | | | |
|---|---|---|---:|
| LC | 98.00 hrs. @ | $550 | $53,900.00 |
| RC | 6.00 hrs. @ | $450 | 2,700.00 |
| PM | 15.50 hrs. @ | $400 | 6,200.00 |
| RF | 26.50 hrs. @ | $350 | 9,275.00 |
| JH | 6.50 hrs. @ | $350 | 2,275.00 |
| ML | 87.50 hrs. @ | $325 | 28,437.50 |
| JM | 83.50 hrs. @ | $325 | 27,137.50 |
| JS | 73.00 hrs. @ | $270 | 19,710.00 |
| AH | 4.00 hrs. @ | $200 | 800.00 |
| AM | 141.00 hrs. @ | $200 | 28,200.00 |
| JF | 65.50 hrs. @ | $200 | 13,100.00 |
| MF | 8.00 hrs. @ | $175 | 1,400.00 |
| SC | 10.50 hrs. @ | $120 | 1,260.00 |
| CP | 2.50 hrs. @ | $100 | 250.00 |

**Total Professional Fees** ............................................................................................**$194,645.00**

**Expenses:**

| | | |
|---|---|---:|
| Airfare | $ | 3,272.72 |
| Ground Transportation / Auto Expense | | 15.00 |
| Lodging | | 4,837.70 |
| Meals | | 93.34 |
| Per Diems | | 986.00 |
| Research | | 165.59 |

**Total Expenses**..................................................................................................**$9,370.35**

**Total Amount Due for September Services and Expenses** ......................................**$204,015.35**

Navigant Consulting, Inc. Project No.: 113758                                Invoice No.: 227055

Outstanding Invoices:

| Inv No. | 222436 | August 22, 2007 | $208,116.54 |
| Inv No. | 225327 | September 26, 2007 | 210,152.54 |

Total Outstanding Invoices ................................................................................................ $418,269.08

Total Amount Due For September Services, Expenses and Outstanding Invoices .. $622,284.43

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 227055



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 9/13/2007 | 4.50 | Reviewed expert reports for estimation analysis. |
| CANTOR, ROBIN | 9/14/2007 | 1.50 | Reviewed expert reports for estimation analysis. |
| CHAMBERS. LETITIA | 9/4/2007 | 2.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/5/2007 | 6.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/6/2007 | 4.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/7/2007 | 5.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/10/2007 | 8.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/11/2007 | 4.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/12/2007 | 6.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/13/2007 | 9.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/14/2007 | 3.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/17/2007 | 7.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/18/2007 | 5.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/19/2007 | 4.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/20/2007 | 6.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/21/2007 | 3.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/24/2007 | 10.00 | Analysis and rebuttal of other expert reports. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 9/25/2007 | 11.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/26/2007 | 1.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/28/2007 | 1.50 | Analysis and rebuttal of other expert reports. |
| CLANCY, SIOBAHN | 9/24/2007 | 2.75 | Meeting with Supervisor |
| CLANCY, SIOBAHN | 9/25/2007 | 7.25 | Working on compilation of site facts |
| CLANCY, SIOBAHN | 9/27/2007 | 0.50 | Meeting with Supervisor |
| FARRELL, RICHARD | 9/4/2007 | 7.00 | Analysis of Grace media coverage. |
| FARRELL, RICHARD | 9/5/2007 | 5.00 | Analysis of Grace media coverage. |
| FARRELL, RICHARD | 9/6/2007 | 5.00 | Analysis of Grace media coverage. |
| FARRELL, RICHARD | 9/7/2007 | 4.00 | Analysis of Grace media coverage. |
| FARRELL, RICHARD | 9/20/2007 | 1.00 | Research and analysis of EPA report |
| FARRELL, RICHARD | 9/21/2007 | 2.00 | Research and analysis of EPA report |
| FARRELL, RICHARD | 9/24/2007 | 2.00 | Research and analysis of EPA report |
| FARRELL, RICHARD | 9/25/2007 | 0.50 | Research and analysis of EPA report |
| FRAGALE, MATTHEW | 9/24/2007 | 4.00 | Audited rebuttal analyses |
| FRAGALE, MATTHEW | 9/24/2007 | 4.00 | Prepared list of materials considered |
| FUNG, JOANNE | 9/5/2007 | 3.00 | Reviewed rebuttal draft. Made recommendations to rebuttal draft. |
| FUNG, JOANNE | 9/6/2007 | 9.00 | Reviewed expert report. RE-Programmed spreadsheet. |
| FUNG, JOANNE | 9/10/2007 | 2.00 | Re-programmed spreadsheet. Reviewed Rebuttal Report. |
| FUNG, JOANNE | 9/11/2007 | 7.00 | Reviewed expert materials. Programmed SAS Chi Test. |
| FUNG, JOANNE | 9/12/2007 | 3.50 | Reviewed/edited rebuttal report. Reviewed expert materials. |
| FUNG, JOANNE | 9/13/2007 | 3.50 | Reviewed/made comments on rebuttal report. Programmed SAS. Reviewed expert materials. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FUNG, JOANNE | 9/14/2007 | 3.00 | Reviewed expert materials. Reviewed rebuttal report draft. |
| FUNG, JOANNE | 9/17/2007 | 1.00 | Reviewed rebuttal draft. Prepared spreadsheet for audit. |
| FUNG, JOANNE | 9/19/2007 | 4.00 | Reviewed expert materials. |
| FUNG, JOANNE | 9/20/2007 | 3.00 | Reviewed and corrected rebuttal draft. Reviewed expert materials. |
| FUNG, JOANNE | 9/21/2007 | 3.00 | Made changes to draft rebuttal report. Helped Matt with spreadsheet audit. Reviewed expert materials. |
| FUNG, JOANNE | 9/23/2007 | 3.00 | Put together work paper and materials. Programmed spreadsheet. |
| FUNG, JOANNE | 9/24/2007 | 8.00 | Reviewed rebuttal report. Made corrections to rebuttal report. |
| FUNG, JOANNE | 9/25/2007 | 12.50 | Programmed spreadsheet. Reviewed rebuttal draft. Corrected rebuttal draft. Put together Materials Considered. |
| HLAVIN, ANDREW | 9/6/2007 | 1.00 | Review matching summaries. |
| HLAVIN, ANDREW | 9/24/2007 | 1.00 | Update tables for report. |
| HLAVIN, ANDREW | 9/25/2007 | 2.00 | Audit tables for report. |
| HOREWITZ, JESSICA | 9/24/2007 | 1.25 | Reviewed draft report. |
| HOREWITZ, JESSICA | 9/25/2007 | 5.25 | Reviewed draft report. |
| LYMAN, MARY | 9/4/2007 | 1.25 | Worked on rebuttal report and project administration |
| LYMAN, MARY | 9/5/2007 | 0.50 | Staff discussions and project administration |
| LYMAN, MARY | 9/7/2007 | 4.25 | Project administration and work on rebuttal report |
| LYMAN, MARY | 9/10/2007 | 8.00 | Worked on rebuttal report |
| LYMAN, MARY | 9/11/2007 | 5.00 | Worked on rebuttal report; project administration |
| LYMAN, MARY | 9/12/2007 | 6.50 | Worked on rebuttal report |
| LYMAN, MARY | 9/13/2007 | 3.50 | Worked on rebuttal report |
| LYMAN, MARY | 9/14/2007 | 6.50 | Worked on rebuttal report |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 9/18/2007 | 0.25 | Project administration |
| LYMAN, MARY | 9/19/2007 | 5.50 | Conference call with counsel; worked on rebuttal report |
| LYMAN, MARY | 9/20/2007 | 8.75 | Worked on rebuttal report. |
| LYMAN, MARY | 9/21/2007 | 8.50 | Conference call with counsel; worked on rebuttal report |
| LYMAN, MARY | 9/24/2007 | 12.00 | Worked on rebuttal report |
| LYMAN, MARY | 9/25/2007 | 12.00 | Worked on and transmitted rebuttal report, materials considered |
| LYMAN, MARY | 9/26/2007 | 2.75 | Forwarded and downloaded other expert reports, began reviewing; project administration |
| LYMAN, MARY | 9/27/2007 | 2.00 | Reviewed other expert reports |
| LYMAN, MARY | 9/28/2007 | 0.25 | Project administration |
| MCGRATH, PATRICK J. | 9/19/2007 | 3.25 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/20/2007 | 4.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/21/2007 | 0.75 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/24/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/25/2007 | 2.75 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/26/2007 | 3.25 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/27/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCINTIRE, JAMES | 9/4/2007 | 6.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/5/2007 | 12.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/6/2007 | 9.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/7/2007 | 4.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/8/2007 | 5.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/9/2007 | 4.50 | Work on rebuttal report |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 9/10/2007 | 5.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/11/2007 | 3.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/18/2007 | 1.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/19/2007 | 1.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/21/2007 | 0.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/22/2007 | 2.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/23/2007 | 4.75 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/24/2007 | 7.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/25/2007 | 9.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/26/2007 | 1.50 | Review expert supplemental reports |
| MCINTIRE, JAMES | 9/27/2007 | 1.75 | Review expert supplemental reports |
| MCINTIRE, JAMES | 9/28/2007 | 1.50 | Review expert supplemental reports |
| MHATRE, ARCHANA | 9/4/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/5/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/6/2007 | 9.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/7/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/10/2007 | 11.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/11/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/12/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/13/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/14/2007 | 6.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/17/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/18/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/19/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/20/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/21/2007 | 6.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/24/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/25/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/26/2007 | 8.00 | Data Analysis & Reporting. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 9/27/2007 | 8.00 | Data Analysis & Reporting. |
| PADUCH, CHRISTINE | 9/6/2007 | 0.50 | W.R. Grace media research. |
| PADUCH, CHRISTINE | 9/20/2007 | 1.00 | Track EPA report and supporting materials. |
| PADUCH, CHRISTINE | 9/21/2007 | 0.50 | Track EPA report and supporting materials. |
| PADUCH, CHRISTINE | 9/24/2007 | 0.50 | Track EPA report and supporting materials. |
| SIRGO, JORGE | 9/4/2007 | 5.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 9/5/2007 | 5.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 9/6/2007 | 1.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 9/7/2007 | 1.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 9/10/2007 | 1.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/11/2007 | 3.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/12/2007 | 6.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/13/2007 | 6.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/14/2007 | 4.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/17/2007 | 7.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/18/2007 | 7.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/21/2007 | 5.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/24/2007 | 4.50 | Assist with rebuttal report. |
| SIRGO, JORGE | 9/25/2007 | 4.50 | Assist with rebuttal report. |
| SIRGO, JORGE | 9/26/2007 | 4.00 | Review other expert reports. |
| SIRGO, JORGE | 9/27/2007 | 3.50 | Review other expert reports. |
| SIRGO, JORGE | 9/28/2007 | 3.50 | Review other expert reports. |