# Navigant Consulting, Inc. Invoice
# October 2007



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

November 19, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - October 2007*

**Professional Fees:**
| | | |
|---|---|---:|
| LC | 57.50 hrs. @ $550 | $31,625.00 |
| PM | 17.50 hrs. @ $400 | 7,000.00 |
| RF | 9.50 hrs. @ $350 | 3,325.00 |
| ML | 32.00 hrs. @ $325 | 10,400.00 |
| JM | 54.75 hrs. @ $325 | 17,793.75 |
| JS | 28.00 hrs. @ $270 | 7,560.00 |
| AM | 151.00 hrs. @ $200 | 30,200.00 |
| JF | 52.00 hrs. @ $200 | 10,400.00 |
| SC | 3.50 hrs. @ $120 | 420.00 |

**Total Professional Fees** ............................................................................................. $118,723.75

**Expenses:**
| | | |
|---|---:|---:|
| Airfare | $ | 1,038.80 |
| Lodging | | 1,369.44 |
| Overnight Delivery/Courier | | 73.79 |
| Per Diems | | 174.00 |
| Research | | 114.50 |

**Total Expenses** ........................................................................................................... **$2,770.53**

**Total Amount Due for October Services and Expenses** ......................................... $121,494.28

**Outstanding Invoices:**
| | | | |
|---|---|---|---:|
| Inv No. | 222436 | August 22, 2007 | 208,116.54 |
| Inv No. | 225327 | September 26, 2007 | 210,152.54 |
| Inv No. | 227055 | October 22, 2007 | 204,641.20 |

**Total Outstanding Invoices** ....................................................................................... **$622,910.28**

**Total Amount Due For October Services, Expenses and Outstanding Invoices** ....... $744,404.56

Navigant Consulting, Inc. Project No.: 113758                          Invoice No.: 230057



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 10/1/2007 | 2.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/4/2007 | 6.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/9/2007 | 1.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/10/2007 | 5.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/11/2007 | 3.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/12/2007 | 2.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/15/2007 | 4.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/18/2007 | 3.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/24/2007 | 1.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/25/2007 | 4.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/26/2007 | 6.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/29/2007 | 4.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/30/2007 | 9.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/31/2007 | 5.50 | Analysis and rebuttal of other expert reports. |
| CLANCY, SIOBAHN | 10/3/2007 | 1.75 | 11 sites updated |
| CLANCY, SIOBAHN | 10/5/2007 | 0.75 | Fixing excel file to incorporate 11 sites, and research for Fusrap site |
| CLANCY, SIOBAHN | 10/9/2007 | 1.00 | Research for Fusrap percentage |
| FARRELL, RICHARD | 10/9/2007 | 1.00 | Identify GAO Report on Asbestos Clean-up; initial assessment and communication |



NAVIGANT CONSULTING

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FARRELL, RICHARD | 10/10/2007 | 1.00 | Research regarding GAO Asbestos clean-up report and implications for claims |
| FARRELL, RICHARD | 10/15/2007 | 5.00 | Review GAO report on hazardous materials and EPA; initiate draft of memo |
| FARRELL, RICHARD | 10/16/2007 | 2.50 | Finalize and transmit memo concerning GAO report on EPA handling of Libby-related sites |
| FUNG, JOANNE | 10/5/2007 | 2.50 | Reviewed Biggs supplemental report/materials. |
| FUNG, JOANNE | 10/8/2007 | 1.00 | Reviewed Biggs' work papers. |
| FUNG, JOANNE | 10/9/2007 | 2.50 | Reviewed expert rebuttal report (Stallard). Browsed expert work materials. |
| FUNG, JOANNE | 10/17/2007 | 2.00 | Reviewed expert report. Wrote summary report of Biggs/Stallard. |
| FUNG, JOANNE | 10/18/2007 | 7.50 | Reviewed expert rebuttal reports. Drafted memo to summarize changes in reports. |
| FUNG, JOANNE | 10/25/2007 | 9.00 | Put together and gathered materials for briefing binder. |
| FUNG, JOANNE | 10/26/2007 | 1.00 | Added contents to briefing binder. Reviewed potential contents of briefing binder. |
| FUNG, JOANNE | 10/29/2007 | 8.50 | Assembled briefing binder for briefing(s). Attended briefing session. |
| FUNG, JOANNE | 10/30/2007 | 10.00 | Reviewed expert materials. Prepared for briefing session. Added to briefing binders. |
| FUNG, JOANNE | 10/31/2007 | 8.00 | Participated in briefing session. Finished and sent off briefing binders. |
| LYMAN, MARY | 10/1/2007 | 1.00 | Discussions with staff; project administration |
| LYMAN, MARY | 10/3/2007 | 2.50 | Project administration, reviewed rebuttal reports and materials |
| LYMAN, MARY | 10/4/2007 | 1.50 | Reviewed rebuttal reports and materials; project administration |
| LYMAN, MARY | 10/5/2007 | 2.50 | Reviewed rebuttal reports and materials; phone con. |
| LYMAN, MARY | 10/9/2007 | 1.00 | Document review, project administration |



**NAVIGANT CONSULTING**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 10/10/2007 | 0.25 | Project administration |
| LYMAN, MARY | 10/11/2007 | 2.75 | Conference call with counsel; prepared and sent additional workpapers |
| LYMAN, MARY | 10/12/2007 | 5.50 | Worked on reliance materials request; project administration |
| LYMAN, MARY | 10/15/2007 | 2.50 | Worked on production to plaintiffs |
| LYMAN, MARY | 10/17/2007 | 0.75 | Worked on production to plaintiffs |
| LYMAN, MARY | 10/18/2007 | 0.25 | Call with counsel |
| LYMAN, MARY | 10/22/2007 | 0.25 | Project administration |
| LYMAN, MARY | 10/23/2007 | 1.00 | Calls; begin organizing briefing material |
| LYMAN, MARY | 10/24/2007 | 0.50 | Organizing briefing material |
| LYMAN, MARY | 10/25/2007 | 1.25 | Organizing briefing material |
| LYMAN, MARY | 10/29/2007 | 0.75 | Team meeting |
| LYMAN, MARY | 10/30/2007 | 6.25 | Staff discussion, preparation of briefing material |
| LYMAN, MARY | 10/31/2007 | 1.50 | Staff discussions, work on briefing materials, project administration |
| MCGRATH, PATRICK J. | 10/4/2007 | 1.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/5/2007 | 1.00 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/7/2007 | 2.25 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/8/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/22/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/23/2007 | 3.25 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/24/2007 | 7.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/30/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCGRATH, PATRICK J. | 10/31/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCINTIRE, JAMES | 10/1/2007 | 2.50 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/2/2007 | 1.75 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/3/2007 | 2.00 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/4/2007 | 1.50 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/5/2007 | 2.50 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/8/2007 | 2.25 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/10/2007 | 1.25 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/11/2007 | 2.50 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/12/2007 | 2.00 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/15/2007 | 2.25 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/16/2007 | 1.50 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/17/2007 | 1.75 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/18/2007 | 2.00 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/22/2007 | 3.50 | Review expert materials and deposition prep |
| MCINTIRE, JAMES | 10/23/2007 | 6.00 | Review expert materials and deposition prep |
| MCINTIRE, JAMES | 10/24/2007 | 8.50 | Deposition support and 1/2 travel time back to WA |
| MCINTIRE, JAMES | 10/25/2007 | 0.50 | Scheduling and administration |
| MCINTIRE, JAMES | 10/26/2007 | 0.50 | Scheduling and administration |
| MCINTIRE, JAMES | 10/29/2007 | 2.50 | Review expert materials and deposition preparation |
| MCINTIRE, JAMES | 10/30/2007 | 3.00 | Review expert materials and deposition preparation |



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 10/31/2007 | 4.50 | Review expert materials and deposition preparation |
| MHATRE, ARCHANA | 10/4/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/5/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/8/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/9/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/10/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/11/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/12/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/15/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/16/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/17/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/18/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/19/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/22/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/23/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/24/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/25/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/26/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/29/2007 | 5.50 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/30/2007 | 5.50 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/31/2007 | 8.00 | Data Analysis & Reporting. |
| SIRGO, JORGE | 10/1/2007 | 3.00 | Review expert reports. |
| SIRGO, JORGE | 10/2/2007 | 2.50 | Review expert reports. |
| SIRGO, JORGE | 10/3/2007 | 2.00 | Review expert reports. |
| SIRGO, JORGE | 10/4/2007 | 2.50 | Review expert reports. |
| SIRGO, JORGE | 10/5/2007 | 2.50 | Review expert reports. |
| SIRGO, JORGE | 10/8/2007 | 3.00 | Review expert reports. |
| SIRGO, JORGE | 10/9/2007 | 1.50 | Review expert reports. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 10/22/2007 | 2.50 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/23/2007 | 1.50 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/24/2007 | 2.00 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/25/2007 | 1.50 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/26/2007 | 2.00 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/29/2007 | 1.50 | Assist with preparation for depositions. |