**EXHIBIT 1**

# BMC Group

WR GRACE

Monthly Invoice

## July 2007 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/2/2007 | 1.5 | $315.00 | Prepare Omni 14 and 16 spreadsheets, process memo and docs for audit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/3/2007 | 0.6 | $126.00 | Analysis of M Rosenberg e-mail re data extract for add'l Anderson claims (.1); prepare e-mail to G Kruse re M Rosenberg data extract request (.1); analysis of data extract from G Kruse and revise for M Rosenberg (.3); prepare e-mail to M Rosenberg re data extract for add'l Anderson claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/3/2007 | 1.0 | $210.00 | Review of Omni 1, 2 and 3 audit results from L Jumilla |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/4/2007 | 1.8 | $378.00 | Analysis of e-mail from L Jumilla re Omni 4 and 5 audit complete (.1); prepare e-mail to L Jumilla re Omni 6-11, 14 and 16 audits (.8); review of Omni 4 and 5 audit results (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/5/2007 | 2.5 | $525.00 | Analysis of Omni 2 re asbestos pd claims (1.0); analysis of docket re orders reclassifying claims (1.0); revise b-Linx re claim flags for reclassified pd claims (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/6/2007 | 4.3 | $903.00 | Analysis of docket re orders for claims affecting asbestos pd claims (1.5); analysis of orders to audit b-Linx data re asbestos pd claims (2.0); revise b-Linx re audit results of asbestos pd orders (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/9/2007 | 3.0 | $630.00 | Analysis of order 11394 re audit of b-Linx data for asbestos pd claims (2.0); revise b-Linx re audit results of order 11394 (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/9/2007 | 2.0 | $420.00 | Analysis of order 11003 re audit of b-Linx data for asbestos pd claims (1.2); revise b-Linx re audit results of order 11003 (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2007 | 2.0 | $420.00 | Review Omni 6-11 audit results from L Jumilla |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2007 | 0.8 | $168.00 | Prepare e-mail to M Grimmett, G Kruse re Omni 2 upload of audit results (.2); analysis of e-mails from M Grimmett re Omni 2 upload results (.2); review of Omni 2 upload results (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/13/2007 | 0.4 | $84.00 | Analysis order 16270 (.2); revise b-Linx re order 16270 and impact on claim (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/16/2007 | 4.5 | $945.00 | Analysis of e-mail from L Sinyanyan re 2nd Qtr 10-Q disclosure of claim counts (.2); analysis of Omni 2 audit upload re claims with  issues with Order and Motion (1.0); analysis of b-Linx re claims with Motion/Order issues (1.3); revise b-Linx re Omni 2 audit of claims with Motion/Order issues (.8); analysis of Orders re claims with Motion/Order issues (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/17/2007 | 6.0 | $1,260.00 | Analysis of responses re City of Cambridge claims for Omni 2 (.4); analysis of S Herrschaft historical files re Omni 2 order exhibit preparation (.9); prepare list of Omni 2 order analysis results (.7); analysis of Omni 15 audit update results from G Kruse (1.0); review b-Linx and Omni 15 orders re audit update results (2.0); revise b-Linx re Omni 15 Motion/Order audit review (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/19/2007 | 0.3 | $58.50 | Calls from (.1) and to (.2) M Araki to review claims updates and objections |

|  | Asbestos Claims Total: | 30.7 | $6,442.50 |
|--|------------------------|------|-----------|

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## July 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/2/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) as needed to all new case correspondence including all new electronic mail from Court |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/2/2007 | 0.3 | $28.50 | Review Court docket report for any updates to case or claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/2/2007 | 1.0 | $210.00 | Analysis of e-mail from A Johnson re request for pdfs of claims (.1); analysis of files re pdfs requested (.3); prepare e-mail to A Johnson re pdfs of claims requested (.2); prepare e-mail to L Jumilla re Omni 4 and 5 audit (.3); e-mail from L Jumilla re Omni 4 exhibit (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/3/2007 | 0.3 | $28.50 | Read (.1) and respond (.2) as needed to all new case correspondence |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/3/2007 | 0.5 | $47.50 | Provide detailed review of Court docket report to ensure all claim updates are current |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/5/2007 | 0.7 | $147.00 | E-mails to/from S Cho re publication notices for sale publications (.2); telephone to advertising agency re publication notice status (.2); analysis of fax from ad agency re publication notice (.1); e-mail from/to B Max re status of Baltimore Gas & Electric, referral to Rust Consulting (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/6/2007 | 0.5 | $47.50 | Review Court docket report for any updates to case |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/6/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) as needed to all new case correspondence |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/6/2007 | 0.2 | $22.00 | Review (.1) and reply (.1) to e-mails and correspondence re claims review/reconciliation |
| LILIANA ANZALDO - CAS | | $45.00 | 7/9/2007 | 0.1 | $4.50 | Process 1 piece returned mail - Non-COA |
| LUCINA SOLIS - CAS | | $45.00 | 7/9/2007 | 0.1 | $4.50 | Identify COA returned mail for further processing |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/9/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/10/2007 | 0.2 | $22.00 | Conference call team update on status |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/10/2007 | 0.3 | $45.00 | Weekly case status conference call |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/10/2007 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence as needed, including request from Call Center re inquiry from transfer agent |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/10/2007 | 0.4 | $38.00 | Review Court docket report for any updates to case |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/10/2007 | 1.7 | $357.00 | Weekly team call with S Cohen, A Dalsass, A Wick (.2); analysis of e-mail from L Ruppaner re Court docket update (.1); analysis of pleadings from L Ruppaner e-mail (.4); analysis of Court docket re pleadings affecting claims and case status (1.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/10/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/10/2007 | 0.2 | $22.00 | Status call led by M Araki re pending issuesf |
| BRIANNA TATE - CAS | | $45.00 | 7/11/2007 | 0.1 | $4.50 | Telephone with Pam Richard at (504) 299-2926 re status of their claims |
| JEFF MILLER - SR_MANAGER | | $210.00 | 7/11/2007 | 1.1 | $231.00 | Review weekly case docket and related filings to detemine impact to claims per L Ruppaner e-mail |

EXHIBIT 1

# BMC Group
### WR GRACE
Monthly Invoice

## July 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/11/2007 | 2.4 | $504.00 | Analysis of e-mail from A Wick re change of address for NI Industries (.1); analysis of e-mail from L Ruppaner re new Court docket filings (.2); analysis of new pleadings from L Ruppaner e-mail (.8); analysis of new Court docket re other pleadings affecting claims (1.3) |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/12/2007 | 0.2 | $55.00 | Case status update |
| JEFF MILLER - SR_MANAGER | | $210.00 | 7/12/2007 | 2.7 | $567.00 | Review case status and non-asbestos and PD claims reconciliation reporting |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/12/2007 | 0.5 | $47.50 | Provide detailed review of Court docket report on this date |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2007 | 0.5 | $105.00 | Telephone from S Fritz re quarterly fee payment (.1); analysis of fee app order re quarterly fees approved (.3); telephone to S Fritz re quarterly fee payment should be forthcoming (.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 7/13/2007 | 2.5 | $525.00 | Review case docket for the week per report sent by L Ruppaner (1.5); confirm claims updates required (1.0) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 7/13/2007 | 2.3 | $483.00 | Audit updated claims reconciliation reports for non-asbestos and PD claims after updates made by S Cohen |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/13/2007 | 0.9 | $85.50 | Provide detailed review of Court docket report (.6); prepare memo to J Miller, M Araki, S Cohen and S Kjontvedt re new pleadings filed (.3) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/13/2007 | 0.5 | $47.50 | Review new pleadings filed on Court docket report |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/13/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new correspondence as needed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/13/2007 | 2.1 | $441.00 | Analysis of e-mail from L Ruppaner re new Court docket and filings (.3); analysis of new pleadings in L Ruppaner e-mail (1.0); analysis of Court docket re other pleadings affecting claims (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/13/2007 | 0.2 | $22.00 | Review (.1) and reply (.1) to e-mails and correspondence re claims review/reconciliation |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/16/2007 | 0.6 | $57.00 | Review Court docket report (.4); retreive any new pleadings or orders related to claims (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/16/2007 | 0.1 | $19.50 | Prepare returned mail summary for week 7/09-7/13/07 |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/17/2007 | 0.2 | $30.00 | Weekly project team conference call re case status |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/17/2007 | 0.5 | $47.50 | Weekly conference call to discuss status of case and any upcoming projects |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/17/2007 | 3.0 | $630.00 | Analysis of J Miller e-mail re F7 report for 2nd Qtr 10Q (.1); analysis of L Sinyanyan e-mail re asbestos pd numbers for 10Q 2nd Qtr (.3); analysis of Court docket re latest orders (1.0); cross check b-Linx for 10Q verification (.8); prepare e-mail to M Rosenberg re possible items included in his count (.4); weekly team call (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/17/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims reconciliation/objection management |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/17/2007 | 0.2 | $22.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/17/2007 | 0.2 | $28.00 | Weekly team status call |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/18/2007 | 0.3 | $60.00 | Discuss case status with J Miller |
| JEFF MILLER - SR_MANAGER | | $210.00 | 7/18/2007 | 3.6 | $756.00 | Reconcile Non-Asbestos and Property Damage claims for 10-Q reporting |

EXHIBIT 1

# BMC Group
WR GRACE

Monthly Invoice

## July 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/18/2007 | 1.5 | $142.50 | Perform detailed review of Court docket (.5); review new motions or orders related to claims or case status (.7); prepare report of findings to J Miller, M Araki, S Cohen and S Kjontvedt (.3) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/18/2007 | 0.4 | $38.00 | Read (.2) and respond (.2) to all new case correspondence as needed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2007 | 2.7 | $567.00 | Analysis of e-mails from M Rosenberg re 10Q numbers and orders included in his count (.5); analysis of claims referenced in M Rosenberg e-mails and related orders (1.0); analysis of active pd claims (.6); revise b-Linx re revising category for recent claim from Rust Consulting (.2); prepare e-mail to M Rosenberg re revised active asbestos pd claim count (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2007 | 3.3 | $693.00 | Analysis of e-mail from M Rosenberg re confirmation of active asbestos pd count for 10Q (.1); prepare e-mail to M Rosenberg re list of inactive asbestos pd claims (.1); analysis of M Rosenberg extract of inactive/active claims to confirm 10Q count of inactives and actives (1.9); analysis of orders re claims 7028 and 2785 (.3); revise b-Linx re claims 7028 and 2785 (.3); prepare e-mail to L Sinyanyan re b-Linx/M Rosenberg compare, resolution, revised 10Q paragraph (.3); analysis of e-mail from L Sinyanyan re confirmation of revised 10Q numbers and resolved claim info (.2); prepare e-mail to L Sinyanyan re resolved claim info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2007 | 1.5 | $315.00 | Analysis of Court docket and orders re claims for 10Q reconciliation (.7); review b-Linx re claims for 10Q reconciliation (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/18/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/19/2007 | 0.1 | $27.50 | Case status update |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/19/2007 | 0.8 | $76.00 | Provide detailed review of Court docket report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2007 | 0.6 | $126.00 | Analysis of e-mail from J Miller re final 10K numbers for L Sinyanyan (.1); analysis of final report (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/20/2007 | 0.7 | $147.00 | Analysis of e-mail from K Davis re no claims to process (.1); analysis of e-mails from L Sinyanyan re City of Cambridge supplement (.2); analysis of b-Linx re City of Cambridge claims (.1); prepare e-mail to K Davis/L Sinyanyan re City of Cambridge previously amended claims (.1); analysis of draft July invoice from S Fritz (.1); prepare e-mail to S Fritz re corrections to draft July invoice (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/20/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| BRIANNA TATE - CAS | | $45.00 | 7/23/2007 | 0.1 | $4.50 | Telephone with Pia of Sierra Capital at (888) 622-1144 re returned call |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2007 | 0.2 | $42.00 | Analysis of e-mail from K Davis re City of Cambridge supplement (.1); telephone from K Hoffman/Imperial Bank re claim (.1) |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/24/2007 | 2.7 | $540.00 | Revisions to stipulation and order review forms |
| LILIANA ANZALDO - CAS | | $45.00 | 7/24/2007 | 0.1 | $4.50 | Process 1 piece returned mail - Non-COA |
| LILIANA ANZALDO - CAS | | $45.00 | 7/24/2007 | 0.1 | $4.50 | Identify COA and non-COA returned mail for further processing |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## July 2007 -- Case Administration

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | $110.00 | 7/25/2007 | 0.4 | $44.00 | Review (.2) and reply (.2) to e-mails and correspondence re claims review/reconciliation |
| ALAN DALSASS - DIRECTOR | $275.00 | 7/26/2007 | 0.1 | $27.50 | Case status update |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 7/26/2007 | 0.9 | $85.50 | Review Court docket report and retrieve all new orders and any items impacting claims or the Master Mailing List |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 7/26/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) as needed to all new case correspondence |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/26/2007 | 0.7 | $147.00 | Analysis of e-mail from L Ruppaner re new Court docket (.1); brief review of pleadings from L Ruppaner (.5); prepare e-mail to J Miller re new pleadings filed (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 7/26/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/27/2007 | 1.7 | $357.00 | Analysis of e-mail from S Cohen re order on latest docket report (.1); analysis of order for S Cohen (.2); prepare e-mail to S Cohen re order doesn't impact claims (.1); analysis of e-mail from L Sinyanyan re draft 10-Q (.1); analysis of draft 10-Q re highlighted paragraphs (.3); prepare e-mail to M Rosenberg re draft 10-Q highlighted pages (.1); analysis of e-mail from M Rosenberg re draft 10-Q (.1); analysis of May docket re conference referred to in draft 10-Q (.4); prepare e-mail to L Sinyanyan re draft 10-Q, highlighted paragraphs, explanation of asbestos pd numbers, suggested revision (.3) |
| MIKE BOOTH - MANAGER | $165.00 | 7/27/2007 | 0.2 | $33.00 | Discussion with S Cohen re new claim/objection issues requiring higher-level analysis outside normal scope of review |
| MIKE BOOTH - MANAGER | $165.00 | 7/27/2007 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| MYRTLE JOHN - MANAGER | $195.00 | 7/27/2007 | 0.1 | $19.50 | Discussion with S Cohen re protocol for updating claims objections and order "dismissing" objections |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 7/27/2007 | 0.2 | $22.00 | Discussion with M Booth re new claim/objection issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 7/27/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| ALAN DALSASS - DIRECTOR | $275.00 | 7/31/2007 | 0.3 | $82.50 | Weekly team status call |
| GUNTHER KRUSE - CONSULT_DATA | $150.00 | 7/31/2007 | 0.3 | $45.00 | Case status conference call with project team |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 7/31/2007 | 1.0 | $95.00 | Begin reviewing Court docket for the month of July and ensure that all orders, motions and certifications of counsel impacting claims have been retrieved for further review |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 7/31/2007 | 1.1 | $104.50 | Finish reviewing Court docket for the month of July and ensure that all orders, motions and certifications of counsel impacting claims have been retrieved for further review |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 7/31/2007 | 0.3 | $28.50 | Team conference call to discuss case projects and related deadlines if any |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 7/31/2007 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/31/2007 | 0.3 | $63.00 | Weekly team call re case status |

# BMC Group

WR GRACE

Monthly Invoice

## July 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/31/2007 | 0.2 | $22.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/31/2007 | 0.3 | $42.00 | Weekly team status call |
| | Case Administration Total: | | | 56.3 | $9,964.00 | |

## July 2007 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/1/2007 | 1.0 | $175.00 | Update claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/1/2007 | 1.4 | $245.00 | Work on claim data change tracking/audit reports |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/2/2007 | 0.2 | $22.00 | Review weblog data including page count (.1); convert data to database (.1) (PI) |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/2/2007 | 0.2 | $22.00 | Review weblog data including page count (.1); convert data to database (.1) |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/2/2007 | 2.3 | $460.00 | Review (1.3) and comment (1.0) on stipulation/order updates for DDRT |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/2/2007 | 0.9 | $157.50 | Audit claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/2/2007 | 1.3 | $227.50 | Revise claim data change tracking/audit reports |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/3/2007 | 1.0 | $150.00 | Prepare data extract of asbestos pd questionnaire responses for selected claims as per M Araki request |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/5/2007 | 3.3 | $660.00 | Review (1.3) and revise (2.0) objection and stipulation update reports |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/6/2007 | 3.4 | $680.00 | Revisions to data tracking reports per M Grimmett request |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/9/2007 | 2.4 | $480.00 | Continue revisions to change tracking data reports per M Grimmett request |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/9/2007 | 1.0 | $175.00 | Update claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/9/2007 | 1.4 | $245.00 | Review B Daniel revisions to change data tracking reports (.5); revise claim data change tracking/audit reports (.9) |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/10/2007 | 0.1 | $11.00 | Review change of address records prior to upload to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/10/2007 | 0.1 | $11.00 | Update returned mail records to b-Linx |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/10/2007 | 1.0 | $150.00 | Prepare report of active and inactive claims (.8); export to spreadsheet (.1); forward to S Cohen (.1) |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/10/2007 | 0.8 | $140.00 | Update claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/10/2007 | 1.3 | $227.50 | Work on claim data change tracking/audit reports to review programming revisions |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/11/2007 | 0.1 | $11.00 | Reseach record with change of address |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/11/2007 | 3.6 | $630.00 | Update WR Grace Claims Summary Report with requested changes per J Miller |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/12/2007 | 1.0 | $175.00 | Audit claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/12/2007 | 1.4 | $245.00 | Revise claim data change tracking/audit reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/12/2007 | 2.2 | $385.00 | Update Omni 2 dataset with audit results |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/12/2007 | 1.3 | $227.50 | Continue to update WR Grace Claims Summary Report with requested changes per J Miller |
| TEMEKA CURTIS - CAS | | $45.00 | 7/12/2007 | 0.2 | $9.00 | Image (.1) and attach (.1) document to claims |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## July 2007 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/13/2007 | 1.2 | $210.00 | Update (.6) and audit (.6) claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/13/2007 | 1.7 | $297.50 | Work on revised claim data change tracking/audit reports |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/16/2007 | 0.2 | $22.00 | Prepare spreadsheet report by sub type at request of S Cohen |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/16/2007 | 0.4 | $70.00 | Update claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/16/2007 | 0.7 | $122.50 | Analysis of revised programming for claim data change tracking/audit reports |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/17/2007 | 1.0 | $110.00 | Set up ODBC connection to backup (.4); create a copy of custom b-Linx and link to backup database at request of J Miller (.6) |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/17/2007 | 0.1 | $11.00 | Reformat reports to have fixed backup date 6/29/07 |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/17/2007 | 0.2 | $22.00 | Query all sub type and sub status changes since 6/30/07 at request of J Miller |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/17/2007 | 0.1 | $11.00 | Update qfrmContractList view for contracts list in b-Linx |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/17/2007 | 0.7 | $140.00 | Review change tracking report modifications |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/18/2007 | 0.2 | $22.00 | Create custom b-Linx linked to data from 6/30/07 |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/18/2007 | 0.4 | $70.00 | Review claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/18/2007 | 1.7 | $297.50 | Continue to work on claim data change tracking/audit reports |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/19/2007 | 0.8 | $160.00 | Review (.3) and revise (.5) data change reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/19/2007 | 0.4 | $70.00 | Update claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/19/2007 | 1.8 | $315.00 | Revise claim data change tracking/audit reports based on revisions to claims summary report |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/19/2007 | 1.8 | $315.00 | Update WR Grace Claims Summary Report with requested changes per J Miller |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/20/2007 | 0.7 | $66.50 | Preparation of report verifying creditor, docket, amount and objection information grouping |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/20/2007 | 0.2 | $19.00 | PI - Preparation of report verifying creditor information grouping |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/20/2007 | 0.4 | $70.00 | Review claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/20/2007 | 1.4 | $245.00 | Work on claim data change tracking/audit reports |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/23/2007 | 0.2 | $22.00 | Add custom change data tracking views, update change tracking stored procedures, add batchnbr field to multiple tables, update exec rights for b-Linx users |
| ANNA WICK - SR_ANALYST | | $110.00 | 7/23/2007 | 0.2 | $22.00 | Add custom change data tracking views, update change tracking stored procedures, add batchnbr field to multiple tables, updata exec rights for b-Linx users (PI) |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/23/2007 | 0.9 | $180.00 | Revisions to stipulation and order review reports |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/23/2007 | 1.3 | $123.50 | Review (.6) and verify (.7) creditor records reported on data integrity reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/23/2007 | 0.4 | $70.00 | Review claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 7/23/2007 | 1.4 | $245.00 | Continue to work on claim data change tracking/audit reports |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/24/2007 | 0.8 | $160.00 | Revisions to change data tracking reports |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

## July 2007 -- Data Analysis

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| BRAD DANIEL - SR_CONSULT_DATA | $200.00 | 7/25/2007 | 1.0 | $200.00 | Revise stipulation and order tracking status reports |
| JACQUELINE CONKLIN - SR_ANALYST | $95.00 | 7/25/2007 | 0.1 | $9.50 | Update returned mail records to b-Linx |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/25/2007 | 0.5 | $87.50 | Update claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/25/2007 | 2.0 | $350.00 | Work on revisions to claim data change tracking/audit reports |
| BRAD DANIEL - SR_CONSULT_DATA | $200.00 | 7/26/2007 | 0.5 | $100.00 | Revise data change tracking reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/26/2007 | 0.4 | $70.00 | Review claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/26/2007 | 1.4 | $245.00 | Test sample reports from claim data change tracking/audit reports (.6); and review (.8) |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/27/2007 | 0.6 | $105.00 | Review claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/27/2007 | 2.3 | $402.50 | Revise claim data change tracking/audit reports based on review of test samples |
| ANNA WICK - SR_ANALYST | $110.00 | 7/30/2007 | 1.0 | $110.00 | SQL database maintenance:  review logs, update tables fields, views and user defined functions |
| ANNA WICK - SR_ANALYST | $110.00 | 7/30/2007 | 1.0 | $110.00 | SQL database maintenance:  review logs, update tables fields, views and user defined functions (PI) |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/30/2007 | 0.5 | $87.50 | Update claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/30/2007 | 2.0 | $350.00 | Work on claim data change tracking/audit reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/31/2007 | 0.5 | $87.50 | Review claims liability reporting tool and reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | $175.00 | 7/31/2007 | 1.9 | $332.50 | Work on claim data change tracking/audit reports |
| | | Data Analysis Total: | 69.9 | $12,056.50 | |

## July 2007 -- Fee Applications

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/2/2007 | 3.0 | $630.00 | Continue analysis of Feb 07 billing entries for fee app compliance (1.4); continue to revise Feb 07 billing entries for fee app compliance (1.6) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/3/2007 | 3.0 | $630.00 | Continue analysis of Feb 07 billing entries for fee app compliance (.7); continue to revise Feb 07 billing entries for fee app compliance (1.0); prepare draft billing detail reports for Mar 07 (.5); begin analysis of draft reports for Mar 07 for prof billing reqts and Court imposed categories (.8) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/4/2007 | 2.5 | $525.00 | Analysis of Mar 07 billing entries for fee app compliance (1.0); revise Mar  07 billing entries for fee app compliance (1.5) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/5/2007 | 2.0 | $420.00 | Continue analysis of Mar 07 billing entries for fee app compliance (1.0); continue to revise Mar 07 billing entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/10/2007 | 2.5 | $525.00 | Continue analysis of Mar 07 billing entries for fee app compliance (1.0); continue to revise Mar 07 billing entries for fee app compliance (1.5) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/11/2007 | 2.0 | $420.00 | Continue analysis of Mar 07 billing entries for fee app compliance (1.0); continue to revise Mar 07 billing entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 7/13/2007 | 2.0 | $420.00 | Continue analysis of Mar 07 billing entries for fee app compliance (1.0); continue to revise Mar 07 billing entries for fee app compliance (1.0) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## July 2007 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2007 | 3.1 | $651.00 | Prepare draft billing detail reports for Apr 07 (.5); analysis of draft reports for Apr 07 for prof billing reqts and Court imposed categories (1.0); revise Apr 07 billing entries for fee app compliance (1.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/20/2007 | 3.5 | $735.00 | Continue analysis of draft reports for Apr 07 for prof billing reqts and Court imposed categories (1.7); continue to revise Apr 07 billing entries for fee app compliance (1.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2007 | 3.9 | $819.00 | Further analysis of draft reports for Apr 07 for prof billing reqts and Court imposed categories (1.9); continue to revise Apr 07 billing entries for fee app compliance (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/24/2007 | 4.0 | $840.00 | Continue analysis of draft reports for Apr 07 for prof billing reqts and Court imposed categories (2.0); continue to revise Apr 07 billing entries for fee app compliance (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/26/2007 | 3.0 | $630.00 | Prepare draft billing detail reports for May 07 (.5); begin analysis of draft May 07 reports for prof billing reqts and Court imposed categories (1.0); revise May 07 billing entries for fee app compliance (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/31/2007 | 2.5 | $525.00 | Continue analysis of draft May 07 reports for prof billing reqts and Court imposed categories (1.0); revise May 07 billing entries for fee app compliance (1.5) |
| | | Fee Applications Total: | | 37.0 | $7,770.00 | |

## July 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/2/2007 | 0.2 | $19.00 | Review status of all pending claim transfers and verify all information is current |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/3/2007 | 3.0 | $195.00 | Continue to audit Omni 4 Objection Exhibits vs b-Linx (1.5); edit spreadsheet re audit results (1.5) |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/3/2007 | 1.2 | $78.00 | Audit Omni 4 Objection Exhibits vs b-Linx (.6); edit spreadsheet re audit results (.6) |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/4/2007 | 3.5 | $227.50 | Continue to audit Omni 5 Objection Exhibits vs b-Linx (2.0); edit spreadsheet re audit results (1.5) |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/4/2007 | 3.0 | $195.00 | Audit Omni 5 Objection Exhibits vs b-Linx (1.5); edit spreadsheet re audit results (1.5) |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/5/2007 | 3.5 | $227.50 | Audit Omni 6 and 7 Objections Exhibits vs b-Linx (2.0); edit spreadsheet re audit results (1.5) |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/5/2007 | 3.0 | $195.00 | Audit Omni 8 Objection Exhibits vs b-Linx (1.8); edit spreadsheet re audit results (1.2) |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/5/2007 | 1.0 | $65.00 | Continue to audit Omni 8 Objection Exhibits vs b-Linx (.5); edit spreadsheet re audit results (.5) |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/6/2007 | 3.5 | $227.50 | Audit Omni 9-11 Objections Exhibits vs b-Linx (2.0); edit spreadsheet re audit results (1.5) |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/6/2007 | 3.0 | $195.00 | Audit Omni 11-12, and 14 Objections Exhibits vs b-Linx (1.70); edit spreadsheet re audit results (1.3) |
| LEMUEL JUMILLA - CAS | | $65.00 | 7/6/2007 | 1.0 | $65.00 | Audit Omni 16 Objection Exhibits vs b-Linx (.5); edit spreadsheet re audit results (.5) |

# BMC Group

WR GRACE

Monthly Invoice

## July 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/10/2007 | 0.6 | $66.00 | Initialize analysis (.3) and preparation (.2) of monthly reports; draft follow-up memos to G Kruse, L Ruppaner re same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/10/2007 | 0.4 | $44.00 | Finalize analysis (.1) and preparation (.2) of monthly reports; draft follow-up memos to K Davis re same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/16/2007 | 0.7 | $77.00 | Prepare reports of personal and real property tax claims per L Sinanyan, J Yoder requests (.4); discussion with A Wick, A Markoe, J Miller re same (.2); draft follow-up memos to J Miller, L Sinanyan, J Yoder re same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/17/2007 | 0.2 | $22.00 | Discussions with J Miller, A Wick re recent updates to claims database and analysis re same |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/18/2007 | 0.7 | $77.00 | Conference calls with J Miller, L Sinanyan re analysis of claims affected in 2nd quarter 2007 and additional analysis re same (.4); draft follow-up memos to J Miller, M Grimmett re same (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/18/2007 | 2.3 | $253.00 | Analyze claims inactivated and resolved in 2nd quarter 2007 per J Miller/L Sinanyan request (1.7); discussions with J Miller, M Grimmett re further analysis required (.4); draft follow-up memo to J Miller re same (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/19/2007 | 0.1 | $11.00 | Research claim per L Gardner request, prepare claim report re same and draft follow-up memo to L Gardner re claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/24/2007 | 1.4 | $154.00 | Discussions with J Yoder, C Walker re personal and real property tax claims (.7); prepare PDF claim images, claim reports as required (.5); draft follow-up memos to J Yoder re same (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/27/2007 | 1.6 | $176.00 | Update claim/objection data per Omni 23 Order filed (.9); draft various memos to L Sinanyan, M Booth re same (.3); follow-up discussion with L Sinanyan re additional updates required (.1); prepare claim reports per L Sinanyan request (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/27/2007 | 1.4 | $154.00 | Update claim/objection data as required pursuant to recently filed Omni Orders (1.2); follow-up discussion with M John re same (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/27/2007 | 0.7 | $77.00 | Continue to update claim data as required pursuant to recently filed Orders/Stipulations (.6); draft follow-up memo to M Araki re same (.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 7/30/2007 | 1.2 | $252.00 | Review recent case reports requested from counsel (.9); follow-up with S Cohen (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/30/2007 | 0.4 | $44.00 | Analyze State of Montana claims per L Sinanyan request (.2); prepare report and archived correspondence/documents as required (.1); draft follow-up memo to L Sinanyan re same (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/31/2007 | 0.8 | $76.00 | Review the most recent claim transfer notices listed on the Court docket (.1); prepare transfer notices and defective notice for service and filing (.3); review corresponding claims information (.2); revise b-Linx to reflect transfer information for affected claims (.2) |
| | Non-Asbestos Claims Total: | | | 38.4 | $3,172.50 | |

## July 2007 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|

EXHIBIT 1

# BMC Group
### WR GRACE
Monthly Invoice

## July 2007 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/10/2007 | 0.4 | $110.00 | Work on PIQ distribution analysis |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/17/2007 | 0.9 | $247.50 | Work on PIQ distribution analysis |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/17/2007 | 2.0 | $280.00 | Review records in preparation for deposition |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/19/2007 | 0.7 | $192.50 | Work on Declaration of Service re PIQ |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/19/2007 | 4.0 | $560.00 | Prepare POS for multiple service lists (3.8); forward same to A Basta (.2) |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/19/2007 | 0.5 | $70.00 | Call with A Dalsass re review and comments on POS |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/19/2007 | 0.5 | $70.00 | Calls with J Myers re assembling POS for PIQ service |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/20/2007 | 0.5 | $97.50 | Memos (.1) and calls (.1) from and to T Feil re tracking information for PI Questionnaire allegedly delivered to BMC 2/28/06; research logs (.2); call to S Herrschaft re PI questionnaires sent to Rust Consulting (.1) |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/23/2007 | 0.5 | $137.50 | Analysis of PIQ distribution issues |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/23/2007 | 0.4 | $38.00 | Communications with J Miller re PI Questionnaire forms (.2); search for copies sent to Rust Consulting per request from MJ John (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/23/2007 | 0.6 | $57.00 | Assist with research related to PI Questionnaire as needed per request from S Kjontvedt |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/23/2007 | 4.0 | $560.00 | Prepare for deposition |
| YVETTE KNOPP - CAS | | $90.00 | 7/23/2007 | 1.0 | $90.00 | Continue research at BMC on-site and off-site storage to locate copies of all PIQ sent to Rust Consulting per T Feil and S Kjontvedt request |
| YVETTE KNOPP - CAS | | $90.00 | 7/23/2007 | 5.0 | $450.00 | Research BMC on-site and off-site storage to locate copies of all PIQ sent to Rust Consulting per T Feil and S Kjontvedt request |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/24/2007 | 0.6 | $165.00 | Review of PIQ distribution information |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/24/2007 | 4.5 | $1,237.50 | Meeting with K&E re deposition of S Kjontvedt and BMC Group |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 7/24/2007 | 0.4 | $80.00 | Discuss POC and POI service issues with S  Kjontvedt |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/24/2007 | 3.0 | $420.00 | Meet with K&E for deposition preparation |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/24/2007 | 4.0 | $560.00 | File review for deposition preparation |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/25/2007 | 4.0 | $1,100.00 | Attend S Kjonvedt deposition |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/25/2007 | 3.6 | $990.00 | Attend S Kjonvedt deposition |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/25/2007 | 0.4 | $38.00 | Search for any original claims or original PI Questionnaires in BMC case support area |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/25/2007 | 0.1 | $19.50 | Communication with T Feil re further research for any original PI Questionnaires or proofs of claims |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/25/2007 | 0.1 | $19.50 | Memo to staff coordinating further research for any original PI Questionnaires or proofs of claims |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/25/2007 | 4.0 | $560.00 | Prepare and participate in deposition |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/25/2007 | 4.0 | $560.00 | Attend deposition re PIQ and POC distribution |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/25/2007 | 1.0 | $140.00 | Attend deposition re PIQ and POC distribution |
| ALAN DALSASS - DIRECTOR | | $275.00 | 7/26/2007 | 1.0 | $275.00 | Deposition debriefing with S Kjontvedt and K&E |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 7/30/2007 | 0.3 | $42.00 | E-mails to/from K Dahl and E Hudgens re forwarding PIQ claim received in El Segundo |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## July 2007 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 7/31/2007 | 0.5 | $47.50 | Prepare original PI Questionnaires for service and mailing to Rust Consulting (.3); prepare transmittal (.1); prepare DHL package for service (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/31/2007 | 0.2 | $39.00 | Calls from Y Knopp re original PI Questionnaires |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/31/2007 | 0.1 | $19.50 | Read and respond to memo from Y Knopp re PI Questionnaire |
| YVETTE KNOPP - CAS | | $90.00 | 7/31/2007 | 2.0 | $180.00 | Research BMC on-site and off-site storage to locate copies of all PIQ sent to Rust Consulting per T Feil and S Kjontvedt request |
| | | WRG Asbestos PI Claims Total: | | 54.8 | $9,452.50 | |
| | | July 2007 Total: | | 287.1 | $48,858.00 | |

# BMC Group
### WR GRACE
#### Monthly Invoice

| | Grand Total: | 287.1 | $48,858.00 |
|---|---|---|---|

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 7/1/2007 thru 7/31/2007

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 30.4 | $6,384.00 |
| | Total: | 30.7 | $6,442.50 |
| | | | |
| **Case Administration** | | | |
| DIRECTOR | | | |
| Alan Dalsass | $275.00 | 0.7 | $192.50 |
| CAS | | | |
| Lucina Solis | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Brianna Tate | $45.00 | 0.2 | $9.00 |
| Liliana Anzaldo | $45.00 | 0.3 | $13.50 |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 12.2 | $2,562.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.3 | $49.50 |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 3.0 | $600.00 |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 0.5 | $70.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 0.8 | $120.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 0.2 | $22.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 2.3 | $253.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 12.4 | $1,178.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 23.1 | $4,851.00 |
| | Total: | 56.3 | $9,964.00 |
| | | | |
| **Data Analysis** | | | |
| CAS | | | |
| Temeka Curtis | $45.00 | 0.2 | $9.00 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 16.1 | $3,220.00 |
| Mike Grimmett | $175.00 | 44.4 | $7,770.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 2.0 | $300.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 4.9 | $539.00 |
| Jacqueline Conklin | $95.00 | 2.3 | $218.50 |
| | Total: | 69.9 | $12,056.50 |

EXHIBIT 1

# BMC Group
WR GRACE
Professional Activity Summary
Date Range: 7/1/2007 thru 7/31/2007

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 37.0 | $7,770.00 |
| | Total: | 37.0 | $7,770.00 |
| **Non-Asbestos Claims** | | | |
| CAS | | | |
| Lemuel Jumilla | $65.00 | 25.7 | $1,670.50 |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 1.2 | $252.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 10.5 | $1,155.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 1.0 | $95.00 |
| | Total: | 38.4 | $3,172.50 |
| **WRG Asbestos PI Claims** | | | |
| DIRECTOR | | | |
| Alan Dalsass | $275.00 | 16.2 | $4,455.00 |
| CAS | | | |
| Yvette Knopp | $90.00 | 8.0 | $720.00 |
| MANAGER | | | |
| Myrtle John | $195.00 | 1.0 | $195.00 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 0.4 | $80.00 |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 27.3 | $3,822.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 1.9 | $180.50 |
| | Total: | 54.8 | $9,452.50 |
| | Grand Total: | 287.1 | $48,858.00 |

EXHIBIT 1