# EXHIBIT 2

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**206/516-3300**

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070731**

**Period Ending 7/31/2007**

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Conference Call | $55.81 |
| Document Storage | $510.40 |
| Phone/ISP | $13.45 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $136.48 |
| **Total** | **$2,166.14** |

***Tax ID #:*** ***52-2083477***

BMC GROUP

WR GRACE
EXPENSE DETAIL

JULY 2007

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070731 | WR Grace | BMC, BMC | BMC | $350.00 | 07/31/07 | B-linx User Fee | B-linx User Fee |
| 21_070731 | WR Grace | BMC, BMC | BMC | $850.00 | 07/31/07 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070731 | WR Grace | BMC, BMC | BMC | $250.00 | 07/31/07 | Website Hosting | Website Hosting |
| 21_070731 | WR Grace | BMC10, bmc | BMC | $510.40 | 07/31/07 | Document Storage | 333 boxes |
| 21_070731 | WR Grace | BMC10, bmc | BMC | $136.48 | 07/31/07 | Website Storage/Traffic | website traffic - 66 docs |
| 21_070731 | WR Grace | BMC, BMC | Conference Call.com | $55.81 | 07/31/07 | Conference Call | June conference calls |
| 21_070731 | WR Grace | Daniel, Brad | Verizon | $13.45 | 07/20/07 | Phone/ISP | Cell phone usage, 6/17 - 7/16 |
| | | | | $2,166.14 | | | |

EXHIBIT 2