IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 17346)

On November 13, 2007, Buchanan Ingersoll & Rooney PC, ("Buchanan"), co-counsel to the Official Committee of Equity Holders, filed its Twenty-Sixth Quarterly Fee Application of Buchanan Ingersoll & Rooney, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2007 through September 30, 2007 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 3, 2007. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Buchanan respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By  /s/ Teresa K.D. Currier
　　　Teresa K. D. Currier (No. 3080)
　　　The Brandywine Building
　　　1000 West St. - Suite 1410
　　　Wilmington, DE 19801

　　　-and-

KRLS/Wilm 58748v1

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
 Philip Bentley, Esquire
 Robert T. Schmidt, Esquire
 919 Third Avenue
 New York, NY 10022
 (212) 715-9100
 Counsel to the Official Committee of
 Equity Holders

Dated: December 5, 2007         Co-Counsel to the Official Committee
                                               of Equity Holders

KRLS/Wilm 58748v1