### Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 05, 2007

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10932

Professional Services

| | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 4/2/2007 | ERU | Update database with Kirkland 2.07, Foley 2.07, W. Sullivan 2.07, Buchanan 2.07 | 0.10 | 4.00 |
| 4/3/2007 | ERU | Update database with Ferry 2.07, Reed 2.07, Caplin 2.07, Tersigni 2.07, LAS 2.07 (.1), AKO 2.07, Latham 12.06, Latham 1.07, Latham 2.07, Capstone 23rd Interim App e-detail (.1) | 0.20 | 8.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 4/5/2007 | JW | detailed review of Orrick January 2007 monthly invoice (3.1); draft summary of same (2.2) | 5.30 | 715.50 |
| | JW | detailed review of Legal Analysis January 2007 monthly invoice (1.2); draft summary of same (0.1) | 1.30 | 175.50 |
| | JW | detailed review of Bilzin January 2007 monthly invoice (2.4) | 2.40 | 324.00 |
| | ERU | Update database with Capstone's response to 23rd Interim Report, Campbell 2.07 | 0.10 | 4.00 |
| | ERU | Update database with e-details: Casner 11.06, Orrick 2.07, Towers 2.07, Bilzin 2.07, Hamilton 2.07, Casner 12.06, Casner 1.07 | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                    Page        2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 4/6/2007 | JW | draft summary of Bilzin January 2007 monthly invoice (0.7) | 0.70 | 94.50 |
|  | JW | detailed review of Caplin January 2007 monthly invoice (3.1); draft summary of same (1.0). | 4.10 | 553.50 |
| 4/9/2007 | ERU | Update database with Woodstock 2.07, Pitney 2.07, Towers 2.07, Orrick 2.07, Hamilton 2.07, Bilzin 2.07 | 0.10 | 4.00 |
| 4/10/2007 | MSH | research regarding orders for 1st through 22nd interims on PACER (2) | 2.00 | 80.00 |
| 4/11/2007 | MSH | PACER research regarding applications, reports and orders relating to the final final reports for the 1st through 5th periods (1.5) | 1.50 | 60.00 |
|  | JW | detailed review of Reed Smith January 2007 monthly invoice (6.7) | 6.70 | 904.50 |
| 4/12/2007 | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 10th interim (.5) | 0.50 | 20.00 |
|  | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 6th interim (.5), 7th interim (.5), 8th interim (.5), and 9th interim (.4) | 1.90 | 76.00 |
|  | JW | draft summary of Reed Smith January 2007 monthly invoice (0.5) | 0.50 | 67.50 |
|  | ERU | Update database with Stroock 2.07, Casner 2.07, Pachulski 2.07, Blackstone 1.07, Stoock 2.07 e-detail | 0.10 | 4.00 |
| 4/13/2007 | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 11th interim (.2) | 0.20 | 8.00 |
|  | SLB | telephone conference with W. Sparks @ Grace re Pachulski's filing of incorrect charts (.2) | 0.20 | 28.00 |
|  | SLB | draft e-mail to P. Cuniff (.2) and J. O'Neil (.1) @ Pachulski re 22nd Interim filing of charts | 0.30 | 42.00 |
| 4/16/2007 | ERU | Update database with Duane Morris 2.07, Duane Morris 2.07 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                    Page      3

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/18/2007 | SLB | telephone conference with W. Sparks @ Grace re Project Cat. Spreadsheet (.2) | 0.20 | 28.00 |
| | SLB | research regarding Project Cat. Spreadsheet over 2006 re charges to criminal portion of case (3.3) | 3.30 | 462.00 |
| 4/19/2007 | SLB | draft expository e-mail to W. Sparks @ Grace re Project Cat. Spreadsheet (1.7) | 1.70 | 238.00 |
| | JW | detailed review of K&E January 2007 monthly invoice (8.9) | 8.90 | 1,201.50 |
| 4/20/2007 | JW | detailed review of K&E January 2007 monthly invoice (7.6) | 7.60 | 1,026.00 |
| 4/23/2007 | ERU | Update database with PWC 12.06, Philips 2.07, Capstone 1.07, Capstone 2.07 | 0.10 | 4.00 |
| | ERU | Update database with e-details: Capstone 1.07, Capstone 2.07, Ogilvy 2.07, Philips 2.07, PWC 12.06 | 0.10 | 4.00 |
| | JW | detailed review of K&E January 2007 monthly invoice (10.7) | 10.70 | 1,444.50 |
| 4/24/2007 | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 12th through 19th interim periods (3.0) | 3.00 | 330.00 |
| | WHS | receive and review invoice of PWC | 0.10 | 27.50 |
| 4/25/2007 | MSH | draft January 2007 invoice (.2), February 2007 invoice (.2), and March 2007 invoice (.2) | 0.60 | 66.00 |
| | SLB | telephone conference (2) with P. Cuniff @ Pachulski re revised fee and expense charts (.2) | 0.20 | 28.00 |
| | SLB | draft e-mail to P. Cuniff @ Pachulski re revised fee and expense charts (.20) | 0.20 | 28.00 |
| | SLB | revise draft of 22nd Interim fee & expense chart per J. O'Neil @ Pachulski (.9) | 0.90 | 126.00 |

W.R. Grace & Co.                                                                                      Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/26/2007 | SLB | begin review of 23rd Interim app. - K&E (4.1) | 4.10 | 574.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | ERU | Update database with Nelson 3.07, Ogilvy 2.07, Forman 4.06-3.07 App, e-details: PWC 1.07, Casner 2.07 | 0.10 | 4.00 |
| 4/27/2007 | MSH | create Final final report database (.4), Update Final Final Report database and check calculations for the 1st through 3rd interim periods (2.8) | 3.20 | 128.00 |
|  | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 20th through 22nd interim periods (.9) | 0.90 | 36.00 |
|  | WHS | receive and review reply | 0.10 | 27.50 |
|  | SLB | begin draft of 23rd Interim initial report - K&E (6.8) | 6.80 | 952.00 |
| 4/30/2007 | MSH | Update Final Final Report database and check calculations for the 4th interim period (2.7) | 2.70 | 108.00 |
|  | SLB | continue draft of 23rd Interim initial report - K&E (5.7) | 5.70 | 798.00 |
| 5/1/2007 | ERU | Update and edit Project Category spreadsheet for the 23rd Interim | 2.70 | 108.00 |
|  | MSH | Update Final Final Report database and check calculations for 5th interim (1.2) | 1.20 | 48.00 |
|  | ERU | Update database with K&E 3.07, e-details: Buchanan 3.07, Kramer 3.07 (.1), Phillips 3.07, Reed Smith 3.07, Duane Morris 3.07, Stroock 3.07 (.1) | 0.20 | 8.00 |
|  | SLB | draft 23rd Interim initial report - Caplin (6.2); edit 23rd Interim initial report K&E (1.5) | 7.70 | 1,078.00 |
|  | WHS | receive and review amended agenda | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                          Page    5

|            |     |                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 5/1/2007   | WHS | receive and review motion re reply                                                           | 0.10  | 27.50  |
| 5/2/2007   | MSH | Update Final Final Report database and check calculations for 5th interim (continued) (1.8)   | 1.80  | 72.00  |
|            | SLB | begin draft of 23rd Interim initial report - Stroock (1.1)                                    | 1.10  | 154.00 |
|            | SLB | draft e-mail to A. Kreiger @ Stroock re 23rd Interim initial report (.1); e-mail to J. Sakalo @ Bilzin re 23rd interim filing (.2) | 0.30  | 42.00  |
|            | SLB | review app. and draft 23rd Interim initial report - Reed Smith (4.7)                          | 4.70  | 658.00 |
|            | ERU | Update database with Buchanan 3.07, Kramer 3.07, Stroock 3.07, Duane Morris 3.07              | 0.10  | 4.00   |
| 5/3/2007   | MSH | Update Final Final Report database and check calculations for 7th interim information (1.2)    | 1.20  | 48.00  |
|            | WHS | receive and review agenda                                                                    | 0.10  | 27.50  |
|            | SLB | review of 23rd Interim Bilzin expenses and begin initial report - (2.7)                       | 2.70  | 378.00 |
|            | SLB | complete draft of 23rd Interim initial report - Stroock (4.8)                                 | 4.80  | 672.00 |
|            | ERU | Update database with e-details: Hilsoft 24th interim, Hamilton 3.07, Bilzin 3.07, Ferry 3.07, Holme 3.07 | 0.10  | 4.00   |
|            | ERU | Update database with Foley 3.07, Hamilton 3.07, Bilzin 3.07, Hilsoft 24th Interim             | 0.10  | 4.00   |
|            | MSH | Update Final Final Report database and check calculations for 6th interim information (3.5)    | 3.50  | 140.00 |
| 5/4/2007   | JW  | detailed review of LASI October 2006 monthly invoice (2.0); draft summary of same (0.1)       | 2.10  | 283.50 |

W.R. Grace & Co.

Page     6

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/4/2007 | MSH | continue to Update Final Final Report database and check calculations for 7th interim (2.3), same re 8th interim (2.8), and 9th interim (1.0) | 6.10 | 244.00 |
| | ERU | Update database with Pitney 3.07, Reed Smith 3.07 | 0.10 | 4.00 |
| | JW | detailed review of Caplin October 2006 monthly invoice (2.7); draft summary of same (0.4) | 3.10 | 418.50 |
| 5/6/2007 | MSH | continue to Update Final Final Report database and check calculations for 9th interim (1.2) | 1.20 | 48.00 |
| 5/7/2007 | MSH | Update Final Final Report database and check calculations for 10th interim (2.2), 11th interim (1.3), 12th interim (1.1), and 13th interim (1.5) | 6.10 | 244.00 |
| | ERU | Update database with Holme 10.06, Holme 11.06, Campbell 3.07, AKO 3.07 (.1), LAS 3.07, Tersigni 3.07, Caplin 3.07 (.1) | 0.20 | 8.00 |
| 5/8/2007 | ERU | Update database with Ferry 3.07, Holme 12.06 e-detail, Holme 11.06 e-detail | 0.10 | 4.00 |
| | ERU | Update and edit Project Category spreadsheet for the 23rd Interim | 0.30 | 12.00 |
| | DTW | Short conference with S. Bossay regarding assisting with WRG audit (.1); review all documents related to Orrick 23rd interim application (.8); begin drafting initial report regarding same (.8); research cab fares regarding Peterson (.1). | 1.80 | 261.00 |
| | MSH | Update Final Final Report database and check calculations for 14th interim (1.8), and 15th interim (1.9) | 3.70 | 148.00 |
| 5/9/2007 | JW | detailed review of Caplin Feburary 2007 monthly invoice (3.2); draft summary of same (1.3) | 4.50 | 607.50 |
| | WHS | receive and review objection | 0.10 | 27.50 |
| | DTW | Continue drafting Orrick initial report for the 23rd interim (2.6); review AKO 23rd interim application (.7); review Austern 23rd fee application (.4). | 3.70 | 536.50 |
| | MSH | Update Final Final Report database and check calculations for 16th interim (1.0) | 1.00 | 40.00 |

W.R. Grace & Co.

Page    7

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/9/2007 | ERU | Update database with Holme 12.06 | 0.10 | 4.00 |
| 5/10/2007 | DTW | Pacer research regarding Baker and Beveridge interim applications (.3); begin review of Blackstone 23rd application (.4); review of Buchanan 23rd application (.2); begin review of C&L 23rd application (1.8). | 2.70 | 391.50 |
| | MSH | continue to Update Final Final Report database and check calculations for 16th interim information (.8), begin 17th interim (.3) | 1.10 | 44.00 |
| | MSH | Update Final Final Report database and check calculations for 18th interim information (1.5) | 1.50 | 60.00 |
| | JW | draft summary of Kirkland January  2007 monthly invoice (5.4) | 5.40 | 729.00 |
| 5/11/2007 | ERU | Update database with e-details: Lexecon 2.07, Lexecon 3.07, Phillips 24th Interim App, Ogilvy 3.07, Ogilvy corrected 2.07 | 0.10 | 4.00 |
| | ERU | Update database with Phillips 24th Interim App, Beveridge 23rd Interim App; Update and edit Project Category spreadsheet for Beveridge for the 23rd Interim | 0.10 | 4.00 |
| | JW | detailed review of Orrick February 2007 monthly invoice (2.8); draft summary of same (2.4) | 5.20 | 702.00 |
| 5/13/2007 | MSH | continue updating Final Final Report database and check calculations for 17th interim information (.4) and 18th interim information (.2) | 0.60 | 24.00 |
| 5/14/2007 | MSH | continue to Update Final Final Report database and check calculations for 17th interim information (1.0) and 19th interim (1.5), PACER research regarding orders approving Blackstone's 18th and 19th interim fees and expenses (.5), complete 18th interim database information (.1), complete 19th interim database information (.2), Update Final Final Report database and check calculations for the 20th interim (1.9) and begin 21st interim (.3) | 5.50 | 220.00 |
| | SLB | complete draft of 23rd Interim initial report - LAS (5.8) | 5.80 | 812.00 |
| | SLB | review app. and begin draft of 23rd Interim initial report Comm. of Asbestos Claimants (1.4) | 1.40 | 196.00 |

W.R. Grace & Co.                                                                                          Page     8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/14/2007 | ERU | Update database with Lexecon 2.07, Lexecon 3.07, Foley 24th Interim App e-detail, Ferry 24th Interim App e-detail | 0.10 | 4.00 |
| 5/15/2007 | SLB | begin review and draft of 23rd Interim initial report Bilzin (2.6) | 2.60 | 364.00 |
|  | SLB | complete draft of 23rd Interim initial report Comm. of Asbestos Claimants (3.7) | 3.70 | 518.00 |
|  | SLB | telephone conference with F. Childress @ Baker re interim app. and expenses (.2); t/c with W. Buchanan @ Buchanan re Richardson Patrick filing (.1) | 0.30 | 42.00 |
|  | SLB | draft e-mails to K&E (.2), Stroock (.1), Reed Smith (.1), Caplin (.1), Baker (.1), Buchanan (.1) re 23rd Interim initial reports | 0.70 | 98.00 |
|  | DTW | Review and revise 23rd initial reports for Caplin, K&E, LAS, Reed Smith, and Stroock (.4). | 0.40 | 58.00 |
|  | JW | detailed review of Reed Smith February 2007 monthly invoice (6.6); draft summary of same (0.7) | 7.30 | 985.50 |
|  | ERU | Update database with Casner 3.07, Protiviti 2-3.07 Fee App, Beveridge 2.07, Beveridge 3.07 (.1), Ogilvy amended 2.07, Ogilvy 3.07, Woodcock 3.07, Casner 3.07 e-detail (.1) | 0.20 | 8.00 |
|  | MSH | continue to Update Final Final Report database and check calculations for the 21st interim (1.7) and the 22nd interim (1.6) | 3.30 | 132.00 |
|  | MSH | Prepare Caplin 23rd interim initial report for service (.1), same re Kirkland (.1), LAS (.1), Reed (.1), and Stroock (.1) | 0.50 | 20.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
| 5/16/2007 | SLB | telephone conference with T. Scoles @ Deloitte re 23rd Interim filing (.2); t/c J. Sakalo @ Bilzin re 23rd Interim Bilzin and Property Damage initial reports (.1) | 0.30 | 42.00 |
|  | SLB | begin draft of 23rd Interim initial report - Baker (6.2) | 6.20 | 868.00 |

W.R. Grace & Co.                                                                                                    Page     9

|            |     |                                                                                                                                                                                                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 5/16/2007  | SLB | draft e-mail to K. Campbell @ Campbell Levine re 23rd Interim PI Comm initial report (.2); e-mail to F. Childress re Baker initial report (.2)                                                                                                                                                             | 0.40  | 56.00  |
|            | MSH | Prepare Asbestos Claimants Comm. 23rd interim initial report for service                                                                                                                                                                                                                                  | 0.10  | 4.00   |
|            | DTW | Review and revise ACC initial report for the 23rd interim (.1).                                                                                                                                                                                                                                           | 0.10  | 14.50  |
|            | ERU | Update database with Foley 24th Interim App, Pitney 24th Interim App, Reed Smith 24th Interim App, Pachulski 23rd Interim App (.1). Update Project Category spreadsheet with Pachulski for the 23rd Interim (.1)                                                                                            | 0.20  | 8.00   |
| 5/17/2007  | SLB | detailed review of 23rd Interim Bilzin (6.8)                                                                                                                                                                                                                                                              | 6.80  | 952.00 |
|            | SLB | begin draft of 23rd Interim initial report - Bilzin (.7)                                                                                                                                                                                                                                                  | 0.70  | 98.00  |
| 5/18/2007  | ERU | Update database with Deloitte Tax 9.06, Deloitte Tax 10.06, Deloitte Tax 11.06, BMC 10.06, Ferry 24th Interim App, Nelson 24th Interim App, Casner 23rd Interim App (.1), Tersigni 24th Interim App, Caplin 24th Interim App, AKO 24th Interim App, LAS 24th Interim App, Campbell 24th Interim App (.1), Update Project Category spreadsheet with Casner for the 23rd Interim (.1) | 0.30  | 12.00  |
|            | ERU | Update database with e-details: Campbell 24th Interim App, Caplin 24th Interim App, Tersigni 24th Interim App, LAS 24th Interim App (.1), AKO 24th Interim App, Bilzin 24th Interim App, Austern 2.07, Austern 3.07, Towers 3.07 (.1)                                                                        | 0.20  | 8.00   |
|            | SLB | complete draft of 23rd Interim initial report - Bilzin (4.9)                                                                                                                                                                                                                                              | 4.90  | 686.00 |
|            | SLB | draft e-mail to D. Fullem @ Orrick re 23rd Interim expense detail (.2); email to J. Sakalo and L. Flores @ Bilzin re 23rd Interim initial report (.2)                                                                                                                                                      | 0.40  | 56.00  |
|            | SLB | continue draft of 23rd Interim initial report - Baker (1.8)                                                                                                                                                                                                                                               | 1.80  | 252.00 |
|            | DTW | Review and revise Bilzin 23rd initial report (.1).                                                                                                                                                                                                                                                        | 0.10  | 14.50  |

W.R. Grace & Co.                                                                                              Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/21/2007 | JBA | Draft of WHS CNOs for 1.07 (.1), 2.07 (.1), and 3.07 (.1) | 0.30 | 33.00 |
|  | DTW | Review and revise 23rd initial report for Baker (.2); same regarding Protiviti (.1). | 0.30 | 43.50 |
|  | MSH | Prepare Baker 23rd interim initial report for service | 0.10 | 4.00 |
|  | MSH | Prepare Bilzin 23rd interim initial report for service (.1), same re Protiviti (.1) | 0.20 | 8.00 |
|  | SLB | detailed review of 22nd and 23rd Interim apps.- Deloitte Tax (2.8) | 2.80 | 392.00 |
|  | SLB | telephone conference with K. Jones @ RPWB re 23rd quarterly filing (.1);S. Haggs @ HRO re same (.1); P. Marks @ Beveridge re same (.1) | 0.30 | 42.00 |
|  | SLB | draft e-mails (2) to M. Eskin @ Campbell re PI Comm. (.2); e-mail to F. Childress @ Baker re 23rd Interim initial report (.2); K. Ortega @ L&W re 23rd Interim quaterly filing (.1); A. Moran @ Steptoe re same (.1);K. Miller @ PwC re same (.1) | 0.70 | 98.00 |
|  | SLB | complete draft of 23rd Interim initial report - Baker (3.3) | 3.30 | 462.00 |
|  | ERU | Update database with Bilzin 24th Interim App, Ogilvy 24th Interim App, Austern 2.07, Austern 3.07, Towers 3.07, Orrick 3.07, Orrick 3.07 e-detail | 0.10 | 4.00 |
|  | JBA | Electronic filing with Court re: WHS CNOs for 1.07, 2.07, and 3.07 .1 | 0.10 | 11.00 |
| 5/22/2007 | SLB | draft e-mails to M. Hendrixson and K. Strickler @  Protiviti re 23rd Interim initial report (.2); e-mail to T. Scoles @ Deloitte re 23rd Interim app. (.1)e-mail to K. Miller @ PwC re same (.1) | 0.40 | 56.00 |
|  | SLB | telephone conference with M. Hendrixson @ Protiviti re correction in e-mail and new contact list (.2); t/c with L. Hamilton @ Capstone re 23rd Interim report (.1) | 0.30 | 42.00 |
|  | SLB | draft of 23rd Interim final report - PI Committee (1.2) | 1.20 | 168.00 |

W.R. Grace & Co.                                                                                          Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/22/2007 | SLB | complete review and draft of 23rd Interim initial report - Protiviti (3.2); complete review and draft of 23rd Interim final report - Capstone (2.2) | 5.40 | 756.00 |
| 5/23/2007 | MSH | Prepare Orrick 23rd interim initial report for service | 0.10 | 4.00 |
|  | MSH | Update database with e-detail for HRA 24th interim application, Hilsoft 24th interim application, and Holme 23rd interim application (.1) | 0.10 | 4.00 |
|  | DTW | Review and revise Orrick initial report for the 23rd interim (.1). | 0.10 | 14.50 |
|  | MSH | Update database with e-detail of Scott Law 1.07, 2.07, and 3.07 (.1) | 0.10 | 4.00 |
|  | ERU | Update database with Holme 23rd Interim App, BMC 11.06, BMC 12.06, BMC 23rd Interim App, Baker 12.06, PWC 23rd e-detail (.1), Update Project Category spreadsheet with Holme for the 23rd Interim (.2) | 0.30 | 12.00 |
|  | SLB | complete draft of 23rd Interim initial report - Orrick (3.3) | 3.30 | 462.00 |
|  | SLB | draft e-mail to D. Fullem @ Orrick re 23rd Interim initial report (.2); e-mail to P. Adams @ Ogilvy requesting all retention documents and expense detail re 24th Interim application (.2) | 0.40 | 56.00 |
|  | SLB | complete draft of 23rd Interim final report - Protiviti (2.7) | 2.70 | 378.00 |
|  | SLB | draft of 23rd Interim final report - CDG (1.1) | 1.10 | 154.00 |
| 5/24/2007 | SLB | telephone conference with A. Moran re error in 23rd Interim quarterly app. (.1) | 0.10 | 14.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | SLB | draft of 23rd Interim final report - LAS (2.9) | 2.90 | 406.00 |
|  | SLB | draft 23rd Interim final report - AKO (.9); draft of 23rd Interim final report- Blackstone (2.2); draft of 23rd Interim final report - Buchanan (1.8) | 4.90 | 686.00 |

W.R. Grace & Co.                                                                                     Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/24/2007 | ERU | Update database with Scott Law 1.07, Scott Law 2.07, Scott Law 3.07, PWC 23rd Interim App (.1), Update Project Category spreadsheet for PWC for the 23rd Interim (.2) | 0.30 | 12.00 |
| 5/25/2007 | MSH | Update database with e-detail of Piper 2.07 and 3.07 | 0.10 | 4.00 |
|  | WHS | receive and review amended agenda | 0.10 | 27.50 |
|  | MSH | Prepare Duane 23rd interim initial report for service | 0.10 | 4.00 |
|  | DTW | Review and revise 23rd interim initial report for Duane Morris (.1). | 0.10 | 14.50 |
|  | SLB | draft 23rd Interim final report - Stroock (1.2); Reed Smith (2.3); K&E (4.4) | 7.90 | 1,106.00 |
| 5/28/2007 | SLB | complete drafts of 23rd Interim final reports - Pitney (1.2) and Nelson Mullins (1.6) | 2.80 | 392.00 |
| 5/29/2007 | WHS | detailed review of, and revisions to, Reed 23int 10-12.06 | 0.20 | 55.00 |
|  | WHS | detailed review of, and revisions to, FR Protiviti 23int 10-12.06 | 0.20 | 55.00 |
|  | WHS | detailed review of, and revisions to, FR Stroock 23int 10-12.06 | 0.20 | 55.00 |
|  | SLB | complete review of app. and draft of 23rd Interim final reports - Casner (2.2); HRO (1.7); Pachulski (2.0); Woodcock (1.6) | 7.50 | 1,050.00 |
|  | MSH | Update database with Nelson 4.07 and Piper 2.07 and 3.07 | 0.10 | 4.00 |
|  | MSH | Update database with e-detail of Buchanan 4.07 | 0.10 | 4.00 |
|  | MSH | draft updates to the Project Catagory Spreadsheet for the 23rd interim (.3), e-mail S. Bossay re same (.1) | 0.40 | 16.00 |

W.R. Grace & Co.

| Date | | Description | **Hours** | **Amount** |
|---|---|---|---|---|
| 5/29/2007 | MSH | Update database with Hamilton 24th interim application, Orrick response to 23rd interim initial report, and Baker 23rd interim application (.1) | 0.10 | 4.00 |
| | MSH | Update database with e-detail of Duane Morris 24th interim application, Hamilton 4.07 and Bilzin 4.07 (.1) | 0.10 | 4.00 |
| | WHS | detailed review of, and revisions to, FR LAS 23int 10-12.06 | 0.20 | 55.00 |
| | WHS | receive and review amended agenda | 0.10 | 27.50 |
| | JBA | Electronic filing with court of 23rd Interim Final Reports re: LAS (.2), Protoviti (.2), and Reed Smith (.3) | 0.70 | 28.00 |
| 5/30/2007 | SLB | draft 23rd Interim final reports - RPWB (1.1); Sullivan (1.6); Scott Law (1.5) | 4.20 | 588.00 |
| | MSH | draft updates to Project Catagory Spreadsheet for the 23rd interim (.3) | 0.30 | 12.00 |
| | MSH | Update database with Steptoe corrected 23rd interim application | 0.10 | 4.00 |
| | MSH | Update database with Sullivan 23rd interim application, Scott Law 23rd interim application, and Scott Law 24th interim application (.1) | 0.10 | 4.00 |
| | MSH | Update database with e-detail of Reed 4.07 | 0.10 | 4.00 |
| | MSH | Update database with Kirkland 4.07, Duane 24th interim application (.1); Richardson 10.06, 11.06, and 12.06 (.1) | 0.20 | 8.00 |
| | SLB | draft e-mail to J. O'Neil @ Pachulski re quarterly apps. of L&W and Deloitte Tax (.2); e-mail to W. Sullivan @ Sullivan re filing of quarterly app. for RPWB (.1) | 0.30 | 42.00 |
| | SLB | PACER research regarding 23rd Interim quarterly applications/docket numbers for charts (2.9) | 2.90 | 406.00 |
| 5/31/2007 | WHS | detailed review of FR Comm of Asbestos Claimants 23int 10-12.06 | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                    Page    14

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/31/2007 | WHS | detailed review of, and revisions to, Piper 23rd Int FR | 0.20 | 55.00 |
| | WHS | detailed review of Richardson 23rd Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Scott Law 23rd Int FR | 0.10 | 27.50 |
| | WHS | detailed review of, and revisions to, FR KE 23rd 10-12.06 | 0.30 | 82.50 |
| | WHS | detailed review of, and revisions to, FR re Sonnenschein 21Q 11.06-1.07 | 0.30 | 82.50 |
| | WHS | detailed review of FR Blackstone 23int 10-12.06 | 0.20 | 55.00 |
| | WHS | detailed review of Duane 23rd Int FR | 0.10 | 27.50 |
| | MSH | Update database with e-details of Phillips 4.07 and Ferry 4.07 | 0.10 | 4.00 |
| | SLB | complete draft of 23rd Interim final report L&W (1.8) | 1.80 | 252.00 |
| | SLB | draft e-mail to T. Scoles @ Deloitte re 23rd Interim quarterly app. (.2) | 0.20 | 28.00 |
| | SLB | begin draft of 23rd Interim fee and expense charts (4.4) | 4.40 | 616.00 |
| | JBA | Electronic filing with court of Final Report re: Stroock 23rd Interim (.3) | 0.30 | 12.00 |
| | MSH | Update database with e-details of Caplin's response to 23rd interim initial report | 0.10 | 4.00 |
| | MSH | Update database with Phillips 4.07 and Pachulski 3.07 (.1), Socha 11.06, 12.06, and 2.07 (.1) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                  Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/31/2007 | MSH | Update database with Buchanan 4.07 | 0.10 | 4.00 |
| 6/1/2007 | SLB | draft e-mail to T. Scoles @ Deloitte re filing of 23rd Interim quarterly app. (.1); e-mail to J. Sakalo @ Bilzin re 23rd Interim response (.1) | 0.20 | 28.00 |
|  | SLB | begin draft of 23rd Interim final report - Caplin (2.3) | 2.30 | 322.00 |
|  | SLB | telephone conference with F. Childress @ Baker re 23rd Interim response (.2) | 0.20 | 28.00 |
|  | MSH | Update database with e-detail for Buchanan 24th interim application and Kramer 24th interim application | 0.10 | 4.00 |
| 6/2/2007 | WHS | receive and review agenda | 0.10 | 27.50 |
| 6/4/2007 | JW | detailed review of Kirkland February 2007 monthly invoice (8.6). | 8.60 | 1,161.00 |
|  | SLB | telephone conference with D. Fullem @ Orrick re 23rd Interim supplemental response (.1); t/c with F. Childress @ Baker re more information for 23rd Interim response (.1); t/c with J. Sakalo @ Bilzin re 23rd Interim response (.1) | 0.30 | 42.00 |
|  | SLB | begin draft of 23rd Interim final report - Baker Donelson (2.7) | 2.70 | 378.00 |
|  | SLB | complete draft of 23rd Interim final report - Orrick (4.4) | 4.40 | 616.00 |
|  | SLB | complete draft of 23rd Interim final report - Caplin (1.8) | 1.80 | 252.00 |
| 6/5/2007 | JW | detailed review of Kirkland February 2007 monthly invoice (9.1). | 9.10 | 1,228.50 |
|  | SLB | complete draft of 23rd Interim final report-Bilzin (3.6); complete same for Baker (3.3) | 6.90 | 966.00 |
|  | SLB | research regarding hotel rates in Beijing and Shanghai with regard to Baker 23rd Interim final report (.9) | 0.90 | 126.00 |

W.R. Grace & Co.                                                                                      Page    16

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 6/5/2007 | SLB | telephone conference with J. Sakalo @ Bilzin re 23rd Interim final (.1); t/c with M. Hendrixson re Protiviti app. (.1) | 0.20 | 28.00 |
|  | SLB | draft e-mail to P. Cuniff @ Pachulski re Protiviti application (.1); e-mail to J. Sakalo @ Bilzin re 23rd Interim response (.1); e-mail to F. Childress @ Baker re 23rd Interim response (.1) | 0.30 | 42.00 |
| 6/6/2007 | JW | detailed review of Kirkland February 2007 monthly invoice (5.2). | 5.20 | 702.00 |
|  | SLB | complete draft of 23rd Interim final report - No Objections (6.3) | 6.30 | 882.00 |
|  | JBA | Electronic filing with court of 23rd Interim Final Reports re: Richardson (.2), Scott Law (.2), K&E (.3), Piper Jaffray (.2), Duane Morris (.2), Blackstone (.2), and PI Comm. (.2) | 1.50 | 60.00 |
|  | SLB | draft e-mail to M. Hendrixson @ Protiviti re 23rd Interim quarterly filing (.1); e-mail to S. Eliot @ Ferry Joseph re amended 24th Interim app. (.2) | 0.30 | 42.00 |
|  | SLB | telephone conference with T. Scoles @ Deloitte re filing of 23rd Interim quarterly (.1); t/c with S. Eliot @ Ferry Joseph re 24th Interim app. (.1) | 0.20 | 28.00 |
|  | MSH | update project catagory spreadsheet (.2) | 0.20 | 8.00 |
|  | MSH | Update database with Reed 4.07, Ferry 4.07 (.1), Latham 23rd interim application, Richardson 23rd interim application (.1), Woodcock 24th interim application, Hamilton 4.07 (.1), Bizin 4.07, Steptoe 1.07 (.1), Steptoe 2.07, Steptoe 3.07 (.1), Day Pitney 4.07, Foley 4.07 (.1), Forman 4.07, Caplin response to 23rd interim (.1), Buchanan 24th interim application, Kramer 24th interim application (.1), and Stroock 24th interim application (.1) | 0.90 | 36.00 |
|  | MSH | Update database with e-detail for Campbell 4.07, Caplin 4.07 (.1), LAS 4.07, AKO 4.07 (.1), and Stroock 24th interim application (.1) | 0.30 | 12.00 |
|  | MSH | Update database with e-detail for Kirkland 2.07 | 0.10 | 4.00 |
| 6/7/2007 | SLB | PACER research regarding 23rd Interim quarterly apps.- Protiviti, Deloitte Tax and L&W (1.1) | 1.10 | 154.00 |

W.R. Grace & Co.                                                                                          Page    17

|           |     |                                                                                                                      | Hours | Amount |
|-----------|-----|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/7/2007  | WHS | detailed review of Caplin 23rd Int FR                                                                                 | 0.20  | 55.00  |
|           | JW  | draft summary of Kirkland February 2007 monthly invoice (7.0)                                                          | 7.00  | 945.00 |
|           | WHS | detailed review of Orrick 23rd Int FR                                                                                 | 0.20  | 55.00  |
|           | SLB | first draft of 23rd Interim fee & expense charts (6.4)                                                                | 6.40  | 896.00 |
| 6/8/2007  | WHS | detailed review of, and revisions to,  Baker 23rd Int FR                                                              | 0.20  | 55.00  |
|           | WHS | detailed review of, and revisions to, Bilzin 23rd Int FR                                                             | 0.20  | 55.00  |
|           | SLB | complete draft of Exhibit A/fee and expense chart for 23rd Interim (3.7); begin Exhibit A-1/ fee and expense chart with recommendations (2.8) | 6.50  | 910.00 |
|           | SLB | telephone conference with K. Green re Protiviti filings for 23rd and 24th Interims (.2); t/c with P. Cuniff @ Pachulski re 23rd fee hearing schedule (.1) | 0.30  | 42.00  |
|           | SLB | draft e-mail to K. Green re Protiviti 23rd Interim final report (.2); e-mails to P. Cuniff re 23rd Interim fee hearing and late filings (.2) | 0.30  | 42.00  |
|           | MSH | Update database with AKO 4.07, Campbell 4.07 (.1), Caplin 4.07, and LAS 4.07 (.1)                                     | 0.20  | 8.00   |
|           | MSH | Update database with e-detail for Ogilvy 4.07 and Ogilvy 10.06-3.07 non-pdf (.1)                                      | 0.10  | 4.00   |
|           | JBA | Electronic filing with court of 23rd Interim Final Reports re: Bilzin (.2), Caplin (.2), and Orrick (.2)              | 0.60  | 24.00  |
| 6/10/2007 | WHS | detailed review of, and revisions to, Omnibus 23rd Int FR                                                             | 0.10  | 27.50  |
|           | WHS | detailed review of Sullivan 23rd Int FR                                                                               | 0.10  | 27.50  |

W.R. Grace & Co.                                                                                          Page    18

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/11/2007 | MSH | Update database with Casner 4.07 and Ogilvy 4.07 | 0.10 | 4.00 |
|  | SLB | review app. and draft 18th Interim final report - David Austern (1.3); complete draft of 23rd Interim fee & expense chart A-1 with recommendations (2.2); update W.R. Grace Global e-mail list (1.8) | 5.30 | 742.00 |
|  | SLB | draft e-mail to W.R. Grace Global list re 23rd Interim fees & expenses/project category spreadsheet (.3); e-mails (3) to J. O'Neil @ Pachulski re 23rd Interim charts (.3) | 0.60 | 84.00 |
|  | SLB | PACER research regarding 23rd Interim Deloitte Tax application (.3); PACER final check of 23rd Interim filings (.4) | 0.70 | 98.00 |
|  | MSH | Update database with PwC 2.07 | 0.10 | 4.00 |
|  | MSH | update project catagory spreadsheet (.4) | 0.40 | 16.00 |
|  | MSH | Update database with e-detail for Pachulski 1.07, 2.07, 3.07 (.1) | 0.10 | 4.00 |
|  | JBA | Electronic filing with court of 23rd Interim Final Reports re: David T. Austern (.2), William D. Sullivan (.2), and Omnibus No Objections (.2) | 0.60 | 24.00 |
| 6/12/2007 | JW | detailed review of Bilzin March 2007 monthly invoice (2.8); draft summary of same (0.6) | 3.40 | 459.00 |
|  | JBA | Electronic filing with court of Amended Final Report re: Omnibus No Objections 23rd Interim (.2) | 0.20 | 8.00 |
|  | SLB | draft e-mails to Capstone (.1); Pachulski (.1); Reed Smith (.1); K&E (.1); PwC (.1) re 23rd Interim spreadsheets;  distribute fee & expense charts and spreadsheet for review to all applicants (.8) | 1.30 | 182.00 |
|  | WHS | draft e-mail to Steve Bossay re Protiviti | 0.20 | 55.00 |
|  | SLB | draft revised Capstone 23rd Interim final report (3.3); revise 23rd Interim fee and expense charts (1.9) | 5.20 | 728.00 |

W.R. Grace & Co.                                                                                          Page    19

|            |     |                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/12/2007  | MSH | Update database with Ferry amended 24th interim application (.1)                                                          | 0.10  | 4.00   |
|            | MSH | Update database with Deloitte Tax 8.1.05-12.31.06 and Pachulski 24th interim application (.1)                             | 0.10  | 4.00   |
| 6/13/2007  | SLB | draft e-mails (3) to J. O'Neil @ Pachulski re Tersigni and Capstone changes for 23rd Interim fee hearing (.3)             | 0.30  | 42.00  |
|            | SLB | draft revised No Objections final for 23rd Interim to remove Tersigni (1.7)                                               | 1.70  | 238.00 |
|            | SLB | begin review of 24th Interim K&E app. (5.5)                                                                               | 5.50  | 770.00 |
|            | JW  | detailed review of Caplin March 2007 monthly invoice (4.1)                                                                | 4.10  | 553.50 |
|            | MSH | update project catagory spreadsheet for the 23rd interim (.2)                                                             | 0.20  | 8.00   |
|            | MSH | Update database with e-detail for Kramer 4.07                                                                             | 0.10  | 4.00   |
|            | WHS | detailed review of revised amended omnibus 23rd                                                                           | 0.20  | 55.00  |
|            | JBA | Electronic filing with court of Revised version of Amended Final Report re: Omnibus 23rd Interim (.2), and Notice of Withdrawal re: Amended Omnibus Final Report (.1) | 0.30  | 12.00  |
| 6/14/2007  | MSH | final updates to Project Catagory Spreadsheet for the 23rd interim (.5)                                                   | 0.50  | 20.00  |
|            | JW  | detailed review of Orrick March 2007 monthly invoice (5.4); draft summary of same (1.5)                                   | 6.90  | 931.50 |
|            | JW  | draft summary of Caplin March 2007 monthly invoice (1.3)                                                                  | 1.30  | 175.50 |
|            | SLB | continue review of 24th Interim fee app. - K&E (2.9)                                                                      | 2.90  | 406.00 |

W.R. Grace & Co.                                                                         Page    20

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 6/14/2007 | SLB | draft e-mail to K&E re changes to project category spreadsheet (.2); e-mail 23rd Interim charts to J. O'Neil @ Pachulski for submission to Court (.2) | 0.40 | 56.00 |
|  | SLB | draft final changes for 23rd Interim fee and expense charts (1.5); update project category spreadsheet with 23rd interim changes (1.2) | 2.70 | 378.00 |
|  | MSH | Update database with Kramer 4.07 | 0.10 | 4.00 |
| 6/15/2007 | SLB | complete review of 24th Interim app. and begin initial report - K&E (4.6) | 4.60 | 644.00 |
| 6/18/2007 | SLB | draft e-mail to W. Sparks at Grace re. 23rd Interim fee totals (.2); e-mail Protiviti re hold and refiling of 23rd Interim app. (.2) | 0.40 | 56.00 |
|  | MSH | Update database with e-detail for PwC 3.07, Capstone amended notice for 23rd interim application, and Orrick 4.07 (.1) | 0.10 | 4.00 |
|  | SLB | begin review of of 24th interim app. - Stroock (6.5) | 6.50 | 910.00 |
| 6/19/2007 | SLB | continue review of 24th Interim app. - Stroock (4.9) | 4.90 | 686.00 |
|  | SLB | PACER research regarding 23rd Interim apps. in preparation of fee hearing (2.3) | 2.30 | 322.00 |
|  | JBA | draft of WHS 5.07 app and invoice | 0.20 | 22.00 |
|  | MSH | Update database with PwC 3.07, and PwC 2.07 (.1) | 0.10 | 4.00 |
|  | MSH | Update database with Orrick 4.07 and Beveridge 4.07 (.1) | 0.10 | 4.00 |
|  | MSH | Draft of WHS May Invoice (.4) | 0.40 | 44.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                      Page    21

|            |     |                                                                                  | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------|-------|----------|
| 6/20/2007  | SLB | begin review of 24th Interim app. - Pachulski (3.1)                               | 3.10  | 434.00   |
|            | SLB | complete draft of 24th Interim report - Stroock (4.4)                             | 4.40  | 616.00   |
| 6/21/2007  | SLB | continue review of 24th Interim app. - Pachulski (4.0)                            | 4.00  | 560.00   |
|            | SLB | PACER research regarding 23rd Interim apps. (2.1)                                 | 2.10  | 294.00   |
|            | JBA | electronic filing of WHS 5.07 app and invoice                                     | 0.20  | 22.00    |
|            | WHS | receive and review e-mail re PwC notice                                           | 0.10  | 27.50    |
|            | JW  | detailed review of Reed Smith March 2007 monthly invoice (7.1); draft summary of same (1.2) | 8.30  | 1,120.50 |
|            | MSH | Update database with Nelson 5.07                                                  | 0.10  | 4.00     |
| 6/22/2007  | SLB | final PACER check regarding 23rd Interim apps. for fee hearing (.5)               | 0.50  | 70.00    |
|            | SLB | complete review and draft of 24th Interim final report - Pachulski (3.9)          | 3.90  | 546.00   |
|            | JW  | detailed review of Kirkland & Ellis March 2007 monthly invoice (6.1)              | 6.10  | 823.50   |
|            | MSH | Update database with Pachulski 4.07                                               | 0.10  | 4.00     |
| 6/25/2007  | JW  | detailed review of Kirkland & Ellis March 2007 monthly invoice (9.9)              | 9.90  | 1,336.50 |
|            | WHS | telephone conference with Jan Baer re Forman Perry                                | 0.20  | 55.00    |

W.R. Grace & Co.                                                                                    Page    22

|            |     |                                                                                               | **Hours** | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------|-----------|------------|
| 6/25/2007  | WHS | prepare for and appear at fee app hearing via telephone                                        | 0.40      | 110.00     |
|            | MSH | Update database with Deloitte Tax 1.07, 2.07 (.1); Deloitte Tax 3.07, and Stroock 4.07 (.1)    | 0.20      | 8.00       |
|            | MSH | Update database with e-detail for Stroock 4.07                                                 | 0.10      | 4.00       |
|            | MSH | Update database with e-detail for Phillips 5.07                                                | 0.10      | 4.00       |
| 6/26/2007  | SLB | telephone conference with D. Fullem at Orrick re 24th Interim expenses (.2)                    | 0.20      | 28.00      |
|            | SLB | draft e-mail to D. Fullem at Orrick re 24th Interim expenses (.2)                              | 0.20      | 28.00      |
|            | SLB | begin review of 24th Interim app. - Orrick (6.3)                                               | 6.30      | 882.00     |
|            | JW  | detailed review of Kirkland & Ellis March 2007 monthly invoice (9.2)                           | 9.20      | 1,242.00   |
| 6/27/2007  | MSH | Update database with Phillips 5.07                                                             | 0.10      | 4.00       |
|            | SLB | continue review and draft of 24th Interim initial report - Orrick (7.2)                        | 7.20      | 1,008.00   |
|            | SLB | draft e-mail to Forman Perry re 24th Interim app. (.1)                                         | 0.10      | 14.00      |
|            | SLB | telephone conference with T. Scott at K&E re 24th Interim expenses (.1)                        | 0.10      | 14.00      |
| 6/28/2007  | MSH | Update database with Protiviti 23rd interim application (.1)                                   | 0.10      | 4.00       |
|            | SLB | complete draft of 24th Interim initial report - Orrick (5.9)                                   | 5.90      | 826.00     |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/28/2007 | SLB | begin review of 24th Interim app. - Reed Smith (1.2) | 1.20 | 168.00 |
| | MSH | Update database with e-detail for Kirkland 3.07 | 0.10 | 4.00 |
| 6/29/2007 | MSH | Update database with e-detail for Buchanan 5.07 | 0.10 | 4.00 |
| | MSH | Update database with e-detail for Reed 5.07, Towers 3.07 (.1), and Towers 4.07 (.1) | 0.20 | 8.00 |
| | SLB | continue review of 24th Interim app. - Reed Smith (5.8) | 5.80 | 812.00 |
| | MSH | Update database with e-detail for Capstone 3.07, 4.07 (.1); Hilsoft 12.06, 4.07 (.1); Hilsoft 5.07, Hamilton 5.07 (.1); Ferry 5.07, and Bilzin 5.07 (.1) | 0.40 | 16.00 |

| | | | |
|---|---|---|---|
| **For professional services rendered** | | **520.40** | **$65,667.00** |

Additional Charges :

| | Price | |
|---|---|---|
| PACER charges for April 2007 | 78.40 | 78.40 |
| PACER charges for May 2007 | 39.52 | 39.52 |
| Third party copies & document prep/setup. for March 2007 | 589.32 | 589.32 |
| PACER charges for June 2007 | 12.24 | 12.24 |

| | |
|---|---|
| **Total costs** | **$719.48** |
| **Total amount of this bill** | **$66,386.48** |

W.R. Grace & Co.                                                                                      Page      24

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Doreen T Williams | 9.30 | 145.00 | $1,348.50 |
| Erika Urban | 7.00 | 40.00 | $280.00 |
| James Wehrmann | 154.90 | 135.00 | $20,911.50 |
| Jeff B. Allgood | 0.80 | 110.00 | $88.00 |
| Jeff B. Allgood | 4.20 | 40.00 | $168.00 |
| Melinda S Helsley | 4.00 | 110.00 | $440.00 |
| Melinda S Helsley | 59.80 | 40.00 | $2,392.00 |
| Stephen L. Bossay | 274.60 | 140.00 | $38,444.00 |
| Warren H Smith | 5.80 | 275.00 | $1,595.00 |