IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1] | ) | Case No. 01-1139 |
| | ) | (Jointly Administered) |
| Debtors | ) | |

## AFFIDAVIT UNDER 11 U.S.C. 327(e)
(Strasburger & Price, LLP – Updated)

| | | |
|---|---|---|
| | ) | |
| DISTRICT OF COLUMBIA | ) | ss: |
| | ) | |

Mark J. Andrews, being duly sworn, upon his oath, deposes and says:

1.  I am a partner of Strasburger & Price, LLP, the principal office of which is located at 901 Main Street, Suite 4300, Dallas, Texas 75202 (the "Firm"). My business address is at the Washington, D.C. office of the Firm, located at Suite 301, 1800 K Street, N.W., Washington, DC 20006. I am the Firm's Partner-in-Charge for that office. In that capacity, and based on due investigation, I am familiar with the facts and circumstances discussed in this Affidavit.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.- Conn., A-1 Bit & Tool Co., Inc., Alewife Boston, Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc. Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston, Ltd., G.C. Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G. C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B, Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G, Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Interdemco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin

1

2368523.1/SP/00009/0099/120407

2.  The Debtors have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services. The purpose of this Affidavit is to update the Firm's prior section 327(e) affidavit filed in these cases on May 18, 2001.

3.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4.  As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or may be (or may have been) employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. The Firm does not currently perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates. Out of an abundance of caution, however, the Firm has disclosed the following prior representation to the Debtors:

Robert P. Franke became a partner in the Firm's Dallas office during May of 2003, after the filing of the Firm's previous section 327(e) affidavit. Prior to that time, he had represented a company called Océ North America (f/k/a Océ USA, Inc.) ("Océ") in these chapter 11 cases. Océ had leased high speed copying and printing equipment to one or more of the Debtors, and Mr. Franke was seeking to obtain post-petition performance of the leases. Océ had no pre-petition claim, and Mr. Franke's representation of Océ in this matter had concluded before he joined the Firm. With respect to unrelated matters, however, Océ is still represented by Mr. Franke (and therefore is now a client of the Firm), and in fact is a provider of office services and equipment to certain Texas offices of the Firm.

---

& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Thus, the only conflict of interest between Océ and the Debtors ceased to exist before the attorney representing Océ joined the Firm. The Firm does not believe that either the nature or the extent of the above-described past and present relationships with Océ would affect its ability to render disinterested services to the Debtors in these cases.

5. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, currently holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors do not owe the Firm any amounts for prepetition services.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

2368523.1/SP/00009/0099/120407

Executed on December 4, 2007.

STRASBURGER & PRICE, LLP

By: *Mark J. Andrews*
Mark J. Andrews
Partner-in-Charge, Washington, D.C.

Sworn to and subscribed before me
this 4th day of December, 2007

*Wanda P. Cross*
Notary Public in and for the District of Columbia
Wanda P. Cross
Notary Public, District of Columbia
My Commission expires: My Commission Expires 4-30-2008