## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co., et al.**[1] | ) | **Case No. 01-1139** |
| | ) | **(Jointly Administered)** |
| **Debtors** | ) | |
| | ) | |

### AFFIDAVIT UNDER 11 U.S.C. 327(e)

**COMMONWEALTH OF   MASSACHUSETTS**

)     **ss:**

**COUNTY OF MIDDLESEX**                        )

Michael B. Cohan, being duly sworn, upon his oath, deposes and says:

1.    I am a sole proprietor providing consulting services and located at 17 Old Conant Road, Lincoln, MA 01773.

2.    The Debtors have requested that I provide legal and commercial consulting services to the Debtors, and I have consented to provide such services.

3.    I have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4.    As part of my practice, I have not been, but might in the future be, retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. I do not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.

5.    I have not agreed to share nor will share any portion of the compensation to be received from the Debtors with any other person.

6.    Insofar as I have been able to ascertain, I do not hold or represents any interest adverse to the Debtors or their estates.

7.    The Debtors owe me $0.00 for prepetition services.

8.    I will, if I should at any time be retained by any person other than the Debtors, determine if such person is a creditor of or otherwise has an interest adverse to the Debtors, and upon conclusion of that inquiry, or at any time during the period of my engagement, if I should discover any facts bearing on the matters described herein, I will supplement the information contained in this Affidavit.

2

Michael B. Cohan

Attorney (admitted to practice in Massachusetts)

Sworn to and subscribed before me
this 5th day of December, 2007

