IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 17347

On November 13, 2007, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Twenty-Second Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2007 through September 30, 2007 (the "Application").  The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 3, 2007.  The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

However, Kramer Levin received an informal response from the Office of the United States Trustee (the "UST") regarding certain expenses requested in the Application.  After discussing the issues raised by the UST, Kramer Levin voluntarily agreed to modify the expenses requested and/or provide additional information as to the incurrence of such expenses as follows:

- On August 28, 2007 Philip Bentley indicates an Out-of-Town expense of $1,454.45 for a round trip ticket to Pittsburgh Airport.

- On August 29, 2007 Philip Bentley indicates an Out-of-Town-Travel expense in the amount of $70.00 for cab fare to LaGuardia Airport. On the same date, P. Bentley indicates two charges in the amount of $45.00 and $30.00 reflecting cab fares between Pittsburgh Airport and the Courthouse.

- Kramer Levin has agreed to remove the September 7th Entry for J.M. Parra in the amount

KRLS/Wilm 58403v1

of $85.68. This entry was inadvertently billed to this matter and has now been transferred to proper client. The removal of this entry reduces the expenses requested by $85.68, making the total amount of requested expenses $9,137.72. The fees will remain the same.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                        BUCHANAN INGERSOLL & ROONEY PC

By:   /s/ Teresa K.D. Currier
      Teresa K. D. Currier (No. 3080)
      The Brandywine Building
      1000 West St. - Suite 1410
      Wilmington, DE 19801

            -and-

      Kramer Levin Naftalis & Frankel LLP
      Philip Bentley, Esquire
      Douglas H. Mannal, Esquire
      1177 Avenue of the Americas
      New York, NY 10036

Dated: December 6, 2007        Co-Counsel to the Official Committee
                                         of Equity Holders