# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MISSION TOWERS, | : |
| | : CIVIL ACTION NO. 07-287 |
| Appellant, | : |
| | : BANKRUPTCY CASE NO. 01-01139 (JKF) |
| v. | : |
| | : |
| W.R. GRACE, *et al.*, | : |
| | : |
| Appellees. | : |

## ORDER

AND NOW, this 6th day of December, 2007, upon consideration of Appellants' Brief (Docket No. 7), Appellees' Brief (Docket No. 8), and Appellants' Reply Brief (Docket No. 15), it is hereby **ORDERED** that the Bankruptcy Court's order dated April 17, 2007 is **AFFIRMED**.

BY THE COURT:

*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.

16