# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

TWENTY-SECOND MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2007 through July 31, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $31,450.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $248.66 |

This is a:     __XX__ monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | Pending | Pending |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | Pending | Pending |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | Pending | Pending |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | Pending | Pending |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | Pending | Pending |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | Pending | Pending |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | 26.00 | $14,300.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 49.00 | $17,150.00 |

Total Fees:      $31,450.00
Total Hours:         75.00
Blended Rate:      $419.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 75.00 | $31,450.00 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

3

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense | |
|---|---|---|---|
| Postage | U. S. Mail | $8.02 | ✓ |
| Long Distance Telephone | | $191.43 | ✓ |
| Duplicating | | $48.20 | ✓ |
| Travel Expenses | | $50.44 | ✓ |
| LexisNexis Court Link | | 10.57 | ✓ |
| Local Meals | (payment by Government employee for lunch meeting on 7/13/07) | (60.00) | ✓ |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period July 1, 2007 through July 31, 2007, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $31,450.00 and actual and necessary expenses in the amount of $248.55 for a total allowance of $31,698.66, and payment of $25,160.00 (80% of the allowed fees) and reimbursement of $248.55 (100% of the allowed expenses) be authorized for a total payment of $25,408.55, and for such other and further relief as this Court may deem just and proper.

Dated: ~~August~~ September 26, 2007

BEVERIDGE & DIAMOND, P.C.

_____
Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

4

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

*/s/ Pamela D. Marks*
Pamela D. Marks

SWORN AND SUBSCRIBED September
before me this 26th day of ~~August~~, 2007.

*/s/ Debra R. Mulryk*
Notary Public
My Commission Expires: May 27, 2009

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JULY 1, 2007 THROUGH JULY 31, 207

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                           August 21, 2007
Attn: Lydia B. Duff, Esq.                          Client/Matter #   01246-011548
7500 Grace Drive                                   Invoice # 118157
Columbia, MD  21044                                Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>


| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 07/02/07 | P. Marks | 5.00 | Conference with client team and Corps re FS at Curtis Bay plant. |
| 07/09/07 | P. Marks | 2.00 | Prepare for meeting re ARARS and settlement. |
| 07/10/07 | P. Marks | 2.00 | Prepare for meetings on ARARs and settlement. |
| 07/11/07 | K. Bourdeau | 0.75 | Review revised draft of Settlement Agreement in preparation for settlement discussions with the U.S.; prepare comments on same. |
| 07/11/07 | P. Marks | 4.50 | Prepare for and conduct conference with J. Ownes (Corps) re ARARS; prepare for meeting with DOJ. |
| 07/12/07 | K. Bourdeau | 7.50 | Review Settlement Agreement and related documents; pre-meeting with Grace team to prepare for negotiations with the U.S.; participate in negotiation session with U.S. |
| 07/12/07 | P. Marks | 9.00 | Prepare for and conduct conference with L. Duff, K. Bourdeau and M. Obradovic; followup conference with DOJ and Corps team; travel to and from DC. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 118157
August 21, 2007
PAGE 2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/13/07 | K. Bourdeau | 7.00 | Pre-meeting with Grace team to prepare for settlement negotiation session with U.S.; participate in negotiation session with the U.S.; follow-up meeting with Grace team re same. |
| 07/13/07 | P. Marks | 8.00 | Conference with DOJ and Grace teams re settlement; post-meeting evaluation; associated travel to DC. |
| 07/16/07 | K. Bourdeau | 4.50 | Conference with L. Duff and P. Marks re Settlement Agreement; perform followup tasks. |
| 07/16/07 | P. Marks | 4.00 | Review settlement agreement; telephone conference with L. Duff, K. Bourdeau re same; revise same. |
| 07/17/07 | K. Bourdeau | 3.00 | Conference call with L. Duff and P. Marks re revisions to draft Settlement Agreement; prepare comments on "Tasks and Responsibilities" document and forward same to P. Marks; further review of P. Marks revisions to draft agreement. |
| 07/17/07 | P. Marks | 5.25 | Prepare for and conduct telephone conference with L. Duff and K. Bourdeau re settlement agreement; prepare settlement agreement. |
| 07/19/07 | K. Bourdeau | 0.75 | Finalize review of and comments to revised draft of Settlement Agreement prepared by P. Marks; transmit comments to P. Marks. |
| 07/19/07 | P. Marks | 0.50 | Communications re scheduling. |
| 07/20/07 | K. Bourdeau | 2.00 | Review revised draft of Settlement Agreement and "Tasks and Responsibilities" document; prepare comments thereon; transmit same to P. Marks with cover note. |
| 07/24/07 | P. Marks | 2.00 | Telephone conference with L. Duff re structure of bankruptcy settlement agreements; evaluate same. |
| 07/26/07 | P. Marks | 1.25 | Email exchanges with client re FS and related technical issues; telephone conference with L. Duff re strategic issues. |
| 07/30/07 | P. Marks | 2.50 | Prepare for and conduct client team telephone conference re technical issues; evaluate portion of draft FS. |

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #  118157
                                                                   August 21, 2007
                                                                   PAGE   3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/31/07 | K. Bourdeau | 0.50 | Conference with P. Marks re action items, next steps. |
| 07/31/07 | P. Marks | 2.50 | Prepare for and conduct telephone conference with P. Bucens (and state) re ARARs and FS; telephone conference with L. Duff re same; research re same. |

                                        Total Hours :            74.50

                                        Total Fees :        $31,275.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118157
August 21, 2007
PAGE   4

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 191.43 |
| Travel Expenses | 50.44 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA284978 dated 7/1/07 for data research services | 10.57 |
| Local Meals (payment by Government employee for lunch meeting on 7/13/07 ) | (60.00) |

Total Disbursements :   $192.44

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 26.00 | $550.00 | $14,300.00 |
| P. Marks | 48.50 | $350.00 | $16,975.00 |

Total Fees :   $31,275.00

Total Disbursements :   $192.44

TOTAL DUE :   $31,467.44

# EXHIBIT B

## (BANKRUPTCY FEE APPLICATION)

37258v1  Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 21, 2007
Client/Matter #  01246-012629
Invoice # 118158
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/11/07 | P. Marks | 0.50 | Followup on status of approvals and filings. |

Total Hours :   0.50

Total Fees :   $175.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118158
August 21, 2007
PAGE  2

**Disbursements:**

| | |
|---|---:|
| Postage | 8.02 |
| Duplicating | 48.20 |
| **Total Disbursements :** | **$56.22** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 0.50 | $350.00 | $175.00 |
| **Total Fees :** | | | **$175.00** |
| **Total Disbursements :** | | | **$56.22** |
| **TOTAL DUE :** | | | **$231.22** |