# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

TWENTY-THIRD MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2007 through August 31, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $30,497.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $567.93 |

This is a:    ___XX____ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | Pending | Pending |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | Pending | Pending |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | Pending | Pending |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | Pending | Pending |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | Pending | Pending |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | Pending | Pending |
| | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | Pending | Pending |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | 24.75 | $13,612.50 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 45.75 | $16,012.50 |
| Steven M. Jawetz | Principal; Joined Firm 1987; Member of CA Bar since 1982 and the DC Bar since 1983 | $450.00 | .25 | $112.50 |
| Madeleine B. Kadas | Principal; Member of TX Bar since 1994 and the DC Bar since 1999 | $400 | .25 | $100.00 |
| Evynn M. Overton | Associate; Member of the MD Bar since 2004 | $240 | 2.75 | $660.00 |

Total Fees:      $30,497.50
Total Hours:     73.75
Blended Rate:    $414.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 73.75 | $30,497.50 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense | |
|---|---|---:|---|
| Postage | U. S. Mail | $1.31 | ✓ |
| Long Distance Telephone | | $143.60 | ✓ |
| Duplicating | | $9.40 | ✓ |
| Travel Expenses | | $63.76 | ✓ |
| Air/Train Fare | Amtrak | $47.00 | ✓ |
| LexisNexis Court Link | | 10.57 | ✓ |
| Client Meeting Meals | | $292.29 | ✓ |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

August 1, 2007 through August 31, 2007, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $30,497.50 and actual and necessary expenses

in the amount of $567.93 for a total allowance of $31,065.43, and payment of $24,398.00 (80%

of the allowed fees) and reimbursement of $567.93 (100% of the allowed expenses) be

authorized for a total payment of $24,965.93, and for such other and further relief as this Court

may deem just and proper.

Dated:  October ___8___, 2007

BEVERIDGE & DIAMOND, P.C.

_Pamela D. Marks_
Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 8th day of October, 2007.

_____
Notary Public
My Commission Expires:   May 27, 2009

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
AUGUST 1, 2007 THROUGH AUGUST 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 30, 2007
Client/Matter #  01246-011548
Invoice # 118958
Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/07 | P. Marks | 1.00 | Telephone conference with P. Bucens re FS issues; prepare comments and email to P. Bucens re same; research and evaluate ARARs issues. |
| 08/02/07 | P. Marks | 4.00 | Research and evaluation re ARARs and FS issues. |
| 08/03/07 | K. Bourdeau | 0.50 | Conference with P. Marks re preparation for and issues to be addressed during settlement conference call with the U.S. |
| 08/03/07 | P. Marks | 5.75 | Prepare draft settlement; travel to Curtis Bay and attend conference with S. Dwyer, B. Errerra and L. Duff re remedy implementation and ARARs issues; communication with K. Bourdeau re settlement issues. |
| 08/04/07 | K. Bourdeau | 2.75 | Review P. Marks redraft of settlement agreement and prepare comments thereon; review list of pre meeting topics prepared by P. Marks; prepare detailed e-mail to P. Marks re issues posed by draft agreement and to be addressed with the government, together with recommendations re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118958
September 30, 2007
PAGE  2

| 08/06/07 | K. Bourdeau | 1.50 | Review of settlement materials in preparation for negotiation with the U.S.; conference with P. Marks re issues to be discussed with client and positions to take with the U.S. |
| 08/06/07 | P. Marks | 1.00 | Telephone conference with L. Duff re strategy and meeting preparation; telephone conference with K. Bourdeau re same. |
| 08/07/07 | K. Bourdeau | 7.00 | Conference with P. Marks for settlement negotiations with the U.S. and participate in conference call with the U.S. re same; participate in preparation call with L. Duff and M. Obradovic re same; participate in conference call with the U.S. re same; obtain and forward model language re property damage and personal injury claims against the U.S.; travel time associated with meeetings in Baltimore. |
| 08/07/07 | P. Marks | 5.00 | Prepare for and conduct telephone conference with L. Duff, M. Obradovic and K. Bourdeau; telephone conference with DOJ and USACE teams; followup evaluation and document preparation. |
| 08/08/07 | P. Marks | 1.00 | Telephone conference with P. Bucens re FS meeting; communications with Corps; communications with DOJ. |
| 08/10/07 | P. Marks | 3.00 | Analyze and prepare edits to settlement agreement. |
| 08/12/07 | K. Bourdeau | 0.25 | E-mail exchange with P. Marks re settlement agreement provision; evaluate same. |
| 08/12/07 | P. Marks | 2.00 | Analyze and prepare edits to settlement agreement. |
| 08/13/07 | K. Bourdeau | 1.00 | Review and analyze suggested language for agreement provided by J. Freeman; prepare comments on and edits to same; prepare e-mail to P. Marks re same. |
| 08/13/07 | P. Marks | 1.00 | Telephone conference with J. Owens (Corps) re ARAR issues; email exchanges re conference call on settlement agreement; evaluate same. |
| 08/14/07 | K. Bourdeau | 1.50 | Conference call with DOJ/USACE re Settlement Agreement issues; follow-up communications with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 118958
September 30, 2007
PAGE 3

| 08/14/07 | P. Marks | 2.75 | Review and evaluate new settlement language proposals from DOJ; prepare for and conduct settlement telephone conference with US and Grace teams; post telephone conference evaluation with Grace team. |
| 08/15/07 | P. Marks | 0.75 | Telephone conference to prepare for FS meeting with Corps and MDE. |
| 08/15/07 | E. Overton | 1.00 | Research issues related to CERCLA Section 121(e). |
| 08/16/07 | K. Bourdeau | 0.25 | Conference with P. Marks re follow-up to last settlement conference call and preparation for next settlement meeting. |
| 08/16/07 | S. Jawetz | 0.25 | Telephone conference with E. Overton re CERCLA permit bar scope re NPDES discharges; forward AOC language re same. |
| 08/16/07 | P. Marks | 4.50 | Conference with MDE, Corps and client teams; post-meeting evaluation. |
| 08/16/07 | E. Overton | 1.75 | Complete research and summary memorandum re Section 121(e). |
| 08/17/07 | K. Bourdeau | 0.50 | Draft e-mail to L. Duff and M. Obradovic re preparation for upcoming settlement meeting; communications with P. Marks re same; preparation for settlement meeting. |
| 08/17/07 | P. Marks | 0.25 | Communications with K. Bourdeau re negotiations. |
| 08/26/07 | P. Marks | 2.00 | Prepare for meetings with DOJ and USACE; review new DOJ language; telephone conference with client team re same. |
| 08/27/07 | K. Bourdeau | 2.00 | Review J. Freeman suggested revisions to settlement agreement; prepare comments thereon; conference call with Grace team in preparation for settlement discussions. |
| 08/28/07 | K. Bourdeau | 7.50 | Settlement meeting with the United States; follow-up meeting with Grace team re remaining issues. |
| 08/28/07 | P. Marks | 8.50 | Conduct negotiations with DOJ and Corps re settlement; followup meeting with Grace team; associated travel. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118958
September 30, 2007
PAGE  4

| 08/31/07 | P. Marks | 3.25 | Review report to senior management; comments to M. Obradovic re same; review meeting minutes from FS workshop; communication with P. Bucens re same and next steps; review settlement agreement and revise same; email to US and Grace negotiations and correspondence. |

**Total Hours :**          73.50

**Total Fees :**      $30,397.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118958
September 30, 2007
PAGE   5

## Disbursements:

| | |
|---|---:|
| Postage | 1.31 |
| Long Distance Telephone | 143.60 |
| Duplicating | 9.40 |
| Travel Expenses | 63.76 |
| Air/Train Fare | 47.00 |
| Client Meeting Meals | 292.29 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA288517 dated 8/1/07 for data research services | 10.57 |

**Total Disbursements :**            **$567.93**

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 24.75 | $550.00 | $13,612.50 |
| S. Jawetz | 0.25 | $450.00 | $112.50 |
| P. Marks | 45.75 | $350.00 | $16,012.50 |
| E. Overton | 2.75 | $240.00 | $660.00 |

**Total Fees :**            **$30,397.50**

**Total Disbursements :**            **$567.93**

**TOTAL DUE :**            **$30,965.43**

# EXHIBIT B

## (General Regulatory/Compliance Issues)

38087v1  Baltimore 012629

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 30, 2007
Client/Matter #  01246-012100
Invoice # 118959
Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

**General Regulatory/Compliance Issues**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/30/07 | M. Kadas | 0.25 | Telephone conference with L. Duff re property transaction in Brazil;  follow-up email to local counsel re same. |

|  |  |
|---|---|
| **Total Hours :** | **0.25** |
| **Total Fees :** | **$100.00** |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  118959
September 30, 2007
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Kadas | 0.25 | $400.00 | $100.00 |

|  |  |
|---|---|
| **Total Fees :** | **$100.00** |
| **TOTAL DUE :** | **$100.00** |