# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

TWENTY-FOURTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2007 through September 30, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $18,575.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $311.53 |

This is a:  ___XX___ monthly  _____ interim  _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 -- 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 -- 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 -- 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 -- 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 -- 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 -- 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | Pending | Pending |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | Pending | Pending |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | Pending | Pending |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | Pending | Pending |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | Pending | Pending |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | Pending | Pending |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | Pending | Pending |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | Pending | Pending |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | 14.00 | $7,700.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 29.50 | $10,325.00 |
| Sarah E. Brull | Associate; Member of the MD Bar since 2005 | $220.00 | 2.50 | $550.00 |

Total Fees:      $18,575.00
Total Hours:         46.00
Blended Rate:    $404

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 46.00 | $18,575.00 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

3

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Long Distance Telephone | | $330.96 |
| LexisNexis Court Link | | 10.57 |
| Client Meeting Meals | | ($30.00) |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

September 1, 2007 through September 30, 2007, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $18,575.00 and actual and necessary expenses

in the amount of $311.53 for a total allowance of $18,886.53, and payment of $14,860.00 (80%

of the allowed fees) and reimbursement of $311.53 (100% of the allowed expenses) be

authorized for a total payment of $15,171.53, and for such other and further relief as this Court

may deem just and proper.

Dated: October  _16_ , 2007          BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this _16_ day of October, 2007.


_____
Notary Public
My Commission Expires:  May 27, 2009

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                October 15, 2007
Attn: Lydia B. Duff, Esq.               Client/Matter #  01246-011548
7500 Grace Drive                        Invoice # 119104
Columbia, MD  21044                     Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/07 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/06/07 | K. Bourdeau | 1.50 | Review P. Marks e-mail re issues to be addressed on 9/7 settlement call; prepare e-mail to P. Marks re permit waiver issue; locate and distribute EPA model language on relevant provision; conference with P. Marks re approach to settlement call. |
| 09/06/07 | P. Marks | 2.50 | Evaluate issues remaining for negotiations; email exchanges re meeting preparation; evaluate permit exception issues; communications with K. Bourdeau re same. |
| 09/07/07 | K. Bourdeau | 2.25 | Conference call with Grace team to prepare for settlement conference call with the U.S., participate in settlement conference call with the U.S.; follow up communications re indemnity language and other open issues. |
| 09/07/07 | P. Marks | 3.50 | Prepare for and conduct pre-meeting and negotiations telephone conference at Grace Columbia offices; post-meeting evaluation and drafting. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 119104
October 15, 2007
PAGE  2

| | | | |
|---|---|---|---|
| 09/10/07 | K. Bourdeau | 1.00 | Review comments of P. Bucens and M. Obradovic on current draft of settlement agreement; review L. Duff comments re same; prepare e-mail comment on comments raised by others. |
| 09/10/07 | P. Marks | 2.50 | Prepare for and conduct conference with client team re CX comments to FS and potential Grace positions, and remaining negotiation issues. |
| 09/11/07 | K. Bourdeau | 0.50 | Various e-mail communications re settlement agreement issues. |
| 09/11/07 | P. Marks | 5.00 | Conference with P. Bucens re CX comments; followup tasks re same; work on settlement agreement cleanup related issues. |
| 09/12/07 | K. Bourdeau | 2.50 | Review e-mail communications re settlement agreement and ARAR issues; conduct final "punchlist" review of draft settlement agreement and prepare comments re same. |
| 09/12/07 | P. Marks | 1.00 | Prepare settlement agreement. |
| 09/13/07 | K. Bourdeau | 2.25 | Finalize final "read through" of draft settlement agreement; prepare comments on same; transmit comments to P. Marks with cover e-mail; telephone communications with P. Marks re same. |
| 09/14/07 | K. Bourdeau | 1.75 | Review e-mail communications re settlement agreement issues; participate in conference call with Grace team and U.S. re settlement negotiations; follow-up with L. Duff and M. Obradovic re same. |
| 09/14/07 | P. Marks | 1.75 | Prepare for and conduct telephone conference with DOJ and Grace teams. |
| 09/17/07 | P. Marks | 2.00 | Prepare settlement agreement. |
| 09/18/07 | P. Marks | 0.50 | Prepare settlement agreement. |
| 09/19/07 | P. Marks | 1.50 | Prepare settlement agreement; telephone conference with L. Duff re same. |
| 09/20/07 | K. Bourdeau | 0.25 | Conference with P. Marks re settlement agreement issues. |
| 09/20/07 | P. Marks | 2.50 | Prepare settlement agreement; client email re same; email to DOJ team re same. |
| 09/20/07 | S. Brull | 0.50 | Review contract for SEC consulting services. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  119104
October 15, 2007
PAGE  3

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/21/07 | K. Bourdeau | 1.00 | E-mail correspondence re settlement discussions; review P. Marks revised draft of settlement agreement; conference with P. Marks and L. Duff re same. |
| 09/21/07 | P. Marks | 1.75 | Communications with L. Duff re settlement agreement; communications with K. Bourdeau re same; telephone conference with J. Freeman re same. |
| 09/21/07 | S. Brull | 1.00 | Conference with P. Marks re revision of SEC contract; revise SEC contract. |
| 09/22/07 | S. Brull | 0.25 | Revise SEC contract and related email communications. |
| 09/24/07 | K. Bourdeau | 0.25 | Review J. Freeman proposed changes to settlement agreement; e-mail communications with P. Marks re same. |
| 09/24/07 | P. Marks | 0.25 | Review Freeman and client emails. |
| 09/25/07 | P. Marks | 1.00 | Evaluate SES contract issues; review settlement agreement status and comments with L. Duff. |
| 09/26/07 | K. Bourdeau | 0.25 | Review e-mail correspondence re final settlement proposal. |
| 09/26/07 | P. Marks | 2.50 | Telephone conferences with L. Duff and with negotiating teams re finalization of draft and readiness for circulation; research phrasing of anti-deficiency act language; edit settlement agreement; telephone conference with S. Brull re SEC contract. |
| 09/26/07 | S. Brull | 0.75 | Revise SEC contract; telephone conrference with P. Marks re revision of SEC contract. |
| 09/27/07 | K. Bourdeau | 0.25 | Review e-mail correspondence re settlement agreement proposals/changes. |
| 09/29/07 | K. Bourdeau | 0.25 | E-mail communications re settlement agreement. |

Total Hours :          44.75

Total Fees :        $18,137.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  119104
October 15, 2007
PAGE  4

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 330.96 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA292097 dated 9/1/07 for data research service | 10.57 |
| Client Meeting Meals - Luncheon meeting for W.R. Grace reimbursement on 8/28/07 | (30.00) |

Total Disbursements :     **$311.53**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 14.00 | $550.00 | $7,700.00 |
| P. Marks | 28.25 | $350.00 | $9,887.50 |
| S. Brull | 2.50 | $220.00 | $550.00 |

Total Fees :     **$18,137.50**

Total Disbursements :     **$311.53**

TOTAL DUE :     **$18,449.03**

# EXHIBIT B

## (Bankruptcy Fee Application)

38234v1  Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    October 15, 2007
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 119105
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 09/30/07 | P. Marks | 1.25 | Prepare FUSRAP bankruptcy court motion; evaluate FS related issues. |

|  |  |
|--|--|
| **Total Hours :** | **1.25** |
| **Total Fees :** | **$437.50** |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  119105
October 15, 2007
PAGE  2

__Time Summary:__

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.25 | $350.00 | $437.50 |

| | | | |
|---|---|---|---|
| | | **Total Fees :** | **$437.50** |
| | | **TOTAL DUE :** | **$437.50** |