IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Date: December 21, 2007** |
| | ) **Hearing Date: January 14, 2008 @ 9:00 a.m. in Pittsburgh, Pennsylvania** |

THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' OMNIBUS MOTION TO EXCLUDE OR LIMIT TESTIMONY PURSUANT TO DAUBERT AND RULES 702 AND 703 OF THE FEDERAL RULES OF EVIDENCE

# DOCUMENTS TO BE KEPT UNDER SEAL

Dated: December 8, 2007

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Marla R. Eskin (DE ID No. 2989)
Mark T. Hurford (DE ID No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10022-4614
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
James P. Wehner
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

{D0096281.1 }