## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: December 21, 2007** |
| | ) | **Hearing Date: January 14, 2008 @ 9:00 a.m. in Pittsburgh, Pennsylvania** |

### NOTICE OF MOTION

TO:  All Parties on the Attached List

PLEASE TAKE NOTICE that on December 8, 2007, the Official Committee of Asbestos Personal Injury Claimants filed and served the Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before December 21, 2007.

PLEASE TAKE FURTHER NOTICE that at the same time you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before December 21, 2007.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD

*[Remainder of page intentionally left blank]*

BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, 5490 U.S. STEEL TOWER, 600 GRANT STREET, PITTSBURGH PENNSYLVANIA 15219.

Dated: December 8, 2007          CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Marla R. Eskin (DE ID No. 2989)
Mark T. Hurford (DE ID No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10022-4614
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
James P. Wehner
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*