**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related Docket Nos.: _____ |

**ORDER GRANTING THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS' OMNIBUS MOTION TO EXCLUDE OR LIMIT
TESTIMONY PURSUANT TO DAUBERT AND RULES 702 AND 703 OF
THE FEDERAL RULES OF EVIDENCE**

Upon consideration of the Motion of the Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence (the "Motion"), for the entry of an order pursuant to Rules 702 and 703 of the Federal Rules of Evidence to exclude or limit the testimony of certain experts in connection with the Asbestos Personal Injury Estimation Hearing; and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after a hearing on the Motion; and after due deliberation;

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated: _____, 2008

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0096279.1 }