**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on December 8, 2007, I caused a copy of the:

1.  *The Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 And 703 of The Federal Rules of Evidence* (excluding the underlying motion and related exhibits), to be served upon the individuals on the service list attached hereto as Exhibit A, in the manner indicated.

2.  *The Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 And 703 of The Federal Rules of Evidence,* (including the underlying motion and related exhibits), to be served upon the individuals on the service list attached hereto as Exhibit B, via Federal Express.

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

Dated: December 8, 2007

{D0096282.1 }