# EXHIBIT B

## ADDITIONAL SERVICE LIST FOR DAUBERT BRIEF (INCLUDING EXHIBITS)

| | | |
|---|---|---|
| **Debtors' Counsel:**<br>Barbara Harding, Esq.<br>Kirkland & Ellis<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793 | **Debtors' Counsel:**<br>David Bernick, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | **Debtors' Counsel:**<br>James O'Neill, Esq.<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705 |
| **Unsecured Creditors Comm.:**<br>Arlene Krieger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | **Unsecured Creditors Comm.:**<br>Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 | **Asbestos Pers. Injury Clmnts. Comm.:**<br>Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 |
| **Equity Comm.:**<br>Philip Bentley, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Equity Comm.:**<br>Theresa K.D. Currier, Esq.<br>Buchanan Ingersoll & Rooney, P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | **Asbestos Pers. Injury Clmnts. Comm.:**<br>Nathan D. Finch, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005-5802 |
| **US Trustee:**<br>David Klauder, Esq.<br>Office of the United States Trustee<br>844 King St., 2nd Floor<br>Wilmington, DE 19801 | **Future Claimants Rep:**<br>John Ansbro, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103-0001<br>United States | The Honorable Judith K. Fitzgerald<br>United States Bankruptcy Court<br>for the District of Delaware<br>824 North Market Street<br>3rd Floor<br>Wilmington, DE 19801 |
| **Future Claimants Rep:**<br>Raymond G. Mullady Jr., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, NW, Ste 200<br>Washington, DC 20007 | **Future Claimants Rep:**<br>John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806 | The Honorable Judith K. Fitzgerald<br>U.S. Bankruptcy Court for the Western District of Pennsylvania<br>5490 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| **Asbestos Property Damage:**<br>Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | **Asbestos Property Damage:**<br>Theodore Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 N. Market Street, Suite 904<br>Wilmington, DE 19801 | |

{D0096278.1 }