## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Date: December 21, 2007** |
| | ) **Hearing Date:    January 14, 2008 at 9am** |
| | )                           **Pittsburgh, Pennsylvania** |

## NOTICE OF MOTION

TO: ALL PARTIES ON THE MASTER SERVICE LIST

PLEASE TAKE NOTICE, that on December 8, 2007, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "Future Claimants' Representative") filed and served the attached **Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b), Authorizing the Future Claimants' Representative, and Directing the Clerk of the Court, to File Under Seal the Motion of Future Claimants' Representative to Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S.J. Lees and Dr. Richard J. Lee Pursuant to Rules 702, 703 and 403 of the Federal Rules of Evidence and Exhibits Thereto** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **December 21, 2007**.

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **December 21, 2007**.

A HEARING ON THE MOTION WILL BE HELD, only if a timely objection is filed, on **January 14, 2008 at 9:00 a.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| December 8, 2007 | Respectfully submitted, |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | */s/ Raymond G. Mullady, Jr.* |
| | Roger Frankel |
| | Richard H. Wyron |
| | Raymond G. Mullady, Jr. |
| | Columbia Center |
| | 1152 15th Street, NW |
| | Washington, DC 20005 |
| | Telephone: (202) 339-8400 |
| | John C. Phillips, Jr. (#110) |
| | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| | 1200 North Broom Street |
| | Wilmington, DE 19806 |
| | Telephone: (302) 655-4200 |
| | *Counsel for David T. Austern,* |
| | *Future Claimants' Representative* |