## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No. _____ |

**ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 9018-1(b) AUTHORIZING THE FUTURE CLAIMANTS' REPRESENTATIVE, AND DIRECTING THE CLERK OF THE COURT, TO FILE UNDER SEAL THE MOTION OF FUTURE CLAIMANTS' REPRESENTATIVE TO PRECLUDE TESTIMONY OF DEBTORS' EXPERTS DR. B. THOMAS FLORENCE, DR. ELIZABETH L. ANDERSON, DR. SURESH MOOLGAVKAR, DR. PETER S.J. LEES AND DR. RICHARD J. LEE PURSUANT TO RULES 702, 703 AND 403 OF THE <u>FEDERAL RULES OF EVIDENCE AND EXHIBITS THERETO</u>**

Upon the motion of David T. Austern, Future Claimants' Representative (the "FCR"), dated December 7, 2007 (the "Motion"), for the entry of an order pursuant to Section 107(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the FCR, and directing the Clerk of the Court, to file under seal the Motion of Future Claimants' Representative to Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S.J. Lees and Dr. Richard J. Lee Pursuant to Rules 702, 703 and 403 of the Federal Rules of Evidence and exhibits thereto; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

2

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Pursuant to Section 107(b) of the Bankruptcy Code and Local Rule 9018-1(b), the Clerk of the Court is directed to file the FCR's Daubert Motion and exhibits thereto under seal in an envelope, clearly indicating that the FCR's Daubert Motion and exhibits thereto have been filed under seal by order of the United States Bankruptcy Court for the District of Delaware and may not be unsealed until and unless permitted by further order of the Court.

3. The Court shall retain jurisdiction to enforce this Order and the confidentiality of the FCR's Daubert Motion and exhibits thereto and the information contained therein, including authority to impose sanctions on any person or entity that violates this Order.

Dated: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge