IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: December 21, 2007 |
| | ) | Hearing Date: January 14, 2008 at 9:00 am in Pittsburgh, PA |
| | ) | |

**MOTION OF FUTURE CLAIMANTS' REPRESENTATIVE TO PRECLUDE TESTIMONY OF DEBTORS' EXPERTS DR. B. THOMAS FLORENCE, DR. ELIZABETH L. ANDERSON, DR. SURESH MOOLGAVKAR, DR. PETER S.J. LEES AND DR. RICHARD J. LEE PURSUANT TO RULES 702, 703 AND 403 OF THE FEDERAL RULES OF EVIDENCE AND EXHIBITS THERETO**

# DOCUMENTS TO BE KEPT UNDER SEAL

Dated: December 8, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Raymond G. Mullady, Jr.*
Roger Frankel
Richard Wyron
Raymond G. Mullady, Jr.
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400

John Ansbro
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

- and -

...

2

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

*Co-Counsel to David T. Austern,*
*Future Claimants' Representative*

US_EAST:160354486.1