**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Date: December 21, 2007** |
| | ) **Hearing Date:    January 14, 2008 at 9am** |
| | ) **                         Pittsburgh, Pennsylvania** |
| | ) |

### NOTICE OF MOTION

TO:  ALL PARTIES ON THE MASTER SERVICE LIST

PLEASE TAKE NOTICE, that on December 8, 2007, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "Future Claimants' Representative") filed and served the attached **Motion of Future Claimants' Representative to Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S.J. Lees and Dr. Richard J. Lee Pursuant to Rules 702, 703 and 403 of the Federal Rules of Evidence** and exhibits thereto (collectively, the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **December 21, 2007.**

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **December 21, 2007.**

A HEARING ON THE MOTION WILL BE HELD, only if a timely objection is filed, on **January 14, 2008 at 9:00 a.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

December 8, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

_/s/ Raymond G. Mullady, Jr._
Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400

John Ansbro
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000

-and-

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

_Counsel for David T. Austern,_
_Future Claimants' Representative_