IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) )  Case No. 01-1139 (JKF) )  Jointly Administered |
| Debtors. | ) ) )  Related Docket No. _____ |

**ORDER GRANTING MOTION OF FUTURE CLAIMANTS' REPRESENTATIVE TO PRECLUDE TESTIMONY OF DEBTORS' EXPERTS DR. B. THOMAS FLORENCE, DR. ELIZABETH L. ANDERSON, DR. SURESH MOOLGAVKAR, DR. PETER S.J. LEES AND DR. RICHARD J. LEE PURSUANT TO RULES 702, 703 AND 403 OF THE FEDERAL RULES OF EVIDENCE**

Upon consideration of the motion of David T. Austern, the Future Claimants' Representative, dated December 8, 2007 (the "Motion"), for the entry of an order pursuant to Rules 702, 703, and 403 of the Federal Rules of Evidence precluding the testimony of W.R. Grace & Company, *et al.* experts Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S.J. Lees and Dr. Richard Lee; and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after a hearing on the Motion; and after due deliberation; it is hereby

ORDERED that the Motion is GRANTED.

Dated: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

OHS East:160353715.1