# EXHIBIT 16

# Expert Report of David Weill, M.D.

In re W.R. Grace & Co., *et al.*

October 3, 2006

can be found in the lung tissue of non-exposed urban dwellers but were unassociated with surrounding lung parenchymal fibrosis.

Because of the infrequency with which lung tissue was available for microscopic analysis, clinical parameters were given higher importance in establishing a diagnosis of asbestosis. The clinical findings that were considered helpful in diagnosing asbestosis included:

    1.) A reliable exposure history

    2.) An appropriate time interval between exposure and detection of disease (a latency period of a "minimum of 15 years and more often considerably longer")

The Committee also reported several clinical criteria that were thought to be of *recognized value* (emphasis added)::

    1.) Chest radiograph evidence of small irregular opacities with a profusion of 1/1 or greater

    2.) A restrictive pattern demonstrated by pulmonary function testing (PFT)

    3.) A diffusion capacity below normal

    4.) Bilateral late inspiratory crackles

The consensus view expressed in 1986 was revised by a new group who convened in 2001 and published its Statement in 2004 [19]. Similar diagnostic testing was included in the updated criteria, but there was some modification in the manner in which the various clinical parameters were presented. As a result of the modifications in the Guidelines, the diagnostic criteria are more inclusive and non-specific and, therefore, not

25

especially helpful to the clinician. One example of the more inclusive nature of these criteria include the diagnosis of asbestosis with a 1/0 chest radiograph. Of course, as with any diagnostic guidelines, not all the criteria need be present to establish a diagnosis. Clearly, the presence of certain combinations of the criteria lends more certainty to a diagnosis of asbestosis. I will next present more information regarding the proper diagnosis of asbestosis.

### 1. Taking An Occupational History

As in most aspects of medicine, appropriate history taking is necessary in order to establish a proper diagnosis. However, in no area of medicine is this more important than in diagnosing occupational-related disorders. The ATS clearly articulates the need to take an appropriate exposure history. ATS at p. 695 ("The diagnosis of asbestosis is ideally based on an accurate exposure history, obtained whenever possible directly from the patient, that defines the duration, intensity, time of onset, and setting of exposure experienced by the patient...the occupational title is not enough, as the names of many occupations and trades are uninformative."). In addition to documenting the chronology of a worker's various jobs, one must ascertain at least a qualitative level of workplace exposures. This can, of course, be difficult when a worker has had many occupations spanning a long period of time. Further, recollections can vary regarding precise duration and types of exposure, or workers may be unaware that a potential asbestos exposure even existed in their own workplace. Alternatively, because the potential hazard of asbestos exposure has been brought to the attention of the public through the lay press and through the litigation proliferation, some workers may be overly concerned about their own asbestos exposure, even if only trivial. Therefore, for a variety of reasons,

26

workers may either underestimate or overestimate their asbestos exposure, which can diminish the quality of the information obtained during occupational history-taking.

In forming a work history chronology, the essential elements of the occupational history include the type of work performed, the duration of each job performed, and the type of asbestos-containing products that were used. Because of the latency of the asbestos related lung diseases, occupations performed greater than 15 years ago should be emphasized. Also, a description of the intensity of each exposure is necessary to, at least qualitatively, determine an estimated level of exposure. Patients should also be asked about their personal hobbies, living situation, and other non-occupational activities that could be associated with exposure to asbestos. Because workers can transport asbestos fibers via their work clothes, specific questions should be asked regarding relatives who worked in occupations that may have involved asbestos exposure. Of course, as with any medical history, intensity and duration of cigarette use must be defined as cigarette smoking is associated with the development of many lung diseases unrelated to pneumoconioses.

### 2. Exposure: What is Sufficient?

The exposure of workers to asbestos has diminished over the last decades due to a reduction in the permissible exposure limit (PEL). Beginning in 1972, exposure limits were imposed by the Occupational Safety and Health Administration (OSHA) to limit the amount of exposure present in the workplace. These limits were reduced from a level of 5 fibers per cc in 1972 to the current level of 0.1 fibers per cc. The tightening of the PEL has resulted in a decrease in the incidence of asbestosis and lung cancer. According to a

review of the available literature [81, 89, 90], the risk of developing either asbestosis or lung cancer does not exist until a cumulative dose of 25 to 100 fiber/cc-years is reached.

### 3. Physical Signs and Symptoms

A complete physical examination is an essential part of evaluating patients with suspected pneumoconioses. While physical examination findings are rarely specific for a particular occupationally-related lung disease, certain findings such as peripheral cyanosis, finger clubbing, or chest examination abnormalities may at least indicate that some sort of lung disease may be present. For example, while finger clubbing can be associated with asbestosis, it is also present in other lung diseases, especially idiopathic pulmonary fibrosis, cystic fibrosis, or bronchogenic carcinoma. Less common causes of finger clubbing include bronchiectasis, cirrhosis, tuberculosis, and lung abscess. Unfortunately, clubbing is rare even in established cases of asbestosis and therefore relying on its presence or absence is not helpful. However, when present, it is associated with a poor prognosis [91].

The symptoms usually are of an insidious onset and usually first include dyspnea. Chest pain occurs occasionally in advanced cases when a significant restrictive defect or extensive pleural thickening is present. The presence of persistent chest pain should prompt an investigation looking for the presence of an asbestos related pleural effusion, lung cancer metastatic to the chest wall, or a mesothelioma. Non-productive cough is common, particularly as the disease advances, but a productive cough can be present in cigarette smokers with chronic bronchitis. Hemoptysis is not a feature of the disease. If hemoptysis is present, one must exclude a concomitant bronchogenic carcinoma or other lung diseases commonly associated with hemoptysis (e.g. tuberculosis, pneumonia, or

28

pulmonary embolus). As with many lung diseases, advanced disease usually results in weight loss, likely due to the significant caloric expenditure associated with tachypnea.

The most consistent physical finding in patients with asbestosis is inspiratory crackles. Crackles (or rales) heard on chest auscultation is usually present in asbestosis but can also be found in patients with any interstitial lung disease, heart failure, bronchiectasis, or pneumonia. Also, there is some evidence that crackles can be heard in cigarette smokers in the absence of obvious pulmonary disorders. Determining at what part of the respiratory cycle that crackles are present has been suggested to be helpful in distinguishing among the lung diseases associated with this physical finding, but there is considerable overlap in this regard. Therefore, assigning importance to the timing of the crackles in the inspiratory cycle is problematic. Crackles associated with asbestosis are fine and usually occur with each inspiratory effort, a feature that unfortunately does not distinguish them from crackles due to any diffuse pulmonary fibrotic lung disease. At earlier stages of the disease, crackles are best appreciated in the lower lung zones, but, as the disease progresses can be found in all lung zones.

Wheezes are not a feature of asbestosis and, if present, lead one to consider airways diseases such as chronic bronchitis in cigarette smokers or asthma. A pleural rub can be heard in patients with diffuse pleural thickening. Cyanosis can be present in essentially any cardiopulmonary disorder that causes hypoxemia and therefore is not helpful in distinguishing between asbestosis and several other cardiopulmonary disorders. In advanced disease, signs of right sided heart failure (i.e. jugular venous distension, ascites, and lower extremity edema) can be found. Perhaps the most important aspect of the physical examination of exposed workers is the finding of physical signs that may

29

strongly suggest that another pulmonary disease is present (e.g. decreased breath sounds on auscultation and hyperresonance on percussion consistent with emphysema).

### 4. Radiographic Appearance

Chest radiographs are essential in the diagnosis of asbestosis. The chest radiograph can objectively determine, one, if there is a lung abnormality and, two, what that abnormality most likely represents. In this regard, the International Labour Office (ILO) has devised a classification scheme that attempts to rate the degree and type of radiograph abnormalities using a standardized system. The purpose of the ILO system was to standardize the interpretation of chest radiographs using descriptions of the size, shape, and degree of involvement (i.e. the profusion) of radiographic abnormalities. The system is used to organize the interpretation of the reader into shape (small regular or small irregular) and size assessments (small regular: p, q, r and small irregular: s, t, u). Further, the extent of radiographic abnormalities (profusion) is numbered from normal (or 0) to increasingly abnormal (1, 2, and 3). The ILO classification form also has a section where the reader indicates which of the six lung zones are involved (upper, middle, and lower in either the right or left lung). Also, particularly important when asbestos related lung disease, the presence and type of pleural abnormalities should be noted on the ILO form.

With regard to the typical chest radiographic appearance, certain distinct abnormalities exist with asbestosis. Asbestosis is generally characterized by *lower lobe* involvement with the presence of small *irregular* opacities (s, t, or u lesions). In advanced disease, these parenchymal abnormalities can be seen in all lung zones, but the abnormalities seen in lower profusion categories are typically lower zone predominant.

30

The radiographic changes associated with asbestosis are similar to other diseases where the predominant radiographic appearance is diffuse interstitial reticular infiltrates and cannot therefore be distinguished from these other entities by radiographic appearance alone. There is even some evidence that cigarette smoking alone can lead to radiographic changes that are similar to those due to asbestosis [92] (i.e. the presence of small irregular opacities). As the disease progresses, the linear opacities become thicker and may ultimately obliterate the vascular markings and honeycombing can be found, especially in the subpleural areas of the lower lobes. Large opacities are not seen in asbestosis, unless silica exposure also occurred and, if present, should raise the possibility of a lung malignancy.

Computed tomography (CT) scanning has increased the diagnostic sensitivity in diagnosing cases of asbestosis [93]. Particularly when using high-resolution CT (HRCT) scanning, parenchymal and pleural abnormalities not detected by plain radiography can be seen. CT scanning can also help distinguish en face pleural plaques seen on posterioranterior chest radiograph from parenchymal lesions and can be helpful in identifying parenchymal abnormalities when pleural changes obscure the lung parenchymal on plain chest radiographs. Unfortunately, CT scanning does little to help distinguish asbestosis from other fibrotic lung diseases such as idiopathic pulmonary fibrosis, collagen-vascular associated interstitial lung disease, and drug-induced lung diseases, just to name a few. Therefore, those studies that support the higher sensitivity of HRCT in diagnosing asbestosis [94-96] are limited by low specificity regarding the diagnosis of asbestos related parenchymal disease. Therefore, when using HRCT, the

31

challenge to the clinician is whether or not to assign clinical significance to marginally abnormal CT scans and to distinguish between true abnormalities and normal variants.

### 5. Pathophysiology

The physiologic abnormalities associated with asbestosis are due to the parenchymal fibrosis that characterizes the disease. Classically, when advanced asbestosis is present, reduced lung compliance resulting in a restrictive lung defect is the most common pulmonary function abnormality. Specifically, a reduction in the residual volume (RV) and the total lung capacity (TLC) is usually seen. However, because some patients with asbestosis also have cigarette-inducted emphysema (characterized by increased RV and TLC), a normal or even increased RV and TLC can be present, depending on the relative contribution of each disease to the patient's pathophysiology. This situation results in a mixed obstructive-restrictive defect. Also, because of replacement by scarring of the gas exchange surface at the alveolar level, a reduction of the diffusing capacity is often seen, and some have identified a reduced DLCO as an early indicator of disease. Further, because of the presence of low lung compliance, increased minute ventilation is observed as the respiratory rate increases and the tidal volume decreases. The ventilation changes are particularly marked at the lung bases, which is the area of the lung most extensively involved in asbestosis. All the respiratory mechanics abnormalities are exacerbated by exercise and exercise testing is one way, although invasive and non-specific, to unmask occult disease. Unfortunately, the pathophysiologic findings described above for asbestosis are non-specific and can be found in any of the restrictive lung diseases.

Although asbestosis has traditionally been considered to cause a restrictive impairment, there is some medical literature which documents airway obstruction in asbestos-exposed workers who have normal radiographs with no clinical evidence of asbestosis [97, 98]. The mechanism by which asbestos may cause airway obstruction is unclear but may involve the deposition of asbestos in the small airway, leading directly to an inflammatory response that causes airway fibrosis [99-101]. Whatever the mechanism, the confounding effects of the high prevalence of cigarette smoking in this population has been a limitation of many of the studies performed to evaluate this issue and may undermine the ultimate conclusions. Further, the clinical importance of these histologic effects is unknown.

Very few studies have used radiographic, lung function, and exposure data sufficient to make dose-response conclusions. One such study by Weill and colleagues [102] published in 1975 evaluated the radiographic, lung function tests, and dust exposure data on 859 workers in two asbestos cement plants. The effects of age, race, smoking history, and presence of radiographic abnormalities were controlled. The investigators were able to demonstrate clear dose-response relationships between increasing exposures and declining $FEF_{25-75}$. However, the authors were not able to show a decrease in the $FEV_1/FVC$ ratio, suggesting that while small airway physiologic abnormalities may have be present, clinically significant obstructive disease (as generally defined by a reduced $FEV_1/FVC$ ratio) was not present.

A study of 2,611 long-term asbestos insulators examined the prevalence of spirometric impairments in a large exposed population and the effects of cigarette smoking, radiographic abnormalities, and duration from onset of exposure on pulmonary

33

function [98]. Only 3 percent of nonsmokers had obstruction, and 6 percent had a decreased $FEV_1/FVC$ ratio. Obstruction (present in 17 percent) and combined impairment (in 18 percent) were most common in current smokers. The $FEV_1/FVC$ was decreased in 35 percent of current smokers and in 18 percent of ex-smokers. Normal spirometry was most common when the radiograph was normal; almost half the workers with normal radiographs had normal spirometry. Nevertheless, FVC was reduced in 27 percent of those with normal radiographs and a normal radiograph was seen in 11 percent of workers with restriction. Restrictive and combined impairments were most frequent when both parenchyma and pleura were abnormal. The authors concluded that reduced FVC and reduced $FEV_1/FVC$ are both more frequent in insulators who have smoked (compared with non-smoking insulators or smokers in the general population), which in the authors viewpoint suggested an interaction between asbestos and smoking in producing both these physiologic abnormalities. However, airways obstruction in the absence of radiographic abnormalities and/or cigarette smoking was uncommon.

Other studies that have examined non-smoking asbestos exposed cohorts have had methodological limitations. For instance, in studies where radiographic information is unavailable, the role of asbestos alone in causing airflow obstruction in workers without radiographic disease cannot be determined. Further, other studies have been unable to find differences in the prevalence of obstruction in smoking and non-smoking groups [103, 104]. Studies of nonsmoking asbestos exposed workers where radiographs were available found small airway obstruction as evidenced by a reduction in midflow testing (an effort dependent test), but no decrements in $FEV_1$ and FVC were documented. A study by Kilburn which included radiographic examined 97 nonsmoking insulators who

34

had significantly reduced $FEV_1$ when compared to a population of nonsmokers. There were parenchymal opacities with a profusion of 1/0 or greater in 7 and pleural changes in 13 of these 97 nonsmokers. The authors concluded that, in the absence of cigarette smoking and other diseases, there is decreased airflow in an asbestos exposed population, although the decline was quite small [105]. A more recent study by Kilburn [106] concluded that asbestos exposure alone causes airway obstruction, but there was no difference in lung function between those exposed workers who did and those who did not have asbestosis, making the radiographic interpretations questionable. Further, among the nonsmokers, mean $FEF_{25-75}$ values were above 80%, lending doubt to the conclusion that significant airway obstruction occurred from asbestos exposure alone. These and other limitations of the Kilburn study are well outlined in an article by Jones [107].

The studies evaluating the effect of asbestos on airway function are inconclusive. If there is a direct asbestos effect, it likely only involves the small airways, is small, and clinically insignificant, particularly when compared to the effect of cigarette smoke on airway function [108, 109]. Even though airway fibrosis following asbestos inhalation has been demonstrated in animal models, the clinical impact in humans of these histologic changes remains uncertain. There may be a difference between the histologic and physiologic finding of small airways disease (from smoking or dust) and progressive, clinically significant COPD. The link between the former and latter appears not to have been established. If asbestos exposed workers do have significant respiratory disability, the impairment is likely due to a restrictive, rather than an obstructive, process.

### 6. Distinguishing Among the Diffuse Interstitial Lung Diseases

Given the number of diseases that resemble asbestosis radiographically, the ATS Statement clearly states that a diagnosing doctor must exclude other possible etiologies of the abnormality observed on chest x-ray. 2004 ATS Statement at p. 702 ("Asbestosis resembles a variety of other diffuse interstitial inflammatory and fibrotic process in the lung and must be distinguished from other pneumoconioses, IPF, hypersensitivity pneumonitis, sarcoidosis, and other diseases of this class."). As described above, asbestosis presents radiographically with reticular (or linear) abnormalities, but many fibrotic lung conditions have a similar radiographic appearance. In addition to a reticular pattern, many fibrotic lung diseases are characterized radiographically by lower zone predominance, traction bronchiectasis, and honeycombing.

Distinguishing among these diseases requires the clinician to consider other non-radiographic factors, most notably a careful work history and, if available, pathologic tissue. Particularly in instances where other causes of diffuse interstitial lung disease need to be excluded, a lung biopsy (preferably by obtaining adequate tissue through a surgical approach) should be considered. Also, the clinical course can give some hint about the etiology of the diffuse lung infiltrates. For instance, one is more confident that the patient does not have asbestosis if there is rapid clinical progression, which instead would favor a diagnosis such as IPF. Diagnostic uncertainty can be particularly pronounced when concomitant emphysema or other lung conditions are present, which alter the typical radiographic and pathophysiologic picture. Suffice it to say, the diagnostic possibilities are numerous when confronted with patients who have diffuse lung parenchymal abnormalities.

B.    **Asbestos-related Pleural Changes**