# EXHIBIT 20

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 1

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF DELAWARE

-----------------------------------------

CHAPTER 11

IN RE:

W.R. GRACE & CO., et al.,

    Debtors.

Case No. 01-1139 (JFK)

-----------------------------------------

DEPOSITION OF:

David Austern

October 19, 2007

Washington, D.C.

Lead: John Donley, Esquire

Firm: Kirkland & Ellis LLP

FINAL COPY  
JANE ROSE REPORTING 1-800-825-3341

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 75

1    diagnosed as malignancies, or they are not.
2    The pathology is pathology. And in the
3    reading of X-rays, however, there are -- it
4    is a subjective decision-making function,
5    particularly with respect to soft tissue,
6    which the lungs are.
7        And different people are going
8    to see different things in X-rays.
9    **Q   After the '95 TDP was**
10   **implemented, did you see an upsurge of**
11   **claims in the late '90s?**
12   A   We certainly did.
13   **Q   Beyond what you would have**
14   **expected to see?**
15   A   Well, beyond what our future
16   claims forecaster said we would see.
17   **Q   And was the bulk of the upsurge**
18   **in non-malignant claims?**
19   A   Yes.
20   **Q   Was the bulk of those in**
21   **unimpaired asbestosis claims?**
22   A   Yes.

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 76

1  Q   Did that raise concerns in your
2  mind about possible manipulation of claims
3  being submitted?
4      A   I knew there were screenings,
5  and I knew we were accepting a lot of what
6  I would call low dosage, low exposure, low
7  parenchymal changes, claims.
8      Q   Did you yourself conclude in
9  the late '90s that there was -- in your
10 words -- an amazing elasticity on the part
11 of claimants' lawyers to find doctors who
12 would say that someone suffers from minimal
13 asbestos-related disease?
14     A   I certainly said that.
15     Q   We may as well mark it.
16         (Exhibit 28, August 13, 1998
17     article by David Austern, from the
18     Dallas Observer, is marked by the
19     reporter for identification.)
20     Q   Exhibit 28, I have marked as a
21 copy of the August 13, 1998 article from
22 the Dallas Observer. And page eight is

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 77

1  where there appears to be a quote from you,
2  Mr. Austern.
3      In general, do you recall this
4  article running in the Dallas Observer?
5      A   I do.
6      Q   In 1998?
7      A   Yes.
8      Q   The subject -- we won't go into
9  any detail -- is mainly about the Baron &
10 Budd firm and some activities there.
11     Do you recall that?
12     A   I do.
13     Q   And on page eight, were you
14 quoted accurately as stating, quote:
15     "Part of the problem was sort
16 of an amazing elasticity -- which is about
17 as calm a word as I can think of -- on the
18 part of plaintiffs' lawyers to find doctors
19 who will say that somebody suffers from
20 minimal asbestosis disease."
21     A   I think I said "benign," but,
22 yes.

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 78

1   Q   Okay.
2       MR. MULLADY: John, can I ask
3   whether the emphasis on some of the
4   words in that sentence was supplied by
5   you, or does -- that just appears in
6   the article as published?
7       MR. DONLEY: It appeared on the
8   printout from whatever database
9   provided this article. I don't know
10  if it's in the original. It may have
11  been italics in the original.
12      The short answer is, I don't
13  know. We did not add to it.
14      MR. FINCH: A "key word" search
15  function.
16      MR. MULLADY: That is what it
17  appears to me to be.
18      MR. FINCH: Someone typed in
19  and generated that.
20      MR. DONLEY: It may be. The
21  emphasis is not important to me
22  anyway.

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 79

1   MR. MULLADY: It isn't at the
2   moment.
3   MR. DONLEY: All right.
4   Q   Did we establish, with the use
5   of the worth word "benign," that that was
6   an accurate quote?
7   A   Yes.
8   Q   In your experience and
9   observations, were there at least some
10  claims or facilities where there was a less
11  than benign explanation for the elasticity
12  you were seeing?
13  A   No, no, because there were
14  B-readers out there who looked at X-rays
15  and reached judgments that people had
16  parenchymal changes or scarring of the
17  lungs. There were plenty of X-ray readers.
18  Q   All right. The next -- the
19  next paragraph, could you read that to
20  yourself and let me know if that appears to
21  be an accurate quote?
22  A   This is an accurate quote.

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 80

1     Q    The bulk of the problem was
2 with non-disabling asbestosis claims,
3 correct?
4     A    Yes.
5     Q    Okay. I would like to look at
6 some of the claim numbers coming in in the
7 late '90s and start with what I have marked
8 as Exhibit 29.
9     (Exhibit 29, February 28, 1997
10     letter, Summary Report, to Judges
11     Weinstein and Lifland reporting on
12     1996 activities at the Trust, First
13     Four Pages, is marked by the reporter
14     for identification.)
15     Q    This is a February 28, 1997
16 letter to Judges Weinstein and Lifland
17 reporting on 1996 activities at the Trust.
18 It's only the first four pages because
19 that's all we had. And I will make a
20 request on the record for a complete copy
21 from the Trust. We will follow up with
22 counsel separately on that.

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 87

1  MR. DONLEY: Sure, we will
2  include the whole thing.
3  Q  Does the increase in claims
4  reflect that fear coming true?
5  It's not a continuous upsurge,
6  but does it reflect that fear?
7  A  Yes, but not just Category III,
8  which is the reference.
9  MR. FINCH: Objection.
10  Q  Let me simplify the question.
11  Did you have a concern about
12  the upsurge of unimpaired asbestosis
13  claims, whatever category they were in, in
14  the late '90s?
15  A  Yes.
16  Q  And what was that concern?
17  A  Well, actually, I was more
18  concerned about Category II, but -- and
19  that was that, if you could get an
20  affirmative X-ray reading for scarring of
21  the lungs, then the rest of the medical
22  criteria were not as extensive as I would

JANE ROSE REPORTING  
1-800-825-3341  janerosereporting.com

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 88

1  want them, mostly for Category II, but not
2  as extensive as I would want them.
3       And I was worried that we would
4  get a big increase in -- in my case,
5  Category II claims. And we did.
6       Q   And you did?
7       A   And we did.
8       Q   **Was the increase in claim**
9  **volume that you saw in the period after the**
10 **'95 TDP was enacted, was it accompanied by**
11 **a deterioration in claim quality?**
12      MR. MULLADY: Objection to the
13 form.
14      A   I'm not sure I know what you
15 mean by "deterioration."
16      Q   **A decline in the quality of the**
17 **proofs submitted in support of the claim.**
18      A   Yes.
19      Q   **Let me show you a couple of**
20 **documents and see if you agree with these.**
21      A   We are done with 10 here?
22      Q   **Yes.**

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 162

1    Q   And with regard to specific
2    numbers provided in the next paragraph,
3    it's reported that about 91,000 new claims
4    were filed in 2001.
5        Do you see that?
6    A   Yes.
7    Q   That's a 54 percent increase
8    over the prior year with about 59,000
9    claims then.
10       Do you see that?
11   A   Yes.
12   Q   And a further -- and that
13   number had -- itself had represented an
14   84 percent increase over 1999, correct?
15   A   Correct.
16   Q   And in the preceding -- the end
17   of the preceding paragraph, the
18   announcement or report states that:
19      "Claim filings have been
20   increasing since 1999 at an alarming rate,"
21   quote-unquote.
22   A   That's correct.

US District Court - Delaware  FINAL - October 19, 2007
Chapter 11 - W.R. Grace  David Austern

Page 163

1    Q    Were unexpectedly high
2    non-malignant claims once again principally
3    responsible for this alarming increase?
4        A    I think they were totally
5    responsible.
6        Q    And did you form any conclusion
7    about why, in 1999 through 2001, these
8    unprecedented increases were occurring?
9        A    No.  We were just getting more
10   non-malignant filings.
11       Q    Did you understand that similar
12   increases were being seen by all trusts
13   generally in the tort system?
14       A    Yes.
15           MR. MULLADY:  Objection.
16   Foundation.
17       Q    Is that something you monitored
18   from time to time?
19       A    We monitored the trusts.  We
20   didn't monitor the tort system.
21       Q    Okay.  You recall that -- I
22   think you once used the phrase, that the

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - October 19, 2007
David Austern

Page 187

1   Q   And is that increase
2   principally attributable to the surge in
3   claims received prior to the December 2,
4   1996 TDP documentation requirements?
5       MR. FINCH:  Objection.
6   Foundation.
7       MR. MULLADY:  Objection.  Calls
8   for speculation.
9   Q   I'm sorry.
10  A   I don't know.  I assume it was.
11  I don't know.
12  Q   Okay.  Is that at least a
13  factor in the size of the 1996 filings?
14      MR. MULLADY:  Objection.  Calls
15  for speculation.
16  A   Again, I just don't know.
17  Q   If we look at the size of the
18  bar prior to the 2002 TDP and after the
19  2002 TDP, on that same chart, there's a big
20  drop-off from before to after, correct?
21  A   Yes.
22  Q   And did you attribute that to

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 19, 2007  
David Austern

Page 190

1   people were -- knowing they couldn't --
2   knowing they shouldn't file from October to
3   December, I don't know what that did to
4   gear people up.
5        Q   On the next page, which has
6   page two at the bottom right, the upper
7   chart that is entitled, "Manville Personal
8   Injury Settlement Trust Claim Facts and
9   Figures -- Claim Filings."
10           Do you see that?
11       A   Yes.
12       Q   And there, the bar representing
13  claims filed pursuant to the 1995 TDP has
14  roughly 89 percent non-malignant claims as
15  part of that bar, compared to roughly
16  61 percent under the 2002 TDP?
17       A   Correct.
18       Q   And in your experience as chief
19  executive officer of the CRMC, what do you
20  attribute that difference to?
21       A   Well, first of all, it speaks
22  for itself. It's a dramatic increase in

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com

Page 191

1   non-malignant filings, but I think that is
2   also because it's more difficult to file
3   non-malignant filings, because -- which is
4   to say, that causation and exposure
5   requirements have increased.
6        And I might say the scheduled
7   values are also less, so there is less
8   incentive to file, no matter what the
9   criteria are.
10       Q   You don't have any information
11  to suggest that the difference between
12  those -- the ratios in those two bars is
13  attributed to some difference in the
14  underlying incidence of disease, for the
15  different diseases whose ratio is expressed
16  there?
17       A   As far as I know, there is no
18  difference.
19       Q   Does that tell us that the main
20  factor driving how many claims get filed
21  and approved at any given point are how
22  tight or relaxed the medical exposure