# EXHIBIT 21

# FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

Case No.: 2:05-mc-01870-RDP    **ORIGINAL**

IN RE: DEPOSITION SUBPOENA SERVED UPON

JAMES W. BALLARD, M.D.

Non-party Movant,

Subpoena Arising from:

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE (WILMINGTON)

Case No. 01-01139 (JFK)

IN RE: W.R. GRACE & CO., ET AL.

VIDEO DEPOSITION TESTIMONY OF:

JAMES W. BALLARD, M.D.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-800-373-3660**

**FREEDOM COURT REPORTING**

Page 66

1  abnormality in a chest x-ray?
2      A.   Fifth Amendment.
3      Q.   Doctor, are you aware that the
4  ATS guidelines indicate that
5  differential diagnosis is one of the
6  criteria for nonmalignant asbestos
7  disease?
8      A.   Fifth Amendment.
9      Q.   Dr. Ballard, you don't make
10 differential diagnoses when you diagnose
11 someone with asbestos-related disease,
12 do you?
13         MR. TAYLOR:  Object to the form.
14     A.   Fifth Amendment.
15     Q.   Dr. Ballard, do you agree that a
16 B-reading of a chest x-ray is necessary
17 in order to diagnose a person with
18 asbestosis?
19     A.   Fifth Amendment.
20     Q.   Are you familiar with the ILO
21 guidelines for the classification of
22 radiographs pneumoconiosis?
23     A.   Fifth Amendment.