# EXHIBIT 24

US District Court - Delaware  FINAL - Oct. 8, 2007
Chapter 11 - W.R. Grace  Arnold R. Brody, Ph.D.

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

CHAPTER 11

IN RE:
W.R. GRACE & CO., et al.,
     Debtors.

Case No. 01-1139 (JFK)
Jointly Administered.

---

VIDEO DEPOSITION OF
Arnold R. Brody, Ph.D.
October 8, 2007
Raleigh, North Carolina
Lead: Antony B. Klapper, Esquire
Firm: Reed Smith LLP

FINAL COPY
JANE ROSE REPORTING  1-800-825-3341

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - Oct. 8, 2007  
Arnold R. Brody, Ph.D.

Page 10

1   A. Correct.
2   Q. You will not be offering any opinion about
3   exposures arising from W.R. Grace's products; is that correct?
4   A. That's right.
5   Q. You will not be offering any opinion about how
6   asbestos exposures from Grace products compare to exposures to
7   other manufacturers' asbestos-based products; is that correct?
8   A. Correct.
9   Q. You will not be offering any opinion testimony
10  regarding -- regarding the epidemiology that has been written
11  relating to exposures to Grace's products; is that correct?
12  A. Well -- well, not specifically Grace. I mean
13  the -- the whole issue of -- of whether a product is hazardous
14  or whether there's epidemiology, I mean, in a general sense, I
15  can testify that a product that releases asbestos can be
16  hazardous, but -- but your question was specifically, and then
17  the answers are, no.
18  Q. Okay. Specifically with respect to exposure to
19  Grace products, you will not be opining about whether there's
20  some increased risk associated with such exposures?
21  A. Correct.
22  Q. I assume you're not going to be offering any
23  opinions about the claimants' health problems?
24  A. That's right. You mean individual claimants?
25  Q. Correct.

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - Oct. 8, 2007  
Arnold R. Brody, Ph.D.

Page 11

1    A.   Yes. That's right.
2    Q.   I assume you're not going to be offering any
3    testimony or testifying about the specific claimants' disease
4    and whether it was caused by exposure to Grace products?
5    A.   That's true.
6    Q.   Naturally follows from the last question?
7    A.   Sure.
8    Q.   Not going to offer any -- I assume you are not
9    going to be offering any testimony about whether exposure to a
10   particular Grace product can cause asbestos-related disease?
11   A.   Well, my testimony is if a product releases
12   asbestos, it can cause any of the asbestos-related diseases.
13   Now, I'm not going to -- I can't say whether or not a given
14   product has done so, but my testimony is as I stated.
15   Q.   And you believe the risk that's presented by
16   exposure to asbestos products, in terms of causing disease, is
17   dependent upon the dose of exposure to asbestos; would you
18   agree with that proposition?
19   A.   Sure, it is.
20   Q.   I don't see in your report -- I assume you're not
21   going to be offering any testimony regarding Grace's conduct
22   as a -- as a corporation, in terms of risk management
23   practices or issues of product stewardship or things of that
24   nature; is that correct?
25   A.   Correct.

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com