# EXHIBIT 25

US District Court - Delaware  FINAL - Oct. 12, 2007
Chapter 11 - W.R. Grace  Dr. Barry Castleman

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

CHAPTER 11
IN RE:
W.R. GRACE & CO., et al.,
   Debtors.

Case No. 01-1139 (JFK)

---

DEPOSITION OF:
Dr. Barry I. Castleman
October 12, 2007
Washington, D.C.
Lead: Antony Klapper, Esquire
Firm: Reed Smith

FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - Oct. 12, 2007  
Dr. Barry Castleman

Page 21

1  causation in individual cases.
2      Q   You have not reviewed any of
3  the medical data submitted by the claimants
4  in this case; is that correct?
5      A   No, I have not.
6      Q   Fair to say you are not going
7  to testify about any specific person's
8  disease and whether it was caused by
9  exposure to Grace's product?
10     A   Correct, I will not.
11     Q   Fair to say that you are not
12 going to testify about whether the
13 particular exposures to a particular Grace
14 product is sufficient to cause
15 asbestos-related disease based on dose
16 response data from epidemiology?
17     A   I wouldn't expect to get into
18 that. No.
19     Q   Fair to say you are not going
20 to testify about whether exposure to a
21 particular Grace product has been
22 demonstrated scientifically to be capable

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com