# EXHIBIT 26

6/19/2007 Conner, Michael

1       IN THE UNITED STATES BANKRUPTCY COURT

2           FOR THE DISTRICT OF DELAWARE

3

4

5

6

7

8    CASE NUMBER:   01-01139 (JKF)

9              Jointly Administered

10

11

12

13

14

15

16   IN RE:  W.R. GRACE & COMPANY, et al.,

17            Debtors.

18

19

20

21

22

23

```
 1   and than as I understand it, if they met
 2   certian criteria, they were sent for a
 3   chest x-ray and the chest x-ray was read
 4   by a B reader.  If the chest x-ray was
 5   positive, the B reader found some sort of
 6   evidence of asbestosis or
 7   asbestosis-related pleural disease, then
 8   that patient was sent to the screening
 9   clinic where he got a pulmonary function
10   test and a physical examination.  And
11   that would vary from time to time and we
12   would change the routine up -- time --
13   but that's basically what -- what
14   happened.
15          Q.   When they got to the
16   screening clinic, did they -- would they
17   also get another x-ray?
18          A.   Initially not because they
19   had had their first -- they had had their
20   x-rays done prior to coming there and
21   then over a period of time, for reasons
22   which I'll -- never knew, they began to
23   get at their x-rays at the clinic at the
```

```
 1        A.    It was in Gautier or
 2   Pascagoula.
 3        Q.    Sure.  In Mississippi?
 4        A.    In Mississippi, right.
 5        Q.    Okay.  And then when you
 6   moved to Alabama, it was -- the law firm
 7   was the one that was doing that?
 8        A.    Correct.  Holy crap.  Can we
 9   go off the record?
10              MR. SETTER:  Let the record
11   reflect that it's raining.
12              THE WITNESS:  Let me look at
13   that just for a minute.
14        Q.    (BY MR. BLATNICK:)  Okay.
15   And you said the third item that you
16   would use to diagnose was interpretation
17   of chest x-rays?
18        A.    Correct.
19        Q.    And where were those chest
20   x-rays being done?
21        A.    It seems like sometimes they
22   were done already before they got down
23   there.  I don't know where they would
```

```
 1   where Bessemer Carraway Hospital is --
 2   you probably don't -- but they were back
 3   behind Bessemer Carraway.  There's two or
 4   three medical offices back there.
 5        Q.   Okay.  You said that the
 6   people at Bessemer had been prescreened
 7   for places and exposure.  Who did that?
 8        A.   That would have been done at
 9   Environmental Litigation Group.
10        Q.   And did they create any sort
11   of paperwork memorializing the findings
12   of that prescreening?
13        A.   Yes.  There -- there would
14   have been some sort of form that they
15   filled out with the dates and such on it.
16        Q.   Okay.  And when you were
17   rendering your examination, would you
18   have had that form?
19        A.   Yes, I believe I did.  Well,
20   I did.  I'm sure I did.
21        Q.   And then they would come to
22   the clinic.  They'd have an appointment?
23        A.   Correct.
```

```
 1    pulmonary functions.  I mean, that is
 2    asbestosis.  I don't know what else you
 3    would have -- you know, if it looks like
 4    a duck and walks like a duck, it's a
 5    duck.
 6         Q.    You said "significant
 7    asbestos exposure."  That -- and that was
 8    coming from job title years and employer,
 9    correct?
10         A.    Correct.
11         A.    History of significant
12    exposure I should say.
13         Q.    You're not an industrial
14    hygienist, correct?
15         A.    No.
16         Q.    How would you know whether
17    someone in a specific job was exposed to
18    any asbestos?
19         A.    We knew it by the appearance
20    of the chest x-ray and restrictive
21    changes, you know, having made the
22    diagnosis.
23         Q.    So you're essentially just
```

1   correct?

2       A.   No.

3       Q.   So you're not trained to look

4   specifically at x-ray changes, correct?

5       A.   Not a radilogist, no.

6       Q.   And you're not trained

7   specifically to look at PFT results,

8   correct?

9       A.   No.  Other than general

10  medical school experience we -- I mean,

11  certainly I've looked at a lot of x-rays

12  in my time.

13      Q.   When you were looking at the

14  individuals for PFL, you didn't have any

15  history or potential history of exposures

16  to other chemicals, correct?

17      A.   We -- I mean, no, we didn't

18  ask, have you -- are you -- have you been

19  exposed to arsenic, have you been exposed

20  to this, that and the other.  I mean, we

21  certainly assumed that they had all sorts

22  of exposure in a shipyard, but we didn't

23  specifically ask those questions if