# EXHIBIT 28

US District Court - Delaware　　　FINAL COPY - Samuel Hammar, M.D.
Chapter 11 - W.R. Grace　　　　　　　　　　September 27, 2007

Page 1

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
---------------
CHAPTER 11

IN RE:
W.R. GRACE & CO., et al.,
　　　Debtors.

Case No. 01-1139 (JFK)
Jointly Administered.
-----------------

VIDEO DEPOSITION OF
Samuel P. Hammar, M.D.
September 27, 2007
Seattle, Washington
Lead: Scott A. McMillin, Esquire
Firm: Kirkland & Ellis LLP

FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

US District Court - Delaware  FINAL COPY - Samuel Hammar, M.D.
Chapter 11 - W.R. Grace  September 27, 2007

Page 30

```
 1        And I think in my rebuttal, I said that, you know, if
 2        somebody wanted to determine if any of those given
 3        patients had an asbestos-related disease, like
 4        mesothelioma, that should be easy enough to do, as
 5        long as there's pathology material available.
 6           And I said I could do that. But other than that,
 7        I don't know anything about the individual plaintiffs
 8        in this -- in this case.
 9    Q  Right. And I'm just saying, as you sit here today,
10        you have not been asked to review individual claimant
11        files, provide testimony about what caused any one of
12        their asbestos-related disease?
13    A  That is correct.
14    Q  Is it your understanding that in this case, you will
15        be providing testimony on general causation, such as
16        who might be at a greater risk or what groups of
17        people might be at a greater risk of developing
18        disease?
19    A  I think that would be likely, yes.
20    Q  Dr. Hammar, you are not a certified industrial
21        hygienist, are you?
22    A  No.
23    Q  You are not an epidemiologist, are you?
24    A  No.
25    Q  You do not have a degree in epidemiology or an MPH?
```

Page 74

1  asking me about, I really don't think that probably
2  causes disease.
3     I think the one that people worry about or are
4  concerned about is mesothelioma. And there again,
5  you're never going to find group of people that are
6  exposed to those incredibly low levels, to know
7  exactly how many cases you would really see in a real
8  group of people. All you can do is do the
9  extrapolation thing, making -- like Hodgson and
10 Darnton did, say that there's no threshold below
11 which it can't cause the disease, and that it's a
12 linear relationship.
13         MR. MCMILLIN: Can I get the In Re:
14 Asbestos testimony?
15 Q  (By Mr. McMillin) Actually, let me just ask the
16 questions.
17    Dr. Hammar, in your opinion, you do not believe
18 that there would be any measurable risk for
19 asbestosis for someone exposed to a time-weighted
20 average of 0.1 fibers per cc over a working lifetime;
21 correct?
22 A  I don't, that's correct.
23 Q  That is, you don't -- you don't have to worry about
24 asbestos -- asbestosis, in your opinion, if their
25 exposure is a time-weighted average of .1 fibers or

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL COPY - Samuel Hammar, M.D.  
September 27, 2007

Page 75

1 less during their lifetime?
2 A   I don't think so, although that may have changed with
3     that report that just came out about Libby, where
4     they claimed that there were cases of asbestosis
5     there at a total dose of four fiber/cc years.  So if
6     you had, like, 1.1 fiber/cc years and you were
7     exposed, that would take a hundred times.
8 Q  We'll get to Libby in a minute.
9 A   Okay.
10 Q  But let's --
11 A   But in general --
12 Q  Setting Libby aside --
13 A   In general, that's what I have generally thought;
14     that at that level of exposure -- that would be .1
15     fiber/cc years -- it generally is thought that it
16     takes at least 25 fiber/cc years of exposure to cause
17     asbestosis.  At least clinical asbestosis.
18 Q  And you, likewise, do not believe that there would be
19     any measurable risk for lung cancer for someone
20     exposed to a time-weighted average of .1 fibers per
21     cc over a working lifetime; correct?
22 A   That's generally correct, yes.
23 Q  And similar -- similarly, you do not believe that
24     there would be any measurable risk of mesothelioma
25     for someone exposed to a time-weighted average of .1

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com

US District Court - Delaware  
Chapter 11 - W.R. Grace  
FINAL COPY - Samuel Hammar, M.D.  
September 27, 2007

Page 77

1   But then if you look at Hodgson and Darnton, you
2   know, when they actually did their extrapolations,
3   they gave their levels of what you would see at .1
4   fiber/cc years and .01 fiber/cc years, and it was
5   really, for at least amosite and crocidolite, was
6   really fairly high.
7   Now, does that really happen? I don't know.
8   But -- but at least there's extrapolation data to
9   suggest that even at very low concentrations of
10  asbestos, that mesothelioma can occur.
11  The only -- the only studies -- the only
12  information that's written about, that I know of, are
13  just occasional case reports. Some of them are
14  summarized in the Hillerdal article from 1999 about
15  very low levels of exposure and the development of
16  mesothelioma. But I don't think that's true for lung
17  cancer or asbestosis.
18  **Q  But just to be clear, there's no actual data**
19  **demonstrating people contracting mesothelioma at**
20  **lifetime doses of .1 fibers per cc or less?**
21  A  That is correct, there -- there is not.
22  **Q  And you have testified on numerous occasions that you**
23  **can't say, to a reasonable degree of medical**
24  **certainty, that an exposure less than .1 fibers per**
25  **cc would -- would put anyone at a measurable**

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com

US District Court - Delaware  FINAL COPY - Samuel Hammar, M.D.
Chapter 11 - W.R. Grace  September 27, 2007

Page 78

1     increased risk of developing mesothelioma?
2   A That's right. I've said that. I don't think there's
3     any proof or any published data that would say that
4     it did.
5   Q Now, you just mentioned the Hillerdal 1999 article;
6     right?
7   A Yes.
8   Q And in Hillerdal 1999, I believe on Page 9 of your
9     report, you state that "The review article by
10    Hillerdal in 1999 concerning nonoccupational exposure
11    to asbestos concluded mesothelioma developed as a
12    consequence of low levels of exposure to asbestos."
13    Did I get that right?
14  A You did.
15          MR. MCMILLIN: Can I get Hillerdal?
16    Can you mark this, please?
17            (Exhibit No. 3 marked
18             for identification.)
19
20          MR. BAILOR: Thank you. This is 3;
21    right?
22          MR. MCMILLIN: Yes.
23  Q (By Mr. McMillin) Dr. Hammar, the court reporter has
24    handed you Hammar Exhibit 3. And as you -- as you
25    cited in your -- in your report, if you look at the