# EXHIBIT 30

1

1   IN THE UNITED STATES BANKRUPTCY COURT
2   FOR THE DISTRICT OF DELAWARE
3   CHAPTER 11
4   CASE NO. 01-1139  (JKF)
5
6   ---------------------------------------- x
7        In Re:
8
9        W.R. GRACE & CO., et al,
10                   Debtors.
11  ---------------------------------------- x
12       DEPOSITION OF:  DR. RAYMOND A. HARRON
13           December 15, 2005, 10:06 a.m.
14
15       Videotaped deposition of Dr. Raymond A.
16  Harron, taken by Debtors, pursuant to
17  Subpoena, at the Law Offices of Lawrence S.
18  Goldman, 500 Fifth Avenue, 29th Floor, New
19  York, New York, before Linda J. Greenberg, a
20  Certified Shorthand Reporter and Notary
21  Public of the State of New York.
22

2

2006.12.15 R. Harron.txt

1  make diagnostic reports like this one?
2         MR. GOLDMAN: Objection to form,
3  the inherent assumption that this is a
4  diagnostic report, but we'll -- you can
5  answer the question.
6    A.    Fifth Amendment.
7    Q.    Would you consider this to be a
8  B-read report or a diagnostic report, Dr.
9  Harron?
10    A.    Fifth Amendment.
11    Q.    Was it your regular practice as a
12  B-reader to make a report such as this at
13  the time that you reviewed the X-ray or at
14  some other time?
15    A.    Fifth Amendment.
16    Q.    Dr. Harron, it appears from this
17  report that you read this person's X-ray
18  even though you admit that -- you state that
19  the X-ray has a film quality of 3, is that
20  correct?
21    A.    Fifth Amendment.
22    Q.    Dr. Harron, do you agree that ATS

87

1  guidelines should be followed for performing
2  and interpreting pulmonary function tests?
3         MR. GOLDMAN: Calls for an expert

2006.12.15 R. Harron.txt

4   opinion.

5    A.    Fifth Amendment.

6    Q.    In the context of diagnosing

7   asbestos-related disease, have you followed

8   the ATS guidelines for performing and

9   interpreting PFT tests?

10    A.    Fifth Amendment.

11    Q.    Are you trained in the taking and

12   interpretation of PFT tests?

13    A.    Fifth Amendment.

14    Q.    You are not trained in the taking

15   and interpretation of PFT tests, is that

16   correct?

17    A.    Fifth Amendment.

18        MS. HARDING: I will come back to

19   that, Dr. Harron.

20    Q.    Dr. Harron, is a history of a

21   person's exposure to asbestos-containing

22   products necessary to render a diagnosis of

88

1   asbestosis?

2        MR. GOLDMAN: Calls for an expert

3   opinion.

4    A.    Fifth Amendment.

5    Q.    In diagnosing asbestos-related

6   disease in the context of litigation, have