# EXHIBIT 31

US District Court - Delaware　　　　　　　　　FINAL - October 22, 2007
Chapter 11 - W.R. Grace　　　　　　　　　　　　　　　　　　Steve Hays

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------

CHAPTER 11
IN RE:
W.R. GRACE & CO., et al.,

　　　Debtors.

Case No. 01-1139 (JFK)


----------------------------------------

DEPOSITION OF:
Steve Hays
Monday, October 22, 2007
Washington, D.C.
Lead:  Scott A. McMillin, Esquire
Firm:  Kirkland & Ellis LLP




FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 22, 2007  
Steve Hays

Page 298

1     the semicolon?  
2     **Q**    Yes.  
3     A    If there is no scientific  
4     method to measure risk quantitatively from  
5     the indirect method, I don't think you ever  
6     measure risk. You estimate risk anyway.  
7     So if you are talking about historical  
8     epidemiology data, we have already had the  
9     discussion that that is -- those curves are  
10    based on direct method.  
11         So an indirect method I have  
12    already opined on, how -- what that would  
13    mean or not mean in terms of a data set.  
14         So if we are talking about the  
15    indirect method for dust, then I agree that  
16    I can't take a settled dust number,  
17    prepared direct or indirect, for that  
18    matter, and convert that into an airborne  
19    exposure that would be used to compare to  
20    the PCM data.  
21     **Q**    **So is that a long way of saying**  
22    **that, using the indirect preparation**