# EXHIBIT 34

US District Court - Delaware  FINAL COPY
Chapter 11 - W.R. Grace  Richard Lemen, Ph.D. - Sept. 14, 2007

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------

CHAPTER 11
IN RE:
W.R. GRACE & CO., et al.,

   Debtors.

Case No. 01-1139 (JFK)

-------------------------------------

VIDEO DEPOSITION OF:
Richard A. Lemen, Ph.D.
September 14, 2007
Washington, D.C.
Lead:  Barbara Harding, Esquire
Firm:  Kirkland & Ellis LLP

FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

US District Court - Delaware  FINAL COPY
Chapter 11 - W.R. Grace  Richard Lemen, Ph.D. - Sept. 14, 2007

Page 69

1    MS. HARDING: Let's take a
2    five-minute break.
3    MR. FINCH: Sure.
4    (There was a discussion off the
5    record.)
6    THE VIDEOGRAPHER: This
7    concludes tape one in the deposition
8    of Dr. Richard Lemen. Off of the
9    record at 10:38.
10    (Whereupon a break is taken.)
11    THE VIDEOGRAPHER: This begins
12    tape two in the deposition of
13    Dr. Richard Lemen. On the record at
14    10:47.
15    Q    Dr. Lemen, if I -- correct me
16    if I'm wrong:
17    In this case, in this, the
18    W.R. Grace bankruptcy matter, you are just
19    addressing the issue of general causation
20    and not addressing the issue of specific
21    causation with respect to any individual
22    claimant, correct?

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US District Court - Delaware                              FINAL COPY
Chapter 11 - W.R. Grace                       Richard Lemen, Ph.D. - Sept. 14, 2007

Page 70

1    A   That is correct.
2    Q   You are not addressing the
3   ability of any specific Grace product to
4   cause asbestos-related disease, correct?
5    A   Correct.
6    Q   You are not addressing the
7   ability of any specific Grace product to
8   cause asbestos-related disease in any
9   particular individual or group of
10  individuals in this case, right?
11    A   Correct.
12    Q   And you have not addressed
13  specific causation or the probability or
14  likelihood of any of the claimants in this
15  case being able to prove specific
16  causation, correct?
17    A   No, that is not something I
18  would do.
19    Q   You are not addressing or
20  offering an opinion about the ability of
21  any particular Grace product to cause
22  disease in any individual or group of

US District Court - Delaware                                FINAL COPY
Chapter 11 - W.R. Grace                         Richard Lemen, Ph.D. - Sept. 14, 2007

Page 121

1   A   There are multiple chemicals in
2   the environment and in the workplace that
3   can cause lung cancer.  Studies that I have
4   personally done in dealing with this issue
5   have been chemicals such as
6   bischloromethylether, cadmium.
7       Smelter environments generally
8   have multiple chemical exposures, and
9   smelter workers are generally in the higher
10  risk of developing lung cancer.
11      And I can go on, but there are
12  probably a dozen at least and maybe more
13  that have been identified that can cause
14  lung cancer in humans.
15  Q   I want to turn now to discuss
16  the disease of mesothelioma.
17  A   Yes, ma'am.
18  Q   You have previously testified
19  that there is a level below which
20  mesothelioma will not occur.  I don't think
21  that we have been able to identify that,
22  nor will we ever be able to identify that.

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com