# EXHIBIT 35

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - Oct. 23, 2007  
William Longo, Ph.D.

Page 1

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF DELAWARE

---

CHAPTER 11  
IN RE: W.R. GRACE & CO., et al.

Debtor,

Case No. 01-1139 (JFK)  
Jointly Administered

---

VIDEOTAPED DEPOSITION OF  
William E. Longo, Ph.D.  
October 23, 2007  
Duluth, Georgia  
Lead: Douglas E. Cameron, Esquire  
Firm: Reed Smith

FINAL COPY  
JANE ROSE REPORTING  1-800-825-3341

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - Oct. 23, 2007  
William Longo, Ph.D.

Page 177

1  indirect preparation method results in a
2  disaggregation or breakup of particles during
3  sonication?
4      A.  No.
5      Q.  Okay.  So it's your opinion that the
6  indirect preparation does not affect or increase the
7  asbestos fiber counts?
8      A.  Yes and no.
9      Q.  Give me the yes and then give me the no.
10     A.  Yes, if there is loosely associated
11 asbestos fibers that normally would be counted by
12 direct as one structure but are not of the original
13 structure, meaning it is a false structure, so to
14 speak.  The indirect would give you a higher count
15 than the direct.
16         But no, if it's the position that the
17 indirect is causing a positive bias in the sample,
18 such that structures that were normally an intact
19 structure and then going through the indirect process
20 has become unattached and skewing the accounts, the
21 answer is no, it doesn't happen.
22     Q.  Are you aware of any peer-reviewed
23 publications that conclude sample preparation -- the
24 indirect sample preparation does affect asbestos
25 fiber size and fiber counts?

US District Court - Delaware  FINAL - Oct. 23, 2007
Chapter 11 - W.R. Grace  William Longo, Ph.D.

Page 178

1    A.  Yes.
2    Q.  Go through a couple of those here, if we
3  could.
4         (Longo Exhibit 10 was marked for
5    identification.)
6    Q.  (By Mr. Cameron)  Show you what's been
7  marked as Deposition Exhibit Number 10 and I will ask
8  you, are you familiar with or aware of the study by,
9  I will probably pronounce the names wrong, is it
10  Sahle and Laszlo?
11    A.  Yes.  I mean, I have reviewed these in the
12  past.  It's probably been ten years.
13    Q.  And these are scientists in Sweden; is
14  that correct?
15    A.  That's correct.
16    Q.  If you look at the abstract, the writers
17  found that "the indirect sample transfer technique
18  effects the fiber size distribution of different
19  materials differently."  Do they not?
20    A.  That's what it states.
21    Q.  If you turn over to Page 30, they also
22  noted, didn't they, that there were authors who --
23  and I'm quoting -- "suggested that owing to the
24  breakup of the airborne fibers into smaller units and
25  drastic change of fiber size distribution, the use of

US District Court - Delaware　　　　　　　　FINAL - Oct. 23, 2007
Chapter 11 - W.R. Grace　　　　　　　　　　William Longo, Ph.D.

Page 197

1　　　A.　That's correct.
2　　　Q.　**Nothing else?**
3　　　A.　For my direct examination, that's correct.
4　　　Q.　**And have you published anything in the**
5　　**peer-reviewed literature that discusses the effect or**
6　　**noneffect of indirect preparation?**
7　　　A.　No. But I have published using indirect
8　　TEM data in peer-reviewed publications -- in
9　　peer-review publications. And just like the
10　　peer-reviewed publications that you've shown me here
11　　which say indirect breaks things up, I've published
12　　in a peer-reviewed journal where we use indirect prep
13　　and talk about the exposures and never received any
14　　criticism about the indirect prep in a peer-review
15　　publication.
16　　　Q.　**Can you point me to the articles by your**
17　　**peers in the microscopy community that claims**
18　　**indirect preparation did not affect asbestos fiber**
19　　**size or fiber count or apparent concentrations?**
20　　　A.　No. I can just point you to the
21　　peer-review publications where they say we used
22　　indirect preparation -- indirect asbestos
23　　preparation, here's our results.
24　　　Q.　**And your view is nobody's commented on**
25　　**those results that you've published?**

JANE ROSE REPORTING
1-800-825-3341   janerosereporting.com

US District Court - Delaware  FINAL - Oct. 23, 2007
Chapter 11 - W.R. Grace  William Longo, Ph.D.

Page 200

1    off of Monokote-3 or thermal insulation and makes a
2    determination that there's 15 percent asbestos in
3    this thermal insulation, or there's 10 percent
4    asbestos in this fireproofing that's a cementitious
5    material, nobody tries to make a determination of
6    what that air level is based on that bulk sample, and
7    nobody should try to make a determination of what the
8    air level is based on an asbestos-containing dust.
9           It's just one of the tools they use to
10   help evaluate if there is a potential problem.
11   That's what dust is and that's what bulk samples are.
12       Q.   Is it your -- you're familiar with
13   NIOSH 7400, correct?
14       A.   I am.
15       Q.   And is it your opinion that NIOSH 7400
16   Method recognizes indirect preparation for PCM
17   analysis?
18       A.   The PCM analysis is a direct preparation.
19       Q.   Are you familiar with the AHERA
20   regulations?
21       A.   That is also a direct preparation.
22       Q.   Are you familiar with the Yamate method?
23       A.   I am.  That has both, direct and indirect,
24   as well as the ASTM dust method is indirect.  The ISO
25   international method has an indirect dust, the EPA