# EXHIBIT 37

US District Court - Delaware  FINAL COPY - CONFIDENTIAL
Chapter 11 - W.R. Grace  Daniel Myer - November 20, 2007

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

CHAPTER 11

IN RE:

W.R. GRACE & CO., et al.,

    Debtors.

Case No. 01-1139(JFK)

Jointly Administered

---

VIDEO DEPOSITION OF

Daniel Myer

November 20, 2007

New York, New York

Lead:  Elli Leibenstein, Esquire

Firm:  Kirkland & Ellis, LLP




FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING 1-800-825-3341

US District Court - Delaware		FINAL COPY - CONFIDENTIAL
Chapter 11 - W.R. Grace		Daniel Myer - November 20, 2007

Page 122

1  Q. And it's based on your experience of
2  settling cases that are trial set?
3  Is that right?
4  A. Yeah. It's -- I apologize. I just wanted
5  to make sure that I clarified my answer.
6  It's based on my experience in settling claims.
7  It's based on my conversations with a multitude of
8  different people in this litigation, because on a
9  fairly frequent basis, I interact with a number of
10 different co-defendants' representatives.
11 I deal with a number of different plaintiffs'
12 counsel across the country, some -- some judges,
13 some mediators, so in the context of trying to
14 respond to your question, I just wanted to make sure
15 that I give you a clear understanding of where I am
16 coming from in terms of my formulation of my
17 response.
18 Q. Okay. Do you have any statistics or
19 empirical analysis to support your opinion that
20 mesothelioma claim values for all defendants is
21 higher than they were in 2001?
22 A. I do not, sitting here today.
23 Q. Okay. Have you ever had any statistics to
24 support that analysis?
25 A. Not being a statistician, I can't think of

US District Court - Delaware　　　　　FINAL COPY - CONFIDENTIAL
Chapter 11 - W.R. Grace　　　　　　　Daniel Myer - November 20, 2007

Page 123

1  any place that I would have gotten that information
2  from.
3　　Q.  So there's no --
4　　You don't have any empirical data or actual
5  averages to support your opinion that averages today
6  for mesothelioma claims for all defendants are
7  higher than they were in 2001?
8　　Is that correct?
9　　　　MR. FINCH:  Objection, misstates
10　　prior testimony.
11　　　　THE WITNESS:  I'm sorry.  Could you
12　　repeat the question?
13　　　　(Whereupon, the record was read back
14　　by the reporter.)
15　　　　THE WITNESS:  I do not have hard data
16　　to support my position.  I think that is
17　　responsive to your question.
18  BY MR. LEIBENSTEIN:
19　　Q.  Okay.  Now, what is your position as to --
20  strike that.  The only claim --
21　　The only cases in which you have personal
22  knowledge -- and by this, I am excluding
23  conversations that you had with others -- are trial
24  set cases?
25　　Is that right?

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US District Court - Delaware            FINAL COPY - CONFIDENTIAL
Chapter 11 - W.R. Grace                 Daniel Myer - November 20, 2007

Page 142

1     You said defendant? Is that correct, sir?
2     Q. Yes.
3     A. Yes, yes. Then my answer to your question
4  is that's correct.
5         (Informal discussion held off the
6         record.)
7  BY MR. LEIBENSTEIN:
8     Q. The only people, then, who have told you
9  what the gross mesothelioma average is for a claim
10 in 2006 and 2007 has been plaintiffs' lawyers? Is
11 that right?
12        MR. FINCH: Object to form,
13        mischaracterizes his prior testimony.
14        THE WITNESS: I have had
15        conversations with plaintiff lawyers, in
16        discussions with co-defendants, in
17        discussions with in some instances judges.
18        There has been inferences and
19        references to the overall settlement value
20        of cases in different jurisdictions.
21 BY MR. LEIBENSTEIN:
22    Q. Okay. I am not referring to inferences.
23    A. You are just talking about specific data?
24    Q. Yes.
25    A. I have never seen actual data.

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US District Court - Delaware  
Chapter 11 - W.R. Grace  

FINAL COPY - CONFIDENTIAL  
Daniel Myer - November 20, 2007  

Page 155

1    MR. FINCH: Well, he can tell you.
2    He's not willing to --
3    THE WITNESS: I am choosing not to do
4  so.
5    MR. FINCH: He can tell you.
6    Objection to form.
7  BY MR. LEIBENSTEIN:
8    Q. Okay. You are not --
9    MR. FINCH: Objection. Go ahead.
10 BY MR. LEIBENSTEIN:
11   Q. You are not --
12   You are not going to tell me who the plaintiffs
13 counsel are who told you what the average
14 mesothelioma settlement values are?
15   Is that correct?
16   A. Correct.
17   Q. You are not going to tell me who the
18 judges are?
19   Correct?
20   A. Yes.
21   Q. You are not going to tell me who the
22 defense counsel are?
23   Correct?
24   A. Did I say before that defense counsel had
25 said that to me?

US District Court - Delaware  FINAL COPY - CONFIDENTIAL
Chapter 11 - W.R. Grace  Daniel Myer - November 20, 2007

Page 156

1    Q. No.
2    A. No, so I don't think I answered negatively
3  to you. I simply said I don't remember any defense
4  counsel saying that to me.
5    Q. Okay, so all I have is your say-so,
6  correct?
7    A. Yes, sir.
8    Q. Now, you list here -- just to go through
9  it, we have here plaintiff's counsel that you told
10  me that you are not going to tell me, right?
11    A. (Nodding).
12    Q. Defense counsel?
13  You said no one specifically has told you that,
14  is that right?
15    A. Yes.
16    Q. Okay. Magistrates? You are not going to
17  tell me, right?
18    A. I choose not to, correct.
19    Q. Judges -- judges you are not going to tell
20  me, right?
21    A. Yes.
22    Q. Mediators you are not going to tell me?
23    A. Yes.
24    Q. That's pretty much everybody you have
25  talked to right?

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL COPY - CONFIDENTIAL  
Daniel Myer - November 20, 2007

Page 196

1        beginning of Tape 5 in the deposition of
2        Daniel Myer.
3    BY MR. LEIBENSTEIN:
4        Q.  Okay.  On page 8 of your report --
5        A.  Uh-huh.
6        Q.  -- you say that "A significant number of
7    the claims classified as possible exposure would
8    likely to have been able to establish proof of
9    exposure to Grace asbestos-containing products."
10       Do you see that?
11       A.  (No response).
12       Q.  In the middle of the first paragraph.
13           MR. FINCH:  Of the second paragraph.
14           MR. LEIBENSTEIN:  Second paragraph.
15           THE WITNESS:  That the information
16       provided -- yes, I see it.
17   BY MR. LEIBENSTEIN:
18       Q.  Okay.  I was wondering, what do you mean
19   by a significant number?
20       Do you have a percentage?
21       A.  I would say probably more than -- greater
22   than 50 percent.
23       Q.  Okay.  Is that based on any data?
24       A.  No.
25       Q.  Okay.  Now, you say "would likely have

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com

US District Court - Delaware  FINAL COPY - CONFIDENTIAL
Chapter 11 - W.R. Grace  Daniel Myer - November 20, 2007

Page 197

```
 1    been able to establish proof of exposure."
 2         What do you mean by the word "likely"?
 3       A.  Likely as in greater chance than not.
 4       Q.  Okay, and again, that's not based on any
 5    data?
 6       A.  There's no hard data to base that on, no.
 7    It's based on our experience.
 8       Q.  Well, have you ever been involved in the
 9    PIQ process before?
10       A.  A personal injury questionnaire review?
11       Q.  Yes.
12       A.  No.
13       Q.  Okay, so you --
14         Are you aware that in the personal injury
15    questionnaire, the court made clear that a claimant
16    who did not answer the personal injury questionnaire
17    could be subject to sanctions?
18            MR. FINCH:  Object to form.
19            THE WITNESS:  I am aware of the fact
20         that that was made, yes.
21            That was part of the issue concerning
22         responding to the PIQs.
23    BY MR. LEIBENSTEIN:
24       Q.  Okay.  Did you review the PIQ itself?
25       A.  The blank questionnaire form?
```

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com