# EXHIBIT 38

1

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION



In re:                    *
                          *
W. R. GRACE & CO.,        *
et al.,                   *     CASE NO.  01-1139
                          *     United States Bankruptcy Court
     Debtors.             *     District of Delaware
                          *     (Wilmington)
                          *
****************************************************
```

The videotaped deposition of DR. WALTER ALLEN OAKS, taken at the law offices of Carr, Allison, Pugh, Howard, Oliver & Sisson, 7101 Highway 90, Suite 402, Daphne, Alabama, on the 9th day of March, 2006, commencing at approximately 9:10 a.m.

COPY

ASSOCIATED REPORTERS
P.O. BOX 81142
MOBILE, ALABAMA  36689

1   potential causes of that radiographic image?

2       A.   It depends on the type of interstitial lung

3   disease that you see.

4       Q.   So when looking at -- But in some cases then, when

5   looking at interstitial lung disease, before diagnosing that

6   person as asbestotic, would you consider other potential

7   causes of that appearance?

8       A.   You're speaking about when I'm reading a film for

9   asbestosis, or in my medical practice?

10      Q.   Your medical practice.

11      A.   In your medical practice, you're not looking for

12  asbestosis unless there are findings other than interstitial

13  disease, and the -- you look for everything that may be

14  causing some harm or some disease in the patient.

15      Q.   That's a differential diagnosis, correct?

16      A.   That is a differential diagnosis.

17      Q.   And that's an important component of making a

18  diagnosis in a clinical context, correct?

19      A.   Sometimes.

20      Q.   So there are instances in which you don't think

21  it's important to conduct a differential diagnosis?

22      A.   When it's like this, you don't need a differential

23  diagnosis.

```
 1      A.   No.
 2      Q.   Is that the last conversation you've had with
 3 Mr. Gresham?
 4      A.   Yes, as I recall.
 5      Q.   I just want to confirm a few more things.  You've
 6 never performed a physical examination in connection with
 7 litigation work, correct?
 8      A.   Correct.
 9      Q.   But you do believe a physical examination is
10 important in the diagnosis of asbestos-related diseases,
11 correct?
12      A.   A physical examination, in my opinion, is not
13 important in the diagnosis of asbestosis.  There is no
14 finding on physical examination that is diagnostic of
15 asbestosis, and there is no finding on physical examination
16 that would exclude the diagnosis of asbestosis.  I think
17 it's important only in the manner that you may find
18 something -- some other disease that may contribute to the
19 asbestosis or silicosis.
20      Q.   You don't think it's important to listen to an
21 individual's breathing?
22      A.   I think that the legal system has established some
23 precedent that if a person has rales in their lung bases,
```