# EXHIBIT 40

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - November 8, 2007  
Victor Roggli, M.D.

Page 1

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF DELAWARE

-----------------------------------

CHAPTER 11  
IN RE:  
W.R. GRACE & CO., ET AL.,

Debtors.  
Case No. 01-1139 (JFK)  
Jointly Administered

-----------------------------------

DEPOSITION OF  
Victor L. Roggli, M.D.  
November 8, 2007  
Durham, North Carolina  
Lead: Barbara Harding, Esquire  
Firm: Kirkland & Ellis, LLP

FINAL COPY  
JANE ROSE REPORTING   1-800-825-3341

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - November 8, 2007  
Victor Roggli, M.D.

Page 16

1   you might ask me at the time of trial to assume that certain
2   exposures result from W.R. Grace products, what my opinion
3   would be based on the epidemiology about whether that would
4   cause disease.
5       And I can also envision plaintiffs asking me to
6   assume that that information in the -- that you've used
7   industrial hygiene is incorrect, that it is inappropriate to
8   use for the circumstances, and to assume that the levels are --
9   in some circumstances are much higher than that, and might
10  disease result to that circumstance. So in that situation I
11  think I could comment about the epidemiology and its
12  relationship to the industrial hygiene information.
13      Q.  Okay. I understand your -- I understand your
14  answer.
15      So your -- your -- your ability to comment upon the
16  appropriate epidemiological evidence to use to understand the
17  risks related to W.R. Grace products would be based upon the
18  assumptions that you're asked to make about those -- the
19  exposures to those products; correct?
20      A.  Correct.
21      Q.  You are not going to be offering opinions about any
22  of the individual claimants in this litigation's health status;
23  correct?
24      A.  That's my understanding. I have reviewed a limited
25  number of cases in the Rust database that Dr. Biggs, I think,

Page 17

1   has relied upon in her report, but other than having reviewed
2   those cases, I -- I don't anticipate any review of individual
3   cases.
4       Q.   Okay.  The -- the data you're talking about that you
5   reviewed for Ms. Biggs is not data or opinions that you have
6   provided in the two reports that you've filed in this case;
7   correct?
8       A.   That's correct.
9       Q.   Okay.  It's -- that information was provided by you
10  directly to Ms. Biggs, and is attached, I believe, as reliance
11  materials to her report; is that correct?
12      A.   Well, I provided them to someone, who then provided
13  them to Ms. Biggs.
14      Q.   Okay.  You have not reviewed any of the medical data
15  submitted by any of the claimants in this case; correct?
16      A.   Other than the extent that it's -- that it's
17  commented upon in the nonestimation expert reports, that would
18  be true.
19      Q.   Dr. Roggli, I'm just going to make sure that I
20  continue to understand the parameters of your testimony.  You
21  are not a toxicologist; correct?
22      A.   I'm not formally trained in toxicology.  I have been
23  involved with toxicology-type work in experiments and have
24  published toxicology-type articles with my colleague, Arnold
25  Brody, but I'm not what I would call a card-carrying,

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - November 8, 2007
Victor Roggli, M.D.

Page 108

1  Q. Okay. Do you know whether or not the Rodelsperger
2  paper would -- the 2001 article would pass those criteria?
3  A. I have no idea.
4  Q. You also -- do you recall that in the Rodelsperger
5  paper they could not distinguish between fiber type in their
6  analysis?
7  A. Yes.
8       (DISCUSSION HELD OFF THE RECORD.)
9  BY MS. HARDING:
10  Q. You've previously testified that not every exposure
11  to an asbestos-containing product can be considered a
12  substantial contributing factor in causing mesothelioma;
13  correct?
14  A. Yes.
15  Q. And I noticed that in your July report you indicate
16  at the beginning of it that -- and I quote, "In the
17  supplemental rebuttal expert report I comment on the medical
18  criteria upon which Dr. B. Thomas Florence relies in making his
19  estimate of the value of W.R. Grace & Company's pending and
20  future asbestos personal injury claims." Do you see that at
21  the top of your -- the very first paragraph of your July
22  report?
23  A. Yes.
24  Q. Okay. And by, "medical criteria," I assume you --
25  based on what you then talk about in your July report, I assume

US District Court - Delaware  FINAL - November 8, 2007
Chapter 11 - W.R. Grace  Victor Roggli, M.D.

Page 110

1  prepared by Dr. Stallard; is that correct?
2      A.   I think I may have seen a report by Dr. Stallard.
3  I'm not sure if I have or not. I've certainly discussed this
4  issue with him.
5      Q.   Discussed what issue with him?
6      A.   The issues of some of the -- of the areas that he's
7  looking into with regard to this particular litigation. We had
8  dinner last night.
9      Q.   Okay. But you haven't been asked to, and have not,
10 commented on the medical or exposure criteria set out by either
11 Dr. -- either Ms. Biggs -- Dr. Peterson, Mr. Peterson?
12         MR. RASMUSSEN: Either way.
13         MS. FELDER: Doctor.
14 BY MS. HARDING:
15     Q.   Dr. Peterson --
16         (MS. FELDER NODDED HER HEAD UP AND DOWN.)
17     Q.   -- or Dr. Stallard; correct?
18     A.   Correct.
19     Q.   Okay. Are you aware what criteria they actually --
20 what medical and exposure criteria they apply in their models?
21     A.   I guess not. No.
22     Q.   Okay. If any of their models were reliant upon the
23 proposition that every asbestos exposure is a substantial
24 contributing factor to the development of mesothelioma that
25 would be a scientific proposition upon which you would not

US District Court - Delaware                FINAL - November 8, 2007
Chapter 11 - W.R. Grace                          Victor Roggli, M.D.

Page 111

1  agree; correct?
2      A.   Yes. I think there are levels that I would consider
3  to be trivial levels of exposure.
4      Q.   **And there are products to which -- products that**
5  **are -- that you would state that are not -- have not been**
6  **demonstrated scientifically to be capable of causing or**
7  **contributing to mesothelioma; correct?**
8      A.   Based on what we know about fiber levels that would
9  substantially increase the risk and based upon the information
10 I've been asked to assume about fiber release from those
11 products, that would also be correct.
12     Q.   **And, for instance, if there were products that were**
13 **manufactured by W.R. Grace that were not capable based on the**
14 **industrial hygiene data available of producing the kinds of**
15 **exposures that you have indicated are capable of causing**
16 **mesothelioma, then you would agree it would not be appropriate**
17 **to attribute mesotheliomas to exposures from those products;**
18 **correct?**
19     A.   Yeah. If I understood -- if I understand what
20 you're saying, basically -- or at least if it's a
21 chrysotile-containing product and the time weighted average
22 release of fibers from that product is below the current PEL of
23 one-tenth fiber per cc, then it would take 70 to 100 years of
24 exposure at that level to double the risk of mesothelioma. So
25 products below that level on a time weighted average basis

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - November 8, 2007  
Victor Roggli, M.D.

Page 112

1  would be unlikely to cause or contribute to mesothelioma.
2      Q.   Okay. And additionally you've discussed various
3  aspects of your opinion with respect to commercial and
4  noncommercial amphibole asbestos in the doubling of risk for
5  mesothelioma at -- with respect to those exposures as well;
6  correct?
7      A.   Yes.
8      Q.   And if a product that had trace levels of either
9  commercial or noncommercial amphiboles, and based on industrial
10  hygiene data did not rise to the level of the exposures that
11  you've discussed today, then that also would not be a product
12  that you would say would be capable -- or be -- that has not
13  been scientifically demonstrated to cause or contribute to
14  mesothelioma; correct?
15      A.   Yes. Of course, it's much harder to meet those
16  criteria for amphiboles, because it doesn't take long to
17  accumulate a .01 fiber cc year dose for a course of amphiboles
18  or other amphiboles that have similar properties, but the same
19  criteria -- the same principals apply.
20      Q.   Okay. And it's also true that in deriving your
21  estimates for commercial and noncommercial amphibole asbestos,
22  you have not required the asbestos fibers to be greater than
23  ten microns, as Drs. Berman and Crump do; correct?
24      A.   Correct.
25      Q.   And I -- I suspect I -- well, I think I've already

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com

US District Court - Delaware        FINAL - November 8, 2007
Chapter 11 - W.R. Grace             Victor Roggli, M.D.

Page 113

1    asked that. I'll just go on.
2         And you've previously -- previously testified, and I
3    understand your opinion today to still be the same, that a
4    single fiber is probably impossible to cause cancer by itself;
5    correct?
6    A.   Yes. I don't ascribe to the one-fiber theory.
7    Q.   In studies -- in your fiber -- asbestos fiber burden
8    studies involving mesotheliomas in individuals whose asbestos
9    exposure was as an auto mechanic, in your published papers I
10   understand you to -- you report both -- you report ranges
11   involving both chrysotile and tremolite; correct?
12   A.   Correct.
13   Q.   Why is that?
14   A.   We reported the results of fiber -- fibers that we
15   had for all of the fiber types. We included commercial
16   amphiboles. We included noncommercial amphiboles. We included
17   chrysotile. I'm not understanding -- not sure I understand
18   what the question is.
19   Q.   Okay.
20   A.   We're reporting what we found.
21   Q.   The Australian Registry, that we touched on briefly
22   this morning, there's been some discussion of it in other
23   experts' reports, but you agree that the Australian Registry is
24   not an epidemiological study; correct?
25   A.   I agree with that, because that's what Dr. Lee said

US District Court - Delaware  FINAL - November 8, 2007
Chapter 11 - W.R. Grace  Victor Roggli, M.D.

Page 138

1  correctly -- correct?
2      A.   I don't know if that's the only source of the data
3  that they looked at, but I think that they did consider the
4  SEER data. Yes.
5      Q.   Okay. And there have been updates to the SEER data
6  over time; correct?
7      A.   True.
8      Q.   As recent as this past year; correct?
9      A.   There may have been.
10     Q.   Now, when -- just now you cited your own work, where
11 you -- where you state that over half of the women that you see
12 with mesothelioma are asbestos-related mesotheliomas; correct?
13     A.   Yes.
14     Q.   Okay. Previously you stated that 85 -- I believe
15 this is the right range -- 85 to 90 percent of the cases that
16 you get are medicolegal cases that are referred to you due to
17 litigation; correct?
18     A.   85 percent of the cases roughly that I receive for
19 consultation are medicolegal cases.
20     Q.   Okay.
21     A.   And for fiber analysis cases it's about 60 percent
22 are medicolegal.
23     Q.   Okay. And is that percentage roughly the same for
24 the cases of mesothelioma that you have seen in women?
25     A.   I haven't looked at that -- specifically in women

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - November 8, 2007  
Victor Roggli, M.D.

Page 140

1   Defense Research Institute, I think, last year for the last
2   year and a half of data that -- of cases I'd analyzed in women,
3   about half of them were asbestos related.
4       And the percentage that are asbestos related has
5   been going down over the years. So it's going to be somewhere
6   between the figure of 70 percent I reported in 1997 and the
7   figure of 50 percent that I reported for the last couple of
8   years. So for the whole -- whole database it's going to be
9   probably in the -- somewhere in the 60 percent range, I would
10  say.
11      Q.  Okay. So -- just so -- I want to make sure I
12  understand it. Up through about 1997 you had reviewed about 20
13  cases of mesothelioma in women; correct?
14      A.  For fiber analysis, that's correct.
15      Q.  For fiber analysis?
16      A.  Yes.
17      Q.  And then from 1997 through about 2007 you reviewed
18  another -- about another 20 cases --
19      A.  Yes.
20      Q.  -- for a total --
21      A.  My best guess. Yes.
22      Q.  -- for about a total of 40?
23      A.  Yes.
24      Q.  Okay. And the -- with respect to reviewing the
25  pathology of mesothelioma in women, where I -- I would

US District Court - Delaware  FINAL - November 8, 2007
Chapter 11 - W.R. Grace  Victor Roggli, M.D.

Page 142

1  Q. Dr. Roggli, we were just talking about the -- that
2  the 40 cases where you've done fiber analysis of mesothelioma
3  in women is a subset of a larger group where you've done other
4  analysis. How many other cases of mesothelioma in women have
5  you reviewed?
6  A. My total database for mesothelioma cases is now more
7  than 2,500 cases, which is probably the -- one of the largest
8  databases from one institution, even though the cases didn't
9  come from one institution in the -- in the world, that I'm
10  aware of.
11  And, as I indicated earlier, about 90 percent of our
12  mesothelioma cases occur in men and ten percent in women. So
13  my best estimate would be approximately 250 cases that I've
14  looked at in women with mesothelioma.
15  Q. Okay. And if we subtract out the 40 cases we just
16  talked about where you've done fiber analysis, that leaves
17  roughly 200 to 210 cases of meso in women that you've
18  reviewed -- starting in what year?
19  A. In 1980 approximately.
20  Q. Okay. So from 1980 through the present; correct?
21  A. Yes.
22  Q. Okay. And in these other 200 to 210 cases of
23  mesothelioma in women have you made a determination about
24  whether or not the mesothelioma can be attributed to asbestos
25  exposure?