# EXHIBIT 41

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------

CONFIDENTIAL

CHAPTER 11

IN RE:

W.R. GRACE & CO., et al.,
   Debtors.

Case No. 01-1139 (JFK)
Jointly Administered

------------------------------------

DEPOSITION OF
Dr. Marshall S. Shapo
November 15, 2007
Chicago, Illinois
Lead:  Elli Leibenstein, Esquire
Firm:  Kirkland & Ellis


FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING 1-800-825-3341

US District Court - Delaware          FINAL - CONFIDENTIAL
Chapter 11 - W.R. Grace               Dr. Marshall Shapo - Nov. 15, 2007

Page 14

1   University of Miami, and I have the SJD degree
2   from Harvard.
3       Q. What's an SJD?
4       A. That's an earned doctorate, a law
5   doctorate.
6       Q. I'm sorry. What did you earn at
7   University of Miami?
8       A. I was an AB degree.
9       Q. Oh, okay. What was that -- what area was
10  that in, your BA?
11      A. That was in history with minors in
12  journalism and I think probably radio and
13  television.
14      Q. Okay. You are not a statistician; is that
15  correct?
16      A. That is correct.
17      Q. You are not an economist; is that correct?
18      A. I am not an economist.
19      Q. You are not an actuary; is that correct?
20      A. That is right.
21      Q. You are not a trial lawyer; is that
22  correct?
23      A. That is correct.
24      Q. You have not litigated asbestos claims; is

JANE ROSE REPORTING
1-800-825-3341   janerosereporting.com

US District Court - Delaware FINAL - CONFIDENTIAL
Chapter 11 - W.R. Grace Dr. Marshall Shapo - Nov. 15, 2007

Page 15

1 that correct?
2 A.  Yes.
3 Q.  You have not settled any asbestos claims;
4 is that correct?
5 A.  That is correct.
6 Q.  You have not consulted with companies on
7 asbestos claims; is that correct?
8 A.  That is correct.
9 Q.  You have not performed any statistical
10 analyses in this case; is that correct?
11 A.  Yes.
12 Q.  You have not -- you have not performed any
13 economic analysis in this case; is that correct?
14 A.  Yes.
15 Q.  You have not performed any actuarial
16 analysis in this case; is that correct?
17 A.  Yes.
18 Q.  Would you agree with me that you are not
19 relying on data to form your opinions in this
20 case?
21     MR. MULLADY:  Objection, form.  It's
22 overbroad.
23     THE WITNESS:  I'd agree with that.
24 BY MR. LEIBENSTEIN: