# EXHIBIT 43

US District Court - Delaware  FINAL - Oct. 3, 2007
Chapter 11 - W.R. Grace  Dr. Laura Welch

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------
CHAPTER 11

IN RE:
W.R. GRACE & CO., et al.,

   Debtors.

Case No. 01-1139 (JFK)
----------------------------------------

DEPOSITION OF:
Dr. Laura Welch
Wednesday, October 3, 2007
Washington, D.C.
Barbara Harding, Esquire
Kirkland & Ellis

FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

US District Court - Delaware			FINAL - Oct. 3, 2007
Chapter 11 - W.R. Grace			Dr. Laura Welch

Page 23

1   literature that relates to other
2   non-W.R. Grace products; is that right?
3       A   Not independently of what
4   W.R. Grace has put in their report, that's
5   correct.
6       Q   And you have not compared the
7   industrial hygiene data relating to
8   W.R. Grace products to epidemiological
9   literature that discusses the risks of
10  asbestos exposure and development of
11  disease; is that right?
12      A   Well, I haven't looked at the
13  W.R. Grace product industrial hygiene. So
14  since I haven't done that, I am not
15  quite -- it doesn't -- I won't necessarily
16  make you explain the question more because
17  the answer has to be no. But I am not
18  quite sure what you were asking.
19      Q   I am just trying to make -- I
20  am just trying to clarify kind of what you
21  have done in your report and then what you
22  haven't done; and then once we get through

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US District Court - Delaware                FINAL - Oct. 3, 2007
Chapter 11 - W.R. Grace                        Dr. Laura Welch

Page 24

1   that, then we will kind of go to the
2   opinions in your report.
3       A   Okay.
4       Q   So the answer to that question
5   is that you agree that you have not done
6   that, right?
7       A   Correct.
8       Q   And you have not in your
9   reports in this case addressed the
10  probability or likelihood of any
11  claimants' -- in this case -- ability to
12  prove that their asbestos disease was
13  caused by a specific W.R. Grace product,
14  right?
15      A   Well, actually, I think my
16  opinions all go to that question, although
17  I haven't looked at any individual
18  claimant's records or occupational history.
19          But I answered that way
20  because, if a claimant were to say, "I was
21  injured by a W.R. Grace product," then the
22  opinions I express about causation and

US District Court - Delaware          FINAL - Oct. 3, 2007
Chapter 11 - W.R. Grace                    Dr. Laura Welch

Page 25

1   whether you need to know about fiber size,
2   particular products, address that question,
3   are supportive -- would be supportive of a
4   claim from somebody with multiple
5   exposures, for example.
6          I think I tried to answer your
7   question.
8       Q   No, no, I understand. I think
9   that you -- your answer is what it is
10  because, in your analysis in your reports,
11  you have stated the opinion that every
12  asbestos exposure is a substantial
13  contributing causal factor in the
14  development of an individual's
15  asbestos-related disease, correct?
16      A   That's correct.
17      Q   So that, to render that
18  opinion, you don't need to know any
19  individual claimant's level of asbestos
20  exposure to a W.R. Grace product, correct?
21      A   Generally, that's correct, yes.
22      Q   And you don't need to know any

US District Court - Delaware                    FINAL - Oct. 3, 2007
Chapter 11 - W.R. Grace                              Dr. Laura Welch

Page 26

1   individual claimant's -- the intensity of
2   their exposure to W.R. Grace's product,
3   correct?
4       A    That's -- generally, that's
5   correct.
6       Q    And you don't need to know the
7   duration of their alleged exposure to a
8   W.R. Grace product, correct?
9       A    Correct. I mean, if it -- if I
10  were involved in the individual case, that
11  either someone would present me with a
12  hypothetical or I would have information
13  that would demonstrate that such an
14  exposure did occur.
15          So some of those
16  characteristics about, you know, duration
17  or intensity or type of work, go into
18  demonstrating that an exposure to
19  W.R. Grace product occurred.
20          Now -- but once it's
21  established in whatever format it's
22  established that that exposure occurred,

US District Court - Delaware  
Chapter 11 - W.R. Grace  

FINAL - Oct. 3, 2007  
Dr. Laura Welch  

Page 192

1     the question. It provides an answer. And  
2     it finds no statistically significant  
3     relationship, correct?  
4          MR. FINCH: Object to form.  
5       A    But --  
6          MR. FINCH: Compound.  
7       A    -- it doesn't include people  
8     that you know that were exposed to the  
9     hazard.  
10      Q    So it's your view that, in the  
11    case where the epidemiology, even though  
12    you admit that it examines the question,  
13    but it has flaws, you can ignore the  
14    results of the epidemiological literature  
15    and instead turn to case reports, right?  
16      A    Yes. If the epidemiology  
17    doesn't answer the question, it just  
18    doesn't answer the question. Then you use  
19    what you have.  
20          I think you -- you know, the  
21    epidemiology is not definitive. It doesn't  
22    say there is no risk in brake mechanics.  

JANE ROSE REPORTING  
1-800-825-3341  janerosereporting.com

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - Oct. 3, 2007  
Dr. Laura Welch

Page 193

1   It says: "We haven't found a risk in
2   epidemiologic studies."
3       And then you can -- several of
4   the papers that I cite go through those in
5   great detail.
6       MS. HARDING: Mark this,
7   please.
8   Q   It's a fact sheet from the
9   National Cancer Institute, correct?
10  A   Yes.
11      (Exhibit No. 12, Fact Sheet
12  from the National Cancer Institute,
13  Asbestos Exposure: Questions and
14  Answers, is marked by the reporter for
15  identification.)
16  Q   In your report, you cite to the
17  National Cancer Institute of the National
18  Institute of Health in support of your
19  proposition that ample evidence supports
20  the conclusion that asbestos from brakes
21  can and does cause mesothelioma.
22      Do you see that? That is on

JANE ROSE REPORTING  
1-800-825-3341   janerosereporting.com

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - Oct. 3, 2007
Dr. Laura Welch

Page 243

1      (Exhibit 17, Article,
2  "Vermiculite, Respiratory Disease, and
3  Asbestos Exposure in Libby, Montana:
4  Update of a Cohort Mortality Study,"
5  by Patricia A. Sullivan, from
6  Environmental Health Perspectives,
7  Volume 115, Number 4, April 2007,
8  Pages 579 to 585, is marked by the
9  reporter for identification.)
10     Q    Exhibit 17 is "Vermiculite,
11 Respiratory Disease, and Asbestos Exposure
12 in Libby, Montana:  Update of a Cohort
13 Mortality Study," by Patricia Sullivan.
14          You cited this paper in your
15 July 7th report in this case, correct?
16     A    Yes.
17     Q    And if you could look to table
18 number three on page 582.
19     A    Um-hum.
20     Q    For the lung cancer group, with
21 the exposure 0 to 4.49, under cumulative
22 exposure, the SMR reported is 1.5 with a

US District Court - Delaware                FINAL - Oct. 3, 2007
Chapter 11 - W.R. Grace                              Dr. Laura Welch

Page 244

1   confidence interval from 0.9 to 2.3.
2          Do you see that?
3      A   Yes.
4      Q   And the SRR is 1.0.
5          And the proper interpretation
6   of that result would be that it's not
7   statistically significant, correct?
8      A   Correct.
9      Q   And for the next level of
10  exposure, 4.5 to 22.9, the SMR is reported
11  as for lung cancer of 1.6 with an odds
12  ratio of 1.1 to 2.5, correct?
13     A   That's correct.
14     Q   And you would interpret that as
15  being statistically significant --
16     A   Yes.
17     Q   -- because the confidence
18  interval does not include one, correct?
19     A   Correct.
20     Q   In your report -- in your
21  July 2007 report -- so that would be the
22  Exhibit 3?