# EXHIBIT 45

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                          .    Chapter 11
                                .
W.R. GRACE & CO., et al.,       .    Case No. 01-01139(JKF)
                                .    Jointly Administered
        Debtors.                .
                                .    June 27, 2005 (12:12 p.m.)
                                .    Wilmington


                      TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE JUDITH K. FITZGERALD
                 UNITED STATES BANKRUPTCY COURT JUDGE
```

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.



1  Your Honor be driven by those as factors rather than
2  artificially setting a date at this time because otherwise
3  people will gain the date. It happens every time.
4         THE COURT: I've ordered you to get together next
5  week. I want you to see whether or not next week you can
6  come up with an agreed upon schedule for the property damage
7  on the one side and for the personal injury on the other.
8  That includes a claim form which can be produced. I will
9  approve a claim form of some sort. I'm not saying what sort,
10 but I will, folks, approve a claim form because it may be
11 useful to all parties in the estimation, and I will consider
12 it appropriate discovery. Rather than taking depositions of
13 400,000 personal injury plaintiffs, we're going to do it
14 through claim forms. So, it will be approved. Now, you
15 folks can get together and see if you can agree on the
16 information. I don't expect a 20-page claim form, Mr.
17 Bernick. That will be outrageous. It will not be necessary.
18 But some basic information, yes. I think the debtor and all
19 the other parties will benefit from it. So your task, next
20 week, all of you, I'm not speaking just to Mr. Bernick,
21 everyone is to get together in a face-to-face meeting for
22 however long it takes. Take your toothbrushes to see whether
23 or not you can get case management orders that are agreed on
24 for both the property side and the personal injury side.
25 There is no need to piggyback those two orders. They can be