# EXHIBIT 48

Westlaw.

51 FR 33992-01                                                    Page 1
51 FR 33992-01, 1986 WL 108339 (F.R.)
(Cite as: 51 FR 33992)

NOTICES

ENVIRONMENTAL PROTECTION AGENCY

[FRL-2984-1]

Guidelines for Carcinogen Risk Assessment

Wednesday, September 24, 1986

*33992 AGENCY: U.S. Environmental Protection Agency (EPA).

ACTION: Final guidelines for carcinogen risk assessment.

SUMMARY: The U.S. Environmental Protection Agency is today issuing five guidelines
for assessing the health risks of environmental pollutants.   These are:

 Guidelines for Carcinogen Risk Assessment

 Guidelines for Estimating Exposures

 Guidelines for Mutagenicity Risk Assessment

 Guidelines for the Health Assessment of Suspect Developmental Toxicants

 Guidelines for the Health Risk Assessment of Chemical Mixtures

 This notice contains the Guidelines for Carcinogen Risk Assessment;  the other
guidelines appear elsewhere in today's Federal Register.

 The Guidelines for Carcinogen Risk Assessment (hereafter "Guidelines") are inten-
ded to guide Agency evaluation of suspect carcinogens in line with the policies
and procedures established in the statutes administered by the EPA. These
Guidelines were developed as part of an interoffice guidelines development program
under the auspices of the Office of Health and Environmental Assessment (OHEA) in
the Agency's Office of Research and Development.   They reflect Agency considera-
tion of public and Science Advisory Board (SAB) comments on the Proposed
Guidelines for Carcinogen Risk Assessment published November 23, 1984 (49 FR
46294).

 This publication completes the first round of risk assessment guidelines develop-
ment.   These Guidelines will be revised, and new guidelines will be developed, as
appropriate.

EFFECTIVE DATE: The Guidelines will be effective September 24, 1986.

FOR FURTHER INFORMATION CONTACT: Dr. Robert E. McGaughy, Carcinogen Assessment

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

51 FR 33992-01                                                                    Page 5
51 FR 33992-01, 1986 WL 108339 (F.R.)
**(Cite as: 51 FR 33992)**

mental Animals

 C. Categorization of Overall Weight of Evidence for Human Carcinogenicity

*V. References*

Part B:  Response to Public and Science Advisory Board Comments

 I. Introduction

 II. Office of Science and Technology Policy Report on Chemical Carcinogens

 III. Inference Guidelines

 IV. Evaluation of Benign Tumors

 V. Transplacental and Multigenerational Animal Bioassays

 VI. Maximum Tolerated Dose

 VII. Mouse Liver Tumors

 VIII. Weight-of-Evidence Categories

 IX. Quantitative Estimates of Risk

Part A:  Guidelines for Carcinogen Risk Assessment

*I. Introduction*

 This is the first revision of the 1976 Interim Procedures and Guidelines for
Health Risk Assessments of Suspected Carcinogens (U.S. EPA, 1976;  Albert et al.,
1977).   The impetus for this revision is the need to incorporate into these
Guidelines the concepts and approaches to carcinogen risk assessment that have
been developed during the last ten years.   The purpose of these Guidelines is to
promote quality and consistency of carcinogen risk assessments within the EPA and
to inform those outside the EPA about its approach to carcinogen risk assess-
ment.   These Guidelines emphasize the broad but essential aspects of risk assess-
ment that are needed by experts in the various disciplines required (e.g., toxico-
logy, pathology, pharmacology, and statistics) for carcinogen risk assessment.
Guidance is given in general terms since the science of carcinogenesis is in a
state of rapid advancement, and overly specific approaches may rapidly become ob-
solete.

 These Guidelines describe the general framework to be followed in developing an
analysis of carcinogenic risk and some salient principles to be used in evaluating
the quality of data and in formulating judgments concerning the nature and mag-
nitude of the cancer hazard from suspect carcinogens.   It is the intent of these
Guidelines to permit sufficient flexibility to accommodate new knowledge and new
assessment methods as they emerge.   It is also recognized that there is a need

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

51 FR 33992-01                                                                              Page 6
51 FR 33992-01, 1986 WL 108339 (F.R.)
(Cite as: 51 FR 33992)

for new methodology that has not been addressed in this document in a number of
areas, e.g., the characterization of uncertainty.  As this knowledge and assess-
ment methodology are developed, these Guidelines will be revised whenever appro-
priate.

 A summary of the current state of knowledge in the field of carcinogenesis and a
statement of broad scientific principles of carcinogen risk assessment, which was
developed by the Office of Science and Technology Policy (OSTP, 1985), forms an
important basis for these Guidelines;  the format of these Guidelines is similar
to that proposed by the National Research Council (NRC) of the National Academy of
Sciences in a book entitled Risk Assessment in the Federal Government:  Managing
the Process (NRC, 1983).

 These Guidelines are to be used within the policy framework already provided by
applicable EPA statutes and do not alter such policies.   These Guidelines provide
general directions for analyzing and organizing available data.   They do not im-
ply that one kind of data or another is prerequisite for regulatory action to con-
trol, prohibit, or allow the use of a carcinogen.

 Regulatory decision making involves two components:  risk assessment and risk
management.   Risk assessment defines the adverse health consequences of exposure
to toxic agents.   The risk assessments will be carried out independently from
considerations of the consequences of regulatory action. Risk management combines
the risk assessment with the directives of regulatory legislation, together with
socioeconomic, technical, political, and other considerations, to reach a decision
as to whether or how much to control future exposure to the suspected toxic
agents.

 Risk assessment includes one or more of the following components:  hazard identi-
fication, dose-response assessment, exposure assessment, and risk characterization
(NRC, 1983).

 Hazard identification is a qualitative risk assessment, dealing with the process
of determining whether exposure to an agent has the potential to increase the in-
cidence of cancer.   For purposes of these Guidelines, both malignant and benign
tumors are used in the evaluation of the carcinogenic hazard.   The hazard identi-
fication component qualitatively answers the question of how likely an agent is to
be a human carcinogen.

 Traditionally, quantitative risk assessment has been used as an inclusive term to
describe all or parts of dose-response assessment, exposure assessment, and risk
characterization.   Quantitative risk assessment can be a useful general term in
some circumstances, but the more explicit terminology developed by the NRC (1983)
is usually preferred.   The dose-response assessment defines the relationship
between the dose of an agent and the probability of induction of a carcinogenic
effect.   This component usually entails an extrapolation from the generally high
doses administered to experimental animals or exposures noted in epidemiologic
studies to the exposure levels expected from human contact with the agent in the

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

environment;  it also includes considerations of the validity of these extrapola-
tions.

  The exposure assessment identifies populations exposed to the agent, describes
their composition and size, and presents the types, magnitudes, frequencies, and
durations of exposure to the agent.

  *33994 In risk characterization, the results of the exposure assessment and the
dose-response assessment are combined to estimate quantitatively the carcinogenic
risk.   As part of risk characterization, a summary of the strengths and weak-
nesses in the hazard identification, dose-response assessment, exposure assess-
ment, and the public health risk estimates are presented.   Major assumptions,
scientific judgments, and, to the extent possible, estimates of the uncertainties
embodied in the assessment are also presented, distinguishing clearly between
fact, assumption, and science policy.

  The National Research Council (NRC, 1983) pointed out that there are many ques-
tions encountered in the risk assessment process that are unanswerable given cur-
rent scientific knowledge.   To bridge the uncertainty that exists in these areas
where there is no scientific consensus, inferences must be made to ensure that
progress continues in the assessment process.   The OSTP (1985) reaffirmed this
position, and generally left to the regulatory agencies the job of articulating
these inferences.   Accordingly, the Guidelines incorporate judgmental positions
(science policies) based on evaluation of the presently available information and
on the regulatory mission of the Agency.   The Guidelines are consistent with the
principles developed by the OSTP (1985), although in many instances are necessar-
ily more specific.

II. Hazard Identification

A. Overview

  The qualitative assessment or hazard identification part of risk assessment con-
tains a review of the relevant biological and chemical information bearing on
whether or not an agent may pose a carcinogenic hazard.   Since chemical agents
seldom occur in a pure state and are often transformed in the body, the review
should include available information on contaminants, degradation products, and
metabolites.

  Studies are evaluated according to sound biological and statistical considera-
tions and procedures.   These have been described in several publications
(Interagency Regulatory Liaison Group, 1979;  OSTP, 1985;  Peto et al.,
1980;  Mantel, 1980;  Mantel and Haenszel, 1959;  Interdisciplinary Panel on Car-
cinogenicity, 1984;  National Center for Toxicological Research, 1981; National
Toxicology Program, 1984;  U.S. EPA, 1983a, 1983b, 1983c;  Haseman, 1984).   Res-
ults and conclusions concerning the agent, derived from different types of inform-
ation, whether indicating positive or negative responses, are melded together into
a weight-of-evidence determination.   The strength of the evidence supporting a

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

51 FR 33992-01                                                          Page 14
51 FR 33992-01, 1986 WL 108339 (F.R.)
(Cite as: 51 FR 33992)

The summary should present all of the key findings in all of the sections of the qualitative assessment and the interpretive rationale that forms the basis for the conclusion.  Assumptions, uncertainties in the evidence, and other factors that may affect the relevance of the evidence to humans should be discussed.  The conclusion should present both the weight-of-evidence ranking and a description that brings out the more subtle aspects of the evidence that may not be evident from the ranking alone.

*III. Dose-Response Assessment, Exposure Assessment, and Risk Characterization*

After data concerning the carcinogenic properties of a substance have been collected, evaluated, and categorized, it is frequently desirable to estimate the likely range of excess cancer risk associated with given levels and conditions of human exposure.  The first step of the analysis needed to make such estimations is the development of the likely relationship between dose and response (cancer incidence) in the region of human exposure.  This information on dose-response relationships is coupled with information on the nature and magnitude of human exposure to yield an estimate of human risk.  The risk-characterization step also includes an interpretation of these estimates in light of the biological, statistical, and exposure assumptions and uncertainties that have arisen throughout the process of assessing risk.

The elements of dose-response assessment are described in section III.A. Guidance on human exposure assessment is provided in another EPA *33997 document (U.S. EPA, 1986);  however, section III.B. of these Guidelines includes a brief description of the specific type of exposure information that is useful for carcinogen risk assessment.    Finally, in section III.C. on risk characterization, there is a description of the manner in which risk estimates should be presented so as to be most informative.

It should be emphasized that calculation of quantitative estimates of cancer risk does not require that an agent be carcinogenic in humans.  The likelihood that an agent is a human carcinogen is a function of the weight of evidence, as this has been described in the hazard identification section of these Guidelines.  It is nevertheless important to present quantitative estimates, appropriately qualified and interpreted, in those circumstances in which there is a reasonable possibility, based on human and animal data, that the agent is carcinogenic in humans.

It should be emphasized in every quantitative risk estimation that the results are uncertain.  Uncertainties due to experimental and epidemiologic variability as well as uncertainty in the exposure assessment can be important.  There are major uncertainties in extrapolating both from animals to humans and from high to low doses.  There are important species differences in uptake, metabolism, and organ distribution of carcinogens, as well as species and strain differences in target-site susceptibility.  Human populations are variable with respect to genetic constitution, diet, occupational and home environment, activity patterns, and other cultural factors.  Risk estimates should be presented together with the associated hazard assessment (section III.C.3.) to ensure that there is an appre-

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

ciation of the weight of evidence for carcinogenicity that underlies the quantit-
ative risk estimates.

A. Dose-Response Assessment

  1. Selection of Data. As indicated in section II.D., guidance needs to be given
by the individuals doing the qualitative assessment (toxicologists, pathologists,
pharmacologists, etc.) to those doing the quantitative assessment as to the appro-
priate data to be used in the dose-response assessment.   This is determined by
the quality of the data, its relevance to human modes of exposure, and other tech-
nical details.

  If available, estimates based on adequate human epidemiologic data are preferred
over estimates based on animal data.   If adequate exposure data exist in a well-
designed and well-conducted negative epidemiologic study, it may be possible to
obtain an upper-bound estimate of risk from that study. Animal-based estimates, if
available, also should be presented.

  In the absence of appropriate human studies, data from a species that responds
most like humans should be used, if information to this effect exists.   Where,
for a given agent, several studies are available, which may involve different an-
imal species, strains, and sexes at several doses and by different routes of ex-
posure, the following approach to selecting the data sets is used:  (1) The tumor
incidence data are separated according to organ site and tumor type. (2) All bio-
logically and statistically acceptable data sets are presented. (3) The range of
the risk estimates is presented with due regard to biological relevance
(particularly in the case of animal studies) and appropriateness of route of ex-
posure. (4) Because it is possible that human sensitivity is as high as the most
sensitive responding animal species, in the absence of evidence to the contrary,
the biologically acceptable data set from long-term animal studies showing the
greatest sensitivity should generally be given the greatest emphasis, again with
due regard to biological and statistical considerations.

  When the exposure route in the species from which the dose-response information
is obtained differs from the route occurring in environmental exposures, the con-
siderations used in making the route-to-route extrapolation must be carefully de-
scribed.   All assumptions should be presented along with a discussion of the un-
certainties in the extrapolation.   Whatever procedure is adopted in a given case,
it must be consistent with the existing metabolic and pharmacokinetic information
on the chemical (e.g., absorption efficiency via the gut and lung, target organ
doses, and changes in placental transport throughout gestation for transplacental
carcinogens).

  Where two or more significantly elevated tumor sites or types are observed in the
same study, extrapolations may be conducted on selected sites or types.   These
selections will be made on biological grounds.   To obtain a total estimate of
carcinogenic risk, animals with one or more tumor sites or types showing signific-
antly elevated tumor incidence should be pooled and used for extrapolation.   The

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

51 FR 33992-01                                                                                    Page 16
51 FR 33992-01, 1986 WL 108339 (F.R.)
(Cite as: 51 FR 33992)

pooled estimates will generally be used in preference to risk estimates based on single sites or types.    Quantitative risk extrapolations will generally not be done on the basis of totals that include tumor sites without statistically signi- ficant elevations.

Benign tumors should generally be combined with malignant tumors for risk estim- ates unless the benign tumors are not considered to have the potential to progress to the associated malignancies of the same histogenic origin.    The contribution of the benign tumors, however, to the total risk should be indicated.

2. Choice of Mathematical Extrapolation Model. Since risks at low exposure levels cannot be measured directly either by animal experiments or by epidemiologic stud- ies, a number of mathematical models have been developed to extrapolate from high to low dose.    Different extrapolation models, however, may fit the observed data reasonably well but may lead to large differences in the projected risk at low doses.

As was pointed out by OSTP (1985; Principle 26),

No single mathematical procedure is recognized as the most appropriate for low- dose extrapolation in carcinogenesis.    When relevant biological evidence on mech- anism of action exists (e.g., pharmacokinetics, target organ dose), the models or procedures employed should be consistent with the evidence.    When data and in- formation are limited, however, and when much uncertainty exists regarding the mechanism of carcinogenic action, models or procedures which incorporate low-dose linearity are preferred when compatible with the limited information.

At present, mechanisms of the carcinogenesis process are largely unknown and data are generally limited.    If a carcinogenic agent acts by accelerating the same carcinogenic process that leads to the background occurrence of cancer, the added effect of the carcinogen at low doses is expected to be virtually linear (Crump et al., 1976).

The Agency will review each assessment as to the evidence on carcinogenesis mech- anisms and other biological or statistical evidence that indicates the suitability of a particular extrapolation model.    Goodness-of-fit to the experimental obser- vations is not an effective means of discriminating among models (OSTP, 1985).    A rationale will be included to justify the use of the chosen model.    In the ab- sence of adequate information to the contrary, the linearized multistage procedure will be employed.    Where appropriate, the results of using various extrapolation models may be useful for comparison with the linearized multistage procedure. When longitudinal data on tumor development are available, time-to-tumor models may be used.

It should be emphasized that the linearized multistage procedure leads to *33998 a plausible upper limit to the risk that is consistent with some proposed mechan- isms of carcinogenesis.    Such an estimate, however, does not necessarily give a realistic prediction of the risk.    The true value of the risk is unknown, and may

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

51 FR 33992-01                                                                 Page 17
51 FR 33992-01, 1986 WL 108339 (F.R.)
(Cite as: 51 FR 33992)

be as low as zero.   The range of risks, defined by the upper limit given by the
chosen model and the lower limit which may be as low as zero, should be explicitly
stated.   An established procedure does not yet exist for making "most likely" or
"best" estimates of risk within the range of uncertainty defined by the upper and
lower limit estimates.   If data and procedures become available, the Agency will
also provide "most likely" or "best" estimates of risk.   This will be most feas-
ible when human data are available and when exposures are in the dose range of the
data.

 In certain cases, the linearized multistage procedure cannot be used with the ob-
served data as, for example, when the data are nonmonotonic or flatten out at high
doses.   In these cases, it may be necessary to make adjustments to achieve low-
dose linearity.

 When pharmacokinetic or metabolism data are available, or when other substantial
evidence on the mechanistic aspects of the carcinogenesis process exists, a low-
dose extrapolation model other than the linearized multistage procedure might be
considered more appropriate on biological grounds.   When a different model is
chosen, the risk assessment should clearly discuss the nature and weight of evid-
ence that led to the choice.   Considerable uncertainty will remain concerning re-
sponse at low doses;  therefore, in most cases an upper-limit risk estimate using
the linearized multistage procedure should also be presented.

 3. Equivalent Exposure Units Among Species. Low-dose risk estimates derived from
laboratory animal data extrapolated to humans are complicated by a variety of
factors that differ among species and potentially affect the response to carcino-
gens.   Included among these factors are differences between humans and experi-
mental test animals with respect to life span, body size, genetic variability,
population homogeneity, existence of concurrent disease, pharmacokinetic effects
such as metabolism and excretion patterns, and the exposure regimen.

 The usual approach for making interspecies comparisons has been to use standard-
ized scaling factors.   Commonly employed standardized dosage scales include mg
per kg body weight per day, ppm in the diet or water, mg per m 2 body surface area
per day, and mg per kg body weight per lifetime.   In the absence of comparative
toxicological, physiological, metabolic, and pharmacokinetic data for a given sus-
pect carcinogen, the Agency takes the position that the extrapolation on the basis
of surface area is considered to be appropriate because certain pharmacological
effects commonly scale according to surface area (Dedrick, 1973;  Freireich et
al., 1966;  Pinkel, 1958).

B. Exposure Assessment

 In order to obtain a quantitative estimate of the risk, the results of the dose-
response assessment must be combined with an estimate of the exposures to which
the populations of interest are likely to be subject.   While the reader is re-
ferred to the Guidelines for Estimating Exposures (U.S. EPA, 1986) for specific
details, it is important to convey an appreciation of the impact of the strengths

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

51 FR 33992-01                                                                                          Page 14
51 FR 33992-01, 1986 WL 108339 (F.R.)
(Cite as: 51 FR 33992)

The summary should present all of the key findings in all of the sections of the qualitative assessment and the interpretive rationale that forms the basis for the conclusion.   Assumptions, uncertainties in the evidence, and other factors that may affect the relevance of the evidence to humans should be discussed.   The conclusion should present both the weight-of-evidence ranking and a description that brings out the more subtle aspects of the evidence that may not be evident from the ranking alone.

*III. Dose-Response Assessment, Exposure Assessment, and Risk Characterization*

After data concerning the carcinogenic properties of a substance have been collected, evaluated, and categorized, it is frequently desirable to estimate the likely range of excess cancer risk associated with given levels and conditions of human exposure.   The first step of the analysis needed to make such estimations is the development of the likely relationship between dose and response (cancer incidence) in the region of human exposure.   This information on dose-response relationships is coupled with information on the nature and magnitude of human exposure to yield an estimate of human risk.   The risk-characterization step also includes an interpretation of these estimates in light of the biological, statistical, and exposure assumptions and uncertainties that have arisen throughout the process of assessing risk.

The elements of dose-response assessment are described in section III.A. Guidance on human exposure assessment is provided in another EPA *33997 document (U.S. EPA, 1986);  however, section III.B. of these Guidelines includes a brief description of the specific type of exposure information that is useful for carcinogen risk assessment.   Finally, in section III.C. on risk characterization, there is a description of the manner in which risk estimates should be presented so as to be most informative.

It should be emphasized that calculation of quantitative estimates of cancer risk does not require that an agent be carcinogenic in humans.   The likelihood that an agent is a human carcinogen is a function of the weight of evidence, as this has been described in the hazard identification section of these Guidelines.   It is nevertheless important to present quantitative estimates, appropriately qualified and interpreted, in those circumstances in which there is a reasonable possibility, based on human and animal data, that the agent is carcinogenic in humans.

It should be emphasized in every quantitative risk estimation that the results are uncertain.   Uncertainties due to experimental and epidemiologic variability as well as uncertainty in the exposure assessment can be important.   There are major uncertainties in extrapolating both from animals to humans and from high to low doses.   There are important species differences in uptake, metabolism, and organ distribution of carcinogens, as well as species and strain differences in target-site susceptibility.   Human populations are variable with respect to genetic constitution, diet, occupational and home environment, activity patterns, and other cultural factors.   Risk estimates should be presented together with the associated hazard assessment (section III.C.3.) to ensure that there is an appre-

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

51 FR 33992-01                                                                    Page 15
51 FR 33992-01, 1986 WL 108339 (F.R.)
(Cite as: 51 FR 33992)

ciation of the weight of evidence for carcinogenicity that underlies the quantit-
ative risk estimates.

A. Dose-Response Assessment

  1. Selection of Data. As indicated in section II.D., guidance needs to be given
by the individuals doing the qualitative assessment (toxicologists, pathologists,
pharmacologists, etc.) to those doing the quantitative assessment as to the appro-
priate data to be used in the dose-response assessment.  This is determined by
the quality of the data, its relevance to human modes of exposure, and other tech-
nical details.

  If available, estimates based on adequate human epidemiologic data are preferred
over estimates based on animal data.  If adequate exposure data exist in a well-
designed and well-conducted negative epidemiologic study, it may be possible to
obtain an upper-bound estimate of risk from that study. Animal-based estimates, if
available, also should be presented.

  In the absence of appropriate human studies, data from a species that responds
most like humans should be used, if information to this effect exists.  Where,
for a given agent, several studies are available, which may involve different an-
imal species, strains, and sexes at several doses and by different routes of ex-
posure, the following approach to selecting the data sets is used:  (1) The tumor
incidence data are separated according to organ site and tumor type. (2) All bio-
logically and statistically acceptable data sets are presented. (3) The range of
the risk estimates is presented with due regard to biological relevance
(particularly in the case of animal studies) and appropriateness of route of ex-
posure. (4) Because it is possible that human sensitivity is as high as the most
sensitive responding animal species, in the absence of evidence to the contrary,
the biologically acceptable data set from long-term animal studies showing the
greatest sensitivity should generally be given the greatest emphasis, again with
due regard to biological and statistical considerations.

  When the exposure route in the species from which the dose-response information
is obtained differs from the route occurring in environmental exposures, the con-
siderations used in making the route-to-route extrapolation must be carefully de-
scribed.  All assumptions should be presented along with a discussion of the un-
certainties in the extrapolation.  Whatever procedure is adopted in a given case,
it must be consistent with the existing metabolic and pharmacokinetic information
on the chemical (e.g., absorption efficiency via the gut and lung, target organ
doses, and changes in placental transport throughout gestation for transplacental
carcinogens).

  Where two or more significantly elevated tumor sites or types are observed in the
same study, extrapolations may be conducted on selected sites or types.  These
selections will be made on biological grounds.  To obtain a total estimate of
carcinogenic risk, animals with one or more tumor sites or types showing signific-
antly elevated tumor incidence should be pooled and used for extrapolation.  The

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.