# EXHIBIT 49

**Appendix 2**

**Statement of Principles Regarding
Property and Casualty
Loss and Loss Adjustment Expense Reserves**

(Adopted by the Board of Directors of the CAS, May 1988)

The purpose of this Statement is to identify and describe principles applicable to the evaluation and review of loss and loss adjustment expense reserves. Because of their size and the uncertainties in the estimation process, the evaluation of these reserves requires the use of proper actuarial and statistical procedures. The financial condition of a property and casualty insurer cannot be assessed accurately without sound reserve estimates.

This Statement consists of three parts:

    I. DEFINITIONS
    II. PRINCIPLES
    III. CONSIDERATIONS

The definitions in the next section apply to both loss reserves and loss adjustment expense reserves. For the purpose of this statement the terms *loss* and *claim* are used interchangeably, and the term *insurer* is meant to represent any risk bearer for property and casualty exposures, whether an insurance company, self-insured entity, or other.

I. DEFINITIONS

A *loss reserve* is a provision for its related liability. A total loss reserve is composed of five elements, although the five elements may not necessarily be individually quantified:

—case reserve

—provision for future development on known claims

—reopened claims reserve

—provision for claims incurred but not reported

10

in the preceding paragraphs, as well as each of the five elements of the loss reserve, have similar meanings with regard to the allocated loss adjustment expense reserve.

Although the same statistical procedures normally do not apply to unallocated expenses, the unallocated loss adjustment expense reserve can still be divided into known reserve and IBNR components, and the concept of a particular valuation date is meaningful.

II. PRINCIPLES

1. An actuarially sound loss reserve for a defined group of claims as of a given valuation date is a provision, based on estimates derived from reasonable assumptions and appropriate actuarial methods for the unpaid amount required to settle all claims, whether reported or not, for which liability exists on a particular accounting date.

2. An actuarially sound loss adjustment expense reserve for a defined group of claims as of a given valuation date is a provision, based on estimates derived from reasonable assumptions and appropriate actuarial methods, for the unpaid amount required to investigate, defend, and effect the settlement of all claims, whether reported or not, for which loss adjustment expense liability exists on a particular accounting date.

3. The uncertainty inherent in the estimation of required provisions for unpaid losses or loss adjustment expenses implies that a range of reserves can be actuarially sound. The true value of the liability for losses or loss adjustment expenses at any accounting date can be known only when all attendant claims have been settled.

4. The most appropriate reserve within a range of actuarially sound estimates depends on both the relative likelihood of estimates within the range and the financial reporting context in which the reserve will be presented.

Although specific reserve requirements may vary, the same basic principles apply in each context in which the reserves are stated, including statutory balance sheets, statements of opinion on loss reserves, and reports to shareholders or securities regulators. Guidance in the application of these principles is provided in the Considerations section of this statement.

III. CONSIDERATIONS

Understanding the trends and changes affecting the data base is a prerequisite to the application of actuarially sound reserving methods. A knowledge of changes in underwriting, claims handling, data processing and accounting, as well as changes in the legal and social environment, affecting the experience is essential to the accurate interpretation and evaluation of observed data and the choice of reserving methods.

A knowledge of the general characteristics of the insurance portfolio for which reserves are to be established also is important. Such knowledge would include familiarity with policy provisions

13