# EXHIBIT 51

 Designation: D 5755 – 95

# Standard Test Method for
# Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentrations[1]

This standard is issued under the fixed designation D 5755; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

## 1. Scope

1.1 This test method covers a procedure to (a) identify asbestos in dust and (b) provide an estimate of the concentration of asbestos in the sampled dust reported as the number of asbestos structures per unit area of sampled surface.

1.1.1 If an estimate of the asbestos mass is to be determined, the user is referred to Test Method D 5756.

1.2 This test method describes the equipment and procedures necessary for sampling, by a microvacuum technique, non-airborne dust for levels of asbestos structures. The non-airborne sample is collected inside a standard filter membrane cassette from the sampling of a surface area for dust which may contain asbestos.

1.2.1 This procedure uses a microvacuuming sampling technique. The collection efficiency of this technique is unknown and will vary among substrates. Properties influencing collection efficiency include surface texture, adhesiveness, electrostatic properties and other factors.

1.3 Asbestos identified by transmission electron microscopy (TEM) is based on morphology, selected area electron diffraction (SAED), and energy dispersive X-ray analysis (EDXA). Some information about structure size is also determined.

1.4 This test method is generally applicable for an estimate of the concentration of asbestos structures starting from approximately 1000 asbestos structures per square centimetre.

1.4.1 The procedure outlined in this test method employs an indirect sample preparation technique. It is intended to disperse aggregated asbestos into fundamental fibrils, fiber bundles, clusters, or matrices that can be more accurately quantified by transmission electron microscopy. However, as with all indirect sample preparation techniques, the asbestos observed for quantification may not represent the physical form of the asbestos as sampled. More specifically, the procedure described neither creates nor destroys asbestos, but it may alter the physical form of the mineral fibers.

1.5 The values stated in SI units are to be regarded as the standard. The values given in parentheses are for information only.

1.6 This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.

## 2. Referenced Documents

2.1 ASTM Standards:
D 1193 Specification for Reagent Water[2]
D 1739 Test Method for the Collection and Measurement of Dustfall (Settleable Particulate Matter)[3]
D 3195 Practice for Rotameter Calibration[3]
D 3670 Guide for Determination of Precision and Bias of Methods of Committee D-22[3]
D 5756 Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Mass Concentration[3]

## 3. Terminology

3.1 Definitions:

3.1.1 asbestiform—a special type of fibrous habit in which the fibers are separable into thinner fibers and ultimately into fibrils. This habit accounts for greater flexibility and higher tensile strength than other habits of the same mineral. For more information on asbestiform mineralogy, see Refs (1),[4] (2) and (3).

3.1.2 asbestos—a collective term that describes a group of naturally occurring, inorganic, highly fibrous, silicate dominated minerals, which are easily separated into long, thin, flexible fibers when crushed or processed.

DISCUSSION—Included in the definition are the asbestiform varieties of: serpentine (chrysotile); riebeckite (crocidolite); grunerite (grunerite asbestos); anthophyllite (anthophyllite asbestos); tremolite (tremolite asbestos); and actinolite (actinolite asbestos). The amphibole mineral compositions are defined according to nomenclature of the International Mineralogical Association (3).

| Asbestos | Chemical Abstract Service No.[5] |
|---|---|
| Chrysotile | 12001-29-5 |
| Crocidolite | 12001-28-4 |
| Grunerite Asbestos | 12172-73-5 |
| Anthophyllite Asbestos | 77536-67-5 |
| Tremolite Asbestos | 77536-68-6 |
| Actinolite Asbestos | 77536-66-4 |

3.1.3 fibril—a single fiber that cannot be separated into

---

[1] This test method is under the jurisdiction of ASTM Committee D-22 on Sampling and Analysis of Atmospheres and is the direct responsibility of Subcommittee D22.07 on Sampling and Analysis of Asbestos.
Current edition approved August 15, 1995. Published October 1995.

[2] Annual Book of ASTM Standards, Vol 11.01.
[3] Annual Book of ASTM Standards, Vol 11.03.
[4] The boldface numbers in parentheses refer to the list of references at the end of this test method.
[5] The non-asbestiform variations of the minerals indicated in 5.1.3 have different Chemical Abstract Service (CAS) numbers.

D 5755

smaller components without losing its fibrous properties or appearance.

3.2 *Descriptions of Terms Specific to This Standard:*

3.2.1 *aspect ratio*—the ratio of the length of a fibrous particle to its average width.

3.2.2 *bundle*—a structure composed of three or more fibers in a parallel arrangement with the fibers closer than one fiber diameter to each other.

3.2.3 *cluster*—a structure with fibers in a random arrangement such that all fibers are intermixed and no single fiber is isolated from the group; groupings of fibers must have more than two points touching.

3.2.4 *debris*—materials that are of an amount and size (particles greater than 1 mm in diameter) that can be visually identified as to their source.

3.2.5 *dust*—any material composed of particles in a size range of ≤1 mm and large enough to settle by virtue of their weight from the ambient air (see definition for settleable particulate matter in Test Method D 1739).

3.2.6 *fiber*—a structure having a minimum length of 0.5 µm, an aspect ratio of 5:1 or greater, and substantially parallel sides (4).

3.2.7 *fibrous*—of a mineral composed of parallel, radiating, or interlaced aggregates of fibers, from which the fibers are sometimes separable. That is, the crystalline aggregate may be referred to as fibrous even if it is not composed of separable fibers, but has that distinct appearance. The term fibrous is used in a general mineralogical way to describe aggregates of grains that crystallize in a needle-like habit and appear to be composed of fibers. Fibrous has a much more general meaning than asbestos. While it is correct that all asbestos minerals are fibrous, not all minerals having fibrous habits are asbestos.

3.2.8 *indirect preparation*—a method in which a sample passes through one or more intermediate steps prior to final filtration.

3.2.9 *matrix*—a structure in which one or more fibers, or fiber bundles that are touching, are attached to, or partially concealed by a single particle or connected group of non-fibrous particles. The exposed fiber must meet the fiber definition (see 3.2.6).

3.2.10 *structures*—a term that is used to categorize all the types of asbestos particles which are recorded during the analysis (such as fibers, bundles, clusters, and matrices). Final results of the test are always expressed in asbestos structures per square centimetre.

## 4. Summary of Test Method

4.1 The sample is collected by vacuuming a known surface area with a standard 25 or 37 mm air sampling cassette using a plastic tube that is attached to the inlet orifice which acts as a nozzle. The sample is transferred from inside the cassette to an aqueous solution of known volume. Aliquots of the suspension are then filtered through a membrane. A section of the membrane is prepared and transferred to a TEM grid using the direct transfer method. The asbestiform structures are identified, sized, and counted by TEM, using SAED and EDXA at a magnification of 15 000 to 20 000X.

## 5. Significance and Use

5.1 This microvacuum sampling and indirect analysis method is used for the general testing of non-airborne dust samples for asbestos. It is used to assist in the evaluation of dust that may be found on surfaces in buildings such as ceiling tiles, shelving, electrical components, duct work, carpet, etc. This test method provides an index of the concentration of asbestos structures in the dust per unit area analyzed as derived from a quantitative TEM analysis.

5.1.1 This test method does not describe procedures or techniques required to evaluate the safety or habitability of buildings with asbestos-containing materials, or compliance with federal, state, or local regulations or statutes. It is the user's responsibility to make these determinations.

5.1.2 At present, a single direct relationship between asbestos-containing dust and potential human exposure does not exist. Accordingly, the user should consider these data in relationship to other available information in their evaluation.

5.2 This test method uses the definition, settleable particulate material, found in Test Method D 1739 as the definition of dust. This definition accepts all particles small enough to pass through a 1 mm (No. 18) screen. Thus, a single, large asbestos-containing particle(s) (from the large end of the particle size distribution) dispersed during sample preparation may result in anomalously large asbestos concentration results in the TEM analyses of that sample. It is, therefore, recommended that multiple independent samples are secured from the same area, and a minimum of three samples analyzed by the entire procedure.

## 6. Interferences

6.1 The following minerals have properties (that is, chemical or crystalline structure) which are very similar to asbestos minerals and may interfere with the analysis by causing a false positive to be recorded during the test. Therefore, literature references for these materials must be maintained in the laboratory for comparison to asbestos minerals so that they are not misidentified as asbestos minerals.

6.1.1 Antigorite.
6.1.2 Palygorskite (Attapulgite).
6.1.3 Halloysite.
6.1.4 Pyroxenes.
6.1.5 Sepiolite.
6.1.6 Vermiculite scrolls.
6.1.7 Fibrous talc.
6.1.8 Hornblende and other amphiboles other than those listed in 3.1.2.

6.2 Collecting any dust particles greater than 1 mm in size in this test method may cause an interference and, therefore, must be avoided.

## 7. Materials and Equipment

7.1 *Purity of Reagents*—Reagent grade chemicals shall be used in all tests. Unless otherwise indicated, it is intended that all reagents conform to the specifications of the Committee on Analytical Reagents of the American Chemical Society, where such specifications are available. Other grades may be used, provided it is first ascertained that the reagent is of sufficiently high purity to permit its use without