IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

## WRG-0081
## AUTOMATED YIELD MONITORING AND CONTROL

| 09/21/2007 | DMD | Preparation of Supplemental Information Disclosure Statement | 0.80 |
|---|---|---|---|
| 09/24/2007 | DMD | Attendance to filing of Supplemental Information Disclosure Statement. | 0.60 |

SERVICES                    $    182.00

| | DMD | DAVID M. DESANTO | 1.40 | hours @ | $130.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                    $    **182.00**

## WRG-0082
## EVALUATION OF THIRD PARTY U.S. PATENT
## RELATING TO CO2 ABSORPTION

| 09/07/2007 | GHL | Continued work on written opinion on alternative designs for proposed absorbent; | 3.40 |
|---|---|---|---|
| 09/10/2007 | GHL | Continue drafting opinion on design-around alternatives and non-infringement; | 5.20 |
| 09/11/2007 | GHL | Continued drafting op opinion, telephone conference with Mr. Williams regarding the opinion, and attendance to dispatch of the opinion to Mr. Williams. | 2.30 |

SERVICES $ 5,777.00

| | GHL | GARY H. LEVIN | 9.10 | hours @ | $530.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

PATENT COPIES $ 194.00

DISBURSEMENT TOTAL $ 194.00

SERVICE TOTAL $ 5,777.00

**INVOICE TOTAL** $ **5,971.00**