IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **RE:  Doc. No. 17375** |
| | ) | |
| | ) | Hearing Date:  March 17, 2008 @ 1:00 p.m. |

## RENOTICE OF APPLICATION

TO:    PARTIES ON THE 2002 SERVICE LIST

PLEASE TAKE NOTICE that on November 15, 2007, the **Twenty-Sixth Quarterly Fee Application Request Of Ferry, Joseph & Pearce, P.A. For Approval And Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses as Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period Of July 1, 2007 through September 30, 2007** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that a hearing on the Application, the date of which was previously noted as "To Be Determined," will be held on March 17, 2008 at 1:00 p.m.

Dated: December 10, 2007                    FERRY, JOSEPH & PEARCE, P.A.

                                /s/ Lisa L. Coggins
                                Michael B. Joseph (No. 392)
                                Theodore J. Tacconelli (No. 2678)
                                Lisa L. Coggins (No. 4234)
                                824 Market Street, Suite 904
                                P.O. Box 1351
                                Wilmington, DE. 19899
                                (302) 575-1555
                                *Counsel to the Official Committee of*
                                *Asbestos Property Damage Claimants*