IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
| Debtors | ) |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 17, 2007, AT 2:00 P.M. BEFORE THE
## HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, DECEMBER 13, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

**THE DEBTORS DO NOT INTEND TO APPEAR IN PERSON AT THE HEARING AND ALL PARTIES ARE ENCOURAGED TO PARTICIPATE TELEPHONICALLY ONLY**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## RESOLVED MATTERS

1.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
      (Docket No. 5527)

      Related Documents:

      a.    Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06]
            (Docket No. 12353)

      b.    [Signed] Thirty-Seventh Continuation Order Granting the Related Relief Sought
            in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued
            Objection [Filed: 10/30/07] (Docket No. 17213)

      c.    **Certification of Counsel Regarding Order Approving Stipulation Resolving
            Debtors' Objection to Claims of Weatherford International Inc. [Filed:
            12/6/07] (Docket No. 17571)**

            i.    **[Proposed] Order Approving Stipulation Resolving Debtors'
                  Objection to Claims of Weatherford International, Inc. [Filed:
                  12/6/07] (Docket No. 17571, Exhibit A)**

      Response Deadline:  June 4, 2004, at 4:00 p.m.

      **Status:  The parties have entered into a stipulation resolving this matter.
      Accordingly, the Debtors have filed a certification of counsel and respectfully
      request the entry of the order approving the stipulation.**

2.    Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06]
      (Docket No. 13415)

      Related Documents:

      a.    [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth
            Omnibus Objection to Claims (Substantive) [Filed: 10/30/07] (Docket No. 17212)

      Response Deadline: November 3, 2006, at 4:00 p.m.

      Responses Received:

      a.    Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to
            Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed:
            11/30/06] (Docket No. 13846)

      Status: The parties continue to work on the form of a stipulation resolving the Debtors'
      objection to the claims of NL Industries, Inc.

## CONTINUED MATTERS

3.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

a.      [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 10/30/07] (Docket No. 17214)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to January 28, 2008, at 2:00 p.m.

## CLAIM OBJECTION

4.      Debtors' Objection to the Property Tax Claim of Richmond County, Georgia [Filed: 11/12/07] (Docket No. 17345)

Related Documents:

a.      [Proposed] Order Resolving a Tax Claim Filed By Richmond County, Georgia [Filed: 11/12/07] (Docket No. 17345)

**b.      Certification of No Objection Regarding Debtors' Objection to the Property Tax Claim of Richmond County, Georgia [Filed: 12/5/07] (Docket No. 17561)**

Response Deadline: November 30, 2007, at 2:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Claim Objection. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Claim Objection.

## UNCONTESTED MATTERS

5.      Debtors' Motion for an Order Authorizing the Del Taco Settlement Agreement [Filed: 11/12/07] (Docket No. 17344)

Related Documents:

a.      [Proposed] Order Authorizing Del Taco Settlement Agreement [Filed: 11/12/07] (Docket No. 17344, Exhibit B)

> **b.     Certification of No Objection Regarding Debtors' Motion for an Order Authorizing the Del Taco Settlement Agreement [Filed: TBD] (Docket No. TBD)**
>
> <u>Response Deadline:</u> November 30, 2007, at 4:00 p.m. *(extended for the Unsecured Creditors Committee until December 5, 2007 at 5:00 p.m.)*
>
> <u>Responses Received:</u> None as of the date of this Notice of Agenda.
>
> **<u>Status:</u> No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

6.    Debtors' Motion for an Order Authorizing Settlement with National Union and Claimants [Filed: 11/12/07] (Adv. Pro. No. 02-1657, Docket No. 112)

> <u>Related Documents:</u>
>
> a.     [Proposed] Order Authorizing Settlement with National Union and Claimants [Filed: 11/12/07] (Adv. Pro. No. 02-1657, Docket No. 112)
>
> b.     Notice of Filing of Executed Settlement Agreement and Mutual Release Between Debtors, National Union and Claimants [Filed: 11/14/07] (Adv. Pro. No. 02-1657, Docket No. 113)
>
> > (i)     Revised Settlement Agreement [Filed: 11/14/07] (Adv. Pro. No. 02-1657, Docket No. 113, Exhibit A)
>
> **c.     Certification of No Objection Regarding Debtors' Motion for an Order Authorizing Settlement with National Union and Claimants [Filed: 12/4/07] (Adv. Pro. No. 02-1657, Docket No. 114)**
>
> **d.     [Signed] Order Authorizing Settlement with National Union and Claimants [Filed: 12/4/07] (Adv. Pro. No. 02-1657, Docket No. 115)**
>
> <u>Response Deadline:</u>  November 30, 2007, at 4:00 p.m. *(extended for the Unsecured Creditors Committee until December 4, 2007 at 5:00 p.m.)*
>
> <u>Responses Received:</u> None as of the date of this Notice of Agenda.
>
> **<u>Status:</u> The Court has entered an Order approving this matter.**

## QUARTERLY FEE APPLICATIONS

7.    Twenty-Fifth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2007 through June 30, 2007.

Related Documents:

**a.     Certification of Counsel Regarding Twenty-Fifth Quarter Project Category Summary [Filed: 12/7/07] (Docket No. 17578)**

**b.     Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Twenty-Fifth Period [Filed: 12/7/07] (Docket No. 17579)**

Status:  This matter will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

8.     Debtors' Motion to Disallow and Expunge the Allegheny Center Duplicate Claims [Filed: 11/9/07] (Docket No. 17328)

Related Documents:

a.     [Proposed] Order [Filed: 11/9/07] (Docket No. 17328)

Response Deadline: November 30, 2007, at 4:00 p.m.

Responses Received:

**a.     Memorandum in Opposition to Debtors' Motion to Disallow and Expunge Claim Nos. 11036 and 11037 as Duplicate Claims [Filed: 11/30/07] (Docket No. 17506]**

Status:  This matter will go forward.

9.     Motion of Entry of an Order Authorizing Settlement of an Asbestos Property Damage Claim Filed By the City of Barnesville, Represented By Motley Rice LLC [Filed: 11/16/07] (Docket No. 17386)

Related Documents:

a.     [Proposed] Order Authorizing Settlement of an Asbestos Property Damage Claim Filed By the City of Barnesville, Represented By Motley Rice LLC [Filed: 11/16/07] (Docket No. 17386, Exhibit 2)

b.     [Signed] Order Granting Leave From the Court's December 19, 2006 Scheduling Order and December 14, 2006 Case Management Order Regarding the Debtors' Motion for Approval of an Asbestos Property Damage Settlement with the City of Barnesville, Represented By Motley Rice LLC [Filed: 11/28/07] (Docket No. 17454)

**c.     Certification of Counsel on Order Authorizing Settlement of an Asbestos Property Damage Claim Filed By the City of Barnesville, Represented By Motley Rice LLC [Filed: 12/7/07] (Docket No. 17574)**

Response Deadline: December 6, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status:  The Debtors have filed a certification of counsel and revised proposed form of order to address one change to the order requested by the FCR to make this order the same as previous orders approving settlements of Motley Rice's Asbestos PD claims.**

10.    Status Conference on ZAI Issues

**Status: This matter is continued to January 28, 2008, at 2:00 p.m.**

## MATTERS RELATING TO ASBESTOS PI CLAIMS

11.    PI Estimation Status

**Status: No matters are anticipated to be addressed at the hearing on this matter.**

Dated: December 10, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

-and–

PACHULSKI STANG ZIEHL & JONES LLP

*James E O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession