IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 10th day of December, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 17, 2007, AT 2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

James E. O'Neill (Bar No. 4042)

Grace Agenda Notice Service List for
12/17/07 Hearing
Case No. 01-1139 (JKF)
December 10, 2007
Document # 133500
58 - Facsimiles

***Facsimile 302-426-9947***
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

***Facsimile 302-658-3989***
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Donna L. Culver, Esquire
(Counsel for National Medical Care, Inc. and The Scotts Company)
(Special Request)

***Facsimile 302-658-6548***
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

***Facsimile 302-658-0380***
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Marc J. Phillips, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

***Facsimile 302-656-2769***
Francis A. Monaco, Jr., Esquire
(Counsel for Ingersoll-Rand Fluid Products, State of Montana and Keri Evans and Her Majesty the Queen in Right of Canada)
(Special Request)

***Facsimile 302-575-1714***
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

***Facsimile 302-651-3001***
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

***Facsimile 214-722-0081***
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

***Facsimile 302-658-6395***
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

***Facsimile 302-573-6497***
David Klauder, Esquire
(United States Trustee)
(Special Request)

***Facsimile 416-216-3930***
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

***Facsimile 410-531-4545***
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

***Facsimile 302-652-5338***
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

***Facsimile 212-644-6755***
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

***Facsimile 212-806-6006***
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

***Facsimile 305-374-7593***
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

***Facsimile 212-715-8000***
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

***Facsimile 312-993-9767***
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

***Facsimile 843-216-9410***
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

***Facsimile 610-371-7390***
Joseph Grey, Esquire
(Special Request)

***Facsimile 302-657-4901***
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

***Facsimile 302-292-4123***
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

***Facsimile 302-652-8405***
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

***Facsimile 302-658-1192***
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

***Facsimile 302-654-0245***
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

***Facsimile 212-583-5707***
Jamie O'Connell
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

***Facsimile 610-371-7390***
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

***Facsimile 610-371-7390***
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar Associates)
(Special Request)

***Facsimile 302-428-3996***
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation Plaintiffs, Medical Monitoring Claimants and Solow)
(Special Request)

***Facsimile 302-472-8135***
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of Lloyd's of London)
(Special Request)

***Facsimile 973-424-2001***
William S. Katchen, Esquire
(Special Request)

***Facsimile 302-577-8656***
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of Revenue)
(Special Request)

***Facsimile 302-658-3989***
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety Company)
(Special Request)

***Facsimile 302-428-8195***
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

***Facsimile 302-656-2769***
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

***Facsimile 302-429-8600***
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

***Facsimile 202-429-3301***
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

***Facsimile 509-455-3906***
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

***Facsimile 412-288-3063***
James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

***Facsimile 843-216-6509***
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants and Solow)
(Special Request)

***Facsimile 302-655-4210***
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

***Facsimile 202-339-8500***
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

***Facsimile 302-467-4554***
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company)
(Special Request)

***Facsimile 302-658-6537***
Brian L. Kasprzak, Esquire
(Counsel to Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Insurance Company)
(Special Request)

***Facsimile 302-652-1111***
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
(Counsel for Peters, Smith & Company)
(Special Request)

***Facsimile 302-573-6220***
Ellen W. Slights, Esquire
(United States Attorney)

***Facsimile 214-969-4999***
Sander L. Esserman, Esquire
Van J. Hooker, Esquire
David A. Klingler, Esquire
David J. Parsons, Esquire
(Counsel for Various Firms Representing Asbestos Claimants, Reaud, Morgan & Quinn, Inc and Environmental Litigation Group, P.C.)

***Facsimile 302-656-7599***
Daniel K. Hogan, Esquire
(Counsel for Various Firms Representing Asbestos Claimants)

***Facsimile 302-658-7567***
Edward B. Rosenthal, Esquire
(Counsel for Continental Casualty Co.)

***Facsimile 617-523-1231***
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
(Counsel for Continental Casualty Co.)

***Facsimile 212-344-4294***
Elizabeth DeCristofaro, Esquire
(Counsel for Continental Casualty Co.)

***Facsimile 302-429-8600***
Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
(Counsel for Royal Indemnity Co.)

***Facsimile 212-490-3038***
Carl J. Pernicone, Esquire
(Counsel for Royal Indemnity Co.)

***Facsimile 302-467-4450***
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
(Counsel for the Libby Claimants)

***Facsimile 617-951-0679***
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Nathan R. Soucy, Esquire
(Counsel for the Libby Claimants)

***Facsimile 617-626-3289***
Martha Coakley, Esquire
Attorney General of Massachusetts
(Counsel for Massachusetts Department of Revenue)

***Facsimile 803-943-4599***
Daniel A. Speights, Esquire
(Counsel for Anderson Memorial Hospital)

***Facsimile 302-654-0728***
Christopher D. Loizides, Esquire
(Counsel for Anderson Memorial Hospital)