# EXHIBIT "B"

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>JULY 1, 2007 THROUGH SEPTEMBER 30, 2007</u>

1.   **Case Administration – 15537 – 25.00 hours ($9,016.50)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2.   **Debtors' Business Operations – 15538 – 6.4 ($2,900.00)**

During the Application Period, the Applicant attended to issues, research and various emails and conferences regarding the LTIP motion and memorandum. In addition, Applicant attended to issues the EPA settlement and resolution.

3.   **Creditors Committee – 15539 – 39.5 hours ($17,902.50)**

This matter covers formation and membership issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant generally convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefore, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee, counsel to the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4.  **Applicant's Fee Applications – 15543 – 32.8 hours ($7,727.50)**

    This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

5.  **Hearings – 15544 – 90.1 hours ($34,765.50)**

    This matter covers preparation for and attendance at hearings.

6.  **Claims Analysis, Objection (asbestos) – 15545 –284.6 hours ($96,357.00)**

    This matter covers the review and analysis of asbestos claims filed against the estates and objections and research thereto. The matter covers all aspects of the Applicant's involvement in the estimations of asbestos property damage and personal injury claims and the on-going objections to property damage claims and settlements of same.

    During the Application Period, the Applicant extensively reviewed and analyzed expert reports, document production, prepared for and attended various depositions, reviewed trial briefs and exhibits with regard to Motley Rice and Anderson Memorial claims.

The Applicant continued its research and preparation regarding the Debtors' 15th Omnibus Objection to Claims, including review of expert reports, preparation for and attendance at depositions and review of documents produced, and addressed various issues regarding the scheduling orders. The Applicant attended meetings regarding the property damage litigation and also prepared for and attended conferences with claimants' counsel and committee members. Additionally, the Applicant prepared a comprehensive analysis and report on the status of all PD claims.

7. **Travel – 15546 – 56.5 hours ($13,915.50)**

The Applicant traveled to attend omnibus hearings and or meetings. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

8. **Fee Applications of Others – 17781 – 13.2 hours ($3,758.00)**

The Applicant attended to the preparation of monthly statements and quarterly applications for Hamilton Rabinovitz & Alschuler and Hilsoft Notifications. In addition, the Applicant reviewed various applications and reports from the fee auditor and assisted PD Committee experts and Committee members in processing their fees.

9. **ZAI Science Trial – 17905 – 5.7 hours ($2,917.50)**

The Applicant attended to issues regarding the ZAI claims and the appeal of the ruling on the hazard issue. The matter covers all aspects of the Applicant's involvement with litigation relating to ZAI, not specifically covered in other categories such as hearings or committee.

10.     **Plan & Disclosure Statement – 15554 – 93.5 hours ($42,387.00)**

During the Application Period, the Applicant reviewed and attended to issues regarding the Debtors' liabilities, plan exclusivity and plan negotiations including the appeal of the ninth exclusivity order, attention to the Debtors' tenth exclusivity motion, and the order terminating exclusivity.

During the Application Period, the Applicant reviewed and researched case law supporting briefs and attended to preparation, review and revisions of appellate briefs.  The Applicant prepared an objection to extension of exclusivity.  Further, the Applicant reviewed the objection to exclusivity filed by the U.S. Trustee and attended the hearing on exclusivity.  Following the hearing on exclusivity, the Applicant reviewed the order terminating exclusivity and drafted a memorandum to the PD Committee regarding the order and mootness issues relating to the pending appeal of the ninth exclusivity order.

Further, the Applicant held various conferences, prepared for and attended a meeting regarding plan contours, and otherwise analyzed potential options for a plan of reorganization.