# EXHIBIT "C"

# HR&A                                                INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

August 10, 2007
Invoice No. HRA20071008

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of July, 2007.

### FEES

    Francine F. Rabinovitz
    13.8 hours @ $ 625 per hour                                $ 8,625.00

    **TOTAL DUE:**                                              **$ 8,625.00**

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

JULY, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 07/09/07 | 0.8 | Read US Trustee objection to extension of exclusivity. |
| 07/17/07 | 4.0 | Read Appellants brief on exclusivity on appeal; first read of Weill, Marais and Wecker. |
| 07/18/07 | 5.0 | Read Florence estimation report (3.0); Read Biggs estimation report (2.0). |
| 07/19/07 | 3.0 | Read Weil. |
| 07/30/07 | 1.0 | Read transcript re exclusivity. |
| TOTAL: | 13.8 | |

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

September 11, 2007
Invoice No. HRA20071109

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of August, 2007.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>3.3 hours @ $ 625 per hour | $ 2,062.50 |
| **TOTAL DUE:** | **$ 2,062.50** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

AUGUST, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 08/09/07 | 0.5 | Read Bilzin memo on mootness. |
| 08/11/07 | 1.0 | Review Futures Claimants Reps interrogatories and exhibits. |
| 08/23/07 | 0.8 | Review CDG Grace valuation and debt capacity analysis. |
| 08/28/07 | 1.0 | Read Whitehouse/Frank rebuttal. |
| TOTAL: | 3.3 | |

# HR&A

# INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

October 8, 2007
Invoice No. HRA20070810

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of September, 2007.

**FEES**

| | |
|---|---|
| Francine F. Rabinovitz<br>15.0 hours @ $ 625 per hour | $ 9,375.00 |
| **TOTAL DUE:** | **$ 9,375.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

SEPTEMBER, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 09/06/07 | 1.0 | Review note from Scott Baena (0.5); Talk with Mark Peterson (0.5). |
| 09/25/07 | 1.0 | Assemble expert reports. |
| 09/26/07 | 7.0 | Overview of expert reports (4.5); Brief review of Peterson rebuttal report (1.0); Review of Horkovich authenticating chart re asbestos loss and expenses (0.8); Review of Myer and Eveland report (0.7). |
| 09/27/07 | 1.5 | Review Snyder report. |
| 09/28/07 | 4.5 | Begin review of Florence supplement (2.5); Begin review of Dunbar rebuttal of Peterson (2.0). |
| TOTAL: | 15.0 | |