# HR&A                                                      INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

November 6, 2007
Invoice No. HRA20070611

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of October, 2007.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz 10.5 hours @ $ 625 per hour | $ 6,562.50 |
| **TOTAL DUE:** | **$ 6,562.50** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

OCTOBER, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 10/01/07 | 3.8 | Review Dunbar rebuttal of Biggs (2.0); Review Heckman rebuttal of Peterson (1.0); Review Heckman rebuttal of Biggs and Literature Review (0.8). |
| 10/02/07 | 3.2 | Review Stallard report/rebuttal (2.5); Review Shapo report (0.7). |
| 10/03/07 | 3.5 | Review Biggs rebuttal report. (2.0); eview Jacoby report (1.0); Review Radecki report (0.5). |
| TOTAL: | 10.5 | |