

November 30, 2007

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   130998

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 31, 2007

### CLIENT SUMMARY

**BALANCE AS OF- 10/31/07**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $154.50 | $44,067.67 | $44,222.17 |
| 03 - Creditors Committee - .15539 | $7,202.50 | $0.00 | $7,202.50 |
| 07 - Applicant's Fee Application - .15543 | $856.00 | $0.00 | $856.00 |
| 08 - Hearings - .15544 | $4,885.50 | $0.00 | $4,885.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $65,109.00 | $0.00 | $65,109.00 |
| 10 - Travel - .15546 | $18,010.00 | $0.00 | $18,010.00 |
| 18 - Plan & Disclosure Statement - .15554 | $15,502.50 | $0.00 | $15,502.50 |
| 30 - Fee Application of Others - .17781 | $487.50 | $0.00 | $487.50 |
| **Client Total** | **$112,207.50** | **$44,067.67** | **$156,275.17** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Nelson, Howard E | 5.20 | $500.00 | $2,600.00 |
| Baena, Scott L | 40.40 | $561.51 | $22,685.00 |
| Flores, Luisa M | 23.00 | $190.00 | $4,370.00 |
| Sakalo, Jay M | 51.00 | $391.67 | $19,975.00 |
| Abreu, Jovan | 1.00 | $0.00 | $0.00 |
| Moon, James C | 6.60 | $325.00 | $2,145.00 |
| Snyder, Jeffrey I | 40.30 | $208.44 | $8,400.00 |
| Kramer, Matthew I | 142.60 | $272.44 | $38,850.00 |
| Testa Mehdipour, Nicole | 15.50 | $340.00 | $5,270.00 |
| Aftimos, Corinne | 9.50 | $225.00 | $2,137.50 |
| Lazarus, Shanon | 35.00 | $165.00 | $5,775.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*        **$112,207.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $7,525.00 |
| Car Rental | $150.57 |
| CD/DVD Duplication | $200.00 |
| Photocopies - Outside Service | $209.20 |
| Court Reporter Charges | $16,518.80 |
| Fares, Mileage, Parking | $847.27 |
| Federal Express | $158.13 |
| Long Distance Telephone | $71.40 |
| Long Distance Telephone-Outside Services | $543.43 |
| Lodging | $3,958.11 |
| Meals | $415.39 |
| Miscellaneous Costs | $5,763.41 |
| Parking | $23.00 |
| Searches-Title/Name/Corporate | $834.96 |
| Transcript of Deposition | $6,322.20 |
| Copies | $526.80 |

*TOTAL COSTS ADVANCED THIS PERIOD*        **$44,067.67**

**TOTAL BALANCE DUE THIS PERIOD**        **$156,275.17**

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| | | | | |
|---|---|---|---|---|
| 07/10/07 | SL | 0.30 | 49.50 | Review court docket and pleadings for J. Sakalo. |
| 10/09/07 | MIK | 0.10 | 35.00 | Review PD related docket entries (.1). |
| 10/25/07 | MIK | 0.20 | 70.00 | Review PD related docket entries (.2). |

PROFESSIONAL SERVICES $154.50

COSTS ADVANCED

| | | |
|---|---|---|
| 09/25/07 | Meals VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 7.61 |
| 09/30/07 | Searches-Title/Name/Corporate VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/07TO09/30/07; DATE: 9/30/2007  - Account# RB0120 / Searches 07/01/07 to 09/30/07 | 237.52 |
| 09/30/07 | Searches-Title/Name/Corporate VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/07TO09/30/07; DATE: 9/30/2007  - Account# RB0120 / Searches 07/01/07 to 09/30/07 | 539.76 |
| 09/30/07 | Searches-Title/Name/Corporate VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/07TO09/30/07; DATE: 9/30/2007  - Account# RB0120 / Searches 07/01/07 to 09/30/07 | 18.08 |
| 09/30/07 | Searches-Title/Name/Corporate VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/07TO09/30/07; DATE: 9/30/2007  - Account# RB0120 / Searches 07/01/07 to 09/30/07 | 2.40 |
| 09/30/07 | Searches-Title/Name/Corporate VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/07TO09/30/07; DATE: 9/30/2007  - Account# RB0120 / Searches 07/01/07 to 09/30/07 | 18.88 |
| 09/30/07 | Searches-Title/Name/Corporate VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/07TO09/30/07; DATE: 9/30/2007  - Account# RB0120 / Searches 07/01/07 to 09/30/07 | 18.32 |
| 10/02/07 | Long Distance Telephone 1(202)879-5000; 1 Mins. | 1.19 |
| 10/02/07 | Long Distance Telephone 1(843)987-0794; 6 Mins. | 8.33 |
| 10/02/07 | Long Distance Telephone 1(202)879-5000; 1 Mins. | 1.19 |
| 10/02/07 | Long Distance Telephone 1(404)241-3624; 1 Mins. | 1.19 |
| 10/02/07 | Long Distance Telephone-Outside Services COURT CALL - conference call - VENDOR: DINERS CLUB; INVOICE#: 09/26/07-10/26/07; DATE: 10/26/2007  -  Acct. #5306220025395504 | 332.00 |
| 10/03/07 | Court Reporter Charges VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064450; DATE: 10/15/2007  -  Clients | 3,413.35 |
| 10/03/07 | Lodging Travel to NY - VENDOR: DINERS CLUB; INVOICE#: 08/27/07-09/26/07; DATE: 9/26/2007  -  Acct. # | 681.32 |

| Date | Description | Amount |
|---|---|---|
| 10/03/07 | Fares, Mileage, Parking Cab fares - travel to Washington/NY - VENDOR: Matthew Kramer; INVOICE#: MIK-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 69.00 |
| 10/03/07 | Lodging Cab fares - travel to Washington/NY - VENDOR: Matthew Kramer; INVOICE#: MIK-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 456.86 |
| 10/03/07 | Fares, Mileage, Parking Train fare Washington to NY - VENDOR: Matthew Kramer; INVOICE#: MIK-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 209.00 |
| 10/03/07 | Meals Ttavel to Washington/NY - VENDOR: Matthew Kramer; INVOICE#: MIK-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 73.59 |
| 10/03/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01082189; DATE: 10/31/2007  -  Account# 306300 | 30.85 |
| 10/04/07 | Long Distance Telephone 1(212)307-5000; 3 Mins. | 4.76 |
| 10/04/07 | Court Reporter Charges VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064456; DATE: 10/15/2007  -  Clients | 2,106.60 |
| 10/04/07 | Airfare Travel to NY - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 1,523.80 |
| 10/04/07 | Fares, Mileage, Parking Cab fares - Travel to NY - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 79.30 |
| 10/04/07 | Lodging Travel to NY - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 681.32 |
| 10/04/07 | Meals Ttavel to Washington/NY - VENDOR: Matthew Kramer; INVOICE#: MIK-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 9.95 |
| 10/04/07 | Meals Travel to NY - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 52.00 |
| 10/04/07 | Meals Travel to NY - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 9.73 |
| 10/04/07 | Airfare Travel to NY - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 1,649.80 |
| 10/04/07 | Parking Airport parking - Travel to NY - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/04/07; DATE: 10/4/2007  -  Client - 15537 | 23.00 |
| 10/04/07 | Long Distance Telephone-Outside Services COURT CALL - conference call - VENDOR: DINERS CLUB; INVOICE#: 09/26/07-10/26/07; DATE: 10/26/2007  -  Acct. #5306220025395504 | 121.50 |
| 10/08/07 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.19 |
| 10/08/07 | Long Distance Telephone 1(415)989-1800; 1 Mins. | 2.38 |
| 10/08/07 | Long Distance Telephone 1(415)989-1800; 1 Mins. | 2.38 |
| 10/08/07 | Long Distance Telephone 1(415)956-1000; 1 Mins. | 2.38 |

| | | |
|---|---|---|
| 10/08/07 | Transcript of Deposition Deposition of: Arnold Brody - VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064492; DATE: 10/19/2007  -  Clients | 954.15 |
| 10/08/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01082189; DATE: 10/31/2007  -  Account# 306300 | 29.10 |
| 10/09/07 | Long Distance Telephone 1(404)241-3624; 6 Mins. | 7.14 |
| 10/09/07 | Long Distance Telephone 1(404)241-3624; 2 Mins. | 2.38 |
| 10/09/07 | Long Distance Telephone 1(302)426-9910; 7 Mins. | 8.33 |
| 10/09/07 | Long Distance Telephone 1(302)426-9910; 6 Mins. | 8.33 |
| 10/09/07 | Transcript of Deposition Deposition of: Jeffrey Dahl - VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064510; DATE: 10/23/2007  -  Clients | 2,787.10 |
| 10/09/07 | Transcript of Deposition Deposition of: Dr. Joseph Rodricks - VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064513; DATE: 10/23/2007  -  Clients | 2,580.95 |
| 10/09/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01082189; DATE: 10/31/2007  -  Account# 306300 | 7.59 |
| 10/11/07 | CD/DVD Duplication | 40.00 |
| 10/11/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 231632390 DATE: 10/15/2007 | 16.09 |
| 10/11/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 231632390 DATE: 10/15/2007 | 10.65 |
| 10/11/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 231632390 DATE: 10/15/2007 | 8.38 |
| 10/11/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 231632390 DATE: 10/15/2007 | 9.23 |
| 10/11/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 231632390 DATE: 10/15/2007 | 8.38 |
| 10/11/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 231632390 DATE: 10/15/2007 | 9.23 |
| 10/11/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01082189; DATE: 10/31/2007  -  Account# 306300 | 8.99 |
| 10/12/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 232147881 DATE: 10/17/2007 | 23.46 |

| | | |
|---|---|---|
| 10/12/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 232147881 DATE: 10/17/2007 | 9.23 |
| 10/12/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 232147881 DATE: 10/17/2007 | 8.38 |
| 10/12/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 232147881 DATE: 10/17/2007 | 12.39 |
| 10/12/07 | Miscellaneous Costs Re: Maxtor One Touch III USB - Hard Drive - VENDOR: INSIGHT; INVOICE#: 900266366; DATE: 10/12/2007  -  Account# 10156484 | 144.01 |
| 10/12/07 | Court Reporter Charges Deposition of: Dr. Barry Castleman - VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064525; DATE: 10/26/2007  -  Clients | 1,864.45 |
| 10/15/07 | Long Distance Telephone 1(202)339-8513; 1 Mins. | 1.19 |
| 10/16/07 | CD/DVD Duplication | 160.00 |
| 10/16/07 | Photocopies - Outside Service VENDOR: Copytech Solutions Inc.; INVOICE#: 1393; DATE: 10/16/2007  -  Clients | 209.20 |
| 10/16/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 232654459 DATE: 10/19/2007 | 11.16 |
| 10/16/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 232654459 DATE: 10/19/2007 | 11.16 |
| 10/16/07 | Court Reporter Charges Deposition of: M. Laurentius Marais - VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064547; DATE: 10/29/2007  -  Clients | 2,042.60 |
| 10/16/07 | Court Reporter Charges Deposition of: Patricia George-Houser - VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064531; DATE: 10/26/2007  -  Clients | 2,026.20 |
| 10/17/07 | Airfare Travel to Washington DC - VENDOR: DINERS CLUB; INVOICE#: 09/26/07-10/26/07; DATE: 10/26/2007  -  Acct. #5306220025395504 | 367.50 |
| 10/18/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01082189; DATE: 10/31/2007  -  Account# 306300 | 13.40 |
| 10/18/07 | Meals American Airlines Inflight Purchase Meal - VENDOR: Matthew Kramer; INVOICE#: 10/19/07-MIK; DATE: 10/19/2007  - Clients | 3.00 |
| 10/19/07 | Court Reporter Charges VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064406; DATE: 10/2/2007  -  Clients | 1,586.05 |

| Date | Description | Amount |
|---|---|---|
| 10/19/07 | Court Reporter Charges Deposition of: David Austern - VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064552; DATE: 10/30/2007  -  Clients | 2,197.25 |
| 10/19/07 | Lodging Miami-Washington-Miami - VENDOR: Matthew Kramer; INVOICE#: 10/19/07-MIK; DATE: 10/19/2007  -  Clients | 559.91 |
| 10/19/07 | Meals Miami-Washington-Miami- VENDOR: Matthew Kramer; INVOICE#: 10/19/07-MIK; DATE: 10/19/2007  -  Clients | 65.93 |
| 10/19/07 | Fares, Mileage, Parking Airport Parking - VENDOR: Matthew Kramer; INVOICE#: 10/19/07-MIK; DATE: 10/19/2007  -  Clients | 27.00 |
| 10/19/07 | Fares, Mileage, Parking 2 Cab Fares - VENDOR: Matthew Kramer; INVOICE#: 10/19/07-MIK; DATE: 10/19/2007  -  Clients | 36.00 |
| 10/19/07 | Airfare Washington - Miami - Ticket Change - VENDOR: Matthew Kramer; INVOICE#: 10/19/07-MIK; DATE: 10/19/2007  -  Clients | 100.00 |
| 10/19/07 | Meals Marriott Hotel - Meals - VENDOR: Matthew Kramer; INVOICE#: 10/19/07-MIK; DATE: 10/19/2007  -  Clients | 12.68 |
| 10/20/07 | Airfare Travel to Washington DC - VENDOR: DINERS CLUB; INVOICE#: 09/26/07-10/26/07; DATE: 10/26/2007  -  Acct. #5306220025395504 | 1,646.80 |
| 10/21/07 | Airfare Travel to NY - VENDOR: DINERS CLUB; INVOICE#: 09/26/07-10/26/07; DATE: 10/26/2007  -  Acct. #5306220025395504 | 493.80 |
| 10/21/07 | Airfare Change of Flight Charge on Jet Blue - Re: to 11/06/07 Flight - VENDOR: Matthew Kramer; INVOICE#: 11/07/07-MIK; DATE: 11/7/2007  -  Clients | 55.00 |
| 10/21/07 | Fares, Mileage, Parking Long Island Rail Road - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 10.00 |
| 10/21/07 | Fares, Mileage, Parking Air Train - NYC - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 7.00 |
| 10/22/07 | Long Distance Telephone 1(302)652-4100; 1 Mins. | 2.38 |
| 10/22/07 | Long Distance Telephone 1(770)622-5858; 2 Mins. | 3.57 |
| 10/22/07 | Long Distance Telephone 1(770)953-1435; 1 Mins. | 1.19 |
| 10/22/07 | Long Distance Telephone 1(770)952-7900; 4 Mins. | 4.76 |
| 10/22/07 | Court Reporter Charges Deposition of: Joseph Radecki, Jr. - VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064564; DATE: 10/30/2007  -  Clients | 1,282.30 |
| 10/22/07 | Lodging Hotel Stay in Atlanta - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 231.75 |
| 10/22/07 | Meals Meals in Atlanta - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 23.30 |

| | | |
|---|---|---|
| 10/22/07 | Meals Meal-NYC - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 9.58 |
| 10/23/07 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 2.38 |
| 10/23/07 | Meals Travel to NY - VENDOR: Snyder,Jeffrey; INVOICE#: JS-10/24/07; DATE: 10/24/2007  -  Client - 15537 | 36.00 |
| 10/23/07 | Fares, Mileage, Parking Office to MIA - travel to NY - VENDOR: Snyder,Jeffrey; INVOICE#: JS-10/24/07; DATE: 10/24/2007  -  Client - 15537 | 3.81 |
| 10/23/07 | Airfare Travel to NY - VENDOR: DINERS CLUB; INVOICE#: 09/26/07-10/26/07; DATE: 10/26/2007  -  Acct. #5306220025395504 | 583.80 |
| 10/23/07 | Airfare New York-Atlanta-North Carolina - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 710.30 |
| 10/23/07 | Car Rental Car Rental - Atlanta - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 150.57 |
| 10/23/07 | Meals Meal-Atlanta - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 15.39 |
| 10/23/07 | Meals Atlanta Airport Purchase - Meal - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 10.56 |
| 10/23/07 | Fares, Mileage, Parking Cab Fare - North Carolina - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007  -  Clients-Travel to NY,Atlanta,North Carolina | 40.00 |
| 10/24/07 | Fares, Mileage, Parking Cab fare - travel to NY - VENDOR: Snyder,Jeffrey; INVOICE#: JS-10/24/07; DATE: 10/24/2007  -  Client - 15537 | 38.88 |
| 10/24/07 | Fares, Mileage, Parking Cab fare - travel to NY - VENDOR: Snyder,Jeffrey; INVOICE#: JS-10/24/07; DATE: 10/24/2007  -  Client - 15537 | 69.00 |
| 10/24/07 | Lodging Cab fare - travel to NY - VENDOR: Snyder,Jeffrey; INVOICE#: JS-10/24/07; DATE: 10/24/2007  -  Client - 15537 | 587.67 |
| 10/24/07 | Meals Travel to NY - VENDOR: Snyder,Jeffrey; INVOICE#: JS-10/24/07; DATE: 10/24/2007  -  Client - 15537 | 25.32 |
| 10/24/07 | Fares, Mileage, Parking Subway trip - travel to NY - VENDOR: Snyder,Jeffrey; INVOICE#: JS-10/24/07; DATE: 10/24/2007  -  Client - 15537 | 2.00 |
| 10/24/07 | Fares, Mileage, Parking MIA to Home - MIA - travel to NY - VENDOR: Snyder,Jeffrey; INVOICE#: JS-10/24/07; DATE: 10/24/2007  -  Client - 15537 | 6.28 |

| | | |
|---|---|---|
| 10/24/07 | Fares, Mileage, Parking Airport Parking - travel to NY - VENDOR: Snyder,Jeffrey; INVOICE#: JS-10/24/07; DATE: 10/24/2007 - Client - 15537 | 30.00 |
| 10/24/07 | Lodging Hotel Stay - North Carolina - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007 - Clients-Travel to NY,Atlanta,North Carolina | 246.92 |
| 10/24/07 | Airfare Ticket Purchase - Southwest Airlines - VENDOR: Matthew Kramer; INVOICE#: 10/24/07-MIK; DATE: 10/24/2007 - Clients-Travel to NY,Atlanta,North Carolina | 194.80 |
| 10/25/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 234231407 DATE: 10/29/2007 | 11.16 |
| 10/25/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 234231407 DATE: 10/29/2007 | 9.23 |
| 10/27/07 | Airfare Ticket Purchase: Miami to Washington - VENDOR: Matthew Kramer; INVOICE#: 10/30/07-MIK; DATE: 10/30/2007 - Clients | 199.40 |
| 10/28/07 | Fares, Mileage, Parking Taxi Service - VENDOR: Matthew Kramer; INVOICE#: 10/30/07-MIK; DATE: 10/30/2007 - Clients | 60.00 |
| 10/29/07 | Long Distance Telephone 1(973)451-8488; 1 Mins. | 1.19 |
| 10/29/07 | Long Distance Telephone 1(973)451-8488; 1 Mins. | 1.19 |
| 10/29/07 | Lodging Washington Plaza Hotel - 2 Nights - VENDOR: Matthew Kramer; INVOICE#: 10/30/07-MIK; DATE: 10/30/2007 - Clients | 512.36 |
| 10/29/07 | Meals Meals - VENDOR: Matthew Kramer; INVOICE#: 10/30/07-MIK; DATE: 10/30/2007 - Clients | 38.62 |
| 10/29/07 | Meals Meal - Washington - VENDOR: Matthew Kramer; INVOICE#: 10/30/07-MIK; DATE: 10/30/2007 - Clients | 3.16 |
| 10/30/07 | Long Distance Telephone 1(302)571-6600; 2 Mins. | 2.38 |
| 10/30/07 | Fares, Mileage, Parking Airport Parking 10/28/07 to 10/30/07 - VENDOR: Matthew Kramer; INVOICE#: 10/30/07-MIK; DATE: 10/30/2007 - Clients | 40.00 |
| 10/30/07 | Meals Meal- Washington - VENDOR: Matthew Kramer; INVOICE#: 10/30/07-MIK; DATE: 10/30/2007 - Clients | 9.21 |
| 10/31/07 | Fares, Mileage, Parking Cab from LAX to Westlake Village - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007 - Clients | 120.00 |
| 10/31/07 | Meals Meal-Miami Airport - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007 - Clients | 9.76 |
| 10/31/07 | Miscellaneous Costs    Professional/Expert fees related to PD Estimation for October 2007 $5,619.40 | 5,619.40 |
| 10/02/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 10/01/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/04/07 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/09/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/07 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 10/11/07 | Copies 546 pgs @ 0.10/pg | 54.60 |
| 10/11/07 | Copies 162 pgs @ 0.10/pg | 16.20 |
| 10/11/07 | Copies 328 pgs @ 0.10/pg | 32.80 |
| 10/11/07 | Copies 1,714 pgs @ 0.10/pg | 171.40 |
| 10/17/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/12/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/24/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/24/07 | Copies 63 pgs @ 0.10/pg | 6.30 |
| 10/24/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 10/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/25/07 | Copies 134 pgs @ 0.10/pg | 13.40 |
| 10/26/07 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 10/31/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/16/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/16/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 10/16/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/13/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/31/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/31/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/31/07 | Copies 79 pgs @ 0.10/pg | 7.90 |
| 10/31/07 | Copies 256 pgs @ 0.10/pg | 25.60 |
| 10/31/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/26/07 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 10/26/07 | Copies 57 pgs @ 0.10/pg | 5.70 |
| 10/26/07 | Copies 71 pgs @ 0.10/pg | 7.10 |
| 10/26/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/26/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/26/07 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 10/26/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/26/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/26/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/26/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/26/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/26/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/26/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/26/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/26/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/26/07 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 10/26/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/26/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/26/07 | Copies 104 pgs @ 0.10/pg | 10.40 |
| 10/26/07 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 10/26/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/29/07 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/29/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/29/07 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/25/07 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/25/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/25/07 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/25/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/25/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/25/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/25/07 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 10/25/07 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 10/25/07 | Copies 43 pgs @ 0.10/pg | 4.30 |
| 10/25/07 | Copies 50 pgs @ 0.10/pg | 5.00 |
| 10/25/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/25/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/25/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/25/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/25/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/24/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/24/07 | Copies 90 pgs @ 0.10/pg | 9.00 |
| 10/24/07 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 10/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/24/07 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 10/12/07 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/12/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/12/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/12/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/12/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/15/07 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/15/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/17/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/17/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/17/07 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 10/17/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/17/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/17/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/17/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/17/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/17/07 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 10/17/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/17/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/22/07 | Copies 81 pgs @ 0.10/pg | 8.10 |
| 10/22/07 | Copies 64 pgs @ 0.10/pg | 6.40 |
| 10/22/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/22/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/22/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 10/23/07 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 10/23/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/23/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/23/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/23/07 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/23/07 | Copies 121 pgs @ 0.10/pg | 12.10 |
| 10/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/11/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/11/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/11/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/11/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/11/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/11/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/09/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/09/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/09/07 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 10/09/07 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 10/09/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/09/07 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 10/05/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/05/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/05/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/05/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/02/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/02/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/02/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/02/07 | Copies 22 pgs @ 0.10/pg | 2.20 |

| 10/02/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 10/02/07 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/02/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/02/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/08/07 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 10/08/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/08/07 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 10/08/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/08/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/08/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/08/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/08/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/08/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/08/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/03/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/03/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/03/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/03/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 10/03/07 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 10/03/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/03/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/03/07 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 10/03/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 10/03/07 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 10/03/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/03/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/03/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/03/07 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**                                                                $44,067.67

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.30 | $350.00 | $105.00 |
| Lazarus, Shanon | 0.30 | $165.00 | $49.50 |
| *TOTAL* | *0.60* | | *$154.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $7,525.00 |
| Car Rental | $150.57 |
| CD/DVD Duplication | $200.00 |
| Photocopies - Outside Service | $209.20 |
| Court Reporter Charges | $16,518.80 |
| Fares, Mileage, Parking | $847.27 |
| Federal Express | $158.13 |
| Long Distance Telephone | $71.40 |
| Long Distance Telephone-Outside Services | $543.43 |
| Lodging | $3,958.11 |
| Meals | $415.39 |
| Miscellaneous Costs | $5,763.41 |
| Parking | $23.00 |
| Searches-Title/Name/Corporate | $834.96 |
| Transcript of Deposition | $6,322.20 |
| Copies | $526.80 |
| *TOTAL* | *$44,067.67* |

**CURRENT BALANCE DUE THIS MATTER**                                                      $44,222.17

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| 10/02/07 | SLB | 0.70 | 455.00 | Emails to and from committee members regarding upcoming meetings (.5); telephone call from D. Speights regarding same (.2). |
|----------|-----|------|--------|---|
| 10/03/07 | SLB | 1.50 | 975.00 | Prepare for and conduct committee special meeting. |
| 10/03/07 | JMS | 1.70 | 722.50 | Email to committee regarding call (.2); prepare for call with S. Baena and attend same (1.5). |
| 10/04/07 | JMS | 0.20 | 85.00 | Email to committee regarding call (.2). |
| 10/08/07 | SLB | 1.40 | 910.00 | Interoffice conference with J. Sakalo regarding committee meeting on plan (.3); committee call to discuss 10/4 meeting (1.1). |
| 10/08/07 | JMS | 3.10 | 1,317.50 | E-mail to Committee regarding call (.2); telephone conference to E. Westbrook regarding Committee call (.2); conference with S. Baena regarding planning for meeting (.2); prepare for and attend Committee call (2.3); e-mail with T. Tacconelli regarding hearing date (.2). |
| 10/08/07 | MIK | 1.40 | 490.00 | Attend Committee call and follow up to same. |
| 10/11/07 | SLB | 1.00 | 650.00 | Prepare for and conduct committee meeting. |
| 10/11/07 | JMS | 0.70 | 297.50 | Prepare for and attend Committee call. |
| 10/17/07 | MIK | 0.50 | 175.00 | Interoffice conference with S. Baena regarding committee issue (.5). |
| 10/18/07 | SLB | 1.20 | 780.00 | Prepare for and conduct committee meeting. |
| 10/18/07 | JMS | 0.40 | 170.00 | E-mail with S. Baena regarding agenda for Committee call (.2); e-mail with R. Levy regarding call (.2). |
| 10/18/07 | MIK | 0.50 | 175.00 | Attend committee call. |

**PROFESSIONAL SERVICES**  **$7,202.50**

| MATTER SUMMARY OF PROFESSIONAL SERVICES | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 5.80 | $650.00 | $3,770.00 |
| Sakalo, Jay M | 6.10 | $425.00 | $2,592.50 |
| Kramer, Matthew I | 2.40 | $350.00 | $840.00 |
| *TOTAL* | *14.30* | | *$7,202.50* |

**CURRENT BALANCE DUE THIS MATTER**  **$7,202.50**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 10/08/07 | LMF | 0.80 | 152.00 | Attention to review of September prebills and costs. |
|---|---|---|---|---|
| 10/09/07 | JIS | 0.90 | 225.00 | Review September prebill (.8) and emails to J. Sakalo and J. Moon regarding same (.1). |
| 10/11/07 | JIS | 0.20 | 50.00 | Further revisions to September prebill (0.1); confer with L. Flores in reference to same (0.1). |
| 10/15/07 | JIS | 0.30 | 75.00 | Attention to email from J. Sakalo regarding September prebill (0.1); attention to email from M. Kramer regarding September prebill (0.1); finalize revisions to September prebill (0.1). |
| 10/25/07 | LMF | 0.90 | 171.00 | Review fees and costs and meet with accounting to finalize September fees and costs and review of professional services for LECG. |
| 10/25/07 | JIS | 0.20 | 50.00 | Briefly confer with M. Kramer regarding August prebill, review comments to same, and briefly discuss same with L. Flores. |
| 10/29/07 | LMF | 0.70 | 133.00 | Review final bill and meet with accounting regarding same. |

**PROFESSIONAL SERVICES** $856.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 1.60 | $250.00 | $400.00 |
| Flores, Luisa M | 2.40 | $190.00 | $456.00 |
| *TOTAL* | *4.00* | | *$856.00* |

**CURRENT BALANCE DUE THIS MATTER** $856.00

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 10/02/07 | SL | 0.30 | 49.50 | Analyze Hearing Transcripts for J. Sakalo. |
| 10/16/07 | LMF | 0.40 | 76.00 | Review hearing agenda and attention to telephone appearances. |
| 10/16/07 | JMS | 0.40 | 170.00 | Review 10/25 agenda and e-mail to Committee thereon. |
| 10/17/07 | LMF | 0.40 | 76.00 | Attention to arranging telephonic appearances for hearing. |
| 10/17/07 | JMS | 0.40 | 170.00 | E-mail with M. Dies regarding hearing (.2); e-mail with E. Westbrook regarding hearing (.2); e-mail with E. Devine thereon (.2). |
| 10/18/07 | LMF | 0.70 | 133.00 | Arrange for additional parties to attend omnibus hearing via telephone. |
| 10/19/07 | LMF | 0.90 | 171.00 | Finalize arrangements for telephone appearances and transmit confirmations via email to all parties. |
| 10/19/07 | JMS | 0.20 | 85.00 | E-mail exchange with D. Speights regarding 10/25 hearing. |
| 10/22/07 | LMF | 0.40 | 76.00 | Arrange for S. Baena and J. Sakalo to appear at hearing via telephone and distribute confirmation of same. |
| 10/24/07 | SLB | 0.20 | 130.00 | Email from and to D. Speights regarding 10/25 omnibus hearing (.2). |
| 10/24/07 | JMS | 0.40 | 170.00 | Review amended agenda and conference with S. Lazarus regarding updated documents needed. |
| 10/25/07 | SLB | 3.50 | 2,275.00 | Telephonic participation in omnibus hearing. |
| 10/25/07 | JMS | 2.50 | 1,062.50 | Attend omnibus hearing by telephone partial. |
| 10/26/07 | LMF | 0.60 | 114.00 | Update calendars for J. Sakalo and M. Kramer regarding 11/1 and 11/13 hearings. |
| 10/29/07 | JMS | 0.30 | 127.50 | Telephone conference with C. Plaza regarding results of hearing. |

PROFESSIONAL SERVICES                                                                                       $4,885.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.70 | $650.00 | $2,405.00 |
| Sakalo, Jay M | 4.20 | $425.00 | $1,785.00 |
| Flores, Luisa M | 3.40 | $190.00 | $646.00 |
| Lazarus, Shanon | 0.30 | $165.00 | $49.50 |
| *TOTAL* | *11.60* | | *$4,885.50* |

CURRENT BALANCE DUE THIS MATTER                                                                   $4,885.50

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 10/01/07 | JMS | 0.30 | 127.50 | Review e-mails regarding updates to PI deposition scheduling. |
| 10/01/07 | MIK | 1.40 | 490.00 | Review PI scheduling matters (.1); all hands call regarding PI scheduling matters and email S. Baena regarding same (1.2); interoffice conference with S. Baena regarding Welch deposition (.1). |
| 10/02/07 | LMF | 1.50 | 285.00 | Attention to update of property damage claims report. |
| 10/02/07 | JMS | 1.70 | 722.50 | Continue working on status report in advance of meeting. |
| 10/02/07 | MIK | 0.50 | 175.00 | Prepare for deposition. |
| 10/02/07 | SL | 5.30 | 874.50 | Analyze Orders expunging  and withdrawing  PD claims for J. Sakalo (2.0); attention to update of PD claims database (1.3); draft PD claims summary (1.5); meet with J. Sakalo regarding status report (.5). |
| 10/03/07 | LMF | 2.80 | 532.00 | Further attention to analysis and update of PD claims register and reports (1.4); attention to and review of document production and various depositions (1.4). |
| 10/03/07 | MIK | 7.30 | 2,555.00 | Attend Laura Welch deposition (7.3). |
| 10/03/07 | SL | 3.00 | 495.00 | Review and analysis of PD claims expunged or withdrawn (1.8) amend PD report summary (1.0); assist L. Flores and analyze depositions. (.2). |
| 10/04/07 | SL | 1.00 | 165.00 | Analyze and review various deposition transcipts for J. Sakalo. |
| 10/05/07 | LMF | 2.60 | 494.00 | Review and analyze document production and additional depositions received. |
| 10/05/07 | JMS | 1.40 | 595.00 | Telephone call with D. Speights regarding analysis of claims data (.4); conference with S. Lazarus regarding updates and expansion of chart (.3); email to D. Speights thereon (.3); review FCR's limited objection to motions to approve PD settlements (.4). |
| 10/05/07 | SL | 1.90 | 313.50 | Review deposition transcripts for J. Sakalo (.4). meet with J. Sakalo regarding claims summary report revisions (.3); attention to and amend claims summary (1.2). |
| 10/07/07 | JMS | 0.60 | 255.00 | Review email regarding questions about open claims (.3); telephone call with D. Speights regarding same (.3). |
| 10/08/07 | LMF | 2.10 | 399.00 | Attend to and analysis of various depositions and document production. |
| 10/08/07 | JMS | 4.40 | 1,870.00 | Conference with S. Lazarus regarding updates to database (.4); telephone conference with G. Boyer regarding settlement values and research thereon (1.3); review 3 deposition transcripts (2.7). |
| 10/08/07 | MIK | 2.20 | 770.00 | Attend Brody deposition by phone. |
| 10/08/07 | SL | 2.80 | 462.00 | Meet with J. Sakalo regarding PD Claims report summary (.4); update and analysis of claims (1.1); review and  revise PD claims report (0.9); email to J. Sakalo (.1); review PD related docket entries for J. Sakalo (.3). |
| 10/09/07 | JMS | 2.90 | 1,232.50 | Telephone conference with A. Madian regarding Dies settlements (.3): e-mail to A. Madian, E. Devine thereon (.2); review reply memorandum in support of motion to supplement record (.3); telephone conference with V. Thrasher regarding status of claim (.6); conference with S. Lazarus regarding backup thereon (.2); e-mails with D. Speights regarding resolution of claims (.6); review Debtors' response to FCR discovery (.7). |
| 10/09/07 | JIS | 3.90 | 975.00 | Review expert report and attend deposition of Joseph Rodricks. |
| 10/09/07 | MIK | 2.00 | 700.00 | Rust deposition (2.0). |
| 10/09/07 | CA | 1.50 | 337.50 | Attention to deposition of expert witness. |
| 10/09/07 | SL | 0.80 | 132.00 | Review PD related docket entries for J. Sakalo (.3); review PD claim and order expunging claim for J. Sakalo (.5). |
| 10/10/07 | SL | 0.70 | 115.50 | Attention to PI deposition transcripts. |
| 10/11/07 | LMF | 2.80 | 532.00 | Work with project assistant on updating index of depositions and documents produced and submitting production to experts. |

| 10/11/07 | SL | 2.50 | 412.50 | Meet with L. Flores regarding document production and analysis (.3); analysis and review of PI expert testimonies (1.7) attention to PI deposition transcripts (.5). |
| 10/12/07 | LMF | 1.50 | 285.00 | Complete review of recent document production and update files with same. |
| 10/12/07 | JCM | 6.60 | 2,145.00 | Review and analyze expert report of Barry Castleman (1.0); telephonic attendance at deposition of Barry Castleman (4.6). |
| 10/12/07 | JIS | 0.10 | 25.00 | Attention to summaries of PI depositions and email to J. Moon regarding same. |
| 10/12/07 | CA | 0.30 | 67.50 | Attention to B. Castleman deposition. |
| 10/12/07 | SL | 2.00 | 330.00 | Analysis and review of PI expert testimonies (1.5): attention to PI deposition transcripts (.5). |
| 10/15/07 | JMS | 1.50 | 637.50 | Conference with M. Kramer regarding depositions (.2); review Anderson post-hearing memorandum regarding Canadian claims (1.1); e-mail from N. Finch regarding deposition upon written questions regarding asbestos trusts (.2). |
| 10/15/07 | JIS | 0.30 | 75.00 | Attention to Houser deposition and notice regarding same. |
| 10/15/07 | MIK | 0.20 | 70.00 | Review emails regarding PI estimates (.2). |
| 10/16/07 | SLB | 0.20 | 130.00 | Email from J. Snyder regarding deposition summary (.2). |
| 10/16/07 | SLB | 0.20 | 130.00 | Email to R. Levy regarding settlements (.2). |
| 10/16/07 | LMF | 2.30 | 437.00 | Continue review and analysis of depositions and documents produced. |
| 10/16/07 | JIS | 4.70 | 1,175.00 | Review notice of deposition and topics referenced therein (0.3); telephonic attendance at deposition of P. Houser; (3.7); review notes and draft summary memorandum of deposition (0.7). |
| 10/16/07 | MIK | 3.90 | 1,365.00 | Attend Marais deposition via telephone. |
| 10/16/07 | CA | 2.10 | 472.50 | Attend deposition of M. Laurentius (1.9); draft summary of deposition (.2). |
| 10/16/07 | SL | 0.80 | 132.00 | Review PD related docket entries for J. Sakalo (.2); analysis and review of PI expert testimonies (.6). |
| 10/17/07 | JMS | 0.40 | 170.00 | E-mail from M. Dies regarding settlement status (.2); e-mail to T. Rea regarding remaining claims (.2). |
| 10/17/07 | SL | 0.50 | 82.50 | Attention to PI deposition (.3); review PD related dockets entries for J. Sakalo (.2). |
| 10/18/07 | SLB | 2.90 | 1,885.00 | Begin review of deposition transcripts of Welch and Castleman. |
| 10/18/07 | JIS | 0.30 | 75.00 | Attention to Keene deposition and emails from M. Kramer regarding same (0.2); emails to and from A. Basta and S. Blatnick thereon (0.1). |
| 10/18/07 | NT | 0.10 | 34.00 | Attention to e-mails relating to Hays deposition. |
| 10/19/07 | JMS | 0.70 | 297.50 | Review memorandum from M. Kramer regarding D. Austern deposition (.4); review revised order regarding resolution of FCR/ACC objection to settlement agreements (.3). |
| 10/19/07 | JIS | 0.20 | 50.00 | Attention to summary of Austern deposition and email to M. Kramer thereon. |
| 10/19/07 | MIK | 5.00 | 1,750.00 | Attend Austern deposition. |
| 10/19/07 | SL | 0.50 | 82.50 | Attention to and analysis of deposition transcipts. |
| 10/22/07 | HEN | 1.20 | 600.00 | Review of multi-site Settlement Agreement. |
| 10/22/07 | SLB | 0.20 | 130.00 | Memo regarding Austern deposition. |
| 10/22/07 | SLB | 0.80 | 520.00 | Emails from and to R. Levy and memo to committee regarding resolution of objections to settlement agreements. |
| 10/22/07 | JMS | 0.80 | 340.00 | Review e-mail exchange with R. Levy regarding changes to proposed orders on D&H settlements (.5); review Debtors' certificate of service thereon (.3). |
| 10/22/07 | JIS | 0.60 | 150.00 | Attention to emails and conference with J. Sakalo regarding EPA settlement (0.2); attention to emails from J. Baer relating to same (0.1); review materials relating to meeting regarding EPA settlement (0.3). |
| 10/22/07 | JIS | 0.30 | 75.00 | Email to and from M. Kramer regarding coverage of Nurre deposition (0.1); review summary of Radecki deposition (0.2). |
| 10/22/07 | MIK | 7.80 | 2,730.00 | Attend Austern deposition (2.5); summarize depositions (3.8); prepare for Longo deposition (1.5). |
| 10/22/07 | NT | 6.50 | 2,210.00 | Review reports in preparation of and telephonic attendance for deposition of |

| | | | | |
|---|---|---|---|---|
| | | | | Steve Hays. |
| 10/22/07 | SL | 0.80 | 132.00 | Analyze Order expunging PD Claim (.2); review and analysis of documents for Environmental Meeting for J. Snyder (.6) |
| 10/23/07 | HEN | 1.70 | 850.00 | Additional review and analysis of multi-site Settlement Agreement. |
| 10/23/07 | SLB | 0.60 | 390.00 | Email to and from J. Sakalo regarding depo transcripts (.2); review memo regarding Radecki deposition and email to M. Kramer regarding same (.4). |
| 10/23/07 | JMS | 1.60 | 680.00 | Review remaining claim list and conference with S. Lazarus thereon (.6); review certificates of service regarding D&H claims and sample order (.5); conference with S. Lazarus regarding PI deposition database (.2); review memorandum regarding Longo deposition (.3). |
| 10/23/07 | JIS | 2.50 | 625.00 | Confer with J. Sakalo and attention to draft settlement agreement (0.3); conference with H. Nelson regarding EPA settlement (0.6); review draft EPA multi-site settlement and supplemental materials provided by debtor in preparation for meeting on environmental liabilities (1.6). |
| 10/23/07 | MIK | 7.50 | 2,625.00 | Attend Longo deposition (6.5); summarize deposition (1.0). |
| 10/23/07 | NT | 1.00 | 340.00 | Review transcript in order to prepare summary of deposition of Steve Hays. |
| 10/23/07 | SL | 3.20 | 528.00 | Meet with J. Sakalo regarding remaining claim lis (.3); attention to remaining claims summary (2.1); draft PI Deposition Summary Chart (.8). |
| 10/24/07 | HEN | 1.30 | 650.00 | Attend portion of meeting with Grace and consultants (via teleconference) re: multi-site Settlement Agreement. |
| 10/24/07 | SLB | 0.30 | 195.00 | Review Motley Rice settlements. |
| 10/24/07 | SLB | 0.20 | 130.00 | Interoffice conference with H. Nelson regarding resolution of environmental liabilities (.2). |
| 10/24/07 | SLB | 0.40 | 260.00 | Review memo regarding Longo deposition and email to M. Kramer regarding same (.4). |
| 10/24/07 | JMS | 0.50 | 212.50 | Conference with S. Lazarus regarding Mottley Rice settlements (.3); e-mail to Committee regarding same (.2). |
| 10/24/07 | JIS | 2.80 | 700.00 | Attend meeting with Debtor regarding environmental liabilities and settlements/resolutions of same. |
| 10/24/07 | MIK | 4.50 | 1,575.00 | Attend Stallard deposition (4.0); discussion with FCR counsel regarding same (.5). |
| 10/24/07 | CA | 5.00 | 1,125.00 | Attend deposition of William Nurre regarding the Eagle Picher Settlement Trust (3.0); attend deposition of W. Nurre regarding the Keene Creditors' Trust (2.0). |
| 10/24/07 | SL | 3.50 | 577.50 | Analyze various Settlement Agreements and amend PD settlement charts. |
| 10/25/07 | LMF | 0.60 | 114.00 | Assist with review of and revisions to claims. |
| 10/25/07 | JIS | 0.30 | 75.00 | Conference with M. Kramer regarding environmental meeting and settlement (0.3). |
| 10/25/07 | JIS | 3.40 | 850.00 | Review materials and notes from meeting with Grace on environmental liabilities and draft detailed summary memorandum in respect of same. |
| 10/25/07 | MIK | 5.60 | 1,960.00 | Prepare for and attend telephonically Moolgavkar deposition (5.4); review emails regarding depositions (.2). |
| 10/25/07 | CA | 0.60 | 135.00 | Attention to emails regarding depositions of W. Nurre (.1); draft email summarizing deposition of W. Nurre (.5). |
| 10/25/07 | SL | 1.60 | 264.00 | Attention to PI expert testimonies (.4); attention to deposition transcripts (.5); analyze settled PD Claims (.7). |
| 10/26/07 | SLB | 0.50 | 325.00 | Review and provide comments on extensive memorandum of environmental liabilities (.5). |
| 10/26/07 | JMS | 0.60 | 255.00 | Review and revise summary of PI estimation transcripts (.2); review e-mails regarding Libby component of estimation (.4). |
| 10/26/07 | MIK | 4.70 | 1,645.00 | Attend Parker deposition by telephone. |
| 10/26/07 | NT | 0.80 | 272.00 | Attention to upcoming depositions and supporting reports related thereto (.5); conference with M. Kramer regarding same (.1); attention to e-mails from M. Kramer regarding same (.2). |
| 10/26/07 | SL | 2.00 | 330.00 | Attention to various depositions review and update summary chart (1.2); review and analysis of various PD pleadings for J. Sakalo (.8). |

| 10/29/07 | SLB | 0.70 | 455.00 | Review and comment on memorandum concerning environmental liabilities (.7). |
| 10/29/07 | JIS | 0.20 | 50.00 | Attention to email from S. Baena regarding environmental meeting and call to H. Nelson regarding same. |
| 10/29/07 | JIS | 0.20 | 50.00 | Attention to deposition schedule and notice of Mekus deposition. |
| 10/29/07 | MIK | 11.60 | 4,060.00 | Prepare for deposition (.7); attend deposition (6.4); review expert reports (2.5); summarize deposition (2.0). |
| 10/29/07 | NT | 1.80 | 612.00 | Telephonic attendance at deposition of Steve Kazan. |
| 10/29/07 | SL | 0.80 | 132.00 | Review PD related docket entries for J. Sakalo (.2); analyze deposition transcripts and update summary analysis for J. Sakalo (.3); attention to PI expert testimonies and deposition transcripts (.3) |
| 10/30/07 | JIS | 1.20 | 300.00 | Telephonic attendance (partial) at deposition of J. Mekus. |
| 10/30/07 | JIS | 0.10 | 25.00 | Attention to voicemail from H. Nelson regarding environmental meeting and memo. |
| 10/30/07 | MIK | 9.50 | 3,325.00 | Attend Florence deposition (8.5); summarize deposition (1.0). |
| 10/30/07 | NT | 5.30 | 1,802.00 | Telephonic attendance at deposition of Howard Ory. |
| 10/31/07 | HEN | 1.00 | 500.00 | Review of memorandum regarding multi-site settlement agreement and FUSRAP agreement; revise memorandum. |
| 10/31/07 | JMS | 0.50 | 212.50 | Review summary of Florence deposition. |
| 10/31/07 | JIS | 3.80 | 950.00 | Email correspondence with H. Nelson regarding EPA memo (0.1); call with H. Nelson regarding comments to EPA memo (0.2); review notes and revise memorandum regarding EPA settlement for distribution to committee (3.5). |
| 10/31/07 | JIS | 0.10 | 25.00 | Attention to scheduling of Jacoby deposition and email to M. Kramer thereon (0.1). |
| 10/31/07 | SL | 0.70 | 115.50 | Attention to depositions. |

**PROFESSIONAL SERVICES**                                                                 **$65,109.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Nelson, Howard E | 5.20 | $500.00 | $2,600.00 |
| Baena, Scott L | 7.00 | $650.00 | $4,550.00 |
| Sakalo, Jay M | 17.90 | $425.00 | $7,607.50 |
| Moon, James C | 6.60 | $325.00 | $2,145.00 |
| Snyder, Jeffrey I | 25.00 | $250.00 | $6,250.00 |
| Kramer, Matthew I | 73.70 | $350.00 | $25,795.00 |
| Testa Mehdipour, Nicole | 15.50 | $340.00 | $5,270.00 |
| Aftimos, Corinne | 9.50 | $225.00 | $2,137.50 |
| Flores, Luisa M | 16.20 | $190.00 | $3,078.00 |
| Lazarus, Shanon | 34.40 | $165.00 | $5,676.00 |
| *TOTAL* | *211.00* | | *$65,109.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$65,109.00**

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 10/02/07 | MIK | 2.00 | 350.00 | Non-working travel to Washington D.C. (2.0). |
| 10/03/07 | SLB | 5.50 | 1,787.50 | Non-working travel to NYC for plan meeting (5.5). |
| 10/03/07 | JMS | 3.00 | 637.50 | Non-working travel to New York (3.0). |
| 10/03/07 | MIK | 2.50 | 437.50 | Non-working travel to New York for meeting (2.5). |
| 10/04/07 | SLB | 5.50 | 1,787.50 | Non-working travel return to Miami (5.5). |
| 10/04/07 | JMS | 5.00 | 1,062.50 | Non-working travel home (5.0). |
| 10/04/07 | MIK | 7.00 | 1,225.00 | Non-working travel from New York (7.0). |
| 10/18/07 | MIK | 4.30 | 752.50 | Non-working travel to Washington, DC for deposition (4.3). |
| 10/19/07 | MIK | 8.00 | 1,400.00 | Non-working travel from deposition (8.0). |
| 10/21/07 | MIK | 4.30 | 752.50 | Non-working travel to NY for Austern deposition (4.3). |
| 10/22/07 | MIK | 4.80 | 840.00 | Non-working travel from deposition (4.8). |
| 10/23/07 | JIS | 6.60 | 825.00 | Non-working travel to New York City (flight delayed). |
| 10/23/07 | MIK | 6.40 | 1,120.00 | Non-working travel to and from Longo deposition (6.4). |
| 10/24/07 | JIS | 6.80 | 850.00 | Non-working travel from New York to Miami (flight delayed on tarmac) (6.8). |
| 10/24/07 | MIK | 5.50 | 962.50 | Non-working travel from deposition (5.5). |
| 10/28/07 | MIK | 4.80 | 840.00 | Non-working travel to deposition (4.8). |
| 10/30/07 | MIK | 5.30 | 927.50 | Non-working travel from deposition (5.3). |
| 10/31/07 | MIK | 8.30 | 1,452.50 | Non-working travel to deposition (8.3). |

**PROFESSIONAL SERVICES**                                                                    **$18,010.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 11.00 | $325.00 | $3,575.00 |
| Sakalo, Jay M | 8.00 | $212.50 | $1,700.00 |
| Snyder, Jeffrey I | 13.40 | $125.00 | $1,675.00 |
| Kramer, Matthew I | 63.20 | $175.00 | $11,060.00 |
| *TOTAL* | *95.60* | | *$18,010.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$18,010.00**

**Atty – SLB**
**Client No.: 74817/15554**

**RE:  18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 10/02/07 | SLB | 0.10 | 65.00 | Email to E. Inselbuch regarding meeting (.1). |
| 10/03/07 | SLB | 2.10 | 1,365.00 | Prepare for meeting with FCR and ACC (1.8); telephone call from D. Speights regarding meeting (.3). |
| 10/03/07 | JMS | 1.80 | 765.00 | Prepare for meeting with ACC and FCR. |
| 10/04/07 | SLB | 5.20 | 3,380.00 | Meetings with committee members and meeting with FCR and ACC regarding plan contours. |
| 10/04/07 | JMS | 4.50 | 1,912.50 | Prepare for and attend Grace plan meeting (4.0); follow up with S. Baena regarding planning (.5). |
| 10/04/07 | MIK | 3.00 | 1,050.00 | Attend meeting with ACC, FCR rgardomh plan contours. |
| 10/08/07 | SLB | 1.00 | 650.00 | Email to R. Frankel regarding draft of plan (.2); draft letter to ACC and FCR (.5); interoffice conference with J. Sakalo regarding revisions to letter (.1); transmittal to committee (.2). |
| 10/08/07 | JMS | 0.70 | 297.50 | Review draft letter regarding plan treatment and discuss with S. Baena (.5); e-mail from D. Scott thereon (.2). |
| 10/09/07 | SLB | 0.70 | 455.00 | Email from D. Scott with proposed letter and email from E. Westbrook and to all committee members regarding same (.5); email from D. Speights and interoffice conference with J. Sakalo regarding plan settlement data (.2). |
| 10/09/07 | JMS | 1.20 | 510.00 | E-mail from E. Westbrook regarding response to ACC (.3): e-mail from E. Cabraser thereon (.3); e-mails with R. Levy regarding same (.6). |
| 10/10/07 | SLB | 0.60 | 390.00 | Telephone conference with D. Speights regarding revisions to letter to R. Frankel (.4); email exchange with M. Dies regarding same (.2). |
| 10/10/07 | JMS | 0.80 | 340.00 | E-mails with committee regarding response to PI/FCR. |
| 10/11/07 | JMS | 2.50 | 1,062.50 | Work on multiple drafts of letter to E. Inselbuch and R. Frankel (1.8); finalize same (.7). |
| 10/11/07 | JIS | 0.30 | 75.00 | Telephone conference with J. Sakalo and assist with letter to E. Insulbuch and R. Frankel. |
| 10/15/07 | SLB | 0.10 | 65.00 | Return R. Frankel's call regarding plan. |
| 10/16/07 | SLB | 0.50 | 325.00 | Telephone call from R. Frankel regarding plan. |
| 10/16/07 | SLB | 0.40 | 260.00 | Memo to committee regarding plan contours (.4). |
| 10/16/07 | JMS | 1.60 | 680.00 | Telephone conference with S. Baena, R. Frankel regarding plan issues (.8); review e-mail exchanges with Committee thereon and discuss with S. Baena (.8). |
| 10/17/07 | SLB | 1.10 | 715.00 | Email exchanges with various committee members regarding plan issues. |
| 10/17/07 | JMS | 0.60 | 255.00 | E-mails with D. Speights, S. Baena, J. Schwartz, E. Westbrook regarding plan issues (.4); conference with S. Baena regarding same (.2). |
| 10/31/07 | SLB | 1.10 | 715.00 | Review draft of plan treatment and email to R. Frankel regarding issues in respect of draft and interoffice conference with J. Sakalo regarding same. |
| 10/31/07 | JMS | 0.40 | 170.00 | Brief review of plan inserts for PD/ZAI. |

**PROFESSIONAL SERVICES**                                                                                    **$15,502.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 12.90 | $650.00 | $8,385.00 |
| Sakalo, Jay M | 14.10 | $425.00 | $5,992.50 |
| Snyder, Jeffrey I | 0.30 | $250.00 | $75.00 |
| Kramer, Matthew I | 3.00 | $350.00 | $1,050.00 |
| *TOTAL* | *30.30* | | *$15,502.50* |

**CURRENT BALANCE DUE THIS MATTER** $15,502.50

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| 10/02/07 | LMF | 0.60 | 114.00 | Attend to payments to professionals. |
| 10/10/07 | LMF | 0.40 | 76.00 | Follow up regarding payments to third parties and professionals. |
| 10/26/07 | JMS | 0.40 | 170.00 | Conference with S. Lazarus regarding Tersigni papers and e-mails with R. Levy thereon. |
| 10/29/07 | JMS | 0.30 | 127.50 | Review Kirkland & Ellis September fees. |

**PROFESSIONAL SERVICES**                                                            **$487.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | $425.00 | $297.50 |
| Flores, Luisa M | 1.00 | $190.00 | $190.00 |
| *TOTAL* | *1.70* | | *$487.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                  **$487.50**