**EXHIBIT 2**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070731**

| Period Ending 7/31/2007 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Conference Call | $55.81 |
| | Document Storage | $510.40 |
| | Phone/ISP | $13.45 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $136.48 |
| | **Total** | **$2,166.14** |

*Tax ID #:*     *52-2083477*

EXHIBIT 2

**BMC GROUP**  
720 Third Ave, 23rd Floor  
Seattle, WA 98104  
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070831**

**Period Ending** 8/31/2007

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| CD's | $30.00 |
| Conference Call | $26.08 |
| Document Storage | $600.30 |
| Postage/Shipping | $35.15 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $65.52 |
| **Total** | **$2,207.05** |

*Tax ID #:*     *52-2083477*

EXHIBIT 2

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_070930**

| Period Ending | 9/30/2007 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Conference Call | $36.56 |
| | | Document Storage | $600.30 |
| | | Notary | $8.42 |
| | | Pacer | $899.36 |
| | | Phone/ISP | $10.99 |
| | | Postage/Shipping | $48.84 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $72.40 |
| | | **Total** | **$3,126.87** |

*Tax ID #:*     *52-2083477*

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

26TH QUARTERLY

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_070731 | WR Grace | BMC, BMC | BMC | $350.00 | 07/31/07 | B-linx User Fee | B-linx User Fee |
| 21_070731 | WR Grace | BMC, BMC | BMC | $850.00 | 07/31/07 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070731 | WR Grace | BMC, BMC | BMC | $250.00 | 07/31/07 | Website Hosting | Website Hosting |
| 21_070731 | WR Grace | BMC10, bmc | BMC | $510.40 | 07/31/07 | Document Storage | 333 boxes |
| 21_070731 | WR Grace | BMC10, bmc | BMC | $136.48 | 07/31/07 | Website Storage/Traffic | website traffic - 66 docs |
| 21_070731 | WR Grace | BMC, BMC | Conference Call.com | $65.81 | 07/31/07 | Conference Call | June conference calls |
| 21_070731 | WR Grace | Daniel, Brad | Verizon | $13.45 | 07/20/07 | Phone/ISP | Cell phone usage, 6/17 - 7/16 |
| 21_070831 | WR Grace | BMC10, bmc | BMC | $250.00 | 8/31/2007 | Website Hosting | Website Hosting |
| 21_070831 | WR Grace | BMC10, bmc | BMC | $850.00 | 8/31/2007 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070831 | WR Grace | BMC10, bmc | BMC | $350.00 | 8/31/2007 | B-linx User Fee | B-linx User Fee |
| 21_070831 | WR Grace | BMC10, bmc | BMC | $600.30 | 8/31/2007 | Document Storage | 414 boxes |
| 21_070831 | WR Grace | BMC10, bmc | BMC | $65.52 | 8/31/2007 | Website Storage/Traffic | website traffic - 34 docs |
| 21_070831 | WR Grace | BMC10, bmc | BMC | $26.08 | 8/27/2007 | Conference Call | July conference calls |
| 21_070831 | WR Grace | BMC10, bmc | BMC | $7.84 | 8/21/2007 | Postage/Shipping | Tracking no 22551109556 |
| 21_070831 | WR Grace | BMC10, bmc | BMC | $17.66 | 8/21/2007 | Postage/Shipping | Consulting-Tracking no 1515955171 |
| 21_070831 | WR Grace | Cedeno, Alex | BMC | $15.00 | 8/20/2007 | CD's | Burned CD |
| 21_070831 | WR Grace | Myers, James | BMC | $15.00 | 8/10/2007 | CD's | Kjontvedt |
| 21_070831 | WR Grace | BMC10, bmc | DHL | $9.65 | 8/8/2007 | Postage/Shipping | no. 22551109556 |
| 21_070930 | WR Grace | BMC10, bmc | BMC | $350.00 | 9/30/07 | B-linx User Fee | B-linx User Fee |
| 21_070930 | WR Grace | BMC10, bmc | BMC | $850.00 | 9/30/07 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_070930 | WR Grace | BMC10, bmc | BMC | $250.00 | 9/30/07 | Website Hosting | Website Hosting |
| 21_070930 | WR Grace | zzCAMEX-Jmiller, jmiller | UPS | $8.42 | 8/24/07 | Notary | Notary and fax service for Fee Applications |
| 21_070930 | WR Grace | BMC10, bmc | BMC | $899.36 | 9/30/07 | Pacer | qtrly court doc dwnloads |
| 21_070930 | WR Grace | BMC10, bmc | BMC | $600.30 | 9/30/07 | Document Storage | 414 boxes |
| 21_070930 | WR Grace | BMC10, bmc | BMC | $72.40 | 9/30/07 | Website Storage/Traffic | website traffic - 33 docs |
| 21_070930 | WR Grace | Daniel, Brad | Verizon | $10.99 | 8/20/07 | Phone/ISP | Cell phone usage, 7/17 - 8/16 |
| 21_070930 | WR Grace | BMC10, bmc | Conference Call.com | $36.56 | 9/7/07 | Conference Call | Conference Call |
| 21_070930 | WR Grace | BMC10, bmc | DHL | $23.74 | 9/7/07 | Postage/Shipping | no.15160003574 |
| 21_070930 | WR Grace | BMC10, bmc | DHL | $12.55 | 9/4/07 | Postage/Shipping | LLC Tracking no 15159999772 |
| 21_070930 | WR Grace | BMC10, bmc | DHL | $12.55 | 9/4/07 | Postage/Shipping | LLC-Tracking No15159996670 |
| | | | | $7,500.06 | | | |

EXHIBIT 2

BMC GROUP

WR Grace - 26th Qtrly 2007 Production Summary

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20070801-1 | 8/1/2007 | $30.76 |
| 021-20070801-2 | 8/1/2007 | $26.28 |
| 021-20070801-3 | 8/1/2007 | $28.70 |
| 021-20070801-4 | 8/1/2007 | $27.82 |
| 021-20070801-5 | 8/1/2007 | $31.24 |
| 021-20070801-6 | 8/1/2007 | $31.72 |
| 021-20070801-7 | 8/1/2007 | $29.20 |
| 021-20070907-1 | 9/7/2007 | $32.28 |
| 021-20070907-2 | 9/7/2007 | $29.20 |
| 021-20070907-3 | 9/7/2007 | $26.92 |
| 021-20070907-4 | 9/7/2007 | $34.92 |
| 021-20070907-5 | 9/7/2007 | $29.70 |
| 021-20070907-6 | 9/7/2007 | $27.82 |
| | | $386.56 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

AUGUST 2007

021-20070801-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16366 - Ord re IRS Claim | 9 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.41 each | $1.64 |
| | | | Production | Copy | 36 Pieces @ $.10 each | $3.60 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |
| | | | | | | $30.76 |

EXHIBIT 2

BMC GROUP

021-20070801-2

WR GRACE
PRODUCTION DETAIL

AUGUST 2007

| Job type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt 16368 - Ord re Mass Dpt Rev | 1 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.41 each | $0.82 |
| | | | Production | Copy | 2 Pieces @ $.10 each | $0.20 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | | | $26.28 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

AUGUST 2007

021-20070801-3

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16369 - Sempra Ord | 2 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.41 each | $2.05 |
| | | | Production | Copy | 10 Pieces @ $.10 each | $1.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |
| | | | | | | $28.70 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

AUGUST 2007

021-20070801-4

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16370 - 34th Contin Ord re Omni 5 | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 12 Pieces @ $.10 each | $1.20 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | | $27.82 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

AUGUST 2007

021-20070801-5

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16371 - Omni 18 Contin Ord | 5/6/2007 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 6 Pieces @ $.41 each | $2.46 |
| | | | Production | Copy | 30 Pieces @ $.10 each | $3.00 |
| | | | | Fold and Stuff | 6 Pieces @ $.05 each | $0.30 |
| | | | Supplies | Inkjet and Envelope - #10 | 6 Pieces @ $.08 each | $0.48 |
| | | | | | | $31.24 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

AUGUST 2007

021-20070801-6

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16373 - Omni 20 7th Ord | 3/8/2007 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.41 each | $3.28 |
| | | | Production | Copy | 24 Pieces @ $.10 each | $2.40 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |
| | | | | | | $31.72 |

EXHIBIT 2

BMC GROUP

WR GRACE
PRODUCTION DETAIL

AUGUST 2007

021-20070801-7

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16372 - Omni 22 4th Ord | 3 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.41 each | $2.05 |
| | | | Production | Copy | 15 Pieces @ $.10 each | $1.50 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |
| | | | | | | $29.20 |

EXHIBIT 2

BMC GROUP

WR GRACE - PRODUCTION DETAIL

SEPTEMBER 2007

021-20070907-1

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16682 - Expunge Ord | 5 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 7 Pieces @ $.41 each | $2.87 |
| | | | Production | Copy | 35 Pieces @ $.10 each | $3.50 |
| | | | | Fold and Stuff | 7 Pieces @ $.05 each | $0.35 |
| | | | Supplies | Inkjet and Envelope - #10 | 7 Pieces @ $.08 each | $0.56 |
| | | | | | | $32.28 |

EXHIBIT 2

BMC GROUP

WR GRACE - PRODUCTION DETAIL

SEPTEMBER 2007

021-20070907-2

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16695 - Omni 22 Ord | 3 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.41 each | $2.05 |
| | | | Production | Copy | 15 Pieces @ $.10 each | $1.50 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |
| | | | | | | $29.20 |

EXHIBIT 2

BMC GROUP

WR GRACE - PRODUCTION DETAIL

SEPTEMBER 2007

021-20070907-3

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16696 - MA Ord | 1 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 3 Pieces @ $.10 each | $0.30 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | | $26.92 |

EXHIBIT 2

BMC GROUP

WR GRACE - PRODUCTION DETAIL

SEPTEMBER 2007

021-20070907-4

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16697 - Omni 20 Ord | 7 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.41 each | $3.28 |
| | | | Production | Copy | 56 Pieces @ $.10 each | $5.60 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |
| | | | | | | $34.92 |

EXHIBIT 2

BMC GROUP  WR GRACE - PRODUCTION DETAIL  SEPTEMBER 2007

021-20070907-5

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16698 - Omni 18 Ord | 4 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 5 Pieces @ $.41 each | $2.05 |
| | | | Production | Copy | 20 Pieces @ $.10 each | $2.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.05 each | $0.25 |
| | | | Supplies | Inkjet and Envelope - #10 | 5 Pieces @ $.08 each | $0.40 |
| | | | | | | $29.70 |

EXHIBIT 2

BMC GROUP

WR GRACE - PRODUCTION DETAIL

SEPTEMBER 2007

021-20070907-6

| Job Type | Job Item | Pages/Parti | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 16699 - Omni 5 Ord | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 12 Pieces @ $.10 each | $1.20 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | | $27.82 |

EXHIBIT 2