# EXHIBIT C

NY 71084846v2

## WR GRACE & CO
## SUMMARY OF FEES
### JULY 1, 2007 - SEPTEMBER 30, 2007

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| DiBernardo, Ian G. | 2.3 | $ 660 | $ 1,518.00 |
| Greenberg, Mayer | 1.1 | 760 | 836.00 |
| Kruger, Lewis | 57.5 | 828 | 47,601.00 |
| Pasquale, Kenneth | 146.0 | 688 | 100,440.00 |
| Speiser, Mark A. | 1.6 | 815 | 1,304.00 |
| | | | |
| **Associates** | | | |
| Arnett, Jennifer | 8.3 | 465 | 3,859.50 |
| Cutler, Ilana | 18.9 | 335 | 6,331.50 |
| Eichler, Mark | 8.6 | 605 | 5,203.00 |
| Krieger, Arlene G. | 470.2 | 605 | 284,471.00 |
| Melendres, Linda M. | 5.9 | 260 | 1,534.00 |
| Wildes, Denise K. | 0.6 | 605 | 363.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 82.7 | 255 | 21,088.50 |
| Magzamen, Michael S. | 0.9 | 255 | 229.50 |
| Palacios, Gino D. | 10.9 | 225 | 2,452.50 |
| Berg, Madelaine | 7.8 | 605 | 4,719.00 |
| Cromwell, Marlon E. | 2.6 | 215 | 559.00 |
| Lollie, Toya | 2.0 | 165 | 330.00 |
| Mohamed, David | 163.6 | 165 | 26,994.00 |
| Rodriguez, Peter J. | 2.0 | 105 | 210.00 |
| | | | |
| **Sub Total** | 993.5 | | $516,572.50 |
| **Less 50% Travel** | (8.6) | | (6,529.00) |
| **Total** | 984.9 | | 510,043.50 |