# EXHIBIT D

NY 71084846v2

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2007 - SEPTEMBER 30, 2007**

| | |
|---|---:|
| Outside Messenger Service | $ 313.23 |
| Meals | 18.20 |
| Local Transportation | 91.71 |
| Long Distance Telephone | 367.62 |
| Duplicating Costs-in House | 304.40 |
| Duplicating Costs-Outside | 283.94 |
| Facsimile | 7.00 |
| Filing Fees | 644.00 |
| Court Reporting Services | 3,571.40 |
| O/S Information Services | 759.84 |
| Outside Professional Services | 147.50 |
| In House Messenger Service | 53.34 |
| Travel Expenses- Lodging | 518.09 |
| Travel Expenses - Transportation | 1,916.70 |
| Travel Expenses - Meals | 16.78 |
| Westlaw | 1,419.40 |
| | |
| **Total** | **$ 10,433.15** |

NY 71084846v2