IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 11th day of December, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> **UPDATED EXHIBITS 2, 12, & 3 TO GRACE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINIONS IN CONNECTION WITH THE ESTIMATION OF ITS CURRENT AND FUTURE ASBESTOS PERSONAL-INJURY LIABILITY** *(Served with all Exhibits)* **[DOCKET NO. 17620]**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

W.R. Grace – PI Estimation Email Service List
Case Number: 01-1139(JKF)
Document Number: 133415
13 – Electronic Delivery

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Electronic Delivery*
*ghorowitz@kramerlevin.com;*
*pfarber@kramerlevin.com*
*pbentley@kramerlevin.com*
(Equity Committee)
Gregory Horowitz, Esquire
Peggy Farber, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

*Electronic Delivery*
*lkruger@stroock.com;*
*kpasquale@stroock.com;*
*akrieger@stroock.com*
(Unsecured Creditors' Committee)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Stroock & Stroock & Lavan LLP

*Electronic Delivery*
*rmullady@orrick.com;*
*grasmussen@orrick.com;*
*jansbro@orrick.com*
*dfelder@orrick.com;*
*czurbrugg@orrick.com*
(FCR)
Raymond Mullady, Esquire
Garret Rasmussen, Esquire
John Ansbro, Esquire
Debra Felder, Esquire
Catharine Zurbrugg, Esquire
Orrick, Herrington & Sutcliffe LLP

*Electronic Delivery*
*ndf@capdale.com;*
*wbs@capdale.com;*
*jpw@capdale.com*
*bsb@capdale.com;*
*dbs@capdale.com*
*mhurford@camlev.com*
(ACC)
Nathan Finch, Esquire
Walter Slocombe, Esquire
James Wehner, Esquire
Bernie Bailor, Esquire
David Smith, Esquire
Mark Hurford, Esquire
Caplin & Drysdale

*Electronic Delivery*
*sbaena@bilzin.com;*
*jsakalo@bilzin.com;*
*mkramer@bilzin.com*
(PD)
Scott Baena, Esquire
Jay Sakalo, Esquire
Matt Kramer, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*Electronic Delivery*
jherberling@mcgarveylawcom;
tom@lsklaw.net;
mark@lsklaw.net
jlacey@mcgarveylaw.com;
cohn@cwg11.com
candon@cwg11.com
(Libby)
John Heberling, Esquire
Tom Lewis, Esquire
Mark Kovacich, Esquire
John Lacey, Esquire
Dan Cohn, Esquire
Chris Candon, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC

*Electronic Delivery*
mlastowski@duanemorris.com
rriley@duanemorris.com
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP

*Electronic Delivery*
meskin@del.camlev.com
mhurford@del.camlev.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine

*Electronic Delivery*
mjoseph@ferryjoseph.com
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.

*Electronic Delivery*
david.klauder@usdoj.gov
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee

*Electronic Delivery*
currier@klettrooney.com
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling

*Electronic Delivery*
ei@capdale.com
rct@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered

*Electronic Delivery*
jcp@pgslaw.com
(Counsel to David T. Austern, Future
Claimant's Representative)
John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.