# EXHIBIT A

**W.R. Grace - 25th Interim (April - June, 2007)**
**Fee and Expense Chart with Recommendations**

| ANDERSON KILL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16557 | $54,146.50 | $2,665.63 | $54,146.50 | $2,665.63 |
| Total: | $54,146.50 | $2,665.63 | $54,146.50 | $2,665.63 |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17384 | $90,000.00 | $16,967.25 | $90,000.00 | $15,396.39 |
| Total: | $90,000.00 | $16,967.25 | $90,000.00 | $15,396.39 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17331 | $234,646.98 | $7,151.07 | $234,646.98 | $7,151.07 |
| Total: | $234,646.98 | $7,151.07 | $234,646.98 | $7,151.07 |

| BEVERIDGE & DIAMOND | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17048 | $75,283.75 | $1,036.96 | $75,283.75 | $1,036.96 |
| Total: | $75,283.75 | $1,036.96 | $75,283.75 | $1,036.96 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16531 | $440,312.25 | $121,427.80 | $438,109.75 | $121,279.80 |
| Total: | $440,312.25 | $121,427.80 | $438,109.75 | $121,279.80 |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16890 | $350,000.00 | $3,878.90 | $350,000.00 | $3,878.90 |
| Total: | $350,000.00 | $3,878.90 | $350,000.00 | $3,878.90 |

| BUCHANAN INGERSOLL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16550 | $113,634.00 | $379.95 | $113,634.00 | $379.95 |
| Total: | $113,634.00 | $379.95 | $113,634.00 | $379.95 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16558 | $185,803.00 | $32,629.23 | $185,803.00 | $32,629.23 |
| Total: | $185,803.00 | $32,629.23 | $185,803.00 | $32,629.23 |

| CAPLIN AND DRYSDALE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16576 | $1,049,915.00 | $344,609.20 | $1,033,708.50 | $343,831.20 |
| Total: | $1,049,915.00 | $344,609.20 | $1,033,708.50 | $343,831.20 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16585 | $268,488.50 | $1,804.40 | $268,488.50 | $1,804.40 |
| Total: | $268,488.50 | $1,804.40 | $268,488.50 | $1,804.40 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16580 | $33,300.00 | $41,410.62 | $33,300.00 | $41,410.62 |
| Total: | $33,300.00 | $41,410.62 | $33,300.00 | $41,410.62 |

| COMMITTEE OF ASBESTOS CLAIMANTS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16578 | | $1,770.24 | | $1,770.24 |
| Total: | | $1,770.24 | | $1,770.24 |

| CONWAY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16579 | $50,000.00 | $20.00 | $50,000.00 | $20.00 |
| Total: | $50,000.00 | $20.00 | $50,000.00 | $20.00 |

### DAVID T. AUSTERN

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #17008 | | $8,900.00 | $0.00 | $8,900.00 | $0.00 |
| Total: | | $8,900.00 | $0.00 | $8,900.00 | $0.00 |

### DAY PITNEY

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #16400 | | $134,951.50 | $1,037.05 | $134,951.50 | $1,037.05 |
| Total: | | $134,951.50 | $1,037.05 | $134,951.50 | $1,037.05 |

### DUANE MORRIS LLP

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #16711 | | $59,857.50 | $9,248.40 | $59,857.50 | $9,248.40 |
| Total: | | $59,857.50 | $9,248.40 | $59,857.50 | $9,248.40 |

### FERRY & JOSEPH, P.A.

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #16559 | | $68,668.50 | $7,867.33 | $68,668.50 | $7,867.33 |
| Total: | | $68,668.50 | $7,867.33 | $68,668.50 | $7,867.33 |

### FOLEY HOAG

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #16564 | | $16,651.00 | $81.18 | $16,651.00 | $81.18 |
| Total: | | $16,651.00 | $81.18 | $16,651.00 | $81.18 |

### FORMAN PERRY

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #16581 | | $787,927.50 | $72,540.97 | $787,927.50 | $70,963.06 |
| Total: | | $787,927.50 | $72,540.97 | $787,927.50 | $70,963.06 |

### HAMILTON, RABINOVITZ & ALSCHULER, Inc.

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #16527 | | $16,650.00 | $0.00 | $16,650.00 | $0.00 |
| Total: | | $16,650.00 | $0.00 | $16,650.00 | $0.00 |

| HILSOFT | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16549 | | $4,320.00 | $200.55 | $4,320.00 | $200.55 |
| Total: | | $4,320.00 | $200.55 | $4,320.00 | $200.55 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17339 | | $1,039.50 | $4,423.35 | $1,039.50 | $4,423.35 |
| Total: | | $1,039.50 | $4,423.35 | $1,039.50 | $4,423.35 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16563 | | $5,806,017.50 | $5,289,061.49 | $5,801,255.00 | $5,289,061.49 |
| Total: | | $5,806,017.50 | $5,289,061.49 | $5,801,255.00 | $5,289,061.49 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16551 | | $187,246.00 | $19,482.62 | $187,246.00 | $19,482.62 |
| Total: | | $187,246.00 | $19,482.62 | $187,246.00 | $19,482.62 |

| LATHAM & WATKINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17409 | | $26,461.00 | $69.57 | $26,461.00 | $69.57 |
| Total: | | $26,461.00 | $69.57 | $26,461.00 | $69.57 |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16560 | | $547,634.00 | $12,500.00 | $547,634.00 | $12,500.00 |
| Total: | | $547,634.00 | $12,500.00 | $547,634.00 | $12,500.00 |

| LEXECON - 23rd | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16984 | | $55,757.61 | $1,937.26 | $55,757.61 | $1,937.26 |
| Total: | | $55,757.61 | $1,937.26 | $55,757.61 | $1,937.26 |

| LEXECON - 25th | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16986 | $139,987.65 | $2,786.28 | $139,987.65 | $2,786.28 |
| Total: | $139,987.65 | $2,786.28 | $139,987.65 | $2,786.28 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16362 | $1,956.50 | $126.49 | $1,956.50 | $126.49 |
| Total: | $1,956.50 | $126.49 | $1,956.50 | $126.49 |

| OGILVY RENAULT | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16526 | $103,666.00 - CDN | $4,061.30 - CDN | $103,666.00 - CDN | $4,061.30 - CDN |
| Total: | $103,666.00 - CDN | $4,061.30 - CDN | $103,666.00 - CDN | $4,061.30 - CDN |

| ORRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17290 | $1,021,931.50 | $168,071.15 | $1,011,439.00 | $168,071.15 |
| Total: | $1,021,931.50 | $168,071.15 | $1,011,439.00 | $168,071.15 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16601 | $201,750.25 | $144,863.72 | $201,750.25 | $144,863.72 |
| Total: | $201,750.25 | $144,863.72 | $201,750.25 | $144,863.72 |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17315 | $54,596.50 | $2,627.26 | $54,596.50 | $2,627.26 |
| Total: | $54,596.50 | $2,627.26 | $54,596.50 | $2,627.26 |

| PIPER JAFFREY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16955 | $300,000.00 | $811.37 | $300,000.00 | $811.37 |
| Total: | $300,000.00 | $811.37 | $300,000.00 | $811.37 |

| PRICEWATERHOUSE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17012 | $348,642.26 | $8,530.06 | $348,642.26 | $8,530.06 |
| Total: | $348,642.26 | $8,530.06 | $348,642.26 | $8,530.06 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16522 | $1,326,314.50 | $196,640.15 | $1,326,205.50 | $196,640.15 |
| Total: | $1,326,314.50 | $196,640.15 | $1,326,205.50 | $196,640.15 |

| RPWB | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17403 | $52,940.00 | $0.00 | $52,940.00 | $0.00 |
| Total: | $52,940.00 | $0.00 | $52,940.00 | $0.00 |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17033 | $16,460.00 | $3,553.76 | $16,460.00 | $3,553.76 |
| Total: | $16,460.00 | $3,553.76 | $16,460.00 | $3,553.76 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17058 | $65,667.00 | $719.48 | $65,667.00 | $719.48 |
| Total: | $65,667.00 | $719.48 | $65,667.00 | $719.48 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17028 | $132,843.50 | $439.54 | $132,843.50 | $439.54 |
| Total: | $132,843.50 | $439.54 | $132,843.50 | $439.54 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16710 | $609,233.75 | $549,314.08 | $609,233.75 | $549,314.08 |
| Total: | $609,233.75 | $549,314.08 | $609,233.75 | $549,314.08 |

---

[1] Stroock expense total includes $536,163.29 for fees and costs of Navigant Consulting.

| SULLIVAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17032 | $9,922.50 | $2,074.14 | $9,922.50 | $2,074.14 |
| Total: | $9,922.50 | $2,074.14 | $9,922.50 | $2,074.14 |

| TOWERS PERRIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16957 | $767,204.00 | $6,346.44 | $767,204.00 | $6,346.44 |
| Total: | $767,204.00 | $6,346.44 | $767,204.00 | $6,346.44 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #16665 | $34,384.00 | $2,326.25 | $34,384.00 | $2,326.25 |
| Total: | $34,384.00 | $2,326.25 | $34,384.00 | $2,326.25 |