# EXHIBIT A

## W.R. Grace
### PJC Time Records
### October-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 10/1/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 10/1/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Geoffrey Zbikowski | 10/1/2007 | 2.5 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 10/1/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Jason Solganick | 10/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/1/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 10/1/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Jonathan Brownstein | 10/1/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 10/1/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Joseph Radecki | 10/1/2007 | 1.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 10/2/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/2/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Desiree Davis | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Desiree Davis | 10/2/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Geoffrey Zbikowski | 10/2/2007 | 4.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/2/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Geoffrey Zbikowski | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Geoffrey Zbikowski | 10/2/2007 | 1.5 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 10/2/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/2/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/2/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Jason Solganick | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jason Solganick | 10/2/2007 | 1.5 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 10/2/2007 | 2.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/2/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Jonathan Brownstein | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Joseph Radecki | 10/2/2007 | 1.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Desiree Davis | 10/3/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/3/2007 | 1.0 | Financial Analysis | POR termsheet |
| Desiree Davis | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Geoffrey Zbikowski | 10/3/2007 | 2.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/3/2007 | 1.5 | Financial Analysis | POR termsheet |
| Geoffrey Zbikowski | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jason Solganick | 10/3/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/3/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/3/2007 | 2.0 | Financial Analysis | POR termsheet |
| Jason Solganick | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jonathan Brownstein | 10/3/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/3/2007 | 2.0 | Financial Analysis | POR termsheet |
| Jonathan Brownstein | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Joseph Radecki | 10/3/2007 | 1.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/3/2007 | 1.0 | Financial Analysis | POR termsheet |
| Joseph Radecki | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Desiree Davis | 10/4/2007 | 2.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/4/2007 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/4/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/4/2007 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/4/2007 | 3.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/4/2007 | 1.5 | Financial Analysis | POR analyses |
| Desiree Davis | 10/5/2007 | 2.5 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/5/2007 | 4.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/5/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/5/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/5/2007 | 3.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/5/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/8/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 10/9/2007 | 4.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/9/2007 | 3.0 | Financial Analysis | Plan documentation |
| Desiree Davis | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Geoffrey Zbikowski | 10/9/2007 | 2.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/9/2007 | 2.5 | Financial Analysis | Plan documentation |
| Geoffrey Zbikowski | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jason Solganick | 10/9/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/9/2007 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/9/2007 | 3.0 | Financial Analysis | Plan documentation |
| Jason Solganick | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jonathan Brownstein | 10/9/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/9/2007 | 4.0 | Financial Analysis | Plan documentation |
| Jonathan Brownstein | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Joseph Radecki | 10/9/2007 | 1.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/9/2007 | 3.0 | Financial Analysis | Plan documentation |
| Joseph Radecki | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### October-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 10/10/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 10/10/2007 | 2.0 | Financial Analysis | Plan documentation |
| Geoffrey Zbikowski | 10/10/2007 | 3.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/10/2007 | 4.0 | Financial Analysis | Plan documentation |
| Jason Solganick | 10/10/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/10/2007 | 4.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/10/2007 | 2.5 | Financial Analysis | Plan documentation |
| Jonathan Brownstein | 10/10/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/10/2007 | 3.5 | Financial Analysis | Plan documentation |
| Joseph Radecki | 10/10/2007 | 2.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/10/2007 | 2.5 | Financial Analysis | Plan documentation |
| Desiree Davis | 10/11/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/11/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/11/2007 | 2.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/11/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/11/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/12/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 10/15/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/15/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/15/2007 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/15/2007 | 3.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/15/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/15/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 10/16/2007 | 4.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/16/2007 | 0.5 | Financial Analysis | Review of press release of comparable company re: acquisition |
| Jason Solganick | 10/16/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/16/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/16/2007 | 0.5 | Financial Analysis | Review of press release of comparable company re: acquisition |
| Jason Solganick | 10/16/2007 | 0.5 | Hearings | Review of 10/25 hearing agenda |
| Jonathan Brownstein | 10/16/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/16/2007 | 3.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/16/2007 | 0.5 | Financial Analysis | Review of press release of comparable company re: acquisition |
| Desiree Davis | 10/17/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/17/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/17/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/17/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/17/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/18/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 10/18/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 10/18/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/18/2007 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/18/2007 | 1.5 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 10/18/2007 | 3.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/18/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/18/2007 | 4.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/18/2007 | 2.5 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 10/19/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/19/2007 | 1.5 | Financial Analysis | Plan documentation |
| Jason Solganick | 10/19/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/19/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/19/2007 | 3.0 | Financial Analysis | Plan documentation |
| Jonathan Brownstein | 10/19/2007 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/19/2007 | 3.0 | Financial Analysis | Plan documentation |
| Joseph Radecki | 10/19/2007 | 2.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/19/2007 | 3.0 | Financial Analysis | Plan documentation |
| Maika Hemphill | 10/19/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/19/2007 | 2.0 | Financial Analysis | Plan documentation |
| Desiree Davis | 10/22/2007 | 2.0 | Financial Analysis | POR termsheet |
| Jason Solganick | 10/22/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 10/22/2007 | 1.5 | Financial Analysis | POR termsheet |
| Jonathan Brownstein | 10/22/2007 | 1.5 | Financial Analysis | POR termsheet |
| Joseph Radecki | 10/22/2007 | 1.0 | Financial Analysis | POR termsheet |
| Maika Hemphill | 10/22/2007 | 1.0 | Financial Analysis | POR termsheet |

# EXHIBIT A

## W.R. Grace

**PJC Time Records**
October-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 10/23/2007 | 2.5 | Business Operations | Review of environmental liability information |
| Desiree Davis | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Desiree Davis | 10/23/2007 | 2.0 | Financial Analysis | PD claim analysis |
| Desiree Davis | 10/23/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 10/23/2007 | 4.0 | Business Operations | Review of environmental liability information |
| Jason Solganick | 10/23/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jason Solganick | 10/23/2007 | 3.0 | Financial Analysis | PD claim analysis |
| Jason Solganick | 10/23/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 10/23/2007 | 4.0 | Business Operations | Review of environmental liability information |
| Jonathan Brownstein | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jonathan Brownstein | 10/23/2007 | 1.5 | Financial Analysis | PD claim analysis |
| Joseph Radecki | 10/23/2007 | 2.5 | Business Operations | Review of environmental liability information |
| Joseph Radecki | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Joseph Radecki | 10/23/2007 | 0.5 | Financial Analysis | PD claim analysis |
| Maika Hemphill | 10/23/2007 | 3.0 | Business Operations | Review of environmental liability information |
| Maika Hemphill | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Maika Hemphill | 10/23/2007 | 1.5 | Financial Analysis | PD claim analysis |
| Maika Hemphill | 10/23/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 10/24/2007 | 1.0 | Business Operations | Review of 3Q earnings release |
| Desiree Davis | 10/24/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/24/2007 | 3.0 | Business Operations | Meeting re: environmental liabilities |
| Jason Solganick | 10/24/2007 | 1.5 | Business Operations | Review of 3Q earnings release |
| Jason Solganick | 10/24/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/24/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/24/2007 | 3.0 | Business Operations | Meeting re: environmental liabilities |
| Jonathan Brownstein | 10/24/2007 | 1.0 | Business Operations | Review of 3Q earnings release |
| Jonathan Brownstein | 10/24/2007 | 3.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/24/2007 | 0.5 | Business Operations | Review of 3Q earnings release |
| Joseph Radecki | 10/24/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/24/2007 | 1.5 | Business Operations | Review of 3Q earnings release |
| Maika Hemphill | 10/24/2007 | 4.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/25/2007 | 3.0 | Hearings | Telephonic court hearing |
| Jason Solganick | 10/25/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/25/2007 | 3.0 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 10/25/2007 | 3.0 | Hearings | Telephonic court hearing |
| Maika Hemphill | 10/25/2007 | 3.0 | Hearings | Telephonic court hearing |
| Desiree Davis | 10/26/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 10/26/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 10/26/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Maika Hemphill | 10/26/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 10/29/2007 | 0.5 | Business Operations | Review of 8-K |
| Jason Solganick | 10/29/2007 | 0.5 | Business Operations | Review of 8-K |
| Jason Solganick | 10/29/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 10/29/2007 | 0.5 | Business Operations | Review of 8-K |
| Maika Hemphill | 10/29/2007 | 0.5 | Business Operations | Review of 8-K |
| Jason Solganick | 10/30/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 10/31/2007 | 4.0 | Financial Analysis | Plan documentation |
| Jason Solganick | 10/31/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/31/2007 | 4.0 | Financial Analysis | Plan documentation |
| Jonathan Brownstein | 10/31/2007 | 4.0 | Financial Analysis | Plan documentation |
| Maika Hemphill | 10/31/2007 | 4.0 | Financial Analysis | Plan documentation |