# EXHIBIT B

## W.R. Grace
### Detail of expenses (October 1, 2007 – October 31, 2007)

Telephone

| | | |
|---|---|---|
| Geoff Zbikowski | 10/17/07 | $ 136.30 |
| Jason Solganick | 10/18/07 | $ 42.16 |
| Joe Radecki | 10/19/07 | $ 30.85 |
| Joe Radecki | 10/19/07 | $ 38.76 |
| Joe Radecki | 10/19/07 | $ 184.11 |
| Joe Radecki | 10/19/07 | $ 1.73 |
| Joe Radecki | 10/19/07 | $ 36.25 |
| Joe Radecki | 10/19/07 | $ 6.23 |
| | **Total Telephone:** | **$ 476.39** |

Meals

| | | |
|---|---|---|
| Joe Radecki | 10/19/07 | $ 47.00 |
| | **Total Meals:** | **$ 47.00** |

**TOTAL EXPENSES:**                $ 523.39