IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: January 3, 2008 at 4:00 p.m |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

COVER SHEET TO TWENTY-NINTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered January 21, 2004) |
| Period for which compensation is sought: | October 1, 2007 through October 31, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $340,852.00 |
| 80% of fees to be paid: | $272,681.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 3,148.58 |
| Total Fees @ 80% and 100% Expenses: | $275,830.18 |

This is an:  ___ interim   _X_ monthly   ___ final application.

## COMPENSATION SUMMARY
### October 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 191.80 | $119,875.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $300 | 87.90 | $26,370.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 99.60 | $39,840.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 194.20 | $72,825.00 |
| Steve Lin | Consulting Actuary (11 years) | $425 | 37.00 | $15,725.00 |
| Adam Luechtefeld | Analyst (4 years) | $250 | 27.00 | $6,750.00 |
| Alicia Oliver | Analyst (1 year) | $170 | 4.50 | $765.00 |
| Dave Powell | Consulting Actuary (22 years) FCAS | $675 | 14.80 | $9,990.00 |
| Terry Quackenbush | Analyst (2 years) | $300 | 2.00 | $600.00 |
| Rhamonda Riggins | Analyst (5 years) | $295 | 20.50 | $6,047.50 |
| Sandy Santomenno | Consulting Actuary (1 year) | $550 | 4.00 | $2,200.00 |
| Sandy Santomenno | Consulting Actuary (1 year) | $575 | 3.00 | $1,752.00 |
| Ollie Sherman | Consulting Actuary (22 years) FCAS | $675 | 56.00 | 37,800.00 |
| Russ Sutter | Consulting Actuary (20 years) FCAS | $485 | 0.70 | $339.50 |
| **Total Blended Rate: $458.75** | | | **743.00** | **$340,852.00** |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 743.00 | $340,852.00 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $1,194.20 |
| Hotel | $1,354.65 |
| Parking | $154.98 |
| Taxi | $180.35 |
| Train | $25.00 |
| Meals | $190.90 |
| Use of Own Car | $48.50 |
| **Total Expenses** | **$3,148.58** |

| October 2007 – Grand Total | $344,000.58 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Dec/2, 2007

2