# EXHIBIT A

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
|  | | | | | |

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| **W.R. Grace (Bankruptcy)** <br> **Towers Perrin Time Records** ||||||
| **Oct-07** ||||||
| Jenni Biggs | 10/1/2007 | 4.50 | $625 | $2,812.50 | Analysis |
| Jenni Biggs | 10/2/2007 | 11.70 | $625 | $7,312.50 | Meeting and Prep |
| Jenni Biggs | 10/2/2007 | 0.90 | $625 | $562.50 | 50% non-working travel |
| Jenni Biggs | 10/3/2007 | 9.00 | $625 | $5,625.00 | Meeting and Prep |
| Jenni Biggs | 10/3/2007 | 1.10 | $625 | $687.50 | 50% non-working travel |
| Jenni Biggs | 10/4/2007 | 5.00 | $625 | $3,125.00 | Analysis |
| Jenni Biggs | 10/5/2007 | 3.00 | $625 | $1,875.00 | Analysis |
| Jenni Biggs | 10/8/2007 | 5.70 | $625 | $3,562.50 | Analysis |
| Jenni Biggs | 10/9/2007 | 8.80 | $625 | $5,500.00 | Analysis |
| Jenni Biggs | 10/10/2007 | 5.00 | $625 | $3,125.00 | Analysis |
| Jenni Biggs | 10/11/2007 | 3.50 | $625 | $2,187.50 | Analysis |
| Jenni Biggs | 10/12/2007 | 7.00 | $625 | $4,375.00 | Analysis |
| Jenni Biggs | 10/14/2007 | 1.90 | $625 | $1,187.50 | Analysis |
| Jenni Biggs | 10/15/2007 | 4.00 | $625 | $2,500.00 | Analysis |
| Jenni Biggs | 10/16/2007 | 8.00 | $625 | $5,000.00 | Analysis |
| Jenni Biggs | 10/17/2007 | 8.00 | $625 | $5,000.00 | Analysis |
| Jenni Biggs | 10/18/2007 | 10.50 | $625 | $6,562.50 | Analysis |
| Jenni Biggs | 10/19/2007 | 7.00 | $625 | $4,375.00 | Analysis |
| Jenni Biggs | 10/22/2007 | 9.70 | $625 | $6,062.50 | Analysis |
| Jenni Biggs | 10/23/2007 | 9.50 | $625 | $5,937.50 | Meeting and Prep |
| Jenni Biggs | 10/23/2007 | 1.00 | $625 | $625.00 | 50% non-working travel |
| Jenni Biggs | 10/24/2007 | 12.30 | $625 | $7,687.50 | Meeting and Prep |
| Jenni Biggs | 10/24/2007 | 1.20 | $625 | $750.00 | 50% non-working travel |
| Jenni Biggs | 10/25/2007 | 3.50 | $625 | $2,187.50 | Depo Preparation |
| Jenni Biggs | 10/26/2007 | 7.50 | $625 | $4,687.50 | Depo Preparation |
| Jenni Biggs | 10/27/2007 | 5.00 | $625 | $3,125.00 | Depo Preparation |
| Jenni Biggs | 10/28/2007 | 5.00 | $625 | $3,125.00 | Depo Preparation |
| Jenni Biggs | 10/29/2007 | 12.50 | $625 | $7,812.50 | Depo Preparation |
| Jenni Biggs | 10/30/2007 | 11.30 | $625 | $7,062.50 | Depo Preparation |
| Jenni Biggs | 10/31/2007 | 8.70 | $625 | $5,437.50 | Depo Preparation |
| | | 191.80 | | $119,875.00 | |
| | | | | | |
| Julianne Callaway | 10/3/2007 | 6.20 | $300 | $1,860.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/4/2007 | 8.40 | $300 | $2,520.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/5/2007 | 4.90 | $300 | $1,470.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/8/2007 | 1.70 | $300 | $510.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/10/2007 | 3.20 | $300 | $960.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/11/2007 | 8.10 | $300 | $2,430.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/12/2007 | 3.60 | $300 | $1,080.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/15/2007 | 2.40 | $300 | $720.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/17/2007 | 7.60 | $300 | $2,280.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/18/2007 | 6.10 | $300 | $1,830.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/19/2007 | 8.60 | $300 | $2,580.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/22/2007 | 8.00 | $300 | $2,400.00 | Depo Preparation |
| Julianne Callaway | 10/25/2007 | 9.50 | $300 | $2,850.00 | Depo Preparation |
| Julianne Callaway | 10/26/2007 | 9.60 | $300 | $2,880.00 | Depo Preparation |
| | | 87.90 | | $26,370.00 | |
| | | | | | |
| Bryan Gillespie | 10/1/2007 | 6.30 | $400 | $2,520.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/3/2007 | 5.30 | $400 | $2,120.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/4/2007 | 4.50 | $400 | $1,800.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/5/2007 | 6.40 | $400 | $2,560.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/6/2007 | 4.60 | $400 | $1,840.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/8/2007 | 9.50 | $400 | $3,800.00 | Meeting and Prep |
| Bryan Gillespie | 10/8/2007 | 0.50 | $400 | $200.00 | 50% non-working travel |
| Bryan Gillespie | 10/9/2007 | 9.80 | $400 | $3,920.00 | Meeting and Prep |
| Bryan Gillespie | 10/9/2007 | 1.30 | $400 | $520.00 | 50% non-working travel |
| Bryan Gillespie | 10/10/2007 | 5.70 | $400 | $2,280.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/11/2007 | 1.00 | $400 | $400.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/22/2007 | 2.00 | $400 | $800.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/23/2007 | 7.80 | $400 | $3,120.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/24/2007 | 7.20 | $400 | $2,880.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/25/2007 | 3.30 | $400 | $1,320.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/26/2007 | 6.80 | $400 | $2,720.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/27/2007 | 1.10 | $400 | $440.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/29/2007 | 5.30 | $400 | $2,120.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/30/2007 | 5.10 | $400 | $2,040.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/31/2007 | 6.10 | $400 | $2,440.00 | Review Rebuttal Reports |

| | | | | | |
|---|---|---|---|---|---|
|  | W.R. Grace (Bankruptcy) |||||
|  | Towers Perrin Time Records |||||
| Professional | Date | Hours | Rate | $ Fees | Description |
| | | 99.60 | | $39,840.00 | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | W.R. Grace (Bankruptcy) | | | |
| | | Towers Perrin Time Records | | | |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| Jeff Kimble | 10/1/2007 | 8.90 | $375 | $3,337.50 | Analysis |
| Jeff Kimble | 10/2/2007 | 11.00 | $375 | $4,125.00 | Prep for Meeting |
| Jeff Kimble | 10/3/2007 | 9.00 | $375 | $3,375.00 | Meeting and Prep |
| Jeff Kimble | 10/4/2007 | 2.30 | $375 | $862.50 | Analysis |
| Jeff Kimble | 10/5/2007 | 2.50 | $375 | $937.50 | Analysis |
| Jeff Kimble | 10/8/2007 | 4.60 | $375 | $1,725.00 | Analysis |
| Jeff Kimble | 10/9/2007 | 7.30 | $375 | $2,737.50 | Analysis |
| Jeff Kimble | 10/10/2007 | 9.00 | $375 | $3,375.00 | Analysis |
| Jeff Kimble | 10/11/2007 | 7.40 | $375 | $2,775.00 | Analysis |
| Jeff Kimble | 10/12/2007 | 8.20 | $375 | $3,075.00 | Analysis |
| Jeff Kimble | 10/15/2007 | 4.00 | $375 | $1,500.00 | Analysis |
| Jeff Kimble | 10/16/2007 | 7.90 | $375 | $2,962.50 | Analysis |
| Jeff Kimble | 10/17/2007 | 4.60 | $375 | $1,725.00 | Analysis |
| Jeff Kimble | 10/18/2007 | 5.70 | $375 | $2,137.50 | Analysis |
| Jeff Kimble | 10/19/2007 | 6.70 | $375 | $2,512.50 | Analysis |
| Jeff Kimble | 10/22/2007 | 8.10 | $375 | $3,037.50 | Analysis |
| Jeff Kimble | 10/23/2007 | 1.60 | $375 | $600.00 | 50% non-working travel |
| Jeff Kimble | 10/23/2007 | 10.70 | $375 | $4,012.50 | Meeting and Prep |
| Jeff Kimble | 10/24/2007 | 0.50 | $375 | $187.50 | 50% non-working travel |
| Jeff Kimble | 10/24/2007 | 11.20 | $375 | $4,200.00 | Meeting and Prep |
| Jeff Kimble | 10/25/2007 | 9.20 | $375 | $3,450.00 | Analysis |
| Jeff Kimble | 10/26/2007 | 9.10 | $375 | $3,412.50 | Analysis |
| Jeff Kimble | 10/27/2007 | 7.50 | $375 | $2,812.50 | Analysis |
| Jeff Kimble | 10/28/2007 | 8.20 | $375 | $3,075.00 | Analysis |
| Jeff Kimble | 10/29/2007 | 11.30 | $375 | $4,237.50 | Analysis |
| Jeff Kimble | 10/30/2007 | 11.20 | $375 | $4,200.00 | Analysis |
| Jeff Kimble | 10/31/2007 | 6.50 | $375 | $2,437.50 | Analysis |
| | | 194.20 | | $72,825.00 | |
| | | | | | |
| Steve Lin | 10/3/2007 | 4.00 | $425 | $1,700.00 | Analysis |
| Steve Lin | 10/4/2007 | 1.10 | $425 | $467.50 | Analysis |
| Steve Lin | 10/5/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 10/8/2007 | 0.70 | $425 | $297.50 | Analysis |
| Steve Lin | 10/9/2007 | 4.90 | $425 | $2,082.50 | Analysis |
| Steve Lin | 10/10/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 10/11/2007 | 4.50 | $425 | $1,912.50 | Analysis |
| Steve Lin | 10/12/2007 | 3.80 | $425 | $1,615.00 | Analysis |
| Steve Lin | 10/15/2007 | 4.50 | $425 | $1,912.50 | Analysis |
| Steve Lin | 10/18/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 10/19/2007 | 4.00 | $425 | $1,700.00 | Analysis |
| Steve Lin | 10/30/2007 | 1.00 | $425 | $425.00 | Analysis |
| Steve Lin | 10/31/2007 | 1.00 | $425 | $425.00 | Analysis |
| | | 37.00 | | $15,725.00 | |
| | | | | | |
| Adam Luechtefeld | 10/3/2007 | 4.00 | $250 | $1,000.00 | Analysis |
| Adam Luechtefeld | 10/8/2007 | 2.50 | $250 | $625.00 | Analysis |
| Adam Luechtefeld | 10/11/2007 | 5.00 | $250 | $1,250.00 | Analysis |
| Adam Luechtefeld | 10/12/2007 | 5.70 | $250 | $1,425.00 | Analysis |
| Adam Luechtefeld | 10/17/2007 | 5.00 | $250 | $1,250.00 | Analysis |
| Adam Luechtefeld | 10/18/2007 | 0.30 | $250 | $75.00 | Analysis |
| Adam Luechtefeld | 10/19/2007 | 1.50 | $250 | $375.00 | Analysis |
| Adam Luechtefeld | 10/22/2007 | 2.50 | $250 | $625.00 | Analysis |
| Adam Luechtefeld | 10/23/2007 | 0.50 | $250 | $125.00 | Analysis |
| | | 27.00 | | $6,750.00 | |
| | | | | | |
| Alicia Oliver | 10/19/2007 | 2.00 | $170 | $340.00 | Analysis |
| Alicia Oliver | 10/26/2007 | 2.50 | $170 | $425.00 | Analysis |
| | | 4.50 | | $765.00 | |
| | | | | | |
| Dave Powell | 10/1/2007 | 0.70 | $675 | $472.50 | Peer Review |
| Dave Powell | 10/4/2007 | 0.50 | $675 | $337.50 | Peer Review |
| Dave Powell | 10/8/2007 | 1.30 | $675 | $877.50 | Peer Review |
| Dave Powell | 10/9/2007 | 0.70 | $675 | $472.50 | Peer Review |
| Dave Powell | 10/17/2007 | 2.70 | $675 | $1,822.50 | Peer Review |
| Dave Powell | 10/25/2007 | 0.20 | $675 | $135.00 | Peer Review |
| Dave Powell | 10/30/2007 | 8.70 | $675 | $5,872.50 | Peer Review |
| | | 14.80 | | $9,990.00 | |

| | | | | | W.R. Grace (Bankruptcy) |
| --- | --- | --- | --- | --- | --- |
| | | | | | Towers Perrin Time Records |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| Terry Quackenbush | 10/25/2007 | 1.00 | $300 | $300.00 | Analysis |
| Terry Quackenbush | 10/26/2007 | 1.00 | $300 | $300.00 | Analysis |
| | | 2.00 | | $600.00 | |
| Rhamonda Riggins | 10/19/2007 | 3.50 | $295 | $1,032.50 | Analysis/Rust |
| Rhamonda Riggins | 10/25/2007 | 1.00 | $295 | $295.00 | Analysis/Rust |
| Rhamonda Riggins | 10/26/2007 | 5.50 | $295 | $1,622.50 | Analysis/Rust |
| Rhamonda Riggins | 10/28/2007 | 2.00 | $295 | $590.00 | Analysis/Rust |
| Rhamonda Riggins | 10/29/2007 | 6.00 | $295 | $1,770.00 | Analysis/Rust |
| Rhamonda Riggins | 10/30/2007 | 1.50 | $295 | $442.50 | Analysis/Rust |
| Rhamonda Riggins | 10/31/2007 | 1.00 | $295 | $295.00 | Analysis/Rust |
| | | 20.50 | | $6,047.50 | |
| Sandy Santomenno | 10/16/2007 | 1.00 | $550 | $550.00 | Analysis |
| Sandy Santomenno | 10/17/2007 | 1.00 | $550 | $550.00 | Analysis |
| Sandy Santomenno | 10/18/2007 | 2.00 | $550 | $1,100.00 | Analysis |
| Sandy Santomenno | 10/23/2007 | 1.50 | $575 | $862.50 | Analysis |
| Sandy Santomenno | 10/25/2007 | 1.50 | $575 | $862.50 | Analysis |
| | | 7.00 | | $3,925.00 | |
| Ollie Sherman | 10/1/2007 | 2.00 | $675 | $1,350.00 | Review of Rebutal reports |
| Ollie Sherman | 10/2/2007 | 10.00 | $675 | $6,750.00 | Deposition prep |
| Ollie Sherman | 10/3/2007 | 8.00 | $675 | $5,400.00 | Deposition prep |
| Ollie Sherman | 10/4/2007 | 1.00 | $675 | $675.00 | Review of Rebutal reports |
| Ollie Sherman | 10/8/2007 | 1.00 | $675 | $675.00 | Peer Review |
| Ollie Sherman | 10/10/2007 | 1.00 | $675 | $675.00 | Peer Review |
| Ollie Sherman | 10/16/2007 | 1.50 | $675 | $1,012.50 | Peer Review |
| Ollie Sherman | 10/17/2007 | 1.00 | $675 | $675.00 | Peer Review |
| Ollie Sherman | 10/23/2007 | 2.00 | $675 | $1,350.00 | Review of rebuttal report |
| Ollie Sherman | 10/24/2007 | 9.50 | $675 | $6,412.50 | Deposition prep |
| Ollie Sherman | 10/25/2007 | 1.00 | $675 | $675.00 | Review of rebuttal report |
| Ollie Sherman | 10/26/2007 | 2.00 | $675 | $1,350.00 | Deposition prep |
| Ollie Sherman | 10/30/2007 | 6.00 | $675 | $4,050.00 | Deposition Prep |
| Ollie Sherman | 10/31/2007 | 10.00 | $675 | $6,750.00 | Deposition Prep |
| | | 56.00 | | $37,800.00 | |
| Russ Sutter | 10/29/2007 | 0.50 | $485 | $242.50 | Analysis |
| Russ Sutter | 10/30/2007 | 0.20 | $485 | $97.00 | Analysis |
| | | 0.70 | | $339.50 | |
| | | 743.00 | | $340,852.00 | |