IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

## WRG-0081
## AUTOMATED YIELD MONITORING AND CONTROL

| 10/08/2007 | NG | Receipt and verification of Updated Official Filing Receipt and Publication Date from the United States Patent and Trademark Office and preparation of correspondence to client forwarding copy of same; formalization of application to reflect particulars and updating intellectual property portfolio. | 0.60 |
|---|---|---|---|

|  |  | SERVICES | $ | 111.00 |
|---|---|---|---|---|

| | NG | NOREEN GARONSKI | 0.60 | hours @ | $185.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                                    $      **111.00**

## WRG-0084
## EVALUATION OF POSSIBLE INFRINGEMENT OF
## GRACE PATENT ON OXYGEN SCAVENGING

| | | | |
|---|---|---|---|
| 10/17/2007 | GHL | Evaluation of possible relevance of six Grace patents relating to oxygen scavenging to packaging of third-party bottler, including initial review of the patents and search through files for background relating to same arising in previous litigation; telephone conference with Mr. Williams of Grace related to background of current dispute and advising on history of certain of the patents from previous litigation; preliminary review of transcripts from the previous litigation for positions taken on issues relevant to current evaluation; | 1.70 |
| 10/18/2007 | GHL | Review of Grace oxygen scavenging patents and review of materials from prior litigation characterizing these patents, further telephone conference with Mr. Williams regarding prior art to the patents; | 2.00 |
| 10/19/2007 | GHL | Further analysis of Grace patents and prior art references discussed in prior litigation and analysis of positions taken in that litigation on advances represented by the patents over the prior art; | 1.30 |
| 10/22/2007 | GHL | Further analysis of enforceable scope of Grace patents, including review of selected portions of prosecution histories of the patents and of cited prior art, consideration of claim scope and relevance of prior art, including art of record, in view of KSR decision; | 2.70 |
| 10/23/2007 | GHL | Continued analysis, including continued review of prosecution histories of patents and of selected art cited during the prosecutions, review of all characterizations of the patents and the underlying technology during the previous related litigation; review of additional art relating to oxygen scavenging technology from previous litigation and consideration of affect on patents now at issue; | 2.80 |
| 10/25/2007 | GHL | Further review of the Grace patents and annotation of claims for scheduled discussions with Grace representatives; | 0.70 |

| 10/26/2007 | GHL | Further analysis of the Grace patents and annotation of claims for scheduled conference, and telephone conference with Mr. Williams and Grace representatives to advise on patent coverage and strength. | 1.80 |

                            SERVICES                    $    6,890.00

| | GHL | GARY H. LEVIN | 13.00 | hours @ | $530.00 |

                          **INVOICE TOTAL**              $    **6,890.00**

## WRG-GEN

| 10/10/2007 | GHL | Fee Application, Applicant -- Preparation of fee petition for August 2007. | 0.40 |
|---|---|---|---|

|  |  | SERVICES | $ | 212.00 |
|---|---|---|---|---|

| | GHL | GARY H. LEVIN | 0.40 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ 212.00