IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE REGARDING COURT CALL AVAILABILITY FOR
ESTIMATION HEARING COMMENCING ON JANUARY 14, 2008 AT
9:00 A.M. AND PROCEDURE REGARDING CONFIDENTIAL INFORMATION**

Please take notice that Court Call access for the Asbestos Personal Injury Estimation Hearing in this case, set to commence on January 14, 2008, will be available to all interested parties. Parties wishing to participate telephonically must make arrangements through Court Call by Telephone (866-582-6878) or Facsimile (866-533-2946), no later than 48 hours (2 business days) prior to the commencement of the hearing and separate arrangements must be made for each day of the hearing in which the interested party wishes to participate.

Further, please take notice that during the course of the Estimation Hearing, it is anticipated that Confidential Information may be discussed from time to time. When Confidential Information is discussed, Court Call will be instructed to mute all access to the Courtroom and the Courtroom will be cleared of all parties not entitled to access to such Confidential Information. If you believe you are entitled to be present for the hearing when Confidential Information is discussed, you must attend the hearing in person in order to hear such discussions.

DOCS_DE:133642.1

2

Dated: December 14, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Barbara Harding
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession