IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: January 7, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SEVENTY-THIRD MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

December 13, 2007

Bill Number  12280
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through October 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/01/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.3). | 0.40 Hrs | $118.00 |
| 10/01/07 | ARA | Quality control property damage ledgers. | 4.50 Hrs | $495.00 |
| 10/02/07 | MTM | Telephone call from in-house counsel re: laboratory research notebooks (.2); review Winthrop Square indices re: same (.7); telephone call to ARA re: same (.2); review lab notebooks at Winthrop Square (1.2). | 2.30 Hrs | $586.50 |
| 10/02/07 | ARA | Per MTM's request, search for and review lab notebooks (6.2); conference with MTM re: same (.2). | 6.40 Hrs | $704.00 |
| 10/03/07 | MTM | Conference with ARA re: laboratory notebooks. | 0.10 Hrs | $25.50 |
| 10/03/07 | ARA | Review Cambridge lab notebooks (3.0); discuss dates of books with MTM (.1). | 3.10 Hrs | $341.00 |
| 10/04/07 | MTM | Telephone call from lab director in Cambridge re: laboratory notebooks. | 0.20 Hrs | $51.00 |
| 10/04/07 | ARA | Quality control property damage ledgers. | 5.20 Hrs | $572.00 |
| 10/05/07 | ARA | Per email from K&E paralegal, obtain deposition transcripts and arrange to have them copied (2.1); email K&E paralegal re: same (.2). Document control (.7). Quality control property damage ledgers (3.5). | 6.50 Hrs | $715.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/09/07 | MTM | Receipt and review of deposition transcripts requested by K&E paralegal; letter to her re: same. | 0.10 Hrs | $25.50 |
| 10/10/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $59.00 |
| 10/10/07 | ARA | Receipt of deposition transcripts from Merrill Corp. (.2); quality control same (.5). Quality control property damage ledgers (3.0). | 3.70 Hrs | $407.00 |
| 10/11/07 | ARA | Quality control property damage ledgers. | 5.20 Hrs | $572.00 |
| 10/12/07 | ARA | Quality control property damage ledgers. | 7.90 Hrs | $869.00 |
| 10/15/07 | MTM | Receipt and review of email from in-house counsel re: Libby personnel file; review list and draft response to in-house counsel re: same. | 0.10 Hrs | $25.50 |
| 10/15/07 | ARA | Per email from K&E paralegal, obtain and review additional deposition transcripts (1.4); arrange to have them copied (.4); email to K&E paralegal re: same (.2). Quality control property damage ledgers (3.8). | 5.80 Hrs | $638.00 |
| 10/16/07 | ARA | Quality control property damage ledgers. | 5.50 Hrs | $605.00 |
| 10/17/07 | ARA | Quality control property damage ledgers. | 6.00 Hrs | $660.00 |
| 10/18/07 | ARA | Quality control deposition transcripts received from copy service (2.0). Quality control property damage ledgers (6.0) | 8.00 Hrs | $880.00 |
| 10/19/07 | MTM | Email from research director at Grace in Cambridge re: laboratory notebooks (.1); conference with ARA re: same (.1). | 0.20 Hrs | $51.00 |
| 10/19/07 | ARA | Per MTM, search for and review boxes of lab notebooks for Cambridge research director (5.0). Quality control property damage ledgers (.5). | 5.50 Hrs | $605.00 |
| 10/21/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $59.00 |
| 10/22/07 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $29.50 |
| 10/22/07 | ARA | Review lab notebooks for Cambridge research director (4.9); telephone call to MTM re: review of lab notebooks (.1). | 5.00 Hrs | $550.00 |
| 10/23/07 | ARA | Document control (1.5). Per email from K&E paralegal, obtain deposition transcripts of former employee and arrange for same to be emailed to K&E paralegal (1.0); return transcripts to employee library (.3). Quality control property damage ledgers (2.5). | 5.30 Hrs | $583.00 |
| 10/24/07 | ARA | Inventory lab notebooks (4.6); organize them for MTM (.9). Quality control property damage ledgers (1.5). | 7.00 Hrs | $770.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/25/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $29.50 |
| 10/25/07 | MTM | Review lab notebooks requested by Cambridge research director (.3); email to him re: same (.2) | 0.50 Hrs | $127.50 |
| 10/25/07 | ARA | Telephone call from MTM re: lab notebooks (.2); arrange for delivery of notebooks to MTM (.3). Receipt of deposition transcripts (.2). Quality control property damage ledgers (7.4) | 8.10 Hrs | $891.00 |
| 10/26/07 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $118.00 |
| 10/26/07 | ARA | Telephone calls to and from MTM and email lab book inventory (.6). Quality control monthly invoice registers. (2.0). Quality control property damage ledgers (3.5). | 6.10 Hrs | $671.00 |
| 10/27/07 | RAM | Read selected documents filed in bankruptcy court. | 0.70 Hrs | $206.50 |
| 10/29/07 | ARA | Quality control property damage ledgers. | 7.20 Hrs | $792.00 |
| 10/29/07 | ARA | Telephone calls to Merrill and MTM re: return of plant boxes to shelves at W. R. Grace. | 0.30 Hrs | $33.00 |
| 10/30/07 | ARA | Quality control property damage ledgers. | 6.80 Hrs | $748.00 |
| 10/31/07 | ARA | Quality control property damage ledgers. | 7.20 Hrs | $792.00 |
| | | TOTAL LEGAL SERVICES | | $15,790.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 2.10 Hrs | 295/hr | $619.50 |
| MATTHEW T. MURPHY | 3.50 Hrs | 255/hr | $892.50 |
| ANGELA R. ANDERSON | 129.80 Hrs | 110/hr | $14,278.00 |
| | 135.40 Hrs | | $15,790.00 |

TOTAL THIS BILL  $15,790.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

December 13, 2007

Bill Number  12281
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through October 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/01/07 | RAM | Work on August fee application. | 0.70 Hrs | $206.50 |
| 10/02/07 | RAM | Work on August fee application. | 0.20 Hrs | $59.00 |
| 10/03/07 | RAM | Send August fee application to in-house counsels. | 0.10 Hrs | $29.50 |
| 10/04/07 | RAM | Email and telephone call from in-house counsels that August fee application may be filed. | 0.05 Hrs | No charge |
| 10/09/07 | RAM | Finalize August fee application and send it to Delaware counsel to file. | 0.30 Hrs | $88.50 |
| 10/24/07 | RAM | Work on September fee application. | 0.30 Hrs | $88.50 |
| 10/25/07 | RAM | Work on September fee application. | 0.70 Hrs | $206.50 |
| 10/26/07 | RAM | Send September fee application to in-house counsels; email from one that fee application may be filed. | 0.10 Hrs | $29.50 |
| 10/30/07 | RAM | Finalize September fee application (.1). Send it to Delaware counsel to file (.1). | 0.20 Hrs | $59.00 |

Mark A. Shelnitz

TOTAL LEGAL SERVICES     $767.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.60 Hrs | 295/hr | $767.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 295/hr | No charge |
| | 2.65 Hrs | | $767.00 |

TOTAL THIS BILL     $767.00

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

December 13, 2007

Bill Number  12282
File Number  0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2007

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/25/07 | To 655 Fifteenth St., Kirkland & Ellis, Terrell Stansbury from Casner and Edwards on 10/10/07 by MTM. | 34.75 | |
| | | | $34.75 |

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 10/31/07 | Delaware Bankruptcy Court  07/02-09/24/2007 | 102.88 | |
| | | | $102.88 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/04/07 | 30  copies at .10 per copy | 3.00 | |
| | | | $3.00 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 10/01/07 | Rent and utilities for document repository at One Winthrop Square- October 2007. | 11,430.00 | |
| | | | $11,430.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2007

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 10/10/07 | RECORDKEEPER ARCHIVE-Storage 10/01/07 - 10/31/07 | 402.60 | |
| | | | $402.60 |
| | TOTAL DISBURSEMENTS | | $11,973.23 |
| | TOTAL THIS BILL | | $11,973.23 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

December 13, 2007

Bill Number  12283
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through October 31, 2007

FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/09/07 | To 919 North Market Street, Pachulski Stang Ziehl, Patricia Cuniff from Casner and Edwards on 09/11/07 by RAM. | 15.05 |
| 10/25/07 | To 919 North Market St., Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on 10/09/07 by RAM. | 14.98 |
| | | $30.03 |

TOTAL DISBURSEMENTS          $30.03

TOTAL THIS BILL          $30.03