# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# NOVEMBER 1, 2007 THROUGH
# NOVEMBER 30, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

December 12, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File  WRG-AUS/JCP
Invoice number  72437

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only:  11/30/07      $9,544.00
        Subtotal for COSTS only: 11/30/07      $1,019.68
                                              -----------
     CURRENT PERIOD FEES AND COSTS: 11/30/07  $10,563.68
                                              -----------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

December 12, 2007

Orrick, Herrington & Sutcliffe, LLP

              File   WRG-AUS/JCP
            Invoice number   72437

Re:  W. R. Grace & Co.
   David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 12.5 | 2,196.50 |
| LITIGATION | 14.9 | 5,423.00 |
| PLAN AND DISCLOSURE STATEMENT | 6.3 | 1,798.50 |
| CASE ADMINISTRATION | 0.9 | 126.00 |
| Subtotal for FEES only: 11/30/07 | 34.6 | $9,544.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 20.00 | 20.00 | 7,500.00 | 0.00 | 0.00 |
| 140.00 | CAH | 14.60 | 14.60 | 2,044.00 | 0.00 | 0.00 |
| Totals | | 34.60 | 34.60 | 9,544.00 | 0.00 | 0.00 |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                        12/14/07  Page 2
                                                        -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | CAH | 11/21/07 | Work on Form of Motion to Shorten. | 0.70 | 98.00 | Li |
| | | | | 0.70 | 98.00 | |
| WRG LITIGATION | JCP | 11/01/07 | E-mail from Debbie Felder with enclosure; review of and execute two Certificates of Service re: Future Claimants Representative's Response to Debtors' Request for Production of Documents and Interrogatories and Future Claimants Representative's Answer to Interrogatories (Debtors' Second Set), conference with Celeste A. Hartman re: same; review of Order re: the Withdrawal of Motion for Relief from Automatic Stay; review of Future Claimants Representative's Second Set of Interrogatories to Debtor; review of Personal Injury Committee's Notice of Service as to Personal Injury Committee's Response to Debtors' Discovery. | 0.50 | 187.50 | |
| WRG LITIGATION | JCP | 11/02/07 | Review of counsel for Debtors' 22nd Supplemental Affidavit of Disinterestedness; review of Certification of Counsel re: Protective Order Governing Discovery from UNR Trust and proposed Order for same; review of David Austern's verification to Future Claimants Representative's Answers to Interrogatories (Debtors' Second Set). | 0.40 | 150.00 | |
| WRG LITIGATION | JCP | 11/03/07 | Review of Debtors' Claim Settlement Notice (Mentor); e-mail from and e-mail to Debbie Felder re: 11/5/07 filing; e-mail to Celeste A. Hartman re: same. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 11/05/07 | Review of 10/25/07 Hearing Transcript; review of Order re: Discovery Materials from UNR Trust. | 0.40 | 150.00 | |
| WRG LITIGATION | JCP | 11/06/07 | Review of Notice of 11/13/07 Hearing (.1); arrange for telephonic participation (.1); review of New Jersey's Opening Brief re: Late Filed Proof of Claim (.5 hr); review of New Jersey's Notice of filing same (.1). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 11/07/07 | Review of Notice of Postponement of Cooney deposition; review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG LITIGATION | JCP | 11/08/07 | Review of Certification of Counsel re: Agreed Protective Order Governing Discovery from Fibreboard Trust; review of proposed Order re: same. | 0.10 | 37.50 | |
| WRG LITIGATION | JCP | 11/10/07 | Review of Debtors' Response to California's Motion for Leave to File Expert Report of Dr. Vander Wood; review of Certification of Counsel re: Order on Debtors' Motion for Relief from 10/31/07 Discovery Cut-Off Date; review of proposed Order re: same; Review of miscellaneous pleadings. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 11/12/07 | Review of Certification of Counsel re: Order Granting Motion of U.S. Trustee for Appointment of Tersigni | 0.50 | 187.50 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 11/13/07 | Review of Notice of Postponement of Peter Krause Deposition (.1); review of Debtors' Motion to Disallow Allegheny Center Duplicate Claims (.2); review of Certification of No Objection re: Debtors' Motion to Employ Deloitte (.1); review of Debtors' Motion to Authorize Del Taco Settlement Agreement (.1); review of Debtors' Objection to Richmond County, Georgia's Property Tax Claim (.1); review of Debtors' Motion Authorizing Settlement with National Union and Claimants (.1); phone conference with Judge Fitzgerald and all counsel re: Appointment of Tersigni Examiner (.5); Examiner; review of proposed Order re: same; review of miscellaneous pleadings; review of Debtors' Motion to Expunge Allegheny Center Duplicate Claims; review of Debtors' Objections to Personal Injury Committee's Cross-Questions to Eagle-Picher Trust; review of Debtors' Objections to Personal Injury Committee's Cross-Questions to Celotex Trust; review of Debtors' Objections to Personal Injury Committee's Cross-Questions to Keene Trust. | 1.20 | 450.00 | |
| WRG LITIGATION | JCP | 11/14/07 | Review of Debtors' Motion to Dismiss Libby Claimants' Appeal (.2); review of Montana's Joinder in same (.1); review of Montana's Answering Brief on Libby's Appeal (.1); review of Debtors' Answering Brief on Libby's Appeal (.1); review of Order Granting U.S. Trustee's Motion to Appoint a Tersigni Examiner (.1); review of Certification of No Objection re: Personal Injury Committee's Amended Motion to File Peterson's and Snyder's Rebuttal Expert Reports Under Seal (.1); review of proposed Order for same (.1); review of Order Scheduling 12/11/07 Hearing re: Tersigni Examiner (.1); calendar same (.1). | 1.10 | 412.50 | |
| WRG LITIGATION | JCP | 11/15/07 | Review of Notice of Filing Executed Settlement Agreement between Debtors, National Union and Claimants (.2); review of Revised Settlement Agreement (.2); review of miscellaneous pleadings (.1); review of Certification of Counsel re: Revised Orders for eight Property Damage Settlements with Motley Rice (.1); review of eight revised Orders for same (.1); review of Certification of Counsel re: Libby Claimants' Estimation Proceeding Motions and proposed Order (.1). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 11/17/07 | Review of Debtors' Motion for Authorization to Settle City of Barnesville's Property Damage Claim; review of Debtors' Motion for Leave from Scheduling to Hearing same on 12/19/07. | 0.20 | 75.00 | |
| WRG LITIGATION | JCP | 11/19/07 | Review of Certificate of No Objection re: California's Motion to File Expert Report of Dr. Tim Vander Wood; review of Certification of Counsel re: Consent Order Withdrawing Hempshire Chemical's Claim. | 0.20 | 75.00 | |
| WRG LITIGATION | JCP | 11/20/07 | Review of 11/13/07 Hearing Transcript; review of Agenda for 11/26/07 Hearing. | 0.30 | 112.50 | |

```
WRG-AUS                                    LEGALMASTER MIRC For Transactions                              12/14/07  Page 4
                                                        -Fees-
```

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/21/07 | Review of Certification of Counsel re: Agreed Order on Personal Injury Claims Filed on Massachusetts Inactive Docket; review of Certification of Counsel re: 2008 Omnibus Hearing Dates and proposed Order; memorandum to paralegal re: same. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 11/26/07 | Review of Agenda for 11/26/07 Hearing (.1); court appearance re: Omnibus Hearing (3.6). | 3.70 | 1,387.50 | |
| WRG | LITIGATION | JCP | 11/27/07 | Review of Stipulation resolving Pelett Claims (.1); review of Consent Order withdrawing Objection to Hampshire Chemical Claim (.1); review of Order Allowing Rebuttal Reports of Mark Peterson and Stephen Snyder to be Filed Under Seal (.1); review of Notice of Filing same (.1); review of Notice of Intent to Purchase Equity Securities (.1); review of Agreed Order Granting Libby Claimants' Motion in Limine re: Estimation Evidence (.1); review of Order re: Debtors' Motion for Relief from 10/31/07 Discovery Cut-Off Date re: Lawyers as fact witnesses (.1); review of Agreed Protective Order re: Discovery Materials from Owens Corning/Fibreboard Personal Injury Trust (.1). | 0.80 | 300.00 | |
| WRG | LITIGATION | JCP | 11/28/07 | Review of Debtors' Answering Brief re: New Jersey's appeal to District Court (.4); review of Order Amending Case Management Order (.1); e-mail to Celeste A. Hartman and Tanya L. Birdsell re: same (.1); review of Debtors' Certificate of No Objection (.1); review of 11/26/07 Order Continuing 18th Omnibus Objections (.1); review of 11/26/07 Order Continuing 5th Omnibus Objections (.1); review of 11/26/07 Order re: Debtors' Objection to Massachusetts Department of Revenue Claim; review of 11/26/07 Order re: Debtors' 24th Omnibus Objection (.1); review of two 11/26/07 Orders Scheduling Hearing Dates (.1); e-mail to Celeste A. Hartman and Tanya L. Birdsell re: same (.1). | 1.20 | 450.00 | |
| WRG | LITIGATION | JCP | 11/29/07 | Review of Order Granting Leave to Hear Motion re: City of Barnesville Settlement on 12/17/07 (.2); review of Order Granting California's Motion to File Expert Report of Dr. Tim Vander Wood (.2); review of 8 Orders Authorizing Settlement of 8 Motley Rice Claims (CHP Association, Church of Most Holy Redeemer, Washington State, American Legion, Port of Seattle, Fargo Housing Authority, Catholic Diocese of Little Rock, and Church of St. Helena) (.2); review of Order Authorizing Debtors to Employ Deloitte (.1). | 0.70 | 262.50 | |
| WRG | LITIGATION | JCP | 11/30/07 | Review of Certification of Counsel re: Revised and Amended Case Management Order for Personal Injury Estimation; review of proposed Order; review of miscellaneous pleadings. | 0.20 | 75.00 | |
|   |   |   |   |   | ---------- | ---------- | |
|   |   |   |   |   | 14.20 | 5,325.00 | |
|   |   |   |   |   | 14.90 | 5,423.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

12/14/07   Page 5

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/01/07 | Code pre-bills to comply with local rules. | 0.50 | 70.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/05/07 | Download and file August Fee Application for Towers Perrin. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/05/07 | Download and file September Fee Application for Piper Jaffray. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/05/07 | Download and file (voluminous) 6th Quarterly Fee Application of Orrick Harrington (system slow) - had to break down and re-scan exhibits as too large for Court system. | 1.80 | 252.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/05/07 | Draft June Fee Application for Phillips, Goldman & Spence; forward to John C. Phillips, Jr. for review. | 0.70 | 98.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/06/07 | Download and file FCR's August and September Fee Applications. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/07/07 | Scan file and serve Phillips, Goldman & Spence June Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/07/07 | Pull information for Phillips, Goldman & Spence Quarterly Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/07/07 | Draft Phillips, Goldman & Spence 13th Quarterly Fee Application (.9); review of and revise same after John C. Phillips, Jr. review (.2). | 1.20 | 168.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/07/07 | Begin 38th Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/07 | Scan file and serve 13th Quarterly Fee Application of Phillips, Goldman & Spence. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/07 | Draft July Fee Application for Phillips, Goldman & Spence. | 0.70 | 98.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/07 | Scan file and serve Phillips, Goldman & Spence July Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/19/07 | Download and file Towers Perrin September Fee Application and Certificates of No Objection for August and July Fee Applications. | 0.60 | 84.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/19/07 | Work on coding pre-bills for August through September for compliance with local rules. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/20/07 | Download and file 7th Quarterly Fee Application of Piper Jaffrey. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/20/07 | Complete coding of Phillips, Goldman & Spence pre-bills for August, September and October to assure compliance with local rules. | 0.70 | 98.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/29/07 | E-mail re: Fee Applications with R. Baranica. | 0.20 | 28.00 | |

WRG-AUS                                                              12/14/07  Page 6

LEGALMASTER MIRC For Transactions
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 11/30/07 | Download and file 37th Fee Application of David Austern; download and file Certificates of No Objection for two Austern Fee Applications, Towers Perrin's Fee Application and Piper Jaffray's Fee Application; e-mail to Rachel that filings compute. | 0.70 | 98.00 | fa |
| | | | | 10.60 | 1,484.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 11/05/07 | Conference with Celeste A. Hartman re: Quarterly Fee Apps. | 0.10 | 37.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 11/06/07 | Review of, revise and execute PG&S' 37th Monthly Fee App.; conference with Celeste A. Hartman re: same. | 0.30 | 112.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 11/07/07 | Review of, revise and execute PG&S' 13th Quarterly Fee App; conference with Celeste A. Hartman re: same. | 0.40 | 150.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 11/08/07 | Review of, revise and execute PG&S' 38th Monthly Fee App.; conference with Celeste A. Hartman re: same. | 0.30 | 112.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 11/15/07 | Review of and revise prebills for August 2007 and September 2007. | 0.50 | 187.50 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 11/16/07 | Review of and revise (downward) October 2007 prebill. | 0.30 | 112.50 | |
| | | | | 1.90 | 712.50 | |
| | | | | 12.50 | 2,196.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

12/14/07  Page 1

Sort Fields:
  Grouping code  (Paginate)
  Client code
  Actual employee code
  Transaction date  (Subtotals)

Range Fields:
  Client code     I  WRG  -  WRG
  Invoice Number  I  72437  -  72437

| Grp Cd | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Ca |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 11/05/07 | Update docket to system. | 0.20 | 28.00 | |
| WRG | CASE ADMINISTRATION | CAH | 11/09/07 | Merge original signatures into filed documents. | 0.50 | 70.00 | |
| WRG | CASE ADMINISTRATION | CAH | 11/21/07 | Update docket to system. | 0.20 | 28.00 | |
| | | | | | ------ | ------ | |
| | | | | | 0.90 | 126.00 | |
| | | | | | ------ | ------ | |
| | | | | | 0.90 | 126.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                              12/14/07  Page 7
                                                          -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 11/05/07 | Review of and respond to e-mails concerning filing this evening of Plan and Disclosure. | 0.40 | 56.00 | ps |
| WRG PLAN AND DISCLOSURE STATEMENT | CAH | 11/05/07 | E-mail numerous times to Orrick Harrington and review responses for filing of Plan, Glossary and Notice of Filing (1.4); download Glossary, Notice of Filing, Certificate of Service and Plan & print and file same (.6). | 2.00 | 280.00 | |
| | | | | 2.40 | 336.00 | |
| WRG PLAN AND DISCLOSURE STATEMENT | JCP | 11/05/07 | E-mail from Rich Wyron with enclosure (.1); review of draft Notice of Filing of Plan and Glossary (.1); e-mail from counsel for Personal Injury Committee re: same (.1); e-mail from Celeste A. Hartman re: filing of Plan (.1); conference with Celeste E. Hartman re: same (3x)(.1); e-mail from Rich Wyron with enclosure (.1); review of draft plan and Glossary (2.0); review of e-mails to and from Celeste A. Hartman and Debbie Fullem re: filing (.1); e-mail from Debbie Felder re: filing (.1); e-mail from Debbie Felder with enclosure (.1); review of final version of Plan, Glossary and Notice of Filing (1.8); e-mail from and e-mail to Rich Wyron re: same (.1); e-mail from Celeste A. Hartman confirming filing (.1). | 3.90 | 1,462.50 | |
| | | | | 3.90 | 1,462.50 | |
| | | | | 6.30 | 1,798.50 | |
| | | | | 34.60 | 9,544.00 | |

3 records printed.