# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## NOVEMBER 1, 2007 THROUGH
## NOVEMBER 30, 2007

Phillips, Goldman & Spence, P.A.

December 12, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   72437

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/01/07 | Federal Express | 123.85 |
| 11/01/07 | Long distance phone charges | 3.42 |
| 11/05/07 | Photocopies | 91.90 |
| 11/07/07 | Postage | 4.61 |
| 11/30/07 | Check No.: 35898 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 695.90 |
| 11/30/07 | Check No.: 35899 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 30.00 |
| 11/30/07 | Check No.: 35891 - John C. Phillips, Jr. - expense reimbursement for Court Call. | 64.00 |
| 11/30/07 | Check No.: 35891 - John C. Phillips, Jr. - reimbursement for parking. | 6.00 |

Subtotal for COSTS only: 11/30/07    $1,019.68