# EXHIBIT E

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE


IN RE:                      .    Case No.  01-1139 (JKF)
                            .
                            .
W.R. GRACE & CO.,           .    USX Tower - 54th Floor
et al.,                     .    600 Grant Street
                            .    Pittsburgh, PA  15219
            Debtors.        .
                            .    August 1, 2007
. . . . . . . . . . . . . . .    8:40 a.m.


                       TRANSCRIPT OF HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
              UNITED STATES BANKRUPTCY COURT JUDGE
```

**S E A L E D   T R A N S C R I P T**

APPEARANCES:

For the Debtors:        Kirkland & Ellis LLP
                        By:  DAVID BERNICK, ESQ.
                        200 East Randolph Drive
                        Chicago, IL  60601

                        Kirkland & Ellis, LLP
                        By:  AMANDA C. BASTA, ESQ.
                        655 15th Street, N.W.
                        Suite 1500
                        Washington, DC  20005


Audio Operator:         Cathy Younker



Proceedings recorded by electronic sound recording, transcript produced by transcription service.

_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

(609)586-2311     Fax No. (609) 587-3599

1 where it's necessary to have an affidavit from an expert --

2     THE COURT: I don't have an affidavit from anybody.

3     MR. BERNICK: I'm sorry, Your Honor. I didn't mean
4 to interrupt you.

5     THE COURT: Let alone an expert.

6     MR. BERNICK: I don't need an affidavit because my
7 expert's reports that bear upon this issue directly answer Your
8 Honor's questions. I'm entitled, I'd be happy -- I don't know
9 if Mr. Mullady is done. I'm happy to answer that question but
10 I don't want to take up their time and they are very focused on
11 how much time we have.

12     THE COURT: Well that's probably fair.

13     MR. MULLADY: Your Honor said it better than I could
14 have. I just have only one other point which is I think the
15 assumption here is that we're not going to see any of this, the
16 fruits of this additional discovery worked into the debtor's
17 estimation expert reports. I frankly think we are going to see
18 that and my concern is that after we get done with this
19 exercise there is going to be a request made to the Court to
20 file yet another supplemental expert report. And that the one
21 we have now is not really the report.

22     There is going to be one after this and one after
23 that. We're never going to try this case.

24     THE COURT: We're going to try this case, Mr.
25 Mullady. Pardon me for the interruption but this case is set