THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 19, 2007, 4:00 p.m.** |
| | ) | **Hearing Date:  December 20, 2007, 2:30 p.m.** |

## ORDER STRIKING EXPERT MATERIALS

Upon the *Debtors' Motion to Strike Untimely Expert Materials* (the "Motion") filed by the above captioned debtors (collectively, the "Debtors"), seeking entry of an order striking from the record the December 7, 2007 Declaration of Dr. P.J. Eric Stallard (the "Declaration") and any evidence relying thereon; and upon consideration of the matters set forth therein; and due and proper notice of the Motion having been given, it is hereby

ORDERED that the Declaration is stricken from the record; and it is further

ORDERED that those portions of the FCR's *Daubert* Motion referring to the Declaration are hereby stricken from the record.

Dated:  December ___, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge