# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Judith Fitzgerald (Visiting) Courtroom**

Calendar Date: 12/17/2007
Calendar Time: 02:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2002574 | Peter Lockwood | 202-862-5000 | Caplin & Drysdale | Creditor, Committee of Asbestos Personal Injury Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2002877 | Frederick J. Jekel | 846-216-9483 | Motley Rice, LLC | Interested Party, City of a Abramsville / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2005048 | Richard Levy | 212-326-0886 | Pryor Cashman LLP | Interested Party, Asbestos Property Damage Claimants represented by Dies & Hile, LLP / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2005085 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2005717 | John Ansbro | 212-506-3741 | Orrick Herrington & Sutcliffe | Interested Party, David T. Austern, Future Claimants Representative / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2006840 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1836742 | Jarrad Wright | 202-682-7000 | Weil Gotshal & Manges LLP | Creditor, Ad Hoc Committee of Equity Secured / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1836880 | David Hickerson | 202-682-7105 | Weil Gotshal & Manges LLP | Creditor, Ad Hoc Committee of Equity Secured / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1992649 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1995240 | Theodore Tacconelli | 302-575-1555 | Ferry Joseph & Pearce P.A. | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1986215 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2006682 | Alex Mueller | 212-261-8296 | Mendes & Mount | Interested Party, London Market Company / LISTEN ONLY |

| Name | Case | Type | ID | Attendee | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1972454 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | Interested Party, State of California / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2000463 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Creditor, Share Holder for W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1993321 | Michael Laslowski | 302-657-4942 | Duane Morris, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2000609 | William Sparks | 302-652-5340 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002384 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Other Prof, David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002293 | Daniel K. Hogan | 302-656-7540 | Hogan Firm Attorneys at Law | Creditor, Baron & Budd, et al / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002405 | Jason Solganick | 212-284-9586 | Piper Jaffray & Co. | Other Prof, David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002954 | Sung Choi | 212-455-3946 | Simpson Thacher & Bartlett | Interested Party, Travelers Indemnity Insurance Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1992764 | Catherine Chen | 212-490-3000 | Wilson Elser Moskowitz Edelman & | Creditor, Royal Indemnity / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2001983 | Raymond Mullady | 202-339-8400 | Orrick Herrington & Sutcliffe | Other Prof, David T. Austern, The Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002379 | Debra Felder | 202-339-8567 | Orrick Herrington & Sutcliffe | Other Prof, David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1998732 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004148 | James E. O'Neill | 302-778-6407 | Pachulski Stang Ziehl & Jones | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2001252 | Douglas H. Mannal | 212-715-9313 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Official Committee of Equity Security Holders / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002011 | Beau Harbour | 646-403-8236 | Citadel Investment Group | Interested Party, Citadel Investment Group / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2001159 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004112 | David Klauder | 302-573-6491 | United States Trustee Department | Creditor, United States Trustee / LIVE |

| Name | Case | Type | ID | Attendee | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2004110 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004037 | Sander L. Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1998743 | Theodore Freedman | 212-446-4890 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1998731 | Janet Baer | 312-861-2162 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004931 | David Primack | 302-467-4221 | Drinker Biddle & Reath | Creditor, One Beacon America Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2005052 | Jay Sakalo | 305-375-6156 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1994448 | Natalie D. Ramsey | 215-772-7354 | Montgomery, McCracken, Walker & | Creditor, MMWR Firms & Grace Certain Cancer Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1994452 | Noel C. Burnham | 302-504-7890 | Montgomery, McCracken, Walker & | Creditor, MMWR Firms & Grace Certain Cancer Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004832 | Judy G. Liu | 212-259-8512 | Dewey & LeBoeuf LLP | Interested Party, Ad Hoc Committee of Security Holders / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002499 | Mark Hurford | 302-426-1900 | Campbell & Levine | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2001316 | Philip Bentley | 212-715-9505 | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Equity Holders / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2001308 | Peggy Farber | 212-715-9184 | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Equity Holders / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2003931 | Guy Baron | 212-301-8312 | Dune Capital Management | Interested Party, Dune Capital Management / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2000632 | John Port | 302-652-5340 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2003394 | Rita Tobin | 212-319-7125 | Caplin & Drysdale | Creditor, Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2005081 | Elizabeth Devine | 202-973-9374 | LECG, LLC | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1998733 | Barbara Harding | 202-879-5081 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2002583 | Nathan Finch | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2005148 | Darrell Scott | 509-455-3966 | Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2001988 | Anne Marie Aaronson | 215-981-4065 ext. 00 | Pepper Hamilton, LLP | Creditor, BNSF Railway Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002383 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2005063 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2005670 | Jeff Waxman | 302-295-2077 | Cozen O'Connor | Creditor, Federal Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004035 | David R. Beane | 610-478-2210 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004038 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004039 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004248 | Robert Phillips | 618-259-2222 | Simmons Cooper, LLC | Claimant, Certain Asbestos Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2003088 | Francis Monaco | 302-252-4340 | Womble Carlyle Sandridge & Rice, | Interested Party, State of Montana Department of Environmental Quality / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004729 | Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | Creditor, CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002375 | Roger Frankel | 202-339-8513 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004928 | Andrea D'Ambra | 215-988-2636 | Drinker Biddle & Reath LLP | Interested Party, Seaton / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2005141 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002567 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2002006 | Shayne Spencer | 212-269-4900 | Ford Marrin Esposito Witmeyer & Gleser, L.L.P. / LISTEN ONLY | Interested Party, Ford Marrin Esposito Witmeyer & Gleser, L.L.P. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1573685 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Creditor, AIG/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573860 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1748923 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Creditor, Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1998734 | Ellen Ahern | 312-861-2335 | Kirkland & Ellis | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1998735 | David M. Bernick | 312-861-2248 | Kirkland & Ellis | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2001984 | Ari Berman | 212-237-0228 | Vinson & Elkins LLP | Interested Party, Vinson & Elkins LLP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1993291 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof., David T. Austern, The Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1998737 | David Mendelson | 202-879-5167 | Kirkland & Ellis | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2003075 | Peter Kelso | 610-304-6699 | Litigation Resolution Group | Interested Party, Litigation Resolution Group / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2007554 | Warren H. Smith | 214-698-3868 ext. 3 | Warren H. Smith & Associates, P.C. | Fee Auditor, Warren H. Smith / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2005132 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |