# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 12/17/2007
Calendar Time: 09:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2002249 | Michelle Goldis | 212-295-6329 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Hartford Accident and Indemnity Company / LISTEN ONLY |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2000814 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Interested Party, Official Committee of Asbestos Claimants / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2002333 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe | Interested Party, Cooper Industries, Inc. / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2001992 | John D. Demmy | 302-425-3308 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1995239 | Theodore Tacconelli | 302-575-1555 | Ferry Joseph & Pearce P.A. | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2002329 | Roger Frankel | 202-339-8513 | Orrick Herrington & Sutcliffe | Interested Party, Cooper Industries, Inc. / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1982305 | Ricardo Palacio | 302-654-1888 | Ashby & Geddes, LLP | Interested Party, PepsiAmericas, Inc. / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1982355 | Tony Draper | 713-654-8001 | McClain & Patchin, P.C. | Creditor, Mt. McKinley Insurance Co. / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1985961 | Laurie Selber Silverstein | 302-984-6000 | Potter Anderson & Corroon LLP | Creditor, DaimlerChrysler Financial Services Americas / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1982292 | Stanley Samorajczyk | 202-887-4002 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Liberty Mutual Insurance Companies / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1982296 | Stephen Miller | 302-888-6853 | Morris James LLP | Interested Party, Cooper Industries, Inc. / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1982363 | David Steiner | 908-604-3459 | Mt. McKinley Insurance Company | Client, Mt. McKinley Insurance Company / LIVE |
| | | Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1982372 | Fred Alvarez | 312-244-6748 | Walker, Wilcox & Matousek | Creditor, Mt. McKinley Insurance Co. & Everest Insurance Co. / LIVE |

| Debtor | Case # | Type | Conf # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1895979 | Peter A. Jackson | 313-965-8359 | Clark Hill P.L.C. | Creditor, DaimlerChrysler Financial Services Americas / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20000396 | Thomas Labuda | 312-876-8919 | Sonnenschein Nath & Rosenthal, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20000397 | Peter D. Wolfson | 212-768-6700 | Sonnenschein Nath & Rosenthal ( | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20000412 | Tani Zahavi | 212-373-3193 | Paul Weiss Rifkind Wharton & | Creditor, Pneumo Abex Corporation / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 19927769 | Catherine Chen | 212-490-3000 | Wilson Elser Moskowitz Edelman & | Interested Party, Royal Indemnity Co. / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 19862113 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20000823 | Kathleen C. Davis | 302-426-1900 | Campbell & Levine | Interested Party, Official Committee of Asbestos Claimants / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 19655996 | Brian Resnick | 212-450-4213 | Davis Polk & Wardwell | Creditor, CitiGroup / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20001062 | Bette M. Orr | 202-772-2323 | Gilbert Randolph LLP | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20004240 | Robert Phillips | 618-259-2222 | Simmons Cooper, LLC | Creditor, Certain Mesothelioma Claimants / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20004052 | James Conlan | 312-456-5761 | Sidley Austin | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20004055 | Laura Franzon | 312-853-0634 | Sidley Austin | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20004054 | Jessica Knowles | 312-853-7030 | Sidley Austin | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1988229 | James Yoder | 302-467-4524 | White & Williams LLP | Interested Party, Allianz / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1884305 | Rheba Rutkowski | 617-951-8606 | Bingham McCutchen, LLP | Creditor, The Travelers Indemnity Company, et al. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20022256 | Nancy Manzer | 202-663-6183 | Wilmer Cutler Pickering Hale & Dorr | Interested Party, Hartford Accident and Indemnity Company / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1997261 | Richard Schepacarter | 302-573-6491 | United States Trustee Department | Trustee, U.S. Trustee Office / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20056693 | Leo Crowley | 212-858-1740 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 20002849 | Christopher Simon | 302-777-4200 | Cross & Simon | Interested Party, Employers Insurance Company of Wausau / LIVE |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2003111 | Clint Cameron | 312-759-1925 | Ross Dixon & Bell LLP | Interested Party, Continental Insurance Company / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2002360 | Katherine S. Thomas | 202-339-8571 | Orrick Herrington & Sutcliffe | Interested Party, Cooper Industries, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2000820 | Peter Lockwood | 202-862-5000 | Caplin & Drysdale | Creditor, Committee of Asbestos Personal Injury Claimants / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2005745 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Creditor, Federal Insurance Company & AIG Related Insureds / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1998050 | Daniel Chefitz | 202-739-5760 | Morgan Lewis & Bockius | Interested Party, PepsiAmericas, Inc. / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004091 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004085 | William Evanoff | 312-853-4608 | Sidley Austin | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2002863 | Ami Specktor | 301-280-3403 | Hamilton, Altman, Canale & Dillon | Interested Party, Employers Insurance Company of Wausau / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004780 | Steven Fuhrman | 212-455-7235 | Simpson Thacher & Bartlett | Creditor, JPMorgan Chase Bank / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2001066 | Craig Litherland | 202-772-2264 | Gilbert Heintz & Randolph | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2002363 | Diane K. Schumacher | 202-339-8400 | Cooper Industries | Interested Party, Cooper Industries / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2003929 | Carl Pernicone | 212-490-3000 ext. 2656 | Wilson, Elser, Moskowitz, Edelman & | Creditor, Royal Indemnity Company / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004777 | Elisha Graff | 212-455-2312 | Simpson Thacher & Bartlett | Creditor, JPMorgan Chase Bank / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2003979 | Eileen McCabe | 212-261-8283 | Mendes & Mount | Interested Party, London Market Insurers / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004046 | Ken Kansa | 312-853-7163 | Sidley Austin | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004182 | Edwin Harron | 302-571-6703 | Young, Conaway Stargatt & Taylor, | Interested Party, Futures Representative / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004753 | Robert Shannon | 312-807-4337 | Bell, Boyd & Lloyd, LLP | Creditor, Official Committee of Equity Security Holders / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2005069 | Charlene Davis | 302-429-4212 | The Bayard Firm | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004079 | Guy Neal | 212-839-8580 | Sidley Austin | Debtor, Federal-Mogul Global, Inc. / LIVE |

| Name | Case | Type | ID | Attendee | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2001994 | Rita Tobin | 212-319-7125 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Claimants / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2002366 | Michael H. Ginsberg | 412-394-7919 | Jones Day | Interested Party, Cooper Industries, Inc. / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2005671 | Jeff Waxman | 302-295-2077 | Cozen O'Connor | Creditor, Federal Insurance Company & AIG Related Insureds / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004089 | Jeffrey Steen | 312-853-7824 ext. 00 | Sidley Austin | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2005742 | James B. Dolan, Jr. | 610-832-8375 | Cozen O'Connor | Creditor, Federal Insurance Company & AIG Related Insureds / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 1989931 | George Wade | 212-848-4190 | Shearman & Sterling | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2001998 | Garvan McDaniel | 302-429-1900 | Bifferato, Gentilotti, Biden & Balick | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2002032 | Jon Emswiler | 203-719-2028 | UBS | Creditor, UBS / LISTEN ONLY |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004049 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2004096 | James E. O'Neill | 302-778-6407 | Pachulski Stang Ziehl & Jones | Debtor, Federal-Mogul Global, Inc. / LIVE |
| Federal-Mogul Global, Inc. | 01-10578 | Hearing | 2007545 | Warren H. Smith | 214-698-3868 ext. 3 | Warren H. Smith & Associates, P.C. | Fee Auditor, Warren H. Smith / LIVE |