IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W.R. GRACE & CO., et al.,[1] ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 |
| Debtors.   ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, LISA RUPPANER, hereby certify that on December 19, 2007, I caused a true and correct copy of the attached **NOTICE OF TRANSFER OF CLAIM RE DOCKET NO. 17654** to be served on the following parties:

THOMAS WILLCOX CO INC
15 N BACTON HILL RD
FRAZER, PA 19355

ARGO PARTNERS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

THOMAS WILCOX CO. INC
241 OLD MILL RD
SELLERSVILLE, PA 18960

DATED: December 19, 2007
El Segundo, California

_____
LISA RUPPANER

State of California        )
                           ) ss
County of Los Angeles      )

Personally appeared before me on Dec. 19, 2007, Lisa Ruppaner, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Nov. 13, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO., et al.**,[1] ) | (Jointly Administered) |
| Debtors. ) |  |

## NOTICE OF TRANSFER RE DOCKET 17654

TO:    THOMAS WILLCOX CO INC
15 N BACTON HILL RD
FRAZER, PA 19355

Pursuant to Rule 3001(e)(2) or (e)(4) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of Delaware, a Transfer to **ARGO PARTNERS** of your claim in the amount of **$10,125.00**.

If you do not object to this Transfer on or before twenty (20) days from the date of the mailing of this Notice (i.e., **January 8, 2007**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serving a copy of the objection on the Claims Reconciliation and Solicitation Consultant listed below, **ARGO PARTNERS** will be substituted in your place as the claimant.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DATED: December 19, 2007     **BMC GROUP**
Claims Reconciliation and Solicitation Consultant
1330 East Franklin Avenue
El Segundo, California 90245

For and on behalf of Rust Consulting, Inc.
Official Claims and Noticing Agent for the Clerk of the Court

## PROOF OF SERVICE

I, Lisa Ruppaner, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Court Appointed Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245. On December 19, 2007, I served a copy of the "Notice of Transfer re: Docket 17654" upon the following parties:

    THOMAS WILLCOX CO INC
    15 N BACTON HILL RD
    FRAZER, PA 19355

    THOMAS WILCOX CO. INC
    241 OLD MILL RD
    SELLERSVILLE, PA 18960

    ARGO PARTNERS
    12 WEST 37TH ST
    9TH FLOOR
    NEW YORK, NY 10018

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2007

_____
LISA RUPPANER