IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: December 20, 2007 |
|  | ) | Ref. No. 17496 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 17496 (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirty-Seventh Monthly Interim Application (the "Application") of David T. Austern, Future Claimants' Representative ("FCR") for the period from October 1, 2007 through October 31, 2007 (the "Period"), filed with the Court on November 30, 2007 and entered on the Court's docket as Docket No. 17496. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than December 20, 2007.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 ("the Amended Administrative Order"), the Debtors are authorized to pay the FCR $11,840.00 (80% of $14,800.00) and expenses in the amount of $1,557.27, for a total of $13,397.27 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

>ORRICK, HERRINGTON & SUTCLIFFE LLP
>
>By: _____
>Roger Frankel, admitted *pro hac vice*
>Richard H. Wyron, admitted *pro hac vice*
>Columbia Center
>1152 15th Street, NW
>Washington, DC 20005
>(202) 339-8400
>Co-Counsel to David T. Austern, Future Claimants Representative
>
>--and—
>
>PHILLIPS, GOLDMAN & SPENCE, P.A.
>John C. Phillips, Jr. (#110)
>1200 North Broom Street
>Wilmington, DE 19806
>(302) 655-4200
>(302) 655-4210 (fax)
>Co-Counsel to David T. Austern, Future Claimants Representative

Dated: December 21, 2007