# SIGN-IN-SHEET

**CASE NAME** WR Grace

**CASE NO.:** 01-1139 (JKF)

**COURTROOM LOCATION:** Courtroom #3

**DATE:** November 26, 2007 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Roger Frankel | Orrick | FCR |
| Jay Sakalo | Bilzin Sumberg | PD Committee |
| Matt Kramer | " " | " " |
| Theodore Tacconelli | Ferry Joseph & Pearce | PD Committee |
| Sergio Horvath | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Ken Pasquale | Stroock & Stroock & Lavan LLP | UCC |
| S Blatnick | Kirkland & Ellis | WR Grace |
| Ray Mullady | Orrick | FCR |
| Michael F Brown | Drinker Biddle | OneBeacon/Seaton |
| Nate Fuh | Caplin + Drysdale | Grace ACC |
| Elihu Dielbuch | " " | Grace ACC |
| David Bernal | The Hogan Firm | Gardian ad L |
| J O'Neill | PSZJ | Debtors |
| John Ansbro | Orrick | FCR |
| Mark Tillesford | Campbell Levine | ACC |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME** WR Grace   **COURTROOM LOCATION:** Courtroom #3

**CASE NO.:** 01-1139 (JKF)   **DATE:** November 26, 2007 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Leslie Heilman | Ballard Spahr Andrews Ingersoll | State of California, Dep't of General Services |
| Evelyn J. Meltzer | Pepper Hamilton LLP | BNSF Railway |
| Marc Phillips | Connolly Bove Lodge & Hutz | Maryland Casualty Co. |
| Alec Cohn | | Federal Ins Co |
| David N Bernick | Kirkland & Ellis PC | Debtor |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME** WR Grace  **COURTROOM LOCATION:** Courtroom #3
**CASE NO.:** 01-1139 (JKF)  **DATE:** November 26, 2007 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | Bifferato Gentilotti | Royal |
| Len Mumbo | Landis Rath+Cobb LLP | Libby Claimants |
| Ted Weschler | Peninsula | Equity holder |
| David Kludof | VST | VST |
| Noel Burnham | MMWR | Certain Cancer Claimants MMWR Firms |
| Jack Phillips | Phillips Goldman+Spence | FCR |
| | | |
| | | |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 11/26/2007
Calendar Time: 02:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1971626 | Debra Felder | 202-339-8567 Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1971630 | Richard H. Wyron | 202-339-8514 ext. 00 Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, Future Claimants Representative / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1978883 | Jay Hughes | 617-498-3826 W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1971646 | Jason Solganick | 212-284-9586 Piper Jaffray & Co. | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1971039 | Jeff Waxman | 302-295-2077 Cozen O'Connor | Creditor, Federal Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1979565 | Igor Volshteyn | 212-708-4051 Millennium Partners | Interested Party, Millennium Partners / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1979717 | Gentry Klein | 203-552-3542 Cetus Capital | Interested Party, Cetus Capital / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1978991 | Lewis Kruger | 212-806-5430 Stroock & Stroock & Lavan | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1978986 | Janet Baer | 312-861-2162 Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1965488 | Sung Choi | 212-455-3946 Simpson Thacher & Bartlett | Interested Party, Travelers Indemnity Insurance Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1978951 | Darrell Scott | 509-455-3966 Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1972354 | Robert M. Horkovich | 212-278-1000 Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |

Raymond Reyes                CourtConfCal2006                Page 8 of 11

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1972452 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | Interested Party, State of California / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1973200 | David Siegel | 802-253-9264 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978871 | Peter Lockwood | 202-862-5000 | Caplin & Drysdale | Creditor, Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1971042 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Creditor, Federal Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978930 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978938 | Richard Levy | 212-326-0886 | Pryor Cashman LLP | Interested Party, Asbestos Property Damage Claimants represented by Dies & Hile, LLP / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978815 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1971598 | Roger Frankel | 202-339-8513 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978890 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1964284 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Creditor, Share Holder for W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978942 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1977891 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1975223 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1975227 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1975244 | David M. Bernick | 312-861-2248 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1979000 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1980673 | Natalie D. Ramsey | 215-772-7354 | Montgomery, McCracken, Walker & | Creditor, MMWR Firms & Grace Certain Cancer Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978875 | Andrew Chan | 212-526-4503 | Lehman Brothers | Creditor, Lehman Brothers / LISTEN ONLY |

| Name | Case | Type | ID | Contact | Firm | Representing |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1978966 | Scott L. Baena | 305-350-2403 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1973197 | Paul J. Norris | 410-531-4362 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1975229 | Ellen Ahern | 312-861-2335 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1979007 | Daniel C. Cohn | 617-951-2505 | Cohn Whiesell & Goldberg, LLP | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1973201 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1971641 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1974940 | John D. Demmy | 302-425-3308 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978968 | Robert Phillips | 618-259-2222 | Simmons Cooper, LLC | Claimant, Certain Asbestos Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978840 | Carl Pernicone | 212-490-3000 ext. 2656 | Wilson, Elser, Moskowitz, Edelman & Company | Creditor, Royal Indemnity / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1979394 | Andrew Hain | 973-226-8174 | Bank of New York | Interested Party, Andrew Hain / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1748921 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Creditor, Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573858 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573681 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Creditor, AIG/LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1979802 | Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | Creditor, CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1975240 | Barbara Harding | 202-879-5081 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1976411 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1976396 | Sander L. Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1976398 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1982563 | Anne M. Kearse | 843-216-9140 | Motley Rice, LLC | Creditor, American Legion, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1979164 | Ari Berman | 212-237-0228 | Vinson & Elkins LLP | Interested Party, Vinson & Elkins LLP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1979803 | Brian Mukherjee | 617-570-1477 | Goodwin Procter LLP | Interested Party, CNA / LISTEN ONLY |

| Name | Case | Type | ID | Contact | Firm | Representing |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1977274 | Shayne Spencer | 212-269-4900 | Ford Marrin Esposito Witmeyer & Gleser, L.L.P. | Interested Party, Ford Marrin Esposito Witmeyer & Gleser, L.L.P. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1977524 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978957 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1916242 | Jarrad Wright | 202-682-7000 | Weil Gotshal & Manges LLP | Interested Party, Ad Hoc Committee of Equity Security Holders / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1977427 | James J. Restivo | 412-822-3122 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1978868 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1970554 | Alex Mueller | 212-261-8296 | Mendes & Mount | Creditor, London Insurers / LISTEN ONLY |