**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related to Docket No.:** |

**ORDER GRANTING MOTION OF CITY OF CHARLESTON, SOUTH CAROLINA FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the *Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay* (the "Motion"), and upon consideration of any and all objections and/or responses that were filed with respect to the Motion; and notice of the Motion being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 362(d)(1) of the Bankruptcy Code, the automatic stay set forth in 11 U.S.C. § 362(a) is hereby modified and lifted so that the City of Charleston, South Carolina may proceed to exercise of its right of eminent domain as to the Grace Property (as such term is defined in the Motion).

SO ORDERED THIS _____ day of _____, 2008.

The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

#583092