# EXHIBIT C

# Acknowledgements

## Mayor and City Council
Mayor Joseph P Riley, Jr.
Anne Frances Bleecker, City Council
Kwadjo Campbell, City Council
Yvonne Evans, City Council
Henry Fishburne, City Council
Jimmy S. Gallant, City Council
Robert George, City Council
Wendell G. Gilliard, City Council
James Lewis, City Council
Deb Morinelli, City Council
Larry D. Shirley, City Council
Paul E. Tinkler, City Council
Louis Waring, City Council

## Greater Charleston Empowerment Corporation
Rev. Sidney Davis
Rev. Alma Dungee
Ms. Lonnie Gleaton
Mr. Willie B. Heyward
Ms. Brenda Scott
Mr. Gary Crossley
Ms. Fouchena Sheppard
Mr. Arthur Lawrence
Ms. Pearl McCoy
Pastor Robert L. Perrineau Sr.
Mr. Oliver K. Petty
Mr. David Rivers
Ms. Cecelia Rogers
Mr. John Stafford
Mr. Joseph Watson
Ms. Alvatia Chisolm
Mr. Davis Marshall
Rev. Jesse William Hudson

## Neighborhood Presidents
John Stafford, Four Mile Neighborhood Association President
Eloise Edy, Silver Hill Neighborhood Association President
Debra Meyers, Kiawah Homes Neighborhood Association President
Dianne White Richardson, Bayside Neighborhood Association President
Romarie Whaley, Rosemont Neighborhood Association President

# EXHIBIT C





Acknowledgements

# Table of Contents

## Introduction

### I.  Background                          2
   • Regional Location Map
   • Aerial View
   • Existing Land Use Map
   • Key Development Parcels Map
   • Enterprise Community Development Strategy
   • Demographic Profile
   • Infrastructure Assessment
   • Infrastructure Map
   • Area Traffic Counts
   • Historical Maps

### II.  Designers' Guidelines               24
   • Design Guidelines Map

### III.  Urban Plan                         28
   • Design Narrative
   • Design Districting
   • Public Process
   • Borough Patterns
   • Potential Park Sites Map
   • Central Park Option Map
   • Grand Spine Option Map
   • East Interstate Option Map

### IV.  Zoning Strategy                     39
   • Existing Base Zoning
   • Proposed Zoning Parameters
   • Proposed Zoning Map

### V.  Implementation Strategy             44

### VI.  Appendix                            46
   • Neck Planning Team
   • Neck Planning Participants
   • Neck Planning Survey



Table of Contents



# Introduction

In 2000 the Charleston City Council adopted an Economic Development Plan for the Enterprise Community. The plan was drafted by the Greater Charleston Empowerment Corporation. It includes four parts. One part of the plan made general recommendations for physical development in the Enterprise Community. It also recommended that physical development issues be studied in more detail to ensure that the community leads quality development in the area.

This plan is the next step in that physical development planning process. *The purpose of this plan is to provide a framework for physical development in the Charleston Neck area.* Our study area may be seen on several maps in the Background section of this document. This area covers 3795 acres or 5.93 square miles. This is a huge study area. It includes everything from viable heavy industrial property to small single-family neighborhoods. Sound planning for such a large diverse area will be done in digestable steps over a period of years.

Every step in planning for the Neck is and was intended to happen openly and with plenty of community involvement. That was the case in this step of the process, as the City sponsored a series of workshops to develop this document. Each workshop was held in the Rosemont neighborhood and residents were invited to participate. A list of those that participated can be found in the Appendix. The Planning Team conducted an extensive citizen survey to prompt residents with specific questions. A compilation of those survey results may also be found in the Appendix.

The job of the Planning Team was to take all the ideas and opinions we received and craft an intelligent plan that can provide a solid framework for development that is flexible enough to evolve as planning continues - without compromising the goals of the Enterprise Community Plan. To make this plan the team asked residents to help us draft a set of "Designers' Guidelines". Those are included in the second section of this document. The success of this plan should be measured against these initial guidelines.

Our plan includes three key sections: 1) the Urban Plan, 2) a Zoning Strategy, and 3) an Implementation Strategy. This document also includes a preliminary Infrastructure Assessment that describes essential public investments that will be needed to support the plan. This assessment will continue with all the service providers in the area.





Introduction



Regional Location Map



CIVIC
DESIGN
CENTER
City of Charleston





LEGEND



CIVIC
DESIGN
CENTER
City of Charleston

Aerial View









Existing Land Use Map



   

Key Redevelopment Parcels Map

CIVIC
DESIGN
CENTER
City of Charleston

# Enterprise Community
# Economic Development Strategy
January 2000

*Summary of recommendations related to redevelopment of Charleston Neck:*

**Principles for Redevelopment in the Enterprise Community**

Three basic goals essential to redevelopment:
- Creating economic opportunities
- Promoting neighborhood revitalization
- Improving the delivery of health and human services

**Enterprise Community Physical Plan**

Primary goals:
- Provide for or create quality development opportunities
- Create synergistic activity areas so that businesses can build upon each others strengths
- Eliminate blighting conditions or other elements that detract from the area's image as a successful generator of employment opportunities
- Maximize the private sector leverage of public infrastructure and other public involvement efforts
- Create additional affordable housing opportunities to enhance the preservation of diversity within the communities
- Mitigation or elimination of as many conflicts between residential and non-residential uses as possible, while enhancing residential community viability

Establishment of special overlay districts based on traditional design is recommended. Additionally, declaration of the EC area as a special district, incorporating targeted benefits and programs as well as design standards and review.

**Charleston Neck Area**

Defined as the area north of Mt. Pleasant Street and northeast of Morrison Drive. This area was historically used for industrial purposes and is even described as the "original" location in Charleston for such uses. It also contains small vibrant communities. Over the years this part of the City has had a diminished role in employment and the local economy, but may currently offer the greatest opportunities for job production in Charleston. Particularly, this area provides the opportunity for the development of larger "campus-type" office settings that cannot be created downtown. However, since a great deal of this land is made up of contaminated brownfield sites, the costs and time required for redevelopment is fairly substantial.

Common marketing elements should be established for the economic redevelopment of the area. However, a uniform set of design criteria should not be attempted for the entire area. Individual sections should be approached based on identity and function.

Most of this area is unlikely to become pedestrian-oriented in the future, and therefore a priority should be given to improvements in the road network. It is recommended that there be a definitive and explicit capital budgeting and public funds and a clear prioritization of public improvements.



CIVIC
DESIGN
CENTER
City of Charleston

Enterprise Community
Development Strategy

The recommended physical plan for the Charleston Neck Area considers marketability, issues raised by residents and businesses, environmental factors, compatibility with surrounding activity, access, and site-specific issues. It divides the area into 13 "clusters of development" that represent distinct opportunities for redevelopment. The intention is to establish synergistic, themed activity in each cluster.

**General Area 1** – new housing, residential rehabilitation
**General Area 2** – commercial (auto-related)
**General Area 3** – small industrial (construction-related)
**General Area 4** – industrial park
**General Area 5** – office-commercial in a mixed-use "campus" setting, "flex" industrial and service space (possibly marine product manufacturing and sales)
**General Area 6** – small industrial (possibly construction-related)
**General Area 7** – commercial, entertainment
**General Area 8,9,10** – industrial (some heavy industry and related port activity)
**General Area 11** – commercial, industrial, service(funeral activity, trade-related training facilities)
**General Area 12** – housing rehabilitation or redevelopment
**General Area 13** – office-commercial in a mixed-use "campus' setting, commercial recreation

Three of these development clusters are explored more closely because of their existing potential and their importance to the area as a whole – General Area 13, General Area 5, and General Area 1.



KEY
▨ Residential
▨ Commercial
▨ Industrial

Overall Northern Area Section Concept
Enterprise Community Strategy

**Major East Side Office/ Commercial Plan (General Area 13)**

Two development options are presented for this part of The Neck:
1. Use of entire property for "campus" office activity that cannot be accommodated downtown.
2. Combination of "campus" office activity with residential and commercial recreation (9-hole golf course).

Concept Guidelines:
▪ Enhanced access (with a new bridge to the site).
▪ Improvement of the buffer from Bayside Manor (General Area 12).
▪ Direct connection to downtown via public transit shuttle to maximize benefits of campus setting and avoid creation of a "competitive node".
▪ Centralized parking for the



CIVIC
DESIGN
CENTER
City of Charleston

Enterprise Community
Development Strategy



office and commercial activity - avoiding the use of waterfront or other prime locations for parking.
- Inclusion of a general health spa and other recreational amenities in the golf course facility.
- Provision of vistas to the water from both residential and office.
- Incorporation of an inn and restaurant and other retail activity into the office campus area.
- Creation of a connected internal road network.

## West Side Office/Flex Concept (General Area 5)

Concept Guidelines:
- Establishment of locations for "campus-style" FIRE and R&D office space.
- Improvements to municipal owned or operated parcels, including the "City Garage". Such improvement could act as a catalyst for the area.
- Concentrations of "flex" space that can be used for private sector incubator business activity, office activity, or service and industrial activity.
- Exploration of water-related vehicle manufacturing and sales. Few other opportunities for this activity exist within the EC area or the City.
- Inclusion of unique amenities not found in other "suburban Charleston areas".
- Quality uniform design and development and a mix of uses ensured by PUD or other special districting.

## Rosemont Housing Concept (General Area 1)

Major Goals:
1. Increase the sense of neighborhood
2. Eliminate or mitigate land use conflicts
3. Eliminate blighting conditions
4. Expand housing opportunities

Concept Guidelines:
- Expansion of housing to the north of Rosemont neighborhood. There are three options depicting different levels of residential growth for this area: one maximizing housing opportunities, one balancing new housing with preservation of open space, and one that creates no new residential areas.
- Improved buffering from surrounding industrial activities (perhaps in the form of a heavy landscaped berm).
- Creation of an internal green for a community activity center and recreation, designed to serve as a focal point for residents.
- Focus on housing rehab in the existing neighborhood.
- Interspersing of alternative housing types within the existing Rosemont area by eliminating dispersed commercial activity.
- In creation of new residential areas, blend two-story multi-family structures with one-story single-family units.
- Opportunity for relocation of residents from other parts of the northern area of the EC to the Rosemont neighborhood



CIVIC
DESIGN
CENTER
City of Charleston

Enterprise Community
Development Strategy



# Demographic Profile - Geographic Area
## Census 2000 Tracts 44 & 45
Tables 1-4 Include Census Tract Data Approximate to the Neck

Tract 44

Tract 45



Demographic Profile



# City of Charleston
## The Neck Redevelopment Planning
### Profile of General Demographic Characteristics – Table 1
Geographic Area: Census Tracts 44 & 45  ---------  Data Set: US Census Bureau, Census 2000 Summary File 1 (SF 1) – 100-percent Data

| Subject | Number | Percent | City % |
|---|---|---|---|
| **Total population** | 3,728 | 100.0 | |
| | | | |
| **SEX AND AGE** | | | |
| Male | 1,585 | 42.5 | 47.3 |
| Female | 2,143 | 57.5 | 52.7 |
| | | | |
| Under 5 years | 291 | 7.8 | 5.4 |
| 5 to 9 years | 343 | 9.2 | 5.4 |
| 10 to 14 years | 337 | 9.0 | 5.8 |
| 15 to 19 years | 290 | 7.8 | 8.9 |
| 20 to 24 years | 244 | 6.5 | 11.7 |
| 25 to 34 years | 384 | 10.3 | 15.2 |
| 35 to 44 years | 448 | 12.0 | 13.6 |
| 45 to 54 years | 388 | 10.4 | 12.4 |
| 55 to 59 years | 164 | 4.4 | 4.5 |
| 60 to 64 years | 150 | 4.0 | 3.6 |
| 65 to 74 years | 289 | 7.8 | 6.7 |
| 75 to 84 years | 276 | 7.4 | 5.2 |
| 85 years and over | 124 | 3.3 | 1.6 |
| | | | |
| Median age (years) | 33.9 | (X) | (X) |
| | | | |
| 18 years and over | 2,582 | 69.3 | 80.0 |
| Male | 1,023 | 39.6 | 37.3 |
| Female | 1,559 | 60.4 | 42.7 |
| 21 years and over | 2,412 | 64.7 | 71.7 |
| 62 years and over | 780 | 20.9 | 15.6 |
| 65 years and over | 689 | 18.5 | 13.5 |
| Male | 234 | 34.0 | 5.2 |
| Female | 455 | 66.0 | 8.3 |
| | | | |
| **RACE** | | | |
| One race | 3,685 | 98.8 | |
| White | 303 | 8.1 | 63.1 |
| Black or African American | 3,366 | 90.3 | 34.0 |
| American Indian and Alaska Native | 4 | 0.1 | 0.2 |
| Asian | 5 | 0.1 | 1.2 |
| Asian Indian | 0 | 0.0 | 0.3 |
| Chinese | 0 | 0.0 | 0.3 |
| Filipino | 2 | 0.1 | 0.2 |
| Japanese | 0 | 0.0 | 0.1 |
| Korean | 1 | 0.0 | 0.1 |
| Vietnamese | 0 | 0.0 | 0.1 |
| Other Asian 1 | 2 | 0.1 | 0.1 |
| Native Hawaiian and Other Pacific Islander | 1 | 0.0 | 0.1 |
| Native Hawaiian | 0 | 0.0 | |
| Guamanian or Chamorro | 0 | 0.0 | - |
| Samoan | 0 | 0.0 | - |
| Other Pacific Islander 2 | 1 | 0.0 | - |
| Some other race | 6 | 0.2 | 0.5 |
| Two or more races | 43 | 1.2 | 0.9 |
| | | | |
| **Race alone or in combination with one or more other races 3** | | | |
| White | 321 | 8.6 | 63.8 |
| Black or African American | 3,402 | 91.3 | 34.4 |
| American Indian and Alaska Native | 28 | 0.8 | 0.4 |
| Asian | 11 | 0.3 | 1.5 |
| Native Hawaiian and Other Pacific Islander | 7 | 0.2 | 0.1 |
| Some other race | 20 | 0.5 | 0.8 |

| Subject | Number | Percent | City % |
|---|---|---|---|
| **HISPANIC OR LATINO AND RACE** | | | |
| **Total population** | 3,728 | 100.0 | |
| Hispanic or Latino (of any race) | 27 | 0.7 | 1.5 |
| Mexican | 4 | 0.1 | 0.5 |
| Puerto Rican | 2 | 0.1 | 0.2 |
| Cuban | 2 | 0.1 | 0.1 |
| Other Hispanic or Latino | 19 | 0.5 | 0.6 |
| Not Hispanic or Latino | 3,701 | 99.3 | 98.5 |
| White alone | 295 | 7.9 | 62.3 |
| | | | |
| **RELATIONSHIP** | | | |
| **Population** | 3,728 | 100.0 | |
| In households | 3,489 | 93.6 | 94.3 |
| Householder | 1,425 | 38.2 | 42.2 |
| Spouse | 211 | 5.7 | 15.2 |
| Child | 1,234 | 33.1 | 23.1 |
| Own child under 18 years | 865 | 23.2 | 17.1 |
| Other relatives | 496 | 13.3 | 5.7 |
| Under 18 years | 251 | 6.7 | 2.6 |
| Nonrelatives | 123 | 3.3 | 8.1 |
| Unmarried partner | 55 | 1.5 | 2.0 |
| In group quarters | 239 | 6.4 | 5.7 |
| Institutionalized population | 210 | 5.6 | 0.5 |
| Noninstitutionalized population | 29 | 0.8 | 5.2 |
| | | | |
| **HOUSEHOLDS BY TYPE** | | | |
| **Households** | 1,425 | 100.0 | |
| Family households (families) | 886 | 62.2 | 54.3 |
| With own children under 18 years | 441 | 30.9 | 23.2 |
| Married-couple family | 211 | 14.8 | 36.0 |
| With own children under 18 years | 71 | 5.0 | 13.7 |
| Female householder, no husband present | 600 | 42.1 | 15.2 |
| With own children under 18 years | 349 | 24.5 | 8.4 |
| Nonfamily households | 539 | 37.8 | 45.7 |
| Householder living alone | 491 | 34.5 | 33.7 |
| Householder 65 years and over | 207 | 14.5 | 10.1 |
| | | | |
| Households with individuals under 18 years | 572 | 40.1 | 26.7 |
| Households with individuals 65 years and over | 448 | 31.4 | 23.3 |
| | | | |
| Average household size | 2.45 | (X) | 2.23 |
| Average family size | 3.19 | (X) | 2.92 |
| | | | |
| **HOUSING OCCUPANCY** | | | |
| Total housing units | 1,668 | 100.0 | |
| Occupied housing units | 1,425 | 85.4 | 91.5 |
| Vacant housing units | 243 | 14.6 | 8.5 |
| For seasonal, recreational, occasional use | 3 | 0.2 | 1.1 |
| | | | |
| Homeowner vacancy rate (percent) | 2.25 | (X) | 1.8 |
| Rental vacancy rate (percent) | 4.04 | (X) | 6.5 |
| | | | |
| **HOUSING TENURE** | | | |
| Occupied housing units | 1,425 | 100.0 | |
| Owner-occupied housing units | 547 | 38.4 | 51.1 |
| Renter-occupied housing units | 878 | 61.6 | 48.9 |
| | | | |
| Average household size of owner-occupied unit | 2.41 | (X) | 2.43 |
| Average household size of renter-occupied unit | 2.47 | (X) | 2.03 |




Demographic Profile

