# City of Charleston
## The Neck Redevelopment Planning
**Profile of Selected Social Characteristics – Table 2**
Geographic Area: Census Tracts 44 & 45  ------  Data Set: US Census Bureau, Census 2000 Summary File 3 (SF 3) - Sample Data

| Subject | Number | % | City % |
|---|---|---|---|
| **SCHOOL ENROLLMENT** | | | |
| Population 3 years and over enrolled in school | 1,008 | 100.0 | 100.0 |
| Nursery school, preschool | 63 | 6.3 | 5.3 |
| Kindergarten | 78 | 7.7 | 4.3 |
| Elementary school (grades 1-8) | 574 | 56.9 | 29.0 |
| High school (grades 9-12) | 218 | 21.6 | 14.3 |
| College or graduate school | 75 | 7.4 | 47.2 |
| | | | |
| **EDUCATIONAL ATTAINMENT** | | | |
| Population 25 years and over | 2,247 | 100.0 | 100.0 |
| Less than 9th grade | 319 | 14.2 | 5.1 |
| 9th to 12th grade, no diploma | 719 | 32.0 | 11.2 |
| High school graduate (includes equivalency) | 625 | 27.8 | 19.8 |
| Some college, no degree | 396 | 17.6 | 20.1 |
| Associate degree | 76 | 3.4 | 6.4 |
| Bachelor's degree | 99 | 4.4 | 23.6 |
| Graduate or professional degree | 13 | 0.6 | 13.9 |
| | | | |
| Percent high school graduate or higher | 53.8 | (X) | 83.7 |
| Percent bachelor's degree or higher | 5.0 | (X) | 37.5 |
| | | | |
| **MARITAL STATUS** | | | |
| Population 15 years and over | 2,748 | 100.0 | 100.0 |
| Never married | 1,140 | 41.5 | 40.2 |
| Now married, except separated | 718 | 26.1 | 40.0 |
| Separated | 230 | 8.4 | 3.2 |
| Widowed | 453 | 16.5 | 7.9 |
| Female | 359 | 13.1 | 6.4 |
| Divorced | 207 | 7.5 | 8.8 |
| Female | 91 | 3.3 | 5.5 |
| | | | |
| **GRANDPARENTS AS CAREGIVERS** | | | |
| Grandparent living in household with one or more own grandchildren under 18 years | 144 | 100.0 | 100.0 |
| Grandparent responsible for grandchildren | 90 | 62.5 | 50.7 |
| | | | |
| **VETERAN STATUS** | | | |
| Civilian population 18 years and over | 2,577 | 100.0 | |
| Civilian veterans | 323 | 12.5 | 13.2 |
| | | | |
| **DISABILITY STATUS OF THE CIVILIAN NONINSTITUTIONALIZED POPULATION** | | | |
| Population 5 to 20 years | 1,007 | 100.0 | |
| With a disability | 88 | 8.7 | 8.7 |
| | | | |
| Population 21 to 64 years | 1,697 | 100.0 | |
| With a disability | 587 | 34.6 | 18.1 |
| Percent employed | 35.9 | (X) | |
| No disability | 1,110 | 65.4 | 81.9 |
| Percent employed | 54.0 | (X) | |
| | | | |
| Population 65 years and over | 510 | 100.0 | |
| With a disability | 231 | 45.3 | 44.5 |
| | | | |
| **RESIDENCE IN 1995** | | | |
| Population 5 years and over | 3,420 | 100.0 | 100.0 |
| Same house in 1995 | 2,002 | 58.5 | 45.9 |
| Different house in the U.S. in 1995 | 1,401 | 41.0 | 52.1 |
| Same county | 1,117 | 32.7 | 26.0 |
| Different county | 284 | 8.3 | 26.0 |
| Same state | 122 | 3.6 | 8.6 |
| Different state | 162 | 4.7 | 17.4 |
| Elsewhere in 1995 | 17 | 0.5 | 2.0 |

| Subject | Number | % | City % |
|---|---|---|---|
| **NATIVITY AND PLACE OF BIRTH** | | | |
| Total population | 3,728 | 100.0 | 100.0 |
| Native | 3,708 | 99.5 | 96.5 |
| Born in United States | 3,708 | 99.5 | 95.7 |
| State of residence | 3,283 | 88.1 | 58.2 |
| Different state | 425 | 11.4 | 37.6 |
| Born outside United States | 0 | 0.0 | 0.7 |
| Foreign born | 20 | 0.5 | 3.5 |
| Entered 1990 to March 2000 | 0 | 0.0 | 1.8 |
| Naturalized citizen | 13 | 0.3 | 1.5 |
| Not a citizen | 7 | 0.2 | 2.1 |
| | | | |
| **REGION OF BIRTH OF FOREIGN BORN** | | | |
| Total (excluding born at sea) | 21 | 100.0 | 100.0 |
| Europe | 6 | 28.6 | 39.4 |
| Asia | 0 | 0.0 | 31.8 |
| Africa | 0 | 0.0 | 6.0 |
| Oceania | 0 | 0.0 | 1.1 |
| Latin America | 15 | 71.4 | 16.3 |
| Northern America | 0 | 0.0 | 5.5 |
| | | | |
| **LANGUAGE SPOKEN AT HOME** | | | |
| Population 5 years and over | 3,420 | 100.0 | 100.0 |
| English only | 3,368 | 98.5 | 93.2 |
| Language other than English | 52 | 1.5 | 6.8 |
| Speak English less than very well | 32 | 0.9 | 2.1 |
| Spanish | 12 | 0.4 | 2.6 |
| Speak English less than very well | 5 | 0.1 | 0.7 |
| Other Indo-European languages | 13 | 0.4 | 3.0 |
| Speak English less than very well | 0 | 0.0 | 0.8 |
| Asian and Pacific Island languages | 27 | 0.8 | 0.9 |
| Speak English less than very well | 27 | 0.8 | 0.5 |
| | | | |
| **ANCESTRY (single or multiple)** | | | |
| Total population | 3,728 | 100.0 | 100.0 |
| Total ancestries reported | 2,656 | 71.2 | 94.6 |
| Arab | 0 | 0.0 | 0.4 |
| Czech1 | 0 | 0.0 | 0.3 |
| Danish | 0 | 0.0 | 0.2 |
| Dutch | 0 | 0.0 | 0.9 |
| English | 40 | 1.1 | 10.9 |
| French (except Basque)1 | 29 | 0.8 | 2.8 |
| French Canadian1 | 5 | 0.1 | 0.4 |
| German | 30 | 0.8 | 10.7 |
| Greek | 0 | 0.0 | 0.8 |
| Hungarian | 0 | 0.0 | 0.4 |
| Irish1 | 15 | 0.4 | 9.2 |
| Italian | 9 | 0.2 | 3.2 |
| Lithuanian | 0 | 0.0 | 0.3 |
| Norwegian | 0 | 0.0 | 0.5 |
| Polish | 0 | 0.0 | 1.6 |
| Portuguese | 0 | 0.0 | - |
| Russian | 0 | 0.0 | 0.8 |
| Scotch-Irish | 0 | 0.0 | 3.2 |
| Scottish | 24 | 0.6 | 3.3 |
| Slovak | 0 | 0.0 | 0.1 |
| Subsaharan African | 79 | 2.1 | 1.3 |
| Swedish | 0 | 0.0 | 0.6 |
| Swiss | 0 | 0.0 | 0.1 |
| Ukrainian | 0 | 0.0 | 0.2 |
| United States or American | 35 | 0.9 | 6.2 |
| Welsh | 0 | 0.0 | 0.6 |
| West Indian (excluding Hispanic groups) | 34 | 0.9 | 0.2 |
| Other ancestries | 2,356 | 63.2 | 35.4 |



Demographic Profile



# City of Charleston
## The Neck Redevelopment Planning
**Profile of Selected Economic Characteristics – Table 3**
Geographic Area: Census Tracts 44 & 45  ——  Data Set: US Census Bureau, Census 2000 Summary File 3 (SF 3) - Sample Data

| Subject | Number | % | City % |
|---|---|---|---|
| **EMPLOYMENT STATUS** | | | |
| Population 16 years and over | 2,659 | 100.0 | 100.0 |
| In labor force | 1,103 | 41.5 | 62.2 |
|   Civilian labor force | 1,103 | 41.5 | 61.4 |
|     Employed | 937 | 35.2 | 57.4 |
|     Unemployed | 166 | 6.2 | 4.1 |
|       Percent of civilian labor force | 23.6 | 0.9 | 6.6 |
|   Armed Forces | 0 | 0.0 | 0.8 |
| Not in labor force | 1,556 | 58.5 | 37.8 |
| | | | |
| Females 16 years and over | 1,585 | 100.0 | 100.0 |
| In labor force | 610 | 38.5 | 57.6 |
| Civilian labor force | 610 | 38.5 | 57.5 |
| Employed | 496 | 31.3 | 54.2 |
| | | | |
| **COMMUTING TO WORK** | | | |
| Workers 16 years and over | 928 | 100.0 | 100.0 |
| Car, truck, or van -- drove alone | 490 | 52.8 | 73.5 |
| Car, truck, or van -- carpooled | 226 | 24.4 | 11.6 |
| Public transportation (including taxicab) | 174 | 18.8 | 3.6 |
| Walked | 14 | 1.5 | 6.6 |
| Other means | 24 | 2.6 | 2.0 |
| Worked at home | 0 | 0.0 | 2.7 |
| Mean travel time to work (minutes) | (23.6) | (X) | (20.1) |
| | | | |
| Employed civilian population 16 years and over | 937 | 100.0 | 100.0 |
| **OCCUPATION** | | | |
| Management, professional, and related occupations | 144 | 15.4 | 40.5 |
| Service occupations | 282 | 30.1 | 19.1 |
| Sales and office occupations | 239 | 25.5 | 25.9 |
| Farming, fishing, and forestry occupations | 7 | 0.7 | 0.4 |
| Construction, extraction, and maintenance occupations | 159 | 17.0 | 6.8 |
| Production, transportation, and material moving occupations | 106 | 11.3 | 7.3 |
| | | | |
| **INDUSTRY** | | | |
| Agriculture, forestry, fishing and hunting, and mining | 7 | 0.7 | 0.4 |
| Construction | 102 | 10.9 | 6.2 |
| Manufacturing | 41 | 4.4 | 5.2 |
| Wholesale trade | 20 | 2.1 | 2.4 |
| Retail trade | 126 | 13.4 | 12.6 |
| Transportation and warehousing, and utilities | 79 | 8.4 | 3.8 |
| Information | 7 | 0.7 | 2.5 |
| Finance, insurance, real estate, and rental and leasing | 26 | 2.8 | 6.3 |
| Professional, scientific, management, administrative, and waste management services | 73 | 7.8 | 10.4 |
| Educational, health and social services | 212 | 22.6 | 25.7 |
| Arts, entertainment, recreation, accommodation and food services | 151 | 16.1 | 14.9 |
| Other services (except public administration) | 81 | 8.6 | 4.7 |
| Public administration | 12 | 1.3 | 4.9 |
| | | | |
| **CLASS OF WORKER** | | | |
| Private wage and salary workers | 698 | 74.5 | 72.0 |
| Government workers | 148 | 15.8 | 21.8 |
| Self-employed workers in own not incorporated business | 75 | 8.0 | 5.9 |
| Unpaid family workers | 16 | 1.7 | 0.3 |

| Subject | Number | % | City % |
|---|---|---|---|
| **INCOME IN 1999** | | | |
| Households | 1,424 | 100.0 | 100.0 |
| Less than $10,000 | 556 | 39.0 | 15.8 |
| $10,000 to $14,999 | 183 | 12.9 | 7.1 |
| $15,000 to $24,999 | 238 | 16.7 | 13.8 |
| $25,000 to $34,999 | 158 | 11.1 | 13.0 |
| $35,000 to $49,999 | 118 | 8.3 | 14.6 |
| $50,000 to $74,999 | 118 | 8.3 | 16.6 |
| $75,000 to $99,999 | 40 | 2.8 | 7.9 |
| $100,000 to $149,999 | 0 | 0.0 | 6.5 |
| $150,000 to $199,999 | 0 | 0.0 | 2.1 |
| $200,000 or more | 13 | 0.9 | 2.7 |
| Median household income (dollars) | 14,208 | (X) | 35,295 |
| | | | |
| With earnings | 822 | 57.7 | 78.1 |
| Mean earnings (dollars) | 25,401 | (X) | 49,157 |
| With Social Security income | 520 | 36.5 | 24.3 |
| Mean Social Security income (dollars) | 7,318 | (X) | 10,899 |
| With Supplemental Security income | 169 | 11.9 | 4.3 |
| Mean Supplemental Security Income (dollars) | 6,846 | (X) | 6,098 |
| With public assistance income | 68 | 4.8 | 2.1 |
| Mean public assistance income (dollars) | 5,368 | (X) | 2,971 |
| With retirement income | 332 | 23.3 | 18.7 |
| Mean retirement income (dollars) | 13,177 | (X) | 22,950 |
| | | | |
| Families | 898 | 100.0 | 100.0 |
| Less than $10,000 | 304 | 33.9 | 9.3 |
| $10,000 to $14,999 | 110 | 12.2 | 4.9 |
| $15,000 to $24,999 | 144 | 16.0 | 11.2 |
| $25,000 to $34,999 | 107 | 11.9 | 10.9 |
| $35,000 to $49,999 | 101 | 11.2 | 14.8 |
| $50,000 to $74,999 | 79 | 8.8 | 20.5 |
| $75,000 to $99,999 | 40 | 4.5 | 11.5 |
| $100,000 to $149,999 | 0 | 0.0 | 9.8 |
| $150,000 to $199,999 | 0 | 0.0 | 3.1 |
| $200,000 or more | 13 | 1.4 | 3.9 |
| Median family income (dollars) | 16,888 | (X) | 48,705 |
| Per capita income (dollars) | 9,585 | (X) | 22,414 |
| Median earnings (dollars): | (X) | (X) | (X) |
| Male full-time, year-round workers | (X) | (X) | (X) |
| Female full-time, year-round workers | (X) | (X) | (X) |
| | | | |
| **POVERTY STATUS IN 1999 (below poverty level)** | | | |
| Families | 375 | 100.0 | 100.0 |
| Percent below poverty level | 41.8 | (X) | 13.3 |
| With related children under 18 years | 315 | (X) | |
| Percent below poverty level | 69.4 | (X) | 20.6 |
| With related children under 5 years | 145 | (X) | |
| Percent below poverty level | 67.9 | (X) | 24.7 |
| | | | |
| Families with female householder, no husband present | 323 | 100.0 | |
| Percent below poverty level | 62.2 | (X) | 36.6 |
| With related children under 18 years | 294 | (X) | |
| Percent below poverty level | 69.9 | (X) | 45.8 |
| With related children under 5 years | 138 | (X) | |
| Percent below poverty level | 77.1 | (X) | 59.8 |
| | | | |
| Individuals | 1,532 | 100.0 | |
| Percent below poverty level | 45.0 | (X) | 19.1 |
| 18 years and over | 859 | (X) | |
| Percent below poverty level | 37.2 | (X) | 17.7 |
| 65 years and over | 117 | (X) | |
| Percent below poverty level | 23.0 | (X) | 13.9 |





Demographic Profile

# City of Charleston
## The Neck Redevelopment Planning
### Profile of Selected Housing Characteristics – Table 4
Geographic Area: Census Tracts 44 & 45  ——  Data Set: US Census Bureau, Census 2000 Summary File 3 (SF 3) - Sample Data

| Subject | Number | Percent | City % |
|---|---|---|---|
| **Total housing units** | 1,668 | 100.0 | 100.0 |
| **UNITS IN STRUCTURE** | | | |
| 1-unit, detached | 895 | 53.7 | 50.5 |
| 1-unit, attached | 62 | 3.7 | 4.6 |
| 2 units | 152 | 9.1 | 7.2 |
| 3 or 4 units | 100 | 6.0 | 9.3 |
| 5 to 9 units | 123 | 7.4 | 11.5 |
| 10 to 19 units | 147 | 8.8 | 7.1 |
| 20 or more units | 145 | 8.7 | 8.6 |
| Mobile home | 44 | 2.6 | 1.1 |
| Boat, RV, van, etc. | 0 | 0.0 | - |
| **YEAR STRUCTURE BUILT** | | | |
| 1999 to March 2000 | 8 | 0.5 | 2.9 |
| 1995 to 1998 | 16 | 1.0 | 6.8 |
| 1990 to 1994 | 19 | 1.1 | 6.6 |
| 1980 to 1989 | 60 | 3.6 | 17.3 |
| 1970 to 1979 | 312 | 18.7 | 15.9 |
| 1960 to 1969 | 408 | 24.5 | 14.7 |
| 1940 to 1959 | 633 | 37.9 | 17.9 |
| 1939 or earlier | 212 | 12.7 | 17.9 |
| **ROOMS** | | | |
| 1 room | 54 | 3.2 | 1.9 |
| 2 rooms | 128 | 7.7 | 5.1 |
| 3 rooms | 193 | 11.6 | 11.5 |
| 4 rooms | 267 | 16.0 | 19.1 |
| 5 rooms | 418 | 25.1 | 17.3 |
| 6 rooms | 307 | 18.4 | 17.1 |
| 7 rooms | 165 | 9.9 | 13.0 |
| 8 rooms | 78 | 4.7 | 7.8 |
| 9 or more rooms | 58 | 3.5 | 7.3 |
| Median (rooms) | (5.0) | (X) | (5.2) |
| **Occupied Housing Units** | 1,425 | 100.0 | 100.0 |
| **YEAR HOUSEHOLDER MOVED INTO UNIT** | | | |
| 1999 to March 2000 | 217 | 15.2 | 27.5 |
| 1995 to 1998 | 539 | 37.8 | 30.7 |
| 1990 to 1994 | 74 | 5.2 | 13.7 |
| 1980 to 1989 | 259 | 18.2 | 12.4 |
| 1970 to 1979 | 115 | 8.1 | 7.7 |
| 1969 or earlier | 221 | 15.5 | 8.0 |
| **VEHICLES AVAILABLE** | | | |
| None | 668 | 46.9 | 15.4 |
| 1 | 514 | 36.1 | 40.7 |
| 2 | 197 | 13.8 | 33.3 |
| 3 or more | 46 | 3.2 | 10.6 |
| **HOUSE HEATING FUEL** | | | |
| Utility gas | 866 | 60.8 | 38.6 |
| Bottled, tank, or LP gas | 50 | 3.5 | 1.0 |
| Electricity | 461 | 32.4 | 59.3 |
| Fuel oil, kerosene, etc. | 31 | 2.2 | 0.7 |
| Coal or coke | 0 | 0.0 | - |
| Wood | 0 | 0.0 | - |
| Solar energy | 0 | 0.0 | - |
| Other fuel | 0 | 0.0 | 0.1 |
| No fuel used | 17 | 1.2 | 0.3 |
| **SELECTED CHARACTERISTICS** | | | |
| Lacking complete plumbing facilities | 17 | 1.2 | 0.3 |
| Lacking complete kitchen facilities | 17 | 1.2 | 0.6 |
| No telephone service | 105 | 7.4 | 2.2 |
| **OCCUPANTS PER ROOM** | | | |
| Occupied housing units | 1,425 | 100.0 | 100.0 |
| 1.00 or less | 1,358 | 95.3 | 97.6 |
| 1.01 to 1.50 | 35 | 2.5 | 1.6 |
| 1.51 or more | 32 | 2.2 | 0.8 |
| **Specified owner-occupied units** | 465 | 100.0 | 100.0 |
| **VALUE** | | | |
| Less than $50,000 | 284 | 61.1 | 3.9 |
| $50,000 to $99,999 | 98 | 21.1 | 23.6 |
| $100,000 to $149,999 | 62 | 13.3 | 28.7 |
| $150,000 to $199,999 | 0 | 0.0 | 17.1 |
| $200,000 to $299,999 | 21 | 4.5 | 11.0 |
| $300,000 to $499,999 | 0 | 0.0 | 8.0 |
| $500,000 to $999,999 | 0 | 0.0 | 5.7 |
| $1,000,000 or more | 0 | 0.0 | 1.9 |
| Median (dollars) | 44,759 | (X) | 139,700 |
| **MORTGAGE STATUS AND SELECTED MONTHLY OWNER COSTS** | | | |
| With a mortgage | 177 | 38.1 | 72.8 |
| Less than $300 | 0 | 0.0 | 0.4 |
| $300 to $499 | 27 | 5.8 | 2.5 |
| $500 to $699 | 70 | 15.1 | 7.3 |
| $700 to $999 | 48 | 10.3 | 20.1 |
| $1,000 to $1,499 | 24 | 5.2 | 24.1 |
| $1,500 to $1,999 | 0 | 0.0 | 9.2 |
| $2,000 or more | 8 | 1.7 | 9.1 |
| Median (dollars) | 680 | (X) | 1,104 |
| Not mortgaged | 288 | 61.9 | 27.2 |
| Median (dollars) | 285 | (X) | 336 |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN 1999** | | | |
| Less than 15 percent | 165 | 35.5 | 31.2 |
| 15 to 19 percent | 21 | 4.5 | 16.9 |
| 20 to 24 percent | 73 | 15.7 | 14.7 |
| 25 to 29 percent | 40 | 8.6 | 9.6 |
| 30 to 34 percent | 23 | 4.9 | 5.9 |
| 35 percent or more | 128 | 27.5 | 20.5 |
| Not computed | 15 | 3.2 | 1.2 |
| **Specified renter-occupied units** | 880 | 100.0 | 100.0 |
| **GROSS RENT** | | | |
| Less than $200 | 328 | 37.3 | 5.9 |
| $200 to $299 | 87 | 9.9 | 5.2 |
| $300 to $499 | 235 | 26.7 | 17.4 |
| $500 to $749 | 108 | 12.3 | 43.1 |
| $750 to $999 | 24 | 2.7 | 15.5 |
| $1,000 to $1,499 | 0 | 0.0 | 7.3 |
| $1,500 or more | 20 | 2.3 | 2.8 |
| No cash rent | 78 | 8.9 | 2.7 |
| Median (dollars) | 288 | (X) | 614 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN 1999** | | | |
| Less than 15 percent | 162 | 18.4 | 13.1 |
| 15 to 19 percent | 62 | 7.0 | 12.1 |
| 20 to 24 percent | 102 | 11.6 | 10.8 |
| 25 to 29 percent | 68 | 7.7 | 9.0 |
| 30 to 34 percent | 48 | 5.5 | 8.2 |
| 35 percent or more | 272 | 30.9 | 39.6 |
| Not computed | 166 | 18.9 | 7.2 |





Demographic Profile

# Infrastructure Assessment

As part of this work, the planning team assessed the infrastructure of the Neck area to determine what public investments are needed to support the Urban Plan. The following were included in this analysis: water and sewer facilities, transportation, communications, and drainage. An Existing Infrastructure Map is included with this document. This is a preliminary summary of this analysis. More detailed recommendations will be part of the final plan.

Generally - since this is a developed part of the city - infrastructure is available to support redevelopment. This is one of the community benefits that accrue from redeveloping existing urban areas; that is, the public's existing investments can be used to their full capacity.

Clearly, investment in infrastructure will be necessary as redevelopment occurs both to replace aging facilities and to accommodate new uses. But for the most part, the public investment in infrastructure is adequate to support redevelopment. However, there are some essential deficiencies and problems that exist within the study area. These are primarily transportation related and our outlined here.

Most of the study area is within the service boundary of the North Charleston Sewer District. The district boundary is Mount Pleasant Street. So all property north of Mount Pleasant Street is within the North Charleston service area. The wastewater treatment plant is located within the study area on Greenleaf Street. This is within the industrial district recommended in the plan. Sanitary sewer treatment capacity is adequate to serve the land use recommendations of this plan.

Sanitary sewer infrastructure is in place to serve redevelopment of property within the study area. Improvements to sanitary sewer infrastructure will be project based. So public investment will be minimal.

Water is provided for the entire study area by the Commissioners of Public Service. Water capacity is sufficient to service land use recommendations of this plan. Project-based upgrades may be needed to accommodate higher density development.

The street network within the study area is not adequate to serve redevelopment proposed in this plan. The deficiencies are as follows: 1) poor quality interchange access to I-26, 2) inefficient use of the central transportation corridor that bisects the study area, and 3) the absence of a sufficient street grid to support redevelopment and increasing traffic volumns. It is expected that traffic on I-26 will increase dramatically in the coming years (see attached Table). Additional interstate capacity will be needed to accommodate these increases.

Multiple railroad lines cross the study area and are in varied states of use. Freight traffic should be consolidated to minimize safety hazards and roadway traffic disruptions. Regional aspirations for fixed guideway public transportation require creation of an appropriate corridor linking downtown Charleston to North Charleston. This right-of-way does not exist. This is a critical deficiency.

The full study area is included within the 1984 Master Drainage Study conducted for the City of Charleston. Our study area differs from the lower Peninsula in that there has been very limited filling of marsh areas and waterways. In addition development areas have relatively high elevations. With the exception of the old landfills on the Cooper River, development sites within the study area are predominantly currently impervious surface. The Master Drainage Study does recommend limited improvements to drainage facilities in the area. However, investments in drainage facilities will be predominately private, project-based investments.

The planning team is continuing consultation with all utility providers to determine where specific upgrades will be needed.

14


CIVIC DESIGN CENTER
City of Charleston

Sheet Title



Infrastructure Map




# AVERAGE DAILY TRAFFIC COUNTS

| Road Name | Station | Location | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I-26 | 2201 | Dorchester Rd to Cosgrove Ave | 96,700 | 85,100 | 78,100 | 71,900 | 71,900 | 73,000 | 76,400 | 78,900 | 78,600 | 79,100 | 80,500 | 120,808 |
| I-26 | 2203 | Cosgrove Ave to Spruill Ave | 86,100 | 75,700 | 72,600 | 68,400 | 69,200 | 69,000 | 70,600 | 71,800 | 71,900 | 71,900 | 72,800 | 104,102 |
| I-26 | 2205 | Spruill Ave to Heriot St | 74,000 | 71,200 | 69,800 | 66,000 | 67,100 | 66,800 | 70,800 | 72,000 | 72,100 | 69,800 | 69,600 | 103,512 |
| I-26 | 2207 | Heriot St to Mt Pleasant St | 60,000 | 63,100 | 62,000 | 58,200 | 59,400 | 59,200 | 62,500 | 63,600 | 64,000 | 61,900 | 61,200 | 101,023 |
| I-26 | 2209 | Mt Pleasant St to Romney St | 74,000 | 54,300 | 53,200 | 49,400 | 50,900 | 49,700 | 52,400 | 53,800 | 54,600 | 52,100 | 53,100 | 92,377 |
| I-26 | 2210 | Romney St to US 17 | 72,000 | 58,700 | 59,900 | 54,600 | 55,400 | 54,700 | 57,200 | 58,700 | 59,300 | 56,300 | 57,400 | 115,417 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| King St Ext (US 78) | 177 | US 52 to I-26 | 8,400 | 8,800 | 9,500 | 10,100 | 9,900 | 8,300 | 8,400 | 8,300 | 8,600 | 8,000 | 8,700 | 7,314 |
| King St (US 78) | 179 | I-26 to US 17 | 8,400 | 8,700 | 8,300 | 9,900 | 9,600 | 8,400 | 8,500 | 9,000 | 8,900 | 8,900 | 9,000 | 7,856 |
| King St (US 78) | 180 | US 17 to Line St | 12,700 | 13,200 | 12,200 | 12,000 | 12,400 | 12,200 | 12,500 | 12,700 | 11,200 | 12,200 | 13,100 | 15,143 |
| King St | 437 | Line St to Murray Blvd | 10,500 | 11,200 | 11,500 | 10,200 | 9,100 | 10,600 | 11,200 | 10,700 | 1,000 | 10,200 | 10,800 | 12,828 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Meeting Street Rd (US 52) | 151 | Dorchester Rd to King St (US 78) | 12,300 | 9,700 | 9,600 | 9,200 | 8,700 | 8,100 | 8,400 | 7,900 | 8,100 | 8,300 | 8,300 | 16,287 |
| Meeting Street Rd (US 52) | 149 | US 78 to I-26 | 3,500 | 2,800 | 3,200 | 3,100 | 3,100 | 2,900 | 3,000 | 2,900 | 2,700 | 2,700 | 2,700 | 3,608 |
| Meeting Street Rd (US 52) | 147 | I-26 to Morrison Dr | 11,000 | 10,000 | 9,900 | 10,400 | 9,800 | 9,800 | 10,100 | 11,200 | 10,400 | 10,400 | 13,200 | 10,507 |
| Meeting Street Rd (US 52) | 145 | Morrison Dr to Line St | 7,500 | 6,300 | 6,900 | 7,000 | 7,200 | 7,500 | 7,700 | 7,600 | 7,600 | 7,900 | 8,400 | 7,697 |
| Meeting St | 439 | Line St to South Battery St | 19,300 | 19,100 | 20,000 | 21,700 | 19,400 | 19,600 | 19,800 | 19,600 | 19,100 | 19,700 | 19,000 | 27,602 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Spruill Ave | 473 | McMillan Ave to US 52 | 16,000 | 13,400 | 12,100 | 9,600 | 7,000 | 7,700 | 8,000 | 8,800 | 8,300 | 9,300 | 10,500 | 9,342 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Morrison Dr | 171 | Mt Pleasant St to US 17 | 10,200 | 11,000 | 12,200 | 12,800 | 12,700 | 12,800 | 13,000 | 14,100 | 12,000 | 13,300 | 14,100 | 5,427 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Rutledge Ave | 423 | Mt Pleasant St to US 17 | 10,700 | 9,500 | 10,100 | 11,500 | 11,100 | 10,200 | 10,300 | 9,800 | 10,000 | 9,800 | 10,300 | 4,972 |



Interstate Highway 26 (Charleston Neck Area)
Average Daily Traffic Counts



Area Traffic Counts







CIVIC DESIGN CENTER
City of Charleston

Area Traffic Counts





What Was Here Throughout History?








1761 Peninsula Map