



CIVIC
DESIGN
CENTER
City of Charleston

Original Land Grants Map





1880 Peninsula Map







CIVIC
DESIGN
CENTER
City of Charleston

1883 Peninsula Map








1959 Peninsula Map




24



Designers' Guidelines



# Designers' Guidelines

*Our plan for the Charleston Neck should:*

*1. Preserve, protect, and enhance the existing assets of the area.  This includes:*

The neighborhoods and their residents.  The physical characteristics of these neighborhoods should be preserved.  Existing residents of these neighborhoods should be equipped to take advantage of changes that will occur in the area.  This will range from helping residents use existing resources that make home ownership more affordable – such as the Homestead Tax Exemption.   New tools should be developed to help residents control their own future.

**(Idea #1: Neighborhood Conservation Zoning District for existing neighborhoods.   Residents of the neighborhoods would draft this with the City.    It could limit house and lot sizes, building height and allow for more flexibility with building setbacks and other regulations.  The purpose would be to protect existing homes and maintain the neighborhood's scale.   This way nobody could buy up house lots, tear down the existing houses and build big new homes on the marsh, for example.)**

**(Idea #2: Property Owner Real Estate Consortium.  Existing residents and property owners form their own organization to help each other deal with escalating real estate values.  This organization would get assistance from local real estate professionals, banks, appraisers, attorneys and others to determine how local residents can control their own financial future.  For example, they would analyze potential property value increases and tax levels to identify options and resources for existing residents.)**

The marsh.    Unlike the Lower Peninsula, the Neck Area still has plentiful marsh along small creeks that feed the Cooper and Ashley Rivers.  These marsh areas should be protected.  No building should occur on the marshes except to allow public access at strategic locations.   For example, a marsh front park might have a boardwalk or street to allow public access.

**(Idea: Right now, Federal and State Environmental Laws protect marsh areas.  Permits to fill or build on marshes must be approved by the State Department of Health and Environmental Control's Office of Ocean and Coastal Resource Management.  However, additional protection could come at the local level through City zoning.   Marsh areas that are currently zoned commercial and industrial can be proposed for Conservation zoning.)**

The cemeteries. There are a great variety of historic cemeteries in the Neck.  Each should be protected and celebrated in the design.

The waterfront. The waterfront along the Cooper and Ashley Rivers is currently not accessible to local residents – it is completely privatized.    The waterfront should be made accessible to the public.   The goal should be a continuous public frontage on the rivers.

*2. Capture the lost value of the busy central transportation spine of the Neck area.  This is the zone within a five-minute walk of King Street, Meeting Street, I-26 and the rail corridor.   This is the gateway to the city. Examine the value of new east-west street connections and ways to make this gateway more distinctive.*

**(Idea #1: Build more crossovers between Meeting and King Street.   Milford, Greenleaf, and Heriot Streets should be considered for this.)**

**(Idea #2: Improve existing or consider new ways onto and off of I-26 in the Neck to celebrate this**

25



Designers' Guidelines



·gateway into the city and improve accessibility in the Neck.)

(Idea #3: Uses that need good access to transit should be located in this zone.   For example, a larger public park in this zone would give better access from transit.)

3. *Disperse vehicle traffic and make walking easier by building a more complete network of streets.   This means creating smaller scale streets running parallel to Meeting and King Streets and more east-west streets more similar to the old neighborhoods.*

4. *Create mixed- use commercial service centers at crossover locations along the Meeting and King Corridor. These centers should include daily needs like grocery stores and other retail, but also commercial and health services, office and residential uses.*

(Idea #1: Fixed guideway transit connecting downtown, North Charleston, and the airport is essential to an effective regional transit system.   Residents of the Neck Area could benefit substantially from this if successful transit stops are developed at strategic locations.   These should be at these mixed-use centers.)

5. *Maintain a full variety of life enhancing services and business opportunities.   This includes recreational and cultural opportunities, health, retail and commercial services, professional offices, and clean industry.*

(Idea #1: We want to provide jobs for people at every point of the wage scale so that there is room to enter the work environment and grow into professional jobs.)

6. *Prepare a plan that has both a 10 year and 20 year-plus time horizon.*



Designers' Guidelines





LEGEND

COMMUNITY ASSETS
- STUDY AREA
- CEMETERIES
- MARSH/UNDEVELOPABLE
- NEIGHBORHOODS
- WATER

DRAFT DESIGN GUIDELINES
- CENTERS
- CENTRAL TRANSPORTATION SPINE
- FIVE MINUTE WALK FROM CENTRAL SPINE
- STREET CONNECTIONS

 

CIVIC
DESIGN
CENTER
City of Charleston

Design Guidelines Map



28



Urban Plan

# Urban Plan Development
Design Narrative

## Design Districts
Responding to the Design Guidelines, the Design Districting Map provides a base of common strategies for all subsequent design efforts. The Design Districting Map identifies a pattern of development emanating from the intensive area along the central spine and gradually transitioning to the Ashley and Cooper waterfronts. The district along the central spine (purple district) concentrates activities along the intense transportation infrastructure. Along the Cooper waterfront, a district focused on production (red district) provides an area well suited to industrial and commercial uses, particularly with its linkages to road, rail and water transport. In between the spine and the production districts, a mixed-use district (orange) provides a transitional zone both regarding activity and intensity. Similarly, a transitional district (yellow) on the Ashley side of the spine provides a buffer between the intensity of the center of the Neck and the mixed-use districts along the Ashley and around the former landfill on the Cooper waterfront. Overall, the pattern of the Neck districts follows the precedent of the lower peninsula, as delineated in the Borough Pattern Maps.

## Three Options
From the Design Guidelines and the Design Districting, the process has resulted in the development of three different options that each attempt to achieve the stated goals, while taking advantage of opportunities that arise from different approaches to the study area. Each of these three options has unique and specific conditions, but at the same time, they all share some common traits.

In every option, the strategy for accomodating the interstate and related transportation infrastructure is a defining characteristic. All options create a pattern of discrete but interrelated boroughs on a similar scale with the patterns of development on the rest of the peninsula, with a hierarchical street network. Each option also proposes potential locations for significant park/recreation areas. All options operate from a position of protecting existing assets in the Neck, organizing the various new districts and infrastructure to be sensitive and supportive of the established neighborhoods, marshes, and cemeteries. Each individual option and their particular assets adn opportunities are outlined below and illustrated in the attached Urban Plans.

## Option 1: Central Park Scheme
1. Centrally located park with adjacency or close proximity to many of the surrounding neighborhoods.
2. 20-30 acre park with recreation fields and smaller passive parks
3. Reconstruction of the Interstate 26 overpass between Braswell and Hagood making a welcoming gateway condition into the new neighborhood West of the Interstate.
4. Interstate 26 remains in its current location with 2 new interchanges at each end of the neck area.
5. Rutledge Avenue is extended north as a new neighborhood boulevard.
6. Meeting Street and King Street are combined to make a new grand boulevard with a centrally located light-rail pedestrian transportation system.
7. Huguenin St. extends north providing greater access to the historical landmark cemeteries such as Magnolia Cemetery and Bethany Cemetery.
8. New passive park north of Magnolia Cemetery provides citizens access to the Cooper River, and buffers and screens the Industrial activities from the cemetery's serene environment.
9. New park accessing the Ashley River north of Mechanic Street connecting the conservation areas of the cemeteries and acknowledging the historical fortification lines built during the Civil War. (See Historical Landmark Map)
10. Freight railroads are relocated to the far east of the grand Meeting/ King Blvd. and contained in the industrial area.



CIVIC
DESIGN
CENTER
City of Charleston

Sheet Title

**Option 2: Grand Spine Scheme**
1. Interstate 26 moves to the Meeting Street/ King Street spine with new interchanges at each end of the Neck area.
2. Meeting Street and King Street are combined to make a new grand boulevard with a centrally located light-rail pedestrian transportation system adjacent to the interstate.
3. Railroad moves to the east of the Interstate contained along the commercial/industrial side of the spine.
4. A new access road is placed on the west side of the interstate/ railroad spine serving the commercial/ industrial area activities.
5. Huguenin St. extends north providing greater access to the historical landmark cemeteries such as Magnolia Cemetery and Bethany Cemetery.
6. Rutledge Avenue is extended north as a new neighborhood boulevard.
7. 20-30 acre park with recreation fields adjacent to a grand boulevard buffering the interstate.
8. New passive park north of Magnolia Cemetery provides citizen access to the Cooper River, and buffers and screens the Industrial activities from the cemetery's serene environment.
9. New park accessing the Ashley River north of Mechanic Street connecting the conservation areas of the cemeteries and acknowledging the historical fortification lines built during the Civil War. (See Historical Landmark Map)

**Option 3: East Interstate Scheme**
1. Interstate 26 moves to a new location at the far east of the Neck area with new interchanges at each end.
2. Meeting Street and King Street are combined to make a new grand boulevard with a centrally located light-rail pedestrian transportation system.
3. Railroad is relocated to the far east of the grand Meeting/ King Blvd. contained in the industrial area.
4. A new access road is placed on the west side of the interstate/ railroad spine serving the industrial area activities.
5. Huguenin St. extends north providing greater access to the historical landmark cemeteries such as Magnolia Cemetery and Bethany Cemetery.
6. Rutledge Avenue is extended north as a new neighborhood boulevard.
7. 20-30 acre park with recreation fields between the new grand blvd and the new Rutledge Ave. extending to the Ashley River north of Mechanic Street connecting the conservation areas of the cemeteries acknowledging the historical fortification lines built during the Civil War. (See Historical Landmark Map)
8. New passive park north of Magnolia Cemetery provides citizens access to the Cooper River, and buffers and screens the Industrial activities from the cemetery's serene environment.



CIVIC
DESIGN
CENTER
City of Charleston

Sheet Title







CIVIC
DESIGN
CENTER
City of Charleston

Design Districting







scheme 1 text

scheme 2 text





scheme 3 text









CIVIC DESIGN CENTER
City of Charleston

Public Process: October 22-25, 2003









Existing Borough Patterns

