




Borough Patterns Extended



Potential Park Sites








Central Park Option







Grand Spine Option








East Interstate Option




Zoning Strategy

# Zoning Strategy for Neck Area
December 2003

## Background

The Zoning Strategy for the Neck is designed to be implemented incrementally, over a period of many years. This is not a wholesale change that will occur immediately. The pace and process of redevelopment in the Neck will be the main determinants in how fast the Zoning Strategy is implemented. As explained below, the preservation of existing neighborhoods in the Neck is paramount to the Zoning Strategy.

## Existing Neighborhoods

The number one priority of the zoning strategy for the Neck is to preserve the character and quality of the existing residential neighborhoods of Rosemont, Silver Hill/Magnolia, the Gordon Hills area (Courtland and Montford Avenues), and Four Mile Hibernian. To do this, the plan recommends that the existing zoning districts be thoroughly reviewed, with an eye on making sure that the zoning districts match the development already in place in the neighborhoods.

Presently, these areas are predominantly zoned Single-Family Residential (SR-1). This zoning district requires minimum lot sizes of 9,000 square feet, however, lots in these neighborhoods are typically around 2,500-5,000 square feet. The problem with the current minimum lot sizes is that if new lots are developed in these neighborhoods, the lot sizes would be as much as two or three times bigger than existing lots, thereby encouraging much larger houses than those presently found there. The Four Mile neighborhood has an even greater zoning discrepancy, with all of its area being zoned General Business. The plan recommends that these smaller than required SR-1 lots be rezoned to the Single-Family category that more closely meets their lots sizes, SR-5 for Silver Hill/Hibernian and Four Mile, and SR-4 for Rosemont and the Gordon Hills area. The existing zoning of the Bayside apartment community, Diverse Residential (DR-3) would also be preserved.

The Neck plan is also proposing that the possibility of a "Neighborhood Conservation" oriented zoning overlay be thoroughly reviewed. A zoning overlay is an ordinance that imposes additional zoning requirements or stipulations for new development in a designated area of the City. The existing neighborhoods of the Neck could be covered by this overlay, which could require that any new lots created be the average size of adjoining lots or blocks. The overlay might also be able to require that new houses match the average size of existing houses they abut, or on the same block. A "Neighborhood Conservation" zoning overlay with the above requirements would help assure that the any new houses built in these existing neighborhoods would be built on similar sized lots and that the structures be of a similar size, so that existing residents would not be overwhelmed by very large structures being built immediately adjacent to smaller, older structures.

## Conservation Areas

Another priority for zoning in the Neck Plan is to preserve the character of some other significant features of the area: the marshes and the historic cemeteries. The Neck plan proposes creating a new Conservation zoning district specifically for these areas of the Neck that would not allow any filling of marsh or wetland areas, would preserve the cemeteries, and would not allow any other new uses in the Conservation areas, other than park and recreation spaces, and cemeteries.



  Proposed Zoning Parameters 

## Gathering Places

In line with the City of Charleston's Citywide comprehensive plan, the **Century V City Plan**, new development and infill development in the Neck would be centered around important intersections of key transportation and transit routes. The intersection of Mount Pleasant Street and King Street is already designated as a "Gathering Place" in the Century V City Plan, and the Neck plan is proposing that the intersection of King Street and Milford Street be designated in a similar fashion.

*These Gathering Places will be very special locations in the City, where key community events can take place, and where offices, stores, institutional uses, and residences can be located in close proximity to one another. The Gathering Places would have well designed, pedestrian-friendly streets with wide sidewalks, beautiful parks, plazas, and open spaces, and would have a density of use that capitalizes on the fact that many people would come to these key areas every day. The focus of the Gathering Place would extend roughly ¼ mile in each direction (basically the distance of a five minute walk) from these two key intersections, with the exception of where existing neighborhoods or Conservation areas limited development. The design of all new development in these Gathering Places would be carefully reviewed, with an eye on creating "picture-postcard worthy places" for the residents of the Neck.*

## Mixed-use Areas

*Outside of the two Gathering Places in the Neck, the plan calls for Mixed-Use areas where the bulk of the Neck area redevelopment will take place. These Mixed-Use areas will have buildings that are generally at least two stories tall, with more than one type of use in each building. Typical combinations of uses in a building might include ground floor retail spaces with offices or apartments on upper floors. Or a building could be composed of townhouses with a corner store or office building.*

The Neck plan recommends the City create a new Mixed-Use zoning district, the MU-3 District, that would allow all General Business type uses, along with any type of residential use (typically apartments, condominiums, townhouses, etc.). Each building in the MU-3 District would have to have at least two different uses, with the smaller use occupying at least 10% to 25% of the building's square footage. Modest height limits that would be reflective of the Gathering Place's key position as the densest development/redevelopment area in the Neck would also be a part of the MU-3 District's requirements.

## Heavy Industrial

Heavy Industrial areas on the Ashley River side of I-26 would be changed to Mixed-Use for their redevelopment. On the Cooper River side, given the superior deep-water access and rail availability, Heavy Industrial would remain for the foreseeable future. The Gathering Places and Mixed-Use areas of the central spine would transition to Heavy Industrial roughly 1,200 to 2,000 feet east of the existing alignment of I-26. These changes would dramatically reduce the amount of area in the neck that could be used for Heavy Industrial operations, and would assure that Heavy Industry did not encroach upon any existing or future residential areas.



Proposed Zoning Parameters








Existing Base Zoning








CIVIC DESIGN CENTER
City of Charleston

Proposed Zoning




 

# Implementation Strategy

There are some key strategic decisions that will need to be made regarding public investment in the central transportation corridor that bisects the Neck Area. Our Urban Plan proposes three options for this corridor. A decision on the preferred option is key to decisions implementation of the whole plan. The following are recommended as next steps in the planning and development process for the study area:

**Within 12 Months**

- Conduct a complete analysis of the three strategies proposed for the central spine of the study area. This will include a feasibility analysis to determine the viability, appropriateness, and cost of the three proposals. This analysis will recommend one preferred option. This study must be done in conjunction with North Charleston, the CHATS Committee, South Carolina Department of Public Transportation, and the railroad companies.
- Establish a Tax Increment Finance District for the Neck Area to support public investment needed to implement this plan.
- Do more detailed analysis of subareas (boroughs) of the Neck. This will work out land uses, building types, street layout, public spaces and other details at a street neighborhood scale.
- Establish the private Staying Put Initiative to address concerns about residential property reassessment and value increases.
- Complete a study of city facilities within the study area to determine how their location can be consistent with and support the recommendations of this plan. This is particularly important for the Public Service facilities on Milford Street.
- Make first set of zoning changes to protect conservation areas, protect existing neighborhoods, and rezone for mixed-use where appropriate.

**Within Five Years**

- Complete clean up and begin private development of key development sites within the study area.
- Begin public improvements to the central transportation spine in concert with the preferred option for this corridor.
- Begin investment in or relocation of city facilities in concert with the outcome of the city facilities study.
- Continue zoning changes to complement private investment and redevelopment.
Conduct a full review and update of this plan.

**Within Ten Years**

- Complete improvements to the central transportation corridor to provide better access from I-26 and to allow the start of public transportation connecting the Neck and downtown Charleston.
- Complete investment in or relocation of city facilities in concert with the outcome of the city facilities study.
- Complete initial phases of private redevelopment within the Neck Area.
- Conduct a second full review and update of this plan.








# Neck Planning Team

## Citizen Planners
Nancy Button, Rosemont Neighborhood
Pearlie McCoy, SilverHill Neighborhood
Debbie Sanders, Rosemont Neighborhood
Bertha Stafford, Four Mile Neighborhood

## City Staff
Pat Crawford, Housing and Community Development
Geona Shaw Johnson, Housing and Community Development
Michael Maher, Civic Design Center
Yvonne Fortenberry, Design, Development and Preservation
Steve Livingston, Parks
Hernan Pena, Traffic and Transportation
Laura Cabiness, Public Service
Sharon Brennan, Economic Development
Eugenia Singleton, Planning and Neighborhoods
Scott Wright, Planning and Neighborhoods
Christopher Morgan, Planning and Neighborhoods
Philip Overcash, Planning and Neighborhoods
Tracy McKee, Planning and Neighborhoods
Irene Constantine, Civic Design Center
Nataly Gualy, Civic Design Center
Anthony Threatt, Civic Design Center
Brian Cook, Civic Design Center



Neck Planning Team



# Neck Planning Participants

S. J. Andika
Catherine Arnold
Alter Bankhead
Dorothy Bennett
Sherrel and Robert Brightman
Thomas Brown
Jeremy Browning
Arnold Bryant
Bill Buggs
Nancy Buttons
Stanley Chisolm
Stuart Coleman
Mr. and Mrs. Samuel Cox
Pat Crawford
Rev. Sidney Davis
Lucille Dennis
Rev. Alma Dungee
Henry Fishburne Jr.
Shirley Ford
Henry Frasier
Nathanel Frazier Jr.
Helen Fulmore
Jimmy Gallant
Elnora Garrett
Naaman and Mattie Gibbs
Lonnie Gleaton
Elnora Gorett
Joe Grant
Pearl Grant
Johnny Grant
Stephen Griffith
Willie Heyward
Hattie Hodges
Lauren Howell
Dorothy Johnson
Randall Johnson
Sue Laris
Yvonne Lavergne
Deborah Lawrence
Dan Logan
Mckell Mack
Mary Mazyck
Pearlie McCoy

Charmon McDaniel
Keane McLaughlin
Mary McNeal
Noel Mermer
Joseph Mikell
Sarah Montgomery
Beverly Montgomery
Chardane Montgomery
Theola Moore
Rosevelt Moozon
Erin Moriarty
Melvine Neals
Albert Nelson
Anna Nesbitt
Valerie Nipper
Donald Parkey
Billy and Aline Rabon
Imam Rasheed
Louise Rouse
Helen Rouse
Debbie Sanders
Jon Scott
Marvin Scott
Harmon Shade
Loucille Simmons
Lincoln Spencer
Shawndrea Stafford
John and Bertha Stafford
Barbara Swift
John Tecklenburg
Megan Terebus
Ida Mae Thomas
Ivy Thomas
Kevin Wadley
Joseph Watson
Pamela D. Watson
Freddie Whaley
Romarie Whaley
Gerome Wilkinson
Michael Williams
Pam Williamson
Joe Wolfe

48



Neck Planning Participants



# Summary of Neck Planning Surveys

**Number of Respondents:**
Short Survey: 29
Long Survey: 18
Total: 29

**Type of Respondents:**
Resident (only): 12
Resident (total): 21
Resident Owner: 9
Property Owner (only): 4
Property Owner (total): 13
Resident Business Owner: 1
Other: 3 (1 worker)

**Place of Residence:**
Rosemont: 14
Silverhill: 7
4-Mile Hibernian: 2
Other (Neck): 2
Other: 4 (James Isl, Johns Isl, Other Peninsula)

**Years in the Neck:**
Median Age - 40 years
Oldest Respondent - 68 years
Youngest Respondent - 5 years

## Short Survey Results:

**What are your greatest fears?**
Being scared off/forced out/relocated (17)
  Especially senior citizens (3)
  Forcing out existing loyal and responsible residents
  Gentrification
  But if the price is right they can have it
  Already have plans in effect
  Complete redevelopment of Rosemont/Richland Village
  Pushed out by industry
  Rising property values
  Our neighborhood would be replaced (Richland Village)
Being "left out"
Neighborhood will be "dissolved"
Higher taxes (7)
More industry (4)
  Creating health problems/traffic
More pollution
Wasted Potential (2)
  Not utilized to full potential
  Poor use of parcels & street design
Logistical (traffic, parking etc.)
 (Sprawl) (2)
  "Ends up like Mt. Pleasant/W Ashley (shops & parking)"
  "Sprawl due to development"
Change in quality of Neighborhood
  Don't want to make new friends at my age
  What type of neighborhood would I reside in?
"Closed doors"/planned w/o input
Few or no concerns (4)

**What qualities of the Neck do you like and want to see preserved, protected and improved?**
Quiet (6)
Low Crime/Safe (7)
Isolation
Cemeteries
Church(es) (2)
  In silverhill
Close to downtown
Residential areas (5)
  Rosemont
  The neighborhoods (all)
Good Neighbors (3)
  Know my neighbors
  Loyal, responsible residents
  Nice neighbors
Quality (6)
  Single-family dwellings
  Family-oriented
  Neighborhood feel
  "single-community feel"
  quaintness, closeness, togetherness
  community atomosphere
Character/Uniqueness (3)
  Cultural community
  Character
  History (2)
    Grew up here
Economics (2)
  Economic diversity
  Affordable housing
Transportation (3)
  Bus service (2)
Neighborhood stores
Marshland
Playground
Street sweepers
"the homes are palaces"
Preserve "the area"
Keep patroling
the area needs improvement

**What kinds of changes would you like to see in the existing neighborhoods?**
Residential conditions (9)
  Improve run-down houses
  Improve/better housing (2)
  more housing (8)
    communities (ie residential) expanded
    Houses on empty lots
    SF housing for senior citizens
    Mixed-use residential
    Housing for low-income families
  Home ownership (2), limit rental
Improve run-down businesses
Lots cleaned up (3)
Keep neighborhood clean
Houses (cleaned?)
Less/No more industry (7)
  Relocation of chemical plants
  Move trucking co. (near silverhill) (2)
Safety (2)
  More police, Neighborhood Watch
  Crime from ppl from outside Neighborhood (e.g. commuter



Neck Planning Survey



employees)
More service/involvement from the City of Charleston (2)
  City should clean their lots if we're supposed to clean ours
More services for low-income families
less train blowing
More dense urban area, Urban corridor to connect Cooper & Ashley
door to door mail service
Enhancing the aesthetics

*Business:*
More Jobs (6)
shopping/commercial (11)
  Grocery (9)
  Dollar Store, 7-11
  Corner store
  shopping center (2)
  more convenient shopping ctrs
  Laundromat
Offices (5)
  Medical (3)
Restaurants (2)
  sit-down
  fast food
Potential for small businesses (small offices, retail, etc)
Businesses that would bring others
Need access to businesses

*Public Transportation:*
Transportation (5)
  More access to transit
  Bus service (2)
  More frequent bus service
  Buses unreliable, not close enough
Streets and Maintenance (3)
  Better maintenance of entrance from Summerville & Austin Streets
  paving all streets
  Grid st network
  Streets/road conditions improved (2)
Improved infrastructure
Fix railroad tracks coming to Rosemont
Better walking conditions (6)
  raise sidewalks (1)
  more sidewalks (2)
    sidewalk from back entrance (to Rosemont) (1)
  walkable streets
  want places to walk to

Bike-friendly streets
Traffic safety problems (6)
  speed bumps/humps (3)
  "traffic stoppers", "traffic calming"
  People that don't live here drive too fast, unsafe for children
  less truck traffic
sound barriers for I-26

*Recreation:*
Parks (4)
  Pool (2)
  Convenience, basketball, playground, trees, benches, swings
Benches
More activities for youth (3)
  Safe place for kids to play
  Better playground w/ programs, Chuck E Cheese type place (arcade etc), Baseball field
More activities for senior citizens
Waterfront (2)
  Boat ramp/Fishing Pier

Waterfront park
  Proper use of waterfront
Community center (2)
  For Silverhill for meetings (like Rosemont has)

## Long Survey Results:

### WHAT I WANT TO STAY THE SAME
*What qualities of our City do you like and want to see made more a part of the Neck?*
More jobs
*Traffic Infrastructure:*
  Traffic calming
  Better infrastructure (2)
    (streets, roads)
    grid of streets, corner streets, on street parking, limited parking lots
  More access to public transportation
*Park(s) (8)*
  waterfront park (4)
    (with a sprinkler for children)
  recreational areas,
  recreational dock (2)
    on the water (Cherry Lane)
    dock to fish off
  Parks (completed)
More green spaces
Waterfront (2)
  (See "parks")
  boardwalks, waterfront restaurants
shopping (2)
  shopping centers
  store, shopping – walkable
Need services that are downtown
[person surveyed] doesn't shop
Mixed-use
  mixed use commercial and residential – network buildings,
  "Commercial-Residential" zoned properties that promote small business and the general perception of the area. For ex.: A small retail outlet, such as furniture store with apartments upstairs.
beautification (2)
  with flowers and trees
  Decoration (shrubs, landscape)
Walkable (4)
  walkable streets
  Sidewalks
  Walking areas/paths
Bicycling areas (paths)..
The "Non-suburbia" feeling of Charleston.
Improved Housing Stock (Rehab)
It is safe and quiet in Rosemont – we want to keep it this way
Are there other areas of Chas that you like that are appropriate for the Neck area?

*Would you like for your children/grandchildren to grow up in the Neck area of Charleston? Why or why not?*
Yes [9]
  [Rosemont resident] (6)
  history, heritage (2)
  family
    because of stability, safety, and a sense of "family"
  lots of sentimental value
  want them to be able to leave and be able to come back
[Other Neck] (1)



Neck Planning Survey

[Silverhill] (1)
[Local Developer/Owner] (1)
though they don't. There's not much to do.
but only if the surrounding areas improve
No (3)
Not currently- I'm not sure that there are the resources here presently that I would like for my children to have [James Isl resident]
[4-mile resident] (2)
N/a [Rosemont Resident]
Wish we had a greater mix of people
Need more jobs (4)
  Workplaces
  besides minimum wage

## WHAT I WANT TO CHANGE

### What types of housing would you likes to see more of?

Just Single Family homes (4)
  Housing outside Rosemont, not infill,
  More housing for senior citizens (oss) like the single family housing near
  Floyd Manor Single Family Dwelling (oss), Senior Citizen Dwelling
Negative on Apartments (3)
  Apartment housing creates problems
  No apartment buildings
  Houses rather than apartments, townhouses alright, concerned about renters
Affordable Housing (3)
  Affordable houses, apartments, condos
  new housing
Full range of style and price (6)
  of prices would be good – but skeptical
Single and Multi-Family housing (4)
  Single-family residence towards the marshes (on larger lots) tighter development towards the railroad tracks
  Single Family, 2 family, rental or affordable housing (mixed)
  Single Family, Duplexes, Triplexes, 4-plexes
New housing but outside [Rosemont]
Like a lot of room – not all over each other
Water | live and work unites on waterfront | multifamily homes -> setback from waterfront | (high density residential, medium density residential) -> parks ball parks/cultural center/etc all in this area; all connected by a grid of streets [James Isl Res]
The Neck Area needs to have a more "urban" and dense feel. [Downtown resident]
At my age not concerned about the different types of housing in the Neck area

### What types of businesses do you think are needed in the Neck area? What are some examples of the kinds of daily shopping that these businesses should include?

Food (12)
  Grocery (9)
    Nice grocery store with drugstore, etc.
  Restaurant (4)
    affordable
    Fast food
  Coffee shops, Starbucks
Shopping (10)
  Shopping center(s) (4)
    small
  Variety stores (3)
    family/general dollar (2)
    drug store
Retail (6)
  Gap (chain retail stores)
  Goodwill
  Store outlets
Maybe not enough people for a Wal-Mart
Office (6)
  jobs in general for everybody
Banks
Factories
School
Services
Dry cleaners
Shopping Areas within walking distance or with delivery services. Shopping areas that included drug stores, discount stores and grocery stores.
More sustainable development, but whatever the end result the buildings/ area should be mixed-up
Perhaps some type of market (e.g. farmers' market or some other type of market where people can come and interact)

### What kinds of job opportunities would you like to see available nearby?

Part-time/Afternoon jobs for youth/students (3)
  More activities for youth (2)
Range (4)
  Technical jobs, manual labor, office jobs, clerks (mixed in with residential)
  Low to mid level white collar positions, such as administrative assistants, sales reps, paralegals, etc. ; Other positions (postmen, drivers, clerks etc); Higher-level white-collar (lawyers, doctors, etc.)
  Light industry, office (executive) complexes providing accounting jobs, clerical, computer technology, Doctors offices
  High tech offices, schools, etc.
Fair employment opportunities
Professional
Technical
Nice companies, good owners who won't hire people with bad background

### What types of public and private services are important to the health and welfare of people in the community, and should be located nearby?

Medical (7)
  Clinic
  Doctors office (4)
  affordable health service
  Health Centers
Post office (4)
Police/Policing (3)
Garbage/trash (2)
Social security (2)
Education, economic development, religious centers
Better Transportation (2)
  Better bus service
Better sidewalks. Removal of train tracks. Services that will help the development and the current residents.
Retirement home(s)
Full range – services, corporate, industry. How can you give these jobs to Neck Area residents?
Questions about the quality of existing services – bad service, equality, responsibility

## HOW I GET AROUND

### Where do you currently like to walk? How could this



Neck Planning Survey



51

*walking experience be improved?*
Neighborhoods (7)
  Rosemont community (3)
  I walk through the entire neighborhood
  Community for fun
  around blocks
  Around Silver Hill, to Mt Pleasant St
Parks and Water (4)
  Colonial Lake, Waterfront (2)
  Hampton Park
  to the river
5 min rules to store/work/retail [Downtown resident]
Usually drive

Improvements:
More sidewalks (4)
  Make sidewalks everywhere.
Need more close places to walk to
Improve lighting on walkways
traffic calming, crossing RR to Meeting
have no streets [to walk on?], grass isn't cut -> bad to walk, companies get away w/o keeping property clean, need to be able to walk safely, cut back, sidewalks, plant blocking visibility for driving.
a park in Rosemont

*What other kinds of places would you like to be able to walk to?*
Shopping (8)
  Shopping centers (4)
  Wal-mart
  other services
  Corner store (2)
    Used to be community stores.
Grocery (4)
Parks/Open Space (4)
  Parks
  Fishing Dock, Parks
  Around for exercise, like Park Circle;
  Boardwalks on the water
Restaurant
Coffee Shop
Dry cleaners
doctor's office
Bus Stop

*Where do you think are the best places for people to be able to get on the bus in your area?* Specific Stops
Doscher Ave (4)
  Doscher Ave and Peace St
Odessa Ave
Birdie Garrett Streets
  Junction of Meeting and Morrison
  Junction of Romney and Meeting
In front of the Community Center [Rosemont] or by where the new park is planned
Other
Crossing of rail track needed (3)
Current are Adequate (2)
Bus services should continue in Rosemont community
Focus on times when people are traveling (work hours)

**BUILDING MY COMMUNITY**
*Where is a good location in the Neck for a public facility for cultural events, such as an amphitheater?*
East of Meeting (3)
  Pepsi
  Exxon plant
NEI
Dixie Box & Crate
End of Milford
Landfill (2)
  Old Landfill
  Area by Bayside Manor
Former Koppers site.
Near the water/ away from most homes (noise)
Somewhere close to an exit off of I-26 or off of the new CRB or Further up King St. Extension to the west of I-26.

Other Things to Have
Bowling Alley (3)
Movie (3)
Fishing, pier/boat landing, animals (wild foxes), people & nature & and wildlife
Public building to have baby showers, parties, receptions etc,

*Where in the Neck area is the best place to locate a new large park with ball fields and other recreation opportunities to be used by all Charleston residents?*
East of Meeting (3)
  Neilson School used to be East End of Meeting Street where old Exxon
  East side of Meeting St for a park (multi-purpose) (mt pleasant & old Exxon property)
  Meeting Street where Pepsi is located
End of Milford
Landfill (2)
  "Area by Bayside Manor"
On the water
  On the Ashley River
  Along the Cooper River
  Near the water/ away from most homes (noise)
Rosemont (complete an area on Peace and Austin)
In a place easily accessible for all residents – perhaps a medium density area
Nice idea but don't know where

*Where are smaller parks needed within the Neck area?*
Locate within the neighborhoods (5)
  Rosemont (3)
  Old school ground area
  Rosemont, Four Mile, Silverhill
Variously interspersed within neighborhood – particular in wet areas
Brownfield
Undecided
No need (2)
  Fix existing parking

*Where should natural areas be preserved?*
Water/Marshfront (15)
  Marshland (13)
    Marsh near existing residential (3)
      Marsh behind Rosemont (2)
    Along the marshes
    Marsh not doing so would kill shrimp, so cut it off from building.
  Along the river, wetlands
  Waterfronts
Residential area (2)



Neck Planning Survey

