# EXHIBIT D

as existing cross streets such as Mount Pleasant Street, Heriot Street, Courtland Avenue, Milford Street, and Hagood Avenue. New streets constructed in the Neck will be built with sidewalks on both sides of the street. Funding derived in part from sources permitted under the Tax Increment Financing Law may be needed for design, right-of-way acquisition, and construction.

### *Bike Paths*

Bike paths should be added to King and Meeting Streets in the Neck. Funding derived in part from sources permitted under the Tax Increment Financing Law may be needed for design, right-of-way acquisition and construction.

### *Improvements to the City's Public Works Facility*

The City can help achieve the goals of the Neck Area Plan by relocating its public works and fire training facilities to the Industrial zone east of Meeting Street. This relocation will be possible if land is provided to the city to adequately house the functions presently located in this facility with projected growth over the next fifteen years. Such a move would result in a substantially improved public works facility and would move this industrial use away from existing neighborhoods and future mixed-use development. The Neck Area remains an ideal location for the public works and fire training facilities. But relocation will allow for upgrading of these facilities in a better location. Private funding and funding derived in part from sources permitted under the Tax Increment Financing Law will be needed for if relocation of this facility to a new site is to be made financially viable for the city to consider.

### *Parks*

Existing public parks in the Neck Area are the Freddie Whaley Jr. Community Center and Rosemont Playground in Rosemont, Rosemont Field in Rosemont,

11

**EXHIBIT D**

EXHIBIT C

## NOTICE OF PUBLIC HEARING

Notice is hereby given that on Tuesday, December 21, 2004, at ____ p.m. at _____, Charleston, South Carolina, the City Council of the City of Charleston will conduct a public hearing on the approval of the Tax Increment Financing Plan for the Redevelopment of the Charleston Neck Redevelopment Project Area under the provisions of Chapter 6 of Title 31 of the Code of Laws of South Carolina 1976, as amended.

The proposed Charleston Neck Redevelopment Project Area shall be that area more particularly described as follows:

> ALL that certain piece, parcel or tract of land, with buildings and improvements thereon, situate, lying and being in the City and County of Charleston, State of South Carolina, and being described generally, now or formerly, as follows, to wit:
>
> All property located within the general area bounded by the city limits of the City of North Charleston on the north, the Cooper River on the east, the Ashley River on the west, and Mount Pleasant and Romney Streets on the south, except for cemetery parcels and marsh areas located within the area and the property currently occupied by Rhodia, Inc. (TMS parcel 466-000-00-11).

The Charleston Neck Redevelopment Plan is intended to reverse conditions of blight existing within the Charleston Neck Redevelopment Project Area in order to promote economic development which will increase the tax base and improve the quality of life within the area. Redevelopment projects included in the Charleston Neck Redevelopment Plan consist of various public infrastructure improvements within the area described above as follows:

1. Public transit improvements, including creation of a fixed guideway transit corridor connecting downtown Charleston and North Charleston and creation of new primary transit stops for the convenience of public transit riders;

2. Improvement of the local street network, including drainage, lighting and landscaping improvements to existing streets and the creation of a more complete grid of streets;

3. Improvements to the interstate highway and highway interchanges;

4. Construction of sidewalks;

5. Construction of bicycle paths;

6. Improvements to the City's public works and fire training facilities;

7. Creation of new parks; and

8. Construction of public schools and other civic buildings, such as public libraries and cultural facilities.

It is anticipated that the investment of public money to provide these facilities will make the area attractive for private investment and it is further anticipated that as a result of the public investment in the redevelopment area, blight, deterioration and other problems will be ameliorated. Underutilized and vacant buildings and properties will be rehabilitated and new buildings will be built.

The maximum estimated term of obligations to be issued under the redevelopment plan is 15 years. All interested persons will be given an opportunity to be heard at the public hearing.

/s/ Vanessa Turner-Maybank
Clerk, Charleston City Council