## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on the 21st day of December, 2007, a copy of the **Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay** upon the following counsel in the manner indicated in its entirety and to be served upon the parties- in- interest in the manner indicated on the attached service list (without exhibits).[1]

### **BY HAND DELIVERY**

| | |
|---|---|
| Laura Davis Jones, Esq. | Marla Eskin, Esq. |
| James E. O'Neill, Esq. | Mark Hurford, Esq. |
| Pachulski Stang Ziehl & Jones LLP | Campbell & Levine, LLC |
| 919 North Market Street, 17th Floor | 800 N. King Street, #300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| | |
| David Klauder, Esq. | Michael R. Lastowski, Esq. |
| Office of the Unites States Trustee | Duane, Morris & Heckscher LLP |
| 844 King Street, Suite 2311 | 1100 North Market Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| | |
| Steven M. Yoder, Esq. | Teresa K.D. Currier, Esq. |
| The Bayard Firm | Klett Rooney Lieber & Schorling |
| 222 Delaware Avenue, Suite 900 | 1000 West Street, Suite 1410 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| | |
| Michael B. Joseph, Esq. | Mark D. Collins, Esq. |
| Theodore J. Tacconelli, Esq. | Deborah E. Spivack, Esq. |
| Ferry & Joseph, P.A. | Richards Layton & Finger, P.A. |
| 824 Market Street, Suite 904 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

### **BY FIRST CLASS MAIL**

| | |
|---|---|
| David B. Bernick, P.C. | David S. Heller, Esq. |
| Janet S. Baer, Esq. | Lewis Kruger, Esq. |
| Kirkland & Ellis | Stroock & Stroock & Lavan LLP |
| 200 East Randolph Drive | 180 Maiden Lane |
| Chicago, IL 60601 | New York, NY 10038-4982 |
| | |
| David S. Heller, Esq. | Elihu Inselbuch, Esq. |
| Latham & Watkins | Rita Tobin, Esq. |
| Sears Tower, Suite 5800 | Caplin & Drysdale, Chartered |
| 233 South Wacker Drive | 375 Park Avenue, 35th Floor |
| Chicago, IL 60606 | New York, NY 10152-3500 |

---

[1] Exhibits to be provided upon request.

William S. Katchen, Esq.  
Duane Morris LLP  
744 Broad Street  
Suite 1200  
Newark, NJ  07102-3889  

Scott L. Baena, Esq.  
Bilzin Sumberg Dunn Baena  
   Price & Axelrod LLP  
First Union Financial Center  
200 South Biscayne Blvd., Suite 2500  
Miami, FL  33131  

Philip Bentley, Esq.  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of the Americas  
New York, NY  10036  

                **/s/ Christina M. Thompson**  
                    Christina M. Thompson  

#583098