UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Tara E. Nauful** to represent **The City of Charleston, South Carolina** in this action.

Dated: December 21, 2007

**/s/ Christina M. Thompson**
Christina M. Thompson (No. 3976)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
cthompson@cblh.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of South Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

**/s/ Tara E. Nauful**
Tara E. Nauful, Esq.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, South Carolina 29201-2834
(803) 779-3080
tnauful@hsblawfirm.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                                                    United States Bankruptcy Court Judge