IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 17550** |

## NOTICE OF DEBTORS' EXHIBIT LIST

In accordance with the Court's December 5, 2007 Revised and Amended Case Management Order For The Estimation Of Asbestos Personal Injury Liabilities ("Revised CMO") (Docket No. 17550), the Debtors hereby submit their list of trial exhibits for their case-in-chief. Debtors reserve the right to rely upon additional exhibits for purposes of cross-examination and rebuttal, in accordance with the terms and provisions of the Revised CMO. Should exhibits have been inadvertently excluded from this list, Debtors reserves the right to rely upon additional exhibits as appropriate.

In addition, with respect to the databases and group exhibits on this list, Debtors reserve the right to rely on subsets of these databases, group exhibits or any individual document within these databases or group exhibits. If Debtors intend to offer a subset of these group exhibits or databases, they will do so in accordance with the Revised CMO's provisions for the exchange of Fed. R. Evid. 1006 summaries of voluminous evidence.

91100-001\DOCS_DE:133833.1

Dated: December 21, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Scott McMillin
Ellen T. Ahern
200 East Randolph Drive
Chicago, Illinois 60601
Telephone (312) 861-2000
Facsimile  (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone (202) 879-5000
Facsimile  (202) 879-5200

*and*

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:133833.1