## EXHIBIT B – SERVICE LIST

| **Equity Comm.:**<br>Theresa K.D. Currier, Esq.<br>Buchanan Ingersoll & Rooney, P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | **Debtors' Counsel:**<br>James O'Neill, Esq.<br>Pachulski, Stang, Young & Jones, LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>**VIA HAND DELIVERY** | **Unsecured Creditors Comm.:**<br>Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** |
|---|---|---|
| **Unsecured Creditors Comm.:**<br>Kenneth Pasquale, Esq.<br>Stroock Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>**VIA FEDERAL EXPRESS** | **Debtors' Counsel:**<br>Scott McMillan, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6207<br>**VIA FEDERAL EXPRESS** | **Equity Comm.:**<br>Gregory Horowitz, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**VIA FEDERAL EXPRESS** |

{D0099798.1 }