IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
AND THE FUTURE CLAIMANTS' REPRESENTATIVES'
EXHIBIT LIST FOR THE ESTIMATION HEARING**

Pursuant to the Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("CMO"), dated December 5, 2007, the Official Committee of Asbestos Personal Injury Claimants ("ACC") and David Austern, the Future Claimants Representative ("FCR") hereby disclose the list of exhibits they may use in their case-in-chief at the Estimation Hearing.

A combined list of exhibits that the ACC or the FCR *may* offer into evidence is attached to this cover pleading as Exhibit A. In accordance with the CMO, electronic copies of each exhibit identified in Exhibit A will be served on counsel for the Debtor ("Grace"), the Official Committee of Unsecured Creditors (the "UCC") and the Official Committee of Equity Security Holders ("Equity") on December 21, 2007; per the Court's oral Order at the December 17, 2007 Omnibus Hearing, copies of pre-marked exhibits will be provided to the Court at appropriate times as the trial progresses and exhibits are offered into evidence.

Pre-marking and identification of a document on this Exhibit List does not mean that the ACC and FCR necessarily intend to offer any particular exhibit into evidence, nor does pre-marking and listing an exhibit mean that the ACC and FCR agree that it is relevant or admissible.

{D0099772.1 }DOC# 296855 v1 - 12/19/2007

The ACC and FCR specifically reserve any and all objections to an exhibit's admissibility (other than authenticity) until the time such an exhibit is offered at trial.

Additionally, the Exhibit List contains only those exhibits that the ACC or FCR may offer in their case-in-chief, and does not include exhibits which may be used for cross-examination, impeachment, or rebuttal purposes.  The ACC and FCR specifically reserve the right to use any document for cross-examination, impeachment or rebuttal purposes.  Exhibits that may be used for cross-examination, rebuttal or impeachment purposes will, to the extent possible, be pre-marked for identification so that time is not wasted in the courtroom marking exhibits, but will not be disclosed on the list of potential trial exhibits.

The ACC and FCR also reserve the right to offer in their case-in-chief any exhibit identified on any other party's trial exhibit list.  If any other party refuses to stipulate to the authenticity of any of the exhibits offered by the ACC or FCR, or that an exhibit which qualifies as a business record within the meaning of Federal Rule of Evidence 803(6) is in fact a business record, the ACC and FCR reserve the right to call an appropriate custodian of records from the appropriate entity to lay a foundation to establish the authenticity and admissibility of a particular document.

Dated: December 21, 2007                     Respectfully submitted,

CAMPBELL & LEVINE, LLC                       ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Mark T. Hurford*                        */s/ Raymond G. Mullady, Jr.*
Marla Rosoff Eskin (DE ID No. 2989)          Roger Frankel
Mark T. Hurford (DE ID No. 3299)             Richard Wyron
800 N. King Street, Suite 300                Raymond G. Mullady, Jr.
Wilmington, DE 19801                         1152 15th Street, N.W.
Telephone: (302) 426-1900                    Washington, DC 20005
                                             Telephone: (202) 339-8400

– and –

| | |
|---|---|
| CAPLIN & DRYSDALE, CHARTERED<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, NY 10022-4614<br>Telephone: (212) 319-7125<br><br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Walter B. Slocombe<br>One Thomas Circle, NW<br>Washington, DC  20005<br>Tel: (202) 862–5000<br><br>*Counsel to the Official Committee of Asbestos Personal Injury Claimants* | John Ansbro<br>666 Fifth Avenue<br>New York, NY 10103<br>(212) 506-5000<br><br>- and –<br><br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>John C. Phillips, Jr. (DE ID NO. 110)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br><br>*Counsel to David T. Austern, Future Claimants' Representative* |