**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on December 21, 2007, I caused a copy of the:

1. *The Official Committee of Asbestos Personal Injury Claimants' and The Future Claimants' Representatives' Exhibit List for the Estimation Hearing,* to be served upon the individuals on the service list attached hereto as Exhibit A, in the manner indicated.

2. *The Official Committee of Asbestos Personal Injury Claimants' and The Future Claimants' Representatives' Exhibit List for the Estimation Hearing*, to be served upon the individuals on the service list attached hereto as Exhibit B, in the manner indicated.

                                        CAMPBELL & LEVINE, LLC

                                        */s/ Mark T. Hurford*
                                        Mark T. Hurford (No. 3299)
                                        800 N. King Street
                                        Suite 300
                                        Wilmington, DE  19801
                                        (302) 426-1900

Dated: December 21, 2007

{D0099783.1 }