**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket Nos.: 17577, 17585, 17586, 17587, 17588,** |
| | ) | **17589, and 17620** |
| | ) | **Hearing Date: January 14, 2008 @ 9:00 a.m. in Pittsburgh,** |
| | ) | **Pennsylvania** |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
RESPONSE TO GRACE AND THE EQUITY COMMITTEE'S MOTIONS TO
EXCLUDE OR LIMIT EXPERT TESTIMONY**

# DOCUMENTS TO BE KEPT UNDER SEAL

Dated: December 21, 2007

CAMPBELL & LEVINE, LLC

/s/ Mark T. Hurford
Marla R. Eskin (DE ID No. 2989)
Mark T. Hurford (DE ID No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10022-4614
(212) 319-7125

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
James P. Wehner
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

*Counsel to the Official Committee of Asbestos
Personal Injury Claimants*

{D0099762.1 }