# EXHIBIT B – SERVICE LIST TO DAUBERT RESPONSE

| **Equity Comm.:**<br>Theresa K.D. Currier, Esq.<br>Buchanan Ingersoll & Rooney, P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | **Unsecured Creditors Comm.:**<br>Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | **Debtors' Counsel:**<br>James O'Neill, Esq.<br>Pachulski, Stang, Young & Jones, LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>**VIA HAND DELIVERY** |
|---|---|---|
| **US Trustee:**<br>David Klauder, Esq.<br>Office of the United States Trustee<br>844 King St., 2nd Floor<br>Wilmington, DE 19801<br>**VIA REGULAR MAIL** | | |

{D0099876.1 }