## EXHIBIT C – SERVICE LIST TO DAUBERT RESPONSE

| | | |
|---|---|---|
| **Debtors' Counsel:**<br>Scott McMillan, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6207<br>**VIA FEDERAL EXPRESS** | **Debtors' Counsel:**<br>David Bernick, Esq.<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>**VIA FEDERAL EXPRESS** | **Equity Comm.:**<br>Gregory Horowitz, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>**VIA FEDERAL EXPRESS** |
| **Unsecured Creditors Comm.:**<br>Kenneth Pasquale, Esq.<br>Stroock Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>**VIA FEDERAL EXPRESS** | **Future Claimants Rep.:**<br>John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE  19806<br>**VIA FEDERAL EXPRESS** | **Future Claimants Rep.:**<br>Raymond G. Mullady Jr., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, NW, Ste 200<br>Washington, DC 20007<br>**VIA FEDERAL EXPRESS** |
| **Asbestos Property Damage:**<br>Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price<br>  & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL  33131<br>**VIA FEDERAL EXPRESS** | **Asbestos Property Damage:**<br>Theodore Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 N. Market Street, Suite 904<br>Wilmington, DE  19801<br>**VIA FEDERAL EXPRESS** | |