# EXHIBIT 4

# Expert Report of Gordon Bragg, Ph.D.

In re W.R. Grace & Co., *et al.*

October 3, 2006

significantly increase the lifetime exposure of a worker above that of the general population.

**Maintenance Work in the Presence of Grace Products**

40. As stated more generally in paragraphs 24 and 25 above, the potential for exposure of a maintenance worker such as an electrician, plumber or building custodian, depends on the location of the individual with respect to the source, and the balance of processes which are undertaken. The estimation of 8-hr Time-Weighted-Exposures for most maintenance activities involving asbestos containing products may be based upon the published literature, (See for example, Price et al in the Illustrative References, Exhibit E), or in other records such as regulatory hearings, industrial hygiene studies, regulatory inspection reports or from earlier litigation.

**Questionnaire**

41. In order to reliably determine the exposure of an individual to asbestos emissions and to provide input for a risk and claim assessment, information such as that provided by a full and comprehensive response to the W.R. Grace Asbestos Personal Injury Questionnaire (Exhibit B) is the minimum amount of information required.

The potential exposure of an individual to Grace or other asbestos product emissions is assessed in parts III, IV, V & VI of the questionnaire. Incomplete or contradictory filling of the questionnaire will potentially diminish the utility of such an exposure assessment. In particular, in the examples provided, Mr. Strauder's questionnaire states that he mixed Zonolite from 1967- 1993 as a laborer in an automotive environment. No frequency, location or duration periods within the five year period are available from this information. Mr. Simoneaux states the he was exposed to Zonolite 8 hrs per day from 1963- 1964 as a supervisor, and elsewhere states that he had 8 hours per day hands on application exposure to other non-Grace asbestos products as an apprentice during the same period. In these two cases, with the incomplete and contradictory information provided, it is difficult to make a reliable exposure assessment.