# EXHIBIT 11

## Dr. Henry's Supplement to the Henry X-ray Study

Below are two tables based on the results of my x-ray study described in my June 11, 2006 report. The first table identifies B-readers who read more than 15 films in the ILO Firms Sample and had a high percentage of over-reads compared to the findings of the three independent readers. The second chart identifies the law firms that submitted the most films in the ILO Firms Sample and the number of those films that were over-read compared to the independent panel. In reviewing the analysis of claimants' b-reader classification of claimant chest films and their comparison to the classifications of the same films by three independent b-readers, one is obviously struck by the disparity in the readings. However the scale and magnitude of the discrepancies is so profound to the point where I would have serious doubts regarding the accuracy of the claimants' doctors' readings and would not consider these readers' reads to be reliable for classification purposes. Certainly, skepticism is warranted. There are perhaps several factors which may be at play in the magnitude of the discrepancy. Further investigation will be necessary to hopefully explain the scale of the differences.

| Claimant B-Reader | Number of Readings | Profusion ≥1/0 | |
|---|---|---|---|
| | | % of Readings | % Over-read* |
| Eliasson, Orn | 62 | 70.97 | 59.68 |
| Colella, Mark | 50 | 92 | 78 |
| Gaziano, Dominic | 41 | 87.8 | 80.48 |
| Ballard, James | 40 | 97.5 | 95 |
| Anderson, Henry | 34 | 64.71 | 52.94 |
| Harron, Ray | 24 | 91.67 | 83.33 |
| Scutero, James | 21 | 100 | 100 |
| Lucas, Philip | 20 | 100 | 100 |
| Smith, Henry | 18 | 88.89 | 88.89 |
| Segarra, Jay | 17 | 94.12 | 94.12 |
| Fisher, Stephens | 15 | 86.66 | 86.66 |

| Law Firm | Number of Readings | Profusion ≥1/0 | |
|---|---|---|---|
| | | % of Readings | % Overread* |
| Peter G Angelos | 115 | 78.26 | 71.3 |
| Cascino Vaughan | 67 | 43.28 | 35.82 |
| Motley Rice | 50 | 90.00 | 84.00 |
| Waters & Kraus | 49 | 91.84 | 79.59 |
| Morris & Sakalarios | 45 | 100 | 93.33 |
| Foster & Sear | 36 | 94.44 | 91.66 |
| Goldberg Persky & White | 23 | 82.61 | 78.26 |
| Zamler, Mellen & Shiffman | 13 | 92.31 | 92.31 |
| James F Humphreys | 11 | 90.91 | 81.82 |

\* % Overread = [((# Claimant prof ≥1/0) - (# Consensus prof ≥1/0)) / # Read] x 100

Consensus = majority reading of the 3 independent Study B-Readers

*Daniel A. Henry* (signature)
Daniel A. Henry, M.D., F.A.C.R.

July 26, 2007