# EXHIBIT 18

# REBUTTAL REPORT OF
# DR. HOWARD WILLIAM ORY, M.D., M.SC.
# TO THE EXPERT REPORTS OF LAURA WELCH, M.D. AND
# MARK A. PETERSON, J.D., Ph.D.

*In re W. R. Grace & Co. et al.*

**September 25, 2007**

projections in light of the actual number of cases of disease that have developed and been measured. The projection relied on by Dr. Peterson in his estimation report, and the one generally accepted by the scientific community, was done by Nicholson *et al.* in 1982. In Figure 6, below, I show the results of a comparison between Nicholson's mesothelioma projection to the actual number of cases of mesothelioma that occurred subsequent to his projection.

The curve on the top is Nicholson's projection. The curve on the bottom, from 1974 through 2002, presents the actual number of men developing mesothelioma.



**Figure 6**
Nicholson's Estimate of Number of Men Developing Mesothelioma 1974-2027 (top curve)
Actual Number of Men Developing Mesothelioma 1974 - 2002 (bottom curve)
2003-2027 Projection (bottom curve) Applies Nicholson's Rate of Change to Actual Numbers

As Figure 6 shows, Nicholson's projections are always higher than the estimate of the actual number of cases, but the shapes of the curves are similar. Nicholson's projection shows