IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Related Dkt. Nos. 17577, 17585, 17586, 17587, 17588, 17589, and 17620** |
|  | ) **Reply Deadline: January 7, 2008** |
|  | ) **Hearing Date: January 14, 2008 at 9:00 am in Pittsburgh, PA** |

FUTURE CLAIMANTS' REPRESENTATIVE'S OPPOSITION TO MOTIONS OF W.R. GRACE AND OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO EXCLUDE EXPERT OPINIONS IN CONNECTION WITH THE ESTIMATION OF GRACE'S CURRENT AND FUTURE ASBESTOS PERSONAL INJURY LIABILITY

# DOCUMENTS TO BE KEPT UNDER SEAL

Dated: December 21, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Raymond G. Mullady, Jr.*
Roger Frankel
Richard Wyron
Raymond G. Mullady, Jr.
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400

John Ansbro
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

*Co-Counsel to David T. Austern,
Future Claimants' Representative*

US_EAST:160361928.1