# EXHIBIT 29

US District Court - Delaware  FINAL - October 22, 2007
Chapter 11 - W.R. Grace  Steve Hays

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------

CHAPTER 11
IN RE:
W.R. GRACE & CO., et al.,

   Debtors.

Case No. 01-1139 (JFK)

----------------------------------------

DEPOSITION OF:
Steve Hays
Monday, October 22, 2007
Washington, D.C.
Lead:  Scott A. McMillin, Esquire
Firm:  Kirkland & Ellis LLP

FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

US District Court - Delaware  FINAL - October 22, 2007
Chapter 11 - W.R. Grace  Steve Hays

Page 155

1   It's hard to understand. You can read the
2   number, but what actually happened during
3   that?
4       So he's making a professional
5   judgment in how he uses those numbers.
6       So, yes, you have hard numbers,
7   but the judgment is still always there.
8       Q   I understand. And -- but when
9   you have historic data of that type, do you
10  agree that it is appropriate to evaluate it
11  and use it to the extent you can when you
12  are doing your historic exposure
13  reconstruction?
14      A   Of course.
15      Q   When you are doing a historic
16  exposure reconstruction and you don't have
17  data on a specific product or activity, is
18  there an element of professional judgment
19  to look for other data that you have that
20  might be similar product, similar types of
21  activities?
22      A   Similar products, similar

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - October 22, 2007  
Steve Hays

Page 156

1   activities, similar site conditions,
2   similar tasks, of course.
3       Q   And that is all part of the
4   professional judgment of the industrial
5   hygienist in attempting to recreate
6   historic exposures?
7       A   Yes. For a specific
8   individual.
9       Q   And I may be going too far.
10  But are you saying that you don't
11  necessarily disagree with the method by
12  which Peter Lees looked at and used the
13  historic data.
14          But what you are focused on is
15  there should be more of a range as opposed
16  to a mean value being used in that historic
17  exposure reconstruction?
18          MR. WEHNER: Object to the
19      form. Vagueness.
20      A   I would say there needs to be a
21  range in addition to cumulative lifetime
22  exposure.

US District Court - Delaware  FINAL - October 22, 2007
Chapter 11 - W.R. Grace  Steve Hays

Page 157

1  Now, I also am not prepared to
2  say that I agree with Peter Lees' judgment.
3  My point was he did make it, and he has to.
4  Anybody does.
5  So the methodology, I think, is
6  pretty standard as far as it goes. I would
7  do -- for an individual do much more than
8  he has done for these cohorts.
9  **Q   Understood. So I just want to**
10 **make sure we are on the same page -- that**
11 **you don't disagree with the methodology**
12 **that he used to create the means.**
13 **You may disagree with specific**
14 **judgment calls in applying that**
15 **methodology; is that fair?**
16  MR. WEHNER: Object. Vague.
17  A   As far as it goes.
18  **Q   What does that mean?**
19  A   Well, as I said, he's dealing
20 with cohorts, and that is different from
21 dealing with a specific case. In other
22 words, I think you have to do much more job

JANE ROSE REPORTING
1-800-825-3341   janerosereporting.com

US District Court - Delaware  FINAL - October 22, 2007
Chapter 11 - W.R. Grace  Steve Hays

Page 158

1 history reconstruction for an individual
2 than you do for a cohort.
3     In one case you are working in
4 averages. In another case you are not.
5     Q   Isn't that -- not to be
6 nit-picky, but isn't that a disagreement
7 with Betty Anderson's risk assessment
8 analysis for the cohort as opposed to Peter
9 Lees, who just created eight-hour TWAs for
10 different products and activities?
11     MR. WEHNER: Object to the
12     form. Vagueness.
13     A   I think, in general, Peter
14 Lees' methodology for creating cumulative
15 exposure estimates for a cohort is
16 standard. I disagree with some of the
17 judgments he made, and I disagree with some
18 of his math.
19     But the methodology of using
20 the data to arrive at numbers is standard.
21 I don't think he used enough data, and
22 there is a whole list of things that I

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com