# EXHIBIT 33

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL COPY - CONFIDENTIAL
Daniel Myer - November 20, 2007

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-------------------------------------------------
CHAPTER 11
IN RE:
W.R. GRACE & CO., et al.,
    Debtors.
Case No. 01-1139(JFK)
Jointly Administered
-------------------------------------------------
VIDEO DEPOSITION OF
Daniel Myer
November 20, 2007
New York, New York
Lead:  Elli Leibenstein, Esquire
Firm:  Kirkland & Ellis, LLP




FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING 1-800-825-3341

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US District Court - Delaware  FINAL COPY - CONFIDENTIAL
Chapter 11 - W.R. Grace  Daniel Myer - November 20, 2007

Page 194

1  Q. They know if they are a maintenance
2  worker?
3  A. Yes.
4  Q. And that's not information that Grace
5  itself would know about the claimant?
6  Correct?
7  A. Unless it was provided by the plaintiff
8  counsel.
9  Q. So the stay in 2001 would have nothing to
10  do with what the person did in his job? Is that
11  correct?
12  A. The stay certainly would have -- would not
13  have changed the historical occupational history of
14  any given plaintiff.
15  Q. Right. I mean, the occupational history
16  is something that's usually taken by the plaintiff's
17  counsel as soon as the case is being put together?
18  Isn't that right?
19  A. The occupational history would have
20  remained the same in 2001 as it -- reported in 2001
21  as it would be reported in 2006.
22  Q. And that's something that usually is
23  developed right at the beginning of the case, the
24  occupational history of the claimant? Isn't that
25  right?

JANE ROSE REPORTING
1-800-825-3341   janerosereporting.com

US District Court - Delaware  FINAL COPY - CONFIDENTIAL
Chapter 11 - W.R. Grace  Daniel Myer - November 20, 2007

Page 195

1    A. What they normally do is they -- they sit
2  the plaintiffs down, and they have a discussion with
3  them about their work histories, and then they go
4  into as much detail as possible about trying to find
5  out basically what their -- about what their actual
6  histories were --
7    **Q. But --**
8    A. -- but it makes sense initially they would
9  know up front what the occupational history was of
10  given plaintiffs -- of different -- of different
11  claimants.
12      MR. LEIBENSTEIN: Do you want to take
13  a break for a minute?
14      THE WITNESS: Yes.
15      MR. LEIBENSTEIN: Okay.
16      THE VIDEOGRAPHER: Going off the
17  record.
18      The time is 2:18 p.m. This is the
19  end of Tape 4 in the deposition of Daniel
20  Myer.
21      (Recess taken at 2:18 p.m.)
22      (Resumed at 2:32 p.m.)
23      THE VIDEOGRAPHER: We are back on the
24  record.
25      The time is 2:32 p.m. This is the

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com