# EXHIBIT 36

US District Court - Delaware  
Chapter 11 - W.R. Grace  

FINAL - November 8, 2007  
Victor Roggli, M.D.

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------

CHAPTER 11
IN RE:
W.R. GRACE & CO., ET AL.,

Debtors.

Case No. 01-1139 (JFK)
Jointly Administered

-----------------------------------

DEPOSITION OF
Victor L. Roggli, M.D.
November 8, 2007
Durham, North Carolina
Lead: Barbara Harding, Esquire
Firm: Kirkland & Ellis, LLP

FINAL COPY
JANE ROSE REPORTING   1-800-825-3341

US District Court - Delaware  FINAL - November 8, 2007
Chapter 11 - W.R. Grace  Victor Roggli, M.D.

Page 102

1  Q. And it's still your opinion today, as I read the,
2  "Chest," article, that mesothelioma is a dose-dependent
3  disease; correct?
4  A. I believe it follows a dose-response relationship.
5  Yes.
6  Q. Okay. And you've previously testified that there is
7  a threshold of asbestos fiber burden that must be exceeded to
8  attribute a mesothelioma to asbestos exposure, and that is
9  still your opinion today; correct?
10  A. I don't know that I've ever said that. I typically
11  say that there's no level or threshold yet been identified
12  below which mesothelioma will not occur in humans.
13  Q. Well, actually, I think -- I think this was a
14  question that went to the asbestos fiber burden. In fact,
15  you've previously testified under oath, "There is" -- quote,
16  "There is a threshold of asbestos fiber burden that must be
17  exceeded to attribute a mesothelioma to asbestos exposure," and
18  that was from Hermes v. Owens Corning Fiberglass.
19  A. Yes.
20  Q. Do you still agree with that?
21  A. In terms of what we find in the lung, in order for
22  me to attribute a mesothelioma case to asbestos, the level
23  needs to be above what the background range of values happen to
24  be.
25  Q. Okay. What evidence, epidemiological or otherwise,

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - November 8, 2007  
Victor Roggli, M.D.

Page 136

1   Q.   Have you -- have you attempted to calculate or -- or
2   do an analysis to determine whether or not the -- the
3   difference in rates in women are statistically different or
4   not?
5   A.   I have not done an independent calculation of that
6   particular curve.  And because mesothelioma is a rare disease,
7   and because it's less common in women than in men, and because
8   low-dose exposures are the Achilles' heel of epidemiological
9   studies, I wouldn't be surprised if that curve is not
10  statistically significant different from a flat curve.
11       But I think it is -- it is deceiving to say that
12  that means that there has been no effect on mesothelioma rates
13  in -- in women, because that -- the changes that are present
14  there are not statistically significant.  I don't think that --
15  I think that's a deceptive way to look at the data.
16  Q.   Have you examined -- there's data on the occurrence
17  and incidence, prevalence of mesothelioma in other geographic
18  locations; correct?
19  A.   Yes.
20  Q.   Okay.  There's data on mesothelioma in women and men
21  in other locations; correct?
22  A.   Yes.
23  Q.   Okay.  Have you examined other data sources for an
24  understanding of the background rate of mesothelioma?
25  A.   I think -- I think we discussed that, as I recall,