# EXHIBIT 37

US District Court - Delaware  FINAL - Oct. 3, 2007
Chapter 11 - W.R. Grace  Dr. Laura Welch

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

CHAPTER 11

IN RE:
W.R. GRACE & CO., et al.,

Debtors.

Case No. 01-1139 (JFK)

---

DEPOSITION OF:
Dr. Laura Welch
Wednesday, October 3, 2007
Washington, D.C.
Barbara Harding, Esquire
Kirkland & Ellis

FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

JANE ROSE REPORTING
1-800-825-3341  janerosereporting.com

US District Court - Delaware  
Chapter 11 - W.R. Grace

FINAL - Oct. 3, 2007  
Dr. Laura Welch

Page 56

1   asbestos-containing product, right?
2       A   Right, even -- let's say we
3   even -- let's have it be the same product,
4   100 fiber years various what you've got in
5   a day, which might be, you know -- let's
6   say you get half a fiber year in a day.
7           100 fibers years is --
8   represents -- carries a higher risk with it
9   because most of these diseases have a dose
10  response. They all have a dose response,
11  not necessarily always linear -- so that
12  the more exposure, the higher the risk of
13  an individual.
14          And if you parse it out where
15  99 percent of the exposure was one thing
16  and 1 percent another, more the risk of can
17  be attributable to that 99 percent.
18      Q   So substantially more of the
19  risk can be attributed to that 99 percent,
20  correct?
21      A   Yes. Yes.
22      Q   But once an individual -- once