# EXHIBIT 41

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              .    Chapter 11
                                    .
W.R. GRACE & CO., et al.,           .    Case No. 01-01139(JKF)
                                    .    Jointly Administered
        Debtors.                    .
                                    .    March 27, 2006 (2:04 p.m.)
                                    .    (Wilmington)


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE




Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

Date 4·18·06
Docket # 12249

1   clients can answer about their diseases and their exposure
2   and this, that, and the other thing.  Mr Bernick's
3   questionnaire was drafted by Mr. Bernick for Mr. Bernick's
4   client.  It wasn't drafted as some sort of *amicus curiae*
5   document to help the Bankruptcy Court streamline its
6   litigation procedures such that it would then be adopted as a
7   new exception to the Federal Rules of Civil Procedure.
8           THE COURT: No, look, I understood that the purpose
9   was so that we could get teed up for an estimation process.
10          MR. LOCKWOOD: That's correct.
11          THE COURT: The debtor wants to figure out what
12  claims are legitimate claims - in quotes, "legitimate claims"
13  in order to figure out what funding has to be committed
14  through this plan to the personal injury claimants versus
15  anybody else.  That's the sole limited purpose for which this
16  questionnaire was approached, brought into the Court,
17  approved by me, and sent out.  And frankly, it would seem to
18  me to be in every claimant's best interest to do their darn-
19  est to try to answer it effectively and adequately because to
20  the extent that there are really sick people out there, they
21  should be getting paid and they should be getting paid
22  sooner, and to the extent that there really aren't sick
23  people out there, the debtor ought to know that it has to
24  commit more of its resources to pay the really sick people.
25  That's what it's all about.