# EXHIBIT 42

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Case No. 01-1139 |
| W.R. GRACE & CO., | |
| | 824 Market Street |
| | Wilmington, DE  19801 |
| Debtor. | |
| | July 24, 2006 |
| . . . . . . . . . . . . | 2:00 p.m. |

TRANSCRIPT OF OMNIBUS HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:   Kirkland & Ellis, LLP
                  By:  DAVID M. BERNICK, ESQ.
                       JANET S. BAER, ESQ.
                       MICHELLE H. BROWDY, ESQ.
                  200 East Randolph Drive
                  Chicago, IL  60601

                  Reed Smith, LLP
                  By:  JAMES J. RESTIVO, JR., ESQ.
                  435 Sixth Avenue
                  Pittsburgh, PA  15219

                  Pachulski, Stang, Ziehl, Young, Jones
                    and Weintrabu, LLP
                  By:  JAMES E. O'NEILL, III, ESQ.
                  919 North Market Street, 17th Floor
                  P.O. Box 8705
                  Wilmington, DE  19899-8705

Audio Operator:   Matthew J. Yovino

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**
**(609) 586-2311      Fax No. (609) 587-3599**

1       THE COURT: No, no, I'm not going there.

2       MR. PHILLIPS: We're not going there.

3       THE COURT: They're to fill out the questionnaire.

4       MR. PHILLIPS: Right. The other point, Your Honor --

5       THE COURT: This is a bankruptcy case. I don't care
what they said in the tort system. I want to know for proof of
claim purposes what they're alleging here, and that's what the
questionnaire does. So, that will not -- I will not go there.

9       MR. PHILLIPS: All right, Your Honor. But, I'm just
advertising -- not everyone is here, but I'm just -- I was just
trying to raise for Your Honor that that's the second issue
that I think --

13      THE COURT: Well, that wouldn't --

14      MR. PHILLIPS: -- Mr. Lockwood was alluding to that
people -- whether it's meritorious or not, Your Honor, that was
the argument that was going to be made. But, the second point,
Your Honor, was just to clarify Your Honor's earlier statement.
If a claimant believes its claim is settled with Grace wouldn't
the controlling issue be whether or not under that state's
substantive law the case was settled on? I mean, I don't know
what the law in Texas applies, what the law of Illinois. But,
presumably there maybe differences as to whether a claim or not
is settled, a tort claim under that state's settlement law
because states do different --

25      THE COURT: There maybe differences.

**J&J COURT TRANSCRIBERS, INC.**