# EXHIBIT 43

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | . | Chapter 11 |
| | . | |
| W.R. GRACE & CO., *et al.*, | . | Case No. 01-01139(JKF) |
| | . | Jointly Administered |
| Debtors. | . | |
| | . | Aug. 21, 2006 (1:55 p.m.) |
| | . | (Wilmington) |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1    people are going to be objecting to these things even more
2    than they already have.
3         THE COURT: I think it's very unlikely, having gone
4    through the process that this Court went through for days
5    about the questionnaire, that a whole lot of objections are
6    going to be sustained to the information requested on the
7    questionnaire. So, folks get it filled out and get it
8    returned. It's now no longer just the debtor's mechanism for
9    asking for something for estimation. It's now a formal
10   discovery. So, you can file an objection if you've got one,
11   but we went through this at length. The language was vetted
12   by everybody who was present in court. The courtroom was
13   filled on all of those days, so frankly, I don't think you're
14   going to have too many objections that will be sustained.
15   There may be some. I'm not ruling in advance, but the
16   presumption that I'm going to make is that this questionnaire
17   was essentially what everybody agreed on could make sense for
18   the parties who had to fill it out and could be returned in
19   some completed fashion. So that's the presumption I'm
20   starting with.
21        MR. SAKELO: That's a fair point, Your Honor. I
22   understand where the Court is coming from. The reason why we
23   made this particular suggestion was that number one, we are
24   hoping and at least we've been working with the debtor under
25   the assumption that these materials would go out by September