# EXHIBIT 45

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
IN RE:                          .    Case No. 01-01139(JKF)
                                .    Chapter 11
                                .    Jointly Administered
W.R. GRACE & CO., at al.,.
                                .    USX Tower - 54th Floor
                                .    600 Grant Street
                                .    Pittsburgh, PA 15219
                                .
        Debtors.                .    August 29, 2007
. . . . . . . . . . . . . ..         1:11 p.m.
```

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Debtors: | Kirkland & Ellis, LLP<br>By:  DAVID M. BERNICK, ESQ.<br>     JANET S. BAER, ESQ.<br>     AMANDA C. BASTA, ESQ.<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| For the Debtors: | Reed Smith, LLP<br>By:  JAMES J. RESTIVO, JR., ESQ.<br>     TRACI S. REA, ESQ.<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| For the Debtors: | Pachulski, Stang, Ziehl, Young,<br>   Jones & Weintraub, P.C.<br>By:  JAMES E. O'NEILL, ESQ.<br>919 Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 |
| Audio Operator: | Janet Heller |

Proceedings recorded by electronic sound recording, transcript produced by transcription service

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311    Fax No. (609) 587-3599

1  demonstrated the need to get this data.  There is no other
2  source for this data.
3           THE COURT:  Well there is.  There's the claimants
4  themselves.  But, you know, I -- the debtor has attempted
5  through counsel numerous times to get this data and has not
6  been successful through the efforts that have been propounded
7  so far in getting it.
8           MR. BERNICK:  Correct.
9           THE COURT:  But there is another source.
10          MR. BERNICK:  But as a practical matter it's
11 availability at the very least is highly questionable at this
12 late date and after so much sweat has been poured out in this
13 courtroom over the process.
14          THE COURT:  But the -- but I think the point that
15 counsel makes that is the valid point it this is an aggregate
16 estimation process.
17          MR. BERNICK:  Correct.
18          THE COURT:  And to the extent that this -- that the
19 Celotex Trust is willing to give you the aggregate data, i.e.,
20 here are the claimants that have proven that they've had
21 exposure to a Celotex product and the debtor can match that up
22 against the claimants that it has who are alleging exposure to
23 a Grace product, I mean that's the information you're looking
24 for.
25          MR. BERNICK:  Well I understand. If it were that --