# EXHIBIT 46

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                                    . Case No. 01-1139(JKF)
                                          .
                                          .
W.R. GRACE & CO.,                         . 5414 USX Tower Building
                                          . Pittsburgh, PA   15222
                                          .
            Debtor.                       .
                                          . October 25, 2007
. . . . . . . . . . . . . . . . . . . . . 2:07 p.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:              Kirkland & Ellis, LLP
                             By:  JANET BAER, ESQ.
                                  LISA ESAYIAN, ESQ.
                                     (telephonic appearance)
                                  DAVID M. BERNICK, P.C., ESQ.
                                  AMANDA BASTA, ESQ.
                                  BARBARA HARDING, ESQ.
                                     (telephonic appearance)
                                  ELLEN AHERN, ESQ.
                                     (telephonic appearance)
                             Aon Center
                             200 East Randolph Drive
                             Chicago, IL   60601

For the Debtor:              Reed Smith, LLP
                             By:  JAMES J. RESTIVO, JR., ESQ.
                             435 Sixth Avenue
                             Pittsburgh, PA   15219

Audio Operator:              Janet Heller

Proceedings recorded by electronic sound recording, transcript
          produced by transcription service.

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311   Fax No.  (609) 587-3599

93

1  is he's going to explain why he couldn't answer the
2  questionnaire in a certain way.
3          THE COURT:  I'm afraid he's not.  He's not going to
4  be explaining.  It's either in writing in those questionnaires,
5  or it's not there.  I think I made those rulings clear early
6  on.  What's in is available for the fact and expert witnesses,
7  and, otherwise, for purposes of this estimation hearing, it
8  doesn't exist.  And that's the end of it.  We are not getting
9  into those questionnaires again, period.  End of story.
10         MR. BERNICK:  Okay, so we'll pursue the subpoenas,
11 and I -- yes.  You know, maybe we'll be back on a motion to --
12 I would really -- I urge the other side to sit down and see if
13 we could become more specific, because I really believe that if
14 they're going to avoid the inference that there was liability
15 from those criteria, then we're talking about very limited
16 testimony.  And if it's very limited testimony, there's a very
17 limited amount of discovery that I'm going to need, and then I
18 will know what these people are going to say, because it's in
19 our files.
20         THE COURT:  Well, there is not going to be an
21 inference of liability, unless there is something in the
22 settlement agreement in which case somebody's going to have to
23 show me the settlement agreement that indicates that, in fact,
24 there is an admission of liability.  Because, otherwise, people
25 generally settle, so that you don't admit liability.