# EXHIBIT 57

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case no. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | Re: Docket Nos. 14150 and 14203 |
| | ) | |

**ORDER ON CERTAIN ASBESTOS CLAIMANTS' FIRMS' MOTION TO ALTER OR AMEND SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE & CO. ASBESTOS PERSONAL INJURY QUESTIONNAIRE PURSUANT TO FED. R. BANKR. P. 9023, AND ALTERNATIVE REQUEST FOR ENTRY OF A PROTECTIVE ORDER**

On December 22, 2006, the Court entered its Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire. (Docket No. 14150) (the "Consulting Expert Order").

On January 2, 2007, certain Claimants moved that the Court reconsider the rulings memorialized in the Consulting Expert Order and accordingly amend the Order. *See Certain Asbestos Claimants' Firms' Motion To Alter Or Amend Supplemental Order Regarding Motions To Compel Claimants To Respond To The W.R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant To Fed. R. Bankr. P. 9023, And Alternative Request For Entry Of A Protective Order* (Docket No. 14203) (the "Motion to Amend").

Upon consideration of the Motion to Amend, and all oppositions and responses thereto, the Court hereby enters the following order.

IT IS HEREBY ORDERED that:

1. Any information provided pursuant to the Consulting Expert Order may be used by the parties to the proceeding to estimate Grace's liability for pending and future asbestos personal injury claims, their counsel, agents, and experts for use in connection with this bankruptcy only and may not be used by any person for any other purpose.

2. Except as ordered in the preceding paragraph, the Motion to Amend is in all other respects denied.

SO ORDERED this __6th__ day of __March__, 2007.

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2