# EXHIBIT 59

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al, | ) (Jointly Administered) |
| | ) Related to Docket Nos. 14150, 14763 and 14908 |
| Debtors. | ) April 13, 2007 Agenda Item No. 2 |

### ORDER DENYING BARON & BUDD, P.C., LEBLANC & WADDELL, LLP, AND SILBER PEARLMAN, LLP, REQUEST TO STAY COMPLIANCE WITH THE CONSULTING EXPERT ORDER PENDING APPEAL

Before the Court is the motion (the "Motion") of the firms Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP (collectively, the "Firms") [Docket No. 14908], pursuant to Fed. R. Bankr. P. 8005 to stay the Order on Certain Claimants' Firms' Motion to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Inquiry Questionnaire Pursuant to Fed. R. Bankr. P. 9023 and Alternative Request for Entry of a Protective Order [Docket No. 14763] and the Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Personal Injury Questionnaire [Docket No. 14150] (collectively, the "Consulting Expert Order"). The Court, having reviewed the Motion and the responses thereto and after considering arguments of counsel;

**IT IS HEREBY ORDERED:**

1. The request for a stay is **DENIED**; and

2. Any information provided to the Debtors pursuant to the Consulting Expert Orders may only be used by or disclosed to the parties, their counsel, agents and experts with respect to the estimation proceedings in these chapter 11 cases and such other matters as may arise in this bankruptcy only, and may not be used for any purpose other than these chapter 11 cases. All information provided, and all copies thereof, whether in paper or electronic form, must be destroyed one week prior to the effective date of any plan of reorganization for these

cases, unless such destruction is ordered earlier. Immediately thereafter, such destruction shall be affirmed by a person with personal knowledge in affidavits or declarations filed with this Court. This Court retains jurisdiction to address any issues concerning compliance with this Order and any plan of reorganization shall so provide.

May 9, 2007

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge

rmab