# EXHIBIT 66

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline: December 21, 2007** |
| | ) | **Hearing Date: January 14, 2008 at 9am in Pittsburgh, PA** |

**MOTION FOR AN ORDER PURSUANT TO SECTION 107(B) OF
THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE, AND LOCAL RULE 9018-1(B)
AUTHORIZING THE FUTURE CLAIMANTS' REPRESENTATIVE, AND
DIRECTING THE CLERK OF THE COURT, TO FILE UNDER SEAL
THE MOTION OF FUTURE CLAIMANTS' REPRESENTATIVE TO
PRECLUDE TESTIMONY OF DEBTORS' EXPERTS DR. B. THOMAS
FLORENCE, DR. ELIZABETH L. ANDERSON,
DR. SURESH MOOLGAVKAR, DR. PETER S.J. LEES AND
DR. RICHARD J. LEE PURSUANT TO RULES 702, 703 AND 403
OF THE FEDERAL RULES OF EVIDENCE
<u>AND EXHIBITS THERETO</u>**

David T. Austern, the Court-appointed legal representative for future asbestos

personal injury claimants (the "Future Claimants' Representative" or "FCR"), by and

through his undersigned counsel, hereby moves (the "Motion") for the entry of an order

pursuant to Section 107(b) of Title 11 of the United States Code (the "Bankruptcy

Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Rule 9018-1(b) of the Local Rules of the United States Bankruptcy Court

for the District of Delaware (the "Local Rules") authorizing the FCR, and directing the

Clerk of the Court, to file under seal the Motion of Future Claimants' Representative to

Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth L.

Anderson, Dr. Suresh Moolgavkar, Dr. Peter S.J. Lees and Dr. Richard J. Lee Pursuant to

signed an Order appointing David T. Austern as the legal representative for future asbestos personal injury claimants.

4.      Pursuant to the Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Docket No. 17550), contemporaneously with this Motion, the FCR is filing a motion to preclude the testimony of the Debtors' expert witnesses Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S.J. Lees and Dr. Richard J. Lee pursuant to Federal Rules of Evidence 702, 703 and 403 (the "FCR's Daubert Motion") along with certain exhibits, which contain confidential information provided to the FCR by the Debtors upon agreement to maintain the confidentiality of the information. The Debtors have designated certain of this information as confidential. Therefore, the FCR seeks to have this Court enter an order permitting the filing of the FCR's Daubert Motion and the exhibits thereto under seal so as to protect the Debtors' asserted interest in the confidential, commercial information and the FCR's agreement to maintain the confidentiality of the information.

## RELIEF REQUESTED

5.      By this Motion, the FCR requests authority to file the FCR's Daubert Motion and the exhibits thereto under seal for *in camera* review by this Court.

6.      In pertinent part, Section 107(b) of the Bankruptcy Code provides:

(b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may--
    (1)      protect an entity with respect to a trade secret or confidential research development, or commercial information;