# EXHIBIT 80

# THE OCCURRENCE OF ASBESTOSIS AMONG INSULATION WORKERS IN THE UNITED STATES*

I. J. Selikoff, J. Churg, E. C. Hammond

*Section on Environmental Health, The Mount Sinai Hospital, New York, N.Y.*

Information currently available concerning asbestosis has been derived largely from studies of employees of asbestos textile factories and should properly be referred to such individuals. It is inadequate to speak now of "asbestos workers." With the growth of asbestos utilization, including rapid multiplication of the number and variety of its applications, it would perhaps be more accurate to categorize workmen exposed to asbestos as "asbestos textile workers," "asbestos insulation workers," "asbestos miners," "asbestos mill workers," "asbestos-cement workers," etc. The different occupations vary widely in important respects; in intimacy, intensity and duration of exposure, in variety and grade of asbestos used, in working conditions, in concomitant exposure to other dusts or inhalants. The importance of this distinction and the parallel obligation to evaluate and study the experience of asbestos exposure in other trades, is emphasized by the fact that asbestos textile workers are now a minority of those exposed during the industrial use of asbestos.

There were good reasons for the early emphasis on asbestos textile workers. The first cases of asbestosis were in textile workers.[1-3] Following the republication of Cooke's case in 1927,[4] with its rapid confirmation by the report of another case by Seiler,[5] the Factory Department in Great Britain had to decide whether these were exceptional occurrences or represented a significant health risk in industry. Accordingly, an investigation into the problem was undertaken during 1928 and 1929.[6] The scope of the study had to be restricted. The textile industry was selected for study since only here was there pure or almost pure asbestos exposure. Since it was urgent to investigate the effect of this dust, limiting the investigation to this branch of the industry avoided the possible complications which might be introduced by the presence of other potentially fibrogenic dusts. Moreover, in other asbestos trades, there were varying portions of asbestos in the dust to which workers were exposed, which would have added another complicating factor. It was accepted that there were considerable numbers of workers exposed to mixed dusts whose risk would not be documented by study of the asbestos textile industry.

Subsequent surveys, similarly designed to study the risk of industrial asbestos exposure, were also largely confined to asbestos textile works[7-11]

*This study was supported by the Health Research Council of the City of New York.

139

although some described experiences in asbestos mills,[12,13] asbestos-cement works,[14] or factories producing a variety of asbestos products.[15] Such studies had the advantage of having available for investigation sufficiently large numbers of individuals to allow for statistical evaluation of the observations made. There was the added advantage that in many of the factories there were a considerable number of individuals with extended periods of exposure, allowing for analysis of the effect of prolonged exposure.

An important area of industrial asbestos exposure has been asbestos insulation work. The first asbestos factory opened in Great Britain in 1871[16] with the expansion of the asbestos textile industry beginning 10 years later consequent upon the availability of high grade spinning asbestos from Canada.[17] Yet asbestos was used for heat insulation in 1866.[18] Asbestos cement was introduced as a boiler covering about 1870 and other asbestos insulation products were introduced in the next three decades. Commercial production of asbestos insulation materials was recorded at least in 1874.[19]

Just as in Great Britain, early studies concerning asbestosis in the United States did not mention asbestos insulation workers. Neither Pancoast[20] nor Hoffman[21] characterized the asbestos trade in which the workmen referred to by them were engaged. The first official claim for compensation associated with asbestos in the U. S. was in 1927 and, again, the nature of the work was not stated.[22]

Ellman[23] in 1934 mentioned a case of asbestosis in an insulation worker. Other cases were subsequently reported,[24-26] and in the annual report of the Chief Inspector of Factories for the year 1956,[27] "lagging," or insulation work, was recognized as hazardous. Similarly, Hervieux in France drew attention in 1962 to the dangers of such end product use as insulation work.[28] The only large scale survey of asbestos insulation workers was undertaken in the U. S. by Fleischer *et al.* in 1945. They found only three cases of asbestosis and concluded that "asbestos pipe covering of naval vessels is a relatively safe operation."[29] Unfortunately, 95 per cent of those examined by them had worked for less than 10 years at the trade and, as we shall see, evaluation of the risk of insulation workers limited to study of men with relatively short durations of exposure may be misleading.

### Asbestos Insulation in the United States

Asbestos, as a mixture of fiber and sodium silicate, was first used as an insulation material in 1866 and as asbestos cement about 1870. Magnesia with asbestos as a binder soon followed and air-cell covering, made with corrugated asbestos paper, was introduced in 1898.[18] These materials are still in use, with others.

The first union of insulation workers in the United States was formed in New York City in 1884 under a charter issued by the Knights of Labor

predecessor of the Ar...
Association of Boiler ...
insulation workers in t...
International Associati...
ers, with the amalgam...
and other independent...
union are insulation w...
doing construction insu...
in shipyards and powe...
is in the open air but i...
ters with poor ventila...
trade; few are specia...
material. Conditions o...
company. Among the...
than nine per cent of t...
worked for one emplo...
perience less than half...
of work practices with...
States and with know...
ployers indicates that...
same through the coun...
practices in other coun...
work is approximately...

The asbestos exposu...
and intermittent. Some...
five years ago, the mag...
with no asbestos. Late...
felt, cork, rock-wool. I...
come into increasing u...
foamed and expanded...
containing products w...
insulation was and rem...
tains approximately 1...
varying asbestos conte...
has 15-20 per cent or...
air-cell have a highe...
quantities.

We have studied the...
in the past, in several...
lications from the earl...
the major asbestos-co...
especially insofar as th...
cerned. As expected f...

s

asbestos-cement
products.[15] Such
·ation sufficiently
·uation of the ob-
many of the fac-
·s with extended
·ect of prolonged

as been asbestos
Britain in 1871[16]
·ginning 10 years
·ng asbestos from
·1 1866.[18]Asbestos
·nd other asbestos
·ades. Commercial
·at least in 1874.[19]
·asbestosis in the
·rs. Neither Pan-
·which the work-
·official claim for
·1927 and, again,

·nsulation worker.
·annual report of
·rging," or insula-
·rvieux in France
·use as insulation
·ion workers was
·found only three
·covering of naval
·per cent of those
·the trade and, as
·s limited to study
·be misleading.

·is first used as an
·t 1870. Magnesia
·ering, made with
·ese materials are

·tates was formed
·Knights of Labor

(predecessor of the American Federation of Labor), as "The Salamander
Association of Boiler and Pipe Felters."[30] In 1910, the present union of
insulation workers in this country was chartered by the A. F. of L., as the
International Association of Heat and Frost Insulators and Asbestos Work-
ers, with the amalgamation of the Salamanders' Association of New York
and other independent locals through the country.[31] The members of this
union are insulation workers, primarily employed in the building trades
doing construction insulation work but also employed as insulation workers
in shipyards and powerhouse construction and repair. Much of their work
is in the open air but it sometimes is, as aboard ship, in rather tight quar-
ters with poor ventilation. The men generally work at all parts of the
trade; few are specialists at one part of it or limit themselves to one
material. Conditions of work vary from job to job and from company to
company. Among the 1,117 men we have examined (see below), fewer
than nine per cent of those with 20 years of work experience or more had
worked for one employer primarily — even after four years of work ex-
perience less than half had remained with their original employer. Review
of work practices with insulation workers from various parts of the United
States and with knowledgeable officials of the union and insulation em-
ployers indicates that techniques, materials and practices are rather the
same through the country. Similarly, data published concerning the work
practices in other countries[25] suggest that asbestos exposure in insulation
work is approximately the same the world over.

The asbestos exposure to which insulation workers are subject is limited
and intermittent. Some of the materials used contain no asbestos. Seventy-
five years ago, the magnesia pipe coverings had shredded rope as a binder,
with no asbestos. Later, much work was undertaken with hair-felt, wool-
felt, cork, rock-wool. In the past three decades, fibrous glass products have
come into increasing use and these have been supplemented recently with
foamed and expanded plastics for certain applications. Of the asbestos-
containing products which are widely used by these men, magnesia block
insulation was and remains perhaps the most important. This usually con-
tains approximately 15 per cent asbestos. While asbestos cement has a
varying asbestos content depending upon its manufacture, it also generally
has 15-20 per cent or less of asbestos. Asbestos paper products such as
air-cell have a higher asbestos content but are used in much smaller
quantities.

We have studied the insulation materials with which these men worked
in the past, in several ways. First, review of old trade and technical pub-
lications from the early part of the century to about 1930[32] indicates that
the major asbestos-containing materials have remained about the same,
especially insofar as the amount and nature of the asbestos content is con-
cerned. As expected from knowledge of sources of U. S. imports of as-

bestos, chrysotile asbestos was largely used.[15] This has been confirmed by analyses of magnesia block obtained during repair work. In later specimens so obtained, crocidolite has also been found. Moreover, materials used for ship insulation, while containing the same amounts of asbestos as above, began in 1934 to have significant amounts of amosite in addition to chrysotile, because of the lighter weight of the material.[29] Marr[33] has recently brought shipyard insulation experience up to date, comparing it with the observations of Fleischer and colleagues,[29] and concludes that ". . . insulation materials and work methods have remained essentially the same" since 1945.

Measurement of dust exposures of insulation workers have been but infrequently reported and have been hampered by the varied nature of the work. As in other asbestos work, peak counts are met which are excessively high but generally counts for asbestos fibers have been within the five mppcf. M.P.C. of the A.C.G.I.H.[20,33] Such counts as have been available, made during work engaged in by the men studied by us, have shown a range similar to that of published counts.[34]

### Present Investigation

We undertook to study the question whether asbestos exposure during insulation work in the U. S. was associated with the hazard of asbestosis and its complications. Our investigations have been concerned with the 1522 members of the insulation workers union in the New York (Local 12)-New Jersey (Local 32) metropolitan area. The New York Local of the Union is a direct lineal descendant of the Salamanders' Association, and is the oldest Union of insulation workers in the U. S. The 1522 men studied by us include all members of these Locals from 1942 to 1962. On December 31, 1942, there were 632 members and 830 men subsequently joined between 1942 and December 31, 1962. This includes every man who was a member of either of these locals at any time in this period, whether or not he remained in the trade as an insulation worker. It is believed that the experience of these men fairly represents a cross section of the experience of insulation workers during the history of this trade in the U. S. Records of the union indicate that these locals had 335 members in 1914 and that 1738 members were admitted to these locals from 1915 to 1963. In the United States as a whole, the Insulation Workers Union in 1914 had 1487 members and 28,338 were admitted from 1915 to 1963. The adequacy of our sample can be gauged by reference to these figures (see TABLE 1). However, our data does not include information concerning nonunion insulation workers, maintenance insulation workers, insulation work as part of other trades or undertaken by insulation workers in other unions. The number of men involved in insulation work in these areas is not known to us.

STUDY OF ASBESTOS INSULAT
ADEQt

Total U. S. Membership,
Total NY-NJ Membershi
Examined NY-NJ Membe

Following insulat

1. Nonunion i:
2. Some main
3. "Sprayed i
4. Insulation
5. Insulation

From January 1, 1943 to Dec
of this study on January 1, 19
locate and examine every man
ment status. For this purpose,
The cooperation of the union a
records were made available an
one. Its members are well-pa
among these workmen. Accur:
weekly, are maintained by the 1
to obtain the entire work histc
plement the work histories obt
tions (see below), and was ut:
to establish onset of employme1
men not examined. From the h
available concerning every dea
the period covered by our stuc
cates were obtained, facilitati:
protocols, histological material

Of the 1258 men alive at th
ing members of the union, 68
34 were not working because
union and were no longer eng
wise employed (TABLE 2).

One thousand one hundred
(89.9 per cent) presented the
of the 1086 of the working m

*Sciences*

is has been confirmed by
air work. In later speci-
Moreover, materials used
unts of asbestos as above,
site in addition to chryso-
ial.[29] Marr[33] has recently
:e, comparing it with the
.ncludes that ". . . insula-
.d essentially the same"

vorkers have been but in-
the varied nature of the
re met which are exces-
.rs have been within the
.ts as have been available,
.ed by us, have shown a

.sbestos exposure during
the hazard of asbestosis
been concerned with the
he New York (Local 12)-
New York Local of the
.anders' Association, and
S. The 1522 men studied
.42 to 1962. On December
subsequently joined be-
.s every man who was a
.is period, whether or not
r. It is believed that the
section of the experience
.rade in the U. S. *Records*
.embers in 1914 and that
·m 1915 to 1963. In the
Union in 1914 had 1487
.) 1963. The adequacy of
.e figures (see TABLE 1).
concerning nonunion in-
, insulation work as part
.ers in other unions. The
hese areas is not known

### TABLE 1
#### STUDY OF ASBESTOS INSULATION WORKERS IN THE UNITED STATES:
#### ADEQUACY OF SAMPLE

| | | |
|---|---|---|
| Total U. S. Membership, | IAHFIAW, 1963 | . . . 14,803 |
| Total NY-NJ Membership, | IAHFIAW, 1963 | . . . 1,258 |
| Examined NY-NJ Membership, | IAHFIAW, 1963 | . . . 1,117 |

Following insulation workers not studied:

1. Nonunion insulation workers.
2. Some maintenance insulation workers.
3. "Sprayed insulation" workers.
4. Insulation work as part of other trades.
5. Insulation workers in other unions.

From January 1, 1943 to December 31, 1962, 264 men died. At the start of this study on January 1, 1963, 1258 men were alive. We attempted to locate and examine every man alive on that date, whatever his employment status. For this purpose, invitation for examination was voluntary. The cooperation of the union and its membership was freely given. Union records were made available and were very valuable. The union is a stable one. Its members are well-paid, skilled craftsmen, with little turnover among these workmen. Accurate, detailed employment records, collected weekly, are maintained by the union and from these records it was possible to obtain the *entire* work history of each man. This data was used to supplement the work histories obtained from the men during their examinations (see below), and was utilized to provide employment data sufficient to establish onset of employment and duration of work experience for those men not examined. From the health and welfare records, information was available concerning every death among the members of these locals during the period covered by our study and, utilizing these records, death certificates were obtained, facilitating the location of hospital records, autopsy protocols, histological material, etc.

Of the 1258 men alive at the start of this study, 1086 were active working members of the union, 63 were retired (principally because of age), 34 were not working because of illness and 75 had withdrawn from the union and were no longer engaged as insulation workers, but were otherwise employed (TABLE 2).

One thousand one hundred and seventeen of the 1258 living members (89.9 per cent) presented themselves for examination. This included 984 of the 1086 of the working members, 50 of the 63 retired members, 28 of

144          Annals New York Academy of Sciences

TABLE 2
ASBESTOS WORKERS UNION SURVEY 1963-1964

| Years from onset | Deceased | Retired | Ill | Withdrawn | Working members | Total alive |
|---|---|---|---|---|---|---|
| 50+ | 25 | 22 | 8 | 1 | 5 | 36 |
| 40-49 | 79 | 35 | 17 | 10 | 43 | 105 |
| 30-39 | 107 | 6 | 5 | 22 | 185 | 218 |
| 20-29 | 39 | 0 | 2 | 7 | 75 | 84 |
| 10-19 | 9 | 0 | 2 | 24 | 385 | 411 |
| 0-9 | 5 | 0 | 0 | 11 | 393 | 404 |
| | 264 | 63 | 34 | 75 | 1086 | 1258 |

1,522 members January 1, 1943–December 31, 1962

the 34 who were ill and 55 of the 75 members who had withdrawn from
insulation work (TABLE 3). TABLE 4 contains an analysis of the 1258 men
according to lapsed time from onset of their employment. It will be seen
that the very large majority of men in each lapsed time category was
examined. This inclusiveness of the survey was very gratifying for two
reasons. First, it will be seen from an analysis of TABLE 2 that a high pro-
portion of the older members, with long work experience and with longer
periods of lapsed time from onset of employment are included among the
"retired," "ill," or "withdrawn" classifications. To have omitted these men
would have led to inaccurate, selected data. It would certainly have made

TABLE 3
ASBESTOS WORKERS UNION N.Y.-N.J. 1943-1962

Status January 1, 1963  (1,522 members)

1. Deceased . . . . . . . . . . . . . . .   264

2. Alive . . . . . . . . . . . . . . . . .  1,258

| Status | No. | Examined | % Examined |
|---|---|---|---|
| Retired | 63 | 50 | 79.3 |
| Ill | 34 | 28 | 82.4 |
| Withdrawn | 75 | 55 | 76.4 |
| Working | 1,086 | 984 | 90.6 |
| | 1,258 | 1,117 | 89.9 |

632 Members Dec. 31, 1942. 890 admitted Jan. 1, 1943 to Dec. 31, 1962.
Status of men examined during survey 1963-1964.

Selikoff *et al.*: 

EXAMINATI

| Onset of exposur Prior to examination | |
|---|---|
| 50+ | |
| 45-49 | |
| 40-44 | |
| 35-39 | |
| 30-34 | |
| 25-29 | |
| 20-24 | |
| 15-19 | |
| 10-14 | |
| 5-9 | |
| 0-4 | |

Analysis by group, acc

difficult the establishmen
of exposure or the effect

Second, in addition to
was obtained detailing
period from onset of en
more or less coincided,
significantly less than th
parison of such data is 
of actual work exposure
initial exposure with in

Examination of each 
were recorded concernin
cause, number of emplo
dled and employment in
as shipyard work and 
was noted, including pr
rent symptoms such as 
tinal complaints. Smoki
onset, number of cigar
individual was no long
Physical examination v
examination of the ski
Chest expansion was m

| .ng ers | Total alive |
|---|---|
| 5+ | 36 |
| 3 | 105 |
| 5 | 218 |
| 5 | 84 |
| 5 | 411 |
| 3 | 404 |
| 8 | 1258 |

withdrawn from
of the 1258 men
. It will be seen
ne category was
atifying for two
that a high pro-
and with longer
luded among the
nitted these men
ainly have made

)62

64

58

| % Examined |
|---|
| 79.3 |
| 82.4 |
| 76.4 |
| 90.6 |
| 89.9 |

to Dec. 31, 1962.

TABLE 4
EXAMINATION OF ASBESTOS INSULATION WORKERS

| Onset of exposure Prior to examination (yrs.) | No. | Examined |
|---|---|---|
| 50+ | 36 | 28 |
| 45–49 | 41 | 39 |
| 40–44 | 64 | 54 |
| 35–39 | 92 | 83 |
| 30–34 | 126 | 111 |
| 25–29 | 18 | 16 |
| 20–24 | 66 | 61 |
| 15–19 | 186 | 174 (91.6%) |
| 10–14 | 225 | 205 |
| 5–9 | 184 | 154 |
| 0–4 | 220 | 192 (87.6%) |
| | 1,258 | 1,117 |

Analysis by group, according to onset of work exposure.

difficult the establishment of the effect of a long lapsed period from onset of exposure or the effect of a long duration of exposure.

Second, in addition to data concerning onset of employment, information was obtained detailing the actual number of years worked during the period from onset of employment. While in many cases the two periods more or less coincided, in some cases the number of years worked was significantly less than the elapsed time from onset of exposure. The comparison of such data is of interest when attempting to separate the effect of actual work exposure from the effect of mere passage of time from the initial exposure with inhalation and retention of asbestos fibers.

Examination of each man included a detailed occupational history. Data were recorded concerning onset of employment, interruptions for whatever cause, number of employers, use of protective respirators, materials handled and employment in particularly suspect areas of insulation work such as shipyard work and powerhouse construction work. Health experience was noted, including previous illnesses and hospitalizations, as were current symptoms such as dyspnea, cough, sputum, hemoptysis, gastrointestinal complaints. Smoking habits were recorded in detail including age at onset, number of cigarettes smoked, and pipe and cigar smoking. If the individual was no longer working, the reason for this was ascertained. Physical examination was particularly directed to the chest, but included examination of the skin, nose and throat, finger clubbing and cyanosis. Chest expansion was measured, hemoglobin and urine were routinely ex-

146        Annals New York Academy of Sciences

amined. Vital capacity was measured in all cases and in many, additional measurements such as M.E.F.R. TVC and MBC were also made. In many cases, sputum was examined for asbestos bodies and in almost half, blood was drawn for special serological studies. In selected cases, extended pulmonary function investigations were undertaken, including arterial gas studies, lung compliance, pulmonary airway resistance, measurement of ventilatory parameters and diffusion studies.

X-ray studies were perhaps the most important part of the examination. In each case, a standard posteroanterior film was taken but, in addition, another posteroanterior film utilizing a slightly more penetrating kilovoltage technique was also exposed. Our experience indicates that this maneuver is valuable in X-ray examinations in this disease. The standard technique is required since over-penetration may well result in the loss of fine reticular fibrosis and, indeed, in individuals with relatively brief work histories, it is sometimes advantageous to take a third posteroanterior film with a slightly under-penetrating technique if such minimal fibrosis is suspected. However, in the men with longer work experience, increased penetration may be required. First, these men do a good deal of manual labor and are often heavily muscled. Second, pleural fibrosis is common and parenchymal fibrosis usually coexists, both decreasing radiopenetrability. Third, such increased penetration is often required to demonstrate calcification, especially when it coexists with extensive pleural thickening, or is located in such areas as the posterior diaphragmatic sulcus, behind the heart, in the mediastinal pleura, etc.

Oblique films in both anterior oblique positions were also routinely taken in each case. While this has obvious applicability in a disease with such lower lobe preponderance as asbestos, we have found it particularly valuable in the demonstration of pleural calcification.

*Results*

Among the asbestos insulation workers examined by us, evidence of pulmonary asbestosis was present in almost half the men examined. In this evaluation, radiological change has been used as the sole criteria (TABLE 5). We understand, of course, that evaluation of the presence and extent of asbestosis limited only to X-ray findings tends to result in underestimation of the incidence of asbestosis, but few instances of disabling disease will be so overlooked. Analysis of our data indicates that radiologically evident pulmonary asbestosis varied directly with the duration of exposure. Insulation workers with relatively short periods of exposure have a significantly lower incidence of pulmonary asbestosis and this, when present, was generally of minimal extent.

Of 346 men whose exposure had begun less than ten years before examination, only 36 or 10.4 per cent showed any radiological abnormality. In

---

Selikoff *et al.* : A

X-RAY CHANG

| Onset of exposure (yrs.) | No. |
| --- | --- |
| 40+ | 121 |
| 30–39 | 194 |
| 20–29 | 77 |
| 10–19 | 379 |
| 0–9 | 346 |
| | 1,117 |

each of these cases, the re none was there evidence fibrosis seen. Of 379 men before examination, more mality was seen on X-ray asbestosis greater than m: fibrosis and in five, evidenc

On the other hand, amo from onset of exposure, th monary asbestosis. Amon years prior to examinatio examination took place fi almost 9 of 10 showed at years from onset of expos over, the asbestosis in thes and severe and pleural ca

Pulmonary asbestosis h dyspnea the essential co: symptom among the men seen in those men with les an important symptom a years from onset of expo 32 others complained of t other hand, of the 392 m posure, 134 had dyspnea greater or lesser extent.

There was incomplete c considered as parenchyn were seen with no roentg

TABLE 5
X-RAY CHANGES IN ASBESTOS INSULATION WORKERS

| Onset of exposure (yrs.) | No. | % Normal | % Abnormal | Asbestosis (grade) | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 40+ | 121 | 5.8 | 94.2 | 35 | 51 | 28 |
| 30-39 | 194 | 12.9 | 87.1 | 102 | 49 | 18 |
| 20-29 | 77 | 27.2 | 72.8 | 35 | 17 | 4 |
| 10-19 | 379 | 55.9 | 44.1 | 158 | 9 | 0 |
| 0-9 | 346 | 89.6 | 10.4 | 36 | 0 | 0 |
| | 1,117 | 51.5 | 48.5 | 366 | 126 | 50 |

each of these cases, the reticular infiltration was minimal in extent and in none was there evidence of pleural calcification. In only four was pleural fibrosis seen. Of 379 men whose exposure had begun from 10 to 19 years before examination, more than half still had normal X-rays. Some abnormality was seen on X-ray in 167 of these cases but in only nine was the asbestosis greater than minimal. In 35 of these men there was some pleural fibrosis and in five, evidence of calcification.[35]

On the other hand, among the 392 men with more than 20 years elapsed from onset of exposure, the very large majority had X-ray evidence of pulmonary asbestosis. Among the 77 whose exposure began from 20 to 29 years prior to examination, 56 showed abnormal films. Among 194 whose examination took place from 30 to 39 years following onset of exposure, almost 9 of 10 showed abnormal films while, of those with more than 40 years from onset of exposure only one in 20 showed no abnormality. Moreover, the asbestosis in these cases tended to be considerably more extensive and severe and pleural calcification and fibrosis were commonly seen.[35]

Pulmonary asbestosis has been called a monosymptomatic disease, with dyspnea the essential complaint. Analysis of our data concerning this symptom among the men studied by us indicates that it was uncommonly seen in those men with less than 20 years from onset of exposure but was an important symptom after that. Thus, of 725 men with less than 20 years from onset of exposure, only one had significant dyspnea although 32 others complained of minimal dyspnea on exertion (TABLE 6). On the other hand, of the 392 men with more than 20 years from onset of exposure, 134 had dyspnea of some degree, 61 of them with disability of greater or lesser extent.

There was incomplete correlation between the roentgenographic findings (considered as parenchymal fibrosis) and dyspnea on exertion. Two cases were seen with no roentgenographic evidence of parenchymal fibrosis but

148      Annals New York Academy of Sciences

TABLE 6
DYSPNEA AMONG ASBESTOS INSULATION WORKERS

| Onset of exposure (yrs.) | No. | % Normal | % Dyspnea | Dyspnea (degree) | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 40+ | 121 | 52.1 | 47.9 | 26 | 17 | 16 |
| 30-39 | 194 | 70.6 | 29.4 | 35 | 14 | 8 |
| 20-29 | 77 | 76.6 | 23.4 | 12 | 3 | 3 |
| 10-19 | 379 | 92.6 | 7.4 | 27 | 1 | 0 |
| 0-9 | 346 | 98.6 | 1.4 | 5 | 0 | 0 |
| | 1,117 | | | 105 | 35 | 27 |

with complaints of significant dyspnea, but discrepancy of this extent was rare (TABLE 7).

On the other hand, of 99 cases with more than 20 years from onset of exposure, and with evidence of moderate or extensive parenchymal fibrosis, moderate or severe dyspnea was present in little more than one of four. Thus, significant disability may be present with relatively little to be seen on X-ray and, conversely, X-ray changes may be extensive with little functional difficulty. Similar incomplete correlation has been recorded between the results of pulmonary function studies and roentgenographic appearances.[36]

We have been able to obtain lung tissue for examination from 45 asbestos insulation workers, primarily from the 307 men who died from 1942 to 1964, although in a few cases operative specimens were available. In no

TABLE 7
CORRELATION OF DYSPNEA AND ROENTGENOLOGIC EVIDENCE OF PULMONARY
FIBROSIS AMONG 392 ASBESTOS INSULATION WORKERS WITH AT LEAST
20 YEARS FROM ONSET OF EXPOSURE

| Grade of parenchymal fibrosis | No. | Per cent Grade 2-3 dyspnea | Years from onset of exposure | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 35+ | | | 20-34 | | |
| | | | Grade of dyspnea | | | Grade of dyspnea | | |
| | | | 0 | 1 | 2-3 | 0 | 1 | 2-3 |
| 0 | 53 | 2% | 15 | 0 | 1 | 31 | 5 | 1 |
| 1 | 240 | 11% | 75 | 20 | 27 | 86 | 28 | 4 |
| 2 | 77 | 21% | 27 | 8 | 16 | 14 | 8 | 4 |
| 3 | 22 | 27% | 4 | 5 | 6 | 3 | 3 | 1 |
| | 392 | | 121 | 33 | 50 | 134 | 44 | 10 |

Selikoff et al.: Asbest

case did we fail to find typica
asbestos bodies present. Howev
early changes since in only on
years from onset of exposure.
Grade I, in 16, Grade II and in
the asbestosis suffered by these
than that occurring in workers
portunity of examining lung t
making asbestos insulation ma
by the members of the Asbesto
limited and conclusions perhaps
gests that the pulmonary fibrosi

PULMONARY FIBROS:

1. Asbestos insulation building
   a. Less 15 years from c
   b. Over 15 years from c

2. Asbestos insulation factory
   a. Less 15 years from c
   b. Over 15 years from c

than among the Building Trad
marizes these pathological stud

Mortality experience in this
It may be remarked here, how
mesothelioma of the pleura ar
beyond that expected.[38,39] In
stomach and colon was also f

In the roentgenological sur
lung cancer among workmen
paid to this finding among th
found, and in one, pleural me
was obtained. In six cases, t
currently alive following app

:ciences

WORKERS

| Dyspnea (degree) | | |
| --- | --- | --- |
| 1 | 2 | 3 |
| 26 | 17 | 16 |
| 35 | 14 | 8 |
| 12 | 3 | 3 |
| 27 | 1 | 0 |
| 5 | 0 | 0 |
| 105 | 35 | 27 |

ancy of this extent was

:0 years from onset of
:nsive parenchymal fi-
little more than one of
:h relatively little to be
)e extensive with little
has been recorded be-
and roentgenographic

ation from 45 asbestos
:ho died from 1942 to
were available. In no

ENCE OF PULMONARY
:RS WITH AT LEAST
RE

onset of exposure

| | 20–34 | | |
| --- | --- | --- | --- |
| :a | Grade of dyspnea | | |
| 3 | 0 | 1 | 2–3 |
| 1 | 31 | 5 | 1 |
| 7 | 86 | 28 | 4 |
| 5 | 14 | 8 | 4 |
| 6 | 3 | 3 | 1 |
| ) | 134 | 44 | 10 |

case did we fail to find typical pulmonary asbestosis, with fibrosis and asbestos bodies present. However, our material is inadequate to evaluate early changes since in only one case was there a history of less than 15 years from onset of exposure. In 15 cases, the pulmonary fibrosis was Grade I, in 16, Grade II and in 14, Grade III. We have the impression that the asbestosis suffered by these asbestos insulation workers is less severe than that occurring in workers exposed in factories. We have had the opportunity of examining lung tissue from 11 men working in a factory making asbestos insulation material (one of the brands actually utilized by the members of the Asbestos Workers Union). Although the data are limited and conclusions perhaps unwarranted, analysis of the findings suggests that the pulmonary fibrosis among these men was significantly greater

TABLE 8
PULMONARY FIBROSIS ON HISTOLOGICAL EXAMINATION

| | No. | Fibrosis (grade) | | | |
| --- | --- | --- | --- | --- | --- |
| | | 0 | 1 | 2 | 3 |
| 1. Asbestos insulation building trades workers | | | | | |
| a.  Less 15 years from onset . . . . . . . . | 1 | 0 | 1 | 0 | 0 |
| b.  Over 15 years from onset . . . . . . . . | 44 | 0 | 14 | 16 | 14 |
| | 45 | 0 | 15 | 16 | 14 |
| 2. Asbestos insulation factory workers | | | | | |
| a.  Less 15 years from onset . . . . . . . . | 5 | 0 | 0 | 2 | 3 |
| b.  Over 15 years from onset . . . . . . . . | 6 | 0 | 0 | 2 | 4 |
| | 11 | 0 | 0 | 4 | 7 |

than among the Building Trades Union Insulation Workers. TABLE 8 summarizes these pathological studies.

Mortality experience in this group of men will be separately reported.[37] It may be remarked here, however, that the incidence of lung cancer and mesothelioma of the pleura and peritoneum was found to be considerably beyond that expected.[38,39] In addition, the incidence of carcinoma of the stomach and colon was also found to be elevated.

In the roentgenological survey, because of the known increased risk of lung cancer among workmen exposed to asbestos, particular attention was paid to this finding among the men examined. In 10 men, lung cancer was found, and in one, pleural mesothelioma. In each, histological verification was obtained. In six cases, thoracotomy was undertaken. Three men are currently alive following apparently successful removal of neoplasms. As

with significant pulmonary asbestosis, positive findings insofar as lung cancer and pleural mesothelioma were concerned occurred among the 392 men in the 20 years from first exposure group (TABLE 9). The importance of including the men with longer work experience in a survey of workers exposed to asbestos is well-illustrated by these findings. Similarly, the importance of including all members of an original cohort is also demonstrated. TABLE 9 provides an analysis of the occurrence of lung cancer according to status of the individuals examined. Of the 1086 working members, 984 were examined and among these, seven were found to have lung cancer (0.7 per cent). There were 172 men no longer actively at work, being retired, ill or having withdrawn from the group to work at other trades. One hundred and thirty-three were examined and four were found to have lung cancer (three percent).

TABLE 9
LUNG CANCER FOUND DURING EXAMINATION OF 1,117 ASBESTOS INSULATION WORKERS

| Years from onset of exposure | Number examined | Working members | | Others | |
|---|---|---|---|---|---|
| | | Number | Cancer | Number | Cancer |
| 40+ | 121 | 45 | 1 | 76 | 2 |
| 30–39 | 194 | 168 | 3 | 26 | 2 |
| 20–29 | 77 | 72 | 3 | 5 | 0 |
| 10–19 | 379 | 362 | 0 | 17 | 0 |
| 0–9 | 346 | 337 | 0 | 9 | 0 |
| | 1,117 | 984 | 7 | 133 | 4* |

*Includes one instance of pleural mesothelioma.

It will be seen from TABLE 9 that we found no cancer of the lung among those men examined whose work had begun less than 20 years before the date of examination.

We find it difficult to compare the results of this investigation with previously reported surveys of workers exposed to asbestos. In many instances, the conditions of the studies do not allow for such comparisons. In Merewether's study,[6] 363 men were analyzed but only 133 were X-rayed. All were at work, except one, on the day of examination. Only 21 or 5.8 per cent had 20 years or more of work experience. The 126 men studied by Lanza[8] were "selected at random" and were at work at the time of examination. Smith[40] has drawn attention to the dangers of drawing conclusions from men at work, pointing out that examination of 323 Joachimstal miners failed to reveal any lung cancer, yet 43 of 89 post-mortems

among these men showed thi
weighted in another directic
compensation." Wegelius[12] s
tails of employment are not
contained few men with p:
studied was in existence for '

In the study by Horai in
more than 20 years of work
taken by Fleischer et al.,[20] o
10 years of work experience
who were examined. Frost[25]
ers in Copenhagen with m(
survey was limited to cur
of approximately one-third
study by Doll[42] is not comp
by him were "coroners' ne
cases since these necropsi€
ion, there may be a quest
death. There were 18 case
among 75 cases with asbe
tosis. However, this series
in the opinion of the cor
a contributory cause. In t
who had worked in one pa
men there were 39 deaths
0.8 was expected. Howeve
in heavily exposed areas
group.

With reference to com'
of asbestos textile work(
portant risk among insu
ticularly true of those m
posure. This risk includ(
the pulmonary asbestosi
neoplasms were also fou
provisional diagnosis of
at laparotomy to be a
anemia in another led t(
noma of the stomach w;
ing for examination in
nasopharynx, carcinom:

Scattered case report:
insulation workers, inc

f Sciences

: findings insofar as lung
d occurred among the 392
TABLE 9). The importance
ice in a survey of workers
indings. Similarly, the im-
nal cohort is also demon-
occurrence of lung cancer
ed. Of the 1086 working
seven were found to have
no longer actively at work,
ie group to work at other
lined and four were found

117 ASBESTOS INSULATION

| rs | Others | |
|---|---|---|
| er | Number | Cancer |
| | 76 | 2 |
| | 26 | 2 |
| | 5 | 0 |
| | 17 | 0 |
| | 9 | 0 |
| | 133 | 4* |

a.

cancer of the lung among
than 20 years before the

: this investigation with
to asbestos. In many in-
ow for such comparisons
it only 133 were X-rayed.
mination. Only 21 or 5.8
ce. The 126 men studied
at work at the time of
dangers of drawing con-
aination of 323 Joachims-
t 43 of 89 post-mortems

among these men showed this neoplasm. The cases studied by Stone[11] were weighted in another direction, since they were individuals, "applying for compensation." Wegelius[12] studied 126 cases of 476 men at work and details of employment are not given in this report. It is likely that the group contained few men with prolonged experience since the industry being studied was in existence for "about 20 years."

In the study by Horai in Japan,[11] of the 329 men surveyed, only 10 had more than 20 years of work experience. As mentioned, in the study undertaken by Fleischer et al.,[20] only 51 of the 1074 men examined had more than 10 years of work experience and in this study, too, it was the men at work who were examined. Frost[25] et al. studied 31 of 34 asbestos insulation workers in Copenhagen with more than 20 years of asbestos exposure, but this survey was limited to currently active men who represented a residual of approximately one-third of an original cohort of "about 100." Even the study by Doll[12] is not comparable. The 105 consecutive autopsies reviewed by him were "coroners' necropsies." These are not necessarily consecutive cases since these necropsies are ordered by the coroner when, in his opinion, there may be a question of asbestosis being a contributory cause of death. There were 18 cases of lung cancer found in this group of men, 15 among 75 cases with asbestosis and three among 30 cases without asbestosis. However, this series excludes those individuals whose death did not, in the opinion of the coroner, include the possibility of asbestosis being a contributory cause. In the second part of this study, Doll traced all men who had worked in one particular factory for at least 20 years. Of 113 such men there were 39 deaths, 11 due to lung cancer, all with asbestosis, while 0.8 was expected. However, these men included only those who had worked in heavily exposed areas and may in this regard be considered as a select group.

With reference to comparison with findings in other surveys, primarily of asbestos textile workers, it appears evident that asbestosis is an important risk among insulation workers exposed to asbestos. This is particularly true of those men who have at least 20 years from onset of exposure. This risk includes lung cancer and mesothelioma associated with the pulmonary asbestosis. It might be added, parenthetically, that other neoplasms were also found during the survey. Scleral jaundice led to the provisional diagnosis of abdominal neoplasm in one case, later confirmed at laparotomy to be a carcinoma of the pancreas. Marked hypochromic anemia in another led to hospitalization during which an inoperable carcinoma of the stomach was found. Other carcinomas present in men appearing for examination included carcinoma of the tongue, carcinoma of the nasopharynx, carcinoma of the colon, and carcinoma of the bladder.

Scattered case reports have previously been recorded of neoplasms among insulation workers, including both lung cancer[43-45] and mesothelioma[46-32]

of both the pleura and peritoneum. A lung cancer has also been reported in a workman in a factory making asbestos insulation.[53] However, these reports, while interesting and valuable, could not establish an association between the two conditions. It is possible that additional lung cancers and mesotheliomas have occurred and may even have been reported but such reports do not state the nature of the asbestos exposure and such instances may be included among cancers in "asbestos workers."

Our experience that the lapsed period from onset of exposure is generally prolonged before the appearance of lung cancers in asbestos insulation workers coincides with the general experience of long "latent periods" in such cases. Indeed, in the infrequent cases in which very short periods have elapsed from onset of exposure, it might well be that the lung cancer found is coincidental. Such long latent periods would correspond to similarly prolonged periods associated with lung cancer in chromate workers,[54] nickel[55] cancers, arsenical lung cancers[56] and the increased incidence of lung cancer among regular cigarette smokers.[57] In Doll's series,[42] a long latent period was noted in all cases.

Neoplasms have also been reported among individuals indirectly exposed to asbestos insulation work, as carpenters,[39] steam fitters,[58] and other building trade workers.[59]

## Summary

An investigation involving 1522 asbestos insulation workers in the New York-New Jersey metropolitan area has been conducted. Among 392 individuals examined more than 20 years from onset of exposure, radiological evidence of asbestosis was found in 339. In half of these, the asbestosis was moderate or extensive. In individuals with less than 20 years of exposure, radiological evidence of asbestosis was less frequent and when present, much less likely to be extensive.

Neoplastic complications of asbestos exposure were studied among 307 consecutive deaths in this group of men. Lung cancer was found to be at least seven times as common as expected and cancer of the gastrointestinal tract three times as common as expected. There were 10 instances of mesothelioma of the pleura or peritoneum.

Of the 1258 men alive at the start of this survey, 1117 were examined. Eleven cancers of the lung or pleura were found during this survey of the living members, all among the 392 men with more than 20 years from onset of exposure. No cancers were found in those men, the onset of whose work experience was less than 20 years.

We may conclude that asbestosis and its complications are significant hazards among insulation workers in the United States at this time.

Selikoff *et al.*: Asbesto

### Ackn

The executive officers of the Int Insulators and Asbestos Workers membership of the New York and valuable cooperation in the investi trative Assistant, Janet Kaffenbur many details necessary to the con

### Re

1. MURRAY, H. M. 1907. *In* Report sation for Industrial Disease. : c.d. 3495, c.d. 3496. Wyman a
2. AURIBAULT, M. 1906. Note sur l' Filatures et Tissages d'Amian
3. COOKE, W. E. 1924. Fibrosis of dust. Brit. Med. J. 2: 147.
4. COOKE, W. E. 1927. Pulmonary
5. SEILER, H. E. 1928. A case of asbestos dust. Brit. Med. J. 2: 9
6. MEREWETHER, E. R. A. & C. V. P on the lungs and dust suppres rence of pulmonary fibrosis a workers. Part II. Processes g pression. H.M.S.O. London, En
7. WOOD, W. B. & S. R. GLOYNE. 1 hundred cases. Lancet 2: 1883–
8. LANZA, A. J., W. J. McCONNEL halation of asbestos dust on t Rep. 50: 1-12.
9. McPHEETERS, S. B. 1936. A su asbestos dust. J. Indust. Hyg. 1
10. DREESSEN, W. C., J. M. DALLAV EASOM & M. F. TRICE. 1938. industry. Public Health Bull.
11. HORAI, Z. & M. UESHIMA. 1961. 12 (6): 1148–1163.
12. WEGELIUS, C. 1947. Changes in t in Finland. Acta Radiolog. 28:
13. SMITH, K. W. 1955. Pulmonary Indust. Health. 12: 198–203.
14. CLEERENS, J. 1950. Recherches su: Belg. Med. Soc. 8: 557–565.
15. FULTON, W. B., A. DOOLEY, J. L. Part III. The effects of exposu ing plants on the health of a g Industry, Bureau of Industri vania. Harrisburg, Pa. Spec. N
16. THE ASBESTOS FACT BOOK. 1953.
17. CIRKEL, F. 1905. Asbestos. Its Canada.
18. BOWLES, O. 1937. Asbestos. U.S. 403: 9. U.S. Government Printi
19. PRODUCT MANUAL "ASBESTOS." Boston, Mass.

ences

as also been reported
ion.[53] However, these
ablish an association
onal lung cancers and
en reported but such
re and such instances
s."

of exposure is gener-
in asbestos insulation
g "latent periods" in
h very short periods
that the lung cancer
l correspond to simi-
l chromate workers,[54]
creased incidence of
Doll's series,[42] a long

ls indirectly exposed
fitters,[55] and other

workers in the New
cted. Among 392 in-
exposure, radiologi-
of these, the asbes-
n less than 20 years
ss frequent and when

e studied among 307
r was found to be at
r of the gastrointes-
were 10 instances of

1117 were examined.
ng this survey of the
than 20 years from
n, the onset of whose

tions are significant
tes at this time.

## Acknowledgments

The executive officers of the International Association of Heat and Frost Insulators and Asbestos Workers, Washington, D.C., and the officers and membership of the New York and Newark, N.J., locals of this union gave valuable cooperation in the investigation. We are indebted to our Administrative Assistant, Janet Kaffenburgh, for the successful management of the many details necessary to the completion of this study.

## References

1. MURRAY, H. M. 1907. *In* Report of the Departmental Committee on Compensation for Industrial Disease. Minutes of Evidence, Appendices and Index. : c.d. 3495, c.d. 3496. Wyman and Sons. London, England.
2. AURIBAULT, M. 1906. Note sur l'Hygiène et la Sécurité des ouvriers dans les Filatures et Tissages d'Amiante. Bull. l'Inspect. Trav. : 126.
3. COOKE, W. E. 1924. Fibrosis of the lungs due to the inhalation of asbestos dust. Brit. Med. J. 2: 147.
4. COOKE, W. E. 1927. Pulmonary asbestosis. Brit. Med. J. 2: 1024–1025.
5. SEILER, H. E. 1928. A case of pneumoconiosis. Result of the inhalation of asbestos dust. Brit. Med. J. 2: 982.
6. MEREWETHER, E. R. A. & C. V. PRICE. 1930. Report on effects of asbestos dust on the lungs and dust suppression in the asbestos industry. Part I. Occurrence of pulmonary fibrosis and other pulmonary affections in asbestos workers. Part II. Processes giving rise to dust and methods for its suppression. H.M.S.O. London, England.
7. WOOD, W. B. & S. R. GLOYNE. 1934. Pulmonary asbestosis. A review of one hundred cases. Lancet 2: 1383–1385.
8. LANZA, A. J., W. J. McCONNELL & J. W. FEHNEL. 1935. Effects of the inhalation of asbestos dust on the lungs of asbestos workers. Pub. Health Rep. 50: 1-12.
9. McPHEETERS, S. B. 1936. A survey of a group of employees exposed to asbestos dust. J. Indust. Hyg. 18: 229-239.
10. DREESSEN, W. C., J. M. DALLAVALLE, T. I. EDWARDS, J. W. MILLER, H. F. EASOM & M. F. TRICE. 1938. A study of asbestosis in the asbestos textile industry. Public Health Bull. No. 241, U.S.G.P.O. Washington, D.C.
11. HORAI, Z. & M. UESHIMA. 1961. Studies on asbestosis. J. Nara Med. Assoc. 12 (6): 1148–1163.
12. WEGELIUS, C. 1947. Changes in the lungs in 126 cases of asbestosis observed in Finland. Acta Radiolog. 28: 139–152.
13. SMITH, K. W. 1955. Pulmonary disability in asbestos workers. AMA Arch. Indust. Health. 12: 198–203.
14. CLERENS, J. 1950. Recherches sur l'asbestose pulmonaire en Belgique. Arch. Belg. Med. Soc. 8: 557–565.
15. FULTON, W. B., A. DOOLEY, J. L. MATTHEWS & R. L. HOUTZ. 1935. Asbestosis Part III. The effects of exposure to dust encountered in asbestos fabricating plants on the health of a group of workers. Department of Labor and Industry, Bureau of Industrial Standards, Commonwealth of Pennsylvania. Harrisburg, Pa. Spec. No. 42.
16. THE ASBESTOS FACT BOOK. 1953. 3rd Ed. "Asbestos." Philadelphia, Penn.
17. CIRKEL, F. 1905. Asbestos. Its occurrence, exploitation and uses. Ottawa, Canada.
18. BOWLES, O. 1937. Asbestos. U.S. Dept. of Interior, Bureau of Mines, Bull. 403: 9. U.S. Government Printing office. Washington, D.C.
19. PRODUCT MANUAL "ASBESTOS." 1903. C. W. Trainer Manufacturing Co. Boston, Mass.

20. PANCOAST, H. K., T. G. MILLER & H. R. M. LANDIS. 1918. A roentgenologic study of the effects of dust inhalation upon the lungs. Am. J. Roent. 5: 129–138.

21. HOFFMANN, F. L. 1918. Mortality from respiratory diseases in dusty trades. Inorganic dusts. Bull of the U. S. Bureau of Labor Statistics. Number 231. (Industrial Accidents and Hygiene Series. No. 17) : 458. Washington, D.C.

22. LANZA, A. J. 1936. Asbestosis. J. A. M. A. 106: 368–369.

23. ELLMAN, P. 1934. Pneumoconiosis: Part III. Pulmonary asbestosis. Brit. J. Radiol. 7 (N.S.) : 281–295.

24. HERTZ, C. W. & H. REINWEIN. 1959. Asbestose bei insolieren. Arztl. Wochen-schr. 14: 361–365.

25. FROST, J., J. GEORG & P. L. MØLLER. 1956. Asbestosis with pleural calcification among insulation workers. Danish Med. Bull. 3: 202–204.

26. PENDERGRASS, E. 1958. Silicosis and a few of the other pneumoconioses: observations on certain aspects of the problem with emphasis on the role of the radiologist. Caldwell Lecture, 1957. Am. J. Roentgen. 80: 1–41.

27. ANNUAL REPORT, CHIEF INSPECTOR OF FACTORIES FOR THE YEAR 1956. Cmnd. 329. Chap. 15. : 141–145. H. M. S. O. London, England.

28. HERVIEUX, J. 1962. Certains aspects de l'asbestose. Cah. Med. Interprof. 2: 41–42.

29. FLEISCHER, W. E., F. J. VILES, R. L. GADE & P. DRINKER. 1946. A health survey of pipe-covering operations in constructing naval vessels. J. Indust. Hyg. 28: 9–16.

30. THE ASBESTOS WORKER. 1949. Washington, D. C. 13 (8).

31. THE ASBESTOS WORKER. 1948. Washington, D. C. 13 (3).

32. UNCLASSIFIED COLLECTION ON ASBESTOS. New York Public Library. New York, N. Y.

33. MARR, W. T. 1964. Asbestos exposure during naval vessel overhaul. Am. Indust. Hyg. Assoc. J. 25: 264–268.

34. SCHALL, E. L. 1964. Occupational Health Program, N. J. State Department of Health. Personal communication.

35. SELIKOFF, I. J. 1965. The occurrence of pleural calcification among asbestos insulation workers. This Annal.

36. BADER, M. E., R. A. BADER, & I. J. SELIKOFF. 1961. Pulmonary function in asbestosis of the lung. An alveolar-capillary block syndrome. Am. J. Med. 30: 235–242.

37. HAMMOND, E. C., I. J. SELIKOFF & J. CHURG. 1965. Neoplasia among insulation workers in the United States with special reference to intra-abdominal neoplasia. This Annal.

38. SELIKOFF, I. J., J. CHURG & E. C. HAMMOND. 1964. Asbestos exposure and neoplasia. J. A. M. A. 188: 22–26.

39. SELIKOFF, I. J., J. CHURG & E. C. HAMMOND. 1965. Relation between asbestos exposure and mesothelioma. New Eng. J. Med. 272: 560–565.

40. SMITH, W. E. 1953. An evaluation of claims for occupational factors in cancer of the lungs. Acta Union Intern. Contr. Canc. 9: 50–58.

41. STONE, M. J. 1940. Clinical studies in asbestosis. Am. Rev. Tuberc. 41: 12–21.

42. DOLL, R. 1955. Mortality from lung cancer in asbestos workers. Brit. J. Indust. Med. 12: 81–86.

43. HOLLEB, H. B. & A. ANGRIST. 1942. Bronchogenic carcinoma in association with pulmonary asbestosis. Am. J. Path. 18: 123–131.

44. STOLL, R., R. BASS & A. A. ANGRIST. 1951. Asbestosis associated with bronchogenic carcinoma. Arch. Int. Med. 88: 831–834.

45. CORDOVA, J. F., H. TESLUK & K. P. KNUTSON. 1962. Asbestosis and carcinoma of the lung. Cancer 15: 1181–1187.

46. WAGNER, J. C., C. A. S thelioma and asbesto. J. Indust. Med. 12: 2(

47. SLEGGS, C. A., P. MARC in South Africa. S. A

48. WEISS, A. 1953. Pleu gesichert. Mediz. (St

49. Case Records of the N Eng. J. Med. 269: 74

50. EISENSTADT, H. B. 196?

51. FRENKEL, M. & H. DE pulmonum. Jaarb. F

52. KEAL, E. E. 1960. Asbe

53. CURETON, R. J. R. 19. of the lung. Brit. J. (

54. PFEIL, E. 1935. Lung Deutsch. Med. Woch

55. MORGAN, J. E. 1958. cancer in nickel wor

56. ROBSON, A. O. & A. lung cancer. Brit. M

57. DAVIES, D. F. & H. bronchogenic cancer cott. Philadelphia,

58. BRESLOW, L., L. HOA tion and cigarette Health 44: 171–181

59. THOMSON, J. G. 1962. basal asbestosis. S.

A roentgenologic
Am. J. Roent. 5:

es in dusty trades.
stics. Number 231.
458. Washington,

asbestosis. Brit. J.

en. Arztl. Wochen-

h pleural calcifica-
)2–204.
ueumoconioses: ob-
asis on the role of
n. **80:** 1–41.

YEAR 1956. Cmnd.

Med. Interprof. 2:

ER. 1946. A health
l vessels. J. Indust.

blic Library. New

sel overhaul. Am.

State Department

on among asbestos

ionary function in
rome. Am. J. Med.

asia among insula-
eference to intra-

estos exposure and

n between asbestos
)–565.
ational factors in
: 50–58.
Tuberc. **41:** 12–21.
s workers. Brit. J.

oma in association

is associated with

osis and carcinoma

46. WAGNER, J. C., C. A. SLEGGS & P. MARCHAND. 1900. Diffuse pleural meso-
thelioma and asbestos exposure in the North Western Cape Province. Brit.
J. Indust. Med. **12:** 260–271.

47. SLEGGS, C. A., P. MARCHAND & J. C. WAGNER. 1961. Pleural mesotheliomas
in South Africa. S. Afr. Med. J. **35:** 28–34.

48. WEISS, A. 1953. Pleurakrebs bei lungenasbestose, *in vivo* morphologisch
gesichert. Mediz. (Stuttgart) **3:** 93–94.

49. Case Records of the Massachussets General Hospital. 1963. Case 62. New
Eng. J. Med. **269:** 747–754.

50. EISENSTADT, H. B. 1962. Pleural asbestosis. Am. Pract. **13:** 573–578.

51. FRENKEL, M. & H. DE JAGER. 1961. Mesothelioma peritonei in asbestosis
pulmonum. Jaarb. Kankerond. Kankerbestr. Nederl. **11:** 99–106.

52. KEAL, E. E. 1960. Asbestosis and abdominal neoplasms. Lancet **2:** 1211–1216.

53. CURETON, R. J. R. 1948. Squamous cell carcinoma occurring in asbestosis
of the lung. Brit. J. Cancer **2:** 249–253.

54. PFEIL, E. 1935. Lungentumoren als Berufskrankung in Chromatbetreiben.
Deutsch. Med. Wochenschr. **61:** 1197–1202.

55. MORGAN, J. E. 1958. Some observations on the incidence of respiratory
cancer in nickel workers. Indust. Med. **15:** 224.

56. ROBSON, A. O. & A. M. JELLIFFE. 1963. Medicinal arsenic poisoning and
lung cancer. Brit. Med. J. **2:** 207–209.

57. DAVIES, D. F. & H. SEIDMAN. 1961. The incidence and epidemiology of
bronchogenic cancer. Proc. Fourth Nat. Cancer Conf. : 291–296. Lippin-
cott. Philadelphia, Pa.

58. BRESLOW, L., L. HOAGLIN, G. RASMUSSEN & H. K. ABRAMS. 1954. Occupa-
tion and cigarette smoking as factors in lung cancer. Am. J. Public
Health **44:** 171–181.

59. THOMSON, J. G. 1962. Mesothelioma of the pleura or peritoneum and limited
basal asbestosis. S. Afr. Med. J. **36:** 759–760.