# EXHIBIT 84

THIS EXHIBIT WILL NOT BE USED