TABLE 4-2.    SUMMARY OF EXPERIMENTS ON THE EFFECTS OF INHALATION OF ASBESTOS

| Study | Animal species | Material administered | Dosage | Animals Examined for tumors | Findings (malignant tumors) | Average survival time |
|---|---|---|---|---|---|---|
| Gross et al. (1967) | 132 male white rats | Ball- and hammer-milled Canadian chrysotile with/without 0.06 ml intratracheal 5 percent NaOH | 42-146 mg/ml (mean concentration 86 mg) m³ for 30 hours/week | 72 | 17 adenocarcinomas 4 squamous-cell sarcomas 7 fibrosarcomas 1 mesothelioma | not available |
| | 55 male white rats | Controls with/without 5 percent NaOH | control | 39 | none | not available |
| Reeves et al. (1971) | 206 rabbits 106 rabbits 139 guinea pigs 234 hamsters | Ball-milled chrysotile, amosite, and crocidolite | 48±2 mg/m³ for 16 hours/week up to 2 years | not available | 2 squamous-cell carcinomas in 31 animals from crocidolite exposure | no information periodic sacrifices were made |
| Reeves et al. (1974) | 213 rats 226 gerbils 100 mice 72 rabbits 108 guinea pigs | Ball- and hammer-milled chrysotile, amosite, and crocidolite | 48±2 mg/m³ for 16 hours/week up to 2 years | 120 rats 116 gerbils 10 mice 30 rabbits 43 guinea pigs | 10 malignant tumors in rats, 2 in mice (Table 4-3) | no information periodic sacrifices were made |
| Wagner et al. (1974) | 13 groups of approximately 50, and 15 of about 25 Wistar SPF rats | Amosite, anthophyllite, crocidolite, Canadian chrysotile, Rhodesian chrysotile (UICC samples) | 10.1 to 14.7 mg/m³ for 1 day to 24 months, 35 hours/week | 849 | (See Tables 4-4 and 4-5) All asbestos varieties produced mesotheliomas and lung cancer, some from exposures as short as 1 day | 669 to 857 days versus 754 to 803 for controls. Survival times not significantly affected by exposure. |
| Wagner et al. (1977) | CD Wistar male and female rats | Superfine chrysotile | 10.8 mg/m³ 37.5 hours/week for 3, 6, or 12 months | | 1 adenocarcinoma of the lung in 26 animals exposed for 12 months | |
| | CD Wistar male and female rats | Nonfibrous cosmetic talc | | | none | |
| Davis et al. (1978) | 46 groups of approximately 20 Han SPF rats and 20 Han SPF rats | UICC samples of amosite, chrysotile, and crocidolite | 2 mg/m³ and 10 mg/m³ 35 hours/week for 224 days | 208 | 7 adenocarcinomas 3 squamous-cell carcinomas, 1 pleural mesothelioma, 1 peritoneal mesothelioma | not available sacrificed at 29 months |
| | 20 Han SPF rats | control | control | 20 | none | |

128

TABLE 4-3.  EXPERIMENTAL INHALATION CARCINOGENESIS IN RATS AND MICE

| Fiber | Exposure[a] | | Rats | | Mice | |
|---|---|---|---|---|---|---|
| | Mass mg/m³ | Fiber f/ml | Animals examined | Malignant tumors | Animals examined | Malignant tumors |
| Chrysotile | 47.9 | 54 | 43 | 1 lung papillary carcinoma<br>1 lung squamous-cell carcinoma<br>1 pleural mesothelioma | 19 | None |
| Amosite | 48.6 | 864 | 46 | 2 pleural mesotheliomas | 17 | None |
| Crocidolite | 50.2 | 1,105 | 46 | 3 squamous-cell carcinomas<br>1 adenocarcinoma<br>1 papillary carcinoma - all of the lung | 18 | 2 papillary carcinomas of bronchus |
| Controls | | | 5 | None | 6 | 1 papillary carcinoma of bronchus |

[a]The asbestos was comminuted by vigorous milling, after which 0.08 to 1.82% of the airborne mass was of fibrous morphology (3:1 aspect ratio) by light microscopy.

Source:  Reeves et al. (1974).

129

TABLE 4-4.   NUMBER OF RATS WITH LUNG TUMORS OR MESOTHELIOMAS AFTER EXPOSURE
TO VARIOUS FORMS OF ASBESTOS THROUGH INHALATION

| Form of Asbestos | Number of animals | Adenocarcinomas | Squamous-cell carcinomas | Mesotheliomas |
|---|---|---|---|---|
| Amosite | 146 | 5 | 6 | 1 |
| Anthophyllite | 145 | 8 | 8 | 2 |
| Crocidolite | 141 | 7 | 9 | 4 |
| Chrysotile (Canadian) | 137 | 11 | 6 | 4 |
| Chrysotile (Rhodesian) | 144 | 19 | 11 | 0 |
| None | 126 | 0 | 0 | 0 |

Source:   Wagner et al. (1974)


TABLE 4-5.   NUMBER OF RATS WITH LUNG TUMORS OR MESOTHELIOMAS AFTER VARIOUS
LENGTHS OF EXPOSURE TO VARIOUS FORMS OF ASBESTOS THROUGH INHALATION

| Length of exposure | Number of animals tested | Number of animals with lung carcinomas | Number of animals with pleural mesotheliomas | Percent of animals with tumors |
|---|---|---|---|---|
| None | 126 | 0 | 0 | 0.0 |
| 1 day | 219 | 3[a] | 2[b] | 2.3 |
| 3 months | 180 | 8 | 1 | 5.0 |
| 6 months | 90 | 7 | 0 | 7.8 |
| 12 months | 129 | 35 | 6 | 31.8 |
| 24 months | 95 | 37 | 2 | 41.0 |

[a]Two rats exposed to chrysotile and one to crocidolite.
[b]One rat exposed to amosite and one to crocidolite.

Source:   Wagner et al. (1974).

130

and female rats. No malignancies were observed in control groups of 60 males and females. The incidence of malignancy at other sites varied little from that of the controls. The authors note that if controls from other experiments in which ovarian and genitourinary tumors were present are included, the comparative incidence in the exposed groups in the first study lacks statistical significance. No data are provided on the variation of tumor incidence at extrapulmonary sites with asbestos dosage.

Wagner et al. (1977) also compared the effects of inhalation of a super-fine chrysotile to the effects of inhalation of a pure nonfibrous talc. One adenocarcinoma was found in 24 rats exposed to 10.8 mg/m$^3$ of chrysotile for 37.5 hours a week for 12 months.

In a study similar to Wagner's, Davis et al. (1978) exposed rats to 2.0 or 10.0 mg/m$^3$ of chrysotile, crocidolite, and amosite (equivalent to 430 to 1950 f/ml). Adenocarcinomas and squamous-cell carcinomas were observed in chrysotile exposures, but not in crocidolite or amosite exposures (Table 4-6). One pleural mesothelioma was observed with crocidolite exposure, and extrapulmonary neoplasms included a peritoneal mesothelioma. A relatively large number of peritoneal connective tissue malignancies also were observed, these including a leiomyofibroma on the wall of the small intestine. The meaning of these tumors is unclear.

TABLE 4-6.   EXPERIMENTAL INHALATION CARCINOGENESIS IN RATS

| | Exposure | | Number of | |
| | Mass mg/m$^3$ | Fiber f>5µm/ml | animals examined | Malignant tumors |
|---|---|---|---|---|
| Chrysotile | 10 | 1,950 | 40 | 6 adenocarcinomas 2 squamous-cell carcinomas |
| Chrysotile | 2 | 390 | 42 | 1 squamous-cell carcinoma 1 peritoneal mesothelioma |
| Amosite | 10 | 550 | 43 | None |
| Crocidolite | 10 | 860 | 40 | None |
| Crocidolite | 5 | 430 | 43 | 1 pleural mesothelioma |
| Control | | | 20 | None |

Source: Davis et al. (1978).

131

Inhalation exposures result in concomitant GI exposures from the asbestos that is swallowed after clearance from the bronchial tree. Although all inhalation experiments focus on thoracic tumors, those of Wagner et al. (1974), Davis et al. (1978), and, to a limited extent, Gross et al. (1967) also include a search for tumors at extrathoracic sites. A limited number of these tumors were found, but no association could be made with asbestos exposure.

One important aspect of the inhalation experiments is the number of pulmonary neoplasms that can be produced by inhalation in the rat as compared to other species (Reeves et al., 1971, 1974). This phenomenon illustrates the variability of species response to asbestos and the need for an appropriate model before extrapolations to man can be made with confidence. The absence of significant GI malignancy from asbestos exposure in animals, in contrast to that found in humans, may be the result of the use of inappropriate animal models.

## 4.6  INTRAPLEURAL ADMINISTRATION

Evidence that intrapleural administration of asbestos results in mesothelioma was presented in 1970 when Donna (1970) produced mesotheliomas in Sprague-Dawley rats treated with a single dose of 67 mg of chrysotile, amosite, or crocidolite. Reeves et al. (1971) produced mesothelial tumors in rats (1 of 3 with crocidolite and 2 of 12 with chrysotile) by intrapleural injection of 10 mg of asbestos. Two of 13 rabbits injected with 16 mg of crocidolite developed mesotheliomas.

In a series of experiments, Stanton and Wrench (1972) demonstrated that major commercial varieties of asbestos, as well as various other fibers, produce mesotheliomas in as many as 75 percent of animals into which material had been surgically implanted onto the pleural surface. The authors conclude that the carcinogenicity of asbestos and other fibers is strongly related to their physical size; fibers that have a diameter of less than 3 μm are carcinogenic and those that have a larger diameter are not carcinogenic. Further, samples treated by grinding in a ball mill to produce shorter length fibers are less likely to produce tumors. Although the authors attribute the reduced carcinogenicity to a shorter fiber length, the question was raised of the effect of the destruction of crystallinity, and perhaps other changes in the fibers, caused by the extensive ball milling (Langer et al., 1978).

132

Since 1972, Stanton and his co-workers (Stanton et al., 1977, 1981) have continued these investigations of the carcinogenic action of durable fibers. Table 4-7 summarizes the results of 72 different experiments. In their analyses, Stanton et al. (1981) suggest that the best measure of carcinogenic potential is the number of fibers that measure $\leq 0.25$ µm in diameter and $\geq 8$ µm in length, although a good correlation of carcinogenicity is also obtained for fibers $\leq 1.5$ µm in diameter and $\geq 4$ µm in length. The logit distribution of tumor incidence against the log of the number of particles having a diameter $\leq 0.25$ µm and length $\geq 8$ µm is shown in Figure 4-4. The regression equation for the dotted line is

$$\ln[p/(1-p)] = -2.62 + 0.93 \log x \qquad (4-1)$$

where p is the tumor probability and x is the number of particles per µg that are $\leq 0.25$ µm diameter and $\geq 8$ µm long. A reasonable relationship exists between the equation and available data, but substantial discrepancies suggest the possibility that other relationships may better fit the data. Bertrand and Pezerat (1980) suggested that carcinogenicity may correlate as well with the ratio of length to width (aspect ratio).

Another comprehensive set of experiments was conducted by Wagner et al. (1973, 1977). Mesothelioma was produced from intrapleural administration of asbestos to CD Wistar rats, demonstrating that there is a strong dose-response relationship. Tables 4-8 and 4-9 list the results of these experiments.

Pylev and Shabad (1973) and Shabad et al. (1974) reported mesotheliomas in 18 of 48 rats and in 31 of 67 rats injected with 3 doses of 20 mg of Russian chrysotile. Other experiments by Smith and Hubert (1974) produced mesotheliomas in hamsters injected with 10-25 mg of chrysotile, 10 mg of amosite or anthophyllite, and 1-10 mg of crocidolite.

Various suggestions have been made that the natural oils and waxes contaminating asbestos fibers might be related to the carcinogenicity of asbestos fibers (Harington, 1962; Harington and Roe, 1965; Commins and Gibbs, 1969). However, this theory was not substantiated in the experiments performed by Wagner et al. (1973) or Stanton and Wrench (1972).

133

TABLE 4-7.    SUMMARY OF 172 EXPERIMENTS WITH DIFFERENT FIBROUS MATERIALS

| Experiment | Compound | Actual tumor Incidence | Percent tumor probability ± SD | Common log fibers/μg ≤0.25 μm diameter x 28 μm long |
|---|---|---|---|---|
| 1 | Titanate 1 | 23/29 | 9564.7 | 4.94 |
| 2 | Titanate 2 | 20/29 | 100 | 4.70 |
| 3 | Silcarbide | 17/26 | 100 | 5.15 |
| 4 | Dawson 5 | 26/29 | 100 | 4.94 |
| 5 | Tremolite 1 | 22/28 | 100 | 3.14 |
| 6 | Tremolite 2 | 21/28 | 100 | 2.84 |
| 7 | Dawson 1 | 20/25 | 9564.8 | 4.66 |
| 8 | Crocid 1 | 20/27 | 9416.0 | 5.21 |
| 9 | Crocid 2 | 17/24 | 9316.5 | 4.30 |
| 10 | Crocid 3 | 15/23 | 9316.5 | 5.01 |
| 11 | Amosite | 14/25 | 9167.1 | 3.53 |
| 12 | Crocid 4 | 15/24 | 8615.0 | 5.13 |
| 13 | Glass 1 | 9/17 | 6513.2 | 5.16 |
| 14 | Crocid 5 | 14/29 | 7816.6 | 3.29 |
| 15 | Glass 2 | 12/31 | 7716.6 | 4.29 |
| 16 | Glass 3 | 18/29 | 7416.5 | 3.59 |
| 17 | Glass 4 | 10/29 | 7161.1 | 4.02 |
| 18 | Alumin 1 | 15/24 | 7010.2 | 3.63 |
| 19 | Glass 5 | 16/25 | 6905.6 | 3.00 |
| 20 | Dawson 7 | 16/30 | 6885.8 | 4.71 |
| 21 | Dawson 4 | 11/26 | 6613.2 | 5.73 |
| 22 | Dawson 3 | 9/24 | 6613.4 | 4.71 |
| 23 | Glass 6 | 7/22 | 6437.7 | 4.01 |
| 24 | Crocid 6 | 9/27 | 6611.6 | 4.60 |
| 25 | Crocid 7 | 11/26 | 5313.9 | 2.65 |
| 26 | Crocid 8 | 9/25 | 5611.7 | 2.95 |
| 27 | Crocid 9 | 8/27 | 5312.6 | 2.47 |
| 28 | Alumin 2 | 9/27 | 4413.7 | 4.25 |
| 29 | Alumin 3 | 9/27 | 4110.5 | |
| 30 | Wollaston 1 | 4/25 | 3385.0 | 2.60 |
| 31 | Alumin 4 | 4/25 | 3312.5 | 3.09 |
| 32 | Crocid 10 | 6/29 | 2812.0 | 3.73 |
| 33 | Alumin 5 | 4/22 | 3713.5 | |
| 34 | Alumin 20 | 4/25 | 2285.8 | 2.50 |
| 35 | Glass 7 | 5/28 | 2210.0 | |
| 36 | Wollaston 3 | 3/21 | 1910.5 | 0 |
| 37 | Halloy 1 | 4/25 | 209.0 | 0 |
| 38 | Halloy 2 | 5/28 | 219.3 | 0 |
| 39 | Glass 8 | 3/26 | 1910.3 | 3.01 |
| 40 | Crocid 11 | 4/29 | 1988.5 | |
| 41 | Glass 19 | 2/28 | 189.4 | |
| 42 | Glass 9 | 2/28 | 149.4 | |
| 43 | Alumin 6 | 2/28 | 148.8 | 1.84 |
| 44 | Dawson 6 | 3/30 | 136.9 | 0.82 |
| 45 | Dawson 2 | 2/25 | 1237.9 | |
| 46 | Wollaston 2 | 2/27 | 1280.0 | |
| 47 | Crocid 12 | 2/29 | 1197.0 | |
| 48 | Attapul 2 | 2/27 | 107.0 | 3.73 |
| 49 | Glass 10 | 1/27 | 1127.5 | 0 |
| 50 | Glass 11 | 1/28 | 685.6 | 0 |
| 51 | Titanate 3 | 2/29 | 685.5 | 0 |
| 52 | Attapul 1 | 1/26 | 868.0 | 0 |
| 53 | Talc 1 | 1/25 | 685.3 | 0 |
| 54 | Glass 13 | 1/27 | 746.9 | |
| 55 | Glass 12 | 1/27 | 785.4 | |
| 56 | Glass 14 | 1/24 | 665.7 | |
| 57 | Glass 15 | 1/25 | 665.5 | |
| 58 | Alumin 7 | 1/25 | 665.9 | 1.30 |
| 59 | Glass 16 | 1/29 | 585.1 | 0 |
| 60 | Talc 3 | 1/29 | 585.3 | |
| 61 | Talc 2 | 1/30 | 584.5 | 0 |
| 62 | Alumin 8 | 1/29 | 443.3 | 0 |
| 63 | Glass 21 | 2/47 | 554.9 | 0 |
| 64 | Glass 22 | 1/45 | 383.4 | 0 |
| 65 | Alumin 9 | 0/28 | 662.6 | 0 |
| 66 | Glass 17 | 0/115 | 222.3 | 0 |
| 67 | Glass 18 | 0/29 | 0 | 0 |
| 68 | Crocid 13 | 0/24 | 0 | 0 |
| 69 | Wollaston 4 | 0/30 | 0 | |
| 70 | Talc 5 | 0/30 | 0 | 0 |
| 71 | Talc 6 | 0/30 | 0 | |
| 72 | Talc 7 | 0/29 | 0 | 3.30 |

SD = Standard deviation.

Source:  Stanton et al. (1981).

134



Figure 4-4. Regression curve relating probability of tumor to logarithm of number of particles per μg with diameter < 0.25 μm and length >8 μm.

Source: Stanton et al. (1981).

135

TABLE 4-8.   PERCENTAGE OF RATS DEVELOPING MESOTHELIOMAS AFTER INTRAPLEURAL
ADMINISTRATION OF VARIOUS MATERIALS

| Material | Percent of rats with mesotheliomas |
|---|---|
| SFA chrysotile (superfine Canadian sample) | 66 |
| UICC crocidolite | 61 |
| UICC amosite | 36 |
| UICC anthophyllite | 34 |
| UICC chrysotile (Canadian) | 30 |
| UICC chrysotile (Rhodesian) | 19 |
| Fine glass fiber (code 100), median diameter = 0.12 μm | 12 |
| Ceramic fiber, diameter = 0.5-1 μm[a] | 10 |
| Glass powder | 3 |
| Coarse glass fiber (code 110), median diameter = 1.8 μm | 0 |

[a]From Wagner et al. (1973).

Source:  Wagner et al. (1976).

TABLE 4-9.   DOSE-RESPONSE DATA FOLLOWING INTRAPLEURAL ADMINISTRATION
OF ASBESTOS TO RATS

| Material | Dose mg | Number of rats with mesothelioma | Total number of rats | Percent of rats with tumors |
|---|---|---|---|---|
| SFA chrysotile | 0.5 | 1 | 12 | 8 |
|  | 1 | 3 | 11 | 27 |
|  | 2 | 5 | 12 | 42 |
|  | 4 | 4 | 12 | 33 |
|  | 8 | 8 | 12 | 62 |
| Crocidolite | 0.5 | 1 | 11 | 9 |
|  | 1 | 0 | 12 | 0 |
|  | 2 | 3 | 12 | 25 |
|  | 4 | 2 | 13 | 15 |
|  | 8 | 5 | 11 | 45 |

Source:  Wagner et al. (1973).

4.7  INTRATRACHEAL INJECTION

Intratracheal injection has been used to study the combined effect of the administration of chrysotile with benzo(a)pyrene in rats and hamsters.  No lung tumors were observed in rats given 3 doses of 2 mg of chrysotile (Shabad et al., 1974) and in hamsters given 12 mg of chrysotile (Smith et al., 1970).  However, co-administration of benzo(a)pyrene resulted in lung tumors, which suggests a co-carcinogenic or synergistic effect.


4.8  INTRAPERITONEAL ADMINISTRATION

Intraperitoneal injections of 20 mg of crocidolite or chrysotile produced 3 peritoneal mesotheliomas in 13 Charles River CD rats, but 20 mg of amosite produced no tumors in a group of 11 rats (Maltoni and Annoscia, 1974).  Maltoni and Annoscia also injected 25 mg of crocidolite into 50 male and 50 female 17-week-old Sprague-Dawley rats and observed 31 mesothelial tumors in males and 34 in females.

In an extensive series of experiments, Pott and Friedrichs (1972) and Pott et al. (1976) produced peritoneal mesotheliomas in mice and rats that were injected with various commercial varieties of asbestos and other fibrous material.  These results are shown in Table 4-10.  Using experiments with intrapleural administration, the malignant response was altered by ball-milling the fibers for 4 hours.  The rate of tumor production was reduced from 55 to 32 percent and the time from onset of exposure to the first tumor was length-ened from 323 to 400 days following administration of 4 doses of 25 mg of UICC Rhodesian chrysotile.  In the case of the ball-milled fibers, 99 percent of the fibers were reported to be smaller than 3 µm, 93 percent were smaller than 1 µm, and 60 percent were smaller than 0.3 µm.

Pott (1980) proposed a model for the relative carcinogenicity of mineral fibers, according to their dimensionality, using the results of injection and implantation data.  Figure 4-5 shows the schematic features of this model.  The greatest carcinogenicity is attributed to fiber lengths between 5 and 40 µm with diameters between 0.05 and 1 µm.

A strong conclusion that can be drawn from the above experimental data is that long (>4 µm) and fine diameter (<1 µm) fibers are more carcinogenic than short, thick fibers when they are implanted on the pleura or injected into the peritoneum of animals.  The origin of a reduction in carcinogenicity for

137

TABLE 4-10.   TUMORS IN ABDOMEN AND/OR THORAX OF RATS AFTER INTRAPERITONEAL INJECTION OF GLASS FIBERS, CROCIDOLITE, OR CORUNDUM

| Dust | Form[a] | Intraperitoneal dose mg | Effective number of dissected rats | Number of days before first tumor | Average survival time of rats with tumor, days after injection | Rats with tumor, percent | Tumor/type[b] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| Glass fibers MN 104 | f | 2 | 73 | 421 | 703 | 27.4 | 17 | 3 | - | - | 1 | 1 |
| Glass fibers MN 104 | f | 10 | 77 | 210 | 632 | 53.2 | 36 | 4 | - | 1 | 3 | - |
| Glass fibers MN 104 | f | 2 x 25 | 77 | 194 | 367 | 71.4 | 47 | 6 | 2 | - | - | - |
| Crocidolite | f | 2 | 39 | 452 | 761 | 38.5 | 12 | 3 | - | - | 2 | 1 |
| Corundum | g | 2 x 25 | 37 | 545 | 799 | 8.1 | 1 | - | - | 2 | 2 | 2 |
| UICC Rhodesian chrysotile | f | 2 | 37 | 431 | 651 | 16.2 | 4 | 2 | - | 1 | 1 | - |
| UICC Rhodesian chrysotile | f | 6.25 | 35 | 343 | 501 | 77.1 | 24 | 3 | - | - | - | - |
| UICC Rhodesian chrysotile | f | 25 | 31 | 276 | 419 | 0.6 | 21 | 2 | 1 | 1 | - | - |
| UICC Rhodesian chrysotile | f | 4 x 25 | 33 | 323 | 361 | 54.5 | 16 | 2 | - | - | - | - |
| UICC Rhodesian chrysotile | f | 3 x 25 s.c. | 33 | 449 | 449 | 3.0 | - | - | 1 s.c. | - | - | - |
| UICC Rhodesian milled | f | 4 x 25 | 37 | 400 | 509 | 32.4 | 9 | 3 | - | - | 1 | - |
| Polyoasctte | f | 3 x 25 | 34 | 257 | 348 | 76.5 | 24 | 2 | - | - | - | - |

138

TABLE 4-10. (continued)

| Dust | Form[a] | Intraperitoneal dose mg | Effective number of dissected rats | Number of days before first tumor | Average survival time of rats with tumors, days after injection | Rats with tumors, percent | Tumor/type[b] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| Glass fibers S + S 106 | f | 2 | 34 | 692 | 692 | 2.9 | 1 | - | - | - | - | - |
| Glass fibers S + S 106 | f | 10 | 36 | 350 | 530 | 11.1 | 2 | 2 | - | 1 | - | - |
| Glass fibers S + S 106 | f | 4 x 25 | 32 | 197 | 325 | 71.9 | 20 | 3 | - | - | - | - |
| Gypsum | f | 4 x 25 | 35 | 579 | 583 | 5.7 | - | - | 1 | - | 1 | - |
| Henalite | f | 4 x 25 | 34 | 249 | 315 | 73.5 | 17 | 8 | - | - | 1 | - |
| Actinolite | g | 4 x 25 | 39 | - | - | - | - | - | - | - | - | - |
| Biotite | g | 4 x 25 | 37 | - | - | - | - | - | - | - | - | - |
| Haematite (precipitation) | g | 4 x 25 | 34 | - | - | - | - | - | - | - | - | - |
| Haematite (mineral) | g | 4 x 25 | 30 | - | - | - | - | - | - | - | - | - |
| Pectolite | g | 4 x 25 | 40 | 569 | 569 | 2.5 | - | - | - | - | 1 | 1 |
| Sanidine | g | 4 x 25 | 33 | 579 | 579 | 2.6 | - | - | 1 | - | - | 1 |
| Talc | g | 4 x 25 | 36 | 587 | 587 | 2.8 | 1 | - | - | - | - | 1 |
| NaCl (control) | - | 4 x 2 ml | 72 | - | - | - | - | - | - | - | - | - |

[a] f = fibrous; g = granular.

[b] Tumor types are: 1 Mesothelioma; 2 Spindle cell sarcoma; 3 Polyocell sarcoma; 4 Carcinoma; 5 Reticulum cell sarcoma; 6 Benign -- not evaluated in tumor rates.

Sources: Pott and Friedrichs (1972); Pott et al. (1976).

139



**Figure 4-5. Hypothesis concerning the carcinogenic potency of a fiber as a function of its length and width using data on tumor incidence from injection and implantation studies.**

**Source: Pott (1980).**

shorter, ball-milled fibers is less clear because the relative contributions of shorter fiber length and the significant alteration of the crystal structure by input of physical energy have not yet been defined. Extrapolation of data on size-dependent effects obtained from intrapleural or intraperitoneal administration, to inhalation, where movement of the fibers in airways and subsequently through body tissues is strongly size-dependent, presents significant difficulties. The number of shorter (<5 μm) fibers in an exposure circumstance may be 100 times greater than the number of longer fibers; therefore, their carcinogenicity must be 1/100 times as much before their contribution can be neglected.


## 4.9  TERATOGENICITY

There is no evidence that asbestos is teratogenic.  Schneider and Maurer (1977) fed pregnant CD-1 mice doses of 4-400 mg/kg body weight (1.43 to 143) for gestation days 1 to 15.  They also administered 1, 10, or 100 μg of asbestos to 4-day blastocysts, which were transferred to pseudopregnant mice.  No positive effects were noted in either experiment.


## 4.10  SUMMARY

Animal data on the carcinogenicity of asbestos fibers confirm and extend epidemiological human data.  Mesothelioma and lung cancer are produced by all the principal commercial asbestos varieties, chrysotile, amosite, crocidolite, and anthophyllite, even by exposures as short as one day.  The deposition and clearance of fibers from the lung suggest that most inhaled fibers (~99 percent) are eventually cleared from the lung by ciliary or phagocytic action.  Chrysotile appears to be more readily removed, and dissolution of the fibers occurs in addition to other clearance processes.  Implantation and injection studies suggest that the carcinogenicity of durable mineral fibers is related to their dimensionality and not to their chemical composition.  Long ($\geq$4 μm) and thin ($\leq$1 μm) fibers are most carcinogenic when they are in place at a potential tumor site.  However, deposition, clearance, and migration of fibers are also size dependent, and the importance of all size-dependent effects in the carcinogenicity of inhaled fibers is not fully established.

## 5.  ENVIRONMENTAL EXPOSURES TO ASBESTOS

### 5.1 INTRODUCTION

The analysis of ambient air samples for asbestos has utilized techniques different from those used in occupational circumstances. This situation occurred because typical urban air may contain up to 100 $\mu g/m^3$ of particulate matter in which the researcher is attempting to quantify asbestos concentrations from about 0.1 $ng/m^3$ to perhaps 1000 $ng/m^3$. Thus, asbestos may constitute only 0.0001 to 1 percent of the particulate matter in a given air sample. Asbestos found in ambient air has a size distribution such that the vast majority of fibers are too short or too thin to be seen with an optical microscope. In many cases, these fibers and fibrils will be agglomerated with a variety of other materials present in the air samples.

The only effective method of analysis uses electron microscopy to enumerate and size all asbestos fibers (Nicholson and Pundsack, 1973; Samudra et al., 1978). Samples for such analysis are usually collected either on a Nuclepore[®] (polycarbonate) filter with a pore size of 0.4 $\mu m$ or on a Millipore[®] (cellulose ester) filter with a pore size of 0.8 $\mu m$. In some cases the Millipore[®] is backed by nylon mesh. Samples collected on Nuclepore[®] filters are prepared for direct analysis by carbon coating the filter to entrap the collected particles. A segment of the coated filter is then mounted on an electron microscope grid, which is placed on a filter paper saturated with chloroform so that the chloroform vapors dissolve the filter material. (Earlier electron microscopic analysis utilized a rub-out technique in which the ash residue was dispersed in a nitrocellulose film on a microscope slide and a portion of the film was then mounted on an electron microscope grid for scanning.)

Samples collected on Millipore[®] filters are prepared for indirect analysis by ashing a portion of the filter in a low temperature oxygen furnace. This removes the membrane filter material and all organic material collected in the sample. The residue is recovered in a liquid phase, dispersed by ultrasonification, and filtered on a Nuclepore[®] filter. The refiltered material is coated with carbon and mounted on a grid as above. The samples are then subjected to analysis. Chrysotile asbestos is identified on the basis of its morphology in the electron microscope and amphiboles are identified by their selected area electron diffraction patterns, supplemented by energy-dispersive X-ray analysis. Fiber concentrations in fibers per unit of volume (such as fibers/$cm^3$,

142

fibers/m$^3$, etc.) are calculated based on sample volume and filter area counted. In some cases, mass concentrations are reported using fiber volume and density relationships. However, mass concentrations may not be reliable if the sample contains fibrous forms, such as clusters, bundles, and matrices, where fiber volume is difficult to determine. These materials may constitute most of the asbestos mass in some samples, particularly those reflecting emission sources. Current fiber counting methods do not include those clumps. However, many of them are respirable and to the extent that they are broken apart in the lungs into individual fibers, they may add to the carcinogenic risk. On the other hand, methods which break up fibers generally disperse the clumps as well. In such analyses, the clumps would contribute to the mass.

In much of the earlier analyses of chrysotile concentrations in the United States the ashed material was either physically dispersed or disrupted by ultrasonification. Thus, no information was obtained on the size distribution of the fibers in the original aerosol. Air concentrations were given only in terms of total mass of asbestos present in a given air volume, usually in nanograms per cubic meter (ng/m$^3$). (See Section 5-9 for data on the interconvertability of optical fiber counts and electron microscopic mass determinations.) With the use of Nuclepore$^®$ filters and appropriate care in the collection of samples and their processing, information on the fiber size distribution can be obtained and concentrations of fibers of selected dimensions can be calculated. Samples collected on Millipore$^®$ filters can be ashed and the residue resuspended and filtered through Nuclepore$^®$ filters. However, some breakage of fibers during the process is likely. Direct processing of Millipore$^®$ filters for electron microscopic analysis has been reported by Burdett and Rood (1983) and is being tested by several laboratories. However, the utility and reliability of this technique is unknown at present.

Ideally, one would like a measure of exposure that would be proportional to the carcinogenic risk. Unfortunately, this is not possible because of our limited information on the carcinogenicity of fibers according to length and width and the lack of information on the deposition, clearance, and movement through the body of fibers of different sizes. Secondly, our epidemiological evidence of disease relates to fibers longer than 5 μm measured by optical microscopy. It should be recognized that electron microscopic fiber counts of fibers longer than 5 μm of length will differ considerably from optical microscopy counts of the same sample because of the presence of a large number of

fibers undetected by optical microscopy. Nevertheless, it would appear that the best measure of risk would be electron microscopic fiber counts of fibers greater than 5 µm in length and use of an empirically determined adjustment for the increased resolving power of the electron microscope when such measurements are used for risk assessment.

Two of the studies described below provide information on fiber as well as mass concentrations. However, in one case (Constant, 1983) the fiber concentrations were of fibers of all length, and thus are impossible to translate into optical microscopic counts (other than by mass). While the other studies are limited because of the absence of fiber concentrations, they are sufficient to indicate exposure circumstances of concern or that warrant further investigation. Further, using an empirical conversion factor (having a very large uncertainty), estimates of environmental exposures can be made in terms of optical fiber counts.

Unfortunately, few studies have been conducted which provide data relating asbestos fiber concentrations and health effects. While estimates of asbestos concentrations based on conversions from fiber-mass relationships have an associated uncertainty, they are the best data available for such assessments. Future studies will hopefully be designed to measure fiber number, size, and type for correlation with health effects.

An analysis of 25 samples collected in buildings having asbestos surfacing material (some buildings showing evidence of contamination) demonstrated the inadequacy of phase contrast optical microscopic techniques for the quantification of asbestos (Nicholson et al., 1975). Figure 5-1 shows the correlation of optical fiber counts determined using National Institute for Occupational Safety and Health (1972) prescribed techniques and asbestos mass measurements obtained on the same samples. In determining the fiber concentrations, all objects with an aspect ratio of three or greater were enumerated using phase-contrast microscopy. Petrographic techniques were not utilized to verify whether an object was an asbestos fiber. Figure 5-1 shows that the optical microscopic data do not reflect the mass concentrations of asbestos determined by electron microscopy, largely because of a considerable number of nonasbestos fibers that were in the ambient air and were counted in the optical microscopic analysis.

The available published asbestos exposure data are to a large extent episodic in nature. The studies were not designed to provide measures of ambient concentrations throughout the United States. The data presented here

144



Figure 5-1. Fiber concentrations by optical microscopy versus asbestos mass concentrations by electron microscopy.

Source: National Institute for Occupational Safety and Health (1972).

145

represent the published data that are available. These data show what concentration can occur in the circumstances given. When useful information (i.e., number of sites, frequency of samples) is available that helps characterize the representativeness of exposure of the data, it is presented. But as can be seen, these data generally do not represent the results of systematic studies designed to characterize the ambient asbestos concentrations in the United States or those in typical building circumstances.

## 5.2 GENERAL ENVIRONMENT

Asbestos of the chrysotile variety has been found to be a ubiquitous contaminant of ambient air. A study of 187 quarterly samples collected in 48 U.S. cities in 1969-1970 showed chrysotile asbestos to be present in virtually all metropolitan areas (Nicholson, 1971; Nicholson and Pundsack, 1973). Table 5-1 lists the distribution of values obtained in that study, along with similar data obtained by the Battelle Memorial Institute (U.S. EPA, 1974). Each value represents the chrysotile concentration in a composite of from five to seven 24-hour samples, thus averaging possible peak concentrations which could occur periodically or randomly. Of the three samples greater than 20 ng/m$^3$ analyzed by Mount Sinai School of Medicine, one sample was in a city that had a major shipyard and another was in a city that had four brake manufacturing facilities with no emission controls. Thus, these samples may have included a contribution from a specific source in addition to that of the general ambient air. Also shown in Table 5-1 is the distribution of chrysotile concentrations from five-day samples of the air in Paris (Sebastien et al., 1980). These values were obtained during 1974 and 1975 and were generally lower than those measured in the United States, perhaps reflecting a diminished use of asbestos in construction compared to that of the United States during 1969-1970.

In a study of the ambient air of New York City, in which samples were taken only during daytime working hours, higher values than those mentioned above were obtained (Nicholson et al., 1971). These 4- to 8-hour samples were collected between 8:00 A.M. and 5:00 P.M., and they reflect what could be intermittently higher concentrations during those hours compared to nighttime periods. Table 5-2 records the chrysotile content of 22 samples collected in the five boroughs of New York and their overall cumulative distribution. The samples analyzed in all the studies discussed above were taken during a period when fireproofing of high rise buildings by spraying asbestos-containing

146

TABLE 5-1.  CUMULATIVE DISTRIBUTION OF 24-HOUR CHRYSOTILE ASBESTOS
CONCENTRATIONS IN THE AMBIENT AIR OF U.S. CITIES AND PARIS, FRANCE

| Concentration ($ng/m^3$) less than | Electron Microscopy Analysis | | | | |
|---|---|---|---|---|---|
| | Mount Sinai School of Medicine[a] | | Battelle Memorial Institute[b] | | Paris, France[c] |
| | Number of samples | Percentage of samples | Number of samples | Percentage of samples | Percentage of samples |
| 1.0 | 61 | 32.6 | 27 | 21.3 | 70 |
| 2.0 | 119 | 63.6 | 60 | 47.2 | 85 |
| 5.0 | 164 | 87.7 | 102 | 80.1 | 98 |
| 10.0 | 176 | 94.2 | 124 | 97.6 | 100 |
| 20.0 | 184 | 98.5 | 125 | 98.5 | |
| 50.0 | 185 | 99.0 | 127 | 100.0 | |
| 100.0 | 187 | 100.0 | 127 | 100.0 | |

Sources:  [a]Nicholson (1971);  [b]U.S. EPA (1974);  [c]Sebastien et al. (1980).

materials was permitted.  The practice was especially common in New York City.
While no sampling station was known to be located adjacent to an active con-
struction site, unusually high levels could nevertheless have resulted from
this procedure.  Other sources that may have contributed to these air concen-
trations include automobile braking, other construction activities, consumer
use of asbestos products, and maintenance or repair of asbestos-containing
materials (e.g., thermal insulation).


5.3  CHRYSOTILE ASBESTOS CONCENTRATIONS NEAR CONSTRUCTION SITES
     To determine if construction activities could be a significant source of
chrysotile fiber in the ambient air, 6- to 8-hour daytime sampling was conducted
in lower Manhattan in 1969 near sites where extensive spraying of asbestos-
containing fireproofing material was taking place.  Eight sampling sites were
established near the World Trade Center construction site during the period
when asbestos material was sprayed on the steelwork of the first tower.

147

TABLE 5-2.  DISTRIBUTION OF 4- TO 8-HOUR DAYTIME CHRYSOTILE ASBESTOS
CONCENTRATIONS IN THE AMBIENT AIR OF NEW YORK CITY, 1969-1970

| Asbestos concentration (ng/m$^3$) less than | Cumulative number of samples | Cumulative percentage of samples |
|---|---|---|
| 1 | 0 | 0.0 |
| 2 | 1 | 4.5 |
| 5 | 4 | 18.1 |
| 10 | 8 | 36.4 |
| 20 | 16 | 72.7 |
| 50 | 21 | 95.4 |
| 100 | 22 | 100.0 |

Distribution by borough

| Sampling locations | Number of samples | Asbestos air level, ng/m$^3$ Range | Average |
|---|---|---|---|
| Manhattan | 7 | 8-65 | 30 |
| Brooklyn | 3 | 6-39 | 19 |
| Bronx | 4 | 2-25 | 12 |
| Queens | 4 | 3-18 | 9 |
| Staten Island | 4 | 5-14 | 8 |

Source:  Nicholson et al. (1971).

Table 5-3 shows the results of building-top air samples taken at sites within
one-half mile of the Trade Center site, demonstrating that spray fireproofing
did contribute significantly to asbestos air pollution (Nicholson et al.,
1971; Nicholson and Pundsack, 1973).  In some instances, chrysotile asbestos
levels were observed that were approximately 100 times greater than the con-
centrations typically found in ambient air.


5.4  ASBESTOS CONCENTRATIONS IN BUILDINGS IN THE UNITED STATES AND FRANCE

During 1974, 116 samples of indoor and outdoor air were collected in 19
buildings (usually 4-6 indoor samples and 1 ambient air control sample per
building) in 5 U.S. cities to assess whether contamination of the building air
resulted from the presence of asbestos-containing surfacing materials in rooms
or return air plenums (Nicholson et al., 1975).  The asbestos materials in the
buildings were of two main types:  1) a cementitious or plaster-like material
that had been sprayed as a slurry onto steelwork or building surfaces, and

TABLE 5-3.  DISTRIBUTION OF 6- TO 8-HOUR CHRYSOTILE ASBESTOS
CONCENTRATIONS WITHIN ONE-HALF MILE OF THE SPRAYING OF ASBESTOS MATERIALS
ON BUILDING STEELWORK, 1969-1970

| Asbestos concentration ($ng/m^3$) less than | Cumulative number of samples | Cumulative percentage of samples |
|---|---|---|
| 5 | 0 | 0.0 |
| 10 | 3 | 17.6 |
| 20 | 8 | 47.1 |
| 50 | 14 | 82.3 |
| 100 | 16 | 94.1 |
| 200 | 16 | 94.1 |
| 500 | 17 | 100.0 |

Distribution of chrysotile air levels according to distance from
spray fireproofing sites

| Sampling locations | Number of samples | Asbestos air level, $ng/m^3$ | |
|---|---|---|---|
| | | Range | Average |
| 1/8-1/4 mile | 11 | 9-375 | 60 |
| 1/4-1/2 mile | 6 | 8-54 | 25 |
| 1/2-1 mile | 5 | 3.5-36 | 18 |

Source:  Nicholson et al. (1971).

2) a loosely bonded fibrous mat that had been applied by blowing a dry mixture
of fibers and binders through a water spray onto the desired surface.  The
friability of the two types of materials differed considerably; the cemen-
titious spray surfaces were relatively impervious to damage while the fibrous
sprays were highly friable.  The results of air sampling in these buildings
(Table 5-4) provide evidence that the air of buildings with fibrous asbestos-
containing materials may often be contaminated.

Similar data were obtained by Sebastien et al. (1980) in a survey of
asbestos concentration in buildings in Paris, France.  Sebastien surveyed 21
asbestos-insulated buildings; 12 had at least one measurement higher than 7
$ng/m^3$, the upper limit of the outdoor asbestos concentrations measured by
these investigators.  The distribution of 5-day asbestos concentrations in
these buildings, along with 19 outdoor samples taken at the same time, is
shown in Table 5-5.  One particularly disturbing set of data by Sebastien et
al. is the concentrations of asbestos measured after surfacing material was
removed or repaired.  The average of 22 such samples was 22.3 $ng/m^3$.  However,

149

TABLE 5-4.  CUMULATIVE DISTRIBUTION OF 8- TO 16-HOUR CHRYSOTILE ASBESTOS CONCENTRATIONS IN BUILDINGS WITH ASBESTOS-CONTAINING SURFACING MATERIALS IN ROOMS OR IN AIR PLENUMS

| Asbestos concentration ng/m³ less than | Friable spray | | Cementitious spray | | Control samples | |
|---|---|---|---|---|---|---|
| | Number of samples | Percentage of samples | Number of samples | Percentage of samples | Number | Percentage |
| 1 | 5 | 9.3 | 3 | 10.7 | 5 | 14.7 |
| 2 | 6 | 11.1 | 6 | 21.4 | 6 | 17.6 |
| 5 | 8 | 14.8 | 10 | 35.7 | 15 | 44.1 |
| 10 | 15 | 27.8 | 17 | 60.7 | 21 | 61.8 |
| 20 | 28 | 51.9 | 26 | 92.9 | 29 | 85.3 |
| 50 | 44 | 81.5 | 27 | 96.4 | 33 | 97.1 |
| 100 | 49 | 90.7 | 27 | 96.4 | 34 | 100.0 |
| 200 | 52 | 96.3 | 28 | 100.0 | | |
| 500 | 53 | 98.1 | | | | |
| 1000 | 54 | 100.0 | | | | |
| Arithmetic average concentration | 48 ng/m³ | | 14.5 ng/m³ | | 12.7 ng/m³ | |

Source:  Nicholson et al. (1975; 1976).

150

TABLE 5-5.  CUMULATIVE DISTRIBUTION OF 5-DAY ASBESTOS CONCENTRATIONS
IN PARIS BUILDINGS WITH ASBESTOS-CONTAINING SURFACING MATERIALS

| Asbestos concentration ($ng/m^3$) less than | Building samples | | Outdoor control samples | |
|---|---|---|---|---|
| | Number | Percentage | Number | Percentage |
| **Chrysotile** | | | | |
| 1 | 57 | 42.2 | 14 | 73.7 |
| 2 | 70 | 51.9 | 16 | 84.2 |
| 5 | 92 | 68.1 | 17 | 89.5 |
| 10 | 104 | 77.0 | 19 | 100.0 |
| 20 | 117 | 86.7 | | |
| 50 | 128 | 94.8 | | |
| 100 | 129 | 95.6 | | |
| 200 | 130 | 96.3 | | |
| 500 | 132 | 97.8 | | |
| 1000 | 135 | 100.0 | | |
| Arithmetic average concentration | | 25 $ng/m^3$ | | 1 $ng/m^3$ |
| **Amphiboles[a]** | | | | |
| 1 | 112 | 83.0 | 19 | 100.0 |
| 2 | 115 | 85.2 | | |
| 5 | 122 | 90.4 | | |
| 10 | 125 | 92.6 | | |
| 20 | 129 | 95.6 | | |
| 50 | 131 | 97.0 | | |
| 100 | 132 | 97.8 | | |
| 200 | 133 | 98.5 | | |
| 500 | 135 | 100.0 | | |
| Arithmetic average concentration | | 10 $ng/m^3$ | | 0.1 $ng/m^3$ |

[a]No value reported for 104 building samples.  Some materials would have contained no amphibole asbestos.

Source:  Sebastien et al. (1980).

in two highly contaminated areas, significant reductions were measured (500 to 750 ng/m$^3$ decreased to less than 1 ng/m$^3$). The importance of proper removal techniques and cleanup cannot be overemphasized.

Sebastien et al. (1982) also measured concentrations of indoor airborne asbestos up to 170 ng/m$^3$ in a building with weathered asbestos floor tiles. Asbestos flooring is used in a large number of buildings and is the third largest use of asbestos fibers.

## 5.5  ASBESTOS CONCENTRATIONS IN U.S. SCHOOL BUILDINGS

Of concern was the discovery of extensive asbestos use in public school buildings (Nicholson et al., 1978).  Asbestos surfaces were found in more than 10 percent of pupil-use areas in New Jersey schools, with two-thirds of the surfaces showing some evidence of damage.  Because these values appear to be typical of conditions in many other states, it was estimated that 2 to 6 million pupils and 100,000 to 300,000 teachers may be exposed to released asbestos fibers in schools across the nation.  To obtain a measure of contamination for this use of asbestos, 10 schools were sampled in the urban centers of New York and New Jersey and in suburban areas of Massachusetts and New Jersey.  Schools were selected for sampling because of visible damage, in some cases extensive.

Table 5-6 lists the distribution of chrysotile concentrations found in samples taken over 4 to 8 hours in these 10 schools (1-5 samples per school). Chrysotile asbestos concentrations ranged from 9 ng/m$^3$ to 1950 ng/m$^3$, with an average of 217 ng/m$^3$.  Outside air samples at 3 of the schools varied from 3 ng/m$^3$ to 30 ng/m$^3$, with an average of 14 ng/m$^3$.  In all samples but two (which measured 320 ng/m$^3$) no asbestos was visible on the floor of the sampled area, although surface damage was generally present near the area.  The highest value (1950 ng/m$^3$) was in a sample that followed routine sweeping of a hallway in a school with water damage to the asbestos surface, although no visible asbestos was seen on the hallway floor.  It is emphasized that the schools were selected in testing on the basis of the presence of visible damage. Although the results cannot be considered typical of all schools having asbestos surfaces, the results do illustrate the extent to which contamination can exist.

A recent study suggests that the above school samples may not be atypical (Constant et al., 1983).  Concentrations similar to those indicated above were found in the analysis of samples collected during a 5-day period in 25

152

TABLE 5-6.  DISTRIBUTION OF CHRYSOTILE ASBESTOS CONCENTRATIONS IN
4- to 8-HOUR SAMPLES TAKEN IN PUBLIC SCHOOLS WITH DAMAGED ASBESTOS SURFACES

| Asbestos concentration ($ng/m^3$) less than | Number of samples | Percentage of samples |
|---|---|---|
| 5 | 0 | 0.0 |
| 10 | 1 | 3.7 |
| 20 | 1 | 3.7 |
| 50 | 6 | 22.2 |
| 100 | 12 | 44.4 |
| 200 | 19 | 70.4 |
| 500 | 25 | 92.6 |
| 1000 | 26 | 95.3 |
| 2000 | 27 | 100.0 |

Source:  Nicholson et al. (1978).

schools that had asbestos surfacing materials.  The schools were in a single district and were selected by a random procedure, not because of the presence or absence of damaged material.  A population-weighted arithmetic mean concentration of 179 $ng/m^3$ was measured in 54 samples collected in rooms or areas that had asbestos surfacing material.  In contrast, a concentration of 6 $ng/m^3$ was measured in 31 samples of outdoor air taken at the same time.  Of special concern are 31 samples collected in the schools that used asbestos, but taken in areas where asbestos was not used.  These data showed an average concentration of 53 $ng/m^3$, indicating dispersal of asbestos from the source.  The data are summarized in Table 5-7.  As published fiber counts were fibers of all sizes, only the fiber mass data are listed in the table.  Additionally, fiber clumps were noted in many samples, but were not included in the tabulated masses.

A study commissioned by the Ontario Royal Commission (1984) of asbestos concentrations in buildings with asbestos insulation indicates levels comparable to that of urban air.  It is not clear whether "insulation" is thermal insulation or sprayed surfacing material.  Average concentrations (3-5 samples per building) ranged from less than 1 to 11 $ng/m^3$.  However, during very careful maintenance and inspection work, concentrations substantially in excess of background were observed.

Sawyer (1977, 1979) reviewed a variety of data on air concentrations, measured by optical microscopy, for circumstances where asbestos materials in schools and other buildings are disturbed by routine or abnormal activity.

153

TABLE 5-7.   CUMULATIVE DISTRIBUTION OF 5-DAY CHRYSOTILE ASBESTOS CONCENTRATIONS IN 25 SCHOOLS HAVING ASBESTOS SURFACING MATERIALS, 1980-1981

| Asbestos concentration (ng/m³) less than | Rooms with asbestos | | Rooms without asbestos | | Outdoor controls | |
|---|---|---|---|---|---|---|
| | Number of samples | Percentage of samples | Number of samples | Percentage of samples | Number of samples | Percentage of samples |
| **Chrysotile** | | | | | | |
| 1 | 5 | 9.2 | 6 | 19.4 | 17 | 54.8 |
| 2 | 6 | 11.1 | 7 | 22.6 | 22 | 71.0 |
| 5 | 7 | 13.0 | 11 | 35.5 | 27 | 87.1 |
| 10 | 14 | 25.9 | 12 | 38.7 | 27 | 90.3 |
| 20 | 19 | 35.2 | 15 | 48.4 | 28 | 96.8 |
| 50 | 26 | 48.1 | 21 | 67.7 | 30 | 100.0 |
| 100 | 39 | 72.2 | 24 | 87.1 | 31 | |
| 200 | 45 | 83.3 | 29 | 93.5 | | |
| 500 | 52 | 96.3 | 31 | 100.0 | | |
| 1000 | 54 | 100.0 | | | | |
| Population weighted mean concentration | 179 ng/m³ | | 53 ng/m³ | | 6 ng/m³ | |
| **Amphiboles** | | | | | | |
| 1 | 44 | 81.5 | 21 | 67.7 | 26 | 83.9 |
| 2 | 45 | 83.3 | 22 | 71.0 | 29 | 93.5 |
| 5 | 49 | 90.7 | 26 | 83.9 | 31 | 100.0 |
| 10 | 50 | 92.6 | 27 | 87.1 | | |
| 20 | 52 | 96.3 | 27 | 87.1 | | |
| 50 | 52 | 96.3 | 29 | 93.5 | | |
| 100 | 54 | 100.0 | 31 | 100.0 | | |
| 500 | | | | | | |
| Arithmetic mean concentration | 3.6 ng/m³ | | 8.3 ng/m³ | | 0.5 ng/m³ | |

Source:  Constant et al. (1983).

154

These results, shown in Table 5-8, demonstrate that a wide variety of activi-
ties can lead to high asbestos concentrations during disturbance of asbestos
surfacing material. Maintenance and renovation work, particularly if performed
improperly, can lead to substantially elevated asbestos levels.

TABLE 5-8.   AIRBORNE ASBESTOS IN BUILDINGS HAVING
FRIABLE ASBESTOS MATERIALS

| Classification | Main mode of contamination | Activity description | Mean count of fibers per cm$^3$ | n | Range or SD |
|---|---|---|---|---|---|
| Quiet, non-specific, routine | Fallout reentrainment | None | 0.0 | 32 | 0.0 |
| | | Dormitory | 0.1 | NA | 0.0-0.8 |
| | | University, schools | 0.1 | 47 | 0.1 |
| | | Offices | 0.2 | 14 | 0.1-0.6 |
| Maintenance | Contact | Relamping | 1.4 | 2 | 0.1 |
| | | Plumbing | 1.2 | 6 | 0.1-2.4 |
| | | Cable movement | 0.9 | 4 | 0.2-3.2 |
| Custodial | Mixed:  contact reentrainment | Cleaning | 15.5 | 3 | 6.7 |
| | | Dry sweeping | 1.6 | 5 | 0.7 |
| | | Dry dusting | 4.0 | 6 | 1.3 |
| | | Bystander | 0.3 | 3 | 0.3 |
| | | Heavy dusting | 2.8 | 8 | 1.6 |
| Renovation | Mixed: contact reentrainment | Ceiling repair | 17.7 | 3 | 8.2 |
| | | Track light | 7.7 | 6 | 2.9 |
| | | Hanging light | 1.1 | 5 | 0.8 |
| | | Partition | 3.1 | 4 | 1.1 |
| | | Pipe lagging | 4.1 | 8 | 1.8-5.8 |
| Vandalism | Contact | Ceiling damage | 12.8 | 5 | 8.0 |

Source:  Sawyer (1979).

5.6  CHRYSOTILE CONCENTRATIONS IN THE HOMES OF WORKERS

The finding of asbestos disease in family contacts of individuals occupa-
tionally exposed to chrysotile fibers directs attention to air concentrations
in the homes of such workers.  Thirteen samples were collected in the homes of
asbestos mine and mill employees and analyzed for chrysotile (Nicholson et
al., 1980).  The workers were employed at mine operations in California and
Newfoundland.  At the time of sampling (1973 and 1976) they did not have

access to shower facilities nor did they commonly change clothes before going home. Table 5-9 lists the concentration ranges of the home samples. Three samples taken in homes of non-miners in Newfoundland yielded concentrations of 32, 45, and 65 ng/m$^3$. In contrast, the concentrations in workers' homes were much higher, pointing to the need for appropriate shower and change facilities at asbestos workplaces. Because asbestos-generated cancers have been documented in family contacts of workers, concentrations such as those described in this document should be viewed with particular concern.

TABLE 5-9.  DISTRIBUTION OF 4-HOUR CHRYSOTILE ASBESTOS CONCENTRATIONS IN THE AIR OF HOMES OF ASBESTOS MINE AND MILL EMPLOYEES

| Asbestos concentration (ng/m$^3$) less than | Number of samples | Percentage of samples |
|---|---|---|
| 50 | 0 | 0.0 |
| 100 | 4 | 30.8 |
| 200 | 8 | 61.5 |
| 500 | 10 | 76.9 |
| 1000 | 12 | 92.3 |
| 2000 | 12 | 92.3 |
| 5000 | 13 | 100.0 |

Source:  Nicholson et al. (1980).

5.7  SUMMARY OF ENVIRONMENTAL SAMPLING

Table 5-10 summarizes those studies of the general ambient air or of specific pollution circumstances that have a sufficient number of samples for comparative analysis. The data are remarkably consistent. Average 24-hour samples of general ambient air indicate asbestos concentrations of 1 to 2 ng/m$^3$ (two U.S. samples that may have been affected by specific sources were not included). Short-term daytime samples are generally higher, reflecting the possible contributions of traffic, construction, and other human activities. In buildings having asbestos surfacing materials, average concentrations 100 times greater than ambient air are seen in some schools and concentrations 5-30 times greater than ambient air are seen in some other buildings.

Figure 5-2 shows the cumulative distributions, on a log-probability plot, of the urban, school, and building samples. The straight lines in the data of Nicholson are suggestive of homogeneous sampling circumstances, but this may be fortuitous. The sampling situation of Constant et al. appears not to be homogeneous.

156

TABLE 5-10.  SUMMARY OF ENVIRONMENTAL ASBESTOS SAMPLING

| Sample set | Collection period | Number of samples | Mean Concentration, ng/m$^3$ |
|---|---|---|---|
| Quarterly composites of 5 to 7 24-hour U.S. samples (Nicholson, 1971; Nicholson and Pundsack, 1973) | 1969-70 | 187 | 3.3 C[a] |
| Quarterly composite of 5 to 7 24-hour U.S. samples (U.S. EPA, 1974) | 1969-70 | 127 | 3.4C |
| 5-day samples of Paris, France (Sebastien et al., 1980) | 1974-75 | 161 | 0.96 C |
| 6- to 8-hour samples of New York City (Nicholson et al., 1971) | 1969 | 22 | 16 C |
| 5-day, 7-hour control samples for U.S. school study (Constant et al., 1983) | 1980-81 | 31 | 6.5 (6C, 0.5A[b]) |
| 16-hour samples of 5 U.S. cites (U.S. EPA, 1974) | 1974 | 34 | 13 C |
| New Jersey schools with damaged asbestos surfacing materials in pupil use areas (Nicholson et al., 1978) | 1977 | 27 | 217 C |
| U.S. school rooms/areas with asbestos surfacing material (Constant, 1983) | 1980-81 | 54 | 183 (179C, 4A) |
| U.S. school rooms/areas in building with asbestos surfacing material (Constant, 1983) | 1980-81 | 31 | 61 (53C, 8A) |
| Buildings with asbestos materials in Paris, France (Sebastien et al., 1980) | 1976-77 | 135 | 35 (25C, 10A) |
| U.S. buildings with friable asbestos in plenums or as surfacing materials (Nicholson et al., 1975; Nicholson et al., 1976) | 1974 | 54 | 48 C |
| U.S. buildings with cementitious asbestos material in plenums or as surfacing materials (Nicholson et al., 1975, 1976) | 1974 | 28 | 15 C |
| Ontario buildings with asbestos insulation (Ontario Royal Commission, 1984) | 1982 | 63 | 2.1 |

[a] C = chrysotile.        [b] A = amphibole.

157



Figure 5-2.  Cumulative distribution, on a log probability plot,
of urban, school, and building asbestos air concentrations.

## 5.8 OTHER EMISSION SOURCES

Weathering of asbestos cement wall and roofing materials was shown to be a source of asbestos air pollution by analyzing air samples taken in buildings constructed of such material (Nicholson, 1978). Seven samples taken in a school after a heavy rainfall showed asbestos concentrations from 20-4500 ng/m$^3$ (arithmetic mean = 780 ng/m$^3$); all but two samples exceeded 100 ng/m$^3$. The source was attributed to asbestos washed from asbestos cement walkways and asbestos cement roof panels. No significantly elevated concentrations were observed in a concurrent study of houses constructed of asbestos cement materials. Roof water runoff from the homes landed on the ground and was not reentrained, while that of the schools fell to a smooth walkway, which allowed easy reentrainment when dry. Contamination from asbestos cement siding has also been documented by Spurny et al. (1980).

One of the more significant remaining contributions to environmental asbestos concentrations may be emissions from braking of automobiles and other vehicles. Measurements of brake and clutch emissions reveal that, annually, 2.5 tons of unaltered asbestos are released to the atmosphere and an additional 68 tons fall to roadways, where some of the asbestos is dispersed by passing traffic (Jacko et al., 1973).

## 5.9 INTERCONVERTIBILITY OF FIBER AND MASS CONCENTRATIONS

The limited data that relate asbestos disease to exposure are derived from studies of workers exposed in occupational environments. In these studies, concentrations of fibers longer than 5 µm were determined using optical microscopy or they were estimated from optical microscopy measurements of total particulate matter. All current measurements of low-level environmental pollution utilize electron microscopy techniques, which determine the total mass of asbestos present in a given volume of air. In order to extrapolate dose-response data obtained in studies of working groups to environmental exposures, it is necessary to establish a relationship between optical fiber counts and the mass of asbestos determined by electron microscopy.

Data are available relating optical fiber counts (longer than 5 µm) to the total mass of asbestos, as determined by electron microscopy techniques or other weight determinations. These relationships (Table 5-11) provide crude

TABLE 5-11.    MEASURED RELATIONSHIPS BETWEEN OPTICAL FIBER COUNTS AND MASS AIRBORNE CHRYSOTILE

| Sampling situation | Fiber[a] counts f/ml | Mass concentration μg/m³ | Conversion factors | |
|---|---|---|---|---|
| | | | $\frac{\mu g/m^3}{f/ml}$ or $\frac{\mu g}{10^6 f}$ | $10^3$ f/μg |
| Textile factory British Occupational Hygiene Society (1968) (weight vs. fiber count) | 2 | 120 | 60 | 16 |
| Air chamber monitoring Davis et al. (1978) | 1950 | 10,000 | 5 | 200 |
| Monitoring brake repair work Rohl et al. (1976) Electron Microscopy (E.M. mass vs. fiber count) | 0.1 to 4.7 (7 samples) | 0.1 to 6.6 | 0.7 to 24[b] mean = 6 | 170 |
| Textile mill Lynch et al. (1970) | | | 150[c] | 6.7 |
| Friction products manufacturing Lynch et al. (1970) | | | 70[c] | 13.9 |
| Pipe manufacturing Lynch et al. (1970) | | | 45[c] | 22.5 |

[a] All fiber counts used phase-contrast microscopy and enumerated fibers longer than 5 μm.

[b] Conversion factor may be low due to losses in electron microscopy processing.

[c] Conversion factor may be high because of overestimate of asbestos mass on the basis of total magnesium.

160

estimates of a conversion factor relating fiber concentration in fibers per milliliter (f/ml) to airborne asbestos mass in micrograms per cubic meter ($\mu g/m^3$). The proposed standards for asbestos in Great Britain, set by the British Occupational Hygiene Society (BOHS), states that a "respirable" asbestos mass of 0.12 $mg/m^3$ is equivalent to 2 f/ml (British Occupational Hygiene Society, 1968). The standard does not state how this relationship was determined. If the relationship was obtained from magnesium determinations in an aerosol, the weight determination would likely be high because of the presence of other nonfibrous magnesium-containing compounds in the aerosol. Such was the case in the work of Lynch et al. (1970), and their values for the conversion factor are undoubtedly overestimates. The data of Rohl et al. (1976) are likely to be underestimates because of possible losses in the determination of mass by electron microscopy. No information exists on the procedures used to determine the mass of chrysotile in the data presented by Davis et al. (1978).

The range of 5 to 150 for the conversion factor relating mass concentration to optical fiber concentration is large and any average value derived from it has a large uncertainty. However, for the purpose of extrapolating to low mass concentrations from fiber count, the geometric mean of the above range of conversion factors, 30 $\mu g/m^3/f/ml$, will be used. The geometric standard deviation of this value is 4, and this uncertainty severely limits any extrapolation in which it is used. In the case of amosite, the data of Davis et al. (1978) suggest that a conversion factor of 18 is appropriate. However, these data yield lower chrysotile values than all other chrysotile estimates; therefore, they may also be low for amosite.


5.10  SUMMARY

Measurements using electron microscopy techniques established the presence of asbestos in the urban ambient air, usually at concentrations less than 10 $ng/m^3$. Concentrations of 100 $ng/m^3$ to 1000 $ng/m^3$ were measured near specific asbestos emission sources, in schools where asbestos-containing materials are used for sound control, and in office buildings where similar materials are used for fire control. Excess concentrations in buildings have usually been associated with visible damage or erosion of the asbestos materials. Many buildings with intact material have no increased concentrations of asbestos. Most ambient measurements were taken over ten years ago and it is very important to obtain more current data.

161

## 6.   RISK EXTRAPOLATIONS AND HUMAN EFFECTS OF LOW EXPOSURES

### 6.1  RISK EXTRAPOLATIONS FOR LUNG CANCER AND MESOTHELIOMA

To obtain dose-response estimates at current or projected environmental asbestos concentrations, it is necessary to extrapolate from epidemiological data on deaths that have resulted from exposures to the considerably higher concentrations extant in occupational circumstances.  As mentioned previously, the available data are compatible with a linear exposure-response relationship, with no evidence of a threshold.  However, the limited data that indicate the validity of this relationship are for exposures two or three orders of magnitude higher than those of concern for environmental exposures.

The values determined for $K_L$ and $K_M$ in Chapter 3 are used to calculate best estimate risks from continuous exposures to 0.0001 and 0.01 f/ml.  The values for continuous exposure were derived by multiplying 40 hr/wk risks, obtained from occupational exposures, by 4.2 (the ratio of hours in a week to 40 hours.)  The lower concentration is typical of urban ambient air and corresponds to about 3 ng/m$^3$.  The higher concentration, corresponding to about 300 ng/m$^3$, was measured in several environmental exposure circumstances.  These two examples provide unit risks from which risk at other continuous exposures can be calculated as needed.

Tables 6-1, 6-2, and 6-3 list the calculated lifetime risks of mesothelioma and lung cancer for continuous exposures to 0.0001 and 0.01 f/ml of asbestos for various time periods.  Risks from longer or shorter exposures can be estimated by directly scaling the data in the tables, as can risks from other concentrations (i.e., 0.1 f/ml).  Equations 3-3a, 3-6c, 3-6d, and 3-6e and values of $K_L = 1.0 \times 10^{-2}$ and $K_M = 1.0 \times 10^{-8}$ were used in these calculations.  The calculation uses a lifetable approach, in which the hypothetical population at risk is continuously decreased by its calculated mortality from all causes.  Different overall mortality rates for smokers and non-smokers, as well as for males and females, lead to different estimated mesothelioma risks by smoking and gender, in Tables 6-1, 6-2, and 6-3.  In the calculation of lung cancer risk it was assumed that the calculated asbestos-related risk continue following cessation of any hypothetical exposure.  U.S. 1977 mortality rates (National Center for Health Statistics, 1977) are used as the basic data for the calculation.  The tables utilize both smoking specific (Tables 6-1 and

162

TABLE 6-1.  LIFETIME RISKS PER 100,000 FEMALES OF DEATH FROM
MESOTHELIOMA AND LUNG CANCER FROM CONTINUOUS ASBESTOS EXPOSURES OF 0.0001 AND 0.01 f/ml
ACCORDING TO AGE AT FIRST EXPOSURE, DURATION OF EXPOSURE, AND SMOKING[a]

| Age at onset of exposure | Concentration = 0.0001 f/ml years of exposure | | | | | Concentration = 0.01 f/ml years of exposure | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 5 | 10 | 20 | life-time | 1 | 5 | 10 | 20 | life-time |
| Mesothelioma in Female Smokers | | | | | | | | | | |
| 0 | 0.1 | 0.6 | 1.2 | 1.9 | 2.5 | 13.9 | 64.0 | 115.1 | 186.2 | 252.0 |
| 10 | 0.1 | 0.4 | 0.7 | 1.1 | 1.4 | 9.0 | 40.3 | 71.4 | 112.0 | 142.8 |
| 20 | 0.1 | 0.2 | 0.4 | 0.6 | 0.7 | 5.3 | 23.5 | 40.7 | 61.3 | 72.8 |
| 30 | 0.0 | 0.1 | 0.2 | 0.3 | 0.3 | 2.8 | 12.3 | 20.6 | 29.4 | 32.8 |
| 50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 2.0 | 2.9 | 3.5 | 3.5 |
| Lung Cancer in Female Smokers | | | | | | | | | | |
| 0 | 0.0 | 0.1 | 0.3 | 0.5 | 1.5 | 2.8 | 13.4 | 26.7 | 53.3 | 149.9 |
| 10 | 0.0 | 0.1 | 0.3 | 0.5 | 1.2 | 2.8 | 13.4 | 26.7 | 53.3 | 123.5 |
| 20 | 0.0 | 0.1 | 0.3 | 0.5 | 1.0 | 2.8 | 13.4 | 26.7 | 52.5 | 96.9 |
| 30 | 0.0 | 0.1 | 0.3 | 0.5 | 0.7 | 2.8 | 13.3 | 25.9 | 47.9 | 71.0 |
| 50 | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 | 2.0 | 8.8 | 15.5 | 22.7 | 24.4 |
| Mesothelioma in Female Nonsmokers | | | | | | | | | | |
| 0 | 0.1 | 0.7 | 1.2 | 2.0 | 2.7 | 14.8 | 68.2 | 122.8 | 199.4 | 272.2 |
| 10 | 0.1 | 0.4 | 0.8 | 1.2 | 1.6 | 9.5 | 43.4 | 81.2 | 121.2 | 155.8 |
| 20 | 0.1 | 0.3 | 0.4 | 0.7 | 0.8 | 5.7 | 25.6 | 44.4 | 67.2 | 80.6 |
| 30 | 0.0 | 0.1 | 0.2 | 0.3 | 0.4 | 3.1 | 13.6 | 23.0 | 32.9 | 36.8 |
| 50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 2.2 | 3.4 | 4.1 | 4.1 |
| Lung Cancer in Female Nonsmokers | | | | | | | | | | |
| 0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.3 | 1.3 | 2.7 | 5.2 | 16.4 |
| 10 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 1.3 | 2.7 | 5.3 | 13.9 |
| 20 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 1.3 | 2.7 | 5.2 | 11.3 |
| 30 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 1.3 | 2.7 | 5.0 | 8.7 |
| 50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 1.1 | 2.1 | 3.5 | 3.9 |

[a]The 95% confidence limit on the risk values for lung cancer for an unstudied exposure circumstance is a factor of 10.  The 95% confidence limit on the risk values for lung cancer on the average determined from 11 unit exposure risk studies is a factor of 2.5.  The 95% confidence limit on the risk values for mesothelioma for an unstudied exposure circumstance is a factor of 20.  The 95% confidence limit on the risk values for mesothelioma for a studied circumstance can be reasonably averaged as a factor of 5.  The values for continuous exposure were derived by multiplying 40 hr/wk risks, obtained from occupational exposures, by 4.2 (the ratio of hours in a week to 40 hours.)

TABLE 6-2.    LIFETIME RISKS PER 100,000 MALES OF DEATH FROM
MESOTHELIOMA AND LUNG CANCER FROM CONTINUOUS ASBESTOS EXPOSURES OF 0.0001 AND 0.01 f/ml
ACCORDING TO AGE AT FIRST EXPOSURE, DURATION OF EXPOSURE, AND SMOKING[a]

| Age at onset of exposure | Concentration = 0.0001 f/ml years of exposure | | | | | Concentration = 0.01 f/ml years of exposure | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 5 | 10 | 20 | life-time | 1 | 5 | 10 | 20 | life-time |
| Mesothelioma in Male Smokers | | | | | | | | | | |
| 0 | 0.1 | 0.5 | 0.9 | 1.4 | 1.8 | 10.6 | 48.3 | 85.5 | 137.5 | 181.0 |
| 10 | 0.1 | 0.3 | 0.5 | 0.8 | 1.0 | 6.6 | 29.4 | 51.5 | 77.8 | 98.3 |
| 20 | 0.0 | 0.2 | 0.3 | 0.4 | 0.5 | 3.6 | 16.4 | 28.0 | 41.2 | 47.9 |
| 30 | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 2.0 | 8.1 | 13.4 | 18.5 | 20.2 |
| 50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 1.1 | 1.5 | 1.8 | 1.8 |
| Lung Cancer in Male Smokers | | | | | | | | | | |
| 0 | 0.0 | 0.2 | 0.4 | 0.8 | 2.4 | 4.2 | 20.9 | 41.9 | 83.4 | 238.1 |
| 10 | 0.0 | 0.2 | 0.4 | 0.8 | 2.0 | 4.2 | 21.0 | 42.0 | 83.9 | 197.8 |
| 20 | 0.0 | 0.2 | 0.4 | 0.8 | 1.6 | 4.2 | 21.3 | 42.3 | 83.4 | 157.5 |
| 30 | 0.0 | 0.2 | 0.4 | 0.8 | 1.2 | 4.2 | 21.3 | 42.0 | 79.2 | 117.6 |
| 50 | 0.0 | 0.2 | 0.3 | 0.4 | 0.4 | 3.6 | 16.2 | 28.4 | 40.3 | 42.0 |
| Mesothelioma in Male Nonsmokers | | | | | | | | | | |
| 0 | 0.1 | 0.6 | 1.0 | 1.6 | 2.2 | 12.5 | 57.0 | 102.3 | 164.5 | 220.1 |
| 10 | 0.1 | 0.4 | 0.6 | 1.0 | 1.2 | 7.8 | 35.3 | 62.6 | 97.3 | 122.6 |
| 20 | 0.0 | 0.2 | 0.4 | 0.5 | 0.6 | 4.5 | 20.4 | 35.1 | 52.4 | 61.7 |
| 30 | 0.0 | 0.1 | 0.2 | 0.2 | 0.3 | 2.4 | 10.5 | 17.5 | 24.6 | 26.9 |
| 50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 1.5 | 2.2 | 2.7 | 2.7 |
| Lung Cancer in Male Nonsmokers | | | | | | | | | | |
| 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.3 | 1.5 | 2.9 | 5.9 | 18.5 |
| 10 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.3 | 1.5 | 2.9 | 5.9 | 15.5 |
| 20 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 1.5 | 2.9 | 5.9 | 12.6 |
| 30 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 1.5 | 2.9 | 5.7 | 9.7 |
| 50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 1.3 | 2.2 | 3.9 | 4.2 |

[a]The 95% confidence limit on the risk values for lung cancer for an unstudied exposure circumstance is a factor of 10.  The 95% confidence limit on the risk values for lung cancer on the average determined from 11 unit exposure risk studies is a factor of 2.5.  The 95% confidence limit on the risk values for mesothelioma for an unstudied exposure circumstance is a factor of 20.  The 95% confidence limit on the risk values for mesothelioma for a studied circumstance can be reasonably averaged as a factor of 5.  The values for continuous exposure were derived by multiplying 40 hr/wk risks, obtained from occupational exposures, by 4.2 (the ratio of hours in a week to 40 hours.)

TABLE 6-3.  LIFETIME RISKS PER 100,000 PERSONS OF DEATH FROM
MESOTHELIOMA AND LUNG CANCER FROM CONTINUOUS ASBESTOS EXPOSURES OF 0.0001 AND 0.01 f/ml
ACCORDING TO AGE AND DURATION OF EXPOSURE.  U.S. GENERAL POPULATION
DEATH RATES WERE USED AND SMOKING HABITS WERE NOT CONSIDERED[a]

| Age at onset of exposure | Concentration = 0.0001 f/ml years of exposure | | | | | Concentration = 0.01 f/ml years of exposure | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 5 | 10 | 20 | life-time | 1 | 5 | 10 | 20 | life-time |
| Mesothelioma in Females | | | | | | | | | | |
| 0 | 0.1 | 0.7 | 1.2 | 2.0 | 2.8 | 14.6 | 67.1 | 120.8 | 196.0 | 275.2 |
| 10 | 0.1 | 0.4 | 0.8 | 1.2 | 1.5 | 9.4 | 42.6 | 75.5 | 118.7 | 152.5 |
| 20 | 0.1 | 0.3 | 0.4 | 0.7 | 0.8 | 5.6 | 25.1 | 43.5 | 65.7 | 78.8 |
| 30 | 0.0 | 0.1 | 0.2 | 0.3 | 0.4 | 3.1 | 13.3 | 22.4 | 31.9 | 35.7 |
| 50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 2.1 | 3.2 | 3.9 | 3.9 |
| Lung Cancer in Females | | | | | | | | | | |
| 0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.5 | 1.0 | 4.6 | 9.2 | 18.5 | 52.5 |
| 10 | 0.0 | 0.0 | 0.1 | 0.2 | 0.4 | 1.0 | 4.6 | 9.2 | 18.6 | 43.4 |
| 20 | 0.0 | 0.0 | 0.1 | 0.2 | 0.3 | 1.0 | 4.6 | 9.2 | 18.2 | 34.3 |
| 30 | 0.0 | 0.0 | 0.1 | 0.2 | 0.3 | 1.0 | 4.6 | 9.0 | 16.7 | 25.1 |
| 50 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.7 | 3.1 | 5.5 | 8.1 | 8.8 |
| Mesothelioma in Males | | | | | | | | | | |
| 0 | 0.1 | 0.5 | 0.9 | 1.5 | 1.9 | 11.2 | 51.0 | 91.1 | 145.7 | 192.8 |
| 10 | 0.1 | 0.3 | 0.6 | 0.8 | 1.1 | 7.0 | 31.2 | 58.2 | 84.7 | 106.8 |
| 20 | 0.0 | 0.2 | 0.3 | 0.4 | 0.5 | 4.1 | 17.5 | 30.1 | 44.5 | 51.7 |
| 30 | 0.0 | 0.1 | 0.1 | 0.2 | 0.2 | 2.1 | 8.8 | 14.6 | 20.4 | 22.3 |
| 50 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 1.1 | 1.8 | 2.0 | 2.1 |
| Lung Cancer in Males | | | | | | | | | | |
| 0 | 0.0 | 0.1 | 0.3 | 0.6 | 1.7 | 2.9 | 14.8 | 29.7 | 59.2 | 170.5 |
| 10 | 0.0 | 0.1 | 0.3 | 0.6 | 1.4 | 2.9 | 14.9 | 29.8 | 59.5 | 142.0 |
| 20 | 0.0 | 0.2 | 0.3 | 0.6 | 1.1 | 3.1 | 15.0 | 30.0 | 59.4 | 113.0 |
| 30 | 0.0 | 0.1 | 0.3 | 0.6 | 0.8 | 3.1 | 14.9 | 29.8 | 56.6 | 84.8 |
| 50 | 0.0 | 0.1 | 0.2 | 0.3 | 0.3 | 1.5 | 11.5 | 20.3 | 29.1 | 30.2 |

[a]The 95% confidence limit on the risk values for lung cancer for an unstudied exposure cir-
cumstance is a factor of 10.  The 95% confidence limit on the risk values for lung cancer on
the average determined from 11 unit exposure risk studies is a factor of 2.5.  The 95% con-
fidence limit on the risk values for mesothelioma for an unstudied exposure circumstance is
a factor of 20.  The 95% confidence limit on the risk values for mesothelioma for a studied
circumstance can be reasonably averaged as a factor of 5.  The values for continuous expo-
sure were derived by multiplying 40 hr/wk risks, obtained from occupational exposures, by
4.2 (the ratio of hours in a week to 40 hours.)

6-2) and general population (Table 6-3) rates. We are assuming that the current U.S. male mortality rates reflect the experience of 67 percent smokers (many, however, are now ex-smokers) and that current female mortality rates reflect the experience of 33 percent smokers. Using these percentages and the data of Hammond (1966) on the mortality ratio of smokers to nonsmokers, smoking-specific total mortality rates are calculated. Current lung cancer mortality rates for males are multiplied by 1.5 to represent the rates for smoking males. The multiplication factor comes from the fact that the current male rates result from a population where 67 percent of men are smokers or ex-smokers. Correspondingly, current female lung cancer mortality rates are multiplied by 3 to reflect the fact that approximately 33 percent of women are current or ex-smokers. This factor for women may be low, because the current rapid increase in female rates may not yet fully reflect the full impact of women's smoking; however, they should not exceed the male smoker's rates. Nonsmoking lung cancer rates for both males and females are taken from Garfinkel (1981).

The results show the importance of the time course of mesothelioma. Children exposed at younger ages are especially susceptible because of their long life expectancy. The time of exposure plays little role in the lifetime excess risk of lung cancer; any exposure before the age of 45 or 50 contributes equally to the lifetime risk. The risk estimates are uncertain because of the variability of the data from which values of $K_L$ are calculated and from uncertainties in extrapolating from risks estimated at high occupational exposures to concentrations 1/100 and less. Thus, actual risks in a given environmental exposure could be outside the listed ranges.

The risks in tables 6-1, 6-2, and 6-3 would appear to be the best estimates for exposure to fibers released from the variety of asbestos products used in the United States, including products containing small amounts of crocidolite and substantial quantities of amosite. As noted in the tables, the 95 percent confidence limits on the risk estimate for an unstudied exposure circumstance are a factor of times 1/10 and times 10. As indicated in section 3.17, exposures to crocidolite appear to carry a proportionately greater mesothelioma risk. Thus tables 6-1, 6-2, and 6-3 will likely underestimate (by perhaps a factor of 4) the mesothelioma risk to aerosols containing predominantly crocidolite asbestos. Conversely, in some pure chrysotile exposure circumstances (such as in mining and milling), the risk will be overestimated.

166

### 6.1.1  Alternative Analyses

As discussed previously, the data strongly support a relative risk model for lung cancer and a linear dose-response relationship. No data indicate the existence of a threshold, although one cannot be ruled out.

If a threshold does exist, there would be a corresponding reduction in the calculated lung cancer risk. There is no evidence of a quadratic term in the dose-response relationship nor is it indicated by existing models for asbestos lung cancer. If, however, a small quadratic term is present, there would be some reduction in the calculated risk.

Alternative models do exist for mesothelioma. There are uncertainties in the power of time at which mesothelioma risk increases. The uncertainty, however, has relatively little effect on calculated lifetime risk values, because a fit must be made to existing occupational risk over a time span of four or five decades, leaving only two or three decades of life for manifestation of different power function effects. A lower power requires a much greater multiplying coefficient. Table 6-4 shows the effect on the calculated lifetime risk of three different time functions that are matched to best fit the time course of risk among insulation workers. Table 6-4 shows that the extremes of effect differ by less than a factor of two. As was shown in Table 3-4, there is very little empirical evidence for quadratic or higher terms in the mesothelioma dose-response relationship, although they are compatible with existing cancer models. If higher than linear terms were present, they would reduce the calculated risks by less than a factor of two.

TABLE 6-4.  COMPARISON OF THE EFFECT OF DIFFERENT MODELS FOR THE TIME COURSE OF MESOTHELIOMA RISK FOR A FIVE-YEAR EXPOSURE TO 0.01 F/ML

| Age at onset of exposure | Calculated deaths/100,000 males | | |
|---|---|---|---|
| | Eq. 3-6 | $t^5$ | $t^{3.2}$ |
| 0 | 51.0 | 76.0 | 46.0 |
| 10 | 31.2 | 38.0 | 27.2 |
| 20 | 17.5 | 17.5 | 15.0 |
| 30 | 8.8 | 7.0 | 7.0 |
| 50 | 1.1 | 1.0 | 1.0 |

6.2  OBSERVED ENVIRONMENTAL ASBESTOS DISEASE

Asbestos-related disease in persons who have not been directly exposed at the workplace has been reported since 1960.  In that year, Wagner et al. (1960) published a review of 47 cases of mesothelioma found in the Northwest Cape Province of South Africa in the previous 5 years.  Approximately half of the cases described were in individuals who, decades before, had lived or worked near an area of asbestos mining.  The hazard from environmental asbestos exposure was further documented in the findings of Newhouse and Thomson (1965), showing that mesothelioma could occur among individuals whose potential asbestos exposure consisted of having resided near an asbestos factory or in the household of an asbestos worker; 20 of 76 cases from the files of the London Hospital were the result of such exposures.

Of considerable importance are data on the prevalence of X-ray abnormalities and the incidence of mesothelioma in family contacts of amosite factory employees in Paterson, New Jersey.  Anderson and Selikoff (1979) showed that 35 percent of 685 family contacts of former asbestos factory workers had abnormalities characteristic of asbestos exposure when they were X-rayed 30 or so years after their first household contact.  The data, shown in Tables 6-5 and 6-6, compare the household group with 326 New Jersey urban residents.  The overall difference in the percentage of abnormalities between the two groups is highly significant.  Of special concern is the finding that the difference in the prevalence of abnormalities in a group of children born into a worker's household after his employment ceased is also significant.

Four mesothelioma cases also occurred among the family contacts of these same factory workers (Anderson et al., 1976).  Table 6-7 lists the cases by time from onset of exposure, along with the number of deaths from other causes in the same time period (1961-1977; one death occurred subsequent to 1977).  One percent of the deaths after 20 years from first exposure were from mesothelioma; however, further observations will be necessary to fully establish the incidence of this neoplasm among family contacts.  An additional contribution of asbestos-related lung cancer could also exist, but studies in this regard have not yet been completed.

A second population-based mortality study of mesothelioma and other cancer risks in environmental circumstances is that of Hammond et al. (1979b).  This study compared the mortality of a group of 1779 residents within 0.5 mile of the Paterson amosite asbestos plant with 3771 controls in a different, but

TABLE 6-5.  PREVALENCE OF RADIOGRAPHIC ABNORMALITIES ASSOCIATED WITH ASBESTOS
EXPOSURE AMONG HOUSEHOLD MEMBERS OF AMOSITE ASBESTOS WORKERS

| Exposure group | Total examined | One or more radiographic abnormalities present* | |
|---|---|---|---|
| New Jersey urban residents** | 326 | 15 ( 5%) | |
| Entered household after active worker employment ceased† | 40 | 6 (15%) | $\chi^2 = 7.1$ p <.01 |
| Household resident during active worker employment† | 685 | 240 (35%) | $\chi^2 = 114$ p <.001 |
| Household resident and personal occupational asbestos exposure | 51 | 23 (45%) | |

*ILO U/C Pneumoconiosis Classification categories; irregular opacities 1/0 or greater; pleural thickening; pleural calcification; pleural plaques.

**No known direct occupational or household exposure to asbestos.

†No known direct occupational exposure to asbestos.

Source:  Anderson and Selikoff (1979).

TABLE 6-6.  CHEST X-RAY ABNORMALITIES AMONG 685 HOUSEHOLD CONTACTS OF
AMOSITE ASBESTOS WORKERS AND 326 INDIVIDUAL RESIDENTS IN
URBAN NEW JERSEY, A MATCHED COMPARISON GROUP

| Group | Total examined | Pleural thickening present | Pleural calcification present | Pleural plaques present | Irregular* opacities present |
|---|---|---|---|---|---|
| Household contacts of asbestos workers | 685 | 146 (18.8%) | 66 (8.5%) | 61 (7.9%) | 114 (16.6%) |
| Urban New Jersey residents | 326 | 4 ( 1.2%) | 0 (0.0%) | 2 (0.6%) | 11 ( 3.4%) |

*ILO U/C Pneumoconiosis Classification irregular opacities 1/0 or greater.

Source:  Anderson and Selikoff (1979).

169

TABLE 6-7.  MESOTHELIOMA FOLLOWING ONSET OF FACTORY ASBESTOS
EXPOSURE, 1941-1945[a]

| Years from onset | Factory workers (933) | | Household contacts (2205) | |
|---|---|---|---|---|
| | Total deaths | Mesothelioma | Total deaths | Mesothelioma |
| <20 years | 270 | 0 | 280 | 0 |
| 20-24 years | 102 | 2 | 93 | 0 |
| 25-29 years | 113 | 5 | 111 | 0 |
| 30-34 years | 84 | 7 | 124 | 3 |
| 35+ years | 5 | 0 | 56 | 1 |
| Total >20 years | 304 | 14 | 384 | 4 |
| Total all years | 574 | 14 | 664 | 4 |

[a]Data of Selikoff and Anderson.

Source:  Nicholson (1981).

economically similar section of town.  No differences in the relative mortal-
ity experiences are seen, except for one mesothelioma in the neighborhood
group.  This one case was an electrician; thus, occupational exposure may have
contributed to the disease.

## 6.3  COMPARISON OF OBSERVED MORTALITY WITH EXTRAPOLATED DATA

The mortality data in these two population-based studies can be compared
with estimates from the data that led to Table 6-3 but calculated for 35
years, rather than a lifetime.  If the air concentration in both circumstances
was 200 ng/m$^3$, approximately 2 mesothelioma deaths/100,000 would be expected
in 35 years of observation.  In both cases, the exposed population was about
2000; so, the expected number of mesotheliomas would be 0.04 (range:  0.004 to
0.4).  The higher numbers observed, particularly in the household group,
suggest that higher exposures (e.g., from shaking dusty overalls) may have
occurred in workers' homes or that the extrapolations based on occupational
data may understate risks.

## 6.4  COMPARISON OF ESTIMATED MESOTHELIOMAS WITH SEER DATA

The risk estimates of Table 6-1 through 6-3 can also be used to compare estimated mesothelioma risk with that observed in the National Cancer Institute's Surveillance, Epidemiology and End Results (SEER) Cancer Registry Program. Between 1973 and 1978, 170 cases of mesothelioma were identified among females in the SEER program which is based on 10% of the U.S. population (Connelly, 1980). Thus, about 280 cases occur annually in the U.S. among females. Using Equations 3-6d and the current female population of the U.S., it is estimated that 32 cases would occur annually from a continuous lifetime exposure to 0.0001 f/ml (about 3 ng/m$^3$). However, such a concentration, which was measured in urban areas during 1970-71 would be influenced by the substantial use of asbestos building products. The "background" concentrations during 1910-1940 would likely be less. Nicholson (1983) has estimated that about 20 mesotheliomas would occur among men and women if an average concentration of 2 ng/m$^3$ existed from 1930.

## 6.5  LIMITATIONS TO EXTRAPOLATIONS AND ESTIMATIONS

The above calculations of unit risk values for asbestos must be viewed with caution because they are uncertain and are necessarily based on estimates that are subjective, to some extent, because of the following limitations in data:  (1) extrapolation from high occupational levels to much lower ambient levels, (2) mass-to-fiber conversion is uncertain, (3) various confounding aspects of the medical data and, very importantly (4) the nonrepresentative nature of the exposure estimates.  The ranges of uncertainty estimated may in fact be greater than those stated here, but insufficient information exists by which to make more precise or definite estimates of uncertainty.

171

# 7.    OTHER REVIEWS OF ASBESTOS HEALTH EFFECTS

## 7.1    INTRODUCTION

Recently several government agencies in different countries reviewed asbestos health effects.  The most important of the reviews outside the United States are those of the Advisory Committee on Asbestos (1979a,b) (ACA) of the British Health and Safety Commission and the report of the Ontario Royal Commission (ORC) (1984).  Updates on the British report have been published by Acheson and Gardner (1983), and most recently by Doll and Peto (1985).  Each of these major reports was the result of lengthy testimony by many scientists and deliberation by a selected committee over a long period of time.  In the United States, the National Academy of Sciences (NAS) has reviewed the non-occupational health risk of asbestiform fibers (National Academy of Sciences, 1984) and a Chronic Hazard Advisory Panel convened by the U.S. Consumer Product Safety Commission (1983) reported on the hazards of asbestos.  There are large areas of agreement and some of disagreement between these other reviews and those of this document with regard to the spectrum of asbestos-related disease, the models describing asbestos-related lung cancer and mesothelioma, unit exposure risks in occupational circumstances, possible differences in carcino-genic potency of different asbestos minerals, and risk estimates at low, non-occupational exposures.  These are discussed below.

## 7.2    THE SPECTRUM OF ASBESTOS-RELATED MORTALITY AND FIBER TYPE EFFECTS

There was unanimity that all commercial varieties of asbestos, including chrysotile, crocidolite, amosite, and anthophyllite, produced lung cancer in humans.  The Ontario Royal Commission (1984) noted the considerable difference in lung cancer risk in different chrysotile-using processes.  The reports implicated chrysotile, crocidolite and amosite in increased risks of mesothe-lioma.  However, they disagreed on the importance of the role of each fiber type.  The various British and Canadian reports view chrysotile as being a substantially less potent mesothelial carcinogen than amosite and amosite to be somewhat less potent than crocidolite.  In the view of Acheson and Gardner (1983) "exposure to chrysotile alone so far has rarely been shown to cause mesothelioma."  The British and Canadian views are based on the high frequency of mesothelioma deaths associated with crocidolite and amosite exposures, even

172

though, in some circumstances, the amphibole usage may have been very small relative to chrysotile. The CPSC report viewed chrysotile as being important in the production of pleural mesothelioma but not for peritoneal tumors. This view is based on similar ratios of pleural mesothelioma to excess lung cancer found among chrysotile-exposed workers compared to mixed or amphibole-exposed workers. The NAS believed that information was insufficient to establish a differential risk based on chemistry. It stated, "many of the apparent differences (in carcinogenic potency) may be explained by the differences in physical properties and concentrations used by the various industries."

All reports noted that the strength of the evidence associating asbestos exposure with cancers other than mesothelioma or of the lung is less. Gastro-intestinal and laryngeal cancers were attributed to asbestos exposure by the Ontario Royal Commission (1984) and by the Advisory Committee on Asbestos (1979a,b), although Acheson and Gardner felt in 1983 that the evidence linking asbestos and GI cancer was "less convincing than in 1979." Doll and Peto (1985), in their review, conclude that there are no grounds for believing that gastrointestinal cancers in general are peculiarly likely to be caused by asbestos exposure. They further state that: (1) for laryngeal cancer, on the other hand, the evidence is quite strong; (2) they reserve judgment about the possibility that asbestos causes cancer of the esophagus; and (3) they also note what evidence would be needed to weaken their view regarding possible gastrointestinal tract cancer linkage to asbestos exposure. Both the U.S. Consumer Product Safety Commission Panel (1983) and National Academy of Sciences (1984) noted the increased risk of GI cancers in several cohorts, but each declined to take a firm position on causality. The CPSC Report specifically noted a disagreement on the issue among panelists.

## 7.3 MODELS FOR LUNG CANCER AND MESOTHELIOMA

All reports adopted models for lung cancer and mesothelioma similar to those of this report, a relative risk model for lung cancer and an absolute risk model for mesothelioma, in which the risk increased as a power function of time from exposure. All noted the limitations on the data establishing a dose-response relationship, but all felt a linear model was most appropriate, particularly for regulatory purposes. None suggested there was any evidence

173

of a threshold for asbestos cancer (although the data were insufficient to exclude one).

## 7.4  EXTRAPOLATIONS TO LOW EXPOSURE CIRCUMSTANCES

All of the major reviews by government agencies mentioned above undertook quantitative risk assessments for non-occupational or low exposures to asbestos. Because of agreement on the models for lung cancer and mesothelioma, very similar unit risks were estimated.  Differences were largely the result of the choice of studies considered and were relatively small.  All of the groups recognized the limitations in the data on which extrapolations were based, the dependence of the extrapolation on a linear dose-response relationship, the uncertainties of estimation of asbestos exposure in past years, and the diffi-culties of converting between different methods of measurement.  Two groups (National Academy of Sciences, 1984; U.S. Consumer Product Safety Commission, 1983), estimated risks at lower exposures using average unit exposure risks as was done in this document; the other two (Ontario Royal Commission, 1984; Advisory Committee on Asbestos, 1979a,b) used risk estimates from data in different occupational studies and a range of the results was presented. Various estimates of the uncertainty of these risks were provided; most were of an ad hoc nature.  A comparison of these different risk estimates is shown in Table 7-1.  There is reasonable agreement between the estimates when consid-eration is taken of the different exposure circumstances.  The NAS value for mesothelioma risk appears to be low relative to their lung cancer risk (the lifetime exposure risk barely exceeds that for lung cancer in a non-smoker). This may be the result of separately choosing b and k in the risk relationship $= bt^k$, rather than determining b after selecting a value for k.

When making the extrapolation from the work place exposure to the ambient exposure, one must be aware that the physical structure and other properties of asbestos may make the exposure risks substantially different.

174

TABLE 7-1.  THE RISKS OF DEATH/100,000 INDIVIDUALS FROM MESOTHELIOMA AND
LUNG CANCER FROM A LIFETIME ASBESTOS EXPOSURE TO 0.01 f/ml

| Population | Lung cancer | Mesothelioma |
|---|---|---|
| **This Document** | | |
| Female smokers | 150.0 (15 - 1500) | 252.0 (12.6 - 5040) |
| Female nonsmokers | 16.4 (1.64 - 164) | 272.0 (13.6 - 5440) |
| Male smokers | 238.0 (23.8 - 2380) | 181.0 (9.1 - 3620) |
| Male nonsmokers | 18.5 (1.85 - 185) | 220.0 (11.0 - 4400) |
| Males exposed 40 years from age 20 from Table 6-3 | 88.5 (8.9 - 885) | 46.5 (2.3 - 920) |
| **National Academy of Science (1984)** | | |
| Female smokers | 57.5 (0 - 275) | 22.5 (0 - 875) |
| Female nonsmokers | 7.5 (0 - 32.5) | 22.5 (0 - 875) |
| Male smokers | 160.0 (0 - 725) | 22.5 (0 - 875) |
| Male nonsmokers | 15.0 (0 - 55) | 22.5 (0 - 875) |
| **U.S. Consumer Product Safety Commission (1983)** | | |
| Female smokers | 95.2 (30.1 - 301.2) | 246.0 (78.0 - 779.9) |
| Female nonsmokers | 15.7 (5.0 - 496) | 266.6 (84.3 - 842.9) |
| Male smokers | 155.0 (49.0 - 490.1) | 174.2 (55.1 - 551.0) |
| Male nonsmokers | 17.5 (5.54 - 55.4) | 215.3 (68.1 - 680.8) |
| **Ontario Royal Commission[a] (1984)** | | |
| A hypothetical workforce of 385 male smokers, 385 male nonsmokers, 115 female smokers, and 115 female nonsmokers | 0.4 - 76 | 1.4 - 187.5 |
| **Advisory Committee on Asbestos[b] (1979a,b)** | | |
| Males and females | 8.6 - 286 | |
| **Doll and Peto (1985)[c]** | | |
| Males | 25.2 | 5.6 |

[a]Exposure of 25 years from age twenty-two.

[b]50 years exposure.

[c]Exposure of 35 years from age 20.

175

## 7.5  RELATIVE CARCINOGENICITY OF DIFFERENT FIBER TYPES

As briefly mentioned above, some differences exist among the major reports by different national organizations on the relative carcinogenicity of different asbestos fiber types.  The view of the British in the Report of the Advisory Committee on Asbestos (1979a,b) and of Acheson and Gardner (1983), who wrote the background health effects paper and a 1983 update, is that crocidolite is a very potent mesothelial carcinogen, amosite is less so, and chrysotile rarely produces such a tumor.  Their view is based on data similar to that of Table 3-35 and on the finding that in surveys of individuals with mesothelioma, particularly in Great Britain, an exposure to crocidolite or amphiboles can usually be documented either in a history or in analysis of lung tissue for asbestos fibers (a history of exposure to chrysotile is equally common).  It is not certain how much weight one should place upon this latter evidence.  In Great Britain, as in the United States, occupational exposure to asbestos largely involves exposure to mixtures of fibers.  Thus, an association between amphibole exposure and mesothelioma would be expected.  It is found that amphibole asbestos varieties are retained in the lung for decades after exposure, whereas chrysotile undergoes removal processes of various types.  Thus, with even brief or low intensity amphibole exposures, fibers are commonly found in lung tissue analysis.

The Ontario Royal Commission (1984) also noted that there is a convincing case against amphiboles in relation to the incidence of mesothelioma and that, while chrysotile is capable of causing mesothelioma in humans, the incidence among chrysotile-exposed cohorts has been relatively low.  For this, they cite the example of the Charleston, South Carolina textile plant with an extraordinarily high incidence of lung cancer, but only one mesothelioma.

Doll and Peto (1985) state that, in their opinion, the epidemiological data show that chrysotile can cause both mesothelioma and lung cancer but that peritoneal mesothelioma is rarely caused by chrysotile exposure and that crocidolite and amosite are more dangerous then chrysotile when used in the same way.  Doll and Peto (1985) particularly noted the much greater mesothelioma risk in the experience of gas mask manufacturing workers who used crocidolite compared to those who used chrysotile (Acheson et al., 1982).  However, no exposure data were available.

The view of the National Academy of Sciences (1984) report was that the epidemiological literature on the relative ability of different fiber types to

176

cause disease does not present a clear picture.  The observed variation in risk may be due to different effects caused by different fiber types or dimensions used in processes in which other contaminants are present.  They state that the magnitude of the difference in reported risks is not likely to be explained by fiber or process differences alone.

## 7.6  NON-MALIGNANT EFFECTS

All reviews of asbestos did not consider a non-malignant disease to be of importance at the exposures found in environmental circumstances.  For example, the Ontario Royal Commission (1984) concluded that "at low levels of occupational exposure to asbestos the fibrotic process in the lungs, if indeed it can be initiated, will not likely progress to the point of clinical manifestation or even the mildest discomfort.  On the basis of the available data our best judgement as to the lifetime occupational exposure to asbestos at which the fibrotic process cannot advance to the point of clinical manifestation of asbestosis is in the range of 25 f-y/ml and below."

177

# 8.  REFERENCES

Acheson, E. D.; Gardner, M. J. (1983) Asbestos: the control limit for asbestos. London, United Kingdom:  Her Majesty's Stationery Office.

Acheson, E. D.; Gardner, M. J.; Pippard, E. C.; Grime, L. P. (1982) Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. Br. J. Ind. Med. 39: 344-348.

Acheson, E. D.; Gardner, M. J.; Winter, P. D.; Bennett, C. (1984) Cancer in a factory using amosite asbestos. Int. J. Epidemiol. 13: 3-10.

Advisory Committee on Asbestos. (1979a) Asbestos volume 1: final report of the Advisory Committee.  London, United Kingdom: Health and Safety Commission.

Advisory Committee on Asbestos. (1979b) Asbestos volume 2: papers prepared for the Advisory Committee.  London, United Kingdom: Health and Safety Commission.

Albin, M.; Jakobsson, K.; Englander, V.; Ranstan, J.; Welinder, H.; Westrup, C.; Möller, T. (1984) Mortality and cancer morbidity in a cohort of asbestos cement workers. In: VIth international pneumoconiosis conference 1983 = VI. internationale pneumoconiosis - konferenz 1983: v. 2; September 1983; Bochum, West Germany. Bremerhaven, West Germany: Wirtschaftsverlag NW, Verlag für neue Wissenschaft GmbH; pp. 825-829.

Amacher, D. E.; Alarif, A.; Epstein, S.S. (1975) The dose-dependent effects of ingested chrysotile on DNA synthesis in the gastrointestinal tract, liver, and pancreas of the rat. Environ. Res. 10: 208-216.

Anderson, H. A.; Lilis, R.; Daum, S. M.; Fischbein, A. S.; Selikoff, I. J. (1976) Household-contact asbestos neoplastic risk. Ann. N. Y. Acad. Sci. 271: 311-323.

Anderson, H. A.; Selikoff, I. J. (1979) Asbestos-associated radiographic changes among household contacts of amosite asbestos workers. In: Preger, L., ed. Induced disease: drugs, irradiation, occupation. New York, NY: Grune and Stratton; pp. 253-273.

Armitage, P.; Doll, R. (1954) The age distribution of cancer and a multi-stage theory of carcinogenesis. Br. J. Cancer 8: 1-12.

Armitage, P.; Doll, R. (1957) A two-stage theory of carcinogenesis in relation to the age distribution of human cancer. Br. J. Cancer 11: 161-169.

Armitage, P.; Doll, R. (1961) Stochastic models for carcinogenesis. In: Proceedings of the fourth Berkeley symposium on mathematical statistics and probability: v. 4. Berkeley, CA: University of California Press; pp. 19-38.

Auribault, M. (1906) Note sur l'hygiène de la sécurité des ouvriers dan la filatures et tissage d'amiante [Note on the health and safety of workers in spinning and weaving of asbestos]. Bull. Insp. Trav. 14: 120-132.

Ayer, H. E.; Lynch, J. R.; Fanney, J. H. (1965) A comparison of impinger and membrane filter techniques for evaluating air samples in asbestos plants. Ann. N. Y. Acad. Sci. 132: 274-287.

Aziz, F.; Buckler, W. (1980) Mortality and the continuous work history sample. In: 1980 proceedings of the section on survey research methods: papers presented at the annual meeting of the American Statistical Association; August; Houston, TX. Washington, DC: American Statistical Association; pp. 461-466.

Baris, Y. I.; Artvinli, M.; Sahin, A. A. (1979) Environmental mesothelioma in Turkey. Ann. N. Y. Acad. Sci. 330: 423-432.

Beebe, G. W.; Kato, H; Land, C. E. (1978) Studies of the mortality of A-bomb survivors. 6. Mortality and radiation dose, 1950-1974. Radiat. Res. 75: 138-201.

Berenblum, I.; Shubik, P. (1949) An experimental study of the initiating stage of carcinogenesis, and a re-examination of the somatic cell mutation theory of cancer. Br. J. Cancer 3: 109-118.

Berry, G. (1973) Hygiene standards--theory and application. In: Bogovski, P.; Gilson, J. C.; Timbrell, V.; Wagner, J. C., eds. Biological effects of asbestos: proceedings of a working conference; October 1972; Lyon, France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 145-149. (IARC scientific publication no. 8).

Berry, G.; Newhouse, M. L. (1983) Mortality of workers manufacturing friction materials using asbestos. Br. J. Ind. Med. 40: 1-7.

Berry, G.; Wagner, J. C. (1969) The application of a mathematical model describing the times of occurrence of mesotheliomas in rats following inoculation with asbestos. Br. J. Cancer 23: 582-586.

Berry, G.; Newhouse, M. L.; Turok, M. (1972) Combined effect of asbestos exposure and smoking on mortality from lung cancer in factory workers. Lancet 2: 476-479.

Berry G.; Gilson, J. C.; Holmes, S.; Lewinsohn, H. C.; Roach, S. A. (1979) Asbestosis: a study of dose-response relationships in an asbestos textile factory. Br. J. Ind. Med. 36: 98-112.

Bertrand, R.; Pezerat, H. (1980) Fibrous glass: carcinogenicity and dimensional characteristics. In: Wagner, J. C.; Davis, W., eds. Biological effects of mineral fibres = Effets biologiques des fibres minérales: v. 2, proceedings of a symposium; September 1979; Lyon, France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 901-911. (IARC scientific publication no. 30; INSERM symposia series: v. 92).

179

Bignon, J.; Sebastien, P.; Gaudichet, A. (1978) Measurement of asbestos reten-
tion in the human respiratory system related to health effects. In:
Gravett, C. C.; La Fleur, P. D.; Heinrich, K. F. J., eds. Proceedings of
workshop on asbestos: definitions and measurement methods; July 1977;
Gaithersburg, MD. Washington, DC: National Bureau of Standards; pp.
95-119; NBS special publication 506. Available from: NTIS, Springfield,
VA; PB-289703/4.

Blot, W. J.; Harrington, J. M.; Toledo, A.; Hoover, R.; Heath, C. W., Jr.;
Fraumeni, J. F., Jr. (1978) Lung cancer after employment in shipyards
during World War II. N. Engl. J. Med. 299: 620-624.

Blot, W. J.; Stone, B. J.; Fraumeni, J. F., Jr.; Morris, L. E. (1979) Cancer
mortality in U.S. counties with shipyard industries during World War II.
Environ. Res. 18: 281-290.

Bogovski, P.; Gilson, J. C.; Timbrell, V.; Wagner, J. C., eds. (1973) Biolog-
ical effects of asbestos: proceedings of a working conference; October
1972; Lyon, France. Lyon, France: World Health Organization, International
Agency for Research on Cancer. (IARC scientific publication no. 8).

Bohlig, H.; Hain, E. (1973) Cancer in relation to environmental exposure. In:
Bogovski, P.; Gilson, J. C.; Timbrell, V.; Wagner, J. C., eds. Biological
effects of asbestos: proceedings of a working conference; October 1972;
Lyon, France. Lyon, France: World Health Organization, International
Agency for Research on Cancer; pp. 217-221. (IARC scientific publication
no. 8).

Brain, J. D.; Valberg, P. A. (1974) Models of lung retention based on ICRP
task group report. Arch. Environ. Health 28: 1-11.

British Occupational Hygiene Society. (1968) Hygiene standard for chrysotile
asbestos dust. Ann. Occup. Hyg. 11: 47-69.

British Occupational Hygiene Society. (1983) Report from the Committee on
Asbestos: a study of the health experience on two U.K. asbestos factories.
Ann. Occup. Hyg. 27: 1-55.

Brown, D. P.; Dement, J. M.; Wagoner, J. K. (1979) Mortality patterns among
miners and millers occupationally exposed to asbestiform talc. In: Lemen,
R.; Dement, J. M., eds. Dusts and disease: proceedings of the conference
on occupational exposures to fibrous and particulate dust and their
extension into the environment. Forest Park, IL: Pathotox Publishers,
Inc.; pp. 317-324.

Burdett, G. J.; Rood, A. P. (1983) Membrane-filter, direct-transfer technique
for the analysis of asbestos fibers or other inorganic particles by
transmission electron microscopy. Environ. Sci. Technol. 17: 643-648.

Chamberlain, M.; Brown, R. C. (1978) The cytotoxic effects of asbestos and
other mineral dust in tissue culture cell lines. Br. J. Exp. Pathol. 59:
183-189.

Chamberlain, M.; Tarmy, E. M. (1977) Asbestos and glass fibres in bacterial mutation tests. Mutat. Res. 43: 159-164.

Churg, A.; Wiggs, B.; Depaoli, L.; Kampe, B.; Stevens, B. (1984) Lung asbestos contents in chrysotile workers with mesothelioma. Am. Rev. Respir. Dis. 130: 1042-1045.

Clemmesen, J.; Hjalgrim-Jensen, S. (1981) Cancer incidence among 5,686 asbestos-cement workers followed from 1943 through 1976. Ecotoxicol. Environ. Saf. 5: 15-23.

Code of Federal Regulations. (1984a) Occupational safety and health standards: subpart Z--toxic and hazardous substances, asbestos. C. F. R. 29: § 1910.1001.

Code of Federal Regulations. (1984b) National emission standards for hazardous air pollutants: subpart M--national emission standards for asbestos. C. F. R. 40: §§ 61.140-61.156.

Commins, B. T.; Gibbs, G. W. (1969) Contaminating organic material in asbestos. Br. J. Cancer 23: 358-362.

Connelly, R. R. (1980) Mesothelioma incidence in the United States. Presented at: workshop on opportunities for research and education in asbestos-related disease; June, Bethesda, MD. Bethesda, MD: U.S. Department of Health and Human Services, National Cancer Institute.

Constant, P. C., Jr.; Bergman, F. J.; Atkinson, G. R.; Rose, D. R.; Watts, D. L.; Logue, E. E.; Hartwell, T. D.; Price, B. P.; Ogden, J. S. (1983) Airborne asbestos levels in schools. Washington, DC: U.S. Environmental Protection Agency, Office of Toxic Substances; EPA report no. 560/5-83-003. Available from: NTIS, Springfield, VA; PB84-129683/REB.

Cook, P.; Doll, R.; Fellingham, S. A. (1969) A mathematical model for the age distribution of cancer in man. Int. J. Cancer 4: 93-112.

Cooper, W. C.; Balzer, J. L. (1973) Evaluation and control of asbestos exposures in the insulation trade. In: Holstein, E.; Anspach, M., eds. International Konferenz über die biologischen Wirkungen des Asbestos. [International conference on the biological effects of asbestos]; April 1968; Dresden, East Germany. Berlin, East Germany: Deutsche Zentralblatt Arbeitsmedizin; pp. 151-160.

Cooper, W. C.; Miedema, J. (1973) Asbestosis in the manufacture of insulating materials. In: Bogovski, P.; Gilson, J. C.; Timbrell, V.; Wagner, J. C., eds. Biological effects of asbestos: proceedings of a working conference; October 1972; Lyon, France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 175-178. (IARC scientific publication no. 8).

Davis, J. M. G.; Beckett, S. T.; Bolton, R. E.; Collings, P.; Middleton, A. P. (1978) Mass and number of fibers in the pathogenesis of asbestos-related lung disease in rats. Br. J. Cancer 37: 673-688.

181

Day, N. E.; Brown, C. C. (1980) Multistage models and primary prevention of cancer. J. Natl. Cancer Inst. 64: 977-989.

Dement, J. M.; Harris, R. L., Jr.; Symons, M. J.; Shy, C. M. (1982) Estimates of dose-response for respiratory cancer among chrysotile asbestos textile workers. In: Inhaled particles V: proceedings of an international symposium; September 1980; Cardiff, South Glamorgan, Wales. Ann. Occup. Hyg. 26(1-4): 869-887.

Dement, J. M.; Harris, R. L., Jr.; Symons, M. J.; Shy, C. M. (1983a) Exposures and mortality among chrysotile asbestos workers. Part I: Exposure estimates. Am. J. Ind. Med. 4: 399-419.

Dement, J. M.; Harris, R. L., Jr.; Symons, M. J.; Shy, C. M. (1983b) Exposures and mortality among chrysotile asbestos workers. Part II: mortality. Am. J. Ind. Med. 4: 421-433.

Doll, R. (1955) Mortality from lung cancer in asbestos workers. Br. J. Ind. Med. 12: 81-86.

Doll, R.; Peto, R. (1978) Cigarette smoking and bronchial carcinoma: dose and time relationships among regular smokers and lifelong non-smokers. J. Epidemiol. Commun. Health 32: 303-313.

Doll, R.; Peto, J. (1985) Asbestos: effects on health of exposure to asbestos. London, United Kingdom: Health and Safety Commission.

Donna, A. (1970) Tumori sperimentali da amianto di crisotilo, crocidolite e amosite in ratto Sprague-Dawley [Experimental tumours from asbestos (chrysotile, crocidolite and amosite) in the Sprague-Dawley rat]. Med. Lav. 61: 1-32.

Elmes, P. C.; Simpson, M. J. C. (1977) Insulation workers in Belfast. A further study of mortality due to asbestos exposure (1940-75). Br. J. Ind. Med. 34: 174-180.

Enterline, P. E. (1976) Estimating health risks in studies of the health effects of asbestos. Am. Rev. Respir. Dis. 113: 175-180.

Enterline, P. E.; Henderson, V. (1973) Type of asbestos and respiratory cancer in the asbestos industry. Arch. Environ. Health 27: 312-317.

Evans, J. C.; Evans, R. J.; Holmes, A.; Hounam, R. F.; Jones, D. M.; Morgan, A.; Walsh, M. (1973) Studies on the deposition of inhaled fibrous material in the respiratory tract of the rat and its subsequent clearance using radioactive tracer techniques. I. UICC crocidolite asbestos. Environ. Res. 6: 180-201.

Federal Register. (1975) Occupational exposure to asbestos: notice of proposed rulemaking. F. R. (October 9) 40: 47652-47665.

Federal Register. (1984) Occupational exposure to asbestos. F. R. (April 10) 49: 14116-14145.

182

Ferris, B. G., Jr.; Ranadive, M. V.; Peters, J. M.; Murphy, R. L. H.; Burgess, W. A.; Pendergrass, H. P. (1971) Prevalence of chronic respiratory disease: asbestosis in ship repair workers. Arch. Environ. Health 23: 220-225.

Finkelstein, M. M. (1982) Asbestosis in long-term employees of an Ontario asbestos-cement factory. Am. Rev. Respir. Dis. 125: 496-501.

Finkelstein, M. M. (1983) Mortality among long-term employees of an Ontario asbestos-cement factory. Br. J. Ind. Med. 40: 138-144.

Fisher, L. C. (1958) Multiple-mutation theory of carcinogenesis. Nature (London) 181: 651-652.

Fisher, J. C.; Holloman, J. H. (1951) A hypothesis for the origin of cancer foci. Cancer (Philadelphia) 4: 916-918.

Fleischer, W. E.; Viles, F. J., Jr.; Gade, R. L.; Drinker, P. (1946) A health survey of pipe-covering operations in constructing naval vessels. J. Ind. Hyg. Toxicol. 28: 9-16.

Fox, A. J.; Collier, P. F. (1976) Low mortality rates in industrial cohort studies due to selection for work and survival in the industry. Br. J. Prev. Soc. Med. 30: 225-230.

Frank, A. L. (1979) Public health significance of smoking-asbestos interaction. Ann. N. Y. Acad. Sci. 330: 791-794.

Garfinkel, L. (1981) Time trends in lung cancer mortality among nonsmokers and a note on passive smoking. J. Natl. Cancer Inst. 66: 1061-1066.

Gehring, P. J.; Watanabe, P. G.; Park, C. N. (1978) Resolution of dose-response toxicity data for chemicals requiring metabolic activation: example--vinyl chloride. Toxicol. Appl. Pharmacol. 44: 581-591.

Gibbs, G. W.; Hwang, C. Y. (1975) Physical parameters of airborne asbestos fibres in various work environments--preliminary findings. Am. Ind. Hyg. Assoc. J. 36: 459-466.

Gibbs, G. W.; LaChance, M. (1974) Dust-fiber relationships in the Quebec chrysotile industry. Arch. Environ. Health 28: 69-71.

Gibbs, G. W.; Rowlands, N.; Brulotte, R. (1980) A pilot study on the measurement of airborne asbestos fibre concentrations in ambient air. Presented at: 73rd annual meeting of the Air Pollution Control Association; June; Montreal, Quebec, Canada. Pittsburgh, PA: Air Pollution Control Association; paper no. 80-27.3.

Gloyne, S. R. (1936) A case of oat cell carcinoma of the lung occurring in asbestosis. Tubercle 18: 100-101.

Goldsmith, J. R. (1982) Asbestos as a systemic carcinogen: the evidence from eleven cohorts. Am. J. Ind. Med. 3: 341-348.

183

Graham, S.; Blanchet, M.; Rohrer, T. (1977) Cancer in asbestos-mining and other areas of Quebec. J. Natl. Cancer Inst. 59: 1139-1145.

Gross, P.; deTreville, R. T. P.; Tolker, E. B.; Kaschak, M.; Babyak, M. A. (1967) Experimental asbestosis: the development of lung cancer in rats with pulmonary deposits of chrysotile asbestos dust. Arch. Environ. Health 15: 343-355.

Guess, H. A.; Crump, K. S. (1976) Low-dose extrapolation of data from animal carcinogenicity experiments--analysis of a new statistical technique. Math. Biosci. 32: 15-36.

Guess, H. A.; Crump, K. S. (1978) Best-estimate low-dose extrapolation of carcinogenicity data. Environ. Health. Perspect. 22: 149-152.

Guess, H. A.; Crump, K. S.; Peto, R. (1977) Uncertainty estimates for low-dose-rate extrapolations of animal carcinogenicity data. Cancer Res. 37: 3475-3483.

Hammad, Y. Y.; Diem, J.; Weill, H. (1979) Evaluation of dust exposure in asbestos cement manufacturing operations. Am. Ind. Hyg. Assoc. J. 40: 490-495.

Hammond, E. C. (1966) Smoking in relation to death rates of one million men and women. In: Haenszel, W., ed. Epidemiological approaches to the study of cancer and other chronic diseases. Washington, DC: U.S. Department of Health, Education, and Welfare, National Cancer Institute; pp. 127-204. (National Cancer Institute monograph 19).

Hammond, E. C.; Selikoff, I. J.; Seidman, H. (1979a) Asbestos exposure, cigarette smoking and death rates. Ann. N. Y. Acad. Sci. 330: 473-490.

Hammond, E. C.; Garfinkel, L.; Selikoff, I. J.; Nicholson, W. J. (1979b) Mortality experience of residents in the neighborhood of an asbestos factory. Ann. N. Y. Acad. Sci. 330: 417-422.

Harington, J. S. (1962) Occurrence of oils containing 3:4-benzpyrene and related substances in asbestos. Nature (London) 193: 43-45.

Harington, J. S.; Roe, F. J. C. (1969) Studies of carcinogenesis of asbestos fibers and their natural oils. Ann. N. Y. Acad. Sci. 132: 439-450.

Harries, P. G. (1968) Asbestos hazards in naval dockyards. Ann. Occup. Hyg. 11: 135-145.

Harries, P. G. (1971) A comparison of mass and fibre concentrations of asbestos dust in shipyard insulation processes. Ann. Occup. Hyg. 14: 235-240.

Harries, P. G. (1976) Experience with asbestos disease and its control in Great Britain's naval dockyards. Environ. Res. 11: 261-267.

Harris, J. E. (1979) Appendix: cigarette smoking in the United States, 1950-1978. In: Smoking and health: a report of the Surgeon General. Washington, D.C.: U.S. Department of Health, Education, and Welfare, Public Health Service; pp. A-1 to A-29; DHEW publication no. (PHS) 79-50066. Available from: GPO, Washington, DC; S/N 017-000-00218-0.

Harris, R. L., Jr.; Fraser, D. A. (1976) A model for deposition of fibers in the human respiratory system. Am. Ind. Hyg. Assoc. J. 37: 73-89.

Hart, R. W.; Fertel, R.; Newman, H. A. I.; Daniel, F. B.; Blakeslee, J. R. (1979) Effects of selected asbestos fibers on cellular and molecular parameters. Cincinnati, OH: U.S. Environmental Protection Agency, Health Effects Research Laboratory; EPA report no. EPA-600/1-79-21. Available from: NTIS, Springfield, VA; PB-299199/0.

Henderson, V. L.; Enterline, P. E. (1979) Asbestos exposure: factors associ-ated with excess cancer and respiratory disease mortality. Ann. N. Y. Acad. Sci. 330: 117-126.

Hobbs, M. S. T.; Woodward, S. D.; Murphy, B.; Musk, A. W.; Elder, J. E. (1980) The incidence of pneumoconiosis, mesothelioma and other respiratory cancer in men engaged in mining and milling crocidolite in Western Australia. In: Wagner, J.C.; Davis, W., eds. Biological effects of mineral fibres = Effets biologiques des fibres minérales: v. 2, proceedings of a symposium; September 1979; Lyon France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 615-625. (IARC scientific publication no. 30; INSERM symposia series: v. 92).

Hoel, D. G.; Kaplan, N. L.; Anderson, M. W. (1983) Implication of nonlinear kinetics on risk estimation in carcinogenesis. Science (Washington, DC) 219: 1032-1037.

Holmes, S. (1965) Developments in dust sampling and counting techniques in the asbestos industry. Ann. N. Y. Acad. Sci. 132: 288-297.

Holt, P. F.; Mills, J.; Young, D. K. (1964) The early effects of chrysotile asbestos dust on the rat lung. J. Pathol. Bacteriol. 87: 15-23.

Huang, S. L. (1979) Amosite, chrysotile and crocidolite asbestos are mutagenic in Chinese hamster lung cells. Mutat. Res. 68: 265-274.

Hughes, J.; Weill, H. (1980) Lung cancer risk associated with manufacture of asbestos-cement products. In: Wagner, J. C.; Davis, W., eds. Biological effects of mineral fibres = Effets biologiques des fibres minérales: v. 2, proceedings of a symposium; September 1979; Lyon France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 627-635. (IARC scientific publication no. 30; INSERM sym-posia series: v. 92).

International Agency for Research on Cancer. (1982) Chemicals, industrial processes and industries associated with cancer in humans, IARC mono-graphs, volumes 1 to 29: report of an IARC ad hoc working group; February; Lyon, France. Lyon, France: World Health Organization; pp. 13-15, 52-53. (IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: suppl. 4).

185

International Labour Office. (1971) International Classification of radiographs of pneumoconioses (revised, 1968). Geneva, Switzerland: International Labour Office. (Occupational safety and health series no. 22).

Irwig, L. M.; duToit, R. S. J.; Sluis-Cremer, G. K.; Solomon, A.; Thomas, R. G.; Hamel, P. P. H.; Webster, I.; Hastie, T. (1979) Risk of asbestosis in crocidolite and amosite mines in South Africa. Ann. N. Y. Acad. Sci. 330: 35-52.

Jacko, M. G.; DuCharme, R. T.; Somers, J. T. (1973) How much asbestos do vehicles emit? Automot. Eng. 81: 38-40.

Jacobs, R.; Humphrys, J.; Dodgson, K. S.; Richards, R. J. (1978) Light and electron microscope studies of the rat digestive tract following prolonged and short-term ingestion of chrysotile asbestos. Br. J. Exp. Pathol. 59: 443-453.

Jones, J. S. P.; Smith, P. G.; Pooley, F. D.; Berry, G.; Sawle, G. W.; Madeley, R. J.; Wignell, B. K.; Aggarwal, A. (1980) The consequences of exposure to asbestos dust in a wartime gas-mask factory. In: Wagner, J. C.; Davis, W., eds. Biological effects of mineral fibres = Effets biologiques des fibres minérales: v. 2, proceedings of a symposium; September 1979; Lyon, France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 637-653. (IARC scientific publication no. 30; INSERM symposia series: v. 92).

Kahn, H. A. (1966) The Dorn study of smoking and mortality among U.S. veterans: report on eight and one-half years of observation. In: Haenszel, W., ed. Epidemiological approaches to the study of cancer and other chronic diseases. Washington, DC: U.S. Department of Health, Education, and Welfare, National Cancer Institute; pp. 1-125. (National Cancer Institute monograph 19).

Kleinfeld, M.; Messite, J.; Kooyman, O. (1967) Mortality experience in a group of asbestos workers. Arch. Environ. Health. 15: 177-180.

Kleinfeld, M.; Messite, J.; Zaki, M. H. (1974) Mortality experience among talc workers: a follow-up study. J. Occup. Med. 16: 345-349.

Knox, J. F.; Holmes, S.; Doll, R.; Hill, I. D. (1968) Mortality from lung cancer and other causes among workers in an asbestos textile factory. Br. J. Ind. Med. 25: 293-303.

Kolonel, L. N.; Hirohata, T.; Chappell, B. V.; Viola, F. V.; Harris, D. E. (1980) Cancer mortality in a cohort of naval shipyard workers in Hawaii: early findings. J. Natl. Cancer Inst. 64: 739-743.

Langer, A. M. (1974) Inorganic particles in human tissues and their association with neoplastic disease. Environ. Health Perspect. 9: 229-233.

Langer, A. M.; Wolff, M. S.; Rohl, A. N.; Selikoff, I. J. (1978) Variation of properties of chrysotile asbestos subjected to milling. J. Toxicol. Environ. Health 4: 173-188.

Lavappa, K. S.; Fu, M. M.; Epstein, S. S. (1975) Cytogenetic studies on chrysotile asbestos. Environ. Res. 10: 165-173.

Lechner, J. F.; Haugen, A.; Trump, B. F.; Tokiwa, T.; Harris, C. C. (1983) Effects of asbestos and carcinogenic metals on cultured human bronchial epithelium. In: Harris, C. C.; Autrup, H. N., eds. Human carcinogenesis. New York, NY: Academic Press; pp. 561-585.

Lee, P. N.; O'Neill, J. A. (1971) The effect both of time and dose applied on tumour incidence rate in benzopyrene skin painting experiments. Br. J. Cancer 25: 759-770.

Leidel, N. A.; Bayer, S. G.; Zumwalde, R. D.; Busch, K. A. (1979) USPHS/NIOSH membrane filter method for evaluating airborne asbestos fibers. Cincinnati, OH: U.S. Department of Health, Education, and Welfare, National Institute of Occupational Safety and Health; DHEW (NIOSH) publication no. 79-127. Available from: NTIS, Springfield, VA; PB-297731.

Lewinsohn, H. C. (1972) The medical surveillance of asbestos workers. R. Soc. Health J. 92: 69-77.

Lewinsohn, H. C. (1983) [Personal communication with Dr. W. J. Nicholson]. Danbury, CT: Union Carbide Corporation.

Liddell, F. D. K.; Hanley, J. A. (1985) Relations between asbestos exposure and lung cancer SMRs in occupational cohort studies. Br. J. Ind. Med. 42: 389-396.

Liddell, F. D. K.; McDonald, J. C. (1980) Radiological findings as predictors of mortality in Quebec asbestos workers. Br. J. Med. 37: 257-267.

Liddell, F. D. K.; McDonald, J. C.; Thomas, D. C. (1977) Methods of cohort analysis: appraisal by application to asbestos mining. J. R. Stat. Soc. A 140: 469-491.

Lilis, R.; Daum, S.; Anderson, H.; Sirota, M.; Andrews, G.; Selikoff, I. J. (1979) Asbestos disease in maintenance workers of the chemical industry. Ann. N. Y. Acad. Sci. 330: 127-136.

Livingston, G. K.; Rom, W. N.; Morris, M. V. (1980) Asbestos-induced sister chromatid exchanges in cultured Chinese hamster ovarian fibroblast cells. J. Environ. Pathol. Toxicol. 4: 373-382.

Lynch, K. M.; Smith, W. A. (1935) Pulmonary asbestosis. III: Carcinoma of lung in asbesto-silicosis. Am. J. Cancer 14: 56-64.

Lynch, J. R.; Ayer, H. E.; Johnson, D. L. (1970) The interrelationships of selected asbestos exposure indices. Am. Ind. Hyg. Assoc. J. 31: 598-604.

Maltoni, C.; Annoscia, C. (1974) Mesotheliomas in rats following the intra-peritoneal injection of crocidolite. In: Davis, W.; Maltoni, C., eds. Advances in tumour prevention, detection, and characterization: v. 1, characterization of human tumours: proceedings of fifth international symposium on the biological characterization of human tumours; April 1973; Bologna, Italy. Amsterdam, The Netherlands: Excerpta Medica; pp. 115-116.

Mancuso, T. F.; Coulter, E. J. (1963) Methodology in industrial health studies: the cohort approach, with special reference to an asbestos company. Arch. Environ. Health 6: 210-226.

Mancuso, T. F.; El-Attar, A. A. (1967) Mortality pattern in a cohort of asbestos workers. J. Occup. Med. 9: 147-162.

Mantel, N.; Haenszel, W. (1959) Statistical aspects of the analysis of data from retrospective studies of disease. J. Natl. Cancer Inst. 22: 719-748.

Mason, T. J.; McKay, F. W. (1974) U.S. cancer mortality by county: 1950-1969. Washington, DC: U.S. Department of Health, Education, and Welfare, National Cancer Institute; DHEW publication no. (NIH) 74-615.

McDonald, J. C.; Liddell, F. D. K. (1979) Mortality in Canadian miners and millers exposed to chrysotile. Ann. N. Y. Acad. Sci. 330: 1-10.

McDonald, A. D.; McDonald, J. C. (1978) Mesothelioma after crocidolite exposure during gas mask manufacture. Environ. Res. 17: 340-346.

McDonald, A. D.; McDonald, J. C. (1980) Malignant mesothelioma in North America. Cancer (Philadelphia) 46: 1650-1656.

McDonald, J. C.; McDonald, A. D.; Gibbs, G. W.; Siemiatycki, J.; Rossiter, C. E. (1971) Mortality in the chrysotile asbestos mines and mills of Quebec. Arch. Environ. Health. 22: 677-686.

McDonald, J. C.; Liddell, F. D. K.; Gibbs, G. W.; Eyssen, G. E.; McDonald, A. D. (1980) Dust exposure and mortality in chrysotile mining, 1910-75. Br. J. Ind. Med. 37: 11-24.

McDonald, A. D.; Fry, J. S.; Woolley, A. J.; McDonald, J. C. (1983a) Dust exposure and mortality in an American chrysotile textile plant. Br. J. Ind. Med. 40: 361-367.

McDonald, A. D.; Fry, J. S.; Woolley, A. J.; McDonald, J. C. (1983b) Dust exposure and mortality in an American factory using chrysotile, amosite and crocidolite in mainly textile manufacturing. Br. J. Ind. Med. 40: 368-374.

McDonald, A. D.; Fry, J. S.; Woolley, A. J.; McDonald, J. C. (1984) Dust exposure and mortality in an American chrysotile asbestos friction products plant. Br. J. Ind. Med. 41: 151-157.

Merewether, E. R. A. (1949) Annual report of the Chief Inspector of Factories for the year 1947. London, United Kingdom: Her Majesty's Stationery Office; pp. 66-81.

Meurman, L. O.; Kiviluoto, R.; Hakama, M. (1974) Mortality and morbidity among the working population of anthophyllite asbestos miners in Finland. Br. J. Ind. Med. 31: 105-112.

Morgan, A. (1979) Fiber dimensions: their significance in the deposition and clearance of inhaled fibrous dust. In: Lemen, R.; Dement, J. M., eds. Dusts and disease: proceedings of the conference on occupational exposures to fibrous and particulate dust and their extension into the environment. Forest Park, IL: Pathotox Publishers, Inc.; pp. 87-96.

Morgan, A.; Evans, J. C.; Evans, R. J.; Hounam, R. F.; Holmes, A.; Doyle, S. G. (1975) Studies on the deposition of inhaled fibrous material in the respiratory tract of the rat and its subsequent clearance using radio-active tracer techniques. II. Deposition of the UICC standard reference samples of asbestos. Environ. Res. 10: 196-207.

Morgan, A.; Evans, J. C.; Holmes, A. (1977) Deposition and clearance of inhaled fibrous minerals in the rat. Studies using radioactive tracer techniques. In: Walton, W. H., ed. Inhaled particles IV (in two parts): part 1, proceedings of an international symposium; September 1975; Edinburgh, United Kingdom. Oxford, United Kingdom: Pergamon Press; pp. 259-273.

Morgan, A.; Talbot, R. J.; Holmes, A. (1978) Significance of fibre length in the clearance of asbestos fibres from the lung. Br. J. Ind. Med. 35: 146-153.

Mossman, B. T.; Eastman, A.; Landesman, J. M.; Bresnick, E. (1983) Effects of crocidolite and chrysotile asbestos on cellular uptake and metabolism of benzo(a)pyrene in hamster tracheal epithelial cells. Environ. Health Perspect. 51: 331-335.

Muller, H. J. (1951) Radiation damage to the genetic material. In: Baitsell, G. A., ed. Science in progress. New Haven, CT: Yale University Press; pp. 93-165, 481-493. (Sigma Xi national lectureships: seventh series, 1949 and 1950).

Murphy, R. L. H.; Ferris, B. G., Jr.; Burgess, W. A.; Worcester, J.; Gaensler, E. A. (1971) Effects of low concentrations of asbestos: clinical, environmental, radiologic and epidemiologic observations in shipyard pipe coverers and controls. N. Engl. J. Med. 285: 1271-1278.

Murray, H. M. (1907) Report of the departmental committee on compensation for industrial diseases. London, United Kingdom: His Majesty's Stationery Office; p. 127.

National Academy of Sciences. (1983) Risk assessment in the federal government: managing the process. Washington, DC: National Academy Press.

National Academy of Sciences. (1984) Asbestiform fibers: nonoccupational health risks. Washington, DC: National Academy Press.

National Center for Health Statistics. (1977) Vital statistics of the United States: volume II - mortality. Hyattsville, MD: U.S. Department of Health and Human Services.

National Institute for Occupational Safety and Health. (1972) Criteria for a recommended standard: occupational exposure to asbestos. Washington, DC: U.S. Department of Health, Education, and Welfare; DHEW (NIOSH) publication no. HMS 7210267. Available from: NTIS, Springfield, VA; PB-209510.

National Institute for Occupational Safety and Health. (1976) Revised recommended asbestos standard. Washington, DC: U.S. Department of Health, Education, and Welfare; DHEW (NIOSH) publication no. 79-164. Available from: NTIS, Springfield, VA; PB-273965.

National Institute for Occupational Safety and Health. (1980) Workplace exposures to asbestos: review and recommendations. Washington, DC: U.S. Department of Health and Human Services; DHHS (NIOSH) publication no. 81-103. Available from: NTIS, Springfield, VA; PB83-176677.

Newhouse, M. L.; Berry, G. (1976) Predictions of mortality from mesothelial tumours in asbestos factory workers. Br. J. Ind. Med. 33: 147-151.

Newhouse, M. L.; Berry, G. (1979) Patterns of mortality in asbestos workers in London. Ann. N. Y. Acad. Sci. 330: 53-60.

Newhouse, M. L.; Thompson, H. (1965) Mesothelioma of the pleura and peritoneum following exposure to asbestos in the London area. Br. J. Ind. Med. 22: 261-269.

Newhouse, M. L.; Berry, G.; Wagner, J. C.; Turok, M. E. (1972) A study of the mortality of female asbestos workers. Br. J. Ind. Med. 29: 134-141.

Newman, H. A. I.; Saat, Y. A.; Hart, R. W. (1980) Putative inhibitory effects of chrysotile, crocidolite and amosite mineral fibers on the more complex surface membrane glycolipids and glycoproteins. Environ. Health Perspect. 34: 103-111.

Nicholson, W. J. (1971) Measurement of asbestos in ambient air. Washington, DC: National Air Pollution Control Administration; contract no. CPA 70-92.

Nicholson, W. J., ed. (1975) Insulation hygiene progress reports: v. 3, no. 1. New York, NY: City University of New York, Mount Sinai School of Medicine.

Nicholson, W. J. (1976a) Case study 1: asbestos--the TLV approach. Ann. N. Y. Acad. Sci. 271: 152-169.

Nicholson, W. J. (1976b) [Tables] In: Annexe: édition revue et corrigée du rapport préliminaire. Comité d'étude sur la salubrite dans l'industrie de l'amiante (Beaudry Commission); pp. 151-160.

Nicholson, W. J. (1978) Chrysotile asbestos in air samples collected in Puerto Rico: report to the Consumer Products Safety Commission. New York, NY: City University of New York, Mount Sinai School of Medicine; CPS contract no. 77128000.

190

Nicholson, W. J. (1981) Criteria document for Swedish occupational standards: asbestos and inorganic fibers. Arb. Hälsa (17).

Nicholson, W. J. (1982) The dose and time dependence of occupational cancer. In: Prevention of occupational cancer--international symposium; April 1981; Helsinki, Finland. Geneva, Switzerland: International Labour Office; pp. 44-67. (Occupational safety and health series no. 46).

Nicholson, W. J. (1983) Tumour incidence after asbestos exposure in the USA: cancer risk of the non-occupational population. VDI Ber. (475): 161-177.

Nicholson, W. J.; Pundsack, F. L. (1973) Asbestos in the environment. In: Bogovski, P.; Gilson, J. C.; Timbrell, V.; Wagner, J. C., eds. Biological effects of asbestos: proceedings of a working conference; October 1972; Lyon, France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 126-130. (IARC scientific publication no. 8).

Nicholson, W. J.; Rohl, A. N.; Ferrand, E. F. (1971) Asbestos air pollution in New York City. In: Englund, H. M.; Beery, W. T., eds. Proceedings of the second international clean air congress; December 1970; Washington, DC. New York, NY: Academic Press; pp. 136-139.

Nicholson, W. J.; Holaday, D. A.; Heimann, H. (1972) Direct and indirect occupational exposure to insulation dusts in United States shipyards. In: Safety and health in shipbuilding and ship repairing, proceedings of a symposium; August-September 1971; Helsinki, Finland. Geneva, Switzerland: International Labour Office; pp. 37-47. (Occupational safety and health series no. 27).

Nicholson, W. J.; Rohl, A. N.; Weisman, I. (1975) Asbestos contamination of the air in public buildings. Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards; EPA report no. EPA 450/3-76/004. Available from: NTIS, Springfield, VA; PB-250980/0.

Nicholson, W. J.; Rohl, A. N.; Weisman, I. (1976) Asbestos contamination of building air supply systems. In: International conference on environmental sensing and assessment: v. 2; September 1975; Las Vegas, NV. New York, NY: Institute of Electrical and Electronics Engineers, Inc.; paper no. 29-6.

Nicholson, W. J.; Rohl, A. N.; Sawyer, R. N.; Swoszowski, E. J., Jr.; Todaro, J. D. (1978) Control of sprayed asbestos surfaces in school buildings: a feasibility study. New York, NY: Mount Sinai School of Medicine, Environmental Sciences Laboratory; NIEHS contract no. NO1-ES-7-2113. See also: Nicholson, W. J.; Swoszowski, E. J., Jr.; Rohl, A. N.; Todaro, J. D.; Adams, A. (1979) Asbestos contamination in United States schools from use of asbestos surfacing materials. Ann. N. Y. Acad. Sci. 330: 587-596.

Nicholson, W. J.; Selikoff, I. J.; Seidman, H.; Lilis, R.; Formby, P. (1979) Long-term mortality experience of chrysotile miners and millers in Thetford Mines, Québec. Ann. N. Y. Acad. Sci. 330: 11-21.

191

Nicholson, W. J.; Rohl, A. N.; Weisman, I.; Selikoff, I. J. (1980) Environ-
     mental asbestos concentrations in the United States. In: Wagner, J. C.;
     Davis, W., eds. Biological effects of mineral fibres = Effets bibliogiques
     des fibres minérales: v. 2, proceedings of a symposium; September 1979;
     Lyon, France. Lyon, France: World Health Organization, International
     Agency for Research on Cancer; pp. 823-827. (IARC scientific publication
     no. 30; INSERM symposia series: v. 92).

Nicholson, W. J.; Perkel, G.; Selikoff, I. J. (1982) Occupational exposure to
     asbestos: population at risk and projected mortality--1980-2030. Am. J.
     Ind. Med. 3: 259-311.

Nicholson, W. J.; Selikoff, I. J.; Seidman, H.; Hammond, E. C. (1986) Mortality
     experience of asbestos factory workers; effect of differing intensities
     of asbestos exposure. Environ. Res.: In press.

Nordling, C. O. (1953) A new theory on the cancer-inducing mechanism. Br. J.
     Cancer 1: 68-72.

Occupational Safety and Health Administration. (1983) Quantitative risk assess-
     ment for asbestos related cancers. Washington, DC: Directorate of Health
     Standards; OSHA contract no. J-9-F-2-0074. Available for inspection at:
     U.S. Department of Labor, OSHA Technical Data Center, Francis Perkins
     Building; docket no. H033C, exhibit no. 84-392.

Occupational Safety and Health Administration. (1984) [Docket of current rule-
     making for revision of the asbestos (dust) standard]. Washington, DC:
     U.S. Department of Labor. Available for inspection at: U.S. Department of
     Labor, OSHA Technical Data Center, Francis Perkins Building; docket
     no. H033C.

Ontario Royal Commission. (1984) Report of the Royal Commission on matters of
     health and safety arising from the use of asbestos in Ontario: v. 1-3.
     Toronto, ON, Canada: Ontario Ministry of the Attorney General.

Peto, J. (1977) The establishment of industrial hygiene standards: an example.
     In: Whittemore, A., ed. Environmental health: quantitative methods, pro-
     ceedings of a conference; July 1976; Alta, UT. Philadelphia, PA: Society
     for Industrial and Applied Mathematics; pp. 104-114.

Peto, J. (1980) Lung cancer mortality in relation to measured dust levels in
     an asbestos textile factory. In: Wagner, J. C.; Davis, W., eds. Biological
     effects of mineral fibres = Effets biologiques des fibres minérales:
     v. 2, proceedings of a symposium; September 1979; Lyon, France. Lyon,
     France: World Health Organization, International Agency for Research on
     Cancer; pp. 829-836. (IARC scientific publication no. 30; INSERM symposia
     series: v. 92).

Peto, R.; Roe, F. J. C.; Lee, P. N.; Levy, L.; Clack, J. (1975) Cancer and
     ageing in mice and men. Br. J. Cancer 32: 411-426.

Peto, J.; Seidman, H.; Selikoff, I. J. (1982) Mesothelioma mortality in asbes-
     tos workers: implications for models of carcinogenesis and risk assessment.
     Br. J. Cancer 45: 124-135.

192

Peto, J.; Doll, R.; Goffe, T.; Clayton, R. (1985) Mortality of workers in the Rochdale asbestos textile factory. Ann. Occup. Hyg.: In press.

Pike, M.C. (1966) A method of analysis of a certain class of experiments in carcinogenesis. Biometrics 22: 142-161.

Pott, F. (1980) Animal experiments on biological effects of mineral fibres. In: Wagner, J. C.; Davis, W., eds. Biological effects of mineral fibres = Effets biologiques des fibres minérales: v. 1, proceedings of a symposium; September 1979; Lyon France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 261-272. (IARC scientific publication no. 30; INSERM symposia series: v. 92).

Pott, F.; Friedrichs, K. H. (1972) Tumoren der Ratte nach i.p.-Injektion faserförmiger Stäube [Tumors in the rat developing after intraperitoneal injection of fibrous dusts]. Naturwissenschaften 59: 318.

Pott, F.; Friedrichs, K. H.; Huth, F. (1976) Ergebnisse aus Tierversuchen zur kanzerogenen Wirkung faserförmiger Stäube und ihre Deutung im Hinblick auf die Tumorentstehung beim Menschen [Results from animal experiments on the carcinogenic effect of fibrous dusts and their significance with regard to the origin of tumors in the human]. Zentralbl. Bakteriol. Parasitenkd. Infektionskrankh. Hyg. Abt. 1: Orig. Reihe B 162: 467-505.

Puntoni, R.; Vercelli, M.; Merlo, F.; Valerio, F.; Santi, L. (1979) Mortality among shipyard workers in Genoa, Italy. Ann. N. Y. Acad. Sci. 330: 353-377.

Pylev, L. N.; Shabad, L. M. (1973) Some results of experimental studies in asbestos carcinogenesis. In: Bogovski, P.; Gilson, J. D.; Timbrell, V.; Wagner, J. C., eds. Biological effects of asbestos: proceedings of a working symposium; October 1972; Lyon France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 99-105. (IARC scientific publication no. 8).

Reeves, A. L. (1976) The carcinogenic effect of inhaled asbestos fibers. Ann. Clin. Lab. Sci. 6: 459-466.

Reeves, A. L.; Puro, H. E.; Smith, R. G.; Vorwald, A. J. (1971) Experimental asbestos carcinogenesis. Environ. Res. 4: 496-511.

Reeves, A. L.; Puro, H. E.; Smith, R. G. (1974) Inhalation carcinogenesis from various forms of asbestos. Environ. Res. 8: 178-202.

Rendall, R. E. G.; Skikne, M. I. (1980) Submicroscopic fibres in industrial atmospheres. In: Wagner, J. C.; Davis, W., eds. Biological effects of mineral fibres = Effets biologiques des fibres minérales: v. 2, proceedings of a symposium; September 1979; Lyon, France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 837-843. (IARC scientific publication no. 30; INSERM symposia series: v. 92).

Robinson, C.; Lemen, R.; Wagoner, J. K. (1979) Mortality patterns, 1940-75, among workers employed in an asbestos textile friction and packing products manufacturing facility. In: Lemen, R.; Dement, J. R., eds. Dusts and disease: proceedings of the conference on occupational exposures to fibrous and particulate dust and their extension into the environment. Forest Park, IL: Pathotox Publishers, Inc.; pp. 131-143.

Rohl, A. N.; Langer, A. M.; Wolff, M. S.; Weisman, I. (1976) Asbestos exposure during brake lining maintenance and repair. Environ. Res. 12: 110-128.

Rossiter, C. E.; Coles, R. M. (1980) HM Dockyard, Devonport: 1947 mortality study. In: Wagner, J. C.; Davis, W., eds. Biological effects of mineral fibres = Effets biologiques des fibres minérales: v. 2, proceedings of a symposium; September 1979; Lyon, France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 713-721. (IARC scientific publication no. 30; INSERM symposia series: v. 92).

Rubino, G. F.; Piolatto, G.; Newhouse, M. L.; Scansetti, G.; Aresini, G. A.; Murray, R. (1979) Mortality of chrysotile asbestos workers at the Balangero Mine, northern Italy. Br. J. Ind. Med. 36: 187-194.

Samudra, A. V.; Harwood, C. F. (1977) Electron microscopic measurement of airborne asbestos concentrations: a provisional methodology manual. Research Triangle Park, NC: U.S. Environmental Protection Agency, Environmental Sciences Research Laboratory; EPA report no. EPA-600/2-77-178-REV. Available from: NTIS, Springfield, VA; PB-285945.

Sawyer, R. N. (1977) Asbestos exposure in a Yale building: analysis and resolution. Environ. Res. 13: 146-169.

Sawyer, R. N. (1979) Indoor asbestos pollution: application of hazard criteria. Ann. N. Y Acad. Sci. 330: 579-586.

Schneider, V.; Maurer, R. R. (1977) Asbestos and embryonic development. Teratology 15: 273-279.

Sebastien, P.; Janson, X.; Bonnaud, G.; Riba, G.; Masse, R.; Bignon, J. (1979) Translocation of asbestos fibers through respiratory tract and gastrointestinal tract according to fiber type and size. In: Lemen, R.; Dement, J. M. eds. Dusts and disease: proceedings of the conference on occupational exposures to fibrous and particulate dust and their extension into the environment. Forest Park, IL: Pathotox Publishers, Inc.; pp. 65-85.

Sebastien, P.; Billion-Galland, M. A.; Dufour, G.; Bignon, J. (1980) Measurement of asbestos air pollution inside buildings sprayed with asbestos. Washington, DC: U.S. Environmental Protection Agency, Survey and Analysis Division; EPA report no. EPA-560/13-80-026. Available from: NTIS, Springfield, VA; PB81-147001.

Sebastien, P.; Bignon, J.; Martin, M. (1982) Indoor airborne asbestos pollution: from the ceiling and the floor. Science (Washington, DC) 216: 1410-1413.

194

Seidman, H. (1984) Short-term asbestos work exposure and long-term observation. In: [Docket of current rulemaking for revision of the asbestos (dust) standard]. Washington, DC: U.S. Department of Labor, Occupational Safety and Health Administration. Available for inspection at: U.S. Department of Labor, OSHA Technical Data Center, Francis Perkins Building; docket no. H033C, exhibit nos. 261-A and 261-B.

Seidman, H.; Selikoff, I. J.; Hammond, E. C. (1979) Short-term asbestos work exposure and long-term observation. Ann. N. Y. Acad. Sci. 330: 61-89.

Selikoff, I. J.; Seidman, H. (1981). Cancer of the pancreas among asbestos insulation workers. Cancer (Philadelphia) 47(suppl.): 1469-1473.

Selikoff, I. J.; Churg, J.; Hammond, E. C. (1965) The occurrence of asbestosis among insulation workers in the United States. Ann. N. Y. Acad. Sci. 132: 139-155.

Selikoff, I. J.; Hammond, E. C.; Churg, J. (1968) Asbestos exposure, smoking, and neoplasia. J. Am. Med. Assoc. 204: 104-110.

Selikoff, I. J.; Hammond, E. C.; Churg, J. (1970) Mortality experience of asbestos insulation workers, 1943-68. In: Shapiro, H. A., ed. Pneumoconiosis: proceedings of the international conference; 1969; Johannesburg, South Africa. Capetown, South Africa: Oxford University Press; pp. 180-186.

Selikoff, I. J.; Hammond, E. C.; Seidman, H. (1979) Mortality experience of insulation workers in the United States and Canada, 1943-1976. Ann. N. Y. Acad. Sci. 330: 91-116.

Selikoff, I. J.; Nicholson, W. J.; Lilis, R. (1980) Radiological evidence of asbestos disease among ship repair workers. Am. J. Ind. Med. 1: 9-22.

Shabad, L. M.; Pylev, L. N.; Krivosheeva, L. V.; Kulagina, T. F.; Nemenko, B. A. (1974) Experimental studies on asbestos carcinogenicity. J. Natl. Cancer Inst. 52: 1175-1187.

Siemiatycki, J. (1982) Health effects on the general population (mortality in the general population in asbestos mining areas). In: Asbestos, health and society, proceedings of the world symposium on asbestos; May; Montreal, Québec, Canada. Montreal, Québec, Canada: Canadian Asbestos Information Centre; pp. 337-348.

Sincock, A. M. (1977) Preliminary studies of the in vitro cellular effects of asbestos and fine glass dusts. In: Hiatt, H. H.; Watson, J. D.; Winsten, J. A., eds. Origins of human cancer: book B, mechanisms of carcinogenesis. Cold Spring Harbor, NY: Cold Spring Harbor Laboratory; pp. 941-954. (Cold Spring Harbor conferences on cell proliferation: v. 4).

Sincock, A. M.; Delhanty, J. D. A.; Casey, G. (1982) A comparison of the cytogenic response to asbestos and glass fibre in Chinese hamster and human cell lines: demonstration of growth inhibition in primary human fibroblasts. Mutat. Res. 101: 257-268.

195

Smith, W. E.; Hubert, D. D. (1974) The intrapleural route as a means for esti-
    mating carcinogenicity. In: Karbe, E.; Park, J. F., eds. Experimental
    lung cancer: carcinogenesis and bioassay. Berlin, West Germany: Springer-
    Verlag; pp. 93-106.

Smith, W. E.; Miller, L.; Elsasser, R. E.; Hubert, D. D. (1965) Tests for
    carcinogenicity of asbestos. Ann. N. Y. Acad. Sci. 132: 456-488.

Smith, W. E.; Miller, L.; Churg, J. (1970) An experimental model for the study
    of carcinogenesis in the respiratory tract. In: Nettesheim, P.; Hanna, M.
    G., Jr.; Deatherage, J. W., Jr., eds. Morphology of experimental respira-
    tory carcinogenesis: proceedings of a Biology Division, Oak Ridge National
    Laboratory, conference; May; Gatlinburg, TN. Oak Ridge, TN: U.S. Atomic
    Energy Commission; pp. 299-316. (AEC symposium series 21). Available
    from: NTIS, Springfield, VA; CONF-700501.

Smither, W. J.; Lewinsohn, H. C. (1973) Asbestosis in textile manufacturing.
    In: Bogovski, P.; Gilson, J. C.; Timbrell, V.; Wagner, J. C., eds. Biolog-
    ical effects of asbestos: proceedings of a working conference; October
    1972; Lyon, France. Lyon, France: World Health Organization, International
    Agency for Research in Cancer; pp. 169-174. (IARC scientific publication
    no. 8).

Solomons, K. (1984) Malignant mesothelioma - clinical and epidemiological
    features. S. Afr. Med. J. 66: 407-414.

Spurny, K. R.; Stöber, W.; Weiss, G.; Opiela, H. (1980) Some special problems
    concerning asbestos fiber pollution in ambient air. In: Benarie, M. M.,
    ed. Atmospheric pollution 1980: proceedings of the 14th international
    colloquium; May; Paris, France. Amsterdam, The Netherlands: Elsevier
    Scientific Publishing Company; pp. 315-322. (Studies in environmental
    science: 8).

Stanton, M. F. (1973) Some etiological considerations of fibre carcinogenesis.
    In: Bogovski, P.; Gilson, J. C.; Timbrell, V.; Wagner, J. C. eds. Biolog-
    ical effects of asbestos: proceedings of a working conference; October
    1972; Lyon, France. Lyon, France: World Health Organization, International
    Agency for Research in Cancer; pp. 289-294. (IARC scientific publication
    no. 8).

Stanton, M. F.; Wrench, C. (1972) Mechanisms of mesothelioma induction with
    asbestos and fibrous glass. J. Natl. Cancer Inst. 48: 797-816.

Stanton, M. F.; Layard, M.; Tegeris, A.; Miller, E.; May, M.; Kent, E. (1977)
    Carcinogenicity of fibrous glass: pleural response in the rat in relation
    to fiber dimensions. J. Natl. Cancer Inst. 58: 587-603.

Stanton, M. F.; Layard, M.; Tegeris, A.; Miller, E.; May, M.; Morgan, E.;
    Smith, A. (1981) Relation of particle dimension to carcinogenicity in
    amphibole asbestos and other fibrous minerals. J. Natl. Cancer Inst.
    67: 965-975.

Steel, J. (1979) Asbestos control limits. In: Asbestos volume 2: papers prepared for the advisory committee. London, United Kingdom: Health and Safety Commission; pp. 85-88.

Storeygard, A. R.; Brown, A. L., Jr. (1977) Penetration of the small intestinal mucosa by asbestos fibers. Mayo Clin. Proc. 52: 809-812.

Teta, M. J.; Lewinsohn, H. C.; Meigs, J. W.; Vidone, R. A.; Mowad, L. Z.; Flannery, J. T. (1983) Mesothelioma in Connecticut, 1955-1977: occupational and geographic associations. J. Occup. Med. 25: 749-756.

Timbrell, V. (1965) The inhalation of fibrous dusts. Ann. N. Y. Acad. Sci. 132: 255-273.

Thomas, H. F.; Benjamin, I. T.; Elwood, P. C.; Sweetnam, P. M. (1982) Further follow-up study of workers from an asbestos cement factory. Br. J. Ind. Med. 39: 273-276.

Toft, P.; Wigle, D. T.; Meranger, J. C.; Mao, Y. (1981) Asbestos and drinking water in Canada. Sci. Total Environ. 18: 77-89.

U.S. Consumer Product Safety Commission. (1983) Report to the U.S. Consumer Product Safety Commission by the chronic hazard advisory panel on asbestos. Washington, DC: Directorate for Health Sciences.

U.S. Environmental Protection Agency. (1974) A preliminary report on asbestos in the Duluth, Minnesota, area. Duluth, MN: Office of Enforcement and General Counsel, Office of Technical Analysis.

Valerio, F.; de Ferrari, M.; Ottaggio, L.; Repetto, E.; Santi, L. (1980) Cytogenic effects of Rodesian chrysotile on human lymphocytes in vitro. In: Wagner, J. C.; Davis, W., eds. Biological effects of mineral fibres = Effets biologiques des fibres minérales: v. 1, proceedings of a symposium; September 1979; Lyon, France. Lyon, France: World Health Organization, International Agency for Research on Cancer; pp. 485-489. (IARC scientific publication no. 30; INSERM symposia series: v. 92).

Wagner, J. C.; Berry, G.; Skidmore, J. W. (1976) Studies of the carcinogenic effect of fibre glass of different diameters following intrapleural inoculation in experimental animals. In: Occupational exposure to fibrous glass: proceedings of a symposium; June 1974; College Park, MD. Cincinnati, OH: U.S. Department of Health, Education, and Welfare, National Institute for Occupational Safety and Health; pp. 193-204; DHEW publication no. (NIOSH) 76-151. Available from: NTIS, Springfield, VA; PB-258869.

Wagner, J. C.; Sleggs, C. A.; Marchand, P. (1960) Diffuse pleural mesothelioma and asbestos exposure in the north western Cape Province. Br. J. Ind. Med. 17: 260-271.

Wagner, J. C.; Berry, G.; Timbrell, V. (1973) Mesotheliomata in rats after inoculation with asbestos and other materials. Br. J. Cancer 28: 173-185.

Wagner, J. C.; Berry, G.; Skidmore, J. W.; Timbrell, V. (1974) The effects of the inhalation of asbestos in rats. Br. J. Cancer 29: 252-269.

197

Wagner, J. C.; Berry, G.; Cook, T. J.; Hill, R. J.; Pooley, F. D.; Skidmore, J. W. (1977) Animal experiments with talc. In: Walton, W.C., ed. Inhaled particles IV (in two parts): part 2, proceedings of an international symposium; September 1975; Edinburgh, United Kingdom. Oxford, United Kingdom Pergamon Press, pp. 647-654.

Wagner, J. C.; Berry, G.; Pooley, F. D. (1982) Mesotheliomas and asbestos type in asbestos textile workers: a study of lung contents. Br. Med. J. 285: 603-606.

Webster, I. (1978) Discussion. In: Glen, W. H., ed. Proceedings of asbestos symposium; October 1977; Johannesburg, South Africa. Randburg, South Africa: National Institute for Metallurgy; p. 79.

Weill, H. (1984) [Testimony of Hans Weill, M.D.]. In: [Docket of current rule-making for revision of the asbestos (dust) standard]. Washington, DC: U.S. Department of Labor, Occupational Safety and Health Administration. Available for inspection at: U.S. Department of Labor, OSHA Technical Data Center, Francis Perkins Building; docket no. H033C, exhibit no. 93-2.

Weill, H.; Hughes, J.; Waggenspack, C. (1979) Influence of dose and fiber type on respiratory malignancy risk in asbestos cement manufacturing. Am. Rev. Respir. Dis. 120: 345-354.

Weiss, A. (1953) Pleurakrebs bei Lungenasbestose, in vivo morphologisch gesi-chert [Cancer of pleura in pulmonary asbestosis determined morphologi-cally in vivo]. Medizinische (3): 93-94.

Weiss, W. (1971) Cigarette smoking, asbestos and pulmonary fibrosis. Am. Rev. Respir. Dis. 104: 223-227.

Weiss, W. (1977) Mortality of a cohort exposed to chrysotile asbestos. J. Occup. Med. 19: 737-740.

Whipple, H. E.; van Reyen, P. E., eds. (1965) Biological effects of asbestos. Ann. N. Y. Acad. Sci. 132 (art. 1).

Whittemore, A. (1977a) Epidemiological implications of the multistage theory of carcinogenesis. In: Whittemore, A.; ed. Environmental health: quanti-tative methods, proceedings of a conference; July 1976; Alta, UT. Philadelphia, PA: Society for Industrial and Applied Mathematics.; pp. 72-87.

Whittemore, A. S. (1977b) The age distribution of human cancer for carcinogenic exposures of varying intensity. Am. J. Epidemiol. 106: 418-432.

Wigle, D. T. (1977) Cancer mortality in relation to asbestos in municipal water supplies. Arch. Environ. Health 32: 185-190.

Wignall, B. K.; Fox, A. J. (1982) Mortality of female gas mask assemblers. Br. J. Ind. Med. 39: 34-38.

Winer, A. A.; Cossette, M. (1979) The effect of aspect ratio on fiber counts: a preliminary study. Ann. N. Y. Acad. Sci. 330: 661-672.