# EXHIBIT 92

EPA/600/Z-92/001
May 1992

# Guidelines for Exposure Assessment

Published on May 29, 1992, Federal Register 57(104):22888-22938

These guidelines replace the previously issued final Guidelines for Estimating Exposures (September 24, 1986), Federal Register 51(185):34042-34054, and the Proposed Guidelines for Exposure-Related Measurements (December 2, 1988), Federal Register 53(232):48830-48853.

Risk Assessment Forum
U.S. Environmental Protection Agency
Washington, DC

possible to discard these data entirely unless better data are available. If these data are used, the uncertainties and resulting limitations of the inferences should be clearly stated. If data are rejected for use in favor of better data, the rationale for rejection should be clearly stated and the basis for retaining the selected data should be documented. QA/QC considerations are paramount in considerations of which data to keep and which to discard.

Outliers should not be eliminated from data analysis procedures unless it can be shown that an error has occurred in the sample collection or analysis phases of the study. Very often outliers provide much information to the study evaluators. Statistical tests such as the Dixon test exist to determine the presence of outliers (Dixon, 1950, 1951, 1953, 1960).

### 5.1.2.1. *Evaluation of Analytical Methods*

Analytical methods are evaluated in order to develop a data set based on validated analytical methods and appropriate QA/QC procedures. In a larger sense, analytical methods can be evaluated to determine the strength of the inferences made from them, and in turn, the confidence in the exposure assessment itself. Consequently, it is just as important to evaluate analytical methods used for data generated under another study as it is to evaluate the methods used to generate new data.

The EPA has established extensive QA/QC procedures (U.S. EPA, 1980). Before measurement data are used in the assessment, they should be evaluated against these procedures and the results stated. If this is not possible, the assessor must consider what effect the unknown quality of the data has on the confidence placed on the inferences and conclusions of the assessment.

### 5.1.2.2. *Evaluation of Analytical Data Reports*

An assortment of qualifiers is often used in data validation. These qualifiers are used to indicate QA/QC problems such as uncertain chemical identity or difficulty in determining chemical concentration. Qualifiers usually appear on a laboratory analysis report as a letter of the alphabet next to the analytical result. Some examples of data qualifiers, applied by U.S. EPA regional reviewers for Contract Laboratory Program (CLP) data include:

    B (blank) - the analyte was found in blank samples;
    J (judgment) - the compound is present but the concentration value is estimated;
    U (undetected) - the chemical was analyzed for but not detected at the detection limit;
    R (reject) - the quality control indicates that the data are unusable.

The exposure assessor may contact the laboratory or the person who validated the data if the definitions of the qualifiers are unclear. Since the exposure assessment is only as good as the