- Cohort studies looking at multiple health endpoints are beginning to evaluate health effects in populations of workers involved in the rescue and cleanup efforts.

- Studies are under way to investigate many different mental health outcomes including post-traumatic stress disorder, trauma to children, behavioral changes in adolescents, changes in therapy adherence in HIV/AIDs patients, impacts in particular NYC minority populations, and impacts in occupational groups involved in the cleanup and rescue efforts.

- While monitoring air quality is complete at the WTC site, NYSDEC will continue its routine ambient air monitoring at a number of nearby sites and at the sites around New York City, including a number of schools.

It is hoped that when they are completed, these studies will provide a more complete picture of actual health outcomes. This current report can only evaluate exposures based upon available monitoring data and results, and what these exposures could mean to human health. When the health studies are completed, it will be very useful for EPA to go back and reassess how well the evaluations in this report identified, or didn't identify, a human health concern. This retrospective look will help EPA and other health agencies to do a better job assessing health risks and outcomes in the future. In the meantime, EPA will continue to address potential health risks as needed. EPA will provide a more thorough report, looking at additional contaminants and conducting further evaluations as needed.

# Section VIII. References

Albin M, Horstmann V, Jakobsson K, et al. 1996. Survival in cohorts of asbestos cement workers and controls. Occup Environ Med 53:87-93.

ATSDR (2001). Toxicological Profile for Asbestos. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, Georgia.

ATSDR (2000a). Toxicological Profile for Polychlorinated Biphenyls (PCBs). Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, Georgia.

ATSDR (2000b). Toxicological Profile for Toluene. Agency for Toxic Substances and Disease Registry U.S. Department of Health and Human Services, Atlanta, Georgia.

ATSDR (2000c). Toxicological Profiles for Chromium. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, Georgia.

ATSDR (1999) Toxicological Profile for Ethylbenzene. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, Georgia.

ATSDR (1998). Toxicological Profile for Chloromethane. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, Georgia.

ATSDR (1997a) Toxicological Profile for Benzene. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, Georgia.

ATSDR (1997b) Toxicological Profile for Nickel. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, Georgia.

ATSDR (1994). Toxicological Profile for Acetone. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, Georgia.

ATSDR (1993). Toxicological Profile for 1,3-Butadiene. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, Georgia.

Bernstein, D. M.; Rahn, K. A. (1979) New York Summer Aerosol Study: trace element concentrations as a function of particle size. In: Kneip, T. J.; Lippmann, M., eds. The New York Summer Aerosol Study, 1976. Ann. N. Y. Acad. Sci. 322: 87-97.

Brown DP, Dement JM, Okun A. (1994) Mortality patterns among female and male chrysotile asbestos textile workers. J Occup Med 36:882-888.

Cahill, T. A.; Cliff, S. S.; Jimenez-Cruz, M.; Shackelford, J. F.; Dunlap, M.; Kelly, P.; Riddle, S.; Selco, J.; Bench, G.; Grant, P.; Ueda, D.; Perry, K. D.; Leifer, R. Z. (2002) Analysis of

aerosols from the World Trade Center collapse site, September 11 to October 31, 2001. In preparation.

Case BW, Dufresne A. (1997) Asbestos, asbestosis, and lung cancer: Observations in Quebec chrysotile workers. Environ Health Perspect Suppl 105:1113-1119.

CDC. 2002. Centers for Disease Control and Prevention. Occupational Exposures to Air Contaminants at the World Trade Center Disaster Site - New York, September-October 2001. MMWR (Morbidity and Mortality Weekly Report), Volume 51:453-456.

Chatfield, E.J., J.R. Kominsky. (2001) Summary Report: Characterization of Particulate Found in Apartments After Destruction of the World Trade Center. Requested by "Ground Zero" Elected Officials Task Force comprised of: U.S. Congressman Jerrold Nadler, Manhattan Borough President Virginia Fields, and 7 other New York State and New York City Officials. Available online at, http://www.eqm.com.

Coutant, B.; Zhang, X.; Pivetz, T. (2001) Summary statistics and data displays for the speciation minitrends study: final report. Research Triangle Park, NC: U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards; contract no. 68-D-98-030.

de Klerk NH, Musk AW, Cookson WO, et al. (1993) Radiographic abnormalities and mortality in subjects with exposure to crocidolite. Br J Ind Med 50(10):902-906.

Elsom, D. M. (1992) Atmospheric Pollution: A Global Problem, Blackwell Publishers, Oxford, U.K. (2nd edition).

Erickson, M.D. (1997). Analytical Chemistry of PCBs (2nd Edition). CRC Press, Boca Raton, Fl.

Freijer JI, Cassee FR, Subramaniam R, Asghararian B, Anjilvel S, Miller FJ, van Bree L, Rombout PJA. 1999. Multiple path particle deposition model (MPPDep version 1.11). A model for human and rat airway particle deposition. Bilthoven, The Netherlands: RIVM Publication 650010019. Available through searching: http://www.rivm.nl/index_en.html [accessed 2 July 2002].

Gavett, S. H, N. Haykal-Coates, J.W. Highfill, A.D. Ledbetter, L.C. Chen, M.D. Cohen, J.R. Harkema, J.G. Wagner, and D.L. Costa. (2002) World Trade Center fine particulate matter causes respiratory tract hyperresponsiveness in mice. Environ. Health Perspect. (In review - 8/12/02).

Hill, J.S., Patel, D.P., and Turner, J.R. (1999) Performance Characterization of the MiniVol™ PM2.5 Sampler (http://www.airmetrics.com/products/studies/1.html)

IRIS (2002). Integrated Risk Information System. Office of Research and Development, National Center for Environmental Assessment, Washington, DC. Accessible on-line at URL: http://www.epa.gov/iris/index.html

Kimbrough, R.D., R.A. Squire, R.E. Linder, J.D. Strandberg, R.J. Montali and V.W. Burse. (1975). Induction of liver tumors in Sherman strain female rats by polychlorinated biphenyl Aroclor 1260. J. Natl. Cancer Inst. 55(6):1453- 1459.

Lanphear BP, Buncher CR. (1992) Latent period for malignant mesothelioma of occupational origin. J Occup Med 34:718-721.

Lorber, M. (2002). A pharmacokinetic model for estimating exposure of Americans to dioxin-like compounds in the past, present, and future. Science of the Total Environment 288:81-95.

Lioy, P. J.; Weisel, C. P.; Millette, J. R.; Eisenreich, S.; Vallero, D.; Offenberg, J.; Buckley, B.; Turpin, B.; Zhong, M.; Cohen, M. D.; Prophete, C.; Yang, I.; Stiles, R.; Chee, G.; Johnson, W.; Porcja, R.; Alimokhtari, S.; Hale, R. C.; Weschler, C.; Chen, L. C. (2002) Characterization of the dust/smoke aerosol that settled east of the World Trade Center (WTC) in lower Manhattan after the collapse of the WTC 11 September 2001. Environ. Health Perspect. 110: 703-714.

Lippmann, M.; Kleinman, M. T.; Bernstein, D. M. (1979) Size-mass distributions of the New York summer aerosol. In: Kneip, T. J.; Lippmann, M., eds. The New York Summer Aerosol Study, 1976. Ann. N. Y. Acad. Sci. 322: 29-44.

McGee, J.K., L.C. Chen, M.D. Cohen, G.R. Chee, C.M. Prophete, N. Haykal-Coates, S.J. Wasson, T.L. Conner, D.L. Costa, and S.H. Gavett. (2002). Chemical analysis of World Trade Center fine particulate matter for use in toxicological assessment. Environ. Health Perspect. (In review - 8/12/02).

NIOSH (2002). Pocket Guide to Chemical Hazards (NPG). National Institute for Occupational Safety and Health. NPG is available online at http://www.cdc.gov/niosh/npg/npg.html.

NIOSH (1994). NIOSH Manual of Analytical Methods. 4th Edition. DHHS (NIOSH) Publication No. 94-113. August, 1994.

Norback, D.H. and R.H. Weltman. (1985) Polychlorinated biphenyl induction of hepatocellular carcinoma in the Sprague-Dawley rat. Environ. Health Perspect. 60: 97-105.

NYCDOHMH/ATSDR. (2002) New York Department of Health and Mental Hygiene and Agency for Toxic Substances and Disease Registry. Final Technical Report of the Public Health Investigation To Assess Potential Exposures to Airborne and Settled Surface Dust In Residential Areas of Lower Manhattan. Agency for Toxic Substances and Disease Registry, US Department of Health and Human Services, Atlanta, GA.

OSHA (1994). Occupational Exposure to Asbestos. 59 FR 40964, Aug. 10, 1994.

Peto J, Doll R, Hermon C, et al. (1985) Relationship of mortality to measures of environmental asbestos pollution in an asbestos textile factory. Ann Occup Hyg 29:305-345.

Prezant, D.J., et al. (2002) Cough and bronchial responsiveness in firefighters at the World Trade Center site, New England J. Medicine, 347, 806-815.

Schaeffer, E., H. Greim and W. Goessner. (1984) Pathology of chronic polychlorinated biphenyl (PCB) feeding in rats. Toxicol. Appl. Pharmacol.75: 278-288.

Stevens, Robert K., Thomas G. Dzubay, Charles W. Lewis, and Robert W. Shaw, Jr.  Source apportionment methods applied to the determination of the origin of ambient aerosols that affect visibility in forested areas.  Atmospheric Environ. 18(2): 261-272, 1984.

Stull, R.B., (2000) Meteorology for Scientists and Engineers: Second Edition, Brooks/Cole, Pacific Grove, CA, 502 pp.

US EPA (2002a).  Environmental Data Trend Report World Trade Center Disaster.  Final Update - Trends for Data Collected from 9/11/01 to 4/24/02 from Lower Manhattan.  Prepared by, Quality Assurance Technical Support Laboratory, IT Corporation, 2700 Chandler Avenue, Las Vegas, Nevada  89120. May 1, 2002. Contract Number:  68-W-01-010.  Prepared for, Office of Emergency and Remedial Response, U.S. Environmental Protection Agency, Washington, D.C. 20460.

US EPA (2002b).  Personal communication, Region 2 to National Center for Environmental Assessment, Office of Research and Development, US EPA, in January 2002.  Spreadsheet titled, "Background Conc kf 02 12-20-01" displaying background concentrations for several contaminants of interest, and minimal information on references for said concentrations - date(s) and general location measured only.

US EPA (2002c).  Toxicological effects of fine particulate matter derived from the destruction of the World Trade Center.  United States Environmental Protection Agency, Office of Research and Development, National Health and Environmental Effects Research Laboratory, Research Triangle Park, NC. September, 2002.  EPA/600/R-02/028.

US EPA (2000).  Exposure and Human Health Reassessment of 2,3,7,8-Tetrachlorodibenzo-p-Dioxin (TCDD) and Related Compounds.  United States Environmental Protection Agency, Office of Research and Development, National Center for Environmental Assessment.  Review Draft. September, 2000.  EPA/600/P-00/001B(a-f).  Available at, http://www.epa.gov/ncea.

US EPA (1999a).  EPA Superfund Technical Support Center Risk Assessment Issue Paper for: Derivation of a Subchronic RfC for Ethylbenzene Draft, 99-011/10-12-99.

US EPA (1999b). EPA Superfund Technical Support Center Risk Assessment Issue Paper for: Deriving a Provisional Subchronic Inhalations RfC for Toluene, Draft.  98-031/07-19-99.

US EPA (1998).  EPA Superfund Technical Support Center Risk Assessment Issue Paper for: Derivation of the Inhalations Toxicity and an Evaluation of the Oral Toxicity of Chloromethane Draft, 98-022/6-14-99.

US EPA (1997a)  Exposure Factors Handbook.  United States Environmental Protection Agency. National Center for Environmental Assessment, Office of Research and Development, US Environmental Protection Agency.  1997.  EPA/600/P-95/002F(a-c).

US EPA. (1997b).  Region III.  Hazard Evaluation Handbook.  A Guide to Removal Actions. EPA 903/B-97-006.

US EPA. (1996) Urban soil lead abatement demonstration project. Volume I: EPA integrated report. Research Triangle Park, NC: Office of Research and Development, National Center for Environmental Assessment; report no. EPA/600/P-93/001aF. Available from: NTIS, Springfield, VA; PB96-168356.

US EPA. (1989)  Interim procedures for estimating risks associated with exposures to mixtures of chlorinated dibenzo-p-dioxins and -dibenzofurans (CDDs and CDFs) and 1989 update. United States Environmental Protection Agency, Washington, DC.  Risk Assessment Forum. EPA/625/3-89/016.

US EPA. (1987) Asbestos-Containing Materials in Schools; Final Rule and Notice.  40 CFR Part 763.  Federal Register, Vol 52 (210): 41826-41905.  October 30, 1987.

US EPA. (1986a) Second addendum to air quality for particulate matter and sulfur oxides (1982): assessment of newly available health effects information. Research Triangle Park, NC: Office of Health and Environmental Assessment, Environmental Criteria and Assessment Office; EPA report no. EPA-600/8-86-020F. Available from: NTIS, Springfield, VA; PB87-176574.

US EPA. (1986b) Air quality criteria for lead: volume II. Research Triangle Park, NC: Office of Health and Environmental Assessment, Environmental Criteria and Assessment Office; report no. EPA-600/8-83/028bF. Available from: NTIS, Springfield, VA; PB87-142394.

US EPA (1986c)  Airborne asbestos health assessment update.  United States Environmental Protection Agency, Office of Health and Environmental Assessment.  EPA/600/8-84/003F.

US EPA. (1984)  Risk Analysis of TCDD Contaminated Soil.  U.S. Environmental Protection Agency, Office of Health and Environmental Assessment.  EPA-600/8-84-031.

US EPA. (1982) Air quality criteria for particulate matter and sulfur oxides. Research Triangle Park, NC: Office of Health and Environmental Assessment, Environmental Criteria and Assessment Office; EPA report no. EPA-600/8-82-029aF-cF. 3v. Available from: NTIS, Springfield, VA; PB84-156777.

USGS. 2002.  U. S. Geological Survey Open File Report OFR-01-0429.  Environmental Studies of the World Trade Center area after the September 11, 2001 attack.  Denver, CO: U. S. Geological Survey.  Available: http://geology.cr.usgs.gov/pub/open-file-reports/ofr-01-0429/ [accessed 6 July 2002].

Van den Berg ML, Birnbaum L, Bosveld ATC, Brunstrom B, Cook P, Feeley M, Giesy JP, Hanberg A, Hasegawa R, Kennedy SW, Kubiak T, Larsen JC, van Leeuwen FXR, Liem AKD, Nolt C, Peterson RE, Poellinger L, Safe S, Schrenk D, Tillitt D, Tysklind M, Younes M, Warn F, Zacharewski T. Toxic Equivalency Factors (TEFs) for PCBs, PCDDs, PCDFs for Humans and Wildlife. Environmental Health Perspectives, 1998; 106: 775.

Vette, A.; Landis, M.; Williams, R.; Webb, L.; Ellestad, T.; Vallero, D. (2002) Concentrations and composition of PM at Ground Zero and lower Manhattan after September 11, 2001. In preparation.

Walker Y, Lorber M, Wang V, Gillooly P. 2002. Impacts of dioxin emissions from the Shinkapo Incinerator to the United States Naval Air Facility at Atsugi, Japan. Part 2: Air impacts. Organohalogen Compounds 56:481-484.

WHO 1998. Chrysotile asbestos: Environmental Health Criteria. Geneva: Switzerland: World Health Organization.

# APPENDIX A - WORLD TRADE CENTER HEALTH EFFECTS SCREENING CRITERIA FOR AMBIENT AIR DEVELOPED BY EPA'S REGION 2

**Provided by:  Mark Maddaloni**
**US EPA, Region 2**

**World Trade Center Health Effects Screening Criteria for Ambient Air**

**Introduction**

Extensive air quality monitoring data have been collected at and around the World Trade Center (WTC) site since 9/11/01. Table 1 (Screening Criteria) is intended to provide health protective screening values for data evaluation. Analysis has been performed on an extensive list of potentially WTC-related contaminants. Many of the chemicals screened have demonstrated a consistently low (i.e., below detection limits or trace amounts) trend. Consequently, the list of contaminants in Table 1 represents those chemicals that, because of their intrinsic toxicity and frequency/magnitude-of-detection, pose the greatest potential hazard from exposure. This selection process (i.e., a toxicity/concentration analysis), although qualitative, reflects the contaminant-of-concern identification process recommended in the Risk Assessment Guidance for Superfund. Table 1 may be expanded as additional data analysis becomes available. Two populations have been identified for assessment: response/demolition (i.e., WTC site) workers; and residents living in Lower Manhattan (e.g., Battery Park City, Tribeca and other residential locations close to Ground Zero). Included in the resident category are all other workers located in Lower Manhattan with the exception of WTC site workers.

**Relevant Standards**

The following paradigm has been employed to develop screening values. For each of the two identified receptor populations (i.e., site workers and residents), existing standards are utilized where appropriate. Occupational standards (i.e., OSHA PELs) are used for all site workers conducting response/demolition activities covered by OSHA. Monitoring data from demolition areas are compared to OSHA PELs. (For example, the OSHA PEL of 1 ppm for benzene is used to evaluate benzene air samples taken directly from within the plume on the debris pile.) Environmental standards (e.g., NAAQS, AHERA) are utilized to evaluate monitoring data from the site perimeter and beyond where residents or non-WTC site workers may be exposed. (For example, lead air monitoring data from perimeter stations outside of the immediate work zone are evaluated against the NAAQS of 1.5 $\mu g/m^3$).

**Risk-Based Screening Criteria**

In cases where appropriate standards do not exist, risk-based screening criteria have been developed for residential (including the non-WTC site workers) receptors. (In the absence of OSHA standards, it is beyond the scope of EPA's mission to develop "occupational" screening values.) The risk assessment paradigm detailed in EPA's "Hazard Evaluation Handbook: A Guide to Removal Actions" (HEH) was employed for this initiative (except where otherwise noted in the Table 1 footnotes). Screening levels reflect the most current toxicity criteria (Slope Factors and RfCs) on EPA's IRIS database.

For carcinogenic compounds excess lifetime cancer risk was set at E-04 (one-in-ten thousand). The residential exposure scenario in the HEH was modified for carcinogens from the default of 30 years (upper-bound estimate for residency in one dwelling) to 1 year (to reflect an upper bound estimate for the length of time a resident may be potentially exposed to WTC-related

contaminants). In cases where the screening value based on a noncancer endpoint is more stringent, screening values for both cancer and noncancer endpoints are presented. It is also noted that the default 30 year exposure duration (and the 1 year site-specific adjustment) reflects an apportionment between child (20% of total exposure duration) and adult (80 % of total exposure duration) receptors. Because children have comparatively greater (as a function of body weight) respiration rates than adults, the screening values presented in Table 1 are marginally more stringent than values that would otherwise be derived by direct application of IRIS verified Unit Risk values.

For noncarcinogenic compounds, the Hazard Quotient (chronic daily intake/RfC) was set at 10. A Hazard Quotient of 10 is employed in the HEH to account for the fact that chronic toxicity criteria (RfDs/RfCs) are being applied to sub-chronic exposure scenarios that are not expected to exceed 6 months - 1 year in duration. Accordingly, a Hazard Quotient of 10 was utilized for non-carcinogens in Table 1 to reflect a similar (i.e., upper bound of 1 year) exposure duration. It is noted that contaminants (both non-carcinogens and carcinogens, alike) can exhibit acute effects from short-term, high-dose exposures. Because the screening values in Table 1 are based on subchronic exposure (i.e., 1 year), acute effects from exposures that are below the screening levels would be unlikely. Additionally, a review of California EPA's (CAL-EPA) Acute Risk Levels demonstrates that the screening criteria in Table 1 are categorically more stringent than the Cal-EPA's analogous acute levels.

NOTE: Individual sampling results that exceed screening values should not be interpreted to represent the occurrence of an adverse health effect. Rather, such information indicates the need for careful monitoring and the assessment of longer-term data trends for evaluation against appropriate health criteria. That is, most of the screening levels have been developed to account for continuous one year average exposure durations. Because these screening levels assume continuous exposure for an extended duration, the average of the measured concentrations is more appropriate for evaluating risk than an individual measurement. Consequently, miscellaneous individual values above the screening level may not necessarily be indicative of potential for concern.

### Table 1
### World Trade Center Screening Criteria

| Contaminant | Site Worker [1] | Resident [2] |
|---|---|---|
| Inorganics | | |
| Asbestos [3] | .1 f/cc (PCM) | 70 S/mm2 (TEM) |
| Cadmium | 5 $\mu g/m^3$ | .2 $\mu g/m^3$ [9]<br>3 $\mu g/m^3$ [5] |
| Chromium [4] | 100 $\mu g/m^3$ | .6 $\mu g/m^3$ [5] |
| Lead | 50 $\mu g/m^3$ | 1.5 $\mu g/m^3$ [7] |
| Manganese | 5 $mg/m^3$ | .5 $\mu g/m^3$ [6] |

| Contaminant | Site Worker [1] | Resident [2] |
|---|---|---|
| Sulfur Dioxide | 5 ppm | .14 ppm [7] |
| Particulates | | |
| Total | 15,000 $\mu g/m^3$ | NA |
| Respirable | 5,000 $\mu g/m^3$ | NA |
| $PM_{2.5}$ | NA | 40 $\mu g/m^3$ [8]<br>65 $\mu g/m^3$ [7] |
| $PM_{10}$ | NA | 150 $\mu g/m^{3}$ [7,8] |
| Semivolatiles | | |
| Dioxin/Furans (TEQ) | NA | .162 $ng/m^3$ [5] |
| PCBs | 1,000 $\mu g/m^3$ | .73 $\mu g/m^3$ [6]<br>9 $\mu g/m^3$ [5] |
| PAHs [16] | NA | 6 $\mu g/m^3$ [5, 17] |
| Volatiles | | |
| Acetone | 1,000 ppm | 1.5 ppm [6] |
| Benzaldehyde | NA | 860 ppm |
| Benzene | 1 ppm | .02 ppm [9]<br>.21 ppm [5] |
| Benzonitrile | NA | NA |
| 1,3 Butadiene | 1 ppm | .01 ppm [5, 15] |
| Chloromethane | 100 ppm | .4 ppm [6]<br>2.6 ppm [5] |
| 1,4 Dioxane | 100 ppm | .5 ppm [5] |
| Ethanol | 1,000 ppm | 45 ppm [10] |
| Ethylbenzene | 100 ppm | 2.5 ppm [6] |
| Freon 22 | 1,000 ppm [14] | 140 ppm |
| Propylene | LEL [13] | simple asphyxiant |
| Styrene | 100 ppm | 2.3 ppm [6] |
| alpha methylstyrene | 100 ppm | .1 ppm [6] |

*DRAFT--DO NOT QUOTE OR CITE*          A-4          October 2002

| Contaminant | Site Worker [1] | Resident [2] |
|---|---|---|
| Tetrahydrofuran | 200 ppm | .9 ppm [5] |
| Toluene | 200 ppm | 1.1 ppm [6] |
| Xylenes | 100 ppm | 1 ppm [11] |
| Reactive Gases | | |
| Acetaldehyde | 200 ppm | .05 ppm [6] <br> 1.3 ppm [5] |
| Formaldehyde | .75 ppm | .04 ppm [12] <br> .35 ppm [5] |
| Acrolein | .1 ppm | .0001 ppm [6] |

Units

f/cc = fibers (>5 μm length) per cubic centimeter of air
S/mm2 = structures (>.5 μm length) per square millimeter of filter paper
ppm = parts per million in air
$\mu g/m^3$ = micrograms of contaminant per cubic meter of air
$ng/m^3$ = nanograms of contaminant per cubic meter of air
NA  - Not Applicable

**Footnotes:**

1. "Site Workers" refers to all workers involved in the response/demolition of the World Trade Center. Listed values are Occupational Safety and  Health Administration (OSHA) Permissible Exposure Limits (PELs), Time Weighted Averages (TWA) unless otherwise noted.

2. "Residents" refers to people living in the vicinity of the World Trade Center as well as all other potentially exposed workers not involved in the response/demolition

3. Resident screening value is based on Asbestos Hazard Emergency Response Act (AHERA) methodology which uses transmission electron microscopy (TEM), and because of its basis in "background" (vs a risk basis) includes all asbestos fibers greater than 0.5 microns in length. Worker values are based on phase contrast microscopy (PCM, - which doesn't distinguish asbestos from other fibers) or, for results above the PCM screening value, TEM to derive a PCM equivalence that includes all asbestos fibers greater than 5 microns in length.

4. Screening values for chromium were based on the most toxic form (hexavalent)

5. EPA - Hazard Evaluation Handbook (HEH) (carcinogen) > 1 year of continuous exposure equating to an excess lifetime cancer risk of one-in ten thousand

6. EPA - HEH (noncarcinogen) > Hazard Quotient (HQ) = 10

7. National Ambient Air Quality Standard (NAAQS)
   - Lead is a 3 month average
   - $PM_{2.5}$ is a 24 hour average
   - Sulfur Dioxide is a 24 hour average  primary standard

8. Air Quality Index (AQI)

9. Non cancer effects based on CAL-EPA toxicity studies

10. American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Value (TLV)

11. Agency for Toxic Substances and Disease Registry (ATSDR)  Inhalation minimum risk level (MRL) x 10

12. ATSDR acute MRL

13. Lower Explosive Limit (2 - 11 %)

14. National Institute of Occupational Safety and Health (NIOSH)

15. Proposed Reference Concentration (RfC) - HEH (noncancer) > Hazard Quotient (HQ) = 10

16. Based on Benzo(a)pyrene toxicity equivalency factor toxicity equivalency factor (TEF)

17. EPA National Center for Environmental Assessment (NCEA)  provisional inhalation Slope Factor (3.1 E 00 mg/kg/day$^{-1}$)

**APPENDIX B - TABLE OF MONITORING LOCATIONS**

**Table 1.** Overview of monitoring locations and responsible parties (see note at end of table for specific notes).

| Site Name | Site Location | Pollutants Measured | Sampling Frequency | Analytical Laboratory |
|---|---|---|---|---|
| I. EPA's Environmental Response Team Lettered Sites | | | | |
| Location A | Barclay St & West Broadway | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Dioxins (2)/PCBs, PAHs, Metals, Silica | 8 hour sample twice per week | |
| | | Particulates, VOCs | 24 hr. sample daily; grab (VOC) | EPA/ORD |
| Location B | Church St and Dey St | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Dioxins (2)/PCBs, PAHs, Metals, Silica | 8 hour sample twice per week | |
| Location C | Liberty St and Trinity St | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Dioxins (2)/PCBs, PAHs, Metals, Silica | 8 hour sample twice per week | |
| | | Particulates, VOCs | 24 hr. sample daily; grab (VOC) | EPA/ORD |
| Location C1 (note: station C and C1 are "alternate" stations; see footnote 1) | Broadway and Liberty St | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Dioxins (2)/PCBs, PAHs, Metals, Silica | 8 hour sample twice per week | |
| | | Particulates | 24 hr. sample every 3rd day | EPA/ORD |
| Location D | Albany St & Greenwich St | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Dioxins (2)/PCBs, PAHs, Metals, Silica | 8 hour sample twice per week | |
| Location E | Liberty St & South End Ave | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Dioxins (2)/PCBs, PAHs, Metals, Silica | 8 hour sample twice per week | |

**Table 1.** Overview of monitoring locations and responsible parties (cont'd).

| Site Name | Site Location | Pollutants Measured | Sampling Frequency | Analytical Laboratory |
|---|---|---|---|---|
| I. EPA's Environmental Response Team Lettered Sites (cont'd). | | | | |
| Location F | Vesey St & West St | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Dioxins (2)/PCBs, Metals | 8 hour sample twice per week | |
| Location G | Church & Duane St | Asbestos | 2 - 12 hour samples daily | Contract |
| Location H | Chase Manhattan Plaza | Asbestos | 2 - 12 hour samples daily | Contract |
| Location I | Broadway & Wall St | Asbestos | 2 - 12 hour samples daily | Contract |
| Location J | Warren & West St | Asbestos | 2 - 12 hour samples daily | Contract |
| Location K | Albany & West St | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Particulates, VOCs | 24 hr. sample daily; grab (VOC) | ORD |
| | | Metals, Silica | 8 hour sample twice per week | Contract |
| Location L | North Side of Stuyvesant High | Total particulates | ~ 8 hours/day | Onsite Dataram |
| | | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Metals, Silica | 8 hour sample twice per week | Contract |
| Location M | Harrison St & West St | Total particulates | ~ 8 hours/day | Onsite Dataram |
| | | Asbestos | 2 - 12 hour samples daily | Contract |
| Location N | Pier 25, Southside | Total particulates | ~ 8 hours/day | Onsite Dataram |
| | | Asbestos | 2 - 12 hour samples daily | Contract |
| Location P | Albany St & South End Ave | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Dioxins (2)/PCBs, PAHs Metals, Silica | 8 hour sample twice per week | |
| Location Q | Barclay St & West St | Asbestos | 2 - 12 hour samples daily | Contract |
| Location R | EPA Taga Bus | Total particulates | ~ 8 hours/day | Onsite Dataram |
| | | Dioxins (2)/PCBs, PAHs Metals, Silica | 8 hour sample twice per week | Contract |

**Table 1.** Overview of monitoring locations and responsible parties (cont'd).

| Site Name | Site Location | Pollutants Measured | Sampling Frequency | Analytical Laboratory |
|---|---|---|---|---|
| I. EPA's Environmental Response Team Lettered Sites (cont'd). | | | | |
| Location S | Rector Pl & South End Ave | Asbestos | 2 - 12 hour samples daily | Contract |
| | | Dioxins (2)/PCBs, PAHs Metals, Silica | 8 hour sample twice per week | |
| Location T | Pier 6 Heliport | Asbestos | 2 - 12 hour samples daily | Contract |
| Location U | Pier 6, Exit 2 | Asbestos | 2 - 12 hour samples daily | Contract |
| Location V | Pier 6, Bus Sign | Asbestos | 2 - 12 hour samples daily | Contract |
| Location W | Wash Tent, West Street & Murray | Asbestos | 2 - 12 hour samples daily | Contract |
| WTC - Building 5 SW | AKA, Location 3A | Dioxins (2)/PCBs, PAHs, Metals, Silica | 8 hour sample twice per week | Contract |
| WTC - Church & Vesey (alternate for WTC; see footnote 1) | AKA, Location 3B | Dioxins (2)/PCBs, PAHs, Metals, Silica | 8 hour sample twice per week | Contract |
| S.I. Landfill Sites | 17 Landfill Sites + 3 offsite locations | Asbestos | 1 - 12 hour sample daily | Contract |
| | 5 Landfill Sites | Total particulates | 12 hour sample daily when temp. & humidity specs are met. | Onsite Dataram |
| | 2 Landfill Sites + 3 Offsite Locations | Metals | 1 - 12 hour sample weekly | Contract |

**Table 1.** Overview of monitoring locations and responsible parties (cont'd).

| Site Name | Site Location | Pollutants Measured | Sampling Frequency | Analytical Laboratory |
|---|---|---|---|---|
| II. Extended Monitoring Network- NYSDEC Numbered Air Monitoring Stations | | | | |
| 1 | Park Row & Spruce Street, NY, NY | Asbestos | 12 hour sample daily | Contract |
| | | Dioxin (1) | 72 hour sample every 3 days | Region 7 |
| | | VOC's | 24 hr. sample every 3rd day | ORD |
| | | Aldehydes | 24 hr. sample every 3rd day | NYSDOH |
| | | PM Speciation | 24 hr. sample every 3rd day | Contract |
| | | PM Sizing | continuous-by NYSDEC | Climet |
| | | PM10, PM2.5 | continuous- by NYSDEC | PM 2.5 TEOM/ PM10 Filter |
| 2 | Chambers St.& West St., NY, NY | Asbestos | 12 hour sample daily | Contract |
| | | Dioxin (1) | 72 hour sample every 3 days | Region 7 |
| | | VOC's | 24 hr. sample every 3rd day | ORD |
| | | Aldehydes | 24 hr. sample every 3rd day | NYSDOH |
| | | PM Speciation | 24 hr. sample every 3rd day | Contract |
| | | PM Sizing | continuous-by NYSDEC | Climet |
| | | PM10,PM2.5,PM | continuous- by NYSDEC | PM 2.5 TEOM/ PM10 Filter |
| 3 | U.S. Coast Guard, 1 South Street, NY, NY (Battery Pk) | Asbestos | 12 hour sample daily | Contract |
| | | PM10, PM2.5 | continuous- by NYSDEC | PM 2.5 / PM10 Filter |

**Table 1.** Overview of monitoring locations and responsible parties (cont'd).

| Site Name | Site Location | Pollutants Measured | Sampling Frequency | Analytical Laboratory |
|---|---|---|---|---|
| II. Extended Monitoring Network- NYSDEC Numbered Air Monitoring Stations (cont'd) | | | | |
| 4 | Canal Street Post Office, 350 Canal Street, NY NY | Asbestos | 12 hour sample daily | Contract |
| | | PM10, PM2.5 | 24 hour sample daily- by NYSDEC | PM 2.5 / PM10 Filter |
| 5 | PS 154, 333 East 35th Street, Bronx, NY 10454 | PM2.5 | continuous-by NYSDEC | PM 2.5 TEOM |
| | | Asbestos | 12 hour sample daily | Contract |
| 6 | IS 143, 511 West 182nd Street NY, NY 10033 | PM2.5 | continuous-by NYSDEC | PM 2.5 TEOM |
| | | Asbestos | 12 hour sample daily | Contract |
| 7 | PS 274, 800 Bushwick Ave, Brooklyn, NY 11221 | PM2.5 | continuous-by NYSDEC | PM 2.5 TEOM / PM10 Filter |
| | | Asbestos | 12 hour sample daily | Contract |
| 8 | PS 44, 80 Maple Parkway, Staten Island, NY 10303 | PM2.5 | continuous-by NYSDEC | PM 2.5 TEOM |
| | | Asbestos | 12 hour sample daily | Contract |
| 9 | PS 199, 39-20 48th Ave, Long Island City, NY 11104 | PM2.5 | continuous-by NYSDEC | PM 2.5 TEOM |
| | | Asbestos | 12 hour sample daily | Contract |

**Table 1.**  Overview of monitoring locations and responsible parties (cont'd).

| Site Name | Site Location | Pollutants Measured | Sampling Frequency | Analytical Laboratory |
|---|---|---|---|---|
| III. Extended Monitoring Network- NJDEP Air Monitoring Stations | | | | |
| NJ-Shell | West Avenue, Sewaren, NJ | Asbestos | 1 - 12 hour sample on Mon. and Thurs. | Contract |
| NJ-Citgo | Tremly Point Road, Linden, NJ | Asbestos | 1 - 12 hour sample on Mon. and Thurs. | Contract |
| NJ-FMC | Roosevelt Blvd., Cartaret, NJ | Asbestos | 1 - 12 hour sample on Mon. and Thurs. | Contract |
| NJ-Liberty | Liberty State Park, @ WTC Disaster Family Center | Asbestos | 1 - 12 hour sample on Mon. and Thurs. | Contract |
| IV. Extended Monitoring Network- EPA/ORD Numbered Air Monitoring Stations | | | | |
| 14 | Albany & West St NY, NY | Dioxin (1) | 72 hour sample every 3rd days | Region 7 |
| | | PM Speciation | 24 hr. sample every 3rd day | Contract |
| | | PM Sizing | continuous-by NYSDEC | Climet |
| | | PM10, PM2.5 | continuous-by NYSDEC | PM 2.5 TEOM/ PM10 Filter |
| | | VOCs | 24 hr sample every 3rd day | ORD |
| 15 | 23 Wall Street, NY, NY | PM10, PM2.5 | continuous-by NYSDEC | PM 2.5 TEOM/ PM10 Filter |
| | | Aldehydes | 24 hr. sample every 3rd day | NYSDOH |

**Table 1.** Overview of monitoring locations and responsible parties (cont'd).

| Site Name | Site Location | Pollutants Measured | Sampling Frequency | Analytical Laboratory |
|---|---|---|---|---|
| IV.  Extended Monitoring Network- EPA/ORD Numbered Air Monitoring Stations (cont'd) | | | | |
| 16 | 290 Broadway NY, NY | PAHs & SVOCs | 12 & 23 hour samples | ORD |
| | | Particulates | continuous | ORD |

Notes for Table.
Column 1: Site Name
- Though not "lettered", the WTC - Building 5 SW site and the Staten Island Landfill Sites have been run by EPA's Environmental Response Team and are included here.
- The New Jersey Department of Environmental Protection (NJDEP) site names were designated by NJDEP
- Locations C (Liberty & Trinity) and C1 (Liberty and Broadway), and 3 (WTC Building 5) and 3A (Church & Vesey) were "alternate" pairs of stations, meaning that sample dates alternated between the paired sites.
- 290 Broadway was a sample site that measured several contaminants, but only on 1 date, October 10, 2001.  Because there was only one date of sampling, this site is not listed above.
Column 2: Site Location:
Column 3: Pollutants Measured:
- Dioxin (1) = 72-hr samples collected by EPA Department of Environmental Science and Assessment (DESA) Region 2 personnel and analyzed by Region 7.
- Dioxin (2) = 8-hr samples collected by EPA Emergency and Remedial Response Division (ERRD) Region 2 personnel and analyzed by a contract laboratory.
Column 4: Analytical Laboratories:
- Contract = Laboratories contracted by EPA to conduct analysis.
- ORD =  Human Exposure and Atmospheric Sciences Division (HEAS) in the National Exposure Research Laboratory (NERL), in Research Triangle Park, North Carolina.
- Region 7 = Regional Laboratory Branch, in the Environmental Services Division (ESD) in Region 7, Kansas City, Kansas.