## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on December 26, 2007, I caused a copy of the *Certification of No Objection Regarding Docket No. 17511* to be served upon those persons on the attached list in the manner indicated.

Under penalty of perjury, I certify the foregoing to be true and correct.

*Celeste A. Hartman*
CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

E-mail: james_kapp@ chicago.kirkland.com
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: eholzberg@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP