**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| | )     **Chapter 11** |
| **W.R. GRACE & CO., et al.** | )     **Case No. 01-01139 (JKF)** |
| | )     **(Jointly Administered)** |
| Debtors. | )     Objection Deadline: December 21, 2007 |
| | )     Hearing Date:  January 14, 2008 at 9:00 a.m. |

## <u>CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 17583</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b), Authorizing the Future Claimants' Representative and Directing the Clerk of the Court, to File Under Seal the Motion of Future Claimants' Representative to Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S. J. Lees and Dr. Richard J. Lee Pursuant to Rules 702, 703 and 403 of the Federal Rules of Evidence and Exhibits Thereto filed with the Court on December 8, 2007 and entered on the Court's docket as Docket No. 17583 (the "Motion").  The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Motion, objections to the Motion were to be filed and served no later than December 21, 2007.

THE REMAINDER OF THE PAGE IS LEFT INTENTIONALLY BLANK

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated:  December  26, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Debra L. Felder*
Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
Columbia Center
1152 15th Street
Washington, DC 20005
Telephone:  (202) 339-8400

John Ansbro
666 Fifth Avenue
New York, N.Y.  10103-0001
Telephone:  (212) 506-5000

- and -

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,*
*Future Claimants' Representative*