IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 17502** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION REGARDING
THE MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS OF
W.R. GRACE & CO., *et al.* FOR THE PERIOD OF
<u>OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007 (DOCKET NO. 17502)</u>**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Legal Analysis Systems, Inc., submitted on November 30, 2007 a monthly application ("Application") [Docket No. 17502] for services rendered and reimbursement of expenses incurred as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before December 20, 2007. No objections to the Application have been received by the

{D0100125.1 }

undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Legal Analysis Systems, Inc. eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

                                            LEGAL ANALYSIS SYSTEMS, INC

                                            Mark A. Peterson
                                            970 Calle Arroyo
                                            Thousand Oaks, CA 91360

                                            Asbestos-Related Bodily Injury Consultant
                                            for the Official Committee of Asbestos

                                                      - and -

                                            CAMPBELL & LEVINE, LLC

                                            */s/Kathleen Campbell Davis*
                                            Kathleen Campbell Davis (I.D. #4229)
                                            800 N. King Street
                                            Suite 300
                                            Wilmington, DE 19899
                                            (302) 426-1900

                                            Counsel for the Official Committee
                                            of Asbestos Personal Injury Claimants

Dated: December 27, 2007