# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:   100055.WRG01

December 18, 2007                                 INVOICE:       222286

MATTER:  CLAIMANTS COMMITTEE

c/o Peter Van N. Lockwood, Esq.                   DATE:    December 18, 2007
Caplin & Drysdale                                 MATTER:       100055.WRG01
One Thomas Circle
Washington, DC 20005                              INVOICE:          222286

**MATTER:** CLAIMANTS COMMITTEE                                    Robert M Horkovich

### PROFESSIONAL SERVICES through 11/30/07

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/01/07 | Work re Libby issues. | W001 | AVK | 1.50 |
| 11/01/07 | Attention to settlement issues in connection with insurance valuation. | W001 | RYC | 1.50 |
| 11/02/07 | Prepare analysis regarding settlement issues in connection with insurance valuation. | W001 | RYC | 1.00 |
| 11/05/07 | Revise analysis regarding settlement issues in connection with insurance valuation (.60); research regarding long-tail coverage issues in connection with insurance valuation (.90). | W001 | RYC | 1.50 |
| 11/06/07 | Insurance valuation. | W001 | RMH | 4.00 |
| 11/06/07 | Draft analysis regarding settlement issues in connection with insurance valuation. | W001 | RYC | 0.50 |
| 11/07/07 | Reviewed and revised time entries. | W011 | ACS | 0.30 |
| 11/07/07 | Research insurance valuation legal issues. | W001 | RYC | 0.40 |
| 11/09/07 | Evaluation of value of insurance asset. | W001 | RMH | 0.50 |
| 11/12/07 | Work re Libby analysis | W001 | AVK | 6.50 |
| 11/12/07 | Analysis of specific policies re: asbestos limits. | W001 | GFF | 0.80 |
| 11/12/07 | Policy index review for participation upcoming insurance companies. | W001 | HEG | 1.00 |
| 11/12/07 | Attention to mentor settlement. | W001 | RMH | 1.00 |
| 11/12/07 | Draft primary settlement analysis. | W001 | RYC | 0.20 |
| 11/13/07 | Analysis of policies re: coverage for mining at Libby, MT. | W001 | GFF | 0.90 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

December 18, 2007                              INVOICE:         222286

MATTER: CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
| --- | --- | --- | --- | --- |
| 11/13/07 | Insurance asset valuation. | W001 | RMH | 6.00 |
| 11/14/07 | Follow-up on timed edits. | W011 | ACS | 0.10 |
| 11/14/07 | Insurance valuation project. | W001 | RMH | 0.30 |
| 11/15/07 | Work on Libby analysis | W001 | AVK | 1.70 |
| 11/16/07 | Attended to billing issues. | W011 | ACS | 0.10 |
| 11/16/07 | Work re Libby analysis | W001 | AVK | 4.50 |
| 11/17/07 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 11/19/07 | Work re products and Libby analysis | W001 | AVK | 3.20 |
| 11/19/07 | Work on Lloyd's Underwriters/Premises research request for A. Kramer | W001 | HEG | 1.00 |
| 11/19/07 | Insurance valuation project. | W001 | RMH | 1.00 |
| 11/19/07 | Research and analysis of issues in connection with coverage analysis and estimates and revise memo. | W001 | RYC | 3.80 |
| 11/20/07 | Revise products analysis memo (3.20). Work up one occurrence premises analysis (1.60) | W001 | AVK | 4.80 |
| 11/20/07 | Non-Lloyd's financial status analysis spread created and data entered (2.90); internet research to corroborate (1.10). | W001 | HEG | 4.00 |
| 11/20/07 | Research re: remaining insurance companies and financial ratings. | W001 | IF | 1.50 |
| 11/20/07 | Draft analysis of potential non-New York law regarding asbestos long tail coverage issues with additional revisions to memo. | W001 | RYC | 3.20 |
| 11/21/07 | Continued research in support of insurance company financial status update. | W001 | HEG | 3.00 |
| 11/21/07 | Continued research re: remaining insurance companies and financial rating. | W001 | IF | 2.00 |
| 11/21/07 | Prepare analysis of financial status of insurance companies. | W001 | RYC | 0.70 |
| 11/22/07 | Analysis of financial status of insurance companies. | W001 | RYC | 0.80 |
| 11/26/07 | Research and chart financial health of remaining unsettled insurance companies | W001 | HEG | 2.50 |
| 11/26/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 3.50 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                                    MATTER:    100055.WRG01

December 18, 2007                                                 INVOICE:        222286

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/27/07 | Finalized and forwarded time entries to local counsel. | W011 | ACS | 0.10 |
| 11/27/07 | Insurance asset valuation. | W001 | RMH | 5.00 |
| 11/28/07 | Review and compilation of relative financial health documentation re remaining unsettled insurance companies. | W001 | HEG | 3.50 |
| 11/28/07 | Insurance asset valuation. | W001 | RMH | 4.00 |
| 11/28/07 | Attention to analysis of financial guaranty insurance with focus on London Market companies. | W001 | RYC | 0.80 |
| 11/29/07 | Insurance asset valuation. | W001 | RMH | 6.00 |
| 11/29/07 | Revise analysis of available insurance financial status with focus on insolvencies. | W001 | RYC | 0.60 |
| 11/30/07 | Work re alternative allocation analyses. | W001 | AVK | 3.50 |
| 11/30/07 | Additional insolvent entity research and communication re present day status (1.90); chart adjusted to reflect settled entities with monies still outstanding (1.60) | W001 | HEG | 3.50 |
| 11/30/07 | Insurance asset valuation. | W001 | RMH | 4.00 |
| 11/30/07 | Finalize analysis of available insurance financial status. | W001 | RYC | 1.50 |

**TOTAL FEES:**                                                                         $55,300.00

NYDOCS1-880909.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

December 18, 2007                              INVOICE:       222286

MATTER:  CLAIMANTS COMMITTEE

## FEE SUMMARY

|                    | RATE   | HOURS | TOTALS    |
|--------------------|--------|-------|-----------|
| Ann V Kramer       | 625.00 | 25.70 | 16,062.50 |
| Anne C Suffern     | 210.00 | 0.60  | 126.00    |
| Glenn F Fields     | 270.00 | 1.70  | 459.00    |
| Harris E Gershman  | 225.00 | 18.50 | 4,162.50  |
| Izak Feldgreber    | 235.00 | 3.50  | 822.50    |
| Robert M Horkovich | 725.00 | 35.30 | 25,592.50 |
| Robert Y Chung     | 475.00 | 17.00 | 8,075.00  |
| **TOTAL FEES:**    |        |       | $55,300.00 |

NYDOCS1-880909.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:   100055.WRG01

December 18, 2007      INVOICE:   222286

MATTER:  CLAIMANTS COMMITTEE

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001**      Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Ann V Kramer | 25.70 | 16,062.50 |
| Glenn F Fields | 1.70 | 459.00 |
| Harris E Gershman | 18.50 | 4,162.50 |
| Izak Feldgreber | 3.50 | 822.50 |
| Robert M Horkovich | 31.80 | 23,055.00 |
| Robert Y Chung | 16.50 | 7,837.50 |
| **TOTAL:** | **97.70** | **52,399.00** |

**ACTIVITY CODE: W011**      Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Anne C Suffern | 0.60 | 126.00 |
| Robert Y Chung | 0.50 | 237.50 |
| **TOTAL:** | **1.10** | **363.50** |

**ACTIVITY CODE: W014**      Hearing

|  | HOURS | TOTALS |
|---|---:|---:|
| Robert M Horkovich | 3.50 | 2,537.50 |
| **TOTAL:** | **3.50** | **2,537.50** |

| | |
|---|---:|
| **TOTAL LEGAL FEES** | **$55,300.00** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:     100055.WRG01

December 18, 2007                                  INVOICE:          222286

### COSTS through 11/30/07

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 11/01/07 | LIBRARY & LEGAL RESEARCH Westlaw Charges - October 1 - 31, 2007 | E106 | 5.72 |
| 11/12/07 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 11/12/07 | DI - PHOTOCOPYING - | E101 | 0.25 |
| **TOTAL COSTS:** | | | **$6.72** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| LB | LIBRARY & LEGAL RESEARCH | 5.72 |
| XE | DI - PHOTOCOPYING - | 1.00 |
|  | **TOTAL COSTS:** | **$6.72** |

NYDOCS1-880909.1