## EXHIBIT A

### Case Administration (16.80 Hours; $ 4,749.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $920 | 460.00 |
| Peter Van N. Lockwood | 1.00 | $840 | 840.00 |
| Trevor W. Swett | .30 | $640 | 198.00 |
| Rita C. Tobin | .80 | $530 | 424.00 |
| James P. Wehner | .10 | $475 | 47.50 |
| David B. Smith | .50 | $235 | 117.50 |
| Andrew D. Katznelson | 1.00 | $205 | 205.00 |
| Sarah Z. Emamjomeh | 12.60 | $195 | 2,457.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/07 | SZE | 195.00 | 12.60 | Assist S. Taylor in reviewing asbestos company 10-k's re claim and settlement values; compile analysis and comparison spreadsheet re JPW instructions. |
| 11/04/07 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/05/07 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 11/06/07 | TWS | 660.00 | 0.30 | Telephone conference with P. Milch re examiner candidates; attention to selection of examiner |
| 11/09/07 | PVL | 840.00 | 0.10 | Review revised examiner order re LTC. |
| 11/12/07 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 11/13/07 | PVL | 840.00 | 0.20 | Teleconference Hurford (.1); review agenda and email NDF (.1). |
| 11/13/07 | EI | 920.00 | 0.50 | Conf. TWS/NDF re: staff allocation. |
| 11/14/07 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/16/07 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 11/19/07 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |

| 11/19/07 | DBS | 235.00 | 0.50 | Respond to fee auditor's request for additional information and explain tasks and assignments performed. |
| 11/20/07 | PVL | 840.00 | 0.10 | Review 3 miscellaneous filings and agendas. |
| 11/26/07 | PVL | 840.00 | 0.20 | Review 9 miscellaneous filings (.1); teleconference Hurford (.1). |
| 11/26/07 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 11/26/07 | JPW | 475.00 | 0.10 | Telephone conference with M. Hurford re conference call; telephonic meet and confer with UST; e-mail re same |
| 11/29/07 | PVL | 840.00 | 0.10 | Review Hurford memo. |
| 11/29/07 | ADK | 205.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |

**Total Task Code .04          16.80**

**Claim Analysis Objection & Resolution (Asbestos) (7.10 Hours; $ 5,964.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.10 | $840 | 5,964.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/07 | PVL | 840.00 | 0.10 | Review WHO 9/06 statement re asbestos. |
| 11/04/07 | PVL | 840.00 | 0.50 | Review Libby cls. appeal brief (.3); review prop stip re Libby Cls and related email (.2). |
| 11/05/07 | PVL | 840.00 | 0.20 | Review email. |
| 11/09/07 | PVL | 840.00 | 0.30 | Review email. |
| 11/10/07 | PVL | 840.00 | 1.10 | Review 10/25/07 hearing transcript and email NDF re same. |

{D0100048.1 }

| 11/11/07 | PVL | 840.00 | 1.10 | Review Florence depo. |
| 11/12/07 | PVL | 840.00 | 0.10 | Review email re order re Libby cls est. |
| 11/13/07 | PVL | 840.00 | 0.30 | Confer EI (.1); review 9019 motion re RMQ claims (.1); review Grace objs re cross questions to trusts (.1). |
| 11/14/07 | PVL | 840.00 | 0.40 | Review Grace appeal brief and motion to dismiss Libby cls appeal (.2); review Montana appeal brief (.1); review Baer email and revised COL (.1). |
| 11/15/07 | PVL | 840.00 | 0.20 | Review JAL email re EPA claims (.1); review miscellaneous email (.1). |
| 11/25/07 | PVL | 840.00 | 0.10 | Review NDF memo. |
| 11/26/07 | PVL | 840.00 | 0.10 | Teleconference EI. |
| 11/27/07 | PVL | 840.00 | 0.40 | Confer EI. |
| 11/28/07 | PVL | 840.00 | 2.20 | Confer WBS, NDF, BSB and JAW (2.1); review revised prop. CMO (.1). |

**Total Task Code .05          7.10**


## Claim Analysis Objection & Resolution (Non-Asbestos) (8.50 Hours; $ 4,207.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | 8.50 | $495 | 4,207.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/12/07 | JAL | 495.00 | 0.10 | Brief review of materials relating to environmental claims issues. |
| 11/13/07 | JAL | 495.00 | 4.00 | Review and analysis  of materials, including legal research re: environmental claims and liability issues. |
| 11/14/07 | JAL | 495.00 | 2.30 | Review and analysis of materials relating to environmental claims issues. |

| 11/15/07 | JAL | 495.00 | 2.10 | Drafted and revised memo to PVNL and NDF re: environmental liability issues. |

**Total Task Code .06**          **8.50**

## Fee Applications, Applicant (5.90 Hours; $ 2,051.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |
| Rita C. Tobin | 2.20 | $530 | 1,166.00 |
| Andrew D. Katznelson | 3.50 | $205 | 717.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/07 | RCT | 530.00 | 0.20 | Review Fee App schedule for November (.2) |
| 11/08/07 | RCT | 530.00 | 1.00 | Review pre-bills (1.0) |
| 11/12/07 | ADK | 205.00 | 1.00 | Worked on interim fee application. |
| 11/13/07 | ADK | 205.00 | 0.50 | Worked on fee application. |
| 11/15/07 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 11/16/07 | RCT | 530.00 | 1.00 | Review exhibits (1.0) |
| 11/20/07 | PVL | 840.00 | 0.10 | Review 6 fee applications. |
| 11/20/07 | PVL | 840.00 | 0.10 | Review draft response to Smith and email RCT. |
| 11/28/07 | ADK | 205.00 | 1.50 | Worked on fee application. |

**Total Task Code .12**          **5.90**

## Fee Applications, Others (.30 Hours; $ 252.00)

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | .30 | | $840 | 252.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/06/07 | PVL | 840.00 | 0.20 | Review 11 miscellaneous filings (.1); review Baer email to UST (.1). |
| 11/26/07 | PVL | 840.00 | 0.10 | Review 5 fee applications. |

**Total Task Code .13**      **.30**

## Hearings (7.00 Hours; $ 6,440.00)

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Inselbuch | | 7.00 | | $920 | 6,440.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/26/07 | EI | 920.00 | 6.00 | Hearing in Wilmington (3.0); conf. Frankel/Mullady/NDF to prep (1.5); prep during travel (1.5). |
| 11/27/07 | EI | 920.00 | 1.00 | Conf. PVNL re: hearing; (.5); conf. NDF re: same (.5). |

**Total Task Code .15**      **7.00**

## Litigation and Litigation Consulting (1,025.40 Hours; $ 488,200.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 7.70 | $920 | 7,084.00 |
| Walter B. Slocombe | 114.50 | $720 | 82,440.00 |
| Trevor W. Swett | .20 | $660 | 132.00 |
| Bernard S. Bailor | 167.10 | $630 | 105,273.00 |
| Nathan D. Finch | 158.80 | $610 | 96,868.00 |

| | | | |
|---|---:|---|---:|
| Jeffrey A. Liesemer | .70 | $495 | 346.50 |
| James P. Wehner | 214.40 | $475 | 101,840.00 |
| Adam L. VanGrack | 116.60 | $320 | 37,010.50 |
| Jeanna M. Rickards | 38.60 | $270 | 10,422.00 |
| Andrew J. Sackett | 4.10 | $255 | 1,045.50 |
| Erroll G. Butts | 36.10 | $235 | 8,483.50 |
| David B. Smith | 119.20 | $235 | 28,012.00 |
| Samira A. Taylor | 47.40 | $195 | 9,243.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/07 | BSB | 630.00 | 8.20 | Deposition preparation - Weill (4.9); review draft Ory deposition (3.3) |
| 11/01/07 | WBS | 720.00 | 10.80 | Prepare for Anderson deposition, including Conflict of Interest, Cintani material, how Exponent did close claim review, organize exhibits. |
| 11/01/07 | EI | 920.00 | 0.40 | T/c Jan Baker re: Sealed Air (.3); t/c Frankel re: same (.1). |
| 11/01/07 | SAT | 195.00 | 6.80 | Review asbestos company 10-k's re claim and settlement values; compile analysis and comparison spreadsheet re JPW instructions. |
| 11/01/07 | NDF | 610.00 | 12.80 | Prepare for Peterson deposition (1.5); defend Peterson deposition (7.0); confer with Peterson re report and case issues (1.5); prepare for Dunbar deposition (2.8). |
| 11/01/07 | DBS | 235.00 | 8.70 | Compile and review documents for use as potential exhibits in upcoming depositions (6.8); compile and review deposition transcripts and exhibits for hard and electronic case files (1.9). |
| 11/01/07 | ALV | 320.00 | 3.10 | Meet with JPW regarding deposition strategy (0.2); prepare for expert depositions (2.9). |
| 11/01/07 | JPW | 475.00 | 12.30 | Anderson deposition preparation (7.2); meet with ALV re Anderson deposition (.3); telephone conference with SAT re Dunbar preparation (.2); meet with BSB re deposition preparation (.5); draft letter to D. Bernick re PIQs (1.2); Dunbar deposition preparation (2.9) |
| 11/02/07 | BSB | 630.00 | 7.20 | Weill deposition (4.0); review parker deposition (3.2) |

| 11/02/07 | WBS | 720.00 | 8.90 | Anderson deposition, including final preparation and follow-up discussion with G. Rasmussen (FCR). |
|---|---|---|---|---|
| 11/02/07 | EI | 920.00 | 1.50 | Reading Florence XBT. |
| 11/02/07 | SAT | 195.00 | 14.20 | Review asbestos company 10-k's re claim and settlement values; compile analysis and comparison spreadsheet  re JPW instructions. |
| 11/02/07 | NDF | 610.00 | 3.50 | Prepare for Dunbar deposition. |
| 11/02/07 | DBS | 235.00 | 9.60 | Attend deposition of E. Anderson and assist attorney with deposition exhibits (8.3); compile and review documents for use as potential exhibits in upcoming depositions (1.3). |
| 11/02/07 | ALV | 320.00 | 8.50 | Prepare for expert depositions (1.8); meetings with JPW regarding deposition strategy (0.2); attend (and duties specific for) deposition of debtors' expert E. Anderson (6.5). |
| 11/02/07 | JPW | 475.00 | 10.40 | Telephone conference with M. Hurford re UNR deposition (.5); Anderson deposition (3.6); Dunbar preparation (5.9); meet with ALV re Anderson deposition (.2); telephone conference with SAT re Exhibit 18 (.2) |
| 11/03/07 | WBS | 720.00 | 2.10 | Review Peterson/Relles comments on Dunbar rebuttal. |
| 11/03/07 | EI | 920.00 | 1.50 | Conf. NDF re: pre-trial conference and Dunbar (.5); finished Florence XBT (1.0). |
| 11/03/07 | SAT | 195.00 | 11.50 | Review asbestos company 10-k's re claim and settlement values; compile analysis and comparison spreadsheet  re JPW instructions. |
| 11/03/07 | NDF | 610.00 | 1.60 | Prepare for Dunbar deposition (1.1); confer with EI re Dunbar deposition and case strategy (0.5). |
| 11/03/07 | ALV | 320.00 | 1.20 | Analyze and organize files. |
| 11/04/07 | BSB | 630.00 | 5.10 | Preparation for Henry deposition |
| 11/04/07 | WBS | 720.00 | 2.00 | Continue preparation for Dunbar deposition (0.8); review Heckman report for preparation for Heckman deposition (1.2). |

| | | | | |
|---|---|---|---|---|
| 11/04/07 | SAT | 195.00 | 5.50 | Review asbestos company 10-k's re claim and settlement values; compile analysis and comparison spreadsheet re JPW instructions. |
| 11/04/07 | NDF | 610.00 | 3.70 | Prepare for Dunbar and Chambers depositions. |
| 11/04/07 | DBS | 235.00 | 4.50 | Compile and review documents for use as potential exhibits in upcoming depositions (3.1); compile and review deposition transcripts and exhibits for hard and electronic case files (1.4). |
| 11/04/07 | JPW | 475.00 | 5.20 | Dunbar deposition preparation (4.0); e-mails re deposition preparation and schedule (.5); meet with NDF and DBS (.7) |
| 11/05/07 | BSB | 630.00 | 8.20 | Henry deposition (3.2); read deposition (Anderson) (3.3); read exhibits (1.7) |
| 11/05/07 | WBS | 720.00 | 4.30 | Prepare for Dunbar deposition (0.5); review Heckman reports and publications and references for his deposition preparation (3.8). |
| 11/05/07 | WBS | 720.00 | 3.10 | Work with NDF on Dunbar deposition issues and other work to be done to respond/rebut. |
| 11/05/07 | TWS | 660.00 | 0.20 | Attention to UST's selection of examiner; telephone conference with P. Milch; e-mail team re same |
| 11/05/07 | EI | 920.00 | 0.70 | T/c Peterson re: his XBT (.2); Bernick correspondence (.2); memos Frankel re: timing (.2); Libby order (.1). |
| 11/05/07 | SAT | 195.00 | 7.50 | Comp. Time (7.5). |
| 11/05/07 | NDF | 610.00 | 11.00 | Attend Biggs deposition (4.5); prepare for Dunbar deposition (6.5). |
| 11/05/07 | DBS | 235.00 | 4.20 | Compile and review documents for use as potential exhibits in upcoming depositions (3.0); compile and review deposition transcripts and exhibits for hard and electronic case files (1.2). |
| 11/05/07 | ALV | 320.00 | 5.40 | Review documents for relevance. |
| 11/05/07 | JPW | 475.00 | 6.90 | Review new Grace production (1.1); letter to M. Eveland enclosing DVD (.3); e-mails re deposition logistics (.9); telephone conference with M. Eveland re additional review (.3); telephone conference with M. Hurford re UNR deposition (.4); Dunbar |

|  |  |  |  | deposition preparation (3.1); meet with C. Zurbrugg at Orrick re Dunbar preparation (.8) |
|---|---|---|---|---|
| 11/05/07 | JMR | 270.00 | 7.60 | Prepare motion in limine admitting evidence regarding Grace's settlement history for the purposes of estimation aggregate asbestos liability, and admitting expert witness reports that rely on that history |
| 11/06/07 | BSB | 630.00 | 8.10 | Read depositions - Weill draft (3.1); Biggs draft (5.0) |
| 11/06/07 | WBS | 720.00 | 9.30 | Attend Dunbar deposition (8.1); Heckman preparation (1.2). |
| 11/06/07 | DBS | 235.00 | 10.00 | Attend deposition of F. Dunbar and assist attorneys with deposition exhibits (8.7); compile and review documents for use as potential exhibits in upcoming depositions (1.3). |
| 11/06/07 | ALV | 320.00 | 6.60 | Review documents for relevance. |
| 11/06/07 | JPW | 475.00 | 14.50 | Deposition of Fred Dunbar (9.1); meet with NDF, WBS and R. Mullady re deposition (1.0); analysis of Lees backup materials (1.4); travel to Washington, DC (3.0) |
| 11/06/07 | JMR | 270.00 | 7.20 | Continue preparing motion in limine |
| 11/07/07 | BSB | 630.00 | 8.60 | Read Peterson deposition (4.9); read Anderson deposition (3.7) |
| 11/07/07 | WBS | 720.00 | 4.50 | Heckman articles and prior reports: read and analyze in preparation for deposition (2.1); conference with NDF, JPW and DBS re schedule, work assignments, Daubert strategy, trial preparation (1.4); read transcript of October 25 Omnibus hearing (1.0). |
| 11/07/07 | NDF | 610.00 | 5.50 | Telephone conference with Bernick, et al. re trial issues (1.0); telephone conference with Mullady re same (0.5); confer with JPW, WBS, BSB re trial preparation (1.2); email correspondence re Cooney deposition (0.5); telephone conference with Ramsay re same (0.3); review and respond to emails re other case issues (1.0); trial preparation planning (1.0). |
| 11/07/07 | DBS | 235.00 | 5.00 | Compile and review document production and deposition transcripts and exhibits for case files and attorney review (2.8); attend meeting re case strategy and upcoming case assignments (1.5); compile |

|  |  |  |  | expert's previous reports for attorney review (.2); compile and review documents for use as potential exhibits in upcoming depositions (.3); compile court opinions for attorney review (.2). |
|---|---|---|---|---|
| 11/07/07 | ALV | 320.00 | 7.90 | Review documents for relevance. |
| 11/07/07 | JPW | 475.00 | 5.20 | Lees backup analysis (3.8); meet with NDF, BSB, WBS and DBS re Daubert briefs (1.0); correspondence re PIQ issue (.4) |
| 11/07/07 | JMR | 270.00 | 9.10 | Continue preparing motion in limine |
| 11/08/07 | BSB | 630.00 | 8.70 | Prepare Bragg trial cases (6.9); review Cross article (1.8) |
| 11/08/07 | WBS | 720.00 | 8.20 | Review article on auto claims cited by Heckman and notes re use of it at deposition (1.3); review Peterson notes on Heckman rebuttal for deposition (1.3); conference call with FCR representative re issues to raise, allocation of work for Heckman deposition (1.3); review additional materials cited by Heckman (3.5); conference with JPW, ALV re Daubert work (0.8). |
| 11/08/07 | EI | 920.00 | 0.10 | Letter to Bernick. |
| 11/08/07 | NDF | 610.00 | 9.30 | Prepare for estimation trial and expert depositions (7.8); review and respond to emails from various re case issues (1.5). |
| 11/08/07 | DBS | 235.00 | 6.20 | Compile and review documents for use as potential exhibits in upcoming depositions (1.2); compile and review deposition transcripts and exhibits for case files and attorney review (4.8); correspond with local counsel re trial logistics (.2). |
| 11/08/07 | ALV | 320.00 | 8.00 | Review documents for relevance (5.4); meet with JWP and WBS regarding expert reports and future motions (0.7); tasks related to future motions and trial preparation (1.1); research issues related to expert exclusion (0.8). |
| 11/08/07 | JPW | 475.00 | 7.90 | Read hearing transcript (1.0); Chambers deposition preparation (3.2); meet with NDF re Chambers (.7); telephone conference with M. Hurford and NDF re examiner (.4); meet with ALV and WBS re Daubert brief (.6); e-mails re report backup (.5); review Lees |

| | | | | deposition (1.1); meet with NDF and DBS re Chambers exhibits (.4) |
|---|---|---|---|---|
| 11/08/07 | JMR | 270.00 | 8.40 | Continue preparing motion in limine |
| 11/09/07 | BSB | 630.00 | 6.00 | Continue Bragg trial cross preparation (.6); read Longo depositions (5.4) |
| 11/09/07 | WBS | 720.00 | 3.80 | Work on outline and materials for Heckman deposition. |
| 11/09/07 | EI | 920.00 | 0.30 | T/c NDF re: PTO (.2); memo Bernick (.1). |
| 11/09/07 | SAT | 195.00 | 0.80 | Research company 10-k's re Chambers deposition preparation. |
| 11/09/07 | NDF | 610.00 | 2.90 | Telephone conference with Mullady and Ansbro re Libby order (0.3); review drafts of same (0.5); prepare for Chambers deposition (2.1). |
| 11/09/07 | DBS | 235.00 | 7.60 | Compile and review documents for use as potential exhibits in upcoming depositions (6.8); compile and review deposition transcripts and exhibits for case files and expert review (.8). |
| 11/09/07 | ALV | 320.00 | 7.10 | Review documents for relevance; review files related to research and case law. |
| 11/09/07 | JPW | 475.00 | 9.10 | Research and plan Daubert briefs (4.9); e-mails re expert deposition preparation (.7); meet with BSB re Moolgavkar report (.5); Chambers deposition preparation (2.7); review proposed examiner order (.3 |
| 11/09/07 | JMR | 270.00 | 6.30 | Continue preparing motion in limine |
| 11/10/07 | WBS | 720.00 | 2.70 | Review additional, newly received Heckman articles cited and written by him for deposition. |
| 11/11/07 | WBS | 720.00 | 3.10 | Prepare for Heckman deposition. |
| 11/12/07 | BSB | 630.00 | 7.90 | Trial preparation - work on cross exam of Rust witnesses (7.3); read e-mails (.6) |
| 11/12/07 | WBS | 720.00 | 9.00 | Heckman deposition (7.5); review Chambers report to prepare NDF for deposition (1.5). |
| 11/12/07 | EI | 920.00 | 0.20 | Libby order inquiry (.1); Rice inquiry (.1). |

{D0100048.1 }

| 11/12/07 | NDF | 610.00 | 6.90 | Prepare for Chambers deposition (5.6); trial preparation and organization (1.3). |
|----------|-----|--------|------|---------------------------------------------------------------------------------|
| 11/12/07 | DBS | 235.00 | 4.90 | Compile and review documents for use as potential exhibits in upcoming deposition (4.4); review and reproduce relevant documents from recent document productions for attorney review (.5). |
| 11/12/07 | ALV | 320.00 | 7.20 | Research issues and case law re: Daubert and expert concerns (3.5); review documents for relevance (3.7). |
| 11/12/07 | JPW | 475.00 | 9.40 | Chambers deposition preparation (2.7); meet with NDF re Chambers (.2); Daubert research (4.0); meet with BSB re Daubert research (.6); review hearing transcript (1.9) |
| 11/13/07 | BSB | 630.00 | 8.50 | Read depositions (6.2); continue trial preparation (2.3) |
| 11/13/07 | WBS | 720.00 | 3.40 | Meeting with JPW and NDF on Chambers deposition preparation (1.1); work on Daubert issues for briefs and responses (2.3). |
| 11/13/07 | NDF | 610.00 | 9.00 | Prepare for Chambers deposition (7.5); email correspondence re case issues (0.5); confer with EI re case issues (0.4); telephone conference with Mullady re Libby order (0.1); email Austern and Mullady re Heckman (0.2); review Daubert brief outline (0.3). |
| 11/13/07 | DBS | 235.00 | 7.90 | Compile and review documents for use as potential exhibits in upcoming deposition (6.5); review and reproduce relevant documents from recent document productions for attorney review (.6); compile and review deposition transcripts and exhibits for case files and attorney review (.8). |
| 11/13/07 | ALV | 320.00 | 4.40 | Research issues and case law re: Daubert and expert concerns. |
| 11/13/07 | JPW | 475.00 | 10.10 | Research and drafting of Daubert briefing (5.9); meet with WBS and NDF re Chambers deposition (2.7); Chambers deposition preparation (.7); telephone conference with M. Hurford re examiner motion (.3); review examiner order (.3); e-mails re examiner order (.2) |
| 11/14/07 | BSB | 630.00 | 10.70 | Read Moolgavkar deposition and study report (4.9); read Heckman deposition (1.6); read Roggli deposition (4.2) |

{D0100048.1 }

| 11/14/07 | WBS | 720.00 | 2.60 | Work on Daubert motion outlines, also research related to responses to likely debtor Daubert briefs (2.1); review Heckman transcript (0.5). |
|----------|-----|--------|------|----|
| 11/14/07 | NDF | 610.00 | 10.60 | Take Chambers deposition (8.5); prepare for deposition (2.1). |
| 11/14/07 | DBS | 235.00 | 10.80 | Attend deposition of L. Chambers and assist attorney with deposition exhibits (9.8); compile and review documents for use as potential exhibits in upcoming depositions (.8); discuss trial logistics with local counsel (.2). |
| 11/14/07 | ALV | 320.00 | 3.30 | Research related to expert concerns; research related to legal scientific statistics. |
| 11/14/07 | JPW | 475.00 | 10.60 | Deposition of L. Chambers (10.1); review Grace production (.5) |
| 11/15/07 | BSB | 630.00 | 9.20 | Review Roggli report and deposition (1.2); read Dunbar (4.3); work on Daubert motion (3.7) |
| 11/15/07 | WBS | 720.00 | 2.10 | Research re pre-trial motions including for Anderson, Moolgavkar. |
| 11/15/07 | NDF | 610.00 | 9.00 | Prepare for estimation trial. |
| 11/15/07 | DBS | 235.00 | 4.10 | Compile, review and reproduce deposition transcripts and errata sheets for case files and attorney review. |
| 11/15/07 | JPW | 475.00 | 11.10 | Daubert research and briefing (8.3); meet with WBS re Daubert briefs (1.0); meet with BSB re Moolgavkar (.5); read Moolgavkar deposition (1.0); meet with ALV re Daubert brief (.2); e-mails re Lees backup (.1) |
| 11/16/07 | BSB | 630.00 | 7.70 | Research re Moolgavkar computation of dose risk doubling exp. (1.9); Daubert preparation meeting with JPW (3.7); Daubert research (2.1) |
| 11/16/07 | WBS | 720.00 | 2.50 | Draft Daubert brief re Anderson (2.3); conference with NDF re work assignments, schedules (0.2). |
| 11/16/07 | NDF | 610.00 | 10.50 | Prepare for estimation trial. |
| 11/16/07 | DBS | 235.00 | 2.80 | Compile, review, and reproduce deposition transcripts and exhibits for case files, attorney review, and expert review. |

| | | | | |
|---|---|---|---|---|
| 11/16/07 | ALV | 320.00 | 4.90 | Prepare for estimation trial; preparation for motions in limine. |
| 11/16/07 | JPW | 475.00 | 10.40 | Meeting with BSB re Moolgavkar report (3.9); Daubert drafting and research (5.4); meet with WBS re Daubert briefs (.3); telephone conference with Verus re deposition (.3); e-mails re Daubert issues (.5) |
| 11/16/07 | EGB | 235.00 | 0.30 | Assist S. Taylor with data base questions for T. Swett. |
| 11/17/07 | WBS | 720.00 | 2.60 | Review Anderson deposition transcript and report in connection with Daubert issues. |
| 11/17/07 | JPW | 475.00 | 4.40 | Draft Daubert brief (4.1); e-mails re statistical issues (.3) |
| 11/18/07 | BSB | 630.00 | 4.10 | Analysis of assumptions underlying risk dose doubling computations |
| 11/18/07 | EI | 920.00 | 2.00 | Reading L. Chambers' transcript. |
| 11/18/07 | NDF | 610.00 | 1.50 | Review and respond to emails re cases issues. |
| 11/18/07 | JPW | 475.00 | 3.70 | Research and drafting Daubert brief |
| 11/19/07 | BSB | 630.00 | 8.10 | Memo to JPW re Berman & Crump conservative estimates (2.0); continue research on Moolgavkar assumption (3.9); read Heckman deposition (2.2) |
| 11/19/07 | WBS | 720.00 | 3.70 | Continue drafting and research re Daubert briefs/motions. |
| 11/19/07 | EI | 920.00 | 0.20 | Conf. NDF re: trial prep. |
| 11/19/07 | NDF | 610.00 | 4.70 | Prepare Myer for his deposition (4.0); confer with JPW re case issues (0.7). |
| 11/19/07 | NDF | 610.00 | 0.30 | Confer with EI re case issues. |
| 11/19/07 | DBS | 235.00 | 1.30 | Compile, review and reproduce deposition transcripts and exhibits for case files, electronic database and attorney review. |
| 11/19/07 | ALV | 320.00 | 7.40 | Research related to future motions in limine (2.4); review transcripts (1.5); prepare for estimation trial; preparation for motions in limine (3.5). |

| | | | | |
|---|---|---|---|---|
| 11/19/07 | JPW | 475.00 | 11.00 | Travel to Trenton, NJ (1.9); meeting with Verus re deposition (3.5); meet with NDF re Daubert (1.0); Daubert briefing and research (4.6) |
| 11/19/07 | EGB | 235.00 | 0.30 | Assist S. Taylor with data base questions for T. Swett; brief conversation with T. Swett regarding S. Taylor and war room files. |
| 11/20/07 | BSB | 630.00 | 8.30 | Research factual and expert issues re Moolgavkar (5.8); e-mail Dr. Welch (1.2); read Meyers deposition (1.3) |
| 11/20/07 | EI | 920.00 | 0.30 | Memo to and conf. NDF re: pre-trial conference. |
| 11/20/07 | SAT | 195.00 | 0.60 | Retrieve documents for WBS. |
| 11/20/07 | NDF | 610.00 | 7.10 | Prepare Myer for deposition (0.5); defend Myer deposition (5.5); confer with EI re case issues (0.3); email to various re case issues (0.5); confer with JPW re case issues (0.3). |
| 11/20/07 | DBS | 235.00 | 6.00 | Meet and coordinate estimation hearing logistics with court staff, local counsel and vendors (3.5); prepare summary of estimation hearing logistics to circulate for attorney review (2.5). |
| 11/20/07 | JPW | 475.00 | 12.80 | Deposition of D. Myers (6.5); Daubert briefing and research (2.0); meet with NDF re deposition (.3); travel to Washington, DC (4.0) |
| 11/21/07 | BSB | 630.00 | 6.50 | Conference call with JPW, NDF and Orrick re Daubert strategy (1.2); work on Daubert research (5.3) |
| 11/21/07 | NDF | 610.00 | 7.50 | Prepare memo to EI re discovery over and how our case looks (4.5); conference call re Daubert motions (0.6); prepare for estimation trial (2.4). |
| 11/21/07 | ALV | 320.00 | 8.30 | Research issues and case law re: Daubert and expert concerns (3.0); tasks related to the Motion to Exclude Expert Testimony  (4.2); strategy Meetings with JPW, NDF, BSB, and counsel for the Futures Representative regarding experts(1.1). |
| 11/21/07 | JPW | 475.00 | 9.30 | Meet with BSB re Moolgavkar (.5); Daubert research and drafting (6.7); telephone conference with A. Kim and J. Cutter re Daubert (1.0); e-mails re statistical |

|          |     |        |      | issues (.9); telephone conference with ALV re Lee (.2) |
|----------|-----|--------|------|--------|
| 11/23/07 | NDF | 610.00 | 4.50 | Prepare for estimation trial. |
| 11/25/07 | WBS | 720.00 | 2.70 | Review Florence, Chambers depositions. |
| 11/25/07 | NDF | 610.00 | 1.20 | Prepare for November 26 pretrial conference. |
| 11/25/07 | ALV | 320.00 | 2.70 | Research issues and case law re: Daubert and expert concerns (1.5); draft sections of motion to exclude expert testimony (1.2). |
| 11/25/07 | JPW | 475.00 | 7.90 | Daubert brief research and drafting |
| 11/26/07 | BSB | 630.00 | 7.90 | Work on cross examination outlines (5.6); Daubert issues (2.3) |
| 11/26/07 | WBS | 720.00 | 4.10 | Work on Daubert motions. |
| 11/26/07 | NDF | 610.00 | 7.40 | Prepare for pretrial conference (2.0); confer with Mullady, EI, Frankel re case issues (1.3); attend pretrial conference and argue issues re same (3.3); review and respond to email correspondence (0.8). |
| 11/26/07 | DBS | 235.00 | 5.10 | Discuss trial logistics with vendors and co-counsel (1.5); review incoming discovery and catalog those materials into electronic database and case files (3.6). |
| 11/26/07 | ALV | 320.00 | 5.30 | Strategy meetings with JPW regarding experts (0.4); review documents for relevance (0.8); research issues and case law re: Daubert and expert concerns (2.0); draft sections of motion to exclude expert testimony (2.1). |
| 11/26/07 | JPW | 475.00 | 9.00 | Telephone conference with M. Hurford re hearing (.2); research and draft Daubert motion (7.1); meet with BSB re Moolgavkar (1.0); meet with ALV re Lee (.3); e-mails re Florence analysis (.4) |
| 11/26/07 | EGB | 235.00 | 7.50 | Review medical evaluation forms for specific information regarding claimants. |
| 11/27/07 | BSB | 630.00 | 8.10 | Continue to work on trial preparation (2.5); read deposition transcripts - Heckman (2.6); Anderson (3.0) |
| 11/27/07 | WBS | 720.00 | 2.30 | Anderson Daubert motions research and drafting. |

| 11/27/07 | NDF | 610.00 | 2.50 | Prepare for estimation trial (1.5); review and respond to email, including draft order CMO (0.5); confer with EI re case issues (0.5). |
|----------|-----|--------|------|------|
| 11/27/07 | DBS | 235.00 | 4.80 | Discuss trial logistics with vendors (.5); review incoming discovery and catalog those materials into electronic database and case files (4.3). |
| 11/27/07 | ALV | 320.00 | 4.60 | Status meeting with NDF, BSB, PNVL, and JPW (0.3); strategy meetings with JPW regarding experts (0.2); review expert testimony (0.5); research for motion to exclude expert testimony (1.0); review documents for relevance (1.0); draft sections of motion to exclude expert testimony (1.6). |
| 11/27/07 | ALV | 275.00 | 6.70 | Edit and file ACC's Response to Grace's Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed by the Court (2.2); review case law and pleadings from Babcock and Wilcox regarding ACC's Reply to Grace's Opposition to the ACC's Motion to Compel Production of Documents (3.4); meeting with NDF, WBS, and DBS regarding ACC's Reply to Grace's Opposition to the ACC's Motion to Compel Production of Documents (0.9); conversation with JAL regarding Grace's x-ray motion to compel (0.2). |
| 11/27/07 | JPW | 475.00 | 13.30 | Telephone conference with D. Relles re alternate analysis (.2); meet with ALV re Lees (.4); Daubert research and drafting (11.9); telephone conference with A. Weiss re trial brief (.3); meet with WBS and NDF re Daubert (.5) |
| 11/27/07 | EGB | 235.00 | 7.50 | Review medical evaluation forms for specific information regarding claimants. |
| 11/28/07 | BSB | 630.00 | 8.20 | Work on Hutchins trial preparation (1.2); review Brody deposition (1.9); continue work on Moolgavkar; e-mail to Harding (3.3); read Flynn & Foster (1.8) |
| 11/28/07 | WBS | 720.00 | 5.20 | Work on Daubert briefs (3.1); conference with PVNL, NDF, JPW re trial plans (2.1). |
| 11/28/07 | EI | 920.00 | 0.30 | T/cs NDF re: status and draft order. |
| 11/28/07 | NDF | 610.00 | 9.00 | Prepare for estimation trial (draft pretrial brief) (4.9); meet with PVNL, et al. re case issues (2.1); review |

| | | | | and respond to email correspondence re CMO (0.5); review materials supplied by Peterson and Relles re claim values and edit same (0.8); draft witness disclosure document (0.7). |
|---|---|---|---|---|
| 11/28/07 | DBS | 235.00 | 5.20 | Discuss trial logistics with vendors (1.0); review incoming discovery and catalog those materials into electronic database and case files (2.8); compile expert reliance materials and send to co-counsel for review (.7); review recent document production and search for specific documents to be used as trial exhibits (.7). |
| 11/28/07 | ALV | 320.00 | 4.00 | Review testimony and transcripts; research for motion to exclude expert testimony (2.0); draft sections of motion to exclude expert testimony (2.0). |
| 11/28/07 | JPW | 475.00 | 12.20 | Daubert research and drafting (9.5); meet with NDF and AJS re research project (.4); meet with NDF, PVL, WBS and BSB re pre-trial schedule and tasks (1.9); telephone conference with W. Cleveland re statistics issues (.4) |
| 11/28/07 | EGB | 235.00 | 7.50 | Review medical evaluation forms for specific information regarding claimants. |
| 11/28/07 | AJS | 255.00 | 0.40 | Meeting with NDF and JPW regarding estimation research. |
| 11/29/07 | BSB | 630.00 | 4.90 | Prepare detailed analysis of Bearman and Crump Study |
| 11/29/07 | WBS | 720.00 | 6.30 | Conference call with FCR representatives re Daubert briefs (1.0); review Daubert brief and drafting (5.3). |
| 11/29/07 | SAT | 195.00 | 0.50 | Review ILO Report spreadsheet with EGB. |
| 11/29/07 | NDF | 610.00 | 8.70 | Revise and edit CMO (0.5); telephone conference with Mullady re case issues and brief (1.2); work on trial brief and witness disclosure documents (6.5); respond to email re discovery from Sealed Air plaintiffs (0.5). |
| 11/29/07 | DBS | 235.00 | 4.60 | Discuss trial logistics with vendors (.7); review incoming discovery and catalog those materials into electronic database and case files (3.9). |
| 11/29/07 | JAL | 495.00 | 0.10 | Reviewed hearing memo from M. Hurford |

| 11/29/07 | ALV | 320.00 | 5.10 | Meet with DBS regarding document review (0.2); draft and edit sections of motion to exclude expert testimony (3.4); research for motion to exclude expert testimony (1.5). |
|----------|-----|--------|------|-----|
| 11/29/07 | JPW | 475.00 | 7.70 | Telephone conference with R. Mullsday and J. Ansbro re trial preparation (1.0); Daubert drafting and research (6.7) |
| 11/29/07 | EGB | 235.00 | 5.00 | Review medical evaluation forms for specific information regarding claimants. |
| 11/29/07 | AJS | 255.00 | 1.20 | Legal research regarding estimation methodology. |
| 11/30/07 | BSB | 630.00 | 6.90 | Continue work on cross examination outlines (5.1); research risk analysis cited by Moolgavkar (1.8) |
| 11/30/07 | WBS | 720.00 | 5.20 | Continue work on Daubert brief for Grace, including research on statistical issues, error computations. |
| 11/30/07 | EI | 920.00 | 0.20 | T/c NDF re: Sealed Air discovery. |
| 11/30/07 | NDF | 610.00 | 8.10 | Dictate inserts for witness disclosure document (1.0); telephone conference with Ansbro re exhibit lists (1.0); email to ACC re Sealed Air discovery issue (0.5); confer with WBS re Daubert briefs and other case issues (0.5); telephone conference with EI re Sealed Air issue (0.1); review and edit pretrial brief (5.0). |
| 11/30/07 | DBS | 235.00 | 5.90 | Discuss trial logistics with opposing counsel (.4); research and compile briefs from other bankruptcy proceedings for use in research memorandum (2.0); review trial exhibits and draft exhibit list for estimation hearing for attorney review (2.7); discuss trial exhibit list with co-counsel (.8). |
| 11/30/07 | JAL | 495.00 | 0.60 | Telephone call with M. Hurford regarding claims litigation issues |
| 11/30/07 | ALV | 320.00 | 4.90 | Draft and edit sections of motion to exclude expert testimony (3.4); research for motion to exclude expert testimony (1.5). |
| 11/30/07 | EGB | 235.00 | 8.00 | Review medical evaluation forms for specific information regarding claimants. |
| 11/30/07 | AJS | 255.00 | 2.50 | Legal research regarding estimation methodology. |

**Total Task Code.16**         **1,025.40**

**Plan & Disclosure Statement (3.90 Hours; $ 3,412.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.70 | $920 | 1,564.00 |
| Peter Van N. Lockwood | 2.20 | $840 | 1,848.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/07 | PVL | 840.00 | 0.10 | Teleconference Frankel. |
| 11/03/07 | PVL | 840.00 | 0.50 | Review revised POR. |
| 11/04/07 | PVL | 840.00 | 0.50 | Review revised POR and email Wallace et al re same (.4); review Frankel email (.1). |
| 11/05/07 | PVL | 840.00 | 0.90 | Review draft motion and email Wyron (.1); review draft POR and glossary and email Wallace (.8). |
| 11/06/07 | EI | 920.00 | 0.30 | T/c Frankel re: status (.3). |
| 11/07/07 | EI | 920.00 | 0.10 | Status inquiry (.1). |
| 11/09/07 | PVL | 840.00 | 0.20 | Review email. |
| 11/16/07 | EI | 920.00 | 0.90 | T/c Ardell Williams and memo to Milch (.7); memo to NDF re: article (.2). |
| 11/20/07 | EI | 920.00 | 0.20 | Send plan to Jan Baker. |
| 11/21/07 | EI | 920.00 | 0.20 | Correspondence to Baker and Frankel. |

**Total Task Code .17**         **3.90**

**Travel – Non Working (49.40 Hours; $ 13,037.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 2.00 | $460 | 920.00 |
| Walter B. Slocombe | 8.60 | $360 | 3,096.00 |
| Nathan D. Finch | 23.80 | $305 | 7,259.00 |
| David B. Smith | 15.00 | $117.50 | 1,762.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 11/01/07 | NDF | 305.00 | 4.50 | Return to East Coast from California. |
| 11/05/07 | WBS | 360.00 | 1.70 | Travel to New York City. |
| 11/05/07 | NDF | 305.00 | 1.50 | Travel to Biggs deposition (0.5); travel to New York (1.0). |
| 11/05/07 | DBS | 117.50 | 4.00 | Travel to New York for the deposition of F. Dunbar. |
| 11/06/07 | NDF | 305.00 | 3.70 | Travel back to D.C. |
| 11/06/07 | DBS | 117.50 | 4.50 | Travel to Washington from New York. |
| 11/11/07 | WBS | 360.00 | 4.00 | Travel to Chicago for Heckman deposition. |
| 11/12/07 | WBS | 360.00 | 2.90 | Return travel from Chicago. |
| 11/19/07 | NDF | 305.00 | 5.10 | Travel to Princeton to prepare Myer for deposition (3.5); travel to New York for Myer deposition (1.6). |
| 11/19/07 | DBS | 117.50 | 5.00 | Travel to Pittsburgh to attend meetings with court staff, local counsel and vendors re logistics for estimation hearing. |
| 11/20/07 | NDF | 305.00 | 4.50 | Travel back to D.C. |
| 11/20/07 | DBS | 117.50 | 1.50 | Travel to and from meetings with court staff, local counsel and vendors re logistics for estimation hearing. |
| 11/26/07 | EI | 460.00 | 2.00 | Return to NY following hearing. |
| 11/26/07 | NDF | 305.00 | 4.50 | Travel to Delaware for court (2.5); return to D.C. (2.0). |

**Total Task Code .21**          **49.40**

**Fee Auditor Matters (3.50 Hours; $ 1,855.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.50 | $530 | 1,855.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/15/07 | RCT | 530.00 | 0.50 | Address fee issues (.5) |
| 11/16/07 | RCT | 530.00 | 1.00 | Gather data for Fee Auditor response (1.0) |
| 11/19/07 | RCT | 530.00 | 0.50 | Obtain information for Fee Auditor response (.5) |
| 11/26/07 | RCT | 530.00 | 1.50 | Draft response to Fee Auditor (1.5) |

**Total Task Code .32**          **3.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,376.80 |
| Air Freight & Express Mail | 27.86 |
| Conference Meals | 705.55 |
| Court Reporting/Transcript Service | 54,610.12 |
| Database Research | 4,555.51 |
| Local Transportation - DC | 187.02 |
| Long Distance-Equitrac In-House | 6.84 |
| Meals Related to Travel | 1,512.50 |
| Miscellaneous: Client Advances | 543.56 |
| NYO Long Distance Telephone | 33.97 |
| Outside Local Deliveries | 417.59 |
| Outside Photocopying/Duplication Service | 1,594.97 |
| Postage & Air Freight | 383.44 |
| Professional Fees & Expert Witness Fees | 93,094.39 |
| Travel Expenses - Ground Transportation | 778.72 |
| Travel Expenses - Hotel Charges | 4,592.30 |
| Travel Expenses - Miscellaneous | 694.22 |
| Xeroxing | 3,576.70 |

**Total:**    **$172,692.06**