**EXHIBIT B**

**Case Administration (16.80 Hours; $ 4,749.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    16.80

**Claim Analysis Objection & Resolution (Asbestos) (7.10 Hours; $ 5,964.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**    7.10

**Claim Analysis Objection & Resolution (Non-Asbestos) (8.50 Hours; $ 4,207.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06**    8.50

**Fee Applications, Applicant (5.90 Hours; $ 2,051.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**    5.90

**Fee Applications, Others (.30 Hours; $ 252.00)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**    .30

**Hearings (7.00 Hours; $ 6,440.00)**

{D0100049.1 }
DOC#151898

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        7.00**

**Litigation and Litigation Consulting (1,025.40 Hours; $ 488,200.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        1,025.40**

**Plan & Disclosure Statement (3.90 Hours; $ 3,412.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        3.90**

**Travel Non-Working (49.40 Hours; $ 13,037.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        49.40**

**Fee Auditor Matters (3.50 Hours; $ 1,855.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        3.50**