**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,376.80 |
| Air Freight & Express Mail | 27.86 |
| Conference Meals | 705.55 |
| Court Reporting/Transcript Service | 54,610.12 |
| Database Research | 4,555.51 |
| Local Transportation - DC | 187.02 |
| Long Distance-Equitrac In-House | 6.84 |
| Meals Related to Travel | 1,512.50 |
| Miscellaneous: Client Advances | 543.56 |
| NYO Long Distance Telephone | 33.97 |
| Outside Local Deliveries | 417.59 |
| Outside Photocopying/Duplication Service | 1,594.97 |
| Postage & Air Freight | 383.44 |
| Professional Fees & Expert Witness Fees | 93,094.39 |
| Travel Expenses - Ground Transportation | 778.72 |
| Travel Expenses - Hotel Charges | 4,592.30 |
| Travel Expenses - Miscellaneous | 694.22 |
| Xeroxing | 3,576.70 |

**Total:** **$172,692.06**

{D0100050.1 }