| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter      000 | Disbursements | 12/20/2007 |

Print Date/Time: 12/20/2007  2:03:38PM

Attn:

Invoice #

PREBILL / CONTROL   REPORT

Trans Date Range:  1/1/1950  to: 11/30/2007

**Matter      000**
**Disbursements**

Bill Cycle:     Monthly        Style:      i1        Start:    4/16/2001    Last Billed :    12/12/2007                13,655

$1,411.44

Client Retainers Available                 Committed to Invoices:           $0.00        Remaining:        $1,411.44

$2,104,459.25

Total Expenses Billed To Date          Billing Empl:       0120      Elihu  Inselbuch
                                                            Responsible Empl:   0120      Elihu  Inselbuch
                                                            Alternate Empl:     0120      Elihu  Inselbuch
                                                            Originating Empl:   0120      Elihu  Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 431.24 | 0.00 | 431.24 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 4,902.44 | 0.00 | 3,557.44 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 2,817.69 | 0.00 | 2,603.69 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 755.77 | 0.00 | 584.77 |
| 0128 | SAT | Samira A Taylor | 0.00 | 101.70 | 0.00 | 101.70 |
| 0187 | NDF | Nathan D Finch | 0.00 | 149,881.30 | 0.00 | 149,761.30 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 32.40 | 0.00 | 32.40 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 9.70 | 0.00 | 9.70 |
| 0251 | JO | Joan  O'Brien | 0.00 | 27.10 | 0.00 | 27.10 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 1.40 | 0.00 | 1.40 |
| 0308 | DBS | David B Smith | 0.00 | 3,888.23 | 0.00 | 3,768.23 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 7.80 | 0.00 | 7.80 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 10.20 | 0.00 | 10.20 |
| 0334 | JPW | James P Wehner | 0.00 | 2,927.40 | 0.00 | 2,807.40 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 25.20 | 0.00 | 25.20 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 8,962.49 | 0.00 | 8,962.49 |
| **Total Fees** | | | **0.00** | **174,782.06** | **0.00** | **172,692.06** |

{D0100051.1 }

Client Number:  4642                    Grace Asbestos Personal Injury Claimants

Matter        000                       Disbursements

Attn:

Print Date/Time: 12/20/2007  2:03:38PM

Invoice #

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2148447 | ADA Travel  Refund is on NDF 10/31 r/t Los Angeles | E | 10/09/2007 | 0187 | NDF | | 0.00 | -$934.80 | | 0.00 | -$934.80 | -934.80 |
| 2171595 | Photocopy | E | 10/25/2007 | 0999 | C&D | | 0.00 | $129.30 | | 0.00 | $129.30 | -805.50 |
| 2157111 | Jane Rose Reporting;  Deposition of Jeffrey Dahl | E | 11/01/2007 | 0187 | NDF | | 0.00 | $2,382.84 | | 0.00 | $2,382.84 | 1,577.34 |
| 2157112 | Jane Rose Reporting;  Deposition of Joseph Rodricks | E | 11/01/2007 | 0187 | NDF | | 0.00 | $3,398.56 | | 0.00 | $3,398.56 | 4,975.90 |
| 2157113 | EI;  Travel expenses to Wilmington for Mekus deposition on 10/30  for train fare (Coach fare $169.00) | E | 11/01/2007 | 0120 | EI | | 0.00 | $340.00 | | 0.00 | $169.00 | 5,144.90 |
| 2157120 | Storey & Miller Court Reporters;  Alan Whitehouse, MD deposition | E | 11/01/2007 | 0308 | DBS | | 0.00 | $798.90 | | 0.00 | $798.90 | 5,943.80 |
| 2158132 | Photocopy | E | 11/01/2007 | 0220 | SKL | | 0.00 | $1.60 | | 0.00 | $1.60 | 5,945.40 |
| 2158133 | Photocopy | E | 11/01/2007 | 0220 | SKL | | 0.00 | $0.80 | | 0.00 | $0.80 | 5,946.20 |
| 2158152 | Photocopy | E | 11/01/2007 | 0999 | C&D | | 0.00 | $368.40 | | 0.00 | $368.40 | 6,314.60 |
| 2158159 | Photocopy | E | 11/01/2007 | 0999 | C&D | | 0.00 | $159.00 | | 0.00 | $159.00 | 6,473.60 |
| 2158178 | Photocopy | E | 11/01/2007 | 0999 | C&D | | 0.00 | $346.20 | | 0.00 | $346.20 | 6,819.80 |
| 2158180 | Photocopy | E | 11/01/2007 | 0308 | DBS | | 0.00 | $31.20 | | 0.00 | $31.20 | 6,851.00 |
| 2158184 | Photocopy | E | 11/01/2007 | 0308 | DBS | | 0.00 | $8.80 | | 0.00 | $8.80 | 6,859.80 |
| 2158205 | Photocopy | E | 11/01/2007 | 0308 | DBS | | 0.00 | $1.00 | | 0.00 | $1.00 | 6,860.80 |

{D0100051.1 }

Client Number:  4642
Matter      000

Grace Asbestos Personal Injury Claimants
Disbursements

Page: 1
12/20/2007

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2158213 | Photocopy | | E | 11/01/2007 | 0999 | C&D | 0.00 | $202.80 | 0.00 | $202.80 | 7,063.60 |
| 2158220 | Photocopy | | E | 11/01/2007 | 0999 | C&D | 0.00 | $84.30 | 0.00 | $84.30 | 7,147.90 |
| 2158227 | Photocopy | | E | 11/01/2007 | 0308 | DBS | 0.00 | $16.50 | 0.00 | $16.50 | 7,164.40 |
| 2158228 | Photocopy | | E | 11/01/2007 | 0308 | DBS | 0.00 | $15.00 | 0.00 | $15.00 | 7,179.40 |
| 2158236 | Photocopy | | E | 11/01/2007 | 0308 | DBS | 0.00 | $0.70 | 0.00 | $0.70 | 7,180.10 |
| 2158240 | Photocopy | | E | 11/01/2007 | 0251 | JO | 0.00 | $0.40 | 0.00 | $0.40 | 7,180.50 |
| 2158241 | Photocopy | | E | 11/01/2007 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 7,180.60 |
| 2158242 | Photocopy | | E | 11/01/2007 | 0308 | DBS | 0.00 | $1.20 | 0.00 | $1.20 | 7,181.80 |
| 2158244 | Photocopy | | E | 11/01/2007 | 0308 | DBS | 0.00 | $7.80 | 0.00 | $7.80 | 7,189.60 |
| 2158246 | Photocopy | | E | 11/01/2007 | 0308 | DBS | 0.00 | $14.00 | 0.00 | $14.00 | 7,203.60 |
| 2158247 | Photocopy | | E | 11/01/2007 | 0308 | DBS | 0.00 | $1.20 | 0.00 | $1.20 | 7,204.80 |
| 2158364 | Postage | | E | 11/02/2007 | 0999 | C&D | 0.00 | $28.05 | 0.00 | $28.05 | 7,232.85 |
| 2159957 | Photocopy | | E | 11/02/2007 | 0999 | C&D | 0.00 | $3.70 | 0.00 | $3.70 | 7,236.55 |
| 2159965 | Photocopy | | E | 11/02/2007 | 0999 | C&D | 0.00 | $84.70 | 0.00 | $84.70 | 7,321.25 |
| 2159975 | Photocopy | | E | 11/02/2007 | 0327 | ALV | 0.00 | $6.60 | 0.00 | $6.60 | 7,327.85 |
| 2159983 | Photocopy | | E | 11/02/2007 | 0255 | DAT | 0.00 | $0.10 | 0.00 | $0.10 | 7,327.95 |
| 2159997 | Photocopy | | E | 11/02/2007 | 0308 | DBS | 0.00 | $30.00 | 0.00 | $30.00 | 7,357.95 |
| 2160013 | Photocopy | | E | 11/02/2007 | 0308 | DBS | 0.00 | $29.00 | 0.00 | $29.00 | 7,386.95 |
| | | | | | | ALV | | | | | |

**Grace Asbestos Personal Injury Claimants**
**Disbursements**

Attn:

Print Date/Time: 12/20/2007  2:03:38PM

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2160030 | Photocopy | E | 11/02/2007 | 0327 | | 0.00 | $3.60 | 0.00 | $3.60 | 7,390.55 |
| 2160048 | Photocopy | E | 11/02/2007 | 0308 | DBS | 0.00 | $10.00 | 0.00 | $10.00 | 7,400.55 |
| 2160060 | Photocopy | E | 11/02/2007 | 0128 | SAT | 0.00 | $0.30 | 0.00 | $0.30 | 7,400.85 |
| 2162481 | Photocopy | E | 11/02/2007 | 0999 | C&D | 0.00 | $8.00 | 0.00 | $8.00 | 7,408.85 |
| 2162482 | Photocopy | E | 11/03/2007 | 0001 | BSB | 0.00 | $8.00 | 0.00 | $8.00 | 7,416.85 |
| 2160065 | Photocopy | E | 11/03/2007 | 0128 | SAT | 0.00 | $0.20 | 0.00 | $0.20 | 7,417.05 |
| 2160068 | Photocopy | E | 11/04/2007 | 0308 | DBS | 0.00 | $72.00 | 0.00 | $72.00 | 7,489.05 |
| 2160069 | Photocopy | E | 11/04/2007 | 0308 | DBS | 0.00 | $55.00 | 0.00 | $55.00 | 7,544.05 |
| 2160070 | Photocopy | E | 11/04/2007 | 0308 | DBS | 0.00 | $0.50 | 0.00 | $0.50 | 7,544.55 |
| 2160076 | Photocopy | E | 11/05/2007 | 0334 | JPW | 0.00 | $0.20 | 0.00 | $0.20 | 7,544.75 |
| 2160125 | Photocopy | E | 11/05/2007 | 0334 | JPW | 0.00 | $0.90 | 0.00 | $0.90 | 7,545.65 |
| 2160126 | Photocopy | E | 11/05/2007 | 0308 | DBS | 0.00 | $10.20 | 0.00 | $10.20 | 7,555.85 |
| 2160131 | Photocopy | E | 11/05/2007 | 0999 | C&D | 0.00 | $5.60 | 0.00 | $5.60 | 7,561.45 |
| 2160135 | Photocopy | E | 11/05/2007 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 7,562.15 |
| 2160138 | Photocopy | E | 11/05/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 7,562.35 |
| 2160139 | Photocopy | E | 11/05/2007 | 0308 | DBS | 0.00 | $6.00 | 0.00 | $6.00 | 7,568.35 |
| 2160143 | Photocopy | E | 11/05/2007 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 7,569.55 |
| 2160168 | Photocopy | E | 11/05/2007 | 0334 | JPW | 0.00 | $6.10 | 0.00 | $6.10 | 7,575.65 |
| 2160173 | Photocopy | E | 11/05/2007 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 7,575.85 |

Attn:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2159561 | Petty Cash Meal expenses for PVN on travel to San Francisco on 10/28-30 | E | 11/05/2007 | 0020 | PVL | 0.00 | $94.68 | 0.00 | $94.68 | 7,670.53 |
| 2159562 | Petty Cash   Parking and cab expenses for PVNL travel to San Francisco on 10/28-30 | E | 11/05/2007 | 0020 | PVL | 0.00 | $168.00 | 0.00 | $168.00 | 7,838.53 |
| 2159565 | Petty Cash  Late night cab to train station for Suzanne Lurie on 10/30 approved by NDF | E | 11/05/2007 | 0999 | C&D | 0.00 | $10.00 | 0.00 | $10.00 | 7,848.53 |
| 2159569 | Petty Cash  Cab expenses for NDF on travel to NY for meeting with EI on 10/22 | E | 11/05/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 7,888.53 |
| 2159570 | Petty Cash  Meal expense for NDF in NYC for meeting with EI on 10/22 | E | 11/05/2007 | 0187 | NDF | 0.00 | $3.00 | 0.00 | $3.00 | 7,891.53 |
| 2159573 | Petty Cash  Cab expense for JPW t/f deposition on 10/22 | E | 11/05/2007 | 0334 | JPW | 0.00 | $20.00 | 0.00 | $20.00 | 7,911.53 |
| 2159824 | Federal Express to Katherine Hemming from EI on 10/25 | E | 11/05/2007 | 0120 | EI | 0.00 | $4.43 | 0.00 | $4.43 | 7,915.96 |
| 2159830 | High Noon;  Deposition luncheon on 11/2 | E | 11/05/2007 | 0999 | C&D | 0.00 | $287.78 | 0.00 | $287.78 | 8,203.74 |
| 2159834 | Dart Express to Orrick & Herrington on 10/26 | E | 11/05/2007 | 0999 | C&D | 0.00 | $6.25 | 0.00 | $6.25 | 8,209.99 |
| 2159897 | Equitrac - Long Distance to 6094660427 | E | 11/05/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 8,210.06 |
| 2159929 | Equitrac - Long Distance to 4122610310 | E | 11/05/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 8,210.11 |
| 2162485 | Photocopy | E | 11/05/2007 | 0999 | C&D | 0.00 | $55.90 | 0.00 | $55.90 | 8,266.01 |
| 2160174 | Postage | E | 11/06/2007 | 0999 | C&D | 0.00 | $13.74 | 0.00 | $13.74 | 8,279.75 |
| 2160209 | Postage | E | 11/06/2007 | 0999 | C&D | 0.00 | $50.30 | 0.00 | $50.30 | 8,330.05 |
| 2160210 | Postage | E | 11/06/2007 | 0999 | C&D | 0.00 | $58.06 | 0.00 | $58.06 | 8,388.11 |
| 2160223 | Postage | E | 11/06/2007 | 0999 | C&D | 0.00 | $4.60 | 0.00 | $4.60 | 8,392.71 |

Attn:

Print Date/Time: 12/20/2007  2:03:38PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2160522 | Equitrac - Long Distance to 4122610310 | E | 11/06/2007 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 8,392.85 |
| 2160641 | Photocopy | E | 11/06/2007 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 8,393.35 |
| 2160642 | Photocopy | E | 11/06/2007 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 8,393.85 |
| 2160653 | Photocopy | E | 11/06/2007 | 0251 | JO | 0.00 | $7.60 | 0.00 | $7.60 | 8,401.45 |
| 2160699 | Photocopy | E | 11/06/2007 | 0251 | JO | 0.00 | $0.10 | 0.00 | $0.10 | 8,401.55 |
| 2160765 | Photocopy | E | 11/07/2007 | 0308 | DBS | 0.00 | $15.20 | 0.00 | $15.20 | 8,416.75 |
| 2160803 | Photocopy | E | 11/07/2007 | 0220 | SKL | 0.00 | $5.70 | 0.00 | $5.70 | 8,422.45 |
| 2160808 | Photocopy | E | 11/07/2007 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 8,422.75 |
| 2160818 | Photocopy | E | 11/07/2007 | 0308 | DBS | 0.00 | $23.60 | 0.00 | $23.60 | 8,446.35 |
| 2160254 | PVNL;  Travel expenses to San Francisco for meetings on 10/27-10/30 for meals | E | 11/07/2007 | 0020 | PVL | 0.00 | $63.19 | 0.00 | $63.19 | 8,509.54 |
| 2160255 | PVNL;  Travel expenses to San Francisco for meetings on 10/27-10/30 for the Inn San Francisco and the Omni San Francisco hotels | E | 11/07/2007 | 0020 | PVL | 0.00 | $547.37 | 0.00 | $547.37 | 9,056.91 |
| 2160256 | Jane Rose Reporting;  Castleman deposition | E | 11/07/2007 | 0187 | NDF | 0.00 | $1,941.49 | 0.00 | $1,941.49 | 10,998.40 |
| 2160257 | Jane Rose Reporting;  Patricia George-Houser deposition | E | 11/07/2007 | 0187 | NDF | 0.00 | $2,097.32 | 0.00 | $2,097.32 | 13,095.72 |
| 2160258 | Jane Rose Reporting;  M. Laurentius Marais deposition | E | 11/07/2007 | 0187 | NDF | 0.00 | $1,833.24 | 0.00 | $1,833.24 | 14,928.96 |
| 2160259 | Jane Rose Reporting;  David Austern deposition | E | 11/07/2007 | 0187 | NDF | 0.00 | $1,966.57 | 0.00 | $1,966.57 | 16,895.53 |
| 2160260 | Jane Rose Reporting;  Joseph Radecki deposition | E | 11/07/2007 | 0187 | NDF | 0.00 | $1,543.74 | 0.00 | $1,543.74 | 18,439.27 |
| 2160261 | Columbia Catering;  BSB depostion luncheon on 11/5 | E | 11/07/2007 | 0001 | BSB | 0.00 | $168.45 | 0.00 | $168.45 | 18,607.72 |

{D0100051.1 }

**Grace Asbestos Personal Injury Claimants**
**Disbursements**

Attn:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2160262 | NDF;  Travel expenses to California to defend Mark Peterson deposition on 11/1 for meals  (DNF dinner on 10/31 $135.17,   DNF and M. Peterson dinner $504.86 on 11/1) | E | 11/07/2007 | 0187 | NDF | 0.00 | $710.37 | 0.00 | $710.37 | 19,318.09 |
| 2160263 | NDF;  Travel expenses to California to defend Mark Peterson deposition on 11/1 for Four Seasons hotel (room $340.00, Tax 29.50) | E | 11/07/2007 | 0187 | NDF | 0.00 | $369.50 | 0.00 | $369.50 | 19,687.59 |
| 2160264 | MAS, LLC;  Dr. Wm. Longo deposition | E | 11/07/2007 | 0187 | NDF | 0.00 | $4,500.00 | 0.00 | $4,500.00 | 24,187.59 |
| 2160904 | ADA Travel    Coach fare for JPW to Chicago on 10/23 | E | 11/08/2007 | 0334 | JPW | 0.00 | $704.80 | 0.00 | $704.80 | 24,892.39 |
| 2160905 | ADA Travel  Agency fee on  Coach fare for JPW to Chicago on 10/23 | E | 11/08/2007 | 0334 | JPW | 0.00 | $40.00 | 0.00 | $40.00 | 24,932.39 |
| 2160907 | ADA Travel    Coach fare for PVNL from Pittsburgh on 10/26 | E | 11/08/2007 | 0020 | PVL | 0.00 | $659.40 | 0.00 | $659.40 | 25,591.79 |
| 2160908 | ADA Travel  Agency fee on   Coach fare for PVNL from Pittsburgh on 10/26 | E | 11/08/2007 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 25,631.79 |
| 2160911 | ADA Travel   PVNL 10/27 travel to San Francisco (coach fare $1944.80) | E | 11/08/2007 | 0020 | PVL | 0.00 | $3,289.80 | 0.00 | $1,944.80 | 27,576.59 |
| 2160912 | ADA Travel  Agency fee on  PVNL 10/27 travel to San Francisco  (coach fare $1944.80) | E | 11/08/2007 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 27,616.59 |
| 2160917 | ADA Travel    WBS 11/5 travel to NYC  (coach fare $339.00) | E | 11/08/2007 | 0054 | WBS | 0.00 | $459.00 | 0.00 | $339.00 | 27,955.59 |
| 2160918 | ADA Travel Agency fee on   WBS 11/5 travel to NYC | E | 11/08/2007 | 0054 | WBS | 0.00 | $40.00 | 0.00 | $40.00 | 27,995.59 |
| 2160919 | ADA Travel   NDF 11/5 travel to NYC  (coach fare $339.00) | E | 11/08/2007 | 0187 | NDF | 0.00 | $459.00 | 0.00 | $339.00 | 28,334.59 |
| 2160920 | ADA Travel  Agency fee on  NDF 11/5 travel to NYC. | E | 11/08/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 28,374.59 |

Print Date/Time: 12/20/2007  2:03:38PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2160921 | ADA Travel    JPW 11/5 travel to NYC  (coach fare $339.00) | | E | 11/08/2007 | 0334 | JPW | 0.00 | $459.00 | 0.00 | $339.00 | 28,713.59 |
| 2160922 | ADA Travel Agency fee on  JPW 11/5 travel to NYC. | | E | 11/08/2007 | 0334 | JPW | 0.00 | $40.00 | 0.00 | $40.00 | 28,753.59 |
| 2160923 | ADA Travel   DBS 11/5 travel to NYC  (coach fare $339.00) | | E | 11/08/2007 | 0308 | DBS | 0.00 | $459.00 | 0.00 | $339.00 | 29,092.59 |
| 2160924 | ADA Travel Agency fee on  DBS 11/5 travel to NYC. | | E | 11/08/2007 | 0308 | DBS | 0.00 | $40.00 | 0.00 | $40.00 | 29,132.59 |
| 2160928 | ADA Travel   WBS 11/5 travel to NYC  (coach fare $146.00) | | E | 11/08/2007 | 0054 | WBS | 0.00 | $240.00 | 0.00 | $146.00 | 29,278.59 |
| 2160929 | ADA Travel Agency fee on  WBS 11/5 travel to NYC. | | E | 11/08/2007 | 0054 | WBS | 0.00 | $40.00 | 0.00 | $40.00 | 29,318.59 |
| 2160930 | ADA Travel   Coach fare for WBS 11/6 travel from New York. | | E | 11/08/2007 | 0054 | WBS | 0.00 | $349.40 | 0.00 | $349.40 | 29,667.99 |
| 2160936 | ADA Travel    Coach fare for WBS travel to Chicago on 11/11 | | E | 11/08/2007 | 0054 | WBS | 0.00 | $348.80 | 0.00 | $348.80 | 30,016.79 |
| 2160937 | ADA Travel Agency fee on  Coach fare for WBS travel to Chicago on 11/11 | | E | 11/08/2007 | 0054 | WBS | 0.00 | $40.00 | 0.00 | $40.00 | 30,056.79 |
| 2160938 | University of Minnesota;  Photocopies of several articles | | E | 11/08/2007 | 0054 | WBS | 0.00 | $202.50 | 0.00 | $202.50 | 30,259.29 |
| 2161555 | Photocopy | | E | 11/08/2007 | 0308 | DBS | 0.00 | $5.60 | 0.00 | $5.60 | 30,264.89 |
| 2161576 | Photocopy | | E | 11/08/2007 | 0251 | JO | 0.00 | $14.50 | 0.00 | $14.50 | 30,279.39 |
| 2161579 | Photocopy | | E | 11/08/2007 | 0251 | JO | 0.00 | $2.40 | 0.00 | $2.40 | 30,281.79 |
| 2161598 | Photocopy | | E | 11/08/2007 | 0251 | JO | 0.00 | $0.20 | 0.00 | $0.20 | 30,281.99 |
| 2161602 | Photocopy | | E | 11/08/2007 | 0251 | JO | 0.00 | $0.60 | 0.00 | $0.60 | 30,282.59 |
| 2161630 | Photocopy | | E | 11/08/2007 | 0308 | DBS | 0.00 | $0.70 | 0.00 | $0.70 | 30,283.29 |
| 2161375 | Equitrac - Long Distance to 8608821676 | | E | 11/08/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 30,283.34 |

{D0100051.1 }

Print Date/Time: 12/20/2007  2:03:38PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2161405 | Equitrac - Long Distance to 2123198798 | E | 11/08/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 30,283.39 |
| 2161410 | Equitrac - Long Distance to 4159624400 | E | 11/08/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 30,283.44 |
| 2161415 | Equitrac - Long Distance to 3024261900 | E | 11/08/2007 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 30,283.74 |
| 2161416 | Equitrac - Long Distance to 3105819309 | E | 11/08/2007 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 30,283.98 |
| 2161419 | Equitrac - Long Distance to 3105819309 | E | 11/08/2007 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 30,284.15 |
| 2161472 | Equitrac - Long Distance to 3105819309 | E | 11/09/2007 | 0999 | C&D | 0.00 | $1.01 | 0.00 | $1.01 | 30,285.16 |
| 2161473 | Equitrac - Long Distance to 3105819309 | E | 11/09/2007 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 30,285.33 |
| 2161474 | Equitrac - Long Distance to 3105819309 | E | 11/09/2007 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 30,285.50 |
| 2161662 | Photocopy | E | 11/09/2007 | 0308 | DBS | 0.00 | $4.50 | 0.00 | $4.50 | 30,290.00 |
| 2161687 | Photocopy | E | 11/09/2007 | 0308 | DBS | 0.00 | $15.20 | 0.00 | $15.20 | 30,305.20 |
| 2161692 | Photocopy | E | 11/09/2007 | 0308 | DBS | 0.00 | $24.20 | 0.00 | $24.20 | 30,329.40 |
| 2161693 | Photocopy | E | 11/09/2007 | 0999 | C&D | 0.00 | $7.60 | 0.00 | $7.60 | 30,337.00 |
| 2161701 | Photocopy | E | 11/09/2007 | 0255 | DAT | 0.00 | $0.20 | 0.00 | $0.20 | 30,337.20 |
| 2161719 | Photocopy | E | 11/09/2007 | 0308 | DBS | 0.00 | $24.10 | 0.00 | $24.10 | 30,361.30 |
| 2161733 | Photocopy | E | 11/09/2007 | 0308 | DBS | 0.00 | $85.90 | 0.00 | $85.90 | 30,447.20 |
| 2161736 | Photocopy | E | 11/09/2007 | 0308 | DBS | 0.00 | $2.60 | 0.00 | $2.60 | 30,449.80 |
| 2161742 | Photocopy | E | 11/09/2007 | 0308 | DBS | 0.00 | $8.10 | 0.00 | $8.10 | 30,457.90 |
| 2161743 | Photocopy | E | 11/09/2007 | 0308 | DBS | 0.00 | $1.30 | 0.00 | $1.30 | 30,459.20 |
| | | | | | DBS | | | | | |

Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                    Page: 1

Matter      000                         Disbursements                                                               12/20/2007

Attn:

Print Date/Time: 12/20/2007  2:03:38PM

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2161746 | Photocopy | E | 11/09/2007 | 0308 | | 0.00 | $8.00 | 0.00 | $8.00 | 30,467.20 |
| 2161126 | DBS;  Travel expenses to NY for Dunbar deposition on 11/6 for meals | E | 11/09/2007 | 0308 | DBS | 0.00 | $8.25 | 0.00 | $8.25 | 30,475.45 |
| 2161127 | DBS;  Travel expenses to NY for Dunbar deposition on 11/6 for Hotel Elysee | E | 11/09/2007 | 0308 | DBS | 0.00 | $544.03 | 0.00 | $544.03 | 31,019.48 |
| 2161128 | DBS;  Travel expenses to NY for Dunbar deposition on 11/6 for Limo and Car service | E | 11/09/2007 | 0308 | DBS | 0.00 | $25.00 | 0.00 | $25.00 | 31,044.48 |
| 2161129 | WBS;  Travel expenses to NY for Dunbar deposition on 11/6  for Hotel Elysee | E | 11/09/2007 | 0054 | WBS | 0.00 | $546.03 | 0.00 | $546.03 | 31,590.51 |
| 2161130 | WBS;  Travel expenses to NY for Dunbar deposition on 11/6 for cabs | E | 11/09/2007 | 0054 | WBS | 0.00 | $18.00 | 0.00 | $18.00 | 31,608.51 |
| 2161133 | BSB;  Travel expenses to Atlanta for deposition on 10/24.  This is the difference between amount paid for return ticket and amount refunded | E | 11/09/2007 | 0001 | BSB | 0.00 | $175.40 | 0.00 | $175.40 | 31,783.91 |
| 2161134 | NDF;  Travel expenses to NY for Dunbar deposition on 11/4-6 for snack and dinners (one with JPW, DBS, WBS) | E | 11/09/2007 | 0187 | NDF | 0.00 | $323.97 | 0.00 | $323.97 | 32,107.88 |
| 2161135 | NDF;  Travel expenses to NY for Dunbar deposition on 11/4-6 for Hotel Elysee  (room 475.00, taxes 71.03) | E | 11/09/2007 | 0187 | NDF | 0.00 | $546.03 | 0.00 | $546.03 | 32,653.91 |
| 2161136 | NDF;  Travel expenses to NY for Dunbar deposition on 11/4-6 for cabs | E | 11/09/2007 | 0187 | NDF | 0.00 | $25.00 | 0.00 | $25.00 | 32,678.91 |
| 2161139 | Laura S. Welch; Deposition | E | 11/09/2007 | 0187 | NDF | 0.00 | $18,000.00 | 0.00 | $18,000.00 | 50,678.91 |
| 2161140 | Laura S. Welch; Deposition | E | 11/09/2007 | 0187 | NDF | 0.00 | $2,800.00 | 0.00 | $2,800.00 | 53,478.91 |
| 2161141 | Red Top Cab   Late night cabs home for DBS between 10/24 and 10/29 | E | 11/09/2007 | 0308 | DBS | 0.00 | $72.02 | 0.00 | $72.02 | 53,550.93 |
| 2161142 | Red Top Cab  for BSB to National airport on 10/22 | E | 11/09/2007 | 0001 | BSB | 0.00 | $15.89 | 0.00 | $15.89 | 53,566.82 |
| 2161160 | JPW;  Travel expenses to NYC for depositions on | E | 11/12/2007 | 0334 | JPW | 0.00 | $32.09 | 0.00 | $32.09 | 53,598.91 |

{D0100051.1 }

Grace Asbestos Personal Injury Claimants                                                                                     Page: 1

Disbursements                                                                                                                      12/20/2007

Print Date/Time: 12/20/2007  2:03:38PM

Attn:

Invoice #

11/5-6 for meals

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | JPW | | | | | |
| 2161161 | JPW;  Travel expenses to NYC for depositions on 11/5-6 for The Waldorf hotel | E | 11/12/2007 | 0334 | | 0.00 | $830.00 | 0.00 | $830.00 | 54,428.91 |
| | | | | | JPW | | | | | |
| 2161162 | JPW;  Travel expenses to NYC for depositions on 11/5-6 for parking and cabs | E | 11/12/2007 | 0334 | | 0.00 | $40.00 | 0.00 | $40.00 | 54,468.91 |
| | | | | | BSB | | | | | |
| 2161163 | Treasury of the United States;  Certified copies of NIOSH documents | E | 11/12/2007 | 0001 | | 0.00 | $30.00 | 0.00 | $30.00 | 54,498.91 |
| | | | | | C&D | | | | | |
| 2161169 | Business Card;  Expenses charged by the Library re:  BMJ Publishing and T&F Information | E | 11/12/2007 | 0999 | | 0.00 | $62.00 | 0.00 | $62.00 | 54,560.91 |
| | | | | | C&D | | | | | |
| 2161173 | Business Card;   Health Effects Institute;  REI Science by JWR | E | 11/12/2007 | 0999 | | 0.00 | $228.76 | 0.00 | $228.76 | 54,789.67 |
| | | | | | C&D | | | | | |
| 2161174 | Business Card;  Oriental Trading | E | 11/12/2007 | 0999 | | 0.00 | $146.50 | 0.00 | $146.50 | 54,936.17 |
| | | | | | C&D | | | | | |
| 2161179 | Postage | E | 11/12/2007 | 0999 | | 0.00 | $22.86 | 0.00 | $22.86 | 54,959.03 |
| | | | | | C&D | | | | | |
| 2161199 | Postage | E | 11/12/2007 | 0999 | | 0.00 | $18.85 | 0.00 | $18.85 | 54,977.88 |
| | | | | | C&D | | | | | |
| 2161200 | Postage | E | 11/12/2007 | 0999 | | 0.00 | $12.34 | 0.00 | $12.34 | 54,990.22 |
| | | | | | C&D | | | | | |
| 2161204 | Postage | E | 11/12/2007 | 0999 | | 0.00 | $30.72 | 0.00 | $30.72 | 55,020.94 |
| | | | | | C&D | | | | | |
| 2161205 | Postage | E | 11/12/2007 | 0999 | | 0.00 | $30.72 | 0.00 | $30.72 | 55,051.66 |
| | | | | | SKL | | | | | |
| 2161759 | Photocopy | E | 11/12/2007 | 0220 | | 0.00 | $1.00 | 0.00 | $1.00 | 55,052.66 |
| | | | | | C&D | | | | | |
| 2161765 | Photocopy | E | 11/12/2007 | 0999 | | 0.00 | $3.30 | 0.00 | $3.30 | 55,055.96 |
| | | | | | C&D | | | | | |
| 2161774 | Photocopy | E | 11/12/2007 | 0999 | | 0.00 | $62.40 | 0.00 | $62.40 | 55,118.36 |
| | | | | | SKL | | | | | |
| 2161787 | Photocopy | E | 11/12/2007 | 0220 | | 0.00 | $0.40 | 0.00 | $0.40 | 55,118.76 |
| | | | | | C&D | | | | | |
| 2161800 | Photocopy | E | 11/12/2007 | 0999 | | 0.00 | $139.50 | 0.00 | $139.50 | 55,258.26 |

Client Number: 4642     Grace Asbestos Personal Injury Claimants     Page: 1

Matter     000     Disbursements     12/20/2007

Print Date/Time: 12/20/2007  2:03:38PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2161815 | Photocopy | | E | 11/12/2007 | 0308 | DBS | 0.00 | $26.40 | 0.00 | $26.40 | 55,284.66 |
| 2161829 | Photocopy | | E | 11/12/2007 | 0308 | DBS | 0.00 | $181.40 | 0.00 | $181.40 | 55,466.06 |
| 2161842 | Photocopy | | E | 11/12/2007 | 0999 | C&D | 0.00 | $105.30 | 0.00 | $105.30 | 55,571.36 |
| 2161845 | Photocopy | | E | 11/12/2007 | 0308 | DBS | 0.00 | $0.50 | 0.00 | $0.50 | 55,571.86 |
| 2161851 | Photocopy | | E | 11/12/2007 | 0308 | DBS | 0.00 | $32.40 | 0.00 | $32.40 | 55,604.26 |
| 2161857 | Photocopy | | E | 11/12/2007 | 0317 | JAL | 0.00 | $5.40 | 0.00 | $5.40 | 55,609.66 |
| 2161864 | Photocopy | | E | 11/12/2007 | 0308 | DBS | 0.00 | $70.60 | 0.00 | $70.60 | 55,680.26 |
| 2161867 | Postage | | E | 11/13/2007 | 0999 | C&D | 0.00 | $30.72 | 0.00 | $30.72 | 55,710.98 |
| 2161914 | Federal Express to Steve Hays from JPW on 10/23 | | E | 11/13/2007 | 0334 | JPW | 0.00 | $23.43 | 0.00 | $23.43 | 55,734.41 |
| 2162506 | Photocopy | | E | 11/13/2007 | 0220 | SKL | 0.00 | $1.60 | 0.00 | $1.60 | 55,736.01 |
| 2162514 | Photocopy | | E | 11/13/2007 | 0999 | C&D | 0.00 | $16.90 | 0.00 | $16.90 | 55,752.91 |
| 2162524 | Photocopy | | E | 11/13/2007 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 55,753.01 |
| 2162552 | Photocopy | | E | 11/13/2007 | 0308 | DBS | 0.00 | $2.80 | 0.00 | $2.80 | 55,755.81 |
| 2162557 | Photocopy | | E | 11/13/2007 | 0308 | DBS | 0.00 | $14.70 | 0.00 | $14.70 | 55,770.51 |
| 2162560 | Photocopy | | E | 11/13/2007 | 0999 | C&D | 0.00 | $78.20 | 0.00 | $78.20 | 55,848.71 |
| 2162565 | Photocopy | | E | 11/13/2007 | 0999 | C&D | 0.00 | $8.40 | 0.00 | $8.40 | 55,857.11 |
| 2162575 | Photocopy | | E | 11/13/2007 | 0128 | SAT | 0.00 | $65.70 | 0.00 | $65.70 | 55,922.81 |
| 2162583 | Photocopy | | E | 11/13/2007 | 0128 | SAT | 0.00 | $12.60 | 0.00 | $12.60 | 55,935.41 |
| 2162590 | Photocopy | | E | 11/13/2007 | 0317 | JAL | 0.00 | $2.40 | 0.00 | $2.40 | 55,937.81 |

**Grace Asbestos Personal Injury Claimants**                                                      Page: 1
**Disbursements**                                                                                 12/20/2007

Attn:                                                                                                                    Print Date/Time: 12/20/2007  2:03:38PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2162592 | Photocopy | E | 11/13/2007 | 0308 | DBS | 0.00 | $4.20 | 0.00 | $4.20 | 55,942.01 |
| 2162302 | Equitrac - Long Distance to 3024269910 | E | 11/13/2007 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 55,942.30 |
| 2162353 | Equitrac - Long Distance to 3024261900 | E | 11/14/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 55,942.36 |
| 2162593 | Photocopy | E | 11/14/2007 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 55,942.46 |
| 2162596 | Photocopy | E | 11/14/2007 | 0308 | DBS | 0.00 | $8.40 | 0.00 | $8.40 | 55,950.86 |
| 2162661 | Photocopy | E | 11/14/2007 | 0001 | BSB | 0.00 | $6.50 | 0.00 | $6.50 | 55,957.36 |
| 2162678 | Photocopy | E | 11/14/2007 | 0308 | DBS | 0.00 | $13.70 | 0.00 | $13.70 | 55,971.06 |
| 2162241 | Encore Legal Solutions;  Imaging B&W - medium litigation;  Create PDF files | E | 11/14/2007 | 0308 | DBS | 0.00 | $624.53 | 0.00 | $624.53 | 56,595.59 |
| 2162716 | Postage | E | 11/15/2007 | 0999 | C&D | 0.00 | $25.28 | 0.00 | $25.28 | 56,620.87 |
| 2162721 | Postage | E | 11/15/2007 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 56,621.28 |
| 2162766 | Petty Cash  Late night dinner for NDF on 10/25 | E | 11/15/2007 | 0187 | NDF | 0.00 | $15.00 | 0.00 | $15.00 | 56,636.28 |
| 2162767 | Petty Cash   Cab to office from home for NDF to take Florence deposition on 10/26 | E | 11/15/2007 | 0187 | NDF | 0.00 | $25.00 | 0.00 | $25.00 | 56,661.28 |
| 2162768 | Petty Cash  Late night dinner on 9/25 for NDF preparing for court hearing | E | 11/15/2007 | 0187 | NDF | 0.00 | $25.74 | 0.00 | $25.74 | 56,687.02 |
| 2162769 | Petty Cash  Late night cab home for NDF on 9/25 | E | 11/15/2007 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 56,707.02 |
| 2163010 | Legal eStaffing;  Hans Colon's temporary service 10/29-11/4 | E | 11/15/2007 | 0999 | C&D | 0.00 | $112.50 | 0.00 | $112.50 | 56,819.52 |
| 2163011 | Recall Total Information Mgmt;  Document retrieval from storage -NY office | E | 11/15/2007 | 0120 | EI | 0.00 | $411.34 | 0.00 | $411.34 | 57,230.86 |

{D0100051.1 }

Grace Asbestos Personal Injury Claimants
Matter     000    Disbursements    12/20/2007

Attn:    Print Date/Time: 12/20/2007  2:03:38PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2163021 | WBS;  Travel expenses to Chicago for Heckman deposition on 11/12 for meals | E | 11/15/2007 | 0054 | WBS | 0.00 | $34.90 | 0.00 | $34.90 | 57,265.76 |
| 2163022 | WBS;  Travel expenses to Chicago for Heckman deposition on 11/12 for Fairmont Hotel | E | 11/15/2007 | 0054 | WBS | 0.00 | $420.06 | 0.00 | $420.06 | 57,685.82 |
| 2163023 | WBS;  Travel expenses to Chicago for Heckman deposition on 11/12  for cabs and airport parking | E | 11/15/2007 | 0054 | WBS | 0.00 | $79.00 | 0.00 | $79.00 | 57,764.82 |
| 2163030 | Document Tech;  Scanning D work - heavy litigation | E | 11/15/2007 | 0999 | C&D | 0.00 | $287.07 | 0.00 | $287.07 | 58,051.89 |
| 2163031 | Document Tech;  Scanning D work - heavy litigation | E | 11/15/2007 | 0999 | C&D | 0.00 | $450.87 | 0.00 | $450.87 | 58,502.76 |
| 2163033 | High Noon!  NDF client luncheon on 11/14 | E | 11/15/2007 | 0187 | NDF | 0.00 | $208.58 | 0.00 | $208.58 | 58,711.34 |
| 2163204 | Equitrac - Long Distance to 2123297246 | E | 11/15/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 58,711.39 |
| 2163313 | Photocopy | E | 11/15/2007 | 0220 | SKL | 0.00 | $15.00 | 0.00 | $15.00 | 58,726.39 |
| 2163316 | Photocopy | E | 11/15/2007 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 58,727.69 |
| 2163332 | Photocopy | E | 11/15/2007 | 0251 | JO | 0.00 | $0.20 | 0.00 | $0.20 | 58,727.89 |
| 2163364 | Photocopy | E | 11/15/2007 | 0308 | DBS | 0.00 | $65.00 | 0.00 | $65.00 | 58,792.89 |
| 2163387 | Photocopy | E | 11/15/2007 | 0308 | DBS | 0.00 | $23.90 | 0.00 | $23.90 | 58,816.79 |
| 2163413 | Photocopy | E | 11/15/2007 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 58,816.89 |
| 2163415 | Photocopy | E | 11/15/2007 | 0308 | DBS | 0.00 | $2.00 | 0.00 | $2.00 | 58,818.89 |
| 2163434 | Photocopy | E | 11/16/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 58,819.49 |
| 2163449 | Photocopy | E | 11/16/2007 | 0308 | DBS | 0.00 | $1.60 | 0.00 | $1.60 | 58,821.09 |
| | | | | | C&D | | | | | |

Attn:

Print Date/Time: 12/20/2007  2:03:38PM

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2163472 | Photocopy | | E | 11/16/2007 | 0999 | | 0.00 | $7.60 | 0.00 | $7.60 | 58,828.69 |
| 2163483 | Photocopy | | E | 11/16/2007 | 0999 | C&D | 0.00 | $86.20 | 0.00 | $86.20 | 58,914.89 |
| 2163487 | Photocopy | | E | 11/16/2007 | 0999 | C&D | 0.00 | $70.00 | 0.00 | $70.00 | 58,984.89 |
| 2163501 | Photocopy | | E | 11/16/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 58,985.49 |
| 2163516 | Photocopy | | E | 11/16/2007 | 0999 | C&D | 0.00 | $112.20 | 0.00 | $112.20 | 59,097.69 |
| 2163521 | Photocopy | | E | 11/16/2007 | 0999 | C&D | 0.00 | $148.30 | 0.00 | $148.30 | 59,245.99 |
| 2163256 | Equitrac - Long Distance to 3128612422 | | E | 11/16/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 59,246.14 |
| 2163263 | Equitrac - Long Distance to 6094660427 | | E | 11/16/2007 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 59,246.34 |
| 2163267 | Equitrac - Long Distance to 8054993572 | | E | 11/16/2007 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 59,246.51 |
| 2163284 | Equitrac - Long Distance to 5094556931 | | E | 11/16/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 59,246.56 |
| 2163527 | Photocopy | | E | 11/18/2007 | 0334 | JPW | 0.00 | $9.20 | 0.00 | $9.20 | 59,255.76 |
| 2163569 | Postage | | E | 11/19/2007 | 0999 | C&D | 0.00 | $37.23 | 0.00 | $37.23 | 59,292.99 |
| 2163592 | Postage | | E | 11/19/2007 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 59,293.40 |
| 2163652 | Photocopy | | E | 11/19/2007 | 0308 | DBS | 0.00 | $9.60 | 0.00 | $9.60 | 59,303.00 |
| 2163712 | Equitrac - Long Distance to 3025737786 | | E | 11/19/2007 | 0999 | C&D | 0.00 | $0.59 | 0.00 | $0.59 | 59,303.59 |
| 2164104 | Photocopy | | E | 11/20/2007 | 0128 | SAT | 0.00 | $22.90 | 0.00 | $22.90 | 59,326.49 |
| 2164475 | Jane Rose Reporting;  Deposition of Stallard | | E | 11/20/2007 | 0187 | NDF | 0.00 | $1,148.14 | 0.00 | $1,148.14 | 60,474.63 |
| 2164476 | Snyder Miller & Orton;    Services 10/1/07 through 10/31/07 | | E | 11/20/2007 | 0187 | NDF | 0.00 | $25,446.99 | 0.00 | $25,446.99 | 85,921.62 |
| 2164205 | Photocopy | | E | 11/21/2007 | 0237 | SRB | 0.00 | $3.20 | 0.00 | $3.20 | 85,924.82 |

**Grace Asbestos Personal Injury Claimants**                    Page: 1
**Disbursements**                                                   12/20/2007

Attn:                                                                                   Print Date/Time: 12/20/2007  2:03:38PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2164215 | Photocopy | E | 11/21/2007 | 0237 | SRB | 0.00 | $6.00 | 0.00 | $6.00 | 85,930.82 |
| 2164222 | Photocopy | E | 11/21/2007 | 0237 | SRB | 0.00 | $0.50 | 0.00 | $0.50 | 85,931.32 |
| 2163946 | Equitrac - Long Distance to 8432169206 | E | 11/21/2007 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 85,931.57 |
| 2164262 | Photocopy | E | 11/25/2007 | 0334 | JPW | 0.00 | $0.60 | 0.00 | $0.60 | 85,932.17 |
| 2164276 | Photocopy | E | 11/26/2007 | 0255 | DAT | 0.00 | $1.10 | 0.00 | $1.10 | 85,933.27 |
| 2164289 | Photocopy | E | 11/26/2007 | 0334 | JPW | 0.00 | $0.50 | 0.00 | $0.50 | 85,933.77 |
| 2164297 | Photocopy | E | 11/26/2007 | 0308 | DBS | 0.00 | $4.00 | 0.00 | $4.00 | 85,937.77 |
| 2164313 | Photocopy | E | 11/26/2007 | 0251 | JO | 0.00 | $0.50 | 0.00 | $0.50 | 85,938.27 |
| 2164323 | Photocopy | E | 11/26/2007 | 0334 | JPW | 0.00 | $0.30 | 0.00 | $0.30 | 85,938.57 |
| 2164328 | Photocopy | E | 11/26/2007 | 0251 | JO | 0.00 | $0.40 | 0.00 | $0.40 | 85,938.97 |
| 2164335 | Photocopy | E | 11/26/2007 | 0251 | JO | 0.00 | $0.20 | 0.00 | $0.20 | 85,939.17 |
| 2164374 | Photocopy | E | 11/26/2007 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 85,939.37 |
| 2164033 | Equitrac - Long Distance to 2125065291 | E | 11/26/2007 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 85,939.53 |
| 2167062 | Travel Expenses - Ground Transportation - EI NY-Wilmington trip to attend court conf on 11/26 | E | 11/26/2007 | 0999 | C&D | 0.00 | $25.00 | 0.00 | $25.00 | 85,964.53 |
| 2164483 | Meals Related to Travel - JPW Dinner with NDF at Giambelli 50th Restaurant | E | 11/27/2007 | 0334 | JPW | 0.00 | $180.64 | 0.00 | $180.64 | 86,145.17 |
| 2164484 | Air & Train Transportation - JPW Amtrak coach fare from Trenton to NY on 11/19  re Deposition | E | 11/27/2007 | 0334 | JPW | 0.00 | $49.00 | 0.00 | $49.00 | 86,194.17 |
| 2164485 | Travel Expenses - Hotel Charges - JPW Hotel | E | 11/27/2007 | 0334 | JPW | 0.00 | $394.64 | 0.00 | $394.64 | 86,588.81 |

{D0100051.1 }

Attn:

Elysse re NJ Deposition on 11/19

| | | | | | JPW | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2164486 | Travel Expenses - Ground Transportation JPW Taxi to Trenton, NJ train station from Hopewell, NJ on 11.19 re: deposition | E | 11/27/2007 | 0334 | | 0.00 | $60.00 | 0.00 | $60.00 | 86,648.81 |
| | | | | | JPW | | | | | |
| 2164487 | Travel Expenses - Miscellaneous - JPW Parking at Union Station on 11/20 re deposition | E | 11/27/2007 | 0334 | | 0.00 | $36.00 | 0.00 | $36.00 | 86,684.81 |
| | | | | | DBS | | | | | |
| 2164495 | Meals Related to Travel - DBS - Trip to Pittsburgh 11/19-20 to meet & Coordinate trial logistics with court staff, local counsel & vendors  (Breakfast & Lunch (2) | E | 11/27/2007 | 0308 | | 0.00 | $17.82 | 0.00 | $17.82 | 86,702.63 |
| | | | | | DBS | | | | | |
| 2164496 | Travel Expenses - Ground Transportation - DBS - Trip to Pittsburgh 11/19-20 to meet & Coordinate trial logistics with court staff, local counsel & vendors (Car rental Enterprise $59.11; Tolls Pa Tpke $14.50; Gasoline $49.22) | E | 11/27/2007 | 0308 | | 0.00 | $122.83 | 0.00 | $122.83 | 86,825.46 |
| | | | | | DBS | | | | | |
| 2164497 | Travel Expenses - Miscellaneous - DBS - Trip to Pittsburgh 11/19-20 to meet & Coordinate trial logistics with court staff, local counsel & vendors (Pkg at Mellon Sqr garage) | E | 11/27/2007 | 0308 | | 0.00 | $11.00 | 0.00 | $11.00 | 86,836.46 |
| | | | | | NDF | | | | | |
| 2164498 | Meals Related to Travel - NDF Meeting at VERUS in NJ 11/19 (NDF-JPW); Meeting at Kirkland & Ellis 11/20 (Breakfast/snack 11/19) | E | 11/27/2007 | 0187 | | 0.00 | $16.99 | 0.00 | $16.99 | 86,853.45 |
| | | | | | NDF | | | | | |
| 2164499 | Air & Train Transportation - NDF Meeting at VERUS in NJ 11/19 (NDF-JPW); Meeting at Kirkland & Ellis 11/20 (Coach fare Train from Trenton to NY) | E | 11/27/2007 | 0187 | | 0.00 | $49.00 | 0.00 | $49.00 | 86,902.45 |
| | | | | | NDF | | | | | |
| 2164500 | Travel Expenses - Hotel Charges - NDF Meeting at VERUS in NJ 11/19 (NDF-JPW); Meeting at Kirkland & Ellis (11/20 room for NDF $345.00 room, $49.64 for taxes) | E | 11/27/2007 | 0187 | | 0.00 | $394.64 | 0.00 | $394.64 | 87,297.09 |
| | | | | | NDF | | | | | |
| 2164501 | Travel Expenses - Ground Transportation - NDF Meeting at VERUS in NJ 11/19 (NDF-JPW); Meeting at Kirkland & Ellis 11/20 (11/19 Cab f/Trenton train St to VERUS offices NDF & JPW); (11/20 cab from hotel to K&E in NY NDF & JPW) | E | 11/27/2007 | 0187 | | 0.00 | $68.00 | 0.00 | $68.00 | 87,365.09 |

{D0100051.1 }

Attn:

Print Date/Time: 12/20/2007  2:03:38PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2164508 | Local Transportation - DC - NDF cab home from office both nights 11/8 & 11/14 ($20 each way) | E | 11/27/2007 | 0999 | C&D | 0.00 | $40.00 | 0.00 | $40.00 | 87,405.09 |
| 2164527 | Travel Expenses - Ground Transportation - EI trip to Wilmington on 10/30 for Mekus deposition | E | 11/27/2007 | 0999 | C&D | 0.00 | $32.00 | 0.00 | $32.00 | 87,437.09 |
| 2165868 | Photocopy | E | 11/27/2007 | 0308 | DBS | 0.00 | $0.40 | 0.00 | $0.40 | 87,437.49 |
| 2165876 | Photocopy | E | 11/27/2007 | 0001 | BSB | 0.00 | $23.20 | 0.00 | $23.20 | 87,460.69 |
| 2164437 | Postage | E | 11/27/2007 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 87,461.10 |
| 2165987 | Photocopy | E | 11/28/2007 | 0001 | BSB | 0.00 | $3.80 | 0.00 | $3.80 | 87,464.90 |
| 2165990 | Court Reporting/Transcript Service - Jane Rose Reporting  Services for October 2007 (Hays, Longo, Nurre & Moolgavkar depositions) | E | 11/28/2007 | 0187 | NDF | 0.00 | $14,172.77 | 0.00 | $14,172.77 | 101,637.67 |
| 2165991 | Court Reporting/Transcript Service - Jane Rose Reporting for services Oct 30 - Nov 2, 2007 (For Mekus, Jacogy, Peterson & Anderson depositions) | E | 11/28/2007 | 0187 | NDF | 0.00 | $10,466.23 | 0.00 | $10,466.23 | 112,103.90 |
| 2165992 | Court Reporting/Transcript Service - Jane Rose Reporting services for (Marais deposition 10/16); (Kazan deposition 10/29);  & Florence deposition 10/30) | E | 11/28/2007 | 0187 | NDF | 0.00 | $8,203.37 | 0.00 | $8,203.37 | 120,307.27 |
| 2165993 | Travel Expenses - Miscellaneous - Four Seasons Hotel, Westlake Village - Balance of bill due for conference room rental/IT services for Peterson deposition hel on 11/13/07 | E | 11/28/2007 | 0187 | NDF | 0.00 | $647.22 | 0.00 | $647.22 | 120,954.49 |
| 2165994 | Miscellaneous: Client Advances - University of Minnesota - Library usage | E | 11/28/2007 | 0187 | NDF | 0.00 | $106.30 | 0.00 | $106.30 | 121,060.79 |
| 2165995 | Professional Fees & Expert Witness Fees - Gobbell Hays Partners, Inc. Prof svces & Deposition time for October, 2007 | E | 11/28/2007 | 0187 | NDF | 0.00 | $46,734.90 | 0.00 | $46,734.90 | 167,795.69 |
| 2165998 | Meals Related to Travel - NDF - attend hearing in Wilmington on 11/26/07 (Breakfast/snack 11/26) | E | 11/28/2007 | 0187 | NDF | 0.00 | $26.60 | 0.00 | $26.60 | 167,822.29 |
| | | | | | NDF | | | | | |

Attn:

Print Date/Time: 12/20/2007  2:03:38PM

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2165999 | Travel Expenses - Ground Transportation - NDF - attend hearing in Wilmington on 11/26/07 (Cabs r/t from train st to court & from Union St home) | E | 11/28/2007 | 0187 | | 0.00 | $60.00 | 0.00 | $60.00 | 167,882.29 |
| 2166109 | Equitrac - Long Distance to 2123199240 | E | 11/28/2007 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 167,882.42 |
| 2166190 | Postage | E | 11/29/2007 | 0999 | C&D | 0.00 | $14.81 | 0.00 | $14.81 | 167,897.23 |
| 2167944 | Photocopy | E | 11/29/2007 | 0308 | DBS | 0.00 | $0.30 | 0.00 | $0.30 | 167,897.53 |
| 2168173 | Equitrac - Long Distance to 3024261900 | E | 11/29/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 167,897.62 |
| 2168175 | Equitrac - Long Distance to 3024261900 | E | 11/29/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 167,897.69 |
| 2168210 | Equitrac - Long Distance to 2125065186 | E | 11/29/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 167,897.84 |
| 2170910 | NYO November postage | E | 11/29/2007 | 0999 | C&D | 0.00 | $3.93 | 0.00 | $3.93 | 167,901.77 |
| 2168253 | Equitrac - Long Distance to 3024261900 | E | 11/30/2007 | 0999 | C&D | 0.00 | $1.16 | 0.00 | $1.16 | 167,902.93 |
| 2168257 | Equitrac - Long Distance to 2123199240 | E | 11/30/2007 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 167,903.20 |
| 2168280 | Equitrac - Long Distance to 3128613465 | E | 11/30/2007 | 0999 | C&D | 0.00 | $0.53 | 0.00 | $0.53 | 167,903.73 |
| 2168456 | NYO Long Distance Telephone / Conference Calls: Teleconf. re: Grace term sheet status with EI, Austern, Frankel & Rice on 10/24 | E | 11/30/2007 | 0999 | C&D | 0.00 | $33.97 | 0.00 | $33.97 | 167,937.70 |
| 2168484 | Database Research - Westlaw by BSB on 11/12-20 | E | 11/30/2007 | 0999 | C&D | 0.00 | $275.10 | 0.00 | $275.10 | 168,212.80 |
| 2168485 | Database Research - Westlaw by JMR on 11/7 | E | 11/30/2007 | 0999 | C&D | 0.00 | $410.19 | 0.00 | $410.19 | 168,622.99 |
| 2168486 | Database Research - Westlaw by WBS on 11/29-30 | E | 11/30/2007 | 0999 | C&D | 0.00 | $530.90 | 0.00 | $530.90 | 169,153.89 |
| 2168487 | Database Research - Westlaw by DBS on 11/7-12 | E | 11/30/2007 | 0999 | C&D | 0.00 | $633.93 | 0.00 | $633.93 | 169,787.82 |

{D0100051.1 }

Client Number:  4642      Grace Asbestos Personal Injury Claimants      Page: 1

Matter      000      Disbursements      12/20/2007

Print Date/Time: 12/20/2007  2:03:38PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2168488 | Database Research - Westlaw by ALV on 11/13-28 | E | 11/30/2007 | 0999 | C&D | 0.00 | $270.20 | 0.00 | $270.20 | 170,058.02 |
| 2168489 | Database Research - Westlaw by JPW on 11/5-28 | E | 11/30/2007 | 0999 | C&D | 0.00 | $1,598.55 | 0.00 | $1,598.55 | 171,656.57 |
| 2168490 | Database Research - Westlaw by AJS on 11/29-30 | E | 11/30/2007 | 0999 | C&D | 0.00 | $465.14 | 0.00 | $465.14 | 172,121.71 |
| 2168491 | Database Research - Westlaw by JAL on 11/14 | E | 11/30/2007 | 0999 | C&D | 0.00 | $371.50 | 0.00 | $371.50 | 172,493.21 |
| 2167997 | Photocopy | E | 11/30/2007 | 0308 | DBS | 0.00 | $6.60 | 0.00 | $6.60 | 172,499.81 |
| 2168005 | Photocopy | E | 11/30/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 172,500.21 |
| 2168031 | Photocopy | E | 11/30/2007 | 0308 | DBS | 0.00 | $5.80 | 0.00 | $5.80 | 172,506.01 |
| 2168034 | Photocopy | E | 11/30/2007 | 0308 | DBS | 0.00 | $3.90 | 0.00 | $3.90 | 172,509.91 |
| 2168064 | Photocopy | E | 11/30/2007 | 0363 | AJS | 0.00 | $7.50 | 0.00 | $7.50 | 172,517.41 |
| 2168068 | Photocopy | E | 11/30/2007 | 0363 | AJS | 0.00 | $11.30 | 0.00 | $11.30 | 172,528.71 |
| 2168070 | Photocopy | E | 11/30/2007 | 0363 | AJS | 0.00 | $6.40 | 0.00 | $6.40 | 172,535.11 |
| 2166242 | Court Reporting/Transcript Service -Storey & Miller Court Reporters - A. Whitehouse Deposition Nov 15, 2007 | E | 11/30/2007 | 0308 | DBS | 0.00 | $156.95 | 0.00 | $156.95 | 172,692.06 |

Total Expenses

$174,782.06      $172,692.06

0.00      0.00

Matter Total Fees      0.00      0.00

Matter Total Expenses      174,782.06      172,692.06

Matter Total      0.00      174,782.06      0.00      172,692.06

Prebill Total Fees

Prebill Total Expenses      $174,782.06      $172,692.06

Prebill Total      0.00      $174,782.06      0.00      $172,692.06

Previous Billings

{D0100051.1 }

Client Number:  4642          Grace Asbestos Personal Injury Claimants                                    Page: 1

Matter     000              Disbursements                                                                 12/20/2007

Print Date/Time: 12/20/2007  2:03:38PM

Attn:

Invoice #

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|-----------|-------------|-------------:|----------:|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 58,439 | 05/22/2007 | 353,903.50 | 70,780.70 |
| 58,979 | 06/29/2007 | 408,209.50 | 81,641.90 |
| 59,278 | 07/23/2007 | 287,802.00 | 57,560.40 |
| 59,594 | 08/20/2007 | 376,064.00 | 75,212.80 |
| 60,172 | 09/30/2007 | 416,370.00 | 83,274.00 |
| 60,492 | 10/29/2007 | 728,793.25 | 728,793.25 |
| 60,664 | 11/29/2007 | 853,306.91 | 853,306.91 |
| | | 3,773,558.66 | 1,958,818.73 |

{D0100051.1 }