## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: January 18, 2008 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## SEVENTY-EIGHTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/05/07 14 | Review DEP appeal brief; forward to client. A. Marchetta | 0.6 | 354.00 |
| 11/05/07 14 | Searched regarding compilation of information on current status of investigation and related issues. S. Parker | 0.4 | 58.00 |
| 11/05/07 14 | Worked with A. Marchetta regarding NJDEP's appeal brief and corresponding appendices. S. Parker | 0.2 | 29.00 |
| 11/07/07 14 | Review Appellant Brief regarding factual allegations response. A. Marchetta | 0.5 | 295.00 |
| 11/07/07 14 | Searched regarding compilation of information on current status of investigation and related issues; Forwarded same to A. Marchetta and B. Moffitt with brief summary of same. S. Parker | 0.4 | 58.00 |
| 11/08/07 14 | Work with B. Moffitt and follow up regarding issues on brief. A. Marchetta | 0.4 | 236.00 |
| 11/08/07 3 | Review NJDEP brief re appeal of order denying leave to file late proof of claim; work with A. Marchetta and S. Parker re same and prepare e-mail to L Sinanyan re same. B. Moffitt | 1.7 | 646.00 |
| 11/09/07 14 | Telephone call with Judge's Clerk regarding status and follow up regarding letter to Judge. A. Marchetta | 0.6 | 354.00 |
| 11/12/07 14 | Work with B. Moffitt regarding letter to court; follow up regarding subpoenas. A. Marchetta | 0.6 | 354.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| 11/12/07 | Preparation of letter to Magistrate Judge Bongiovanni re case status; work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.4 | 152.00 |

| 11/13/07 | Review e-mail from D.A.G. Dickinson re letter to Magistrate Judge Bongiovanni re case status; finalize and file the letter. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |

| 11/14/07 | Follow up regarding appeal response and information for same. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |

| 11/14/07 | Follow up re status of opposition to NJDEP appeal of order denying leave to file late proof of claim and preparation of e-mail re same. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |

| 11/14/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 11/15/07 | Work on appeal brief information. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |

| 11/15/07 | E-mail exchange with L. Sinanyan re: opposition to NJDEP appeal of order denying leave to file late proof of claim. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |

| 11/16/07 | Work with B. Moffitt regarding response to Kirkland & Ellis issues on brief and follow up regarding information on same. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |

| 11/16/07 | Work with L. Sinanyan re: opposition to NJDEP appeal of order denying leave to file late proof of claim. | | |
| 3 | B. Moffitt | 1.6 | 608.00 |

| 11/16/07 | Worked with B. Moffitt regarding confirmation of information requested by L. Sinanyan needed to prepare brief in opposition to NJDEP's appellate brief. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 11/19/07 | Follow up with J. Spielberg and L. Sinanyan on statement. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |

| 11/19/07 | Work with B. Moffitt and follow up regarding information for brief. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |

| 11/19/07 | Address case issues and article | | |

3

| 14 | W. Hatfield | 0.3 | 117.00 |

| 11/19/07 | Work with L. Sinanyan re: opposition to NJDEP appeal of order denying leave to file late proof of claim; work with J. Spielberg and S. Parker re same; telephone call regarding same. | | |
| 3 | B. Moffitt | 1.7 | 646.00 |

| 11/19/07 | Discussed Report with B. Moffitt; Prepared insert for bankruptcy counsel | | |
| 3 | J. Spielberg | 0.9 | 265.50 |

| 11/19/07 | Worked with B. Moffitt regarding confirmation of information needed by L. Sinanyan to prepare brief in opposition to NJDEP's motion. | | |
| 14 | S. Parker | 0.2 | 29.00 |

| 11/19/07 | Reviewed file to compile documentation confirming information needed by L. Sinanyan to prepare brief in opposition to NJDEP's motion. | | |
| 14 | S. Parker | 0.7 | 101.50 |

| 11/19/07 | Worked with B. Moffitt regarding documents compiled confirming information needed by L. Sinanyan to prepare brief in opposition to NJDEP's motion. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 11/20/07 | Meeting with J. Scordo and work on information for appellate brief. | | |
| 14 | A. Marchetta | 1.1 | 649.00 |

| 11/20/07 | Telephone calls with B. Moffitt regarding edits to brief;  follow up regarding changes to brief. | | |
| 14 | A. Marchetta | 0.9 | 531.00 |

| 11/20/07 | Follow up re telephone call to USEPA On-Site Coordinator; work with J. Spielberg re same. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

| 11/20/07 | Discussed insert to appellate brief with A. Marchetta; Revised insert to appellate brief; Reviewed file regarding Report; Conf. w/ B. Moffitt regarding insert | | |
| 3 | J. Spielberg | 0.8 | 236.00 |

| 11/20/07 | Worked with J. Spielberg regarding information needed to respond to L. Sinanyan's request for information needed to finalize appellate brief. | | |
| 14 | S. Parker | 0.2 | 29.00 |

| 11/20/07 | Reviewed file documents in order to confirm information needed by J. Spielberg regarding information needed to respond to L. Sinanyan's request for information needed to finalize appellate brief. | | |

4

| 14 | S. Parker | 0.5 | 72.50 |

| 11/20/07 | Worked with J. Spielberg regarding information needed to respond to L. Sinanyan's request for information needed to finalize appellate brief. | | |
| 14 | S. Parker | 0.2 | 29.00 |

| 11/21/07 | Forward comments on brief and follow up regarding same. | | |
| 14 | A. Marchetta | 0.7 | 413.00 |

| 11/21/07 | Follow up with B. Moffitt regarding comments on brief. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

| 11/21/07 | Telephone call to USEPA Attorney B. Carr and review material forwarded by same; preparation of e-mail to co-counsel re same and follow up re preparation of opposition to NJDEP appeal; review article. | | |
| 3 | B. Moffitt | 1.0 | 380.00 |

| 11/21/07 | Worked with B. Moffitt regarding compilation of additional information needed to respond to L. Sinanyan's requests for information needed to finalize appellate brief. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 11/23/07 | Review final brief. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |

| 11/26/07 | Review final appellate brief and e-mail regarding same. | | |
| 14 | A. Marchetta | 0.7 | 413.00 |

| 11/26/07 | Conferred with A. Marchetta regarding Appellee brief and made revisions. | | |
| 3 | K. Begley | 0.2 | 45.00 |

| 11/28/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 11/29/07 | Review EPA information . | | |
| 14 | A. Marchetta | 0.5 | 295.00 |

| 11/29/07 | Review e-mail re: reimbursement issue and telephone call to E. McTiernan re same. | | |
| 3 | B. Moffitt | 0.1 | 38.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 3 | 0.2 | 225.00 | 45.00 |

5

| | | | | |
|---|---|---|---|---|
| A. Marchetta | 14 | 9.6 | 590.00 | 5,664.00 |
| W. Hatfield | 14 | 0.3 | 390.00 | 117.00 |
| B. Moffitt | 3 | 7.4 | 380.00 | 2,812.00 |
| J. Spielberg | 3 | 1.7 | 295.00 | 501.50 |
| S. Parker | 14 | 4.8 | 145.00 | 696.00 |
| | TOTAL | 24.0 | | 9,835.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 11/12/07 | Reviewed subpoena served upon W.R. Grace; Conferred with A. Marchetta regarding same | | |
| 3 | K. Begley | 0.4 | 90.00 |
| 11/14/07 | Attention to fee application for October 2007. | | |
| 18 | K. Piper | 0.1 | 31.00 |
| 11/15/07 | Work with Kirkland & Ellis on subpoena issues. | | |
| 14 | A. Marchetta | 0.7 | 413.00 |
| 11/15/07 | Conferred with A. Marchetta regarding the subpoena served upon W.R. Grace. | | |
| 3 | K. Begley | 0.3 | 67.50 |
| 11/19/07 | Draft October 2007 fee application. | | |
| 18 | K. Piper | 2.2 | 682.00 |
| 11/20/07 | Follow up regarding Subpoena. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| 11/20/07 | Review and revise DP's October, 2007 Fee Application. | | |
| 14 | S. Zuber | 0.3 | 136.50 |
| 11/20/07 | Attention to filing CNO for September 2007. | | |
| 18 | K. Piper | 0.1 | 31.00 |
| 11/21/07 | Attention to CNO for September 2007. | | |
| 18 | K. Piper | 0.1 | 31.00 |
| 11/27/07 | E-mails and follow up regarding Subpoena. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| 11/27/07 | Revise October 2007 fee application and attention to filing same. | | |
| 18 | K. Piper | 0.4 | 124.00 |
| 11/27/07 | Conferred with A. Marchetta regarding subpoena served upon W.R. Grace; | | |

6

| | | | |
|---|---|---|---|
| 3 | Reviewed emails regarding new response date.<br>K. Begley | 0.3 | 67.50 |
| 11/28/07<br>14 | Follow up regarding subpoena response.<br>A. Marchetta | 0.2 | 118.00 |
| 11/28/07<br>18 | Attention to filing of October 2007 fee application.<br>K. Piper | 0.1 | 31.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 3 | 1.0 | 225.00 | 225.00 |
| A. Marchetta | 14 | 1.7 | 590.00 | 1,003.00 |
| S. Zuber | 14 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.0 | 310.00 | 930.00 |
| TOTAL | | 6.0 | | 2,294.50 |

Client: 430423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 LANDFILL CLOSURE ISSUES (GLOUCESTER)

| | | | |
|---|---|---|---|
| 06/30/06<br>14 | Review correspondence on subdivision.<br>W. Hatfield | 0.1 | 36.50 |
| 07/28/06<br>14 | Memo on subdivision status.<br>W. Hatfield | 0.1 | 36.50 |
| 11/02/07<br><br>14 | Memo to B. Bowe on status of subdivision and redevelopment of area around landfill and DEP issues.<br>W. Hatfield | 0.3 | 117.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 0.5 | 390.00 | 190.00 |
| TOTAL | | 0.5 | | 190.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| | | | |
|---|---|---|---|
| 11/01/07<br>14 | Memos with Shell counsel on trial schedule.<br>W. Hatfield | 0.2 | 78.00 |
| 11/02/07 | Prepare for court hearing/pre trial conference. | | |

7

1589322A01122107

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 156.00 |
| 11/05/07 | Follow up regarding settlement conference and arrangements for conference call regarding same. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| 11/05/07 | Review e-mail concerning settlement status and address strategy issues. | | |
| 14 | R. Rose | 0.5 | 237.50 |
| 11/05/07 | Prepare for and participate in court conference on settlement issues; conferences with defense counsel; conference with court on schedule for motion and trial. | | |
| 14 | W. Hatfield | 6.0 | 2,340.00 |
| 11/05/07 | Call with R. Sentfleben on CMC outcome. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 11/05/07 | Draft memos to R. Rose and A. Marchetta on CMC outcome and trial and motion issues. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| 11/05/07 | Numerous telephone conferences with W. Hatfield regarding fraudulent conveyance and attachment issues as to W. Teich. | | |
| 3 | J. Borg | 0.3 | 106.50 |
| 11/06/07 | Conference call with client regarding strategy after settlement conference. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |
| 11/06/07 | Prepare for and attend call with client and A. Marchetta on CMC and strategy issues on Teich and Weja. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| 11/06/07 | Address matters and preparation for motion in NYS on fraudulent conveyance. | | |
| 14 | W. Hatfield | 0.6 | 234.00 |
| 11/06/07 | Address collection proceedings and case strategy. | | |
| 3 | J. Spielberg | 0.4 | 118.00 |
| 11/06/07 | Review/Analysis numerous correspondence from J. Spielberg regarding fraudulent conveyance. | | |
| 3 | J. Borg | 0.4 | 142.00 |
| 11/06/07 | Review/Analysis Title Search and memorandum regarding fraudulent conveyance of action from W. Teich to E. Teich. | | |
| 3 | J. Borg | 0.6 | 213.00 |

8

| 11/06/07 3 | Review/Analysis correspondence from J. Matusiak regarding roof issue. J. Borg | 0.1 | 35.50 |

| 11/06/07 3 | Attention to e-mail correspondence to J. Borg. J. Spielberg | 0.7 | 206.50 |

| 11/06/07 3 | Reviewed title search and file materials for collection documents. J. Spielberg | 0.7 | 206.50 |

| 11/07/07 14 | Review Richards settlement position and strategy. R. Rose | 0.2 | 95.00 |

| 11/07/07 14 | Address case issues on settlement strategy with Richards. W. Hatfield | 0.3 | 117.00 |

| 11/07/07 3 | Address issue with filing warrant to satisfy on judgment previously issued for Teich and impact on subsequent court proceeding and possible fraudulent conveyance action and need to review file and pleadings. R. Gottilla | 0.4 | 164.00 |

| 11/08/07 14 | Follow up regarding settlement with Richards, Layton. A. Marchetta | 0.2 | 118.00 |

| 11/08/07 14 | Address issues on fraudulent conveyance and preparations for NY claim against Teich. W. Hatfield | 0.6 | 234.00 |

| 11/08/07 3 | Review of file and pleadings. R. Gottilla | 0.6 | 246.00 |

| 11/08/07 3 | Various exchanges of email communications with B. Hatfield, J. Borg and J. Spielberg regarding filing of warrant to satisfy for Teich judgment and having no impact on potential fraudulent conveyance action. R. Gottilla | 0.5 | 205.00 |

| 11/08/07 3 | Reviewed file for settlement papers regarding W. Tiech. J. Spielberg | 2.0 | 590.00 |

| 11/08/07 3 | Preparation of Petition for avoidance of fraudulent conveyance. J. Borg | 1.1 | 390.50 |

| 11/08/07 3 | Preparation of numerous correspondence to W. Hatfield, R. Gottilla and J. Spielberg regarding strategy and prior judgment. J. Borg | 0.5 | 177.50 |

9

| 11/08/07 3 | Review/Analysis numerous correspondence from W. Hatfield, R. Gottilla and J. Spielberg regarding strategy and prior judgment. J. Borg | 0.6 | 213.00 |
|---|---|---|---|
| 11/09/07 3 | Attention to appellate moving papers and decision. J. Spielberg | 0.2 | 59.00 |
| 11/14/07 14 | Follow up regarding Richards settlement discussions. A. Marchetta | 0.3 | 177.00 |
| 11/14/07 14 | Address Teich motion issues and strategy memo from J. Borg. W. Hatfield | 0.2 | 78.00 |
| 11/14/07 3 | Review of memo from J. Borg regarding provisions under NYS law for pursuing fraudulent conveyance action against Teich and various approaches to accomplishing same. R. Gottilla | 0.3 | 123.00 |
| 11/14/07 3 | Review/Analysis Memorandum regarding pursuit of W. Teich for fraudulent conveyance pursuant to Dr. & Cr. L. 273. J. Borg | 0.3 | 106.50 |
| 11/14/07 3 | Researched issue of whether, under NY Dr & Cr law 273-a, a proceeding may only be commenced after a judgment is actually entered. Wrote email to Jon Borg summarizing relevant case law on this issue. T. Freeman | 2.7 | 607.50 |
| 11/15/07 3 | Attention to status of appellate decision, and other file materials for J. Borg. J. Spielberg | 0.2 | 59.00 |
| 11/15/07 3 | Preparation of numerous correspondence to W. Hatfield, R. Gottilla and J. Spielberg regarding fraudulent conveyance proceeding against W. Teich and legal strategy. J. Borg | 0.4 | 142.00 |
| 11/16/07 14 | Review J. Borg e-mail concerning fraudulent conveyance action against W. Teich.. R. Rose | 0.1 | 47.50 |
| 11/16/07 14 | Attend to memos and client request for information on matter. W. Hatfield | 0.4 | 156.00 |
| 11/16/07 3 | Attention to initial complaint. J. Spielberg | 0.1 | 29.50 |
| 11/27/07 | Revise/Finalize Petition to set aside fraudulent conveyance. | | |

10

| | | | |
|---|---|---|---|
| 3 | J. Borg | 1.7 | 603.50 |
| 11/28/07<br>14 | Call with J. Trella of TRC on Weja case and trial issues.<br>W. Hatfield | 0.4 | 156.00 |
| 11/28/07<br>14 | Review memo on status of Teich motion papers.<br>W. Hatfield | 0.2 | 78.00 |
| 11/28/07<br>3 | Revise/Finalize Petition for avoidance of fraudulent conveyance by W. Teich.<br>J. Borg | 2.1 | 745.50 |
| 11/28/07<br>3 | Preparation of Notice of Pendency.<br>J. Borg | 0.2 | 71.00 |
| 11/29/07<br>14 | Follow up regarding settlement.<br>A. Marchetta | 0.4 | 236.00 |
| 11/30/07<br>14 | Review e-mail concerning institution of fraudulent conveyance action against Teich.<br>R. Rose | 0.1 | 47.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| T. Freeman | 3 | 2.7 | 225.00 | 607.50 |
| R. Rose | 14 | 0.9 | 475.00 | 427.50 |
| A. Marchetta | 14 | 1.8 | 590.00 | 1,062.00 |
| R. Gottilla | 3 | 1.8 | 410.00 | 738.00 |
| W. Hatfield | 14 | 10.3 | 390.00 | 4,017.00 |
| J. Borg | 3 | 8.3 | 355.00 | 2,946.50 |
| J. Spielberg | 3 | 4.3 | 295.00 | 1,268.50 |
| TOTAL | | 30.1 | | 11,067.00 |

11

# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

No expenses for this period

12