REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1641916
One Town Center Road                      Invoice Date        12/28/07
Boca Raton, FL    33486                   Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

          Fees                        153,025.00
          Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $153,025.00
                                                       =============

```
                    REED SMITH LLP
                    PO Box 360074M
                Pittsburgh, PA  15251-6074
                 Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1641916
One Town Center Road                Invoice Date     12/28/07
Boca Raton, FL   33486              Client Number     172573
                                    Matter Number       60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2007

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/07 | Ash | Draft, assess, and edit opposing expert deposition cross-examination outline in preparation for upcoming deposition, including assessment of attachments to outline. | 9.20 |
| 11/01/07 | Fennessy | Revise deposition memorandum for A. Klapper. | 2.40 |
| 11/01/07 | Klapper | Review deposition transcript of P. Lees (1.7); prepare for prep of risk assessment expert (3.1); participate in prep of risk assessment expert (3.0). | 7.80 |
| 11/01/07 | Nguyen | Review and edit outline for opposition expert. | 5.30 |
| 11/02/07 | Ash | Conference calls with L. Watkins and Y. Burns regarding opposing expert deposition cross-examination outline. | 1.20 |
| 11/02/07 | Burns | Assist Laverne Watkins with preparation of deposition/article binders. | 5.80 |
| 11/02/07 | Cameron | Attend to expert witness issues. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641916
60026  Litigation and Litigation Consulting  Page    2
December 28, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 11/02/07 | Klapper | Review deposition summaries completed by J. Ash, C. Nguyen, and N. Fennessey as well as work product from V. Craven for use in cross outline. | 3.70 |
| 11/02/07 | Taylor-Payne | Research and compilation of documents in preparation for cross examination of expert witness. | 1.60 |
| 11/04/07 | Klapper | Work on cross outline for Roggli based on deposition summaries provided by associates. | 6.70 |
| 11/05/07 | Ash | Draft, assess, and edit opposing expert deposition cross-examination outline in preparation for upcoming deposition, including assessment of attachments to outline. | 7.50 |
| 11/05/07 | Burns | Assist Laverene Watkins with preparation of deposition/article binders. | 1.20 |
| 11/05/07 | Klapper | Finish draft of Roggli cross outline. | 7.80 |
| 11/05/07 | Nguyen | Edit outline for cross examination of opposition expert. | 2.40 |
| 11/06/07 | Ash | Review opposing expert articles regarding exposure and occupational information in preparation for upcoming deposition. | 4.00 |
| 11/06/07 | Cameron | Review materials from PI estimation for expert testimony and PI estimation hearing (3.3); attention to RJ Lee Group reports (0.9); meet with J. Restivo and L. Flatley (.4). | 4.60 |
| 11/06/07 | Klapper | Respond to requests regarding B. Harding regarding Roggli cross outline, including preparation of edits to outline. | 4.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641916
60026  Litigation and Litigation Consulting  Page    3
December 28, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/07/07 | Ash | Meetings and conference calls with A. Klapper regarding opposing expert deposition research projects (1.2); continue review of opposing expert articles regarding exposure and occupational information in preparation for upcoming deposition (3.5); review opposing expert articles for excerpts on presentation of data (4.5). | 9.20 |
| 11/07/07 | Atkinson | Check files re: Roggi testimony per request from Terrell Stansbury. | .20 |
| 11/07/07 | Cameron | Telephone call with R. Finke regarding multiple expert witness issues (0.4); e-mails regarding same (0.4); review materials from R. Finke (1.6); review deposition summaries (0.7). | 3.10 |
| 11/07/07 | Fennessy | Review and assess opposing expert's depositions in preparation of deposition memorandum for A. Klapper. | 3.40 |
| 11/07/07 | Klapper | Provide additional support to B. Harding in preparation for Roggli deposition. | 6.20 |
| 11/07/07 | Nguyen | Review opposition expert deposition to determine what products or categories which he determined did not cause meso (2.2); review opposition expert depositions and trial transcripts (2.1). | 4.30 |
| 11/07/07 | Taylor-Payne | Research and compilation of documents in preparation for cross examination of expert witness. | .50 |
| 11/08/07 | Cameron | Attention to materials from PI estimation, including deposition summaries and expert reports. | 4.10 |

```
172573  W. R. Grace & Co.                    Invoice Number  1641916
60026  Litigation and Litigation Consulting   Page    4
December 28, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/08/07 | Klapper | Follow-up on Roggli questions posed by B. Harding (1.2); work on direct of risk assessment expert, drafting revised demonstratives in conjunction with outline (5.0). | 6.20 |
| 11/08/07 | Singer | Discussion with J. Restivo re query. | .30 |
| 11/09/07 | Ament | Review agenda for 11/26/07 hearing (.10); review various e-mails re: same (.10). | .20 |
| 11/09/07 | Cameron | Continued review of expert witness materials and materials from R. Finke (3.2); e-mails regarding same (0.6). | 3.80 |
| 11/09/07 | Fennessy | Telephone conference with J. Ash and A. Klapper regarding new criteria in opposing expert's depositions for attribution (.1); interoffice communications regarding same (.2); office conference with C. Ngyuen regarding same (.2). | .50 |
| 11/09/07 | Klapper | Review key Roggli depositions based on questions raised by B. Harding while drafting follow-up analysis (3.7); develop potential Daubert arguments for use with certain claimant experts (2.5). | 6.20 |
| 11/09/07 | Nguyen | Conference with N. Fenessey re review of depositions and trial transcripts of opposing expert. | .30 |
| 11/10/07 | Cameron | Review materials from K&E regarding expert witnesses and in limine motions. | 1.70 |
| 11/11/07 | Cameron | Prepare for meeting with R. Finke. | 1.90 |
| 11/12/07 | Ament | E-mails re: updated agenda for 11/26/07 hearing. | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641916
60026  Litigation and Litigation Consulting Page    5
December 28, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/12/07 | Ash | Review and assess opposing expert deposition in preparation for Daubert motion (4.5); meetings and conference calls with A. Klapper regarding Daubert motion on opposing expert (1.3); review expert reports and exhibits in preparation for Daubert motion on opposing expert (1.5). | 7.30 |
| 11/12/07 | Cameron | Continued review of materials from R. Finke (1.9); telephone call with R.J. Lee Group regarding same (0.3); prepare for meeting (1.2); telephone call with R. Finke regarding same (0.4). | 3.80 |
| 11/12/07 | Klapper | Review certain expert depositions for admissions per D. Bernick's request (2.7); discuss Daubert project with J. Ash and develop additional ideas (.5). | 3.20 |
| 11/12/07 | Taylor-Payne | Continue research and compilation of materials in preparation for cross examination of expert witness. | .60 |
| 11/13/07 | Ash | Further review and assessment of opposing expert deposition and expert reports in preparation for Daubert motion (2.5); meetings and conference calls with A. Klapper regarding Daubert motion on opposing expert (.5); research federal law on Daubert for motion to exclude opposing expert (5.2). | 8.20 |
| 11/13/07 | Cameron | Prepare for (0.6) and attend meeting with R. Finke, J. Restivo and L. Flatley regarding issues relating to expert witnesses and estimation issues (4.8); follow-up from meeting (0.7); review expert reports regarding same (0.8). | 6.90 |
| 11/13/07 | Fennessy | Office conference with A. Klapper and C. Nguyen regarding reviewing and assessing opposing expert's depositions in preparation of cross-exam memorandum (.4); | 4.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641916
60026  Litigation and Litigation Consulting  Page    6
December 28, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|

|  |  |  |  |
|--|--|--|--|
|  |  | assess opposing expert's depositions in preparation of cross-exam memorandum for A. Klapper (4.5). |  |
| 11/13/07 | Klapper | Meet with C. Nguyen and N. Fennessey regarding cross assignment (.5); review Rodricks' exhibits for inclusion in masster exhibit list (2.7). | 3.20 |
| 11/13/07 | Nguyen | Conference with T. Klapper re new review topics (0.5); conference with N. Fennessy re organization of project (0.4). | .90 |
| 11/13/07 | Taylor-Payne | Continue research and compilation of materials in preparation for cross examination of expert witness. | 1.30 |
| 11/14/07 | Ash | Continue to research federal law on Daubert for motion to exclude opposing expert (5.5); meetings and conference calls with A. Klapper regarding Daubert motion on opposing expert (.8). | 6.30 |
| 11/14/07 | Cameron | Review and provide comments to J. Restivo summaries (0.9); review materials from R. Finke (1.5). | 2.40 |
| 11/14/07 | Fennessy | Review and assess opposing expert's depositions in preparation of cross-examination memorandum for A. Klapper (5.1); office conference with A. Klapper regarding same (.1). | 5.20 |
| 11/14/07 | Klapper | Meet with consultant re direct examination of expert. | 4.50 |
| 11/14/07 | Taylor-Payne | Continue research and compilation of documents in preparation for cross examination of expert witness. | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641916
60026  Litigation and Litigation Consulting  Page    7
December 28, 2007
```

|   Date   | Name        | | Hours |
|----------|-------------|---|-------|
| 11/15/07 | Ash | Continue to research federal law on Daubert for motion to exclude opposing expert (5.0); meetings and conference calls with A. Klapper regarding Daubert motion on opposing expert (.5). | 5.50 |
| 11/15/07 | Fennessy | Revise cross-examination memorandum for A. Klapper (.4); review and assess opposing expert's depositions in preparation of cross-examination memorandum for A. Klapper (2.2). | 2.60 |
| 11/15/07 | Klapper | Draft initial Daubert brief to exclude conduct expert's testimony (3.7); finished revised direct examination outline of state of the art expert and discuss with consultants (3.2). | 6.90 |
| 11/15/07 | Taylor-Payne | Continue research and compilation of documents for preparation of cross examination of expert witness. | .40 |
| 11/16/07 | Ash | Draft motion to exclude opposing expert from bankruptcy proceeding, including review of deposition transcript and case law. | 7.50 |
| 11/16/07 | Cameron | Review trial preparation plan from K&E. | .80 |
| 11/17/07 | Nguyen | Review depositions and trial transcripts of opposition expert. | 2.50 |
| 11/18/07 | Cameron | Work with K&E trial preparation plan and review expert reports regarding same. | 1.30 |
| 11/19/07 | Ament | Various e-mails and telephone calls re: 11/26/07 hearing in DE. | .20 |
| 11/19/07 | Ash | Continue drafting motion to exclude opposing expert from bankruptcy proceeding, including review of deposition transcript and case law. | 8.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1641916
60026  Litigation and Litigation Consulting     Page    8
December 28, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/19/07 | Cameron | Continue work on trial preparation materials. | .90 |
| 11/19/07 | Klapper | Revise direct examination outline and proposed exhibits in preparation for meeting with consultant and experts. | 5.20 |
| 11/19/07 | Nguyen | Review opposing party expert deposition and trial transcripts. | .70 |
| 11/19/07 | Taylor-Payne | Continue research and compilation of materials in preparation for cross examination of expert witness. | .40 |
| 11/20/07 | Ament | Circulate transcript of 11/13/07 hearing and agenda for 11/26/07 hearing to working group (.10); review agenda (.10). | .20 |
| 11/20/07 | Ash | Continue drafting motion to exclude opposing expert from bankruptcy proceeding, including review of deposition transcript and case law. | 7.50 |
| 11/20/07 | Fennessy | Review and assess opposing expert's depositions in preparation of cross-examination memorandum for A. Klapper. | .80 |
| 11/20/07 | Klapper | Meet with consultant re expert direct examination (4.2); review S. Hays' deposition (1.7); follow-up with graphics team re expert's direct (1.3); draft updated direct outline based on meeting with consultants (2.2). | 9.40 |
| 11/20/07 | Nguyen | Review opposing expert deposition and trial transcripts. | 6.00 |
| 11/20/07 | Taylor-Payne | Continue research and compilation of materials in preparation for cross examination of expert witness. | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641916
60026  Litigation and Litigation Consulting  Page   9
December 28, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/21/07 | Ash | Continue drafting, editing, and finalizing motion to exclude opposing expert from bankruptcy proceeding, including review of deposition transcript and case law. | 7.20 |
| 11/21/07 | Cameron | Telephone call with T. Klapper and e-mails regarding PI estimation and trial prep issues (1.20); review expert reports and K&E summary outline regarding same (1.30). | 2.50 |
| 11/21/07 | Fennessy | Review and assess opposing expert's depositions in preparation of cross-examination memorandum for A. Klapper. | 3.00 |
| 11/21/07 | Klapper | Continue review of exhibit collection to determine universe of rebuttal exhibits. | 5.40 |
| 11/21/07 | Nguyen | Review opposing expert depositions and trial transcripts. | 1.10 |
| 11/23/07 | Klapper | Work on Daubert brief. | 6.20 |
| 11/24/07 | Cameron | Review expert depositions regarding K&E trial prep plan. | 2.60 |
| 11/24/07 | Klapper | Continue work on Daubert brief | 3.20 |
| 11/25/07 | Cameron | Follow-up from discussions with T. Klapper and attention to K&E trial prep online. | 1.80 |
| 11/25/07 | Klapper | Finish Daubert brief. | 3.70 |
| 11/26/07 | Ament | Attend to billing matters relating to expert invoice (.20); various e-mails and telephone calls re: same (.10). | .30 |
| 11/26/07 | Ash | Meeting with A. Klapper regarding motion to exclude opposing expert (.5); review and edit motion to exclude opposing expert (1.5); draft correspondence for Kirkland & Ellis regarding additional section on methodology for motion to exclude opposing expert (.5). | 2.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641916
60026  Litigation and Litigation Consulting  Page  10
December 28, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 11/26/07 | Cameron | Review materials relating to trial preparation (1.1); attention to Rich Lee materials (1.3). | 2.40 |
| 11/26/07 | Fennessy | Revise cross-examination memorandum regarding opposing expert for A. Klapper. | 1.40 |
| 11/26/07 | Klapper | Discuss prep issues with D. Cameron (.3); draft summary of expert testimony to ensure consistency (3.4); continue review of key exhibits per Kirkland's request (4.3). | 8.00 |
| 11/26/07 | Taylor-Payne | Continue research and compilation of materials in preparation for cross examination of expert witness. | .30 |
| 11/27/07 | Ament | E-mails re: Judge Fitzgerald court rules in DE. | .10 |
| 11/27/07 | Cameron | Review materials relating to trial preparation plan (1.5); review Longo summary (0.6); e-mails regarding same (0.3). | 2.40 |
| 11/27/07 | Klapper | Prepare for and meet with expert re direct testimony. | 8.30 |
| 11/28/07 | Ament | Review e-mail from J. O'Neill re: 11/26/07 omnibus hearing. | .10 |
| 11/28/07 | Cameron | Review T. Klapper and S. Bianca summaries of depositions. | 1.10 |
| 11/28/07 | Fennessy | Further revise cross-examination memorandum regarding opposing expert for A. Klapper. | .40 |
| 11/28/07 | Klapper | Review documents (1.7); review and offer comments on materials from consultants re direct examinations and exhibits for key experts (2.7); begin review of select depositions of estimation experts in anticipation of cross prep issues for key affirmative witnesses (3.4). | 7.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641916
60026  Litigation and Litigation Consulting  Page  11
December 28, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/29/07 | Ament | E-mails re: 12/17/07 omnibus hearing (.20); review agenda for said hearing (.10). | .30 |
| 11/29/07 | Cameron | Review materials relating to trial preparation assignment (1.4); telephone call with J. Klapper regarding same (0.3); review deposition summaries (0.7); telephone call with client (0.4). | 2.80 |
| 11/29/07 | Klapper | Meet with Kirkland and consultants re trial preparation (2.3); prepare for meeting by revamping slides (1.5); finish summary of additional expert to ensure consistency (4.4). | 8.20 |
| 11/29/07 | Taylor-Payne | Continue research and compilation of materials in preparation for cross examination of expert witness. | .40 |
| 11/30/07 | Ament | Review agenda for 12/17/07 hearing (.10); e-mails re: same (.20). | .30 |
| 11/30/07 | Cameron | Review Lee and Longo materials regarding pre-trial preparation requirements. | 1.40 |
| 11/30/07 | Klapper | Review B. Anderson transcript (2.2); edit direct and exhibit for risk expert based on call with Kirkland and consultants (2.3); discuss same with expert (.3); continue review of key exhibits for use in rebuttal as necessary (3.7). | 8.50 |

```
                                                 ------
                                    TOTAL HOURS   349.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Paul M. Singer | 0.30 | at $ | 635.00 | = | 190.50 |
| Douglas E. Cameron | 53.30 | at $ | 570.00 | = | 30,381.00 |
| Antony B. Klapper | 140.60 | at $ | 520.00 | = | 73,112.00 |
| Jesse J. Ash | 91.30 | at $ | 380.00 | = | 34,694.00 |
| Catherine R. Nguyen | 23.50 | at $ | 250.00 | = | 5,875.00 |

172573 W. R. Grace & Co.                          Invoice Number  1641916
60026  Litigation and Litigation Consulting       Page  12
December 28, 2007


       Nathan R. Fennessy           24.60  at  $  240.00  =    5,904.00
       Maureen L. Atkinson           0.20  at  $  190.00  =       38.00
       Yovana A. Burns               7.00  at  $  190.00  =    1,330.00
       Sharon A. Ament               1.80  at  $  145.00  =      261.00
       Jennifer L. Taylor-Payne      6.70  at  $  185.00  =    1,239.50

                                 CURRENT FEES                              153,025.00


                                                           ------------
                               TOTAL BALANCE DUE UPON RECEIPT   $153,025.00
                                                           =============

```
                          REED SMITH LLP
                          PO Box 360074M
                    Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number     1641917
5400 Broken Sound Blvd., N.W.         Invoice Date     12/28/07
Boca Raton, FL 33487                  Client Number      172573
```

=============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

```
        Fees                         17,923.50
        Expenses                          0.00

                TOTAL BALANCE DUE UPON RECEIPT       $17,923.50
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number    1641917
5400 Broken Sound Blvd., N.W.            Invoice Date     12/28/07
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60028


===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/07 | Metropulos | Review and analyze final batch of cases for inclusion in memo regarding damages (2.1); further review of New York case law (1.9); draft, review, and submit memo to T. Rea (3.6). | 7.60 |
| 11/01/07 | Restivo | Review research and draft memo re: same. | 1.20 |
| 11/02/07 | Restivo | Analyze Third Circuit and other cases. | 1.50 |
| 11/05/07 | Restivo | Analyze K&E memo. | 1.50 |
| 11/06/07 | Restivo | Comments to K&E memo. | 1.00 |
| 11/10/07 | Flatley | Detailed review of K&E and RS memos and drafting outline of issues. | 1.80 |
| 11/12/07 | Restivo | Status review (0.3); telephone call with R. Finke (0.2). | .50 |
| 11/14/07 | Cameron | Prepare for (0.6) and participate in conference call with R. Finke and K&E regarding strategy issues (1.1). | 1.70 |
| 11/14/07 | Flatley | With J. Restivo and D. Cameron re: K&E memo. | .40 |

172573 W. R. Grace & Co.                         Invoice Number  1641917
60028  ZAI Science Trial                         Page    2
December 28, 2007

|   Date   | Name       | | Hours |
|----------|------------|--|-------|
| 11/14/07 | Restivo    | Prepare for and conference call with clients and K&E. | 2.00 |
| 11/15/07 | Restivo    | Options memo. | 2.30 |
| 11/16/07 | Cameron    | Telephone call with R. Finke regarding research issues (0.3); review draft summary from J. Restivo (0.8). | 1.10 |
| 11/17/07 | Cameron    | Continue review and comments to J. Restivo outline of issues. | 1.10 |
| 11/18/07 | Cameron    | Review materials for legal research issues. | .80 |
| 11/19/07 | Cameron    | Review outline and provide comments (0.7); meet with J. Restivo regarding same (0.4). | 1.10 |
| 11/19/07 | Rea        | Review research results. | 1.30 |
| 11/19/07 | Restivo    | Status memo (1.2); emails with K&E amd E. Westbrook, et al. (0.8). | 2.00 |
| 11/20/07 | Cameron    | Revise summary outline and communicate with client regarding same. | .80 |
| 11/20/07 | Lewis      | Meet with T. Rea re research assignment on claims issues. | .30 |
| 11/21/07 | Metropulos | Review property statute information and prepare email to T. Rea re: same. | .40 |
| 11/26/07 | Metropulos | Review memo and prepare materials regarding damages for T. Rea. | .80 |
| 11/26/07 | Restivo    | Refine memo on status of ZAI claims in the Bankruptcy. | 1.00 |
| 11/27/07 | Restivo    | Open issues review. | 1.00 |
| 11/29/07 | Rea        | Draft research memo. | 3.20 |

                                          ------
                             TOTAL HOURS   36.40

172573 W. R. Grace & Co.                    Invoice Number   1641917
60028  ZAI Science Trial                    Page    3
December 28, 2007

```
        TIME SUMMARY                Hours        Rate          Value
        -----------------------    ---------------------     -------
        James J. Restivo Jr.       14.00  at  $  635.00  =   8,890.00
        Lawrence E. Flatley         2.20  at  $  575.00  =   1,265.00
        Douglas E. Cameron          6.60  at  $  570.00  =   3,762.00
        Traci Sands Rea             4.50  at  $  400.00  =   1,800.00
        Joshua C. Lewis             0.30  at  $  315.00  =      94.50
        Natalie C. Metropulos       8.80  at  $  240.00  =   2,112.00

                                   CURRENT FEES                          17,923.50


                                                                     ------------
                          TOTAL BALANCE DUE UPON RECEIPT               $17,923.50
                                                                     ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                        Invoice Number     1641918
5400 Broken Sound Blvd., N.W.       Invoice Date      12/28/07
Boca Raton, FL 33487                Client Number      172573
```

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
        Fees                           5,558.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $5,558.00
                                                       =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1641918
5400 Broken Sound Blvd., N.W.        Invoice Date      12/28/07
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60029
```

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/07 | Ament | E-mails with J. Lord re: 26th quarterly fee application (.10); continue calculating fees and expenses for same (1.50); continue preparation of spreadsheet re: same (.50); continue drafting narrative and summary for same (.40); provide narrative and summary to A. Muha (.10). | 2.60 |
| 11/01/07 | Lord | Communicate with S. Ament re: quarterly fee application (.1); research hearing date for same (.2). | .30 |
| 11/02/07 | Ament | E-mails with A. Muha re: 26th quarterly fee application (.10); e-mail to J. Lord re: same (.10). | .20 |
| 11/02/07 | Lord | Communicate with S. Ament re: Reed Smith quarterly fee application. | .20 |
| 11/02/07 | Muha | Review and revise draft of Quarterly Fee Application, and e-mails to S. Ament re: same. | 1.40 |
| 11/05/07 | Cameron | Review Fee Application materials. | .90 |
| 11/07/07 | Ament | Attend to billing matters relating to Environ invoices (.20); finalize 26th quarterly fee application (.50); meet with A. Muha re: same (.10); e-mail narrative and summary re: same to | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641918
60029  Fee Applications-Applicant           Page    2
December 28, 2007


     Date   Name                                              Hours
   -------- -----------                                       -----
                        J. Lord for DE filing (.10);
                        e-mails with J. Lord re: same
                        (.10).

   11/07/07 Lord        Communicate with S. Ament re: Reed       .50
                        Smith quarterly fee application
                        (.1); research docket and revise
                        same (.4).

   11/12/07 Ament       Review e-mail from J. Lord re:           .20
                        filing of 26th quarterly fee
                        application (.10); attend to
                        billing matters relating to
                        Environ (.10).

   11/12/07 Lord        Review, supplement and prepare          1.60
                        Reed Smith 26th quarterly fee
                        application for e-filing and
                        service (1.5); e-mail to A. Muha
                        re: status of filing of same (.1).

   11/14/07 Lord        Revise narrative/summary portion         .30
                        of Reed Smith quarterly fee
                        application (.2); research docket
                        for hearing date for use in
                        quarterly application (.1).

   11/14/07 Muha        Begin review and revisions to          2.50
                        October monthly fee and expense
                        detail, including multiple e-mails
                        to timekeepers to obtain
                        additional information for
                        explanation in entries.

   11/15/07 Ament       Attend to billing matters relating      .90
                        to expenses (.60); various e-mails
                        and meetings re: same (.20);
                        e-mails with J. Lord re: 26th
                        quarterly fee application (.10).

   11/15/07 Lord        E-file and perfect service of Reed      .80
                        Smith 26th quarterly fee
                        application (.7); e-mail with S.
                        Ament re: same (.1).

   11/16/07 Ament       Attend to billing matters relating      .20
                        to fees (.10); e-mails with D.
                        Cameron and A. Muha re: same (.10).
```

172573 W. R. Grace & Co.                          Invoice Number  1641918
60029  Fee Applications-Applicant                 Page    3
December 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 11/18/07 | Ament | Attend to billing matters relating to expenses for Oct. monthly fee application (.40); e-mails with with A. Muha re: same (.10). | .50 |
| 11/19/07 | Muha | Incorporate additional fee and expense detail from research of timekeeper expense reports relating to travel and work tasks for October monthly fee application. | .70 |
| 11/26/07 | Lord | Research docket and draft CNO to Reed Smith Sept. monthly fee application. | .50 |
| 11/26/07 | Muha | Multiple e-mails with S. Ament and billing department re: preparation of October 2007 monthly fee application (0.4); e-mails to timekeepers re: additional explanation for expense entries (0.3); additional revisions to monthly fee and expense detail (0.5). | 1.20 |
| 11/27/07 | Lord | E-file and perfect service of CNO to Reed Smith September monthly CNO (.3); correspondence to Debtors re: same (.1); e-mail to S. Ament re: October monthly fee application (.1) | .50 |
| 11/27/07 | Muha | Make additional revisions to October fee and expense details and meeting with D. Cameron to discuss same. | .80 |
| 11/28/07 | Ament | Attend to billing issues relating to Environ (.20); various e-mails re: same (.10); begin drafting Oct. monthly fee application (.60); respond to e-mail from J. Lord re: same (.10). | 1.00 |
| 11/28/07 | Lord | E-mail S. Ament re: October monthly fee application (.1); prepare COS and service for same (.2). | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641918
60029  Fee Applications-Applicant           Page    4
December 28, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 11/29/07 | Ament | Calculate fees and expenses for Oct. monthly fee application (1.0); prepare spreadsheet re: same (.50); continue drafting Oct. monthly fee application (.20); provide same to A. Muha (.10); meet with A. Muha re: same (.10); finalize same (10); e-mail 76th monthly fee application, fee and expense details to J. Lord for DE filing (.10). | 2.10 |
| 11/29/07 | Lankford | Confer with J. Lord regarding RS's 76th Monthly Fee Application (.1); scan, e-file and perfect mail/hand service (.6). | .70 |
| 11/29/07 | Lord | Review and revise Reed Smith October monthly fee application (.7); perfect e-mail service of same (.1). | .80 |
| 11/29/07 | Muha | Review summary form for October 2007 monthly application and meeting with S. Ament re: same. | .50 |

```
                                                    ------
                                     TOTAL HOURS    23.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|----|-------|
| Douglas E. Cameron | 0.90 | at | $ 570.00 | = | 513.00 |
| Andrew J. Muha | 7.10 | at | $ 350.00 | = | 2,485.00 |
| John B. Lord | 5.80 | at | $ 210.00 | = | 1,218.00 |
| Sharon A. Ament | 8.70 | at | $ 145.00 | = | 1,261.50 |
| Lisa Lankford | 0.70 | at | $ 115.00 | = | 80.50 |

```
                   CURRENT FEES                        5,558.00


                                               ------------
       TOTAL BALANCE DUE UPON RECEIPT            $5,558.00
                                               ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number     1641919
One Town Center Road                Invoice Date      12/28/07
Boca Raton, FL   33486              Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

         Fees                          3,644.00
         Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $3,644.00
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1641919
One Town Center Road                    Invoice Date     12/28/07
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60030


================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2007

        Date   Name                                              Hours
        ------ -----------                                       -----

        11/26/07 Ament      Assist J. Restivo and D. Cameron        .20
                            with various issues relating to
                            omnibus hearing.

        11/26/07 Cameron    Participate in portion of omnibus      2.40
                            hearing (by telephone).

        11/26/07 Restivo    Telephonic attendance at Omnibus       3.00
                            Hearing and presentation of status
                            reports to the Court.

        11/30/07 Cameron    Review materials from omnibus           .60
                            hearing.

                                                                 ------
                                                 TOTAL HOURS       6.20


        TIME SUMMARY         Hours         Rate          Value
        -----------------    ---------------------       -------
        James J. Restivo Jr.  3.00  at  $  635.00  =   1,905.00
        Douglas E. Cameron    3.00  at  $  570.00  =   1,710.00
        Sharon A. Ament       0.20  at  $  145.00  =      29.00

                             CURRENT FEES                        3,644.00


                                                         ------------
                  TOTAL BALANCE DUE UPON RECEIPT          $3,644.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1641920
One Town Center Road                      Invoice Date    12/28/07
Boca Raton, FL   33486                    Client Number     172573



===========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                         131,011.50
         Expenses                          0.00

                     TOTAL BALANCE DUE UPON RECEIPT      $131,011.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 1641920 |
|---|---|---|
| One Town Center Road | Invoice Date | 12/28/07 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60033 |

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

     FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2007

| Date | Name | | Hours |
|---|---|---|---|
| 11/01/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 11/01/07 | Flatley | Call with W. Sparks. | .10 |
| 11/01/07 | Garlitz | E-mails with S. Ament regarding review of the docket (.10); Conference with S. Ament regarding same (.10). | .20 |
| 11/01/07 | Muha | Research caselaw for J. Restivo. | .70 |
| 11/02/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 11/03/07 | Cameron | Attention to Canadian claims materials. | .80 |
| 11/04/07 | Cameron | Prepare for meeting. | .50 |
| 11/05/07 | Aten | Miscellaneous issues related to medical experts. | 1.40 |
| 11/05/07 | Cameron | Prepare for (0.3) and attend weekly meeting (0.6); review Quebec claim regarding statute of limitations (0.9). | 1.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641920
60033  Claim Analysis Objection Resolution  Page    2
       & Estimation (Asbestos)
December 28, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/05/07 | Flatley | Team meeting and follow-up (0.8); preparation for medical witness conference call (1.8); conference call with medical witness, et al. and follow-up (0.2); call with R. Finke re: medical issues (0.3). | 3.10 |
| 11/05/07 | Garlitz | Assist team with various issues relating to PD claims (.40); E-mails regarding same (.10). | .50 |
| 11/05/07 | Restivo | Receipt and review of new emails, orders and pleadings (0.7); telephone calls (0.3). | 1.00 |
| 11/06/07 | Flatley | With J. Restivo and D. Cameron re: strategy (1.1); with R. Aten (0.4). | 1.50 |
| 11/06/07 | Garlitz | Assist team with various issues relating to PD claims (.10); e-mails regarding same (.10). | .20 |
| 11/06/07 | Restivo | Claims evaluation (1.0); telephone call with R. Finke (0.4); meeting with D. Cameron and L. Flatley (1.4); omnibus transcript review (0.7). | 3.50 |
| 11/07/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 11/07/07 | Flatley | Review transcript excerpt (0.4); e-mails and replies re: R. Finke issue (0.5); quick call with D. Cameron (0.1). | 1.00 |
| 11/07/07 | Garlitz | E-mails with S. Ament regarding PD claims. | .20 |
| 11/08/07 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/08/07 | Flatley | E-mails re: scheduling meeting. | .20 |
| 11/08/07 | Rea | E-mails re: response to DGS motion. | .30 |
| 11/08/07 | Restivo | Claims review. | 1.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1641920
60033  Claim Analysis Objection Resolution      Page    3
       & Estimation (Asbestos)
December 28, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/09/07 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10); access database and provide various claim forms to T. Rea per request (.60); various e-mails and meetings with T. Rea re: same (.20). | 1.00 |
| 11/09/07 | Flatley | E-mails from/to D. Cameron re: Tuesday meeting (0.2); review issues agenda for Tuesday meeting and call with D. Cameron re: agenda (1.0). | 1.20 |
| 11/09/07 | Rea | Finalized and filed response to DGS motion to file expert report and motion to expunge Allegheny Center claims. | 1.20 |
| 11/09/07 | Restivo | Claims analysis. | 1.00 |
| 11/10/07 | Cameron | Review e-mails regarding motions (0.3); review Canadian claims materials (0.8) review product ID issues (0.8). | 1.90 |
| 11/12/07 | Ament | Prepare for and attend team status meeting (.60); assist team with various issues relating to PD claims (.20); e-mails with R. Aten re: same (.10). | .90 |
| 11/12/07 | Aten | Miscellaneous issues re: medical experts. | .20 |
| 11/12/07 | Flatley | E-mails re: meeting. | .20 |
| 11/12/07 | Muha | Meeting with D. Cameron to discuss issues relating to claims. | .40 |
| 11/12/07 | Rea | E-mails re: Allegheny Center motion (.2); team meeting (.5). | .70 |
| 11/12/07 | Restivo | Claims review. | 3.00 |
| 11/12/07 | Singer | Review strategy memo. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641920
60033  Claim Analysis Objection Resolution  Page    4
       & Estimation (Asbestos)
December 28, 2007
```

| Date | Name | | Hours |
|------|------|------|------|
| 11/13/07 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 11/13/07 | Cameron | Meet with R. Finke regarding various PD issues. | .40 |
| 11/13/07 | Flatley | Preparation for meeting (1.0); meeting with R. Finke, J. Restivo, D. Cameron, et al. and follow-up (5.1); review of status with J. Restivo and D. Cameron (0.9). | 7.00 |
| 11/13/07 | Restivo | Meeting with clients in Pittsburgh and post-meeting review. | 4.70 |
| 11/14/07 | Flatley | Review and revise J. Restivo "to do" outline (0.5); e-mails and calls on various issues (0.4). | .90 |
| 11/14/07 | Restivo | Analysis of expert reports and planning. | 2.00 |
| 11/15/07 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 11/15/07 | Aten | Conference with L. Flatley, J. Restivo and D. Cameron re: expert analysis of asbestos claims (2.9); review materials re: same (.7). | 3.60 |
| 11/15/07 | Cameron | Prepare for (1.1); and attend strategy meeting relating to expert reports and analysis of asbestos claims (1.6); review materials from R. Finke regarding same (1.9); attention to Speights claims and motions regarding same (0.8). | 5.40 |
| 11/15/07 | Flatley | With R. Aten re: asbestos claims issues and follow-up (1.3); review experts' reports (0.7); team meeting with J. Restivo, D. D. Cameron, R. Aten and A. Muha (2.0). | 4.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1641920
60033  Claim Analysis Objection Resolution      Page   5
       & Estimation (Asbestos)
December 28, 2007
```

| Date | Name | | Hours |
|------|------|---|------|
| 11/15/07 | Himmel | Conferences with D. Cameron regarding analysis of expert reports (.3); review A. Muha and J. Restivo memos regarding expert reports in other proceedings (.7). | 1.00 |
| 11/15/07 | Muha | Prepare for and attend meeting re: review and research of analysis of asbestos claims, and follow-up on meeting issues. | 2.30 |
| 11/15/07 | Restivo | Work relating to claims analysis. | 3.00 |
| 11/16/07 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 11/16/07 | Aten | Continue to review/analyze medical expert reports and asbestos claims. | 2.60 |
| 11/16/07 | Cameron | Multiple e-mails and telephone calls with R. Finke regarding expert witness and claim reviews (0.9); review material from F. Finke regarding same (3.2); review materials relating to Canadian claims (0.7). | 4.80 |
| 11/16/07 | Flatley | Organizing re: review of various expert reports and other materials re: asbestos claims. | 1.00 |
| 11/16/07 | Himmel | Review D. Cameron e-mail regarding documents relating to expert reports. | .20 |
| 11/16/07 | Muha | Attend to issues re: research relating to analysis of asbestos claims. | .40 |
| 11/18/07 | Cameron | Review expert materials and claims analysis (1.2); preparation for meeting with J. Restivo (0.9). | 2.10 |
| 11/18/07 | Himmel | Review various materials related to analysis of expert materials. | .70 |
| 11/19/07 | Ament | Prepare for and attend team status meeting. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641920
60033  Claim Analysis Objection Resolution  Page    6
       & Estimation (Asbestos)
December 28, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 11/19/07 | Aten | Team meeting (.8); continue to review medical expert reports, and to analyze asbestos claims (3.0). | 3.80 |
| 11/19/07 | Cameron | Prepare for (0.9) and attend weekly meeting regarding strategy issues (1.1); review expert materials from W.R. Grace and follow-up e-mails (2.7); e-mails to claimants' counsel (0.2). | 4.90 |
| 11/19/07 | Flatley | E-mails (0.1); preparation and team meeting (0.9); review and comment on J. Restivo memo (0.8). | 1.80 |
| 11/19/07 | Himmel | Attend status meeting and review documents regarding expert reports. | 2.50 |
| 11/19/07 | Muha | Attend weekly Grace work planning meeting. | .80 |
| 11/19/07 | Rea | Attend team meeting. | .70 |
| 11/19/07 | Restivo | Review expert reports and deposition summaries (2.5); attend to status items (1.0). | 3.50 |
| 11/20/07 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10); review memo from J. Restivo re: status (.10). | .30 |
| 11/20/07 | Cameron | Review materials received from Grace in-house counsel (2.80); multiple e-mails re: same (.60). | 3.40 |
| 11/20/07 | Himmel | Exchange e-mails with D. Cameron regarding analysis of expert materials. | .10 |
| 11/20/07 | Muha | Legal research of cases involving asbestos claims analysis. | 3.70 |
| 11/20/07 | Rea | Meeting with associate re: research assignment. | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641920
60033  Claim Analysis Objection Resolution  Page    7
       & Estimation (Asbestos)
December 28, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 11/21/07 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 11/21/07 | Aten | Continue to review, analyze and summarize medical expert reports. | 1.80 |
| 11/21/07 | Cameron | Review J. Restivo summary and "things to do" list (.60); review expert reports (.90). | 1.50 |
| 11/21/07 | Flatley | Review various materials (1.2); with R. Aten re: follow-up to be done (0.4); reviewing experts' reports and research memorandum (2.6). | 4.20 |
| 11/21/07 | Himmel | Review expert materials (1.2); review D. Cameron e-mail regarding same (0.2). | 1.40 |
| 11/21/07 | Muha | Review and analyze case law re: analysis of asbestos claims. | 1.20 |
| 11/24/07 | Aten | Continue to review, analyze and summarize medical expert reports. | 1.20 |
| 11/24/07 | Cameron | Attention to expert reports and claim summaries. | 1.90 |
| 11/24/07 | Flatley | Review legal research memorandum and experts' reports and short outlines on them. | 3.00 |
| 11/25/07 | Aten | Continue to review, analyze and summarize medical expert reports. | 1.60 |
| 11/25/07 | Himmel | Review and analyze asbestos claims materials. | 2.60 |
| 11/25/07 | Muha | Continue review and analysis of case law re: analysis of asbestos claims. | 1.60 |
| 11/25/07 | Restivo | Review and analyze expert reports and K&E legal memo. | 2.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641920
60033  Claim Analysis Objection Resolution  Page    8
       & Estimation (Asbestos)
December 28, 2007
```

|   Date   | Name     |                                                                                                                                          | Hours |
|----------|----------|------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/26/07 | Ament    | Prepare for and attend team status meeting (.80); assist team with various issues relating to PD claims (.20); various e-mails re: same (.20). | 1.20  |
| 11/26/07 | Aten     | Continue to review and analyze medical expert reports (2.1); team meeting (.9). | 3.00 |
| 11/26/07 | Cameron  | Prepare for (0.7) and attend portions of weekly team meeting (0.6); review of multiple expert reports and summaries relating to outstanding claims (1.8). | 3.10 |
| 11/26/07 | Flatley  | E-mails and preparation for team meeting (0.4); team meeting and follow-up (1.3); e-mails and replies (0.2). | 1.90 |
| 11/26/07 | Himmel   | Attend status meeting (.9); review and analysis of expert materials (1.9). | 2.80 |
| 11/26/07 | Muha     | Attend weekly planning meeting (0.9); continue legal research re: analysis of asbestos claims (3.1). | 4.00 |
| 11/26/07 | Rea      | Attend team meeting (1.0); attend Omnibus Hearing (.3). | 1.30 |
| 11/26/07 | Restivo  | Weekly strategy planning meeting (1.0); review of additional expert reports (1.0). | 2.00 |
| 11/27/07 | Ament    | Assist team with various issues relating to PD claims (.20); e-mails with team re: same (.10); review memo from J. Restivo re: status (.10). | .40 |
| 11/27/07 | Aten     | Continue to review and analyze medical expert reports. | 5.40 |
| 11/27/07 | Cameron  | Review revised summary of open items (0.5); e-mails regarding same (0.4); review various expert reports and claims summaries (1.2). | 2.10 |

```
172573 W. R. Grace & Co.                      Invoice Number  1641920
60033  Claim Analysis Objection Resolution    Page   9
       & Estimation (Asbestos)
December 28, 2007


    Date   Name                                              Hours
    ------ -----------                                       -----

    11/27/07 Flatley        With R. Aten re: status of various    .90
                            matters and follow-up (0.7); call
                            with D. Cameron (0.1); e-mails and
                            replies (0.1).

    11/27/07 Gatewood       Communicate with R. Aten            4.00
                            concerning expert reports and
                            scheduling orders (.50);
                            examine/analyze expert report (3.5)

    11/27/07 Himmel         Prepare summary of expert           2.60
                            materials and exchange e-mails
                            with D. Cameron, J. Restivo
                            re: same (.8); review expert
                            materials (1.8).

    11/27/07 Muha           Continue research and analysis of  7.00
                            case law regarding analysis of
                            asbestos-related claims.

    11/27/07 Restivo        Open issues review (2.1);          5.00
                            continued review of expert
                            reports, depositions, and
                            background material (2.9).

    11/28/07 Ament          Assist team with various issues     .20
                            relating to PD claims.

    11/28/07 Aten           Continue to read, analyze and      8.60
                            summarize medical expert reports.

    11/28/07 Cameron        Meet with J. Restivo regarding     2.60
                            open issues and planning meeting
                            (0.4); meet with L. Flatley
                            regarding same (0.3); review
                            expert reports and prepare
                            outlines (1.9).

    11/28/07 Flatley        With D. Cameron (0.3); review       .60
                            experts' reports in preparation
                            for November 29 meeting (0.3).

    11/28/07 Gatewood       Communicate (multiple) with R.     8.00
                            Aten concerning expert reports
                            (.50); examination/analysis of
                            expert reports (7.5).
```

```
172573 W. R. Grace & Co.                        Invoice Number  1641920
60033  Claim Analysis Objection Resolution      Page  10
       & Estimation (Asbestos)
December 28, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/28/07 | Himmel | Conference with J. Restivo re: analysis of expert materials (.3); review expert materials (3.1). | 3.40 |
| 11/28/07 | Muha | Continue research and analysis of case law regarding analysis of asbestos claims (7.9); meeting with J. Restivo re: same (0.3). | 8.20 |
| 11/28/07 | Rea | Correspondence re: Omnibus schedule. | .20 |
| 11/28/07 | Restivo | Options analysis re:  claims. | 6.10 |
| 11/29/07 | Ament | Read memo from J. Restivo re: status (.10); prepare for and attend status meeting and prepare meeting minutes (3.0). | 3.10 |
| 11/29/07 | Aten | Team meeting (3.0); continue to read, analyze and summarize medical expert reports (5.7). | 8.70 |
| 11/29/07 | Cameron | Prepare for (1.1) and attend strategy meeting relating to pending claims and expert reviews (2.9); follow-up meeting with J. Restivo and telephone call with R. Finke re: same (0.6). | 4.60 |
| 11/29/07 | Flatley | Review expert report and begin drafting memo on various issues re: asbestos claims (4.7); team meeting to discuss status of various issues and strategy (3.3); with R. Aten re: status of medical witnesses' review (0.3). | 8.30 |
| 11/29/07 | Gatewood | Examination/analysis of expert reports. | 8.00 |
| 11/29/07 | Himmel | Conference with Reed Smith team re: analysis of expert material. | 3.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641920
60033  Claim Analysis Objection Resolution  Page  11
       & Estimation (Asbestos)
December 28, 2007
```

| Date | Name | | Hours |
|------|------|------|------|
| 11/29/07 | Muha | Prepare for (2.1) and attend (3.1) meeting regarding asbestos claims; continue research and analysis of case law re: same (1.6); review memoranda from J. Restivo re: same (0.3). | 7.30 |
| 11/29/07 | Restivo | Strategy meetings re:  open issues and resolution of same. | 7.60 |
| 11/30/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: expert reports (.20); review J. Restivo memo re: status (.10). | .50 |
| 11/30/07 | Aten | Continue to read, review, and analyze medical expert reports. | 3.60 |
| 11/30/07 | Cameron | Attention to materials relating to expert witness work and claims estimation. | 1.90 |
| 11/30/07 | Flatley | Drafting memorandum regarding expert report and issues related to it. | 4.50 |
| 11/30/07 | Gatewood | Examination/analysis of expert reports. | 5.00 |
| 11/30/07 | Himmel | Attention to expert materials. | .20 |
| 11/30/07 | Muha | Continue review and analysis of case law regarding analysis of asbestos claims (3.5); draft and revise memorandum re: approaches taken in previous cases (3.7). | 7.20 |

```
                                                      ------
                                          TOTAL HOURS  287.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 45.40 | at $ | 635.00 | = | 28,829.00 |
| Paul M. Singer | 1.00 | at $ | 635.00 | = | 635.00 |
| Lawrence E. Flatley | 45.40 | at $ | 575.00 | = | 26,105.00 |
| Douglas E. Cameron | 43.70 | at $ | 570.00 | = | 24,909.00 |
| Traci Sands Rea | 4.70 | at $ | 400.00 | = | 1,880.00 |
| Brian T. Himmel | 20.50 | at $ | 400.00 | = | 8,200.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1641920
60033  Claim Analysis Objection Resolution      Page  12
       & Estimation (Asbestos)
December 28, 2007
```

| | | | | |
|---|---|---|---|---|
| Carol J. Gatewood | 25.00 | at $ 385.00 | = | 9,625.00 |
| Andrew J. Muha | 44.80 | at $ 350.00 | = | 15,680.00 |
| Rebecca E. Aten | 45.50 | at $ 295.00 | = | 13,422.50 |
| Sharon A. Ament | 10.50 | at $ 145.00 | = | 1,522.50 |
| Margaret A. Garlitz | 1.10 | at $ 185.00 | = | 203.50 |

```
                        CURRENT FEES                         131,011.50


                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $131,011.50
                                                        =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1641921
One Town Center Road                Invoice Date    12/28/07
Boca Raton, FL   33486              Client Number     172573
```

===========================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

```
        Fees                          35,786.50
        Expenses                           0.00

               TOTAL BALANCE DUE UPON RECEIPT      $35,786.50
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number    1641921
One Town Center Road                       Invoice Date    12/28/07
Boca Raton, FL   33486                     Client Number     172573
                                           Matter Number      60035


==============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2007

        Date   Name                                                Hours
        -------- -----------                                       -----


        11/01/07 Cameron        Attention to A. Langer issues        1.30
                                (0.4); review Lee expert materials
                                (0.9).

        11/01/07 Taylor-Payne   Research and compilation of key      1.30
                                governmental documents.

        11/02/07 Cameron        Review Lee materials.                1.10

        11/02/07 Taylor-Payne   Continue research and compilation     .30
                                of key governmental documents.

        11/03/07 Cameron        Continued review of expert           1.60
                                materials.

        11/04/07 Cameron        Review Pooley, Blake, Langer and     2.50
                                Lee materials.

        11/05/07 Cameron        E-mails and telephone calls          1.30
                                regarding A Langer (0.4); review
                                materials regarding F. Pooley
                                (0.9).

        11/05/07 Taylor-Payne   Research and compilation of          .70
                                materials in preparation for cross
                                examination of expert.

        11/06/07 Cameron        Review materials from RJ Lee Group   3.70
                                (1.8); review Gunter materials and
                                article (0.9); follow-up regarding
                                Langer issues (0.4); review expert
                                materials for C. Blake (.6).

```
172573 W. R. Grace & Co.                    Invoice Number  1641921
60035  Grand Jury Investigation             Page    2
December 28, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/06/07 | Klapper | Discuss with consultant supplementation of state of the art analysis in light of issues raised by T. Mace. | 2.70 |
| 11/07/07 | Cameron | Telephone call with RJ Lee Group regarding expert reports and reliance materials (0.4); multiple e-mails regarding same (0.5); review materials regarding A. Langer (0.4); review expert materials (1.9). | 3.20 |
| 11/07/07 | Sanner | Email correspondence with J. Taylor-Payne re agency materials. | .20 |
| 11/07/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.90 |
| 11/08/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.20 |
| 11/09/07 | Cameron | Review materials from RJ Lee Group re: experts (0.9); e-mails re: same (0.5); review Pooley and Blake materials (0.9). | 2.30 |
| 11/12/07 | Cameron | Attention to expert report issues for Pooley and Blake (1.6); review materials from R. J. Lee Group (1.3). | 2.90 |
| 11/12/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.10 |
| 11/13/07 | Cameron | Meet with R. Finke regarding expert issues for criminal case (0.3); telephone call with experts re: same (0.4); e-mails re: same (0.4). | 1.10 |
| 11/13/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.40 |
| 11/14/07 | Cameron | Review materials relating to EPA sampling (0.5); review Pooley materials (0.8). | 1.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641921
60035  Grand Jury Investigation             Page    3
December 28, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/15/07 | Cameron | Attention to materials relating to sample database (0.9); review materials for supplemental expert reports (0.9). | 1.80 |
| 11/15/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.60 |
| 11/16/07 | Cameron | E-mails with K&E regarding expert witness meeting and supplemental reports (0.4); review reports and summary of issues (0.7). | 1.10 |
| 11/16/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 5.00 |
| 11/17/07 | Cameron | Continued review of expert witness work. | 1.80 |
| 11/19/07 | Cameron | Telephone call with R.J. Lee Group re: expert work (0.2); review reports and reliance materials (0.9). | 1.10 |
| 11/19/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.30 |
| 11/20/07 | Cameron | Telephone call with R.J. Lee Group (.20); review report and attachments (1.40). | 1.60 |
| 11/20/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.80 |
| 11/21/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | .20 |
| 11/23/07 | Cameron | Attention to Pooley, Blake and R.J. Lee Group reports. | 2.50 |
| 11/25/07 | Cameron | Attention to supplemental reports and open issues for experts (1.60); review materials regarding database issues (.60). | 2.20 |
| 11/26/07 | Cameron | Review materials for supplemental reports. | .90 |
| 11/26/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641921
60035  Grand Jury Investigation             Page    4
December 28, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/27/07 | Cameron | Prepare for (1.8) and participate in calls regarding expert reports and expert materials for criminal case (1.2); review underlying data for same (0.8); e-mails regarding same (0.3). | 4.10 |
| 11/27/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.20 |
| 11/28/07 | Cameron | Review publications and materials from R. Finke regarding soil analysis (1.8); review materials from Libby (1.4). | 3.20 |
| 11/28/07 | Sanner | Continue review and analysis of information submitted to government. | 3.80 |
| 11/28/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.10 |
| 11/29/07 | Cameron | Review expert report materials. | .90 |
| 11/29/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | .40 |
| 11/30/07 | Cameron | Review materials relating to expert witness reports (2.3); e-mails regarding meetings and reports (0.6). | 2.90 |

```
                                              ------
                              TOTAL HOURS      86.80
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|--|--|------|--|-------|
| Douglas E. Cameron | 46.40 | at | $ | 570.00 | = | 26,448.00 |
| Antony B. Klapper | 2.70 | at | $ | 520.00 | = | 1,404.00 |
| Margaret L. Sanner | 4.00 | at | $ | 425.00 | = | 1,700.00 |
| Jennifer L. Taylor-Payne | 33.70 | at | $ | 185.00 | = | 6,234.50 |

```
                    CURRENT FEES                         35,786.50


                                                      ------------
         TOTAL BALANCE DUE UPON RECEIPT                  $35,786.50
                                                      =============
```