REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1641951
One Town Center Road                      Invoice Date       12/28/07
Boca Raton, FL    33486                   Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                              0.00
         Expenses                     24,124.35

                    TOTAL BALANCE DUE UPON RECEIPT      $24,124.35
                                                       =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number     1641951
One Town Center Road                Invoice Date      12/28/07
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                         2.70
        IKON Copy Services                    1,309.34
        PACER                                     3.44
        Duplicating/Printing/Scanning           161.30
        Westlaw                                 597.69
        Postage Expense                           3.73
        Deposition Expense                      210.00
        Consulting Fees                      21,277.07
        Courier Service - Outside               184.42
        Couriers (Outside)                       90.55
        Secretarial Overtime                     30.00
        Meal Expense                            254.11

                CURRENT EXPENSES                      24,124.35
                                                     -------------

                TOTAL BALANCE DUE UPON RECEIPT       $24,124.35
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1641951
One Town Center Road                      Invoice Date    12/28/07
Boca Raton, FL    33486                   Client Number     172573
                                          Matter Number      60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting


     FOR COSTS ADVANCED AND EXPENSES INCURRED:

     09/21/07    WR Grace Litigation -assist with August 2007        30.00
                 free application

     10/08/07    Postage Expense                                       .82
                 Postage Expense: ATTY # 0396 User: Eiben, Nichol

     10/15/07    PACER                                                3.36

     10/16/07    Postage Expense                                       .41
                 Postage Expense: ATTY # 0396 User: Miller, Jason

     10/19/07    Courier Service - UPS - Shipped from Douglas        83.90
                 Cameron Reed Smith LLP - Pittsburgh to expert
                 witness at Hilton Garden Inn (DULUTH GA 30097).

     10/19/07    Courier Service - UPS - Shipped from REED           36.26
                 SMITH LLP to expert witness at Hilton Garden
                 Inn (DULUTH GA 30097).

     10/22/07    Courier Service - UPS - Shipped from                 8.73
                 Lawrence Flatley, Reed Smith LLP - Pittsburgh to
                 David E. Mendelson, Kirkland & Ellis LLP
                 (WASHINGTON DC 20005).

     10/24/07    PACER                                                 .08

     10/29/07    Postage Expense                                      2.50
                 Postage Expense: ATTY # 4810 User: Criswell, Pauline

     11/01/07    Duplicating/Printing/Scanning                       1.30
                 ATTY # 7015: 13 COPIES

     11/01/07    Duplicating/Printing/Scanning                        .70
                 ATTY # 1814: 7 COPIES

```
172573 W. R. Grace & Co.                        Invoice Number  1641951
60026  Litigation and Litigation Consulting      Page    2
December 28, 2007
```

| Date | Description | Amount |
|------|-------------|-------:|
| 11/01/07 | Westlaw - LOCAL RESEARCH FOR WORK IN RELATION TO PI LITIGATION. | 138.31 |
| 11/02/07 | Duplicating/Printing/Scanning ATTY # 0349: 3 COPIES | .30 |
| 11/02/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |
| 11/02/07 | Duplicating/Printing/Scanning ATTY # 1814: 8 COPIES | .80 |
| 11/02/07 | Duplicating/Printing/Scanning ATTY # 1814: 8 COPIES | .80 |
| 11/02/07 | Duplicating/Printing/Scanning ATTY # 1814: 9 COPIES | .90 |
| 11/02/07 | Duplicating/Printing/Scanning ATTY # 1814: 4 COPIES | .40 |
| 11/02/07 | Duplicating/Printing/Scanning ATTY # 1814: 6 COPIES | .60 |
| 11/02/07 | Meal Expense Houser Deposition preparation on 10/16/07 (Lunch for 4). | 53.09 |
| 11/02/07 | Meal Expense Houser Deposition 10/16/07 (Lunch for 10). | 201.02 |
| 11/02/07 | Courier Service - Outside 232916 on 10/01/07 | 7.77 |
| 11/02/07 | Courier Service - Outside 253860 on 10/29/07 | 7.77 |
| 11/02/07 | Courier Service - Outside 242353 on 10/14/07 | 7.77 |
| 11/05/07 | Duplicating/Printing/Scanning ATTY # 2788; 3 COPIES | .30 |
| 11/05/07 | Duplicating/Printing/Scanning ATTY # 2788; 1 COPY | .10 |
| 11/05/07 | Duplicating/Printing/Scanning ATTY # 2788; 274 COPIES | 27.40 |
| 11/05/07 | Duplicating/Printing/Scanning ATTY # 1833; 13 COPIES | 1.30 |

172573 W. R. Grace & Co.                          Invoice Number  1641951
60026  Litigation and Litigation Consulting       Page   3
December 28, 2007


11/05/07   Duplicating/Printing/Scanning                    1.50
           ATTY # 2788; 15 COPIES

11/05/07   Duplicating/Printing/Scanning                    3.70
           ATTY # 2788; 37 COPIES

11/05/07   Duplicating/Printing/Scanning                    1.80
           ATTY # 1814: 18 COPIES

11/05/07   Duplicating/Printing/Scanning                    3.50
           ATTY # 7015: 35 COPIES

11/05/07   Duplicating/Printing/Scanning                     .90
           ATTY # 1814: 9 COPIES

11/06/07   IKON Copy Services - COPYING FOR SERVICE OF      59.60
           MONTHLY FEE APPLICATION CNO.

11/07/07   Duplicating/Printing/Scanning                    1.20
           ATTY # 0559: 12 COPIES

11/08/07   Duplicating/Printing/Scanning                     .10
           ATTY # 0349: 1 COPY

11/08/07   Duplicating/Printing/Scanning                    3.60
           ATTY # 0710: 36 COPIES

11/08/07   Duplicating/Printing/Scanning                    1.30
           ATTY # 0710: 13 COPIES

11/12/07   Duplicating/Printing/Scanning                     .10
           ATTY # 0559: 1 COPY

11/12/07   Duplicating/Printing/Scanning                    4.80
           ATTY # 0887: 48 COPIES

11/12/07   Duplicating/Printing/Scanning                    1.40
           ATTY # 7015: 14 COPIES

11/12/07   Duplicating/Printing/Scanning                    1.00
           ATTY # 7015: 10 COPIES

11/13/07   Duplicating/Printing/Scanning                     .20
           ATTY # 7015: 2 COPIES

11/13/07   Duplicating/Printing/Scanning                     .30
           ATTY # 7015: 3 COPIES

11/13/07   Duplicating/Printing/Scanning                     .80
           ATTY # 1814: 8 COPIES

```
172573 W. R. Grace & Co.                      Invoice Number  1641951
60026  Litigation and Litigation Consulting   Page    4
December 28, 2007
```

| | | |
|---|---|---:|
| 11/13/07 | Westlaw - LOCAL RESEARCH FOR WORK IN RELATION TO PI LITIGATION. | 58.92 |
| 11/13/07 | Courier Service - UPS - Shipped from Lawrence Flatley, Reed Smith LLP - Pittsburgh to Jay Hughes,  W.R. Grace & Co. (BOCA RATON FL 33486). | 22.22 |
| 11/14/07 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPY | .10 |
| 11/14/07 | Duplicating/Printing/Scanning ATTY # 0396: 3 COPIES | .30 |
| 11/14/07 | Duplicating/Printing/Scanning ATTY # 1814: 3 COPIES | .30 |
| 11/14/07 | Duplicating/Printing/Scanning ATTY # 1814: 1 COPY | .10 |
| 11/14/07 | Duplicating/Printing/Scanning ATTY # 1814: 30 COPIES | 3.00 |
| 11/14/07 | Duplicating/Printing/Scanning ATTY # 1814: 29 COPIES | 2.90 |
| 11/14/07 | Westlaw - LOCAL RESEARCH FOR WORK IN RELATION TO PI LITIGATION. | 400.46 |
| 11/15/07 | Deposition Expense - - VENDOR: IDEX - VICTOR LOUIS ROGGLI DEPOSITIONS | 70.00 |
| 11/15/07 | Deposition Expense - - VENDOR: IDEX - VICTOR LOUIS ROGGLI DEPOSITIONS | 140.00 |
| 11/15/07 | Duplicating/Printing/Scanning ATTY # 1814: 29 COPIES | 2.90 |
| 11/15/07 | Duplicating/Printing/Scanning ATTY # 1814: 34 COPIES | 3.40 |
| 11/15/07 | Duplicating/Printing/Scanning ATTY # 1814: 4 COPIES | .40 |
| 11/15/07 | Duplicating/Printing/Scanning ATTY # 1814: 5 COPIES | .50 |
| 11/15/07 | Duplicating/Printing/Scanning ATTY # 1814: 5 COPIES | .50 |
| 11/15/07 | Duplicating/Printing/Scanning ATTY # 7015: 21 COPIES | 2.10 |

172573 W. R. Grace & Co.                          Invoice Number  1641951
60026  Litigation and Litigation Consulting       Page    5
December 28, 2007


| | | |
|---|---|---|
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 29 COPIES | 2.90 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 36 COPIES | 3.60 |
| 11/15/07 | Courier Service - UPS - Shipped from JAY<br>HUGHES, W.R. GRACE & CO. to W.R. GRACE & CO.<br>(BOCA RATON FL 33487). | 10.00 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.20 |
| 11/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 11/20/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 34 COPIES | 3.40 |
| 11/20/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 7 COPIES | .70 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 17 COPIES | 1.70 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 19 COPIES | 1.90 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 20 COPIES | 2.00 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 19 COPIES | 1.90 |
| 11/25/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 16 COPIES | 1.60 |
| 11/26/07 | Couriers (Outside) - - VENDOR: TNT<br>International Courier to James Restivo, Reed<br>Smith, Pittsburgh | 90.55 |
| 11/26/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 5 COPIES | .50 |
| 11/27/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/33 | 1.65 |
| 11/27/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/17 | .85 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1641951
60026 Litigation and Litigation Consulting      Page   6
December 28, 2007
```

| | | |
|---|---|---|
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 45 COPIES | 4.50 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 5 COPIES | .50 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 5 COPIES | .50 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 24 COPIES | 2.40 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 95 COPIES | 9.50 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3984; 95 COPIES | 9.50 |
| 11/30/07 | IKON Copy Services - COPYING AND MAILING OF<br>NOTICE OF QUARTERLY FEE APPLICATION TO FULL<br>SERVICE LIST | 538.59 |
| 11/30/07 | IKON Copy Services - COPYING AND MAILING OF<br>QUARTERLY FEE APPLICATION TO CORE SERVICE LIST. | 711.15 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 10 COPIES | 1.00 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 321 COPIES | 32.10 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 11/30/07 | Telephone Expense<br>626-825-0306/COV-BALDPK, CA/4 | .20 |
| 12/27/07 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION - DOCUMENT REVIEW RE: DR. RODRICK'S<br>DEPOSITION - Expert consultant fees for work<br>on personal injury claims against W.R. Grace<br>for November, 2007. | 21277.07 |

```
                            CURRENT EXPENSES            24,124.35
                                                       ------------
                            TOTAL BALANCE DUE UPON RECEIPT   $24,124.35
                                                       =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number     1641952
5400 Broken Sound Blvd., N.W.         Invoice Date      12/28/07
Boca Raton, FL 33487                  Client Number      172573
```

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

```
         Fees                              0.00
         Expenses                      2,857.69

               TOTAL BALANCE DUE UPON RECEIPT        $2,857.69
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1641952
5400 Broken Sound Blvd., N.W.        Invoice Date       12/28/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning              7.00
        Westlaw                                2,850.69

                    CURRENT EXPENSES                       2,857.69
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $2,857.69
                                                      =============

```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number     1641952
5400 Broken Sound Blvd., N.W.        Invoice Date      12/28/07
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60028
```

==============================================================================

Re: (60028)  ZAI Science Trial


        FOR COSTS ADVANCED AND EXPENSES INCURRED:

    10/30/07   Westlaw - LEGAL RESEARCH ON STATE LAW RE:          354.19
               POTENTIAL REMAINING CAUSES OF ACTION AND
               DAMAGES.

    10/31/07   Westlaw  - LEGAL RESEARCH ON STATE LAW RE:        1994.33
               POTENTIAL REMAINING CAUSES OF ACTION AND
               DAMAGES.

    10/31/07   Westlaw - LEGAL RESEARCH ON STATE LAW RE:           44.49
               POTENTIAL REMAINING CAUSES OF ACTION AND
               DAMAGES.

    11/01/07   Westlaw - LEGAL RESEARCH ON STATE LAW RE:          409.48
               POTENTIAL REMAINING CAUSES OF ACTION AND
               DAMAGES.

    11/09/07   Duplicating/Printing/Scanning                         .20
               ATTY # 0559: 2 COPIES

    11/09/07   Duplicating/Printing/Scanning                         .20
               ATTY # 0559: 2 COPIES

    11/09/07   Duplicating/Printing/Scanning                         .20
               ATTY # 0559: 2 COPIES

    11/09/07   Duplicating/Printing/Scanning                         .30
               ATTY # 0559: 3 COPIES

    11/12/07   Duplicating/Printing/Scanning                         .80
               ATTY # 0349: 8 COPIES

    11/12/07   Duplicating/Printing/Scanning                         .10
               ATTY # 0349: 1 COPY

```
172573 W. R. Grace & Co.                      Invoice Number  1641952
60028  ZAI Science Trial                      Page    2
December 28, 2007
```

| | | |
|---|---|---:|
| 11/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # : 5 COPIES | .50 |
| 11/21/07 | Westlaw - LEGAL RESEARCH ON STATE LAW RE:<br>POTENTIAL REMAINING CAUSES OF ACTION AND<br>DAMAGES. | 48.20 |
| 11/26/07 | Duplicating/Printing/Scanning<br>ATTY # : 8 COPIES | .80 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 8 COPIES | .80 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # : 7 COPIES | .70 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # : 7 COPIES | .70 |

```
                              CURRENT EXPENSES              2,857.69
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $2,857.69
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1641953
One Town Center Road                    Invoice Date      12/28/07
Boca Raton, FL   33486                  Client Number       172573



===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                      1,470.93

                      TOTAL BALANCE DUE UPON RECEIPT        $1,470.93
                                                          =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number     1641953
One Town Center Road                Invoice Date       12/28/07
Boca Raton, FL   33486              Client Number       172573
                                    Matter Number        60033


===============================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Telephone Expense                      5.65
         PACER                                 80.00
         Duplicating/Printing/Scanning        269.20
         Westlaw                              212.99
         Postage Expense                        9.05
         Secretarial Overtime                  75.00
         Rail Travel Expense                  144.42
         Meal Expense                         496.26
         Telephone - Outside                  118.36
         General Expense                       60.00

                    CURRENT EXPENSES                 1,470.93
                                                 -------------

                    TOTAL BALANCE DUE UPON RECEIPT    $1,470.93
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1641953
One Town Center Road                    Invoice Date      12/28/07
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60033


=============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 09/19/07 | Secretarial Overtime: Assist D. Cameron preparation for meeting. | 45.00 |
| 09/20/07 | Secretarial Overtime: Assist D. Cameron to prepare client for deposition. | 15.00 |
| 09/21/07 | Secretarial Overtime: Assist D. Cameron to prepare client for deposition. | 15.00 |
| 10/05/07 | PACER | 18.80 |
| 10/16/07 | Telephone - Outside Chorus Call Inv No: 0316159 - FLATLEY - | 16.78 |
| 10/16/07 | Telephone - Outside Chorus Call Inv No: 0316159 - CAMERON - | 44.08 |
| 10/16/07 | Postage Expense Postage Expense: ATTY # 0559 User: Miller, Jason | 1.99 |
| 10/22/07 | Postage Expense Postage Expense: ATTY # 3928 User: Lebo, Dan | .41 |
| 10/30/07 | PACER | 1.68 |
| 10/31/07 | PACER | 59.52 |
| 11/01/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |
| 11/01/07 | Duplicating/Printing/Scanning ATTY # 0349; 15 COPIES | 1.50 |

```
172573 W. R. Grace & Co.                      Invoice Number  1641953
60033  Claim Analysis Objection Resolution    Page   2
       & Estimation (Asbestos)
December 28, 2007
```

| | | |
|---|---|---:|
| 11/01/07 | Duplicating/Printing/Scanning<br>ATTY # 0349; 15 COPIES | 1.50 |
| 11/02/07 | Meal Expense Grace Hearing - Breakfast for 10<br>for 10/25/07 hearing. | 75.14 |
| 11/02/07 | Meal Expense Grace Hearing - Lunch for 9 for<br>10/25/07 hearing. | 121.20 |
| 11/02/07 | Meal Expense W.R. Grace - Lunch for 6 during<br>meeting with expert witnesses. | 101.94 |
| 11/05/07 | Meal Expense - Lunch for 10 for client meeting<br>in CONF RM 1B. | 177.73 |
| 11/05/07 | Meal Expense - One kosher meal for client<br>meeting in CONF RM 1B. | 20.25 |
| 11/05/07 | Telephone Expense<br>786-662-5229/MIAMI, FL/53 | 2.65 |
| 11/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 5 COPIES | .50 |
| 11/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 5 COPIES | .50 |
| 11/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349; 7 COPIES | .70 |
| 11/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 32 COPIES | 3.20 |
| 11/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 11/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 11/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 11/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 11/06/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 11/07/07 | General Expense - - VENDOR: INFORM RESEARCH<br>SERVICES DOC RET - B. STEINMETZ | 60.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641953
60033  Claim Analysis Objection Resolution  Page    3
       & Estimation (Asbestos)
December 28, 2007
```

| | | |
|---|---|---|
| 11/07/07 | Telephone Expense<br>312-701-8039/CHICAGO, IL/5 | .25 |
| 11/07/07 | Postage Expense<br>Postage Expense: ATTY # 0349 User: Miller, Jason | 6.65 |
| 11/08/07 | Telephone Expense<br>310-829-9589/SNMN SNMN, CA/6 | .25 |
| 11/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 11/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0349; 13 COPIES | 1.30 |
| 11/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 11/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 11/09/07 | Telephone Expense<br>818-314-3401/VAN NUYS, CA/2 | .10 |
| 11/09/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 11/09/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 147 COPIES | 14.70 |
| 11/09/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 114 COPIES | 11.40 |
| 11/09/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 11/09/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .50 |
| 11/12/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 11/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPY | .10 |
| 11/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 11/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |

```
172573 W. R. Grace & Co.                          Invoice Number  1641953
60033  Claim Analysis Objection Resolution        Page   4
       & Estimation (Asbestos)
December 28, 2007
```

| | | | |
|---|---|---|---|
| 11/12/07 | Duplicating/Printing/Scanning | | .40 |
| | ATTY # 0349: 4 COPIES | | |
| 11/12/07 | Duplicating/Printing/Scanning | | .20 |
| | ATTY # 0349: 2 COPIES | | |
| 11/12/07 | Telephone Expense | | .15 |
| | 410-531-4355/COLUMBIA, MD/3 | | |
| 11/12/07 | Telephone Expense | | .50 |
| | 202-263-3273/WASHINGTON, DC/10 | | |
| 11/13/07 | Duplicating/Printing/Scanning | | 71.30 |
| | ATTY # 0559; 713 COPIES | | |
| 11/13/07 | Duplicating/Printing/Scanning | | 7.60 |
| | ATTY # 0559; 76 COPIES | | |
| 11/13/07 | Duplicating/Printing/Scanning | | 78.60 |
| | ATTY # 0559; 786 COPIES | | |
| 11/13/07 | Telephone Expense | | .45 |
| | 770-499-7500/ATLANTA NW, GA/9 | | |
| 11/14/07 | Duplicating/Printing/Scanning | | .20 |
| | ATTY # 0349: 2 COPIES | | |
| 11/14/07 | Duplicating/Printing/Scanning | | .20 |
| | ATTY # 0349: 2 COPIES | | |
| 11/14/07 | Duplicating/Printing/Scanning | | .20 |
| | ATTY # 0349: 2 COPIES | | |
| 11/14/07 | Duplicating/Printing/Scanning | | .30 |
| | ATTY # 0349: 3 COPIES | | |
| 11/14/07 | Duplicating/Printing/Scanning | | .40 |
| | ATTY # 0349: 4 COPIES | | |
| 11/14/07 | Duplicating/Printing/Scanning | | .40 |
| | ATTY # 0349: 4 COPIES | | |
| 11/14/07 | Duplicating/Printing/Scanning | | .40 |
| | ATTY # 0349: 4 COPIES | | |
| 11/14/07 | Duplicating/Printing/Scanning | | 1.60 |
| | ATTY # 0349: 16 COPIES | | |
| 11/14/07 | Duplicating/Printing/Scanning | | .80 |
| | ATTY # 0349: 8 COPIES | | |

```
172573 W. R. Grace & Co.                        Invoice Number  1641953
60033  Claim Analysis Objection Resolution      Page   5
       & Estimation (Asbestos)
December 28, 2007
```

| Date | Description | Amount |
|------|-------------|-------:|
| 11/14/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 11/14/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/3 | .15 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .40 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .40 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 11/19/07 | Rail Travel Expense - Rail travel to and from<br>meeting site. | 144.42 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .40 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .40 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .40 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .40 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 5 COPIES | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1641953
60033  Claim Analysis Objection Resolution        Page    6
       & Estimation (Asbestos)
December 28, 2007


    11/19/07   Duplicating/Printing/Scanning                    .40
               ATTY # 0349: 4 COPIES

    11/20/07   Westlaw - LEGAL RESEARCH RE: ANALYSIS OF      212.99
               ASBESTOS CLAIMS.

    11/20/07   Duplicating/Printing/Scanning                    .20
               ATTY # 0349: 2 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .20
               ATTY # 0396: 2 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .20
               ATTY # 0396: 2 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .50
               ATTY # 3928: 5 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .60
               ATTY # 3928: 6 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .10
               ATTY # 4195: 1 COPY

    11/26/07   Duplicating/Printing/Scanning                    .20
               ATTY # 4195: 2 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .40
               ATTY # 3928: 4 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .20
               ATTY # 3928: 2 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .20
               ATTY # 0396: 2 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .20
               ATTY # 0396: 2 COPIES

    11/26/07   Duplicating/Printing/Scanning                    .20
               ATTY # 0396: 2 COPIES

    11/27/07   Duplicating/Printing/Scanning                    .10
               ATTY # 0349: 1 COPY

    11/27/07   Duplicating/Printing/Scanning                    .70
               ATTY # 3928: 7 COPIES

    11/27/07   Duplicating/Printing/Scanning                   1.40
               ATTY # 3928: 14 COPIES

```
172573 W. R. Grace & Co.                      Invoice Number  1641953
60033  Claim Analysis Objection Resolution    Page   7
       & Estimation (Asbestos)
December 28, 2007
```

| | | |
|---|---|---|
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4195: 2 COPIES | .20 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4195: 2 COPIES | .20 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4195: 2 COPIES | .20 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4195: 2 COPIES | .20 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4195: 2 COPIES | .20 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4195: 2 COPIES | .20 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |

172573 W. R. Grace & Co.                    Invoice Number  1641953
60033  Claim Analysis Objection Resolution  Page   8
       & Estimation (Asbestos)
December 28, 2007


    11/27/07   Duplicating/Printing/Scanning                .20
               ATTY # 3928: 2 COPIES

    11/27/07   Duplicating/Printing/Scanning                .90
               ATTY # 3928: 9 COPIES

    11/27/07   Duplicating/Printing/Scanning                .90
               ATTY # 3928: 9 COPIES

    11/27/07   Duplicating/Printing/Scanning                .90
               ATTY # 3928: 9 COPIES

    11/27/07   Duplicating/Printing/Scanning                .60
               ATTY # 0349: 6 COPIES

    11/27/07   Duplicating/Printing/Scanning                .10
               ATTY # 0349: 1 COPY

    11/27/07   Duplicating/Printing/Scanning               1.80
               ATTY # 0349: 18 COPIES

    11/27/07   Duplicating/Printing/Scanning                .70
               ATTY # 0349: 7 COPIES

    11/27/07   Duplicating/Printing/Scanning                .70
               ATTY # 0349: 7 COPIES

    11/27/07   Duplicating/Printing/Scanning                .70
               ATTY # 0349: 7 COPIES

    11/27/07   Duplicating/Printing/Scanning                .70
               ATTY # 0349: 7 COPIES

    11/27/07   Duplicating/Printing/Scanning                .20
               ATTY # 0349: 2 COPIES

    11/27/07   Duplicating/Printing/Scanning                .30
               ATTY # 0349: 3 COPIES

    11/28/07   Duplicating/Printing/Scanning               1.70
               ATTY # 3928: 17 COPIES

    11/28/07   Duplicating/Printing/Scanning               1.70
               ATTY # 3928: 17 COPIES

    11/28/07   Duplicating/Printing/Scanning                .20
               ATTY # 0349: 2 COPIES

    11/28/07   Duplicating/Printing/Scanning                .20
               ATTY # 0349: 2 COPIES

```
172573 W. R. Grace & Co.                        Invoice Number  1641953
60033  Claim Analysis Objection Resolution      Page    9
       & Estimation (Asbestos)
December 28, 2007
```

| | | |
|---|---|---|
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 8 COPIES | .80 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 10 COPIES | 1.00 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 17 COPIES | 1.70 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 5 COPIES | .50 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 5 COPIES | .50 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 16 COPIES | 1.60 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 16 COPIES | 1.60 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 16 COPIES | 1.60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1641953
60033  Claim Analysis Objection Resolution      Page  10
       & Estimation (Asbestos)
December 28, 2007
```

| | | |
|---|---|---|
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 8 COPIES | .80 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 11/29/07 | Duplicating/Printing/Scanning<br>ATTY # 4195; 5 COPIES | .50 |
| 11/29/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/6 | .30 |
| 11/29/07 | Telephone Expense<br>510-428-9411/OKLD FRTVL, CA/6 | .25 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 5 COPIES | .50 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 0710: 8 COPIES | .80 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 17 COPIES | 1.70 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 16 COPIES | 1.60 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 8 COPIES | .80 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1641953
60033  Claim Analysis Objection Resolution  Page  11
       & Estimation (Asbestos)
December 28, 2007
```

| | | |
|---|---|---:|
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 10 COPIES | 1.00 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 2 COPIES | .20 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 2 COPIES | .20 |
| 11/30/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 113 COPIES | 11.30 |
| 11/30/07 | Telephone Expense<br>818-314-3401/VAN NUYS, CA/8 | .40 |
| 11/30/07 | Telephone Expense<br>312-719-2602/CHICAGO, IL/2 | .10 |
| 11/30/07 | Telephone Expense<br>415-497-0299/SAN RAFAEL, CA/2 | .10 |
| 11/30/07 | Telephone - Outside - - VENDOR: JAMES J.<br>RESTIVO, JR. COURT CALL WITH JUDGE ON 9/24/07 | 57.50 |

172573 W. R. Grace & Co.                          Invoice Number  1641953
60033  Claim Analysis Objection Resolution        Page  12
       & Estimation (Asbestos)
December 28, 2007


                        CURRENT EXPENSES                    1,470.93
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $1,470.93
                                                          ============