# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                November 1, 2007 to November 30, 2007

Invoice No. 25710

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 19.00 | 3,918.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.80 | 723.00 |
| B18 | Fee Applications, Others - | 4.20 | 470.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 10.90 | 2,740.50 |
| B25 | Fee Applications, Applicant - | 7.70 | 950.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 3.30 | 858.00 |
| B32 | Litigation and Litigation Consulting - | 18.90 | 4,914.00 |
| B36 | Plan and Disclosure Statement - | 4.10 | 1,042.00 |
| B37 | Hearings - | 8.00 | 2,080.00 |
| B40 | Employment Applications, Others - | 0.10 | 26.00 |
| B41 | Relief from Stay Litigation - | 0.10 | 26.00 |
| | **Total** | **79.10** | **$17,747.50** |
| | **Grand Total** | **79.10** | **$17,747.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 200.00 | 1.40 | 280.00 |
| Rick S. Miller | 250.00 | 1.20 | 300.00 |
| Steven G. Weiler | 175.00 | 2.10 | 367.50 |
| Theodore J. Tacconelli | 260.00 | 58.50 | 15,210.00 |
| Law Clerk | 100.00 | 2.80 | 280.00 |
| Legal Assistant - MH | 100.00 | 13.10 | 1,310.00 |
| **Total** | | **79.10** | **$17,747.50** |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Expenses | 1,324.56 |
| **Total Disbursements** | **$1,324.56** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-07 | *Fee Applications, Others* - Review HRA Sept., 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sept., 2007 fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Sabine River Authority | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing Dr. Longo deposition transcript | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re debtors' objection to Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Case Administration* - Review debtors' 25th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re potential settlement | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re discovery responses by FCR | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Ansbro re FCR discovery responses | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 0.30 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download and review HRA's summary, notice and invoice re Sept. Fee Application, revise summary and notice, prepare Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Sept. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - download and review Bilzin's summary, notice and invoice re Sept. Fee Application, revise summary and notice, prepare Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Sept. Fee Application | 0.50 | MH |
| Nov-02-07 | *Case Administration* - 10/25/07 hearing follow-up (.1); advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review claim settlement notice for Mentor Ins. Co. | 0.10 | TJT |
| | *Case Administration* - Review memo from Bilzin re potential EPA settlement | 0.50 | TJT |
| | *Case Administration* - Review Capstone Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review K&E 22nd supplemental affidavit with attachments | 0.10 | TJT |
| | *Case Administration* - Review order authorizing settlement with City of Amarillo | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Sept. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review ACC's response and objections to debtors' 1st set of interrogatories | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review ACC's response and objections to debtors' 2nd set of interrogatories | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Hearings* - Review e-mail from S. Weiler re 10/25/07 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review e-mail from D. Felder re FCR discovery responses and objections to debtors' discovery | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 10/26/07, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| Nov-03-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing settlement with Acadia Parish, et al. | 0.10 | TJT |
| | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney 26th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Sept. 07 | 0.30 | TJT |
| | *Case Administration* - Review case status memo for week ending 10/26/07 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel with proposed order re confidentiality of documents produced by UNR Trust with proposed order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's responses and objections to debtors' 1st and 2nd interrogatories | 0.50 | TJT |
| | *Relief from Stay Litigation* - Review order approving withdrawal of motion to lift stay by R. Prete | 0.10 | TJT |
| Nov-04-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Epec Realty | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Complete review of Dr. Longo's 10/25/07 deposition transcript | 1.80 | TJT |
| | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Sept. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order re production of documents by UNR Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's 2nd set of interrogatories to debtors | 0.10 | TJT |
| Nov-05-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with State of Oregon | 0.10 | TJT |
| | *Case Administration* - Review Orrick's Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZYJ Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Forman Perry July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from D. Klauder and proposed order re motion to appoint examiner | 0.10 | TJT |
| | *Hearings* - Review notice of hearing for 11/13/07 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re plan issues | 0.10 | TJT |
| Nov-06-07 | *Plan and Disclosure Statement* - Research PD issues and advise T. | 0.20 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Tacconelli re same | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Harlagin Housing Authority | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. Baer re U.S. Trustee's motion to appoint examiner | 0.10 | TJT |
| | *Case Administration* - Review e-mail from P. Bentley re U.S. Trustee motion to appoint examiner | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts June Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of postponement of deposition of J. Cooney | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PI/FCR proposed plan and glossary | 2.30 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing plan and glossary by PI/FCR | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from committee member re PI/FCR plan | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Snyder re PI/FCR plan re PD issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review notice of filing confidentiality agreements under seal by debtors | 0.10 | TJT |
| Nov-07-07 | *Plan and Disclosure Statement* - Review PI Chapter 11 Plan | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with BNC Forum LLP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re plan issues | 0.10 | TJT |
| Nov-08-07 | *Case Administration* - Review e-mails from D. Klauder and J. Baer re proposed examiner order | 0.10 | TJT |
| | *Case Administration* - Review revised draft of order re appointment of examiner | 0.10 | TJT |
| | *Case Administration* - Review D. Austern's Aug. and Sept. Fee Applications | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed order re documents from Owens Corning trust | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised order approving settlement with City of El Paso | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memo to T. Tacconelli re same | 0.70 | LC |
| Nov-09-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Coleman Housing Authority | 0.10 | TJT |
| | *Case Administration* - Review TPT Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - update 2002 service list and labels | 0.10 | MH |
| Nov-10-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing settlement with Cook County, IL | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response to California Dept. of General Services' motion for leave to file expert report late | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review H. Jew response to | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | 24th omnibus objection to claims |  |  |
|  | *Case Administration* - Review Piper Jaffery Sept. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review PGS June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Olgivey Renault Sept. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Casner Edwards 26th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel by US trustee re motion to appoint examiner | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed order re deposition of certain PI lawyers | 0.10 | TJT |
| Nov-11-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to dismiss 2 PD claims with attachments | 0.60 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to committee member re PD claim issues | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with City of Tuscon | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review State of NJ's opening brief in appeal in district court | 0.70 | TJT |
|  | *Case Administration* - Review memos from law clerk re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review Capstone Sept .Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review PGS July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review BMC Group April Fee Application | 0.10 | TJT |
| Nov-12-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with City of Phoenix | 0.10 | TJT |
|  | *Case Administration* - Review PGS 13th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Olgivey Renault 3rd Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review BMC Group May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for weeks ending 11/2 and 11/9 | 0.10 | TJT |
|  | *Case Administration* - Review docket re case status for weeks ending 11/2/07 and 11/9/07, memos to T. Tacconelli and L. Coggins re same | 1.50 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mails from J. Sakalo re teleconferences with committee (x2) | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from D. Scott re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Dies re teleconference with committee | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Hanlon NYU law review article cited by Shapro in expert report | 2.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review article by M. Behrens as cited by Shapro in his expert report | 0.50 | TJT |
| Nov-13-07 | *Case Administration* - Obtain and review order granting motion for appointment of examiner re conduct of L. Tersigni and send to co-counsel and advise T. Tacconelli re same | 0.20 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of motion re PD claim objection for Allegheny Center | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | approval of settlement with RMQ and National Union with attachments | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with State of AZ | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' objection to Richardson County, Georgia tax claim with attachments | 0.40 | TJT |
| | *Case Administration* - Review 6th amended 2019 statement of Cohn & Whitesell | 0.10 | TJT |
| | *Case Administration* - Review scheduling order re status conferences re appointment of examiner | 0.10 | TJT |
| | *Case Administration* - Review LAS Sept. Fee Application | 0.10 | TJT |
| | *Hearings* - Review correspondence from M. Hurford re preliminary agenda and review same | 0.20 | TJT |
| Nov-14-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re research of property damage issues (.1); conduct research re same (1.0) | 1.10 | SGW |
| | *Case Administration* - obtain and review order scheduling hearing re appointment of examiner re L. Tersigni and send to co-counsel | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' answering brief in Libby claimants' appeal 07-609 | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Respond to PD creditor inquiry | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with Del Taco with attachment | 0.50 | TJT |
| | *Case Administration* - Review order granting US Trustee's motion to appoint examiner | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of 25th Quarterly Fee Application for BMC Group | 0.10 | TJT |
| | *Case Administration* - Review BMC Group June Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of postponement of deposition of P. Kraus | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Law Review article cited by M. Shapro in expert report re Madison County | 0.60 | TJT |
| Nov-15-07 | *Fee Applications, Others* - Email from L. Flores; re: Bilzin quarterly | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to dismiss Libby Claimants' appeal 07-609 | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Respond to PD creditor inquiry | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson April/June Fee Applications | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Law Review article entitled "Claims Facility" by F. McGovern as cited in expert report of M. Shapro | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re Peterson deposition results | 0.30 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memo to T. Tacconelli re same | 1.30 | LC |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 26th quarterly period; draft Fee Application, Notice and Certificate of Service re same | 3.40 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's 26th Quarterly Fee Application, prepare labels and arrange for service of Notice re same | 0.70 | MH |
| Nov-16-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Eugene, OR | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of errata by H. Jew with attachment | 0.10 | TJT |
|  | *Case Administration* - Review 3rd Quarterly Fee Application of D&T | 0.10 | TJT |
|  | *Case Administration* - Review 9th Quarterly Fee Application of Foley Hoag | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from C. Adams re Libby Claimants' Certificate of Counsel re estimation motion | 0.10 | TJT |
| Nov-17-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with State of Arkansas | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re various settlements with Motley Rice PD claimants and review proposed orders for special language | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of No Objection filed by California State Dept. of General Services re motion for leave re expert report | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to shorten notice re motion to approve settlement with City of Barnesville | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with City of Barnesville with attachment | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' Certificate of Counsel re objection to Hampshire Chemical Corp. claim | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson 12th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock Washburn Sept. Fee Application and 26th interim period Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review PI Committee's 8th Quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel by Libby Claimants re participation by Libby Claimants in estimation proceeding and review proposed order | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' Notice of Service of objections to cross deposition questions by PI Committee re Eagle Picher Trust | 0.10 | TJT |
| Nov-18-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review joinder by State of Montana in debtors' motion to dismiss Libby Claimants' appeal | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's answering brief in Libby Claimants' appeal | 0.40 | TJT |
|  | *Case Administration* - Review Richardson Patrick April-Sept. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review memo from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review 2019 statement by Scott and Scott Ltd. | 0.10 | TJT |
| | *Case Administration* - Review LAS 22nd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill 9th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan LLC July-Oct. Fee Applications | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' objection to PI Committee's cross deposition questions to Eagle Picher Trust and review redirect questions by debtors | 0.10 | TJT |
| Nov-19-07 | *Case Administration* - Email to & from M. Hedden; re: fee apps & Certificate of No Objections | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Oregon Health and Sciences University | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Asbestos) e-mail from S. Baena re L. Tersigni chapter 11 case | 0.10 | TJT |
| | *Case Administration* - Review 1st Quarterly Fee Application of Charter Oak | 0.10 | TJT |
| | *Case Administration* - Review TPT Sept. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' Notice of Service of objections to PI Committee's cross deposition questions with Celotex Trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Research re ethical issues in asbestos litigation | 2.30 | TJT |
| | *Case Administration* - determine monthly fee allocation, submit supporting documents to T. Tacconelli and accounts payable for review | 0.10 | MH |
| Nov-20-07 | *Case Administration* - Review agenda; re: 11/26 hearing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection; re: Sept., 2007 fee app for filing & confer with M. Hedden; re: same | 0.10 | LLC |
| | *Case Administration* - Review Caplin Drysdale 26th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Research re state tort law changes | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Research re constitutional issues in asbestos litigation | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Research re Daubert issues in asbestos litigation | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' objection to cross deposition questions by PI Committee to Celotex Trust and review redirect deposition questions by debtors | 0.10 | TJT |
| | *Hearings* - Review agenda for 11/26/07 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 11/26/07 hearing coverage | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 11/16/07, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Sept. | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Sept. Fee Application | 0.50 | MH |
| Nov-21-07 | *Case Administration* - Review case management Memo for week ending | 0.10 | LLC |

|  |  |  |  |
|---|---|---|---|
|  | 11/16/07 |  |  |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of filing executed settlement agreement re RMQ, National Union matter with attachment | 0.20 | TJT |
|  | *Case Administration* - Review Campbell Levine 26th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 11/16/07 | 0.10 | TJT |
|  | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re proposed 2008 hearing dates | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte May and June Fee Applications | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Research re adjudication of personal injury asbestos claims in the tort system and related issues | 1.70 | TJT |
|  | *Litigation and Litigation Consulting* - Review Notice of Service by debtors of objections to PI Committee's cross deposition questions to Keene Creditor Trust | 0.10 | TJT |
| Nov-22-07 | *Case Administration* - Review Blackstone July-Sept. Fee Applications | 0.10 | TJT |
|  | *Case Administration* - Review Reed Smith 26th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Richardson Patrick 25th interim period Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review BMC Group 25th interim period Quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' objection to PI Committee's cross deposition questions to Keene Creditors' Trust and review redirect questions by debtors | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel re inactive Massachusetts docketed PI claims with attachment | 0.20 | TJT |
| Nov-23-07 | *Case Administration* - Review Piper Jaffery 20th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Perkins Coie Sept. 06, Nov. 06 Fee Applications | 0.10 | TJT |
|  | *Case Administration* - Review K&E 26th Quarterly Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Research re treatment of asbestos PI claims in tort system and related issues | 1.70 | TJT |
|  | *Hearings* - Correspond with committee member re 11/26/07 hearing | 0.10 | TJT |
| Nov-24-07 | *Case Administration* - Review Perkins Coie March 07 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Richardson Patrick 26th interim period Quarterly Fee Application | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 11/26/07 hearing | 1.90 | TJT |
|  | *Hearings* - Teleconference with committee member re agenda for 11/26/07 hearing | 0.10 | TJT |
| Nov-25-07 | *Case Administration* - Review Olgivey Renault Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Stroock Sept. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Blackstone 22nd Quarterly Fee Application | 0.10 | TJT |
|  | *Hearings* - Correspond with committee member re 11/26/07 hearing | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | agenda | | |
| Nov-26-07 | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin Sept., 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HR&A Sept., 2007 fee app for filing | 0.10 | LLC |
| | *Case Administration* - 11/26/07 hearing follow-up; advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with committee member after hearing re PD claim issues | 0.50 | TJT |
| | *Case Administration* - Review memo from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Hearings* - Correspond with J. Sakalo re preparation for hearing | 0.20 | TJT |
| | *Hearings* - Confer with co-counsel prior to hearing | 0.40 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 3.50 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memo to T. Tacconelli re same | 0.80 | LC |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Sept. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Sept. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's Sept. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Sept. Fee Application | 0.50 | MH |
| Nov-27-07 | *Case Administration* - Review amended case management order & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review order setting omnibus hearing dates & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review second order setting omnibus hearing dates & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case management Memo ; re: week ending 11/23 | 0.10 | LLC |
| | Committee, Creditors', Noteholders' or -confer with T. Tacconelli re: 11/26/07 hearing | 0.20 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare memo to committee member re asbestos claim issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting California State Dept. of General Services' motion for leave to file expert report | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement between debtors and CHP Associates | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' answering brief in State of NJ appeal -- 07-530 | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review stipulation between debtors and Petlett re resolution of claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Hamshire Chemical Corp. claim | 0.10 | TJT |
| | *Case Administration* - Review docket in State of Montana criminal | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | action | | |
| | *Case Administration* - Review notice of intent to purchase equity shares in debtor by Citadel entities | 0.10 | TJT |
| | *Employment Applications, Others* - Review order authorizing retention of DeLoitte FAS | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order authorizing PI Committee to file documents under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of filing certain documents under seal by PI Committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order approving Libby Claimants' motion in limine | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Research re punitive damage in state and federal courts and impact re asbestos claims | 1.30 | TJT |
| | *Hearings* - Review 11/26/07 hearing notes | 0.20 | TJT |
| | *Hearings* - Confer with S. Weiler re 11/26/07 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Confer with RSM re results of 11/26/07 hearing re PD claim issues and PI estimation issues | 0.30 | TJT |
| | *Case Administration* - review docket re case status for week ending 11/23/07, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Nov-28-07 | *Fee Applications, Applicant* - Review Oct., 2007 fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing settlements between debtors and Church of Most Holy Redeemer | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 11/23/07 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Research re 524G application in asbestos bankruptcies and related issues | 1.30 | TJT |
| | *Litigation and Litigation Consulting* - Research re USG district court opinion re PI claims | 0.40 | TJT |
| | *Hearings* - 11/26/07 hearing follow-up | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Oct. prebill and confer with paralegal | 0.90 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - download 2008 CMO and hearing schedule | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Oct. prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Oct. invoice, prepare Fee Application and Certificate of Service re same for review by L. Coggins | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Oct. Fee Application | 0.50 | MH |
| Nov-29-07 | Committee, Creditors', Noteholders' or -Attend Committee teleconference | 0.30 | RSM |
| | *Plan and Disclosure Statement* - confer with T. Tacconelli re: Plan issues | 0.20 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with the State of Washington | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing settlement with Fargo Housing Authority | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review prior hearing transcripts re class claims re PD issues | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review letter by A. Volovsek | 0.30 | TJT |

|  |  |  |  |
|---|---|---:|---|
|  | requesting reconsideration with attachments |  |  |
|  | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review BIR Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Kramer Levine Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review order re 2008 hearing dates and filing deadlines and calendar same and confer with paralegal | 0.40 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review Notice of Service of objections and second supplemental responses to debtors' 3rd set of interrogatories by Motley Rice | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with T. Tacconelli re Bilzin and HRA Quarterly Fee Applications, reminder e-mail to L. Flores re same | 0.10 | MH |
| Nov-30-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Catholic Diocese of Little Rock | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Church of St. Helena | 0.10 | TJT |
|  | *Case Administration* - Review PWC Sept. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by FCR | 0.10 | TJT |
|  | *Case Administration* - Review Campbell Levine Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - organize and scan ECF sheets re PI Committee fee apps/cnos along with complete paper-filed fee apps/cnos | 0.60 | MH |
|  | Totals | 79.10 |  |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| Nov-01-07 | Photocopy Cost | 11.20 |
|  | Postage | 1.48 |
|  | service supplies | 1.50 |
| Nov-12-07 | Photocopy Cost | 3.30 |
| Nov-15-07 | Photocopy Cost | 17.40 |
|  | Postage | 2.33 |
|  | service supplies | 1.50 |
|  | service supplies | 24.12 |
| Nov-19-07 | Photocopy Cost | 0.20 |
|  | Photocopy Cost | 0.20 |
| Nov-20-07 | Photocopy Cost | 4.50 |
|  | Photocopy Cost | 4.50 |
|  | Postage | 7.76 |
|  | service supplies | 7.50 |
| Nov-21-07 | Tristate Courier & Carriage - delivery charge  (Inv #24436) | 19.50 |
|  | J&J Court Transcribers | 519.20 |
| Nov-26-07 | Photocopy Cost | 5.60 |
|  | Photocopy Cost | 0.20 |
|  | Photocopy Cost | 9.00 |
|  | Photocopy Cost | 6.00 |

**Invoice No. 25710**  **Page 13** of **13**  **December 31, 2007**

|  |  |  |
|---|---|---|
|  | Photocopy Cost | 5.60 |
|  | Photocopy Cost | 0.20 |
|  | Photocopy Cost | 9.00 |
| Nov-28-07 | Photocopy Cost | 6.60 |
|  | Photocopy Cost | 4.05 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 2.25 |
|  | Postage | 1.48 |
|  | service supplies | 1.50 |
|  | Blue Marble -copies; supplies; postage (Inv # 18417) | 379.94 |
| Nov-29-07 | Photocopy Cost | 4.20 |
|  | Photocopy Cost | 3.60 |
|  | Photocopy Cost | 1.50 |
|  | Tristate Courier & Carriage - delivery charge (Inv # 24560) | 13.00 |
|  | Blue Marble - hand deliveries (Inv # 7840) | 243.75 |
|  | Totals | $1,324.56 |
|  | **Total Fees & Disbursements** | **$19,072.06** |
|  | **Balance Due Now** | **$19,072.06** |