# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 12, 2007
MATTER :  0066609-000002
INVOICE : 10070313

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07    6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/02/07 | TC | Reviewed mentor insurance settlement | .20 |
| 11/13/07 | TC | Reviewed Motion to Approve Compromise under Rule 9019 Authorizing the Del Taco Settlement Agreement Filed by W.R. Grace & Co and all supporting materials filed with it | .40 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .60 | 300.00 |
| TOTALS |  | .60 | 300.00 |

TOTAL FEES :                                         300.00

TOTAL DUE  :                                         300.00

# Buchanan Ingersoll ∧ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS                  DATE :   DECEMBER 12, 2007
                                                      MATTER : 0066609-000004
                                                      INVOICE : 10070314

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07   6548

    RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/01/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/02/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/05/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/06/07 | FAP | Retrieve and review Notice of Joint Hearing on Motion of U.S. Trustee for Appointment of Examiner Related to Conduct of L. Tersigni Consulting (.1); calendar same (.1) | .20 |
| 11/06/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/07/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/08/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 12, 2007
MATTER  : 0066609-000004
INVOICE : 10070314

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07    6548

RE: CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/09/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/12/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/13/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/14/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/15/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/16/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/19/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :  DECEMBER 12, 2007
MATTER  :  0066609-000004
INVOICE :  10070314

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07    6548

RE:   CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/20/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/21/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/26/07 | TC | Reviewed Order Authorizing The Debtors To Employ and Retain Deloitte Financial Advisory Services LLP To Provide Certain Due Diligence Services Nunc Pro Tunc To October 1, 2007 | .10 |
| 11/26/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/27/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/28/07 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 11/29/07 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 11/30/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 12, 2007
MATTER  : 0066609-000004
INVOICE : 10070314

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07   6548

RE: CASE ADMINISTRATION

TIME SUMMARY
------------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 499.20 | 2.25 | 1123.19 |
| F. A. Panchak | 170.86 | .07 | 11.96 |
| M. Flores | 165.15 | 3.62 | 597.85 |
| TOTALS |  | 5.94 | 1733.00 |

TOTAL FEES :                                     1,733.00

TOTAL DUE  :                                     1,733.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE    : DECEMBER 12, 2007
                                             MATTER  : 0066609-000005
                                             INVOICE : 10070315

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07   6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/12/07 | TC | Reviewed Motion to Disallow Claims and Expunge the Allegheny Center Duplicate Claims | .50 |
| 11/12/07 | TC | Reviewed Response to Debtor's 24th Omnibus Objection to Claims | .10 |
| 11/14/07 | TC | Reviewed Objection to Claim Number by Claimant(s) to the Property Tax Claim of Richmond County, Georgia | .30 |
| 11/21/07 | TC | Reviewed Motion of Debtors for Entry of an Order Authorizing Settlement of An Asbestos Property Damage Claim Filed by the City of Barnesville, Represented by Motley Rice LLC Filed by W.R. Grace & Co., et al | .60 |
| 11/26/07 | TC | Reviewed order withdrawling claim of hampshire chemical | .10 |
| 11/26/07 | TC | Reviewd Stipulation Resolving Claims of Walter D. and Pamela K. Pelett By W.R. Grace & Co., et al. Filed by W.R. Grace & Co., et al | .20 |
| 11/26/07 | TC | Reviewed Order Authorizing Settlement Of An Asbestos Property Damage Claim Filed By CHP Associates, Inc., Representated By Motley Rice LLC | .10 |
| 11/26/07 | TC | Reviewed Order Authorizing Settlement Of An Asbestos Property Claim Filed By The Church Of The Most Holy Redeemer | .10 |

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 12, 2007
MATTER  : 0066609-000005
INVOICE : 10070315

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 11/26/07 | TC | Reviewed Order Authorizing Settlement Of An Asbestos Property Claim Filed By The State of Washington | .10 |
| 11/26/07 | TC | Reviewed Order Authorizing Settlement Of An Asbestos Property Claims Filed By Fargo Housing And Redevelopment | .10 |
| 11/26/07 | TC | Reviewed Order Authorizing Settlement Of An Asbestos Property Claims Filed By The Catholic Diocese Of Little Rock | .10 |
| 11/26/07 | TC | Reviewed Order Authorizing Settlement Of An Asbestos Property Damage Claim Filed By The Church Of St. Helena Of Minneapolis | .10 |
| 11/26/07 | TC | Reviewed Order Authorizing Settlement Of Asbestos Property Damage Claims Filed By The Port Of Seattle | .10 |
| 11/26/07 | TC | Reviewed Order Authorizing Settlement Of An Asbestos Property Damage Claim Filed By The American Legion | .10 |
| 11/27/07 | TC | Reviewed Order (THIRTY-EIGHTH CONTINUATION) Regarding the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) | .10 |
| 11/27/07 | TC | Reviewed Order Granting Relief Sought in Debtors' Twenty-Fourth Omnibus Objection to Claims (Substantive) | .10 |
| 11/27/07 | TC | Reviewed Order Regarding Relief Sought in Debtors' Objection to Claim Filed by Massachusetts Department of Revenue | .10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS              DATE :    DECEMBER 12, 2007
                                                  MATTER :  0066609-000005
                                                  INVOICE : 10070315

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

11/27/07 TC   Reviewed Order (CONTINUATION) Regarding the              .10
              Debtors' Eighteenth Omnibus Objection to Claims
              (Substantive)


                        T I M E    S U M M A R Y

                                RATE        HOURS           TOTALS
                                ----        -----           ------

T. Currier                      500.00      3.00            1500.00
                    TOTALS                  3.00            1500.00

                        TOTAL FEES :                                1,500.00

                        TOTAL DUE  :                                1,500.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 12, 2007
                                              MATTER : 0066609-000007
                                              INVOICE : 10070316

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07    6548

RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
     EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/21/07 | TC | Reviewed materials prepared by wrgrace for our equity committee meeting next week | .70 |
| 11/29/07 | TC | Attended quarterly meeting of equity committee | 1.20 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 1.90 | 950.00 |
| TOTALS |  | 1.90 | 950.00 |

TOTAL FEES :                                                         950.00

TOTAL DUE :                                                          950.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 12, 2007
                                              MATTER : 0066609-000011
                                              INVOICE : 10070317

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07    6548

        RE:  FEE APPLICATIONS, APPLICANT


  DATE    ATTY    DESCRIPTION OF SERVICES RENDERED                            HOURS
  ----    ----    -------------------------------                             -----

11/01/07   MNF    Edits to 26th quarterly fee app of BIR for                   .50
                  7/1/07-9/30/07

11/06/07   MNF    Review/make edits to prebills for October 2007               .50

11/07/07   MNF    Draft Notice re: 26th quarterly fee ap of BIR                .80
                  for July-Sept. 2007 (.5); Edits to 26th
                  quarterly fee request of BIR (.3)

11/09/07   MNF    Draft monthly fee app of BIR for October                     .50

11/13/07   MNF    Draft 72nd monthly fee app of BIR for October                .50
                  2007

11/13/07   MNF    Review/Finalize bills for October 2007 and                   .50
                  coordinate same with accting

11/13/07   MNF    E-file and serve 26th quarterly fee app of BIR               .90
                  for July 1,2007-Sept. 30, 2007 (.8); calendar
                  dates (.1)

11/14/07   MNF    Continue work on 72nd monthly fee app of BIR                1.00
                  for Oct. 2007

11/15/07   MNF    Work on 72nd monthly fee app of BIR for Oct                 1.00
                  2007

11/20/07   MNF    Review docket for objections to 71st monthly                 .50
                  fee app of BIR (.1); Draft CNO re: 71st monthly
                  fee app of BIR for Sept 2007 (.4)

11/21/07   TC     Reviewed our cno and kramer levin's cno (o.1)                .20
                  for filing tomorrow; comments to paralegal re
                  same (0.1)

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    : DECEMBER 12, 2007
                                              MATTER  : 0066609-000011
                                              INVOICE : 10070317

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07   6548

RE:  FEE APPLICATIONS, APPLICANT

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/21/07 | TC | Reviewed our draft fee application in preparation for filing same | .40 |
| 11/21/07 | MNF | E-file and serve CNO re: 71st monthly fee app of BIR | .60 |
| 11/29/07 | MNF | E-file and serve 72nd monthly fee app of BIR (.8); Calendar dates (.1); convert and send same to fee auditor (.3) | 1.20 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .60 | 300.00 |
| M. Flores | 165.00 | 8.50 | 1402.50 |
| TOTALS |  | 9.10 | 1702.50 |

TOTAL FEES :                                                         1,702.50

TOTAL DUE  :                                                         1,702.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 12, 2007
MATTER :  0066609-000012
INVOICE : 10070318

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07   6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/12/07 | TC | Reviewed and approved notice for filing of kramer levin's quarterly fee request | .20 |
| 11/12/07 | TC | Reviewed ecf notifications of kramer levin fee app and buchanan ingersoll fee app as filed | .10 |
| 11/12/07 | MNF | Draft Notice re: 22nd quarterly fee request of Kramer Levin | .50 |
| 11/13/07 | MNF | E-file and serve 22nd quarterly fee app of Kramer Levin for July 1, 2007 through Sept. 1, 2007 (.8); calendar dates (.1) | .90 |
| 11/20/07 | MNF | Review docket re: 74th monthly fee app of Kramer Levin (.1); Draft CNO re: 74th monthly fee app of Kramer Levin(.4) | .50 |
| 11/21/07 | MNF | E-file and serve CNO re: 74th monthly fee app of Kramer Levin | .60 |
| 11/28/07 | MNF | Emails to and from Paul @ Lexecon re: Quarterly fee apps filed in October | .50 |
| 11/29/07 | MNF | E-file and serve 75th monthly fee app of Kramer Levin (.8); Calendar dates (.1);convert and send same to fee auditor (.3) | 1.20 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    : DECEMBER 12, 2007
                                             MATTER  : 0066609-000012
                                             INVOICE : 10070318

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07   6548

RE: FEE APPLICATIONS, OTHERS

## TIME SUMMARY

|            | RATE   | HOURS | TOTALS |
|------------|--------|-------|--------|
| T. Currier | 500.00 | .30   | 150.00 |
| M. Flores  | 165.00 | 4.20  | 693.00 |
| TOTALS     |        | 4.50  | 843.00 |

TOTAL FEES :                                                       843.00

TOTAL DUE  :                                                       843.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   DECEMBER 12, 2007
                                            MATTER : 0066609-000014
                                            INVOICE : 10070319

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07   6548

   RE:  HEARINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/05/07 | TC | Reviewed notice of hearing and directed paralegal to input hearing date into firm Compulaw system | .10 |
| 11/21/07 | TC | Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. | .30 |
| 11/26/07 | TC | Motion for Leave From This Court's December 19, 2006 Scheduling Order and December 14, 2006 Case Management Order Regarding the Debtors' Motion for Approval of an Asbestos Property Damage Settlement with the City of Barnesville, Represented by Motley Rice LLC | .30 |
| 11/27/07 | TC | Reviewed Order Setting Omnibus Hearing Dates, and arranged for dates to be entered into Compulaw docketing system | .10 |


TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .80 | 400.00 |
| TOTALS |  | .80 | 400.00 |

TOTAL FEES :                                                400.00

TOTAL DUE :                                                 400.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 12, 2007
MATTER :  0066609-000015
INVOICE : 10070320

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/01/07 | TC | Reviewed the response of the asbestos PI Claimants Committee to second set of interrogatories propounded by Debtors' and the Response of the asbestos PI Claimants Committee to first set of document requests and interrogatories propounded by debtors, as served upon the Equity Committee counsel but not filed with the Court under Delaware rules | .60 |
| 11/02/07 | TC | Reviewed Order Concerning Discovery Materials from the UNR Asbestos-Disease Claims Trust | .20 |
| 11/06/07 | TC | Reviewed certification of counsel regarding owens corning protective order and related discovery sought in wrgrace case | .20 |
| 11/09/07 | TC | Reviewed Response to Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. Tim Vander Wood | .10 |
| 11/15/07 | TC | Reviewed Certification of Counsel Concerning the Libby Claimants' Estimation Proceeding Motions and all attached materials | .20 |
| 11/26/07 | TC | Reviewed Order Granting Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. Tim Vander Wood | .10 |
| 11/26/07 | TC | Reviewed Order Granting Libby Claimants' Motion in Limine Concerning Estimation Proceeding Evidence | .10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 12, 2007
MATTER  : 0066609-000016
INVOICE : 10070321

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07    6548

RE: PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/08/07 | TC | Reviewed future representative's plan supplement and glossary of terms, filed in this case | .80 |
| 11/08/07 | TC | Reviewed future representative's competing plan filed in this case | 1.40 |

### TIME SUMMARY

|  |  | RATE | HOURS | TOTALS |
|--|--|------|-------|--------|
| T. Currier |  | 500.00 | 2.20 | 1100.00 |
|  | TOTALS |  | 2.20 | 1100.00 |

TOTAL FEES :                                            1,100.00

TOTAL DUE  :                                            1,100.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE    : DECEMBER 12, 2007
                                               MATTER  : 0066609-001000
                                               INVOICE : 10070322

           FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/07    6548

           RE:  EXPENSES


           DESCRIPTION OF EXPENSE ADVANCES                      AMOUNT
           -------------------------------                      ------

08/31/07   Messenger/Delivery Service - Parcels, Inc.           186.00
11/07/07   Photocopies M. Flores                                 11.70
11/13/07   Photocopies M. Flores                                  4.50
11/14/07   Photocopies M. Flores                                  0.60
11/27/07   Photocopies M. Flores                                  3.45
11/27/07   Photocopies M. Flores                                  2.70
11/29/07   Photocopies M. Flores                                 18.30
11/29/07   Photocopies M. Flores                                  2.70
11/30/07   On-Line Search Service - Pacer (October 2007)         11.60
11/30/07   Photocopies M. Flores                                  0.30

                            TOTAL EXPENSE ADVANCES :                      241.85

                            TOTAL DUE :                                   241.85


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA