IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

November 20, 2007  
Client/Matter #  01246-011548  
Invoice # 119751  
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/01/07 | P. Marks | 1.00 | Evaluation of settlement agreement and FS status; telephone conference with L. Duff re strategy; coordinate with negotiating teams. |
| 10/01/07 | S. Brull | 0.25 | Exchange emails with P. Marks. |
| 10/02/07 | P. Marks | 0.50 | Prepare SEC consulting services contract. |
| 10/03/07 | P. Marks | 2.00 | Telephone conference with L. Duff re strategy issues; prepare for and conduct conference with US and Grace teams re status and issues identification related to DOJ review process; post discussion evaluation with L. Duff and M. Obradovic. |
| 10/09/07 | K. Bourdeau | 0.25 | E-mail communication with P. Marks re DOJ concern about need for EPA sign off. |
| 10/09/07 | P. Marks | 4.00 | Review J. Freeman email and DOJ changes proposed to settlement agreement; evaluate issues; telephone conference with L. Duff re same; telephone conference with client team re FS issues. |

BEVERIDGE & DIAMOND, P.C.                                  INVOICE #  119751
                                                           November 20, 2007
                                                           PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/10/07 | K. Bourdeau | 0.25 | E-mail correspondence with P. Marks re settlement issues. |
| 10/10/07 | P. Marks | 2.50 | Preparation for telephone conference with L. Duff and M. Obradovic; telephone conference with US and Grace teams re settlement agreement changes and EPA review issues; review memorandum summarizing results of technical (FS) meeting. |
| 10/16/07 | P. Marks | 0.25 | Prepare for next negotiation team meeting. |
| 10/17/07 | P. Marks | 3.00 | Telephone conference with US and Grace negotiating teams; post-conference call; telephone conference with L. Duff and M. Obradovic; evaluate issues; telephone conference with J. Freeman; email to client team. |
| 10/19/07 | P. Marks | 0.25 | Respond to L. Duff inquiry re settlement explanation. |
| 10/23/07 | P. Marks | 1.50 | Prepare for and conduct telephone conference with negotiating US and Grace teams; post telephone conference evaluation re same. |
| 10/25/07 | P. Marks | 1.00 | Prepare for and conduct telephone conference with A. Lombardo re his employment, potential conflicts, and contractual issues; followup emails and contract review re same. |
| 10/29/07 | P. Marks | 1.00 | Revise consulting contract and communicate with A. Lombardo re same. |
| 10/31/07 | P. Marks | 1.25 | Prepare for and conduct telephone conference with DOJ and USACE; post-telephone conference discussion with client team; prepare followup email. |

                                          **Total Hours :**           19.00

                                          **Total Fees :**        $6,717.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  119751  
November 20, 2007  
PAGE   3

**Disbursements:**

| | |
|---|---:|
| Postage | 11.30 |
| Long Distance Telephone | 287.64 |
| Duplicating | 69.45 |
| Travel Expenses | 38.95 |
| Air/Train Fare | 7.00 |
| Client Meeting Meals | 366.85 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA295567 dated 10/1/07 for data research service | 10.57 |

**Total Disbursements :**            $791.76

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 0.50 | $550.00 | $275.00 |
| P. Marks | 18.25 | $350.00 | $6,387.50 |
| S. Brull | 0.25 | $220.00 | $55.00 |

**Total Fees :**            $6,717.50

**Total Disbursements :**            $791.76

**TOTAL DUE :**            $7,509.26

# EXHIBIT B

## (General Regulatory/Compliance Issues)

38234v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

November 20, 2007  
Client/Matter #  01246-012100  
Invoice # 119752  
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

General Regulatory/Compliance Issues

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/19/07 | C. Lewis | 1.00 | Review correspondence from L. Duff and draft disclosure letter re intermediates issue; telephone conference with L. Duff re same; conference with S. Herman and further telephone conference and correspondence with L. Duff re Region III disclosure contact. |

Total Hours :   1.00

Total Fees :   $500.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 119752
November 20, 2007
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Lewis | 1.00 | $500.00 | $500.00 |
|  | **Total Fees :** |  | **$500.00** |
|  | **TOTAL DUE :** |  | **$500.00** |