# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044  

December 10, 2007  
Invoice 843249  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 11/30/07 |
| Name of Matter: | Fee Applications | |

11/06/07     Assist in providing a current total of fees approved by the court.  
             B. WRIGHT                                      1.60 hrs.     110.00/hr           $176.00

**Fees for Legal Services** ...............................................................................  **$176.00**

## BILLING SUMMARY

|   | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B. WRIGHT | 1.60 | 110.00 | 176.00 |
| TOTAL | 1.60 | 110.00 | 176.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/06/2007 | VENDOR: PACER Service Center; INVOICE#: NM0003-110507; DATE: 11/6/2007 - Billing Cycle: 07/01/07-09/30/07 | 44.40 |
| 11/06/2007 | Telephone 1-302-252-2900 | 0.20 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................... | | **$44.60** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Outside Services | 44.40 |
| Telephone | 0.20 |
| TOTAL | $44.60 |

**Net current billing for this invoice**................................................................................  **$220.60**

**GRAND TOTAL** ................................................................................................................  **$220.60**

W. R. Grace & Co.

December 10, 2007
Invoice 843249  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 11/30/07

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---:|
| Fees for Professional Services | $176.00 |
| Charges for Other Services Provided/Expenses Incurred | $44.60 |
| **Net current billing for this invoice** | **$220.60** |
| **GRAND TOTAL** | **$220.60** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

---

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701