IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

| | |
|---|---|
| W. R. Grace & Co. - Conn<br>Attn: Lydia B. Duff, Esq.<br>7500 Grace Drive<br>Columbia, MD  21044 | December 13, 2007<br>Client/Matter #   01246-011548<br>Invoice # 120148<br>Federal ID# 52-1247549 |

For Legal Services Rendered Through 11/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/02/07 | P. Marks | 0.75 | Complete SEC (A. Lombardo) revised contract; associated emails. |
| 11/08/07 | P. Marks | 1.00 | Prepare for and conduct telephone conference with negotiation teams; followup email confirming understandings; telephone conference with L. Duff. |
| 11/13/07 | P. Marks | 0.50 | Review and evaluate J. Freeman email; communicate with L. Duff re same. |
| 11/14/07 | P. Marks | 0.25 | Followup on A. Lombardo contract completion. |
| 11/19/07 | P. Marks | 1.00 | Negotiation update conference call; conference with L. Duff and M. Obradovic; prepare language amendment. |
| 11/20/07 | P. Marks | 1.25 | Telephone conference with J. Freeman re status; prepare email to L. Duff re same; prepare for and conduct telephone conference with P. Bucens re technical meetings. |
| 11/24/07 | P. Marks | 0.25 | Email exchange with A. Lombardo re contract. |

```
BEVERIDGE & DIAMOND, P.C.                           INVOICE #  120148
                                                    December 13, 2007
                                                    PAGE   2
```

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/26/07 | K. Bourdeau | 0.50 | Communications with P. Marks re DOJ inquiries on NRD covenant not to sue; analyze possible responses re same. |
| 11/26/07 | P. Marks | 2.50 | Review J. Freeman NRD email; evaluate same and options; email exchange re scheduling; review documents related to draft FS and remedy costs, email exchange with P. Bucens re same. |
| 11/27/07 | K. Bourdeau | 1.00 | Evaluate NRD covenant not to sue issue; conference with P. Marks and Grace team re strategy on NRD covenant not to sue. |
| 11/27/07 | P. Marks | 2.75 | Series of telephone conferences with client teams and US team re settlement progress and issues; prepare for same and followup re same. |
| 11/28/07 | P. Marks | 1.00 | Evaluate J. Freeman emails; communication with client team re same. |
| 11/30/07 | P. Marks | 1.25 | Prepare for and conduct telephone conferences with client team and J. Freeman re response to DOJ issues; followup tasks. |

**Total Hours :**           14.00

**Total Fees :**           $5,200.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 120148  
December 13, 2007  
PAGE  3

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 43.93 |
| Travel Expenses | 9.00 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA299156 dated 11/1/07 for data research services | 10.58 |

**Total Disbursements :** $63.51

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 1.50 | $550.00 | $825.00 |
| P. Marks | 12.50 | $350.00 | $4,375.00 |

**Total Fees :** $5,200.00

**Total Disbursements :** $63.51

**TOTAL DUE :** $5,263.51

# EXHIBIT B

## (Bankruptcy Fee Application)

39338v1  Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044  

December 13, 2007  
Client/Matter # 01246-012629  
Invoice # 120149  
Federal ID# 52-1247549  

For Legal Services Rendered Through 11/30/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**       BEVERIDGE & DIAMOND, P.C.
                                    SUITE 700
                                    1350 I STREET, N.W.
                                    WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

**Disbursements:**

    Long Distance Telephone                                    47.90

                                        Total Disbursements :        $47.90

                                                  TOTAL DUE :        $47.90