# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

October 7, 2007  
Invoice 833368  Page  1

Our Matter #             02399/06091                    For Services Through 09/30/07  
Name of Matter:      Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/13/07 | Draft August 2007 fee application for attorney review.<br>B. WRIGHT | 2.20 hrs. | 95.00/hr | $209.00 |
| 09/17/07 | Review, edit and approve August bill.<br>B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 09/18/07 | Review financial charts with our expenses and fees for the 24th quarterly fee application.<br>B. WRIGHT | 1.00 hrs. | 95.00/hr | $95.00 |
| 09/26/07 | Follow up on fee auditor's filed report as to information impacting NMRS.<br>B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |

**Fees for Legal Services** .................................................................................... **$396.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.40 | 230.00 | 92.00 |
| B. WRIGHT | 3.20 | 95.00 | 304.00 |
| TOTAL | 3.60 | 110.00 | 396.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 09/11/2007 | Copies 1 Page(s) | 0.05 |
| 09/13/2007 | Copies 9 Page(s) | 0.45 |
| 08/23/2007 | Federal Express charge | 12.44 |
| **Total Charges for Other Services Provided/Expenses Incurred** ...................................... | | **$12.94** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.50 |
| Fed Ex | 12.44 |
| TOTAL | $12.94 |

W. R. Grace & Co.

October 7, 2007
Invoice 833368  Page 2

**Net current billing for this invoice** .................................................................................. $408.94

**GRAND TOTAL**............................................................................................................... <u>$408.94</u>

W. R. Grace & Co.

October 7, 2007
Invoice 833368  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 09/30/07

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $396.00 |
| Charges for Other Services Provided/Expenses Incurred | $12.94 |
| **Net current billing for this invoice** | **$408.94** |
| **GRAND TOTAL** | **$408.94** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
ABA#: 061100606
Beneficiary Bank: National Bank of South Carolina (NBSC), Sumter, SC
ABA#: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, L.L.P.
Beneficiary Account Name: Columbia Operating Account
Beneficiary Account Number: 00322407701