IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket No. 17582** |
| | ) |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR AN ORDER PURSUANT TO SECTION 107(B) OF THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 9018-1(B) AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, AND DIRECTING THE CLERK OF THE COURT, TO FILE UNDER SEAL THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' OMNIBUS MOTION TO EXCLUDE OR LIMIT TESTIMONY PURSUANT TO *DAUBERT* AND RULES 702 AND 703 OF THE FEDERAL RULES OF EVIDENCE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion for an Order Pursuant to Section 107(b) of The Bankruptcy Code, Rule 9018 of The Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence* (the "Motion"), filed on **December 8, 2007 (D.I. 17582)**. The undersigned further certifies that he has reviewed the Court's docket in this case, and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to local rules, a response to the Motion was due on or before December 21, 2007.

It is hereby respectfully requested that the Proposed Order approving the Motion, attached hereto as "Exhibit A", be entered at the earliest convenience of the Court.

Dated: January 2, 2008                    CAMPBELL & LEVINE, LLC

*/s/Mark T. Hurford*
Marla Rosoff Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 N. King St., Suite 300
Wilmington, Delaware 19801
Tel. (302) 426-1900
Fax (302) 426-9947

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*