**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 2, 2008 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 17618**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Seventy-Sixth Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from October 1, 2007 through and including October 31, 2007 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than January 2, 2008 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $89,766.00 which represents 80% of the fees ($112,207.50) and $44,067.67 which represents 100% of the expenses requested in the Application for the

period October 1, 2007 through and including October 31, 2007 upon the filing of this

certification and without the need for entry of a Court order approving the Application.

Dated: January 3, 2008                    Scott L. Baena, Esquire
                                          Jay M. Sakalo, Esquire
                                          BILZIN, SUMBERG, BAENA, PRICE
                                           & AXELROD, LLP
                                          2500 Wachovia Financial Center
                                          200 South Biscayne Boulevard
                                          Miami, FL 33131-2336
                                          Tel:   (305) 374-7580
                                          Fax:   (305) 374-7593

                                          -and-

                                          FERRY, JOSEPH & PEARCE, P.A.

                                           /s/ Lisa L. Coggins
                                          Michael B. Joseph (No. 392)
                                          Theodore J. Tacconelli (No. 2678)
                                          Lisa L. Coggins (No. 4234)
                                          824 Market Street, Suite 904
                                          P.O. Box 1351
                                          Wilmington, DE. 19899
                                          Tel:   (302) 575-1555
                                          Fax:   (302) 575-1714

                                          Co-Counsel to the Official Committee of Asbestos
                                          Property Damage Claimants