IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re:                                    ) Chapter 11
                                          )
W.R.GRACE & CO., et al.[1]                ) Case No. 01-01139 (JKF)
                                          ) (Jointly Administered)
                                          )

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 148428 v1
2850487-000001 10/22/2007

**EXHIBIT B**

## EXPENSES FOR AUGUST 2007

### W.R. Grace Expenses
### Client #2850487-000001
### Itemized and summarized through 08/31/2007

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 8/28/2007 | $1.40 |
| Client Meals | 8/30/2007 | $96.58 |
| **Itemized Totals** | | **$97.98** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $1.40 |
| Client Meals | $96.58 |
| **Summarized Totals** | **$96.58** |

W JDR 148428 v1
2850487-000001 10/22/2007

## AUGUST 2007 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 8/2  | 2 | Follow legislative activities regarding asbestos |
| 8/6  | 1 | Follow legislative activities regarding asbestos |
| 8/14 | 1 | During Senate recess, follow events in Montana that could affect congressional action |
| 8/21 | 1 | During Senate recess, follow events in Montana that could affect congressional action |
| 8/28 | 1 | During Senate recess, follow events in Montana that could affect congressional action |

W JDR 148428 v1
2850487-000001 10/22/2007