IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )   Chapter 11
                                                )
W.R. GRACE & CO., et al.[1]                     )   Case No. 01-01139 (JKF)
                                                )   (Jointly Administered)
                                                )

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd:, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT D**

# AUGUST, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 8/1  | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 8/6  | 6 | Sent emails focusing on the agenda for meetings in China |
| 8/8  | 4 | Spoke with client regarding meetings with new business opportunities |
| 8/14 | 4 | Discuss outcome of CEO's trip to China |
| 8/16 | 6 | Arrange meetings with China Government officials |
| 8/23 | 3 | Had discussions with Grace to discuss the update on rare earth |
| 8/29 | 5 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |

EXPENSES ITEMIZED AND SUMMARIZED FOR AUGUST, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 8/31/2007**
**Bill # 6937389 dated 9/25/2007**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction Charge/Meeting on behalf of clients | 8/27 | 32.63 |
| Mobile Cell Phone Charges | 8/5, 8/27, 8/30 | 177.46 |
| Transportation | 8/27 | 40.00 |
| Travel Expenses | 7/13 | 14,540.13 |
| **Bill #6937389 itemized totals** | | **$14790.22** |

| | |
|---|---|
| Bill # 6937389 summarized totals | $14790.22 |

W.R. Grace 35%

| | July 4 | July 5 | July 6 | July 7 | July 8 | July 9 | July 10 | July 11 | July 12 | July 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | $10,230.10 | | | | | | | | | $9,811.40 | $20,041.50 |
| Ground Transportation | | $64.93 | $77.92 | | $64.93 | | $51.94 | $116.87 | | $64.93 | $441.52 |
| Lodging | | $328.56 | $328.56 | $328.56 | $101.64 | $99.93 | $578.83 | $358.43 | $358.43 | $358.43 | $2,841.37 |
| Breakfast | | | $4.48 | $8.96 | $13.44 | | $2.59 | | $4.48 | $8.96 | $42.91 |
| Lunch | | | $10.45 | | | | | | $38.53 | | $48.98 |
| Dinner | | $23.59 | $112.76 | $61.98 | | | | | $10.45 | | $208.78 |
| Telephone | | | $1.19 | | | | | | $1.16 | | $2.35 |
| Entertainment | | | | $137.66 | | | | | | | $137.66 |
| Non-Meal Tips | | | | | | | | | | | |
| Laundry | | | | | | | | | $57.35 | | $57.35 |
| Miscellaneous | | $1.03 | | | $13.14 | | | | $26.88 | $15.68 | $56.73 |
| **Joan's Expenses** | **$10,230.10** | **$418.11** | **$535.36** | **$537.16** | **$180.01** | **$99.93** | **$633.36** | **$475.30** | **$470.40** | **$10,243.72** | **$23,822.42** |

| WR Grace |
|---|
| $13,075.17 |
| $441.52 |
| $468.68 |
| $42.91 |
| $48.98 |
| $208.78 |
| $2.35 |
| $137.66 |
| $57.35 |
| $56.73 |
| **$14,540.13** |