IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT D**

## SEPTEMBER, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|---|---|---|
| 9/4 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 9/5 | 6 | Talked about arrangements for CEO and Bill Corcoran in November trip to China |
| 9/12 | 4 | Contacted colleagues in regards to new Beijing representative at firm |
| 9/13 | 4 | Talked with Bill Corcoran of Grace on projects |
| 9/17 | 6 | Arrange meetings with China Government officials |
| 9/19 | 3 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |
| 9/25 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 9/30/2007**
**Bill # 6944753 dated 9/19/2007**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction Charge/ Meetings on behalf of clients | 9/10, 9/21 | 59.65 |
| Transportation | 8/14/2007 | 130.66 |
| Travel Expenses | 9/12/2007 | 11,764.44 |
| **Bill #6944753 itemized totals** | | **$11,954.75** |
| **Bill #6944753 summarized totals** | | **11,954.75** |

See next page for breakdown of expenses.

W.R. Grace 35%

| | Aug. 20 | Aug. 21 | Aug. 22 | Aug. 23 | Aug. 24 | Aug. 25 | Aug. 26 | Aug. 27 | Aug. 28 | Aug. 29 | Aug. 30 | Aug. 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | 12,829.15 | | | | | | | | | | | $12,829.15 |
| Ground Transportation | | | | | | $231.65 | | | | | | |
| Lodging | | | | | | | $113.29 | $74.08 | $10.00 | $113.92 | $231.82 | |
| Breakfast | | | | | | | $300.00 | $300.00 | $300.00 | $300.00 | | |
| Lunch | | | | | | | | $4.38 | $8.73 | | $8.73 | |
| Dinner | | | $200.63 | | $170.85 | | | | | | | |
| Telephone | | | | | | | | | | | | |
| Entertainment | $231.89 | | | | $170.85 | | | | | | | |
| Non-Meal Tips | | | | | | | $98.99 | $28.10 | $116.45 | $112.09 | $143.74 | |
| Laundry | | | | | | | $22.00 | $34.00 | $15.00 | | $34.00 | |
| Miscellaneous | | | | | | | | | | | | |
| Taxes | | | | | | | $42.00 | | | | | |
| Joan's Expenses | | | | | | | $50.00 | $50.00 | $50.00 | $50.00 | $5.82 | $3.16 |
| | $231.89 | $0.00 | $200.63 | $0.00 | $341.70 | $231.65 | $534.28 | | | | | $12,829.15 |

| Totals | WR Grace |
|---|---|
| $25,889.95 | $8,361.19 |
| $543.11 | $543.11 |
| $1,200.00 | $1,200.00 |
| $30.57 | $30.57 |
| $0.00 | $0.00 |
| $371.48 | $371.48 |
| $0.00 | $0.00 |
| $902.11 | $902.11 |
| $105.00 | $105.00 |
| $0.00 | $0.00 |
| $50.98 | $50.98 |
| $200.00 | $200.00 |
| **$29,293.20** | **$11,764.44** |