## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
## FOR THE PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007
## FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;. G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.). G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba. Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings. Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation. Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, I. B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated. Monroe Street. Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems. Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation. Axial Basin Ranch Company. CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**APPENDIX C**

## JULY 2007 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 7/10 | 2 | Follow legislative activities regarding asbestos |
| 7/13 | 1 | Follow legislative activities regarding asbestos |
| 7/17 | 2 | Work on various legislative / administration activities |
| 7/24 | 2 | Follow events in Montana that could affect congressional action |
| 7/26 | 2 | Follow events in Montana that could affect congressional action |
| 7/31 | 1 | Follow events in Montana that could affect congressional action |

## EXPENSES FOR JULY 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 07/31/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 7/10/2007 | $0.35 |
| Long Distance Charge | 7/17/2007 | $7.35 |
| Long Distance Charge | 7/17/2007 | $0.70 |
| Photo Reproduction Charge | 7/20/2007 | $16.40 |
| Shipping Expense | 7/20/2007 | $30.30 |
| **Itemized Totals** | | **$55.10** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $8.40 |
| Photo Reproduction Charge | $16.40 |
| Shipping Expense | $30.30 |
| **Summarized Totals** | **$55.10** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
W.R.GRACE & CO., et al.[1]                )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                                          )

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JULY 1 , 2007 THROUGH JULY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc , Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## JULY, 2007 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|---|---|---|
| 6/1 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 6/5 | 6 | Sent correspondence discussing the agenda for technical meetings in China |
| 6/6 | 4 | Spoke with client regarding the Chinese Children's Program 2007 |
| 6/13 | 4 | Discuss outcome of CEO's trip to China |
| 6/14 | 6 | Arrange meetings with China Government officials |
| 6/21 | 3 | Had discussions with Grace to discuss rare earth |
| 6/27 | 5 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |

EXPENSES ITEMIZED AND SUMMARIZED FOR JULY, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 7/31/2007**
**Bill # 6927517 dated 8/16/2007**

| Description | Date | Amount |
|---|---|---|
| Miscellaneous Expenses –( for Chinese Rep and other expenses) | 7/18, 7/30 | 751.07 |
| Transportation- Airport Transfers | 7/18 | 92.00 |
| **Bill #6927517 itemized totals** | | **$843.07** |
| **Bill # 6927517 summarized totals** | | **$843.07** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 148428 v1
2850487-000001 10/22/2007

## EXPENSES FOR AUGUST 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 08/31/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 8/28/2007 | $1.40 |
| Client Meals | 8/30/2007 | $96.58 |
| **Itemized Totals** | | **$97.98** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $1.40 |
| Client Meals | $96.58 |
| **Summarized Totals** | **$96.58** |

## AUGUST 2007 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 8/2 | 2 | Follow legislative activities regarding asbestos |
| 8/6 | 1 | Follow legislative activities regarding asbestos |
| 8/14 | 1 | During Senate recess, follow events in Montana that could affect congressional action |
| 8/21 | 1 | During Senate recess, follow events in Montana that could affect congressional action |
| 8/28 | 1 | During Senate recess, follow events in Montana that could affect congressional action |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1 , 2007 THROUGH AUGUST 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I. Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems. Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.. E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company. CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**AUGUST, 2007 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|------|-------|-------------|
| 8/1 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 8/6 | 6 | Sent emails focusing on the agenda for meetings in China |
| 8/8 | 4 | Spoke with client regarding meetings with new business opportunities |
| 8/14 | 4 | Discuss outcome of CEO's trip to China |
| 8/16 | 6 | Arrange meetings with China Government officials |
| 8/23 | 3 | Had discussions with Grace to discuss the update on rare earth |
| 8/29 | 5 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |

EXPENSES ITEMIZED AND SUMMARIZED FOR AUGUST, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 8/31/2007**
**Bill # 6937389 dated 9/25/2007**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction Charge/Meeting on behalf of clients | 8/27 | 32.63 |
| Mobile Cell Phone Charges | 8/5,8/27,8/30 | 177.46 |
| Transportation | 8/27 | 40.00 |
| Travel Expenses | 7/13 | 14,540.13 |
| **Bill #6937389 itemized totals** | | **$14790.22** |

| | | |
|---|---|---|
| **Bill # 6937389 summarized totals** | | **$14790.22** |

W.R. Grace 35%

| | July 4 | July 5 | July 6 | July 7 | July 8 | July 9 | July 10 | July 11 | July 12 | July 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | $10,230.10 | | | | | | | | | $9,811.40 | $20,041.50 |
| Ground Transportation | | $64.93 | $77.92 | | $64.93 | | $51.94 | $116.87 | | $64.93 | $441.52 |
| Lodging | | $328.56 | $328.56 | $328.56 | $101.64 | $99.93 | $578.83 | $358.43 | $358.43 | $358.43 | $2,841.37 |
| Breakfast | | | $4.48 | $8.96 | $13.44 | | $2.59 | | $4.48 | $8.96 | $42.91 |
| Lunch | | | $10.45 | | | | | | $38.53 | | $48.98 |
| Dinner | | $23.59 | $112.76 | $61.98 | | | | | $10.45 | | $208.78 |
| Telephone | | | $1.19 | | | | | | $1.16 | | $2.35 |
| Entertainment | | | | $137.66 | | | | | | | $137.66 |
| Non-Meal Tips | | | | | | | | | | | |
| Laundry | | | | | | | | | $57.35 | | $57.35 |
| Miscellaneous | | $1.03 | | | $13.14 | | | | $26.88 | $15.68 | $56.73 |
| Joan's Expenses | $10,230.10 | $418.11 | $535.36 | $537.16 | $180.01 | $99.93 | $633.36 | $475.30 | $470.40 | $10,243.72 | $23,822.42 |

**WR Grace**

| |
|---|
| $13,075.17 |
| $441.52 |
| $468.68 |
| $42.91 |
| $48.98 |
| $208.78 |
| $2.35 |
| $137.66 |
| |
| $57.35 |
| $56.73 |
| **$14,540.13** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS**
**FOR THE PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**
**FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation. Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH. Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 148429 v1
2850487-000001 10/22/2007

## SEPTEMBER 2007 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 9/4 | 2 | Follow the asbestos ban bill in both Senate and House |
| 9/6 | 2 | Telephone calls to congressional staff on Energy and Commerce Committee regarding status of consideration of asbestos ban legislation |
| 9/12 | 2 | Telephone calls to congressional staff on Energy and Commerce Committee regarding status of consideration of asbestos ban legislation; telephone conference with Grace officials |
| 9/13 | 2 | Follow asbestos ban legislation; telephone conference with Grace consultants |
| 9/18 | 1 | Follow asbestos ban bill |
| 9/20 | 1 | Follow asbestos ban bill |
| 9/25 | 1 | Follow asbestos ban bill |
| 9/26 | 1.5 | Follow asbestos ban bill; telephone calls to Committee staff |

## EXPENSES FOR SEPTEMBER 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 09/30/2007**

| Description | Date | Amount |
|---|---|---|
| Photocopy | 9/4/2007 | $0.60 |
| Long Distance Charge | 9/4/2007 | $2.10 |
| **Itemized Totals** | | **$2.70** |

| Summarized: | Amount |
|---|---|
| Photocopy | $0.60 |
| Long Distance Charge | $2.10 |
| **Summarized Totals** | **$2.70** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM SEPTEMBER 1 , 2007 THROUGH SEPTEMBER 30, 2007**

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.). G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba. Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental. Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings. Inc.), Grace Offshore Company, Grace PAR Corporation. Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.. Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc.. Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc .Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.). MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr.. Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company. H-G Coal Company.

**SEPTEMBER, 2007 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|------|-------|-------------|
| 9/4 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 9/5 | 6 | Talked about arrangements for CEO and Bill Corcoran in November trip to China |
| 9/12 | 4 | Contacted colleagues in regards to new Beijing representative at firm |
| 9/13 | 4 | Talked with Bill Corcoran of Grace on projects |
| 9/17 | 6 | Arrange meetings with China Government officials |
| 9/19 | 3 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |
| 9/25 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 9/30/2007**
**Bill # 6944753 dated 9/19/2007**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction Charge/ Meetings on behalf of clients | 9/10,9/21 | 59.65 |
| Transportation | 8/14/2007 | 130.66 |
| Travel Expenses | 9/12/2007 | 11,764.44 |

| | | |
|---|---|---|
| **Bill #6944753 itemized totals** | | **$11,954.75** |

| | | |
|---|---|---|
| **Bill #6944753 summarized totals** | | **11,954.75** |

**See next page for breakdown of expenses.**

W.R. Grace 35%

| | Aug. 20 | Aug. 21 | Aug. 22 | Aug. 23 | Aug. 24 | Aug. 25 | Aug. 26 | Aug. 27 | Aug. 28 | Aug. 29 | Aug. 30 | Aug. 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | 12,829.15 | | | | | | | | | | | $12,829.15 |
| Ground Transportation | | | | | | $231.65 | $113.29 | $74.08 | $10.00 | $113.92 | $231.82 | |
| Lodging | | | | | | | $300.00 | $300.00 | $300.00 | $300.00 | | |
| Breakfast | | | | | | | | $4.38 | $8.73 | $8.73 | $8.73 | |
| Lunch | | | | | | | | | | | | |
| Dinner | | | $200.63 | | $170.85 | | | | | | | |
| Telephone | | | | | | | | | | | | |
| Entertainment | $231.89 | | | | $170.85 | | $98.99 | $28.10 | $116.45 | $112.09 | $143.74 | |
| Non-Meal Tips | | | | | | | $22.00 | $34.00 | $15.00 | | $34.00 | |
| Laundry | | | | | | | | | | | | |
| Miscellaneous | | | | | | | $42.00 | | | | | |
| Taxes | | | | | | | $50.00 | $50.00 | $50.00 | $50.00 | $5.82 | $3.16 |
| Joan's Expenses | $231.89 | $0.00 | $200.63 | $0.00 | $341.70 | $231.65 | $534.28 | | | | | $12,829.15 |

| Totals | WR Grace |
|---|---|
| $25,889.95 | $8,361.19 |
| $543.11 | $543.11 |
| $1,200.00 | $1,200.00 |
| $30.57 | $30.57 |
| $0.00 | $0.00 |
| $371.48 | $371.48 |
| $0.00 | $0.00 |
| $902.11 | $902.11 |
| $105.00 | $105.00 |
| $0.00 | $0.00 |
| $50.98 | $50.98 |
| $200.00 | $200.00 |
| $29,293.20 | $11,764.44 |