# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

December 28, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1357962                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 23.10 | hrs. at | $595.00 /hr. = | $13,744.50 | |
| RW RILEY | PARTNER | 3.90 | hrs. at | $480.00 /hr. = | $1,872.00 | |
| WS KATCHEN | OF COUNSEL | 17.30 | hrs. at | $650.00 /hr. = | $11,245.00 | |
| ME HOFFMAN | ASSOCIATE | 2.90 | hrs. at | $265.00 /hr. = | $768.50 | |
| BA GRUPPO | PARALEGAL | 1.70 | hrs. at | $235.00 /hr. = | $399.50 | |
| TJ SANTORELLI | PARALEGAL | 0.30 | hrs. at | $135.00 /hr. = | $40.50 | |
| EM O'BYRNE | PARALEGAL | 4.00 | hrs. at | $180.00 /hr. = | $720.00 | |
| AT ASH | LEGAL ASSISTANT | 3.80 | hrs. at | $175.00 /hr. = | $665.00 | |
| | | | | | | $29,455.00 |

DISBURSEMENTS

| | |
|---|---|
| DINNER - LOCAL | 210.29 |
| MISCELLANEOUS | 70.50 |
| OVERNIGHT MAIL | 22.47 |
| PRINTING & DUPLICATING | 54.00 |
| PRINTING & DUPLICATING - EXTERNAL | 481.28 |
| TRAVEL - LOCAL | 22.00 |
| TOTAL DISBURSEMENTS | $860.54 |

BALANCE DUE THIS INVOICE                          $30,315.54

PREVIOUS BALANCE                                 $67,337.98

TOTAL BALANCE DUE                                $97,653.52

Duane Morris
December 28, 2007
Page 2

File # K0248-00001                                      INVOICE #  1357962
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/1/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/2/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/5/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND EMAIL TO W KATCHEN | 0.20 | $36.00 |
| 11/6/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/7/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/8/2007 | 003 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/9/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/12/2007 | 003 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/13/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD, SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/14/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/15/2007 | 003 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/16/2007 | 003 | EM O'BYRNE | REVIEW COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/19/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/20/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/21/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/26/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/27/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEETS; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| | | | Code Total | 3.40 | $612.00 |

Duane Morris
December 28, 2007
Page 3

File # K0248-00001                                    INVOICE # 1357962
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/2/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/2/2007 | 004 | WS KATCHEN | WORK ON PLAN ISSUES - COMPETING PLAN AND CONTINGENCIES | 0.90 | $585.00 |
| 11/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN | 0.10 | $23.50 |
| 11/7/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/7/2007 | 004 | WS KATCHEN | REVIEW PLAN AND PI ESTIMATION ISSUES IN LIGHT OF FED MOGUL OPINION | 1.60 | $1,040.00 |
| 11/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W KATCHEN | 0.10 | $23.50 |
| 11/8/2007 | 004 | WS KATCHEN | RESEARCH §108(B)(1) ISSUE ( 2); REVIEW DEBTOR'S BRIEF ON PREJUDGMENT INTEREST 4) | 0.60 | $390.00 |
| 11/8/2007 | 004 | WS KATCHEN | REVIEW DEBTOR'S EXPEDITED MOTION REGARDING PRIVILEGE ISSUE - ACC COUNSEL DESIGNATED WITNESSES | 0.30 | $195.00 |

Duane Morris
December 28, 2007
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1357962

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/12/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/13/2007 | 004 | WS KATCHEN | ATTENTION TO EMAILS REGARDING EXAMINER ISSUE | 0.20 | $130.00 |
| 11/14/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/15/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/19/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/19/2007 | 004 | RW RILEY | REVIEWING DOCKET AND MATTERS FOR SCHEDULED FOR UPCOMING OMNIBUS HEARING | 1 30 | $624.00 |

Duane Morris
December 28, 2007
Page 5

File # K0248-00001                                                    INVOICE # 1357962
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/19/2007 | 004 | WS KATCHEN | EMAIL TO STROOK REGARDING NATIONAL UNION SETTLEMENT (BOND PREMIUMS POST - PETITION ACCRUAL) (.2); REVIEW EXECUTED AGREEMENTS. (.5); REVIEW STROOK MEMO (.1); REVIEW MOTION FOR ENTRY OF ORDERS AUTHORIZING SETTLEMENT PD CLAIM CITY OF BARNESVILLE (.2); REVIEW DEBTORS' MOTION FOR LEAVE - TO PERMIT SCHEDULING (.1); REVIEW WITHDRAWAL BY DEBTOR OF CLAIMS OBJECTION CLAIM 13934 (.1); REVIEW CERTIFICATION OF COUNSEL REGARDING PD SETTLEMENTS (.1); REVIEW DEBTOR'S MOTION FOR APPROVAL SETTLEMENT NATIONAL UNION AND (ALABAMA/TEXAS) (.5) | 1.50 | $975.00 |
| 11/20/2007 | 004 | AT ASH | REVIEW CURRENT DOCKET. | 0.20 | $35.00 |
| 11/20/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/26/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/28/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/28/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36 00 |

Duane Morris
December 28, 2007
Page 6

File # K0248-00001                                              INVOICE # 1357962
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 11/29/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/29/2007 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 11/30/2007 | 004 | AT ASH | REVIEW AND RETRIEVE CURRENT DOCKET FOR REVIEW BY M. LASTOWSKI. | 0.30 | $52.50 |
| 11/30/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 11/30/2007 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| | | | Code Total | 9.20 | $4,534.00 |

Duane Morris
December 28, 2007
Page 7

File # K0248-00001                                        INVOICE # 1357962
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 11/4/2007 005 | WS KATCHEN | ESTIMATION ISSUES - RAISED BAR ACC | 0.50 | $325.00 |
| 11/5/2007 005 | WS KATCHEN | REVIEW CERTIFICATION OF COUNSEL REGARDING UNR ASBESTOS CLAIMS TRUST (.1); REVIEW CLAIM, SETTLEMENT NOTICE (.1); REVIEW DEBTOR'S BRIEF ON PRE JUDGMENT INTEREST (.3); REVIEW ACC ISSUES ON ESTIMATION ( 4) | 0.90 | $585.00 |
| 11/7/2007 005 | MR LASTOWSKI | REVIEW ESTIMATION HEARING ISSUES | 1 50 | $892.50 |
| 11/7/2007 005 | MR LASTOWSKI | REIVEW ESTIMATION HEARING DISCOVERY | 1.10 | $654 50 |
| 11/8/2007 005 | MR LASTOWSKI | REVIEW ESTIMATION HEARING ISSUES | 0.60 | $357.00 |
| 11/14/2007 005 | WS KATCHEN | EMAIL K. PASQUALE REGARDING ESTIMATION | 0.10 | $65.00 |
| 11/15/2007 005 | RW RILEY | REVIEWING DOCKET AND RECENT FILINGS RELATED TO ASBESTOS CLAIMS | 0.80 | $384.00 |
| 11/19/2007 005 | MR LASTOWSKI | REVIEW ESTIMATION HEARING ISSUES | 1.90 | $1,130.50 |
| 11/20/2007 005 | RW RILEY | REVIEWING DOCKET AND RECENT FILINGS RELATED TO RESOLUTION OF CERTAIN ASBESTOS CLAIMS | 1.60 | $768.00 |
| 11/29/2007 005 | MR LASTOWSKI | REVIEW ESTIMATION HEARING ISSUES | 2 30 | $1,368.50 |
| 11/29/2007 005 | MR LASTOWSKI | REVIEW AGREED ORDER RE: LIBBY CLAIMANT'S MOTION IN LIMINE | 0.20 | $119.00 |
| | | Code Total | 11.50 | $6,649.00 |

Duane Morris
December 28, 2007
Page 8

File # K0248-00001                                                INVOICE # 1357962
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/13/2007 | 006 | MR LASTOWSKI | REVIEW OBJECTION TO ALLEGHENY CENTER CLAIMS | 0.30 | $178.50 |
| 11/13/2007 | 006 | MR LASTOWSKI | REVIEW OBJECTION TO RICHMOND COUNTY, GEORGIA | 0.20 | $119.00 |
| 11/13/2007 | 006 | MR LASTOWSKI | REVIEW DEL TACO SETTLEMENT | 0.60 | $357.00 |
| 11/14/2007 | 006 | WS KATCHEN | ENVIRONMENTAL CLAIMS ISSUE | 0.30 | $195.00 |
| 11/15/2007 | 006 | MR LASTOWSKI | REVIEW NATIONAL UNION SYSTEM SETTLEMENT | 0.70 | $416.50 |
| 11/21/2007 | 006 | MR LASTOWSKI | REVIEW CITY OF BARNESVILLE SETTLEMENT MOTION | 0.20 | $119.00 |
| 11/21/2007 | 006 | MR LASTOWSKI | REVIEW CHAKARIAN APPEAL FILINGS | 0.90 | $535.50 |
| 11/29/2007 | 006 | MR LASTOWSKI | REVIEW ST. HELENA SETTLEMENT | 0.20 | $119.00 |
| | | | Code Total | 3.40 | $2,039.50 |

Duane Morris
December 28, 2007
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1357962

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 11/11/2007 007 | ME HOFFMAN | LEGAL RESEARCH RE SEC. 108(B)(1) LANGUAGE. | 0.40 | $106.00 |
| 11/13/2007 007 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: EXAMINER HEARING | 0.10 | $59.50 |
| 11/19/2007 007 | ME HOFFMAN | LEGAL RESEARCH RE 11 U.S.C. 108; DRAFT E-MAIL TO WSKATCHEN RE SAME. | 0.10 | $26.50 |
| 11/26/2007 007 | ME HOFFMAN | SUMMARIZE EXPORT REBUTTAL REPORTS. | 0.50 | $132.50 |
| 11/28/2007 007 | ME HOFFMAN | REVIEW AND SUMMARIZE EXPERT REBUTTAL REPORTS. | 1.80 | $477.00 |
| 11/29/2007 007 | ME HOFFMAN | REVIEW EXPERT REBUTTAL REPORTS | 0.10 | $26.50 |
| | | Code Total | 3.00 | $828.00 |

Duane Morris
December 28, 2007
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1357962

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 11/2/2007 010 | RW RILEY | REVIEWING AND EXECUTING CNO FOR STROOCK FEE APPLICATION | 0.20 | $96 00 |
| | | Code Total | 0.20 | $96 00 |

Duane Morris
December 28, 2007
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1357962

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/28/2007 | 012 | AT ASH | DRAFT 70TH MONTHLY FEE APPLICATION OF DUANE MORRIS. | 0.60 | $105.00 |
| 11/28/2007 | 012 | AT ASH | DRAFT CERTIFICATE OF NO OBJECTION RE 69TH MONTHLY APPLICATION OF DUANE MORRIS, E-FILE SAME. | 0.30 | $52.50 |
| 11/29/2007 | 012 | AT ASH | DRAFT, FINALIZE AND E-FILE THE 26TH QUARTERLY FEE APPLICATION OF DUANE MORRIS. COORDINATE SERVICE OF SAME. | 1.20 | $210.00 |
| 11/29/2007 | 012 | MR LASTOWSKI | REVIEW AND REVISE DUANE MORRIS 70TH MONTHLY FEE APPLICATION | 0.40 | $238.00 |
| 11/29/2007 | 012 | MR LASTOWSKI | REVIEW AND REVISE DUANE MORRIS 26TH QUARTERLY FEE APPLICATION | 1.20 | $714.00 |
| | | | Code Total | 3.70 | $1,319.50 |

Duane Morris
December 28, 2007
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1357962

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/2/2007 | 013 | AT ASH | DRAFT, FINALIZE, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 77TH MONTHLY APPLICATION OF STROOCK. | 0.30 | $52.50 |
| 11/19/2007 | 013 | AT ASH | DRAFT CERTIFICATE OF NO OBJECTION FOR 42ND MONTHLY FOR CAPSTONE, CONVERT TO PDF FORMAT AND E-FILE SAME. | 0.30 | $52.50 |
| 11/28/2007 | 013 | AT ASH | DRAFT CERTIFICATE OF NO OBJECTION RE 43RD MONTHLY APPLICATION OF CAPSTONE, E-FILE SAME. | 0.30 | $52.50 |
| 11/29/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 15TH QUARTERLY FEE APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| | | | Code Total | 1.20 | $210.00 |

Duane Morris
December 28, 2007
Page 13

File # K0248-00001                           INVOICE #  1357962
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 11/13/2007 | 015 | MR LASTOWSKI | ATTEND HEARING ON UST'S MOTION FOR APPOINTMENT OF AN EXAMINER | 0.70 | $416.50 |
| 11/19/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR NOVEMBER OMNIBUS HEARING | 2.20 | $1,309.00 |
| 11/20/2007 | 015 | MR LASTOWSKI | REVIEW OMNIBUS HEARING DATES ORDER | 0.10 | $59.50 |
| 11/25/2007 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR OMNIBUS HEARING | 2.40 | $1,428.00 |
| 11/26/2007 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 2.20 | $1,309.00 |
| 11/29/2007 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT NOVEMBER 26 | 0.20 | $119.00 |
| | | | Code Total | 7.80 | $4,641.00 |

Duane Morris
December 28, 2007
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1357962

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 11/2/2007 | 016 | WS KATCHEN | REVIEW ORDERS - PD SETTLEMENTS CITY OF TUCSON (.1); COOK COUNTY (.1); SCHOOL BOARDS ET AL - NEW ORLEANS (.1); MARICOPA COUNTY, ARIZONA (.1); OTHERS (DIES & HILE, LLP) (.2); PRUDENTIAL PD CLAIM (.1); OPTIMIZATION PLAN (.1) | 0.80 | $520.00 |
| | | | Code Total | 0.80 | $520.00 |

Duane Morris
December 28, 2007
Page 15

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1357962

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/5/2007 | 017 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE AND FUTURE CLAIMS REPRESENTATIVE PLAN OF REORGANIZATION | 1.40 | $833.00 |
| 11/5/2007 | 017 | MR LASTOWSKI | REVIEW ISSUES RE: TERSIGNINI ORDER | 0.30 | $178.50 |
| 11/6/2007 | 017 | WS KATCHEN | REVIEW ACC PLAN DOCUMENTS | 1.40 | $910.00 |
| 11/9/2007 | 017 | WS KATCHEN | ADDITIONAL WORK ON PLAN ISSUES | 2.10 | $1,365.00 |
| 11/13/2007 | 017 | MR LASTOWSKI | REVIEW PLAN ISSUES RELATING TO ASBESTOS PERSONAL INJURY COMMITTEE AND FUTURE CLAIMS REPRESENTATIVE PLAN OF REORGANIZATION | 1.20 | $714.00 |
| | | | Code Total | 6.40 | $4,000.50 |

Duane Morris
December 28, 2007
Page 16

File # K0248-00001                                   INVOICE # 1357962
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/6/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S BRIEF ON PREJUDGMENT INTEREST | 0.40 | $260.00 |
| 11/9/2007 | 025 | WS KATCHEN | CONFIRM PITTSBURGH OFFICE AVAILABILITY FOR TRIAL - EMAIL STROOCK REGARDING SAME | 0.20 | $130.00 |
| 11/14/2007 | 025 | WS KATCHEN | TELEPHONE CONVERSATION WITH K. PASQUALE | 0.10 | $65.00 |
| 11/15/2007 | 025 | WS KATCHEN | CONFERENCE WITH L. KRUGER REGARDING EXAMINER PROCESS (.3); ENVIRONMENTAL ISSUES NJDEP ( 8); ADDITIONAL PLAN ISSUES (1.7) | 3.00 | $1,950.00 |
| 11/20/2007 | 025 | WS KATCHEN | EMAIL STROOK REGARDING TERSYUI CHAPTER 11(.1); TELEPHONE CONVERSATION WITH COMMITTEE MEMBER REGARDING TERSYUI CHAPTER 11 ( 1) | 0.20 | $130.00 |
| 11/26/2007 | 025 | WS KATCHEN | ADDITIONAL RESEARCH EPA ISSUES (1.0); REVIEW PROPOSED ORDER REGARDING PI CLAIMS MASSACHUSETTS INACTIVE DOCKET (.1) | 1.10 | $715.00 |
| 11/27/2007 | 025 | WS KATCHEN | ESTIMATION ISSUE (.5); EMAIL K. PASQUALE (.1) | 0.60 | $390.00 |
| 11/28/2007 | 025 | TJ SANTORELLI | LEGAL RESEARCH PULL CASES | 0.30 | $40.50 |
| 11/29/2007 | 025 | WS KATCHEN | REVIEW DEBTORS' BRIEF ON APPEAL | 0.50 | $325.00 |
| | | | Code Total | 6 40 | $4,005.50 |

Duane Morris
December 28, 2007
Page 17

.

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1357962

TOTAL SERVICES

57.00   $29,455.00

Duane Morris
December 28, 2007
Page 18

File # K0248-00001                                    INVOICE # 1357962
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 11/30/2007 | PRINTING & DUPLICATING - EXTERNAL | | 481.28 |
| | | Total: | $481.28 |
| 11/30/2007 | DINNER - LOCAL | | 210.29 |
| | | Total: | $210.29 |
| 11/30/2007 | TRAVEL - LOCAL | | 22.00 |
| | | Total: | $22.00 |
| 11/29/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798819285210) | | 7.23 |
| 11/29/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790884323229) | | 15.24 |
| | | Total: | $22.47 |
| 11/8/2007 | MRL/FEE@COURTCALL/UNITEDSTATESBANKRUPTCYCOURTFOR THEDISTRICTOFDELAWARE | | 70.50 |
| | | Total: | $70.50 |
| 11/30/2007 | PRINTING & DUPLICATING | | 54.00 |
| | | Total: | $54.00 |
| | TOTAL DISBURSEMENTS | | $860.54 |