# EXHIBIT 2

## for WR Grace
Total number of parties: 2

### Exhibit 2 - Musicland Holding Corp.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27217 | ARCHER & GREINER PC, JOHN V FIORELLA, (RE: NL INDUSTRIES), 1300 N MARKET ST, STE 700, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27217 | NL INDUSTRIES INC, C/O JOHN V FIORELLA ESQUIRE, ARCHER & GREINER PC, PO BOX 3000, HADDONFIELD, NJ, 08033-0968 | US Mail (1st Class) |

Subtotal for this group: 2