IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Re: Docket No. 17672** |

## NOTICE OF FILING REPLY DECLARATION

PLEASE TAKE NOTICE that on the 3rd day of January, 2008, a true and correct copy of the attached Declaration of Elizabeth L. Anderson is being filed pursuant to paragraph seven of the Stipulation Withdrawing Debtors' Motion To Strike Untimely Expert Materials And Outlining Agreement Thereon and is intended to rebut the contentions offered in paragraphs 7-19 of the Stallard Declaration which was attached to the FCR's 12/7/07 Daubert Brief at Exhibit J, pages 43-46 of the ACC's 12/7/07 Daubert brief, and pages 31-35 of the FCR's 12/7/07 Daubert brief.

This filing and the attached declaration were served on the following individuals:

Official Committee of Asbestos Personal Injury Claimants
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
27th Floor
Washington, D.C. 20005

David T. Austern, Future Claimants' Representative
Ray Mullady, Esq.
Orrick, Herrington & Sutcliffe LLP
3050 K Street N.W.
Washington, DC 20007

Dated: January 3, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen T. Ahern
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Barbara M. Harding
David E. Mendelson
Amanda C. Basta
Brian T. Stansbury
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

–and–

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession