**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Mark T. *Hurford, of Campbell & Levine, LLC, hereby certify that on January 4, 2008, I caused a copy of the* **[Signed]** *Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of The Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing The Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal The Official Committee Of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of The Federal Rules of Evidence [D.I. 17741], to be served upon the individuals on the attached service list, in the manner indicated.*

        CAMPBELL & LEVINE, LLC

        */s/ Mark T. Hurford*
        Mark T. Hurford (No. 3299)
        800 N. King Street
        Suite 300
        Wilmington, DE 19801
        (302) 426-1900

Dated: January 4, 2008

{D0100499.1 }