**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period November 1, 2007 through November 30, 2007**

**Summary of Professional Hours by Staff**

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| James Sinclair - Senior Managing Director | 16.40 | $ 535.00 | $8,774.00 |
| Peter Cramp - Analyst | 18.08 | $ 200.00 | $3,616.67 |
| Total Professional Hours and Fees | 34.48 | | $ 12,390.67 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2007 through November 30, 2007

Summary of Expenses Incurred by Charter Oak Financial Consultants, LLC

| Date | Description of Item | Amount |
|---|---|---|
| | None | |
| | Total Out-of-pocket expenses | $0.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period November 1, 2007 through November 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **Business Operations** | | | | | |
| 13-Nov-07 | JS | Review, analyze Financial Briefing from Company in preparation for conference call with Company on 11/16/07 for due diligence and valuation monitoring. | 2.20 | $ 535.00 | $ 1,177.00 |
| 13-Nov-07 | JS | Review, analyze Executive Summary of 3rd Quarter 2007 in preparation for conference call of 11/16/07 for due diligence and monitoring. | 2.70 | $ 535.00 | $ 1,444.50 |
| 13-Nov-07 | PC | Review and analysis of WR Grace Q3 Briefing | 1.00 | $ 200.00 | $ 200.00 |
| 14-Nov-07 | PC | Update Market Multiple Valuation for Q3 figures | 3.00 | $ 200.00 | $ 600.00 |
| 15-Nov-07 | JS | Review, analyze 3rd Quarter 10-Q in preparation for conference call with Company on 11/16/07 for due diligence and valuation monitoring. | 2.80 | $ 535.00 | $ 1,498.00 |
| 15-Nov-07 | JS | Continue review and analysis of Executive Summary for 3rd quarter 2007 in preparation for conference call on 11/16/07 for due diligence and valuation monitoring. | 1.10 | $ 535.00 | $ 588.50 |
| 15-Nov-07 | JS | Draft questions for conference call with company on 11/16/07 for due diligence and valuation monitoring. | 1.20 | $ 535.00 | $ 642.00 |
| 15-Nov-07 | PC | Update Market Multiple Valuation for Q3 figures | 2.50 | $ 200.00 | $ 500.00 |
| 16-Nov-07 | JS | Review materials and questions in preparation for conference call with Company for due diligence and valuation monitoring. | 0.90 | $ 535.00 | $ 481.50 |
| 16-Nov-07 | JS | Conference call with Company for review of 3rd quarter and YTD 2007 outlook for full year 2007 for due diligence and valuation monitoring. | 0.60 | $ 535.00 | $ 321.00 |
| 16-Nov-07 | PC | WR Grace Q3 Results Conference Call | 0.58 | $ 200.00 | $ 116.67 |
| 16-Nov-07 | PC | Prepare WR Grace Q3 Report for ACC | 2.50 | $ 200.00 | $ 500.00 |
| 19-Nov-07 | PC | Continue to prepare WR Grace Q3 Report for ACC | 1.75 | $ 200.00 | $ 350.00 |
| 19-Nov-07 | PC | Continue to prepare WR Grace Q3 Report for ACC | 2.75 | $ 200.00 | $ 550.00 |
| 20-Nov-07 | PC | Continue to prepare WR Grace Q3 Report for ACC | 1.00 | $ 200.00 | $ 200.00 |
| 20-Nov-07 | PC | Continue to prepare WR Grace Q3 Report for ACC | 2.00 | $ 200.00 | $ 400.00 |
| 28-Nov-07 | JS | Review, revise Cramp's report to ACC counsel and ACC regarding 3rd quarter 2007 and YTD results of operations and outlook for due diligence for purposes of advising ACC counsel and ACC. | 1.10 | $ 535.00 | $ 588.50 |
| 28-Nov-07 | PC | Finalize Q3 Report for ACC | 1.00 | $ 200.00 | $ 200.00 |
| | | Business Operations | 30.68 | | $ 10,357.67 |
| **Plan and disclosure statement** | | | | | |
| 14-Nov-07 | JS | Review, analyze ACC and FCR Plan of Reorganization (POR) for purposes of advising ACC and ACC counsel. | 2.60 | $ 535.00 | $ 1,391.00 |
| | | Plan and disclosure statement | 2.60 | | $ 1,391.00 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period November 1, 2007 through November 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **Valuation** | | | | | |
| 26-Nov-07 | JS | Review, analyze comparable company market multiple data of Peter Cramp for due diligence and valuation monitoring for purposes of advising ACC and ACC counsel. | 0.70 | $ 535.00 | $ 374.50 |
| 26-Nov-07 | JS | Review, analyze comparable company market multiple valuation by Cramp for valuation monitoring to advise ACC and ACC counsel. | 0.50 | $ 535.00 | $ 267.50 |
| | | Valuation | 1.20 | | $ 642.00 |
| | | TOTAL | 34.48 | | $ 12,390.67 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period November 1, 2007 through November 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| **James Sinclair - Senior Managing Director** | | | | | |
| 13-Nov-07 | JS | Review, analyze Financial Briefing from Company in preparation for conference call with Company on 11/16/07 for due diligence and valuation monitoring. | 2.20 | $ 535.00 | $ 1,177.00 |
| 13-Nov-07 | JS | Review, analyze Executive Summary of 3rd Quarter 2007 in preparation for conference call of 11/16/07 for due diligence and monitoring. | 2.70 | $ 535.00 | $ 1,444.50 |
| 14-Nov-07 | JS | Review, analyze ACC and FCR Plan of Reorganization (POR) for purposes of advising ACC and ACC counsel. | 2.60 | $ 535.00 | $ 1,391.00 |
| 15-Nov-07 | JS | Review, analyze 3rd Quarter 10-Q in preparation for conference call with Company on 11/16/07 for due diligence and valuation monitoring. | 2.80 | $ 535.00 | $ 1,498.00 |
| 15-Nov-07 | JS | Continue review and analysis of Executive Summary for 3rd quarter 2007 in preparation for conference call on 11/16/07 for due diligence and valuation monitoring. | 1.10 | $ 535.00 | $ 588.50 |
| 15-Nov-07 | JS | Draft questions for conference call with company on 11/16/07 for due diligence and valuation monitoring. | 1.20 | $ 535.00 | $ 642.00 |
| 16-Nov-07 | JS | Review materials and questions in preparation for conference call with Company for due diligence and valuation monitoring. | 0.90 | $ 535.00 | $ 481.50 |
| 16-Nov-07 | JS | Conference call with Company for review of 3rd quarter and YTD 2007 outlook for full year 2007 for due diligence and valuation monitoring. | 0.60 | $ 535.00 | $ 321.00 |
| 26-Nov-07 | JS | Review, analyze comparable company market multiple data of Peter Cramp for due diligence and valuation monitoring for purposes of advising ACC and ACC counsel. | 0.70 | $ 535.00 | $ 374.50 |
| 26-Nov-07 | JS | Review, analyze comparable company market multiple valuation by Cramp for valuation monitoring to advise ACC and ACC counsel. | 0.50 | $ 535.00 | $ 267.50 |
| 28-Nov-07 | JS | Review, revise Cramp's report to ACC counsel and ACC regarding 3rd quarter 2007 and YTD results of operations and outlook for due diligence for purposes of advising ACC counsel and ACC. | 1.10 | $ 535.00 | $ 588.50 |
| | | Total James Sinclair | 16.40 | | $ 8,774.00 |
| **Peter Cramp - Analyst** | | | | | |
| 13-Nov-07 | PC | Review and analysis of WR Grace Q3 Briefing | 1.00 | $ 200.00 | $ 200.00 |
| 14-Nov-07 | PC | Update Market Multiple Valuation for Q3 figures | 3.00 | $ 200.00 | $ 600.00 |
| 15-Nov-07 | PC | Update Market Multiple Valuation for Q3 figures | 2.50 | $ 200.00 | $ 500.00 |
| 16-Nov-07 | PC | WR Grace Q3 Results Conference Call | 0.58 | $ 200.00 | $ 116.67 |
| 16-Nov-07 | PC | Prepare WR Grace Q3 Report for ACC | 2.50 | $ 200.00 | $ 500.00 |
| 19-Nov-07 | PC | Continue to prepare WR Grace Q3 Report for ACC | 1.75 | $ 200.00 | $ 350.00 |
| 19-Nov-07 | PC | Continue to prepare WR Grace Q3 Report for ACC | 2.75 | $ 200.00 | $ 550.00 |
| 20-Nov-07 | PC | Continue to prepare WR Grace Q3 Report for ACC | 1.00 | $ 200.00 | $ 200.00 |
| 20-Nov-07 | PC | Continue to prepare WR Grace Q3 Report for ACC | 2.00 | $ 200.00 | $ 400.00 |
| 28-Nov-07 | PC | Finalize Q3 Report for ACC | 1.00 | $ 200.00 | $ 200.00 |
| | | Total Peter Cramp | 18.08 | | $ 3,616.67 |

**Charter Oak Financial Consultants, LLC - W.R. Grace**
**Services Rendered during the Period November 1, 2007 through November 30, 2007**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|---|---|---|---|---|---|
| | | TOTAL | 34.48 | | $ 12,390.67 |