**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Related Docket No.: 17550 |
| | ) |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' AND THE FUTURE CLAIMANTS' REPRESENTATIVE'S AUTHENTICITY OBJECTIONS AND STIPULATIONS CONCERNING EXHIBITS IDENTIFIED BY W.R. GRACE & COMPANY IN ITS EXHIBIT LIST FOR THE ESTIMATION HEARING**

Pursuant to the Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("CMO"), dated December 5, 2007, the Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, the Future Claimant's Representative ("FCR") hereby identify the exhibits listed on Debtor W.R. Grace & Company ("Grace") list of trial exhibits as to which (a) the ACC and FCR object on authenticity grounds or (b) the ACC and FCR stipulate that the exhibit is admissible.

A list of Grace's exhibits, with the ACC/FCR authenticity objections or stipulations as to admissibility noted, is attached hereto as Exhibit A.  Per the CMO, the ACC and FCR reserve the right to make any and all objections to any of Grace's exhibit's admissibility other than authenticity (e.g., hearsay, lack of relevance, lack of foundation, etc.) until the time such exhibit is offered at trial.

The Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders did not file any Exhibit Lists; accordingly the ACC and FCR object to the admissibility of any exhibits sought to be offered by said parties during their cases in chief at the Estimation Hearing.

Dated: January 4, 2008

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Marla R. Eskin (DE ID No. 2989)
Mark T. Hurford (DE ID No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

– and –

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10022-4614
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
One Thomas Circle, NW
Washington, DC  20005
Tel: (202) 862–5000

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (DE ID No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

– and –

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard Wyron
Raymond G. Mullady, Jr.
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8400

John Ansbro
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

*Counsel to David T. Austern, Future Claimants' Representative*