# Exhibit A

| GX NUM | DOCDATE | GRACE DESCRIPTION | GRACE DESIGNATED CONFIDENTIAL | AUTHENTICITY | STIPULATED ADMISSIBLE |
|---|---|---|---|---|---|
| GX0001 | 7/31/2007 | Table 1 from Expert Report of P. Lees - PCME Adjustment Factor by Product Category | | | |
| GX0002 | 7/31/2007 | Table 2 from Expert Report of P. Lees - Summary of Mean 8-hour TWA Direct Exposures by "Nature of Exposure" Category using Stratified Averaging Method | | | |
| GX0003 | 7/31/2007 | Table 3 from Expert Report of P. Lees - Summary of Mean 8-hour TWA Indirect Exposures by "Nature of Exposure" Category using Stratified Averaging Method (cont.) | | | |
| GX0004 | 7/31/2007 | Table 4 from Expert Report of P. Lees - Summary of Mean 8-hour TWA Direct Exposures by "Nature of Exposure" Category using Non-Stratified Averaging Method | | | |
| GX0005 | 7/31/2007 | Table 5 from Expert Report of P. Lees - Summary of Mean 8-hour TWA Indirect Exposures by "Nature of Exposure" Category using Non-Stratified Averaging Method (cont.) | | | |
| GX0006 | 6/14/2002 | *Grace CMS database as of June 14, 2002 | CONFIDENTIAL | | Admissible |
| GX0007 | 4/30/2007 | *Rust Consulting database of all PIQ, POC, and supplemental data and images as of April 30, 2007 | CONFIDENTIAL | | |
| GX0008 | 11/22/1968 | Caplan P.E., et al., Report on Industrial Hygiene Study at Beverly Hills High School. California Department of Public Health. Study No. S-2058 | | | |
| GX0009 | 4/30/1964 | Olson R.W.T., Report on Effect of High Velocity Air Upon the Surfaces of Mono-Kote Material | | | |
| GX0010 | 10/6/1970 | Schoenberger J.N., Dusting Test Conducted on Zonolite Mono-Kote Fireproofing Material | | | |
| GX0011 | 09/00/1965 | Woodward M.H., Report of Test of Sprayed On Fire Protection Type MK for Resistance to Cracking, Flaking, and Delamination under 240 Foot-Pound Impact | | | |
| GX0012 | 1/9/2003 | Lees P.S.J. and Mlynarek S.P., Assessment of Potential Asbestos Exposure Resulting from Disturbance of Zonolite TM Vermiculite Attic Insulation | | | |
| GX0013 | 4/13/1987 | Letter from D.J. Curreri to W.V. Culver/Aubum re Vermiculite Field Evaluation | | | |
| GX0014 | 11/10/1987 | Letter from D.J. Curreri to J. Baker re Vermiculite Evaluation Program | | | |
| GX0015 | 3/27/1987 | Letter from D.J. Curreri to M. Lopinto/No. Brunswick re Vermiculite Field Evaluations | | | |
| GX0016 | 3/27/1987 | Letter from D.J. Curreri to R. Schivinski/Chicago CPD re Vermiculite Field Evaluations | | | |
| GX0017 | 11/10/1987 | Letter from D.J. Curreri to B. Happ re Vermiculite Evaluation Program | | | |
| GX0018 | 3/23/1977 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials (Personnel samples from Sugar Sands Apartments, West Palm Beach, FL) | | | |
| GX0019 | 4/13/1977 | Letter from F.W. Eaton to E.S. Wood re TWA Fiber Analysis Comparison | | | |
| GX0020 | 5/9/1986 | Request for Technical Service re Airborne Respirable Fiber Concentration (Personnel samples from Glen Burnia, MD) | | | |
| GX0021 | 4/28/1983 | Request for Technical Service re Job site air monitoring (Personnel samples from Harrisburg, PA) | | | |
| GX0022 | 00/00/1983 | Table entitled "Monokote Job Site Air Monitoring" | | | |
| GX0023 | 02/00/1987 | Data sheets re Analysis of Airborne Respirable Fiber Data Builder Square Ward Lake Retail Center | | | |
| GX0024 | 7/10/1987 | Letter from S. Venuti to J. Casey re Jobsite Exposure Monitoring | | | |
| GX0025 | 4/1/1977 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials (Personnel samples from Ducanville, TX) | | | |

1

| GX NUM | DOCDATE | GRACE DESCRIPTION | GRACE DESIGNATED CONFIDENTIAL | AUTHENTICITY | STIPULATED ADMISSIBLE |
|---|---|---|---|---|---|
| GX0026 | 4/4/1977 | Letter from E.S. Wood to W.R. Hanlon/B.R. Williams re Guidelines for written responses to customer and government inquiries as to the tremolite content of our products | | | |
| GX0027 | 2/6/1978 | Request for Technical Service. Environmental Evaluation - Air - Fibrous Materials (Personnel samples from Aldrich Chemical, Milwaukee, WI) | | | |
| GX0028 | 12/12/1980 | Letter from F.W. Eaton to J.W. Wolter | | | |
| GX0029 | 6/20/1983 | Letter from F.W. Eaton to J.W. Wolter re Job Site Air Monitoring Summary of Results - Rev #1 | | | |
| GX0030 | 3/5/1976 | Air Sampling Data table | | | |
| GX0031 | 5/19/1978 | Request for Technical Service Summary re Dust sampling | | | |
| GX0032 | 7/11/1977 | Request for Technical Service Summary (Attic test samples from Savannah, NY) | | | |
| GX0033 | 7/12/1977 | Data table re Fiber Evaluation - Libby | | | |
| GX0034 | 8/11/1978 | Letter from F.W. Eaton to J.W. Wolter re 2-4 Rock Float Tremolite Reduction | | | |
| GX0035 | 5/24/1978 | Data table re Super Clean Vermiculite Trials Summary | | | |
| GX0036 | 7/17/1978 | Letter from F.W. Eaton to E.S. Wood re Super Clean Attic Tests - Fiber Exposure | | | |
| GX0037 | 10/17/1979 | W.R. Grace & Co. Construction Products Division., Tremolite Reduction Program Progress Report Summary | | | |
| GX0038 | 12/12/1979 | Data table re Libby #1 Simulated Attic Tests, Screened (14 Mesh) and Bound w/0.5% CMC @ 0.25 QTS/CF | | | |
| GX0039 | 1/25/1980 | Letter from F.W. Eaton to O.M. Favorito re User Fiber Exposure - Vermiculite Consumer Products | | | |
| GX0040 | 12/8/1980 | Data table re Actual Home Attic Tests, Libby Material, Page 2 of 2 | | | |
| GX0041 | 5/5/1983 | Request for Technical Service re Jobsite air monitoring - L1 Bound attic insulation | | | |
| GX0042 | 04/13/0000 | Data table re Actual Attic Fill Test, Libby Material | | | |
| GX0043 | 04/13/0000 | Data table titled "Research Tremolite Analysis" | | | |
| GX0044 | 12/12/1979 | Request for Technical Service Summary re Tremolite Fiber determination (Cazenovia, NY) | | | |
| GX0045 | 12/12/1979 | Request for Technical Service Summary re Tremolite Fiber Determination (Chelmsford, MA) | | | |
| GX0046 | 10/18/1977 | Letter from F.W. Eaton to D.M. Kirven re User Exposure-Early Bird Farm-Ithaca, NY | | | |
| GX0047 | 11/16/1977 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials | | | |
| GX0048 | 12/8/1977 | Letter from F.W. Eaton to E.S. Wood re Field Report/Scotts Turf Builder | | | |
| GX0049 | 11/14/1977 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials | | | |
| GX0050 | 9/14/1978 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials | | | |
| GX0051 | 8/11/1986 | Request for Technical Service re Airborne Respirable Fiber Concentration | | | |
| GX0052 | 11/23/1977 | Letter from F.W. Eaton to D.M. Kirven re Early Bird Farm | | | |
| GX0053 | 11/2/1977 | Letter from F.W. Eaton to D.M. Kirven re Early Bird Farm-Revised Results | | | |
| GX0054 | 5/8/1978 | Letter from F.W. Eaton to W.R. Hanlon re Arrowhead Gardens - Revised TWA Results | | | |
| GX0055 | 4/12/1978 | Letter from F.W. Eaton to J.W. Wolter re Air Sampling - Arrowhead Gardens | | | |

2

| GX NUM | DOCDATE | GRACE DESCRIPTION | GRACE DESIGNATED CONFIDENTIAL | AUTHENTICITY | STIPULATED ADMISSIBLE |
|---|---|---|---|---|---|
| GX0056 | 3/30/1979 | Data Sheet re Tremolite/Fiber Summary | | | |
| GX0057 | 3/5/1979 | Letter from F.W. Eaton to T.P. Feit/Santa Ana re Pacific Region Soil Mix Operation - Air Sampling Results | | | |
| GX0058 | 4/14/1983 | Letter from F.W. Eaton W.R. Hanlon, D.M. Kirven, R.C. Walsh, and J.W. Wolter re Grower- L3 Screened RFTS 67055-2 | | | |
| GX0059 | 4/3/1973 | Handwritten notes re Early Bird Farm | | | |
| GX0060 | 9/19/1986 | Request for Technical Service re Airborne Respirable Fiber Concentration (Personnel Sampling from Chino, CA) | | | |
| GX0061 | 3/10/1983 | Request for Technical Service re Grower Producing Soil Mix Containing Vermiculite (Personnel Sampling by Early Bird Farm) | | | |
| GX0062 | 3/10/1983 | Request for Technical Service re Grower Producing Soil Mix Containing Vermiculite (Personnel Sampling from Ithaca, NY) | | | |
| GX0063 | 2/17/1986 | Letter from S. Venuti to L&L Nursery Supply re Industrial Hygiene Sampling | | | |
| GX0064 | 9/10/1986 | Letter from S. Venuti to R. Bostdorff re Industrial Hygiene Sampling completed | | | |
| GX0065 | 6/20/1986 | Request for Technical Service re Airborne Respirable Fiber Concentration (Personnel Sampling from Denver, CO) | | | |
| GX0066 | 7/24/1986 | Letter from D.J. Curreri to G. Moore re Industrial Hygiene Sampling completed | | | |
| GX0067 | 10/27/1987 | Letter from D.J. Curreri to J. Giamboi re Air Sampling | | | |
| GX0068 | 3/20/1987 | Letter from D.J. Curreri to J. Gallagher re Industrial Hygiene Monitoring | | | |
| GX0069 | 3/7/1980 | Handwritten notes re St. Thomas Personnel Fiber Exposures | | | |
| GX0070 | 5/27/1983 | Letter from F.W. Eaton to J.W. Wolter re Job Site Air Monitoring Summary of Results | | | |
| GX0071 | 5/4/1983 | Letter from F.W. Eaton to J.W. Wolter and R.C. Walsh re MK-5 & L-3 MF (Silicone) | | | |
| GX0072 | 2/5/1980 | Request for Technical Service re Tremolite Fiber Determination (Personnel Sampling from Ajax, Ontario) | | | |
| GX0073 | 2/5/1980 | Request for Technical Service re Tremolite Fiber Determination (Personnel Sampling from St. Thomas, Ontario) | | | |
| GX0074 | 6/24/1985 | Request for Technical Service re Airborne Respirable Fiber Concentration (Personnel Sampling from NY) | | | |
| GX0075 | 8/2/1985 | Request for Technical Service re Airborne Respirable Fiber Concentration (Personnel Sampling from Dallas Allied Bank, TX) | | | |
| GX0076 | 4/28/1983 | Request for Technical Service re Harrisburg, PA Job Site Air Monitoring - MK 5 (Personnel Sampling from Harrisburg, PA) | | | |
| GX0077 | 6/13/1985 | Request for Technical Service re Airborne Respirable Fiber Concentration (Personnel Sampling from NY) | | | |
| GX0078 | 8/25/1985 | Request for Technical Service re Airborne Respirable Fiber Concentration Monokote 5 (Personnel Sampling from Allied Bank in Dallas, TX) | | | |
| GX0079 | 10/13/1978 | Presentation of Testimony to California Occupational Safety and Health Standards Board | | | |
| GX0080 | 3/11/1977 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials (Personnel Sampling from Imperial Savings and Loan Office building in San Diego, CA) | | | |
| GX0081 | 6/6/1977 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials (Personnel Sampling from Pandol & Sons, Delano, CA) | | | |

3

| GX NUM | DOCDATE | GRACE DESCRIPTION | GRACE DESIGNATED CONFIDENTIAL | AUTHENTICITY | STIPULATED ADMISSIBLE |
|---|---|---|---|---|---|
| GX0082 | 3/12/1979 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials and Tremolite Content (Personnel samples from Stalworth Elementry School, San Antonio, TX) | | | |
| GX0083 | 2/6/1979 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials (Personnel samples from Marathon, FL) | | | |
| GX0084 | 3/12/1979 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials and Tremolite Content (Personnel samples from Lone Star Elementary School, New Braunfels, TX) | | | |
| GX0085 | 7/24/1986 | Letter from D.J. Curreri to P. Ewart re Results of the Industrial Hygiene sampling | | | |
| GX0086 | 7/9/1987 | Letter from D.J. Curreri to J. Clark re Vermiculite Evaluation Program | | | |
| GX0087 | 2/29/1988 | Letter from D.J. Curreri to J. Westbrook re Exposure to Vermiculite containing products | | | |
| GX0088 | 2/19/1988 | Letter from J.J. Henningson to B. Sidell re Exposure to Zonolite Concrete and Portland cement | | | |
| GX0089 | 4/8/1983 | Data Sheets re ZIC Job Site Sampling - Harvey, LA | | | |
| GX0090 | 4/16/1985 | Request for Technical Service re Dust Evaluation - L-4 - Zonolite Roof Deck (Personnel samples from Job site) | | | |
| GX0091 | 8/28/1978 | Letter from J.S. Titus to R.F. Brush re Air Sampling Results J.D. Brush Co./Rochester | | | |
| GX0092 | 00/00/1985 | Multiple Analyses of Airborne Fiber at Various Locations | | | |
| GX0093 | 6/20/1986 | Data sheets entitled "Fiber Field Comparison - Industrial Vermiculite" | | | |
| GX0094 | 3/31/1986 | Letter from S. Venuti to T. Adams re Additional results of the Industrial Hygiene sampling - Pioneer Industrial Park and McDill Credit Union | | | |
| GX0095 | 12/1/1986 | W.R. Grace & Co., Construction Products Division Report titled Industrial Hygiene Monitoring Zonolite Concrete Aggregate Manufactured from Libby Ore | | | |
| GX0096 | 6/13/1986 | Letter from S. Venuti to H.T. Dudley re ZCA Dust Control Project | | | |
| GX0097 | 3/12/1979 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials and Tremolite Content (Personnel samples from Woodlane Elementary School, San Antonio, TX) | | | |
| GX0098 | 3/14/1977 | Environmental - Air - Fibrous Materials (Personnel Sampling from Putman City) | | | |
| GX0099 | 3/17/1977 | Request for Technical Service | | | |
| GX0100 | 10/2/1970 | Letter from H.A. Brown to C.H. Wendel re Air Samples | | | |
| GX0101 | 9/26/1967 | Letter from W. Cardillo to The California Zonolite Co re Report of Industrial Hygiene Study at the California Zonolite Co., pp 9-15 | | | |
| GX0102 | 7/15/1970 | Cooper W.C., Balzer J.L. and Fowler D.P., Asbestos Fiber Concentrations in Air from Spray Fireproofing Operations Using Zonolite Products | | | |
| GX0103 | 8/17/1990 | Corn M., et. al., Airborne concentrations of asbestos in non-occupational environments. Regulatory Toxicology and Pharmacology 13: 99-114 | | | |
| GX0104 | 00/00/0000 | Appendix E to Henry X-Ray Report - Chart: Control Film Readings by 3 Independent B-Readers | | | |
| GX0105 | 3/3/1976 | Tremolite sampling data sheets (Personnel samples from Newark, Sports complex) | | | |
| GX0106 | 4/28/1977 | Request for Technical Service re Environmental Evaluation - Air - Fibrous Materials (Personnel samples from Oklahoma City, OK) | | | |
| GX0107 | 6/28/1983 | Request for Technical Service re Job site air monitoring (Personnel samples from Canton, MA) | | | |

4

| GX NUM | DOCDATE | GRACE DESCRIPTION | GRACE DESIGNATED CONFIDENTIAL | AUTHENTICITY | STIPULATED ADMISSIBLE |
|---|---|---|---|---|---|
| GX0108 | 10/17/1972 | Newson F.W., Utah State Division of Health, Report of Occupational Health Study, Howard Johnson Motor Lodge | | | |
| GX0109 | 12/1/1976 | Letter from State of Washington Dept. of Labor to Gordon Brown Plastering re Fireproofing at Bank of California | | | |
| GX0110 | 7/11/2001 | Turbin J.E. and Gebhardtsbauer R., American Academy of Actuaries (AAS) Report titled "The Impact of Inordinately Low 30-Year Treasury Rates on Defined Benefit Plans" | | | |
| GX0111 | 00/00/1983 | Fabozzi F., The Handbook of Fixed Income Securities | | | |
| GX0112 | 8/21/2007 | Curriculum Vitae of S. Kazan | | | Admissible |
| GX0113 | 9/25/2002 | Transcript of Asbestos Litigation Hearing Before the Committee on the Judiciary United States Senate, pp. 188-221 | | | |
| GX0114 | 3/5/2003 | Testimony of S. Kazan Before the United States Senate Committee on the Judiciary | | | |
| GX0115 | 00/00/2003 | Kazan S., Asbestos Litigation & Tort Law: Trends, Ethics & Solutions. 31 Pepp. L. Rev. 227 | | | |
| GX0116 | 1/9/2006 | N&M Transaction List by Vender with two Check Entries with the Amount of $1,200 for B-Reads and $64,500 for MS Rotations | | | |
| GX0117 | 1/9/2006 | N&M Transaction List by Vendor with two Check Entries with the Amount of $16,380 for Clients in Pascagoula, MS and $37,765 for Clients in Columbus, MS | | | |
| GX0118 | 9/14/2000 | Medical Reports for Claimant J.D. | CONFIDENTIAL | | |
| GX0119 | 00/00/0000 | RTS Proposals of Services | | | |
| GX0120 | 4/6/1996 | RTS Contract re Services and List of Prices | | | |
| GX0121 | 7/31/2004 | A-Sheet for Claimant D.P. | CONFIDENTIAL | | |
| GX0122 | 10/27/1995 | A-Sheet for Claimant C.R. | CONFIDENTIAL | | |
| GX0123 | 00/00/0000 | RTS Screening Documents | CONFIDENTIAL | | |
| GX0124 | 4/24/1998 | Letter from M. Lederer to E. Inselbuch | | | |
| GX0125 | 00/00/1997 | Medical Reports for Claimant D.H. | CONFIDENTIAL | | |
| GX0126 | 3/8/1997 | Medical Reports for Claimant J.H. | CONFIDENTIAL | | |
| GX0127 | 3/7/1997 | Medical Reports for Claimant W.B. | CONFIDENTIAL | | |
| GX0128 | 3/17/1997 | N & M, Inc. Contract Signed by Claimant D.I. | CONFIDENTIAL | | |
| GX0129 | 2/21/2002 | N & M, Inc. Contract Signed by Claimant D.I. | CONFIDENTIAL | | |
| GX0130 | 11/21/2005 | N&M Contract | CONFIDENTIAL | | |
| GX0131 | 00/00/0000 | N&M Advertising Brochure entitled "Asbestosis & Silicosis Testing Performed Throughout the United States" | | | |
| GX0132 | 00/00/0000 | Screening Trailer Photographs | | | |
| GX0133 | 00/00/0000 | N&M, Inc. Customer Contact List | | | |
| GX0134 | 2/15/2002 | N&M Contract | | | |
| GX0135 | 00/00/1995 | American Thoracic Society (ATS), Single-Breath Carbon Monoxide Diffusion Capacity (Transfer Factor) - Recommendations for a Standard Technique - 1995 Update (Vol. 152). Am J Respir Crit Care Med 152:2185-2198 | | | |
| GX0136 | 5/10/1995 | Letter from M. Peterson to D. Liebhafsky | | | |
| GX0137 | 08/00/2002 | Egilman D., Letter to the Editor re Asbestos Screenings. Am J Ind Med 42: 163 | | | |
| GX0138 | 9/5/1997 | Peterson M., Report for the National Gypsum Trust on Number of Projected Future Asbestos Personal Injury Claims | | | |
| GX0139 | 6/18/2003 | Medical Report for Claimant G.S. | CONFIDENTIAL | | |
| GX0140 | 00/00/2005 | American Thoracic Society / European Respiratory Society Task Force (ATS ERS), Standardisation of Spirometry. Eur Respir J 26: 319-338 | | | |
| GX0141 | 1/25/2005 | Medical Report for Claimant W.M. | CONFIDENTIAL | | |

| GX NUM | DOCDATE | GRACE DESCRIPTION | GRACE DESIGNATED CONFIDENTIAL | AUTHENTICITY | STIPULATED ADMISSIBLE |
|---|---|---|---|---|---|
| GX0142 | 00/00/1995 | American Thoracic Society (ATS), Table 8 in Standardization of Spirometry Update 1994 - Acceptability and Reproducibility Criteria: Summary | | | |
| GX0143 | 00/00/2005 | American Thoracic Society (ATS), Table 5 in ATS/ERS - Standardisation of Lung Function Testing - Summary of Within - And Between - Manoeuvre Acceptability Criteria | | | |
| GX0144 | 00/00/1994 | American Thoracic Society, Figure A1a from ATS - Standardization of Spirometry - Acceptable Volume-Time Spirogram | | | |
| GX0145 | 00/00/1995 | American Thoracic Society, Figure A6a from ATS - Standardization of Spirometry - 1994 Update - Acceptable Volume-Time Spirogram for an Individual with Mild Airways Obstruction | | | |
| GX0146 | 00/00/0000 | Pulmonary Function Test | CONFIDENTIAL | | |
| GX0147 | 11/22/1999 | Medical Reports for Claimant D.C. | CONFIDENTIAL | | |
| GX0148 | 3/8/2001 | Medical Reports for Claimant E.K. | CONFIDENTIAL | | |
| GX0149 | 2/10/2000 | Medical Reports for Claimant G.L. | CONFIDENTIAL | | |
| GX0150 | 2/7/2002 | Medical Reports for Claimant I.C. | CONFIDENTIAL | | |
| GX0151 | 2/10/2000 | Medical Reports for Claimant J.L. | CONFIDENTIAL | | |
| GX0152 | 00/00/0000 | List of Pulmonary Function Tests Performed by R. Mason | CONFIDENTIAL | | |
| GX0153 | 9/15/1997 | Medical Report for Claimant J.B. | CONFIDENTIAL | | |
| GX0154 | 00/00/0000 | Blank ILO Form Signed by R. Harron | | | |
| GX0155 | 3/2/2006 | CRMC Response to Amended Notice of Deposition Upon Written Questions. In Re: Asbestos Products Liability Litigation, MDL 875 | | | Admissible |
| GX0156 | 00/00/0000 | Chart related to J. Ballard and plaintiff's law firms | | | |
| GX0157 | 7/29/2004 | Letter from P. McMurtray to J. Ballard re Silica Reports | | | |
| GX0158 | 2/12/2001 | Letter from K. Jefferson to J. Ballard Enclosing 260 X-Rays | | | |
| GX0159 | 5/11/2000 | Letter from A. Luckey to J. Ballard re X-Ray Evaluations | | | |
| GX0160 | 10/10/2002 | Letter from J. Ballard to Wallace & Graham, P.A. re 5 ILO Exams | | | |
| GX0161 | 11/26/2000 | Medical Reports for Claimant L.J. | CONFIDENTIAL | | |
| GX0162 | 9/21/2001 | Memo from L. Myers to J. Ballard re X-Rays for Review | | | |
| GX0163 | 9/29/2000 | Letter from J.R. Parrish to J. Ballard re X-Rays to Review | | | |
| GX0164 | 10/19/2005 | Letter from W. Nurre to Claimants' Counsel re List of 9 Doctors Which do not Meet the "Qualified Physician" Standard | CONFIDENTIAL | | |
| GX0165 | 00/00/0000 | Curriculum Vitae of P. Lucas | | | |
| GX0166 | 00/00/0000 | N&M, Inc. Chart entitled "Find Report - All Transactions with Attached Check Information" | | | |
| GX0167 | 00/00/1980 | Occupational Health and Safety Administration, Guidelines for the Use of ILO International Classification of Radiographs of Pneumoconioses | | | |
| GX0168 | 7/29/1999 | Letter from P. Lucas to Medical Facility Requesting Chest X-Rays for Claimants | | | |
| GX0169 | 9/20/1999 | Memo from B. Caskey to Talton Inquiry | | | |
| GX0170 | 4/26/2001 | Medical Report for Claimant D.H. | CONFIDENTIAL | | |
| GX0171 | 2/9/2003 | Schneider A., Asbestos Lawsuits Anger Critics; Mass Medical Screenings, Run by Lawyers, Reel in Many Who Don't Feel Ill. St. Louis Post-Dispatch | | | |
| GX0172 | 2/27/1998 | Medical Reports for A.G. | CONFIDENTIAL | | |
| GX0173 | 06/00/2007 | Curriculum Vitae of M. Conner | | | |
| GX0174 | 9/14/1991 | Medical Reports for Claimant G.C. | CONFIDENTIAL | | |
| GX0175 | 8/1/1992 | Medical Reports for Claimant J.H. | CONFIDENTIAL | | |
| GX0176 | 00/00/0000 | W.R. Grace Asbestos Personal Injury Questionnaire, Instructions - Important Reminders Section | | | Admissible |
| GX0177 | 00/00/0000 | Letter addressed to "Dear Counsel/Claimant" on Rust Consulting, Inc. letterhead | | | Admissible |

6

| GX NUM | DOCDATE | GRACE DESCRIPTION | GRACE DESIGNATED CONFIDENTIAL | AUTHENTICITY | STIPULATED ADMISSIBLE |
|---|---|---|---|---|---|
| GX0178 | 00/00/2006 | W.R. Grace Personal Injury Questionnaire Data and Document Handling Protocols - Phase I | CONFIDENTIAL | | Admissible |
| GX0179 | 00/00/2006 | W.R. Grace Personal Injury Questionnaire Data and Document Handling Protocols - Phase II | CONFIDENTIAL | | Admissible |
| GX0180 | 00/00/2007 | W.R. Grace Personal Injury Questionnaire Data and Document Handling Protocols - Phase III | CONFIDENTIAL | | Admissible |
| GX0181 | 00/00/0000 | Blank W.R. Grace Asbestos Personal Injury Questionnaire | | | Admissible |
| GX0182 | 8/17/2007 | Letter from A. Basta to J. Ansbro re In re W.R. Grace, et al. | | | |
| GX0183 | 00/00/0000 | Multi-page report containing columns with information for ClaimID, RustID, IPLastName, IPFirstName, IPMiddleName, SSN4, IPGender, IPBirthDate, and IPDeathDate | CONFIDENTIAL | | Admissible |
| GX0184 | 00/00/0000 | Multi-page report containing columns and information for ClaimID, JobsiteDesc, OccupationDesc, Products, DocumentType, ExpDate, ExpTo, ExpFrequency, IndustryClassDescription, CircumstanceOfExpDesc, and ReportPage | CONFIDENTIAL | | Admissible |
| GX0185 | 05/00/1983 | Walker A., Projections of Asbestos-Related Disease 1980-2009 J Occup Med 25(5):409-425 | | | |
| GX0186 | 00/00/2005 | Carroll S., et al., RAND report re Asbestos Litigation | | | |
| GX0187 | 00/00/1985 | Doll R. and Peto J., Asbestos - Effects on Health of Exposure to Asbestos | | | |
| GX0188 | 06/00/1986 | Environmental Protection Agency, Airborne Asbestos Health Assessment Update | | | Admissible |
| GX0189 | 00/00/0000 | GX0189 Intentionally Unused | | | |
| GX0190 | 05/00/2003 | National Institute for Occupational Safety and Health (NIOSH), Work-Related Lung Disease Surveillance Report, 2002 | | | |
| GX0191 | 00/00/0000 | GX0191 Intentionally Unused | | | |
| GX0192 | 00/00/0000 | GX0192 Intentionally Unused | | | |
| GX0193 | 00/00/0000 | GX0193 Intentionally Unused | | | |
| GX0194 | 00/00/0000 | GX0194 Intentionally Unused | | | |
| GX0195 | 00/00/0000 | Medical History Files for Claimant M.O. | CONFIDENTIAL | | |
| GX0196 | 00/00/0000 | Gaziano Invoices | CONFIDENTIAL | | |
| GX0197 | 00/00/0000 | GX0197 Intentionally Unused | | | |
| GX0198 | 00/00/0000 | National Institute of Occupational Safety and Health (NIOSH), NIOSH World Asbestos Surveillance | | | Admissible |
| GX0199 | 00/00/0000 | GX0199 Intentionally Unused | | | |
| GX0200 | 11/12/1998 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0201 | 3/30/1998 | W R Grace SEC Filing - Form 10-K405 | | | |
| GX0202 | 4/28/1998 | W R Grace SEC Filing - Form 10-K-A | | | |
| GX0203 | 5/15/1998 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0204 | 8/14/1998 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0205 | 11/12/1999 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0206 | 3/29/1999 | W R Grace SEC Filing - Form 10-K | | | |
| GX0207 | 5/17/1999 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0208 | 8/13/1999 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0209 | 11/16/2000 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0210 | 12/4/2000 | W R Grace SEC Filing - Form 10-K-A | | | |
| GX0211 | 12/4/2000 | W R Grace SEC Filing - Form 10-Q-A-first | | | |
| GX0212 | 12/4/2000 | W R Grace SEC Filing - Form 10-Q-A-second | | | |
| GX0213 | 3/28/2000 | W R Grace SEC Filing - Form 10-K | | | |
| GX0214 | 5/12/2000 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0215 | 8/15/2000 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0216 | 11/14/2001 | W R Grace SEC Filing - Form 10-Q | | | |

| GX NUM | DOCDATE | GRACE DESCRIPTION | GRACE DESIGNATED CONFIDENTIAL | AUTHENTICITY | STIPULATED ADMISSIBLE |
|---|---|---|---|---|---|
| GX0217 | 4/16/2001 | W R Grace SEC Filing - Form 10-K405 | | | |
| GX0218 | 5/15/2001 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0219 | 8/14/2001 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0220 | 11/13/2002 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0221 | 3/28/2002 | W R Grace SEC Filing - Form 10-K | | | |
| GX0222 | 5/15/2002 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0223 | 8/13/2002 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0224 | 11/10/2003 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0225 | 3/13/2003 | W R Grace SEC Filing - Form 10-K | | | |
| GX0226 | 5/13/2003 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0227 | 8/5/2003 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0228 | 11/5/2004 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0229 | 3/5/2004 | W R Grace SEC Filing - Form 10-K | | | |
| GX0230 | 5/7/2004 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0231 | 8/9/2004 | W R Grace SEC Filing - Form 10-K-A | | | |
| GX0232 | 8/9/2004 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0233 | 8/9/2004 | W R Grace SEC Filing - Form 10-Q-A | | | |
| GX0234 | 11/4/2005 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0235 | 3/7/2005 | W R Grace SEC Filing - Form 10-K | | | |
| GX0236 | 5/6/2005 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0237 | 8/8/2005 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0238 | 11/8/2006 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0239 | 3/13/2006 | W R Grace SEC Filing - Form 10-K | | | |
| GX0240 | 5/9/2006 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0241 | 8/8/2006 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0242 | 11/8/2007 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0243 | 3/2/2007 | W R Grace SEC Filing - Form 10-K | | | |
| GX0244 | 5/9/2007 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0245 | 8/8/2007 | W R Grace SEC Filing - Form 10-Q | | | |
| GX0246 | 10/4/2007 | Email from D. Donnellon to A. Basta and D. Rooney Providing Data File | CONFIDENTIAL | Not authentic | |
| GX0247 | 00/00/0000 | Response of the Celotex Asbestos Settlement Trust to Deposition Upon Written Questions Pursuant to Federal Rule of Civil Procedure 31 | CONFIDENTIAL | Not authentic | |
| GX0248 | 12/8/2005 | Celotex Asbestos Settlement Trust Trustees' Meeting Minutes | CONFIDENTIAL | | |
| GX0249 | 6/15/2006 | Celotex Asbestos Settlement Trust Trustees' Meeting Minutes | CONFIDENTIAL | | |
| GX0250 | 2/23/1990 | UNR Asbestos-Disease Claims Trust Agreement | CONFIDENTIAL | | |
| GX0251 | 12/13/2002 | Amended and Restated UNR Asbestos-Disease Claims Trust Agreement | CONFIDENTIAL | | |
| GX0252 | 00/00/0000 | List entitled "Physicians Currently Unacceptable by the UNR Trust " | CONFIDENTIAL | | |
| GX0253 | 00/00/0000 | UNR Asbestos-Disease Claims Trust - Proof of Claim Form | CONFIDENTIAL | | |
| GX0254 | 00/00/0000 | UNR Trust List of Injured Persons and Exposure - Redacted | CONFIDENTIAL | | |
| GX0255 | 00/00/0000 | Response of the UNR Asbestos-Disease Claims Trust to Deposition Upon Written Questions Pursuant to Federal Rules of Civil Procedure 31 | CONFIDENTIAL | Not authentic | |
| GX0256 | 12/15/1995 | Letter from D. Maxam to Claimant's Counsel re 1996 Claim Processing Requirements | CONFIDENTIAL | | |
| GX0257 | 00/00/0000 | Medical Reports for Claimant J.H. | CONFIDENTIAL | | |
| GX0258 | 00/00/0000 | Medical Reports for Claimant J.H. | CONFIDENTIAL | | |
| GX0259 | 00/00/0000 | Medical Reports for Claimant L.L. | CONFIDENTIAL | | |
| GX0260 | 00/00/0000 | Chart related to J. Segarra and asbestos screening companies | CONFIDENTIAL | | |
| GX0261 | 10/15/2002 | Letter from Judge Armstrong to Counsel of Record re ACR XXIII Summary Judgment Motions | | | Admissible |
| GX0262 | 8/6/2001 | Medical Reports for Claimant R.S. | CONFIDENTIAL | | |

| GX NUM | DOCDATE | GRACE DESCRIPTION | GRACE DESIGNATED CONFIDENTIAL | AUTHENTICITY | STIPULATED ADMISSIBLE |
|---|---|---|---|---|---|
| GX0263 | 5/14/1999 | Medical Reports for Claimant D.S. | CONFIDENTIAL | | |
| GX0264 | 9/23/2003 | Medical Reports for Claimant J.T. | CONFIDENTIAL | | |
| GX0265 | 1/23/1998 | Medical Reports for Claimant C.S. | CONFIDENTIAL | | |
| GX0266 | 8/9/2003 | Medical Reports for Claimant G.H. | CONFIDENTIAL | | |
| GX0267 | 00/00/0000 | Various Medical Reports from October 14, 2000 to December 9, 2003 | CONFIDENTIAL | | |
| GX0268 | 12/14/1998 | Letter from J. Fitzgerald to C. Foster | | | |
| GX0269 | 9/8/2000 | Segarra Invoice | CONFIDENTIAL | | |
| GX0270 | 00/00/0000 | Medical Reports for Claimant E.E. | CONFIDENTIAL | | |
| GX0271 | 00/00/0000 | Medical Reports for Claimant W.M. | CONFIDENTIAL | | |
| GX0272 | 00/00/0000 | Spreadsheet related to J. Segarra and asbestos plaintiffs' law firms | | | |
| GX0273 | 00/00/2002 | Henry D.A., International Labor Office Classification System in the Age of Imaging: Relevant or Redundant. J Thor Imag 17:179-188 | | | |
| GX0274 | 12/12/2003 | American Thoracic Society (ATS), Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos. Am J Respir Crit Care Med. Vol 170. pp 691-715. | | | Admissible |
| GX0275 | 00/00/2000 | International Labour Office (ILO), Guidelines for the Use of ILO International Classification of Radiographs of Pneumoconioses, Rev. Ed. 2000 | | | |
| GX0276 | 3/28/2007 | National Institute of Occupational Safety & Health (NIOSH), Chest Radiography: The NIOSH B Reader Program. Draft topic page for comment and review. http://www.cdc.gov/niosh/topics/chest radiography breader.html | | | |
| GX0277 | 12/00/2004 | Gitlin J.N., Cook L.L., Linton O.W., Garrett-Mayer E., Comparison of "B" Readers' Interpretations of Chest Radiographs for Asbestos Related Changes. Acad Radiol 11:843-856 | | | |
| GX0278 | 5/22/2006 | National Institute of Occupational Safety & Health (NIOSH), Chest Radiography: Recommended Practices for Reliable Classification of Chest Radiographs by B Readers. Draft topic page for comment and review | | | |
| GX0279 | 3/28/2007 | National Institute of Occupational Safety & Health (NIOSH), Chest Radiography: Ethical Considerations for B-Readers. Draft topic page for comment and review. http://www.cdc.gov/niosh/topics/chestradiography/breader-ethics.html | | | |
| GX0280 | 03/00/1986 | American Thoracic Society (ATS), The Diagnosis of Nonmalignant Diseases Related to Asbestos. Am Rev Respir Dis 134:363-368 | | | Admissible |
| GX0281 | 3/28/2007 | National Institute of Occupational Safety & Health (NIOSH), Chest Radiography: Classification of Chest Radiographs. Practices in Contested Proceedings. Draft topic page for comment and review. http://www.cdc.gov/niosh/topics/chestradiography/contested-proceedings.html#factors4 | | | |
| GX0282 | 00/00/2006 | Institute of Medicine (IOM), Asbestos: Selected Cancers. | | | |
| GX0283 | 10/15/2003 | ASTM, Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Surface Loading. Designation D5755-03. | | | |
| GX0284 | 00/00/0000 | Appendix A to Henry X-Ray Report - Protocol for Review (B-reader Evaluation) of Chest X-Rays | | | |
| GX0285 | 3/10/2007 | Appendix B to Henry X-Ray Report - PIQ X-ray Protocol | | | |
| GX0286 | 00/00/0000 | Appendix D to Henry X-Ray Report - Chart: Claimant's Profusion Final Version | CONFIDENTIAL | | |
| GX0287 | 12/28/2006 | Exhibit B to Henry X-Ray Report - Final X-ray Order Letter from B. Harding | | | |
| GX0288 | 00/00/0000 | Exhibit D to Henry X-Ray Report - Sample Validation Flow Chart | | | |

9