IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No.: 17550 |
| | ) | |

### THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' AND THE FUTURE CLAIMANTS' REPRESENTATIVE'S STATEMENT CONCERNING WITNESS ORDER FOR THE JANUARY 2008 <u>PORTION OF THE ESTIMATION HEARING</u>

Pursuant to the Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("CMO"), dated December 5, 2007, the parties are required to file a list of the witnesses expected to be called during the January portion of the Hearing, in the order in which the party calling the witnesses expects to call them. Given the number of witnesses identified by Debtor W.R. Grace & Company ("Grace") in its Witness Disclosure filed December 21, 2007, the Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, the Future Claimants' Representative ("FCR") do not believe there is any scenario in which Grace will complete its case in January. Because the ACC and FCR will not start their case in January, and thus will not reach any ACC or FCR witnesses, there is no list of January witnesses for them to disclose.

| | |
|---|---|
| Dated: January 4, 2008 | Respectfully submitted, |
| CAMPBELL & LEVINE, LLC | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| */s/ Mark T. Hurford* | */s/ John C. Phillips, Jr.* |
| Marla R. Eskin (DE ID No. 2989) | John C. Phillips, Jr. (DE ID No. 110) |
| Mark T. Hurford (DE ID No. 3299) | 1200 North Broom Street |
| 800 N. King Street, Suite 300 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Telephone: (302) 655-4200 |
| Telephone: (302) 426-1900 | |
| – and – | – and – |
| CAPLIN & DRYSDALE, CHARTERED | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Elihu Inselbuch | Roger Frankel |
| 375 Park Avenue, 35th Floor | Richard Wyron |
| New York, NY 10022-4614 | Raymond G. Mullady, Jr. |
| Telephone: (212) 319-7125 | 1152 15th Street, N.W. |
| | Washington, DC 20005 |
| Peter Van N. Lockwood | Telephone: (202) 339-8400 |
| Nathan D. Finch | |
| Walter B. Slocombe | John Ansbro |
| One Thomas Circle, NW | 666 Fifth Avenue |
| Washington, DC 20005 | New York, NY 10103 |
| Tel: (202) 862–5000 | (212) 506-5000 |
| *Counsel to the Official Committee of Asbestos Personal Injury Claimants* | *Counsel to David T. Austern, Future Claimants' Representative* |