UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' AND THE FUTURE CLAIMANTS' REPRESENTATIVE'S AUTHENTICITY OBJECTIONS AND STIPULATIONS CONCERNING EXHIBITS IDENTIFIED BY W.R. GRACE & COMPANY IN ITS EXHIBIT LIST FOR THE ESTIMATION HEARING [D.I. 17762]**

**PLEASE TAKE NOTICE,** that the Official Committee of Asbestos Personal Injury Claimants, hereby gives notice of the withdrawal of the filing of Docket No. 17762, the *Notice of Service of The Official Committee of Asbestos Personal Injury Claimants' and The Future Claimants' Representative's Authenticity Objections and Stipulations Concerning Exhibits Identified by W.R. Grace & Company in Its Exhibit List for the Estimation Hearing*.

Date:  January 4, 2008

**CAMPBELL & LEVINE, LLC**

*/s/ Mark Hurford*
Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE  19801
Phone:  (302) 426-1900
Facsimile:  (302) 426-9947

*Attorneys for the Official Committee of Asbestos Personal Injury Claimants*

{D0100583.1 }