IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 17550** |

## NOTICE OF DEBTORS' AUTHENTICITY OBJECTIONS AND STIPULATION TO THE ADMISSIBILITY OF CERTAIN EXHIBITS

In accordance with the Court's December 5, 2007 Revised and Amended Case Management Order For The Estimation Of Asbestos Personal Injury Liabilities ("Revised CMO") (Dkt. No. 17550), Debtors, W.R. Grace & Co. ("Debtors" or "Grace"), hereby submit a list of documents for which Debtors may have authenticity objections (Exhibit A) and a list of documents that Debtors stipulate are admissible at trial (Exhibit B).

With respect to those items listed in Exhibit A, Debtors have identified documents that, in the form provided by the Official Committee of Asbestos Personal Injury Claimants ("ACC") and the Future Claimants' Representative ("FCR"), may not be authentic under the Federal Rules of Evidence.

With respect to any documents the ACC and FCR did not provide to Debtors in a timely manner consistent with the Revised CMO and the agreements of the parties, Grace reserves the right to amend this list should it identify any authenticity objections. Likewise, Debtors reserve the right to raise any applicable authenticity objection to any document, whether on the ACC/FCR's exhibit list or whether used by the ACC or FCR on cross-examination or rebuttal, at the time it is used or offered, should some reason develop to question the document's authenticity.

With respect to those items listed in Exhibit B, Debtors have identified those documents from the ACC/FCR's exhibit list which Debtors stipulate are admissible at trial. With respect to all documents from the ACC/FCR's exhibit list not contained in the Exhibit B to this Notice, including any documents used by the ACC or FCR on cross-examination or rebuttal, Grace reserves all objections until the time the document is used or offered by the ACC or FCR.

Finally, the ACC and FCR have listed a number of exhibits that are precluded from use in the estimation hearing by the Agreed Order Granting Libby Claimants' Motion In Limine Concerning Estimation Proceeding Evidence (Dkt. No. 17431). Grace has attempted to identify these exhibits for the parties and the Court at Exhibit C, although the list is likely not exhaustive. Grace reserves all of its objections, including the right to bring any appropriate motion, with respect to such Libby-related documents, including any documents used or offered by the ACC or FCR on cross-examination or rebuttal.

Dated: January 4, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen Therese Ahern
Scott A. McMillin
200 East Randolph Drive
Chicago, Illinois 60601
Telephone  (312) 861-2000
Facsimile  (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone  (202) 879-5000
Facsimile  (202) 879-5200

*and*

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone  (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession