# Exhibit C

Debtors' Libby Objections to the ACC's and FCR's Trial Exhibits
In Re: W.R. Grace & Co., Case No. 01-1139

| Exhibit Number | Date | Document Description |
|---|---|---|
| ACC/FCR-481 | 07/26/2007 | Rebuttal Expert Report of Daniel Henry - Response to Libby Experts' Rebuttal Report |
| ACC/FCR-553 | 2006 | "Risk of Pleural Mesothelioma: A French Population-Based Case-Control Study (1998-2002)," P. Rolland et al. |
| ACC/FCR-554 | 2004 | "Mortality in a Cohort of Vermiculite Miners Exposed to Fibrous Amphibole in Libby, Montana," J. McDonald et al. |
| ACC/FCR-555 | 08/2002 | "Review of Asbestos-Related Abnormalities Among a Group of Patients from Libby, Montana," ATSDR |
| ACC/FCR-556 | ---- | Source Emissions, Results of Surveys - 1975 |
| ACC/FCR-557 | ---- | Mesothelioma Cases Due to Exposure to Libby Asbestos |
| ACC/FCR-558 | ---- | Deceased Clients (Death Date Order) |
| ACC/FCR-559 | 08/06/2002 | "Mortality in Libby, Montana (1979 - 1998)," ATSDR |
| ACC/FCR-575 | 06/14/2006 | Expert Reports of Richard Sellman, Brent Pistorese, and Timothy Obermiller, filed in United States v. W.R. Grace |
| ACC/FCR-577 | ---- | B-Reader Form - Fred Bock |
| ACC/FCR-578 | ---- | B-Reader Form - Claude Paul |
| ACC/FCR-579 | ---- | B-Reader Form - Robert Thompson |
| ACC/FCR-580 | ---- | B-Reader Form - Yolanda Montgomery |
| ACC/FCR-581 | ---- | B-Reader Form - Duane Kessel |
| ACC/FCR-582 | ---- | B-Reader Form - Joan Jellesed |
| ACC/FCR-583 | ---- | B-Reader Form - Darlene Hammons |
| ACC/FCR-584 | ---- | B-Reader Form - Mary Hammer |
| ACC/FCR-585 | ---- | B-Reader Form - Richard Erickson |
| ACC/FCR-602 | 06/14/2006 | Expert Report of David Weill in United States v. W.R. Grace |
| ACC/FCR-603 | 06/14/2006 | Expert Witness Disclosure of Timothy Obermiller in United States v. W.R. Grace |
| ACC/FCR-604 | 06/14/2006 | Expert Witness Disclosure of Brent Pistorese in United States v. W.R. Grace |

-1-

-2-

Debtors' Libby Objections to the ACC's and FCR's Trial Exhibits
In Re: W.R. Grace & Co., Case No. 01-1139

| Exhibit Number | Date | Document Description |
|---|---|---|
| ACC/FCR-605 | 06/14/2006 | Expert Witness Disclosure of Richard Sellman in United States v. W.R. Grace |
| ACC/FCR-663 | 12/21/1955 | Letter from J. Hurley to J. Myers |
| ACC/FCR-664 | ---- | Agreement and Plan of Reorganization between W.R. Grace & Co. and Zonolite Company |
| ACC/FCR-665 | ---- | Agreement and Plan of Reorganization between W.R. Grace & Co. and Zonolite Company |
| ACC/FCR-666 | 07/20/1959 | Letter from to R. Bleich |
| ACC/FCR-667 | 04/19/1962 | "A Report of an Industrial Hygiene Study of the Zonolite Company, Libby, Montana," B. Wake |
| ACC/FCR-668 | 05/11/1964 | Letter from B. Wake to R. Bleich |
| ACC/FCR-669 | ---- | Comments on Apr. 29, 1964 Study of the Zonolite Mill at Libby, MT |
| ACC/FCR-670 | 04/01/1964 | Letter from W. Park to C. Pratt |
| ACC/FCR-671 | 08/25/1964 | Letter from W. Nelson to J. Kelley |
| ACC/FCR-672 | 10/02/1964 | Letter from B. Wake to R. Bleich |
| ACC/FCR-673 | 12/05/1967 | Memo from C. Dugan to W. Taggart |
| ACC/FCR-1046 | 12/07/2006 | Fourth Amended and Restated Verified Statement in Connection with the Representative of Creditors as Required by Fed. R. Bankr. P. 2019, including attachments, filed by Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP |