**K R A M E R   L E V I N   N A F T A L I S   &   F R A N K E L** LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

December 31, 2007

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 479846
056772

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $9,429.00 |
| DISBURSEMENTS | 855.64 |
| MATTER TOTAL | $10,284.64 |

**056772-00002/CREDITOR COMMITTEE**

| | |
|---|---:|
| FEES | $4,886.00 |
| DISBURSEMENTS | 192.98 |
| MATTER TOTAL | $5,078.98 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES | $2,280.00 |
| DISBURSEMENTS | 8.61 |
| MATTER TOTAL | $2,288.61 |

**056772-00012/CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)**

| | |
|---|---:|
| FEES | $118,232.00 |
| DISBURSEMENTS | 11,454.01 |
| MATTER TOTAL | $129,686.01 |

Amounts due may be remitted by wire transfer.

**To:** Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
**Account:** Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
**By Order of:** Invoice No. 479846
**Citibank Contact:** Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                                        Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                                   December 31, 2007
056772                                                                              Invoice No. 479846

**056772-00015/PLAN AND DISCLOSURE STATEMENT**

| | |
|---|---:|
| FEES ............................................................................................... | $11,143.00 |
| DISBURSEMENTS.......................................................................... | 0.00 |
| MATTER TOTAL ........................................................................... | $11,143.00 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES ............................................................................................... | $5,382.00 |
| DISBURSEMENTS.......................................................................... | 0.00 |
| MATTER TOTAL ........................................................................... | $5,382.00 |

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---:|
| FEES ............................................................................................... | $3,465.00 |
| DISBURSEMENTS.......................................................................... | 0.00 |
| MATTER TOTAL ........................................................................... | $3,465.00 |
| CLIENT GRAND TOTAL ............................................................... | $167,328.24 |

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                                                                                    Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                               December 31, 2007
056772-00001                                                                                                           Invoice No. 479846

## CASE ADMINISTRATION

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/07 | RODRIGUEZ, VIVIAN E | Reviewed, organized, and assembled pleadings re Relevant docket entries in preparation for November 13, 2007 hearing per D. Mannal's request. (2.6) Created, edited, and organized index for binder re docket entries (1.0) | 3.60 | 864.00 |
| 11/01/07 | MANNAL, DOUGLAS | Review Grace docket and pending motion to be heard at 11/17 hearing (.3) | 0.30 | 162.00 |
| 11/02/07 | MANNAL, DOUGLAS | Review 10/25 hearing transcript and orders (.6); e-mail with P. Bentley re: same (.2) | 0.80 | 432.00 |
| 11/02/07 | RODRIGUEZ, VIVIAN E | Reviewed, organized, and assembled pleadings re October 25, 2007 hearing per D. Mannal's request. (2.6) Created, edited, and organized index for binder re docket entries (1.0); Reviewed, organized, and assembled pleadings re Relevant docket entries in preparation for November 13, 2007 hearing per D. Mannal's request. | 5.50 | 1,320.00 |
| 11/05/07 | RODRIGUEZ, VIVIAN E | Searched WR Grace docket and reviewed Bar Date Notice and Stipulated Order per D. Mannal's request. (1.0) Searched Adv. Proc. docket re Sealed Air Settlement per D. Mannal's request (0.8) | 1.80 | 432.00 |
| 11/05/07 | MANNAL, DOUGLAS | Review examiner order and comment (.6) | 0.60 | 324.00 |
| 11/07/07 | RODRIGUEZ, VIVIAN E | Searched WR Grace docket for relevant Glossary of Terms and Exhibits to Disclosure Statement per D. Mannal's request. (0.5) Organized telephonic Court hearing for D. Mannal re November 13, 2007 hearing (0.8) | 1.30 | 312.00 |
| 11/08/07 | RODRIGUEZ, VIVIAN E | Reviewed, organized, and assembled copies of Exhibit Book to Plan of Reorganization per D. Mannal's request. | 1.50 | 360.00 |
| 11/09/07 | RODRIGUEZ, VIVIAN E | Organized documents re: Tersigni case to be reviewed by P. Bentley (0.3) | 0.30 | 72.00 |
| 11/09/07 | MANNAL, DOUGLAS | Review Grace docket (.3); attention to Libby order (.2) | 0.50 | 270.00 |
| 11/12/07 | FARBER, PEGGY | Docket review re: November Omnibus hearing matters | 0.40 | 182.00 |

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                December 31, 2007
056772-00001                                                      Invoice No. 479846

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/13/07 | BENTLEY, PHILIP | Discs DM and voicemail re Tersigni examiner hearing | 0.20 | 134.00 |
| 11/15/07 | RODRIGUEZ, VIVIAN E | Reviewed and organized Glossary for Defined Terms per D. Mannal's request (0.4) Searched WR Grace Docket and contacted Judge Fitzgerald's Chambers re location of hearing 11/26. (0.9) | 1.30 | 312.00 |
| 11/20/07 | BENTLEY, PHILIP | TC Will Sparks re case admin issues | 0.30 | 201.00 |
| 11/20/07 | MANNAL, DOUGLAS | E-mail to group initial pleadings filed in the Tersigni bankruptcy case with summary of same (1.8); attention to Grace hearing docket (.2) | 2.00 | 1,080.00 |
| 11/21/07 | MANNAL, DOUGLAS | Telephone conference with shareholder re: asbestos sponsored plan and status of case (.5) | 0.50 | 270.00 |
| 11/26/07 | BENTLEY, PHILIP | Trade emails w/ D.M and V. R | 0.10 | 67.00 |
| 11/26/07 | RODRIGUEZ, VIVIAN E | Reviewed and PDF'd docket page and relevant pleadings re Tersigni Consulting Bankruptcy matter per D. Mannal's request.(1.2) Meeting with D. Mannal re same (0.1) | 1.30 | 312.00 |
| 11/26/07 | MANNAL, DOUGLAS | Email office conference with PB (.1); attn re: Tersigni plan and disclosure statement (.1) | 0.20 | 108.00 |
| 11/27/07 | BENTLEY, PHILIP | Trade emails re Tersigni bankruptcy | 0.10 | 67.00 |
| 11/27/07 | MANNAL, DOUGLAS | Review plan and disclosure statement in Tersigni bankruptcy (2.6); e-mail to committee chair re: same (.9) | 3.50 | 1,890.00 |
| 11/28/07 | RODRIGUEZ, VIVIAN E | Searched Tersigni Consulting docket for updates (0.2) PDF'd and emailed docket page to D. Mannal (0.2) | 0.40 | 96.00 |
| 11/29/07 | MANNAL, DOUGLAS | Review estimation hearing scheduling order. | 0.30 | 162.00 |
| **TOTAL HOURS AND FEES** | | | **26.80** | **$9,429.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 15.00 |
| TABS | 28.00 |
| PHOTOCOPYING | 800.55 |

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                              December 31, 2007
056772-00001                                                                              Invoice No. 479846

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| POSTAGE | 2.33 |
| LONG-DISTANCE TEL. | <u>9.76</u> |
| | |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$855.64** |
| | |
| **TOTAL FOR THIS MATTER** | **$10,284.64** |

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                                   December 31, 2007
056772-00002                                                                                      Invoice No. 479846

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/05/07 | BENTLEY, PHILIP | TC with equity holder | 0.10 | 67.00 |
| 11/09/07 | BENTLEY, PHILIP | TC with equity holder | 0.20 | 134.00 |
| 11/12/07 | BENTLEY, PHILIP | TC with equity holder | 0.10 | 67.00 |
| 11/15/07 | HOROWITZ, GREGORY A. | Review committee call materials (1.0) | 1.00 | 630.00 |
| 11/19/07 | BENTLEY, PHILIP | TC with equity holder | 0.30 | 201.00 |
| 11/28/07 | BENTLEY, PHILIP | Conf call with TW and GAH, and discs DM, re prep for tomorrow's committee call | 0.70 | 469.00 |
| 11/28/07 | HOROWITZ, GREGORY A. | Pre-call w/pb, ted w re committee call (.5) | 0.50 | 315.00 |
| 11/29/07 | BENTLEY, PHILIP | Committee call, and discs DM, and notes for followup | 1.50 | 1,005.00 |
| 11/29/07 | MANNAL, DOUGLAS | Prepare for and attend UCC call - provide update re: Tersigni Examiner and bankruptcy plan (3.7) | 3.70 | 1,998.00 |

**TOTAL HOURS AND FEES**                                                                            **8.10**    **$4,886.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PRINT. & BINDING | 192.98 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                        **$192.98**

**TOTAL FOR THIS MATTER**                                                                       **$5,078.98**

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                                                                             Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                                   December 31, 2007
056772-00008                                                                                                           Invoice No. 479846

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/07/07 | RODRIGUEZ, VIVIAN E | Reviewed Quarterly Fee Application with D. Mannal (0.1) | 0.10 | 24.00 |
| 11/09/07 | RODRIGUEZ, VIVIAN E | Meeting with D. Mannal re 22nd Quarterly Fee App (0.2) Reviewed and edited 22nd Quarterly Fee App, updated dates of No Certification and searched docket for relevant Orders Granting Approval of Fees (1.5) | 1.70 | 408.00 |
| 11/12/07 | RODRIGUEZ, VIVIAN E | Meeting with D. Mannal & P. Bentley re 22nd Quarterly Fee Application (0.2) Reviwed and edited Quarterly Fee Application (0.9) Prepared Fee Application to be sent to M. Flores, local counsel. (0.6) Searched W.R. Grace Docket for relevant Fee Application filing procedures per D. Mannal's request (0.6) | 2.30 | 552.00 |
| 11/12/07 | MANNAL, DOUGLAS | Attention to W.R. Grace Quarterly fee application. | 0.50 | 270.00 |
| 11/14/07 | MANNAL, DOUGLAS | Review KL Monthly fee applications (.7) | 0.70 | 378.00 |
| 11/19/07 | RODRIGUEZ, VIVIAN E | Edited 75th Monthly Fee Application for D. Mannal's review (1.6) Meeting with D. Mannal re changes to 75th App and Expenses (0.2) Conference with J. Glass re breakout of expenses for Fee App (0.2) Meeting with Accounting re Changes to Bill and Expense report (0.2) | 2.20 | 528.00 |
| 11/26/07 | RODRIGUEZ, VIVIAN E | Drafted and edited letter to M. Flores re 75th Monthly Fee Application. PDF'd and organized documents for FedEx and email service. | 0.50 | 120.00 |

**TOTAL HOURS AND FEES**                                                                                                **8.00**      **$2,280.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 8.61 |

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                    December 31, 2007
056772-00008                                                                            Invoice No. 479846

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                              **$8.61**

**TOTAL FOR THIS MATTER**                                              **$2,288.61**

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                                  December 31, 2007
056772-00012                                                                                       Invoice No. 479846

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/29/07 | HOROWITZ, GREGORY A. | Lee deposition (6.5) review dep and report summaries (3.5) | 10.00 | 6,300.00 |
| 10/30/07 | MANNAL, DOUGLAS | Assemble and review expert reports re: valuation of asbestos claims (3.4). | 3.40 | 1,836.00 |
| 11/01/07 | HOROWITZ, GREGORY A. | Prepare for peterson dep. (3.5); peterson dep. (8.5); draft Peterson depo report (5.5) | 17.50 | 11,025.00 |
| 11/01/07 | BALDEON, ELLIOTT | Loaded transcripts in the Deposition Transcripts database. | 1.00 | 200.00 |
| 11/02/07 | HOROWITZ, GREGORY A. | Attend anderson dep. (8.0) | 8.00 | 5,040.00 |
| 11/02/07 | FARBER, PEGGY | Appear at Weill deposition (3.2); appear at UNR deposition (2); read and summarize Weill reports (3); summarize Weill deposition (2); case management (.2) | 11.40 | 5,187.00 |
| 11/02/07 | GLASS, JESSICA J | Appeared telephonically at Elizabeth Anderson deposition | 1.30 | 591.50 |
| 11/02/07 | BENTLEY, PHILIP | Trade emails w/ Horowitz re: depos | 0.10 | 67.00 |
| 11/04/07 | HOROWITZ, GREGORY A. | Prepare for biggs dep. (3.0) | 3.00 | 1,890.00 |
| 11/05/07 | HOROWITZ, GREGORY A. | Biggs dep in dc (8.0) | 8.00 | 5,040.00 |
| 11/05/07 | FARBER, PEGGY | Appear at deposition (2.5); read and summarize expert reports, summarize deposition (6) | 8.50 | 3,867.50 |
| 11/05/07 | MANNAL, DOUGLAS | Attention to estimation deposition summaries (.5) | 0.50 | 270.00 |
| 11/06/07 | HOROWITZ, GREGORY A. | Mw dunbar, leibenstein et al. (.5); dunbar dep (8.0); rr acc plan, dw dm re same (2.0) | 10.50 | 6,615.00 |
| 11/06/07 | LANE, JOANNE | Email re deposition database. | 0.10 | 21.50 |
| 11/06/07 | FARBER, PEGGY | read and summarize expert deposition testimony (3.1) | 3.10 | 1,410.50 |
| 11/06/07 | BENTLEY, PHILIP | Trade multiple emails, and discs DM, re P of R and other asbestos estimation issues | 0.60 | 402.00 |
| 11/07/07 | FARBER, PEGGY | read summarize expert report (1) | 1.00 | 455.00 |
| 11/07/07 | BENTLEY, PHILIP | Review transcript of latest omnibus hearing | 0.30 | 201.00 |

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                                      December 31, 2007
056772-00012                                                                           Invoice No. 479846

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/08/07 | FARBER, PEGGY | Appear at expert witness deposition (5.7); read, analyze, summarize expert reports (1.6) | 7.30 | 3,321.50 |
| 11/08/07 | BENTLEY, PHILIP | Conf call with TW, and discs GAH, re estimation issues, and notes re same | 1.30 | 871.00 |
| 11/08/07 | HOROWITZ, GREGORY A. | Rr status conf. transcript (1.0); mw pb, tc pb, ted w (1.0); tcs colleen l., wo heckman prep (1.5) | 3.50 | 2,205.00 |
| 11/09/07 | BALDINGER, LAURIE | Provide case updates via review of PACER database. | 0.50 | 112.50 |
| 11/09/07 | GLASS, JESSICA J | Summarized depositions and expert reports (1.5). Coordinated inclusion of deposition transcripts in database (.2). | 1.70 | 773.50 |
| 11/09/07 | FARBER, PEGGY | Read/analyze expert deposition transcript (1.1); summarize (1.6) | 2.70 | 1,228.50 |
| 11/09/07 | HOROWITZ, GREGORY A. | Prepare for heckman prep sessions, incl. review libby stip, review expert stip, tcs ken p., barbara h. (5.5) | 5.50 | 3,465.00 |
| 11/10/07 | HOROWITZ, GREGORY A. | Attention to export reports (3.0); prep session with heckman et al. (8.5); evening review re questions addressed (1.0) | 12.50 | 7,875.00 |
| 11/11/07 | HOROWITZ, GREGORY A. | Supplemental prep session with heckman et al. (4.0) | 4.00 | 2,520.00 |
| 11/12/07 | TORRES, ANTHONY | Importing transcripts into Concordance database. | 1.90 | 209.00 |
| 11/12/07 | GLASS, JESSICA J | Summarized Lee, Whitehouse & Moolgavkar expert reports and Lee and Whitehouse depositions | 3.90 | 1,774.50 |
| 11/12/07 | BALDINGER, LAURIE | Organize, index, & maintain various documents. | 3.00 | 675.00 |
| 11/12/07 | VICTORY, DEXTER | Converting documents, loading to SOC_Gen database. | 0.80 | 88.00 |
| 11/12/07 | HOROWITZ, GREGORY A. | Heckman dep. (8.5); travel return to ny (3.0) | 11.50 | 7,245.00 |
| 11/13/07 | GLASS, JESSICA J | Reviewed Hays expert reports (.5); telephone call with Douglas Mannal re: Tersigni case (.2); arranged for telephonic appearance at hearings re: Tersigni (.1) | 0.80 | 364.00 |
| 11/13/07 | BENTLEY, PHILIP | Review and trade emails re Libby agreed order | 0.30 | 201.00 |
| 11/14/07 | VICTORY, DEXTER | WR Grace: Loading ASCII from DiscS to Concordance Database | 3.50 | 385.00 |
| 11/14/07 | BENTLEY, PHILIP | Trade emails | 0.10 | 67.00 |

KL4 2208952.1

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/14/07 | HOROWITZ, GREGORY A. | Chambers deposition in dc, incl. mws pasquale et al. (9.0); draft report re: same (2.5) | 11.50 | 7,245.00 |
| 11/14/07 | GLASS, JESSICA J | Reviewed Shapo expert report in preparation for deposition (.8). Discussed deposition and expert report summaries with Peggy Farber (.1). | 0.90 | 409.50 |
| 11/15/07 | BALDINGER, LAURIE | Review PACER database and update attorneys as to status of the case. | 0.50 | 112.50 |
| 11/15/07 | BENTLEY, PHILIP | Discs GAH | 0.10 | 67.00 |
| 11/15/07 | GLASS, JESSICA J | Reviewed Shapo expert report in preparation for deposition. Appeared telephonically at Shapo deposition; | 4.60 | 2,093.00 |
| 11/16/07 | MANELA, PHILLIP | draft Ory deposition memo | 2.50 | 1,225.00 |
| 11/16/07 | HOROWITZ, GREGORY A. | Tc ken pasquale, barbara harding, e-mails re same (1.0) | 1.00 | 630.00 |
| 11/19/07 | GLASS, JESSICA J | Telephonically attended US Trustee status hearing regarding Tersigni (.6); summarized hearing for team (.2) | 0.80 | 364.00 |
| 11/19/07 | FARBER, PEGGY | discovery: watch deposition videotape (4.0); review/analyze/summarize expert reports (2.2); case management (line up coverage for deposition, correspond with transcript vendor and KL accounts payable, emails to team re upcoming conf.) (.5) | 6.70 | 3,048.50 |
| 11/20/07 | GLASS, JESSICA J | Reviewed Anderson expert report. | 0.50 | 227.50 |
| 11/20/07 | BENTLEY, PHILIP | Trade emails w/ GH and DM re: estimation depos | 0.10 | 67.00 |
| 11/20/07 | FARBER, PEGGY | discovery - revise summary of expert report (.3); attend expert deposition (4.8); discuss coverage upcoming hearing with team by phone/e-mail (.2) | 5.30 | 2,411.50 |
| 11/20/07 | HOROWITZ, GREGORY A. | Confer pb, confer dm re: estimation depos (1.0) | 1.00 | 630.00 |
| 11/21/07 | GLASS, JESSICA J | Reviewed Anderson expert report. | 0.50 | 227.50 |
| 11/21/07 | BALDEON, ELLIOTT | Quality control the Depositions Transcripts database. | 1.00 | 200.00 |
| 11/21/07 | FARBER, PEGGY | discovery - watch expert deposition video (3) | 3.00 | 1,365.00 |
| 11/21/07 | HOROWITZ, GREGORY A. | Attention to daubert issues and outline committee memo (3.5) | 3.50 | 2,205.00 |
| 11/26/07 | GLASS, JESSICA J | Attended and summarized US Trustee Status Conference. | 1.20 | 546.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/26/07 | BENTLEY, PHILIP | Trade emails and TC GAH re: expert depos and Daubert pleading. | 0.20 | 134.00 |
| 11/26/07 | FARBER, PEGGY | discovery - watch expert deposition testimony | 1.60 | 728.00 |
| 11/26/07 | MANELA, PHILLIP | write memo/report of Ory deposition | 1.00 | 490.00 |
| 11/27/07 | BENTLEY, PHILIP | Discs DM | 0.10 | 67.00 |
| 11/27/07 | HOROWITZ, GREGORY A. | Dw dm, e-mails pb, ted w. (.5); prepare for daubert motion (2.0); attention heckman transcript (.5) | 3.00 | 1,890.00 |
| 11/28/07 | GLASS, JESSICA J | Discussed L. Tersigni Consulting issues with Peggy Farber in preparation for upcoming U.S. Trustee Status Conference (.3). Reviewed summaries of prior status conferences and emailed to Peggy Farber (.1). | 0.40 | 182.00 |
| 11/28/07 | BALDEON, ELLIOTT | Load transcripts into the Deposition Transcripts database. | 0.50 | 100.00 |
| 11/28/07 | BENTLEY, PHILIP | Trade emails w/ DM re: Tersigni | 0.10 | 67.00 |
| 11/29/07 | FARBER, PEGGY | review analyze expert report | 1.00 | 455.00 |
| 11/29/07 | BENTLEY, PHILIP | Trade emails w/ DM re: Tersigni. | 0.10 | 67.00 |
| 11/29/07 | GLASS, JESSICA J | Reviewed and summarized expert reports and depositions. | 6.30 | 2,866.50 |
| 11/29/07 | HOROWITZ, GREGORY A. | Prepare for, committee call (1.5) | 1.50 | 945.00 |
| 11/30/07 | GLASS, JESSICA J | Discussed expert report and deposition summaries with Peggy Farber and coordinated compilation of summaries for distribution to team (.7). Emailed team concerning deposition invoices (.1). | 0.80 | 364.00 |
| 11/30/07 | FARBER, PEGGY | review, analyze, summarize for team expert reports and deposition transcripts (6); telephone conversation with team member to discuss expert reports (.3); organize, compile reports (.3) | 6.60 | 3,003.00 |

**TOTAL HOURS AND FEES**                                                                                      **221.00**      **$118,232.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 250.50 |

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 13

W.R. GRACE & CO. EQUITY COMMITTEE                                                December 31, 2007
056772-00012                                                                               Invoice No. 479846

| **DESCRIPTION** | **AMOUNT** |
|---|---:|
| PRINT. & BINDING | 146.57 |
| MESSENGER/COURIER | 36.51 |
| CAB FARES | 476.91 |
| MEALS/IN-HOUSE | 66.45 |
| OUT-OF-TOWN TRAVEL | 6,985.09 |
| MEALS/T & E | 29.73 |
| COURT REPORTER/VIDEO DEPOSITIO | <u>3,462.25</u> |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**            **$11,454.01**


**TOTAL FOR THIS MATTER**                                                    **$129,686.01**

KL4 2208952.1

Kramer Levin Naftalis & Frankel LLP                                              Page No. 14

W.R. GRACE & CO. EQUITY COMMITTEE                                                December 31, 2007
056772-00015                                                                     Invoice No. 479846

**PLAN AND DISCLOSURE STATEMENT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/05/07 | BENTLEY, PHILIP | Review PI Committee's P of R, trade voicemails re same, and send email to Committee re same | 0.70 | 469.00 |
| 11/05/07 | MANNAL, DOUGLAS | Review plan of reorganization filed by Asbestos committee. | 2.50 | 1,350.00 |
| 11/06/07 | MANNAL, DOUGLAS | Draft summary of asbestos plan (3.8); office conference with P. Bentley re: same (.3) | 4.10 | 2,214.00 |
| 11/07/07 | BENTLEY, PHILIP | Review memo re new P of R, and discs J. Baer and DM re same | 0.90 | 603.00 |
| 11/07/07 | MANNAL, DOUGLAS | Office conference and e-mail with PB re: asbestos plan (.3); revise summary of plan and e-mail to PB re: same (2.8) | 3.10 | 1,674.00 |
| 11/08/07 | BENTLEY, PHILIP | Discs TW, GAH and DM re P of R issues, and work on same | 1.50 | 1,005.00 |
| 11/08/07 | MANNAL, DOUGLAS | Draft memo to UCC re: asbestos plan (3.6) | 3.60 | 1,944.00 |
| 11/09/07 | BENTLEY, PHILIP | Prepare memo to to Committee re PI Plan, and discs DM re same | 1.10 | 737.00 |
| 11/09/07 | MANNAL, DOUGLAS | Revise memo re: asbestos plan (1.8); office conference e-mail with PB re: same (.2) | 2.00 | 1,080.00 |
| 11/12/07 | BENTLEY, PHILIP | Trade emails re P of R issues | 0.10 | 67.00 |
| **TOTAL HOURS AND FEES** | | | **19.60** | **$11,143.00** |

**TOTAL FOR THIS MATTER**                                                        **$11,143.00**

Kramer Levin Naftalis & Frankel LLP                                      Page No. 15

W.R. GRACE & CO. EQUITY COMMITTEE                                        December 31, 2007
056772-00019                                                             Invoice No. 479846

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/13/07 | MANNAL, DOUGLAS | Prepare for and attend W.R. Grace hearing re: appointment of examiner (1.5); office conference with PB and telephone conference with client re: same (.3) | 1.80 | 972.00 |
| 11/26/07 | HOROWITZ, GREGORY A. | Reviewing/preparing for pre-trial (3.5); omnibus hearing/pre-trial (3.5) | 7.00 | 4,410.00 |
| **TOTAL HOURS AND FEES** | | | **8.80** | **$5,382.00** |

**TOTAL FOR THIS MATTER**                                               **$5,382.00**

KL4 2208952.1

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/07 | HOROWITZ, GREGORY A. | Travel from California (4.5) | 4.50 | 1,417.50 |
| 11/05/07 | HOROWITZ, GREGORY A. | Travel return ny (3.0) | 3.00 | 945.00 |
| 11/26/07 | HOROWITZ, GREGORY A. | Travel return (3.5) | 3.50 | 1,102.50 |
| **TOTAL HOURS AND FEES** | | | **11.00** | **$3,465.00** |

**TOTAL FOR THIS MATTER**                                                      **$3,465.00**

KL4 2208952.1