```
alp_132rc: Client Analysis Sheet              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/08 11:14:03            Work Thru : 11/30/07
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

---------- Matter --------------
Number      Name                          Hours           Fees         Disbursements    Total Charges    Resp Partners           Class  Freq  Stat
------------------------------------     ----------    -----------    ----------------  ---------------  ----------------------  -----  -----  -----

00001  CASE ADMINISTRATION                 0.00           0.00              855.64           855.64      BENTLEY PHILIP - 02495    M      B
00002  CREDITOR COMMITTEE                  0.00           0.00              192.98           192.98      BENTLEY PHILIP - 02495    M      B
00008  FEE APPLICATIONS, APPLIC            0.00           0.00                8.61             8.61      BENTLEY PHILIP - 02495    M      B
00012  CLAIM ANALYSIS OBJECTION            0.00           0.00           11,454.01        11,454.01      BENTLEY PHILIP - 02495    M      B

       Client Total                        0.00           0.00           12,511.24        12,511.24
```

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

```
alp_132c: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:14:03

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
```

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0816 | VELOBINDINGS | 11/05/07 | 11/08/07 | 15.00 |
| 0817 | TABS | 11/05/07 | 11/08/07 | 28.00 |
| 0820 | PHOTOCOPYING | 11/01/07 | 11/27/07 | 1,051.05 |
| 0880 | POSTAGE | 11/01/07 | 11/01/07 | 2.33 |
| 0885 | LONG-DISTANCE TEL. | 11/30/07 | 11/30/07 | 9.76 |
| 0920 | PRINT. & BINDING | 11/13/07 | 11/13/07 | 339.55 |
| 0930 | MESSENGER/COURIER | 11/02/07 | 11/12/07 | 45.12 |
| 0940 | CAB FARES | 09/24/07 | 11/20/07 | 476.91 |
| 0942 | MEALS/IN-HOUSE | 10/21/07 | 11/12/07 | 66.45 |
| 0950 | OUT-OF-TOWN TRAVEL | 10/29/07 | 11/10/07 | 6,985.09 |
| 0951 | MEALS/T & E | 11/01/07 | 11/01/07 | 29.73 |
| 0965 | COURT REPORTER/VIDEO DEPOSITIO | 11/13/07 | 11/13/07 | 3,462.25 |
|      | **Total** |          |          | 12,511.24 |
|      | **Grand Total** |     |          | 12,511.24 |

```
alp_132c: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                   PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:57


Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------------------
                                                    PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------------
                    UNBILLED TIME FROM:     09/12/9227                          TO:       -7/-5/-918
                    UNBILLED DISB FROM:     09/24/2007                          TO:       11/30/2007
-------------------------------------------------------------------------------------------------------------------------------------------
                                                    FEES                                    COSTS
                                                    ----                                    -----
              GROSS BILLABLE AMOUNT:                        0.00                                12,511.24
              AMOUNT WRITTEN DOWN:
                            PREMIUM:
                   ON ACCOUNT BILLED:
          DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                          THRU DATE:                  -7/-5/-918                              11/30/2007
           CLOSE MATTER/FINAL BILLING?        YES   OR    NO
         EXPECTED DATE OF COLLECTION:

              BILLING PARTNER APPROVAL:
                                                                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                    BILLING COMMENTS:



-------------------------------------------------------------------------------------------------------------------------------------------
                                          ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                          --------------------------                        --------------
                               FEES:                     0.00
                      DISBURSEMENTS:                     0.00    UNIDENTIFIED RECEIPTS:             0.00
                        FEE RETAINER:                    0.00         PAID FEE RETAINER:            0.00
                       DISB RETAINER:                    0.00        PAID DISB RETAINER:            0.00
                    TOTAL OUTSTANDING:                   0.00      TOTAL AVAILABLE FUNDS:           0.00
                                                                          TRUST BALANCE:
                                                             BILLING HISTORY
                                                             ---------------
                   DATE OF LAST BILL:         12/31/07           LAST PAYMENT DATE:      12/27/07
                   LAST BILL NUMBER:            479846 ACTUAL FEES BILLED TO DATE:   3,025,826.50
                                                       ON ACCOUNT FEES BILLED TO DATE:          0.00
                                                          TOTAL FEES BILLED TO DATE:   3,025,826.50
                 LAST BILL THRU DATE:         11/30/07
                                                             FEES WRITTEN OFF TO DATE:      180,307.18
                                                            COSTS WRITTEN OFF TO DATE:       26,493.74
  FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                          --------------------------
              (1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
              (2) Late Time & Costs Posted (5) Business Development      (8) Premium
              (3) Pre-arranged Discount   (6) Summer Associate          (9) Rounding                (10) Client Arrangement

  BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:     2550483
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
```

### PRE-BILLING SUMMARY REPORT

```
           UNBILLED TIME FROM:                                         TO:
           UNBILLED DISB FROM:   11/01/2007                            TO:       11/30/2007

                                             FEES                            COSTS

           GROSS BILLABLE AMOUNT:              0.00                            855.64
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:                                                11/30/2007
        CLOSE MATTER/FINAL BILLING?   YES   OR   NO
     EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                         FEES:                  0.00
                 DISBURSEMENTS:                 0.00       UNIDENTIFIED RECEIPTS:       0.00
                   FEE RETAINER:                0.00              PAID FEE RETAINER:    0.00
                  DISB RETAINER:                0.00              PAID DISB RETAINER:   0.00
              TOTAL OUTSTANDING:                0.00       TOTAL AVAILABLE FUNDS:       0.00
                                                                    TRUST BALANCE:
                                              BILLING HISTORY

              DATE OF LAST BILL:                12/31/07        LAST PAYMENT DATE:   12/11/07
              LAST BILL NUMBER:        479846 ACTUAL FEES BILLED TO DATE:         292,806.50
                                              ON ACCOUNT FEES BILLED TO DATE:          0.00
                                                 TOTAL FEES BILLED TO DATE:      292,806.50
          LAST BILL THRU DATE:          11/30/07  FEES WRITTEN OFF TO DATE:       81,055.50
                                                  COSTS WRITTEN OFF TO DATE:      19,933.42
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
       (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
       (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding         (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    2550483
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status       : ACTIVE

     B I L L E D    C O S T S    S U M M A R Y --------------- Total Billed ----------------
Code  Description                              Oldest         Latest          Total
                                               Entry          Entry           Amount
----  -----------------------------------      -------        -------         ------------
0816  VELOBINDINGS                             11/05/07       11/08/07              15.00
0817  TABS                                     11/05/07       11/08/07              28.00
0820  PHOTOCOPYING                             11/02/07       11/08/07             800.55
0880  POSTAGE                                  11/01/07       11/01/07               2.33
0885  LONG-DISTANCE TEL.                       11/30/07       11/30/07               9.76

         Total                                                                     855.64


    B I L L E D    C O S T S    D E T A I L
Description/Code                                         Employee            Date           Amount         Index#   Batch No   Batch Date
----------------                                         --------            ----           ------         ------   --------   ----------

VELOBINDINGS                    0816
    VELOBINDINGS                                         RODRIGUEZ, V E      11/05/07           7.50       8117001  456681     11/12/07
      RODRIGUEZ  VIVIAN E  07053    BINDING
    VELOBINDINGS                                         RODRIGUEZ, V E      11/08/07           7.50       8117002  456681     11/12/07
      RODRIGUEZ  VIVIAN E  07053    BINDING
                                                         0816 VELOBINDINGS Total :            15.00

TABS                            0817
    TABS                                                 RODRIGUEZ, V E      11/05/07          12.00       8116911  456677     11/12/07
      RODRIGUEZ  VIVIAN E  07053    TABS
    TABS                                                 RODRIGUEZ, V E      11/08/07          16.00       8116912  456677     11/12/07
      RODRIGUEZ  VIVIAN E  07053    TABS
                                                         0817 TABS Total :                    28.00

PHOTOCOPYING                    0820
    PHOTOCOPYING                                         RODRIGUEZ, V E      11/02/07         149.10       8112717  456613     11/12/07
      RODRIGUEZ  VIVIAN E
    PHOTOCOPYING                                         RODRIGUEZ, V E      11/02/07         545.70       8112718  456613     11/12/07
      RODRIGUEZ  VIVIAN E
    PHOTOCOPYING                                         RODRIGUEZ, V E      11/05/07          30.45       8112719  456613     11/12/07
      RODRIGUEZ  VIVIAN E
    PHOTOCOPYING                                         RODRIGUEZ, V E      11/08/07          75.30       8112720  456613     11/12/07
      RODRIGUEZ  VIVIAN E
                                                         0820 PHOTOCOPYING Total :           800.55

POSTAGE                         0880
    POSTAGE                                              BENTLEY, P          11/01/07           2.33       8116548  456638     11/12/07
      BENTLEY  PHILIP     02495
                                                         0880 POSTAGE Total :                  2.33
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    3
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:    2550483
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status    : ACTIVE

    BILLED  COSTS  DETAIL
Description/Code                                 Employee              Date            Amount     Index#   Batch No  Batch Date
---------------------------------------------    ----------            ------          --------  -------  --------  ----------

LONG-DISTANCE TEL.           0885
   PREMIERE CONFERENCING                         CATON, A              11/30/07           9.76   8143534   467901    12/03/07
   LONG DIST. TELE. - VENDOR- PREMIERE
   CONFERENCING

                                     0885 LONG-DISTANCE TEL. Total :    9.76


        Costs Total :                                                 855.64
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2550483
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

    B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount              Bill        W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
------------------------------  --------------      ----        ---------        ----------------------   -------------

0816 VELOBINDINGS                15.00

0817 TABS                        28.00

0820 PHOTOCOPYING               800.55

0880 POSTAGE                      2.33

0885 LONG-DISTANCE TEL.           9.76


         Costs Total :          855.64
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00002                             Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  2550484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------
           UNBILLED TIME FROM:                                       TO:
           UNBILLED DISB FROM:      11/13/2007                       TO:     11/13/2007
-----------------------------------------------------------------------------------------------------------------------
                                         FEES                            COSTS
        GROSS BILLABLE AMOUNT:              0.00                            192.98
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
             ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                                              11/13/2007
     CLOSE MATTER/FINAL BILLING?    YES    OR    NO
    EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:
```

```
                                       ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                        FEES:                       0.00
               DISBURSEMENTS:                       0.00    UNIDENTIFIED RECEIPTS:       0.00
                 FEE RETAINER:                      0.00         PAID FEE RETAINER:      0.00
                DISB RETAINER:                      0.00        PAID DISB RETAINER:      0.00
              TOTAL OUTSTANDING:                    0.00       TOTAL AVAILABLE FUNDS:    0.00
                                                                       TRUST BALANCE:
                                            BILLING HISTORY

            DATE OF LAST BILL:           12/31/07    LAST PAYMENT DATE:       12/11/07
             LAST BILL NUMBER:             479846    ACTUAL FEES BILLED TO DATE:   326,315.00
                                                     ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                     TOTAL FEES BILLED TO DATE:    326,315.00
         LAST BILL THRU DATE:            11/30/07    FEES WRITTEN OFF TO DATE:      22,515.50
                                                     COSTS WRITTEN OFF TO DATE:      1,724.60
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
         (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
         (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____ Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2550484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status       : ACTIVE

    B I L L E D   C O S T S   S U M M A R Y --------------- Total Billed ----------------
Code Description                                   Oldest         Latest         Total
                                                   Entry          Entry          Amount
                                                   ------         ------         ------

0920  PRINT. & BINDING                             11/13/07       11/13/07       192.98

          Total                                                                  192.98


    B I L L E D   C O S T S   D E T A I L
Description/Code                                   Employee              Date         Amount      Index#  Batch No  Batch Date


PRINT. & BINDING           0920
    DTI SKYLINE                                    BALDINGER, L B        11/13/07     192.98      8118175  457496   11/13/07
       PRINT. & BINDING - VENDOR- DTI SKYLINE
                                                   0920 PRINT. & BINDING Total :     192.98


       Costs Total :                                                                 192.98
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    7
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00002                                         Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:  2550484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

    BILLED   COSTS   SUMMARY
Code Description              Amount            Bill        W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
-----------------------------------------       -------------------------    ---------------------------------------

0920 PRINT. & BINDING          192.98           _____    _____         _____      _____


           Costs Total :       192.98           _____    _____         _____      _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    8
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2550486
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE

Special Billing Instructions:
```

### PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                            TO:
UNBILLED DISB FROM:    11/12/2007                              TO:    11/12/2007

|                                  | FEES         | COSTS      |
|---|---|---|
| GROSS BILLABLE AMOUNT:           | 0.00         | 8.61       |
| AMOUNT WRITTEN DOWN:             |              |            |
| PREMIUM:                         |              |            |
| ON ACCOUNT BILLED:               |              |            |
| DEDUCTED FROM PAID RETAINER:     |              |            |
| AMOUNT BILLED:                   |              |            |
| THRU DATE:                       |              | 11/12/2007 |
| CLOSE MATTER/FINAL BILLING?      | YES OR NO    |            |
| EXPECTED DATE OF COLLECTION:     |              |            |

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

### ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

| FEES:               | 0.00 |                         |      |
|---|---|---|---|
| DISBURSEMENTS:      | 0.00 | UNIDENTIFIED RECEIPTS:  | 0.00 |
| FEE RETAINER:       | 0.00 | PAID FEE RETAINER:      | 0.00 |
| DISB RETAINER:      | 0.00 | PAID DISB RETAINER:     | 0.00 |
| TOTAL OUTSTANDING:  | 0.00 | TOTAL AVAILABLE FUNDS:  | 0.00 |
|                     |      | TRUST BALANCE:          |      |

### BILLING HISTORY

| DATE OF LAST BILL:   | 12/31/07 | LAST PAYMENT DATE:          | 12/11/07   |
|---|---|---|---|
| LAST BILL NUMBER:    | 479846   | ACTUAL FEES BILLED TO DATE: | 147,201.50 |
|                      |          | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
|                      |          | TOTAL FEES BILLED TO DATE:  | 147,201.50 |
| LAST BILL THRU DATE: | 11/30/07 | FEES WRITTEN OFF TO DATE:   | 10,746.50  |
|                      |          | COSTS WRITTEN OFF TO DATE:  | 431.74     |

FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted        (5) Business Development     (8) Premium
    (3) Pre-arranged Discount           (6) Summer Associate         (9) Rounding            (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    9
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2550486
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE

    B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed ----------------
Code  Description                             Oldest         Latest          Total
                                              Entry          Entry           Amount
----  -----------------------------------     --------       --------        -----------

0930  MESSENGER/COURIER                       11/12/07       11/12/07               8.61

           Total                                                                    8.61


    B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee             Date         Amount     Index#  Batch No  Batch Date
-----------------------------------------     ---------            --------     ------     ------  --------  ----------

MESSENGER/COURIER                 0930
    FEDERAL EXPRESS CORPORAT                  RODRIGUEZ, V E       11/12/07       8.61     8132479   464034   11/28/07
    Klett Rooney Lieber & Schorlin
                                     0930 MESSENGER/COURIER Total :              8.61




           Costs Total :                                                         8.61
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    10
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2550486
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

    BILLED   COSTS   SUMMARY
Code Description         Amount            Bill        W/o / W/u         Transfer  To   Clnt/Mtr    Carry Forward
------------------------ ----------------  ----------  ----------------  ---------------------------  ----------------

0930 MESSENGER/COURIER          8.61       _____  _____  _____  _____


         Costs Total :          8.61       _____  _____  _____  _____
```

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    11
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2550489
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status         : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                                           TO:
             UNBILLED DISB FROM:   09/24/2007                              TO:      11/27/2007
------------------------------------------------------------------------------------------------------------------------------------
                                                   FEES                             COSTS

          GROSS BILLABLE AMOUNT:                   0.00                          11,454.01
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                                                  11/27/2007
      CLOSE MATTER/FINAL BILLING?  YES    OR    NO
    EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

              BILLING COMMENTS:



------------------------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

                          FEES:              0.00
                 DISBURSEMENTS:              0.00      UNIDENTIFIED RECEIPTS:     0.00
                   FEE RETAINER:             0.00         PAID FEE RETAINER:     0.00
                  DISB RETAINER:             0.00        PAID DISB RETAINER:     0.00
               TOTAL OUTSTANDING:            0.00       TOTAL AVAILABLE FUNDS:   0.00
                                                              TRUST BALANCE:
                                               BILLING HISTORY

             DATE OF LAST BILL:           12/31/07        LAST PAYMENT DATE:     12/27/07
              LAST BILL NUMBER:           479846  ACTUAL FEES BILLED TO DATE:  1,415,487.00
                                                  ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                    TOTAL FEES BILLED TO DATE:  1,415,487.00
          LAST BILL THRU DATE:           11/30/07   FEES WRITTEN OFF TO DATE:     10,784.50
                                                    COSTS WRITTEN OFF TO DATE:    3,339.84
FOR ACCTG USE ONLY:                        Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
     (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
     (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding               (10) Client Arrangement

 BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE   12
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2550489
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status       : ACTIVE

     B I L L E D    C O S T S    S U M M A R Y  ------------- Total Billed ----------------
 Code  Description                                   Oldest        Latest         Total
                                                     Entry         Entry          Amount

 0820  PHOTOCOPYING                                  11/01/07      11/27/07          250.50
 0920  PRINT. & BINDING                              11/13/07      11/13/07          146.57
 0930  MESSENGER/COURIER                             11/02/07      11/02/07           36.51
 0940  CAB FARES                                     09/24/07      11/20/07          476.91
 0942  MEALS/IN-HOUSE                                10/21/07      11/12/07           66.45
 0950  OUT-OF-TOWN TRAVEL                            10/29/07      11/10/07        6,985.09
 0951  MEALS/T & E                                   11/01/07      11/01/07           29.73
 0965  COURT REPORTER/VIDEO DEPOSITIO                11/13/07      11/13/07        3,462.25

           Total                                                                  11,454.01


     B I L L E D    C O S T S    D E T A I L
 Description/Code                                Employee            Date          Amount     Index#    Batch No   Batch Date

 PHOTOCOPYING                     0820
    PHOTOCOPYING                                 GLASS, J J          11/01/07        12.75    8112721   456613     11/12/07
      GLASS  JESSICA J
    PHOTOCOPYING                                 WIGGINS, C          11/01/07         0.30    8112722   456613     11/12/07
      WIGGINS  CLAUDINE
    PHOTOCOPYING                                 HOROWITZ, G A       11/01/07       137.25    8112723   456613     11/12/07
      HOROWITZ  GREGORY A.
    PHOTOCOPYING                                 BENTLEY, P          11/06/07        68.25    8112724   456613     11/12/07
      BENTLEY  PHILIP
    PHOTOCOPYING                                 FARBER, P F         11/06/07         5.70    8112725   456613     11/12/07
      FARBER  PEGGY
    PHOTOCOPYING                                 BALDINGER, L B      11/07/07         4.80    8112726   456613     11/12/07
      BALDINGER  LAURIE
    PHOTOCOPYING                                 HOROWITZ, G A       11/09/07         2.40    8112727   456613     11/12/07
      HOROWITZ  GREGORY A.
    PHOTOCOPYING                                 HOROWITZ, G A       11/13/07         3.75    8118595   458166     11/14/07
      HOROWITZ  GREGORY A.
    PHOTOCOPYING                                 BENTLEY, P          11/20/07        13.50    8144399   469127     12/04/07
      BENTLEY  PHILIP
    PHOTOCOPYING                                 FARBER, P F         11/20/07         0.15    8144400   469127     12/04/07
      FARBER  PEGGY
    PHOTOCOPYING                                 HOROWITZ, G A       11/27/07         0.15    8132840   464190     11/28/07
      HOROWITZ  GREGORY A.
    PHOTOCOPYING                                 FARBER, P F         11/27/07         1.50    8132841   464190     11/28/07
      FARBER  PEGGY
                                                 0820 PHOTOCOPYING Total :          250.50

 PRINT. & BINDING                 0920
    DTI SKYLINE                                  BALDINGER, L B      11/13/07       146.57    8118190   457496     11/13/07
      PRINT. & BINDING - VENDOR- DTI SKYLINE
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   13
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:    2550489
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

   B I L L E D   C O S T S   D E T A I L
Description/Code                                          Employee              Date            Amount      Index#   Batch No   Batch Date
---------------------------------------------             --------              ----            ------      ------   --------   ----------

                                                     0920 PRINT. & BINDING Total :               146.57

MESSENGER/COURIER                0930
   FEDERAL EXPRESS CORPORAT                              HOROWITZ, G A         11/02/07           11.33     8136803  465091     11/29/07
   Lexecon
   FEDERAL EXPRESS CORPORAT                              HOROWITZ, G A         11/02/07           25.18     8136804  465091     11/29/07
   Gregory Horowitz
                                                     0930 MESSENGER/COURIER Total :               36.51

CAB FARES                        0940
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         09/24/07           51.00     8120875  458211     11/14/07
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         09/25/07           50.49     8178814  472726     12/12/07
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         09/26/07           51.01     8178831  472726     12/12/07
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         10/29/07           28.00     8120863  458211     11/14/07
   CAB FARES                                             HOROWITZ, G A         10/29/07           50.49     8128326  461304     11/21/07
   CAB FARES - ODYSSEY
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         10/31/07           80.00     8120865  458211     11/14/07
   CAB FARES                                             GLASS, J J            10/31/07           49.47     8138998  465348     11/30/07
   CAB FARES - ODYSSEY
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         11/04/07           28.00     8120871  458211     11/14/07
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         11/05/07           20.00     8120874  458211     11/14/07
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         11/10/07           44.65     8135201  464309     11/28/07
   JULIET RAMDIN, CASHIER                                GLASS, J J            11/20/07           23.80     8128722  461385     11/21/07
   CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
                                                     0940 CAB FARES Total :                      476.91

MEALS/IN-HOUSE                   0942
   MEALS/IN-HOUSE                                        GLASS, J J            10/21/07           15.37     8111620  456085     11/09/07
   IN-HOUSE/MEALS
   MEALS/IN-HOUSE                                        GLASS, J J            11/04/07           27.24     8125779  460504     11/20/07
   IN-HOUSE/MEALS
   JULIET RAMDIN, CASHIER                                HOROWITZ, G A         11/04/07           11.40     8119822  458087     11/14/07
   MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER
   JULIET RAMDIN, CASHIER                                HOROWITZ, G A         11/12/07           12.44     8119821  458087     11/14/07
   MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER
                                                     0942 MEALS/IN-HOUSE Total :                  66.45

OUT-OF-TOWN TRAVEL               0950
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         10/29/07        1,008.98     8120864  458211     11/14/07
   Name: Embassy Suites Hotel; City: Washington, DC
   ; Date(s): 10/29/07-10/31/07
   GREGORY A. HOROWITZ                                   HOROWITZ, G A         10/29/07          291.25     8120862  458211     11/14/07
   From: New York; To: Washington, DC; Date(s): 10/
   29/07
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   14
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00012                                                 Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  2550489
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status       : ACTIVE

    B I L L E D   C O S T S   D E T A I L
Description/Code                                     Employee          Date            Amount        Index#   Batch No   Batch Date
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| GREGORY A. HOROWITZ<br>From: Washington, DC; To: Los Angeles/NY; Date(s): 10/31-11/1/07 | HOROWITZ, G A | 10/31/07 | 2,673.80 | 8120866 | 458211 | 11/14/07 |
| GREGORY A. HOROWITZ<br>Name : Hertz; Start: 10/31/07; End: 11/01/07 | HOROWITZ, G A | 10/31/07 | 120.81 | 8120867 | 458211 | 11/14/07 |
| GREGORY A. HOROWITZ<br>Name: Four Seasons Hotel; City: Los Angeles, CA; Date(s): 10/31/-7-11/1/07 | HOROWITZ, G A | 10/31/07 | 439.67 | 8120868 | 458211 | 11/14/07 |
| GREGORY A. HOROWITZ<br>From: New York; To: Washington, DC; Date(s): 11/4/07 | HOROWITZ, G A | 11/04/07 | 291.25 | 8120870 | 458211 | 11/14/07 |
| GREGORY A. HOROWITZ<br>Name: Sofitel; City: Washington, DC; Date(s): 11/4/07-11/5/07 | HOROWITZ, G A | 11/04/07 | 419.00 | 8120873 | 458211 | 11/14/07 |
| GREGORY A. HOROWITZ<br>From: Washington, DC; To: New York; Date(s): 11/5/07 | HOROWITZ, G A | 11/05/07 | 271.28 | 8120872 | 458211 | 11/14/07 |
| GREGORY A. HOROWITZ<br>From: NY; To: Chicago; Date(s): 11/10-11/12/07 | HOROWITZ, G A | 11/10/07 | 1,469.05 | 8135202 | 464309 | 11/28/07 |
| 0950 OUT-OF-TOWN TRAVEL Total : | | | 6,985.09 | | | |
| MEALS/T & E                       0951 | | | | | | |
| GREGORY A. HOROWITZ<br>Establishment: LAX Admiral Club; Guests: G. Horowitz; Affiliation: KLNF; Business Discussed: Self | HOROWITZ, G A | 11/01/07 | 29.73 | 8120869 | 458211 | 11/14/07 |
| 0951 MEALS/T & E Total : | | | 29.73 | | | |
| COURT REPORTER/VIDEO              0965 | | | | | | |
| JANE ROSE REPORTING INC.<br>COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR-JANE ROSE REPORTING INC. | FARBER, P F | 11/13/07 | 1,670.25 | 8118256 | 457496 | 11/13/07 |
| JANE ROSE REPORTING INC.<br>COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR-JANE ROSE REPORTING INC. | FARBER, P F | 11/13/07 | 1,792.00 | 8118257 | 457496 | 11/13/07 |
| 0965 COURT REPORTER/VIDEO Total : | | | 3,462.25 | | | |
| Costs Total : | | | 11,454.01 | | | |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   15
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/04/2008 11:13:56

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:   2550489
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

     B I L L E D    C O S T S    S U M M A R Y
Code Description              Amount           Bill         W/o / W/u        Transfer  To   Clnt/Mtr    Carry Forward
------------------------  ---------------  ------------  ---------------  -----------------------------  --------------

0820 PHOTOCOPYING                250.50

0920 PRINT. & BINDING            146.57

0930 MESSENGER/COURIER            36.51

0940 CAB FARES                   476.91

0942 MEALS/IN-HOUSE               66.45

0950 OUT-OF-TOWN TRAVEL        6,985.09

0951 MEALS/T & E                  29.73

0965 COURT REPORTER/VIDEO DEPO 3,462.25


        Costs Total :         11,454.01
```