# EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

---

## October 2007 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2007 | 1.2 | $252.00 | Telephone calls with A Hammond re requested reports (.2); prepare e-mail to G Kruse re State of California General Services report for A Hammond (.1); analysis of data from G Kruse (.4); prepare reports for A Hammond (.4); prepare e-mail to A Hammond re State of California report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2007 | 2.0 | $420.00 | Analysis of Court docket re orders filed in 3rd Qtr impacting asbestos pd claims for 3rd Qtr reporting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2007 | 2.0 | $420.00 | Telephone calls with A Hammond re State of California report (.2); various calls with A Hammond re Prudential spreadsheet (.3); continue analysis of 3rd Quarter orders re asbestos claims for reporting (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/4/2007 | 2.5 | $525.00 | Telephone from A Hammond re Louisiana report (.2); revise Louisiana report (1.0); prepare memo to A Hammond re Louisiana churches (.1); review Louisiana report for 1966 date (.4); telephone with A Hammond confirming 1966 claims (.3); prepare memo to A Hammond re revised report (.3); telephone to A Hammond re reports (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/4/2007 | 2.0 | $420.00 | Audit b-Linx re 3rd Qtr orders impacting asbestos pd claims for 3rd Qtr reporting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2007 | 3.0 | $630.00 | Further analysis of 3rd Qtr orders re asbestos claims for 3rd Qtr reporting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2007 | 0.5 | $105.00 | Telephone from A Hammond re claim 11026 (.1); analysis of b-Linx re 11026 (.2); telephone to A Hammond re claim 11026 (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2007 | 3.5 | $735.00 | Prepare reports of active and inactive asbestos pd claims (1.2); review reports vs draft SEC numbers (2.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2007 | 0.5 | $105.00 | Analysis of e-mail from L Ruppaner re new order expunging asbestos pd claim (.1); analysis of order (.2); revise b-Linx re claim expunged (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2007 | 3.0 | $630.00 | Analysis of e-mail from M Rosenberg re new asbestos pd orders (.2); review Court docket re orders entered (.5); begin analysis of order 17184 and related motion settling claims (1.0); begin revision of b-Linx re claims settled (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2007 | 2.0 | $420.00 | Continue analysis of asbestos pd settlement orders 17184 and 17185 and related motions (.8); continue revision of b-Linx re settled claims (1.0); prepare e-mail to M Rosenberg re issues arising from order analysis (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2007 | 1.2 | $252.00 | Analysis of e-mail from M Rosenberg re issues in settlement orders (.1); telephone call with J Miller re settlement motions, new claim flag, distribution amount population (.4); prepare e-mail to G Kruse re new claim sub-status for settled asbestos pd claims due to distribution implications (.3); e-mails to/from G Kruse during programming of new claim flag (.2); review b-Linx re new claim sub-status added (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2007 | 5.0 | $1,050.00 | Continue analysis of asbestos pd settlement orders 17184-17186, 17193-17194 and related motions (2.5); revise b-Linx re settled claims (2.5) |

| | | | Asbestos Claims Total: | 28.4 | $5,964.00 | |

---

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

---

## October 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 10/1/2007 | 1.3 | $260.00 | Review and update court docket database (.6), normalize and dedupe (.7) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/1/2007 | 2.3 | $483.00 | Audit b-Linx database and claim reports created for 10-Q reporting |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/1/2007 | 3.4 | $255.00 | Continue to analyze and review recent docket activity (1.9); update tracking tool as required (1.5) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/1/2007 | 3.6 | $270.00 | Analyze and review recent docket activity (2.0); update tracking tool as required (1.6) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/1/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2007 | 4.0 | $840.00 | Analysis of Court docket re recent filings, case status (.8); analysis of pleadings affecting claims (2.0); audit b-Linx re claim status pursuant to recent pleadings (1.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/1/2007 | 0.1 | $16.50 | Discussion with S Cohen re analysis and review of recent docket activity and tracking tool/claim database updates required re same |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/1/2007 | 0.1 | $11.00 | Analyze recent docket activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/1/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/1/2007 | 0.1 | $11.00 | Discussion with M Booth re analysis and review of recent docket activity and claim database updates required |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 10/2/2007 | 0.6 | $120.00 | Prepare memo re new data fields |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/2/2007 | 0.6 | $126.00 | Prepare for (.2) and lead (.4) team status call re PD and non-asbestos claims |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/2/2007 | 1.6 | $336.00 | Audit initial run of 3rd Qtr 10-Q claim counts for PD and non-asbestos claims |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/2/2007 | 0.8 | $60.00 | Analyze and review recent docket activity (.4); update tracking tool as required (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2007 | 0.5 | $105.00 | Weekly team call with J Miller, S Cohen, G Kruse and S Kjontvedt re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2007 | 0.2 | $22.00 | Review (.1) and reply (.1) to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2007 | 0.2 | $22.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 10/2/2007 | 0.3 | $42.00 | Weekly team status call |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 10/3/2007 | 0.4 | $80.00 | Review summary claims report figures |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/3/2007 | 1.5 | $315.00 | Review updated reports of claim counts for period ending 9/30 (1.2); address reporting formatting with A Wick (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2007 | 1.0 | $210.00 | Telephone with S Fritz re Sept 07 draft invoice (.3); analysis of draft Sept draft info (.5); prepare memo to M Booth re document review issues (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/3/2007 | 0.1 | $16.50 | Discussion with S Cohen re pending claim issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/3/2007 | 0.1 | $11.00 | Discussion with M Booth re pending claim issues requiring higher-level analysis outside normal scope of review |
| YVETTE KNOPP - CAS | | $90.00 | 10/3/2007 | 0.2 | $18.00 | Review production reporting re invoice 021-20070907-5 |

EXHIBIT 1

# BMC Group
### WR GRACE
Monthly Invoice

## October 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------|------|------|------|------|
| YVETTE KNOPP - CAS | | $90.00 | 10/3/2007 | 0.2 | $18.00 | Review production reporting re invoice 021-20070907-2 |
| YVETTE KNOPP - CAS | | $90.00 | 10/3/2007 | 0.2 | $18.00 | Review production reporting re invoice 021-20070907-3 |
| YVETTE KNOPP - CAS | | $90.00 | 10/3/2007 | 0.2 | $18.00 | Review production reporting re invoice 021-20070907-4 |
| YVETTE KNOPP - CAS | | $90.00 | 10/3/2007 | 0.2 | $18.00 | Review production reporting re invoice 021-20070907-1 |
| YVETTE KNOPP - CAS | | $90.00 | 10/3/2007 | 0.2 | $18.00 | Review production reporting re invoice 021-20070907-6 |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/4/2007 | 1.4 | $105.00 | Analyze and review recent docket activity (.7); update tracking tool as required (.7) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/4/2007 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/5/2007 | 0.6 | $45.00 | Analyze and review recent docket activity (.3); update tracking tool as required (.3) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/5/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence including ECF notifications from Court |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/8/2007 | 1.5 | $112.50 | Analyze and review recent docket activity (.7); update tracking tool as required (.8) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/8/2007 | 1.0 | $95.00 | Analyze new docket entries (.5); provide updates to any corresponding claims (.5) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/8/2007 | 0.3 | $28.50 | Read (.1) and reply (.2) to all new case correspondence |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/9/2007 | 0.3 | $45.00 | Weekly project team conference call re case status |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/9/2007 | 0.6 | $126.00 | Prepare for (.3) and lead (.3) team status call re PD and non-asbestos claims |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/9/2007 | 1.3 | $97.50 | Analyze and review recent docket activity (.6); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow up as needed (.7) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/9/2007 | 0.8 | $76.00 | Analyze Court docket report and past docket entries listed in DRTT (.2); analyze document categories assigned by Reviewer 1 (.3); update b-Linx re claims or noticing list as required (.3) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/9/2007 | 0.1 | $16.50 | Discussion with S Cohen re analysis and review of recent docket activity and claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2007 | 0.1 | $11.00 | Discussion with M Booth re analysis and review of recent docket activity and claim database updates required re same |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2007 | 0.2 | $22.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 10/9/2007 | 0.3 | $42.00 | Weekly team status call |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/10/2007 | 2.3 | $483.00 | Review 3rd Qtr 10-Q numbers for PD and non-asbestos claims |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/10/2007 | 0.5 | $105.00 | Follow-up with M Araki re docket review protocol and process |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

---

**October 2007 -- Case Administration**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/10/2007 | 0.2 | $15.00 | Review Court docket Nos 17018 to 17027 (.1), categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow up as needed (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/10/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/10/2007 | 1.1 | $104.50 | Analyze various docket entries assigned in DRTT to verify assigned categories (.6); review and update any corresponding claims as needed (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2007 | 4.5 | $945.00 | Analysis of M Grimmett report re Bates.tiff and Bates.pdf claim images (2.0); analysis of Bates.pdf images re combined status (2.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/10/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/11/2007 | 0.1 | $9.50 | Post all new docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/11/2007 | 0.1 | $9.50 | Post all new docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/11/2007 | 2.5 | $237.50 | Review and analyze approximately 60 Court docket entries assigned in DRTT (1.2); analyze document categories assigned by Reviewer 1 (.7); update b-Linx re claims or noticing list as required (.6) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/11/2007 | 1.8 | $171.00 | Continue to review and analyze approximately 50 Court docket entries assigned in DRTT (1.0); analyze document categories assigned by Reviewer 1 (.4); update b-Linx re claims or noticing list as required (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2007 | 4.6 | $966.00 | Analysis of e-mail from L Ruppaner re pd order pending in her DRTT queue (.1); prepare e-mail to L Ruppaner re same (.1); analysis of DRTT pleadings assigned for audit (2.5); analysis of b-Linx re claims affected by DRTT pleadings audited (1.9) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/11/2007 | 0.1 | $16.50 | Discussion with S Cohen re analysis and review of recent docket activity and claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/11/2007 | 0.1 | $11.00 | Discussion with M Booth re analysis and review of recent docket activity and claim database updates required re same |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/12/2007 | 1.2 | $90.00 | Review Court docket Nos 17028 to 17040 and various dockets within range No 16471 to 16787 (.5); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.7) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/15/2007 | 0.2 | $15.00 | Review Court docket Nos 17041 to 17045 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/15/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence including any new electronic mail communications from Court re new ECF filings |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/15/2007 | 0.4 | $38.00 | Provide change of address updates to the 2002 List and the Master Mailing Lists per the most recent change of address notifications listed on the Court docket report |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/16/2007 | 0.3 | $45.00 | Weekly project team conference call re case status |
| JAMES MYERS - CAS | | $65.00 | 10/16/2007 | 0.2 | $13.00 | Notarize and scan 3 claim transfer Declarations of Service for L Ruppaner (.1); prepare e-mail to L Ruppaner re same (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## October 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/16/2007 | 0.5 | $105.00 | Prepare for (.2) and lead (.4) status call re PD, PI and non-asbestos claims |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/16/2007 | 1.5 | $315.00 | Review 3rd Qtr claims figures for 10-Q reporting (1.2); discuss counts with M Araki (.3) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/16/2007 | 0.4 | $30.00 | Review Court docket Nos 17046 to 17064 (.2); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/16/2007 | 0.4 | $38.00 | Provide change of address updates to Master Mailing List (.2); append claims with applicable correspondence (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/16/2007 | 0.4 | $38.00 | Weekly conference call re status of case |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/16/2007 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence including all electronic notifications from Court |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/16/2007 | 0.4 | $38.00 | Review Certificates of Service re Transfer of Claim Notices for notary and necessary signatures (.2); review Court docket to ensure Certificates of Service filed with Court (docket nos 17066, 17067 and 17068) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2007 | 4.0 | $840.00 | Analysis of draft SEC reporting numbers for 3rd Qtr (1.0); prepare reports re verification of SEC reporting numbers (1.0) review docket re audit orders and claims for asbestos pd numbers (.6); analysis of M Rosenberg 3rd Qtr asbestos pd numbers (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2007 | 2.5 | $525.00 | Weekly team call re case status (.4); e-mail to G Kruse re data comparison of M Rosenberg data (.2); analysis of claims in b-Linx but not on M Rosenberg list (1.6); prepare e-mail to L Sinyanyan and M Rosenberg re resolution of counts (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/16/2007 | 0.4 | $44.00 | Status call led by J Miller re pending issues (.2); discussion with J Conklin re same (.1); draft follow-up memo to J Conklin re additional analysis and claim updates required (.1) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/17/2007 | 0.6 | $45.00 | Review Court docket Nos 17065 to 17079 (.3); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.3) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/17/2007 | 0.3 | $28.50 | Provide change of address updates to the Master Mailing List |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2007 | 5.0 | $1,050.00 | Prepare ART report re current asbestos pd claims (1.0); compare current ART report vs combined Bates.pdf claims list from M Grimmett (2.0); analysis of files re Bates.pdfs (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2007 | 1.3 | $273.00 | Analysis of e-mail from L Sinyanyan re SEC disclosure (.2); analysis of active reconciled claim motions and orders re voidable clause (.6); analysis of ART re conditional expunge claim flag (.3); prepare e-mail to L Sinyanyan re disclosure language, voidable claims and conditional expunges (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/17/2007 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| MIKE BOOTH - MANAGER | | $165.00 | 10/17/2007 | 0.3 | $49.50 | Discussion with S Cohen re analysis and review of recent docket activity and claim database updates required |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## October 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/17/2007 | 0.3 | $33.00 | Discussion with M Booth re analysis and review of recent docket activity and claim database updates required re same |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/18/2007 | 0.3 | $28.50 | Draft Certificates of Service for Transfers of Claims filed on 10/17/2007 for docket nos 17080 - 17084 |
| MIKE BOOTH - MANAGER | | $165.00 | 10/18/2007 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| ALEX CEDENO - CAS | | $45.00 | 10/19/2007 | 0.2 | $9.00 | Dkt No. 17090 - review and approve final production copy |
| ALEX CEDENO - CAS | | $45.00 | 10/19/2007 | 0.5 | $22.50 | Dkt No. 17090 - set up noticing system/production folder/instructions (.1); analysis of production copy of document (.2); e-mails to/from case support re approval (.2) |
| BRIANNA TATE - CAS | | $45.00 | 10/19/2007 | 0.1 | $4.50 | Telephone with John Walters at (205) 758-6223 re inquiry re how to file a proof of claim form |
| BRIANNA TATE - CAS | | $45.00 | 10/19/2007 | 0.1 | $4.50 | Telephone with John Walters at (205) 758-6223 re information re filed claim expunged on docket |
| JAMES MYERS - CAS | | $65.00 | 10/19/2007 | 0.2 | $13.00 | Notarize and scan five Declarations of Service for L Ruppaner (.1); prepare e-mail to L Ruppaner re same (.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/19/2007 | 2.3 | $483.00 | Prepare update report of non-asbestos and pd claim counts for period ending 9/30 per L Sinanyan request |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/19/2007 | 0.5 | $47.50 | Finalize Certificates of Service for Transfers of Claims filed on 10/17/2007 per docket nos 17080 - 17084 for filing with the Court (.3); electronically file Certificates of Service with the Court (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/19/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/19/2007 | 0.4 | $38.00 | Review docket no 17090 - Order Disallowing and Expunging Claim 12430 for service to identify all service parties (.1); prepare MRF re service (.1); review print production sheet and mail files (.1); complete notice checklist to approve service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2007 | 2.5 | $525.00 | Analysis of recent Court docket and pleadings affecting claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/19/2007 | 2.5 | $525.00 | Analysis of b-Linx re pleadings affecting claims (1.0); revise b-Linx re pleadings affecting claims (1.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| JAMES MYERS - CAS | | $65.00 | 10/22/2007 | 0.2 | $13.00 | Dkt 17090 Order Disallowing PD Claims - prepare draft of Declaration of Service |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/22/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence including any electronic mail from Court |
| JAMES MYERS - CAS | | $65.00 | 10/23/2007 | 0.2 | $13.00 | Dkt 17090 Order Disallowing PD claims - proofread Declaration of Service (.1); notarize/electronically document same (.1) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/23/2007 | 0.3 | $22.50 | Review Court docket Nos 16532, 16761 and 16763 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/23/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## October 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2007 | 0.5 | $105.00 | Weekly team call with J Miller, S Cohen, S Kjontvedt re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/23/2007 | 0.4 | $44.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 10/23/2007 | 0.4 | $56.00 | Weekly team call |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/25/2007 | 1.9 | $142.50 | Review Court docket Nos 17080 to 17148 (.9); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (1.0) |
| BRIANNA TATE - CAS | | $45.00 | 10/26/2007 | 0.1 | $4.50 | Telephone with Nina of Bankruptcy Settlement Group at (800) 613-2189 re request for complete list of all scheduled and filed claims - referred to Rust Consulting |
| BRIANNA TATE - CAS | | $45.00 | 10/29/2007 | 0.1 | $4.50 | Telephone with Nina of Bankruptcy Settlement Group at (800) 613-2189 re request for claims register - referred her to Rust Consulting |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/29/2007 | 0.5 | $47.50 | Read (.2) and respond (.3) to e-mails from J Miller re subpoena to produce documents served on BMC Group |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2007 | 2.0 | $420.00 | Analysis of e-mails from K Davis re new Rust upload (.2); prep e-mails to K Davis re inclusion of re-number claim in upload (.3); analysis of court docket re recent filings and pleadings affecting claims (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2007 | 2.0 | $420.00 | Analysis of pleadings referred in DDRT system |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/30/2007 | 0.4 | $38.00 | Read (.1) and respond (.1) to all new case correspondence including ECF notifications; prepare e-mail to J Miller, S Cohen and M Araki re recent orders filed impacting claims (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/30/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new correspondence including e-mail from Rust Consulting |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/30/2007 | 0.5 | $47.50 | Weekly conference call with team members to discuss all upcoming projects and deadlines |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2007 | 1.0 | $210.00 | Weekly team conf call with J Miller, S Cohen, S Kjontvedt, G Kruse, L Ruppaner (.4); e-mails to/from J Conklin re Rust Consulting upload issues (.3); e-mails to/from B Daniel re DDRT upload status (.2); e-mails to/from L Ruppaner re DDRT and current Court docket status (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/30/2007 | 0.4 | $44.00 | Status call led by J Miller re pending issues |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 10/31/2007 | 0.2 | $40.00 | Discuss case status with J Miller |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/31/2007 | 2.1 | $157.50 | Review Court docket Nos 17149 to 17229 (1.0); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (1.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/31/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| | Case Administration Total: | | | 96.6 | $15,084.50 | |

## October 2007 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| ANNA WICK - SR_ANALYST | | $110.00 | 10/1/2007 | 0.1 | $11.00 | Review weblog data including page count, convert data to database |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/1/2007 | 0.3 | $33.00 | Create b-Linx customized data from 9/30/2007 |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

## October 2007 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/1/2007 | 0.2 | $19.00 | Review (.1) and verify (.1) creditor, docket and amount records claim data in CCRT application |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/1/2007 | 0.8 | $140.00 | Update (.4) and audit (.4) claims liability reporting tool and reports |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/2/2007 | 0.3 | $33.00 | Add J Miller to user table of custom b-Linx |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/2/2007 | 1.2 | $180.00 | Create new report of California General Services claims (.7); export to Excel (.4); forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/2/2007 | 0.9 | $135.00 | Begin review of creditor table addresses and prepare for normalization of address fields |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/2/2007 | 3.9 | $682.50 | Prepare analysis of resolved non-asbestos claims for the past 12 months in dollars |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/2/2007 | 1.7 | $297.50 | Review data for analysis of resolved non-asbestos claims for the past 12 months in dollars |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/3/2007 | 0.7 | $77.00 | Update custom F7 and F8 report at request of J Miller for data set 9/28/07 |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/3/2007 | 3.9 | $682.50 | Revise data for resolved non-asbestos claims for the past 12 months in dollars |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/3/2007 | 3.2 | $560.00 | Continue to revise data for resolved non-asbestos claims for the past 12 months in dollars |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/3/2007 | 1.2 | $210.00 | Prepare reports of resolved non-asbestos claims for the past 12 months in dollars |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/9/2007 | 1.7 | $297.50 | Assist S  Cohen with reconciliation of quarterly claim and dollar figures |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/10/2007 | 0.4 | $38.00 | Review (.2) and verify (.2) claim amount information per S Cohen request |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/11/2007 | 2.3 | $402.50 | Continue to assist S  Cohen with reconciliation of quarterly claim and dollar figures |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/15/2007 | 0.4 | $38.00 | Review (.2) and confirm (.2) claims report utilizing advance reporting tool for claim docket and amount verification |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/16/2007 | 0.2 | $30.00 | Compare active claims list to worksheet provided by M Araki |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/16/2007 | 0.2 | $19.00 | Review (.1) and verify (.1) claim amounts for active claims per S Cohen request |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/16/2007 | 2.2 | $385.00 | Assist S  Cohen with reconciliation of quarterly claim and dollar figures |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/18/2007 | 0.2 | $22.00 | Update column header at request of S Cohen to remove wrong debtor custom code |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/18/2007 | 1.7 | $255.00 | Modify standard objection exhibit report in objection reporting database to print in landscape orientation |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/18/2007 | 0.6 | $57.00 | Review (.3) and update (.3) proofs of claim amount records per S Cohen request |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/18/2007 | 2.6 | $455.00 | Assist S  Cohen with reconciliation of quarterly claim and dollar figures |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/19/2007 | 0.2 | $22.00 | Populate mailfile 26259 with affected party for noticing |
| ANNA WICK - SR_ANALYST | | $110.00 | 10/19/2007 | 0.3 | $33.00 | Prepare custom data change tracking report July - Sep 2007 at request of S Cohen |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/19/2007 | 3.9 | $682.50 | Continue to assist S  Cohen with reconciliation of quarterly claim and dollar figures |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## October 2007 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/22/2007 | 0.1 | $9.50 | Update mail file data to master service list |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/22/2007 | 0.2 | $19.00 | Review (.1) and update (.1) proofs of claim docket information per S Cohen request |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/22/2007 | 3.9 | $682.50 | Assist S  Cohen with reconciliation of quarterly claim and dollar figures |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 10/22/2007 | 1.4 | $245.00 | Continue to assist S Cohen with reconciliation of quarterly claim and dollar figures |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/30/2007 | 0.1 | $9.50 | Prepare Claims Register for todays claims upload |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/30/2007 | 0.2 | $19.00 | Review claim upload, b-Linx data review and verification (.1); report data anomalies to J Miller/L Ruppaner (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/30/2007 | 0.1 | $9.50 | Migrate bankruptcy claims images from CD to server |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/30/2007 | 0.1 | $9.50 | Reformat bankruptcy claims imaged in production to migrating to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/30/2007 | 0.1 | $9.50 | Reformat bankruptcy claims modified record data files in preparation to migration to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/30/2007 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/30/2007 | 0.1 | $9.50 | Append bankruptcy claims data to tblOutput for migration to b-Linx |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/31/2007 | 0.3 | $45.00 | Add new claim sub-status to b-Linx as per M Araki |
| | | Data Analysis Total: | | 42.0 | $6,874.00 | |

## October 2007 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2007 | 2.0 | $420.00 | Analysis of e-mail from S Fritz re revised Apr, May, Jun 07 production and expenses (.1); analysis of revised production and expenses Apr, May, Jun (1.2); prepare Apr, May, Jun production and expense exhibits for fee apps (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/5/2007 | 2.0 | $420.00 | Prepare Jul 07 time summary and detail reports (.6); analysis of Jul 07 time detail (.7); revise Jul 07 time entries per time detail review (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/6/2007 | 1.5 | $315.00 | Begin draft Jul 07 fee app |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2007 | 4.0 | $840.00 | Continue draft Jul 07 fee app (1.0); prepare Aug 07 time summary and detail reports (.6); analysis of Aug 07 time detail (.7); revise Aug 07 time entries per time detail review (.7); begin draft Aug 07 fee app (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2007 | 4.0 | $840.00 | Continue draft Aug 07 fee app (1.5); prepare category summary and time detail exhibits for Apr, May, Jun and 25th Qtrly fee apps (1.6); review master bio data for updates (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2007 | 4.8 | $1,008.00 | Prepare draft billing detail reports for Sep 07 (.5); begin analysis of draft reports for Sep 07 for prof billing reqts and Court imposed categories (2.0); begin revision of Sep 07 billing entries for fee app compliance (2.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2007 | 2.0 | $420.00 | Analysis of Sep 07 billing entries for fee app compliance (1.0); revision of Sep 07 billing entries for fee app compliance (1.0) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

---

## October 2007 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2007 | 4.0 | $840.00 | Additional analysis of Sep 07 billing entries for fee app compliance (2.0); additional revision of Sep 07 billing entries for fee app compliance (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2007 | 4.0 | $840.00 | Continue analysis of Sep 07 billing entries for fee app compliance (1.0); continue revision of Sep 07 billing entries for fee app compliance (1.0); begin draft Sep 07 fee app (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/27/2007 | 2.0 | $420.00 | Begin draft 26th Qtrly fee app |
| | | Fee Applications Total: | | 30.3 | $6,363.00 | |

## October 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ELLEN DORS - REC_TEAM | | $110.00 | 10/1/2007 | 3.0 | $330.00 | Continue to review active open claims re possible unliquidated components per L Sinanyan request (1.7); update claims data spreadsheet as required (1.3) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/1/2007 | 4.2 | $462.00 | Review active open claims re possible unliquidated components per L Sinanyan request (2.5); update claims data spreadsheet as required (1.7) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/1/2007 | 0.7 | $147.00 | Research and follow-up from S Gross claim inquiries |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/1/2007 | 0.3 | $28.50 | Call from Argo Partners requesting information on filed and scheduled claims (.1); verify information re defective transfer requests served in the past 60 days (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/1/2007 | 0.5 | $82.50 | Review active open claims re possible unliquidated components per L Sinanyan request (.2); update claims data spreadsheet as required (.2); various discussions with team re same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/1/2007 | 0.2 | $22.00 | Research Falco & Prete claims per S Gross request (.1); draft follow-up memo to S Gross (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/2/2007 | 2.7 | $297.00 | Additional review of active open claims re possible unliquidated components per L Sinanyan request (1.7); update claims data spreadsheet as required re same (1.0) |
| ELLEN DORS - REC_TEAM | | $110.00 | 10/2/2007 | 3.1 | $341.00 | Further review of active open claims re possible unliquidated components per L Sinanyan request (2.0); update claims data spreadsheet as required re same (1.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/2/2007 | 1.5 | $315.00 | Review draft analysis of claim activity from 8/06 to present prepared by M Grimmett per request from L Sinanyan (1.3); schedule follow-up with M Grimmett (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/2/2007 | 1.0 | $210.00 | Review report of open claim settlements per report received by S Cohen from L Sinanyan (.7); discuss next steps for review and update with S Cohen (.3) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/2/2007 | 3.6 | $270.00 | Review active reconciled claims re possible unliquidated components per L Sinanyan request (1.6); update claims data spreadsheet as required (2.0) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 10/2/2007 | 2.8 | $210.00 | Continue to review active reconciled claims re possible unliquidated components per L Sinanyan request (1.4); continue to update claims data spreadsheet as required (1.4) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## October 2007 -- Non-Asbestos Claims

| Name              Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| MIKE BOOTH - MANAGER | $165.00 | 10/2/2007 | 0.3 | $49.50 | Review active reconciled claims re possible unliquidated components per L Sinanyan request (.2); update claims data spreadsheet as required (.1) |
| JEFF MILLER - SR_MANAGER | $210.00 | 10/3/2007 | 2.4 | $504.00 | Audit updated claims analysis of activity from 8/06 through end of September per L Sinanyan request |
| JEFF MILLER - SR_MANAGER | $210.00 | 10/3/2007 | 0.7 | $147.00 | Review Active Reconciled to Active Open claim analysis prepared by M Grimmett to support the one-year look-back reporting reconciliation |
| LEILA HUGHES - REC_TEAM | $75.00 | 10/3/2007 | 2.9 | $217.50 | Review active reconciled claims re possible unliquidated components per L Sinanyan request (1.5); update claims data spreadsheet as required (1.4) |
| LEILA HUGHES - REC_TEAM | $75.00 | 10/3/2007 | 2.6 | $195.00 | Further review of active reconciled claims re possible unliquidated components per L Sinanyan request (1.4); further update of claims data spreadsheet as required (1.2) |
| MIKE BOOTH - MANAGER | $165.00 | 10/3/2007 | 0.3 | $49.50 | Review active reconciled claims re possible unliquidated components per L Sinanyan request (.2); update claims data spreadsheet as required (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 10/3/2007 | 0.4 | $44.00 | Analyze active open claims per J Miller request (.2); draft follow-up memo to J Miller (.2) |
| JEFF MILLER - SR_MANAGER | $210.00 | 10/4/2007 | 1.9 | $399.00 | Review updated one-year look back report revised by M Grimmett per L Sinanyan initial request |
| LEILA HUGHES - REC_TEAM | $75.00 | 10/4/2007 | 3.2 | $240.00 | Continue to review active reconciled claims re possible unliquidated components per L Sinanyan request (1.5); continue to update claims data spreadsheet as required (1.7) |
| MIKE BOOTH - MANAGER | $165.00 | 10/4/2007 | 0.1 | $16.50 | Discussion with S Cohen re pending analysis and review of claims to ascertain possible interest components |
| MIKE BOOTH - MANAGER | $165.00 | 10/4/2007 | 0.3 | $49.50 | Review active reconciled claims re possible unliquidated components per L Sinanyan request (.1); update claims data spreadsheet as required (.1); various discussions with team re same (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 10/4/2007 | 0.1 | $11.00 | Discussion with M Booth re pending analysis and review of claims to ascertain possible interest components |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 10/5/2007 | 0.4 | $38.00 | Review all pending claim transfer notices listed on the transfer tracking report (.1); verify completion of all pending claim transfers after the 20 day objection deadline has expired (.2); record updates in b-Linx (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 10/8/2007 | 1.4 | $154.00 | Initialize higher-level analysis of active reconciled claims and possible unliquidated/interest components per L Sinanyan request (1.2); draft follow-up memos to M Booth re analysis required (.2) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 10/8/2007 | 2.8 | $308.00 | Continue higher-level analysis of active reconciled claims and possible unliquidated/interest components per L Sinanyan request (1.5); prepare spreadsheet/data re analysis (1.3) |
| JEFF MILLER - SR_MANAGER | $210.00 | 10/9/2007 | 2.8 | $588.00 | Review (1.6) and finalize (1.2) one-year look back reporting of non-asbestos claim counts and amounts per L Sinanyan request |
| JEFF MILLER - SR_MANAGER | $210.00 | 10/10/2007 | 1.4 | $294.00 | Review e-mail and report from S Cohen re protocol to update all Unknown claims with Unliquidated flag (1.1); confirm and respond (.3) |

# BMC Group

WR GRACE

Monthly Invoice

---

## October 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/10/2007 | 0.7 | $147.00 | Research (.4) and follow-up (.3) with A Bloom re status of Bradley Supply claim 911 |
| MIKE BOOTH - MANAGER | | $165.00 | 10/10/2007 | 0.7 | $115.50 | Discussion with S Cohen re ongoing audit of claims with interest components and additional analysis/claims updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/10/2007 | 0.7 | $77.00 | Discussion with M Booth re ongoing audit of claims with interest components and additional analysis/claims updates required re same |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/10/2007 | 3.9 | $429.00 | Continue higher-level analysis of active reconciled claims and possible unliquidated/interest components per L Sinanyan request (2.5); continue preparation of spreadsheet/data re analysis (1.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/11/2007 | 0.4 | $44.00 | Analyze docket numbers 16247 to 17014 and related docket entries (.2); audit claims database re same (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/11/2007 | 0.6 | $66.00 | Continue higher-level analysis of active reconciled claims and possible unliquidated/interest components per L Sinanyan request (.3); continue preparation of spreadsheet/data re analysis (.3) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/15/2007 | 1.1 | $104.50 | Review all new claim transfer requests listed on the Court docket (.2); update b-Linx re claim transfers (.3); create claim transfer notices (.4); prepare transfer notices for service on all affected parties (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/16/2007 | 1.4 | $294.00 | Audit non-asbestos claim counts to determine 3rd Qtr figures for 10-Q |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/16/2007 | 0.2 | $22.00 | Analyze docket numbers 16366 (.1); audit claims database re same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/16/2007 | 0.3 | $33.00 | Continue higher-level analysis of active reconciled claims and possible unliquidated/interest components per L Sinanyan request (.2); draft follow-up memo to J Conklin re same (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/17/2007 | 0.3 | $28.50 | Respond to e-mails (.2) and phone call (.1) from Argo Partners re status of certain filed and scheduled claims |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/17/2007 | 2.0 | $190.00 | Review Court docket re new claim transfer requests (.5); update b-Linx re claim transfers (.7); create claim transfer notices (.5); prepare claim transfer notices for service on affected parties (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/17/2007 | 0.6 | $66.00 | Update claims database as required and prepare non-substantive objection exhibit drafts per L Sinanyan request (.4); draft follow-up memo to L Sinanyan re same (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/18/2007 | 3.2 | $672.00 | Review e-mail from L Sinanyan re 3rd Qtr end non-asbestos and pd claim counts (.5); follow-up with S Cohen re reconciliation of non-asbestos figures (2.7) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 10/18/2007 | 0.2 | $22.00 | Audit claim transfers on docket to verify updates to transfer details in the database were accurately performed and appropriate notices were served |
| MIKE BOOTH - MANAGER | | $165.00 | 10/18/2007 | 1.6 | $264.00 | Discussion with S Cohen re ongoing audit of unliquidated claims per L Sinanyan request (.2); update claims database as required (1.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/18/2007 | 0.6 | $66.00 | Revise Omni 24 objections per L Sinanyan request (.3); discussion with M Grimmett re customization required (.1); draft follow-up memos to L Sinanyan, G Kruse, B Daniel re Omni 24 objections (.2) |

# BMC Group

WR GRACE

Monthly Invoice

## October 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/18/2007 | 1.6 | $176.00 | Discussion with M Booth re ongoing audit of unliquidated claims per L Sinanyan request (.3); update claims database as required (1.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/18/2007 | 3.3 | $363.00 | Continue higher-level analysis of active reconciled claims and possible unliquidated/interest components per L Sinanyan request (2.0); update claims database as required (1.1); draft follow-up memos to L Sinanyan, J Conklin (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/19/2007 | 0.1 | $16.50 | Discussion with S Cohen re ongoing audit of unliquidated claims per L Sinanyan request and timeline |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2007 | 0.1 | $11.00 | Discussion with M Booth re ongoing audit of unliquidated claims per L Sinanyan request and timeline |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2007 | 0.1 | $11.00 | Prepare claim images and draft follow-up memo re J Yoder request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2007 | 3.2 | $352.00 | Begin analysis of claims data related to claims inactivated and resolved in 3rd quarter of 2007 per J Miller request (2.7); discussions with J Miller, M Grimmett re further analysis required (.3); draft follow-up memo to J Miller (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/19/2007 | 1.1 | $121.00 | Continue analysis of claims data related to claims inactivated and resolved in 3rd quarter of 2007 per J Miller request (.8); draft follow-up memo to J Miller (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/20/2007 | 1.4 | $154.00 | Continue analysis of claims data related to claims inactivated and resolved in 3rd quarter of 2007 per J Miller request (1.2); draft follow-up memos to J Miller, M Grimmett, G Kruse (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/21/2007 | 0.9 | $99.00 | Continue analysis of claims data related to claims inactivated and resolved in 3rd quarter of 2007 per J Miller request (.7); draft additional follow-up memos to J Miller, M Grimmett, G Kruse (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/22/2007 | 2.4 | $504.00 | Reconciled non-asbestos claim counts for 3rd Qtr reporting |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/22/2007 | 2.4 | $264.00 | Further analysis of claims data related to claims inactivated and resolved in 3rd quarter of 2007 per J Miller request (2.0); discussions with J Miller, M Grimmett (.2); draft follow-up memos to J Miller, M Grimmett (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/22/2007 | 0.1 | $11.00 | Update claim 3816 and generate revised Omni 24 Exhibit A draft per L Sinanyan request and transmit |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/22/2007 | 0.8 | $88.00 | Analyze claim data per additional J Miller/L Sinanyan request (.6); draft follow-up memos to J Miller, M Grimmett re same (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/23/2007 | 3.0 | $630.00 | Review e-mail from L Sinanyan re 3rd Qtr claim count figures (.7); discuss responses with S Cohen (.8); audit claim count results against 9/30 Qtr end report (1.5) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/23/2007 | 1.3 | $273.00 | Calls with S Cohen to discuss reconciliation of 3rd Qtr ending non-asbestos claim counts |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## October 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/23/2007 | 3.3 | $363.00 | Additional analysis of claims data related to claims inactivated and resolved in 3rd quarter of 2007 per J Miller request (2.8); draft follow-up memos to J Miller, M Grimmett re database updates and reporting of same (.2); various discussions with L Sinanyan, J Miller, M Grimmett re same (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/24/2007 | 0.3 | $33.00 | Additional analysis of claims data related to claims inactivated and resolved in 3rd quarter of 2007 per J Miller request (.2); draft follow-up memo to J Miller re same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/24/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/25/2007 | 1.7 | $187.00 | Additional analysis of claims data related to claims inactivated and resolved in 3rd quarter of 2007 per J Miller request (1.4); discussions with J Miller, M Grimmett re additional analysis required (.2); draft follow-up memos to L Sinanyan, J Miller (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/26/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/29/2007 | 0.4 | $38.00 | Telephone from Fair Harbor re claim transfer requests (.1); review claim records for 10 claims (.2); telephone to Fair Harbor re status of transfer requests (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/31/2007 | 2.1 | $199.50 | Review Court docket re new claim transfers (1.0); update b-Linx re claim transfers (1.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 10/31/2007 | 2.2 | $209.00 | Prepare claim transfer notices (1.7); prepare claim transfer notices for service on affected parties (.3); electronically file claim transfer notices with Court (.2) |
| | Non-Asbestos Claims Total: | | | 98.1 | $12,785.00 | |

## October 2007 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 10/10/2007 | 0.2 | $28.00 | E-mail from J R Olbrysh at Ulmer (.1); return call (.1) |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 10/11/2007 | 0.2 | $28.00 | E-mail to (.1) / from (.1) J Olbrysh at Ulmer re her request for information |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 10/17/2007 | 0.5 | $70.00 | E-mails from (.2) / to (.3) J Olbrysh re Plan confirmation and asbestos PI claims |
| ALAN DALSASS - DIRECTOR | | $275.00 | 10/25/2007 | 0.8 | $220.00 | Review of subpoena letters |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2007 | 0.6 | $126.00 | Analysis of e-mail from M Soto re subpoena served by FedEx (.1); analysis of documents (.2); prepare e-mail to J Miller and A Dalsass re same (.1); e-mails from/to J Miller and A Dalsass re handling of subpoena (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/26/2007 | 0.5 | $105.00 | Analysis of e-mail from M John re new subpoenas served on BMC (.1); e-mail to M John re handling of subpoenas (.1); analysis of scanned subpoenas from M John and e-mail to J Miller and A Dalsass (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/26/2007 | 0.2 | $39.00 | Review subpoenas from Roetzel & Andress for documents relating to Ronald Wertz and Lee Rettig (.1); memo to M Araki re disposition of subpoenas (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/26/2007 | 0.3 | $58.50 | Memo from M Araki re disposition of subpoenas (.1); image and process subpoenas and forward to J Miller, A Dalsass, M Araki and L Ruppaner (.2) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## October 2007 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 10/27/2007 | 0.2 | $28.00 | E-mail from (.1) / to (.1) A Dalsass re new subpoena |
| JEFF MILLER - SR_MANAGER | | $210.00 | 10/30/2007 | 1.4 | $294.00 | Review PI Trust Subpoenas filed with BMC-LA office (.9); follow-up with A Dalsass and K&E re recommended handling (.5) |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 10/31/2007 | 0.8 | $112.00 | Review and execute Declaration (.7); forward to A Basta (.1) |
| | WRG Asbestos PI Claims Total: | | | 5.7 | $1,108.50 | |
| | October 2007 Total: | | | 301.1 | $48,179.00 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

|  | Grand Total: | 301.1 | $48,179.00 |
|---|---|---|---|

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 10/1/2007 thru 10/31/2007

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 28.4 | $5,964.00 |
| | Total: | 28.4 | $5,964.00 |
| **Case Administration** | | | |
| CAS | | | |
| Alex Cedeno | $45.00 | 0.7 | $31.50 |
| Brianna Tate | $45.00 | 0.4 | $18.00 |
| James Myers | $65.00 | 0.8 | $52.00 |
| Yvette Knopp | $90.00 | 1.2 | $108.00 |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 13.7 | $2,877.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.9 | $148.50 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 2.5 | $500.00 |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 1.0 | $140.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 0.6 | $90.00 |
| REC_TEAM | | | |
| Leila Hughes | $75.00 | 19.5 | $1,462.50 |
| Steffanie Cohen | $110.00 | 3.0 | $330.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 14.4 | $1,368.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 37.9 | $7,959.00 |
| | Total: | 96.6 | $15,084.50 |
| **Data Analysis** | | | |
| SR_CONSULT_DATA | | | |
| Mike Grimmett | $175.00 | 32.7 | $5,722.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 4.3 | $645.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.1 | $231.00 |
| Jacqueline Conklin | $95.00 | 2.9 | $275.50 |
| | Total: | 42.0 | $6,874.00 |
| **Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 30.3 | $6,363.00 |
| | Total: | 30.3 | $6,363.00 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 10/1/2007 thru 10/31/2007

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Non-Asbestos Claims** | | | |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 24.4 | $5,124.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 3.9 | $643.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 13.0 | $1,430.00 |
| Lauri Bogue | $110.00 | 0.2 | $22.00 |
| Leila Hughes | $75.00 | 15.1 | $1,132.50 |
| Steffanie Cohen | $110.00 | 32.7 | $3,597.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 8.8 | $836.00 |
| | Total: | 98.1 | $12,785.00 |
| **WRG Asbestos PI Claims** | | | |
| DIRECTOR | | | |
| Alan Dalsass | $275.00 | 0.8 | $220.00 |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 1.4 | $294.00 |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.5 | $97.50 |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 1.9 | $266.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 1.1 | $231.00 |
| | Total: | 5.7 | $1,108.50 |
| | Grand Total: | 301.1 | $48,179.00 |

EXHIBIT 1