# EXHIBIT 2

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_071031**

| Period Ending 10/31/2007 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Conference Call | $34.30 |
| | Document Storage | $600.30 |
| | PO Box Renewal | $630.00 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $125.60 |
| | **Total** | **$2,840.20** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| BANK: | Citibank<br>15233 Ventura Blvd. 1st Floor<br>Sherman Oaks, CA 91403 |
| ABA/Routing#: | 322271724 |
| Account #: | 201381993 - BMC Group |
| Tax ID #: | 52-2083477 |

EXHIBIT 2

BMC GROUP

WR GRACE
EXPENSE DETAIL

OCTOBER 2007

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_071031 | WR Grace | BMC10, bmc | BMC | $350.00 | 10/31/07 | B-linx User Fee | B-linx User Fee |
| 21_071031 | WR Grace | BMC10, bmc | BMC | $850.00 | 10/31/07 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_071031 | WR Grace | BMC10, bmc | BMC | $250.00 | 10/31/07 | Website Hosting | Website Hosting |
| 21_071031 | WR Grace | BMC10, bmc | BMC | $600.30 | 10/31/07 | Document Storage | 414 boxes |
| 21_071031 | WR Grace | BMC10, bmc | BMC | $125.60 | 10/31/07 | Website Storage/Traffic | website traffic - 56 docs |
| 21_071031 | WR Grace | BMC10, bmc | Conference Call.com | $34.30 | 10/12/07 | Conference Call | Conference Call Inv# B1-1011435 |
| 21_071031 | WR Grace | BMC10, bmc | USPS | $630.00 | 10/8/07 | PO Box Renewal | P.O. Box#913 Renewal |
|  |  |  |  | $2,840.20 |  |  |  |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20071019-1 | 10/19/2007 | $27.17 |
| | Total | $27.17 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 201381993 - BMC Group

*Invoice Due Upon Receipt*

**bmc**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

Production Date: 10/19/2007
Invoice #: 021-20071019-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 17090 - Ord Dis Damage Claim | 1 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.41 each | $0.82 |
| | | | | USPS - MX/CA | 1 Piece @ $.60 each | $0.60 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

Total Due: $27.17

*Invoice Due Upon Receipt*