IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. _____ |
| | | 1/14/08 Hearing, Agenda Item No. \_\_\_\_ |

**ORDER APPROVING W.R. GRACE MOTION IN LIMINE AND/OR
TO STRIKE EXPERT REPORTS OFFERED INTO EVIDENCE BY PI
<u>COMMITTEE AND FUTURE CLAIMANTS' REPRESENTATIVE</u>**

And now this \_\_\_ day of January 2008, upon consideration of the *W. R. Grace Motion in Limine and/or to Strike Expert Reports Offered Into Evidence By PI Committee and Future Claimants' Representative* (the "Motion") and any responses filed thereto, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that any and all expert reports offered into evidence by the Personal Injury Claimants' Committee and the Future Claimants' Representative are excluded.

Dated: _____, 2008    _____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge