IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 7th day of January, 2008, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> Notice of W. R. Grace Motion in Limine and/or to Strike Expert Reports Offered Into Evidence By PI Committee and Future Claimants' Representative;
>
> W. R. Grace Motion in Limine and/or to Strike Expert Reports Offered Into Evidence By PI Committee and Future Claimants' Representative; and
>
> [Proposed] Order Approving W. R. Grace Motion in Limine and/or to Strike Expert Reports Offered Into Evidence By PI Committee and Future Claimants' Representative.

James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:123830.95

W.R. Grace – PI Estimation Regular Service List
Case Number: 01-1139(JKF)
Document Number: 133813
05 – Hand Delivery
08 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(FCR)
Raymond Mullady, Esquire
Garret Rasmussen, Esquire
John Ansbro, Esquire
Debra Felder, Esquire
Catharine Zurbrugg, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

*First Class Mail*
(Libby)
John Heberling, Esquire
Tom Lewis, Esquire
Mark Kovacich, Esquire
John Lacey, Esquire
Dan Cohn, Esquire
Chris Candon, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main
Kalispell, MT 59901-5399

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Matt Kramer, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Peggy Farber, Esquire
Gregory Horowitz, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Counsel for ACC)
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

W.R. Grace – PI Estimation Email Service List
Case Number: 01-1139(JKF)
Document Number: 133415
13 – Electronic Delivery

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Electronic Delivery*
*ghorowitz@kramerlevin.com;*
*pfarber@kramerlevin.com*
*pbentley@kramerlevin.com*
(Equity Committee)
Gregory Horowitz, Esquire
Peggy Farber, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

*Electronic Delivery*
*lkruger@stroock.com;*
*kpasquale@stroock.com;*
*akrieger@stroock.com*
(Unsecured Creditors' Committee)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Stroock & Stroock & Lavan LLP

*Electronic Delivery*
*rmullady@orrick.com;*
*grasmussen@orrick.com;*
*jansbro@orrick.com*
*dfelder@orrick.com;*
*czurbrugg@orrick.com*
(FCR)
Raymond Mullady, Esquire
Garret Rasmussen, Esquire
John Ansbro, Esquire
Debra Felder, Esquire
Catharine Zurbrugg, Esquire
Orrick, Herrington & Sutcliffe LLP

*Electronic Delivery*
*ndf@capdale.com;*
*wbs@capdale.com;*
*jpw@capdale.com*
*bsb@capdale.com;*
*dbs@capdale.com*
*mhurford@camlev.com*
(ACC)
Nathan Finch, Esquire
Walter Slocombe, Esquire
James Wehner, Esquire
Bernie Bailor, Esquire
David Smith, Esquire
Mark Hurford, Esquire
Caplin & Drysdale

*Electronic Delivery*
*sbaena@bilzin.com;*
*jsakalo@bilzin.com;*
*mkramer@bilzin.com*
(PD)
Scott Baena, Esquire
Jay Sakalo, Esquire
Matt Kramer, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

***Electronic Delivery***
*jheberling@mcgarveylaw.com;*
*tom@lsklaw.net;*
*mark@lsklaw.net*
*jlacey@mcgarveylaw.com;*
*cohn@cwg11.com*
*candon@cwg11.com*
(Libby)
Jon Heberling, Esquire
Tom Lewis, Esquire
Mark Kovacich, Esquire
John Lacey, Esquire
Dan Cohn, Esquire
Chris Candon, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC

***Electronic Delivery***
*mlastowski@duanemorris.com*
*rriley@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP

***Electronic Delivery***
*meskin@del.camlev.com*
*mhurford@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine

***Electronic Delivery***
*mjoseph@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.

***Electronic Delivery***
*david.klauder@usdoj.gov*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee

***Electronic Delivery***
*currier@klettrooney.com*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling

***Electronic Delivery***
*ei@capdale.com*
*rct@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered

***Electronic Delivery***
*jcp@pgslaw.com*
(Counsel to David T. Austern, Future
Claimant's Representative)
John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.