IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W.R. GRACE & CO., et al., [1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 01-01139 <br> ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, LISA RUPPANER, hereby certify that on January 7, 2008, I caused a true and correct copy of the attached **NOTICE OF DEFECTIVE TRANSFER OF CLAIM RE DOCKET NO. 17761** to be served on the following parties:

GENERAL STEEL DRUM CORP
PO BOX 651167
CHARLOTTE, NC 28265-1167

ARGO PARTNERS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

DATED: January 7, 2008
El Segundo, California

_____
LISA RUPPANER

State of California        )
                           ) ss
County of Los Angeles      )

On January 7, 2008, before me, James Myers, personally appeared Lisa Ruppaner, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same. I certify under PENALTY OF PERJURY under the laws of the State of California that the statements contained in this paragraph are true and correct.

WITNESS my hand and official seal.



JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

---

[1] The Debtors consist of the following 62 entities W R Grace & Co (f/k/a Grace Specialty Chemicals, Inc ), W. R. Grace & Co -Conn , A-1 Bit & Tool Co , Inc , Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc , CB Biomedical, Inc (f/k/a Circe Biomedical, Inc ), CCHP, Inc , Coalgrace, Inc , Coalgrace II, Inc , Creative Food 'N Fun Company, Darex Puerto Rico, Inc , Del Taco Restaurants, Inc , Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc , Five Alewife Boston Ltd , G C Limited Partners I, Inc (f/k/a Grace Cocoa Limited Partners I, Inc ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc ), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp , Gloucester New Communities Company, Inc , Grace A-B Inc , Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc , Grace Europe, Inc , Grace H-G Inc , Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc ), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W R. Grace Land Corporation, Gracoal, Inc , Gracoal II, Inc , Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc , Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc ), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp , Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al.,[1] ) | (Jointly Administered) |
| Debtors. ) | |

## NOTICE OF DEFECTIVE TRANSFER OF CLAIM RE DOCKET 17761

**Filed**: 1/4/2008
**Docket Number**: 17761
**Transferor**: GENERAL STEEL DRUM CORP
**Transferee**: ARGO PARTNERS

PLEASE TAKE NOTICE, that the Transfer of Claim (the "Transfer Notice") referenced above that was filed with the Clerk of the Court is being returned to the Transferee as a Defective Transfer of Claim for the following reason(s):

☐ The Claim has been previously transferred in its entirety to another Transferee.

☐ Proof of Claim has already been filed.

☐ Proof of Claim filed in a different amount than reflected in Transfer Notice.

☒ Other: No Active Scheduled Record Available to Transfer.

---

[1] The Debtors consist of the following 62 entities W R Grace & Co (f/k/a Grace Specialty Chemicals, Inc ), W R Grace & Co -Conn , A-1 Bit & Tool Co , Inc , Alewife Boston Ltd , Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc (f/k/a Circe Biomedical, Inc ), CCHP, Inc , Coalgrace, Inc , Coalgrace II, Inc , Creative Food 'N Fun Company, Darex Puerto Rico, Inc , Del Taco Restaurants, Inc , Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc , Five Alewife Boston Ltd , G C Limited Partners I, Inc (f/k/a Grace Cocoa Limited Partners I, Inc ), G C Management, Inc (f/k/a Grace Cocoa Management, Inc ), GEC Management Corporation, GN Holdings, Inc , GPC Thomasville Corp , Gloucester New Communities Company, Inc , Grace A-B Inc , Grace A-B II Inc , Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc , Grace Europe, Inc., Grace H-G Inc , Grace H-G II Inc , Grace Hotel Services Corporation, Grace International Holdings, Inc (f/k/a Dearborn International Holdings, Inc ), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc , W R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc , Gracoal II, Inc , Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc , Kootenai Development Company, L B Realty, Inc , Litigation Management, Inc. (f/k/a GHSC Holding, Inc , Grace JVH, Inc , Asbestos Management, Inc ), Monolith Enterprises, Incorporated, Monroe Street, Inc , MRA Holdings Corp (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc (f/k/a Environmental Liability Management, Inc , E&C Liquidating Corp , Emerson & Cuming, Inc ), Southern Oil, Resin & Fiberglass, Inc , Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

Dated: 1/7/2008

**BMC GROUP**
Claims Reconciliation and Solicitation Consultant
1330 East Franklin Avenue
El Segundo, CA 90245

For and on behalf of Rust Consulting, Inc.
Official Claims and Noticing Agent for the
Clerk of the Court

## PROOF OF SERVICE

I, Lisa Ruppaner, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Noticing Agent of the Court. My business address is 1330 East Franklin Avenue, El Segundo, California 90245. On 1/7/2008, I served a copy of the "Notice of Defective Transfer of Claim" upon the following parties:

GENERAL STEEL DRUM CORP
PO BOX 651167
CHARLOTTE, NC 28265-1167

ARGO PARTNERS
12 WEST 37TH ST
9TH FLOOR
NEW YORK, NY 10018

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/7/2008

_____
LISA RUPPANER