**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Related Docket Nos.: 17550, 17581, 17584, 17695, 17696, 17698,** |
| | ) **17700, 17701, 17702, 17703, 17704, 17705** |
| | ) Hearing Date: January 14, 2008 @ 9:00 a.m. in Pittsburgh, PA |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND FUTURE CLAIMANTS REPRESENTATIVE'S JOINT REPLY IN SUPPORT OF THEIR MOTIONS TO EXCLUDE GRACE'S EXPERT TESTIMONY**

# DOCUMENTS TO BE KEPT UNDER SEAL

Dated: January 7, 2008

| | |
|---|---|
| CAMPBELL & LEVINE, LLC | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| | |
| */s/ Mark T. Hurford* | */s/ John C. Phillips, Jr.* |
| Marla R. Eskin (DE ID No. 2989) | John C. Phillips, Jr. (DE ID No. 110) |
| Mark T. Hurford (DE ID No. 3299) | 1200 North Broom Street |
| 800 N. King Street, Suite 300 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Telephone: (302) 655-4200 |
| Telephone: (302) 426-1900 | |
| | – and – |
| – and – | |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| CAPLIN & DRYSDALE, CHARTERED | Roger Frankel |
| Elihu Inselbuch | Richard Wyron |
| 375 Park Avenue, 35th Floor | Raymond G. Mullady, Jr. |
| New York, NY 10022-4614 | 1152 15th Street, N.W. |
| Telephone: (212) 319-7125 | Washington, DC 20005 |
| | Telephone: (202) 339-8400 |
| Peter Van N. Lockwood | |
| Nathan D. Finch | John Ansbro |
| Walter B. Slocombe | 666 Fifth Avenue |
| James P. Wehner | New York, NY 10103 |
| One Thomas Circle, NW | (212) 506-5000 |
| Washington, DC 20005 | |
| Tel: (202) 862–5000 | *Counsel to David T. Austern, Future Claimants'* |
| | *Representative* |
| *Counsel to the Official Committee of Asbestos* | |
| *Personal Injury Claimants* | |

{D0100698.1 }