# Exhibit 1

# Peterson's Estimation Approach



## Steps:

1. **Ratio Equals "Propensity"**
2. **"Calibration Period" For Grace**
3. **Increases Propensity for '02 – '06**
4. **Assumes '99 – '01 Propensity Will Continue For All Time**

GRS111907-10B