# Exhibit 2

# Propensities To Sue Grace: Mesothelioma (1990-2001)