# Exhibit 4

# *Estimate of the Number and Value of Pending and Future Claims for Asbestos-Related Personal Injury Claims Filed and Which Will Be Filed Against Armstrong World Industries, Inc.*

**Overview:**

ARPC, as asbestos claims consultant to Dean M. Trafelet, the Court appointed legal representative for persons who might subsequently assert demands (as the term is defined in Section 524(g) of the Bankruptcy Code), prepared this estimate of the number and value of pending and future claims for asbestos-related personal injury claims filed and which will be filed against Armstrong World Industries, Inc. (AWI).

Analysis Research Planning Corporation (ARPC) is an economic and management consulting firm that provides statistical, econometric and financial analysis to a wide variety of clients. We have extensive experience in the area of valuing and estimating asbestos liabilities in connection with asbestos trusts and manufacturers. We have estimated current and future asbestos-related health claims and liabilities in connection with Babcock & Wilcox, 48-Insulations, Eagle-Picher Industries, A.P. Green, Federal Mogul, Flintkote Company, Halliburton, Kaiser, NARCO, Pittsburgh Corning, W.R. Grace, and Union Carbide. We have also estimated current and future asbestos-related health claims relating to the A-Best Products Asbestos Settlement Trust, Amatex Asbestos Trust, DII Asbestos Trust, Keene Creditor Trust, JT Thorpe Successor Trust, Manville Personal Injury Settlement Trust, Pacor Trust, Fuller-Austin Asbestos Trust, UNR Asbestos Disease Claims Trust, Celotex Asbestos Settlement Trust, and the Eagle-Picher Personal Injury Trust. The curriculum vita of Dr. B. Thomas Florence, president of ARPC, is attached as Exhibit 2 to this report.

The purpose of this report is to describe the data, methods, and results of the present and future claim estimates that ARPC has prepared. ARPC has:

- Examined historical filings and settlements, and identified trends;
- Used conventional epidemiological and statistical approaches to forecast from historical claims to future filings, by disease; and
- Valued pending and future claims in a manner consistent with historical patterns.

Statistical models were created by varying the method used to forecast mesothelioma and lung cancer claims and by varying the range of filing years used to calibrate the mesothelioma and lung cancer estimates. Based on these estimates of lung cancer claims, the methods used to allocate unknown diagnoses, and the methods used to estimate future claims for other cancers and non-malignancies were also varied.

The general approach to estimating future claims is organized in seven stages. These are:

- <u>Examine Historical Experience</u>: Examine the historical experience of AWI, including:
  - the number and timing of claims filed against AWI;

In summary, this method is dependent upon an estimate of the population of persons allegedly exposed to the asbestos in AWI products. Peto's solution to this problem, and the one used herein, was to ask the question "How large must the exposed population be in order to support the annual number of mesothelioma and lung cancer diagnoses which are actually observed?" Using the OSHA dose response models described earlier, the population of persons allegedly exposed to AWI products is estimated from the claims filed against AWI. In other words, if we know the rate of injury from the OSHA models, how large does the population have to be to produce the number of diagnoses we have seen in the AWI filings? Finally, it is assumed that the exposure conditions and age characteristics of the claimants who have filed to date are consistent across the exposed population.

**Methods Used to Estimate the Number of Future Claims for Other Cancers and Non-malignant Claims**

There are no generally accepted dose–response models for injuries other than mesothelioma and lung cancer. Consequently, some other method must be used to estimate future claims for the other injury categories: other cancer and non-malignancy. Historically, there are very strong correlations between the filing rates for lung cancer and the rates for other cancers and non-malignant claims. Two general methods were used to exploit these correlations. The simplest method is to use the lung cancer claims as an "index series" and to determine the ratio of the total number of non-malignant claims (for example) summed over the calibration period to the total number of lung cancers summed over the same calibration period.

The calibration period refers to the historical period of time that is used as the basis for the forecast. A calibration period is selected to be that historical period that is expected to be most reflective of future events. The range of calibration periods: 1996-2000, 1997-2000, 1998-2000, and 1999-2000, were selected so as to include sufficient years such that the influence of any single anomalous year would be mitigated. These calibration periods were also selected as being current with the year of bankruptcy.

Another method is to use regression models to estimate the natural logarithm of the annual filing rate for the other injury categories as a linear function of the natural logarithm of the annual filing rate for lung cancer over the entire range of filing years. It turns out that if a simple ratio model is appropriate, then this is one way of estimating the ratio. However, due to occasional large changes in the ratios of the other injuries to lung cancer, the fit of these models is improved if a small number of variables representing yearly effects are also included in the regression models.[15]

**Claim Estimates by Injury and Year to be Received**

The tables below represent 32 forecasts of future claims—the product of two alternative mesothelioma and lung cancer forecast methods over four calibration periods, two methods for

---

[15] The values of $R^2$ for the log-log regression models range from 98.1% to 99.4%.