# Exhibit 10

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE

IN RE:                              . Case No. 01-1139(JKF)
                                    .
                                    .
W.R. GRACE & CO.,                   . 5414 USX Tower Building
                                    . Pittsburgh, PA  15222
                                    .
              Debtor.               .
                                    . October 25, 2007
 . . . . . . . . . . . . . . . . .  . 2:07 p.m.

                        TRANSCRIPT OF HEARING
                BEFORE HONORABLE JUDITH K. FITZGERALD
                 UNITED STATES BANKRUPTCY COURT JUDGE
```

APPEARANCES:

| | |
|---|---|
| For the Debtor: | Kirkland & Ellis, LLP |
| | By:  JANET BAER, ESQ. |
| |      LISA ESAYIAN, ESQ. |
| |       (telephonic appearance) |
| |      DAVID M. BERNICK, P.C., ESQ. |
| |      AMANDA BASTA, ESQ. |
| |      BARBARA HARDING, ESQ. |
| |       (telephonic appearance) |
| |      ELLEN AHERN, ESQ. |
| |       (telephonic appearance) |
| | Aon Center |
| | 200 East Randolph Drive |
| | Chicago, IL  60601 |
| For the Debtor: | Reed Smith, LLP |
| | By:  JAMES J. RESTIVO, JR., ESQ. |
| | 435 Sixth Avenue |
| | Pittsburgh, PA  15219 |
| Audio Operator: | Janet Heller |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

**(609) 586-2311  Fax No.  (609) 587-3599**

1  is he's going to explain why he couldn't answer the
2  questionnaire in a certain way.
3           THE COURT:  I'm afraid he's not.  He's not going to
4  be explaining.  It's either in writing in those questionnaires,
5  or it's not there.  I think I made those rulings clear early
6  on.  What's in is available for the fact and expert witnesses,
7  and, otherwise, for purposes of this estimation hearing, it
8  doesn't exist.  And that's the end of it.  We are not getting
9  into those questionnaires again, period.  End of story.
10          MR. BERNICK:  Okay, so we'll pursue the subpoenas,
11 and I -- yes.  You know, maybe we'll be back on a motion to --
12 I would really -- I urge the other side to sit down and see if
13 we could become more specific, because I really believe that if
14 they're going to avoid the inference that there was liability
15 from those criteria, then we're talking about very limited
16 testimony.  And if it's very limited testimony, there's a very
17 limited amount of discovery that I'm going to need, and then I
18 will know what these people are going to say, because it's in
19 our files.
20          THE COURT:  Well, there is not going to be an
21 inference of liability, unless there is something in the
22 settlement agreement in which case somebody's going to have to
23 show me the settlement agreement that indicates that, in fact,
24 there is an admission of liability.  Because, otherwise, people
25 generally settle, so that you don't admit liability.