**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**October 2007**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended October 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 21.2 | $ 14,524.33 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 0.5 | $ 306.27 |
| Laurence Westall | Audit Partner | 13 | Integrated Audit | $868.38 | 1.0 | $ 868.38 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $904.05 | 1.0 | $ 904.05 |
| Chad Kokenge | Audit Partner | 14 | Integrated Audit | $868.38 | 0.5 | $ 434.19 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 9.0 | $ 5,292.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 10.6 | $ 4,173.75 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $455.10 | 2.5 | $ 1,137.75 |
| Lisa Casciaro | Director | 10+ | Integrated Audit | $757.68 | 2.5 | $ 1,894.20 |
| Doug Hileman | Director | 30+ | Integrated Audit | $418.20 | 1.5 | $ 627.30 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 75.2 | $ 29,598.72 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $393.60 | 17.0 | $ 6,691.20 |
| Christopher Coelho | Audit Manager | 8 | Integrated Audit | $539.97 | 1.5 | $ 809.96 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 35.0 | $ 10,418.10 |
| Joanna Own | Tax Manager | 4 | Integrated Audit | $267.75 | 0.8 | $ 214.20 |
| Dan Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 18.0 | $ 4,819.50 |

{02411}

| Name | Title | | Rate | Hours | Total |
|---|---|---|---|---|---|
| Pamela Barkley | Audit Senior Associate | 3 | $217.71 | 12.5 | $ 2,721.38 |
| Cindy Chen | Audit Senior Associate | 2 | $211.56 | 51.5 | $ 10,895.34 |
| Lyndsay Signori | Audit Senior Associate | 3 | $205.41 | 14.0 | $ 2,875.74 |
| Mohamed Yasin | Audit Senior Associate | 2 | $189.00 | 15.0 | $ 2,835.00 |
| Jennifer Ochse | Audit Associate | 2 | $168.51 | 20.0 | $ 3,370.20 |
| Karen Geung | Audit Associate | 2 | $151.29 | 41.0 | $ 6,202.89 |
| Shahin Rahmani | Audit Associate | <1 | $118.08 | 161.3 | $ 19,046.30 |
| Erica Margolius | Audit Associate | 1 | $193.11 | 146.8 | $ 28,348.55 |
| Lynda Keorlet | Audit Associate | 1 | $151.29 | 137.5 | $ 20,802.38 |
| Nicole Heisler | Audit Associate | 1 | $168.51 | 88.0 | $ 14,828.88 |
| Cassandre Saint-Louis | Audit Associate | 2 | $138.99 | 12.0 | $ 1,667.88 |
| Youhan Lee | Audit Associate | 2 | $168.51 | 14.5 | $ 2,443.40 |
| Pavel Katsiak | Audit Associate | 1 | $138.99 | 156.5 | $ 21,751.94 |
| Adam Lueck | Audit Associate | <1 | $138.99 | 106.2 | $ 14,760.74 |
| Molly McCall | Audit Associate | <1 | $147.60 | 92.3 | $ 13,623.48 |
| Todd Chesla | Tax Associate | 1 | $141.75 | 17.0 | $ 2,409.75 |
| Jose Nunez | Tax Associate | <1 | $141.77 | 0.3 | $ 42.53 |
| | | TOTAL | | 1,284.2 | $ 251,340.26 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals                15.7                    $  2,131.71

## Summary of PwC's Fees By Project Category:
## October 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |

{02411}

| Category | | |
|---|---|---|
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 15.7 | $2,131.71 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,284.2 | $251,340.26 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |

{02411}

| TOTAL: | 1,299.9 | $253,471.97 |
|---|---|---|

Expense Summary
October 2007

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $4,698.28 |
| Lodging | N/A | $1,261.58 |
| Sundry | N/A | $52.00 |
| Business Meals | N/A | $750.21 |
| TOTAL: | | $6,762.07 |

{02411}