# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended October 31, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 10/18/07 | | | | $ 273.49 | Audit team dinner with P Barkley, M Hornfeck, A Lueck, B Rosenblat and S Rahmani (PwC) at Timpano Grill |
| Marvin de Guzman | Integrated Audit | 10/16/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles* .485) |
| | | 10/17/07 | 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles* .485) |
| | | 10/23/07 | 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles* .485) |
| | | 10/24/07 | 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles* .485) |
| | | 10/30/07 | 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles* .485) |
| George Baccash | Integrated Audit | 10/5/07 | $ 72.76 | | | | Mileage to client in Boca Raton. Meeting to discuss bankruptcy and 3rd quarter provision review. |
| Cindy Chen | Integrated Audit | 10/1/07 | $ 7.76 | | | | milage to work |
| | Integrated Audit | 10/8/07 | 7.76 | | | | milage to work |
| | | 10/11/07 | 7.76 | | | | milage to work |
| | | 10/11/07 | 7.76 | | | $ 48.57 | overtime meal for c.chen, m.mccall, n. heisler at UNO, (Columbia, MD) |
| Raul Quiroz | Integrated Audit | 10/23/07 | $ 76.13 | | | $ 10.17 | Meeting with the PwC Center for Advanced Research for definition of journal entry testing procedures. |
| | | 10/24/07 | | $ 22.05 | | | Meeting with the PwC Center for Advanced Research for definition of journal entry testing procedures. |
| | | 10/25/07 | $ 76.13 | $ 22.05 | | | Meeting with the PwC Center for Advanced Research for definition of journal entry testing procedures. |
| Seshadri Venkiteswaran | Integrated Audit | 10/17/07 | $ 29.10 | | | | 60 miles round trip:  Sox mtg w/ Ed Bull & Barb, followed by audit scoping discussion w/ D. Parker |
| Shahin Rahmani | Integrated Audit | 10/8/07 | $ 15.29 | | | | Excess travel to client from home and back 38 miles |
| | | 10/9/07 | 15.29 | | | | Excess travel to client from home and back 38 miles |
| | | 10/10/07 | 15.29 | | | | Excess travel to client from home and back 38 miles |
| | | 10/11/07 | 15.29 | | | | Excess travel to client from home and back 38 miles |
| | | 10/12/07 | 15.29 | | | | Excess travel to client from home and back 38 miles |
| | | 10/15/07 | 15.29 | | | | Excess travel to client from home and back 38 miles |
| | | 10/16/07 | 15.29 | | | | Excess travel to client from home and back 38 miles |
| | | 10/18/07 | 15.29 | | | | Excess travel to client from home and back 38 miles |
| | | 10/19/07 | 15.29 | | | | Excess travel to client from home and back 38 miles |
| Pavel Katsiak | Integrated Audit | 10/1/2007 | $ 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/3/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/4/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/8/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/9/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/10/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/11/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/12/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/15/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/16/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/17/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/18/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/19/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/22/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/23/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/24/2007 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| | | 10/25/07 | 15.11 | | | | Mileage reimbursement for excess commute from office |
| Erica Margolius | Integrated Audit | 10/1/2007 | $ 370.80 | | | | Roundtrip flight from BWI to Chicago for site visit. Leave Sept 31 return Oct 5 |
| | | 10/1/2007 | | | | $ 8.66 | Dinner for one on site visit to Chicago plants. |
| | | 10/2/2007 | | | | $ 37.67 | Lunch for two on site visit to Chicago plants. |
| | | 10/2/2007 | | | | $ 87.00 | Dinner for two on site visit to Chicago plants. |
| | | 10/3/2007 | | | | $ 9.01 | Breakfast for two on site visit to Chicago plants. |
| | | 10/3/2007 | | | | $ 26.13 | Lunch for two on site visit to Chicago plants. |
| | | 10/4/2007 | | | | $ 25.84 | Dinner for one on site visit to Chicago plants. |
| | | 10/4/2007 | | | | $ 39.00 | Lunch for two on site visit to Chicago plants. |
| | | 10/5/2007 | | | $ 52.00 | | Parking at BWI Airport during Chicago site visit (Sept 30 - Oct 5) |
| | | 10/5/2007 | $ 377.39 | | | | Budget rental car fee for site visit to Chicago plants (Sept 30 - Oct 5) |
| | | 10/5/2007 | | $ 737.00 | | | Hilton Oak Lawn hotel stay for site visit to Chicago plants (Sept 30 - Oct 5) |
| | | 10/8/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| | | 10/9/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/10/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/15/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/16/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/17/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/18/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/19/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/22/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/23/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/24/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/25/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/29/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | 10/31/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Nicole Heisler | Integrated Audit | 10/1/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 10/1/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 10/2/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 10/2/07 | $ 543.83 | | | | Flight to Cambridge for site visit |
| | | 10/2/07 | | | | $ 31.16 | Dinner while on travel to Cambridge for site visit |
| | | 10/3/07 | | | | $ 17.20 | Lunch while on travel in Cambridge for site visit |
| | | 10/3/07 | | | | $ 10.30 | Breakfast while on travel in Cambridge for site visit |
| | | 10/3/07 | | | | $ 100.00 | Dinner while on travel in Cambridge for site visit |
| | | 10/3/07 | $ 10.00 | | | | Parking for dinner while on travel in Cambridge for site visit |
| | | 10/4/07 | | $ 480.48 | | | Hotel while on travel in Cambridge for site visit |
| | | 10/4/07 | | | | $ 15.71 | Lunch while on travel in Cambridge for site visit |
| | | 10/4/07 | $ 34.00 | | | | Airport parking while on travel for Cambridge site visit |
| | | 10/4/07 | $ 141.47 | | | | Rental car, while on travel in Cambridge for site visit |
| | | 10/4/07 | | | | $ 10.30 | Breakfast while on travel in Cambridge for site visit |
| | | 10/4/07 | $ 7.50 | | | | Tolls while on travel in Cambridge for site visit |
| | | 10/5/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 10/8/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 10/9/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 10/10/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | 10/11/07 | $ 36.86 | | | | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| Jennifer Ochse | Integrated Audit | 10/1/07 | $ 543.83 | | | | Airfare |
| Molly McCall | Integrated Audit | 10/1/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | | 10/2/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | | 10/2/07 | $ 10.68 | | | | Traveling from Falls Church, VA to Reagan National Airport. |
| | | 10/2/07 | $ 543.83 | | | | Flight from Reagan National Airport to Boston, MA for on-site visit to Cambridge, MA. |
| | | 10/3/07 | $ 18.00 | | | | Lunch at B. Good restaurant in Harvard Square, MA. |
| | | 10/2-10/3/07 | $ 480.48 | | | | Two night hotel accomadations at Hawkhome Suites in Cambridge, MA. |
| | | 10/5/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | | 10/8/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | | 10/9/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | | 10/10/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | | 10/11/07 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
| | | $ 6,762.07 | $ 4,698.28 | $ 1,261.58 | $ 52.00 | $ 750.21 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended October 31, 2007**

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 10/18/07 | Audit Partner | $ 273.49 | Audit team dinner with P Barkley, M Homfeck, A Lueck, B Rosenblat and S Rahmani (PwC) at Timpano Grill |
| | | | **$ 273.49** | |
| Marvin de Guzman | 10/16/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 10/17/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 10/23/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 10/24/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 10/30/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | | | **$ 179.45** | |
| George Baccash | 10/5/07 | Tax Partner | $ 72.76 | Mileage to client in Boca Raton. Meeting to discuss bankruptcy and 3rd quarter provision review. |
| | | | **$ 72.76** | |
| Cindy Chen | 10/1/07 | Audit Senior Associate | $ 7.76 | milage to work |
| | 10/8/07 | Audit Senior Associate | $ 7.76 | milage to work |
| | 10/11/07 | Audit Senior Associate | $ 7.76 | milage to work |
| | 10/11/07 | Audit Senior Associate | $ 48.57 | overtime meal for c.chen, m.mccall, n. heisler at UNO, (Columbia, MD) |
| | | | **$ 71.85** | |
| Raul Quiroz | 10/23/07 | Advisory Manager | $ 86.30 | Meeting with the PwC Center for Advanced Research for definition of journal entry testing procedures. |
| | 10/24/07 | Advisory Manager | $ 22.05 | Meeting with the PwC Center for Advanced Research for definition of journal entry testing procedures. |
| | 10/25/07 | Advisory Manager | $ 98.18 | Meeting with the PwC Center for Advanced Research for definition of journal entry testing procedures. |
| | | | **$ 206.53** | |
| Seshadri Venkiteswaran | 10/7/07 | Audit Sr. Manager | $ 29.10 | 60 miles round trip: SOX mtg with Ed Bull and Barb, followed by audit scoping disucssion with Doug Parker |
| | | | **$ 29.10** | |
| Shahin Rahmani | 10/8/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | 10/9/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | 10/10/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | 10/11/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | 10/12/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | 10/15/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | 10/16/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | 10/17/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | 10/18/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | 10/19/07 | Audit Associate | $ 15.29 | Excess travel to client from home and back 38 miles |
| | | | **$ 152.90** | |
| Pavel Katsiak | 10/1/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/3/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/4/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/8/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/9/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/10/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/11/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/12/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/15/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/16/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/17/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/18/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/19/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/22/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/23/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/24/2007 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | 10/25/07 | Audit Associate | $ 15.11 | Mileage reimbursement for excess commute from office |
| | | | **$ 256.87** | |
| Erica Margolius | 10/1/2007 | Audit Associate | $ 370.80 | Roundtrip flight from BWI to Chicago for site visit. Leave Sept 31 return Oct 5 |
| | 10/1/2007 | Audit Associate | $ 8.66 | Dinner for one on site visit to Chicago plants. |
| | 10/1/2007 | Audit Associate | $ 37.67 | Lunch for two on site visit to Chicago plants. |
| | 10/2/2007 | Audit Associate | $ 87.00 | Dinner for two on site visit to Chicago plants. |
| | 10/2/2007 | Audit Associate | $ 9.01 | Breakfast for two on site visit to Chicago plants. |
| | 10/3/2007 | Audit Associate | $ 26.13 | Lunch for two on site visit to Chicago plants. |
| | 10/4/2007 | Audit Associate | $ 25.84 | Dinner for one on site visit to Chicago plants. |
| | 10/4/2007 | Audit Associate | $ 39.00 | Lunch for two on site visit to Chicago plants. |
| | 10/5/2007 | Audit Associate | $ 52.00 | Parking at BWI Airport during Chicago site visit (Sept 30 - Oct 5) |
| | 10/5/2007 | Audit Associate | $ 377.39 | Budget rental car fee for site visit to Chicago plants (Sept 30 - Oct 5) |
| | 10/5/2007 | Audit Associate | $ 737.00 | Hilton Oak Lawn hotel stay for site visit to Chicago Plants (Sept 30 - Oct 5) |
| | 10/8/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/9/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/10/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/15/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/16/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/17/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/18/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |

| | Date | Role | | Amount | Description |
|---|---|---|---|---|---|
| | 10/19/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/22/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/23/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/24/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/25/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/29/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 10/31/2007 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | | | **$** | **1,981.03** | |
| Nicole Heisler | 10/1/07 | Audit Associate | $ | 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 10/1/07 | Audit Associate | $ | 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 10/2/07 | Audit Associate | $ | 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 10/2/07 | Audit Associate | $ | 543.83 | Flight to Cambridge for site visit |
| | 10/2/07 | Audit Associate | $ | 31.16 | Dinner while on travel to Cambridge for site visit |
| | 10/3/07 | Audit Associate | $ | 17.20 | Lunch while on travel in Cambridge for site visit |
| | 10/3/07 | Audit Associate | $ | 10.30 | Breakfast while on travel in Cambridge for site visit |
| | 10/3/07 | Audit Associate | $ | 100.00 | Dinner while on travel in Cambridge for site visit |
| | 10/3/07 | Audit Associate | $ | 10.00 | Parking for dinner while on travel in Cambridge for site visit |
| | 10/4/07 | Audit Associate | $ | 480.48 | Hotel while on travel in Cambridge for site visit |
| | 10/4/07 | Audit Associate | $ | 15.71 | Lunch while on travel in Cambridge for site visit |
| | 10/4/07 | Audit Associate | $ | 34.00 | Airport parking while on travel for Cambridge site visit |
| | 10/4/07 | Audit Associate | $ | 141.47 | Rental car, while on travel in Cambridge for site visit |
| | 10/4/07 | Audit Associate | $ | 10.30 | Breakfast while on travel in Cambridge for site visit |
| | 10/4/07 | Audit Associate | $ | 7.50 | Tolls while on travel in Cambridge for site visit |
| | 10/5/07 | Audit Associate | $ | 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 10/8/07 | Audit Associate | $ | 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 10/9/07 | Audit Associate | $ | 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 10/10/07 | Audit Associate | $ | 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | 10/11/07 | Audit Associate | $ | 36.86 | Travel to and from Home/Grace office (Total trip mileage less normal mileage to the Tyson's office.) |
| | | | **$** | **1,696.83** | |
| Jennifer Ochse | 10/1/07 | Audit Associate | $ | 543.83 | Airfare |
| | | | **$** | **543.83** | |
| Molly McCall | 10/1/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 10/2/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 10/2/07 | Audit Associate | $ | 10.68 | Traveling from Falls Church, VA to Reagan National Airport. |
| | 10/2/07 | Audit Associate | $ | 543.83 | Flight from Reagan National Airport to Boston, MA for on-site visit to Cambridge, MA. |
| | 10/3/07 | Audit Associate | $ | 18.00 | Lunch at B. Good restaurant in Harvard Square, MA. |
| | 10/2-10/3/07 | Audit Associate | $ | 480.48 | Two night hotel accomadations at Hawthorne Suites in Cambridge, MA. |
| | 10/5/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 10/8/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 10/9/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 10/10/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | 10/11/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| | | | **$** | **1,297.43** | |
| | | **Grand Total** | **$** | **6,762.07** | |