THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                        )     Chapter 11

W. R. GRACE & CO., et al.,      )

                      )     Case No. 01-01139 (JKF)

          Debtors.      )     (Jointly Administered)

                      )     **Re: Docket No.: 17695**

**NOTICE OF SERVICE OF EXHIBITS**

PLEASE TAKE NOTICE that on the 8th day of January, 2008, a true and correct copy of *Exhibits 117, 118, 119 and 120* (the "Exhibits") attached hereto as <u>Exhibit A</u> was served on the individuals on the certificate of service attached hereto as <u>Exhibit B</u> in the manner indicated therein. The Exhibits were inadvertently omitted when the Debtors filed Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Docket No. 17695].

Dated: January 8, 2008

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Scott McMillin
Ellen Therese Ahern
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
David E. Mendelson
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

91100-001\DOCS_DE:134105.1

-and–

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2

91100-001\DOCS_DE:134105.1