IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) ) ) | (Jointly Administered) |
|  | ) | Objection Deadline: January 29, 2008 at 4:00 p.m. |
| Debtors. | ) ) | Hearing Date: To Be Determined |

# NOTICE OF APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EMPLOY HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP AS SPECIAL ASBESTOS PROPERTY DAMAGE SETTLEMENT COUNSEL NUNC PRO TUNC TO JANUARY 4, 2008

David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants in the above-captioned cases (the "Future Claimants' Representative" or "FCR"), by and through his undersigned counsel, seeks entry of an Order authorizing the employment and retention of Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP, nunc pro tunc as of January 4, 2008, as special asbestos property damage settlement counsel (the "Application").

You are required to file a response to the attached Application on or before **January 29, 2008 at 4:00 p.m., Eastern Time**, and serve it on the following:

> Roger Frankel, Esquire
> Richard H. Wyron, Esquire
> Jonathan P. Guy, Esquire
> Orrick, Herrington & Sutcliffe LLP
> Columbia Center
> 1152 15th Street, N.W.
> Washington, D.C. 20005
> *Bankruptcy Counsel to David T. Austern*
> *as Future Claimants' Representative*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Bankruptcy Counsel to David T. Austern*
*as Future Claimants' Representative*

David M. Bernick, P.C.
Janet S. Baer, Esquire
James W. Kapp, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel to the Debtors*

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to the Debtors*

David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

          Respectfully submitted,

          ORRICK, HERRINGTON & SUTCLIFFE LLP

          By: _____
             Roger Frankel
             Richard H. Wyron
             Jonathan P. Guy
             Columbia Center
             1152 15th Street, N.W.
             Washington, D.C. 20005
             (202) 339-8400

          and

          John C. Phillips, Jr. (#110)
          Phillips, Goldman & Spence, P.A.
          1200 North Broom Street
          Wilmington, DE 19806
          (302) 655-4200

          *Bankruptcy Counsel to David T. Austern*
          *as Future Claimants' Representative*

Dated: January 9, 2008