# EXHIBIT 1

# HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

112 MADISON AVENUE
NEW YORK, NEW YORK 10016-7416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 784-6403
JAYNE CONROY (NY, DC & MA)
(212) 784-6402
CLINTON B. FISHER (NY & DC)
(212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
(212) 784-6401
STEVEN M. HAYES (NY)
(212) 784-6414
THOMAS I. SHERIDAN, III (NY)
(212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 784-6420

EMAIL
cfisher@hanlyconroy.com

January 7, 2008

David T. Austern, Future Claimants' Representative
for W.R. Grace & Co., et al.
c/o Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683

Re:  W.R. Grace & Co., et al. – Case No. 01-1139

Dear Mr. Austern:

This will confirm the engagement by you in your capacity as the legal representative of persons who may assert asbestos-related claims or demands in the future (the "Future Claimants' Representative" or "FCR") in connection with the Chapter 11 case commenced by W.R. Grace & Co. and its affiliates (collectively, W.R. Grace) of Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP ("Hanly Conroy").

We understand that you wish us to assist you by providing advice with respect to asbestos property damage claims asserted against W.R. Grace ("Asbestos PD Claims").  We are pleased to accept this engagement on the terms in this letter and in our *Standard Terms of Representation*, a booklet that accompanies this letter.

In connection with this engagement, Hanly Conroy will provide the following services to you as the FCR of W.R. Grace:

a) advice in formulating and implementing a settlement strategy for resolving Asbestos PD Claims;

b) advice with respect to W.R. Grace on-going Asbestos PD Claims litigation;

c) advice with respect to the FCR's and Asbestos Claimants Committee's Plan as it relates to Asbestos PD Claims;

d) advice with respect to the review and estimation of Asbestos PD Claims;

HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

David T. Austern, Future Claimants' Representative
For W.R. Grace & Co., et al.
January 7, 2008
Page 2

 and
e)   rendering such other services with respect to property damage issues as
     may be in the best interests of the FCR and the estate of W.R. Grace.

My understanding is that I will provide all or most of the services sought by you in this matter.
However, if it is appropriate to do so, I may involve from time to time one or more other attorneys
(including other partners), law students, paralegals, legal assistants or others at Hanly Conroy.

Our fees for legal services in representing you in this engagement will be billed on the basis of
our time charges. My billing rate is currently $660 per hour. Our rates are reviewed and adjusted
periodically, after which we will bill you the adjusted rates. We agree that the rate quoted above will
not be increased for at least twelve months. Our statements of account for fees and costs and expenses
will be submitted monthly to you for approval prior to submitting application to the Bankruptcy Court.

If you agree with the terms in this letter and our *Standard Terms of Representation*, attached
hereto, please sign a copy of this letter below and return it to me.

I look forward to working with you. If at any time you have questions about our services,
please let me know.

Sincerely,

Clinton B. Fisher

cc:   Jonathan Guy, Esq.
      Debra O. Fullem

I agree with the terms in this letter and
in *The Standard Terms of Representation*
(a copy of which has been provided to me).

David T. Austern, Future Claimants'
Representative for W.R. Grace & Co., et al.

HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

STANDARD TERMS OF REPRESENTATION

March 6, 2006

## STANDARD TERMS FOR
## PROVIDING LEGAL SERVICES

We have prepared this booklet to provide you with a statement of the standard terms and conditions under which we provide legal services. These terms and conditions, which may be amended from time to time, will apply to all legal services rendered on your behalf, unless different, modified or supplemental terms are agreed upon with you and confirmed in writing. We ask that you read this booklet carefully and retain it for your records. If at any time you have questions about our standard terms and conditions or about any other aspect of our services, we encourage you to discuss them with the partner responsible for your representation or with any other partner of our firm.

3

## THE SCOPE OF OUR SERVICES

Some clients engage us in connection with a single matter, and others retain us in connection with a number of matters.  In most cases, the scope of the legal services that we are engaged to provide to you will be confirmed in writing at the time you retain us.  If you subsequently engage us in a new matter or ask us to provide services beyond the scope of our original engagement, the terms and conditions set forth herein and in the original engagement letter will apply to all matters on which you ask us to represent you.

In matters in which we represent you, we provide legal services consistent with our ethical obligations.  It is understood that you will not be relying on us for business, investment or accounting advice, or to assess the character or creditworthiness of persons with whom you may deal.

Whether you engage us to handle one matter or many, we will use our best abilities in representing your interests.  In doing so, we will be relying upon the circumstances, facts and information provided to us by you, and we will be applying the law in effect at the time our services are rendered.  You should inform us promptly of all changes in circumstances, facts and information that may have a bearing on each matter.

4

STAFFING: THE PARTNER RESPONSIBLE,
OTHER LAWYERS AND LEGAL ASSISTANTS

Usually one partner will have overall responsibility for your matter(s).  If it is desirable that the partner responsible for your matter(s) be substituted with another partner, you should feel free to discuss it with the managing partner or any other partner of the firm.

The partner responsible for your matter will determine the appropriate staffing for the matter and, to the extent you desire, will consult with you in arranging staffing.  From time to time, that partner may involve other lawyers, including other partners and associates, and may involve legal assistants or others.  This may be desirable for various reasons, such as to take advantage of specialized skills, to accomplish the work in a more expeditious or cost-efficient manner, to respond to the amount or type of work involved in your matter, or to respond to the demands of other matters.

Our legal assistants are not lawyers, but they possess training, experience and skills that enable them to assist our lawyers in discharging their responsibilities.  Our legal assistants include law clerks, law students, paralegals, research librarians and other technical (non-legal) specialists.

FEES

As determined at the outset of the engagement and as modified from time to time, our fees are based on our assessment of the reasonable value of our services. To assist us in determining that value, we assign hourly rates to each of our lawyers and legal assistants, and require each to maintain a record of the time spent and the services rendered on a particular matter. Time is recorded in increments of one tenth of an hour, cumulated daily. The minimum charge for any day in which time is expended on your matters will be one tenth of an hour. From time to time, our rates will change to account for increases in our costs, augmentation of the experience and ability of our legal personnel and other factors. Our hourly rates may change during the pendency of the matter we are handling for you in which case the changed rates will thereafter apply to the services we provide to you. If you have any questions about our hourly rates, please discuss them with the partner responsible for your matter.

Unless we have agreed with you otherwise in writing, our fees will be billed on the basis of the hourly charges of the lawyers and legal assistants who worked on your matter.

We regularly agree to charge for our services on a basis other than our hourly charges. Such arrangements are set forth in writing.

Estimates of fees for legal services are sometimes desired by our clients. If asked, we will be pleased to give you an estimate of legal fees and costs and expenses, that we anticipate will be incurred in providing the legal services you require. Because of the inherent difficulty of predicting the amount of time a given matter will require and the course the matter will take, these figures are approximate and not fixed quotations. Our actual fees and costs and expenses may vary, possibly significantly, from the estimate. Estimates are based on the

circumstances as we understand them at the time and on various assumptions about events that will affect the scope and nature of our work on the matter. At your request, we would be pleased to provide updated estimates as the matter progresses.

In a few instances involving routine work (for example, the formation of a simple business corporation), it may be possible for us to quote a fixed fee for our services. If that is done, the fee will be confirmed with you in writing. Otherwise, our billing will be based on the factors as described above.

We believe strongly that peer consultation, discussion and review are important elements of providing quality services, and so our time charges will often reflect discussions between lawyers in our firm concerning the matters in which we have been engaged.

In some cases, a court or arbitrator may award attorneys' fees as part of your claim. Fee awards are granted only in unusual cases; the amount of the awards is often less than the amount of the actual legal fees incurred, and the awards cannot always be collected from the adversary. If and when collected, the award will be credited toward your statement(s) of account or, if your statement(s) of account has been paid, remitted to you. You will be responsible for the full amount of our fees, which are payable in full by you upon your receipt of our statements of account.

COSTS, EXPENSES AND EXPERT FEES

Our legal fees are compensation for professional legal services. They do not include costs and expenses that we incur in connection with your matter. Costs and expenses typically include filing fees, long distance telephone charges, messenger and express delivery charges, postage and courier fees, court reporters' fees for deposition and trial transcripts, computer research charges, word processing charges, printing and reproduction costs, the costs of preparing records on appeal, overtime costs for staff (other than lawyers and legal assistants), witness fees, facsimile transmission costs, travel expenses, fees for service of legal process, and others. Certain costs and expenses are incurred in-house and may represent more than our direct cost to cover our overhead. We obtain other services (or incur other costs) from outside vendors or suppliers, for which we charge you only the amount billed to us by the vendor or supplier. On occasion, we may forward the invoices from these outside sources directly to you, in which event you will be responsible to pay the invoices in accordance with their terms. Costs and expenses will be billed in addition to fees for our legal services. You may be requested to pay substantial costs and expenses directly to the provider of the service.

It may be necessary for us to engage outside experts, such as accountants, economists, appraisers or investigators, to assist us in rendering professional legal services on your matter. We will discuss with you in advance the retaining of experts. It may also be necessary for us to retain lawyers and others as agents in other jurisdictions to assist us in rendering professional legal services on your matter. Fees for outside experts and agents in other jurisdictions are not included in our legal fees. You will be responsible for payment of all experts and agents in other jurisdictions retained on your behalf; generally, you will be asked to pay their fees directly.

We incur all outside costs and expenses as agent for you, and you agree to pay these costs and expenses promptly, either by paying the supplier directly (if requested by us to do so), or by reimbursement to us (if we have paid costs and expenses on your behalf).

## TRUST ACCOUNTS

We maintain trust accounts for all clients' funds that are delivered to us to be held in escrow or otherwise pending disbursement instructions.  These funds are normally held in separate interest-bearing accounts.  If in our judgment the amount involved is too small or the funds are expected to be held for too short a time to generate sufficient interest to justify the expense of administering a separate account, the funds will be held in a nonsegregated trust account (with any interest earned payable to the State).  Our trust accounts are administered in accordance with the New York Lawyer's Code of Professional Responsibility and applicable statutes and court rules.

RETAINERS

We generally ask new clients to make an advance payment to us on account of fees and costs and expenses.  This advance payment is commonly referred to as a retainer.  The details of retainer arrangements vary depending on the circumstances.  Retainer arrangements are confirmed in the engagement letter.

The retainer will be credited against your final statement of account and not against interim statements of account.  If any portion of the retainer has not been earned at the conclusion of our representation, we will return the unearned portion to you, without interest.

## BILLING ARRANGEMENTS
## AND PAYMENT TERMS

Our normal billing cycle for fees and costs and expenses is monthly.  Fees and costs and expenses not posted as of the effective cut-off date of any statement of account will appear on a subsequent statement of account.  Our statements of account are payable upon receipt by you.  We reserve the right to charge interest on balances not paid after 31 days from the date of our statement.

If any statement of account is not paid within 31 days of its date, and you do not arrange satisfactory payment terms, we reserve the right to withdraw from the representation and pursue collection of your outstanding statement(s) of account, in which case you agree to pay costs of withdrawal and collection, including court costs and a reasonable attorney's fee.  If you have any questions or concerns about any statement of account, we will be pleased to discuss these questions or concerns with you.  You agree to tell us of questions or concerns promptly so that they may be resolved expeditiously and without interference with our attorney-client relationship.

## TERMINATION OF SERVICES

You have the right to terminate our engagement at any time (unless judicial approval is required for us to withdraw, in which event we will not oppose withdrawal). We have the right to terminate any engagement at any time, subject to applicable codes of professional responsibility and rules of court. If we decide to terminate our engagement, we will give you reasonable notice in light of the circumstances, and we will assist in the orderly transition of your matter(s) to other attorneys as you may select.

Termination of our engagement, by you or by us, does not affect your responsibility to pay for legal services and costs and expenses incurred to the date of termination or necessarily incurred thereafter as part of the orderly termination of our engagement. Upon termination and payment of all our statements of account, we will return to you any of your documents, money or property that we may have in our possession.

Following the termination of our engagement, any non-public files, documents and things relating to your matter(s) that you have supplied to us and that are retained by us will be kept confidential in accordance with applicable rules of professional conduct. See "Confidentiality and Client Conflicts" below.

For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of files, documents and things relating to your matter(s) within a reasonable time after the termination of our engagement.

Our attorney-client relationship will terminate upon our completion of specific services that you have engaged us to perform. If you later engage us to perform further or additional services, our attorney-client relationship will be revived, subject to these and any different, modified or supplemental terms of engagement. The fact that we may inform you from time to time of developments in the law that may be of interest to you, by newsletter, a memorandum to clients and friends or otherwise, should not be understood as a continuation or revival of any attorney-client relationship. Moreover, we have no obligation to inform you of

such developments in the law or to provide further information, services or reports to you relating to the completed engagement, unless we are engaged in writing to do so.

## CONFIDENTIALITY AND CLIENT CONFLICTS

The professional codes under which we practice require us to preserve the confidences of our clients. The obligation continues after the completion of the matter for which we have been engaged. It does not prevent us from representing clients whose commercial or legal interests may be adverse to yours in unrelated matters after our representation of you is completed or terminated, provided we preserve confidences you entrusted to us during our representation of you.

It is possible that, while we are representing you, one or more of our present or future clients will have disputes or transactions with you or a related entity, or may be a competitor, supplier or customer of yours. You agree that we may continue to represent others or may undertake in the future to represent others in any matter that is not substantially related to the matter for which we are engaged by you, even if the commercial or legal interests of the clients in those other matters are directly adverse to you or a related entity, and even if the representations are simultaneous, provided that, as the result of our representation of you, either we do not have confidential information that, if known to the other client, could be used in the other matter to your material disadvantage, or, if we do have such confidential information, we take steps to preclude that confidential information from being disclosed or used for another client's benefit, without your consent. You also agree that our representation of you will not preclude us from undertaking any matter that may be adverse to you or a related entity, provided that our representation of you has been concluded or terminated and provided that, as a result of our representation of you, we do not have confidential information that, if known to the other client, could be used in the other matter to your material disadvantage, or that, if we do have such confidential information, we take steps to preclude that confidential information from being disclosed or used for another client's benefit, without your consent. You should know that in engagement agreements with many of our other clients, we have obtained, and in the future will seek, similar agreements to preserve our ability to represent you.

In instances in which we represent a corporation, partnership, or other legal entity, our only attorney-client relationship is with the entity, and our confidentiality obligations are owed only to the entity, and not to the entity's parent, affiliated or subsidiary corporations or any related entity or person, nor to any of its shareholders, directors, employees or partners.

## APPLICABLE LAW AND CONSENT TO JURISDICTION

Your agreement to engage us to provide you with legal services shall be governed by and construed according to the laws of the State of New York.  By engaging us to provide legal services, you consent to personal jurisdiction in the State of New York with respect to any question, dispute or controversy arising out of, relating to or in connection with our engagement, including any claim for payment.  You also agree not to assert that the State of New York is not the most convenient forum for any proceeding in that regard.

## ARBITRATION OF FEE DISPUTES

In the unlikely event that a dispute should arise as to our fees for legal services or costs or expenses, we both agree that we will resolve the dispute by arbitration conducted pursuant to Part 137 of the Rules of the Chief Administrator of the Courts (22 NYCRR), except that we both agree to be bound by the decision of the arbitrator(s) and agree to waive our rights to reject the arbitrator(s) award by commencing an action on the merits (trial *de novo*) in a court of law within 30 days after the arbitrator(s) decision has been mailed.

By signing our engagement letter agreement, we both acknowledge that we have received and read (i) the Standard Written Instructions and Procedures to Clients for the Resolution of Fee Disputes Pursuant to Part 137 of the Rules of the Chief Administrator, (ii) Part 137, and (iii)the written instructions and procedures for the New York County Lawyers Association. We both understand that we are not required to agree to waive our right to seek a trial *de novo* under Part 137. This agreement does not foreclose our attempting to resolve any dispute at any time through voluntary mediation.