## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Bankruptcy Case No. |
| | § | |
| W.R. GRACE & Co., et al., | § | 01-1139-JKF |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## AMENDED VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019
## FILED BY BRAYTON❖PURCELL LLP

Christina C. Skubic, hereby makes the following verified statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney with the law firm of Brayton❖Purcell with offices at 222 Rush Landing Road, Novato, California, 94948. I am a member in good standing of the bar of the State of California. The law firm of Brayton❖Purcell has been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors (the "Creditors") in the above-referenced bankruptcy.

1.  I have personal knowledge of the facts set forth herein. I make this Amended Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and the Court's Revised Order regarding 2019 Statements.

2.  A blank, but unredacted, exemplar copy of General Power of Attorney for Bankrupt Entities in Asbestos Related Proceedings authorizing Brayton❖Purcell, to act on behalf of the Creditors is referenced herein as Exhibit "A", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

3.  An Excel spreadsheet including: the name and personal address of each creditor; the form of agreement authorizing Brayton❖Purcell to act on behalf of each Creditor; the amount of each Creditor's claim if liquidated, and for unliquidated claims an indication that such claims are unliquidated; the date of acquisition of each Creditor's claim; the type of disease giving rise to each Creditor's claim, and the pertinent facts and circumstances regarding the employment of Brayton❖Purcell is referenced herein as Exhibit "B", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

4.  Brayton❖Purcell retains a contingency fee interest in each creditor's claim. The times when such interest was acquired in each claim depends upon the date each creditors signed his/her Firm Client Agreement. Brayton❖Purcell does not hold any claims against or interests in the Debtor.

5.  Brayton❖Purcell will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

This Statement is filed solely to comply with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bank.P.2019. Exhibits "A" and "B", as defined in the Order, have not been scanned and are available from the Clerk upon motion to and order of the Court.

Dated: 1/9/08

Brayton❖Purcell

Christina C. Skubic
CA State Bar No. 191368
Brayton❖Purcell
222 Rush Landing Road
Novato, CA 94948
PH:   (415) 898-1555
FAX:  (415) 898-1247

## CERTIFICATE OF SERVICE

Pursuant to the Court's Order, this notice of the filing of the foregoing Statement has been served by electronic mail or United States Mail upon parties on the Official Service List. Exhibits have not been scanned but may be accessed by parties who obtain Court order authorizing access.

*Kaishea Kegley*
Kaishea Kegley