**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket Nos.: 17577, 17585, 17586, 17587, 17588,** |
| | ) | **17589, 17620; and 17694** |
| | ) | **Hearing Date: January 14, 2008 @ 9:00 a.m. in Pittsburgh,** |
| | ) | **Pennsylvania** |

**NOTICE OF FILING AMENDED EXHIBITS 2, 7, AND 21 REGARDING THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' RESPONSE TO GRACE AND THE EQUITY COMMITTEE'S MOTIONS TO EXCLUDE OR LIMIT EXPERT TESTIMONY**

# DOCUMENTS TO BE KEPT UNDER SEAL

Dated: January 10, 2008

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*_____
Marla R. Eskin (DE ID No. 2989)
Mark T. Hurford (DE ID No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10022-4614
(212) 319-7125

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
James P. Wehner
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

{D0100906.1 }