# **EXHIBIT B – SERVICE LIST TO NOTICE OF AMENDED EXHIBITS**

| | | |
|---|---|---|
| **Equity Comm.:**<br>Theresa K.D. Currier, Esq.<br>Buchanan Ingersoll & Rooney, P.C.<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | **Unsecured Creditors Comm.:**<br>Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | **Debtors' Counsel:**<br>James O'Neill, Esq.<br>Pachulski, Stang, Young & Jones, LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>**VIA HAND DELIVERY** |
| **US Trustee:**<br>David Klauder, Esq.<br>Office of the United States Trustee<br>844 King St., 2nd Floor<br>**Wilmington, DE 19801**<br>**VIA HAND DELIVERY** | **Asbestos Property Damage:**<br>Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price<br>   & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131<br>**VIA FEDERAL EXPRESS** | **Asbestos Property Damage:**<br>Theodore Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 N. Market Street, Suite 904<br>Wilmington, DE 19801<br>**VIA FEDERAL EXPRESS** |
| **Debtors' Counsel:**<br>Scott McMillan, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6207<br>**VIA FEDERAL EXPRESS** | **Debtors' Counsel:**<br>Kirkland & Ellis LLP<br>David Bernick, Esq.<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>**VIA FEDERAL EXPRESS** | **Equity Comm.:**<br>Gregory Horowitz, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**VIA FEDERAL EXPRESS** |
| **Unsecured Creditors Comm.:**<br>Kenneth Pasquale, Esq.<br>Stroock Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>**VIA FEDERAL EXPRESS** | **Future Claimants Rep.:**<br>John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>**VIA FEDERAL EXPRESS** | **Future Claimants Rep.:**<br>Raymond G. Mullady Jr., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, NW, Ste 200<br>Washington, DC 20007<br>**VIA FEDERAL EXPRESS** |

{D0100909.1 }