**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on January 11, 2008, I caused a copy of ***The Official Committee of Asbestos Personal Injury Claimants and Future Claimants' Representative's Joint Response to W.R. Grace's Motion in Limine and/or to Strike Expert Reports Offered into Evidence by PI Committee and Future Claimants' Representative***, to be served upon the individuals on the attached service list, in the manner indicated.

                                                          CAMPBELL & LEVINE, LLC

                                                          */s/ Mark T. Hurford*
                                                          Mark T. Hurford (No. 3299)
                                                          800 N. King Street
                                                          Suite 300
                                                          Wilmington, DE  19801
                                                          (302) 426-1900

Dated: January 11, 2008

{D0100960.1 }