# EXHIBIT A

## W.R. Grace (Bankruptcy)
### Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| **Nov-07** | | | | | |
| Matthew Ball | 11/1/2007 | 0.50 | $550 | $275.00 | Analysis |
| | | 0.50 | | $275.00 | |
| | | | | | |
| Jenni Biggs | 11/1/2007 | 10.50 | $625 | $6,562.50 | Meeting and Prep |
| Jenni Biggs | 11/1/2007 | 1.20 | $625 | $750.00 | 50% non-working travel |
| Jenni Biggs | 11/2/2007 | 9.00 | $625 | $5,625.00 | Meeting and Prep |
| Jenni Biggs | 11/2/2007 | 1.20 | $625 | $750.00 | 50% non-working travel |
| Jenni Biggs | 11/3/2007 | 13.80 | $625 | $8,625.00 | Depo Prep |
| Jenni Biggs | 11/4/2007 | 8.40 | $625 | $5,250.00 | Depo Prep |
| Jenni Biggs | 11/5/2007 | 12.50 | $625 | $7,812.50 | Depo Prep; Deposition and follow-up |
| Jenni Biggs | 11/6/2007 | 1.30 | $625 | $812.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/8/2007 | 1.20 | $625 | $750.00 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/12/2007 | 7.00 | $625 | $4,375.00 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/14/2007 | 0.30 | $625 | $187.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/15/2007 | 0.30 | $625 | $187.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/16/2007 | 1.50 | $625 | $937.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/20/2007 | 1.50 | $625 | $937.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/21/2007 | 1.50 | $625 | $937.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/26/2007 | 0.20 | $625 | $125.00 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/27/2007 | 1.70 | $625 | $1,062.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/29/2007 | 0.80 | $625 | $500.00 | Review Rebuttals and Depositions |
| | | 73.90 | | $46,187.50 | |
| | | | | | |
| Julianne Callaway | 11/5/2007 | 4.70 | $300 | $1,410.00 | Review Rebuttals |
| Julianne Callaway | 11/6/2007 | 4.50 | $300 | $1,350.00 | Review Rebuttals |
| Julianne Callaway | 11/8/2007 | 1.10 | $300 | $330.00 | Review Rebuttals |
| Julianne Callaway | 11/9/2007 | 1.60 | $300 | $480.00 | Review Rebuttals |
| Julianne Callaway | 11/12/2007 | 0.50 | $300 | $150.00 | Review Rebuttals |
| Julianne Callaway | 11/14/2007 | 1.70 | $300 | $510.00 | Review Rebuttals |
| Julianne Callaway | 11/15/2007 | 1.50 | $300 | $450.00 | Review Rebuttals |
| Julianne Callaway | 11/16/2007 | 1.50 | $300 | $450.00 | Review Rebuttals |
| Julianne Callaway | 11/19/2007 | 1.10 | $300 | $330.00 | Prepare Data |
| | | 18.20 | | $5,460.00 | |
| | | | | | |
| Bryan Gillespie | 11/1/2007 | 6.80 | $400 | $2,720.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/2/2007 | 7.50 | $400 | $3,000.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/3/2007 | 1.70 | $400 | $680.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/4/2007 | 2.10 | $400 | $840.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/5/2007 | 7.30 | $400 | $2,920.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/6/2007 | 0.60 | $400 | $240.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/7/2007 | 0.50 | $400 | $200.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/13/2007 | 0.70 | $400 | $280.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/14/2007 | 1.20 | $400 | $480.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/16/2007 | 1.00 | $400 | $400.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/17/2007 | 0.40 | $400 | $160.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/20/2007 | 1.30 | $400 | $520.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/26/2007 | 2.20 | $400 | $880.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/29/2007 | 5.50 | $400 | $2,200.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/30/2007 | 0.30 | $400 | $120.00 | Review Rebuttals and Depositions |
| | | 39.10 | | $15,640.00 | |
| | | | | | |
| Jeff Kimble | 11/1/2007 | 14.00 | $375 | $5,250.00 | Meeting and Prep |
| Jeff Kimble | 11/1/2007 | 1.00 | $375 | $375.00 | 50% non-working travel |
| Jeff Kimble | 11/2/2007 | 7.20 | $375 | $2,700.00 | Meeting |
| Jeff Kimble | 11/3/2007 | 2.00 | $375 | $750.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/4/2007 | 3.00 | $375 | $1,125.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/5/2007 | 6.80 | $375 | $2,550.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/6/2007 | 2.40 | $375 | $900.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/8/2007 | 1.00 | $375 | $375.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/9/2007 | 1.80 | $375 | $675.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/11/2007 | 5.00 | $375 | $1,875.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/12/2007 | 1.90 | $375 | $712.50 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/12/2007 | 5.80 | $375 | $2,175.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/13/2007 | 1.00 | $375 | $375.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/15/2007 | 1.70 | $375 | $637.50 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/28/2007 | 0.50 | $375 | $187.50 | Review Rebuttals and Depositions |
| | | 55.10 | | $20,662.50 | |

| W.R. Grace (Bankruptcy) | | | | | |
|---|---|---|---|---|---|
| **Towers Perrin Time Records** | | | | | |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| Steve Lin | 11/6/2007 | 1.50 | $425 | $637.50 | Discuss Benchmarks |
| | | 1.50 | | $637.50 | |
| | | | | | |
| Alicia Oliver | 11/9/2007 | 0.50 | $170 | $85.00 | Data Manipulation |
| | | 0.50 | | $85.00 | |
| | | | | | |
| Brent Petzoldt | 11/5/2007 | 0.40 | $235 | $94.00 | Data Manipulation |
| Brent Petzoldt | 11/12/2007 | 3.00 | $235 | $705.00 | Data Manipulation |
| Brent Petzoldt | 11/14/2007 | 0.60 | $235 | $141.00 | Data Manipulation |
| | | 4.00 | | $940.00 | |
| | | | | | |
| David Powell | 11/1/2007 | 5.80 | $675 | $3,915.00 | Peer Review |
| David Powell | 11/2/2007 | 2.10 | $675 | $1,417.50 | Peer Review |
| David Powell | 11/6/2007 | 1.00 | $675 | $675.00 | Peer Review |
| David Powell | 11/7/2007 | 0.20 | $675 | $135.00 | Peer Review |
| David Powell | 11/12/2007 | 0.60 | $675 | $405.00 | Peer Review |
| | | 9.70 | | $6,547.50 | |
| | | | | | |
| Rhamonda Riggins | 11/15/2007 | 0.70 | $295 | $206.50 | RUST Analysis |
| Rhamonda Riggins | 11/19/2007 | 2.50 | $295 | $737.50 | RUST Analysis |
| | | 3.20 | | $944.00 | |
| | | | | | |
| Ollie Sherman | 11/1/2007 | 4.00 | $675 | $2,700.00 | Deposition Prep |
| Ollie Sherman | 11/2/2007 | 8.00 | $675 | $5,400.00 | Deposition Prep |
| Ollie Sherman | 11/3/2007 | 1.50 | $675 | $1,012.50 | Deposition Prep |
| Ollie Sherman | 11/4/2007 | 4.00 | $675 | $2,700.00 | Deposition Prep |
| Ollie Sherman | 11/5/2007 | 9.00 | $675 | $6,075.00 | Deposition |
| | | 26.50 | | $17,887.50 | |
| | | | | | |
| | | 232.20 | | $115,266.50 | |