## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | **Chapter 11**<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br>Objection Deadline: February 29, 2008 at 4:00 p.m.<br>Hearing: March 17, 2008 at 1:00 p.m. |

**COVER SHEET TO FOURTEENTH QUARTERLY INTERIM FEE APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JULY 1, 2007 THROUGH SEPTEMBER 30, 2007**

### SUMMARY SHEET

Name of Applicant: David T. Austern, Future Claimants Representative (the "FCR")

Authorized to Provide Professional Services to: Not Applicable

Date of Retention: As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004)

Period for which Compensation and Reimbursement is sought: July 1, 2007-September 30, 2007

Amount of Compensation sought as Actual Reasonable and Necessary: $18,650.00

Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: $ 1,499.89

This is a ___ monthly    _x_ interim    ___ final application

## PRIOR APPLICATIONS FILED

      The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Fourteenth Quarterly time period: Thirty-Fourth Monthly Fee Application for the period July 1-31, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and expenses in the amount of $762.10; Thirty-Fifth Monthly Fee Application for the period August 1-31, 2007 in the amount of $8,680.00 (80% of $10,850.00) in fees and expenses in the amount of $737.79; and Thirty-Sixth Monthly Fee Application for the period September 1-30, 2007 in the amount of $3,280.00 (80% of $4,100.00) and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## JULY 1, 2007-SEPTEMBER 30, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 41.30 | $18,650.00 |
| **Total** | | | | **$18,650.00** |

      Total Fees:      $ 18,650.00
      Total Hours:      41.30
      Blended Rate:      $ 500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 33.3 | $16,650.00 |
| Non-Working Travel (billed at half) | 8.0 | $2,000.00 |
| **TOTAL** | **41.30** | **$18,650.00** |

## EXPENSE SUMMARY FOR THE TIME PERIOD
## JULY 1, 2007-SEPTEMBER 30, 2007

| Expense Category | Total |
|---|---|
| Airfare | $1,057.59 |
| Hotel | $279.30 |
| Parking | $48.00 |
| Taxi | $115.00 |
| **TOTAL** | **$1,499.89** |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: January 11, 2008