# EXHIBIT B TO THE FCR'S ELEVENTH QUARTERLY: MONTHLY FEE APPLICATION FOR THE AUGUST 1-31, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF)<br>) Jointly Administered |
| Debtors. | ) Objection Date: November 26, 2007 at 4:00 p.m.<br>) Hearing: Scheduled if Necessary (Negative Notice) |

NOTICE OF FILING OF
THIRTY-FIFTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served his Thirty-Fifth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the time period August 1, 2007 through August 31, 2007 seeking payment of fees in the amount of $8,680.00 (80% of $10,850.00) and expenses in the amount of $737.79, for a total of $9,417.79 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 26, 2007 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) David T. Austern, FCR for W.R. Grace & Co., c/o Claims Resolution Management Corporation, 3110 Fairview Park Drive, Suite 200, Falls Church, VA 22042-0683; (ii) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005 and co-counsel to FCR, John C. Phillips, Jr., Esquire, Phillips Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (v) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vii) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (viii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (ix) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (x) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Columbia Center
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: November 6, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) ) ) ) | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | ) ) ) | Objection Date: November 26, 2007 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-FIFTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | August 1, 2007 through August 31, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $10,850.00 |
| 80% of fees to be paid: | $8,680.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 737.79 |
| Total Fees @ 80% and 100% Expenses: | $9,417.79 |
| This is an: ___ interim   X   monthly   ___ final application. | |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's Thirty-Fifth interim fee application for the period July 1-31, 2007; the FCR previously filed the following fee applications in this case during this year: thirty-fourth fee application for the period July 1-31, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and $762.10 in expenses; thirty-third interim fee application for the period June 1-30, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and no expenses; thirty-second interim fee application for the period May 1-31, 2007 in the amount of $4,160.00 (80% of $5,200.00) in fees and no expenses; thirty-first interim fee application for the period March 1-31, 2007 in the amount of $1,880.00 (80% of $2,350.00) in fees and no expenses; thirtieth interim fee application for the period February 1-28, 2007 in the amount of $5,200.00 (80% of $6,500.00) in fees and no expenses; twenty-ninth interim fee application for the period January 1-31, 2007 in the amount of $4,920.00 (80% of $6,150.00) in fees and $531.92 expenses

## COMPENSATION SUMMARY
## AUGUST 2007

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 21.70 | $10,850.00 |
| Grand Total: | | | 21.70 | $10,850.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:        $10,850.00
Total Hours:            21.70
Blended Rate:    $   500.00

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 18.70 | $9,350.00 |
| Non-Working Travel (billed at half) | 3.00 | $1,500.00 |
| TOTAL | 21.70 | $10,850.00 |

## EXPENSE SUMMARY
## AUGUST 2007

| Expense Category | Total |
|---|---|
| Airfare | $678.79 |
| Parking | $14.00 |
| Taxi | $45.00 |
| **TOTAL** | **$737.79** |

Respectfully submitted,

/s/ David T. Austern
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: November 2, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants' Representative appointed by the Court in these cases.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 2nd DAY OF NOVEMBER, 2007

_____
Notary Public

My commission expires: 3/31/2010

[Notary Seal: DEBRA BAKER JONES, NOTARY PUBLIC, REG # 179673, MY COMMISSION EXPIRES 3/31/2010, COMMONWEALTH OF VIRGINIA]

# EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## AUGUST 2007

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| August 1 | Meeting in Pittsburgh with Grace to discuss settlement (3) | 3.00 | $500 | $1,500.00 |
| August 2 | Pre preparation of memorandum/report to attorneys and others concerning August 1st meeting (1.8); review of Dr. Roggli rebuttal report (.5) | 2.30 | $500 | $1,150.00 |
| August 3 | Meeting with R. Frankel and R. Wyron re settlement (1.5); telephone conference with Falise, Macchiarola re Grace subpoena to CRMC (.3); conference with Marvin re Grace subpoena (.2) | 2.00 | $500 | $1,000.00 |
| August 8 | Analysis of Dr. Whitehouse report and preparation of memoranda to litigation team concerning same | 7.70 | $500 | $3,850.00 |
| August 16 | Meeting with financial adviser (2.5) | 2.50 | $500 | $1,250.00 |
| August 30 | Telephone conference with Westbrook re zonolite (.5); telephone conference with R. Frankel re same (.2) | 0.70 | $500 | $ 350.00 |
| August 31 | Telephone conference with Rice re settlement | 0.50 | $500 | $ 250.00 |
| SUBTOTAL | | 18.70 | | $9,350.00 |

### *Non-Working Travel*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| August 1 | Travel from Washington, D.C. to Pittsburgh and return (2 hours billed as 1) | 1.00 | $500 | $ 500.00 |
| August 16 | Travel from Washington, D.C. to New York and return (4 hours billed as 2) | 2.00 | $500 | $1,000.00 |
|  | SUBTOTAL | 3.00 |  | $1,500.00 |
|  | **TOTAL** | **21.70** |  | **$10,850.00** |

2

## EXHIBIT B

## DAVID T. AUSTERN/W.R. GRACE & CO.

## AUGUST 2007

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|---|---|---|
| August 3 | $ 14.00 | Parking |
| August 16 | | |
| | $678.79 | Airfare |
| | $ 45.00 | Taxi |
| **TOTAL** | $737.79 | |