# EXHIBIT C TO TILLINGHAST'S FOURTEENTH QUARTERLY: MONTHLY FEE APPLICATION FOR THE SEPTEMBER 1-30, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 10, 2007 at 4:00 p.m |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## TWENTY-EIGHTH MONTHLY INTERIM APPLICATION OF
## TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Towers Perrin Tillinghast, actuarial consultants to David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served its Twenty-Eighth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as actuarial consultants to the FCR for the time period September 1, 2007 through September 30, 2007 seeking payment of fees in the amount of $187,326.00 (80% of $234,157.50) and $567.92 of expenses (the "Application") for a total of $187,893.92.

This Application is submitted pursuant to this Court's Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered on March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **December 10, 2007 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) actuarial consultants to the FCR, Jennifer L. Biggs, Towers Perrin, 101 S. Hanley Rd., St. Louis, MO 63105; (ii) co-counsel to the FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20005; (iii) co-counsel to the FCR, John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iv) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (v) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (vi) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vii) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (viii) co-counsel to the DIP Lender, J.

Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (ix) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (x) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (xi) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

     Any questions regarding this Notice or attachments should be directed to undersigned counsel.

                            ORRICK, HERRINGTON & SUTCLIFFE LLP

                            By: _____
                              Roger Frankel, admitted *pro hac vice*
                              Richard H. Wyron, admitted *pro hac vice*
                              Columbia Center
                              1152 15th Street, NW
                              Washington, DC 20005
                              (202) 339-8400
                              Co-Counsel to David T. Austern, Future Claimants Representative

                            --and--

                              PHILLIPS, GOLDMAN & SPENCE, P.A.
                              John C. Phillips, Jr. (#110)
                              1200 North Broom Street
                              Wilmington, DE 19806
                              (302) 655-4200
                              (302) 655-4210 (fax)
                              Co-Counsel to David T. Austern, Future Claimants Representative

Dated: November 19, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Objection Deadline: December 10, 2007 at 4:00 p.m<br>) Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-EIGHTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered January 21, 2004) |
| Period for which compensation is sought: | September 1, 2007 through September 30, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $234,157.50 |
| 80% of fees to be paid: | $187,326.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    567.92 |
| Total Fees @ 80% and 100% Expenses: | $187,893.92 |

This is an:    __ interim    X  monthly    __ final application.

## COMPENSATION SUMMARY
### September 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 144.50 | $90,312.50 |
| Julianne Callaway | Analyst (4 years) ACAS | $300 | 64.40 | $19,320.00 |
| Melissa Chung | Analyst (2 years) | $295 | 4.40 | $1,298.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 52.10 | $20,840.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 154.50 | $57,937.50 |
| Steve Lin | Consulting Actuary (11 years) | $425 | 49.30 | $20,952.50 |
| Adam Luechtefeld | Analyst (4 years) | $250 | 26.00 | $6,500.00 |
| Alicia Oliver | Analyst (1 year) | $170 | 0.50 | $85.00 |
| Brent Petzoldt | Analyst (1 year) | $235 | 3.20 | $752.00 |
| Dave Powell | Consulting Actuary (22 years) FCAS | $675 | 16.30 | $11,002.50 |
| Rhamonda Riggins | Analyst (5 years) | $295 | 5.00 | $1,475.00 |
| Ollie Sherman | Consulting Actuary (22 years) FCAS | $675 | 4.50 | $3,037.50 |
| Patrick Yu | Analyst (2 years) | $215 | 3.00 | $645.00 |
| **Total Blended Rate: $443.73** | | | **527.70** | **$234,157.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 527.70 | $234,157.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $513.60 |
| Meals | 54.32 |
| **Total Expenses** | **567.92** |

| September 2007 – Grand Total | $234,725.42 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Nov. 8, 2007

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) ) | Case No. 01-1139 (JKF) |
| Debtors. | ) ) ) | |

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 8th DAY OF NOVEMBER, 2007

_____
Notary Public  Diana M. Niemeyer

My commission expires: 4-25-09

DIANA M. NIEMEYER
Notary Public-Notary Seal
State of Missouri, Saint Louis City
Commission # 05701672
My Commission Expires Apr 25, 2009

# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Sep-07** |
| Jenni Biggs | 9/4/2007 | 5.70 | $625 | $3,562.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/5/2007 | 9.00 | $625 | $5,625.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/6/2007 | 1.00 | $625 | $625.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/7/2007 | 5.00 | $625 | $3,125.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/10/2007 | 1.50 | $625 | $937.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/11/2007 | 10.50 | $625 | $6,562.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/12/2007 | 4.00 | $625 | $2,500.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/13/2007 | 4.00 | $625 | $2,500.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/14/2007 | 5.50 | $625 | $3,437.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/17/2007 | 10.00 | $625 | $6,250.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/18/2007 | 14.50 | $625 | $9,062.50 | Analysis & Report Preparation |
| Jenni Biggs | 9/19/2007 | 10.00 | $625 | $6,250.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/20/2007 | 15.00 | $625 | $9,375.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/21/2007 | 7.00 | $625 | $4,375.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/23/2007 | 4.80 | $625 | $3,000.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/24/2007 | 20.00 | $625 | $12,500.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/25/2007 | 13.00 | $625 | $8,125.00 | Analysis & Report Preparation |
| Jenni Biggs | 9/26/2007 | 1.00 | $625 | $625.00 | Review Reports |
| Jenni Biggs | 9/27/2007 | 1.50 | $625 | $937.50 | Review Reports |
| Jenni Biggs | 9/28/2007 | 1.50 | $625 | $937.50 | Review Reports |
| | | 144.50 | | $90,312.50 | |
| Julianne Callaway | 9/5/2007 | 7.30 | $300 | $2,190.00 | Analysis |
| Julianne Callaway | 9/6/2007 | 6.30 | $300 | $1,890.00 | Analysis |
| Julianne Callaway | 9/10/2007 | 4.10 | $300 | $1,230.00 | Analysis |
| Julianne Callaway | 9/12/2007 | 4.10 | $300 | $1,230.00 | Analysis |
| Julianne Callaway | 9/14/2007 | 5.80 | $300 | $1,740.00 | Analysis |
| Julianne Callaway | 9/19/2007 | 5.60 | $300 | $1,680.00 | Analysis |
| Julianne Callaway | 9/20/2007 | 5.70 | $300 | $1,710.00 | Analysis |
| Julianne Callaway | 9/21/2007 | 7.50 | $300 | $2,250.00 | Analysis |
| Julianne Callaway | 9/24/2007 | 4.50 | $300 | $1,350.00 | Analysis |
| Julianne Callaway | 9/25/2007 | 13.50 | $300 | $4,050.00 | Analysis |
| | | 64.40 | | $19,320.00 | |
| Melissa Chung | 9/13/2007 | 1.00 | $295 | $295.00 | Analysis |
| Melissa Chung | 9/19/2007 | 0.40 | $295 | $118.00 | Analysis |
| Melissa Chung | 9/21/2007 | 3.00 | $295 | $885.00 | Analysis |
| | | 4.40 | | $1,298.00 | |
| Bryan Gillespie | 9/4/2007 | 3.40 | $400 | $1,360.00 | Analysis |
| Bryan Gillespie | 9/5/2007 | 1.60 | $400 | $640.00 | Analysis |
| Bryan Gillespie | 9/6/2007 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 9/7/2007 | 0.60 | $400 | $240.00 | Analysis |
| Bryan Gillespie | 9/13/2007 | 3.10 | $400 | $1,240.00 | Analysis |
| Bryan Gillespie | 9/14/2007 | 8.10 | $400 | $3,240.00 | Analysis |
| Bryan Gillespie | 9/17/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 9/18/2007 | 2.50 | $400 | $1,000.00 | Analysis |
| Bryan Gillespie | 9/19/2007 | 4.10 | $400 | $1,640.00 | Analysis |
| Bryan Gillespie | 9/20/2007 | 7.80 | $400 | $3,120.00 | Analysis |
| Bryan Gillespie | 9/21/2007 | 2.00 | $400 | $800.00 | Analysis |
| Bryan Gillespie | 9/22/2007 | 2.70 | $400 | $1,080.00 | Analysis |
| Bryan Gillespie | 9/24/2007 | 2.50 | $400 | $1,000.00 | Analysis |
| Bryan Gillespie | 9/25/2007 | 9.10 | $400 | $3,640.00 | Analysis |
| Bryan Gillespie | 9/26/2007 | 0.30 | $400 | $120.00 | Review Reports |
| Bryan Gillespie | 9/27/2007 | 0.90 | $400 | $360.00 | Review Reports |
| | | 52.10 | | $20,840.00 | |
| Jeff Kimble | 9/2/2007 | 3.50 | $375 | $1,312.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/4/2007 | 9.80 | $375 | $3,675.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/5/2007 | 8.60 | $375 | $3,225.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/6/2007 | 8.40 | $375 | $3,150.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/7/2007 | 3.90 | $375 | $1,462.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/9/2007 | 3.00 | $375 | $1,125.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/12/2007 | 8.30 | $375 | $3,112.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/13/2007 | 9.80 | $375 | $3,675.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/14/2007 | 7.20 | $375 | $2,700.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/15/2007 | 1.00 | $375 | $375.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/16/2007 | 1.00 | $375 | $375.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/17/2007 | 11.00 | $375 | $4,125.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/18/2007 | 9.70 | $375 | $3,637.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/19/2007 | 8.90 | $375 | $3,337.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/20/2007 | 13.90 | $375 | $5,212.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/21/2007 | 9.00 | $375 | $3,375.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/23/2007 | 5.00 | $375 | $1,875.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/24/2007 | 13.90 | $375 | $5,212.50 | Analysis & Report Preparation |
| Jeff Kimble | 9/25/2007 | 13.40 | $375 | $5,025.00 | Analysis & Report Preparation |
| Jeff Kimble | 9/26/2007 | 0.30 | $375 | $112.50 | Review Reports |
| Jeff Kimble | 9/27/2007 | 1.00 | $375 | $375.00 | Review Reports |
| Jeff Kimble | 9/28/2007 | 3.90 | $375 | $1,462.50 | Review Reports |
| | | 154.50 | | $57,937.50 | |

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Steve Lin | 9/7/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 9/12/2007 | 3.00 | $425 | $1,275.00 | Analysis |
| Steve Lin | 9/14/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 9/17/2007 | 8.00 | $425 | $3,400.00 | Analysis |
| Steve Lin | 9/18/2007 | 8.00 | $425 | $3,400.00 | Analysis |
| Steve Lin | 9/20/2007 | 8.00 | $425 | $3,400.00 | Rebuttal Report |
| Steve Lin | 9/21/2007 | 8.00 | $425 | $3,400.00 | Rebuttal Report |
| Steve Lin | 9/26/2007 | 2.20 | $425 | $935.00 | Review Reports |
| Steve Lin | 9/27/2007 | 2.30 | $425 | $977.50 | Review Reports |
| Steve Lin | 9/28/2007 | 4.80 | $425 | $2,040.00 | Review Reports |
|  |  | 49.30 |  | $20,952.50 |  |
| Adam Luechtefeld | 9/4/2007 | 2.00 | $250 | $500.00 | Supplemental Report |
| Adam Luechtefeld | 9/6/2007 | 4.00 | $250 | $1,000.00 | Supplemental Report |
| Adam Luechtefeld | 9/7/2007 | 1.00 | $250 | $250.00 | Supplemental Report |
| Adam Luechtefeld | 9/7/2007 | 2.00 | $250 | $500.00 | Supplemental Report |
| Adam Luechtefeld | 9/11/2007 | 0.50 | $250 | $125.00 | Supplemental Report |
| Adam Luechtefeld | 9/14/2007 | 2.75 | $250 | $687.50 | Supplemental Report |
| Adam Luechtefeld | 9/19/2007 | 3.50 | $250 | $875.00 | Supplemental Report |
| Adam Luechtefeld | 9/20/2007 | 5.00 | $250 | $1,250.00 | Supplemental Report |
| Adam Luechtefeld | 9/21/2007 | 1.75 | $250 | $437.50 | Supplemental Report |
| Adam Luechtefeld | 9/25/2007 | 3.50 | $250 | $875.00 | Supplemental Report |
|  |  | 26.00 |  | $6,500.00 |  |
| Alicia Oliver | 9/5/2007 | 0.50 | $170 | $85.00 | Analysis |
|  |  | 0.50 |  | $85.00 |  |
| Brent Petzoldt | 9/19/2007 | 3.20 | $235 | $752.00 | Analysis |
|  |  | 3.20 |  | $752.00 |  |
| Dave Powell | 9/14/2007 | 0.30 | $675 | $202.50 | Peer Review |
| Dave Powell | 9/15/2007 | 2.70 | $675 | $1,822.50 | Peer Review |
| Dave Powell | 9/17/2007 | 0.70 | $675 | $472.50 | Peer Review |
| Dave Powell | 9/18/2007 | 0.50 | $675 | $337.50 | Peer Review |
| Dave Powell | 9/19/2007 | 0.50 | $675 | $337.50 | Peer Review |
| Dave Powell | 9/20/2007 | 0.80 | $675 | $540.00 | Peer Review |
| Dave Powell | 9/24/2007 | 6.50 | $675 | $4,387.50 | Peer Review |
| Dave Powell | 9/25/2007 | 4.30 | $675 | $2,902.50 | Peer Review |
|  |  | 16.30 |  | $11,002.50 |  |
| Rhamonda Riggins | 9/5/2007 | 1.00 | $295 | $295.00 | RUST Database |
| Rhamonda Riggins | 9/6/2007 | 1.50 | $295 | $442.50 | RUST Database |
| Rhamonda Riggins | 9/7/2007 | 1.00 | $295 | $295.00 | RUST Database |
| Rhamonda Riggins | 9/10/2007 | 1.00 | $295 | $295.00 | Analysis |
| Rhamonda Riggins | 9/17/2007 | 0.50 | $295 | $147.50 | Analysis |
|  |  | 5.00 |  | $1,475.00 | Analysis |
| Ollie Sherman | 9/17/2007 | 1.00 | $675 | $675.00 | Review of Supplemental Report |
| Ollie Sherman | 9/19/2007 | 1.00 | $675 | $675.00 | Review of Rebuttal Report |
| Ollie Sherman | 9/24/2007 | 1.50 | $675 | $1,012.50 | Review of Rebuttal Report |
| Ollie Sherman | 9/25/2007 | 1.00 | $675 | $675.00 | Review of Rebuttal Report |
|  |  | 4.50 |  | $3,037.50 |  |
| Patrick Yu | 9/12/2007 | 0.50 | $215 | $107.50 | Analysis |
| Patrick Yu | 9/14/2007 | 2.50 | $215 | $537.50 | Analysis |
|  |  | 3.00 |  | $645.00 |  |
|  |  | 527.70 |  | $234,157.50 |  |