# EXHIBIT D TO ORRICK'S SEVENTH QUARTERLY: MEAL SUMMARY FOR CHARGES OVER $15.00

## MEAL SUMMARY FOR CHARGES OVER $15.00
## APRIL 1, 2007 THROUGH JUNE 30, 2007

| Accounting Bill Date | Meal Charge | Type of Meal | Number of People | Fee Auditor's Guideline Amount | Expense Reduction |
|---|---|---|---|---|---|
| 6/4/07 | $98.40 | Lunch | 5 | $125.00 | NA |
| 6/6/07 | $46.75 | 2 Breakfasts 2 Lunches | 1 | $80.00 | NA |
| 6/12/07 | $23.48 | Dinner | 1 | $50.00 | NA |
| 6/13/07 | $20.18 | Dinner | 1 | $50.00 | NA |
| 6/14/07 | $24.22 | Dinner | 1 | $50.00 | NA |
| 6/14/07 | $55.63 | Dinner | 2 | $50.00 | NA |
| 6/18/07 | $26.09 | Dinner | 1 | $50.00 | NA |
| 6/19/07 | $25.43 | Dinner | 1 | $50.00 | NA |
| 6/25/07 | $90.78 | 2 Breakfasts 2 Lunches 1 Dinner | 1 | $130.00 | NA |
| 7/24/07 | $23.27 | Dinner | 1 | $50.00 | NA |
| 7/31/07 | $28.06 | 1 Breakfast 1 Lunch 1 Dinner | | $90.00 | NA |
| 8/8/07 | $26.95 | Dinner | 1 | $50.00 | NA |
| 8/13/07 | $23.01 | Dinner | 1 | $50.00 | NA |
| 8/13/07 | $29.06 | Dinner | 1 | $50.00 | NA |
| 8/16/07 | $286.11 | Lunch | 12 | $300.00 | NA |
| 8/19/07 | $19.18 | Dinner | 1 | $50.00 | NA |
| 8/22/07 | $17.10 | Dinner | 1 | $50.00 | NA |

| Accounting Bill Date | Meal Charge | Type of Meal | Number of People | Fee Auditor's Guideline Amount | Expense Reduction |
|---|---|---|---|---|---|
| 8/23/07 | $429.83 | Lunch | 12 | $300.00 | $129.83 |
| 8/27/07 | $20.80 | Dinner | 1 | $50.00 | NA |
| 8/28/07 | $23.55 | Dinner | 1 | $50.00 | NA |
| 8/29/07 | $22.97 | 1 Breakfast<br>2 Lunch<br>1 Dinner | 1 | $115.00 | NA |
| 8/29/07 | $38.02 | 1 Breakfast<br>1 Lunch<br>1 Dinner | 1 | $80.00 | NA |
| 9/5/07 | $19.21 | Dinner | 1 | $50.00 | NA |
| 9/10/07 | $20.27 | Dinner | 1 | $50.00 | NA |
| 9/10/07 | $24.99 | Dinner | 1 | $50.00 | NA |
| 9/13/07 | $24.29 | Dinner | 1 | $50.00 | NA |
| 9/17/07 | $20.93 | Dinner | 1 | $50.00 | NA |
| 9/17/07 | $25.20 | Dinner | 1 | $50.00 | NA |
| 9/18/07 | $16.26 | Dinner | 1 | $50.00 | NA |
| 9/19/07 | $24.63 | Dinner | 1 | $50.00 | NA |
| 9/23/07 | $76.62 | Lunch | 2 | $50.00 | $26.62 |
| **Total Reduction** | | | | | **$156.45** |