**EXHIBIT 1**

# BMC Group

WR GRACE

Monthly Invoice

---

**November 2007 -- Asbestos Claims**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2007 | 3.6 | $756.00 | Prepare e-mail to M Rosenberg re order 17193 and MSJ status (.1); continue analysis of asbestos pd settlement orders 17195-17197 and related motions (1.7); continue revision to b-Linx re settled claims (1.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2007 | 4.0 | $840.00 | Continue analysis of asbestos pd settlement order 17197 and related motions (2.0); revise b-Linx re settled asbestos pd claims (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2007 | 1.5 | $315.00 | Continue analysis of asbestos pd settlement order 17195 and related motions (.7); revise b-Linx re settled asbestos pd claims (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2007 | 3.5 | $735.00 | Review b-Linx re settled asbestos pd claims (1.0); revise claim sub-status for settled asbestos pd claims already input to incorporate new sub-status (2.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2007 | 2.0 | $420.00 | Continue analysis of asbestos pd settlement order 17197 and related motions (1.0); revise b-Linx re settled asbestos pd claims (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2007 | 3.0 | $630.00 | Analysis of order 17197 and related motion re asbestos pd settlements (1.5); revise b-Linx re claims affected by order (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2007 | 4.5 | $945.00 | Analysis of order 17197 and related motion re asbestos pd settlements (2.0); revise b-Linx re claims affected by order (2.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2007 | 2.0 | $420.00 | Continue analysis of order 17197 and related motion (1.0); revise b-Linx re claims affected by order (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2007 | 2.0 | $420.00 | Continue analysis of order 17197 and related motion (1.0); revise b-Linx re claims affected by order (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2007 | 5.7 | $1,197.00 | Continue analysis of order 17197 and related motion (2.0); continue revision to b-Linx re claims affected (2.5); analysis of order 17198 and related motion (.8); revision of b-Linx re claims affected (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2007 | 2.5 | $525.00 | Prepare report of claims affected by order 17197 (.7); analysis of 17197 report vs settlement motion exhibit to verify all claims affected were updated in b-Linx (1.3); revise b-Linx (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/17/2007 | 2.0 | $420.00 | Analysis of orders 17199-17200 and related motions (1.0); revise b-Linx re claims affected (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2007 | 4.8 | $1,008.00 | Analysis of orders 17200-17206 and related motions (2.2); revise b-Linx re claims affected (2.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2007 | 6.8 | $1,428.00 | Analysis of orders 17207-17211 and related motions (3.0); revise b-Linx re claims affected (3.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2007 | 0.1 | $11.00 | Research possible Union Pacific PD claims per L Gardner request and prepare follow-up memo to L Gardner re results |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2007 | 3.5 | $735.00 | Prepare reports of claims settled in Orders 17193-17196, 17198-17211 (1.5); analysis of reports vs settlement motion exhibits to verify all claims reflected in b-Linx (1.5); revise b-Linx (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2007 | 1.8 | $378.00 | Analysis of e-mail from M Rosenberg re new Motley Rice settlements (.2); analysis of updated active claim numbers from M Rosenberg (.8); analysis of motion 17116 and related order 17433 (.8) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## November 2007 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2007 | 3.0 | $630.00 | Prepare draft report of counts of asbestos pd claims (.3); analysis of draft report vs M Rosenberg prior count (1.5); analysis of M Rosenberg prior count spreadsheet for differences (1.2) |
| | | Asbestos Claims Total: | | 56.3 | $11,813.00 | |

## November 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/1/2007 | 0.4 | $30.00 | Review Court docket nos. 17230 to 17264 (.2); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.2) |
| LILIANA ANZALDO - CAS | | $45.00 | 11/1/2007 | 0.2 | $9.00 | Refile and archive claims and pleadings |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/1/2007 | 0.3 | $28.50 | Read all new ECF notifications from Court (.1); verify for any new pleadings impacting claims or the notice list (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/1/2007 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/1/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2007 | 1.0 | $210.00 | Analysis of e-mail from L Ruppaner re Fair Harbor Capital call re claim transfer (.2); analysis of b-Linx re claims in call (.4); prepare e-mail to L Ruppaner re response to transfer issue, scheduled claim, current claim owed, Rust Consulting claims register (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/1/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| BRIANNA TATE - CAS | | $45.00 | 11/2/2007 | 0.1 | $4.50 | Telephone with Sylvia Andreed at (212) 336-2178 re status of client's claim |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/2/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/2/2007 | 0.1 | $9.50 | Perform docket update to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/2/2007 | 1.3 | $123.50 | Prepare 15 Certificates of Service for all transfer notices served on 10/31/07 (1.0); review the Certificates (.1); notarize Certificates (.1); prepare for filing with the Court via electronic mail (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2007 | 1.2 | $252.00 | Analysis of draft Sep 07 invoice from S Fritz (.2); brief review of consultant hours (.5); prepare e-mail to S Fritz re revisions to draft Sep 07 invoice (.3); prepare e-mail to B Daniel re billing reminder (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/5/2007 | 0.2 | $15.00 | Review Court docket nos. 17265 to 17289 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/5/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/5/2007 | 0.8 | $76.00 | Review Court docket report for any new claim transfer notices (.2); audit claim transfer notices listed against claim transfer notices served by BMC for Oct and Nov per request from S Cohen (.6) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## November 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/5/2007 | 1.7 | $161.50 | Electronically file all Certificates of Service corresponding to transfer notices and defective transfer notices served recently (15 transfer notices total) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/5/2007 | 0.8 | $88.00 | Analyze (.2) and prepare (.4) monthly reports; draft follow-up memos to G Kruse, L Ruppaner, J Miller, K Davis at Rust Consulting (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/6/2007 | 0.8 | $168.00 | Prepare for (.3) and lead (.5) team status call re PD, non-asbestos and PI data/claims |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/6/2007 | 0.2 | $15.00 | Review Court docket nos. 17290 to 17308 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/6/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/6/2007 | 0.4 | $38.00 | Read (.2) and respond (.2) to all new case correspondence including e-mail from Court and other case related correspondence |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/7/2007 | 0.3 | $22.50 | Review Court docket nos. 17309 to 17312 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2007 | 1.4 | $294.00 | E-mails from/to J Miller and S Fritz re L Sinyanyan inquiry re fee apps (.7); e-mails to P Cuniff re filing 25th Qtrly and related monthly fee apps (.2); e-mails to/from W Sparks re fee apps (.1); telephone with J Miller re fee apps, new plan filed by creditors, DDRT tool, Rust Consulting claims register (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/7/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/8/2007 | 0.1 | $7.50 | Review Court docket No. 17313 (.0); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/9/2007 | 0.4 | $30.00 | Review Court docket nos. 17084, 17087, 17090, 17133, 17134, 17138 and 17140 (.2); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2007 | 0.3 | $63.00 | Analysis of e-mail from S Ament re claims 11037 and 11036 (.1); analysis of b-Linx re claims (.1); prepare e-mail to S Ament re copies of claims (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/9/2007 | 0.1 | $16.50 | Various discussions with team re recent docket activity and categorization of document types |
| BRIANNA TATE - CAS | | $45.00 | 11/12/2007 | 0.1 | $4.50 | Telephone with Lawrence Rice at (321) 725-6284 re returned call |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/12/2007 | 1.1 | $231.00 | Follow-up with tools group re specific claim images issues |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/12/2007 | 1.3 | $273.00 | Review docket filings for week of 11/5 to 11/9 (1.0); ensure follow-up of docket items affecting claims are updated appropriately (.3) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/12/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| MIKE BOOTH - MANAGER | | $165.00 | 11/12/2007 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/13/2007 | 0.4 | $60.00 | Case status conference call with project team |

EXHIBIT 1

# BMC Group
### WR GRACE
Monthly Invoice

## November 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/13/2007 | 0.8 | $168.00 | Prepare for (.3) and lead (.5) team status call re PD, non-Asbestos and PI data/claims |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/13/2007 | 0.2 | $15.00 | Review Court docket nos. 17314 to 17333 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/13/2007 | 0.3 | $28.50 | Weekly telephone conference call to discuss status of case and pending issues related to claims |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/13/2007 | 0.2 | $19.00 | Follow up communications with J Miller re claims and claim transfer notices and claim register reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2007 | 0.6 | $126.00 | Analysis of e-mail from K Davis at Rust Consulting re no new claims received (.1); weekly team call with J Miller, S Cohen, S Kjontvedt, L Ruppaner and G Kruse (.4); analysis of e-mail from L Oberholzer re confirmation of filing of 25th Qtrly fee app (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/13/2007 | 0.1 | $16.50 | Various discussions with team re recent docket activity and categorization of document types |
| MIKE BOOTH - MANAGER | | $165.00 | 11/13/2007 | 0.1 | $16.50 | Discussion with S Cohen re new and pending claim issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/13/2007 | 0.1 | $11.00 | Discussion with M Booth re new and pending claim issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/13/2007 | 0.3 | $33.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 11/13/2007 | 0.4 | $56.00 | Weekly team status call |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/14/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/14/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2007 | 1.7 | $357.00 | Analysis of Court docket re new pleadings filed (1.5); analysis of e-mail from S Fritz re draft Oct 07 invoice (.2) |
| BRIANNA TATE - CAS | | $45.00 | 11/15/2007 | 0.1 | $4.50 | Telephone with Rhoda Freeman of Contrarian Capital at (203) 629-0319 re request for claim copy; referred to Rust Consulting |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/15/2007 | 1.5 | $112.50 | Review Court docket nos. 17334 to 17369 (.7); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.8) |
| LILIANA ANZALDO - CAS | | $45.00 | 11/15/2007 | 0.1 | $4.50 | Refile and archive claims and pleadings documents |
| MIKE BOOTH - MANAGER | | $165.00 | 11/15/2007 | 0.2 | $33.00 | Various discussions with team re recent docket activity and categorization of document types (.1); update claims database as required (.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/19/2007 | 1.4 | $294.00 | Prepare for team call on 11/20 (.3); outline discussion topics related to non-asbestos claim reporting (.7); b-Linx features and claim image availability in pdf format per counsel request (.4) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/19/2007 | 1.1 | $231.00 | Review docket filings for week of 11/12 to 11/16 (.8); ensure follow-up of docket items affecting claims are updated appropriately (.3) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/19/2007 | 0.3 | $63.00 | Provide additional claim data fields for query of claims flags to be prepared by G Kruse per M Araki request |

EXHIBIT 1

# BMC Group
WR GRACE

Monthly Invoice

## November 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/19/2007 | 0.2 | $15.00 | Review Court docket nos. 17370 to 17385 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/19/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2007 | 2.7 | $567.00 | Analysis of e-mail from T Feil re J Baer and L Sinanyan concerns (.1); telephone to J Miller re T Feil e-mail (.3); analysis of e-mails re Baer/Sinanyan concerns re SEC reporting (.3); conference call with J Miller, S Cohen, M Grimmett re T Feil e-mail (.7); prepare memo to S Fritz re quarterly fee apps for T Feil (.4); analysis of e-mail from S Cohen re Mass Tax claim and order (.2); analysis of docket re Mass Tax claim (.2); prepare e-mail to S Cohen re Mass Tax claim order (.2); e-mails to/from G Kruse re claim flag data request (.3) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/19/2007 | 0.1 | $16.50 | Various discussions with team re recent docket activity and categorization of document types |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/19/2007 | 0.4 | $44.00 | Conference call with J Miller, M Grimmett, M Araki re reporting issues |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/20/2007 | 0.7 | $105.00 | Conference call with project team re case status |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/20/2007 | 1.2 | $252.00 | Lead team conference call re issues related to end of quarter reporting, b-Linx features and pdf of images |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/20/2007 | 0.6 | $45.00 | Review Court docket nos. 17386 to 17405 (.3); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.3) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/20/2007 | 1.0 | $95.00 | Conference call with team and T Feil to discuss case expectations and how to provide better service to client and counsel |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/20/2007 | 0.2 | $19.00 | Review all new e-mail sent from Court re newly filed pleadings |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2007 | 0.8 | $168.00 | Prepare e-mail to L Ruppaner re DRTT issue (.1); weekly conf call with J Miller, M Grimmett, S Cohen, T Feil, G Kruse and S Kjontvedt (.7) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/20/2007 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| MIKE BOOTH - MANAGER | | $165.00 | 11/20/2007 | 0.1 | $16.50 | Various discussions with team re recent docket activity and categorization of document types |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2007 | 1.2 | $132.00 | Status call led by J Miller re pending issues (.5); post-discussion follow-ups with M Booth, L Ruppaner (.7) |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 11/20/2007 | 0.8 | $112.00 | Weekly team status call |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/21/2007 | 0.2 | $19.00 | Communications with M Araki re DRTT and pleadings posted |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/21/2007 | 0.4 | $38.00 | Review Court docket report (.2); obtain docket no 17344 per instructions from S Cohen (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2007 | 3.5 | $735.00 | Analysis of docket re new pleadings filed (1.0); analysis of b-Linx re other claims settled (1.0); analysis of other settlement motions re settlement clauses and reflection in b-Linx (1.5) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## November 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MIKE BOOTH - MANAGER | | $165.00 | 11/21/2007 | 0.1 | $16.50 | Discussion with S Cohen re analysis and review of recent docket activity and claim database updates |
| MIKE BOOTH - MANAGER | | $165.00 | 11/21/2007 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/21/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/21/2007 | 0.1 | $11.00 | Discussions with J Miller, D Espalin re L Sinanyan request for IT assistance |
| YVETTE KNOPP - CAS | | $90.00 | 11/21/2007 | 0.2 | $18.00 | Review production reporting re invoice 021-20071019-1 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2007 | 0.4 | $84.00 | E-mails from/to J Miller re fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/24/2007 | 0.3 | $63.00 | E-mails from/to J Miller re fee apps |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/26/2007 | 0.8 | $168.00 | Review docket filings for week of 11/19 to 11/23 (.6); ensure follow-up of docket items affecting claims are updated appropriately (.2) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/26/2007 | 0.2 | $15.00 | Review Court docket nos. 17406 to 17423 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/26/2007 | 0.1 | $9.50 | Provide docket updates to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2007 | 1.7 | $357.00 | Analysis of e-mail from K Davis re new claim received (.1); prepare e-mail to L Ruppaner re new claim info to come from Rust Consulting (.1); analysis of docket re new orders filed affecting claims (1.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/27/2007 | 0.3 | $45.00 | Conference call with project team re case status |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/27/2007 | 1.3 | $273.00 | Correspondence via phone (.8) and e-mails (.5) with M Grimmett re implementation of feature to allow counsel ability to provide reconciliation notes into b-Linx per their request |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/27/2007 | 1.1 | $231.00 | Review recent docket filings pertaining to non-asbestos and PD claims to ensure proper handling and updates in b-Linx |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/27/2007 | 0.9 | $189.00 | Prepare for (.4) and lead (.5) team status call re PD, non-asbestos and PI data/claims |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/27/2007 | 0.4 | $30.00 | Review Court docket nos. 17424 to 17445 (.2); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/27/2007 | 0.3 | $28.50 | Provide detailed review of Court docket report re omnibus objections and other orders impacting the status of claims |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/27/2007 | 0.2 | $19.00 | Weekly conference call to discuss upcoming case related projects and deadlines |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/27/2007 | 0.1 | $9.50 | Follow up communications with S Cohen re service requirements of new orders filed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2007 | 1.6 | $336.00 | Weekly team conference call with J Miller, S Cohen, S Kjontvedt, G Kruse, L Ruppaner and A Dalsass (.3); telephone with M Rosenberg re active open and resolution of claims 5593/5672 and 5689/5690 (.3); analysis of docket re new orders filed affecting claims (1.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/27/2007 | 0.2 | $22.00 | Status call led by J Miller re pending issues |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## November 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 11/27/2007 | 0.3 | $42.00 | Weekly team status call |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/28/2007 | 0.2 | $15.00 | Review Court docket nos. 17446 to 17453 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2007 | 2.5 | $525.00 | E-mails to/from J Miller re WR Grace party requesting BMC monthly numbers for reporting purposes (.2); analysis of e-mails from L Ruppaner and J Conklin re new Rust Consulting cd (.3); analysis of e-mail from S Fritz re Oct invoice info for transmission to WR Grace (.4); analysis of DRTT re new documents assigned (1.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/28/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/29/2007 | 1.2 | $252.00 | Review e-mail from T Feil to L Sinanyan and J Baer (.1); outline plan and related timeline for completion of tasks outlined (1.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/30/2007 | 1.4 | $294.00 | Review end of month claims reporting for PD and non-asbestos claim groups |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2007 | 3.0 | $630.00 | Analysis of claim flag count/type report from G Kruse (2.0); prepare detailed report of claim flag types for further analysis (1.0) |
| | Case Administration Total: | | | 59.6 | $10,111.00 | |

## November 2007 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/5/2007 | 0.7 | $105.00 | Run updated extract of Active and Inactive PD claims (.3); export to spreadsheet (.3); forward to S Cohen (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/19/2007 | 1.5 | $225.00 | Create listing of claim flags per M Araki request (.5); create active claims by claim flag counts (.3); prepare same for inactive claims (.3); export to spreadsheet (.3); forward to M Araki (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/28/2007 | 1.0 | $110.00 | SQL database maintenance, review logs, update tables fields, views and user defined functions |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/28/2007 | 1.0 | $110.00 | SQL database maintenance, review logs, update tables fields, views and user defined functions (PI) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/28/2007 | 0.1 | $9.50 | Reformat property damage claims modified record data files in preparation to migration to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/28/2007 | 0.1 | $9.50 | Reformat bankruptcy claims modified record data files in preparation to migration to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/28/2007 | 0.1 | $9.50 | Migrate bankruptcy claims images from CD to server |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/28/2007 | 0.2 | $19.00 | Review and verify all other documents listed on CD |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/28/2007 | 0.1 | $9.50 | Correspondence with project team re CD and bankruptcy data received from Rust Consulting |
| | Data Analysis Total: | | | 4.8 | $607.00 | |

## November 2007 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## November 2007 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2007 | 2.0 | $420.00 | Analysis of revised Apr, May, Jun 07 expenses and production exhibits (.4); revise Apr, May, Jun and 25th Qtrly fee apps re expenses and production (1.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2007 | 2.0 | $420.00 | Prepare category summary and time detail exhibits for Apr, May, Jun and 25th Qtrly fee apps (1.6); review exhibits (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2007 | 3.5 | $735.00 | Analysis of draft expense and production invoices from S Fritz for Jul, Aug, Sep 07 (.7); prepare e-mail to S Fritz re expense and production issues Jul-Sep 07 (.2); review Apr, May, Jun 07 expense and produciton invoices re similar issues (.7); prepare e-mail to S Fritz re revision to Apr, May, Jun 07 expense and production invoices (.2); analysis of e-mails from S Fritz re revised Apr-Jun and Jul-Sep production and expense invoices (.8); revise Apr 07 fee app narrative re revised production and expense invoices (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2007 | 3.0 | $630.00 | Revise May 07 fee app re revised production and expense invoices (.7); revise Jun 07 fee app re same (.7); revise 25th Qtrly fee app re same (.8); prepare expense and production extracts for Fee Examiner (.8) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/7/2007 | 0.4 | $84.00 | Call with M Araki re 25th and 26th Qtrly fee applications |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2007 | 4.5 | $945.00 | Review Apr, May, Jun 07 fee apps re bio info (.9); review master bio data (.6); revise/finalize Apr, May, Jun and 25th Qtrly fee apps (3.0) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/8/2007 | 1.0 | $210.00 | Review (.8) and notarize (.2) April, May and June 07 fee apps and 25th Qtrly fee application |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2007 | 3.5 | $735.00 | E-mails to/from J Miller re 25th Qtrly and monthly fee app sig pages (.2); calculate 25th Qtrly voluntary reduction to get to balance (1.0); e-mails to/from J Miller re percentage calculation to reach agreed-upon balance (.2); revise Jun and 25th Qtrly fee app re voluntary percentage calculations (.4); prepare excel time details for Fee Examiner for Apr, May, Jun and 25th Qtrly fee apps (1.2); e-mails to S Bossay re Apr, May, Jun and 25th Qtrly fee app files (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2007 | 3.0 | $630.00 | Draft Notice of Filing of 25th Qtrly fee app (.4); send draft to L Oberholzer (.1); analysis of e-mail form L Oberholzer re revised Notice of Filing format (.3); revise Notice of Filing of 25th Qtrly fee app (.4); finalize time, expense and production extracts for Fee Examiner (.6); finalize Apr, May, Jun and 25th Qtrly fee apps (1.0); prepare e-mail to L Oberholzer re transmission of Apr, May, Jun and 25th Qtrly fee apps for filing (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2007 | 2.0 | $420.00 | Analysis of e-mail from S Fritz re revised expense and production invoices for Jul, Aug, Sep 07 (.2); analysis of revised expense and production invoices Jul, Aug, Sep 07 (1.5); prepare e-mail to S Fritz confirming filing of Apr, May, Jun and 25th Qtrly fee apps and approval of revised expense and production for Jul-Sep (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2007 | 2.0 | $420.00 | Analysis of draft Oct 07 invoice (.6); review biller time for reductions (.8); prepare e-mail to S Fritz re Oct 07 reductions (.2); e-mails to/from J Miller re availability to sign/review Jul-Sep 07 fee apps (.2); telephone with S Fritz re J Miller response (.2) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## November 2007 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2007 | 3.0 | $630.00 | Revise Jul, Aug, Sep and 26th Qtrly fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2007 | 3.0 | $630.00 | Prepare category summary and time detail exhibits for Jul, Aug, Sep and 26th Qtrly fee apps (1.6); revise Jul-Sep and 26th Qtrly fee apps (1.4) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/24/2007 | 1.4 | $294.00 | Review drafts of monthly and quarterly fee applications (1.0); appear before notary for notarized sig pages (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2007 | 2.5 | $525.00 | Analysis of draft fee apps and exhibits Jul-Sep and 26th Qtrly (1.5); prepare final expense and production exhibits Jul-Sep (1.0) |
| | | Fee Applications Total: | | 36.8 | $7,728.00 | |

## November 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/1/2007 | 0.3 | $28.50 | Communications with Transfer Agent to research issues related to recent defective transfer notice served pursuant to docket no 17160 |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/2/2007 | 0.6 | $126.00 | Inquiries with S Cohen and L Sinanyan re service of Omni 24 objection affected parties |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/2/2007 | 1.2 | $252.00 | Research (.8) and follow-up (.4) with L Sinanyan and J Baer re RMQ claims |
| LAURI BOGUE - REC_TEAM | | $110.00 | 11/2/2007 | 0.2 | $22.00 | Audit 1 claim transfer on docket to verify updates to transfer details in the database were accurately performed and appropriate notices were served |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2007 | 0.2 | $22.00 | Update claims per L Sinanyan request (.1); draft follow-up memos to L Sinanyan re updates (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2007 | 0.9 | $99.00 | Analyze docket numbers 17115 to 17214 and related docket entries (.4); update claims database (.5); draft follow-up memos to J Miller re updates (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2007 | 0.3 | $33.00 | Analyze RMQ claims per J Miller request (.1); prepare claim reports (.1); draft follow-up memo to J Miller (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/5/2007 | 0.1 | $11.00 | Update additional claim assignments per L Sinanyan request |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/6/2007 | 0.4 | $38.00 | Complete claim transfers on 7 claims after the 20 day objection deadline has expired |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/6/2007 | 0.1 | $11.00 | Update claim assignments per L Sinanyan additional request |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/7/2007 | 0.3 | $63.00 | Provide claim images to K Mitchell per request from J Rivenbark |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/7/2007 | 0.1 | $11.00 | Research and analyze claim 7019 data per request of K Davis at Rust Consulting and prepare follow-up memo to K Davis re results |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/9/2007 | 0.7 | $77.00 | Continue higher-level analysis of active open and reconciled claims and possible unliquidated/interest components per L Sinanyan request (.4); update claims database per analysis (.3) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/12/2007 | 0.3 | $63.00 | Provide set of claims images per J Baer request |
| MIKE BOOTH - MANAGER | | $165.00 | 11/12/2007 | 0.2 | $33.00 | Continue higher-level analysis of active reconciled claims and possible unliquidated/interest components per L Sinanyan request (.1); update claims database as required re same (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## November 2007 -- Non-Asbestos Claims

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | $110.00 | 11/12/2007 | 3.4 | $374.00 | Continue higher-level analysis of active open and reconciled claims and possible unliquidated/interest components per L Sinanyan request (2.0); update claims database per analysis (1.4) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 11/12/2007 | 1.9 | $209.00 | Continue higher-level analysis of active open and reconciled claims and possible unliquidated/interest components per L Sinanyan request (1.0); research related Orders to verify allowance or disallowance of interest (.9) |
| MIKE BOOTH - MANAGER | $165.00 | 11/13/2007 | 0.3 | $49.50 | Continue higher-level analysis of active reconciled claims and possible unliquidated/interest components per LSinanyan request (.2); update claims database as required re same (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 11/13/2007 | 3.9 | $429.00 | Continue higher-level analysis of active open and reconciled claims and possible unliquidated/interest components per L Sinanyan request (1.9); update claims database per analysis (1.9); draft follow-up memos to M Booth re project (.1) |
| MIKE BOOTH - MANAGER | $165.00 | 11/14/2007 | 0.3 | $49.50 | Discussion with S Cohen re ongoing analysis of active reconciled claims and possible unliquidated/interest components per LSinanyan request and claim database updates required |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 11/14/2007 | 3.2 | $352.00 | Continue higher-level analysis of active open and reconciled claims and possible unliquidated/interest components per L Sinanyan request (1.8); update claims database per analysis (1.4) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 11/14/2007 | 0.3 | $33.00 | Discussion with M Booth re ongoing analysis of active reconciled claims and possible unliquidated/interest components per L Sinanyan request and claim database updates required |
| JEFF MILLER - SR_MANAGER | $210.00 | 11/19/2007 | 0.5 | $105.00 | Call with S Cohen and M Grimmett to discuss non-asbestos claims reporting for 10-Q and 10-K filings |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 11/19/2007 | 0.2 | $19.00 | Verify all claim transfer requests are current (.1); complete all new claim transfers after the 20 day objection deadline has expired (.1) |
| MIKE BOOTH - MANAGER | $165.00 | 11/19/2007 | 0.1 | $16.50 | Discussion with S Cohen re audit of unliquidated claims and final analysis/claim updates required |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 11/19/2007 | 0.1 | $11.00 | Discussion with M Booth re audit of unliquidated claims and final analysis/claim updates required |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 11/19/2007 | 1.9 | $209.00 | Continue higher-level analysis of active open and reconciled claims and possible unliquidated/interest components per L Sinanyan request (.8); update claims database per analysis (.9); draft follow-up memo to M Booth re issues (.2) |
| JEFF MILLER - SR_MANAGER | $210.00 | 11/20/2007 | 0.7 | $147.00 | Follow-up with S Cohen re status of non-asbestos claims review to determine unliquidated components of claims |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 11/20/2007 | 0.6 | $57.00 | Review status of all pending claim transfer requests (.2); update all claims associated with docket nos 17143 - 17154 and 17259 in b-Linx (.2); update transfer report to reflect changes in claim ownership (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 11/20/2007 | 2.6 | $546.00 | Analysis of docket re non-asbestos claims settled via motions (1.0); analysis of settlement docs for non-asbestos claims (1.0); analysis of b-Linx re treatment of non-asbestos settlements (.6) |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

## November 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MIKE BOOTH - MANAGER | | $165.00 | 11/20/2007 | 0.9 | $148.50 | Final discussion with S Cohen re audit of unliquidated claims and reporting of analysis/claim updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2007 | 0.9 | $99.00 | Final discussion with M Booth re audit of unliquidated claims and reporting of analysis/claim updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2007 | 0.9 | $99.00 | Continue higher-level analysis of active open and reconciled claims and possible unliquidated/interest components per L Sinanyan request (.3); update claims database per analysis (.3); initialize preparation of reports re analysis and updates (.2); draft follow-up memo to J Miller re status (.1) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/21/2007 | 3.0 | $225.00 | Continue review of 89 active open claims per spreadsheet from S Cohen to identify unliquidated claims with interest an interest component asserted per L Sinanyan request (1.7); update claims data spreadsheet (1.0); various discussions with M Booth re review issues (.3) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 11/21/2007 | 2.8 | $210.00 | Review of 89 active open claims per spreadsheet from S Cohen to identify unliquidated claims with interest an interest component asserted per L Sinanyan request (1.0); update claims data spreadsheet (1.4); various discussions with M Booth re review results (.4) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/21/2007 | 0.4 | $66.00 | Coordinate and initialize review of 89 active open claims per spreadsheet from S Cohen to identify unliquidated claims with interest an interest component asserted per L Sinanyan request (.2); update claims data spreadsheet (.1); various discussions with L Hughes re analysis issues (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/21/2007 | 0.2 | $22.00 | Prepare updated Omni 24 exhibit drafts per L Sinanyan request (.1); transmit to L Sinanyan (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/21/2007 | 0.1 | $11.00 | Discussion with M Booth re analysis and review of recent docket activity and claim database updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/21/2007 | 1.2 | $132.00 | Continue higher-level analysis of active open and reconciled claims and possible unliquidated/interest components per L Sinanyan request (.5); update claims database per analysis (.3); continue preparation of reports re analysis and updates (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/27/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re Omni 4 Order/objections and service |
| | Non-Asbestos Claims Total: | | | 36.4 | $4,519.50 | |

## November 2007 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ALAN DALSASS - DIRECTOR | | $275.00 | 11/5/2007 | 1.5 | $412.50 | Draft of Subpoena response letters |
| ALAN DALSASS - DIRECTOR | | $275.00 | 11/7/2007 | 0.7 | $192.50 | Revise Subpoena response letters (.5); prepare for distribution (.2) |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 11/7/2007 | 0.4 | $56.00 | E-mails re response to Subpoena (.2); follow-up re Subpoena response status (.2) |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 11/7/2007 | 0.1 | $14.00 | Call with J Miller re Subpoena |
| ALAN DALSASS - DIRECTOR | | $275.00 | 11/8/2007 | 0.4 | $110.00 | Telephone calls (.2) and correspondence (.2) with counsel re Subpoena response letters |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 11/8/2007 | 0.2 | $28.00 | E-mail to (.1) and from (.1) J Miller re follow-up with attorneys on Subpoena |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## November 2007 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/12/2007 | 0.7 | $147.00 | Review letters/subpoenas submitted by G Butler of Roetzel & Andress |
| JEFF MILLER - SR_MANAGER | | $210.00 | 11/12/2007 | 1.2 | $252.00 | Coordinate response (1.0) and follow-up (.2) with G Butler re  524(g) PI-SE Trust related subpoenas |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 11/27/2007 | 0.1 | $14.00 | E-mails to/from A Basta re general case status |
| | WRG Asbestos PI Claims Total: | | | 5.3 | $1,226.00 | |
| | November 2007 Total: | | | 199.2 | $36,004.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

| | | | |
|---|---|---|---|
| Grand Total: | 199.2 | $36,004.50 | |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 11/1/2007 thru 11/30/2007

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.1 | $11.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 56.2 | $11,802.00 |
| | Total: | 56.3 | $11,813.00 |
| **Case Administration** | | | |
| CAS | | | |
| Brianna Tate | $45.00 | 0.3 | $13.50 |
| Liliana Anzaldo | $45.00 | 0.3 | $13.50 |
| Yvette Knopp | $90.00 | 0.2 | $18.00 |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 14.7 | $3,087.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.1 | $181.50 |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 1.5 | $210.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 1.4 | $210.00 |
| REC_TEAM | | | |
| Leila Hughes | $75.00 | 4.9 | $367.50 |
| Steffanie Cohen | $110.00 | 3.7 | $407.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 8.8 | $836.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 22.7 | $4,767.00 |
| | Total: | 59.6 | $10,111.00 |
| **Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 2.2 | $330.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 2.0 | $220.00 |
| Jacqueline Conklin | $95.00 | 0.6 | $57.00 |
| | Total: | 4.8 | $607.00 |
| **Fee Applications** | | | |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 2.8 | $588.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 34.0 | $7,140.00 |
| | Total: | 36.8 | $7,728.00 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 11/1/2007 thru 11/30/2007

| Category / Type / Name | Hourly Rate | Hours | Total Amt. | |
|---|---|---|---|---|
| **Non-Asbestos Claims** | | | | |
| SR_MANAGER | | | | |
| Jeff Miller | $210.00 | 3.6 | $756.00 | |
| MANAGER | | | | |
| Mike Booth | $165.00 | 2.2 | $363.00 | |
| REC_TEAM | | | | |
| Lauri Bogue | $110.00 | 0.2 | $22.00 | |
| Leila Hughes | $75.00 | 5.8 | $435.00 | |
| Steffanie Cohen | $110.00 | 20.5 | $2,255.00 | |
| CASE_SUPPORT | | | | |
| Lisa Ruppaner | $95.00 | 1.5 | $142.50 | |
| CONTRACTOR | | | | |
| Martha Araki | $210.00 | 2.6 | $546.00 | |
| | Total: | 36.4 | $4,519.50 | |
| **WRG Asbestos PI Claims** | | | | |
| DIRECTOR | | | | |
| Alan Dalsass | $275.00 | 2.6 | $715.00 | |
| SR_MANAGER | | | | |
| Jeff Miller | $210.00 | 1.9 | $399.00 | |
| SR_CONSULTANT | | | | |
| Stephenie Kjontvedt | $140.00 | 0.8 | $112.00 | |
| | Total: | 5.3 | $1,226.00 | |
| | Grand Total: | 199.2 | $36,004.50 | |

EXHIBIT 1