**EXHIBIT 2**

BMC GROUP<br>
720 Third Ave, 23rd Floor<br>
Seattle, WA 98104<br>
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_071130**

| Period Ending 11/30/2007 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Conference Call | $55.20 |
| | Document Storage | $600.30 |
| | Notary | $2.00 |
| | Postage/Shipping | $21.55 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $144.16 |
| | **Total** | **$2,273.21** |

EXHIBIT 2

BMC GROUP  
WR GRACE  
EXPENSE DETAILS  
NOVEMBER 2007

| Invoice Nbr | Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_071130 | WR Grace | BMC, BMC | BMC | $250.00 | 11/30/07 | Website Hosting | Website Hosting |
| 21_071130 | WR Grace | BMC, BMC | BMC | $850.00 | 11/30/07 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_071130 | WR Grace | BMC, BMC | BMC | $350.00 | 11/30/07 | B-linx User Fee | B-linx User Fee |
| 21_071130 | WR Grace | BMC10, BMC | BMC | $600.30 | 11/30/07 | Document Storage | 414 boxes |
| 21_071130 | WR Grace | BMC10, BMC | BMC | $144.16 | 11/30/07 | Website Storage/Traffic | Website traffic - 73 docs |
| 21_071130 | WR Grace | BMC10, BMC | FEDEX | $21.55 | 11/29/07 | Postage/Shipping | Shipment to BMC WA Tracking no.792595101996 11/13/07 |
| 21_071130 | WR Grace | zzCAMEX-Jmiller, jmiller | UPS Store | $2.00 | 11/8/07 | Notary | Notary for 61-Apr, 62-May, 63-Jun & 25th Qtly Fee App 2007 |
| 21_071130 | WR Grace | BMC10, BMC | Conference Call.com | $55.20 | 11/7/07 | Conference Call | Conf. Call.com Inv#B1-10437033 |
|  |  |  |  | $2,273.21 |  |  |  |

EXHIBIT 2