# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2007 - NOVEMBER 30, 2007**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 289.7 | $ 167,588.50 |
| 0013 | Business Operations | 0.3 | 181.50 |
| 0014 | Case Administration | 57.7 | 12,523.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 30.9 | 18,949.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 13.9 | 9,162.00 |
| 0018 | Fee Application, Applicant | 18.8 | 7,257.00 |
| 0019 | Creditor Inquiries | 1.1 | 742.00 |
| 0020 | Fee Application, Others | 8.4 | 3,454.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 10.7 | 6,872.50 |
| 0035 | Travel - Non Working | 29.7 | 21,016.00 |
| 0036 | Plan and Disclosure Statement | 5.6 | 3,694.00 |
| 0037 | Hearings | 13.0 | 8,440.00 |
| | | | |
| | Sub Total | 479.8 | $ 259,880.50 |
| | Less 50% Travel | (14.9) | (10,508.00) |
| | Total | 464.9 | $ 249,372.50 |

# STROOCK

## INVOICE

| DATE | December 19, 2007 |
| --- | --- |
| INVOICE NO. | 429869 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/01/2007 | Deposition of Jacob Jacoby; prep. for same. | Balk, H. | 7.4 |
| 11/01/2007 | Attend to deposition memoranda and transcripts (1.4); preparation for D. Weill deposition on 11/2/07 (3.9); memorandum re settlement of all outstanding issues in National Union adversary (.1); attend to FCR's and ACC's separate discovery pleadings (1.0). | Krieger, A. | 6.4 |
| 11/01/2007 | Update deposition transcripts and exhibits files in LiveNote. | Palacios, G. | 2.8 |
| 11/01/2007 | Prep for and deposition of Peterson (9.0); prep for Biggs deposition (1.5). | Pasquale, K. | 10.5 |
| 11/02/2007 | Monitoring deposition by phone; drafting summary of deposition; for K. Pasquale. | Ambroise, S. | 4.3 |
| 11/02/2007 | Review deposition transcript of Kazan (.1); read summary of Ory deposition (.1). | Arnett, J. | 0.2 |
| 11/02/2007 | Prepared summary of deposition. | Balk, H. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/02/2007 | Attend (telephonically) deposition of Dr. David Weil and preparation of memorandum thereon (3.4); attend to deposition transcript and preparation of memorandum re deposition of Dr. William Ory (2.3); attend to expert reports (2.1); attend to motions for approval of settlement with Motley Rice (.6). | Krieger, A. | 8.4 |
| 11/02/2007 | print out multiple files, assemble and distribute for attorney's review. | Palacios, G. | 5.5 |
| 11/02/2007 | Prep for and deposition of Dr. Anderson (by phone). | Pasquale, K. | 7.0 |
| 11/02/2007 | As per G. Palacios print various files, duplicate, assemble and distribute documents for attorneys review. | Rodriguez, P. | 3.0 |
| 11/03/2007 | Attend to memorandum re Dr. David Weill deposition (1.3); attend to Dr. Tom Florence transcript (2.2). | Krieger, A. | 3.5 |
| 11/04/2007 | Attend to Dr. T. Florence transcript (2.1); preparation for Dr. Henry deposition (1.8). | Krieger, A. | 3.9 |
| 11/04/2007 | Prep for Biggs deposition. | Pasquale, K. | 3.0 |
| 11/05/2007 | Attention to expert report. | Balk, H. | 0.2 |
| 11/05/2007 | Preparation for and attend Dr. Daniel Henry deposition (2.0); attend to deposition related materials (.8); attend to A. Basta correspondence to J. Ansbro (1/31/07) re BMC materials and exchanged memoranda with A. Basta re same (.5); memorandum to KP re BMC correspondence (.1); attend to memorandum re Henry deposition (.4); attend to expert estimation issues (3.6); attend to proposed order re Libby issues (.2). | Krieger, A. | 7.6 |
| 11/05/2007 | Review and update deposition transcripts and exhibits. | Palacios, G. | 1.5 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/05/2007 | Deposition of Biggs (7.2); prep for Dunbar (1.5). | Pasquale, K. | 8.7 |
| 11/06/2007 | Reviewed expert report. | Balk, H. | 0.9 |
| 11/06/2007 | Attend to deposition related material (1.4); attend to memorandum re: Dr. D. Henry deposition (2.0); conf call Richard Finke, Lisa Esayian re settlement of Motley Rice PD claims (.6); attend to scheduling matters for meeting with Committee's expert (.3). | Krieger, A. | 4.3 |
| 11/06/2007 | Research re: admissibility of expert testimony. | Melendres, L. | 2.7 |
| 11/06/2007 | Update deposition transcripts files in LiveNote. | Palacios, G. | 2.3 |
| 11/06/2007 | Deposition of Dunbar (8.5); preparation for Chambers deposition and prep sessions (1.5). | Pasquale, K. | 10.0 |
| 11/07/2007 | Attend to depositions and expert reports for 11/8 meeting with the Committee expert re preparation for Chambers' deposition (5.1); attend to certification re proposed protective order for discovery from Owens Corning/Fiberboard Trust (.1). | Krieger, A. | 5.2 |
| 11/07/2007 | Review and update deposition transcripts in LiveNote. | Palacios, G. | 2.7 |
| 11/07/2007 | Review of materials in prep for Chambers deposition and prep session. | Pasquale, K. | 4.0 |
| 11/08/2007 | Prepared for and deposition of Dr. Roggli. | Balk, H. | 7.8 |
| 11/08/2007 | Travel to Washington while working for meeting with asbestos expert, and meeting with expert (9.3); attend to Biggs deposition (2.7). | Krieger, A. | 12.0 |
| 11/08/2007 | Update deposition transcripts and exhibits files in LiveNote. | Palacios, G. | 2.7 |
| 11/08/2007 | Preparation for and meeting with L. Chambers, Navigant and A. Krieger re Chambers deposition. | Pasquale, K. | 8.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/09/2007 | Attend to expert deposition (3.8); attend to certification of counsel re Debtors' motion for relief from 10/31/ discovery date (.1); attend to revised proposed order re exclusion of Libby issues from the estimation and memorandum to J. Baer re same (.2); attend to Daubert issues (.4); attend to FCR letter to Debtors re Rust discovery issues (.1). | Krieger, A. | 4.6 |
| 11/09/2007 | Preparation for Heckman, Chambers depositions (2.5); attention to discovery issues, depo transcripts (1.0); attention to revised proposed Libby estimation order (.3). | Pasquale, K. | 3.8 |
| 11/10/2007 | Attend to deposition transcripts of valuation experts. | Krieger, A. | 3.7 |
| 11/11/2007 | Attend to estimation issues and expert depositions. | Krieger, A. | 5.7 |
| 11/11/2007 | Prep for Heckman, Chambers depositions. | Pasquale, K. | 2.5 |
| 11/12/2007 | Prepared summary of deposition; reviewed transcript. | Balk, H. | 1.1 |
| 11/12/2007 | Attend to expert depositions (4.1); attend to memoranda re parties positions on revised Libby claimants' order (.1); attend to proposed revised order re Motley Rice PD settlements (.2); prepare for Committee expert's deposition (3.9). | Krieger, A. | 8.3 |
| 11/12/2007 | Update deposition transcripts database. | Palacios, G. | 1.0 |
| 11/12/2007 | Heckman deposition (7.5); prep for Chambers meeting and deposition (1.5). | Pasquale, K. | 9.0 |
| 11/13/2007 | Travel while working to Washington, DC for preparation and deposition of Dr. L. Chambers. | Krieger, A. | 9.8 |
| 11/13/2007 | Prep meeting with L. Chambers, Navigant, A. Krieger for deposition. | Pasquale, K. | 6.5 |
| 11/14/2007 | Attend deposition of Committee's expert, Dr. | Krieger, A. | 10.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | L. Chambers. | | |
| 11/14/2007 | Emails and calls re K. Pasquale re Chambers deposition. | Kruger, L. | 0.3 |
| 11/14/2007 | Update deposition transcripts database. | Palacios, G. | 1.0 |
| 11/14/2007 | Chambers deposition (10.0); attention to draft CMO re pretrial requirements (.3). | Pasquale, K. | 10.3 |
| 11/15/2007 | M. Shapo deposition (4.8); t/c E. Liebenstein re Shapo and Chambers' depositions (.2); attend to draft amended case management order (.1); attend to COC and final form of Libby claimants' order (.1). | Krieger, A. | 5.2 |
| 11/15/2007 | Office conf with K. Pasquale and call to Shelnitz re status and strategy. | Kruger, L. | 0.5 |
| 11/15/2007 | Telephone conference M. Shelnitz, L. Kruger re status (.5); attention to Libby COC (.2). | Pasquale, K. | 0.7 |
| 11/16/2007 | Attend to Kjontvedt Declaration with exhibits (.3); attend to certifications of Owens Corning/Fiberboard Protective Order (.2); attend to discovery related pleadings, responses (.6); preparation for Myer deposition (.4). | Krieger, A. | 1.5 |
| 11/16/2007 | Update deposition transcript database. | Palacios, G. | 2.5 |
| 11/16/2007 | Conference call with B. Harding, G. Horowitz re CMO and related issues. | Pasquale, K. | 0.6 |
| 11/18/2007 | Attend to estimation issues and depositions. | Krieger, A. | 1.7 |
| 11/19/2007 | Attend to expert depositions (.9); memorandum re: Chambers' deposition (.2). | Krieger, A. | 1.1 |
| 11/19/2007 | Review depositions. | Kruger, L. | 0.6 |
| 11/20/2007 | Attend deposition of D. Myers (5.5); t/c LK re Myers deposition (.1). | Krieger, A. | 5.6 |
| 11/21/2007 | Attend to expert depositions. | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/23/2007 | Attend to Debtors' Motion for Order re: National Union Settlement. | Krieger, A. | 3.1 |
| 11/24/2007 | Attend to Debtors' motion re: National Union Settlement, hearing transcripts and began to prepare memorandum to the Committee describing same. | Krieger, A. | 4.2 |
| 11/25/2007 | Attend to National Union settlement including memorandum thereon (2.3); memorandum to J. Baer re: comments and questions on settlement (1.3). | Krieger, A. | 3.6 |
| 11/26/2007 | Attend to National Union settlement, underlying documents and memorandum for the Committee thereon (3.4); exchanged memoranda with JB re: extension of time for Committee to respond to National Union matter, responses to questions (.2). | Krieger, A. | 3.6 |
| 11/27/2007 | Attend to memorandum and underlying information, documents re: National Union adversary and settlement (7.2); extended t/cs J. Baer re: outstanding questions (1.4); revise memorandum (2.9); t/c E. Liebenstein re: Myer deposition and 11/26/07 PI estimation discussion (.3); further t/c J. Baer, M. Davis re: settlement provision (.2); follow-up t/c M. Davis re: settlement provision (.2). | Krieger, A. | 12.2 |
| 11/28/2007 | Attend to National Union memorandum and attended to additional underlying information (3.8); memorandum to J. Baer re inquiry on the letters of credit issued for National Union's benefit (.2); exchanged memoranda with J. Baer re letter of credit, indemnity agreement and other information for settlement (.3). | Krieger, A. | 4.3 |
| 11/28/2007 | Attention to ACC's draft CMO and debtors' comments to same. | Pasquale, K. | 0.5 |
| 11/29/2007 | Update deposition transcripts database. | Palacios, G. | 1.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/29/2007 | Attention to revised CMO (.3); letter to L. Chambers re deposition transcript (.2). | Pasquale, K. | 0.5 |
| 11/30/2007 | Update deposition transcripts files. | Palacios, G. | 2.6 |
| 11/30/2007 | As per G. Palacios review and organize deposition transcripts for counsel review. | Rodriguez, P. | 7.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Ambroise, Serge | 4.3 | $ 335 | $ 1,440.50 |
| Arnett, Jennifer | 0.2 | 465 | 93.00 |
| Balk, Heidi | 18.0 | 555 | 9,990.00 |
| Krieger, Arlene G. | 140.9 | 605 | 85,244.50 |
| Kruger, Lewis | 1.4 | 860 | 1,204.00 |
| Melendres, Linda M. | 2.7 | 260 | 702.00 |
| Palacios, Gino D. | 26.1 | 225 | 5,872.50 |
| Pasquale, Kenneth | 86.1 | 720 | 61,992.00 |
| Rodriguez, Peter J. | 10.0 | 105 | 1,050.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 167,588.50 |
|------------------------------------------|--------------|

| TOTAL FOR THIS MATTER | $ 167,588.50 |
|-----------------------|--------------|

# STROOCK

PAGE: 8

| RE | Business Operations |
| --- | --- |
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/29/2007 | T/c J. Dolan re third quarter results, status of acquisitions, other pending matters. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.3 | $ 605 | $ 181.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 181.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 181.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

---

---

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/01/2007 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.9 |
| 11/01/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.6); retrieve certain pleadings for attorney review (.4); retrieve and distribute recently filed pleadings re adv. pro. case docket nos. 01-771 and 05-52724 (.4); review adv. pro. case docket nos. 02-1657 and 04-55083 (.3); review district court case docket no. 07-536 (.2). | Mohamed, D. | 3.4 |
| 11/02/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.2). | Mohamed, D. | 1.8 |
| 11/05/2007 | Attend to David Klauder's memorandum and proposed form of order. | Krieger, A. | 0.2 |
| 11/05/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.6 |
| 11/06/2007 | Attend to proposed order appointing an examiner re: Tersigni investigation and memorandum thereon. | Krieger, A. | 0.3 |
| 11/06/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); obtain certain pleadings for attorney review (.4). | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/07/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review case file documents in preparation for central file supplementation (1.2); review district court case docket no. 07-536 (.2). | Mohamed, D. | 3.2 |
| 11/08/2007 | Reviewed legal docket and update status. | Holzberg, E. | 1.2 |
| 11/08/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8). | Mohamed, D. | 1.3 |
| 11/09/2007 | Attend to proposed order re Examiner appointment for Tersigni billing and memorandum to J. Baer, D. Klauder re same. | Krieger, A. | 0.7 |
| 11/09/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); retrieve and distribute recently filed pleadings re district court case docket no. 07-536 (.4). | Mohamed, D. | 1.3 |
| 11/12/2007 | Exchanged memoranda with M. Lastowski re participation at 11/13/07 hearing. | Krieger, A. | 0.1 |
| 11/12/2007 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.5 |
| 11/13/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.7); obtain various pleadings for attorney review (.5). | Mohamed, D. | 2.8 |
| 11/14/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); review adversary proceeding case docket nos. 01-771, 04-55083 | Mohamed, D. | 2.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and 05-52724 (.5); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 02-1657 (.4); review district court case docket no. 07-536 (.2). | | |
| 11/15/2007 | Exchanged memoranda with J. Baer re 11/16/07 conference call on multi-site agreement. | Krieger, A. | 0.1 |
| 11/15/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review case file documents in preparation for central file supplementation (1.5). | Mohamed, D. | 2.9 |
| 11/16/2007 | Checked Legal docket to update status. | Holzberg, E. | 0.9 |
| 11/16/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.5); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.6 |
| 11/19/2007 | Conf/c with US Trustee and other parties re: Tersigni investigation (.7); memorandum re same (.2); memorandum to EH re: Court Call arrangements for 11/26/07 and 12/11/07 hearings (.1); exchanged memoranda with JB, LK re: call with Grace representatives (.2). | Krieger, A. | 1.2 |
| 11/19/2007 | Emails re call with (Grace) representatives (.2); Office conf with A. Krieger re Tersigni hearing (.1) and office conf. with A. Krieger re NJDEP (.2). | Kruger, L. | 0.5 |
| 11/19/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); obtain certain pleadings for attorney review (.6). | Mohamed, D. | 2.5 |
| 11/20/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed | Mohamed, D. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (1.2); research adv. pro. case docket no. 02-1657 and main case docket and retrieve certain court transcripts of hearing for attorney review (.8). | | |
| 11/21/2007 | Attend to 11/18/07 hearing transcript re: US Trustee's proposed appointment of examiner. | Krieger, A. | 0.3 |
| 11/21/2007 | Review transcript re appointment of examiner. | Kruger, L. | 0.2 |
| 11/21/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review case file documents in preparation for central file supplementation (.9). | Mohamed, D. | 2.8 |
| 11/26/2007 | Attend conference with US Trustee and representatives for other cases re: Tersigni fee issues and status of appointment of examiner. | Krieger, A. | 0.7 |
| 11/26/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.9); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); research adv. pro. case docket no. 02-1657 and retrieve certain pleadings for attorney review (.8). | Mohamed, D. | 3.8 |
| 11/27/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); obtain certain pleadings for attorney review (.6). | Mohamed, D. | 2.2 |
| 11/28/2007 | Memorandum re status of US Trustee's appointment of an examiner and Tersigni bankruptcy. | Krieger, A. | 0.4 |
| 11/28/2007 | Review memo to committee re National Union (.3) and review email re Tersigni (.5). | Kruger, L. | 0.5 |
| 11/28/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review adversary | Mohamed, D. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | | |
| 11/29/2007 | Calls with Shelnitz re status and strategy. | Kruger, L. | 0.2 |
| 11/29/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); retrieve certain pleadings for attorney review (.7); retrieve and distribute recently filed pleading re district court case no. 07-536 (.3). | Mohamed, D. | 2.8 |
| 11/30/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.4); review case file documents in preparation for central file supplementation (.7). | Mohamed, D. | 2.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 3.0 | $ 255 | $ 765.00 |
| Krieger, Arlene G. | 4.0 | 605 | 2,420.00 |
| Kruger, Lewis | 1.4 | 860 | 1,204.00 |
| Mohamed, David | 49.3 | 165 | 8,134.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,523.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 12,523.50 |
|---|---|

# STROOCK

---

PAGE: 14

---

RE          Claims Analysis/Objections/Administration (Non-Asbestos)
            699843  0015

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/09/2007 | Memo to D. Mohamed re NJDEP appeal. | Krieger, A. | 0.1 |
| 11/15/2007 | Exchanged memoranda with J. Baer and L. Sinanyan re Committee's participation in appellees brief in response to NJDEP appeal (.1); attend to case law re excusable neglect (1.4). | Krieger, A. | 1.5 |
| 11/16/2007 | Attend to proposed settlement with Mentor Insurance and memorandum to the Committee re same (1.6); attend to review of case law for appellee brief in response to NJDEP appeal (.6); memorandum to JB re Mentor Insurance claim settlement (.2). | Krieger, A. | 2.4 |
| 11/18/2007 | Attend to NJDEP's district court brief on appeal (.6); attend to case law re excusable neglect (.9); attend to Mentor Insurance stipulation and revise Committee memorandum to reflect same (.6); memorandum to J. Baer, S. Gross re stipulation (.1). | Krieger, A. | 2.2 |
| 11/19/2007 | Attend to case law re: excusable neglect and standard for appellate review (2.9); attend to portion of 7/23/07 transcript re: NJDEP's motion to file a late claim (.7); exchanged memoranda with L. Sinanyan and J. O'Neill re: filing matters (.6). | Krieger, A. | 4.2 |
| 11/20/2007 | Attend to draft brief re NJDEP motion to file a late claim. | Krieger, A. | 4.3 |
| 11/21/2007 | Attend to draft appellee brief, prepare comments thereon and office conference LK | Krieger, A. | 3.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re: same. | | |
| 11/21/2007 | Review appellee brief and A. Krieger comments (.8) and office conf. A. Krieger re same (.2). | Kruger, L. | 1.0 |
| 11/23/2007 | Attend to revised draft of Appellee Brief and memorandum to L. Sinanyan re: additional comments to the draft. | Krieger, A. | 0.8 |
| 11/25/2007 | Further memorandum to L. Sinanyan re: additional comments to draft Brief. | Krieger, A. | 0.6 |
| 11/26/2007 | Attend to proposed final form of Appellee Brief NJDEP Appeal and memoranda to LK re: same. | Krieger, A. | 0.4 |
| 11/27/2007 | Attend to claims-related orders entered by the court. | Krieger, A. | 0.2 |
| 11/29/2007 | Attend to Debtors' motion for approval of Del Taco Settlement and prepare memorandum discussing same (2.9); exchanged memoranda with J. Baer re extension of time to consider motion (.1); t/c L. Sinanyan re proposed settlement and background information (.9). | Krieger, A. | 3.9 |
| 11/30/2007 | Memoranda to L. Sinanyan re Del Taco documentation (.2); extended t/c Will Sparks on litigation assessment for Del Taco and grounds for settlement (1.0); attend to Debtors objection to Del Taco's and Baker Group claims, and other underlying documentation and prepare memorandum to the Committee thereon (4.9). | Krieger, A. | 6.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 29.9 | $ 605 | $ 18,089.50 |
| Kruger, Lewis | 1.0 | 860 | 860.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 18,949.50 |
|------------------------------------------|-------------|

# STROOCK

PAGE: 16

| TOTAL FOR THIS MATTER | $ 18,949.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 71163215v2

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|------------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/06/2007 | Memorandum for the Committee re ACC/FCR plan and glossary filed (.4); conf call with Grace representatives re ACC/FCR plan, environmental matters, Tersigni matter, other pending matters (.7); memorandum re Grace representatives call (.8); attend to Committee memorandum re Motley Rice PD claim settlements (1.1). | Krieger, A. | 3.0 |
| 11/06/2007 | Call A. Krieger, J. Baer and other professionals for regular update call. | Kruger, L. | 0.2 |
| 11/07/2007 | Attend to memorandum to the Committee re Motley Rice PD settlements. | Krieger, A. | 2.8 |
| 11/09/2007 | Memorandum to the Committee re Committee's participation in opposing NJDEP's late claim pleadings (.9); memorandum to C. Freedgood re memorandum to the Committee re NJDEP appeal (.1); exchanged memoranda with Committee member re ACC/FCR plan (.1). | Krieger, A. | 1.1 |
| 11/12/2007 | Memorandum to the Committee re NJDEP appeal. | Krieger, A. | 0.2 |
| 11/19/2007 | Attend to memorandum to the Committee re: Mentor Insurance Settlement. | Krieger, A. | 0.3 |
| 11/28/2007 | Memorandum to C. Freegood re National Union memorandum (.1); memorandum to the Committee re National Union settlement (.2). | Krieger, A. | 0.3 |
| 11/29/2007 | O/cs LK, KP re Committee call to discuss plan | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and National Union, other matters (.4); t/cs and memoranda with members of the Committee re conference call to address issues (.3); exchanged memoranda and t/c S. Cunningham re Capstone analysis (.3); memoranda to the Committee re 11/30 conference call and Capstone analysis of ACC/FCR plan (.3); t/c J. Akre re plan discussions and National Union settlement (.2). | | |
| 11/29/2007 | Office conf with A. Krieger, K. Pasquale re committee meeting and strategy (.3); review Capstone analysis of ACC/FCR POR (.3); review ACC/FCR POR and term sheet in preparation for committee meeting (.6). | Kruger, L. | 1.2 |
| 11/30/2007 | Preparation for Committee conference call (.3); Committee call re ACC/FCR plan, plan negotiations and follow up o/c LK, KP (.9). | Krieger, A. | 1.2 |
| 11/30/2007 | Preparation for and telephone conference with creditors committee and Captsone re status and strategy. | Kruger, L. | 1.1 |
| 11/30/2007 | Conference call with committee re status. | Pasquale, K. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.4 | $ 605 | $ 6,292.00 |
| Kruger, Lewis | 2.5 | 860 | 2,150.00 |
| Pasquale, Kenneth | 1.0 | 720 | 720.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 9,162.00 | |
|---|---|---|---|

# STROOCK

| PAGE: 19 | |
| --- | --- |
| TOTAL FOR THIS MATTER | $ 9,162.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

---

PAGE: 20

---

| RE | Fee Application, Applicant |
|----|----------------------------|
|    | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/01/2007 | Reviewed edits and worked on 78th monthly bill for Sept. | Holzberg, E. | 1.2 |
| 11/02/2007 | Worked on fee application. | Holzberg, E. | 1.3 |
| 11/06/2007 | Worked on 79th monthly fee application for October. | Holzberg, E. | 1.8 |
| 11/08/2007 | Worked on October monthly bill. | Holzberg, E. | 1.0 |
| 11/12/2007 | O/c D. Mohamed re September 2007 fee statement. | Krieger, A. | 0.2 |
| 11/15/2007 | Completed 78th monthly.  Fee applications. Prepare for filing. | Holzberg, E. | 1.5 |
| 11/15/2007 | Attend to October 2006 fee statement. | Krieger, A. | 1.1 |
| 11/15/2007 | Review Stroock seventy-eighth monthly fee statement for September 2007 in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.5). | Mohamed, D. | 1.2 |
| 11/16/2007 | Worked on 78th monthly October 2007. | Holzberg, E. | 1.0 |
| 11/16/2007 | O/cs DM re filing of September 2007 fee application and preparation of quarterly for July - September 2007 period (.3); attend to 26th quarterly fee application (.8). | Krieger, A. | 1.1 |
| 11/19/2007 | Attend to time detail in preparation for drafting 26th quarterly fee application. | Krieger, A. | 0.4 |

# STROOCK

PAGE: 21

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/19/2007 | Prepare and effectuate service re Stroock 78th monthly fee statement for September 2007. | Mohamed, D. | 0.6 |
| 11/20/2007 | Worked on October Fee Application. | Holzberg, E. | 1.7 |
| 11/21/2007 | Attend to SSL's October 2007 fee statement. | Krieger, A. | 0.6 |
| 11/25/2007 | Attend to time detail for preparation of quarterly application. | Krieger, A. | 1.1 |
| 11/27/2007 | O/c EH re October 2007 fee statement. | Krieger, A. | 0.2 |
| 11/28/2007 | Attend to October 2007 fee statement (.4); attend to time detail for preparation of the 26th quarterly fee application (1.3). | Krieger, A. | 1.7 |
| 11/29/2007 | Attend to time detail for preparation for 26th quarterly (.4); attend to expense charges for October 2007 fee statement (.7). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 9.5 | $ 255 | $ 2,422.50 |
| Krieger, Arlene G. | 7.5 | 605 | 4,537.50 |
| Mohamed, David | 1.8 | 165 | 297.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,257.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 7,257.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/05/2007 | T/c bank debt holder re estimation, 9th Circuit ruling and other issues. | Krieger, A. | 0.5 |
| 11/06/2007 | T/c bank debt holders re ACC/FCR plan (.2); t/c bank debt holder re: ACC/FCR plan (.1). | Krieger, A. | 0.3 |
| 11/06/2007 | Call with Creditors re POR. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.8 | $ 605 | $ 484.00 |
| Kruger, Lewis | 0.3 | 860 | 258.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 742.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 742.00 |
|---|---|

# STROOCK

---

---

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/01/2007 | Memorandum to A. McIntosh re Navigant's September 2007 invoice. | Krieger, A. | 0.1 |
| 11/05/2007 | Memorandum to A. McIntosh re September 2007 invoice (.1); memorandum to M. Lyman re same (.1). | Krieger, A. | 0.2 |
| 11/07/2007 | Attend to Navigant's September 2007 invoice and back-up documentation and memorandum to A. McIntosh re same. | Krieger, A. | 0.9 |
| 11/08/2007 | Review Capstone Advisory Group forty-fourth monthly fee statement in preparation for filing (.6); prepare notice and affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.7 |
| 11/12/2007 | Exchanged memoranda with A. McIntosh re Navigant's 2007 invoice. | Krieger, A. | 0.2 |
| 11/15/2007 | Attend to fee applications of other professionals. | Krieger, A. | 0.9 |
| 11/19/2007 | Attend to recently filed fee applications (.8); exchanged memoranda with A. McIntosh re: September and October 2007 billings (.5). | Krieger, A. | 1.3 |
| 11/21/2007 | Attend to Navigant's September 2007 and October 2007 invoices (.4);  attend to newly filed fee applications of other professionals (.7). | Krieger, A. | 1.1 |
| 11/27/2007 | Review Capstone Advisory Group fifteenth | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | quarterly fee application in preparation for filing (.7); prepare notice and affidavit of service re same and forward to local counsel for filing (.6). | | |
| 11/29/2007 | Prepare and effectuate service re Capstone Advisory Group fifteenth quarterly fee application. | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.7 | $ 605 | $ 2,843.50 |
| Mohamed, David | 3.7 | 165 | 610.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,454.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,454.00 |
|---|---|

# STROOCK

PAGE: 25

| RE | Environmental Matters/Regulations/Litigation |
|----|---------------------------------------------|
|    | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/01/2007 | Attend to M. Berg memorandum (.1); prepare memorandum to J. Baer re mark-up of multi-site settlement agreement and requests for further information (1.1); t/c S. Cunningham re multi-site settlement agreement (.1). | Krieger, A. | 1.3 |
| 11/06/2007 | Attend to memoranda from J. Baer re Debtors' position on mark-up to multi-site settlement agreement and responses to inquiries (.3); attend to background information and memorandum to MB re same (.6). | Krieger, A. | 0.9 |
| 11/09/2007 | Attend to EPA's comments to mark-up of settlement stipulation (.2); attend to J. Baer memorandum re additional  info on multi-site agreement matters (.5); t/c J. Baer re multi-site agreement (.1). | Krieger, A. | 0.8 |
| 11/15/2007 | Memorandum to MAS re revised provisions of multi-site agreement (.3); attend to proposed additional text (.2). | Krieger, A. | 0.5 |
| 11/16/2007 | Attend to proposed revision to multi-site agreement and review of PRP proofs of claim (2.2); t/c J. Baer re EPA responses to requested modification to the multi-site agreement (.4). | Krieger, A. | 2.6 |
| 11/18/2007 | Attend to revised agreement and memoranda to J. Baer, L. Gardner and MAS re further changes to agreement. | Krieger, A. | 1.2 |
| 11/19/2007 | Attend to J. Freeman memo re: revised draft of multi-site agreement (.1); O/C and memo to MAS re: same (.2); memorandum to J. Baer re: | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | additional questions on multi-site settlement (.8). | | |
| 11/19/2007 | O/c A. Krieger re revised draft environmental claims settlement agreement (.1); reviewed revised settlement agreement (1.0). | Speiser, M. | 1.1 |
| 11/20/2007 | Attend to revised draft of multi-site agreement from J. Freeman. | Krieger, A. | 0.1 |
| 11/21/2007 | Memorandum to MAS re: proposed final form of the multi-site agreement. | Krieger, A. | 0.1 |
| 11/21/2007 | Received and reviewed memo from AGK with revised draft environmental claim settlement agreements. | Speiser, M. | 0.7 |
| 11/26/2007 | Memorandum to J. Freeman, J. Baer re: form of multi-site agreement. | Krieger, A. | 0.2 |
| 11/26/2007 | Memo from and to A. Krieger re settlement draft. | Speiser, M. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.8 | $ 605 | $ 5,324.00 |
| Speiser, Mark A. | 1.9 | 815 | 1,548.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,872.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,872.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

PAGE: 27

RE          Expenses
            699843  0024

TOTAL FOR PROFESSIONAL SERVICES RENDERED          $ 0.00

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 244.96 |
| Local Transportation | 471.27 |
| Long Distance Telephone | 16.16 |
| Duplicating Costs-in House | 838.20 |
| Court Reporting Services | 19120.20 |
| Miscellaneous | 20.37 |
| O/S Information Services | 473.68 |
| Word Processing | 18.00 |
| In House Messenger Service | 48.10 |
| Lexis/Nexis | 480.00 |
| Travel Expenses - Transportation | 6866.64 |
| Travel Expenses - Lodging | 3892.99 |
| Travel Expenses - Meals | 122.83 |
| Westlaw | 167.00 |

TOTAL DISBURSEMENTS/CHARGES          $ 32,780.40

TOTAL FOR THIS MATTER          $ 32,780.40

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/01/2007 | Travel from LA-Peterson deposition. | Pasquale, K. | 5.0 |
| 11/04/2007 | Travel to DC for Biggs deposition. | Pasquale, K. | 3.0 |
| 11/05/2007 | Return travel from DC - Biggs deposition. | Pasquale, K. | 3.0 |
| 11/08/2007 | Travel to/from DC (non-working time only) for Chambers meeting. | Pasquale, K. | 3.5 |
| 11/11/2007 | Travel to Chicago for Heckman deposition. | Pasquale, K. | 3.0 |
| 11/12/2007 | Travel from Chicago to DC for Chambers meeting and deposition. | Pasquale, K. | 3.0 |
| 11/14/2007 | Travel from Washington, D.C. back to New York following deposition of Dr. Chambers, the Committee's expert. | Krieger, A. | 3.2 |
| 11/14/2007 | Return travel from Chambers deposition in Washington DC. | Pasquale, K. | 3.0 |
| 11/26/2007 | Travel attendant to court hearing in Wilmington, DE. | Pasquale, K. | 3.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.2 | $ 605 | $ 1,936.00 |
| Pasquale, Kenneth | 26.5 | 720 | 19,080.00 |

# STROOCK

PAGE: 29

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,016.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 21,016.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/01/2007 | T/c S. Cunningham re plan analysis. | Krieger, A. | 0.1 |
| 11/06/2007 | T/c J. Dolan re ACC/FCR plan. | Krieger, A. | 0.2 |
| 11/06/2007 | Review POR filed by FCR/ACC. | Kruger, L. | 1.2 |
| 11/29/2007 | Attend to ACC/FCR plan documents (2.6); attend to Capstone's analysis thereof (.6). | Krieger, A. | 3.2 |
| 11/30/2007 | T/c S. Cunningham re plan analysis (.6); o/c LK re plan analysis (.3). | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.4 | $ 605 | $ 2,662.00 |
| Kruger, Lewis | 1.2 | 860 | 1,032.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,694.00 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,694.00 |
|------------------------|-----------|

# STROOCK

| | | |
|---|---|---|
| RE | Hearings | |
| | 699843  0037 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2007 | Attend (telephonically) court hearings re National Union adversary. | Krieger, A. | 0.2 |
| 11/03/2007 | Attend to transcript of 10/25/07 hearing. | Krieger, A. | 0.8 |
| 11/05/2007 | Attend to transcript of 10/25/07 hearing. | Krieger, A. | 0.6 |
| 11/06/2007 | Attend to transcript of October omnibus. | Krieger, A. | 1.0 |
| 11/07/2007 | Attend to October 2007 hearing transcript. | Krieger, A. | 0.8 |
| 11/21/2007 | Attend to agenda notice for 11/26/07 hearing (.1); attend to pleadings for 11/26/07 hearing (.7). | Krieger, A. | 0.8 |
| 11/23/2007 | Prep for omnibus hearing and review of pleadings. | Pasquale, K. | 1.0 |
| 11/26/2007 | Attend telephonically omnibus hearing re; PI estimation pre-trial and trial related issues (3.6); memorandum to KP re: modification of hearings schedule (.1). | Krieger, A. | 3.7 |
| 11/26/2007 | Prep for and attended omnibus hearing. | Pasquale, K. | 4.0 |
| 11/27/2007 | Memorandum to LK, KP re 2008 omnibus hearing dates and time change. | Krieger, A. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.0 | $ 605 | $ 4,840.00 |
| Pasquale, Kenneth | 5.0 | 720 | 3,600.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,440.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,440.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 259,880.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 32,780.40 |
| TOTAL BILL | $ 292,660.90 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2