# EXHIBIT B

NY 71163215v2

## WR GRACE & CO
## SUMMARY OF FEES
## NOVEMBER 1, 2007 - NOVEMBER 30, 2007

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 7.8 | $ 860 | $ 6,708.00 |
| Pasquale, Kenneth | 118.6 | 720 | 85,392.00 |
| Speiser, Mark A. | 1.9 | 815 | 1,548.50 |
| **Associates** | | | |
| Ambroise, Serge | 4.3 | 335 | 1,440.50 |
| Arnett, Jennifer | 0.2 | 465 | 93.00 |
| Balk, Heidi | 18.0 | 555 | 9,990.00 |
| Krieger, Arlene G. | 222.9 | 605 | 134,854.50 |
| Melendres, Linda M. | 2.7 | 260 | 702.00 |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 12.5 | 255 | 3,187.50 |
| Mohamed, David | 54.8 | 165 | 9,042.00 |
| Palacios, Gino D. | 26.1 | 225 | 5,872.50 |
| Rodriguez, Peter J. | 10.0 | 105 | 1,050.00 |
| **Sub Total** | 479.8 | | $ 259,880.50 |
| **Less 50% Travel** | (14.9) | | (10,508.00) |
| **Total** | 464.9 | | $ 249,372.50 |

NY 71163215v2