# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2007 - NOVEMBER 30, 2007**

| | |
|---|---:|
| Outside Messenger Service | $    244.96 |
| Local Transportation | 471.27 |
| Long Distance Telephone | 16.16 |
| Duplicating Costs-in House | 838.20 |
| Court Reporting Services | 19,120.20 |
| Miscellaneous | 20.37 |
| O/S Information Services | 473.68 |
| Word Processing | 18.00 |
| In House Messenger Service | 48.10 |
| Lexis/Nexis | 480.00 |
| Travel Expenses - Transportation | 6,866.64 |
| Travel Expenses - Lodging | 3,892.99 |
| Travel Expenses - Meals | 122.83 |
| Westlaw | 167.00 |
| | |
| **TOTAL** | **$ 32,780.40** |

# STROOCK

## Disbursement register

| DATE | December 19, 2007 |
|---|---|
| INVOICE NO. | 429869 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through November 30, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM ACCTS PAYABLE, , , TO GREGORY HORWITZ KRAMER LEVIN NAFTALIS & FRA, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 Tracking #:1Z10X8270341025565 on 10/31/2007 | 5.01 |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192564239 on 10/26/2007 | 6.46 |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192703847 on 10/26/2007 | 9.18 |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194012250 on 10/26/2007 | 6.46 |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194993469 on 10/26/2007 | 6.46 |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kenneth | 9.70 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Pasquale, 224 Woodland Avenue, SUMMIT, NJ 07901 Tracking #:1Z10X8270191689562 on 10/29/2007 | |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191988453 on 10/29/2007 | 6.46 |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191065664 on 10/29/2007 | 6.46 |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191319676 on 10/29/2007 | 9.18 |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191894483 on 10/29/2007 | 6.46 |
| 11/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827447; DATE: 11/03/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kenneth Pasquale, 224 Woodland Avenue, SUMMIT, NJ 07901 Tracking #:1Z10X8270196210756 on 10/31/2007 | 6.46 |
| 11/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827457; DATE: 11/10/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kenneth Pasquale, 224 Woodland Avenue, SUMMIT, NJ 07901 Tracking #:1Z10X8274494976077 on 11/02/2007 | 24.80 |
| 11/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827457; DATE: 11/10/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kenneth Pasquale, 224 Woodland Avenue, SUMMIT, NJ 07901 Tracking #:1Z10X8274493094496 on 11/02/2007 | 24.80 |
| 11/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827457; DATE: 11/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, | 6.61 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | WILMINGTON, DE 19801 Tracking #:1Z10X8270198058141 on 11/08/2007 | |
| 11/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827457; DATE: 11/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270196547554 on 11/08/2007 | 6.61 |
| 11/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827457; DATE: 11/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199401562 on 11/08/2007 | 9.38 |
| 11/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827457; DATE: 11/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198496178 on 11/08/2007 | 6.61 |
| 11/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827457; DATE: 11/10/2007; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kenneth Pasquale, , SUMMIT, NJ 07901 Tracking #:1Z10X8274493094496 on 11/02/2007 | 11.59 |
| 11/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827457; DATE: 11/10/2007; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kenneth Pasquale, , SUMMIT, NJ 07901 Tracking #:1Z10X8274494976077 on 11/02/2007 | 11.69 |
| 11/26/2007 | VENDOR: UPS; INVOICE#: 0000010X827477; DATE: 11/24/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191206234 on 11/19/2007 | 6.61 |
| 11/26/2007 | VENDOR: UPS; INVOICE#: 0000010X827477; DATE: 11/24/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192705845 on 11/19/2007 | 6.61 |
| 11/26/2007 | VENDOR: UPS; INVOICE#: 0000010X827477; DATE: 11/24/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve | 9.38 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194174255 on 11/19/2007 | |
| 11/26/2007 | VENDOR: UPS; INVOICE#: 0000010X827477; DATE: 11/24/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193115463 on 11/19/2007 | 6.61 |
| 11/26/2007 | VENDOR: UPS; INVOICE#: 0000010X827477; DATE: 11/24/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO  Kenneth Pasquale, 224 Woodland Avenue, SUMMIT, NJ 07901 Tracking #:1Z10X8270194536480 on 11/21/2007 | 10.78 |
| 11/26/2007 | VENDOR: Cavonberry's; INVOICE#: 103107; DATE: 10/31/2007 A Krieger on 10/24/07 | 24.59 |
| | **Outside Messenger Service Total** | **244.96** |

**Local Transportation**

| | | |
|---|---|---|
| 11/02/2007 | VENDOR: NYC Taxi; Invoice#: 804048; Invoice Date: 10/26/2007; Voucher #: 711850316; Kenneth Pasquale 10/16/2007 19:09 from 180 MAIDEN LANE MANHATTAN NY to SUMMIT NJ | 94.26 |
| 11/09/2007 | VENDOR: Madelaine R.  Berg; INVOICE#: MB110807; DATE: 11/9/2007  -  10/22/07    cabfare from JFK to midtown | 42.00 |
| 11/09/2007 | VENDOR: Madelaine R.  Berg; INVOICE#: MB110807; DATE: 11/9/2007  -  10/24/07    cabfare to Mtg. with A.Krieger | 6.00 |
| 11/12/2007 | VENDOR: Petty Cash; INVOICE#: PC110807; DATE: 11/12/2007  - 11/01 & 11/02   NY PETTY CASH  - A.Krieger | 42.00 |
| 11/13/2007 | VENDOR: Petty Cash; INVOICE#: PC111307; DATE: 11/13/2007  - 11/08/07   NY PETTY CASH  - A.Krieger | 27.50 |
| 11/13/2007 | VENDOR: NYC Taxi; Invoice#: 805114; Invoice Date: 11/02/2007; Voucher #: 711870121; Ilana Cutler 10/22/2007 21:30 from 180 MAIDEN LA MANHATTAN NY to 88 LEONARD ST MANHATTAN NY | 27.81 |
| 11/13/2007 | VENDOR: NYC Taxi; Invoice#: 805114; Invoice Date: 11/02/2007; Voucher #: 267929; Madelaine Berg 10/25/2007 16:30 from 811 7 AVE MANHATTAN NY to JFK Airport Jamaica NY | 119.10 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/26/2007 | VENDOR: NYC Taxi; Invoice#: 806963; Invoice Date: 11/16/2007; Voucher #: 711897918; Kenneth Pasquale 11/06/2007 19:45 from 180 MAIDEN LANE MANHATTAN NY to SUMMIT NJ | 93.60 |
| 11/30/2007 | VENDOR: Petty Cash; INVOICE#: PC113007; DATE: 11/30/2007 - 11/27/07   NY PETTY CASH - A.Krieger | 19.00 |
| **Local Transportation Total** | | **471.27** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/09/2007 | EXTN.5562, TEL.973-467-8282, S.T.13:38, DUR.00:01:36 | 0.94 |
| 11/09/2007 | EXTN.5005, TEL.312-861-2162, S.T.17:40, DUR.00:01:30 | 0.94 |
| 11/15/2007 | EXTN.5431, TEL.410-531-4212, S.T.11:33, DUR.00:00:42 | 0.47 |
| 11/16/2007 | EXTN.3544, TEL.509-455-6931, S.T.13:51, DUR.00:00:48 | 0.47 |
| 11/16/2007 | EXTN.5475, TEL.302-657-4900, S.T.12:24, DUR.00:00:48 | 0.47 |
| 11/16/2007 | EXTN.5475, TEL.302-657-4900, S.T.12:29, DUR.00:01:18 | 0.94 |
| 11/16/2007 | EXTN.5666, TEL.202-554-8588, S.T.10:30, DUR.00:01:00 | 0.47 |
| 11/20/2007 | EXTN.5666, TEL.202-787-6029, S.T.10:50, DUR.00:00:42 | 0.47 |
| 11/27/2007 | EXTN.5544, TEL.312-861-2162, S.T.17:10, DUR.00:02:24 | 1.41 |
| 11/27/2007 | EXTN.5544, TEL.312-861-2162, S.T.19:24, DUR.00:06:48 | 2.85 |
| 11/29/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 212806-5400-102107; DATE: 10/21/2007 - Teleconferencing | 3.44 |
| 11/29/2007 | EXTN.5431, TEL.410-531-4212, S.T.16:08, DUR.00:00:24 | 0.47 |
| 11/29/2007 | EXTN.5544, TEL.213-680-8209, S.T.13:27, DUR.00:01:30 | 0.94 |
| 11/29/2007 | EXTN.5544, TEL.267-321-6663, S.T.15:32, DUR.00:01:06 | 0.94 |
| 11/29/2007 | EXTN.5544, TEL.856-261-4745, S.T.17:08, DUR.00:00:36 | 0.47 |
| 11/30/2007 | EXTN.5544, TEL.201-587-7111, S.T.09:54, DUR.00:00:48 | 0.47 |
| **Long Distance Telephone Total** | | **16.16** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Duplicating Costs-in House** | | |
| 11/02/2007 | | 54.90 |
| 11/02/2007 | | 11.80 |
| 11/02/2007 | | 43.80 |
| 11/02/2007 | | 0.10 |
| 11/02/2007 | | 32.10 |
| 11/02/2007 | | 21.40 |
| 11/02/2007 | | 40.60 |
| 11/02/2007 | | 20.30 |
| 11/02/2007 | | 25.20 |
| 11/02/2007 | | 23.80 |
| 11/02/2007 | | 32.20 |
| 11/02/2007 | | 13.30 |
| 11/02/2007 | | 153.30 |
| 11/02/2007 | | 8.50 |
| 11/02/2007 | | 55.30 |
| 11/02/2007 | | 217.60 |
| 11/07/2007 | | 5.20 |
| 11/07/2007 | | 16.60 |
| 11/09/2007 | | 8.60 |
| 11/12/2007 | | 6.30 |
| 11/12/2007 | | 2.20 |
| 11/12/2007 | | 0.40 |
| 11/16/2007 | | 39.40 |
| 11/16/2007 | | 0.10 |
| 11/20/2007 | | 0.20 |
| 11/28/2007 | | 0.90 |
| 11/28/2007 | | 4.10 |
| **Duplicating Costs-in House Total** | | **838.20** |
| | | |
| **Court Reporting Services** | | |
| 11/05/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064515; DATE: 10/22/2007  -  Deposition of: Dr. Joseph Rodricks - Oct 9, 2007. | 2,574.95 |
| 11/05/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064508; DATE: 10/23/2007  -  Deposition of:Jeffrey Dahl - Oct 9, 2007. | 2,623.10 |
| 11/05/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064470; DATE: 10/17/2007  -  Deposition of: Arthur Frank - sept 28, 9, 2007. | 2,792.70 |
| 11/05/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064491; DATE: 11/18/2007  -  Deposition of: arnold Brody - October 8, 2007 - Oct 9, 2007. | 949.15 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/12/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064523; DATE: 10/26/2007 - Deposition of: Dr. Barry Castleman - October 12, 2007 | 1,859.45 |
| 11/12/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064529; DATE: 10/26/2007 - Deposition of: Patricia George-Houser - October 16, 2007 | 2,016.20 |
| 11/12/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064546; DATE: 10/29/2007 - Deposition of: M. Laurentius Marais - October 16, 2007. | 2,036.60 |
| 11/12/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064563; DATE: 10/30/2007 - Deposition of Joseph Radecki, Jr. Octer 22, 2007. | 1,277.30 |
| 11/12/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064550; DATE: 10/30/2007 - Deposition of: David Austern - October 19, 2007. | 2,191.25 |
| 11/27/2007 | VENDOR: Storey & Miller Court Reporters; INVOICE#: 17795; DATE: 10/24/2007 - Services rendered | 799.50 |

**Court Reporting Services Total**     **19,120.20**

**Miscellaneous**

| | | |
|------|-------------|--------|
| 11/09/2007 | VENDOR: Madelaine R. Berg; INVOICE#: MB110807; DATE: 11/9/2007 - 10/22/07    internet business center charge | 20.37 |

**Miscellaneous Total**     **20.37**

**O/S Information Services**

| | | |
|------|-------------|--------|
| 11/30/2007 | Pacer Search Service on 7/3/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 7/6/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 7/13/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 7/19/2007 | 0.24 |
| 11/30/2007 | Pacer Search Service on 7/31/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 8/3/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 8/6/2007 | 0.16 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/30/2007 | Pacer Search Service on 8/8/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 8/14/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 8/16/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 8/17/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 8/20/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 9/5/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 7/2/2007 | 2.40 |
| 11/30/2007 | Pacer Search Service on 7/3/2007 | 2.40 |
| 11/30/2007 | Pacer Search Service on 7/3/2007 | 0.40 |
| 11/30/2007 | Pacer Search Service on 7/5/2007 | 6.56 |
| 11/30/2007 | Pacer Search Service on 7/5/2007 | 1.28 |
| 11/30/2007 | Pacer Search Service on 7/6/2007 | 6.24 |
| 11/30/2007 | Pacer Search Service on 7/9/2007 | 15.36 |
| 11/30/2007 | Pacer Search Service on 7/10/2007 | 2.40 |
| 11/30/2007 | Pacer Search Service on 7/10/2007 | 2.72 |
| 11/30/2007 | Pacer Search Service on 7/11/2007 | 7.60 |
| 11/30/2007 | Pacer Search Service on 7/12/2007 | 0.24 |
| 11/30/2007 | Pacer Search Service on 7/13/2007 | 28.16 |
| 11/30/2007 | Pacer Search Service on 7/16/2007 | 6.16 |
| 11/30/2007 | Pacer Search Service on 7/16/2007 | 3.36 |
| 11/30/2007 | Pacer Search Service on 7/17/2007 | 0.96 |
| 11/30/2007 | Pacer Search Service on 7/17/2007 | 9.04 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30/2007 | Pacer Search Service on 7/18/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 7/19/2007 | 6.16 |
| 11/30/2007 | Pacer Search Service on 7/20/2007 | 11.20 |
| 11/30/2007 | Pacer Search Service on 7/20/2007 | 0.32 |
| 11/30/2007 | Pacer Search Service on 7/22/2007 | 1.04 |
| 11/30/2007 | Pacer Search Service on 7/23/2007 | 44.32 |
| 11/30/2007 | Pacer Search Service on 7/23/2007 | 6.72 |
| 11/30/2007 | Pacer Search Service on 7/24/2007 | 6.88 |
| 11/30/2007 | Pacer Search Service on 7/25/2007 | 4.08 |
| 11/30/2007 | Pacer Search Service on 7/26/2007 | 2.16 |
| 11/30/2007 | Pacer Search Service on 7/26/2007 | 3.84 |
| 11/30/2007 | Pacer Search Service on 7/27/2007 | 7.20 |
| 11/30/2007 | Pacer Search Service on 7/27/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 7/31/2007 | 20.48 |
| 11/30/2007 | Pacer Search Service on 7/31/2007 | 4.16 |
| 11/30/2007 | Pacer Search Service on 8/2/2007 | 2.00 |
| 11/30/2007 | Pacer Search Service on 8/2/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 8/3/2007 | 1.12 |
| 11/30/2007 | Pacer Search Service on 8/3/2007 | 3.84 |
| 11/30/2007 | Pacer Search Service on 8/6/2007 | 0.56 |
| 11/30/2007 | Pacer Search Service on 8/6/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 8/7/2007 | 4.08 |
| 11/30/2007 | Pacer Search Service on 8/8/2007 | 5.36 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30/2007 | Pacer Search Service on 8/9/2007 | 0.40 |
| 11/30/2007 | Pacer Search Service on 8/9/2007 | 2.40 |
| 11/30/2007 | Pacer Search Service on 8/10/2007 | 8.08 |
| 11/30/2007 | Pacer Search Service on 8/10/2007 | 2.48 |
| 11/30/2007 | Pacer Search Service on 8/13/2007 | 7.76 |
| 11/30/2007 | Pacer Search Service on 8/14/2007 | 0.56 |
| 11/30/2007 | Pacer Search Service on 8/15/2007 | 3.28 |
| 11/30/2007 | Pacer Search Service on 8/16/2007 | 0.56 |
| 11/30/2007 | Pacer Search Service on 8/16/2007 | 3.04 |
| 11/30/2007 | Pacer Search Service on 8/17/2007 | 1.04 |
| 11/30/2007 | Pacer Search Service on 8/17/2007 | 1.04 |
| 11/30/2007 | Pacer Search Service on 8/20/2007 | 7.52 |
| 11/30/2007 | Pacer Search Service on 8/20/2007 | 3.36 |
| 11/30/2007 | Pacer Search Service on 8/22/2007 | 9.44 |
| 11/30/2007 | Pacer Search Service on 8/22/2007 | 1.44 |
| 11/30/2007 | Pacer Search Service on 8/23/2007 | 1.84 |
| 11/30/2007 | Pacer Search Service on 8/24/2007 | 3.76 |
| 11/30/2007 | Pacer Search Service on 8/24/2007 | 2.48 |
| 11/30/2007 | Pacer Search Service on 8/26/2007 | 2.16 |
| 11/30/2007 | Pacer Search Service on 8/27/2007 | 4.64 |
| 11/30/2007 | Pacer Search Service on 8/27/2007 | 0.24 |
| 11/30/2007 | Pacer Search Service on 8/28/2007 | 0.24 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30/2007 | Pacer Search Service on 8/29/2007 | 1.28 |
| 11/30/2007 | Pacer Search Service on 8/30/2007 | 12.56 |
| 11/30/2007 | Pacer Search Service on 8/31/2007 | 4.32 |
| 11/30/2007 | Pacer Search Service on 9/2/2007 | 3.28 |
| 11/30/2007 | Pacer Search Service on 9/4/2007 | 1.76 |
| 11/30/2007 | Pacer Search Service on 9/4/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 9/5/2007 | 3.44 |
| 11/30/2007 | Pacer Search Service on 9/5/2007 | 4.88 |
| 11/30/2007 | Pacer Search Service on 9/6/2007 | 11.36 |
| 11/30/2007 | Pacer Search Service on 9/7/2007 | 0.56 |
| 11/30/2007 | Pacer Search Service on 9/7/2007 | 0.08 |
| 11/30/2007 | Pacer Search Service on 9/9/2007 | 0.88 |
| 11/30/2007 | Pacer Search Service on 9/10/2007 | 4.64 |
| 11/30/2007 | Pacer Search Service on 9/12/2007 | 1.92 |
| 11/30/2007 | Pacer Search Service on 9/12/2007 | 0.56 |
| 11/30/2007 | Pacer Search Service on 9/13/2007 | 1.44 |
| 11/30/2007 | Pacer Search Service on 9/14/2007 | 2.96 |
| 11/30/2007 | Pacer Search Service on 9/17/2007 | 1.36 |
| 11/30/2007 | Pacer Search Service on 9/18/2007 | 27.92 |
| 11/30/2007 | Pacer Search Service on 9/18/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 9/19/2007 | 34.32 |
| 11/30/2007 | Pacer Search Service on 9/19/2007 | 1.84 |
| 11/30/2007 | Pacer Search Service on 9/24/2007 | 0.16 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30/2007 | Pacer Search Service on 9/24/2007 | 3.04 |
| 11/30/2007 | Pacer Search Service on 9/25/2007 | 0.80 |
| 11/30/2007 | Pacer Search Service on 9/25/2007 | 4.48 |
| 11/30/2007 | Pacer Search Service on 9/26/2007 | 3.12 |
| 11/30/2007 | Pacer Search Service on 9/26/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 9/27/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 9/28/2007 | 0.56 |
| 11/30/2007 | Pacer Search Service on 9/30/2007 | 0.96 |
| 11/30/2007 | Pacer Search Service on 7/10/2007 | 5.28 |
| 11/30/2007 | Pacer Search Service on 8/22/2007 | 2.40 |
| 11/30/2007 | Pacer Search Service on 7/6/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 7/10/2007 | 2.40 |
| 11/30/2007 | Pacer Search Service on 7/13/2007 | 1.68 |
| 11/30/2007 | Pacer Search Service on 7/31/2007 | 0.88 |
| 11/30/2007 | Pacer Search Service on 8/28/2007 | 0.08 |
| 11/30/2007 | Pacer Search Service on 8/31/2007 | 0.08 |
| 11/30/2007 | Pacer Search Service on 9/10/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 9/12/2007 | 2.40 |
| 11/30/2007 | Pacer Search Service on 9/14/2007 | 17.28 |
| 11/30/2007 | Pacer Search Service on 9/24/2007 | 0.16 |
| 11/30/2007 | Pacer Search Service on 9/26/2007 | 4.24 |

**O/S Information Services Total**       **473.68**

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71163215v2

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **In House Messenger Service** | | |
| 11/14/2007 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 11/9/2007 Vehicle Standard from  to ARLENE KRIEGER, 10 EAST END AVE | 24.05 |
| 11/28/2007 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 11/21/2007 Vehicle Standard from VICKIE C to ARLENE KRIEGER, 10 EAST END AVE | 24.05 |
| | **In House Messenger Service Total** | **48.10** |
| **Lexis/Nexis** | | |
| 11/06/2007 | Research on 11/06/2007 | 480.00 |
| | **Lexis/Nexis Total** | **480.00** |
| **Travel Expenses - Transportation** | | |
| 10/11/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: ARNETT/JENNIFER LGA DCA LGA on 09/27/2007 | 448.65 |
| 10/11/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: ARNETT/JENNIFER on 09/27/2007 | 32.25 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #:  INVOICE DATE: ARNETT/JENNIFER LGA DCA LGA on 10/08/2007 | 448.65 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: ARNETT/JENNIFER on 10/08/2007 | 32.25 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: ARNETT/JENNIFER LGA DCA LGA on 10/16/2007 | -448.65 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE NYP.WAS NYP on 10/26/2007 | 355.00 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 10/26/2007 | 32.25 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH NWK.WAS NYP on 10/10/2007 | 292.00 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH on 10/10/2007 | 32.25 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: | 32.25 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | PASQUALE/KENNETH on 10/15/2007 | |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH EWR RDU EWR on 10/15/2007 | 512.80 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH on 10/17/2007 | 32.25 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH EWR LAX EWR on 10/17/2007 | 1,512.80 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH EWR RDU PIT EWR on 10/22/2007 | 1,243.20 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH on 10/22/2007 | 32.25 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH NWK WAS NWK on 10/22/2007 | 271.00 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH NYP.WAS NWK on 10/26/2007 | 313.00 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH on 10/26/2007 | 32.25 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH on 10/26/2007 | 32.25 |
| 11/01/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH NWK.WAS NWK on 10/26/2007 | 355.00 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/23 - 10/26   Stallard Deposition in Durham, NC and Omnibus hearing in Pittsburgh, PA - cabfares | 202.50 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/23 - 10/26   Stallard Deposition in Durham, NC and Omnibus hearing in Pittsburgh, PA - car rental | 184.85 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/18 - 10/19   D.Austern Deposition in Washington, DC - cabfares | 78.00 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 | 83.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | - 10/29 - 10/30    Florence Deposition in Washington, DC - cabfares |  |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/31 - 11/01    Paterson Deposition in Westlake Village, CA - cabfares | 143.00 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/31 - 11/01    Paterson Deposition in Westlake Village, CA - car rental | 200.59 |
| 11/16/2007 | VENDOR: Ken Pasquale; INVOICE#: KP111507; DATE: 11/16/2007 - 11/04 - 11/05    Biggs deposition in Washington, DC - amtrak | 42.00 |
| 11/16/2007 | VENDOR: Ken Pasquale; INVOICE#: KP111507; DATE: 11/16/2007 - 11/04 - 11/05    Biggs deposition in Washington, DC - cabfares | 72.00 |
| 11/16/2007 | VENDOR: Ken Pasquale; INVOICE#: KP111507; DATE: 11/16/2007 - 11/07/07    Dr.Chambers mtg. in Washington, DC - cabfares and parking | 44.00 |
| 11/16/2007 | VENDOR: Ken Pasquale; INVOICE#: KP111507; DATE: 11/16/2007 - 11/11 - 11/14    Depositions of Dr. Heckman in Chicago and Dr. Chambers in Washington, DC  - cabfares | 184.00 |
| 11/20/2007 | VENDOR: Arlene G. Krieger; INVOICE#: AK111607; DATE: 11/20/2007 - 11/13 - 11/14    Trip to Washington, DC for deposition of Dr. Chambers - cabfares | 39.00 |

**Travel Expenses - Transportation Total**                                                  **6,866.64**

**Travel Expenses - Lodging**

| | | |
|------|-------------|--------|
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/31 - 11/01    Paterson Deposition in Westlake Village, CA - hotel | 470.09 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/23 - 10/26    Stallard Deposition in Durham, NC and Omnibus hearing in Pittsburgh, PA - hotel | 561.50 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/29 - 10/30    Florence Deposition in Washington, DC - hotel | 362.79 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/18 - 10/19    D.Austern Deposition in Washington, DC - hotel | 319.46 |
| 11/16/2007 | VENDOR: Ken Pasquale; INVOICE#: KP111507; DATE: 11/16/2007 | 1,068.87 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | - 11/11 - 11/14   Depositions of Dr. Heckman in Chicago and Dr. Chambers in Washington, DC - hotels | |
| 11/16/2007 | VENDOR: Ken Pasquale; INVOICE#: KP111507; DATE: 11/16/2007 - 11/04 - 11/05   Biggs deposition in Washington, DC - hotel | 319.46 |
| 11/20/2007 | VENDOR: Arlene G. Krieger; INVOICE#: AK111607; DATE: 11/20/2007 - 11/13 - 11/14   Trip to Washington, DC for deposition of Dr. Chambers - hotel | 319.46 |
| 11/21/2007 | VENDOR: Jennifer Arnett; INVOICE#: JA112007; DATE: 11/21/2007 - 10/02 - 10/03   Trip to Washington, DC for deposition - hotel | 471.36 |

**Travel Expenses - Lodging Total**                                      **3,892.99**

**Travel Expenses - Meals**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/18 - 10/19   D.Austern Deposition in Washington, DC - meals | 15.00 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/23 - 10/26   Stallard Deposition in Durham, NC and Omnibus hearing in Pittsburgh, PA - meals | 29.35 |
| 11/12/2007 | VENDOR: Ken Pasquale; INVOICE#: KP110907; DATE: 11/12/2007 - 10/31 - 11/01   paterson Deposition in Westlake Village, CA - meals | 58.38 |
| 11/16/2007 | VENDOR: Ken Pasquale; INVOICE#: KP111507; DATE: 11/16/2007 - 11/11 - 11/14   Depositions of Dr. Heckman in Chicago and Dr. Chambers in Washington, DC  - meals | 6.00 |
| 11/20/2007 | VENDOR: Arlene G. Krieger; INVOICE#: AK111607; DATE: 11/20/2007 - 11/13 - 11/14   Trip to Washington, DC for deposition of Dr. Chambers - meals | 14.10 |

**Travel Expenses - Meals Total**                                         **122.83**

**Westlaw**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05/2007 | Transactional search by Krieger, Arlene G. | 51.07 |
| 11/06/2007 | Transactional search by Melendres, Linda M. | 115.93 |

**Westlaw Total**                                                         **167.00**

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Word Processing - Logit** | | |
| 11/05/2007 | | 18.00 |
| | **Word Processing - Logit Total** | **18.00** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 244.96 |
| Local Transportation | 471.27 |
| Long Distance Telephone | 16.16 |
| Duplicating Costs-in House | 838.20 |
| Court Reporting Services | 19120.20 |
| Miscellaneous | 20.37 |
| O/S Information Services | 473.68 |
| Word Processing | 18.00 |
| In House Messenger Service | 48.10 |
| Lexis/Nexis | 480.00 |
| Travel Expenses - Transportation | 6866.64 |
| Travel Expenses - Lodging | 3892.99 |
| Travel Expenses - Meals | 122.83 |
| Westlaw | 167.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 32,780.40 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.