# Navigant Consulting, Inc. Invoice

# November 2007

NY 71163215v2



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

December 21, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

## REVISED INVOICE

*For Services Rendered For*
*WR Grace Creditor's Committee – November 2007*

**Professional Fees:**

| | | | |
|---|---|---|---|
| LC | 113.00 hrs. @ $550 | $62,150.00 | |
| RF | 1.00 hrs. @ $350 | 350.00 | |
| ML | 52.75 hrs. @ $325 | 17,143.75 | |
| JM | 73.00 hrs. @ $325 | 23,725.00 | |
| JS | 20.50 hrs. @ $270 | 5,535.00 | |
| AM | 137.00 hrs. @ $200 | 27,400.00 | |
| JF | 76.00 hrs. @ $200 | 15,200.00 | |

**Total Professional Fees** ............................................................................ $151,503.75

**Expenses:**

| | |
|---|---|
| Airfare | $ 3,490.99 |
| Ground Transportation / Auto Expense | 471.00 |
| Lodging | 5,074.64 |
| Meals | 422.10 |
| Overnight Delivery/Courier | 36.84 |
| Per Diems | 406.00 |
| Research | 989.61 |

**Total Expenses** ............................................................................ $10,891.18

**Total Amount Due for November Services and Expenses** ............................ $162,394.93

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 227055 | October 22, 2007 | $204,015.35 |
| Inv No. | 230057 | November 19, 2007 | 121,494.28 |

**Total Outstanding Invoices** ............................................................................ $325,509.63

**Total Amount Due For November Services, Expenses and Outstanding Invoices** .. $487,904.56

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 232979



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 11/1/2007 | 1.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 11/2/2007 | 3.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 11/4/2007 | 4.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 11/5/2007 | 8.00 | Attend deposition of Future's expert; communicate with client and staff. |
| CHAMBERS, LETITIA | 11/6/2007 | 8.00 | Attend deposition of Deebtor's expert by teleconference |
| CHAMBERS, LETITIA | 11/7/2007 | 10.00 | Prepare for deposition. |
| CHAMBERS, LETITIA | 11/8/2007 | 8.00 | Met with K. Pasquale, A. Krieger and staff. |
| CHAMBERS, LETITIA | 11/9/2007 | 8.00 | Prepare for deposition. |
| CHAMBERS, LETITIA | 11/12/2007 | 11.00 | Preparing for Deposition. |
| CHAMBERS, LETITIA | 11/13/2007 | 9.00 | Preparing for deposition. |
| CHAMBERS, LETITIA | 11/14/2007 | 11.00 | Deposition. |
| CHAMBERS, LETITIA | 11/15/2007 | 3.00 | Review transcripts of other depositions |
| CHAMBERS, LETITIA | 11/16/2007 | 1.00 | Reviewed documents for future use in rebuttal |
| CHAMBERS, LETITIA | 11/19/2007 | 2.00 | Review my deposition transcript |
| CHAMBERS, LETITIA | 11/20/2007 | 5.00 | Review transcripts of other depositions |
| CHAMBERS, LETITIA | 11/21/2007 | 7.00 | Reviewed supplemental filings |
| CHAMBERS, LETITIA | 11/27/2007 | 4.00 | Work on rebuttal modification |
| CHAMBERS, LETITIA | 11/28/2007 | 6.00 | Prepare for and meet with staff to give instructions for further analysis; further review and analysis of estimates |
| CHAMBERS, LETITIA | 11/29/2007 | 2.50 | Read case materials |
| FARRELL, RICHARD | 11/13/2007 | 1.00 | Review Libby/vermiculite issues for deposition preparation |
| FUNG, JOANNE | 11/1/2007 | 8.00 | Audited case materials. Reviewed expert materials. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FUNG, JOANNE | 11/2/2007 | 8.00 | Reviewed case materials. Programmed spreadsheet. |
| FUNG, JOANNE | 11/5/2007 | 6.50 | Reviewed expert materials. Gathered case materials. |
| FUNG, JOANNE | 11/6/2007 | 8.00 | Programmed SAS. Reviewed expert materials. |
| FUNG, JOANNE | 11/7/2007 | 10.00 | Programmed Spreadsheet. Programmed SAS. Attended W.R. Grace meeting. |
| FUNG, JOANNE | 11/8/2007 | 5.00 | Attended client meeting. Programmed Spreadsheet. |
| FUNG, JOANNE | 11/9/2007 | 4.00 | Prepared case materials. Reviewed expert materials. |
| FUNG, JOANNE | 11/12/2007 | 4.50 | Programmed Spreadsheet. Prepared case materials. |
| FUNG, JOANNE | 11/13/2007 | 8.00 | Attended client briefing meeting. Reviewed case materials. |
| FUNG, JOANNE | 11/14/2007 | 3.00 | Attended Chambers deposition (telephonically). |
| FUNG, JOANNE | 11/28/2007 | 3.00 | Participated in meeting. Reviewed expert materials. |
| FUNG, JOANNE | 11/30/2007 | 8.00 | Programmed Excel spreadsheet. Reviewed expert documents and materials. |
| LYMAN, MARY | 11/1/2007 | 3.50 | Reviewed depositions, briefing materials |
| LYMAN, MARY | 11/2/2007 | 6.00 | Reviewed depositions, briefing material, project administration |
| LYMAN, MARY | 11/5/2007 | 3.00 | Reviewed depositions; helped prepare materials for depo prep |
| LYMAN, MARY | 11/6/2007 | 5.25 | Assisted with deposition prep |
| LYMAN, MARY | 11/7/2007 | 7.25 | Preparation for deposition |
| LYMAN, MARY | 11/8/2007 | 6.50 | Deposition prep; reviewed depositions |
| LYMAN, MARY | 11/12/2007 | 2.75 | Preparation for deposition; project administration |
| LYMAN, MARY | 11/13/2007 | 6.50 | Deposition prep |
| LYMAN, MARY | 11/14/2007 | 6.50 | Attended Chambers deposition (telephonically) |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 11/15/2007 | 1.25 | Reviewed deposition |
| LYMAN, MARY | 11/16/2007 | 2.25 | Reviewed deposition; project administration |
| LYMAN, MARY | 11/27/2007 | 0.75 | Project administration |
| LYMAN, MARY | 11/28/2007 | 1.00 | Prep for and meeting with expert and team |
| LYMAN, MARY | 11/28/2007 | 0.25 | Reviewed deposition |
| MCINTIRE, JAMES | 11/1/2007 | 5.00 | Peterson deposition |
| MCINTIRE, JAMES | 11/1/2007 | 1.00 | Deposition preparation |
| MCINTIRE, JAMES | 11/1/2007 | 2.50 | Half travel time b/w LA and Seattle |
| MCINTIRE, JAMES | 11/2/2007 | 3.50 | Review expert testimony |
| MCINTIRE, JAMES | 11/2/2007 | 1.00 | Follow-up briefing for staff on deposition |
| MCINTIRE, JAMES | 11/4/2007 | 3.25 | Review expert testimony |
| MCINTIRE, JAMES | 11/4/2007 | 2.00 | Prepare deposition briefing materials |
| MCINTIRE, JAMES | 11/6/2007 | 4.25 | Prepare deposition briefing information |
| MCINTIRE, JAMES | 11/7/2007 | 8.50 | Deposition preparation |
| MCINTIRE, JAMES | 11/8/2007 | 6.50 | Deposition preparation |
| MCINTIRE, JAMES | 11/8/2007 | 3.00 | Half travel time DC/Seattle |
| MCINTIRE, JAMES | 11/9/2007 | 1.00 | Deposition preparation |
| MCINTIRE, JAMES | 11/12/2007 | 1.00 | Half travel Chicago/DC |
| MCINTIRE, JAMES | 11/12/2007 | 6.00 | Heckman deposition |
| MCINTIRE, JAMES | 11/12/2007 | 1.00 | Deposition preparation |
| MCINTIRE, JAMES | 11/13/2007 | 8.50 | Deposition preparation |
| MCINTIRE, JAMES | 11/14/2007 | 6.00 | Attended Chambers deposition (telephonically) |
| MCINTIRE, JAMES | 11/14/2007 | 3.00 | Half travel DC/Seattle |
| MCINTIRE, JAMES | 11/19/2007 | 3.25 | Review expert testimony |
| MCINTIRE, JAMES | 11/28/2007 | 1.25 | Estimation team meeting, follow-up |
| MCINTIRE, JAMES | 11/30/2007 | 1.50 | Review expert supplemental materials, results |
| MHATRE, ARCHANA | 11/1/2007 | 6.00 | Data Analysis & Reporting. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 11/2/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/5/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/6/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/7/2007 | 7.25 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/8/2007 | 7.25 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/12/2007 | 6.50 | Data Analysis & Reporting. Deposition Prep. |
| MHATRE, ARCHANA | 11/13/2007 | 7.50 | Data Analysis & Reporting. Deposition Prep. |
| MHATRE, ARCHANA | 11/15/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/16/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/19/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/20/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/21/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/26/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 11/27/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 11/28/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 11/29/2007 | 6.50 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 11/30/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| SIRGO, JORGE | 11/15/2007 | 3.00 | Review deposition testimony. |
| SIRGO, JORGE | 11/16/2007 | 3.50 | Review deposition testimony. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 11/19/2007 | 3.00 | Review expert depositions. |
| SIRGO, JORGE | 11/20/2007 | 2.50 | Review expert depositions. |
| SIRGO, JORGE | 11/27/2007 | 2.50 | Assist with review of revised other expert reports. |
| SIRGO, JORGE | 11/28/2007 | 1.50 | Assist with post deposition review. |
| SIRGO, JORGE | 11/29/2007 | 2.00 | Assist with post deposition review. |
| SIRGO, JORGE | 11/30/2007 | 2.50 | Assist with post deposition review. |