## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on January 11, 2008 upon:

David Bernick, Esq.
Janet Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Lori Sinanya, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

James O'Neill, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub
919 North Market Street, 17th Floor
Wilmington, DE 19801

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
Neew York, NY 10038

Michael R. Lastowski, Esq.
Duane Morris & Heckscher LLP
1100 N. Market Street, Ste. 1200
Wilmington, DE 19801

Scott L. Baena, Esq.
Bilzin Sumberg, Dunn Baena Price & Axelrod
First union Financial Center
200 South Biscayne Blvd., Ste. 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Ste. 9904
PO Box 1351
Wilmington, DE 19899

WCSR 3816353v1

Peter Van N. Lockwood, Esq.
Caplin Drysdale
One Thomas Circle NW
Washington DC 20005

Mark T. Hurford, Esq.
Campbell & Levine LLC
800 King Street, 3rd Floor
Wilmington, DE 19801

Gary Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street, Ste. 1410
PO Box 1397
Wilmington, DE 19899

Richard H. Wyron, Esq.
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW, Ste. 300
Washington, DC 20007

John C. Phillips, Jr., Esq.
Phillips Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806

David Klauder, Esq.
Office of the United States Trustee
844 King Street, 2nd Floor
Wilmington, DE 19801


Under penalty of perjury, I declare that the foregoing is true and correct.


__1/11/2007_____          _____/s/ Heidi E. Sasso_____
Date                           Heidi E. Sasso


WCSR  3816353v1