## CERTIFICATE OF SERVICE

      I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 11th day of January 2008, I caused a copy of the foregoing *Limited Objection by Tyco Healthcare Group LP to Proposed Settlement Between Debtors and the United States Regarding Superfund Sites* to be served upon the parties on the attached list in the manner indicated.

      Under penalty of perjury, I declare that the foregoing is true and correct.

*January 11, 2008*　　　　　　　　　　　　　　*/s/ William D. Sullivan*　　　　　
Date　　　　　　　　　　　　　　　　　　　　　William D. Sullivan

**FIRST CLASS MAIL**
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**FIRST CLASS MAIL**
Lori Sinanyan, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

**HAND DELIVERY**
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

**HAND DELIVERY**
Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

**FIRST CLASS MAIL**
Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**HAND DELIVERY**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**FIRST CLASS MAIL**
Peter Van L. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Cirlcle, N.W.
Washington, DC 20005

**HAND DELIVERY**
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**FIRST CLASS MAIL**
Gary Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

**HAND DELIVERY**
Teresa K.D. Currier, Esq.
Buchanan, Ingersoll & Rooney, P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801

**FIRST CLASS MAIL**
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW, Suite 300
Washington, DC 20007

**HAND DELIVERY**
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19801

**HAND DELIVERY**
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801