# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: January 3⟨0⟩, 2008** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

## FEE DETAIL FOR OGILVY RENAULT LLP'S ELEVENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
## FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1395686\1



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

Client:     W.R. GRACE & CO.                          December 12, 2007
RE:         Litigation and litigation consulting       INVOICE: 768882
Matter No.: 01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending November 30, 2007

| | |
|---|---:|
| FEES | $75,213.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 6,076.69 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $81,290.19 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                           01016442-0006

RE:  Litigation and litigation consulting

## BILLING SUMMARY

|              | Hours  | Amount      |
|--------------|--------|-------------|
| K. Cohen     | 3.5    | $525.00     |
| K. Smirle    | 2      | $370.00     |
| K. Whibley   | 25.3   | $5,439.50   |
| J. Caplan    | 9      | $2,205.00   |
| J.M. Johnson | 3      | $885.00     |
| A. Kuntz     | 24.8   | $7,564.00   |
| J. Stam      | 5.5    | $2,557.50   |
| K. Galpern   | 27.5   | $16,500.00  |
| S. Rothfels  | 1      | $470.00     |
| O. Pasparakis| 33.4   | $18,704.00  |
| D.C. Tay     | 22.5   | $19,687.50  |
| T. Walsh     | 0.6    | $306.00     |
| Total        | 158.10 | $75,213.50  |

## FEE DETAIL

| Date    | Timekeeper         | Description                                                                                                                          | Hours | Amount    |
|---------|--------------------|--------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 1/11/07 | Orestes Pasparakis | Follow-up on factum (0.3); follow-up with opposing counsel (0.2).                                                                    | 0.50  | $280.00   |
| 1/11/07 | Derrick C. Tay     | Following up on research for court motion and reviewing same (2.5); dealing with representative counsel and crown counsel (1.5).     | 4.00  | $3,500.00 |
| 2/11/07 | Jennifer Stam      | Preparing responding motion record.                                                                                                  | 0.50  | $232.50   |
| 4/11/07 | Jennifer Stam      | Working on factum.                                                                                                                   | 2.50  | $1,162.50 |
| 5/11/07 | Orestes Pasparakis | Reviewing and revising facts in factum (1.0); reviewing and revising law (1.5); considering structure of legal argument (2.0).       | 4.50  | $2,520.00 |
| 5/11/07 | Kathrine Smirle    | Meeting with J. Stam regarding research (0.2); searching databases and websites for Canadian court decisions regarding cross-border issues (1.0). | 1.20  | $222.00   |
| 5/11/07 | Derrick C. Tay     | Preparing arguments for court motion.                                                                                                | 2.50  | $2,187.50 |
| 7/11/07 | Teresa Walsh       | Follow-up with K. Whibley and A. Kuntz regarding further document review in Montreal.                                                | 0.20  | $102.00   |
| 7/11/07 | Orestes Pasparakis | Follow-up on legal arguments and cases.                                                                                              | 2.00  | $1,120.00 |

INVOICE: 768882



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                      01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/11/07 | Derrick C. Tay | Reviewing research for factum and outline of arguments (2.0); other preparation for motion (2.0). | 4.00 | $3,500.00 |
| 8/11/07 | Kathrine Smirle | Reviewing Canadian decisions (0.7); reporting to J. Stam (0.1). | 0.80 | $148.00 |
| 8/11/07 | Orestes Pasparakis | Reviewing and revising factum for hearing (3.0); preparing legal argument (2.0); reviewing cases (1.5); preparing affidavit material (1.0). | 7.50 | $4,200.00 |
| 9/11/07 | Teresa Walsh | Review of email communications and follow-up telephone conversations with client regarding file administration issues. | 0.40 | $204.00 |
| 9/11/07 | Orestes Pasparakis | Revising factum (4.0); drafting same (2.0). | 6.00 | $3,360.00 |
| 12/11/07 | Jessica Caplan | Reviewing and revising factum being filed in support of the motion returnable November 22, 2007. | 2.50 | $612.50 |
| 12/11/07 | Jennifer Stam | Reviewing and revising factum. | 0.50 | $232.50 |
| 12/11/07 | Orestes Pasparakis | Completing first draft of factum. | 3.50 | $1,960.00 |
| 13/11/07 | Jessica Caplan | Revisions to factum (1.5); reviewing all cases being cited in the factum (2.5). | 4.00 | $980.00 |
| 13/11/07 | Orestes Pasparakis | Discussion with counsel for the Crown (1.2); follow-up with counsel for plaintiffs (1.0); reporting to client (0.6); final revisions to draft factum for Tay review (1.0). | 3.80 | $2,128.00 |
| 13/11/07 | Jennifer Stam | Correspondence regarding status of motion to lift stay. | 0.50 | $232.50 |
| 14/11/07 | Orestes Pasparakis | Follow-up on brief of authorities and questions regarding factum and citations. | 1.80 | $1,008.00 |
| 15/11/07 | Orestes Pasparakis | Discussions with opposing counsel regarding dates for adjournment (0.5); reporting to counsel for Sealed Air (0.8); follow-up on numerous issues (0.2). | 1.50 | $840.00 |
| 15/11/07 | Jessica Caplan | Reviewing and collecting cases for brief of authorities being filed in support of the motion returnable November 22, 2007. | 2.50 | $612.50 |
| 16/11/07 | Orestes Pasparakis | Preparing for and attending conference call. | 0.50 | $280.00 |

INVOICE: 768882



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                        01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 16/11/07 | Jennifer Stam | Conference call with J. Baer, R. Finke, T. Freedman and others to discuss status of representative counsel motion and other matters (1.0); correspondence with representative counsel regarding adjournment of motion (0.5). | 1.50 | $697.50 |
| 19/11/07 | Susan Rothfels | Attending commercial list appointment. | 1.00 | $470.00 |
| 19/11/07 | Derrick C. Tay | Review of factum and considering application of law and strategy. | 3.00 | $2,625.00 |
| 20/11/07 | Derrick C. Tay | Reviewing material served by Delaware counsel and considering impact on Canadian issues. | 2.00 | $1,750.00 |
| 22/11/07 | Derrick C. Tay | Communications with representative counsel and crown counsel (0.5); dealing with commissioning research necessary for the CCAA court to be able to dismiss provincial class action (0.5). | 1.00 | $875.00 |
| 22/11/07 | Karen Whibley | Conference with A. Kuntz (0.2); arranging for travel to Montreal (0.1); preparing materials for document review in LaSalle (0.5). | 0.80 | $172.00 |
| 22/11/07 | Orestes Pasparakis | Follow-up with issues raised by the Crown (0.8); discussions with Crown and Plaintiffs (0.5); reporting to client (0.3); emails and considerations (0.2). | 1.80 | $1,008.00 |
| 22/11/07 | Karen Galpern | Considering issues regarding approval of settlement (2.5); discussing same with R. Wahl (0.5). | 3.00 | $1,800.00 |
| 23/11/07 | Karen Galpern | Considering issues regarding approval of settlement. | 5.50 | $3,300.00 |
| 25/11/07 | Allison Kuntz | Travelled to Montreal in preparation for document review at Grace facility in LaSalle, Quebec. | 4.00 | $1,220.00 |
| 25/11/07 | Karen Whibley | Travel to Montreal for document review. | 4.00 | $860.00 |
| 26/11/07 | Karen Whibley | Attendance at LaSalle offices to review documents. | 8.00 | $1,720.00 |

INVOICE: 768882



W.R. GRACE & CO.

01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 26/11/07 | Karen Cohen | Research for discussions on section 16 of the CCAA (1.0); research for discussions and cases dealing with "Settlement of Representative Proceedings" sections of the Ontario Class Actions Act and equivalent sections in other Provinces (2.5). | 3.50 | $525.00 |
| 26/11/07 | Karen Galpern | Considering issues and relevant case law regarding settlement of class proceedings. | 4.00 | $2,400.00 |
| 26/11/07 | Allison Kuntz | Attended at Grace facility in LaSalle to review documents. | 8.00 | $2,440.00 |
| 26/11/07 | Allison Kuntz | Discussed plant operations with R. Cogdell. | 0.30 | $91.50 |
| 27/11/07 | Karen Whibley | Attendance at LaSalle offices to review documents. | 8.50 | $1,827.50 |
| 27/11/07 | Karen Galpern | Considering issues regarding approval of settlement (3.5); discussing same with D. Tay (0.5). | 4.00 | $2,400.00 |
| 27/11/07 | Allison Kuntz | Attended at Grace facility in LaSalle to review documents. | 8.50 | $2,592.50 |
| 27/11/07 | Derrick C. Tay | Considering issues raised by R. Finke and discussion of same with R. Finke (1.5); organizing structure of legal memo regarding use of CCAA to implement a settlement without using class action legislation (2.5); discussing arguments with research lawyer to get back-up research for memo (0.5). | 4.50 | $3,937.50 |
| 28/11/07 | Karen Whibley | Travel from Montreal to Toronto. | 4.00 | $860.00 |
| 28/11/07 | Allison Kuntz | Return travel from Montreal after document review in LaSalle. | 4.00 | $1,220.00 |
| 28/11/07 | Karen Galpern | Considering issues regarding approval of settlement (2.0); preparing memorandum regarding same (2.0). | 4.00 | $2,400.00 |
| 28/11/07 | James M. Johnson | Discussing file with K. Galpern. | 0.50 | $147.50 |
| 28/11/07 | Derrick C. Tay | Working on factum for motion. | 1.50 | $1,312.50 |
| 29/11/07 | Karen Galpern | Considering issues regarding approval of settlement (2.0); preparing memorandum regarding same (1.0). | 3.00 | $1,800.00 |

INVOICE: 768882



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 30/11/07 | Karen Galpern | Preparing memorandum regarding approval of settlement. | 4.00 | $2,400.00 |
| 30/11/07 | James M. Johnson | Reviewing memo (0.8); discussing file with K. Galpern (0.5); reviewing statutory provisions and case law under Rule 10.01 (1.2). | 2.50 | $737.50 |
| | | **TOTAL FEES** | | **$75,213.50** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 267.00 |
| Long distance calls | 14.33 |
| Courier service | 107.47 |
| External DB Search/Quicklaw | 160.98 |
| Process server fee | 20.00 |
| Hotel Accommodations | 1,480.38 |
| Meals-restaurants (Canada) | 212.89 |
| Taxis | 294.28 |
| Airfare | 1,028.63 |
| Document Database Maintenance | 2,617.73 |
| Filing notice of motion | (127.00) |
| | $6,076.69 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 30/7/07 | Karen Whibley | Document Database Maintenance - PLG PLATINUM LEGAL GROUP INC. Corrected amount which was inadvertently omitted from previous OR invoice 748434 dated Oct. 10/07- | 2,617.73 |
| 17/10/07 | Jennifer Stam | Reversal from Void Check Number: 93484 Bank ID: BT1 Voucher ID: 578990 Vendor: MINISTER OF FINANCE (ONTARIO) | (127.00) |
| 29/10/07 | Derrick C. Tay | Courier service FedEx shipment #689588757652 FROM TORONTO, ON, CA. To: RICHARD C. FINKE,W.R. GRACE & CO., COLUMBIA, MD, US. ON 29-10-2007, GST: 0.00, QST: 0.00 | 84.49 |
| 5/11/07 | Monique Massabki | Copies | 0.30 |
| 5/11/07 | Jennifer Stam | QA Courier service- Inv # 67318 | 17.48 |

INVOICE: 768882



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                          01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 5/11/07 | Jennifer Stam | QA Courier service- Inv # 67318 | 5.50 |
| 5/11/07 | Monique Massabki | Copies | 0.10 |
| 5/11/07 | Monique Massabki | Copies | 0.20 |
| 5/11/07 | Monique Massabki | Copies | 0.20 |
| 5/11/07 | Monique Massabki | Copies | 0.10 |
| 5/11/07 | Jessica Caplan | Copies | 2.50 |
| 5/11/07 | Monique Massabki | Copies | 0.10 |
| 5/11/07 | Monique Massabki | Copies | 0.10 |
| 5/11/07 | Jennifer Stam | Copies | 148.00 |
| 5/11/07 | Jennifer Stam | Copies | 29.30 |
| 5/11/07 | Monique Massabki | Copies | 0.20 |
| 6/11/07 | Jennifer Stam | Copies | 2.40 |
| 7/11/07 | Sandra Reynolds | Copies | 0.90 |
| 7/11/07 | Sandra Reynolds | Copies | 2.40 |
| 8/11/07 | Sandra Reynolds | Copies | 1.40 |
| 8/11/07 | Sandra Reynolds | Copies | 3.10 |
| 8/11/07 | Sandra Reynolds | Copies | 2.40 |
| 9/11/07 | Jennifer Stam | Process server fee - KAP LITIGATION SERVICES | 20.00 |
| 12/11/07 | Sandra Reynolds | Copies | 0.80 |
| 12/11/07 | Sandra Reynolds | Copies | 1.50 |
| 12/11/07 | Sandra Reynolds | Copies | 0.80 |
| 12/11/07 | Sandra Reynolds | Copies | 1.50 |
| 13/11/07 | Jessica Caplan | Copies | 4.70 |
| 13/11/07 | Jessica Caplan | External DB Search/Quicklaw | 20.63 |
| 14/11/07 | Lisa Lefkowitz | External DB Search/Quicklaw | 5.41 |
| 14/11/07 | Jessica Caplan | Copies | 18.00 |
| 14/11/07 | Jessica Caplan | Copies | 25.30 |
| 16/11/07 | Monique Massabki | Copies | 0.30 |
| 16/11/07 | Monique Massabki | Copies | 0.10 |
| 19/11/07 | Derrick C. Tay | Copies | 0.20 |
| 22/11/07 | Sandra Reynolds | Copies | 0.10 |
| 22/11/07 | Allison Kuntz | Long distance calls 15143663070 | 0.66 |
| 22/11/07 | Karen Galpern | External DB Search/Quicklaw | 18.88 |
| 22/11/07 | Sandra Reynolds | Copies | 0.10 |
| 22/11/07 | Sandra Reynolds | Copies | 0.10 |
| 22/11/07 | Karen Whibley | Copies | 2.50 |
| 22/11/07 | Karen Whibley | Copies | 5.00 |
| 22/11/07 | Allison Kuntz | Long distance calls 15143663070 | 0.66 |
| 23/11/07 | Karen Galpern | External DB Search/Quicklaw | 5.48 |
| 23/11/07 | Karen Whibley | Copies | 2.40 |
| 23/11/07 | Karen Whibley | Copies | 2.50 |
| 23/11/07 | Karen Whibley | Copies | 0.10 |
| 25/11/07 | Allison Kuntz | Meals-restaurants (Canada) - ALLISON KUNTZ | 35.77 |

INVOICE: 768882



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                          01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 25/11/07 | Allison Kuntz | Meals-restaurants (Canada) - ALLISON KUNTZ | 15.82 |
| 25/11/07 | Allison Kuntz | Airfare - ALLISON KUNTZ | 725.77 |
| 25/11/07 | Allison Kuntz | Taxis - ALLISON KUNTZ | 90.48 |
| 26/11/07 | Allison Kuntz | Taxis - ALLISON KUNTZ | 25.71 |
| 26/11/07 | Karen Whibley | Taxis - KAREN WHIBLEY | 25.71 |
| 26/11/07 | Karen Galpern | External DB Search/Quicklaw | 8.01 |
| 26/11/07 | Karen Whibley | Airfare - KAREN WHIBLEY | 302.86 |
| 27/11/07 | Karen Whibley | Meals-restaurants (Canada) - KAREN WHIBLEY | 25.71 |
| 27/11/07 | Karen Whibley | Taxis - KAREN WHIBLEY | 57.14 |
| 27/11/07 | Derrick C. Tay | Long distance calls 14105314355 | 13.01 |
| 27/11/07 | Karen Whibley | Meals-restaurants (Canada) - KAREN WHIBLEY | 124.76 |
| 28/11/07 | Karen Galpern | External DB Search/Quicklaw | 25.23 |
| 28/11/07 | Karen Whibley | Hotel Accommodations - KAREN WHIBLEY | 663.25 |
| 28/11/07 | Karen Whibley | Hotel Accommodations - KAREN WHIBLEY | 788.56 |
| 28/11/07 | Shayla Hamilton | External DB Search/Quicklaw | 6.59 |
| 28/11/07 | Karen Galpern | External DB Search/Quicklaw | 6.45 |
| 28/11/07 | Karen Cohen | External DB Search/Quicklaw | 17.84 |
| 28/11/07 | Allison Kuntz | Taxis - ALLISON KUNTZ | 57.14 |
| 28/11/07 | Allison Kuntz | Meals-restaurants (Canada) - ALLISON KUNTZ | 10.83 |
| 28/11/07 | Allison Kuntz | Taxis - ALLISON KUNTZ | 38.10 |
| 28/11/07 | Karen Whibley | Hotel Accommodations - KAREN WHIBLEY | 28.57 |
| 28/11/07 | Karen Galpern | Copies | 0.10 |
| 29/11/07 | Karen Cohen | External DB Search/Quicklaw | 10.06 |
| 29/11/07 | Karen Galpern | External DB Search/Quicklaw | 36.40 |
| 30/11/07 | Karen Galpern | Copies | 2.40 |
| 30/11/07 | Karen Galpern | Copies | 2.50 |
| 30/11/07 | Karen Galpern | Copies | 2.30 |
| | | TOTAL | $6,076.69 |

INVOICE: 768882



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | |
|---|---|
| Client:      W.R. GRACE & CO. | December 12, 2007 |
| RE:          Fee Applications, Applicant | INVOICE: 768879 |
| Matter No.:  01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:     Richard Finke
               Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending November 30, 2007

| | |
|---|---:|
| FEES | $2,730.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 90.17 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,820.67 |

Please return a copy with payment to our address below.

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 2.8 | $1,428.00 |
| K. Whibley | 0.7 | $150.50 |
| P. Adams | 7.2 | $1,152.00 |
| Total | 10.70 | $2,730.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/11/07 | Teresa Walsh | Review of e-mail communication from R. Finke regarding disbursement in pending fee application (0.1); reviewing file regarding disbursement (0.1). | 0.20 | $102.00 |
| 6/11/07 | Penny Adams | Correspondence with R. Finke regarding the Ninth Monthly Fee Application (0.2); correspondence with L. Oberholzer regarding the next quarterly hearing (0.2); reviewing and revising the Ninth Monthly Fee and Third Quarterly Applications (0.6). | 1.00 | $160.00 |
| 8/11/07 | Teresa Walsh | Review and swearing of monthly fee application (0.8); review and swearing of Third Quarterly Fee Application (0.7). | 1.50 | $765.00 |
| 8/11/07 | Penny Adams | Finalizing the Ninth Monthly and Third Quarterly Fee Applications (1.0); discussions with T. Walsh regarding same (0.2); correspondence with fee auditor and various other parties regarding same (0.3). | 1.50 | $240.00 |
| 9/11/07 | Penny Adams | Correspondence with fee auditor and others regarding applications (0.3); letter to L. Oberholzer regarding same (0.2). | 0.50 | $80.00 |
| 19/11/07 | Penny Adams | Drafting Tenth Monthly Fee Application (1.0); reviewing and revising same (1.0); correspondence with R. Finke and T. Walsh regarding same (0.2). | 2.20 | $352.00 |
| 20/11/07 | Teresa Walsh | Reviewing, finalizing and swearing Tenth Monthly Fee Application materials. | 0.80 | $408.00 |

INVOICE: 768879



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                    01016442-0008

RE: Fee Applications, Applicant

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 20/11/07 | Penny Adams | Finalizing Tenth Monthly Fee Application (0.2); circulating same to L. Oberholzer for filing and service (0.2); correspondence with fee auditor (0.2); dealing with various issues related to Fee Application (1.0). | 1.60 | $256.00 |
| 21/11/07 | Karen Whibley | Conference with M. Rossi regarding outstanding invoices (0.1); telephone conference with P. Adams (0.2); email communications with T. Walsh (0.2); email to Platinum Legal Group Inc. (0.2). | 0.70 | $150.50 |
| 21/11/07 | Penny Adams | Discussion with K. Whibley and T. Walsh regarding disbursement issues. | 0.40 | $64.00 |
| 21/11/07 | Teresa Walsh | Email communications with K. Whibley regarding scanning and coding disbursement (0.1); follow up with P. Adams regarding disbursement and timing of payment for same (0.2). | 0.30 | $153.00 |
| | | **TOTAL FEES** | | **$2,730.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 21.10 |
| Courier service | 69.07 |
| | $90.17 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 8/11/07 | Penny Adams | Copies | 1.60 |
| 8/11/07 | Penny Adams | Copies | 0.20 |
| 8/11/07 | Penny Adams | Copies | 0.10 |
| 8/11/07 | Penny Adams | Copies | 0.80 |
| 8/11/07 | Penny Adams | Copies | 0.80 |

INVOICE: 768879



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                           01016442-0008

RE:  Fee Applications, Applicant

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 9/11/07 | Derrick C. Tay | Courier service FedEx shipment #689588758372 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL ET AL., WILMINGTON, DE, US. ON 09-11-2007, GST: 0.00, QST: 0.00 | 27.49 |
| 9/11/07 | Penny Adams | Copies | 12.00 |
| 19/11/07 | Monique Massabki | Copies | 0.10 |
| 19/11/07 | Monique Massabki | Copies | 0.10 |
| 19/11/07 | Monique Massabki | Copies | 0.80 |
| 19/11/07 | Penny Adams | Copies | 0.80 |
| 20/11/07 | Derrick C. Tay | Courier service FedEx shipment #689588759107 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL YOUNG ET, WILMINGTON, DE, US. ON 20-11-2007, GST: 0.00, QST: 0.00 | 41.58 |
| 20/11/07 | Penny Adams | Copies | 3.80 |
|  |  | TOTAL | $90.17 |

INVOICE: 768879