IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation). MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil. Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 148936 v1
2850487-000001 11/28/2007

**EXHIBIT B**

## OCTOBER 2007 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 10/3 | 2 | Work on asbestos ban bill in Senate and in the House |
| 10/9 | 2 | Continue to monitor and review in order to anticipate potential problems for Grace and/or issues related to the company's well-being that might arise in a hearing or committee action |
| 10/11 | 2 | Continue to monitor and review in order to anticipate potential problems for Grace and/or issues related to the company's well-being that might arise in a hearing or committee action |
| 10/16 | 1 | Review Congressional committee agendas to determine if any legislative vehicles for asbestos issues are available |
| 10/17 | 1 | Continue to review Congressional committee agendas to determine if any legislative vehicles for asbestos issues are available |
| 10/24 | 2 | Check with Senate Judiciary Committee regarding any possibilities for a resurrection of the asbestos legislation considered during the last Congress |
| 10/25 | 1 | Continue to monitor and review in order to anticipate potential problems for Grace and/or issues related to the company's well-being that might arise in a hearing or committee action |

# EXPENSES FOR OCTOBER 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 10/31/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | | $1.05 |
| **Itemized Totals** | | **$1.05** |

| Summarized: | | Amount |
|---|---|---|
| Long Distance Charge | | $1.05 |
| **Summarized Totals** | | **$1.05** |

W JDR 148936 v1
2850487-000001 11/28/2007