Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                               HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
11/08/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.1  2170.00
#8012     review Dunbar deposition                          700.00

11/08/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.3  2310.00
#8013     review Heckman report and comments               700.00

11/08/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6   420.00
#8014     telephone Relles re: Heckman report and deposition  700.00

11/08/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.6  1820.00
#8015     review materials for Heckman conversation        700.00

11/08/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.8  1615.00
#8209     investigate Heckman issues                       425.00

11/08/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0   425.00
#8210     read Dunbar deposition                           425.00

11/08/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2   510.00
#8211     re-read Heckman deposition, develop lines of     425.00
          questioning memo

11/08/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6   255.00
#8214     telephone Peterson re: Heckman report and deposition  425.00

11/09/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.5  1750.00
#8017     telephone Slocombe re: Heckman deposition        700.00

11/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8   340.00
#8216     telephone Slocombe, email Slocombe re: Heckman   425.00
          deposition

11/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.7  1147.50
#8217     read Dunbar deposition and backup material       425.00

11/10/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.1  1470.00
#8018     review materials on Heckman                      700.00

11/10/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7   297.50
#8218     email Slocombe re: additional aspects of Heckman  425.00
          report

Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

            W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/11/07<br>#8019 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review Dunbar deposition documents | 2.7<br>700.00 | 1890.00 |
| 11/12/07<br>#8022 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review Heckman issues | 5.2<br>700.00 | 3640.00 |
| 11/13/07<br>#8023 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review Heckman issues | 4.9<br>700.00 | 3430.00 |
| 11/13/07<br>#8221 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)<br>investigate Heckman issues--develop filings profiles | 1.9<br>425.00 | 807.50 |
| 11/13/07<br>#8222 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)<br>identify Chambers' derivation of Figure / Table<br>entries | 0.8<br>425.00 | 340.00 |
| 11/14/07<br>#8024 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review Heckman issues | 8.9<br>700.00 | 6230.00 |
| 11/14/07<br>#8223 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review Heckman deposition | 1.8<br>425.00 | 765.00 |
| 11/14/07<br>#8224 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)<br>investigate Heckman issues--develop settlement<br>profiles | 3.0<br>425.00 | 1275.00 |
| 11/15/07<br>#8025 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)<br>research Heckman issues | 3.9<br>700.00 | 2730.00 |
| 11/15/07<br>#8026 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)<br>review Heckman deposition | 5.2<br>700.00 | 3640.00 |
| 11/15/07<br>#8225 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)<br>read Heckman deposition | 3.5<br>425.00 | 1487.50 |
| 11/15/07<br>#8226 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)<br>develop notes on Heckman deposition | 1.9<br>425.00 | 807.50 |
| 11/15/07<br>#8227 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)<br>investigate Heckman issues--develop filings and<br>settlement profiles | 5.0<br>425.00 | 2125.00 |
| 11/16/07<br>#8027 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)<br>research Heckman issues | 5.6<br>700.00 | 3920.00 |

```
Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 3

          W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
11/16/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.2  2240.00
#8028     review Chambers deposition                    700.00

11/16/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.7   490.00
#8029     telephone Relles (several calls) re: Heckman issues  700.00

11/16/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 3.7 1572.50
#8228     additional work on Heckman issues--develop filings  425.00
          and settlement profiles

11/16/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.6   680.00
#8229     develop notes on Heckman deposition           425.00

11/16/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.7   297.50
#8230     telephone Peterson (several calls) re: Heckman  425.00
          issues

11/16/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.2   510.00
#8231     read Chambers deposition                      425.00

11/17/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.4 2380.00
#8030     research Heckman issues                       700.00

11/17/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.2 1540.00
#8031     review Chambers deposition                    700.00

11/18/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 4.3 3010.00
#8033     research Heckman issues                       700.00

11/18/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.7   297.50
#8233     telephone Peterson re: Heckman issues         425.00

11/18/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.7   297.50
#8234     telephone Peterson re: Heckman issues         425.00

11/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.8   560.00
#8034     telephone Relles (several calls) re: Heckman issues  700.00

11/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 7.9 5530.00
#8035     research Heckman issues                       700.00

11/19/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 2.0   850.00
#8235     read remainder of Chambers deposition         425.00
```

```
Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
11/19/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 0.8    340.00
#8237      telephone Peterson (several calls) re: Heckman     425.00
           issues

11/20/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.7  2590.00
#8036      research Heckman issues                            700.00

11/21/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.9  2030.00
#8037      research Heckman issues                            700.00

11/24/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.1  1470.00
#8038      research Heckman issues                            700.00

11/26/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 0.8    340.00
#8244      review closed mesothelioma claims used by Florence; 425.00
           email Wehner re: same

11/27/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 4.9  3430.00
#8040      research Heckman issues                            700.00

11/28/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 5.1  3570.00
#8042      research Heckman issues                            700.00

11/28/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.8  1960.00
#8043      review Chambers deposition                         700.00

11/29/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 6.3  4410.00
#8044      research Heckman issues                            700.00

11/29/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.5    350.00
#8045      telephone Relles re: Heckman issues                700.00

11/29/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 0.5    212.50
#8255      telephone Peterson re: Heckman issues              425.00

11/30/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 5.6  3920.00
#8047      research Heckman issues                            700.00

11/30/07   Relles   / (05) Claims Anal Objectn/Resolutn (Asbest) 3.2  1360.00
#8257      estimate Dunbar/Chambers effects on liability      425.00
```

```
Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

        W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
11/01/07  Peterson  / (07) Committee, Creditors'           1.5    1050.00
#8003     debriefing meet with Finch                     700.00

11/01/07  Relles    / (07) Committee, Creditors'           0.3     127.50
#8202     respond to email from Finch                    425.00

11/05/07  Peterson  / (07) Committee, Creditors'           1.0     700.00
#8006     telephone Finch, Relles re: deposition materials 700.00

11/05/07  Relles    / (07) Committee, Creditors'           0.4     170.00
#8207     prepare and send deposition datasets to Finch  425.00

11/05/07  Relles    / (07) Committee, Creditors'           1.0     425.00
#8208     telephone Finch, Peterson re: deposition materials 425.00

11/08/07  Relles    / (07) Committee, Creditors'           0.4     170.00
#8212     email Slocombe                                 425.00

11/08/07  Relles    / (07) Committee, Creditors'           1.3     552.50
#8213     telephone Finch (two calls) re: Chambers' Figure 8 425.00
          (.4); research Chambers' materials to resolve (.9)

11/09/07  Relles    / (07) Committee, Creditors'           3.5    1487.50
#8215     finish and send lines of questioning memo to   425.00
          Slocombe

11/27/07  Relles    / (07) Committee, Creditors'           1.8     765.00
#8249     acquire information to respond to Wehner questions 425.00
          about settlement payment parameters

11/28/07  Relles    / (07) Committee, Creditors'           2.3     977.50
#8250     respond to miscellaneous requests by Wehner and 425.00
          Finch for output based on Dunbar and Chambers
          exhibits

11/29/07  Relles    / (07) Committee, Creditors'           2.0     850.00
#8252     respond to miscellaneous requests by Finch output 425.00
          based on Dunbar and Chambers exhibits

11/30/07  Peterson  / (07) Committee, Creditors'           2.1    1470.00
#8046     review report per request from Finch           700.00

11/30/07  Relles    / (07) Committee, Creditors'           0.5     212.50
#8256     edit Peterson qualifications statement, email Finch 425.00
```

```
Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 6

            W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/01/07 #8001 | Peterson  / (14) Hearings deposition and meet with lawyers | 8.0 700.00 | 5600.00 |
| 11/01/07 #8002 | Peterson  / (14) Hearings prepare for deposition | 1.5 700.00 | 1050.00 |
| 11/01/07 #8201 | Relles   / (14) Hearings organize and archive information assembled for deposition | 1.7 425.00 | 722.50 |
| 11/01/07 #8204 | Relles   / (14) Hearings attend Peterson deposition via telephone | 2.5 425.00 | 1062.50 |
| 11/04/07 #8005 | Peterson  / (14) Hearings review deposition transcript | 4.5 700.00 | 3150.00 |
| 11/04/07 #8206 | Relles   / (14) Hearings read Peterson deposition | 3.5 425.00 | 1487.50 |
| 11/05/07 #8007 | Peterson  / (14) Hearings review deposition exhibits | 3.2 700.00 | 2240.00 |
| 11/05/07 #8008 | Peterson  / (14) Hearings review other depositions | 4.6 700.00 | 3220.00 |

{D0100933.1 }

```
Date: 01/06/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

              W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/12/07 #8020 | Peterson  / (16) Plan and Disclosure Statement work on TDP proposal | 3.7 700.00 | 2590.00 |
| 11/12/07 #8021 | Peterson  / (16) Plan and Disclosure Statement telephone Relles re: Grace TDP | 0.5 700.00 | 350.00 |
| 11/12/07 #8219 | Relles    / (16) Plan and Disclosure Statement telephone Peterson re: Grace TDP | 0.5 425.00 | 212.50 |
| 11/12/07 #8220 | Relles    / (16) Plan and Disclosure Statement work on Grace TDP | 2.6 425.00 | 1105.00 |

{D0100933.1 }

Date: 01/06/08           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

            W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/01/07 Relles   / (28) Data Analysis<br>#8203    prepare dvd of Exponent mesotheliomas | 1.5<br>425.00 | 637.50 |
| 11/02/07 Peterson  / (28) Data Analysis<br>#8004    review PIQ and POC data on claims | 8.2<br>700.00 | 5740.00 |
| 11/02/07 Relles   / (28) Data Analysis<br>#8205    archive and back up all datasets | 2.5<br>425.00 | 1062.50 |
| 11/06/07 Peterson  / (28) Data Analysis<br>#8009    review information on Libby settlements | 1.5<br>700.00 | 1050.00 |
| 11/07/07 Peterson  / (28) Data Analysis<br>#8010    review paper on forecasting | 4.7<br>700.00 | 3290.00 |
| 11/07/07 Peterson  / (28) Data Analysis<br>#8011    review MacAvoy article | 2.8<br>700.00 | 1960.00 |
| 11/09/07 Peterson  / (28) Data Analysis<br>#8016    review defense attorney's article on increase in<br>         mesothelioma claim values and liabilities | 1.3<br>700.00 | 910.00 |
| 11/13/07 Ebener   / (28) Data Analysis<br>#8501    review coding instructions with coder | 0.5<br>300.00 | 150.00 |
| 11/14/07 Ebener   / (28) Data Analysis<br>#8502    research possible duplicate | 0.2<br>300.00 | 60.00 |
| 11/14/07 Ebener   / (28) Data Analysis<br>#8503    arrange data entry and schedule | 0.3<br>300.00 | 90.00 |
| 11/15/07 Ebener   / (28) Data Analysis<br>#8504    check coding and submit to data entry | 0.5<br>300.00 | 150.00 |
| 11/17/07 Ebener   / (28) Data Analysis<br>#8505    telephone Peterson re: JV study | 0.4<br>300.00 | 120.00 |
| 11/17/07 Peterson  / (28) Data Analysis<br>#8032    telephone Ebener re: JV study | 0.4<br>700.00 | 280.00 |
| 11/17/07 Relles   / (28) Data Analysis<br>#8232    examine status of Libby claims | 1.7<br>425.00 | 722.50 |
| 11/19/07 Ebener   / (28) Data Analysis<br>#8506    check data entry | 0.3<br>300.00 | 90.00 |

```
Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 9

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
11/19/07  Relles   / (28) Data Analysis                  3.8   1615.00
#8236     examine effect of bankruptcy on filings and  425.00
          settlements

11/20/07  Ebener   / (28) Data Analysis                  1.0    300.00
#8507     supervise coder; check data entry; update file 300.00

11/20/07  Relles   / (28) Data Analysis                  5.8   2465.00
#8238     examine effect of bankruptcy on filings and  425.00
          settlements

11/20/07  Relles   / (28) Data Analysis                  2.4   1020.00
#8239     examine effect of multiple plaintiff trials on 425.00
          outcomes

11/21/07  Relles   / (28) Data Analysis                  4.5   1912.50
#8240     examine effect of bankruptcy on filings and  425.00
          settlements

11/22/07  Relles   / (28) Data Analysis                  3.0   1275.00
#8241     examine effect of bankruptcy on filings and  425.00
          settlements

11/23/07  Relles   / (28) Data Analysis                  6.0   2550.00
#8242     examine effect of bankruptcy on filings and  425.00
          settlements

11/25/07  Peterson / (28) Data Analysis                  2.4   1680.00
#8039     examine effect of bankruptcy on filings and  700.00
          settlements

11/25/07  Relles   / (28) Data Analysis                  3.0   1275.00
#8243     examine effect of bankruptcy on filings and  425.00
          settlements

11/26/07  Relles   / (28) Data Analysis                  0.8    340.00
#8245     perform additional analysis of trends in filings and 425.00
          settlements

11/27/07  Peterson / (28) Data Analysis                  0.4    280.00
#8041     telephone Relles re: analysis of trends       700.00

11/27/07  Relles   / (28) Data Analysis                  1.4    595.00
#8246     analysis of trends in mesothelioma filings and 425.00
          settlements
```

Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 10

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/27/07 Relles | / (28) Data Analysis | 0.4 | 170.00 |
| #8247 | telephone Peterson re: analysis of trends | 425.00 | |
| 11/27/07 Relles | / (28) Data Analysis | 2.0 | 850.00 |
| #8248 | update analysis to include other diseases | 425.00 | |
| 11/28/07 Relles | / (28) Data Analysis | 2.8 | 1190.00 |
| #8251 | assemble information on historical testimony of experts | 425.00 | |
| 11/29/07 Relles | / (28) Data Analysis | 1.5 | 637.50 |
| #8253 | develop graphics for comparing trends in claims volumes | 425.00 | |
| 11/29/07 Relles | / (28) Data Analysis | 2.3 | 977.50 |
| #8254 | compare trends in claims settlement parameters by type of trend and defendant | 425.00 | |
| 11/30/07 Relles | / (28) Data Analysis | 2.3 | 977.50 |
| #8258 | generate time series displays to illustrate variation among companies | 425.00 | |

```
Date: 01/06/08           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 11

           W. R. Grace

           Summary Of Time Charges, By Month and Activity
                    November 2007 - November 2007


MONTH      ACTIVITY                               HOURS    AMOUNT
------------------------------------------------------------------------
November  - (05) Claims Anal Objectn/Resolutn (Asbest)  151.6  93855.00
November  - (07) Committee, Creditors'             18.1   8957.50
November  - (14) Hearings                          29.5  18532.50
November  - (16) Plan and Disclosure Statement      7.3   4257.50
November  - (28) Data Analysis                     72.6  36422.50
November  - (99) Total                            279.1 162025.00

Total     - (05) Claims Anal Objectn/Resolutn (Asbest)  151.6  93855.00
Total     - (07) Committee, Creditors'             18.1   8957.50
Total     - (14) Hearings                          29.5  18532.50
Total     - (16) Plan and Disclosure Statement      7.3   4257.50
Total     - (28) Data Analysis                     72.6  36422.50
Total     - (99) Total                            279.1 162025.00

--------------------------------------------------------------------------------
```

Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 12

                    W. R. Grace

              Summary Of Time Charges, By Month and Person
                    November 2007 - November 2007

MONTH        PERSON                              HOURS    AMOUNT
---------------------------------------------------------------------
November   - Relles                             116.6  49555.00
November   - Peterson                           159.3 111510.00
November   - Ebener                               3.2    960.00
November   - Total                              279.1 162025.00

Total      - Relles                             116.6  49555.00
Total      - Peterson                           159.3 111510.00
Total      - Ebener                               3.2    960.00
Total      - Total                              279.1 162025.00

-------------------------------------------------------------------------------

{D0100933.1 }

```
Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 13

          W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                   November 2007 - November 2007


MONTH       PERSON                        HOURS   RATE    AMOUNT
------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

November  - Relles                         44.6   425.  18955.00
November  - Peterson                      107.0   700.  74900.00

(07) Committee, Creditors'

November  - Relles                         13.5   425.   5737.50
November  - Peterson                        4.6   700.   3220.00

(14) Hearings

November  - Relles                          7.7   425.   3272.50
November  - Peterson                       21.8   700.  15260.00

(16) Plan and Disclosure Statement

November  - Relles                          3.1   425.   1317.50
November  - Peterson                        4.2   700.   2940.00

(28) Data Analysis

November  - Relles                         47.7   425.  20272.50
November  - Peterson                       21.7   700.  15190.00
November  - Ebener                          3.2   300.    960.00


--------------------------------------------------------------------------------
```

Date: 01/06/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 14


                W. R. Grace Expenses


        Total Expenses              $574.38


1. Jury Verdict Coding


                        Kathleen M. Silverman
                         6146 County Oak Rd.
                        Woodland Hills, CA 91367


        Date            Activity                Hours

        11/13/2007      Code cases               3.00
        11/14/2007      code cases               2.75
        11/16/2007      code cases               1.50
        11/20/2007      Check coding             1.66
        11/25/2007      Check and file cases     3.25
        ----------
        Total Hours                             12.16

            @ $40.00 per Hour =  $486.40


    2. Purchase "Estimating Future Claims: Case Studies from Mas Tort and
Product,"
        by Fred Dunbar and others, Amazon.com:


            2 copies @ $43.99 each = $87.98


--------------------------------------------------------------------------------