IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**APPENDIX C**

## OCTOBER 2007 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 10/3 | 2 | Work on asbestos ban bill in Senate and in the House |
| 10/9 | 2 | Continue to monitor and review in order to anticipate potential problems for Grace and/or issues related to the company's well-being that might arise in a hearing or committee action |
| 10/11 | 2 | Continue to monitor and review in order to anticipate potential problems for Grace and/or issues related to the company's well-being that might arise in a hearing or committee action |
| 10/16 | 1 | Review Congressional committee agendas to determine if any legislative vehicles for asbestos issues are available |
| 10/17 | 1 | Continue to review Congressional committee agendas to determine if any legislative vehicles for asbestos issues are available |
| 10/24 | 2 | Check with Senate Judiciary Committee regarding any possibilities for a resurrection of the asbestos legislation considered during the last Congress |
| 10/25 | 1 | Continue to monitor and review in order to anticipate potential problems for Grace and/or issues related to the company's well-being that might arise in a hearing or committee action |

## EXPENSES FOR OCTOBER 2007

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 10/31/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | | $1.05 |
| **Itemized Totals** | | **$1.05** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $1.05 |
| **Summarized Totals** | **$1.05** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM OCTOBER 1 , 2007 THROUGH OCTOBER 31, 2007

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**OCTOBER, 2007 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|------|-------|-------------|
| 10/4 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 10/5 | 6 | Talked about arrangements for CEO and Bill Corcoran in November trip to China for Grace's Seminar |
| 10/11 | 4 | Advised Grace while in China |
| 10/13 | 4 | Had business meetings for Grace |
| 10/15 | 6 | Arranged meetings with China Government officials |
| 10/18 | 3 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in November |
| 10/19 | 5 | Discussed the agenda for technical meetings in China for Grace's seminar in November |

EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 10/31/2007**
**Bill # 6961232 dated 12/18/2007**

| Description | Date | Amount |
|---|---|---|
| Mobile Cell Phone Charges | 10/21 | 34.85 |
| Travel Expenses | 10/20/07 | 9000.00 |
| **Bill #6961232itemized totals** | | **$9,034.85** |
| **Bill #6961232 summarized totals** | | **$9,034.85** |

- **The expenses for the October trip was charged on the November Bill – Bill # 6961232.**

- **See next page for breakdown of expenses.**

W.R. Grace 35%

| W.R. Grace 35% | Oct. 9 | Oct. 10 | Oct. 11 | Oct. 12 | Oct. 13 | Oct. 14 | Oct. 15 | Oct. 16 | Oct. 17 | Oct. 18 | Oct. 19 | Oct. 20 | Oct. 21 | Totals | WR Grace |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | $7,591.85 | | | | | | | | | | | | $7,595.85 | $15,187.70 | $3,796.92 |
| Ground Transportation | $57.50 | | | | | | $113.92 | | $113.92 | $227.84 | | | $77.29 | $590.47 | $590.47 |
| Lodging | | $486.54 | $486.54 | $486.54 | $486.54 | $486.54 | $486.54 | $486.54 | $486.54 | $486.54 | $486.54 | $486.54 | | $5,351.94 | $2,668.65 |
| Breakfast | | | | $37.84 | $37.84 | $37.84 | $37.84 | $37.84 | $37.84 | $37.84 | | | | $331.83 | $331.83 |
| Lunch | | | $5.45 | | $43.84 | | | $29.11 | $4.36 | $30.01 | | | | $102.02 | $102.02 |
| Dinner | | $37.00 | $80.67 | $119.97 | $101.78 | $84.58 | $118.81 | $79.65 | $88.97 | $33.94 | $178.11 | $129.73 | | $1,053.21 | $1,053.21 |
| Telephone | | | | | | | | | | $18.36 | | | | $18.36 | |
| Entertainment | | | $35.31 | $51.97 | | $54.30 | | | | | | | | $141.58 | $141.58 |
| Non-Meal Tips | | | | | | | | | | | | | | $0.00 | |
| Laundry | | | | | $48.93 | | | | $46.31 | | | | | $95.24 | $95.24 |
| Miscellaneous | | | | | | | | $19.82 | | | | | | | |
| Taxes | | | | | $57.03 | $143.23 | | | | | | | | $220.08 | $220.08 |
| **Joan's Expenses** | $7,649.35 | $523.54 | $607.97 | $696.32 | $718.93 | $663.26 | | | | | | | | $23,074.07 | $9,000.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## NOVEMBER FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 11/6 | 2 | Continue to monitor and review in order to anticipate potential problems for Grace and/or issues related to the company's well-being that might arise in a hearing or committee action |
| 11/8 | 2 | Continue to monitor and review in order to anticipate potential problems for Grace and/or issues related to the company's well-being that might arise in a hearing or committee action |
| 11/13 | 1 | Check with Senate Judiciary Committee regarding any possibilities for a resurrection of the asbestos legislation considered during the last Congress |
| 11/14 | 1 | Monitor events in Montana concerning Grace |
| 11/20 | 2 | Work with other Grace consultants regarding asbestos legislative impact |
| 11/29 | 1 | Continue to monitor and review in order to anticipate potential problems for Grace and/or issues related to the company's well-being that might arise in a hearing or committee action |

## EXPENSES FOR NOVEMBER 2007

| Description | Date | Amount |
|---|---|---|
| **W.R. Grace Expenses** | | |
| **Client #2850487-000001** | | |
| **Itemized and summarized through 11/30/2007** | | |
| **Description** | **Date** | **Amount** |
| Long Distance Charge | 10/11/2007 | $3.50 |
| Shipping Expense | 11/14/2007 | $27.80 |
| | | |
| **Itemized Totals** | | **$31.30** |
| | | |
| | | |
| **Summarized:** | | **Amount** |
| Long Distance Charge | | $3.50 |
| Shipping Expense | | $27.80 |
| | | |
| **Summarized Totals** | | **$31.30** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM NOVEMBER 1 , 2007 THROUGH NOVEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**NOVEMBER, 2007 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|------|-------|-------------|
| 11/4 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 11/5 | 6 | Talked about arrangements for CEO and Bill Corcoran in November trip to China |
| 11/12 | 4 | Advised Grace while in China |
| 11/13 | 4 | Accompanied Fred Festa and Bill Corcoran on business meetings |
| 11/17 | 6 | Arrange meetings with China Government officials |
| 11/19 | 3 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2007 |
| 11/30 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 11/30/2007**
**Bill # 6961232 dated 12/18/2007**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction Charge/ Meetings on behalf of clients | 11/5 | 16.80 |
| Travel Expenses | 11/17/07 | 21098.56 |
| **Bill #6961232itemized totals** | | **$21,115.36** |
| **Bill #6961232 summarized totals** | | **21,115.36** |

* **For this November trip. The main focus was to assist W. R. Grace on several meetings.This is why they received the bulk of the cost.**

**See next page for breakdown of expenses.**

W.R. Grace 35%

| | Nov. 9 | Nov. 10 | Nov. 11 | Nov. 12 | Nov. 13 | Nov. 14 | Nov. 15 | Nov. 16 | Nov. 17 | Totals | WR Grace |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | $11,893.35 | | | | | | | | $11,893.35 | $23,786.70 | $17,670.69 |
| Ground Transportation | $98.00 | $68.82 | $115.92 | | $179.21 | | $115.92 | $77.94 | $67.82 | $723.63 | $723.63 |
| Lodging | | $324.25 | $324.25 | $324.25 | $324.25 | $324.25 | $324.25 | $324.25 | | $2,269.75 | $2,269.75 |
| Breakfast | | | $5.69 | | | | $14.22 | | | $19.91 | $19.91 |
| Lunch | | | | $9.49 | | | | $29.94 | | $39.43 | $39.43 |
| Dinner | | $79.44 | | $40.72 | $57.89 | $38.39 | $49.16 | $49.16 | | $314.76 | $314.76 |
| Telephone | | | | | | | | | | $0.00 | |
| Entertainment | | | | | | | | | | $0.00 | |
| Non-Meal Tips | | | | | | | | | | | |
| Laundry | | | | | | | | | | | |
| Miscellaneous | | | | | | $60.29 | | | | $60.29 | $60.29 |
| Taxes | | | | | | | | | | | |
| Joan's Expenses | $11,991.35 | $472.51 | $445.86 | $374.46 | $561.35 | $422.93 | | | | $27,154.18 | $21,098.56 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS**
**FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**
**FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 149302 v1
2850487-000001 1/2/2008

## DECEMBER FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 12/3 | 2 | Review issues and problems that might arise in second session of 110th Congress |
| 12/4 | 1 | Review issues and problems that might arise in second session of 110th congress |
| 12/12 | 2 | Work with Bill Corcoran regarding Japanese concrete marketing issues |
| 12/18 | 2 | Telephone conferences with Bill Corcoran regarding updates on various company issues |
| 12/19 | 2 | Check with House Energy Committee to continue coverage of asbestos ban legislation that is now before the committee |
| 12/20 | 1 | Further work with House Energy Committee regarding asbestos ban legislation |

## DECEMBER EXPENSES FOR JAMES D. RANGE

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 12/31/2007**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 12/4/2007 | $0.35 |
| **Itemized Totals** | | **$0.35** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $0.35 |
| **Summarized Totals** | **$0.35** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM DECEMBER 1 , 2007 THROUGH DECEMBER 31, 2007**

---

[1] The Debtors consist of the following 62 entities:  W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**DECEMBER, 2007 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|------|-------|-------------|
| 12/4 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 12/5 | 6 | Update on meetings for CEO and Bill Corcoran that took place in November trip to China |
| 12/12 | 4 | Spoke to Bill Corcoran regarding new billing methods. |
| 12/17 | 6 | Arrange meetings with China Government officials for 2008 |
| 12/18 | 7 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trips in 2008 |
| 12/19 | 5 | Discussed the agenda for technical meetings in China for 2008 |

EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2007

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 12/31/2007**
**Bill # 6962958 dated 1/2/2008**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction Charge/ Meetings on behalf of clients | 12/5 | 4.20 |
| | | |
| **Bill #6962958 itemized totals** | | **$4.20** |
| | | |
| **Bill #6962958 summarized totals** | | **4.20** |