IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | x : | Chapter 11 |
| W. R. GRACE & CO., et al., | : : | Case No. 01-1139 (JKF) (Jointly Administered) |
| Debtors. | : x | Re: Docket No. 17670 |

**KANEB PIPE LINE OPERATING PARTNERSHIP, L.P.'S AND SUPPORT TERMINAL SERVICES, INC.'S RESPONSE TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING SETTLEMENT AGREEMENT RESOLVING THE UNITED STATES' PROOFS OF CLAIM REGARDING CERTAIN ENVIRONMENTAL MATTERS**

Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. (collectively, "**Kaneb**") file this their response to Debtors' Motion for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters (the "**Settlement**") and respectfully represent as follows:

1. Kaneb and Grace Energy Corporation are parties to a state court appeal in the Fifth Court of Appeals in Dallas, Texas, Appeal No. 05-00-01592-CV. The subject of that appeal involves a site called the Otis Pipeline Site in Massachusetts.

2. The Settlement provides for a "contribution bar" for CERCLA contribution actions. Settlement ¶ 34. CERCLA provides that "a person who has resolved its liability to the United States or a State in an administrative or judicially approved settlement shall not be liable for claims for contribution [brought by third-parties] regarding matters addressed in the settlement." 42 U.S.C. § 9613(f)(2). Kaneb may have a contribution claim under CERCLA with respect to the Otis Pipeline Site.

3. The Otis Pipeline Site is not specifically mentioned in the Settlement; however, it is possible that the Otis Pipeline Site could fall under the category of "Additional Sites" within the meaning of the Settlement. The Settlement is ambiguous, however, whether the Otis Pipeline

Site falls under that definition or not. Kaneb objects to the extent that Additional Sites could be interpreted to mean the Otis Pipeline Site.

4. The Settlement is ambiguous as to whether it is intended to effect a CERCLA with respect to Additional Sites. Settlement paragraph 34 does not mention Additional Sites as included in the contribution bar, however Kaneb objects to the extent that Additional Sites could be construed to be affected by the contribution bar.

5. Settlement paragraphs 15-16 appear to be a procedural mechanism to deal with future litigation or settlements with respect to Additional Sites, however, the language is ambiguous. Kaneb objects to the extent that the proposed treatment of Additional Sites in paragraphs 15-16 purports to be a "settlement" within the meaning of CERCLA that would bar a contribution claim.

6. It is also unclear whether the Settlement might operate to impair the ability of a party to bring claims against Grace in the future under the Massachusetts mini-CERCLA. Kaneb contends that it does not, and objects to the extent the Debtors contend otherwise.

Dated: January 11, 2008

Respectfully submitted,

SMITH KATZENSTEIN & FURLOW LLP

_____
Etta R. Wolfe (I.D. No. 4164)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410 (Courier 19801)
Wilmington, De 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: erw@skfdelaware.com

-and-

Steve A. Peirce, Bar No. 15731200
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: speirce@fulbright.com

**ATTORNEYS FOR KANEB PIPE LINE OPERATING PARTNERSHIP, L.P. AND SUPPORT TERMINAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing Kaneb Pipe Line Operating Partnership, L.P.'s and Support Terminal Services, Inc.'s Response to Debtors' Motion for Entry of an Order Authorizing Settlement Agreement Resolving The United States' Proofs of Claim Regarding Certain Environmental Matters was filed on this 11th day of January, 2008 and served upon the following via first class mail:

Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Ilinois 60601

Lori Sinanyan
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, California 90017

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Peter Van L. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Gary Becker
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier
Buchanan, Ingersoll & Rooney, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Richard H. Wyron
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr.
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

The Office of the United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, DE 19801

Etta R. Wolfe (ID No. 4164)