IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 17550** |

## UPDATED NOTICE OF DEBTORS' ORDER OF WITNESSES

In accordance with the Court's December 5, 2007 Revised and Amended Case

Management Order For The Estimation Of Asbestos Personal Injury Liabilities ("Revised

CMO") (Dkt. No. 17550), the Debtors hereby submit their list of the witnesses expected to be

called during the January portion of the Estimation Hearing, in the order in which the Debtors

expect to call them.   Debtors have updated this Order of Witnesses to identify certain

witnesses, whose testimony may be presented by means of deposition designation at the

conclusion of the January portion of the Estimation Hearing.[1]

| Witness Name | Topic |
|---|---|
| Dr. Joseph Rodricks | Dr. Joseph Rodricks is an expert in toxicology and human health risk assessment.  He has specialized in risk assessment for over thirty years and chaired the interagency committee that produced the first government-wide guidelines on how to evaluate human health risks resulting from chemical exposures. Dr. Rodricks was also a member of the Committee on Institutional Mechanisms for Risk Assessment that drafted the Red Book, a seminal work on the use of science in risk analysis.  For over twenty years, he has written and spoken extensively about the application of the risk assessment framework in the courtroom setting to questions of disease |

---

[1]    Deposition designations have been circulated to the parties in accordance with the schedule provided in the Revised CMO.  For those witnesses whose testimony may be presented by deposition designation, Debtors reserve the right to request that the Court review such testimony outside of the designated trial time in lieu of live presentation in Court.

| | |
|---|---|
| | causation in individuals and groups of individuals.  Dr. Rodricks will testify about the scientific methods available for understanding risk and disease causation and exposure to asbestos. |
| Dr. Howard Ory | Dr. Howard Ory is a medical doctor with a masters in science from the Harvard University School of Public Health.  He has spent his career working in public health, primarily for the Centers for Disease Control ("CDC"), where he worked for 23 years.  He has consulted for the World Health Organization, the Food and Drug Administration, and was asked to return to the CDC as a consultant by CDC's Director after he retired.  Dr. Ory will testify about the estimation of current, and projection of future, medical cases of asbestosis and mesothelioma in the United States. |
| Dr. David Weill | Dr. David Weill is the Medical Director, Lung and Heart-Lung Transplant Program at the Stanford University Medical Center and an Associate Professor in the Division of Pulmonary and Critical Care Medicine at Stanford University School of Medicine.  Dr. Weill was also a visiting professor at the National Institute for Occupational Medicine and Poison Control in Beijing, China, where he evaluated miners with extensive exposure to amphibole asbestos fibers.  Dr. Weill has testified before the United States Judiciary Committee and the Texas State Legislature regarding the handling of asbestos and silica claims.  Dr. Weill will testify about the various types of diseases caused by asbestos exposure, the proper method for diagnosing asbestos-related diseases, and the reliability of claimants' medical evidence and diagnoses. |
| Dr. Daniel Henry | Dr. Daniel Henry is a Chest Radiologist and Section Chief of Thoracic Imaging in the Department of Radiology at the Medical College of Virginia School of Medicine at Virginia Commonwealth University.  Dr. Henry is also Chairman of the American College of Radiology Pneumoconioses Committee.  As a member of the ACR Pneumoconioses Committee, Dr. Henry teaches a segment of the B-reader course dedicated to asbestos-related disorders.  Dr. Henry is also a cofounder and member of the Virginia Commonwealth University Occupational Pulmonary Committee where he interprets chest x-rays for the Workers' Compensation Committee of the Commonwealth of Virginia.  Dr. Henry will testify about the use of various methods of radiographic imaging in diagnosing asbestos-related disease and his analysis of claimants' radiographic evidence of asbestos exposure or cancer. |

| | |
|---|---|
| Charles Heath Mason (by deposition designation) | Mr. Mason will testify regarding practices employed by his screening company in evaluating potential plaintiffs for asbestos-related disease for purposes of litigation. |
| Charles Foster (by deposition designation) | Mr. Foster will testify regarding practices employed by his screening company in evaluating potential plaintiffs for asbestos-related disease for purposes of litigation. |
| Dr. James W. Ballard (by deposition designation) | Dr. Ballard will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Raymond A. Harron (by deposition designation) | Dr. Harron will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Richard B. Levine (by deposition designations) | Dr. Levine will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Walter Allen Oaks (by deposition designation) | Dr. Oaks will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Dominic Gaziano (by deposition designation) | Dr. Gaziano will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Phillip H. Lucas (by deposition designation) | Dr. Lucas will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |

The "Topic" of the testimony identified above is meant to be summary in nature. In addition, each witness may testify as to all topics identified in their expert report (if any), in discovery, and to other appropriate topics about which they are competent and knowledgeable.

3

Dated:  January 11, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Scott McMillin
Ellen T. Ahern
200 East Randolph Drive
Chicago, Illinois 60601
Telephone   (312) 861-2000
Facsimile    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone   (202) 879-5000
Facsimile    (202) 879-5200

*and*

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone   (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

4