IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**<u>AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 14, 2008, AND JANUARY 16, 2008 AT 9:00 A.M.
BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH,
PENNSYLVANIA[2]**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON 2 BUSINESS DAYS PRIOR TO
THE HEARING, <u>MAKE SEPARATE ARRANGEMENTS FOR EACH DAY OF THE
HEARING</u> AND OTHERWISE COMPLY WITH THE *NOTICE REGARDING
COURTCALL AVAILABILITY FOR ESTIMATION HEARING COMMENCING ON
JANUARY 14, 2008 AT 9:00 A.M. AND PROCEDURE REGARDING CONFIDENTIAL
INFORMATION* [DOCKET NO. 17638]**

## <u>DAUBERT MOTIONS</u>

1.    Grace's Motion to Exclude Expert Opinions in Connection with the Estimation of Its

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]  Please note there will be no proceedings on January 15, 2008.

Current and Future Asbestos Personal-Injury Liabilities [Filed: 12/8/07] (Docket No. 17585)

Related Documents:

a.  Grace's Memorandum in Support of Its Motion to Exclude Expert Opinions in Connection with the Estimation of Its Current and Future Asbestos Personal Injury Liabilities [Filed: 12/8/07] (Docket No. 17586)

   (i)  Exhibits *(1 through 20)* to Grace's Memorandum in Support of Its Motion to Exclude Expert Opinions in Connection with the Estimation of Its Current and Future Asbestos Personal Injury Liabilities [Filed: 12/8/07] (Docket No. 17587)

   (ii)  Exhibits *(21 through 40)* to Grace's Memorandum in Support of Its Motion to Exclude Expert Opinions in Connection with the Estimation of Its Current and Future Asbestos Personal Injury Liabilities [Filed: 12/8/07] (Docket No. 17588)

   (iii)  Exhibits *(41 through 64)* to Grace's Memorandum in Support of Its Motion to Exclude Expert Opinions in Connection with the Estimation of Its Current and Future Asbestos Personal Injury Liabilities [Filed: 12/8/07] (Docket No. 17589)

   (iv)  Notice of Filing of Updated Exhibits 2, 12 & 23 to Grace's Memorandum in Support of Its Motion to Exclude Expert Opinions in Connection With the Estimation of Its Current and Future Asbestos Personal-Injury Liability [Filed: 12/11/07] (Docket No. 17620)

      (i)  Updated Exhibits 2, 12 & 23 [Filed: 12/11/07] (Docket No. 17620)

b.  Official Committee of Equity Security Holders' Memorandum In Support of Debtors' Memorandum in Support of Debtors' Motion to Exclude Certain Expert Opinions Relating to Current and Future Asbestos Personal Injury Liability [Filed: 12/7/07] (Docket No. 17577)

c.  [Proposed] Order Approving Grace's Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal Injury Liability [Filed: 12/8/07] (Docket No. 17585)

Response Deadline: December 21, 2007

Responses Received:

a.  The Official Committee of Asbestos Personal Injury Claimants' Response to Grace and the Equity Committee's Motions to Exclude or Limit Expert Testimony *(Complete Response with Exhibits 1 through 50)* [FILED UNDER SEAL] [Filed: 12/21/07] (Docket No. 17694)

   **(i)  Notice of Filing Amended Exhibits 2, 7 and 21 Regarding the Official Committee of Asbestos Personal Injury Claimants' Response to Grace and the Equity Committee's Motions to Exclude or Limit Expert Testimony (*Complete Notice with Amended Exhibits 2, 7 and 21*) [FILED UNDER SEAL] [Filed: 1/10/08] (Docket No. 17795)**

b.  Future Claimants' Representative's Opposition to Motions of W.R. Grace and Official Committee of Equity Security Holders to Exclude Expert Opinions in Connection with the Estimation of Grace's Current and Future Asbestos Personal Injury Liability *(Complete Opposition with Exhibits 1 through 7)* [FILED UNDER SEAL] [Filed: 12/21/07] (Docket No. 17697)

Reply Deadline: January 7, 2008

Replies Received:

a.  Reply Memorandum in Support of Grace's Motion to Exclude Expert Opinions in Connection with the Estimation of Its Current and Future Asbestos Personal Injury Liability *(Complete Reply with Exhibits 1 through 18)* [Filed: 1/8/08] (Docket No. 17779)

Status: This matter will go forward.

2.  The Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence *(Complete Omnibus Motion with Exhibits 1 through 33)* [FILED UNDER SEAL] [Filed: 12/8/07] (Docket No. 17581)

Related Documents:

a.  [Proposed] Order Granting the Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence [Filed: 12/8/07] (Docket No. 17581)

Response Deadline: December 21, 2007

Responses Received:

a.  Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17695)

(i)   Exhibits *(1 through 20)* to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17696)

(ii)  Exhibits *(21 through 40)* to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17698)

(iii) Exhibits *(41 through 60)* to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17700)

(iv)  Exhibits *(61 through 80)* to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony

(1)  Exhibits *(61 through 66)* to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17701)

        (2)     Exhibits (67 through 78) to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [FILED UNDER SEAL] [Filed: 12/21/07] (Docket No. 17701)

        (3)     Exhibits (79 through 80) to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17701)

    (v)     Exhibits *(81 through 90)* to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17702)

    (vi)     Exhibits *(91 through 96)* to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17703)

    (vii)     Exhibits *(97 through 100)* to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17704)

    (viii)     Exhibits *(101 through 116)* to Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket No. 17705)

    (ix)     Notice of Service of Exhibits *(117 through 120)* [Filed: 1/8/07] (Docket No. 17785]

  b.     Notice of Filing Reply Declaration [Filed: 1/3/08] (Docket No. 17754)

    (i)     Declaration of Elizabeth L. Anderson [Filed: 1/3/08] (Docket No. 17754)

Reply Deadline: January 7, 2008

Replies Received:

  a.     The Official Committee of Asbestos Personal Injury Claimants and Future Claimants Representative's Joint Reply in Support of Their Motions to Exclude Grace's Expert Testimony *(Complete Reply with Exhibits 1 through 16)* [FILED UNDER SEAL] [Filed: 1/7/08] (Docket No. 17778)

Status: This matter will go forward.

3.     Motion of Future Claimants' Representative to Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S.J. Lees and Dr. Richard J. Lee Pursuant to Rules 702, 703 and 403 of the Federal Rules of Evidence and Exhibits Thereto *(Complete Motion with Exhibits A through T)* [FILED UNDER SEAL] [Filed: 12/8/07] (Docket No. 17584)

Related Documents:

  a.     [Proposed] Order Granting Motion of Future Claimants' Representative to Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth

L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S.J. Lees and Dr. Richard J. Lee
Pursuant to Rules 702, 703 and 403 of the Federal Rules of Evidence [Filed:
12/8/07] (Docket No. 17584)

Response Deadline: December 21, 2007

Responses Received:

a.      Grace's Memorandum in Opposition to Claimants' Motion to Exclude Expert
        Testimony [Filed: 12/21/07] (Docket No. 17695)

        (i)      Exhibits *(1 through 20)* to Grace's Memorandum in Opposition to
                 Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket
                 No. 17696)

        (ii)     Exhibits *(21 through 40)* to Grace's Memorandum in Opposition to
                 Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket
                 No. 17698)

        (iii)    Exhibits *(41 through 60)* to Grace's Memorandum in Opposition to
                 Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket
                 No. 17700)

        (iv)     Exhibits *(61 through 80)* to Grace's Memorandum in Opposition to
                 Claimants' Motion to Exclude Expert Testimony

                 (1)     Exhibits *(61 through 66)* to Grace's Memorandum in
                         Opposition to Claimants' Motion to Exclude Expert Testimony
                         [Filed: 12/21/07] (Docket No. 17701)

                 (2)     Exhibits (67 through 78) to Grace's Memorandum in Opposition to
                         Claimants' Motion to Exclude Expert Testimony [FILED UNDER
                         SEAL] [Filed: 12/21/07] (Docket No. 17701)

                 (3)     Exhibits (79 through 80) to Grace's Memorandum in Opposition to
                         Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07]
                         (Docket No. 17701)

        (v)      Exhibits *(81 through 90)* to Grace's Memorandum in Opposition to
                 Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket
                 No. 17702)

        (vi)     Exhibits *(91 through 96)* to Grace's Memorandum in Opposition to
                 Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket
                 No. 17703)

        (vii)    Exhibits *(97 through 100)* to Grace's Memorandum in Opposition to
                 Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket
                 No. 17704)

        (viii)   Exhibits *(101 through 116)* to Grace's Memorandum in Opposition to
                 Claimants' Motion to Exclude Expert Testimony [Filed: 12/21/07] (Docket
                 No. 17705)

(ix)    Notice of Service of Exhibits *(117 through 120)* [Filed: 1/8/07] (Docket No. 17785]

b.    Notice of Filing Reply Declaration [Filed: 1/3/08] (Docket No. 17754)

(i)    Declaration of Elizabeth L. Anderson [Filed: 1/3/08] (Docket No. 17754)

Reply Deadline: January 7, 2008

Replies Received:

a.    The Official Committee of Asbestos Personal Injury Claimants and Future Claimants Representative's Joint Reply in Support of Their Motions to Exclude Grace's Expert Testimony *(Complete Reply with Exhibits 1 through 16)* [FILED UNDER SEAL] [Filed: 1/7/08] (Docket No. 17778)

Status: This matter will go forward.

## MOTIONS IN LIMINE

4.    W. R. Grace Motion in Limine and/or to Strike Expert Reports Offered Into Evidence by PI Committee and Future Claimants' Representative [Filed: 1/7/08] (Docket No. 17776)

Related Documents:

a.    [Proposed] Order Approving W. R. Grace Motion in Limine and/or to Strike Expert Reports Offered Into Evidence by PI Committee and Future Claimants' Representative [Filed: 1/7/08] (Docket No. 17776)

Response Deadline: January 11, 2008, at 12:00 noon

Responses Received:

**a.    The Official Committee of Asbestos Personal Injury Claimants and Future Claimants' Representative's Joint Response to W. R. Grace's Motion in Limine and/or to Strike Expert Reports Offered Into Evidence By PI Committee and Future Claimants' Representative [Filed: 1/11/08] (Docket No. 17797)**

Status: This matter will go forward.

## PI ESTIMATION WITNESS LISTS

5.    PI Estimation Witness Lists

Deadline to File Original Witness Lists: December 21, 2007

a.    Debtors' Witness Disclosure [Filed: 12/21/07] (Docket No. 17689)

b.    Official Committee of Asbestos Personal Injury Claimants List of the Witnesses That It Intends to Call at the Hearing for the Estimation of Asbestos Personal Injury Liabilities [Filed: 12/21/07] (Docket No. 17692)

c.     Future Claimants' Representative's Disclosure of Witnesses He May Call at the Asbestos Personal Injury Estimation Hearing [Filed: 12/21/07] (Docket No. 17699)

Deadline to Identify January Witnesses:  January 4, 2008

a.     Notice of Debtors' Order of Witnesses [Filed: 1/4/08] (Docket No. 17767)

b.     The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representative's Statement Concerning Witness Order for the January 2008 Portion of the Estimation Hearing [Filed: 1/4/08] (Docket No. 17763)

**c.     Updated Notice of Debtors' Order of Witnesses [Filed: 1/11/08] (Docket No. 17816)**

Status: This matter will go forward.

## PI ESTIMATION TRIAL EXHIBIT LISTS

6.     PI Estimation Trial Exhibit Lists

Deadline to File Trial Exhibit Lists:  December 21, 2007

a.     Notice of Debtors' Exhibit List [Filed: 12/21/07] (Docket No. 17690)

b.     The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representatives' Exhibit List for the Estimation Hearing [Filed: 12/21/07] (Docket No. 17693)

c.     Notice of Debtors' Amended Exhibit List [Filed: 1/4/08] (Docket No. 17768)

Deadline to File Authenticity Objections: January 4, 2008

a.     The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representative's Authenticity Objections and Stipulations Concerning Exhibits Identified By W. R. Grace & Company in its Exhibit List for the Estimation Hearing [Filed: 1/4/08] (Docket No. 17765)

b.     Notice of Debtors' Authenticity Objections and Stipulation to the Admissibility of Certain Exhibits [Filed: 1/4/08] (Docket No. 17769)

Status: This matter will go forward.

## PI ESTIMATION STATUS CONFERENCE

7.     Status Conference on the Allocation of Trial Time

Status: A status conference will go forward on this matter.

## PI ESTIMATION TRIAL

8.      Opening Statements and Trial Commences

        Status: This matter will go forward.

## ADDITIONAL MATTER

9.      **Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions
        [Filed: 1/11/08] (Docket No. 17815)**

        Status: **This matter will go forward.**

Dated: January 11, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

-and–

PACHULSKI STANG ZIEHL & JONES LLP

  /s/  James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession