IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket No. _____ |

**ORDER GRANTING FUTURE CLAIMANTS' REPRESENTATIVE'S MOTION
TO STRIKE DEBTORS' MOTION TO STRIKE UNTIMELY STALLARD
DECLARATION AND FOR SANCTIONS**

Upon the motion of David T. Austern, the Future Claimants' Representative (the "FCR"), dated January 13, 2008 (the "FCR Motion to Strike"), for the entry of an order to strike the Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions (the "1/11 Motion to Strike") for failure to comply with procedural requirements set forth in the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the Case Management Orders governing this estimation proceeding; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The FCR's Motion to Strike is granted.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2008

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge