IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date:** January 14, 2008 at 9am |
| | ) | **Hearing Date:** January 14, 2008 at 9am |
| | ) | Pittsburgh, Pennsylvania |
| | ) | |

## NOTICE OF MOTION

TO:  ALL PARTIES ON THE MASTER SERVICE LIST

PLEASE TAKE NOTICE, that on January 13, 2008, David T. Austern, the court-appointed legal representative for future asbestos personal injury claimants (the "Future Claimants' Representative" or the "FCR") filed and served the Motion to Shorten Notice with Respect to the Future Claimants' Representative's Motion to Strike Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **January 14, 2008**.

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **January 14, 2008**.

A HEARING ON THE MOTION WILL BE HELD, only if a timely objection is filed, on **January 14, 2008 at 9:00 a.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

January 13, 2008                    Respectfully submitted,

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        */s/ Raymond G. Mullady, Jr.*
Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400

John Ansbro
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,*
*Future Claimants' Representative*

2