IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co.                                Bankruptcy No. 01-1139-JKF
    Debtor(s)

Chapter

**Related to Dkt. No. 17815, Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions**

ORDER DISMISSING MOTION TO STRIKE

**AND NOW**, this **14th** day of **January, 2008**, it is **ORDERED** that the above-captioned motion is **dismissed** inasmuch as it was filed without a proposed order.

It is **FURTHER ORDERED** that Movant shall immediately serve a copy of this Order on all parties in interest and shall filed a certificate of service forthwith.

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge