IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) Related Docket No. ~~17819~~, 17818, 17815 |

ORDER ~~GRANTING~~ **DENYING** THE MOTION TO SHORTEN NOTICE WITH RESPECT TO THE FUTURE CLAIMANTS' REPRESENTATIVE'S MOTION TO STRIKE DEBTORS' MOTION TO STRIKE UNTIMELY STALLARD DECLARATION AND FOR SANCTIONS

Upon the motion dated January 13, 2008 (the "Motion") of David T. Austern, the court-appointed legal representative for future asbestos personal injury claimants (the "Future Claimants' Representative" or "FCR"), for the entry of an order, pursuant to Del. Bankr. LR 9006-1(e), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, and Sections 102 and 105 of Title 11 of the United States Code, shortening the time for notice of the Future Claimants' Representative's Motion to Strike Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions (the "FCR Motion to Strike"), and for leave from the Second Amended Order Establishing Case Management Procedures and Hearing Schedule (Docket No. 14028) (the "Second CMO") and the Third Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (Docket No. 16468) (the "Third CMO") to allow the FCR Motion to Strike to be heard during the January 14, 2008 hearing; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS ~~HEREBY~~ ORDERED THAT:

1. The Motion is hereby ~~granted; and~~

2. The FCR Motion to Strike is hereby scheduled to be heard at the January 14, 2008 hearing.

3. Any objections to the FCR Motion to Strike must be filed and served by January 14, 2008.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. The FCR shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

Date: **Dated: 1/14/2008** , 2008
**8:30:30**

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge