IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co.                      Bankruptcy No. 01-1139-JKF
    Debtor(s)

Chapter

Related to Dkt. No. 17818, Future Claimants' Representative's Motion to Strike Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions

## ORDER DENYING MOTION AS MOOT

**AND NOW,** this **14th** day of **January, 2008**, it is **ORDERED** that, inasmuch as Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions filed at Doc. No. 17815 was dismissed by Order of January 14, 2008, Doc. No. 17821, the Future Claimants' Representative's Motion to Strike Debtors' Motion to Strike is **denied as moot**

It is **FURTHER ORDERED** that the Future Claimants' Representative shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*    rmab
Judith K. Fitzgerald
United States Bankruptcy Judge