# EXHIBIT 1

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 17649 |
| | ) | |

**STIPULATION WITHDRAWING DEBTORS' MOTION TO STRIKE UNTIMELY EXPERT MATERIALS AND OUTLINING AGREEMENT THEREON**

1. On December 7, 2007, the FCR filed the Declaration of P.J. Eric Stallard ("the Stallard Declaration") as an exhibit to the FCR's motion to preclude testimony of Debtors' experts (Docket #17584).

2. On December 19, 2007, the Debtors filed their Motion to Strike Untimely Expert Materials (the "Motion to Strike") (Docket # 17649) wherein the Debtors sought to strike the Stallard Declaration.

3. Thereafter, counsel for the Debtors and the FCR further met and conferred with respect to the matters set forth in the Motion to Strike and based on those discussions, have reached the agreement outlined in this Stipulation.

4. The Debtors agree hereby to withdraw the Motion to Strike and the FCR and any other interested parties are relieved of any obligation to file a response or objection to the Motion to Strike.

5. The Stallard Declaration can be used by the FCR and ACC for *Daubert* purposes only.

6. The Stallard Declaration and the substance of it, including all the work reflected therein, is not usable for any purpose at trial in the estimation proceeding except that Stallard can

K&E 12308601.1

be asked whether he believes the opinions in his expert report, regarding the statistical sampling methods used by Dr. Florence to yield sample sizes, apply to the new sample sizes provided in Dr. Florence's September 25, 2007 report and explain his answer by reference to his prior work. And, this relates solely to the opinions set forth in paragraphs 20-27 of the Stallard Declaration, not the first 19 paragraphs of the Declaration relating to the work of Dr. Anderson.

7.  The Debtors may file a responsive declaration to the Stallard Declaration from Dr. Anderson for *Daubert* purposes on or before January 3, 2008 at 5:00 p.m.

December 19, 2007

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>/s/ *Raymond G. Mullady, Jr.*<br>Roger Frankel<br>Richard Wyron<br>Raymond G. Mullady, Jr.<br>1152 15th Street, N.W.<br>Washington, D.C. 20005<br>(202) 339-8400<br><br>John Ansbro<br>666 Fifth Avenue<br>New York, NY 10103<br>(212) 506-5000<br><br>- and -<br><br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>John C. Phillips, Jr. (#110)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br><br>*Co-counsel to David T. Austern,*<br>*Future Claimants' Representative* | KIRKLAND & ELLIS LLP<br>/s/ *David M. Bernick, P.C.*<br>David M. Bernick, P.C.<br>Janet S. Baer<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200<br><br>-and-<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 20th day of December 2007 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**STIPULATION WITHDRAWING DEBTORS' MOTION TO STRIKE UNTIMELY EXPERT MATERIALS AND OUTLINING AGREEMENT THEREON.**

Dated: December 20, 2007

*Patricia E. Cuniff*
Patricia E. Cuniff

Sworn to and subscribed before
me this 20th day of December, 2007

*Vanessa A. Preston*
Notary Public
My Commission Expires: 3/21/08

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel for David T. Austern)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152  15th Street, N.W.
Washington, DC  20005-1706

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

W.R. Grace – PI Estimation Email Service List
Case Number: 01-1139(JKF)
Document Number: 133415
13 – Electronic Delivery

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Electronic Delivery*
*ghorowitz@kramerlevin.com;*
*pfarber@kramerlevin.com*
*pbentley@kramerlevin.com*
(Equity Committee)
Gregory Horowitz, Esquire
Peggy Farber, Esquire
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

*Electronic Delivery*
*lkruger@stroock.com;*
*kpasquale@stroock.com;*
*akrieger@stroock.com*
(Unsecured Creditors' Committee)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Stroock & Stroock & Lavan LLP

*Electronic Delivery*
*rmullady@orrick.com;*
*grasmussen@orrick.com;*
*jansbro@orrick.com*
*dfelder@orrick.com;*
*czurbrugg@orrick.com*
(FCR)
Raymond Mullady, Esquire
Garret Rasmussen, Esquire
John Ansbro, Esquire
Debra Felder, Esquire
Catharine Zurbrugg, Esquire
Orrick, Herrington & Sutcliffe LLP

*Electronic Delivery*
*ndf@capdale.com;*
*wbs@capdale.com;*
*jpw@capdale.com*
*bsb@capdale.com;*
*dbs@capdale.com*
*mhurford@camlev.com*
(ACC)
Nathan Finch, Esquire
Walter Slocombe, Esquire
James Wehner, Esquire
Bernie Bailor, Esquire
David Smith, Esquire
Mark Hurford, Esquire
Caplin & Drysdale

*Electronic Delivery*
*sbaena@bilzin.com;*
*jsakalo@bilzin.com;*
*mkramer@bilzin.com*
(PD)
Scott Baena, Esquire
Jay Sakalo, Esquire
Matt Kramer, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*Electronic Delivery*
jheberling@mcgarveylaw.com;
tom@lsklaw.net;
mark@lsklaw.net
jlacey@mcgarveylaw.com;
cohn@cwg11.com
candon@cwg11.com
(Libby)
Jon Heberling, Esquire
Tom Lewis, Esquire
Mark Kovacich, Esquire
John Lacey, Esquire
Dan Cohn, Esquire
Chris Candon, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC

*Electronic Delivery*
mlastowski@duanemorris.com
rriley@duanemorris.com
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP

*Electronic Delivery*
meskin@del.camlev.com
mhurford@del.camlev.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine

*Electronic Delivery*
mjoseph@ferryjoseph.com
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.

*Electronic Delivery*
david.klauder@usdoj.gov
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee

*Electronic Delivery*
currier@klettrooney.com
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling

*Electronic Delivery*
ei@capdale.com
rct@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered

*Electronic Delivery*
jcp@pgslaw.com
(Counsel to David T. Austern, Future
Claimant's Representative)
John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.