IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 17815, 17824** |

**DEBTORS' MOTION FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD OF DEBTORS' MOTION TO STRIKE UNTIMELY STALLARD DECLARATION AND FOR SANCTIONS**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby move this Court (the "Motion to Shorten"), pursuant to Del. Bankr. LR 9006-1(e), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102 of title 11 of the United States Code (as amended, the "Bankruptcy Code") for an Order shortening the notice period with respect to the Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions (the "Motion to Strike") and for leave from this Court's Second

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Amended Order Establishing Case Management Procedures and Hearing Schedule* [Docket 14028] (the "Scheduling Order") and the Third Newly Amended Case Management Order for Estimation of Asbestos Personal Injury Liabilities [Docket No. 16468] (the "Third CMO") so that the Motion to Strike may be heard at the January 16, 2008, 9:00 A.M. hearing.

Bankruptcy Rule 9006(c) provides that when an act is required to be done within a specified time by the Bankruptcy Rules "the court for cause shown may in its discretion with or without motion or notice order the period reduced." Similarly, Del.Bankr.LR 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion . . . specifying the exigencies justifying shortened notice." The Debtors need relief from the Scheduling Order and the Third CMO so that the Motion to Strike can be heard at the beginning of the Estimation Trial.

As explained in more detail in the Motion to Strike, the Debtors seek relief with regard to the January 7, 2008 Declaration of P.J. Eric Stallard ("1/7/2008 Stallard Decl."). The 1/7/2008 Stallard Decl violates the December 19, 2007 Stipulation Agreement ("Stipulation") and accordingly, any expert testimony relying thereon should be stricken from the record in the estimation proceeding. In addition, the FCR should be sanctioned for their blatant violation of the Stipulation. As the outcome of the Motion to Strike will affect the presentation of evidence during the trial, it is essential that the Motion to Strike be heard at the commencement of the January estimation hearing and the Debtors request a hearing on this matter on January 16, 2008 at 9:00 A.M.[2]

Given the nature of the relief requested, the Debtors respectfully submit that the

---

[2] The Court dismissed the Motion as originally filed per Order dated 1/14/2008 (Docket No. 17281) because the originally filed Motion did not contain an Order. The Motion has been refiled with a proposed form of Order.

C:\Documents and Settings\plb\Local Settings\Temporary Internet Files\OLK1BB\Motion to Shorten on Stallard Motion to Strike_v1.DOC

2

shortened notice described above is appropriate, as is leave from the Scheduling Order.

WHEREFORE, the Debtors respectfully request the entry of an Order: (i) granting the Debtors leave from the Scheduling Order and the Third CMO and scheduling a hearing on the Motion to Strike for January 16, 2008 at 9:00 A.M.; (ii) shortening the notice period with respect to the Motion to Strike and (iii) and setting the objection deadline to the Motion to Strike at 12:00 Noon of January 15, 2008.

Dated: January 14, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

 /s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and
Debtors in Possession