## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 4, 2008** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

Name of Applicant:                                      William D. Sullivan, LLC

Authorized to Provide Professional Services to:        Zonolite Attic Insulation Claimants

Date of Appointment:                                    July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                                November 1, 2007 through
                                                        November 30, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                              $ 1,882.00

Amount of Expenses Reimbursement:                       $ 80.55

This is a: X monthly   _ quarterly   _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the fifteenth application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 8/1/07-8/31/07 | $960.00 | $690.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 9/1/07-9/30/07 | $544.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 10/1/07-10/31/07 | $1,056.00 | $912.66 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 5.8 | $1,856.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $260.00 | 0.1 | $26.00 |
| TOTALS | | | | | 0.0 | $1,882.00 |

2

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
| --- | --- | --- |
| 11 - Fee Applications | 4.7 | $1,504.00 |
| 20-Travel--Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 1.2 | $378.00 |
| TOTALS | 5.9 | $1,882.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
| --- | --- |
| Outside Copying and Service by Vendor | $0.00 |
| Courier Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| Federal Express | $80.55 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $80.55 |

Dated: January 14, 2008
Wilmington, Delaware

SULLIVAN HAZELTINE ALLINSON LLC

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 4, 2008** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

# William D Sullivan, LLC

4 East 8th Street, Suite 400
Wilmington, DE 19801
Tax ID # 20-5238500
Tel: (302) 428-8191
Fax:(302) 428-8195

Tax ID # 20-5238500

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

December 31, 2007
Invoice #    10311

**In Reference To:**  W.R. Grace - ZAI Claimants
C.A. 01-01139 (JKF)

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/6/2007 | WDS | Brief review of Plan filed by P.I. Claimants | 0.50 | 160.00 |
| 11/7/2007 | WDS | Conference with Ed Westbrook re: ZAI procedures, follow-up work | 0.30 | 96.00 |
| | WDS | Correspondence, follow-up conference with E. Westbrook re: RPWB fee application | 0.20 | 64.00 |
| 11/8/2007 | WDS | Correspondence with E. Westbrook re: hearing transcript | 0.10 | 32.00 |
| 11/14/2007 | WDS | Review and file monthly fee applications for Richardson Patrick Westbrook & Brickman from April through September 2007 | 1.70 | 544.00 |
| | WDS | Review, revise, file and serve fee applications for William D. Sullivan, LLC for July through October 2007 | 1.50 | 480.00 |
| 11/20/2007 | EEA | Discuss research issue with W. Sullivan | 0.10 | 26.00 |
| | WDS | Review agenda for hearing; status conference scheduled | 0.20 | 64.00 |
| | WDS | Review and revise Richardson Patrick Westbrook & Brickman 25th Interim Quarterly Fee Application; prepare for filing | 1.00 | 320.00 |
| | WDS | Review and approve for filing the Richardson Patrick Westbrook and Brickman October 2007 fee application | 0.30 | 96.00 |
| | | For professional services rendered | 5.90 | $1,882.00 |

ZAI Claimants                                                                                                          Page     2

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 11/14/2007 | FedEx | 16.30 |
|  | FedEx | 34.29 |
| 11/20/2007 | FedEx | 12.19 |
|  | FedEx | 17.77 |
|  | Total additional charges | $80.55 |
|  | Total amount of this bill | $1,962.55 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| William D Sullivan | 5.80 | 320.00 | $1,856.00 |
| Zeke Allinson | 0.10 | 260.00 | $26.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 4, 2008** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

I, William D. Sullivan, do hereby verify the following with respect to the Application Of William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From November 1, 2007 Through November 30, 2007:

1. I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted to appear before this Court.

2. I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3. I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the Order.

Dated: January 14, 2008
      Wilmington, Delaware

SULLIVAN HAZELTINE ALLINSON LLC

_____
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

2