# Exhibit 1

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 17649 |
| | ) | |

**STIPULATION WITHDRAWING DEBTORS' MOTION TO STRIKE UNTIMELY EXPERT MATERIALS AND OUTLINING AGREEMENT THEREON**

1. On December 7, 2007, the FCR filed the Declaration of P.J. Eric Stallard ("the Stallard Declaration") as an exhibit to the FCR's motion to preclude testimony of Debtors' experts (Docket #17584).

2. On December 19, 2007, the Debtors filed their Motion to Strike Untimely Expert Materials (the "Motion to Strike") (Docket # 17649) wherein the Debtors sought to strike the Stallard Declaration.

3. Thereafter, counsel for the Debtors and the FCR further met and conferred with respect to the matters set forth in the Motion to Strike and based on those discussions, have reached the agreement outlined in this Stipulation.

4. The Debtors agree hereby to withdraw the Motion to Strike and the FCR and any other interested parties are relieved of any obligation to file a response or objection to the Motion to Strike.

5. The Stallard Declaration can be used by the FCR and ACC for *Daubert* purposes only.

6. The Stallard Declaration and the substance of it, including all the work reflected therein, is not usable for any purpose at trial in the estimation proceeding except that Stallard can

K&E 12508601.1

be asked whether he believes the opinions in his expert report, regarding the statistical sampling methods used by Dr. Florence to yield sample sizes, apply to the new sample sizes provided in Dr. Florence's September 25, 2007 report and explain his answer by reference to his prior work. And, this relates solely to the opinions set forth in paragraphs 20-27 of the Stallard Declaration, not the first 19 paragraphs of the Declaration relating to the work of Dr. Anderson.

7.   The Debtors may file a responsive declaration to the Stallard Declaration from Dr. Anderson for *Daubert* purposes on or before January 3, 2008 at 5:00 p.m.

December 19, 2007

| ORRICK, HERRINGTON & SUTCLIFFE LLP | KIRKLAND & ELLIS LLP |
|---|---|
| /s/ Raymond G. Mullady, Jr. | /s/ David M. Bernick, P.C. |
| Roger Frankel | David M. Bernick, P.C. |
| Richard Wyron | Janet S. Baer |
| Raymond G. Mullady, Jr. | 200 East Randolph Drive |
| 1152 15th Street, N.W. | Chicago, IL 60601 |
| Washington, D.C. 20005 | Telephone: (312) 861-2000 |
| (202) 339-8400 | Facsimile: (312) 861-2200 |
| | |
| John Ansbro | -and- |
| 666 Fifth Avenue | |
| New York, NY 10103 | PACHULSKI STANG ZIEHL & JONES LLP |
| (212) 506-5000 | Laura Davis Jones (Bar No. 2436) |
| | James E. O'Neill (Bar No. 4042) |
| - and - | Timothy P. Cairns (Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | Wilmington, DE 19801 |
| John C. Phillips, Jr. (#110) | Telephone: (302) 652-4100 |
| 1200 North Broom Street | Facsimile: (302) 652-4400 |
| Wilmington, DE 19806 | |
| (302) 655-4200 | *Co-Counsel for the Debtors and Debtors in Possession* |
| | |
| *Co-counsel to David T. Austern,* | |
| *Future Claimants' Representative* | |