IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 17815 and **17825, 17824** |
| | | 1/14/08 Agenda Item No. 9 |

### ORDER ~~GRANTING~~ **DENYING** DEBTORS' MOTION FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD OF DEBTORS' MOTION TO STRIKE UNTIMELY STALLARD DECLARATION AND FOR SANCTIONS

Upon consideration of the Debtors' Motion for Leave From Scheduling Order and to Shorten Notice Period of Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions (the "Motion")[2] and for good cause, it is hereby:

ORDERED that the Motion is ~~GRANTED~~ **DENIED**, and ~~it is further~~

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not otherwise defined in this Order shall have the respective meanings set forth in the Motion.

~~ORDERED that the notice period is hereby shortened such that the Motion to Strike shall be heard on January 16, 2008 at 9:00 a.m., prevailing eastern time; and it is further~~

~~ORDERED that January 15, 2008 at 12:00 noon, shall be the deadline by which all responses, if any, to the Motion to Strike must be filed; and it is further~~

~~ORDERED that the notice and manner of service of the Motion to Strike, as set forth in the Motion, is hereby approved.~~

**Debtors may schedule the Motion (Revised) to Strike Untimely Stallard Declaration and for Sanctions for an appropriate omnibus hearing date.**

Dated: __Dated: 1/14/2008___, 2008
          17:04:38

                                        *Judith K. Fitzgerald*
                                        _____
                                        The Honorable Judith K. Fitzgerald
                                        United States Bankruptcy Judge

C:\Documents and Settings\plb\Local Settings\Temporary Internet Files\OLK1BB\Motion to Shorten on Stallard Motion to Strike_v1.DOC

2