IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Objection Deadline: February 4, 2008 at 4:00 p.m. |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | August 1, 2007 through August 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $364,003.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $7,707.92 |
| This is a(n): | X monthly     _ interim application |

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| Dated Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | August 1, 2007 - August 31, 2007 | $364,003.00 | $7,707.92 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 8/1/07 through 8/31/07 | Total Fees for the Period 81/07 through 8/31/07 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 623.50 | $364,003.00 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **623.50** | **$364,003.00** |

LEXECON

_____[signature]_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: __1/14/08__

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## August 2007

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---:|---:|---:|
| James J Heckman | Economist | 1,800.00 | 52.00 | $93,600.00 |
| Fredrick Flyer | Economist | 595.00 | 31.50 | $18,742.50 |
| Frederick Hanssen | Economist | 575.00 | 19.20 | $11,040.00 |
| Colleen Loughlin | Economist | 530.00 | 80.00 | $42,400.00 |
| Erica Benton | Economist | 495.00 | 97.00 | $48,015.00 |
| Kirupakaran Ramaiah | Economist | 495.00 | 193.00 | $95,535.00 |
| Eugene Orlov | Economist | 495.00 | 28.40 | $14,058.00 |
| Helena Croce-Nunes | Economist | 430.00 | 5.90 | $2,537.00 |
| Amy Affelt | Research Assistant | 370.00 | 7.90 | $2,923.00 |
| Brian Ross | Research Assistant | 370.00 | 29.10 | $10,767.00 |
| Brian Sardon | Research Assistant | 370.00 | 7.50 | $2,775.00 |
| Donald Hong | Research Assistant | 370.00 | 9.30 | $3,441.00 |
| Benjamin Brighoff | Research Assistant | 355.00 | 6.50 | $2,307.50 |
| David Pauwels | Research Assistant | 355.00 | 11.00 | $3,905.00 |
| Jaewan Park | Research Assistant | 355.00 | 9.00 | $3,195.00 |
| Maria Casasnovas | Research Assistant | 355.00 | 1.50 | $532.50 |
| Rithvik Balakrishnan | Research Assistant | 320.00 | 0.50 | $160.00 |
| Amessha Jones | Research Assistant | 295.00 | 5.00 | $1,475.00 |
| Carlos Aguirre-Avalos | Research Assistant | 295.00 | 7.30 | $2,153.50 |
| Sara Smithback | Research Assistant | 210.00 | 12.60 | $2,646.00 |
| Alison Sider | Research Assistant | 200.00 | 2.30 | $460.00 |
| Isen Lutfiu | IT Professional | 195.00 | 6.00 | $1,170.00 |
| Barbara Palmer | Executive Assistant | 165.00 | 1.00 | $165.00 |
| Total | | | 263.50 | $364,003.00 |

# Daily Tasks in August 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 8/1/2007 | 4.00 | Researched and reviewed materials relevant to report. |
| | 8/5/2007 | 5.00 | Researched and reviewed materials relevant to report. |
| | 8/7/2007 | 3.00 | Researched and reviewed materials relevant to report. |
| | 8/9/2007 | 4.50 | Prepared for and attended meeting with Flyer, Loughlin, Benton and Ramaiah. |
| | 8/10/2007 | 6.00 | Researched and reviewed materials relevant to report. |
| | 8/12/2007 | 7.00 | Read reports by Peterson, Dunbar and Florence. |
| | 8/17/2007 | 3.00 | Drafted discussion on causality. |
| | 8/19/2007 | 2.00 | Drafted discussion on causality. |
| | 8/25/2007 | 5.00 | Revised draft. |
| | 8/28/2007 | 3.00 | Reviewed materials sent by Lexecon. |
| | 8/29/2007 | 3.50 | Prepared for meeting; reviewed Biggs materials. |
| | 8/30/2007 | 6.00 | Met at Lexecon with Bernick, Harding, Loughlin, Flyer and Benton. |
| | Total Hours | 52.00 | |
| Fredrick Flyer | 8/7/2007 | 2.00 | Reviewed draft of potential arguments for Heckman report. |
| | 8/8/2007 | 2.50 | Reviewed materials in advance of meeting with Heckman. |
| | 8/9/2007 | 4.00 | Met with Heckman, Loughlin, Ramaiah and Benton to go over report draft. |
| | 8/14/2007 | 1.00 | Review draft report. |
| | 8/16/2007 | 2.00 | Edited draft report. |
| | 8/17/2007 | 1.00 | Review Dunbar Report. |
| | 8/21/2007 | 1.00 | Review draft report. |
| | 8/28/2007 | 3.00 | Review materials in preparation of Thursday meeting with legal team. |
| | 8/29/2007 | 4.00 | Met with Benton to revise outline. |

# Daily Tasks in August 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 8/30/2007 | 5.00 | Participated in meeting with Heckman, Loughlin, Benton, Harding and Bernick. |
| | 8/30/2007 | 3.00 | Prepared for meeting with legal team; edited outline of draft report. |
| | 8/31/2007 | 3.00 | Revised outline based on discussions from meeting. |
| | Total Hours | 31.50 | |
| Frederick Hanssen | 8/2/2007 | 4.30 | Assisted with draft arguments for Heckman report. |
| | 8/3/2007 | 2.30 | Assisted with draft arguments for Heckman report. |
| | 8/4/2007 | 3.30 | Assisted with draft arguments for Heckman report. |
| | 8/20/2007 | 6.30 | Assisted with draft arguments for Heckman report. |
| | 8/20/2007 | 3.00 | Assisted with draft arguments for Heckman report. |
| | Total Hours | 19.20 | |
| Colleen Loughlin | 8/1/2007 | 0.30 | Discussion with Ramaiah on case developments. |
| | 8/1/2007 | 1.00 | Collected and sent documents to Heckman. |
| | 8/2/2007 | 0.30 | Discussion with Equity Committee Counsel Horowitz on case updates and meeting plans. |
| | 8/2/2007 | 3.30 | Reviewed documents sent by Equity Committee Counsel. |
| | 8/2/2007 | 0.50 | Met with Benton and Ramaiah regarding Heckman report projects. |
| | 8/3/2007 | 2.00 | Reviewed draft and checked cites. |
| | 8/4/2007 | 1.00 | Correspondence with Heckman; gathered and sent documents requested. |
| | 8/6/2007 | 1.00 | Reviewed revised draft by Benton. |
| | 8/7/2007 | 1.00 | Discussions with Benton and Ramaiah on data issues relevant to Heckman report. |
| | 8/7/2007 | 1.00 | Correspondence with Heckman and Harding on meetings; obtained requested materials for Heckman. |
| | 8/8/2007 | 3.00 | Prepared for meeting with Heckman. |

## Daily Tasks in August 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 8/8/2007 | 1.00 | Correspondence with Heckman and discussion with Harding on issues of relevance to Heckman report. |
| | 8/9/2007 | 1.50 | Noted projects and articles requested by Heckman. |
| | 8/9/2007 | 2.00 | Prepared for meeting with Heckman. |
| | 8/9/2007 | 4.00 | Met with Heckman, Flyer, Benton and Ramaiah regarding draft Heckman report. |
| | 8/10/2007 | 1.80 | Discussions with Orlov and Ramaiah on projects relevant to Heckman report. |
| | 8/10/2007 | 2.50 | Researched cites for Heckman and reviewed articles requested by Heckman. |
| | 8/10/2007 | 1.70 | Supervised Benton, Ramaiah and Orlov on projects relevant to Heckman report. |
| | 8/11/2007 | 0.50 | Reviewed articles sent by Heckman. |
| | 8/13/2007 | 0.50 | Supervised Benton on projects relevant to Heckman problem. |
| | 8/13/2007 | 0.80 | Correspondence with Heckman and Harding. |
| | 8/14/2007 | 1.50 | Supervised Benton on projects of relevance for Heckman report. |
| | 8/14/2007 | 0.50 | Correspondence with Heckman and Equity Committee Counsel Horowitz on deposition dates. |
| | 8/15/2007 | 2.00 | Supervised Benton, Ramaiah on Heckman report projects. |
| | 8/15/2007 | 0.30 | Discussion with Equity Committee Counsel Horowitz on meetings, report issues. |
| | 8/15/2007 | 1.50 | Researched statistical programs for Peterson report analysis. |
| | 8/16/2007 | 2.00 | Supervised Benton and Ramaiah on Heckman report projects and reviewed draft summaries of projects. |
| | 8/16/2007 | 1.00 | Correspondence with Heckman on issues related to report. |
| | 8/16/2007 | 6.00 | Revised report outline per Heckman instructions and researched facts for inclusion. |

# Daily Tasks in August 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
| --- | --- | --- | --- |
| | 8/17/2007 | 3.00 | Incorporated Heckman comments into revised report outline and researched articles, facts as requested by Heckman. |
| | 8/17/2007 | 2.00 | Supervised Benton and Ramaiah on projects of relevance to Heckman report. |
| | 8/18/2007 | 3.00 | Collected and organized articles for Heckman review. |
| | 8/20/2007 | 1.00 | Supervised Benton on projects of relevance to Heckman report and reviewed writeups. |
| | 8/20/2007 | 0.50 | Correspondence with Hanssen regarding projects of relevance to Heckman report. |
| | 8/21/2007 | 0.30 | Correspondence with Heckman. |
| | 8/21/2007 | 2.00 | Supervised Hanssen, Benton, Ramaiah on projects relevant to Heckman report and reviewed work product. |
| | 8/22/2007 | 1.00 | Reviewed Hanssen draft of points for and discussed with Ramaiah, Benton. |
| | 8/22/2007 | 2.00 | Researched public press on events of potential relevance to Heckman report. |
| | 8/23/2007 | 2.00 | Advised and reviewed work product by Benton and Ramaiah on projects for Heckman report. |
| | 8/24/2007 | 1.50 | Reviewed Biggs report. |
| | 8/24/2007 | 0.30 | Correspondence with Heckman on projects related to his report. |
| | 8/26/2007 | 0.30 | Correspondence with B. Harding, Heckman on meeting plans. |
| | 8/27/2007 | 2.50 | Prepared for and participated in meeting with Flyer, Ramaiah, Benton, Orlov on Heckman report related projects. |
| | 8/27/2007 | 0.30 | Correspondence with Heckman, Harding on potential meeting dates. |
| | 8/28/2007 | 0.30 | Correspondence with Heckman, Harding, Lexecon team on meeting preparation. |
| | 8/28/2007 | 1.00 | Edited project outline and conferred with Flyer regarding Heckman project outline and projects. |

Daily Tasks In August 2007
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 8/29/2007 | 1.00 | Correspondence with Heckman, Horowitz, Harding regarding meeting details and materials to be available at meeting. |
| | 8/29/2007 | 3.00 | Reviewed and edited revised report outline; reviewed Biggs, Florence reports in advance of meeting. |
| | 8/30/2007 | 1.50 | Prepared for meeting with legal team and Heckman, assembling documents and reviewing reports. |
| | 8/30/2007 | 5.00 | Participated in meeting with Bernick, Harding, Heckman, Benton and Flyer. |
| | 8/31/2007 | 0.50 | Edited notes from meeting with legal team. |
| | 8/31/2007 | 0.50 | Correspondence with Heckman on request and correspondence with Harding and Horowitz on obtaining Heckman requests. |
| | Total Hours | 80.00 | |
| Erica Benton | 8/2/2007 | 3.50 | Read pertinent materials regarding asbestos liability. |
| | 8/2/2007 | 0.50 | Met with Loughlin and Ramaiah regarding asbestos liability issues. |
| | 8/3/2007 | 5.00 | Read asbestos liability related materials. |
| | 8/6/2007 | 5.00 | Assisted with draft report. |
| | 8/7/2007 | 1.00 | Discussion with Loughlin and Ramaiah on data issues relevant to Heckman report. |
| | 8/8/2007 | 6.00 | Assisted with expert report. |
| | 8/9/2007 | 3.00 | Read asbestos liability materials. |
| | 8/9/2007 | 4.00 | Met with Flyer, Loughlin, Ramaiah and Heckman regarding Heckman report. |
| | 8/10/2007 | 5.00 | Literature search. |
| | 8/13/2007 | 7.00 | Literature search; read materials. |
| | 8/14/2007 | 5.00 | Literature and news article search; read materials. |
| | 8/15/2007 | 7.50 | Read literature; write up summaries. |
| | 8/16/2007 | 5.00 | Read literature. |

Daily Tasks In August 2007
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 8/17/2007 | 4.00 | Read documents; assembled literature. |
| | 8/20/2007 | 4.00 | Read news articles on asbestos litigation activity and literature pertinent to Heckman report. |
| | 8/21/2007 | 2.00 | Read news articles and literature pertinent to Heckman report. |
| | 8/22/2007 | 4.50 | Read literature and articles for Heckman report; conducted literature and information search. |
| | 8/23/2007 | 5.00 | Read pertinent literature; conducted information search; assisted in document preparation for lawyers. |
| | 8/27/2007 | 0.50 | Assisted with draft outline. |
| | 8/27/2007 | 2.50 | Participated in meeting with Loughlin, Orlov and Ramaiah on Heckman report related project. |
| | 8/29/2007 | 2.50 | Assisted with draft outline. |
| | 8/29/2007 | 4.00 | Met with Flyer to revise outline. |
| | 8/30/2007 | 5.00 | Attended meeting with Bernick, Harding, Flyer, Heckman and Loughlin. |
| | 8/30/2007 | 1.50 | Read pertinent materials for Heckman report. |
| | 8/31/2007 | 4.00 | Read pertinent materials for Heckman report. |
| | Total Hours | 97.00 | |
| Eugene Orlov | 8/10/2007 | 1.80 | Discussed the case with Loughlin and Ramaiah. |
| | 8/12/2007 | 1.00 | Reviewed documents. |
| | 8/13/2007 | 0.80 | Reviewed documents and data related to asbestos liabilities. |
| | 8/13/2007 | 4.00 | Worked on empirical projects pertaining to asbestos claims. |
| | 8/14/2007 | 2.00 | Worked on empirical projects related to asbestos claims. |
| | 8/15/2007 | 1.00 | Worked on empirical projects related to asbestos claims. |
| | 8/16/2007 | 0.30 | Worked on empirical projects related to asbestos claims. |

## Daily Tasks in August 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 8/16/2007 | 2.00 | Participated in a conference call with Dan Rourke (ARPC). |
| | 8/17/2007 | 0.20 | Worked on empirical projects related to asbestos claims. |
| | 8/21/2007 | 0.20 | Worked on empirical projects related to asbestos claims. |
| | 8/22/2007 | 0.10 | Worked on empirical projects related to asbestos claims. |
| | 8/23/2007 | 1.80 | Worked on empirical projects related to asbestos claims. |
| | 8/24/2007 | 0.70 | Reviewed Peterson report. |
| | 8/27/2007 | 0.90 | Worked on empirical projects related to asbestos claims. |
| | 8/27/2007 | 1.00 | Participated in a meeting with Flyer, Loughlin, Ramaiah and Benton on Heckman report related issues. |
| | 8/28/2007 | 0.50 | Worked on empirical projects related to asbestos claims. |
| | 8/29/2007 | 3.70 | Worked on empirical projects related to asbestos claims. |
| | 8/30/2007 | 2.10 | Reviewed expert reports on asbestos litigation. |
| | 8/30/2007 | 2.00 | Worked on empirical projects related to asbestos claims. |
| | 8/31/2007 | 2.30 | Reviewed documents, performed empirical tests and worked on drafting arguments pertaining to asbestos litigation. |
| | Total Hours | 28.40 | |
| Kirupakaran Ramaiah | 8/1/2007 | 0.70 | Reviewed documents on asbestos liability. |
| | 8/1/2007 | 4.00 | Reviewed the reliance materials corresponding to expert report. |
| | 8/1/2007 | 0.30 | Discussed case developments with Loughlin. |
| | 8/2/2007 | 0.50 | Worked on issues relevant to Heckman report. |
| | 8/2/2007 | 0.50 | Met with Benton and Loughlin to discuss asbestos liability issues. |

## Daily Tasks In August 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 8/2/2007 | 1.00 | Reviewed documents on asbestos liability and worked on issues relevant to Heckman report. |
| | 8/2/2007 | 4.00 | Reviewed reliance materials of expert reports. |
| | 8/3/2007 | 4.00 | Worked on issues relevant to Heckman report. |
| | 8/6/2007 | 4.00 | Reviewed draft report and updated analysis. |
| | 8/6/2007 | 3.00 | Reviewed documents and data pertaining to asbestos liability. |
| | 8/7/2007 | 3.50 | Reviewed and updated draft report. |
| | 8/7/2007 | 3.50 | Reviewed and analyzed Peterson's reliance materials. |
| | 8/7/2007 | 1.00 | Discussion with Loughlin and Benton on issues related to Heckman report. |
| | 8/8/2007 | 4.00 | Analyzed Grace's asbestos liability. |
| | 8/8/2007 | 3.00 | Drafted potential testimony of Heckman. |
| | 8/9/2007 | 3.00 | Reviewed Peterson's reliance materials. |
| | 8/9/2007 | 4.00 | Attended a meeting with Heckman, Flyer, Loughlin and Benton regarding draft Heckman report. |
| | 8/9/2007 | 2.00 | Reviewed materials and articles pertaining to asbestos bankruptcy. |
| | 8/10/2007 | 4.00 | Analyzed asbestos claims data. |
| | 8/10/2007 | 2.70 | Reviewed documents pertaining to asbestos liability. |
| | 8/10/2007 | 1.80 | Discussed Heckman report with Loughlin and Orlov. |
| | 8/11/2007 | 5.50 | Worked on empirical projects relevant to Heckman report. |
| | 8/12/2007 | 1.50 | Worked on empirical projects relevant to Heckman report. |
| | 8/13/2007 | 4.00 | Reviewed reports and Peterson reliance documents. |
| | 8/13/2007 | 6.50 | Worked on empirical projects relevant to Heckman report. |

## Daily Tasks In August 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 8/14/2007 | 6.50 | Worked on empirical projects relevant to Heckman report. |
| | 8/14/2007 | 4.00 | Reviewed Peterson's reliance materials. |
| | 8/15/2007 | 5.00 | Worked on empirical projects relevant to Heckman report. |
| | 8/15/2007 | 4.50 | Reviewed documents, depositions and reliance materials. |
| | 8/16/2007 | 3.00 | Worked on empirical projects relevant to Heckman report. |
| | 8/16/2007 | 4.00 | Reviewed documents pertaining to asbestos liability estimates. |
| | 8/16/2007 | 2.00 | Attended a conference call with Dan Rourke (ARPC). |
| | 8/17/2007 | 4.00 | Reviewed document and reliance materials pertaining to asbestos liability. |
| | 8/17/2007 | 4.50 | Worked on empirical projects relevant to Heckman report. |
| | 8/19/2007 | 1.00 | Reviewed documents pertaining to asbestos liability. |
| | 8/20/2007 | 5.00 | Worked on empirical projects relevant to Heckman report. |
| | 8/20/2007 | 4.00 | Worked on empirical projects relevant to Heckman report. |
| | 8/21/2007 | 5.00 | Reviewed articles relevant to Heckman report. |
| | 8/21/2007 | 4.50 | Worked on empirical projects relevant to Heckman report. |
| | 8/22/2007 | 5.00 | Worked on empirical projects relevant to Heckman report. |
| | 8/22/2007 | 4.50 | Reviewed documents pertaining to asbestos liability. |
| | 8/23/2007 | 4.50 | Worked on empirical projects relevant to Heckman report. |
| | 8/23/2007 | 5.00 | Worked on empirical projects relevant to Heckman report. |

Daily Tasks for August 2007
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 8/24/2007 | 4.00 | Reviewed expert reports and reviewed documents. |
| | 8/24/2007 | 4.50 | Worked on empirical projects relevant to Heckman report. |
| | 8/26/2007 | 1.50 | Worked on empirical projects relevant to Heckman report. |
| | 8/27/2007 | 2.50 | Worked on empirical projects related to Heckman report. |
| | 8/27/2007 | 2.50 | Participated in meeting with Loughlin, Orlov and Benton on Heckman report related projects. |
| | 8/27/2007 | 4.50 | Reviewed documents and expert reports. |
| | 8/28/2007 | 2.50 | Worked on empirical projects related to Heckman report. |
| | 8/29/2007 | 6.00 | Worked on empirical projects related to Heckman report. |
| | 8/29/2007 | 1.50 | Reviewed documents, reports and computer programs. |
| | 8/30/2007 | 3.00 | Worked on empirical projects relevant to Heckman report. |
| | 8/30/2007 | 5.00 | Assisted with draft arguments for Heckman report. |
| | 8/31/2007 | 4.00 | Worked on empirical projects relevant to Heckman report. |
| | 8/31/2007 | 3.50 | Reviewed drafts and documents pertaining to asbestos liability. |
| | Total Hours | 193.00 | |
| Helena Nunes | 8/14/2007 | 2.40 | Worked on empirical projects relevant to Heckman project. |
| | 8/14/2007 | 1.20 | Worked on empirical projects relevant to Heckman report. |
| | 8/17/2007 | 2.00 | Worked on empirical projects relevant to Heckman report. |
| | 8/20/2007 | 0.30 | Reviewed literature on econometric tests. |
| | Total Hours | 5.90 | |
| Amy Affelt | 8/14/2007 | 2.30 | Database research for Benton. |

# Daily Tasks In August 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 8/20/2007 | 2.50 | Database research for Benton. |
| | 8/23/2007 | 1.80 | Database research for Benton. |
| | 8/28/2007 | 1.00 | Database research for Benton. |
| | 8/29/2007 | 0.30 | Database research for Benton. |
| | Total Hours | 7.90 | |
| Brian Ross | 8/3/2007 | 4.80 | Created exhibit index for Ramaiah. |
| | 8/6/2007 | 5.00 | Created index of trial exhibits and transcripts sent from lawyers. |
| | 8/7/2007 | 2.50 | Created index of trial exhibits and transcripts sent from lawyers. |
| | 8/10/2007 | 0.50 | Assembled documents for Ramaiah. |
| | 8/14/2007 | 0.30 | Prepared a chart for Ramaiah. |
| | 8/21/2007 | 7.00 | Worked on empirical projects relevant to Heckman report. |
| | 8/22/2007 | 4.50 | Researched empirical testing literature. |
| | 8/23/2007 | 3.50 | Researched empirical testing literature. |
| | 8/23/2007 | 0.50 | Summarized documents. |
| | 8/24/2007 | 0.50 | Researched empirical testing literature. |
| | Total Hours | 29.10 | |
| Brian Sardon | 8/1/2007 | 2.00 | Researched asbestos liability data for Ramaiah. |
| | 8/2/2007 | 1.00 | Researched asbestos liability data for Ramaiah. |
| | 8/10/2007 | 4.00 | Converted data for Ramaiah. |
| | 8/13/2007 | 0.50 | Converted data for Ramaiah. |
| | Total Hours | 7.50 | |
| Donald Hong | 8/3/2007 | 5.30 | Indexed client files into spreadsheet for Ramaiah. |
| | 8/6/2007 | 4.00 | Cataloged files of exhibits. |
| | Total Hours | 9.30 | |
| Benjamin Brighoff | 8/10/2007 | 3.00 | Researched news articles for Benton. |
| | 8/16/2007 | 2.50 | Researched news articles for Benton. |
| | 8/17/2007 | 1.00 | Researched news articles for Benton. |

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | Total Hours | 6.50 | |
| David Pauwels | 8/9/2007 | 1.00 | Performed database and Internet research for Ramaiah. |
| | 8/11/2007 | 2.50 | Performed database research and retrievals for Benton. |
| | 8/12/2007 | 0.50 | Performed database research for Benton. |
| | 8/13/2007 | 3.50 | Performed a series of database, Internet searches and downloads for Benton. |
| | 8/14/2007 | 3.50 | Performed a series of database, Internet searches, downloads and retrievals for Benton. |
| | Total Hours | 11.00 | |
| Jaewan Park | 8/1/2007 | 2.00 | Converted files into SAS datasets for Ramaiah. |
| | 8/2/2007 | 2.00 | Converted files into SAS datasets for Ramaiah. |
| | 8/10/2007 | 3.00 | Converted files into SAS datasets for Ramaiah. |
| | 8/13/2007 | 2.00 | Converted files into SAS datasets for Orlov. |
| | Total Hours | 9.00 | |
| Maria Casasnovas | 8/21/2007 | 1.50 | Reviewed literature on topics relevant to Heckman report. |
| | Total Hours | 1.50 | |
| Rithvik Balakrishnan | 8/6/2007 | 0.50 | Edited index of exhibits. |
| | Total Hours | 0.50 | |
| Amessha Jones | 8/10/2007 | 1.00 | Searched for reference article for Benton. |
| | 8/13/2007 | 2.00 | Searched for reference articles and books for Benton. |
| | 8/15/2007 | 1.50 | Searched for reference articles and books for Benton. |
| | 8/16/2007 | 0.50 | Searched for reference articles and books for Benton. |
| | Total Hours | 5.00 | |
| Carlos Aguirre-Avalos | 8/3/2007 | 6.30 | Indexed documents for Ramaiah. |
| | 8/6/2007 | 1.00 | Finished indexing court documents. |

Daily Tasks In August 2007
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | Total Hours | 7.30 | |
| Sara Smithback | 8/16/2007 | 2.50 | Reviewed articles for Benton. |
| | 8/17/2007 | 7.30 | Reviewed articles for Benton. |
| | 8/20/2007 | 2.80 | Reviewed articles for Benton. |
| | Total Hours | 12.60 | |
| Alison Sider | 8/7/2007 | 2.30 | Entered trial transcriptions into spreadsheet for Ramaiah. |
| | Total Hours | 2.30 | |
| Isen Lutfiu | 8/14/2007 | 4.00 | Provided extensive technical assistance to Ramaiah to work with data and programs provided as backup to expert reports. |
| | 8/15/2007 | 2.00 | Provided technical assistance to Ramaiah and Orlov. |
| | Total Hours | 6.00 | |
| Barbara Palmer | 8/22/2007 | 1.00 | Assisted with Benton excerpt document. |
| | Total Hours | 1.00 | |
| **Total Hours** | | 623.50 | |

**Expense Summary**
**August 2007**

| Expense Category | Total Expenses |
|---|---:|
| Travel | |
| Postage/Delivery | $55.77 |
| Telephone | |
| Data | $7,102.85 |
| Printing/Photocopying | $458.40 |
| Outside Experts | |
| Working Meals | $44.90 |
| Transportation | $46.00 |
| **Total** | $7,707.92 |