IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) Objection Deadline: February 4, 2008 at 4:00 p.m. |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | September 1, 2007 through September 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $301,843.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,165.98 |
| This is a(n): | X monthly    _ interim application |

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | September 1, 2007 - September 31, 2007 | $301,843.50 | $1,165.98 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 9/1/07 through 9/30/07 | Total Fees for the Period 9/1/07 through 9/30/07 |
|---|---:|---:|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 491.40 | $301,843.50 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **491.40** | **$301,843.50** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 1/14/08

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## September 2007

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---:|---:|---:|
| James J Heckman | Economist | 1,800.00 | 41.00 | $73,800.00 |
| Fredrick Flyer | Economist | 595.00 | 71.50 | $42,542.50 |
| Mark Israel | Economist | 555.00 | 8.00 | $4,440.00 |
| Colleen Loughlin | Economist | 530.00 | 65.50 | $34,715.00 |
| Erica Benton | Economist | 495.00 | 77.00 | $38,115.00 |
| Eugene Orlov | Economist | 495.00 | 50.40 | $24,948.00 |
| Kirupakaran Ramaiah | Economist | 495.00 | 152.20 | $75,339.00 |
| Amy Affelt | Research Assistant | 370.00 | 2.00 | $740.00 |
| Brian Ross | Research Assistant | 370.00 | 11.00 | $4,070.00 |
| David Pauwels | Research Assistant | 355.00 | 2.30 | $816.50 |
| Amessha Jones | Research Assistant | 295.00 | 4.50 | $1,327.50 |
| Jenny Miller | Research Assistant | 165.00 | 6.00 | $990.00 |
| Total | | | 491.40 | $301,843.50 |

**Daily Tasks In September 2007  
Worked By Lexecon On  
The Equity / WR Grace Matter**

| Name | Date | Hours | Principal Task |
|------|------|-------|----------------|
| James J Heckman | 9/17/2007 | 10.00 | Reading Biggs report and Reliance |
| | 9/20/2007 | 6.00 | Reading Peterson and Reliance |
| | 9/23/2007 | 3.00 | Preparation |
| | 9/24/2007 | 7.50 | Drafting of report and review at Lexecon with G. Horowitz |
| | 9/25/2007 | 3.00 | Meeting at Lexecon |
| | 9/26/2007 | 1.50 | Preparation for meeting |
| | 9/27/2007 | 10.00 | Crafting document on Haavelm for the report |
| | Total Hours | 41.00 | |
| Fredrick Flyer | 9/4/2007 | 4.00 | Review and edit Lexecon outline on Heckman report. |
| | 9/5/2007 | 3.00 | Review Peterson data analysis. |
| | 9/6/2007 | 3.00 | Review Peterson Analysis. |
| | 9/10/2007 | 3.00 | Review Biggs report. |
| | 9/10/2007 | 1.00 | Met with Ramaiah, Orlov and Benton regarding the outline of Heckman report. |
| | 9/11/2007 | 5.00 | Help redraft and edit section II of report. |
| | 9/12/2007 | 3.00 | Edit Section II of Heckman report. |
| | 9/13/2007 | 3.00 | Edit Section III of Heckman report. |
| | 9/14/2007 | 0.30 | Discussion with Loughlin on the status of Heckman expert report draft. |
| | 9/14/2007 | 1.70 | Edit Section III of Heckman report. |
| | 9/17/2007 | 1.80 | Met with Benton regarding draft of Heckman report and potential arguments. |
| | 9/17/2007 | 4.20 | Worked on editing and redrafting Heckman report; reviewed Biggs empirical approach. |
| | 9/18/2007 | 0.50 | Discussed draft Heckman report with Loughlin and Benton. |
| | 9/18/2007 | 4.50 | Edited sections III and IV of report. |
| | 9/19/2007 | 3.50 | Read and edited Heckman report. |

## Daily Tasks In September 2007
### Worked By Lexecon On
### The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 9/20/2007 | 8.00 | Discuss case; work on revisions. |
| | 9/21/2007 | 5.50 | Work on revisions. |
| | 9/22/2007 | 2.50 | Prepare for call with Graces' counsel; |
| | 9/22/2007 | 1.00 | Participate on call with counsel and Ramaiah and Loughlin. |
| | 9/24/2007 | 9.00 | Worked on editing and redrafting Heckman report; met with Horowitz. |
| | 9/25/2007 | 4.00 | Edited report; discussed revisions with Lexecon team. |
| | Total Hours | 71.50 | |
| Mark Israel | 9/13/2007 | 4.00 | Reviewed Peterson report; drafted sections of Heckman report. |
| | 9/14/2007 | 4.00 | Draft sections of Heckman report. |
| | Total Hours | 8.00 | |
| Colleen Loughlin | 9/6/2007 | 0.50 | Discussion with Equity Committee Counsel Horowitz on Heckman report, meeting. |
| | 9/6/2007 | 0.30 | Supervised Ramaiah on obtaining Biggs backup materials from Equity Committee Counsel Farber. |
| | 9/7/2007 | 0.50 | Discussion with Flyer, Benton, Ramaiah and Orlov on outline and draft updates. |
| | 9/8/2007 | 1.00 | Read materials sent by Heckman related to report. |
| | 9/10/2007 | 0.30 | Email correspondence with Equity Committee Counsel Horowitz, Harding and Heckman on meeting and deposition dates. |
| | 9/10/2007 | 0.50 | Reviewed revised Heckman report outline and discussed with Benton. |
| | 9/11/2007 | 0.30 | Correspondence with Harding, Heckman on scheduling issues. |
| | 9/12/2007 | 0.30 | Correspondence to Harding, Horowitz on obtaining documents produced with expert reports. |
| | 9/13/2007 | 0.30 | Sent follow-up correspondence to Harding, Liebenstein on Biggs documentation. |

Daily Tasks In September 2007
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|------|------|-------|----------------|
| | 9/14/2007 | 0.30 | Discussion with Flyer on Heckman draft status and next steps. |
| | 9/14/2007 | 0.50 | Discussion with Ramaiah on Biggs backup materials and reviewed said package.. |
| | 9/17/2007 | 1.30 | Reviewed Ramaiah draft. |
| | 9/17/2007 | 0.30 | Correspondence with Heckman and Horowitz regarding scheduling. |
| | 9/18/2007 | 0.30 | Briefly reviewed and distributed Biggs backup materials to team. |
| | 9/18/2007 | 0.50 | Provided material for Heckman report draft and discussed with Flyer, Benton. |
| | 9/18/2007 | 3.00 | Reviewed and revised draft report. |
| | 9/19/2007 | 0.50 | Supervised Ramaiah, Orlov on document production. |
| | 9/19/2007 | 0.30 | Correspondence with Heckman on report and documents. |
| | 9/19/2007 | 0.50 | Discussion with Equity Committee counsel Horowitz on Heckman report issues. |
| | 9/19/2007 | 3.00 | Read articles relevant to Heckman report. |
| | 9/20/2007 | 3.00 | Reviewed documents sent by legal team. |
| | 9/20/2007 | 0.50 | Correspondence with legal team on scheduling meeting. |
| | 9/20/2007 | 0.30 | Correspondence with Heckman regarding report. |
| | 9/21/2007 | 3.50 | Revised and incorporated Heckman comments in draft report and transmitted to legal team. |
| | 9/21/2007 | 0.30 | Correspondence to obtain Heckman CV. |
| | 9/22/2007 | 0.30 | Reviewed Orlov overview of Biggs materials sent to Heckman. |
| | 9/22/2007 | 1.00 | Participated on conference call with legal counsel related to Heckman draft report. |
| | 9/22/2007 | 5.50 | Reviewed and edited draft Heckman report. |
| | 9/22/2007 | 1.00 | Discussion with Ramaiah, Flyer on arguments in draft Heckman report. |

# Daily Tasks In September 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 9/22/2007 | 0.50 | Correspondence with Benton, Flyer, Ramaiah, Heckman on draft report. |
| | 9/23/2007 | 9.00 | Worked on Heckman report draft. |
| | 9/23/2007 | 0.30 | Correspondence with Heckman and Equity Committee Counsel Horowitz. |
| | 9/24/2007 | 11.50 | Worked on Heckman draft report in meeting with Heckman, Equity Committee counsel Horowitz, Benton, Flyer, Ramaiah. |
| | 9/25/2007 | 6.50 | Edited and compiled Heckman report. |
| | 9/25/2007 | 6.00 | Met with Equity Committee Counsel Horowitz, Heckman, Benton, Ramaiah to work on Heckman report. |
| | 9/26/2007 | 1.00 | Reviewed files sent by Equity Committee Counsel Horowitz. |
| | 9/26/2007 | 0.50 | Discussion with Equity Committee Counsel Horowitz on next steps and reports filed by all parties. |
| | 9/28/2007 | 0.30 | Supervised Benton on projects involving new reports filed. |
| | Total Hours | 65.50 | |
| Erica Benton | 9/4/2007 | 2.40 | Read Heckman articles for integration into his report. |
| | 9/5/2007 | 3.60 | Drafted potential arguments for Heckman report. |
| | 9/6/2007 | 5.00 | Assisted in preparation of Heckman draft outline. |
| | 9/7/2007 | 3.90 | Drafted and organized draft Heckman outline. |
| | 9/7/2007 | 2.10 | Met with Flyer to discuss outline. |
| | 9/10/2007 | 1.20 | Prepare outline for Heckman report. |
| | 9/10/2007 | 1.50 | Read Biggs report. |
| | 9/10/2007 | 1.00 | Meeting with Flyer, Ramaiah and Orlov regarding outline of Heckman report. |
| | 9/11/2007 | 1.50 | Read Biggs report and summarized arguments. |
| | 9/11/2007 | 6.20 | Wrote draft Heckman report. |
| | 9/12/2007 | 2.40 | Prepared draft Heckman arguments for report. |

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 9/17/2007 | 1.80 | Met with Flyer regarding Draft Heckman report and potential arguments. |
| | 9/17/2007 | 4.00 | Prepared draft Heckman report. |
| | 9/18/2007 | 6.30 | Read and drafted Draft Heckman report. |
| | 9/18/2007 | 0.50 | Discussed draft of Heckman report with Flyer and Loughlin. |
| | 9/19/2007 | 1.50 | Read and edited draft Heckman report. |
| | 9/20/2007 | 2.70 | Drafted Biggs rebuttal arguments for Heckman report |
| | 9/20/2007 | 2.50 | Met with Orlov and Ramaiah regarding Biggs report and potential rebuttal arguments. |
| | 9/20/2007 | 1.00 | Read Biggs report for potential arguments. |
| | 9/21/2007 | 0.40 | Prepared articles for reliance materials. |
| | 9/21/2007 | 3.50 | Prepared draft Appendix for Heckman report |
| | 9/23/2007 | 2.20 | Editing and checking draft Heckman report. |
| | 9/24/2007 | 3.00 | Edited draft Heckman Report. |
| | 9/24/2007 | 9.00 | Meetings with lawyer, Heckman, Ramaiah, Loughlin and Flyer. |
| | 9/25/2007 | 5.00 | Meeting with lawyer, Loughlin, Ramaiah and Heckman. |
| | 9/25/2007 | 1.80 | Edited Heckman expert report. |
| | 9/28/2007 | 1.00 | Organized, uploaded and filed supplemental and rebuttal reports provided by counsel. |
| | Total Hours | 77.00 | |
| Eugene Orlov | 9/4/2007 | 1.50 | Worked on potential topics for Heckman report. |
| | 9/4/2007 | 1.00 | Researched software documentation for testing heteroskedasticity in regressions regarding asbestos liabilities. |
| | 9/4/2007 | 1.00 | Researched software documentation for testing alternative distributional assumptions in regressions regarding asbestos liabilities. |
| | 9/5/2007 | 2.20 | Worked on writing potential parts for Heckman report. |

Daily Tasks In September 2007
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 9/5/2007 | 2.00 | Performed empirical tests of normality and heteroskedasticity in regressions on asbestos claims. |
| | 9/6/2007 | 1.10 | Performed economic analysis and data work related to Peterson's report. |
| | 9/6/2007 | 4.00 | Worked on writing and editing potential parts for Heckman report. |
| | 9/7/2007 | 2.00 | Worked on editing potential parts for Heckman report. |
| | 9/7/2007 | 2.60 | Analyzed data from Peterson report regarding asbestos liabilities. |
| | 9/9/2007 | 0.50 | Worked on finishing the outline for Heckman report. |
| | 9/10/2007 | 1.00 | Participated in a meeting with Flyer, Ramaiah and Benton regarding the outline of Heckman report. |
| | 9/10/2007 | 2.40 | Edited a section with potential topics for Heckman report. |
| | 9/11/2007 | 1.80 | Read Biggs report on asbestos liabilities. |
| | 9/12/2007 | 2.30 | Investigated potential topics for Heckman report regarding Biggs testimony on asbestos liabilities. |
| | 9/13/2007 | 3.00 | Investigated potential topics for Heckman report regarding Biggs testimony on asbestos liabilities. |
| | 9/13/2007 | 1.40 | Investigated exhibits in Biggs report on asbestos liability. |
| | 9/14/2007 | 2.00 | Worked on potential topics for Heckman report regarding the comparison of bankruptcy and trust worlds in asbestos liabilities. |
| | 9/14/2007 | 2.10 | Investigated exhibits in Biggs report on asbestos liability. |
| | 9/17/2007 | 1.80 | Investigated exhibits in Biggs report on asbestos liability. |
| | 9/18/2007 | 2.00 | Read and edited a draft of Heckman report in W.R. Grace matter. |
| | 9/18/2007 | 2.40 | Investigated Biggs exhibits and analysis on asbestos liability. |

**Daily Tasks In September 2007
Worked By Lexecon On
The Equity / WR Grace Matter**

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 9/19/2007 | 2.50 | Investigated Biggs analysis of settlement values for asbestos claims. |
| | 9/19/2007 | 2.00 | Investigated Biggs analysis of dismissal ratios and DOFE for asbestos claims. |
| | 9/20/2007 | 2.30 | Investigated Biggs analysis of settlement values for asbestos claims. |
| | 9/20/2007 | 2.50 | Met with Ramaiah and Benton to discuss potential topics for Heckman report regarding Biggs analysis of asbestos claims. |
| | 9/21/2007 | 0.70 | Analyzed Biggs analysis on asbestos claims. |
| | 9/24/2007 | 0.30 | Participated in editing Heckman report on asbestos litigation. |
| | Total Hours | 50.40 | |
| Kirupakaran Ramaiah | 9/4/2007 | 1.50 | Analyzed Peterson's asbestos liability estimates. |
| | 9/4/2007 | 2.50 | Reviewed literature on normality and other desirable properties of a regression model that can be used for estimating asbestos liability. |
| | 9/4/2007 | 4.00 | Tested properties of regression model estimated by Peterson. |
| | 9/5/2007 | 1.00 | Reviewed articles on prediction. |
| | 9/5/2007 | 3.50 | Replicated Peterson's calculations pertaining to asbestos liability. |
| | 9/5/2007 | 4.00 | Drafted potential arguments relevant to Heckman report. |
| | 9/6/2007 | 4.00 | Reviewed Peterson's report on asbestos liability. |
| | 9/6/2007 | 4.50 | Drafted potential arguments relevant to Heckman report. |
| | 9/7/2007 | 2.20 | Reviewed Peterson's report. |
| | 9/7/2007 | 2.00 | Analyzed Grace and Manville's claims data. |
| | 9/7/2007 | 4.00 | Drafted potential arguments relevant to Heckman report. |
| | 9/10/2007 | 4.00 | Drafted potential arguments relevant to Heckman report. |

## Daily Tasks In September 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 9/10/2007 | 2.00 | Reviewed Biggs report on asbestos liability. |
| | 9/10/2007 | 1.00 | Met with Flyer, Benton and Orlov regarding Heckman report outline. |
| | 9/11/2007 | 4.50 | Drafted potential arguments relevant to Heckman report. |
| | 9/11/2007 | 4.00 | Reviewed Biggs report on asbestos liability. |
| | 9/11/2007 | 1.00 | Reviewed reliance materials pertaining to Biggs report. |
| | 9/12/2007 | 2.00 | Reviewed and summarized Biggs report on asbestos liability. |
| | 9/12/2007 | 4.00 | Drafted potential arguments relevant to Heckman report. |
| | 9/12/2007 | 2.00 | Analyzed Peterson's estimates pertaining to asbestos liability. |
| | 9/13/2007 | 0.50 | Hours recorded but not worked. |
| | 9/13/2007 | 1.50 | Analyzed Peterson's alternative asbestos liability estimates. |
| | 9/13/2007 | 1.00 | Analyzed asbestos settlement values reported in Biggs report. |
| | 9/13/2007 | 3.00 | Reviewed Biggs report on asbestos liability. |
| | 9/13/2007 | 2.00 | Drafted potential arguments for Heckman report. |
| | 9/14/2007 | 1.00 | Worked on potential arguments for Heckman report. |
| | 9/14/2007 | 4.00 | Reviewed Biggs report on asbestos liability. |
| | 9/14/2007 | 2.00 | Analyzed Biggs reliance materials. |
| | 9/14/2007 | 0.50 | Discussion with Loughlin on Biggs backjup materials. |
| | 9/16/2007 | 1.00 | Reviewed Biggs reliance materials. |
| | 9/17/2007 | 4.00 | Worked on potential arguments pertaining to Heckman report. |
| | 9/17/2007 | 2.50 | Analyzed Biggs estimates of asbestos liability. |
| | 9/17/2007 | 2.50 | Reviewed Biggs reliance materials. |

Daily Tasks In September 2007
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 9/18/2007 | 2.00 | Analyzed Biggs reliance materials on asbestos liability. |
| | 9/18/2007 | 2.00 | Reviewed Biggs reliance materials on asbestos liability. |
| | 9/18/2007 | 3.00 | Drafted potential arguments for Heckman report. |
| | 9/18/2007 | 2.00 | Reviewed documents relating to Texas tort law changes. |
| | 9/19/2007 | 2.50 | Worked on potential arguments relevant for Heckman report. |
| | 9/19/2007 | 2.00 | Analyzed Biggs calculations of asbestos liability. |
| | 9/19/2007 | 4.00 | Reviewed Biggs reliance materials on asbestos liability. |
| | 9/20/2007 | 4.00 | Worked on potential arguments relevant to Heckman report. |
| | 9/20/2007 | 2.00 | Analyzed asbestos liability estimates presented in Biggs report. |
| | 9/20/2007 | 2.00 | Reviewed documents and reliance materials on asbestos liability. |
| | 9/20/2007 | 2.50 | Met with Benton (Lexecon) and Orlov (Lexecon) regarding potential arguments for Heckman's report with regard to Biggs analysis. |
| | 9/21/2007 | 4.00 | Drafted points relevant to Heckman report. |
| | 9/21/2007 | 1.00 | Analyzed Peterson's report on asbestos liability. |
| | 9/21/2007 | 2.50 | Reviewed and Analyzed Biggs' report on asbestos liability. |
| | 9/21/2007 | 2.00 | Reviewed documents sent by legal counsel. |
| | 9/22/2007 | 2.00 | Drafted potential arguments pertaining to Heckman's report. |
| | 9/22/2007 | 1.00 | Discussions with Flyer and Loughlin on arguments in draft Heckman report. |
| | 9/23/2007 | 4.00 | Drafted potential points relevant to Heckman's report. |
| | 9/23/2007 | 4.00 | Reviewed Heckman's draft report. |

## Daily Tasks for September 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 9/24/2007 | 2.00 | Supervised research pertaining to preparation of Heckman's report. |
| | 9/24/2007 | 3.00 | Worked on points pertaining to Heckman's report. |
| | 9/24/2007 | 7.00 | Attended a meeting with Heckman and discussed points relevant to Heckman's report. |
| | 9/25/2007 | 3.50 | Reviewed and updated Heckman's report. |
| | 9/25/2007 | 5.00 | Attended a meeting with Heckman and counsel and discussed points pertaining to Heckman report. |
| | Total Hours | 152.20 | |
| Amy Affelt | 9/24/2007 | 2.00 | Searched databases for full text articles for Loughlin and Benton via home pc. |
| | Total Hours | 2.00 | |
| Brian Ross | 9/21/2007 | 0.50 | Filled request for interlibrary loan. |
| | 9/24/2007 | 5.50 | Created exhibits for report. |
| | 9/25/2007 | 5.00 | Checked numbers in Heckman report and report exhibits; put together final exhibits for the report. |
| | Total Hours | 11.00 | |
| David Pauwels | 9/18/2007 | 2.30 | Performed a series of database, Internet searches, retrievals for Ramaiah. |
| | Total Hours | 2.30 | |
| Amessha Jones | 9/13/2007 | 1.00 | Searched for reference article for Israel. |
| | 9/14/2007 | 0.50 | Searched for reference article for Israel. |
| | 9/21/2007 | 2.00 | Searched for reference book for Ramaiah. |
| | 9/24/2007 | 1.00 | Picked up reference book from U of C Library for Ramaiah. |
| | Total Hours | 4.50 | |
| Jenny Miller | 9/24/2007 | 5.00 | Assisted in preparation of Heckman report. |
| | 9/25/2007 | 1.00 | Assisted in preparation of Heckman report. |
| | Total Hours | 6.00 | |
| **Total Hours** | | **491.40** | |

**Expense Summary**
**September 2007**

| Expense Category | Total Expenses |
|---|---:|
| Travel | |
| Postage/Delivery | $44.17 |
| Telephone | |
| Data | $841.96 |
| Printing/Photocopying | $92.20 |
| Outside Experts | |
| Working Meals | $119.00 |
| Transportation | $68.65 |
| **Total** | $1,165.98 |