IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.,* ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | **Objection Deadline: February 4, 2008 at 4:00 p.m.** |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | October 1, 2007 through October 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $43,840.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $447.18 |
| This is a(n): | X monthly    _ interim application |

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | August 1, 2007 - August 31, 2007 | $43,840.00 | $447.18 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/07 through 10/31/07 | Total Fees for the Period 10/1/07 through 10/31/07 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 69.80 | $43,840.00 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **69.80** | **$43,840.00** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: _1/14/08_

**Summary of Professional Services**
**In The Equity/ WR Grace Matter**
**October 2007**

| Name | Status | Billing Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| James J Heckman | Economist | 1,800.00 | 8.00 | $14,400.00 |
| Fredrick Flyer | Economist | 595.00 | 7.50 | $4,462.50 |
| Colleen Loughlin | Economist | 530.00 | 12.30 | $6,519.00 |
| Eugene Orlov | Economist | 495.00 | 1.20 | $594.00 |
| Kirupakaran Ramaiah | Economist | 495.00 | 31.50 | $15,592.50 |
| Brian Ross | Research Assistant | 370.00 | 2.50 | $925.00 |
| Benjamin Brighoff | Research Assistant | 355.00 | 0.50 | $177.50 |
| Amessha Jones | Research Assistant | 295.00 | 1.00 | $295.00 |
| Beryl Hinton | Executive Assistant | 165.00 | 5.30 | $874.50 |
| Total | | | 69.80 | $43,840.00 |

# Daily Tasks In October 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 10/31/2007 | 8.00 | Reviewed new Peterson, Florence and Biggs documents. |
|  | Total Hours | 8.00 |  |
| Fredrick Flyer | 10/11/2007 | 2.50 | Review Biggs and Peterson reports. |
|  | 10/22/2007 | 1.50 | Review reports of Peterson and Biggs. |
|  | 10/26/2007 | 2.00 | Review report summaries and evaluated economic implications. |
|  | 10/31/2007 | 1.50 | Reviewed summaries. |
|  | Total Hours | 7.50 |  |
| Colleen Loughlin | 10/1/2007 | 1.00 | Reviewed project summaries. |
|  | 10/1/2007 | 0.50 | Correspondence with Heckman and supervised document package for Heckman. |
|  | 10/2/2007 | 0.30 | Correspondence with Equity Committee Counsel Horowitz. |
|  | 10/2/2007 | 0.30 | Supervised Ramaiah on production of documents to Heckman. |
|  | 10/3/2007 | 2.00 | Began reading new reports. |
|  | 10/10/2007 | 0.30 | Email correspondence with Heckman and supervised Ramaiah on Heckman document request. |
|  | 10/11/2007 | 0.30 | Supervised Ramaiah on Heckman request for documents. |
|  | 10/19/2007 | 1.00 | Reviewed Tillinghast benchmark files sent by Equity Committee Counsel Horowitz. |
|  | 10/24/2007 | 1.00 | Continued reading reports |
|  | 10/26/2007 | 2.00 | Continued reading new reports. |
|  | 10/26/2007 | 0.30 | Correspondence with Heckman. |
|  | 10/29/2007 | 0.30 | Correspondence with Equity Committee Counsel Horowitz regarding deposition schedules. |
|  | 10/31/2007 | 0.50 | Discussed Peterson rebuttal report with Ramaiah. |
|  | 10/31/2007 | 2.50 | Reviewed Peterson rebuttal report. |

## Daily Tasks In October 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
|  | Total Hours | 12.30 |  |
| Eugene Orlov | 10/3/2007 | 1.20 | Summarized rebuttal and supplemental reports of various experts. |
|  | Total Hours | 1.20 |  |
| Kirupakaran Ramaiah | 10/18/2007 | 3.00 | Reviewed Peterson's rebuttal report on asbestos liability. |
|  | 10/19/2007 | 4.00 | Reviewed Biggs' reliance materials. |
|  | 10/19/2007 | 2.00 | Analyzed Peterson's rebuttal report. |
|  | 10/19/2007 | 2.00 | Reviewed Biggs' rebuttal report on asbestos liability. |
|  | 10/22/2007 | 4.00 | Reviewed and summarized Peterson's rebuttal report. |
|  | 10/23/2007 | 3.00 | Summarized Biggs' rebuttal report. |
|  | 10/23/2007 | 4.00 | Reviewed Biggs' rebuttal report. |
|  | 10/24/2007 | 4.00 | Reviewed Dunbar's rebuttal report to Peterson. |
|  | 10/24/2007 | 3.00 | Summarized Dunbar's rebuttal report to Peterson. |
|  | 10/25/2007 | 2.00 | Reviewed and summarized Dunbar's rebuttal to Biggs' report. |
|  | 10/31/2007 | 0.50 | Discussed Peterson rebuttal report with Loughlin. |
|  | Total Hours | 31.50 |  |
| Brian Ross | 10/11/2007 | 1.50 | Researched backup documents for Heckman's deposition. |
|  | 10/15/2007 | 1.00 | Prepared backup materials for Heckman. |
|  | Total Hours | 2.50 |  |
| Benjamin Brighoff | 10/12/2007 | 0.50 | Researched articles for Ross. |
|  | Total Hours | 0.50 |  |
| Amessha Jones | 10/12/2007 | 1.00 | Searched for reference articles and created PDF files for Ramaiah. |
|  | Total Hours | 1.00 |  |
| Beryl Hinton | 10/1/2007 | 1.50 | Organized and assembled client documents. |
|  | 10/19/2007 | 3.80 | Organized and assembled client documents. |

## Daily Tasks In October 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | Total Hours | 5.30 | |
| **Total Hours** | | **69.80** | |

**Expense Summary**
**October 2007**

| Expense Category | Total Expenses |
| --- | --- |
|  |  |
| Travel |  |
| Postage/Delivery | $19.76 |
| Telephone |  |
| Data | $142.16 |
| Printing/Photocopying | $2.85 |
| Outside Experts |  |
| Working Meals | $168.76 |
| Transportation | $113.65 |
| **Total** | $447.18 |