**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: February 4, 2008 at 4:00 p.m.** |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | November 1, 2007 through November 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $218,227.43 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,286.83 |

This is a(n): X monthly _ interim application

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | September 1, 2007 - September 31, 2007 | $218,227.43 | $1,286.83 | Pending | Pending |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 11/1/07 through 11/30/07 | Total Fees for the Period 11/1/07 through 11/30/07 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 256.30 | $218,227.43 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **256.30** | **$218,227.43** |

LEXECON

[signature]
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 1/14/08

**Summary of Professional Services**
**In The Equity/ WR Grace Matter**
**November 2007**

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| James J Heckman | Economist | 1,800.00 | 53.50 | $96,300.00 |
| Fredrick Flyer | Economist | 595.00 | 25.50 | $15,172.50 |
| Colleen Loughlin | Economist | 530.00 | 64.50 | $34,185.00 |
| Kirupakaran Ramaiah | Economist | 495.00 | 98.00 | $48,510.00 |
| David Pauwels | Research Assistant | 355.00 | 4.00 | $1,420.00 |
| Brittany Walsh | Research Assistant | 320.00 | 5.30 | $1,696.00 |
| Amessha Jones | Research Assistant | 295.00 | 0.50 | $147.50 |
| Beryl Hinton | Executive Assistant | 165.00 | 5.00 | $825.00 |
| Use of Computer Capability Charge | | | | $19,971.43 |
| Total | | | 256.30 | $218,227.43 |

**Daily Tasks In November 2007**
**Worked By Lexecon On**
**The Equity / WR Grace Matter**

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 11/6/2007 | 3.00 | Reviewed materials; read new materials |
| | 11/7/2007 | 5.00 | Reviewed materials; read new materials |
| | 11/8/2007 | 6.00 | Reviewed materials; read new materials |
| | 11/9/2007 | 5.50 | Reviewed materials; read new materials |
| | 11/10/2007 | 4.00 | Preparation for meeting with attorney and staff. |
| | 11/10/2007 | 7.50 | Met with attorneys and staff. |
| | 11/11/2007 | 8.00 | Reviewed materials. |
| | 11/11/2007 | 3.00 | Met with attorneys and staff. |
| | 11/12/2007 | 8.50 | Deposition at Kirkland & Ellis. |
| | 11/12/2007 | 3.00 | Reviewed deposition. |
| | Total Hours | 53.50 | |
| Fredrick Flyer | 11/8/2007 | 5.50 | Reviewed work by Ramaiah and Heckman's report to prepare for meetings prior to Heckman deposition. |
| | 11/9/2007 | 4.50 | Review Peterson and Biggs new reports. |
| | 11/10/2007 | 7.00 | Meet with Heckman, Horowitz and Lexecon team for preparation for Heckman deposition. |
| | 11/11/2007 | 3.00 | Met with Heckman, Horowitz and Lexecon team. |
| | 11/12/2007 | 2.00 | Discussed case with Loughlin and Ramaiah. |
| | 11/15/2007 | 3.50 | Reviewed Heckman deposition. |
| | Total Hours | 25.50 | |
| Colleen Loughlin | 11/1/2007 | 0.30 | Correspondence with Heckman and Horowitz on scheduling. |
| | 11/1/2007 | 1.50 | Listened, with Ramaiah, to parts of Peterson deposition. |
| | 11/2/2007 | 0.30 | Correspondence with Equity Committee Counsel Horowitz on scheduling. |
| | 11/5/2007 | 1.00 | Discussions with Heckman. |
| | 11/5/2007 | 1.00 | Read deposition transcripts. |
| | 11/6/2007 | 0.50 | Supervised Ramaiah producing materials at request of Heckman. |

**Daily Tasks In November 2007**
**Worked By Lexecon On**
**The Equity / WR Grace Matter**

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 11/6/2007 | 3.00 | Read deposition transcripts. |
| | 11/7/2007 | 1.00 | Read deposition transcripts. |
| | 11/7/2007 | 0.30 | Correspondence with Equity Committee Counsel Farber on deposition transcripts and distributed to team. |
| | 11/9/2007 | 9.00 | Prepared for meetings; deposition preparation with Heckman. |
| | 11/10/2007 | 7.00 | Deposition preparation with Heckman. |
| | 11/10/2007 | 3.00 | Researched questions. |
| | 11/11/2007 | 3.00 | Met with Heckman, Horowitz and Lexecon team. |
| | 11/11/2007 | 9.00 | Researched questions from Heckman in advance of preparation meeting later in the day. |
| | 11/12/2007 | 7.00 | Listened to Heckman deposition. |
| | 11/12/2007 | 1.00 | Correspondence with Heckman and legal team. |
| | 11/13/2007 | 1.00 | Drafted notes on Heckman deposition. |
| | 11/14/2007 | 0.30 | Correspondence with Heckman. |
| | 11/19/2007 | 1.50 | Reviewed files and summaries. |
| | 11/26/2007 | 3.00 | Reviewed Heckman deposition for typos and misquotes. |
| | 11/26/2007 | 0.30 | Correspondence with legal counsel on next steps. |
| | 11/27/2007 | 1.00 | Supervised response to opposing counsel's request for extrapolations discussed in Heckman deposition. |
| | 11/28/2007 | 2.50 | Reviewed deposition transcripts. |
| | 11/28/2007 | 0.50 | Reviewed response to opposing counsel's request. |
| | 11/29/2007 | 6.00 | Continued reading recent deposition transcripts. |
| | 11/29/2007 | 0.50 | Correspondence with Heckman and counsel on next steps. |
| | Total Hours | 64.50 | |
| Kirupakaran Ramaiah | 11/1/2007 | 6.00 | Listened to Dr. Peterson's deposition by telephone. |
| | 11/5/2007 | 3.50 | Analyzed Peterson and Biggs estimation of liability. |

**Daily Tasks In November 2007
Worked By Lexecon On
The Equity / WR Grace Matter**

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 11/5/2007 | 4.50 | Reviewed rebuttal reports of Peterson, Biggs and Dunbar. |
| | 11/6/2007 | 4.00 | Reviewed and gathered documents for Heckman's review. |
| | 11/6/2007 | 4.00 | Reviewed Peterson's deposition. |
| | 11/7/2007 | 4.50 | Reviewed and analyzed Biggs' deposition. |
| | 11/7/2007 | 4.00 | Reviewed back up data, documents and analysis pertaining to Peterson's and Biggs' reports. |
| | 11/8/2007 | 4.00 | Analyzed Biggs' estimation method and liability estimates. |
| | 11/8/2007 | 4.00 | Analyzed Peterson's report and estimation of asbestos liability. |
| | 11/9/2007 | 4.00 | Reviewed and managed research pertaining to state tort reforms. |
| | 11/9/2007 | 4.50 | Reviewed and analyzed expert reports of Heckman, Peterson and Biggs. |
| | 11/10/2007 | 1.00 | Reviewed documents and data pertaining to asbestos liability. |
| | 11/10/2007 | 7.00 | Attended a meeting with Heckman to prepare for deposition. |
| | 11/10/2007 | 0.50 | Reviewed Heckman's report and other documents. |
| | 11/11/2007 | 2.00 | Reviewed documents, expert reports pertaining to asbestos liability. |
| | 11/11/2007 | 3.00 | Attended a meeting with Heckman and reviewed Heckman's report. |
| | 11/12/2007 | 0.50 | Summarized notes on Heckman's deposition. |
| | 11/12/2007 | 7.00 | Attended Heckman's deposition via phone. |
| | 11/13/2007 | 0.50 | Reviewed notes on Heckman deposition. |
| | 11/14/2007 | 5.00 | Reviewed Heckman's deposition and related documents. |
| | 11/15/2007 | 2.00 | Reviewed documents referenced in Heckman's deposition and created Errata sheet. |
| | 11/15/2007 | 4.00 | Reviewed Heckman's deposition. |

**Daily Tasks In November 2007**
**Worked By Lexecon On**
**The Equity / WR Grace Matter**

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 11/21/2007 | 0.50 | Reviewed Peterson's deposition. |
| | 11/26/2007 | 5.50 | Reviewed and analyzed Biggs' backup materials. |
| | 11/27/2007 | 5.00 | Reviewed Peterson regression results. |
| | 11/27/2007 | 2.00 | Summarized Peterson regression results. |
| | 11/28/2007 | 2.00 | Analyzed Peterson regression results. |
| | 11/29/2007 | 2.00 | Reviewed and analyzed Biggs' backup materials. |
| | 11/30/2007 | 1.50 | Reviewed and analyzed Biggs' backup materials. |
| | Total Hours | 98.00 | |
| David Pauwels | 11/10/2007 | 3.50 | Performed database research for Ramaiah. |
| | 11/11/2007 | 0.50 | Performed database research for Ramaiah. |
| | Total Hours | 4.00 | |
| Brittany Walsh | 11/9/2007 | 5.30 | Prepared Excel spreadsheet for Ramaiah. |
| | Total Hours | 5.30 | |
| Amessha Jones | 11/30/2007 | 0.50 | Searched for reference book for Ramaiah. |
| | Total Hours | 0.50 | |
| Beryl Hinton | 11/6/2007 | 5.00 | Organized and assembled client documents for Ramaiah. |
| | Total Hours | 5.00 | |
| **Total Hours** | | **256.30** | |

**Expense Summary**
**November 2007**

| Expense Category | Total Expenses |
|---|---|
| | |
| Travel | |
| Postage/Delivery | $110.24 |
| Telephone | |
| Data | $172.73 |
| Printing/Photocopying | $826.50 |
| Outside Experts | |
| Working Meals | $139.36 |
| Transportation | $38.00 |
| **Total** | $1,286.83 |