IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: February 6, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SEVENTY-FOURTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/428229

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 11, 2008

Bill Number 13058
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through November 30, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/01/07 | ARA | Quality control property damage ledgers. | 2.60 Hrs | $286.00 |
| 11/03/07 | RAM | Emails from/to MTM re: MK bag labels. | 0.10 Hrs | $29.50 |
| 11/05/07 | MTM | Telephone call from ARA re: MK label question from in-house counsel. | 0.30 Hrs | $76.50 |
| 11/05/07 | ARA | Per MTM's request, review MK literature binder and review product binders for pictures of MK bags (3.1); review photos re: same (1.0); telephone conference with MTM re: same (.3). | 4.40 Hrs | $484.00 |
| 11/06/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $88.50 |
| 11/06/07 | ARA | Document control. | 1.50 Hrs | $165.00 |
| 11/07/07 | RAM | Telephone conferences with in-house counsel and K&E paralegal re: locating certain expert material (.3); search for same (.6). Telephone conference with in-house counsel re: what was found (.2). Read selected documents filed in bankruptcy court (.1). | 1.20 Hrs | $354.00 |
| 11/07/07 | ARA | Quality control property damage ledgers (4.2). Telephone call from MB re: expert's depositions; locate and review same (.9); oversee pick-up of depositions by copy service (.3). | 5.40 Hrs | $594.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/08/07 | RAM | Additional search for expert's materials (.3). Read selected documents filed in bankruptcy court (.4). | 0.70 Hrs | $206.50 |
| 11/08/07 | ARA | Quality control property damage ledgers (4.5). Per MB's request, obtain and review case file for RAM (1.1). | 5.60 Hrs | $616.00 |
| 11/09/07 | ARA | Quality control property damage ledgers. | 6.50 Hrs | $715.00 |
| 11/12/07 | RAM | Conference with MTM re: in-house counsel's request for certain documents referring to a particular product. Email from K&E attorney and conference with MTM re: determining dates of earliest production of certain documents to plaintiffs. | 0.20 Hrs | $59.00 |
| 11/12/07 | MTM | Telephone call from in-house Grace paralegal re: MK-3 issue (.3); review MK paper and various chronologies re: same (3.2); conference with DBM re: same (.2); receipt and review of email from K&E counsel re: dates on certain documents added to repository (.2); draft response to same (.4). | 4.30 Hrs | $1,096.50 |
| 11/13/07 | MTM | Work on MK-3 issue project (2.8). Receipt and review of binder of documents from K&E counsel re: dates they were first in repository (.5). | 3.30 Hrs | $841.50 |
| 11/13/07 | ARA | Per MTM's request, review depositions of former Grace employee re: MK-3 issue and produce depositions to MTM (4.8). Quality control property damage ledgers (1.5). | 6.30 Hrs | $693.00 |
| 11/14/07 | MTM | Work on project for K&E counsel re: date documents added to repository. | 0.90 Hrs | $229.50 |
| 11/15/07 | MTM | Work on MK-3 project (1.8); email to in-house Grace counsel re: same (.3); conference with DBM re: same (.2); email from K&E re: draft Motion in Limine (.2); review index to Motion in Limine binder re: same (1.4). | 3.90 Hrs | $994.50 |
| 11/15/07 | ARA | Receipt of K&E paralegal's email re: expert's depositions; telephone call to MTM re: same (.4). Obtain and review depositions (1.2); review GPH collection for expert's depositions (.2); arrange to have depositions copied by Merrill and oversee pick up of same (.4). Quality control property damage ledgers (.5). Per MTM's message, search for and review motions in limine (2.2); telephone call to MTM to discuss motions he wants (.3). | 5.20 Hrs | $572.00 |
| 11/16/07 | RAM | Telephone conference with in-house counsel re: K&E's request for motions in limine on certain issues. | 0.10 Hrs | $29.50 |
| 11/16/07 | MTM | Review list of MK-3 documents identified by DBM (1.5); review various Motions in Limine for K&E counsel (1.8); email to K&E counsel re: same (.2). | 3.50 Hrs | $892.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/16/07 | ARA | Review binders for motions in limine and produce motions to MTM (2.1). Telephone call and receipt of email re: MK issue (.2). | 2.30 Hrs | $253.00 |
| 11/19/07 | MTM | Conference with ARA re: MK-3 project (.3); continue to locate responsive documents re: same (.5). | 0.80 Hrs | $204.00 |
| 11/19/07 | ARA | Search for and review documents in the production set requested by MTM re: MK issue (4.9); conference with MTM re: same (.3). | 5.20 Hrs | $572.00 |
| 11/20/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $29.50 |
| 11/20/07 | MTM | Review documents from Winthrop Square re: MK-3 issue. | 0.50 Hrs | $127.50 |
| 11/20/07 | ARA | Continue to search for and review documents re: MK-3 issue and produce documents to MTM (4.7). Receipt of former employee's depositions; quality control and return same to the employee deposition library (.6). Document control (.2). Quality control expert's documents and return binder to expert library (.2). Quality control property damage ledgers (1.0). | 6.70 Hrs | $737.00 |
| 11/21/07 | MTM | Work on MK-3 project. | 0.30 Hrs | $76.50 |
| 11/21/07 | ARA | Quality control property damage ledgers. | 4.30 Hrs | $473.00 |
| 11/28/07 | DBM | Telephone call to Grace secretary re: search for MK-3 documents. | 0.10 Hrs | $26.00 |
| 11/28/07 | MTM | Telephone call from in-house Grace paralegal re: MK-3 issue (.1); complete review of documents re: same (.6). | 0.70 Hrs | $178.50 |
| 11/29/07 | MTM | Letter to in-house Grace counsel re: MK-3 issue (.1); telephone call to Grace researcher in Cambridge re: laboratory notebooks (.1); review binder of documents from K&E re: date certain documents added to repository (2.1). | 2.30 Hrs | $586.50 |
| 11/30/07 | MTM | Continue to work on project for K&E re: date documents added to repository (1.2); telephone call from Cambridge researcher re: lab notebooks (.1); letter to him forwarding same (.1). | 1.40 Hrs | $357.00 |
| | | TOTAL LEGAL SERVICES | | $12,643.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.70 Hrs | 295/hr | $796.50 |
| DONNA B. MACKENNA | 0.10 Hrs | 260/hr | $26.00 |
| MATTHEW T. MURPHY | 22.20 Hrs | 255/hr | $5,661.00 |
| ANGELA R. ANDERSON | 56.00 Hrs | 110/hr | $6,160.00 |
| | 81.00 Hrs | | $12,643.50 |

TOTAL THIS BILL   $12,643.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 11, 2008

Bill Number 13059
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through November 30, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/08/07 | RAM | Work on Quarterly fee application and send it to Delaware counsel to file. | 0.30 Hrs | $88.50 |
| 11/29/07 | RAM | Work on October fee application. | 0.40 Hrs | $118.00 |
| | | TOTAL LEGAL SERVICES | | $206.50 |

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 0.70 Hrs | 295/hr | $206.50 |
|---|---|---|---|
| | 0.70 Hrs | | $206.50 |

TOTAL THIS BILL       $206.50

Page 1

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 11, 2008
Bill Number 13060
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through November 30, 2007

| | | |
|---|---|---|
| EXCESS POSTAGE | | $4.60 |

**FEDERAL EXPRESS**

| | | | |
|---|---|---|---|
| 11/15/07 | To 655 Fifteenth Street, Kirkland & Ellis, Terrell Stansbury from Casner and Edwards on 10/16/07 by MTM. | 11.07 | |
| | | | $11.07 |

**OUTSIDE PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 11/09/07 | MERRILL COMM - Copies of former employee's deposition for K & E paralegal (10/15/07). | 101.23 | |
| 11/09/07 | MERRILL COMM - Copies of deposition transcripts of former Grace employees for K & E (10/05/07). | 361.62 | |
| | | | $462.85 |

**PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 11/08/07 | 23 copies at .10 per copy | 2.30 | |
| | | | $2.30 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2007

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 11/01/07 | Rent and utilities for document repository at One Winthrop Square-November 2007. | 11,836.65 |
| | | $11,836.65 |

MISCELLANEOUS

| | | |
|---|---|---|
| 11/09/07 | RECORDKEEPER ARCHIVE-Storage 11/01/07 through 11/30/07. | 402.60 |
| | | $402.60 |
| | TOTAL DISBURSEMENTS | $12,720.07 |
| | TOTAL THIS BILL | $12,720.07 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 11, 2008

Bill Number 13061
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through November 30, 2007

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 11/15/07 | To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on 11/08/07 by RAM. | 21.86 |
| 11/15/07 | To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on 10/30/07 by RAM. | 14.98 |
| | | $36.84 |
| | TOTAL DISBURSEMENTS | $36.84 |
| | TOTAL THIS BILL | $36.84 |

Page 1