**CSX TRANSPORTATION**

CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

ORIGINAL FREIGHT BILL

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| LAW | CSXT N/A 125749 | 10/30/07 | 7873.70 |
| 904-633-1637 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 633-1109 | | | |

FREIGHT BILL NO: 22396138   DATE: 10/15/07   Y77782

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| ACFX 045548 | C614 | | 5001 | | 712 | 866402 | 09/17/07 | 00085000173 | 09/17/07 |

| ROUTE | | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|---|
| CSXT ESTL | UP | 00085000173 | CSXT 7290 | 1051311 | PREPAID |

| SHIPPER | | | CONSIGNEE | |
|---|---|---|---|---|
| RHODIA INC | | 4WNR1T | VENTURA LESBRO CO | 413I08 |
| CINCINNATI | OH | | 5724 BANDINI BOULEVARD | |
| | | | 5724 BANDINI BLVD | |
| | | | LOS ANGELES   CA 90040 | |

| ORIGIN | DESTINATION |
|---|---|
| 049500 CINCINNATI, OH | 000090 LOS ANGELES, CA |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| ALUMINA, HYDRATED | 59300 | | | | | | | |
| ALUMINA, HYDRATED | | | | | | | | |
| ALUMINA, HYDRATED | | | | | | | | |
| BAS 160000 | | | 1 | 91.89 | PT | 7351.20 | | 7351.20 |
| FUEL-SC | | | 2375 | .22 | PM | 522.50 | | 522.50 |
| TOTAL CHARGES | | | | | | 7873.70 | | 7873.70 |

RATE CODE: PT = NET TONS    PM = PER MILE
TOTAL NET TONS:    80.000

RATE INFO:
  RATING STCC:  1051311

ORIGINAL W/B REF  712-040570-221248-10/02/07

GRACE DAVISON
ATTN:  HEATHER HENRY
BLDG 1
7500 GRACE DRIVE
COLUMBIA MD   21044-4098

**CSX TRANSPORTATION**

CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053

ORIGINAL FREIGHT BILL

PAGE NO:01

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 125749 | 03/24/06 | 28.32 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | | | |

FREIGHT BILL NO: 1509649    DATE: 03/08/06    Y69632

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| ACFX 046696 | C113 | | 4650 | | 712 | 803758 | 10/08/04 | 81883973 | 10/08/04 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT | | CSXT 3504 | 1491950 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| WR GRACE & CO | 3GXR14 | WR GRACE & CO | 3GXRKV |
| HIGHWAY 221 | | 1200 NW 15TH AVE | |
| HIGHWAY 221 | | 1200 NW 15TH AVE | |
| KEARNEY        SC 29335 | | POMPANO BEACH        FL 33060 | |

| ORIGIN | DESTINATION |
|---|---|
| 012771 ENOREE, SC | 026625 POMPANO BEACH, FL |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| VERMICULITE, CRUDE, | BAS 185900 | C/L | 1 | 32.21 | PT | 2993.92 | | 2993.92 |
| VERMICULITE, CRUDE, | | | | | | | | |
| | FUEL-SC | C/L | 1 | 8.80 | PW | 263.46 | | 263.46 |
| | | | | TOTAL CHARGES | | 3257.38 | | 3257.38 |

RATE CODE: PT = NET TONS      PW = PER CENT
TOTAL NET TONS:    92.950

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| ACFX 046696 | C113 | 251100 | 65200 | | 185900 |

TOTAL CARS:      1

RATE INFO:
  PROFILE NUMBER: 70157

GRACE DAVISON                          TOTAL CHARGES        3257.38
ATTN: HEATHER HENRY                    PAYMENT RECEIVED     3229.06     11/24/04
BLDG 1
7500 GRACE DRIVE
COLUMBIA MD   21044-4098

**CSX TRANSPORTATION**

```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216                                              PAGE NO:01
                              ORIGINAL FREIGHT BILL
                                                           FINANCE CHARGE 12%/YEAR ON
                                                           BILLS PAID AFTER DUE DATE
_____
DIRECT QUESTIONS TO:           MAIL PAYMENTS TO:          DUE DATE      AMOUNT DUE
  LAW                            CSXT N/A 125749           10/05/07       4196.00
  904-633-1637                    P.O. BOX 640839
                                  PITTSBURGH    PA 15264-0839
FAX NUMBER: (904) 633-1109
                        FREIGHT BILL NO: 21251925   DATE: 06/21/07  Y77782
_____
                                        BILLING      WAYBILL              BILL OF LADING
CAR         KIND    LENGTH  CAPACITY  HEIGHT    ROAD     NUMBER   DATE    NUMBER    DATE
GATX 057731 T104            14393               712    982269 06/21/07  85137123  06/21/07
_____
ROUTE                                 SHIPPERS      PRICE                 SHIPPING
                                      INVOICE     AUTHORITY     STCC       METHOD
  CSXT                                           CSXT 41618   2819996     PREPAID
_____
SHIPPER                                     CONSIGNEE
WR GRACE & CO             3GXR50            GRACE DAVISON                      JVWZ03
4000 N HAWTHORNE ST                         BALT CURTIS BAY        MD
4000 N HAWTHORNE ST
CHATTANOOGA      TN 37406
_____
ORIGIN                                      DESTINATION
     046852 CHATTANOOGA, TN                       070137 BALT CURTIS BAY, MD
_____
DESCRIPTION OF ARTICLES        WEIGHT  PCKGS UNITS    RATE    QL  FREIGHT   ADVANCES   PREPAID
RARE EARTH CHLORIDE         BAS 171970  TC     1    3605.00   PC  3605.00              3605.00
                            FUEL-SC            1      16.40   PW   591.00               591.00
                                            TOTAL CHARGES         4196.00              4196.00

RATE CODE: PC = PER CAR       PW = PER CENT

                                 CARE OF:
                                   WR GRACE & CO                           3GXRC2
                                   BALT CURTIS BAY        MD

RATE INFO:
  PROFILE NUMBER:  33274

ORIGINAL W/B REF  555-055780-203728-06/21/07
_____

GRACE DAVISON
ATTN:  HEATHER HENRY
BLDG 1
7500 GRACE DRIVE
COLUMBIA MD  21044-4098
```

**CSX TRANSPORTATION**

CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S.
JACKSONVILLE FL 32216

PAGE NO:01

## ORIGINAL FREIGHT BILL

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| LAW | CSXT N/A 125749 | 11/29/07 | 4427.00 |
| 904-633-1637 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 633-1109 | | | |

FREIGHT BILL NO: 23006486    DATE: 11/14/07    Y77782

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| GATX 057730 | T104 | | 14371 | | 712 | 922108 | 11/14/07 | 85317645 | 11/14/07 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT | | CSXT 41618 | 2819996 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| WR GRACE & CO | 3GXR50 | GRACE DAVISON | JVWZ03 |
| 4000 N HAWTHORNE ST | | BALT CURTIS BAY        MD | |
| 4000 N HAWTHORNE ST | | | |
| CHATTANOOGA        TN 37406 | | | |

| ORIGIN | DESTINATION |
|---|---|
| 046852 CHATTANOOGA, TN | 070137 BALT CURTIS BAY, MD |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| RARE EARTH CHLORIDE | BAS 174160 | TC | 1 | 3605.00 | PC | 3605.00 | | 3605.00 |
| | FUEL-SC | | 1 | 22.80 | PW | 822.00 | | 822.00 |
| | | | TOTAL CHARGES | | | 4427.00 | | 4427.00 |

RATE CODE: PC = PER CAR    PW = PER CENT

CARE OF:
   WR GRACE & CO                                    3GXRC2
   BALT CURTIS BAY           MD

RATE INFO:
   PROFILE NUMBER:  33274

ORIGINAL W/B REF  555-055780-192192-11/16/07

GRACE DAVISON
ATTN:  HEATHER HENRY
BLDG 1
7500 GRACE DRIVE
COLUMBIA MD  21044-4098