CSX TRANSPORTATION

```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                          PAGE NO:01
                              ORIGINAL FREIGHT BILL
                                                       FINANCE CHARGE 12%/YEAR ON
                                                       BILLS PAID AFTER DUE DATE
```

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 011504 | 03/23/06 | 5166.00 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | FREIGHT BILL NO:  6420309   DATE: 03/08/06  Y69625 | | |

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER  DATE | BILL OF LADING NUMBER  DATE |
|---|---|---|---|---|---|---|---|
| UTLX 025816 | T105 | | 20498 | | 712 | 815646 04/12/04  04-12-04 | TWB  04/12/04 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT | | CSXT 68117 | 2821122 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| WR GRACE & CO | 3GXRQO | WR GRACE & CO | 3GXRNG |
| 733 LANEY WALKER BLVD | | 6050 W 51ST ST  (CN) | |
| 733 LANEY WALKER BLVD | | 6050 W 51ST ST  (CN) | |
| AUGUSTA         GA 30901 | | CHICAGO         IL 60638 | |

| ORIGIN | DESTINATION |
|---|---|
| 013093 AUGUSTA, GA | 040599 CHICAGO, IL |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| CONCRETE OR MASONRY | 150000 | | | | | | | |
| REDUCING COMPOUND,      L | | | | | | | | |
| NMFC#34040              L | | | | | | | | |
| CONCRETE OR MASONARY    L | | | | | | | | |
| PLASTICIZER AND WATER   L | | | | | | | | |
| BAS | 180000 | | 1 | 2.87 | PH | 5166.00 | | 5166.00 |

RATE CODE: PH = 100 WEIGHT

RATE INFO:
  RATE ITEM          029808336
  PROFILE NUMBER:   00099

SPECIAL INSTRUCTIONS
    NOTICE!!!!
    THIS MUST BE DELIVERED TO
    6050 WEST 51 ST CHICAGO, IL
    CSXT-DIRECT-CHICAGO-CN DELY


WR GRACE & CO
ATTN LOGISTICS DEPT
62 WHITTEMORE AVE
CAMBRIDGE MA   02140-1692

```
                                                                              CSX
                                                                              TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                    PAGE NO:01
                              ORIGINAL FREIGHT BILL
                                                              FINANCE CHARGE 12%/YEAR ON
                                                              BILLS PAID AFTER DUE DATE

DIRECT QUESTIONS TO:          MAIL PAYMENTS TO:           DUE DATE      AMOUNT DUE
POST PETITION                 CSXT N/A 011504             01/19/08         75.33
904-366-3807                  P.O. BOX 532652
                              ATLANTA     GA 30353-2652
FAX NUMBER: (904) 366-4406
                              FREIGHT BILL NO: 11508217   DATE: 01/04/08  Y69625

                                    BILLING    WAYBILL            BILL OF LADING
CAR         KIND   LENGTH  CAPACITY  HEIGHT    ROAD     NUMBER   DATE     NUMBER       DATE
UTLX 057968 T105            20509              712      699302 08/09/04  00081817974  08/09/04

ROUTE                              SHIPPERS       PRICE                SHIPPING
                                   INVOICE      AUTHORITY    STCC      METHOD
CSXT                              00081817974   CSXT 68117  2821122    PREPAID

SHIPPER                                    CONSIGNEE
WR GRACE & CO              3GXRNG          WR GRACE & CO                3GXRG3
6050 W 51ST ST  (CN)                       2133 85TH ST
6050 W 51ST ST  (CN)                       2133 85TH ST
CHICAGO            IL 60638                NORTH BERGEN          NJ 07047

ORIGIN                                     DESTINATION
        040599 CHICAGO, IL                         017915 NORTH BERGEN, NJ

READS
DESCRIPTION OF ARTICLES     WEIGHT PCKGS UNITS    RATE  QL   FREIGHT    ADVANCES   PREPAID
CONCRETE OR MASONRY      BAS 180000 TC    1     4091.00 PC   4091.00               4091.00
                         FUEL-SC           1        6.40 PW   262.00                262.00
                                     TOTAL CHARGES           4353.00               4353.00

RATE CODE: PC = PER CAR     PW = PER CENT
*****************************************************************************************
SHOULD READ
DESCRIPTION OF ARTICLES     WEIGHT PCKGS UNITS    RATE  QL   FREIGHT    ADVANCES   PREPAID
CONCRETE OR MASONRY      BAS 180000         1       1.77 PH  3186.00               3186.00
CONCRETE OR MASONRY
                         FUEL-SC           1        6.40 PW   203.90                203.90
                                     TOTAL CHARGES           3389.90               3389.90

RATE CODE: PH = 100 WEIGHT     PW = PER CENT
*****************************************************************************************

                                       ORIGINAL W/B REF  103-055978-699302-08/09/04
RATE INFO:
  RATE ITEM         089275655


WR GRACE & CO                  ORIGINALLY BILLED        4353.00
HIGHWAY 221                    CORRECTED CHARGES        3389.90
ENOREE SC   29335              PAYMENT RECEIVED         3314.57      06/17/05
```



```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                              PAGE NO:01
                                    ORIGINAL FREIGHT BILL
                                                                FINANCE CHARGE 12%/YEAR ON
                                                                BILLS PAID AFTER DUE DATE
```

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 011504 | 09/22/07 | 11445.00 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH  PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | FREIGHT BILL NO: 22174403   DATE: 09/07/07  Y77783 | | |

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| NAHX 550160 | C614 | | 5150 | | 712 | 859740 | 09/07/07 | 85205305 | 09/07/07 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT CHGO  UP | | CSXT 680 | 3295234 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| WR GRACE & CO | 3GXRMF | VENTURA LESBRO CO | 413I0B |
| DAVIDSON CHEMICAL DIV | | 5724 BANDINI BLVD | |
| 5500 CHEMICAL RD | | 5724 BANDINI BLVD | |
| BALTIMORE       MD 21226 | | CITY OF COMMERCE    CA 90040 | |

| ORIGIN | DESTINATION |
|---|---|
| 070121 BALTIMORE, MD | 000090 LOS ANGELES, CA |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| CLAY, PROCESSED FOR | BAS 185050 | C/L | 1 | 9474.00 | PC | 9474.00 | | 9474.00 |
| FUEL-SC | | | 1 | 20.80 | PW | 1971.00 | | 1971.00 |
| | | | TOTAL CHARGES | | | 11445.00 | | 11445.00 |

RATE CODE: PC = PER CAR      PW = PER CENT

RATE INFO:
  PROFILE NUMBER:  78298

ORIGINAL W/B REF  712-040599-179884-09/12/07

WR GRACE & CO
 5500 CHEMICAL ROAD
 BALTIMORE MD   21226

**CSX TRANSPORTATION**

```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                              PAGE NO:01
                                    ORIGINAL FREIGHT BILL
                                                                   FINANCE CHARGE 12%/YEAR ON
                                                                   BILLS PAID AFTER DUE DATE
```

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 011504 | 01/11/08 | 11445.00 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | FREIGHT BILL NO: 22174444   DATE: 12/27/07   Y77783 | | |

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| NAHX 550428 | C614 | | 5150 | | 712 | 900428 | 09/07/07 | 85205306 | 09/07/07 |

| ROUTE | | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|---|
| CSXT CHGO | UP | | CSXT 680 | 3295234 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| WR GRACE & CO | 3GXRMF | VENTURA LESBRO CO | 413I08 |
| DAVIDSON CHEMICAL DIV | | 5724 BANDINI BLVD | |
| 5500 CHEMICAL RD | | 5724 BANDINI BLVD | |
| BALTIMORE    MD 21226 | | LOS ANGELES    CA 90040 | |

| ORIGIN | DESTINATION |
|---|---|
| 070121 BALTIMORE, MD | 000090 LOS ANGELES, CA |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| CLAY, PROCESSED FOR | BAS 185000 | | 1 | 9474.00 | PC | 9474.00 | | 9474.00 |
| | FUEL-SC | | 1 | 20.80 | PW | 1971.00 | | 1971.00 |
| | | | TOTAL CHARGES | | | 11445.00 | | 11445.00 |

RATE CODE: PC = PER CAR        PW = PER CENT

RATE INFO:
  PROFILE NUMBER: 78298

ORIGINAL W/B REF   712-040599-179865-09/12/07

```
WR GRACE & CO
 5500 CHEMICAL ROAD
 BALTIMORE MD   21226
```

**CSX TRANSPORTATION**

```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                         PAGE NO:01
                                    ORIGINAL FREIGHT BILL
                                                            FINANCE CHARGE 12%/YEAR ON
                                                            BILLS PAID AFTER DUE DATE
```

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 011504 | 10/04/07 | 11445.00 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH   PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | FREIGHT BILL NO: 22312325   DATE: 09/19/07   Y77783 | | |

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| NAHX 550228 | C614 | | 5150 | | 712 | 957152 | 09/19/07 | 85249391 | 09/19/07 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT CHGO   UP | | CSXT 680 | 3295234 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| WR GRACE & CO | 3GXRMF | VENTURA LESBRO CO | 413I0B |
| DAVIDSON CHEMICAL DIV | | 5724 BANDINI BLVD | |
| 5500 CHEMICAL RD | | 5724 BANDINI BLVD | |
| BALTIMORE   MD 21226 | | CITY OF COMMERCE   CA 90040 | |

| ORIGIN | DESTINATION |
|---|---|
| 070121 BALTIMORE, MD | 000090 LOS ANGELES, CA |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| CLAY, PROCESSED FOR | BAS 165250 | C/L | 1 | 9474.00 | PC | 9474.00 | | 9474.00 |
| | FUEL-SC | | 1 | 20.80 | PW | 1971.00 | | 1971.00 |
| | | | TOTAL CHARGES | | | 11445.00 | | 11445.00 |

RATE CODE: PC = PER CAR        PW = PER CENT

RATE INFO:
  PROFILE NUMBER:  78298

ORIGINAL W/B REF  712-040599-146898-09/25/07

WR GRACE & CO
 5500 CHEMICAL ROAD
 BALTIMORE MD   21226



```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                    PAGE NO:01
                         ORIGINAL FREIGHT BILL
                                               FINANCE CHARGE 12%/YEAR ON
                                               BILLS PAID AFTER DUE DATE
```

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 011504 | 09/25/07 | 6579.00 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH  PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | | | |

FREIGHT BILL NO: 22201232    DATE: 09/10/07   Y77783

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| ACFX 059690 | C614 | | 5000 | | 712 | 841736 | 09/10/07 | 85212361 | 09/10/07 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT BRBER  ST | | CSXT 680 | 3295234 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| WR GRACE & CO | 3GXRMF | IRVING OIL LTD | 6JTT00 |
| DAVIDSON CHEMICAL DIV | | 10 SYDNEY ST | |
| 5500 CHEMICAL RD | | 10 SYDNEY ST | |
| BALTIMORE          MD 21226 | | SAINT JOHN          NB E2L4K1 | |

| ORIGIN | DESTINATION |
|---|---|
| 070121 BALTIMORE, MD | 002005 SAINT JOHN, NB |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| CLAY, PROCESSED FOR | BAS 184500 | C/L | 1 | 5446.00 | PC | 5446.00 | | 5446.00 |
| | FUEL-SC | | 1 | 20.80 | PW | 1133.00 | | 1133.00 |
| | | | | TOTAL CHARGES | | 6579.00 | | 6579.00 |

RATE CODE: PC = PER CAR     PW = PER CENT

RATE INFO:
  PROFILE NUMBER:  89453


WR GRACE & CO
 5500 CHEMICAL ROAD
 BALTIMORE MD   21226



```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                                PAGE NO:01
                                    ORIGINAL FREIGHT BILL
                                                                  FINANCE CHARGE 12%/YEAR ON
                                                                  BILLS PAID AFTER DUE DATE
_____
DIRECT QUESTIONS TO:            MAIL PAYMENTS TO:              DUE DATE      AMOUNT DUE
POST PETITION                   CSXT N/A 011504                10/04/07         6579.00
904-366-3807                    P.O. BOX 640839
                                PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406
                        FREIGHT BILL NO: 22312211   DATE: 09/19/07   Y77783
_____
                                          BILLING     WAYBILL             BILL OF LADING
CAR         KIND   LENGTH  CAPACITY HEIGHT  ROAD    NUMBER    DATE     NUMBER       DATE
FURX 893514 C614            5660            712    849608  09/19/07   85212362   09/19/07
_____
ROUTE                                   SHIPPERS        PRICE                SHIPPING
                                        INVOICE      AUTHORITY    STCC        METHOD
CSXT BRBER    ST                                     CSXT 680   3295234      PREPAID
_____
SHIPPER                                 CONSIGNEE
WR GRACE & CO                 3GXRMF    IRVING OIL LTD                        6JTT00
DAVIDSON CHEMICAL DIV                   10 SYDNEY ST
5500 CHEMICAL RD                        10 SYDNEY ST
BALTIMORE         MD 21226              SAINT JOHN              NB E2L4K1
_____
ORIGIN                                  DESTINATION
     070121 BALTIMORE, MD                    002005 SAINT JOHN, NB
_____
DESCRIPTION OF ARTICLES       WEIGHT PCKGS UNITS     RATE   QL   FREIGHT   ADVANCES   PREPAID
CLAY, PROCESSED FOR       BAS 193500  C/L    1    5446.00   PC   5446.00              5446.00
                          FUEL-SC             1     20.80   PW   1133.00              1133.00
                                         TOTAL CHARGES           6579.00              6579.00

RATE CODE: PC = PER CAR       PW = PER CENT


RATE INFO:
  PROFILE NUMBER:  89453
_____
WR GRACE & CO
 5500 CHEMICAL ROAD
 BALTIMORE MD  21226
```

**CSX TRANSPORTATION**

```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                                      PAGE NO:01
                                    ORIGINAL FREIGHT BILL
                                                                    FINANCE CHARGE 12%/YEAR ON
                                                                    BILLS PAID AFTER DUE DATE

DIRECT QUESTIONS TO:              MAIL PAYMENTS TO:              DUE DATE      AMOUNT DUE
POST PETITION                     CSXT N/A 011504                09/21/07       8546.00
904-366-3807                      P.O. BOX 640839
                                  PITTSBURGH    PA 15264-0839
FAX NUMBER: (904) 366-4406
                       FREIGHT BILL NO: 22156358   DATE: 09/06/07  Y77783

                                          BILLING     WAYBILL              BILL OF LADING
CAR         KIND    LENGTH  CAPACITY  HEIGHT   ROAD    NUMBER    DATE      NUMBER      DATE
NAHX 551491 C614            5165               712    936873  09/06/07    85224226    09/06/07

ROUTE                             SHIPPERS         PRICE                   SHIPPING
                                  INVOICE        AUTHORITY    STCC         METHOD
CSXT ESTL   UP                                  CSXT 54321  3295234       PREPAID

SHIPPER                                   CONSIGNEE
WR GRACE & CO              3GXRMF         EQUILIBRIUM CATALYST INC       HHU70F
DAVIDSON CHEMICAL DIV                     1815 GAUCHO CIRCLE
5500 CHEMICAL RD                          1815 GAUCHO CIRCLE
BALTIMORE         MD 21226                HOUSTON                 TX

ORIGIN                                    DESTINATION
       070121 BALTIMORE, MD                       052628 HOUSTON, TX


DESCRIPTION OF ARTICLES       WEIGHT  PCKGS UNITS    RATE   QL   FREIGHT    ADVANCES    PREPAID
CLAY, PROCESSED FOR       BAS 185450  C/L     1   8153.00   PC   8153.00                8153.00
                          FUEL-SC            1787    .22    PM    393.00                 393.00
                                             TOTAL CHARGES       8546.00                8546.00

RATE CODE: PC = PER CAR    PM = PER MILE

                                  CARE OF:
                                      FRIEDMAN INDUSTRIES            B9ZG05
                                      4001 HOMESTEAD RD
                                      HOUSTON                TX

RATE INFO:
   PROFILE NUMBER:  23333




WR GRACE & CO
ATTN: ACCTS PAYABLE
BLDG 30
7500 GRACE DRIVE
COLUMBIA MD  21044-4098
```



```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                                          PAGE NO:01
                                    ORIGINAL FREIGHT BILL
                                                                      FINANCE CHARGE 12%/YEAR ON
                                                                      BILLS PAID AFTER DUE DATE
_____
DIRECT QUESTIONS TO:            MAIL PAYMENTS TO:              DUE DATE      AMOUNT DUE
POST PETITION                   CSXT N/A 011504                10/04/07      8546.00
904-366-3807                    P.O. BOX 640839
                                PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406
                       FREIGHT BILL NO: 22312356   DATE: 09/19/07  Y77783
_____
                                          BILLING       WAYBILL              BILL OF LADING
CAR         KIND    LENGTH  CAPACITY  HEIGHT   ROAD    NUMBER   DATE       NUMBER        DATE
FURX 893503 C614            5660               712    827916 09/19/07     85224230     09/19/07
_____
ROUTE                                SHIPPERS        PRICE                    SHIPPING
                                     INVOICE       AUTHORITY    STCC          METHOD
CSXT ESTL   UP                                   CSXT 54321   3295234        PREPAID
_____
SHIPPER                                   CONSIGNEE
WR GRACE & CO              3GXRMF         EQUILIBRIUM CATALYST INC          HHU70F
DAVIDSON CHEMICAL DIV                     1815 GAUCHO CIRCLE
5500 CHEMICAL RD                          1815 GAUCHO CIRCLE
BALTIMORE           MD 21226              HOUSTON                TX
_____
ORIGIN                                    DESTINATION
       070121 BALTIMORE, MD                      052628 HOUSTON, TX

_____
DESCRIPTION OF ARTICLES       WEIGHT  PCKGS UNITS    RATE  QL  FREIGHT   ADVANCES    PREPAID
CLAY, PROCESSED FOR       BAS 184900  C/L     1   8153.00  PC  8153.00               8153.00
                          FUEL-SC            1787     .22  PM   393.00                393.00
                                     TOTAL CHARGES           8546.00                 8546.00

RATE CODE: PC = PER CAR     PM = PER MILE
                                    CARE OF:
                                        FRIEDMAN INDUSTRIES              B9ZG05
                                        4001 HOMESTEAD RD
                                        HOUSTON                TX

RATE INFO:
   PROFILE NUMBER:  23333
_____

WR GRACE & CO
ATTN: ACCTS PAYABLE
BLDG 30
7500 GRACE DRIVE
   COLUMBIA MD  21044-4098
```



```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                              PAGE NO:01
                                      ORIGINAL FREIGHT BILL
                                                                        FINANCE CHARGE 12%/YEAR ON
                                                                        BILLS PAID AFTER DUE DATE
_____

DIRECT QUESTIONS TO:           MAIL PAYMENTS TO:                  DUE DATE      AMOUNT DUE
POST PETITION                  CSXT N/A 011504                    10/09/07       8546.00
904-366-3807                   P.O. BOX 640839
                               PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406
                               FREIGHT BILL NO: 22370306   DATE: 09/24/07   Y77783
_____
                                          BILLING      WAYBILL             BILL OF LADING
CAR         KIND    LENGTH  CAPACITY  HEIGHT  ROAD     NUMBER    DATE       NUMBER      DATE
NAHX 550566 C614            5165              712      988578 09/24/07     85224231   09/24/07
_____
ROUTE                           SHIPPERS       PRICE                    SHIPPING
                                INVOICE      AUTHORITY    STCC          METHOD
CSXT ESTL   UP                             CSXT 54321  3295234        PREPAID
_____
SHIPPER                                   CONSIGNEE
WR GRACE & CO              3GXRMF         EQUILIBRIUM CATALYST INC          HHU70F
DAVIDSON CHEMICAL DIV                     1815 GAUCHO CIRCLE
5500 CHEMICAL RD                          1815 GAUCHO CIRCLE
BALTIMORE          MD 21226               HOUSTON                    TX
_____
ORIGIN                                    DESTINATION
     070121 BALTIMORE, MD                      052628 HOUSTON, TX
_____

DESCRIPTION OF ARTICLES     WEIGHT PCKGS UNITS    RATE   QL  FREIGHT   ADVANCES   PREPAID
CLAY, PROCESSED FOR      BAS 180650 C/L    1   8153.00   PC  8153.00              8153.00
                         FUEL-SC         1787      .22   PM   393.00               393.00
                                       TOTAL CHARGES        8546.00               8546.00

RATE CODE: PC = PER CAR     PM = PER MILE

                                  CARE OF:
                                      FRIEDMAN INDUSTRIES              B9ZG05
                                      4001 HOMESTEAD RD
                                      HOUSTON                    TX

RATE INFO:
    PROFILE NUMBER:  23333


_____

WR GRACE & CO
ATTN: ACCTS PAYABLE
BLDG 30
7500 GRACE DRIVE
COLUMBIA MD   21044-4098
```



```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                                    PAGE NO:01
                                         ORIGINAL FREIGHT BILL
                                                                        FINANCE CHARGE 12%/YEAR ON
                                                                        BILLS PAID AFTER DUE DATE

DIRECT QUESTIONS TO:              MAIL PAYMENTS TO:             DUE DATE      AMOUNT DUE
POST PETITION                     CSXT N/A 011504               12/18/03         275.00
904-366-3807                      P.O. BOX 630228
                                  CINCINNATI    OH 45263-0228
FAX NUMBER: (904) 366-4406
                           FREIGHT BILL NO:   4124777    DATE: 12/03/03   Y69625

                                         BILLING    WAYBILL              BILL OF LADING
CAR          KIND    LENGTH   CAPACITY   HEIGHT     ROAD    NUMBER   DATE      NUMBER    DATE
PROX 098789  T419             34182                 712    802385 11/24/03   001127KR   11/24/03

ROUTE                                    SHIPPERS      PRICE                   SHIPPING
                                         INVOICE      AUTHORITY    STCC        METHOD
CSXT                                     001127KR                 4905752     PREPAID

SHIPPER                                  CONSIGNEE
KINETIC RESOURCES LPG       B8ZS02       CONOCOPHILLIPS CO                    2TPR8T
SUITE 507                                1400 PARK WAY (LINDEN)
201 N FRONT ST                           BAYWAY              NJ 07036
SARNIA            ON N7T7T9

ORIGIN                                   DESTINATION
       089241 BUFFALO, NY                       039225 BAYWAY, NJ

DESCRIPTION OF ARTICLES         WEIGHT PCKGS UNITS   RATE  QL   FREIGHT   ADVANCES   PREPAID
PETROLEUM GASES, LIQUEFIE       RECGN  DIV   T/C                          275.00     275.00


SPECIAL INSTRUCTIONS
    PER DV11240402

REVENUE W/B REF   103-047130-676302-11/21/03
           CAR: PROX 098789 TRLR:




WR GRACE & CO
ATTN EVELYN SMITH
P O BOX 3247
LAKE CHARLES LA   70602
```

**CSX TRANSPORTATION**

```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                         PAGE NO:01
                              ORIGINAL FREIGHT BILL
                                                          FINANCE CHARGE 12%/YEAR ON
                                                          BILLS PAID AFTER DUE DATE
```

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 011504 | 12/17/03 | 275.00 |
| 904-366-3807 | P.O. BOX 630228 | | |
| | CINCINNATI   OH 45263-0228 | | |
| FAX NUMBER: (904) 366-4406 | | | |

FREIGHT BILL NO:   4107693    DATE: 12/02/03    Y69625

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| PROX 081504 | T389 | | 34027 | | 712 | 963435 | 11/24/03 | 001129KR | 11/24/03 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT | 001129KR | | 4905752 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| KINETIC RESOURCES LPG | B8ZS02 | CONOCOPHILLIPS CO | 2TPR8T |
| SUITE 507 | | 1400 PARK WAY (LINDEN) | |
| 201 N FRONT ST | | BAYWAY          NJ 07036 | |
| SARNIA          ON N7T7T9 | | | |

| ORIGIN | DESTINATION |
|---|---|
| 089241 BUFFALO, NY | 039225 BAYWAY, NJ |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| PETROLEUM GASES, LIQUEFIE | RECGN | DIV | T/C | | | | 275.00 | 275.00 |

```
SPECIAL INSTRUCTIONS
    PER DV11240400

REVENUE W/B REF   103-047130-676304-11/21/03
          CAR: PROX 081504 TRLR:
```

```
WR GRACE & CO
ATTN EVELYN SMITH
P O BOX 3247
LAKE CHARLES LA   70602
```

Case 01-01139-AMC    Doc 17854-3    Filed 01/18/08    Page 13 of 17



```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                           PAGE NO:01
                                ORIGINAL FREIGHT BILL
                                                        FINANCE CHARGE 12%/YEAR ON
                                                        BILLS PAID AFTER DUE DATE

DIRECT QUESTIONS TO:         MAIL PAYMENTS TO:           DUE DATE     AMOUNT DUE
POST PETITION                CSXT N/A 011504             12/18/03        275.00
904-366-3807                 P.O. BOX 630228
                             CINCINNATI   OH 45263-0228
FAX NUMBER: (904) 366-4406
                        FREIGHT BILL NO:  4124810   DATE: 12/03/03   Y69625

                                      BILLING     WAYBILL            BILL OF LADING
CAR        KIND    LENGTH  CAPACITY  HEIGHT  ROAD   NUMBER   DATE    NUMBER      DATE
PROX 030299  T389                            712   997824 11/24/03  001125KR   11/24/03

ROUTE                                 SHIPPERS       PRICE                    SHIPPING
                                      INVOICE      AUTHORITY     STCC         METHOD
CSXT                                  001125KR                   4905752      PREPAID

SHIPPER                                   CONSIGNEE
KINETIC RESOURCES LPG       B8ZS02        CONOCOPHILLIPS CO                  2TPR8T
SUITE 507                                 1400 PARK WAY (LINDEN)
201 N FRONT ST                            BAYWAY              NJ 07036
SARNIA            ON N7T7T9

ORIGIN                                    DESTINATION
      089241 BUFFALO, NY                        039225 BAYWAY, NJ

DESCRIPTION OF ARTICLES      WEIGHT PCKGS UNITS    RATE QL   FREIGHT   ADVANCES   PREPAID
PETROLEUM GASES, LIQUEFIE    RECGN DIV    T/C                           275.00     275.00


SPECIAL INSTRUCTIONS
    PER DV11240396

REVENUE W/B REF   103-047130-676301-11/21/03
          CAR: PROX 030299 TRLR:




WR GRACE & CO
ATTN EVELYN SMITH
P O BOX 3247
LAKE CHARLES LA  70602
```

**CSX TRANSPORTATION**

```
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                          PAGE NO:01
                                ORIGINAL FREIGHT BILL
                                                         FINANCE CHARGE 12%/YEAR ON
                                                         BILLS PAID AFTER DUE DATE
_____
DIRECT QUESTIONS TO:           MAIL PAYMENTS TO:            DUE DATE    AMOUNT DUE
POST PETITION                  CSXT N/A 011504              03/23/06       505.98
904-366-3807                   P.O. BOX 640839
                               PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406
                          FREIGHT BILL NO:  5264151    DATE: 03/08/06  Y69625
_____
                                          BILLING      WAYBILL           BILL OF LADING
CAR         KIND   LENGTH  CAPACITY  HEIGHT  ROAD    NUMBER   DATE      NUMBER       DATE
ACFX 048570 C113            4650              712    808936 04/10/01  00080734544  04/10/01

ROUTE                                     SHIPPERS      PRICE                  SHIPPING
                                          INVOICE    AUTHORITY    STCC         METHOD
CSXT ESTL    BNSF                                    CSXT 3000   1491950       PREPAID
_____
SHIPPER                                   CONSIGNEE
WR GRACE & CO                   3GXR14    WR GRACE & CO                    3GXRBA
HIGHWAY 221                               PHOENIX               AZ
KEARNEY            SC 29335
_____
ORIGIN                                    DESTINATION
       012767 KEARNEY, SC                        019700 PHOENIX, AZ

_____
DESCRIPTION OF ARTICLES       WEIGHT PCKGS UNITS    RATE  QL   FREIGHT   ADVANCES   PREPAID
VERMICULITE, CRUDE,       BAS 195300 C/L    1      89.77  PT   8766.04              8766.04
                              FUEL-SC       1       2.00  PW    175.32               175.32
                                          TOTAL CHARGES        8941.36              8941.36

RATE CODE: PT = NET TONS      PW = PER CENT
TOTAL NET TONS:    97.650


EQUIPMENT   KIND   GROSS    TARE   ALLOW    NET
ACFX 048570 C113  259100   63800          195300
TOTAL CARS:        1




_____
WR GRACE & CO                       TOTAL CHARGES         8941.36
ATTN LOGISTICS DEPT                 PAYMENT RECEIVED      8435.38    05/25/01
62 WHITTEMORE AVE
CAMBRIDGE MA   02140-1692
```

```
                                                                                    CSX
                                                                                TRANSPORTATION
CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                         PAGE NO:01
                                    ORIGINAL FREIGHT BILL
                                                                   FINANCE CHARGE 12%/YEAR ON
                                                                   BILLS PAID AFTER DUE DATE
_____
DIRECT QUESTIONS TO:            MAIL PAYMENTS TO:              DUE DATE      AMOUNT DUE
POST PETITION                   CSXT N/A 011504                06/22/01          402.42
904-366-3807                    P.O. BOX 640839
                                PITTSBURGH   PA 15264-0839
FAX NUMBER: (904) 366-4406
                            FREIGHT BILL NO:  5359185   DATE: 06/07/01   Y69625
_____
                                            BILLING      WAYBILL              BILL OF LADING
CAR         KIND   LENGTH  CAPACITY HEIGHT   ROAD      NUMBER     DATE       NUMBER        DATE
NAHX 058316 C114            5852              712     818807    04/18/01   00080737500   04/18/01
_____
ROUTE                                   SHIPPERS         PRICE                SHIPPING
                                        INVOICE        AUTHORITY    STCC      METHOD
CSXT ESTL   BNSF                                       CSXT 3000   1491950    PREPAID
_____
SHIPPER                                 CONSIGNEE
WR GRACE & CO                 3GXR14    WR GRACE & CO                         3GXRBA
HIGHWAY 221                             PHOENIX                   AZ
KEARNEY            SC 29335
_____
ORIGIN                                  DESTINATION
        012767 KEARNEY, SC                      019700 PHOENIX, AZ

_____
DESCRIPTION OF ARTICLES      WEIGHT PCKGS UNITS    RATE QL   FREIGHT    ADVANCES    PREPAID
VERMICULITE, CRUDE,       BAS 186100 C/L    1     89.77 PT   8353.10                8353.10
                          FUEL-SC            1     2.00 PW    167.06                 167.06
                                          TOTAL CHARGES      8520.16                8520.16

RATE CODE: PT = NET TONS     PW = PER CENT
TOTAL NET TONS:   93.050


  EQUIPMENT   KIND   GROSS    TARE   ALLOW    NET
  NAHX 058316 C114  257100   71000           186100
  TOTAL CARS:    1

RATE INFO:
  PROFILE NUMBER:  0016




_____
WR GRACE & CO                        TOTAL CHARGES       8520.16
ATTN LOGISTICS DEPT                  PAYMENT RECEIVED    8117.74     05/25/01
 62 WHITTEMORE AVE
 CAMBRIDGE MA   02140-1692
```

**CSX TRANSPORTATION**

CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053

PAGE NO:01

ORIGINAL FREIGHT BILL

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 011504 | 03/30/05 | 118.95 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH  PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | | | |

FREIGHT BILL NO:  3144260   DATE: 03/15/05  Y69625

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| CSXT 250517 | C113 | | 4750 | | 712 | 805401 | 09/19/03 | 81519625 | 09/19/03 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT | | CSXT 3504 | 1491950 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| WR GRACE & CO | 3GXR14 | WR GRACE & CO | 3GXRKV |
| HIGHWAY 221 | | 1200 NW 15TH AVE | |
| KEARNEY    SC 29335 | | POMPANO BEACH    FL 33060 | |

| ORIGIN | DESTINATION |
|---|---|
| 012767 KEARNEY, SC | 026625 POMPANO BEACH, FL |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| VERMICULITE, CRUDE, | BAS 190500 | | 1 | 33.14 | PT | 3156.59 | | 3156.59 |
| VERMICULITE, CRUDE, | | | | | | | | |
| | FUEL-SC | | 1 | 3.20 | PW | 101.01 | | 101.01 |
| | | | TOTAL CHARGES | | | 3257.60 | | 3257.60 |

RATE CODE: PT = NET TONS     PW = PER CENT
TOTAL NET TONS:   95.250

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| CSXT 250517 | C113 | 250800 | 60300 | | 190500 |

TOTAL CARS:       1

RATE INFO:
  RATING STCC:  1491950
  PROFILE NUMBER:  0009

| | | | |
|---|---|---|---|
| WR GRACE & CO | TOTAL CHARGES | 3257.60 | |
| ATTN LOGISTICS DEPT | PAYMENT RECEIVED | 3138.65 | 10/27/03 |
| 62 WHITTEMORE AVE | | | |
| CAMBRIDGE MA   02140-1692 | | | |

**CSX TRANSPORTATION**

CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053

ORIGINAL FREIGHT BILL

PAGE NO:01

FINANCE CHARGE 12%/YEAR ON
BILLS PAID AFTER DUE DATE

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 011504 | 01/04/08 | 69.45 |
| 904-366-3807 | P.O. BOX 640839 | | |
| | PITTSBURGH  PA 15264-0839 | | |
| FAX NUMBER: (904) 366-4406 | | | |

FREIGHT BILL NO:  3871028   DATE: 12/20/07  Y69625

| CAR | KIND | LENGTH | CAPACITY | HEIGHT | BILLING ROAD | WAYBILL NUMBER | DATE | BILL OF LADING NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|
| PLCX 042844 | C214 | | 5820 | | 712 | 801729 | 09/30/03 | 00081530453 | 09/30/03 |

| ROUTE | SHIPPERS INVOICE | PRICE AUTHORITY | STCC | SHIPPING METHOD |
|---|---|---|---|---|
| CSXT CHGO   CN | | CSXT 51855 | 3295110 | PREPAID |

| SHIPPER | | CONSIGNEE | |
|---|---|---|---|
| WR GRACE & CO | 3GXR14 | MARSHFIELD DOOR SYSTEMS INC | I6QN00 |
| HIGHWAY 221 | | MARSHFIELD           WI | |
| HIGHWAY 221 | | | |
| KEARNEY        SC 29335 | | | |

| ORIGIN | DESTINATION |
|---|---|
| 012767 KEARNEY, SC | 056289 MARSHFIELD, WI |

| DESCRIPTION OF ARTICLES | WEIGHT | PCKGS | UNITS | RATE | QL | FREIGHT | ADVANCES | PREPAID |
|---|---|---|---|---|---|---|---|---|
| VERMICULITE, OTHER THAN | BAS 35700 | | 1 | 121.58 | TR | 2170.20 | | 2170.20 |
| | FUEL-SC | | 1 | 3.20 | PW | 69.45 | | 69.45 |
| | | | | TOTAL CHARGES | | 2239.65 | | 2239.65 |

RATE CODE: TR = PER TRAILER    PW = PER CENT

| EQUIPMENT | KIND | GROSS | TARE | ALLOW | NET |
|---|---|---|---|---|---|
| PLCX 042844 | C214 | 104800 | 69100 | | 35700 |

TOTAL CARS:       1

WR GRACE & CO            TOTAL CHARGES       2239.65
5500 CHEMICAL ROAD       PAYMENT RECEIVED    2170.20     12/29/03
BALTIMORE MD   21226