

```
TRANSFLO
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S/J686
JACKSONVILLE FL 32216                                                      PAGE NO:01
                                   ORIGINAL INCIDENTAL BILL


 DIRECT QUESTIONS TO:                     MAIL PAYMENTS TO:              DUE DATE    AMOUNT DUE
 POST PETITION                            TRANSFLO                       12/14/07       142.09
 904-366-3807                             P.O. BOX 640839
                                          PITTSBURGH    PA 15264-0839

 FAX NUMBER: (904) 366-4406
                      INCIDENTAL BILL NO: 23175223   DATE: 11/29/07  Y77783
_____
                                                BILLING    WAYBILL              BILL OF LADING
 CAR          KIND    LENGTH   CAPACITY  HEIGHT    STCC      ROAD    NUMBER  DATE         NUMBER         DATE
 NAHX 550166                                     3295234     712    057804 11/24/07       85236146       09/17/07
_____
 SHIPPER                                         ORIGIN
 GRACE W R & CO                                  087444 WIXOM, MI


_____
 DESCRIPTION OF SERVICES     SERV  ACCD   WEIGHT    PCKGS     UNITS      RATE  QL     CHARGES
 TRANSFER                    7150   150    43720                .00     .3250 PH       142.09
 IMPERIAL OIL PRODUCT (NANTI CO    NANTI COKE                ON
 CONSIGNEE PO: H343488
 SHIPPER NO: 3291440         TRANSFER DATE: 11/21/07
 PRODUCT: CATALYST - ADVANTA-1680
 TRAILER ID: 1603            TRANSFLO AUDIT#       10000

 RATE CODE: PH = 100 WEIGHT


 ARR DES   09/26/2007


 ORIGINAL W/B REF  712-070121-908973-09/17/07
           CAR: NAHX 550166
           CITY: BALTIMORE          ST: MD
```

_____

```
 WR GRACE & CO
 ATTN: ACCTS PAYABLE
 BLDG 30
 7500 GRACE DRIVE
 COLUMBIA MD  21044-4098
```



```
TRANSFLO
CUSTOMER ACCOUNTING DEPT
6735 SOUTHPOINT DR. S/J686
JACKSONVILLE FL 32216                                                    PAGE NO:01
                                    ORIGINAL INCIDENTAL BILL


DIRECT QUESTIONS TO:                MAIL PAYMENTS TO:             DUE DATE     AMOUNT DUE
POST PETITION                       TRANSFLO                      03/18/06         263.40
904-366-3807                        P.O. BOX 640839
                                    PITTSBURGH    PA 15264-0839
FAX NUMBER: (904) 366-4406
                    INCIDENTAL BILL NO: 15279323   DATE: 03/03/06  Y69625
_____
                                              BILLING    WAYBILL            BILL OF LADING
CAR           KIND   LENGTH   CAPACITY HEIGHT   STCC   ROAD    NUMBER  DATE    NUMBER         DATE
NAHX 550164                           3295234   712    056171 02/25/06 82408080/A40391 01/25/06
_____
SHIPPER                                        ORIGIN
GRACE W R & CO                                 087444 WIXOM, MI


_____
DESCRIPTION OF SERVICES        SERV  ACCD   WEIGHT    PCKGS    UNITS       RATE  QL    CHARGES
TRANSFER                       7150   150    44000               .00       .30   PH     132.00
IMPERIAL OIL PRODUCT (NANTI CO     NANTI COKE              ON
PROD CODE: CATALYST      SHIPPER NO: 2696212    TRANSFER DATE: 02/22/06
TRAILER ID: 16178        TRANSFLO AUDIT#      7772
TRANSFER                       7150   150    43800               .00       .30   PH     131.40
IMPERIAL OIL PRODUCT (NANTI CO     NANTI COKE              ON
PROD CODE: CATALYST      SHIPPER NO: 2696224    TRANSFER DATE: 02/23/06
TRAILER ID: 16178        TRANSFLO AUDIT#      7776
                                                       TOTAL CHARGES              263.40

RATE CODE: PH = 100 WEIGHT


ARR DES    02/16/2006


ORIGINAL W/B REF  400-002751-238903-01/25/06
          CAR: NAHX 550164
          CITY: WEST LAKE CHARLES       ST: LA
_____


WR GRACE & CO
ATTN: ACCTS PAYABLE
BLDG 30
7500 GRACE DRIVE
COLUMBIA MD  21044-4098
```