**CSX**
TRANSPORTATION

CSX TRANSPORTATION
CUSTOMER ACCOUNTING DEPT
P. O. BOX 44053
JACKSONVILLE FL 32231-4053                                               PAGE NO:01

ORIGINAL INCIDENTAL BILL

| DIRECT QUESTIONS TO: | MAIL PAYMENTS TO: | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| POST PETITION | CSXT N/A 011504 | 06/21/05 | 216.00 |
| 904-366-3807 | P.O. BOX 532652 | | |
| | ATLANTA    GA 30353-2652 | | |
| FAX NUMBER: (904) 366-4406 | | | |

INCIDENTAL BILL NO: 11740165   DATE: 06/06/05  Y69625

| | | | | | | BILLING | WAYBILL | | | BILL OF LADING | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAR | KIND | LENGTH | CAPACITY | HEIGHT | STCC | ROAD | NUMBER | DATE | | NUMBER | DATE |
| UTLX 057968 | T105 | | 20509 | | 2821122 | 712 | 071195 | 06/03/05 | NS | | 06/03/05 |

SHIPPER                                    ORIGIN
WR GRACE & CO                    3GXRNG   040599 CHICAGO, IL
6050 W 51ST ST  (CN)
CHICAGO           IL 6063

| DESCRIPTION OF SERVICES | SERV | ACCD | WEIGHT | PCKGS UNITS | RATE | QL | CHARGES |
|---|---|---|---|---|---|---|---|
| SWTCHING RECIPROCAL UNABSORBED | 1370 | 104A | 00176000 | C/L | 216.00 | PC | 216.00 |
| ON-COMING RECIPROCAL | | | | | | | |
| SWITCH BY CN | | | | | | | |
| CSXT ABSORPTION $350.00 | | | | | | | |
| FOREIGN PRICE AUTH: | | | | | | | |
| CSXT PRICE AUTH: CSXT 8100 | | | | | | | |

RATE CODE: PC = PER CAR

SERVICE DATE- 08/09/04
CLASS TRAFFIC- SWITCHING

ORIGINAL W/B REF  712-040599-699302-08/09/04
          CAR: UTLX 057968 TRLR:
          CITY: CHICAGO              ST: IL

WR GRACE & CO
HIGHWAY 221
ENOREE SC  29335