IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 28, 2008, AT 1:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, JANUARY 24,
2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING
CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO.
7709]**

**CONTINUED MATTERS**

1.    Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06]
      (Docket No. 13415)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.    [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 12/17/07] (Docket No. 17643)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

a.    Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: The parties continue to work on the form of a stipulation resolving the Debtors' objection to the claims of NL Industries, Inc.  This matter is continued to February 25, 2008, at 1:00 p.m.

2.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

a.    [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 12/17/07] (Docket No. 17641)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to February 25, 2008, at 1:00 p.m.

## UNCONTESTED MATTERS

3.    Debtors' Second Application Requesting the Approval of an Order Authorizing the Further Expansion of the Scope of Services to Be Provided By Deloitte & Touche LLP to the Debtors to Include Certain Enterprise Risk Management Services and Crisis Management Planning Services [Filed: 12/21/07] (Docket No. 17691)

Related Documents:

a.    [Proposed] Order Authorizing the Further Expansion of the Scope of Services to Be Provided By Deloitte & Touche LLP to the Debtors to Include Certain Enterprise Risk Management Services and Crisis Management Planning Services [Filed: 12/21/07] (Docket No. 17691)

b.    Exhibit A – Affidavit of Edmond Landry in Support of the Debtors' Second Application Requesting the Approval of an Order Authorizing the Further Expansion of the Scope of Services to Be Provided By Deloitte & Touche LLP to

the Debtors to Include Certain Enterprise Risk Management Services and Crisis Management Planning Services [Filed: 1/9/07] (Docket No. 17790)

**c.      Certification of No Objection Regarding Debtors' Second Application Requesting the Approval of an Order Authorizing the Further Expansion of the Scope of Services to Be Provided By Deloitte & Touche LLP to the Debtors to Include Certain Enterprise Risk Management Services and Crisis Management Planning Services [Filed: 1/16/08] (Docket No. 17848)**

Response Deadline: January 11, 2008, at 4:00 p.m. *(extended until January 15, 2008, at 4:00 p.m. for the United States Trustee)*

Responses Received:  None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Application.**

## CONTESTED MATTERS

4.      Motion of the Debtors for Entry of an Order Authorizing the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17670)

Related Documents:

a.      [Proposed] Order Authorizing the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17670, Exhibit B)

Response Deadline: January 11, 2008, at 4:00 p.m. *(extended to January 25, 2008 for the Official Committee of Asbestos Personal Injury Claimants, the Future Claimants' Representative, and the OII Steering Committee)*

Responses Received:

a.      Objection of the City of Cambridge, Massachusetts to Motion of Debtors for Entry of an order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17804)

b.      Limited Objection By Tyco Healthcare Group LP to Proposed Settlement Between Debtors and the United States Regarding Superfund Sites [Filed: 1/11/08] (Docket No. 17805)

c.      Response of the State of Montana, Department of Environmental Quality to Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17806)

d.      Kaneb Pipe Line Operating Partnership, L.P.'s and Support Terminal Services, Inc.'s Response to Debtors' Motion for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17814)

**Status:** **The parties have agreed to continue this matter until February 25, 2008, at 1:00 p.m.**

5.   Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay [Filed: 12/21/08] (Docket No. 17685)

Related Documents:

a.   [Proposed] Order Granting  Motion of City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

Response Deadline: January 11, 2008, at 4:00 p.m.

Responses Received:

a.   Debtors' Objection to the Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

Status: This matter will go forward.

## STATUS CONFERENCE ON ADV. PRO. NO. 01-8810

6.   *Jackie Lewis, et al. v. W. R. Grace & Co., et al. (Adv. Pro. No. 01-8810)*

a.   [Signed] Order on Rule to Show Cause Why Adversary Proceeding Should Not Be Dismissed for Failure to Prosecute [Filed: 12/7/07] (Adv. Pro. No. 01-8810, Docket No. 10)

Status: A status conference will go forward on this matter.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

7.   Debtors' Motion to Disallow and Expunge the Allegheny Center Duplicate Claims [Filed: 11/9/07] (Docket No. 17328)

Related Documents:

a.   [Proposed] Order [Filed: 11/9/07] (Docket No. 17328)

Response Deadline: November 30, 2007, at 4:00 p.m.

Responses Received:

a.   Memorandum in Opposition to Debtors' Motion to Disallow and Expunge Claim Nos. 11036 and 11037 as Duplicate Claims [Filed: 11/30/07] (Docket No. 17506]

Status:  Argument will go forward on this matter.

8.   Status Conference on Speights' Motion to Alter or Amend the Court's Opinion Disallowing 71 Claims

Status:  This matter will go forward.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

9.    Status Conference on PI Estimation Issues Including Discovery From the Lawyer
      Witnesses Steven Snyder, Peter Kraus, John Cooney, and Theodore Goldberg

      Status: A status conference will go forward on this matter.


Dated: January __/8__, 2008

                            KIRKLAND & ELLIS LLP
                            David M. Bernick, P.C.
                            Janet S. Baer
                            200 East Randolph Drive
                            Chicago, IL  60601
                            Telephone:  (312) 861-2000
                            Facsimile:  (312) 861-2200

                            -and–

                            PACHULSKI STANG ZIEHL & JONES LLP

                            Laura Davis Jones (Bar No. 2436)
                            James E. O'Neill (Bar No. 4042)
                            Timothy P. Cairns (Bar No. 4228)
                            919 North Market Street, 17th Floor
                            Wilmington, DE  19801
                            Telephone:  (302) 652-4100
                            Facsimile:  (302) 652-4400

                            Co-Counsel for the Debtors and Debtors in Possession