IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

## WRG-0084
## EVALUATION OF POSSIBLE INFRINGEMENT OF
## GRACE PATENT ON OXYGEN SCAVENGING

| 11/01/2007 | GHL | Telephone conference with Mr. Williams regarding status of negotiations with third party regarding use of oxygen scavenging technology, and review of further Grace patents covering variations of the technology as possibly relevant to the negotiations. | 1.20 |
|---|---|---|---|

|  |  | SERVICES |  |  | $ | 636.00 |

| | GHL | GARY H. LEVIN | 1.20 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**  $  **636.00**

## WRG-0085
## EVALUATION OF THIRD-PARTY PATENTS
## RELATING TO CONSTRUCTION MEMBRANE PRODUCTS

| 11/27/2007 | GHL | Evaluation of Grace's freedom-to-operate with respect to proposed construction membrane in view of third-party patents, including review of the background materials received from Mr. Williams, including materials relating to the proposed products, preliminary review of the patents and prior art identified by Mr. Williams; | 1.40 |
| --- | --- | --- | --- |
| 11/27/2007 | HDP | Initial review of materials from client relevant to opinion and organizing for in-depth review. | 1.90 |

|  |  | SERVICES |  |  | $ | 1,692.00 |

|  | GHL | GARY H. LEVIN | 1.40 | hours @ | $530.00 |
| --- | --- | --- | --- | --- | --- |
|  | HDP | HENRIK D. PARKER | 1.90 | hours @ | $500.00 |

**INVOICE TOTAL** $ **1,692.00**

## WRG-GEN

| 11/07/2007 | GHL | Fee Application, Applicant -- Preparation of monthly petitions and quarterly summary petition for 26th Quarterly Interim Period. | 1.10 |
|---|---|---|---|

|  | SERVICES | $ | 583.00 |
|---|---|---|---|

| | GHL | GARY H. LEVIN | 1.10 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**     $     **583.00**