# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 8, 2008
Invoice 849943 Page 1

| Our Matter # | 02399/06091 | For Services Through 12/31/07 |
| Name of Matter: | Fee Applications | |

| | | | | |
|---|---|---|---|---|
| 12/18/07 | Edit and approve September fee application.<br>B.J. BURN | 0.20 hrs. | 230.00/hr | $46.00 |
| 12/18/07 | Follow up on status of July Certificate of No Objection.<br>B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |
| 12/18/07 | Edit and approve November fee application.<br>B.J. BURN | 0.20 hrs. | 230.00/hr | $46.00 |
| 12/18/07 | Draft fee applications for September, November and the 26th quarterly interim statement and send for review.<br>B. WRIGHT | 4.70 hrs. | 110.00/hr | $517.00 |
| 12/19/07 | Revise 26th Quarterly fee application and obtain copies of all invoices for the last few months.<br>B. WRIGHT | 1.00 hrs. | 110.00/hr | $110.00 |

**Fees for Legal Services** ................................................................................................. **$742.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.50 | 230.00 | 115.00 |
| B. WRIGHT | 5.70 | 110.00 | 627.00 |
| TOTAL | 6.20 | 119.68 | 742.00 |

**Net current billing for this invoice**.............................................................................. **$742.00**

**GRAND TOTAL** .............................................................................................................. **$742.00**

W. R. Grace & Co.

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 12/31/07

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $742.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice**................................................................. | | **$742.00** |
| **GRAND TOTAL** ................................................................................................ | | **$742.00** |

---

**Terms of Payment:  Balance due within thirty days of invoice date**

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

———

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701