# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### November-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 11/1/2007 | 1.5 | Financial Analysis | Review of comparable company 3Q results |
| Desiree Davis | 11/1/2007 | 3.0 | Hearings | Telephonic court hearing |
| Jason Solganick | 11/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/1/2007 | 1.0 | Financial Analysis | Review of comparable company 3Q results |
| Jason Solganick | 11/1/2007 | 3.0 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 11/1/2007 | 3.0 | Hearings | Telephonic court hearing |
| Maika Hemphill | 11/1/2007 | 1.5 | Financial Analysis | Review of comparable company 3Q results |
| Maika Hemphill | 11/1/2007 | 3.0 | Hearings | Telephonic court hearing |
| Desiree Davis | 11/2/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Jason Solganick | 11/2/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/2/2007 | 2.5 | Financial Analysis | Comparable company earnings call and analysis |
| Maika Hemphill | 11/2/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Jason Solganick | 11/5/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 11/6/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/6/2007 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/6/2007 | 2.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 11/6/2007 | 1.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/6/2007 | 4.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/7/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 11/8/2007 | 1.5 | Business Operations | Review of 10-Q |
| Desiree Davis | 11/8/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 11/8/2007 | 4.0 | Financial Analysis | Valuation analysis |
| Jason Solganick | 11/8/2007 | 2.0 | Business Operations | Review of 10-Q |
| Jason Solganick | 11/8/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/8/2007 | 4.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/8/2007 | 2.0 | Financial Analysis | Valuation analysis |
| Jonathan Brownstein | 11/8/2007 | 1.0 | Business Operations | Review of 10-Q |
| Jonathan Brownstein | 11/8/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/8/2007 | 2.5 | Financial Analysis | Valuation analysis |
| Joseph Radecki | 11/8/2007 | 1.0 | Business Operations | Review of 10-Q |
| Joseph Radecki | 11/8/2007 | 1.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/8/2007 | 1.5 | Business Operations | Review of 10-Q |
| Maika Hemphill | 11/8/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/8/2007 | 5.0 | Financial Analysis | Valuation analysis |
| Desiree Davis | 11/9/2007 | 2.5 | Financial Analysis | Comparable company earnings call and analysis |
| Desiree Davis | 11/9/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 11/9/2007 | 3.0 | Financial Analysis | Valuation analysis |
| Jason Solganick | 11/9/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/9/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 11/9/2007 | 3.5 | Financial Analysis | Valuation analysis |
| Jason Solganick | 11/9/2007 | 2.0 | Financial Analysis | Comparable company earnings call and analysis |
| Jonathan Brownstein | 11/9/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/9/2007 | 2.0 | Financial Analysis | Valuation analysis |
| Joseph Radecki | 11/9/2007 | 2.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/9/2007 | 1.0 | Financial Analysis | Valuation analysis |
| Maika Hemphill | 11/9/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Maika Hemphill | 11/9/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/9/2007 | 4.0 | Financial Analysis | Valuation analysis |
| Desiree Davis | 11/12/2007 | 2.0 | Business Operations | Review of Q3 performance presentation |
| Desiree Davis | 11/12/2007 | 3.0 | Financial Analysis | Valuation analysis |
| Jason Solganick | 11/12/2007 | 2.0 | Business Operations | Review of Q3 performance presentation |
| Jason Solganick | 11/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/12/2007 | 3.0 | Financial Analysis | Valuation analysis |
| Jonathan Brownstein | 11/12/2007 | 1.0 | Business Operations | Review of Q3 performance presentation |
| Jonathan Brownstein | 11/12/2007 | 2.0 | Financial Analysis | Valuation analysis |
| Joseph Radecki | 11/12/2007 | 1.0 | Business Operations | Review of Q3 performance presentation |
| Joseph Radecki | 11/12/2007 | 1.5 | Financial Analysis | Valuation analysis |
| Maika Hemphill | 11/12/2007 | 2.0 | Business Operations | Review of Q3 performance presentation |
| Maika Hemphill | 11/12/2007 | 5.0 | Financial Analysis | Valuation analysis |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### November-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 11/13/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/13/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/13/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/13/2007 | 4.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/13/2007 | 2.0 | Financial Analysis | POR analyses |
| Desiree Davis | 11/14/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/14/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/14/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/14/2007 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/14/2007 | 2.0 | Financial Analysis | POR analyses |
| Desiree Davis | 11/15/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 11/15/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/15/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/15/2007 | 1.5 | Financial Analysis | POR analyses |
| Jason Solganick | 11/15/2007 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/15/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/15/2007 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/15/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/15/2007 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/15/2007 | 1.5 | Financial Analysis | POR documentation |
| Desiree Davis | 11/16/2007 | 1.0 | Business Operations | Conference call re:  Q3 performance |
| Desiree Davis | 11/16/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 11/16/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 11/16/2007 | 1.0 | Business Operations | Conference call re:  Q3 performance |
| Jason Solganick | 11/16/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/16/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 11/16/2007 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/16/2007 | 1.0 | Business Operations | Conference call re:  Q3 performance |
| Jonathan Brownstein | 11/16/2007 | 2.5 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 11/16/2007 | 3.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 11/16/2007 | 1.0 | Financial Analysis | Claims analysis |
| Joseph Radecki | 11/16/2007 | 1.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/16/2007 | 1.0 | Business Operations | Conference call re:  Q3 performance |
| Maika Hemphill | 11/16/2007 | 3.0 | Financial Analysis | Claims analysis |
| Maika Hemphill | 11/16/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 11/19/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Desiree Davis | 11/19/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Jason Solganick | 11/19/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/19/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Jason Solganick | 11/19/2007 | 2.0 | Financial Analysis | Comparable company earnings call and analysis |
| Maika Hemphill | 11/19/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Maika Hemphill | 11/19/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Desiree Davis | 11/20/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/20/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 11/20/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/20/2007 | 3.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 11/20/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/20/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 11/21/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/21/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/21/2007 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/21/2007 | 4.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/21/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/21/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 11/22/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/22/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/22/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/22/2007 | 3.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/22/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 11/23/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/23/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/23/2007 | 5.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/23/2007 | 4.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/23/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/23/2007 | 3.0 | Financial Analysis | POR documentation |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
### November-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 11/26/2007 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 11/26/2007 | 4.0 | Hearings | Telephonic court hearing |
| Jason Solganick | 11/26/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/26/2007 | 5.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/26/2007 | 4.0 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 11/26/2007 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/26/2007 | 4.0 | Hearings | Telephonic court hearing |
| Joseph Radecki | 11/26/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/26/2007 | 3.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/26/2007 | 4.0 | Hearings | Telephonic court hearing |
| Desiree Davis | 11/27/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 11/27/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 11/27/2007 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/27/2007 | 3.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/27/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/27/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 11/28/2007 | 3.0 | Financial Analysis | Comparable company earnings and guidance calls and analysis |
| Desiree Davis | 11/28/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/28/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/28/2007 | 3.5 | Financial Analysis | POR documentation |
| Jason Solganick | 11/28/2007 | 3.0 | Financial Analysis | Comparable company earnings and guidance calls and analysis |
| Jonathan Brownstein | 11/28/2007 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/28/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/28/2007 | 4.0 | Financial Analysis | Comparable company earnings and guidance calls and analysis |
| Maika Hemphill | 11/28/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/29/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 11/30/2007 | 0.5 | Business Operations | Review of 8-K |
| Desiree Davis | 11/30/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Jason Solganick | 11/30/2007 | 0.5 | Business Operations | Review of 8-K |
| Jason Solganick | 11/30/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/30/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Jonathan Brownstein | 11/30/2007 | 0.5 | Business Operations | Review of 8-K |
| Maika Hemphill | 11/30/2007 | 0.5 | Business Operations | Review of 8-K |
| Maika Hemphill | 11/30/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |