# EXHIBIT B

## W.R. Grace
### Detail of expenses (November 1, 2007 – November 30, 2007)

Research
| | | |
|---|---|---|
| Jason Solganick | 11/01/07 | $ 259.48 |
| Jason Solganick | 11/09/07 | $   99.85 |
| | **Total Research:** | **$ 359.33** |

Telephone
| | | |
|---|---|---|
| Jason Solganick | 11/09/07 | $   36.13 |
| | **Total Telephone:** | **$   36.13** |

**TOTAL EXPENSES:**              $ 395.46