A

## In Re: W.R. Grace & Co. et al., Case No. 01-01139 (JFK)

### Confirmation of Receipt of Claim Form

We have received your completed Proof of Claim Form. Your claim has been assigned the claim number (CN) that appears on the front of this card, above your name, along with the Claim Form receipt date.

If you have any questions about your claim, you may call the Claims Agent toll-free from the United States, Canada and Puerto Rico at 1-800-432-1909.

If your address changes at any time during the claims period, you must notify the Claims Agent in writing at: Claims Agent, Re: WR Grace, P.O. Box 1620, Faribault, MN 55021-1620. Please include your full name, claim number and signature on all correspondence.

Sincerely,

Claims Agent

If you are calling from another country, you may make a toll call to the United States at 1-507-333-4565.

Mr Hiberling

Dear Sir
I do feel aggrieved by your refusal
to file a wrongful death action against W.R. Grace.
If this Co was not wrongful in dispensing their
product throual the Libby community then
they are innocent of over 100 wrongful death
Claims against them as well as all other Asbestos
Abuses and incidents here.
I refer you two letters sent to ANA.
If the Medical Community had of properly
charged W.R Grace Co with Medical costs,
the Mine would have been shut down in
the 80 ies. This because the Legal Battle to
fix Lebility would have been Published
in the Media, this would have saved
thousands from early death by Asbestosis. If
this had of happened Charlotte more I would
have Asbestosis and Kelly would still be alive.

At cost almost one Million for Willy's last
year of life he was not conscious untill the
last 6 months. All you have to do is multiply
by over 200 Asbestos related deaths in Libby
to give a understanding of Total cost. Remember
this was paid for with public money thru
Medicar an Insurance. The Total Liability
should have been on Grace Co.

In your closing of your letter you asked about the history of x rays and Dr Black, it is not the x rays but it is the C scans that give the total picture of Wallys Asbestos and I still have them, history follows.

Charlotte and I received permision from Dr Black to get x rays and Scans from the Hospital and to bring them for his review we did that, between the Hospital and his office we looked at the C scans and could clearly see the Asbestos's scaring of the lungs eny lay person can see it. We tuck them to his Office he tuck the envelopes and asked for a couple of days to review them we returned the next week at that time he gave Charlotte a verbal negitive review she asked for the x rays and C Scans back he returned the envelope with only the x rays she asked about the Scans he told her that was all that was in the envelope he obviously did not know that we had already revewed all in the envelope, we understood that they could have been misplaced in his Office axidentily We reliyzed their importance and emedittly drove to Kalisbell and got a copy of their C Scans of Wally, ~~there are now in my~~ possession posesition.

~~We did Take them out of State for Aerial~~

(( Pleaes forgive bad spelling and poor diction ))

Case 01-01139-AMC   Doc 17870-1   Filed 01/23/08   Page 4 of 17

... he personally knew Charlotte and her late Husband Willey. He gave a quick look and told her he could see the button in the brain tumor. He told her that a letter from him would do her no good unless it was requested by a attorney and told her he could. However, he assumed she wanted to get typed for a letter. This was before he joined up with Mr. Black.

The evidence I still have on hand are (1) x-rays (2) all his medical records (3) a notorized statement for Raymond Johnson (4) I have been a constant friend and companion to Charlotte for over the past 7 years and are witness to all stated here. You have deposed Charlotte before and know she is not capable of making false statements. A sampull of the material taken from Willys brain tumor was sent to C.D.C. I am sure that many were sent from Libby victims, I am sure they can confirm the unsureal bars of Vermiculite & Asbestos.

Willy was not Diagnoced with Cancer untill the last 6 months of his life. I am sure that any Dr. can tell you that a short time to be terminal taken a verbal statics, Asbestosis,

13-3

Charlotte wishes me to thank you from the bottom of her heart for your past help in these matters. She has been a resident in this house over 40 years, the asbestos clean up crews will by the end of next month have the yard cleaned of hazardous material they had used it in their garden, her kids played with it all 5 of her children have it she has it and of course her late husband died from asbestosis. It is hoped that is cleaned up so it does not infect a future generation.

In closing your letter you suggested she have this reviewed by other counsel it is hoped that you can give her reference to someone that might help her, better yet she hopes you will reconsider now that you have all before you. Again we thank you for your consideration of this

Sincerly

Charlotte Sorrell

Wrongful death charged against W. R. Grace & Co., Willy Schauss passed away in the spring of 1999. He had asbestosis that caused cancer throughout his body. However he did not die from these diseases. He died from natural causes, pneumonia as it was stated on his death certificate. There are three cash cows for the Medical Community, Asbestosis, Cancer and AIDS. The medications for these conditions are paid for by Benevolent Foundations. The high cost of dieing is from natural causes. The diseases above are enablers. They destroy the immune system, allowing death by expensive and painful natural causes, again, the real killers of the victims here in Libby are, Asbestosis and Cancer, making W.R. Grace & Co., guilty of Wrongful Death.

The lay person that reads this article will fully understand the honesty with which I wrote this down, as I, like Willy Schauss will probably die five years before my time, as will most all with Asbestosis. There are well over 200 already in our graveyard, and Dr Black has over 1500 asbestosis victims on his books. If all have lost five years on average, this represents a lot of years lost to the greed of W. R. Grace & Co. It is a fact that the last five years of life for these people is without much quality, so this figure is naturally doubled.

The day before Labor Day, I saw a show on channel 7 about asbestosis here in Libby. I in this program welcomed our late Governor to Libby. I asked her the only pertinent question of the day, in that the state of Montana had known of the danger of asbestosis since 1955, and that it was criminal and unconstitutional not to warn and inform the people that they were living in harm's way. She, being a politician, would not answer what the state would do for the victims. I had correspondence with her later. She said that the law would not let her pay subsistence to people that could not work because of asbestosis. That is supposed to be what politicians do, is submit special legislation for emergency conditions. The state would have been completely refunded with a claim against W. R. Grace & Co. bankruptcy. This is but one of the reasons she was not re-elected.

Vermiculite (tremolite) asbestosis is still not fully understood by medical science in its affect on the human body. It is though known that the mineral ingested as dust is needle like and travels until it hits a barrier. That's the reason for the scar tissue on the lining of the lungs. This mineral ingested in the body travels out to the skin and causes a tumor because of body fluids. These fluids, after a period of time will get rainbow coloration from the non-ferrous mineral. Willy Schauss had five of these removed, the last being a brain tumor in 1998.

The W. R. Grace Company put together a group of industrialists to lobby congress for deregulation, under the Regan administration. It was called the Grace Commission. They knew at that time that they could not let the public know of the known danger of the largest asbestos deposit in the US in Libby, MT. They did not even inform their employees of the danger of the product. Such knowledge could have alerted the public and would have shut down their domestic market by public panic through exposure. By the late seventies, early eighties, the government realized its complacency in their handling of the product and started removing it without fanfare from schools and government buildings. This limited the domestic market.

So at the onetime, W. R. Grace & Co. went into the export market. I can assure you this Vermiculite (Tremolite) asbestos did not have a General Surgeon warning label on it. People in the third world, that are now enjoying insulation from hot and cold weather, could well have asbestosis in the next few years and become enemies of the US. They might even join the international terrorist movement against America. I have tried to inform the State Department in hopes that they might trace these exports and mitigate their impact.

I feel compelled to warn the medical people and attorneys involved that there is a lot of animosity stirred, and even threats of violence, regarding charges of wrongful death, against W. R. Grace & Co. It can be stated in an individual case, that cause of death was natural and not related to asbestosis. However, collectively there are hundreds of families so similarly situated (?) that give overwhelming evidence that wrongful death is a proper finding, and asbestosis is the real killer and it is not natural causes.

I have taken the liberty of using Willy Schauss and his family as an example of prevailing conditions here in Libby, MT. His widow has asbestosis as does her son and two of her daughters, all patients of Dr. Black of the CARD clinic. Many residents believe because the CARD clinic is funded by the W. R. Grace Co., that Dr Black has a conflict of interest. I do not believe this to be so. I have known Brad Black for eight years and know his primary concerns are his friends and neighbors that have asbestosis. The only way he could help them is through funding of the CARD clinic. The medical community and attorneys seem reluctant to pursue wrongful death claims. It is hoped that all involved will call, write or fax them. For in fact, if they do not pursue asbestosis as wrongful death, all W. R. Grace & Co. has to do is stall the bankruptcy court until all asbestosis victims die of natural causes to free themselves of all liability.

When Willy Schauss had asbestosis in 1998, they, at that time, had not associated it to the virulent cancer, which he had the last six months of his life. This ending for the residents of Libby is all too

common to be coincidental. Asbestosis is the primary cause of death and it should show on all death certificates over the past twenty years instead of natural causes, as these are legal documents.

I was concerned that in the last couple of years that congress would bail out W. R. Grace & Co. with a bill on asbestosis. In case that happened, I made suggestions in hopes that some of the funding would in the end, get to the victims nationally. G. A. O. (Government Accounting Office) estimated that 75% of every legislated social dollar is used or destroyed as it goes through the bureaucracy. This is called administrative costs. Every government agency has a legal department dedicated to this effort. We should be happy that these bills did not pass. I have enclosed a copy of some of my correspondence to inform you what could have happened.

A settlement from W. R. Grace & Co. will not cure asbestosis nor will it add to the quality of time left. It will though, allow us a little dignity in leaving this earth with our bills paid and maybe help with children and grandchildren in their education. Remember; let your doctor and attorney know your concerns.

Edward L. Perley

*D*

Senator Arlen Specter
Senate Judiciary Committee

Dear Senator,

I would like to make suggestions based on the material enclosed on asbestosis.

- This condition is medical and is either a fact or not by diagnosis. Either you have it or not. It should exclude all legal litigation on the subject.

- Medicare should not recover former expenses as this would only allow "double dipping" into public funds.

- EPA should not be allowed into this legislation. They could have replaced the whole town of Libby, MT for less than their cost of clean up.

- There are two universities interested in this legislation. They have been there since the beginning of the problem and are only now interested because of public funding. They should be allowed funding for specific research on asbestos based only on annual results.

- CDC, as explained in the material, has known since 1980 and did not exercise or conform to their "charter of control."

- The department of labor would like to establish a new administration department on asbestosis. This would duplicate existing Workman's Comp and administratively destroy much of the asbestos relief to the victims.

- All research, whether by universities or pharmaceutical companies, should be specific and in the form of grants that can be annually checked by oversight and renewed by progress of research or development.

- Dr. Black and the CARD program in Libby, MT are the only ones that have been on the leading edge of asbestos health care and research. Dr. Black should e consulted on all dispersing of funds regarding the disease.

- The CARD program here in Libby has a 5-year economic record of the cost of diagnosis and outpatient medication. I believe it has been under-funded by at least thirty percent. There are over two hundred terminal cases with causes that cannot be identified as, because of an agreement between AMA and Medicare, Asbestosis was never listed as a cause on death certificates.

- There should be a website set up for information on asbestos. Information should be made available to all hospitals as many Navy engine-room personnel have been exposed. Anyone that handles high pressure steam, Air Force on brake systems and heat exchanger systems on jet engines could be future asbestosis victims.

- I do not think it is understood that asbestosis is an enabling disease, for example, Johnny Carson recently passed away at 78 of emphysema. If his condition had included Asbestosis, it would have caused him to pass away at 73 rather than 78.

*O - 1*

This relief is for the shortened life.  Again I state that asbestosis is not a voluntary condition.

- The state department should be made aware that Grace & Co. did export this product to the third world in the last ten years of its operation.  They should try to trace these exports to see if there can be any correction efforts made as asbestos did not have a warning label with it.  We do not need to add to future possible terrorism.

In closing, rumors abound here in MT now that there are six criminal indictments against Grace & Co.  If these six earned five billion in assets, it does not take a mathematician to figure the gross volume that went through this state.  It is rumored that this company did "grease the wheels" of commerce in spreading this deadly disease.  The two biggest "wheels" in the state are the two senators.  Rumor has it, the ethics committee.  It is hoped some of this information and the suggestions are helpful.  Thank you for your review of this.

Sincerely,

*Edward L. Perley*

Edward L. Perley

P.S.     *This moved in the Senate by one vote I think I helped. This legislation would have relieved Grace Co. of liability and given little help to asbestosis victims.*

# McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

Telephones:
(406) 752-5566
1-800-345-1763 (in State)
1-800-406-7544 (out of State)
Fax: (406) 752-7124

Emails: dmcgarvey@mcgarveylaw.com
jheberling@mcgarveylaw.com
amcgarvey@mcgarveylaw.com
rsullivan@mcgarveylaw.com
jlacey@mcgarveylaw.com

November 13, 2007

Charlotte Schauss
158 Highwood Drive
Libby  MT  59923

RE:   Willy Schauss, deceased

Dear Charlotte:

Following my letter to you of 8/21/07, you brought in the CT scans and x-rays on Willy Schauss, deceased. We sent those over to Dr. Whitehouse who has reviewed them again. This review produced the same result as the initial review back in 2001. Enclosed is a copy of Dr. Whitehouse's letter of 9/26/07. His conclusion is that "asbestos disease is probably not a significant factor (in the death), even if there were minor changes I cannot see on the x-ray." Dr. Whitehouse does not find that asbestos disease was a significant factor in the death, and accordingly we are not willing to proceed with a wrongful death claim. You may be able to find another law firm willing to do so. Some cases are brought simply on the basis of asbestos exposure, without evidence of asbestos disease as causing the lung cancer. We are unwilling to do this, particularly as Willy Schauss had been an uranium miner.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

JON L. HEBERLING

JLH:joh
Enc.



NOV-0-2 2007

E-1

214 East 3rd Street

**Brad Black, M.D. • Alan Whitehouse, M.D.**

)280

214 East 3rd Street
Libby, MT  59923

Ph:  (406) 293-9274
Fax:  (406) 293-9280

September 26, 2007



Jon Heberling
745 S. Main Street
Kalispell, MT 59901

Re: Schauss, Willie

Dear Mr. Heberling:

I reviewed the records on Willie Schauss who died in 1999. In 1998 he developed nocardiosis which involved his mediastinum and in 1999 developed an adenocarcinoma lung with extensive metastasis and died. He had typical nocardiosis with metastatic brain abscess, abscess in his lungs and possibly his liver. He had worked for the lumber mill for 25 years and of course had extensive asbestos exposure.

I have reviewed his CT scans, his chest x-ray and his medical records. I cannot find any certain evidence of asbestosis. There is some stranding fibrosis anterior to the mediastinum on a CT scan in that time period but that could as well be due to the nocardiosis and to lymph nodes in the mediastinum. The other thing that I think is important is that he had been a uranium miner. I don't have any of the details about that except that the incidence of lung cancer in uranium miners is extraordinarily high and generally is many fold more than is actually seen with asbestosis.

I can't say for certain that he has any asbestos disease and certainly more likely than not, his cancer was related to his uranium mining. Asbestos disease is probably not a significant factor, even if there were minor changes I can't see on the x-ray.

I hope that answers your question.

Sincerely,

Alan White, M.D.
(Dictated but not read)

AW/km

*F*

September 1, 2001

To Whom It May Concern:

I, Raymond C. Johnson, have known Willy Schauss since August, 1963. I have worked with Willy in the plywood plant here in Libby, Montana since then. We both have worked at the dryers for over twenty-eight years. Zonolite was placed on top of the big dryer in July, 1983. It remained loose up there until July, 1994. As of this date, September 1, 2001, it is still there — only in a semi-solid form as they tried to cement over it in 1994. Because of heaters and blowers it quickly broke up and to this day is contaminating the plant.

It was placed there by the maintenance department of St. Regis Paper Company. In 1985, Champion International assumed the company from St. Regis Paper Company with full knowledge of the material on top of the big dryer. As part of a routine physical examination in 1996, an x-ray showed signs of asbestosis. I did not know about it and my doctor states he did not know either.

In year 2000, under the newly-formed Grace Health Care, I was screened and diagnosed as having asbestosis. Dr. Black had me sign a release of my x-rays so he could take them to CDC as an example of the worst case of asbestosis outside of the Grace mining company. I am sure Willy Schauss had the same condition. He is dearly missed by family, friends and co-workers here in Libby.

Sincerely yours,

Raymond C. Johnson
198 Timber House
Libby, MT 59923-9229
(406) 293-8289

Witness:

Edward L. Perley
158 Highwood Dr.
Libby, MT 59923
(406) 293-8113

Witness:

Charlotte Schauss
158 Highwood Dr.
Libby, MT 59923
(406) 293-8113

6

August 5, 2003

H. N. A.
PO Box 65
West Long Branch, NJ 07764

Dear Sir:

I attended your meeting here in Libby, Montana, on 07/15/03. I found it informative and I know at some point you will have your study published and it could effect public policy on asbestosis.

I did not think it appropriate for me to approach this subject during your presentation, so I am writing now to present this material for your review and response in hopes it will be of value to you.

One of your speakers referred to statistics from death certificates. I would suggest that such information would be flawed for the following reason.

As you know, Medicare and other insurances do not cover asbestosis as they consider it to be an industrial disease. Doctors and hospitals need a direct line to a liable deep-pocket to be paid. Asbestosis can take up to 20 years before it is diagnosed, and in that time many direct lines disappear—businesses close or file bankruptcy, etc. All the doctors and hospitals have to do is leave the diagnosis of asbestosis off of the death certificate as a cause of death and file it under "death by natural cause" in order to collect payment from Medicare and other insurance companies. I can assure you that death by asbestosis is not natural.

This is demonstrated in detail within the enclosed material. I believe you will find the same problem with death certificates throughout the U.S. whenever there is not a direct line of liability to pay expensive hospital and medical bills. I am sure your study of Libby, Montana is correct since the C. A. R. D. program started here in 2000.

In closing, any comments or corrections of my presentation that your might make would be appreciated. I am sending all before you to the news media as well as Senator Hatch, as he has pending legislation on asbestosis. This information has Homeland Security implications.

I hope this information helps in your academic study of asbestos and any future publications that your study might make. I look forward to your response.

Sincerely,

Edward L Perley

Edward L. Perley
158 Highwood Dr.
Libby, MT 59923

CC: O'Riley No Spin Zone
    Montana State Industrial
    Senator Hatch

G ~ 1

Letter to the Editor

Asbestosis revisited, HNA, a medical study group will visit us again here in Libby, MT this year. This time I will ask more direct questions that I wrote them about last year. It is important for us in residence here to follow the money. Grace & Co. pays for this study group so it follows that their primary interest is not to benefit the victims here in Libby.

In the documentary shown on P.B.S., DUST TO DUST, stated that there is a memorial here of over 200 crosses of people that had asbestosis related deaths and I would bet there are a couple hundred more over people that have left the area. I would also bet that few, if any, state on their Death Certificates accidental death from asbestosis. If they had, the mine would have been shut down 10 years earlier. This would have caused a lot of complaints about paychecks, but a lot more people would still be here to complain. The natural end of all life is death. However, an early departure because of asbestosis is accidental or deliberate but certainly not natural to state natural cause on a legal document is socially, morally and ethically fraud.

Remember, Grace & Co pays those study doctors. One doctor stated they were using statistics from Death Certificates in their study. Another said everyone in urban America had some asbestosis. I take this to imply that if most everyone had some, we here in Libby had no special claim against Grace & Co. At my last count there are about 90 claims of wrongful death against the Bankruptcy Court. This judge can easily write them all off based on legal documentation of Death Certificates. Remember, there are thousands of claims against Grace & Co. and they handle claims in bulk, hopefully he won't, but you can have no recourse or appeal should the judge decide against you.

We here in Libby should all be thankful to Dr. Black and Dr. Whitehouse of Spokane, Wa. If it had not been for their pioneer work with asbestosis and us this disease would still be in the medical closet.

Insurance and its meaning to you. A Certificate of Death by natural cause is only covered by personal insurance. This includes all contract obligations. Everything not covered is left as an obligation to a persons survivors including funeral costs.

Accidental death as a cause of death. All contract obligations are covered even credit cards and other unsecured notes. The reason as follows, all notes and contracts are often sold after a discount. There is a regular commodity market in this paper and they have to be insured against accidental death, believe me asbestosis is not natural.

The reason the medical community does the natural over accidental is that they have a deep pocket recovery of costs. If they meet any judicial resistance from the liable party either insurance company or company like Grace, the deep pocket for them becomes Medicare, Medicade, both federal and state  This allows them to collect most of their medical costs that if properly charged would take them years of litigations to collect. It

*H*

*Law Offices of*

# McGarvey, Heberling, Sullivan & McGarvey, P.C.

Dale L. McGarvey
Jon L. Heberling
Roger M. Sullivan, Jr.
Allan M. McGarvey
John F. Lacey

745 South Main
Kalispell, Montana
59901-5399

*Telephones:*
(406) 752-5566
1-800-345-1763
Out-of-State 1-800-406-7544
*Fax:* (406) 752-7124
*Email:* mhsm@mcgarveylaw.com

April 5, 2001

*FYI*

*C O P Y*

Dear          :

As you may be aware, W.R. Grace filed for Chapter 11 bankruptcy on Monday, April 2. We have anticipated this step for several months, but it is a great disappointment. You may be wondering where we will go from here.

Aside from the nearly 200 Libby asbestos claims, tens of thousands of other people across the country have brought asbestos claims against Grace and other manufacturers (many of whom have also filed for Chapter 11 protection). Through bankruptcy, Grace is attempting to reorganize and minimize its debts. We certainly anticipate that everyone with a valid claim against Grace _will_ eventually receive a settlement from the bankruptcy court. However, there will be no more trials or litigation against Grace outside of bankruptcy court.

The bankruptcy court will appoint the members of a creditors' committee, which is the guiding group in organizing the various creditors into categories. We have made every effort to position ourselves to get some of the Libby claimants onto that committee. Be assured that we will vigorously fight for your rights in bankruptcy court. We will make every effort possible to have the bankruptcy court recognize that our Libby clients were exposed directly and intentionally to asbestos from the Grace facility, and had no other exposure. The Libby claims are clear and straightforward, and deserve special recognition.

Unfortunately, we anticipate that the bankruptcy process will be slow and drawn out. You should anticipate that it will be several years before any settlement is forthcoming. We will keep you posted with letters such as this one when we have news of import. In the meantime, we will fight the good fight.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN
& McGARVEY

JON L. HEBERLING

**THE WHITE HOUSE**

WASHINGTON

August 4, 2004

Mr. Edward L. Perely
158 Highwood Drive
Libby, Montana  59923-9015

Dear Mr. Perely:

On behalf of President Bush, thank you for your letter.  The President appreciates learning your views and welcomes your suggestions.

President Bush is dedicated to pursuing policies and programs that serve the American people, secure our homeland, fight terrorism around the world, strengthen our economy, and ensure that all our citizens can realize the promise of America.  Best wishes.

Sincerely,

Heidi Marquez
Special Assistant to the President
and Director of Presidential Correspondence