**Law Offices of**
## McGarvey, Heberling, Sullivan & McGarvey, P.C.

| | | |
|---|---|---|
| Dale L. McGarvey | 745 South Main | *Telephones:* |
| Jon L. Heberling | Kalispell, Montana | (406) 752-5566 |
| Roger M. Sullivan, Jr. | 59901-5399 | 1-800-345-1763 (in State) |
| Allan M. McGarvey | | 1-800-406-7544 (out of State) |
| John F. Lacey | | *Fax:* (406) 752-7124 |
| | | *Email:* jheberling@mcgarveylaw.com |

December 11, 2007

Dear Client:

This letter is being sent out to all clients who worked at the lumber mill. As you know, vermiculite was used extensively in the lumber mill. It was contaminated with Grace's asbestos. Also the miles of steam piping were insulated with asbestos wrap. The doctors have noticed the large number of patients who worked at the lumber mill. We have 675 clients, and 260 of them worked at the lumber mill. This is a much greater percentage of asbestos patients than the percentage of lumber mill workers in the town. The lumber mill workers are over represented in the asbestos disease group.

We are doing occupational disease cases in Workers' Compensation Court for clients with a last day of work after 10/15/85, and civil cases for many of those with a last day of work before 10/15/85. Not all have cases against the lumber mill. You do have a case against the lumber mill. We can show there was asbestos throughout the mill.

At this point we have traveled to Coeur d'Alene, Missoula, and Cleveland, Ohio to review and copy lumber mill documents. The process took a few years of wrangling with lumber mill attorneys, but we now have most of what we want.

We know that vermiculite was used in the nursery, on top of dryer #1, in the walls of central maintenance, and in vats in central maintenance for cooling hot objects. We know that vermiculite dust (containing asbestos) was in the bark of trees that came from a few miles radius of the mine. We know that some railroad cars came in with vermiculite in their beds.

1. What uses of vermiculite at the lumber mill can you describe?

*to maintenance for help for breakdowns.*

3. Do you know anything about bark being sold into the community of Libby for ornamental use in gardens or yards? (The bark may have contained asbestos dust).

*We perchesed bark for our Garden*

4. Did you ever see railroad cars with vermiculite in the beds?

*We had to remove bags from Rail Cars thair was lots of dust in the Cars.*

5. Did you ever work on an asbestos removal team?

*I did clean up under Dryers weekly thair was a lot of Asbestos and Sone light dust under Dryers, and on Top of Dryers "lots lots of dust"*

6. In addition to vermiculite, were you aware that products containing asbestos were used at the mill? If so, when and how did you become aware of this?

*"No" after my Husband past away in 1994*

7. Were there signs containing the word 'asbestos'?

*Thair were no warning sign's on Asbestos'es at all*

8. Did you receive training on working with or around asbestos?

*"No"*

2

9. Please list the areas you worked in, with the years of work. (This will help us locate witnesses who might testify in your case, and others). (i.e. plywood 1958-60, shop 1960-70).

Dryers 15 years, 6 years on Green chain 4 years meselanis work. My Late Husband was Dryer Tender and passed away from Asbestoses related natural causes

10. In the areas you worked at in the mill, how would you describe the housekeeping? Was there dust on floors and flat surfaces?

Dust was all over, cleaned dayly and weekly.

11. Did you wear a respirator for any of your work at the mill?

"NO"

12. Did you shower and change clothes at the mill or did you wear your same clothes to and from work?

Wear my clothes to and from work. showed at Home

13. Did you ever work on timber harvest within a four mile radius of the mine?

"NO"

14. Other than pipe insulation, describe any uses of vermiculite, or asbestos-containing materials in and around your work area.

On top of the Dryers "6 in" of Asbestos and materials, Dryer blowers scatterd dust all over the plant.

3

15. Describe the condition of the pipe insulation in your work area and was it ever repaired or replaced?

Please answer the questions in the spaces provided. Then Annie Miller of our office can follow-up with additional questions. We have already contacted many who worked at or near the dryers. So we might not contact you on that subject. The information will be extremely helpful. Please fill in your answers above and send this letter back in the enclosed, postage prepaid envelope.

Also, if you have an email address, please let us know that for ease in future communications. If you have any questions, please do not hesitate to contact Annie Miller at our office.

Yours sincerely,

McGARVEY, HEBERLING, SULLIVAN & McGARVEY

*Jon L. Heberling*

JON L. HEBERLING

JLH:joh

4