**Attachment B**
**To Fee Application**

Summary of PwC's Fees By Professional
November 2007

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended November 30, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 16.3 | $ 11,167.29 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 5.6 | $ 3,430.22 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $904.05 | 2.0 | $ 1,808.10 |
| Robert Keehan | Audit Partner | 19 | Integrated Audit | $685.11 | 1.0 | $ 685.11 |
| David Sharpe | Audit Partner | 22 | Integrated Audit | $939.72 | 2.0 | $ 1,879.44 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $455.10 | 1.0 | $ 455.10 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 39.0 | $ 15,350.40 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $393.60 | 8.0 | $ 3,148.80 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 72.0 | $ 21,431.52 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $375.15 | 3.0 | $ 1,125.45 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 6.0 | $ 1,306.26 |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | $297.66 | 2.5 | $ 744.15 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 9.0 | $ 1,904.04 |
| Brett Czajokowski | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 23.5 | $ 4,971.66 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $307.50 | 1.0 | $ 307.50 |
| William C Atkins | Audit Associate | 1 | Integrated Audit | $154.98 | 7.0 | $ 1,084.86 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | | $ 16,649.28 |

{02411}

| Erica Margolius | Audit Associate | 1 | Integrated Audit | $193.11 | 141.0 | $ 28,155.44 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 145.8 | $ 18,684.32 |
|  |  |  |  |  | 123.5 |  |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $168.51 | 1.0 | $ 168.51 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $138.99 | 142.0 | $ 19,736.58 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 167.7 | $ 23,308.62 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | $147.60 | 7.0 | $ 1,033.20 |
|  |  | TOTAL |  |  | 926.9 | $ 178,535.85 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals      10.1                                $  1,323.11

## Summary of PwC's Fees By Project Category:
## November 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery |  |  |
| 02-Asset Disposition |  |  |
| 03-Business Operations |  |  |
| 04-Case Administration |  |  |
| 05-Claim Analysis Objection & Resolution (Asbestos) |  |  |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) |  |  |
| 07-Committee, Creditors', Noteholders', or Equity Holders' |  |  |
| 08-Employee Benefits/Pension |  |  |
| 09-Employee Applications, Applicant |  |  |
| 10-Employment Applications, Others |  |  |
| 11-Financing |  |  |

{02411}

| | | |
|---|---|---|
| 12-Fee Applications, Others | 10.1 | $1,323.11 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | 926.9 | $178,535.85 |
| 25-Accounting/Auditing | | |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 937.0 | $179,858.96 |

Expense Summary
November 2007

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,444.64 |
| Lodging | N/A | $2,350.54 |
| Sundry | N/A | $55.22 |
| Business Meals | N/A | $697.29 |
| TOTAL: | | $6,547.69 |

{02411}