# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended November 30, 2007**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|------|-------|--------------------------------|-----------|---|---------------|
| **FEE APPLICATION PREPARATION** | | | | | |
| | | | | | |
| **Name:  Melissa Noel** | | | | | |
| **11/6/2007** | 2.0 | Fee application preparation | $    138.99 | $ | 277.98 |
| **11/7/2007** | 2.0 | Fee application preparation | $    138.99 | $ | 277.98 |
| **11/8/2007** | 2.0 | Fee application preparation | $    138.99 | $ | 277.98 |
| **11/9/2007** | 2.5 | Fee application preparation | $    138.99 | $ | 347.48 |
| | **8.5** | | | | |
| | | | | | |
| **Name:  Olga Zelenova** | | | | | |
| **11/6/2007** | 0.6 | time analysis,WBS 00272789001 | $    88.56 | $ | 53.14 |
| **11/13/2007** | 1.0 | Time transfer to unbillable for Sept 2007,WBS 00261265001 | $    88.56 | $ | 88.56 |
| | **1.6** | | | | |
| | | | | | |
| **Totals** | **10.1** | **Total Grace Time Tracking Charged Hours** | | $ | **1,323.11** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended November 30, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 16.3 | $ 11,167.29 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $612.54 | 5.6 | $ 3,430.22 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $904.05 | 2.0 | $ 1,808.10 |
| Robert Keehan | Audit Partner | 19 | Integrated Audit | $685.11 | 1.0 | $ 685.11 |
| David Sharpe | Audit Partner | 22 | Integrated Audit | $939.72 | 2.0 | $ 1,879.44 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $455.10 | 1.0 | $ 455.10 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 39.0 | $ 15,350.40 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $393.60 | 8.0 | $ 3,148.80 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $297.66 | 72.0 | $ 21,431.52 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $375.15 | 3.0 | $ 1,125.45 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 6.0 | $ 1,306.26 |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | $297.66 | 2.5 | $ 744.15 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 9.0 | $ 1,904.04 |
| Brett Czajokowski | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 23.5 | $ 4,971.66 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $307.50 | 1.0 | $ 307.50 |
| William C Atkins | Audit Associate | 1 | Integrated Audit | $154.98 | 7.0 | $ 1,084.86 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | 141.0 | $ 16,649.28 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $193.11 | 145.8 | $ 28,155.44 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 123.5 | $ 18,684.32 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $168.51 | 1.0 | $ 168.51 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $138.99 | 142.0 | $ 19,736.58 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 167.7 | $ 23,308.62 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | $147.60 | 7.0 | $ 1,033.20 |
| TOTAL | | | | | 926.9 | $ 178,535.85 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 11/1/2007 | 1.0 | Review draft Form 10-Q |
| 11/5/2007 | 0.5 | Review revised company memo on phantom stock issue |
| 11/6/2007 | 0.4 | Read Bankruptcy News |
| | 0.3 | Discuss creditors' filing of proposed plan of reorganization with B Tarola (Grace) |
| | 0.2 | Discuss impact of filing of proposed plan of reorganization on Form 10-Q with M de Guzman, E Margolius and L Keorlet (PwC) |
| | 0.8 | Discuss third quarter results and issues with F Festa (Grace), C Starr and D Parker (PwC) |
| | 0.7 | Discuss third quarter results and issues with B Tarola (Grace) and C Starr (PwC) |
| | 0.7 | Discuss issues in third quarter review with D Parker, M de Guzman, E Margolius and L Keorlet (PwC) |
| | 2.9 | Review proposed plan of reorganization filed with Bankruptcy Court |
| 11/7/2007 | 2.4 | Review quarter review file |
| | 0.2 | Review subsequent events disclosure added to Form 10-Q |
| 11/8/2007 | 1.0 | Attend pre-meeting for audit committee meeting with B Tarola, E Bull, S Smith, B Dockman (Grace) and D Parker (PwC) |
| | 1.5 | Attend audit committee meeting |
| 11/15/2007 | 1.1 | Review background information for ART audit committee meeting |
| | 0.9 | Attend ART audit committee meeting |
| 11/19/2007 | 1.0 | Review XBRL attest file |
| 11/26/2007 | 0.3 | Read Bankruptcy News |
| 11/30/2007 | 0.4 | Review final XBRL report and consultation documentation |

| | **16.3** | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|
| | **16.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  John Newstead** | | |
| 11/5/2007 | 2.0 | review of IT test results |
| 11/9/2007 | 0.5 | email re update testing plans |
| 11/26/2007 | 3.1 | preparation for and meeting with Ed Bull, Barb Summerson and PwC to discuss IT audit results to date and next steps |
| | **5.6** | **Total Grace Integrated Audit Charged Hours** |
| | **5.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Robert Eydt**

| 11/1/2007 | 2.0 | Review of Quarterly and Annual Filings |
|------|-------|--------------------------------|

| | 2.0 | **Total Grace Integrated Audit Charged Hours** |
|------|-------|--------------------------------|

| | 2.0 | **Total Hours** |
|------|-------|--------------------------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Robert Keehan**

| 11/3/2007 | 1.0 | review the 10Q and audit planning |

| | 1.0 | **Total Grace Integrated Audit Charged Hours** |

| | 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|---------------------------------|

**Name:  David Sharpe**

| | | |
|------|-------|---------------------------------|
| 1/8/2007 | 1.0 | formal consultation on XBRL attestaion engagement. |
| 1/29/2007 | 1.0 | formal consultation on XBRL attestaion engagement. |

| | | |
|------|-------|---------------------------------|
| | 2.0 | **Total Grace Integrated Audit Charged Hours** |
| | 2.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Thomas Kalinosky**

| 11/11/07 | 1.0 | Audit Planning |
|----------|-----|----------------|

| 1.0 | **Total Grace Integrated Audit Charged Hours** |
|-----|-------------------------------------------------|

| 1.0 | **Total Hours** |
|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Douglas Parker**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 11/1/2007 | 1.5 | Review staff work on 3Q review |
| 11/5/2007 | 4.0 | Review staff work on 3Q review |
| 11/6/2007 | 1.0 | Meeting with Fred Festa |
| 11/6/2007 | 2.5 | Review 3Q Form 10Q |
| 11/6/2007 | 2.0 | Review staff work on 3Q review |
| 11/6/2007 | 1.0 | Review staff work and reports for XBRL attestation |
| 11/7/2007 | 3.0 | Review staff work on 3Q review |
| 11/7/2007 | 2.0 | Review staff work and reports for XBRL attestation |
| 11/8/2007 | 6.5 | Review staff work on 3Q review |
| 11/8/2007 | 2.5 | Review staff work and reports for XBRL attestation |
| 11/8/2007 | 2.0 | 3Q 2007 Audit Committee Meeting |
| 11/9/2007 | 1.5 | Final review of 3Q work papers |
| 11/28/2007 | 2.5 | Review planning and strategy memo for YE audit |
| 11/28/2007 | 1.5 | Final review of XBRL-related attestation |
| 11/29/2007 | 2.5 | Final review of XBRL-related attestation |
| 11/30/2007 | 3.0 | Review planning and strategy memo for YE audit |
| | **39.0** | **Total Grace Integrated Audit Charged Hours** |
| | **39.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Seshadri Venkiteswaran** | | |
| 11/5/2007 | 4.0 | SOX Status Meeting |
| 11/26/2007 | 3.0 | ITGC / SAP discussions - Meeting w/CIO |
| 11/27/2007 | 1.0 | ITGC / SAP Review discussions |
| | **8.0** | **Total Grace Integrated Audit Charged Hours** |
| | **8.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Marvin deGuzman**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 11/5/2007 | 2.0 | Coordination and 404 status meeting with Grace Internal Audit |
| 11/5/2007 | 6.0 | Review of 3rd quarter issues memos and database |
| 11/6/2007 | 1.0 | Meeting with the whole audit team to discuss the 3Q issues |
| 11/6/2007 | 7.0 | Review of 3rd quarter issues memos and database |
| 11/7/2007 | 8.0 | Review of 3rd quarter database and workdone |
| 11/8/2007 | 8.0 | Review of 3rd quarter database and workdone |
| 11/13/2007 | 4.0 | Review of interim planning documents and archiving of 3rd quarter external file |
| 11/14/2007 | 2.0 | Review of interim planning documents and updating of international contacts |
| 11/15/2007 | 4.0 | Preparation of international instructions (Scope 1) |
| 11/16/2007 | 4.0 | Preparation of international instructions (Scope 1) |
| 11/19/2007 | 4.0 | Preparation of international instructions (Scope 2) |
| 11/20/2007 | 4.0 | Preparation of international instructions (Scope 2) |
| 11/21/2007 | 8.0 | Review of interim planning documents and finalization of scope 1 instructions |
| 11/26/2007 | 4.0 | Review of interim planning documents and finalization of scope 2 instructions |
| 11/27/2007 | 2.0 | Coordination and 404 status meeting with Grace Internal Audit |
| 11/27/2007 | 4.0 | Review of interim planning documents and finalization of instructions |

**72.0**     **Total Grace Integrated Audit Charged Hours**

**72.0**     **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Raul Quiroz**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 11/5/2007 | 0.5 | Journal Entry review - data request process |
| 11/7/2007 | 0.5 | Journal Entry review - data request process |
| 11/13/2007 | 1.0 | Journal Entry review - data request/acquisition process |
| 11/14/2007 | 0.5 | Journal Entry review - data request/acquisition/validation process |
| 11/15/2007 | 0.5 | Journal Entry review - data request/acquisition/validation process |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Pamela Barkley**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 11/26/2007 | 1.0 | Meeting with E.Margolius (Grace) to discuss Interim procedures |
| 11/27/2007 | 1.0 | Internal Audit 404 update status meeting |
| 11/29/2007 | 1.0 | Working on XBRL final report |
|  | 2.0 | Reviewing the 404 work that has been performed |
|  | 1.0 | Reviewing the year end database and steps that need to be completed |
|  | **6.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **6.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  K. Palmer**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 11/21/2007 | 0.5 | Self Insurance Accrual Review |
| 11/29/2007 | 1.5 | Self Insurance Accrual Review |
| 11/30/2007 | 0.5 | Self Insurance Accrual Review |
| | **2.5** | **Total Grace Integrated Audit Charged Hours** |
| | **2.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Cindy Chen** | | |
| | | Bi-weekly status meetin at Grace.  Participants are IA:  B. Summerson, E Bull, E. Henry PwC:  Cindy Y Chen, Marvin L de Guzman, Pamela Barkley, Seshadri |
| 11/5/2007 | 1.5 | Venkiteswaran/ |
| | 3.5 | Change Management testing work |
| 11/20/2007 | 4.0 | SAP application control testing |

| | | |
|------|-------|--------------------------------|
| | 9.0 | **Total Grace Integrated Audit Charged Hours** |
| | 9.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Brett Czajokowski**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 11/20/2007 | 2.0 | SAP automated controls scoping and testing |
| 11/26/2007 | 6.0 | SAP automated controls scoping and testing |
| 11/27/2007 | 2.5 | SAP automated controls scoping and testing |
| 11/28/2007 | 2.5 | SAP automated controls scoping and testing |
| 11/28/2007 | 3.5 | Review of interim ITGC testing and planning for ITGC update testing |
| 11/29/2007 | 2.0 | SAP automated controls scoping and testing |
| 11/29/2007 | 5.0 | Review of key spreadsheets testing approach, discussions with PwC Financial Audit Senior Associate and SPA Senior Manager |

|  | 23.5 | **Total Grace Integrated Audit Charged Hours** |
|--|------|------|

|  | 23.5 | **Total Hours** |
|--|------|------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Craig Chu**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 11/28/2007 | 0.2 | I contacted European colleagues to discuss the appropriateness of the pension accounting discount rate in the Eurozone. |
| 11/29/2007 | 0.5 | I corresponded with European colleagues to discuss the appropriateness of the pension accounting discount rate in the Eurozone. |
| 11/30/2007 | 0.3 | I communicated discount rate conclusions to the audit team |

| | | |
|------|-------|----------------------------------|
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: William Atkins** | | |
| 11/5/2007 | 7.0 | Observe physical inventory procedures and perform test counts. |
| | **7.0** | **Total Grace Integrated Audit Charged Hours** |
| | **7.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Shahin Rahmani**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 11/1/2007 | 7.00 | Tied out the SAP to SOAR |
| | 2.50 | Tied out Quarter 3 |
| 11/2/2007 | 2.50 | Tied out the SAP to SOAR |
| | 5.00 | Tied out Quarter 3 |
| 11/3/2007 | 2.00 | Tied out Quarter 3 |
| 11/4/2007 | 2.00 | Tied out Quarter 3 |
| | 2.00 | International contact list, board meeting minutes summary |
| 11/5/2007 | 8.75 | Tied out Quarter 3 |
| | 0.50 | Meeting about the Tennessee Inventory w/ Lynda Keorlet |
| | 1.00 | Meeting with Tom Dyer about Q3 Status |
| 11/6/2007 | 9.00 | Tied out Quarter 3 |
| | 0.50 | Updating the International Contact List |
| 11/7/2007 | 9.00 | Tied out Quarter 3 |
| | 2.50 | 50% travel time: Travel to Mt. Pleasant Tennessee from Maryland |
| 11/8/2007 | 5.00 | Took a tour of the Mt. Pleasant plant |
| 11/9/2007 | 9.00 | Performed the inventory at Mt. Pleasant |
| | 1.50 | 50% travel time:  Excess Travel back to Maryland from Tennessee |
| 11/12/2007 | 1.00 | Q3 Wrap-up work |
| | 5.50 | Started to put all of the Tennessee inventory documents into the step.  Also, finished the step in the Year end database. |
| 11/13/2007 | 6.50 | Various tasks: Updated the International contact list |
| 11/14/2007 | 2.00 | Various tasks: Updated the International contact list, sent emails out to PwC contacts in other countries |
| | 5.50 | Tennessee Inventory Documentation |
| 11/15/2007 | 0.75 | Updated the International Contact List and wrote emails. |
| | 1.50 | Making the excel spreadsheet for the Lake Charles Inventory.  Doing this to test Goods Receipts |
| | 2.00 | Made a list of reports we rely on from Grace for Sox controls |
| 11/16/2007 | 1.50 | Tested the Lake Charles GRs via SAP |
| | 0.50 | Updated the International Contact List |
| | 3.50 | Mapping out the Significant Accounts Disclosure |
| 11/19/2007 | 0.50 | Updated the International Contact list and sent out emails to PwC contacts abroad. |
| | 5.00 | I inputted the dollar values for significant accounts - disclosure |
| | 1.50 | Finalizing the Tennessee Inventory step |
| 11/20/2007 | 1.00 | I inputted the dollar values for significant accounts - disclosure |
| | 5.00 | Starting to document the Chicago 71st Inventory in the Database |
| | 2.00 | Updating a Testing Approach Memo |
| 11/21/2007 | 0.50 | Updating a Testing Approach Memo |
| 11/26/2007 | 2.00 | Updating the International Contact List;  Finished the memo Erica sent me |
| | 3.00 | Chicago 71st Physical Inventory documentation |
| | 1.00 | Sent emails to Grace employees regarding 404 walkthroughs |
| 11/27/2007 | 0.50 | Scheduled 404 walkthroughs |
| | 2.50 | Creating Test Plans for 404 work for Corporate Payroll |
| | 1.00 | Sent out the final email for our international contact list |
| 11/28/2007 | 0.50 | Went to the Elkridge warehouse and performed a Goods Issue Walkthrough |
| | 3.00 | Creating Test Plans for 404 work for Corporate Payroll |
| | 1.00 | Preparing for the Corporate Payroll walkthrough |
| | 2.00 | Performing the Corporate Payroll walkthrough with Adam Lueck and the Payroll Director Pam Estes. |
| | 1.50 | Documenting controls that were not tested by Internal Audit during the 4th Quarter. |
| 11/29/2007 | 4.00 | Documenting controls that were not tested by Internal Audit during the 4th Quarter. |
| | 2.00 | Preparing for my 1:30PM walkthrough of the Corporate Treasury Process. |
| | | Adam Lueck and I are meeting with Bonita Harsh of Grace to walkthrough the Corporate Treasury |
| | 1.00 | process |
| | 0.50 | I setup meetings with Mina and Mark Wheeler from Grace |

| | 141.0 | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|
| | 141.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 11/1/2007 | 0.2 | Email B. Eydt and R. Keehan, PwC, a draft of the 10Q. |
| | 1.6 | Complete draft of environmental test plan. Email to T. Kalinosky, PwC. |
| | 1.0 | Review prior quarter analysis of internal audit reports. Follow up with E. Bull, PwC. |
| | 0.5 | Review substantive analytics over reorganization expenses. |
| | 1.0 | Review W.R. Grace construction in process policy for depreciation start date for Mt. Pleasant plant. |
| | 3.0 | Document the summary of significant matters. |
| | 0.5 | Review substantive analytics over core operating expenses. |
| 11/2/2007 | 1.0 | Prepare for status update meeting with internal audit. |
| | 2.5 | Review quarterly company checklist. |
| | 0.5 | Follow up with Victor Leo, PwC, about social plan accruals for company code 431. |
| | 1.0 | Review Russian VAT accrual entries; update documentation in database. |
| | 0.5 | Review open questions for Germany balance sheet substantive analytics. |
| | 0.3 | Update open items list for third quarter review. |
| | 1.0 | Print out and review Sistiaga acquisition memorandum. |
| | 1.0 | Print out and review Washcoat divestment memorandum. |
| | 1.0 | Meet with T. Walklett, Grace, to discuss Lynas purchase contract. |
| 11/4/2007 | 2.0 | Documentation of the SAB 99 / 108 analysis for the third quarter review. |
| | 1.0 | Perform review of steps in the third quarter database. |
| 11/5/2007 | 1.0 | Update open internal controls testing issues for meeting with internal audit. |
| | 0.5 | Review SPA issue log for preparation for meeting with internal audit. |
| | 1.0 | Document analysis of corporate trial balance fluctuation review. Follow up on outstanding questions with T. Walklett, Grace. |
| | 2.0 | Participate in update meeting with internal audit. |
| | 0.5 | Update documentation of company checklists for response from V. Leo, Grace. |
| | 0.5 | Review draft management representation letter sent by T. Dyer, Grace. |
| | 0.5 | Update documentation of substantive analytics for corporate trial balance. |
| | 1.0 | Review Sistiaga contract for potential earn-out payments. Email G. Huerta, Grace. |
| | 1.0 | Meet with T. Dyer, B. Dockman, G. Huerta, T. Walklett, and T. Puglisi, Grace, to go over outstanding items and comments of the third quarter 10Q. |
| | 0.5 | Review Lynas purchase contract as part of significant contract review. |
| | 0.5 | Assess potential materiality of projected Sistiaga earn-out payments. |
| | 0.5 | Follow up with Grace on list of outstanding foreign entity fluctuations. |
| 11/6/2007 | 1.0 | Participate in meeting to discuss significant matters for the third quarter. |
| | 0.5 | Read WR Grace Bankruptcy News, Issue 143. |
| | 1.0 | Review summary of board minutes provided by S. Rahmani, Grace. |
| | 2.0 | Review the Hewlett Packard disaster recovery lease. |
| | 0.5 | Meet with B. Dockman, Grace, to go over outstanding items from Q3 review. |
| | 1.0 | Document analysis of Russian VAT tax accruals from updated support provided by B. Dockman, Grace. |
| 11/7/2007 | 1.0 | Perform review of pensions. |
| | 2.0 | Finalize documentation of the SAB 99 / 108 analysis; forward critical matters to D. Parker, PwC, for review. |
| | 0.5 | Meet with G. Huerta, Grace, to discuss the Washcoat sale working capital adjustment. |
| | 3.0 | Address notes on documentation of Sistiaga acquisition. |
| | 0.5 | Review updated draft of management representation letter. |
| | 0.5 | Meet with G. Huerta, Grace, to discuss the accounting for the Sistiaga acquisition. |
| | 1.0 | Review addendum to Washcoats memorandum provided by WR Grace. Update documentation of analysis. |
| | 0.2 | Vouch July pension contribution. |
| | 0.5 | Update documentation of significant matters. Forward document links to PwC partner and manager for sign-off. |
| | 1.0 | Address notes on step summarizing significant matters. |
| | 0.5 | Meet with T. Dyer, Grace, and J. Day, Grace, to follow up on number of dilutive shares. |
| | 0.2 | Email D. Spratt, PwC, to address outstanding notes in the third quarter database. |
| | 0.5 | Meet with W. Anderson, Grace, to get an understanding of the valuation of Sistiaga assets. |
| 11/8/2007 | 1.0 | Complete documentation of Russian VAT tax accrual. |
| | 1.0 | Vouch receipt of funds for Washcoat divestment. Complete documentation in database. |
| | 1.0 | Vouch payment for Sistiaga acquisition. Complete documentation in database. |
| | 2.0 | Tie out pension footnote. |
| 11/9/2007 | 1.9 | Review guidance for capital and operating lease in preparation of meeting with T. Puglisi, Grace. |
| | 1.0 | Meet with T. Puglisi, Grace, to discuss accounting for hewlitt packard lease. |

|  |  |  |
|---|---|---|
|  | 1.0 | Document responsibility matrix for planning section of year end database. |
|  | 1.0 | Document in planning step "complete client acceptance/ continuance procedures" |
|  | 1.0 | Document and complete planning step "Engagement letter" |
|  | 1.0 | Document planning step "independence procedures" |
| 11/12/2007 | 1.5 | Prepare list of international contacts who perform statutory audits for WR Grace to prepare international deliverables. |
|  | 1.0 | Finalize listing of environmental site visits for testing. Email to L. Gardner, Grace. |
|  | 2.0 | Prepare for walkthroughs of key processes at Cambridge. |
|  | 1.0 | Meet with Victor Leo, Grace, regarding Cambridge 404 procedures. |
|  | 1.5 | 50% travel time: Travel to Cambridge, MA for 404 site visit. |
| 11/13/2007 | 1.0 | Prepare Grace year end responsibility matrix. |
|  | 0.5 | Prepare for walkthrough of fixed asset cycle. |
|  | 0.5 | Perform walkthrough of fixed asset process with J. McGee, Grace. |
|  | 0.5 | Schedule meeting to walkthrough management's testing of unrecorded liabilities. |
|  | 0.5 | Send email to internal audit for follow up questions for Cambridge site visit. |
|  | 0.5 | Prepare journal entry tool for third quarter upload of trial balances. |
|  | 0.5 | Correspond with L. Gardner, Grace, to schedule environmental site visit. |
|  | 0.8 | Review 2006 audit fees to compile list of international contacts to prepare international deliverables. |
|  | 0.5 | Update interim document request list. Prepare open items report. |
|  | 1.0 | Work on compiling a list of international contacts for statutory audits of WR Grace. |
|  | 0.5 | Complete planning step "independence procedures" |
|  | 0.5 | Document and complete planning step "obtain independence confirmations" |
|  | 0.5 | Document and complete planning step "Hold team planning / kick-off meeting" |
|  | 0.5 | Review process for obtaining Teamfind estimated dates for documentation of planning section |
|  | 0.5 | Meet with V. Leo, Grace, for status update of internal controls testing. |
| 11/14/2007 | 0.5 | Prepare for walkthrough of procurement process with Mary Beth Lauretti, Grace. |
|  | 0.5 | Walkthrough procurement process with Mary Beth Lauretti, Grace. |
|  | 0.5 | Prepare for walkthrough with V. Leo, Grace. |
|  | 0.8 | Walkthrough various Cambridge processes with V. Leo, Grace. |
|  | 1.0 | Meet with Victor Leo, Grace, regarding the General Ledger Close process. |
|  | 1.0 | Meet with Victor Leo, Grace, regarding the Sales Order Processing process. |
|  | 1.0 | Prepare for the Credit & Collections walkthrough. |
|  | 0.5 | Meet with Ardria Cucunotta, Grace, regarding the Credit & Collections process. |
| 11/15/2007 | 1.0 | Review prior year testing of key spreadsheets. |
|  | 1.5 | Prepare listing of key reports from internal controls testing. |
|  | 1.0 | Document management's scoping of key accounts and disclosures. |
|  | 0.5 | Prepare PwC scoping of key accounts and disclosures. |
|  | 1.0 | Document planning step "obtain understanding of management's process for evaluating the effectiveness of ICFR" |
|  | 0.5 | Prepare for walkthrough of sales order process with B. Conlon. |
|  | 0.5 | Walkthrough of sales order process with B. Conlon, Grace. |
|  | 0.5 | Prepare for walkthrough of sales order process with A. Cucinnoti |
|  | 0.5 | Walkthrough of sales order process with A. Cucinnoti, Grace. |
|  | 0.5 | Meet with V. Leo, Grace, for status update of internal controls testing. |
| 11/16/2007 | 0.5 | Obtain and review updated internal audit COSO matrix. |
|  | 0.5 | Prepare for walkthrough of customer rebates process. |
| 11/16/2007 | 0.5 | Meet with Antonia Cameron, Grace, regarding the  Customer Rebates process |
|  | 1.0 | Document planning step "obtain understanding of management's process for evaluating the effectiveness of ICFR". |
|  | 0.5 | Prepare for walkthrough of Bill of Materials process with M. Dalton, Grace. |
|  | 0.5 | Walkthrough Bill of Materials process with M. Dalton, Grace. |
|  | 0.5 | Meet with V. Leo, Grace, for status update of internal controls testing. |
|  | 0.5 | Archive third quarter review database. |
| 11/19/2007 | 1.0 | Prepare for internal PwC meeting to discuss interim audit testing. |
|  | 2.0 | Participate in internal PwC meeting to discuss interim audit testing. |
|  | 1.0 | Document planning step "obtain understanding of management's process for evaluating the effectiveness of ICFR" |
|  | 0.5 | Meet with E. Henry, Grace, to review management's process for testing of unrecorded liabilities. |
|  | 0.5 | Request and review copies of internal audit resumes for new staff. |
|  | 1.0 | Meet with E. Bull, Grace, to discuss updated dates for physical inventory observations. |
|  | 1.0 | Document planning step "Complete client acceptance / continuance procedures" |
| 11/20/2007 | 0.5 | Meet with K. Russell and E. Henry, Grace, to walkthrough testing of unrecorded liabilities. |
|  | 0.5 | Meet with G. Huerta and E. Henry, Grace, to walkthrough testing of unrecorded liabilities. |
|  | 0.5 | Meet with T. Dyer, Grace, to obtain an updated organizational chart. |
|  | 1.0 | Update ART budget for engagement profitability tool. |
|  | 1.0 | Identify entities scoped for the Worms, Germany audit. |
|  | 0.5 | Schedule meeting to formalize internal control for test of unrecorded liabilities. |
|  | 2.0 | Document planning step "obtain understanding of management's process for evaluating the effectiveness of ICFR" |
|  | 1.0 | Perform review of planning step "obtain an understanding of relevant activities undertaken by others" |

|            | 1.0  | Perform review of planning step "Planning to use the work of others, including internal audit" |
|------------|------|-----------------------------------------------------------------------------------------------|
|            |      | Review internal audit's schedule.  Coordinate walkthrough schedule for hedging and derivatives |
| 11/21/2007 | 1.0  | process. |
|            | 0.5  | Email correspondance with PwC Germany team to coordinate testing approaches. |
| 11/25/2007 | 0.8  | Review internal audit's entity level control interview matrix. |
|            | 2.0  | Update documentation of summary plan and results for year end audit. |
|            | 1.0  | Document and complete planning step "Summary plan & Results" |
| 11/26/2007 | 2.0  | Prepare for meeting with internal audit. |
|            |      | Review the COSO Component - Risk Assessment, provide feedback on the entity level controls |
|            | 1.5  | interview matrix in preparation for entity level control interviews. |
|            | 1.0  | Schedule walkthrough for the currency translation affect and consolidation processes. |
|            | 1.0  | Address SPA inquiries for testing of internal controls. |
|            | 0.5  | Provide internal audit a listing of Treasury personnel. |
|            | 1.0  | Prepare for Elkridge cycle counting physical inventory observation. |
| 11/27/2007 | 0.5  | Review listing of key spreadsheets identified by management for 2007. |
|            | 1.0  | Prepare for meeting with internal audit. |
|            | 2.0  | Participate in status update meeting with internal audit. |
|            | 1.0  | Participate in meeting to formalize testing of control for unrecorded liabilities. |
|            | 1.0  | Participate in planning meeting for Curtis Bay physical inventory observation. |
|            | 0.5  | Coordinate walkthroughs for divestment reserves process. |
|            | 0.5  | Coordinate walkthroughs for standard costing process. |
|            | 0.5  | Follow up with T. Puglisi, Grace, about accounting for capital leases. |
|            | 1.0  | Prepare for Elkridge cycle counting physical inventory observation. |
| 11/28/2007 | 5.0  | Attend Elkridge cycle count physical inventory observation. |
|            | 1.0  | Prepare approach for update testing of internal controls. |
|            |      | |
| 11/29/2007 | 1.0  | Coordinate SPA internal audit testing for currency translation affect and consolidation processes. |
|            | 1.0  | Upate open items list for interim audit testing. |
|            |      | Prepare for and participate in meeting with B. Czajkowski, PwC, to discuss Gracekey |
|            | 1.0  | spreadsheets and reports testing. |
| 11/30/2007 | 10.0 | Curtis Bay physical inventory observation. |

|            | **145.8** | **Total Grace Integrated Audit Charged Hours** |
|------------|-----------|------------------------------------------------|

|            | **145.8** | **Total Hours** |
|------------|-----------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Lynda Keorlet** | | |
| 11/1/2007 | 1.2 | Discussion with German Huerta (Grace) and review of emails related to ART Japan Inventory |
| | 0.8 | Discussion with Alan Gibbons (tax) and review of schedule to determine date of tax 404 procedures |
| | 1.5 | Review accounts receivable review step and provide coaching notes to associate |
| | 3.5 | Review and document analysis of Paul Norris Stock Appreciation Rights as of third quarter 2007 |
| | 2.0 | Review and document third quarter locations scoping schedule |
| 11/2/2007 | 1.0 | Planning for & call with Mt. Pleasant Grace staff to discuss upcoming physical inventory observation |
| | 3.0 | Document review of Darex realignment |
| | 4.0 | Review listing of Grace subsidiaries and former PwC employees, update Independence files as necessary |
| 11/5/2007 | 1.0 | Finalize review of Davison third quarter earnings call slides and summary |
| | 6.5 | Document critical matter on Beber stock compensation, review all supporting materials |
| | 1.2 | Review third quarter comments to audit committee by management |
| | 1.3 | Update documentation of LIFO for third quarter based on feedback from manager (Marvin de Guzman PwC) |
| 11/6/2007 | 4.5 | Review outstanding hedges as of Q3 2007 and document findings in database |
| | 2.0 | Review and document third quarter significant contracts |
| | 3.5 | Update documentation of Beber phantom equity compensation (includes review time for memos and discussion with Tom Dyer (Grace)) |
| 11/7/2007 | 4.2 | Complete Grace disclosure checklist for Q3 review, including review of Financial Statements for disclosures |
| | 1.8 | Update documentation of third quarter balance sheet analytics based on feedback from manager (Marvin de Guzman PwC) |
| | 2.0 | Review of final Lake Charles counts and reconciliation to test counts |
| 11/8/2007 | 3.4 | Tour of Mt. Pleasant plant and inventory procedures planning discussion with Mark Morgan (Grace) |
| | 0.6 | Determination of number of sample counts to take in inventory based on projected total counts for Mt. Pleasant |
| | 1.2 | Review Periodic Pronouncements Review memo provided by Grace against latest disclosure checklist |
| | 3.8 | Update documentation of Kuwait Catalyst Company acquisition and subsequent equity method accounting as of Q3 2007 |
| 11/9/2007 | 8.0 | Attend Mt. Pleasant physical inventory (day split between performing counts, reconciling counts, and reviewing Grace counts) |
| 11/14/2007 | 3.0 | Test goods receipts for Lake Charles and assist associate with his testing |
| | 1.0 | Plan for updated inventory date in Chicago 51st St. |
| 11/15/2007 | 2.0 | Prepare for and attend ART Audit Committee meeting |
| | 0.5 | Discuss status of 404 Internal Audit schedule with Ed Henry (Grace) |
| | 1.0 | Finalize ART 2007 Engagement Letter |
| | 2.5 | Document Grace Fraud Audit Risk Assessment Memo |
| 11/16/2007 | 2.5 | Test & document sales order processing 404 work for Lake Charles |
| 11/19/2007 | 3.5 | Complete planning guide for FAS 123R including research time and documentation |
| | 2.4 | Document / consider complex and significant matters consideration for year end audit |
| | 1.6 | Discuss budget for year end audit and determine appropriate hours for areas |

| Date | Hours | Description |
|---|---|---|
| 11/20/2007 | 0.9 | Prepare and meet with German Huerta (Grace) to discuss interim requests |
| | 1.1 | Review cash confirmation plan, listing of accounts, and prior year confirms sent |
| | 1.5 | Complete planning step on consideration of prior year audit approach |
| | 4.5 | Document Grace Fraud Audit Risk Assessment Memo |
| 11/26/2007 | 2.0 | Document Lake Charles inventory checklist and inventory sampling documentation |
| | 1.0 | Plan inventory testing for year end |
| | 1.0 | Planning for tax trip to Boca Raton (review of process maps) |
| 11/27/2007 | 0.8 | Update 404 status document |
| | 1.2 | Call with Curtis Bay staff for planning meeting on physical inventory (and planning time for call) |
| | 0.4 | Meeting with German Huerta & Bill Kelly (both Grace) on format of interim inventory reports |
| | 5.6 | Documentation of Lake Charles inventory testing and performance of tracing counts to SAP |
| 11/28/2007 | 5.0 | Documentation and testing of Lake Charles procurement process |
| | 2.0 | Send planning email for upcoming Curtis Bay inventory and assign staff to areas |
| 11/29/2007 | 1.5 | Planning for tax trip to Boca Raton (review of prior year documentation) |
| | 3.5 | Tie out variance reports for interim inventory testing to general ledger and follow up on variances with Bill Kelly (Grace) |
| 11/30/2007 | 9.5 | Attend Curtis Bay physical inventory (day split between performing counts, reconciling counts, and assisting PwC staff in counts) |
| | **123.5** | **Total Grace Integrated Audit Charged Hours** |
| | **123.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Nicole Heisler** | | |
| 11/7/2007 | 1.0 | Audit Summary Matrix Documentaiton |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 11/1/2007 | 1.0 | Review of Q3 Core Operating Expenses |
| | 1.0 | Review of Q3 Non-Core Operating Expenses |
| | 2.5 | Review of Q3 Legal Expenses |
| | 0.5 | Review of Q3 Self-Insurance |
| | 1.0 | Review of Q3 health and welfare clearing |
| | 2.0 | Review of Q3 Interest Expenses |
| 11/2/2007 | 1.0 | Review of Q3 Core Operating Expenses |
| | 1.0 | Review of Q3 Non-Core Operating Expenses |
| | 2.0 | Review of Q3 Legal Expenses |
| | 3.0 | Review of Q3 Interest Expenses |
| | 1.0 | Follow up on the outstanding supporting documentation |
| 11/5/2007 | 8.0 | Perform inventory count at Chicago, IL (Darex) |
| 11/6/2007 | 8.0 | Perform inventory count at Chicago, IL (Darex) |
| 11/7/2007 | 6.0 | Complete the assigned steps (Operating and Interest Expenses) |
| | 2.0 | Review of earnings per share (completion of the testing) |
| 11/8/2007 | 2.0 | Follow up/Clarification on variances with Jason Day (Grace) |
| | 6.0 | Complete assigned steps (Legal Expenses) |
| 11/9/2007 | 1.0 | Review of the assigned tasks/preparation for year end audit |
| | 2.0 | Review of the examples for completion of the scoping memo |
| | 5.0 | Review of guidance in AS5 regarding multi-location audit/review of prior year workpapers and database for the locations to be scoped in 2007 |
| 11/12/2007 | 6.0 | Write scoping memo for 2007 audit under AS5 |
| | 2.0 | Review of the prior year workpapers related to the use of internal auditors, review of guidance under AS5 |
| 11/13/2007 | 3.0 | Compete, register and file external workpaper file |
| 11/14/2007 | 8.0 | Write scoping memo for 2007 audit under AS5 |
| 11/15/2007 | 8.0 | Plan to use the work of others (internal audit) in 2007 audit |
| 11/16/2007 | 2.0 | Document 404(controls) testing for Credit & Collections process for Columbia, MD |
| 11/19/2007 | 8.0 | Obtain understanding of relevant activities undertaken by others (internal audit) |
| | | Plan to use the work of others (internal audit) in 2007 audit |
| 11/20/2007 | 8.0 | Write scoping memo for 2007 audit under AS5 |
| 11/26/2007 | 3.0 | Document 404(controls) testing for Credit & Collections process for Columbia, MD |
| | 2.0 | Follow up with Michael George (Grace) on certain questions/outstanding items regarding Chicago 51st inventory count |
| | 3.0 | Document 404(controls) testing from Lake Charles, LA |
| 11/27/2007 | 8.0 | Document 404(controls) testing from Lake Charles, LA |
| 11/28/2007 | 6.5 | Document 404(controls) testing from Lake Charles, LA |
| | 1.5 | Follow up with Michele Blessing (Grace) regarding missing supporting documentation |
| 11/29/2007 | 3.5 | Document 404(controls) testing from Lake Charles, LA |
| | 1.0 | Prepare for Curtis Bay inventory count |
| | 0.5 | Conference call with Curtis Bay regarding inventory upcoming count |
| 11/30/2007 | 12.0 | Perform inventory count at Curtis Bay, MD |

| | 142.0 | **Total Grace Integrated Audit Charged Hours** |
|------|-------|--------------------------------|
| | 142.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **ame: Adam Lueck** | | |
| 11/1/2007 | 2.0 | I am documenting the Q3 2007 Divestment Reserve meeting. |
| | 0.5 | I am meeting with German Huerta regarding Q3 Davison revenue fluctuations. |
| | 3.5 | I am testing divestment reserves. |
| | 0.5 | I am meeting with Bill McKenzie regarding adjustments to the Chicago 71st St. Inventory. |
| | 1.0 | I am documenting the Q3 ART meeting minutes. |
| | 0.5 | I am documenting the results of ART procedures. |
| | 3.5 | I am tieing out the 10-Q |
| | 1.0 | I am creating the 2007 audit budget |
| | 0.5 | I am completing Davison revenue testing. |
| 11/2/2007 | 7.5 | I am tieing out the 10-Q |
| | 0.5 | I am reviewing the Q3 Legal Letter from Mark Shelnitz (Grace). |
| 11/3/2007 | 2.0 | I am reviewing the Q3 ART package & documenting the results. |
| | 9.0 | I am tieing out the 10-Q |
| 11/5/2007 | 10.0 | I am tieing out the 10-Q |
| 11/6/2007 | 8.0 | I am tieing out the 10-Q |
| | 0.5 | I am meeting with Tom Dyer (Grace) regarding the 10-Q. |
| | 0.5 | I am updating documentation regarding the Davison Revenue review. |
| | 0.5 | I am testing Davison customer net credit balances. |
| | 0.2 | I am meeting with German Huerta regarding Q3 Davison net credit balances. |
| 11/7/2007 | 0.5 | I am updating divestment reserve review documentation. |
| | 0.5 | I am reviewing a recent creditor bankruptcy plan filed with the bankruptcy court. |
| | 1.0 | I am documenting subsequent events for the Q3 10-Q filing |
| | 8.0 | I am tieing out the 10-Q |
| 11/8/2007 | 8.5 | I am tieing out the 10-Q |
| 11/9/2007 | 1.5 | I am wrapping up work & reviewing work papers for the 10-Q filing. |
| | | I am walking through the Davison Capital Asset management process with Terry Puglisi (Grace). |
| | 1.0 | |
| | 1.0 | I am walking through the Davison GL Close Process with German Huerta (Grace). |
| | 2.0 | I am documenting the Davison Capital Asset management process walk through. |
| | 1.5 | I am documenting the Davison GL Close process walk through. |
| 11/12/2007 | 0.6 | I am performing 404 control testing & documenting the results of the work performed. |
| | 0.6 | I am performing 404 control testing & documenting the results of the work performed. |
| | 0.6 | I am performing 404 control testing & documenting the results of the work performed. |
| | 0.6 | I am performing 404 control testing & documenting the results of the work performed. |
| | 0.6 | I am performing 404 control testing & documenting the results of the work performed. |
| | 0.6 | I am performing 404 control testing & documenting the results of the work performed. |
| | 1.0 | I am meeting with Victor Leo, Grace, regarding Cambridge 404 procedures. |
| | 0.6 | I am reviewing GPC's business processes to prepare for 404 procedures. |
| | 0.6 | I am reviewing GPC's business processes to prepare for 404 procedures. |
| | 0.6 | I am reviewing GPC's business processes to prepare for 404 procedures. |
| | 0.6 | I am reviewing GPC's business processes to prepare for 404 procedures. |
| | 0.6 | I am reviewing GPC's business processes to prepare for 404 procedures. |
| | 0.6 | I am reviewing GPC's business processes to prepare for 404 procedures. |
| | 2.0 | 50% travel time: I am traveling from Baltimore to Cambridge for Grace 404 work. |
| 11/13/2007 | 0.5 | I am walking through the Capital Asset Management process with Jack McGee (Grace). |
| | 1.0 | I am preparing for the Capital Asset Management process walkthrough. |
| | 3.0 | I am documenting the results of the Capital Asset Management walkthrough. |
| | 0.5 | I am meeting with Beth Dellorca regarding 404 testing documentation needs. |
| | 2.0 | I am performing 404 control testing & documenting the results of the work performed. |
| | 1.0 | I am preparing the Grace 2007 Audit Budget. |
| 11/14/2007 | 0.5 | I am meeting with Ardria Cucunotta (Grace) regarding the Credit & Collections process. |
| | 0.5 | I am meeting with Mary Beth Laurette (Grace) regarding the Procurement Process. |

| | | |
|---|---|---|
| | 1.0 | I am meeting with Victor Leo (Grace) regarding the General Ledger Close process. |
| | 1.0 | I am meeting with Victor Leo (Grace) regarding the Sales Order Processing process. |
| | 1.0 | I am preparing for the Credit & Collections walkthrough. |
| | 1.0 | I am preparing for the Procurement walkthrough. |
| | 0.5 | I am preparing for the General Ledger Close walkthrough |
| | 0.5 | I am preparing for the Sales Order Processing walkthrough |
| | 1.0 | I am documenting the GL Close walkthrough |
| 11/15/2007 | 0.5 | I am meeting with Ardria Cucunotta (Grace) regarding the Sales Order Processing process. |
| | 0.5 | I am meeting with Barry Conlon (Grace) regarding the Sales Order Processing process. |
| | | |
| | 3.0 | I am reviewing the 404 work performed in Cambridge & communicating further needs to the client. |
| | 1.5 | I am creating the 2007 audit budget |
| | 0.5 | I am meeting with Victor Leo (Grace), regarding 404 Testing. |
| | 0.5 | I am walking through the Inventory obsolescence policy with Nilini Boobelini (Grace). |
| | 0.5 | I am walking through the Revenue deferral/accrual process with Nilini Boobelini (Grace). |
| 11/16/2007 | 0.5 | I am meeting with Antonia Cameron (Grace) regarding the Customer Rebates process |
| | 0.5 | I am meeting with Beth Dellorca regarding GPC LIFO review & inventory capitalization. |
| | 0.5 | I am meeting with Beth Dellorca regarding outstanding documentation needs. |
| | 2.5 | I am documenting the results of Cambridge Sales Order Processing testing |
| | 3.0 | 50% travel time: I am traveling from Cambridge, MA to Baltimore, MD |
| 11/19/2007 | 0.2 | I am discussing Cambridge, MA 404 work with engagement team members. |
| | 2.5 | I am documenting the Cambridge, MA Inventory Management walkthrough |
| | 1.0 | I am creating a 2007 budget for ART. |
| | 0.8 | I am meeting with the Grace team regarding the 2007 audit budget |
| 11/20/2007 | 2.0 | I am documenting the Cambridge, MA Inventory Management walkthrough |
| | 0.3 | I am sending out Independence confirmations to Grace team members |
| | 2.2 | I am reviewing testing documentation from the Cambridge, MA 404 review. |
| 11/21/2007 | 2.0 | I am updating the Q3 budget. |
| | 1.0 | I am updating the year-end ART budget. |
| | 1.5 | I am testing Cambridge 404 documentation. |
| 11/26/2007 | 2.8 | I am completing the Cambridge, MA Sales Order Processing documentation. |
| | 0.2 | I am communicating the needs for our legal review to John Port, Grace. |
| | 4.0 | I am documenting the Cambridge, MA Credit & Collections walkthrough |
| 11/27/2007 | 1.5 | I am preparing for an update meeting with Internal Audit |
| | 1.5 | I am attending the Internal Audit Update meeting |
| | 1.5 | I am documenting the Cambridge Cash Management walkthrough. |
| | 0.5 | I am meeting with Phil DeGele regarding the Cambridge Capital Asset Management process |
| | 1.2 | I am updating the Cambridge Credit & Collections walkthrough. |
| | 0.8 | I am attending the Curtis Bay Inventory call. |
| 11/28/2007 | 1.0 | I am reviewing the Corporate Payroll process & prior year testing in preparation for our process walkthrough. |
| | 2.0 | I am walking through the Corporate Payroll process with Shahin Rahmani (PwC) & Pam Estes (Grace). |
| | 0.5 | I am reviewing the Payroll test plan to ensure adequacy. |
| | 2.0 | I am documenting the Cambridge Procurement walkthrough. |
| | 1.5 | I am documenting the Cambridge Cash Management walkthrough & testing. |
| 11/29/2007 | 1.0 | I am updating the Q3 budget to actual figures. |
| | 2.0 | I am reviewing the Corporate Treasury process in preparation for a 404 walk through. |
| | 1.0 | I am reviewing the Corporate Treasury Test plan in preparation for 404 testing. |
| | 0.5 | I am meeting with Ed Henry (Grace) regarding the Curtis Bay inventory procedures. |
| | 1.0 | I am walking through the Corporate Treasury process with Bonita Harsh (Grace) & Shahin Rahmani (PwC). |
| | 1.0 | I am performing testing of the Corporate Treasury process. |
| 11/30/2007 | 10.3 | I am attending the Curtis Bay annual inventory. |

| | | |
|---|---|---|
| **167.7** | | **Total Grace Integrated Audit Charged Hours** |
| | | |
| **167.7** | | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended November 30, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name:  Molly McCall** | | |
| 11/20/2007 | 2.0 | Download documents off of portal, populate database and templates. |
| 11/28/2007 | 5.0 | Update database and populate spreadsheets. |
| | 7.0 | **Total Grace Integrated Audit Charged Hours** |
| | 7.0 | **Total Hours** |