# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended November 30, 2007

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **William T Bishop** | | | | | | |
| Integrated Audit | 11/15/07 | | | | $ 46.11 | Audit team lunch with L Keorlet, P Katsiak and S Rahmani (PwC) at Luna Bella |
| **Marvin de Guzman** | | | | | | |
| Integrated Audit | 1/15/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles * .485) |
| Integrated Audit | 1/16/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles * .485) |
| Integrated Audit | 1/17/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles * .485) |
| Integrated Audit | 1/18/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles * .485) |
| Integrated Audit | 1/27/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles * .485) |
| **Catherine Rusyniak** | | | | | | |
| Integrated Audit | 1/11/07 | $ 14.72 | | | | USP Grace reporting package |
| **Cory Starr** | | | | | | |
| Integrated Audit | 11/1/2007 | | | | $ 11.80 | meal to discuss Grace |
| **Lynda Keorlet** | | | | | | |
| Integrated Audit | 10/26/07 | $ 316.30 | | | | purchase of round trip airfare to Nashville for Mt Pleasant inventory observation |
| Integrated Audit | 1/7/07 | | 329.73 | | | 2 nights hotel stay during physical inventory observation in Nashville |
| Integrated Audit | 1/8/07 | | | | $ 7.94 | breakfast for L Keorlet and S Rahmani on day of inventory |
| Integrated Audit | 1/8/07 | $ 92.80 | | | | rental car to get from Nashville to Mt Pleasant plant for inventory observation |
| Integrated Audit | 1/9/07 | $ 52.00 | | | | Parking fees for my car in Baltimore at airport during trip (in lieu of cab ride each way) |
| **Damion Purfey** | | | | | | |
| Integrated Audit | 11/19/07 | $ 348.45 | | | | Airfare to travel to client site (Chicago Ohare to Memphis International) |
| **Shahin Rahmani** | | | | | | |
| Integrated Audit | 1/7/07 | | | | $ 48.00 | Dinner |
| Integrated Audit | 1/9/07 | | | | 14.06 | Lunch |
| Integrated Audit | 1/8/07 | $ 41.46 | | | | Fuel for rental car |
| Integrated Audit | 1/8/07 | $ 28.00 | | | | Parking at BWI |
| Integrated Audit | 1/7/07 | | 334.68 | | | Hotel in Nashville |
| Integrated Audit | 11/12/2007-1/16/07 | $ 19.40 | | | | Excess Travel Mileage |
| Integrated Audit | 11/12/07-11/29/07 | $ 73.72 | | | | Excess Travel Mileage |
| **Pavel Katsiak** | | | | | | |
| Integrated Audit | 1/1/07 | $ 16.01 | | | | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| Integrated Audit | 1/2/07 | $ 16.01 | | | | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| Integrated Audit | 1/7/07 | $ 16.01 | | | | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| Integrated Audit | 1/8/07 | $ 16.01 | | | | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| Integrated Audit | 1/9/07 | $ 16.01 | | | | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| Integrated Audit | 1/12/07 | $ 16.01 | | | | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| Integrated Audit | 1/13/07 | $ 16.01 | | | | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| Integrated Audit | 1/14/07 | $ 16.01 | | | | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| Integrated Audit | 1/15/07 | $ 16.01 | 145.39 | | | Lodging at Hilton Oak Lawn Oak Lawn, IL |
| Integrated Audit | 1/16/07 | $ 16.01 | 145.39 | | | Lodging at Hilton Oak Lawn Oak Lawn, IL |
| Integrated Audit | 1/22/207 | $ 474.41 | | | | New airline ticket cost from DCA to ORD (includes credit from the original ticket, minus $100 change fee; see below) |
| Integrated Audit | 1/1/07 | $ 267.75 | | | | Taxi from Chevy Chase, MD to Reagan National Airport, DC |
| Integrated Audit | 1/4/07 | $ 39.20 | | | | Rental Car while in Chicago, IL. |
| Integrated Audit | 1/4/07 | $ 151.45 | | | | Cost of gas while in Chicago, IL (to fill up before returning the car) |
| Integrated Audit | 1/8/07 | $ 13.57 | | | $ 52.10 | Lunch on the way back from Chicago, IL |
| Integrated Audit | 1/8/07 | | | | $ 2.99 | Breakfast while in Chicago, IL |
| Integrated Audit | 1/8/07 | | | | $ 8.94 | Dinner while in Chicago, IL |
| **Erica Margolius** | | | | | | |
| Integrated Audit | 11/1/2007 | $ 15.04 | | | | Mileage in excess of normal commute (80.2-29.7 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 11/2/2007 | $ 15.04 | | | | Mileage in excess of normal commute (80.2-29.7 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 11/5/2007 | $ 15.04 | | | | Mileage in excess of normal commute (80.2-29.7 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 11/6/2007 | $ 15.04 | | | | Mileage in excess of normal commute (80.2-29.7 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 11/7/2007 | $ 15.04 | | | | Mileage in excess of normal commute (80.2-29.7 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 11/8/2007 | $ 15.04 | | | | Mileage in excess of normal commute (80.2-29.7 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 11/9/2007 | $ 15.04 | | | | Mileage in excess of normal commute (80.2-29.7 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 11/12/2007 | | | $ 17.00 | | Parking at National Airport. |
| Integrated Audit | 11/12/2007 | $ 249.80 | | | | Roundtrip ticket from Washington, DC to Boston, MA for 404 site visit (11/12 - 11/16) |
| Integrated Audit | 11/13/2007 | | | | $ 21.07 | Individual meal for 404 site visit. |
| Integrated Audit | 11/14/2007 | | | | 218.70 | Group meal for 404 site visit: L. Signorl, A. Lueck, K. Geung, E. Margolius. |
| Integrated Audit | 11/16/2007 | | | | 67.05 | Group dinner for 404 site visit: A. Lueck and E. Margolius. |
| Integrated Audit | | | $ 697.68 | | | Lodging during 404 site visit (11/12-11/16) |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 11/19/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/20/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/26/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/27/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/28/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 11/30/2007 | $ 29.59 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| Brett Czajkowski | Integrated Audit | 11/23/07 | $ 21.34 | | | | Commuting mileage based on the distance from another client in Silver Spring, MD then to Gaithersburg, MD. This is the distance in excess of a normal commute to and from the McLean, VA office. |
| William Atkins | Integrated Audit | 11/3/07 | | | $ 38.22 | | Purchase steel-toed boots to comply plant safety requirements while at physical inventory observation |
| | Integrated Audit | 11/5/07 | $ 12.62 | | | | Mileage for drive to Chicago 51st St. plant to perform physical inventory observation |
| Adam Lueck | Integrated Audit | 10/29/07 | $ 171.47 | | | | Airfare from Baltimore to Cambridge |
| | Integrated Audit | 1/1/2007 | | | | 41.91 | Dinner for E. Margolius (PwC) & I |
| | Integrated Audit | 1/1/2007 | | | | 40.98 | Lunch for E. Margolius (PwC) & I |
| | Integrated Audit | 1/13/07 | | | | 6.35 | Lunch for myself |
| | Integrated Audit | 1/14/07 | | | | 54.85 | Dinner for E. Margolius (PwC) & I |
| | Integrated Audit | 1/16/07 | $ 100.00 | | | | One week airport parking fee. |
| | Integrated Audit | 1/16/07 | | $ 697.68 | | | One week hotel fee. |
| | Integrated Audit | 1/16/07 | $ 371.89 | | | | One week rental car expense for E. Margolius (PwC) & myself |
| | Integrated Audit | 1/16/07 | $ 30.08 | | | | Round trip mileage to & from BWI airport |
| | Integrated Audit | 1/15/07 | | | | 48.79 | Dinner for E. Margolius (PwC) & I |
| | Integrated Audit | 1/16/07 | | | | 5.65 | Lunch for myself |
| | Integrated Audit | 1/17/07 | $ 12.00 | | | | Highway tolls incurred while in Cambridge, MA |
| | Integrated Audit | 11/30/2007 | $ 10.68 | | | | Round trip mileage to & from the Curtis Bay, MD inventory |
| Summary | | | Transportation | Lodging | Sundry | Business Meals | |
| | | Total | $ 3,444.64 | $ 2,350.54 | $ 55.22 | $ 697.29 | |
| | | $ 6,547.69 | | | | | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended November 30, 2007

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| **William T. Bishop** | 11/15/07 | Audit Partner | $ 46.11 | Audit team lunch with L Keorlet, P Katsiak and S Rahmani (PwC) at Luna Bella |
| | | | $ 46.11 | |
| **Marvin de Guzman** | 11/5/07 | Audit Manager | $ 35.89 | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | 11/6/07 | Audit Manager | $ 35.89 | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | 11/7/07 | Audit Manager | $ 35.89 | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | 11/8/07 | Audit Manager | $ 35.89 | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | 11/27/07 | Audit Manager | $ 35.89 | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | | | $ 179.45 | |
| **Catherine Rusyniak** | 11/1/07 | Associate | $ 14.72 | USP Grace reporting package |
| | | | $ 14.72 | |
| **Cory Starr** | 11/1/07 | Audit Partner | $ 11.80 | meal to discuss Grace |
| | | | $ 11.80 | |
| **Lynda Keorlet** | 10/26/07 | Audit Associate | $ 316.30 | purchase of round trip airfare to Nashville for Mt.Pleasant inventory observation |
| | 11/7/07 | Audit Associate | $ 329.73 | 2 nights hotel stay during physical inventory observation in Nashville |
| | 11/8/07 | Audit Associate | $ 7.94 | breakfast for L.Keorlet and S.Rahmani on day of inventory |
| | 11/9/07 | Audit Associate | $ 92.80 | rental car to get from Nashville to Mt.PLeasant plant for inventory observation |
| | 11/9/07 | Audit Associate | $ 52.00 | Parking fees for my car in Baltimore at airport during trip (in lieu of cab ride each way) |
| | | | $ 798.77 | |
| **Damion Purfey** | 11/19/07 | Senior Associate | $ 348.45 | Airfare to travel to client site (Chicago Ohare to Memphis International) |
| | | | $ 348.45 | |
| **Shahin Rahmani** | 11/7/07 | Audit Associate | $ 48.00 | Dinner |
| | 11/9/07 | Audit Associate | $ 14.06 | Lunch |
| | 11/9/07 | Audit Associate | $ 41.46 | Fuel for rental car |
| | 11/9/07 | Audit Associate | $ 26.00 | Parking at BWI |
| | 11/7/07 | Audit Associate | $ 334.68 | Hotel in Nashville |
| | 11/1/2007-11/6/07 | Audit Associate | $ 19.40 | Excess Travel Mileage |
| | 11/12/07-11/29/07 | Audit Associate | $ 73.72 | Excess Travel Mileage |
| | | | $ 557.32 | |
| **Pavel Katsiak** | 11/1/07 | Audit Associate | $ 16.01 | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| | 11/2/07 | Audit Associate | $ 16.01 | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| | 11/7/07 | Audit Associate | $ 16.01 | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| | 11/8/07 | Audit Associate | $ 16.01 | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| | 11/9/07 | Audit Associate | $ 16.01 | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| | 11/12/07 | Audit Associate | $ 16.01 | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| | 11/13/07 | Audit Associate | $ 16.01 | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| | 11/14/07 | Audit Associate | $ 16.01 | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| | 11/15/07 | Audit Associate | $ 16.01 | Mileage reimbursement from Chevy Chase, MD to Columbia, MD and back. |
| | 11/5/07 | Audit Associate | $ 145.39 | Lodging at Hilton Oak Lawn Oak Lawn, IL |
| | 11/6/07 | Audit Associate | $ 145.39 | Lodging at Hilton Oak Lawn Oak Lawn, IL |
| | 10/22/07 | Audit Associate | $ 474.41 | Original airline ticket from DCA to ORD (was subsequently changed due to the change in schedule on client's end; see below) |
| | 11/2/07 | Audit Associate | $ 267.75 | New airline ticket cost from DCA to ORD (includes credit from the original ticket, minus $100 change fee) |
| | 11/4/07 | Audit Associate | $ 39.20 | Taxi from Chevy Chase, MD to Reagan National Airport, DC |
| | 11/4/07 | Audit Associate | $ 151.43 | Rental Car while in Chicago, IL |
| | 11/6/07 | Audit Associate | $ 13.57 | Cost of gas while in Chicago, IL (to fill up before returning the car) |
| | 11/6/07 | Audit Associate | $ 52.10 | Lunch/dinner on the way back from Chicago, IL |
| | 11/6/07 | Audit Associate | $ 2.99 | Breakfast while in Chicago, IL |
| | 11/5/07 | Audit Associate | $ 8.94 | Dinner while in Chicago, IL |
| | | | $ 1,445.21 | |
| **Erica Margolius** | 11/1/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/2/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/5/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/6/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/7/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/8/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/9/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/12/2007 | Audit Associate | $ 17.00 | Parking at National Airport. |
| | 11/12/2007 | Audit Associate | $ 249.80 | Roundtrip ticket from Washington, DC to Boston, MA for 404 site visit (11/12 - 11/16) |
| | 11/12/2007 | Audit Associate | $ 21.07 | Individual meal for 404 site visit. |
| | 11/13/2007 | Audit Associate | $ 218.70 | Group meal for 404 site visit: L. Signori, A. Lueck, K. Geung, E. Margolius. |
| | 11/14/2007 | Audit Associate | $ 67.05 | Group dinner for 404 site visit: A. Lueck and E. Margolius. |
| | 11/16/2007 | Audit Associate | $ 697.68 | Lodging during 404 site visit (11/12-11/16) |
| | 11/19/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/20/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/26/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/27/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/28/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| | 11/30/2007 | Audit Associate | $ 29.59 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Curtis Bay Plant |
| | | | $ 1,481.35 | |

| Brett Czajkowski | 11/29/07 | Audit Senior Associate | $ | 21.34 | Commuting mileage based on the distance from another client in Silver Spring, MD then to Gaithersburg, MD. This is the distance in excess of a normal commute to and from the McLean, VA office. |
|---|---|---|---|---|---|
| | | | $ | 21.34 | |
| William Atkins | 11/3/07 | Audit Associate | $ | 38.22 | Purchase steel-toed boots to comply plant safety requirements while at physical inventory observation |
| | 11/5/07 | Audit Associate | $ | 12.62 | Mileage for drive to Chicago 51st St. plant to perform physical inventory observation |
| | | | $ | 50.84 | |
| Adam Lueck | 10/29/07 | Audit Associate | $ | 171.47 | Airfare from Baltimore to Cambridge |
| | 11/12/07 | Audit Associate | $ | 41.91 | Dinner for E. Margolius (PwC) & I |
| | 11/12/07 | Audit Associate | $ | 40.96 | Lunch for E. Margolius (PwC) & I |
| | 11/13/07 | Audit Associate | $ | 6.35 | Lunch for myself |
| | 11/14/07 | Audit Associate | $ | 54.85 | Dinner for E. Margolius (PwC) & I |
| | 11/16/07 | Audit Associate | $ | 100.00 | One week airport parking fee. |
| | 11/16/07 | Audit Associate | $ | 697.68 | One week hotel fee. |
| | 11/16/07 | Audit Associate | $ | 371.89 | One week rental car expense for E. Margolius (PwC) & myself |
| | 11/16/07 | Audit Associate | $ | 30.08 | Round trip mileage to & from BWI airport |
| | 11/15/07 | Audit Associate | $ | 48.79 | Dinner for E. Margolius (PwC) & I. |
| | 11/16/07 | Audit Associate | $ | 5.65 | Lunch for myself |
| | 11/17/07 | Audit Associate | $ | 12.00 | Highway tolls incurred while in Cambridge, MA |
| | 11/30/2007 | Audit Associate | $ | 10.68 | Round trip mileage to & from the Curtis Bay, MD inventory |
| | | | $ | 1,592.33 | |
| | | Grand Total | $ | 6,547.69 | |