

December 29, 2007

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   132597

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH November 30, 2007

**CLIENT SUMMARY**

BALANCE AS OF- 11/30/07

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $0.00 | $68,447.44 | $68,447.44 |
| 03 - Creditors Committee - .15539 | $4,165.00 | $0.00 | $4,165.00 |
| 07 - Applicant's Fee Application - .15543 | $3,275.50 | $0.00 | $3,275.50 |
| 08 - Hearings - .15544 | $5,640.50 | $0.00 | $5,640.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $34,233.00 | $0.00 | $34,233.00 |
| 10 - Travel - .15546 | $13,542.50 | $0.00 | $13,542.50 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) - .15548 | $662.50 | $0.00 | $662.50 |
| 18 - Plan & Disclosure Statement - .15554 | $3,887.50 | $0.00 | $3,887.50 |
| 30 - Fee Application of Others - .17781 | $1,420.00 | $0.10 | $1,420.10 |
| *Client Total* | *$66,826.50* | *$68,447.54* | *$135,274.04* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 11.30 | $650.00 | $7,345.00 |
| Flores, Luisa M | 7.50 | $190.00 | $1,425.00 |
| Sakalo, Jay M | 29.70 | $372.05 | $11,050.00 |
| Abreu, Jovan | 0.00 | $0.00 | $0.00 |
| Snyder, Jeffrey I | 13.40 | $250.00 | $3,350.00 |
| Kramer, Matthew I | 145.90 | $267.96 | $39,095.00 |
| Testa Mehdipour, Nicole | 3.00 | $340.00 | $1,020.00 |
| Aftimos, Corinne | 5.40 | $225.00 | $1,215.00 |
| Lazarus, Shanon | 14.10 | $165.00 | $2,326.50 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | **$66,826.50** | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $8,178.60 |
| Fares, Mileage, Parking | $1,223.00 |
| Telecopies | $11.00 |
| Federal Express | $44.63 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $138.04 |
| Long Distance Telephone-Outside Services | $377.59 |
| Lodging | $2,348.34 |
| Meals | $337.54 |
| Miscellaneous Costs | $2,605.30 |
| Publication | $180.00 |
| Transcript of Deposition | $52,495.85 |
| Copies | $497.70 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$68,447.54** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$135,274.04** |

**Atty – SLB**
**Client No.: 74817/15537**

RE:  **01- Case Administration**

**PROFESSIONAL SERVICES**                                                                    **$0.00**

**COSTS ADVANCED**

| | | |
|---|---|---|
| 10/22/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064558; DATE: 10/30/2007  -  Clients | 4,252.60 |
| 10/23/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064575; DATE: 11/5/2007  -  Clients | 2,136.80 |
| 10/24/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064583; DATE: 11/6/2007  -  Clients | 885.65 |
| 10/24/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064571; DATE: 10/31/2007  -  Clients | 1,032.10 |
| 10/24/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064590; DATE: 11/6/2007  -  Clients | 1,231.95 |
| 10/25/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064596; DATE: 11/6/2007  -  Clients | 3,472.75 |
| 10/26/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064621; DATE: 11/8/2007  -  Clients | 2,387.70 |
| 10/30/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064640; DATE: 11/13/2007  -  Clients | 1,095.50 |
| 10/30/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064631; DATE: 11/12/2007  -  Clients | 2,161.65 |
| 10/30/07 | Airfare Travel from Washington DC - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Act. #5306220025395504 | 199.40 |
| 10/31/07 | Airfare Travel to Washington DC - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 473.00 |
| 10/31/07 | Airfare Travel Miami/Los Angeles/Washington DC/NY - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 2,908.00 |
| 11/01/07 | Long Distance Telephone 1(512)473-0373; 14 Mins. | 17.85 |
| 11/01/07 | Long Distance Telephone 1(302)571-6655; 2 Mins. | 2.38 |
| 11/01/07 | Long Distance Telephone 1(302)571-6655; 2 Mins. | 3.57 |
| 11/01/07 | Long Distance Telephone 1(302)571-6655; 1 Mins. | 2.38 |
| 11/01/07 | Meals Lunch with Matt,Nate,Ray & Peterson - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 102.60 |

| | | |
|---|---|---|
| 11/01/07 | Lodging Hotel Stay - Westlake Village, CA - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 357.50 |
| 11/01/07 | Meals Meals - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 39.17 |
| 11/01/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064670; DATE: 11/21/2007  -  Clients | 2,231.90 |
| 11/02/07 | Long Distance Telephone 1(202)862-5000; 3 Mins. | 3.57 |
| 11/02/07 | Fares, Mileage, Parking Airport Parking 10/31/07 to 11/02/07 - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 42.00 |
| 11/02/07 | Lodging Hotel in Washington - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 206.04 |
| 11/02/07 | Meals Meals - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 22.40 |
| 11/02/07 | Fares, Mileage, Parking Taxi Service-Washington Airport - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 20.00 |
| 11/02/07 | Meals Meals - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 10.64 |
| 11/02/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064688; DATE: 11/26/2007  -  Clients | 1,081.40 |
| 11/02/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064683; DATE: 11/26/2007  -  Clients | 1,082.35 |
| 11/02/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064676; DATE: 11/21/2007  -  Clients | 2,974.75 |
| 11/04/07 | Fares, Mileage, Parking Parking - Miami International Airport - VENDOR: Matthew Kramer; INVOICE#: 11/07/07-MIK; DATE: 11/7/2007  -  Clients | 45.00 |
| 11/05/07 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 3.57 |
| 11/05/07 | Fares, Mileage, Parking Taxi from Dulles Airport - VENDOR: Matthew Kramer; INVOICE#: 11/07/07-MIK; DATE: 11/7/2007  -  Clients | 60.00 |
| 11/05/07 | Fares, Mileage, Parking Taxi from La Guardia Airport to Hotel - VENDOR: Matthew Kramer; INVOICE#: 11/07/07-MIK; DATE: 11/7/2007  -  Clients | 34.00 |
| 11/05/07 | Lodging Hotel Stay - Washington, DC- VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 456.86 |
| 11/05/07 | Lodging Hotel Stay - NYC - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 535.23 |
| 11/05/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064697; DATE: 11/26/2007  -  Clients | 2,856.45 |
| 11/06/07 | Long Distance Telephone 1(312)861-2200; 1 Mins. | 1.19 |
| 11/06/07 | Long Distance Telephone 1(312)861-2000; 1 Mins. | 1.19 |
| 11/06/07 | Long Distance Telephone 1(202)973-9878; 6 Mins. | 8.33 |

| 11/06/07 | Long Distance Telephone 1(312)861-2000; 2 Mins. | 2.38 |
| 11/06/07 | Long Distance Telephone 1(312)861-2000; 1 Mins. | 2.38 |
| 11/06/07 | Meals Meals - VENDOR: Matthew Kramer; INVOICE#: 11/07/07-MIK; DATE: 11/7/2007  -  Clients | 3.57 |
| 11/06/07 | Fares, Mileage, Parking Train & Airport Cab Services - VENDOR: Matthew Kramer; INVOICE#: 11/06/07-MIK; DATE: 11/6/2007  -  Clients | 96.00 |
| 11/06/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064703; DATE: 11/26/2007  -  Clients | 2,461.40 |
| 11/07/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 236781479 DATE: 11/12/2007 | 9.76 |
| 11/07/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 236781479 DATE: 11/12/2007 | 15.98 |
| 11/07/07 | Long Distance Telephone 1(917)319-2202; 7 Mins. | 8.33 |
| 11/08/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064711; DATE: 11/27/2007  -  Clients | 1,735.25 |
| 11/08/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 70.50 |
| 11/08/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 77.00 |
| 11/08/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 77.00 |
| 11/08/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 77.00 |
| 11/08/07 | Airfare VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 278.00 |
| 11/09/07 | Long Distance Telephone 1(864)895-0459; 1 Mins. | 1.19 |
| 11/11/07 | Fares, Mileage, Parking Travel to NY - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 5.00 |
| 11/11/07 | Meals Travel to NY - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 4.60 |
| 11/11/07 | Meals Travel to NY - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 3.57 |
| 11/12/07 | Long Distance Telephone 1(803)943-4444; 4 Mins. | 5.95 |
| 11/12/07 | Fares, Mileage, Parking Taxi fares - Travel to NY - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 212.00 |

| | | |
|---|---|---|
| 11/12/07 | Fares, Mileage, Parking Airport parking  - Travel to NY - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 42.00 |
| 11/12/07 | Meals VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 32.07 |
| 11/12/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064626; DATE: 11/12/2007  -  Clients | 2,460.70 |
| 11/12/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064716; DATE: 11/27/2007  -  Clients | 2,700.70 |
| 11/12/07 | Airfare Travel to Chicago - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 821.80 |
| 11/13/07 | Fares, Mileage, Parking Taxi fares - travel to Washington DC  - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 18.00 |
| 11/13/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064645; DATE: 11/13/2007  -  Clients | 3,642.60 |
| 11/14/07 | Long Distance Telephone 1(843)524-5708; 5 Mins. | 7.14 |
| 11/14/07 | Fares, Mileage, Parking Taxi fares - travel to Chicago - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 43.00 |
| 11/14/07 | Lodging Travel to Washington DC - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 250.76 |
| 11/14/07 | Meals Travel to Washington - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 17.30 |
| 11/14/07 | Meals Travel to Washington DC - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 19.07 |
| 11/14/07 | Meals Trael to Washington DC - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 10.86 |
| 11/14/07 | Meals Travel to Washington DC - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 2.90 |
| 11/14/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064721; DATE: 11/27/2007  -  Clients | 2,838.05 |
| 11/14/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 25.00 |
| 11/15/07 | Long Distance Telephone 1(512)476-4394; 1 Mins. | 1.19 |
| 11/15/07 | Long Distance Telephone 1(212)813-1703; 1 Mins. | 1.19 |
| 11/15/07 | Long Distance Telephone 1(201)665-4279; 4 Mins. | 4.76 |
| 11/15/07 | Fares, Mileage, Parking Airport parking  - Travel to NY - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 40.00 |

| 11/15/07 | Fares, Mileage, Parking Taxi fares - travel to Chicago - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 50.00 |
| 11/15/07 | Lodging Travel to Chicago - VENDOR: Matthew Kramer; INVOICE#: MIK-11/14/07; DATE: 11/14/2007  -  Client - 15537 | 345.05 |
| 11/15/07 | Transcript of Deposition VENDOR: Storey & Miller Court Reporters; INVOICE#: 17872; DATE: 11/16/2007  -  Clients | 237.00 |
| 11/15/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064726; DATE: 11/27/2007  -  Clients | 2,099.45 |
| 11/16/07 | Long Distance Telephone 1(509)455-6934; 1 Mins. | 2.38 |
| 11/19/07 | Long Distance Telephone 1(201)896-6100; 1 Mins. | 2.38 |
| 11/20/07 | Long Distance Telephone 1(310)437-1886; 3 Mins. | 3.57 |
| 11/20/07 | Long Distance Telephone 1(212)326-0886; 11 Mins. | 13.09 |
| 11/20/07 | Long Distance Telephone 1(201)896-6100; 11 Mins. | 13.09 |
| 11/20/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064744; DATE: 12/4/2007  -  Clients | 2,425.90 |
| 11/20/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 38.00 |
| 11/21/07 | Long Distance Telephone 1(310)342-0888; 1 Mins. | 1.19 |
| 11/21/07 | Long Distance Telephone 1(310)342-0888; 2 Mins. | 3.57 |
| 11/21/07 | Long Distance Telephone 1(302)652-4100; 1 Mins. | 1.19 |
| 11/21/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064665; DATE: 11/21/2007  -  Clients | 2,155.00 |
| 11/26/07 | Telecopies   11.00 pgs @ $1.00/pg | 11.00 |
| 11/26/07 | Long Distance Telephone 1(302)594-3108; 5 Mins. | 7.14 |
| 11/26/07 | Long Distance Telephone 1(202)973-9374; 2 Mins. | 2.38 |
| 11/26/07 | Long Distance Telephone 1(202)973-9374; 2 Mins. | 2.38 |
| 11/26/07 | Airfare Travel to Philadelphia - VENDOR: Matthew Kramer; INVOICE#: MIK-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 689.40 |
| 11/26/07 | Airfare Travel to Philadelphia - VENDOR: Matthew Kramer; INVOICE#: MIK-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 689.40 |
| 11/26/07 | Fares, Mileage, Parking Airport parking -Travel to Philadelphia - VENDOR: Matthew Kramer; INVOICE#: MIK-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 25.00 |
| 11/26/07 | Lodging Travel to Philadelphia - VENDOR: Matthew Kramer; INVOICE#: MIK-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 196.90 |
| 11/26/07 | Meals Travel to Philadelphia - VENDOR: Matthew Kramer; INVOICE#: MIK-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 20.80 |
| 11/26/07 | Internet Connection (Outside Services) Travel to Philadelphia - VENDOR: Matthew Kramer; INVOICE#: MIK-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 9.95 |

| Date | Description | Amount |
|---|---|---|
| 11/26/07 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 106377; DATE: 11/30/2007  -  Clients | 374.00 |
| 11/26/07 | Meals Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 5.56 |
| 11/26/07 | Fares, Mileage, Parking Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 87.00 |
| 11/26/07 | Fares, Mileage, Parking Airport parking - travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 30.00 |
| 11/26/07 | Meals Travel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-11/26/07; DATE: 11/26/2007  -  Client - 15537 | 10.00 |
| 11/26/07 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 1,517.20 |
| 11/26/07 | Airfare Travel to Delaware - VENDOR: DINERS CLUB; INVOICE#: 10/26/07-11/27/07; DATE: 12/21/2007  -  Acct. #5306220025395504 | 602.40 |
| 11/29/07 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064655; DATE: 11/19/2007  -  Clients | 856.25 |
| 11/29/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01124158; DATE: 11/30/2007  -  Account# 306300 | 13.09 |
| 11/30/07 | Long Distance Telephone 1(202)339-8513; 1 Mins. | 1.19 |
| 11/30/07 | Miscellaneous Costs / Professional/Expert fees related to PD Estimation for November 2007    $ 2,605.30 | 2,605.30 |
| 12/03/07 | Long Distance Telephone 1(202)862-7801; 2 Mins. | 3.57 |
| 12/04/07 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.19 |
| 12/10/07 | Publication VENDOR: Bankruptcy Creditors' Service, Inc.; INVOICE#: 12/10/07-WRGRACE; DATE: 12/10/2007  -  W.R. Grace Bankruptcy News - Issue # 142-145 | 180.00 |
| 12/10/07 | Meals VENDOR: PERRICONE'S MARKETPLACE; INVOICE#: 152106-12/10/07; DATE: 12/10/2007  -  Client - 15537 | 32.43 |
| 12/14/07 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 1.19 |
| 12/19/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 244440023 DATE: 12/24/2007 | 9.04 |
| 12/19/07 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 244440023 DATE: 12/24/2007 | 9.85 |
| 11/20/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/09/07 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 11/28/07 | Copies 68 pgs @ 0.10/pg | 6.80 |

| | | |
|---|---|---|
| 11/28/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/19/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/19/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/10/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/10/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/10/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/10/07 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 11/14/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/18/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/01/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/19/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/19/07 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/01/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/01/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/01/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/01/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/01/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/01/07 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 11/01/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/01/07 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 11/01/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/18/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/18/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/18/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/18/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/18/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/18/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/10/07 | Copies 43 pgs @ 0.10/pg | 4.30 |
| 12/10/07 | Copies 85 pgs @ 0.10/pg | 8.50 |
| 12/10/07 | Copies 85 pgs @ 0.10/pg | 8.50 |
| 12/10/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/10/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/10/07 | Copies 81 pgs @ 0.10/pg | 8.10 |
| 12/10/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/10/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/10/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/10/07 | Copies 43 pgs @ 0.10/pg | 4.30 |
| 12/10/07 | Copies 81 pgs @ 0.10/pg | 8.10 |
| 12/11/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 12/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/11/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/12/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/12/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/12/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/12/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/12/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/12/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/12/07 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 12/12/07 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 12/12/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/12/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/12/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/12/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/12/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/12/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 12/12/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 12/12/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/17/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/17/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/19/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/19/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/19/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/19/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/19/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/19/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/20/07 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 12/24/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/24/07 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 12/24/07 | Copies 113 pgs @ 0.10/pg | 11.30 |
| 12/24/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/24/07 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 12/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/24/07 | Copies 102 pgs @ 0.10/pg | 10.20 |
| 12/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/24/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/24/07 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 12/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/24/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/24/07 | Copies 102 pgs @ 0.10/pg | 10.20 |
| 12/24/07 | Copies 39 pgs @ 0.10/pg | 3.90 |

| | | |
|---|---|---|
| 12/24/07 | Copies 82 pgs @ 0.10/pg | 8.20 |
| 12/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/24/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/24/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/24/07 | Copies 112 pgs @ 0.10/pg | 11.20 |
| 12/24/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/24/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/24/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/24/07 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 12/24/07 | Copies 98 pgs @ 0.10/pg | 9.80 |
| 12/24/07 | Copies 125 pgs @ 0.10/pg | 12.50 |
| 12/24/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/24/07 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 12/24/07 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 12/24/07 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 12/24/07 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 12/24/07 | Copies 111 pgs @ 0.10/pg | 11.10 |
| 12/24/07 | Copies 120 pgs @ 0.10/pg | 12.00 |
| 12/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/24/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/24/07 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 12/24/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/24/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/24/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/24/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/24/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/24/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/24/07 | Copies 88 pgs @ 0.10/pg | 8.80 |
| 12/24/07 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/24/07 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 12/24/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/24/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/24/07 | Copies 105 pgs @ 0.10/pg | 10.50 |
| 12/24/07 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 12/24/07 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 12/24/07 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 12/24/07 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 12/24/07 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 12/24/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 12/24/07 | Copies 12 pgs @ 0.10/pg | 1.20 |

| | | |
|---|---|---|
| 12/24/07 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/24/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/24/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/24/07 | Copies 63 pgs @ 0.10/pg | 6.30 |
| 12/24/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/24/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/24/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/24/07 | Copies 153 pgs @ 0.10/pg | 15.30 |
| 12/24/07 | Copies 82 pgs @ 0.10/pg | 8.20 |
| 12/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/24/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/24/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/24/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/24/07 | Copies 113 pgs @ 0.10/pg | 11.30 |
| 12/24/07 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 12/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/24/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/30/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/30/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/03/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/03/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/04/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 12/04/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/05/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/06/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/06/07 | Copies 110 pgs @ 0.10/pg | 11.00 |
| 12/06/07 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/07/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/12/07 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 11/12/07 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 11/12/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/12/07 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 11/12/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/12/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/12/07 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 11/20/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/20/07 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 11/20/07 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 11/20/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/20/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/20/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/20/07 | Copies 4 pgs @ 0.10/pg | 0.40 |

| | | |
|---|---|---|
| 11/20/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/20/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/20/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/20/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/20/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/20/07 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/20/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/20/07 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/20/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/20/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/26/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/26/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/26/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/02/07 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 11/02/07 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 11/02/07 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 11/02/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/05/07 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/05/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/05/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/05/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/05/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/05/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/05/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/05/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/05/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/05/07 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/05/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 11/05/07 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 11/05/07 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 11/06/07 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 11/06/07 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/06/07 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 11/06/07 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 11/06/07 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 11/06/07 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 11/06/07 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 11/06/07 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 11/06/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/06/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/06/07 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 11/06/07 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/07/07 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/07/07 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 11/07/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/08/07 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/08/07 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 11/08/07 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/08/07 | Copies 85 pgs @ 0.10/pg | 8.50 |
| 11/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/08/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/08/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/08/07 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/08/07 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/08/07 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/08/07 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/08/07 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/08/07 | Copies 51 pgs @ 0.10/pg | 5.10 |

**TOTAL COSTS ADVANCED**                                                              **$68,447.44**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $8,178.60 |
| Fares, Mileage, Parking | $1,223.00 |
| Telecopies | $11.00 |
| Federal Express | $44.63 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $138.04 |
| Long Distance Telephone-Outside Services | $377.59 |
| Lodging | $2,348.34 |
| Meals | $337.54 |
| Miscellaneous Costs | $2,605.30 |
| Publication | $180.00 |
| Transcript of Deposition | $52,495.85 |
| Copies | $497.60 |
| *TOTAL* | *$68,447.44* |

**CURRENT BALANCE DUE THIS MATTER**                                                   **$68,447.44**

**Atty – SLB**
**Client No.: 74817/15539**

RE:  03 - Creditors Committee

| | | | | |
|---|---|---|---|---|
| 11/01/07 | SLB | 1.40 | 910.00 | Prepare for and conduct committee meeting (.8); telephone call to M. Dies to discuss agenda items (.6). |
| 11/01/07 | JMS | 0.80 | 340.00 | Prepare for and attend Committee call. |
| 11/01/07 | JIS | 0.70 | 175.00 | Attend weekly committee call (0.6); brief attention to memo regarding environmental liabilities (0.1). |
| 11/07/07 | JMS | 0.20 | 85.00 | E-mail exchange with D. Scott and D. Speights regarding committee call. |
| 11/08/07 | JMS | 0.50 | 212.50 | E-mail to Committee regarding call (.2); e-mails with D. Scott and D. Speights regarding calls for next week (.3). |
| 11/11/07 | JMS | 0.30 | 127.50 | E-mail regarding conference call. |
| 11/15/07 | SLB | 1.40 | 910.00 | Interoffice conference with J. Sakalo regarding preparation for meeting (.2); prepare for and conduct committee meeting (1.0); email to and from R. Levy regarding same (.2). |
| 11/15/07 | JMS | 0.90 | 382.50 | Prepare for and hold Committee call. |
| 11/15/07 | JIS | 0.50 | 125.00 | Attend committee call. |
| 11/20/07 | JMS | 0.50 | 212.50 | E-mails with D. Speights regarding 11/26 hearing (.3); e-mail with G. Westbrook thereon (.2). |
| 11/28/07 | JMS | 0.20 | 85.00 | E-mail exchange with S. Baena regarding Committee meetings. |
| 11/29/07 | JMS | 1.00 | 425.00 | Prepare for and hold committee call. |
| 11/29/07 | JIS | 0.70 | 175.00 | Attend weekly committee call. |

PROFESSIONAL SERVICES                                                                    $4,165.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.80 | $650.00 | $1,820.00 |
| Sakalo, Jay M | 4.40 | $425.00 | $1,870.00 |
| Snyder, Jeffrey I | 1.90 | $250.00 | $475.00 |
| *TOTAL* | *9.10* | | *$4,165.00* |

CURRENT BALANCE DUE THIS MATTER                                                          $4,165.00

**Atty – SLB**
**Client No.: 74817/15543**

RE: 07 - Applicant's Fee Application

| 11/01/07 | LMF | 1.90 | 361.00 | Attend to Bilzin's September fees and costs and preparation for quarterly application. |
| 11/02/07 | SL | 3.50 | 577.50 | Draft 26th Quarterly Fee Application and Exhibits. |
| 11/05/07 | LMF | 1.80 | 342.00 | Attention to preparation for quarterly application. |
| 11/06/07 | JIS | 0.10 | 25.00 | Conference with L. Flores and attention to October prebill. |
| 11/07/07 | JIS | 1.20 | 300.00 | Review and revise October prebill (1.1); emails regarding same (0.1). |
| 11/17/07 | JIS | 0.30 | 75.00 | Finish revising October prebill. |
| 11/20/07 | JIS | 0.10 | 25.00 | Attention to email from M. Kramer regarding October prebill. |
| 11/20/07 | MIK | 3.70 | 1,295.00 | Review monthly invoice (.6); respond to fee auditor inquiries (3.1). |
| 11/27/07 | JIS | 0.80 | 200.00 | Review and revise quarterly interim fee application. |
| 11/28/07 | JIS | 0.30 | 75.00 | Further revisions to quarterly and confer with L. Flores regarding same. |

PROFESSIONAL SERVICES                                                                                      $3,275.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 2.80 | $250.00 | $700.00 |
| Kramer, Matthew I | 3.70 | $350.00 | $1,295.00 |
| Flores, Luisa M | 3.70 | $190.00 | $703.00 |
| Lazarus, Shanon | 3.50 | $165.00 | $577.50 |
| *TOTAL* | *13.70* | | *$3,275.50* |

CURRENT BALANCE DUE THIS MATTER                                                            $3,275.50

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 11/01/07 | JMS | 0.40 | 170.00 | Attend RMQ hearing by telephone. |
| 11/13/07 | MIK | 0.80 | 280.00 | Attend by phone Tersigni hearing (.7); email J. Sakalo regarding hearing (.1). |
| 11/20/07 | SL | 1.20 | 198.00 | Multiple phone calls to court call regarding telephonic hearing registration (.3); multiple emails to committee members and J. Sakalo regarding same (.5);  meeting with M. Kramer regarding preparation for upcoming hearing (.3); analyze pleadings for J. Sakalo in preparation for hearing (.1). |
| 11/26/07 | SLB | 4.20 | 2,730.00 | Attention to hearing agenda of 11/26; prepare for matters of interest and attend hearing [telephonically] (4.2). |
| 11/26/07 | LMF | 0.50 | 95.00 | Attend to inquiry regarding omnibus hearing. |
| 11/26/07 | JMS | 5.10 | 2,167.50 | Prepare for and attend omnibus hearing. |

**PROFESSIONAL SERVICES**                                                                                           **$5,640.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 4.20 | $650.00 | $2,730.00 |
| Sakalo, Jay M | 5.50 | $425.00 | $2,337.50 |
| Kramer, Matthew I | 0.80 | $350.00 | $280.00 |
| Flores, Luisa M | 0.50 | $190.00 | $95.00 |
| Lazarus, Shanon | 1.20 | $165.00 | $198.00 |
| *TOTAL* | *12.20* | | *$5,640.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                  **$5,640.50**

**Atty – SLB**
**Client No.: 74817/15545**

RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| | | | | |
|---|---|---|---|---|
| 11/01/07 | JMS | 0.30 | 127.50 | Conference with S. Lazarus regarding deposition summary updates. |
| 11/01/07 | JIS | 5.00 | 1,250.00 | Attend Jacoby deposition. |
| 11/01/07 | MIK | 6.30 | 2,205.00 | Attend Peterson deposition. |
| 11/01/07 | CA | 0.30 | 67.50 | Attention to deposition of Dr. Duchovy. |
| 11/01/07 | SL | 1.20 | 198.00 | Attention to various deposition transcripts (.6); amend deposition summary spreadsheet and email to J. Sakalo (.4); analyze deposition transcript for N. Mehdipour (.2) |
| 11/02/07 | SLB | 0.40 | 260.00 | Email from M. Kramer and to and from M. Dies regarding Elizabeth Anderson testimony, etc. (.4). |
| 11/02/07 | LMF | 0.30 | 57.00 | Review depositions for exhibits. |
| 11/02/07 | JMS | 0.90 | 382.50 | Review memorandum regarding Peterson deposition (.5); e-mails with M. Kramer regarding Dr. Anderson (.4). |
| 11/02/07 | JIS | 1.80 | 450.00 | Attend Weill deposition by phone. |
| 11/02/07 | MIK | 8.50 | 2,975.00 | Summarize deposition(.5); attend Anderson deposition (8.0). |
| 11/02/07 | CA | 2.20 | 495.00 | Attention to deposition of D. Maxam. |
| 11/02/07 | SL | 0.30 | 49.50 | Attention to deposition transcripts. |
| 11/04/07 | MIK | 0.30 | 105.00 | Prepare for deposition. |
| 11/05/07 | JMS | 0.60 | 255.00 | Review memorandum regarding Elizabeth Anderson deposition (.3); review list of deponents and reconcile with S. Lazarus (.3). |
| 11/05/07 | MIK | 7.00 | 2,450.00 | Attend Biggs deposition. |
| 11/05/07 | SL | 2.30 | 379.50 | Review PD related docket entries for J. Sakalo (.3);  analysis of various deposition transcripts and attention to Summary Report (2.0). |
| 11/06/07 | JMS | 0.40 | 170.00 | Telephone conference with A. Madian regarding status of claims objection. |
| 11/06/07 | MIK | 8.30 | 2,905.00 | Attend Dunbar deposition (8.3). |
| 11/06/07 | CA | 0.40 | 90.00 | Attention to mail regarding deposition of W. Nurre (.1); review transcript of deposition of D. Maxam and draft summary of deposition (.3). |
| 11/06/07 | SL | 1.00 | 165.00 | Multiple phone calls to Kirkland & Ellis regarding document production (.3); attention to DVDs from Grace Subpoenas (.2); amend Deposition Transcript Summary (.1); attention to multiple Deposition Transcripts (.4). |
| 11/07/07 | SL | 1.80 | 297.00 | Attention to document production (.5); prepare letters to HR&A forwarding various PI documents(.5); attention to deposition transcripts and updating index (.5); amend Deposition Transcript Summary (.3). |
| 11/08/07 | JMS | 0.50 | 212.50 | E-mail exchange regarding Libby order. |
| 11/08/07 | MIK | 6.10 | 2,135.00 | Attend Roggli deposition by phone. |
| 11/09/07 | SL | 0.30 | 49.50 | Attention to PI Expert Testimonies Transcripts. |
| 11/11/07 | MIK | 1.30 | 455.00 | Review PI deposition transcript (.8); summarize deposition (.5). |
| 11/12/07 | JMS | 0.40 | 170.00 | Review e-mail from J. Baer regarding revised order regarding Motley Rice settlements and COC (.3); review e-mail from N. Finch regarding Libby order (.1). |
| 11/12/07 | MIK | 7.00 | 2,450.00 | Attend deposition. |
| 11/12/07 | SL | 0.40 | 66.00 | Attention to deposition transcripts and updates to transcript summary report. |
| 11/13/07 | JIS | 0.10 | 25.00 | Attention to email from M. Kramer regarding Whitehouse and reply to same. |
| 11/13/07 | MIK | 0.20 | 70.00 | Review Libby stipulation. |
| 11/13/07 | SL | 0.50 | 82.50 | Attention to deposition transcripts and update transcript summary report. |
| 11/14/07 | JMS | 1.10 | 467.50 | Telephone conference with D. Speights regarding open claims (.3); e-mail to D. Speights thereon (.2); e-mails with M. Kramer regarding Libby issues in PI estimation (.4); e-mails with C. Candon thereon (.2). |
| 11/14/07 | JIS | 0.20 | 50.00 | Attention to email from J. Sakalo regarding silica decision and research and respond to same. |

| 11/14/07 | MIK | 10.50 | 3,675.00 | Prepare for deposition (1.0); attend Chambers deposition (9.5). |
| 11/15/07 | JMS | 1.00 | 425.00 | Review Peterson and Heckman summaries. |
| 11/15/07 | MIK | 7.50 | 2,625.00 | Attend Shapo deposition (6.5); deposition preparation (1.0). |
| 11/15/07 | CA | 2.50 | 562.50 | Telephonic attendance at deposition of A.Whitehouse. |
| 11/19/07 | MIK | 0.50 | 175.00 | Grace email review (.1); review PI estimation reports (.4). |
| 11/20/07 | JMS | 0.30 | 127.50 | Telephone conference with J. Williams (claims holder) regarding questions about treatment of plan. |
| 11/20/07 | MIK | 4.00 | 1,400.00 | Attend Myer deposition telephonically (4.0). |
| 11/21/07 | SL | 1.00 | 165.00 | Attention to PD deposition transcripts (.5); update deposition transcript summary (.5). |
| 11/26/07 | JMS | 0.30 | 127.50 | E-mail exchange with S. Lazarus regarding updates to deponent list. |
| 11/26/07 | MIK | 5.50 | 1,925.00 | Prepare for hearing (2.0); attend hearing (3.5). |
| 11/26/07 | SL | 0.10 | 16.50 | Attention to Deposition Transcript Summary and email to J. Sakalo. |
| 11/28/07 | SL | 0.40 | 66.00 | Attention to  deposition transcripts and summary report. |
| 11/29/07 | SL | 0.10 | 16.50 | Attention to deposition transcripts. |
| 11/30/07 | JMS | 0.80 | 340.00 | Review S&R response to motion to disallow Allegheny claims. |
| 11/30/07 | NT | 3.00 | 1,020.00 | Review deposition transcripts and prepare summaries. |

**PROFESSIONAL SERVICES**      **$34,233.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $650.00 | $260.00 |
| Sakalo, Jay M | 6.60 | $425.00 | $2,805.00 |
| Snyder, Jeffrey I | 7.10 | $250.00 | $1,775.00 |
| Kramer, Matthew I | 73.00 | $350.00 | $25,550.00 |
| Testa Mehdipour, Nicole | 3.00 | $340.00 | $1,020.00 |
| Aftimos, Corinne | 5.40 | $225.00 | $1,215.00 |
| Flores, Luisa M | 0.30 | $190.00 | $57.00 |
| Lazarus, Shanon | 9.40 | $165.00 | $1,551.00 |
| *TOTAL* | *105.20* | | *$34,233.00* |

**CURRENT BALANCE DUE THIS MATTER**      **$34,233.00**

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 11/01/07 | MIK | 7.80 | 1,365.00 | Non-working travel to DC for Anderson deposition (7.8). |
| 11/02/07 | MIK | 5.50 | 962.50 | Non-working travel from deposition (5.5). |
| 11/04/07 | MIK | 4.80 | 840.00 | Non-working travel to deposition (4.8). |
| 11/05/07 | MIK | 5.10 | 892.50 | Non-working travel to Dunbar deposition (5.1). |
| 11/06/07 | MIK | 6.50 | 1,137.50 | Non-working travel from deposition (6.5). |
| 11/12/07 | MIK | 12.30 | 2,152.50 | Non-working travel to Heckman deposition (12.3). |
| 11/13/07 | MIK | 4.40 | 770.00 | Non-working travel to Chambers deposition (4.4). |
| 11/14/07 | MIK | 5.00 | 875.00 | Non-working travel to Shapo deposition (5.0). |
| 11/15/07 | MIK | 6.30 | 1,102.50 | Non-working travel from deposition (6.3). |
| 11/25/07 | MIK | 4.90 | 857.50 | Non-working travel to hearing (4.9). |
| 11/26/07 | JMS | 7.40 | 1,572.50 | Non-working travel to Delaware (2.0); non-working travel home to Miami (weather delayed) (5.4). |
| 11/26/07 | MIK | 5.80 | 1,015.00 | Non-working travel from hearing (5.8). |

**PROFESSIONAL SERVICES**                                                                 **$13,542.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 7.40 | $212.50 | $1,572.50 |
| Kramer, Matthew I | 68.40 | $175.00 | $11,970.00 |
| *TOTAL* | *75.80* | | *$13,542.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$13,542.50**

**Atty – SLB**
**Client No.: 74817/15548**

**RE:  12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)**

| | | | | |
|---|---|---|---|---|
| 11/01/07 | JMS | 0.80 | 340.00 | Review and finalize memorandum to Committee regarding environmental meeting. |
| 11/06/07 | JIS | 0.10 | 25.00 | Attention to email from J. Sakalo regarding EPA settlement. |
| 11/28/07 | JMS | 0.30 | 127.50 | Telephone conference with G. Boyer regarding proposed EPA settlement. |
| 11/29/07 | JMS | 0.40 | 170.00 | Telephone conference with G. Boyer regarding EPA settlement and ability to fund. |

**PROFESSIONAL SERVICES** $662.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.50 | $425.00 | $637.50 |
| Snyder, Jeffrey I | 0.10 | $250.00 | $25.00 |
| *TOTAL* | *1.60* | | *$662.50* |

**CURRENT BALANCE DUE THIS MATTER** $662.50

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 11/01/07 | SLB | 1.10 | 715.00 | Email to and telephone call from R. Frankel regarding plan treatment of PD and review additional excerpts of plan. |
| 11/01/07 | JMS | 0.60 | 255.00 | Telephone conference with S. Baena, R. Frankel regarding plan issues. |
| 11/05/07 | SLB | 0.80 | 520.00 | Begin review of ACC/FCR plan as filed. |
| 11/06/07 | SLB | 1.40 | 910.00 | Telephone call from A. Madian and interoffice conference with J. Sakalo regarding FCR/ACC plan (.2); continued review of ACC/FCR plan documents (1.2). |
| 11/06/07 | JMS | 0.20 | 85.00 | E-mail from D. Speights regarding PI /FCR plan. |
| 11/06/07 | JIS | 1.50 | 375.00 | Read and review plan of reorganization and related documents and email to committee regarding PD-related provisions contained therein. |
| 11/19/07 | JMS | 0.60 | 255.00 | Telephone conference with M. Dies regarding questions about the PI/FCR plan (.4); e-mails with R. Levy thereon (.2). |
| 11/20/07 | JMS | 0.50 | 212.50 | Telephone conference with R. Levy regarding PI/FCR plan (.3); e-mail with C. Plaza thereon (.2). |
| 11/30/07 | SLB | 0.60 | 390.00 | Telephone call from R. Frankel regarding status report (.3); interoffice conference with J. Sakalo regarding same (.3). |
| 11/30/07 | JMS | 0.40 | 170.00 | Conference with S. Baena regarding discussion with R. Frankel and options going forward. |

PROFESSIONAL SERVICES $3,887.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.90 | $650.00 | $2,535.00 |
| Sakalo, Jay M | 2.30 | $425.00 | $977.50 |
| Snyder, Jeffrey I | 1.50 | $250.00 | $375.00 |
| *TOTAL* | *7.70* | | *$3,887.50* |

CURRENT BALANCE DUE THIS MATTER $3,887.50

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 11/01/07 | LMF | 0.70 | 133.00 | Attend to notice and summary for Hamilton Rabinovitz and submit to local counsel for filing and serving. |
| 11/05/07 | JMS | 0.40 | 170.00 | Review draft examiner order regarding Tersigni. |
| 11/06/07 | JMS | 0.30 | 127.50 | Review Debtors' comments to proposed order regarding Tersigni examiner. |
| 11/08/07 | JMS | 0.70 | 297.50 | Review e-mail from D. Klauder regarding comments to Tersigni order (.4); telephone conference and e-mail with W. Sparks regarding outstanding holdbacks (.3). |
| 11/09/07 | JMS | 0.30 | 127.50 | Review COC regarding Tersigni examiner. |
| 11/12/07 | LMF | 1.20 | 228.00 | Update description of services for Bilzin's quarterly fee application. |
| 11/12/07 | JMS | 0.30 | 127.50 | Telephone conference with M. Kramer regarding Tersigni examiner hearing. |
| 11/28/07 | LMF | 1.10 | 209.00 | Draft quarterly application for Hamilton Rabinovitz. |

PROFESSIONAL SERVICES                                                                                    $1,420.00

COSTS ADVANCED

11/12/07          Copies 1 pgs @ 0.10/pg                                                0.10

TOTAL COSTS ADVANCED                                                                                    $0.10

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.00 | $425.00 | $850.00 |
| Flores, Luisa M | 3.00 | $190.00 | $570.00 |
| *TOTAL* | *5.00* | | *$1,420.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Copies | $0.10 |
| *TOTAL* | *$0.10* |

CURRENT BALANCE DUE THIS MATTER                                                        $1,420.10