# HR&A                                                INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

December 11, 2007
Invoice No. HRA20071112

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of November, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>3.5 hours @ $ 625 per hour | $ 2,187.50 |
| Paul K. Honig<br>2.0 hours @ $ 325 per hour | 650.00 |
| TOTAL FEES: | $ 2,837.50 |

### EXPENSES

| | |
|---|---:|
| Courier | $    16.39 |
| **TOTAL DUE:** | **$ 2,853.89** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

NOVEMBER, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 11/02/07 | 2.0 | Quick review of Florence deposition and exhibits. |
| 11/05/07 | 1.5 | Quick review of Peterson deposition and exhibits. |
| TOTAL: | 3.5 | |

NOVEMBER, 2007 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>      <u>TIME</u>   <u>TASK</u>

11/12/07    2.0    Sort through, box & ship hardcopy & electronic source materials (except PIQ data).
TOTAL:      2.0