IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Objection Deadline: February 14, 2008 at 4:00 p.m. |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | December 1, 2007 through December 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $12,907.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $109.68 |
| This is a(n): | X monthly    _ interim application |

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | December 1, 2007 - December 31, 2007 | $12,907.50 | $109.68 | Pending | Pending |

...

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 12/1/07 through 12/31/07 | Total Fees for the Period 12/1/07 through 12/31/07 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 14.50 | $12,907.50 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **14.50** | **$12,907.50** |

LEXECON

*[signature]*

332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 1/21/08

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## December 2007

| Name | Status | Billing Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| James J Heckman | Economist | 1,800.00 | 4.00 | $7,200.00 |
| Fredrick Flyer | Economist | 595.00 | 4.00 | $2,380.00 |
| Colleen Loughlin | Economist | 530.00 | 6.00 | $3,180.00 |
| Amessha Jones | Research Assistant | 295.00 | 0.50 | $147.50 |
| Total | | | 14.50 | $12,907.50 |

## Daily Tasks In December 2007 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 12/26/2007 | 4.00 | Reviewed depositions. |
| | Total Hours | 4.00 | |
| Fredrick Flyer | 12/5/2007 | 4.00 | Reviewed Heckman deposition. |
| | Total Hours | 4.00 | |
| Colleen Loughlin | 12/3/2007 | 1.00 | Call with Equity Committee Counsel Horowitz and correspondence with team. |
| | 12/4/2007 | 2.00 | Organized new materials for Heckman. |
| | 12/6/2007 | 2.00 | Worked on summaries of recent materials. |
| | 12/10/2007 | 1.00 | Worked on summaries. |
| | Total Hours | 6.00 | |
| Amessha Jones | 12/3/2007 | 0.50 | Searched for reference book for Ramaiah. |
| | Total Hours | 0.50 | |
| **Total Hours** | | **14.50** | |

**Expense Summary**
**December 2007**

| Expense Category | Total Expenses |
|---|---:|
| Travel | |
| Postage/Delivery | -$55.12 |
| Telephone | |
| Data | |
| Printing/Photocopying | |
| Outside Experts | |
| Working Meals | |
| Transportation | $164.80 |
| **Total** | $109.68 |