IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) <br> ) |
| Debtors. | ) Jointly Administered <br> ) <br> ) **Objection Deadline: February 14, 2008 at 4:00 p.m.** <br> ) **Hearing Date: March 17, 2008 at 1:00 p.m.** |

## NOTICE OF QUARTERLY FEE APPLICATION REQUEST

TO:  All Parties Requesting Notice
Debtors and Debtors-in-Possession
Counsel to the Debtors
Counsel to the Debtors' Post-Petition Lenders
Counsel to the Official Committee of Unsecured Creditors
Counsel to the Official Committee of Asbestos Claimants
Counsel to the Official Committee of Asbestos Property Damage Claimants
Office of the United States Trustee

PLEASE TAKE NOTICE that on January 25, 2008, the **Quarterly Fee Application of Lexecon, Consultants to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from October 1, 2007 through December 31, 2007** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 and served in accordance with the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members.

PLEASE TAKE FURTHER NOTICE that the Application requests payment of compensation in the amount of $274,974.93 and reimbursement of expenses in the amount of $1,843.69 for the period of October 1, 2007 through December 31, 2007.

PLEASE TAKE FURTHER NOTICE that any objection to the Application must be filed with the U.S. Bankruptcy Court, and served upon: (i) counsel for the Official Committee of Equity Holders: Buchanan Ingersoll & Rooney PC, 1000 West Street, Wilmington, Delaware 19801 (Attn: Teresa K.D. Currier, Esq.) and Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Philip Bentley, Esq.); (ii) Consultants to the Official Committee of Equity Holders: Lexecon 323 S. Michigan, Suite 1300, Chicago, IL 60647 (Attn: Mark Zumbach) (iii) counsel for the Official Committee of Asbestos Claimants: (a) Campbell & Levine, LLC, 1201 N. Market Street, 15th Floor, Wilmington, Delaware 19801 (Attn: Matthew G. Zaleski, III, Esq.); (b) Caplin & Drysdale, Chartered, 399 Park Avenue, 36th Floor, New York, New York 10022 (Attn: Elihu Inselbuch, Esq.); and (c) Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Washington, D.C. 20005-5802 (Attn: Peter Van N. Lockwood, Esq.); (iv) Debtors, W.R. Grace, 7500 Grace Drive, Columbia,

Krls/wilm 57994.1

Maryland 21044 (Attn: David B. Siegel, Senior VP and General Counsel); (v) Debtors' counsel: (a) Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (Attn: James H.M. Sprayregen, Esq.) and (b) Pachulski Stang Ziehl Young & Jones, 919 Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Attn: Laura Davis Jones, Esq.); (vi) Office of the United States Trustee, 844 King Street, Room 2311, Wilmington, Delaware 19801 (Attn: Frank Perch, Esq.); (vii) counsel for the Official Committee of Unsecured Creditors: (a) Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Lewis Kruger, Esq.), and (b) Duane Morris & Heckscher LLP, P.C., 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (Attn: Michael Lastowski, Esq.); (viii) counsel to the Official Committee of Asbestos Property Damage Claimants, (a) Bilzin Sumberg Dunn Baena Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Scott L. Baena, Esq.), and (b) Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (Attn: Michael B. Joseph, Esq.); (ix) Counsel to the Post-Petition Lenders: (a) Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (Attn: J. Douglas Bacon, Esq.), and (b) The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (Attn: Steven M. Yoder, Esq.), **so as to be received by February 14, 2008 at 4:00 p.m. prevailing Eastern Time.**

A HEARING ON THE APPLICATION WILL BE HELD ON DECEMBER 17, 2007 AT 2:00 P.M.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

BUCHANAN INGERSOLL & ROONEY PC


By: /s/ Teresa K.D. Currier
Teresa K.D. Currier (No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Douglas Mannal, Esquire
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Counsel to Official Committee of Equity Holders

Dated: January 25, 2008

Krls/wilm 60592.1                    2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**QUARTERLY FEE APPLICATION OF LEXECON, CONSULTANTS TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007**

Name of Applicant:     *Lexecon*

Authorized to Provide
Professional Services to:     *Official Committee of Equity Holders*

Date of Retention:     *As of November 1, 2004*

Period for which compensation
and reimbursement is sought:     *October 1, 2007 through and including December 31, 2007*

Amount of Compensation sought as
actual, reasonable and necessary: *$274,974.93*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$1,843.69*

This is a(n):     _ monthly          X     interim application

# SUMMARY OF MONTHLY FEE STATEMENTS FOR LEXECON
## OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007

| Fee Application Filing Date | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| | $43,840.00 | $447.18 | | Pending | Pending | $44,287.18 |
| | $218,227.43 | $1,286.83 | | Pending | Pending | $219,514.26 |
| | $12,907.50 | $109.68 | | Pending | Pending | $13,017.18 |
| Total | $274,974.93 | $1,843.69 | | | | $276,818.62 |

- 2 -

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| James J Heckman | 1800.00 | 65.50 | $117,900.00 |
| Fredrick Flyer | 595.00 | 37.00 | $22,015.00 |
| Colleen Loughlin | 530.00 | 82.80 | $43,884.00 |
| Eugene Orlov | 495.00 | 1.20 | $594.00 |
| Kirupakaran Ramaiah | 495.00 | 129.50 | $64,102.50 |
| Brian Ross | 370.00 | 2.50 | $925.00 |
| Benjamin Brighoff | 355.00 | 0.50 | $177.50 |
| David Pauwels | 355.00 | 4.00 | $1,420.00 |
| Brittany Walsh | 320.00 | 5.30 | $1,696.00 |
| Amessha Jones | 295.00 | 2.00 | $590.00 |
| Beryl Hinton | 165.00 | 10.30 | $1,699.50 |
| Use of Computer Capability Charge | | | $19,971.43 |
| **Total** | | **340.60** | **$274,974.93** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/07 through 12/31/07 | Total Fees for the Period 10/1/07 through 12/31/07 |
|---|---|---|
| Bankruptcy Motions | 0.00 | $0.00 |
| Case Administration | 0.00 | $0.00 |
| Claims Analysis Objection (Asbestos) | 340.60 | $274,974.93 |
| Creditor Committee | 0.00 | $0.00 |
| Fee Applications, Applicant | 0.00 | $0.00 |
| Hearings | 0.00 | $0.00 |
| Plan and Disclosure Statement | 0.00 | $0.00 |
| Reorganization Plan | 0.00 | $0.00 |
| Travel/Non-Working | 0.00 | $0.00 |
| **Total** | **340.60** | **$274,974.93** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 10/1/07 through 12/31/07 |
|---|---|
| Travel | |
| Postage/Delivery | $74.88 |
| Telephone | |
| Data | $314.89 |
| Printing/Photocopying | $829.35 |
| Outside Experts | |
| Working Meals | $308.12 |
| Transportation | $316.45 |
| **Total** | **$1,843.69** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Lexecon respectfully requests that, for the period October 1, 2007 through December 31, 2007, it be allowed the total amount of fees of $274,974.93 and disbursements $1,843.69, and that the Debtor be directed to pay all outstanding unpaid amounts.

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultants to the Official Committee of
Equity Holders

Dated: 1/21/08