IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIBBY CLAIMANTS, et al., | : |
| | : CIVIL ACTION NO. 07-609 |
| Appellants, | : |
| | : BANKRUPTCY CASE NO. 01-01139 |
| v. | : ADV. PROC. NO. 01-771 |
| | : |
| W.R. GRACE & CO., et al., | : |
| | : |
| Appellees. | : |

## ORDER

AND NOW, this 22 day of January, 2008, upon consideration of Appellants' Brief (Docket No. 6), Answering Brief of the State of Montana (Docket No. 9), Appellees' Brief (Docket No. 10), and Appellants' Reply (Docket No. 12); Debtors' Motion to Dismiss Appeal (Docket No. 7), Joinder of the State of Montana to Debtors' Motion to Dismiss Appeal (Docket No. 8), Appellants' Opposition to Debtors' Motion to Dismiss Appeal (Docket No. 11), BNSF Railway Company's Opposition to Debtors' Motion to Dismiss Appeal (Docket No. 13), and Debtors' Reply in Support of Motion to Dismiss Appeal (Docket No. 14), it is hereby **ORDERED** that all motions are **DISMISSED WITHOUT PREJUDICE.**

If the Bankruptcy Court has not made a decision on the BNSF Injunction Motion and Debtors' Motion for Reconsideration by the 15th of April, 2008, the parties may refile. Upon the event of a refiling, the Court will consider the issue on the underlying merits. It is so **ORDERED.**

5

BY THE COURT:

*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.