## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: February 18, 2008 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
### SEVENTY-NINTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 12/04/07 14 | E-mails regarding subpoena and confer with K. Begley regarding same. A. Marchetta | 0.4 | 236.00 |
| 12/04/07 3 | Conferred with A. Marchetta and reviewed emails regarding subpoena served upon W.R. Grace. K. Begley | 0.2 | 45.00 |
| 12/06/07 18 | Attention to fee application for the 25th interim period. K. Piper | 0.1 | 31.00 |
| 12/17/07 18 | Attention to Order for the 25th interim period. K. Piper | 0.2 | 62.00 |
| 12/17/07 18 | Attention to drafting fee application for November 2007. K. Piper | 0.4 | 124.00 |
| 12/19/07 18 | Attention to CNO for October 2007. K. Piper | 0.1 | 31.00 |
| 12/20/07 18 | Attention to CNO for October 2007. K. Piper | 0.1 | 31.00 |
| 12/21/07 18 | Draft November 2007 fee application. K. Piper | 2.0 | 620.00 |
| 12/27/07 18 | Review and revise DP's November, 2007 fee application. S. Zuber | 0.3 | 136.50 |
| 12/28/07 18 | Attention to revising and filing fee application for November 2007. K. Piper | 0.4 | 124.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 3 | 0.2 | 225.00 | 45.00 |
| A. Marchetta | 14 | 0.4 | 590.00 | 236.00 |
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.3 | 310.00 | 1,023.00 |
| TOTAL | | 4.2 | | 1,440.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 12/03/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.5 | 72.50 |

| 12/06/07 | Follow up regarding site report. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 12/06/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 58.00 |

| 12/07/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

| 12/11/07 | Review appeal brief and confer with B. Moffitt regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 12/12/07 | Review State reply brief and conference with B. Moffitt regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 354.00 |

| 12/12/07 | Review NJDEP reply brief re appeal concerning denial of leave to file late proof of claim; confer with A. Marchetta re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 152.00 |

| 12/12/07 | Worked with B. Moffitt regarding status, including NJDEP's reply appellate brief. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 12/14/07 | Follow up with attorneys regarding docket of reply brief and hearing date of appeal. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

3

| 12/19/07<br>3 | Review article regarding matter.<br>B. Moffitt | 0.1 | 38.00 |
|---|---|---|---|

| 12/19/07<br><br><br>14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same.<br>S. Parker | 0.4 | 58.00 |
|---|---|---|---|

| 12/20/07<br>14 | Telephone calls and follow up with B. Moffitt regarding clean-up.<br>A. Marchetta | 0.5 | 295.00 |
|---|---|---|---|

| 12/20/07<br>3 | Confer with A. Marchetta re article.<br>B. Moffitt | 0.2 | 76.00 |
|---|---|---|---|

| 12/20/07<br><br><br>14 | Searched regarding compilation of information on current status of Hamilton plant site and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same.<br>S. Parker | 1.3 | 188.50 |
|---|---|---|---|

| 12/21/07<br>14 | Review information regarding possible inclusion into briefing.<br>A. Marchetta | 0.5 | 295.00 |
|---|---|---|---|

| 12/26/07<br>14 | Review information on EPA report.<br>A. Marchetta | 0.5 | 295.00 |
|---|---|---|---|

| 12/31/07<br>3 | Review case status report and respond to A. Marchetta re same.<br>B. Moffitt | 0.2 | 76.00 |
|---|---|---|---|

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 3.4 | 590.00 | 2,006.00 |
| B. Moffitt | 3 | 0.9 | 380.00 | 342.00 |
| S. Parker | 14 | 3.1 | 145.00 | 449.50 |
| TOTAL | | 7.4 | | 2,797.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 11/29/07<br>14 | Address bankruptcy approval issues and memo to Sun counsel on status<br>W. Hatfield | 0.5 | 195.00 |
|---|---|---|---|

| 12/01/07<br>14 | Follow up regarding court conference and strategy.<br>A. Marchetta | 0.2 | 118.00 |
|---|---|---|---|

4

| | | | |
|---|---|---|---|
| 12/03/07 14 | Confer with W. Hatfield regarding strategy and handling of matter; follow up regarding same. A. Marchetta | 0.4 | 236.00 |
| 12/03/07 14 | Discuss status and settlement strategy with W. Hatfield. R. Rose | 0.4 | 190.00 |
| 12/03/07 14 | Address action items and strategy on Teich motions W. Hatfield | 0.8 | 312.00 |
| 12/04/07 14 | Review status memo from W. Hatfield. R. Rose | 0.1 | 47.50 |
| 12/04/07 14 | Strategy memo to A. Marchetta on motion practice and settlement approval issues on Bankruptcy W. Hatfield | 0.4 | 156.00 |
| 12/06/07 14 | Attend to preparations on motion for partial summary judgment on non-attorney fees leasehold damages W. Hatfield | 0.6 | 234.00 |
| 12/07/07 14 | Address case issues on motion and research and preparations for same W. Hatfield | 1.3 | 507.00 |
| 12/08/07 14 | Review Appellate Division decision, Findings of Fact and Conclusions of Law; Research law of the case doctrine in New Jersey. H. Clayton | 4.2 | 945.00 |
| 12/10/07 14 | Outline motion arguments and structure re: Weja and Teich damages and leasehold claims pursuant to Appellate Division decision holdings W. Hatfield | 1.0 | 390.00 |
| 12/10/07 14 | Review 1982 Lease Agreement; Review Supreme Court Brief; Draft brief points for motion for partial summary judgment regarding law of the case doctrine. H. Clayton | 3.8 | 855.00 |
| 12/11/07 14 | Draft brief points for motion for partial summary judgment regarding Weja's liability for registration and removal of USTs. H. Clayton | 2.7 | 607.50 |
| 12/12/07 14 | Address lease damages issue for motion and outline arguments on same. W. Hatfield | 0.6 | 234.00 |
| 12/12/07 | Draft brief points regarding W. Teich's liability for forward rent and demolition costs. | | |

5

| 14 | H. Clayton | 2.3 | 517.50 |

| 12/13/07 | Draft summary judgment brief points regarding liability of W. Teich for registration and removal costs under corporate veil piercing theory; Draft summary judgment brief points regarding allocation of spill liability based on Appellate Division ruling of law; Proofread and revise brief points. | | |
| 14 | H. Clayton | 4.2 | 945.00 |

| 12/14/07 | Address status with W. Hatfield; review draft of fraudulent conveyance action to be filed against Teich in New York; e-mail J. Borg concerning same. | | |
| 14 | R. Rose | 0.8 | 380.00 |

| 12/14/07 | Follow up regarding trial preparation/negotiations on settlement. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |

| 12/14/07 | Address motion issues on Teich and Richards. | | |
| 14 | W. Hatfield | 0.6 | 234.00 |

| 12/15/07 | Review and edit draft partial summary judgment brief on Weja/Teich non-attorney fees leasehold damages. | | |
| 14 | W. Hatfield | 2.5 | 975.00 |

| 12/17/07 | Comments on draft brief. | | |
| 14 | W. Hatfield | 0.5 | 195.00 |

| 12/17/07 | Compose Preliminary Statement and Procedural History sections of partial summary judgment brief. | | |
| 14 | H. Clayton | 1.0 | 225.00 |

| 12/18/07 | Address brief and motion paper issues. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |

| 12/18/07 | Draft Procedural history and Statement of Facts section of partial summary judgment brief; Revise legal argument section of brief; Correspond with W. Hatfield regarding additions and edits to brief. | | |
| 14 | H. Clayton | 3.4 | 765.00 |

| 12/19/07 | Review and revise draft brief and preliminary statement, procedural history and statement of facts | | |
| 14 | W. Hatfield | 2.9 | 1,131.00 |

| 12/19/07 | Revise second draft of partial summary judgment brief; Correspond with E. Sher regarding citation formatting; Implement citation formatting in relevant sections of brief. | | |
| 14 | H. Clayton | 1.7 | 382.50 |

6

| 12/20/07 | Review and revise draft brief for partial summary judgment; discuss same with H. Clayton. | | |
| 14 | R. Rose | 3.3 | 1,567.50 |

| 12/20/07 | Memo to H. Clayton on briefing issues. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |

| 12/20/07 | Proofread third draft of brief; Correspond with R. Rose regarding draft of brief and proposed edits; Incorporate edits into brief; draft Notice of Motion; Proposed Form of Order; Certification of Service. | | |
| 14 | H. Clayton | 2.8 | 630.00 |

| 12/21/07 | Review court rules pertaining to trial court certifying a final judgment; analyze final judgment issue to incorporate legal argument into brief for partial summary judgment; review and revise undisputed statement of facts | | |
| 14 | C. Otero | 1.1 | 346.50 |

| 12/21/07 | Research New Jersey Court Rule, Judgment upon Multiple Claims; Meet with C. Otero to discuss motion papers; Revise statement of facts and procedural history section of partial summary judgment brief; Review citations for same. | | |
| 14 | H. Clayton | 3.5 | 787.50 |

| 12/26/07 | Draft partial summary judgment brief point regarding New Jersey Court Rule, Judgment upon Multiple Claims; Proofread edited version of brief. | | |
| 14 | H. Clayton | 2.3 | 517.50 |

| 12/27/07 | Address motion paper issues. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |

| 12/27/07 | Revise citations in partial summary judgment brief; Draft Certification of W. Hatfield; Revise proposed form of order and notice of motion. | | |
| 14 | H. Clayton | 2.0 | 450.00 |

| 12/27/07 | Assist in drafting and revising SJ motion papers. | | |
| 14 | C. Otero | 0.4 | 126.00 |

| 12/28/07 | Address motion paper issues. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |

| 12/28/07 | Meet with C. Otero regarding motion papers; Draft brief point regarding summary judgment standard; research cases granting partial summary judgment based on law of the case; Draft undisputed statement of facts. | | |
| 14 | H. Clayton | 3.7 | 832.50 |

7

| 12/28/07 14 | Review and revise motion papers for partial summary judgment. C. Otero | 1.4 | 441.00 |
|---|---|---|---|
| 12/29/07 14 | Memos on supporting papers for motion. W. Hatfield | 0.2 | 78.00 |
| 12/29/07 14 | Review and revise SJ Brief. C. Otero | 2.2 | 693.00 |
| 12/29/07 14 | Proofread brief; Revise Undisputed Statement of facts. H. Clayton | 1.3 | 292.50 |
| 12/31/07 14 | Address motion issues on NY and NJ papers. W. Hatfield | 0.4 | 156.00 |
| 12/31/07 14 | Review and revise SJ brief and undisputed statement of facts. C. Otero | 3.7 | 1,165.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| H. Clayton | 14 | 38.9 | 225.00 | 8,752.50 |
| R. Rose | 14 | 4.6 | 475.00 | 2,185.00 |
| A. Marchetta | 14 | 1.1 | 590.00 | 649.00 |
| W. Hatfield | 14 | 13.4 | 390.00 | 5,226.00 |
| C. Otero | 14 | 8.8 | 315.00 | 2,772.00 |
| TOTAL | | 66.8 | | 19,584.50 |

8

# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

Engagement Costs -- WEJA, INC.

| | | |
|---|---|---|
| 11/05/07 | VENDOR:  WILLIAM  S.  HATFIELD;  INVOICE#: TARS2021; DATE: 12/18/2007  -  Expenses Related To: To Jersey City for settlement conference[3] | 29.10 |
| 11/05/07 | VENDOR:  WILLIAM  S.  HATFIELD;  INVOICE#: TARS2021; DATE: 12/18/2007  -  Expenses Related To: To Jersey City for settlement conference[4] | 18.00 |
| | Photocopying | 26.80 |
| | Matter Total Engagement Cost | 73.90 |

---

[3] See Expense Reimbursement Form for William S. Hatfield dated 12/15/07 attached hereto as Exhibit 1.
[4] *Id.*

9

# EXHIBIT 1

Bar Code Label

Vendor Number - A/P Use Only

**TARS2021**
Invoice Number

**DAY PITNEY** LLP

# EXPENSE REIMBURSEMENT FORM

***ALL EXPENSE REQUESTS ARE REIMBURSED THROUGH PAYROLL*** (Check Mark Partner, Atty/Counsel, or Employee)

| Full Name: | Emp ID# | Office | Partner | Atty/Counsel | Employee | Employee's Department | Week Ending Date (Saturday) |
|---|---|---|---|---|---|---|---|
| William S. Hatfield | 4191 | Florham Park | ☑ | ☐ | ☐ | REEL | |

NOTE: SUPPORTING DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| | Auto Expenses | | Travel | | | Show details on Tab 2 | | For Accounting Use Only | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Miles x .485 | Amount | Parking, Tolls, Train, Bus, Cab, Subway, Airplane | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No / Matter No or GL Acct Number | Disp Codes | Code Description |
| | | | | | | | | | | 18 | Fax - Outside Vendor |
| | | | | | | | | | | 36 | Photocopies |
| | | | | | | | | | | 43 | Other |
| | | | | | | | | | | 45 | Meals |
| | | | | | | | | | | 46 | Hotel |
| | | | | | | | | | | 57 | Parking |
| To Jersey City for settlement | | 60.00 | $29.10 | $18.00 | | | | $47.10 | 482910.065656 | 73 | Auto Mileage |
| 11/5/2007 | conference | | | | | | | | | 74 | Air Fare |
| | | | | | | | | | | 75 | Bus |
| | | | | | | | | | | 76 | Limo |
| | | | | | | | | | | 77 | Taxi |
| | | | | | | | | | | 78 | Train |
| | | | | | | | | | | 97 | Tolls |
| | | | | $0.00 | | | | $0.00 | | 100 | Auto Rental |
| | | | | $0.00 | | | | $0.00 | | 119 | Phone |
| | | | | $0.00 | | | | $0.00 | | 151 | Event Attendance |
| | | | | $0.00 | | | | $0.00 | | 152 | Seminar Attendance |
| | | | | $0.00 | | | | $0.00 | | 153 | Business Meetings |
| | | | | $0.00 | | | | $0.00 | | 154 | Membership Dues |
| | | | | $0.00 | | | | $0.00 | | | |
| | | | | $0.00 | | | | $0.00 | | | |
| | | | | $0.00 | | | | $0.00 | | | |
| | | | | $0.00 | | | | $0.00 | | | |
| GRAND TOTAL | | | $566.39 | | | | | | | | |

Less Cash Advance (if applicable) GL# 15150, JOB# 13007

TOTAL DUE | $0.00 | $0.00 | $0.00 | $0.00

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the actual conduct of the Firm's business.

| Signature | [signature] | Date | 12/12/07 |
| Approval | | Date | |
| Prepared By: | | Extension | |

| For A/P Use Only | | Session Date: | |
| Session # | | Processor's Initials | |

***E-mail form and receipts via PDF to Expense Forms in Outlook Address Book and keep the originals for your records.***