### Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

WR Grace PD Committee                        December 1, 2007 to December 31, 2007

Invoice No. 25929

**RE:**        WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------:|-------:|
| B14 | Case Administration - | 16.50 | 3,130.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.80 | 208.00 |
| B18 | Fee Applications, Others - | 4.40 | 506.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 11.60 | 2,956.50 |
| B25 | Fee Applications, Applicant - | 6.70 | 1,096.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.80 | 728.00 |
| B32 | Litigation and Litigation Consulting - | 34.30 | 8,918.00 |
| B37 | Hearings - | 4.10 | 1,066.00 |
| B41 | Relief from Stay Litigation - | 1.20 | 312.00 |
| | **Total** | **82.40** | **$18,921.00** |
| | **Grand Total** | **82.40** | **$18,921.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 200.00 | 2.40 | 480.00 |
| Steven G. Weiler | 175.00 | 1.40 | 245.00 |
| Theodore J. Tacconelli | 260.00 | 64.60 | 16,796.00 |
| Law Clerk | 100.00 | 1.30 | 130.00 |
| Legal Assistant - MH | 100.00 | 12.70 | 1,270.00 |
| **Total** | | **82.40** | **$18,921.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Expenses | 1,144.53 |
| **Total Disbursements** | **$1,144.53** |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Dec-01-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Port of Seattle | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with American Legion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving protective order between debtors, PI Committee and Owens-Corning PI Trust and review proposed order | 0.20 | TJT |
| | *Case Administration* - Review Day Pitney Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order amending case management order re Delaware courtroom deputy | 0.10 | TJT |
| | *Case Administration* - Review Capstone 15th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting debtors' continuance of Oct. 31 discovery cut-off to depose certain PI lawyers | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel filed by PI Committee re revised PI estimation case management order and review same | 0.40 | TJT |
| Dec-02-07 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 18th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 38th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re debtors' objection to Massachusetts Dept. of Revenue claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 24th omnibus objection to claims with attachments and review attachments | 0.20 | TJT |
| | *Case Administration* - Review Duane Morris 26th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern's Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Oct. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting leave to file motion to approve settlement with City of Barnwell | 0.10 | TJT |
| Dec-03-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 11/26/07 hearing transcript re PD claim issues | 0.60 | TJT |
| | *Case Administration* - Correspond with J. Lord re Reed Smith Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PGS Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 11/30/07 | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Oct. Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re status of Bilzin Sumberg Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 11/26/07 hearing transcript re PI estimation issues | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Research re Peterson and Florence estimation opinions given in Armstrong estimation proceeding | 0.50 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Hearings* - Prepare correspondence to S. Baena re 11/26/07 hearing follow-up | 0.20 | TJT |
|  | *Hearings* - Prepare memo to paralegal re 11/26/07 hearing follow-up | 0.10 | TJT |
|  | *Hearings* - Review e-mail from M. Hurford re preliminary agenda for 12/17/07 hearing | 0.10 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 11/30/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
|  | *Case Administration* - scan and download 11/26/07 hearing transcript | 0.10 | MH |
|  | *Case Administration* - organize past ECF sheets re Sealed Air fee apps/cnos by parties, then chronologically organize Bilzin and Ferry, Joseph & Pearce's fee apps/cnos re Sealed Air and scan and download same | 1.00 | MH |
| Dec-04-07 | *Case Administration* - Review fee auditor report; re: fee apps with no issues & forward to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Review notice to substitute & forward same to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Review case management Memo; re: week ending 11/30/07 | 0.10 | LLC |
|  | *Case Administration* - Email from S. Bossay; re: 25th interim spreadsheet & forward to M. Hedden | 0.10 | LLC |
|  | *Fee Applications, Others* - Review fee auditor report; re: Bilzin 25th & forward to M. Hedden | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Confer with M. Hedden; re: 25th interim spreadsheet from S. Bossay | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review claim information re current value of unsecured claims in case | 0.10 | TJT |
|  | *Case Administration* - Review Charter Oak Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review LAS Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review debtors' monthly operating report for Oct. 07 | 0.50 | TJT |
|  | *Case Administration* - Review PGS Sept. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review notice of substitution of counsel for AON Consulting and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review e-mail from S. Bossay re 25th interim period chart and spreadsheet | 0.10 | TJT |
|  | *Hearings* - Review preliminary agenda for 12/17/07 hearing | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Confer with paralegal re discrepancy in 25th interim period spreadsheet, review docket and review previous spreadsheets to determine when discrepancy occurred and multiple conferences with paralegal re determination of source of discrepancy | 0.80 | TJT |
|  | *Case Administration* - e-mail from L. Coggins re Fee Auditor's Final Report re Bilzin's 25th interim period, download same | 0.10 | MH |
|  | *Case Administration* - Completion of chronologically organizing, scanning and downloading ECF sheets re past fee apps and cnos in Sealed Air matter | 1.10 | MH |
|  | *Case Administration* - update 2002 service lists and labels | 0.10 | MH |
| Dec-05-07 | *Fee Applications, Applicant* - Confer with T. Tacconelli & M. Hedden; re: interim spread sheet from S. Bossay | 0.30 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review memo in opposition to | 1.60 | TJT |

| | | | |
|---|---|---:|---|
| | debtors' motion to expunge One Alleghany Center claims with voluminous attachments | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of No Objection re no objection to RMQ/National Union settlement motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Mission Towers appeal 07-287 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Chakarian adversary proceeding 01-771 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order denying request for reconsideration by A. Volovsek | 0.10 | TJT |
| | *Case Administration* - Review 14th Quarterly Fee Application of PGS | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review affidavit of M. Andrews | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review revised and amended CMO for PI estimation and calendar new deadlines | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with co-counsel re revised and amended CMO for PI estimation | 0.20 | TJT |
| | *Hearings* - Prepare for 12/17/07 hearing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re cumulative fee chart re total fees | 0.30 | TJT |
| Dec-06-07 | *Fee Applications, Applicant* - Review Certificate of No Objection; re: 26th quarterly fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' opposition to debtors' motion to dismiss appeal | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants reply brief in Libby appeal | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement motion for RMQ and National Union | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of No Objection with proposed order re tax claim filed by Richardson County, GA | 0.10 | TJT |
| | *Case Administration* - Review PGS Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of M. Cohan | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Aug. and Sept. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by E. Moody dated 12/5/07 | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection by Equity Committee re Kramer Levine 23rd Quarterly Fee Application with modifications to Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, | 0.90 | LC |

|  | district court and adversary proceedings, memo to T. Tacconelli re same | | |
|---|---|---|---|
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 26th Quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 26th Quarterly Fee Application | 0.50 | MH |
| Dec-07-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analysis memorandum opinion in Mission Towers appeal, review previous opinion by district court re proofs of claim | 1.60 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re district court memorandum opinion in Mission Towers appeal | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re Wetherford claims with attached stipulation and review same | 0.20 | TJT |
|  | *Case Administration* - Review 13 amended 2019 statement by Silber Perlman | 0.10 | TJT |
|  | *Case Administration* - Review Orrick Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Stroock Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review BMC Group July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re no objections for 25th interim period | 0.10 | TJT |
| Dec-08-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from committee member re PD claim issues | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD claim issues | 2.90 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to committee member re PD claim issues | 0.20 | TJT |
| Dec-09-07 | *Case Administration* - Review Stroock amended Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Beveridge and Diamond 10th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re proposed order re 25th interim period Quarterly Fee Applications | 0.10 | TJT |
|  | *Case Administration* - Prepare memo to paralegal re proposed order re 25th interim period Quarterly Fee Applications | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re payment summary chart for 25th interim period | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR Daubert motion | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review PI Committee's motion to seal Daubert motion | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review FCR's motion to seal Daubert motion | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Equity Committee's memorandum to exclude Peterson and Bigg's expert opinions | 0.70 | TJT |
| Dec-10-07 | *Case Administration* - Review agenda; re: 12/17/07 hearing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Confer with M. Hedden; re: re-notice of hearing & review & revise same for filing | 0.20 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re motion to approve settlement with City of Barnesville | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re | 0.10 | TJT |

|  | PI Daubert motion |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review Heckman rebuttal report dated 9/25/07 with attachments | 1.70 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' Daubert motion and proposed order | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' memo of law in support of Daubert motion to exclude expert reports of Peterson and Biggs | 3.50 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 12/17/07 hearing coverage | 0.10 | TJT |
|  | *Case Administration* - memo from T. Tacconelli re proposed order re 25th interim period, review same and compare figures with that of fee apps of Bilzin, HRA, CDG, Hilsoft and Ferry, Joseph & Pearce, memo to T. Tacconelli re same | 0.20 | MH |
|  | *Fee Applications, Applicant* - Confer with L. Coggins re renotice of hearing re Ferry, Joseph & Pearce's 26th Quarterly Fee Application, draft same, prepare Certificate of Service re same | 0.30 | MH |
|  | *Fee Applications, Applicant* - edit renotice of hearing re Ferry, Joseph & Pearce's 26th Quarterly Fee Application | 0.10 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve renotice of hearing re Ferry, Joseph & Pearce's 26th Quarterly Fee Application, prepare 2002 labels re same | 0.30 | MH |
| Dec-11-07 | *Fee Applications, Others* - Review Bilzin 26th quarterly for e-filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review HR&A 21st quarterly fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Bilzin Oct., 2007 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review HR&A Oct., 2007 fee app for filing | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re PD claim issues | 0.20 | TJT |
|  | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review amended 2019 statement by Baron & Budd | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - continue reviewing debtors' memo in support of Daubert motion to exclude opinions of Peterson and Biggs and start reviewing exhibits thereto | 1.30 | TJT |
|  | *Hearings* - Review agenda for 12/17/07 hearing | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's 26th Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.70 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's 26th Quarterly Fee Application; arrange for service of notice on 2002 service; prepare labels re same | 0.70 | MH |
|  | *Fee Applications, Others* - download, review and revise HRA's July-Sept. 07 Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's July-Sept. 07 Quarterly Fee Application; arrange for service of notice on 2002 service; prepare labels re same | 0.50 | MH |
|  | *Fee Applications, Others* - download, review and revise HRA's Oct. Fee | 0.30 | MH |

|  | Application; prepare Certificate of Service re same |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve  HRA's Oct. Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's Oct. Fee Application; prepare Certificate of Service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Oct. 07 Fee Application | 0.40 | MH |
| Dec-12-07 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of No Objection re motion to approve settlement with Del Taco with proposed order | 0.10 | TJT |
|  | *Case Administration* - Review 10 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 25th interim period | 0.10 | TJT |
|  | *Case Administration* - Review amended 2019 statement by LeBlanc and Waddell | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - continue reviewing exhibits to debtors' memorandum of law in support of Daubert motion | 4.40 | TJT |
|  | *Case Administration* - determine allocation of payment re Ferry, Joseph & Pearce's Sept. Fee Application | 0.10 | MH |
|  | *Case Administration* - Review docket re case status for week ending 12/7/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Dec-13-07 | *Case Administration* - Review order approving 25th quarterlies & forward same to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Review case management Memo; re: week ending 12/7/07 | 0.10 | LLC |
|  | *Case Administration* - Review case status memo for week ending 12/7/07 | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Bilzin Sumberg 25th interim period with attachment | 0.20 | TJT |
|  | *Case Administration* - Review W. Smith and Assoc. 25th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Forman Perry 25th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Richardson Patrick and Scott Law Group 25th interim period | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - continue reviewing debtors' exhibits to debtors' memorandum in support of Daubert motion | 1.60 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by State of Massachusetts | 0.10 | TJT |
| Dec-14-07 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving Del Taco settlement | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order resolving tax claim by Richmond County, GA | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Orrick 25th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock and Washburn Oct. Fee | 0.10 | TJT |

|  | Application |  |  |
|---|---|---|---|
|  | *Case Administration* - Review 6th amended 2019 statement by Motley Rice | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Baker Donaldson and Blackstone Group for 25th interim period | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence from S. Baena re estimation hearing | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Continue reviewing debtors' exhibits to debtors' memorandum in support of Daubert motion | 0.40 | TJT |
| Dec-15-07 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order resolving Wetherford claims re claim objection | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Reed Smith 25th interim period | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice re estimation hearing | 0.10 | TJT |
| Dec-16-07 | *Case Administration* - Review Fee Auditor's Final Reports for W. Sullivan and Piper Jaffery for 25th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re K&E 25th interim period with attachments | 0.20 | TJT |
|  | *Case Administration* - Review TPT Oct. Fee Application | 0.10 | TJT |
|  | *Hearings* - Correspond with committee member re January omnibus hearing | 0.10 | TJT |
| Dec-17-07 | *Case Administration* - Review Woodcock Washburn 26th Quarterly Fee Application | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 12/17/07 hearing | 0.80 | TJT |
|  | *Hearings* - Prepare for and attend Bankruptcy Court | 1.70 | TJT |
|  | *Hearings* - Prepare for 12/20/07 hearing | 0.10 | TJT |
| Dec-18-07 | *Case Administration* - 12/17/07 hearing follow-up (.2); advise T. Tacconelli re same (.1) | 0.30 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement motion with City of Barnesville | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re PD claim issues | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re objection to Massachusetts Dept. of Revenue claim objection | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 18th omnibus objection to claims | 0.10 | TJT |
|  | *Case Administration* - Review Casner Edwards Oct. Fee Application | 0.10 | TJT |
|  | *Hearings* - Confer with S. Weiler re 12/15/07 hearing follow-up | 0.10 | TJT |
| Dec-19-07 | *Fee Applications, Applicant* - Review Certificate of No Objection; re: Oct., 2007 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Obtain and e-mail notice of settlement with attachment resolving claims of EPA to co-counsel | 0.30 | SGW |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Confer with S. Weiler re notice of settlement for EPA | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review correspondence from S. Weiler re notice of settlement with EPA | 0.10 | TJT |
|  | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings and prepare memo to paralegal re same | 0.30 | TJT |

| | | | |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review debtors' motion to strike untimely expert report with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Continue and conclude review of debtors' exhibits in support of memorandum in support of Daubert motion | 2.50 | TJT |
| | *Hearings* - 12/11/07 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 12/14/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Oct. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Oct. Fee Application | 0.50 | MH |
| Dec-20-07 | *Case Administration* -  Review case management Memo; re: week ending 12/14/07 | 0.10 | LLC |
| | *Case Administration* - Review notice of cancellation of 12/20 hearing | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 12/14/07 | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with D. Felder re debtors' motion to strike untimely expert materials | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from M. Hurford to Judge Fitzgerald re PI brief | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from D. Felder to Judge Fitzgerald re FCR brief | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re stipulation between FCR and debtor re debtor's motion to strike | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review stipulation withdrawing debtors' motion to strike untimely report submitted by FCR | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's motion to exclude testimony by debtors' experts | 1.90 | TJT |
| | *Hearings* - Review agenda for 12/20/07 hearing | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memo to T. Tacconelli re same | 0.40 | LC |
| Dec-21-07 | *Case Administration* - Review Woodcock & Washburn corrected Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Sept. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing FCR's exhibits in support of its Daubert motion | 1.40 | TJT |
| Dec-22-07 | *Litigation and Litigation Consulting* - Continue reviewing FCR's exhibits in support of its Daubert motion | 1.90 | TJT |
| Dec-23-07 | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI Committee's response to debtors' Daubert motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR's witness disclosures | 0.10 | TJT |
| Dec-24-07 | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | FCR's opposition to debtors' Daubert motion | | |
| | *Litigation and Litigation Consulting* - conclude reviewing FCR's exhibits in support of its Daubert motion | 1.90 | TJT |
| Dec-26-07 | *Case Administration* - 12/17/07 hearing follow-up and advise T. Tacconelli re same | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review EPA's notice of lodging settlement and briefly attached settlement agreement | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review article re EPA settlement | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's memo in support of its Daubert motion | 0.20 | TJT |
| | *Hearings* - Prepare for 1/14, 1/15 and 1/16 hearings | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 12/17/07 hearing follow-up | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review City of Charleston motion for relief from stay with voluminous attachments | 1.20 | TJT |
| | *Case Administration* - e-mail from S. Weiler re 12/17/07 hearing transcript, download same | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 12/21/07, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Dec-27-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Libby Claimants' appeal 07-609 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review opposition by Burlington Northern Railroad to debtors' motion to dismiss Libby Claimants' appeal 07-609 | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply in support of motion to dismiss appeal in Libby Claimants' appeal 07-609 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review reply brief by State of NJ in appeal 07-536 | 0.40 | TJT |
| | *Case Administration* - Review PGS Nov. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 12/17/07 hearing follow-up | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Nov. prebill | 0.80 | TJT |
| Dec-28-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re researching certain asbestos PI claims (.3); conduct preliminary research re same (.3) | 0.60 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re PD claim issues and correspond with committee member re same | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Conferences with S. Weiler re PD claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 12/17/07 hearing transcript re PD claim issues | 0.30 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Nov. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Start reviewing exhibits to PI | 3.50 | TJT |

| **Page 11** of **12** |

|  | Committee's Daubert motion |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review correspondence from J. Sakalo re Forbes article re estimation proceeding | 0.10 | TJT |
| Dec-29-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to committee member re PD claim issues | 0.10 | TJT |
|  | *Case Administration* - Review Caplin Drysdale Nov. Fee Application | 0.10 | TJT |
| Dec-30-07 | *Case Administration* - Review Campbell Levine Nov. Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Forbes article re PI estimation proceeding | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - continue reviewing exhibits to PI Committee's Daubert motion | 0.50 | TJT |
| Dec-31-07 | *Case Administration* - Review case management Memo; re: week ending 12/21/07 | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's Nov., 2007 fee app for filing | 0.10 | LLC |
|  | Claims Analysis Obj. & Res. (Asbestos)  Continue conducting research re certain asbestos PI claims and advise T. Tacconelli re same | 0.10 | SGW |
|  | *Case Administration* - Review case status memo for week ending 12/21/07 | 0.10 | MH |
|  | *Litigation and Litigation Consulting* - Continue reviewing exhibits to PI Committee's Daubert motion | 2.00 | TJT |
|  | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's revised Nov. 07 prebill and confer with paralegal re same | 0.20 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - edit Nov. prebill | 0.20 | MH |
|  | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Nov. bill, prepare Notice, Fee Application and Certificate of Service re same | 0.70 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Nov. Fee Application | 0.50 | MH |
|  | Totals | 82.40 |  |

## DISBURSEMENTS

| Nov-01-07 | Photocopy Cost | 11.20 |
|---|---|---|
| Dec-06-07 | Photocopy Cost | 0.10 |
|  | Photocopy Cost | 3.10 |
|  | Photocopy Cost | 1.65 |
|  | Cavanaugh's Restaurant- catered lunch for 3 | 38.85 |
|  | Postage  8 @ 0.97 | 7.76 |
|  | service supplies | 7.50 |
| Dec-09-07 | Photocopy Cost | 1.95 |
|  | Photocopy Cost | 6.30 |
|  | Photocopy Cost | 6.75 |
| Dec-10-07 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.80 |
|  | Photocopy Cost | 6.75 |
|  | service supplies | 24.30 |

**Invoice No. 25929**                                 **Page 12** of **12**                                    **January 28, 2008**

| Dec-11-07 | Photocopy Cost | 11.70 |
|---|---|---|
| | Photocopy Cost | 38.10 |
| | Photocopy Cost | 4.95 |
| | Photocopy Cost | 3.60 |
| | Photocopy Cost | 3.45 |
| | Photocopy Cost | 1.80 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 0.75 |
| | Photocopy Cost | 1.80 |
| | Photocopy Cost | 1.05 |
| | Photocopy Cost | 1.65 |
| | Photocopy Cost | 1.65 |
| | Photocopy Cost | 4.05 |
| | Photocopy Cost | 3.75 |
| | Postage | 8.37 |
| | service supplies | 24.30 |
| Dec-12-07 | West Law - Legal Research (Sept 07) Acct #1000634693; Inv # 0814570268 | 15.88 |
| Dec-13-07 | Tristate Courier & Carriage - delivery charge  (Inv # 24706) | 45.50 |
| | Elaine M. Ryan - Transcript | 805.00 |
| Dec-19-07 | Photocopy Cost | 4.50 |
| | Photocopy Cost | 4.50 |
| | Postage   8 @ 0.97 | 7.76 |
| | service supplies | 7.50 |
| Dec-20-07 | Photocopy Cost | 1.05 |
| | Photocopy Cost | 1.65 |
| | Photocopy Cost | 1.20 |
| Dec-27-07 | Photocopy Cost | 0.75 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.95 |
| Dec-31-07 | Photocopy Cost | 6.00 |
| | Photocopy Cost | 6.00 |
| | Postage | 1.31 |
| | service supplies | 1.50 |
| | Totals | $1,144.53 |

**Total Fees & Disbursements**                                      **$20,065.53**

**Balance Due Now**

                                                                   **$20,065.53**