## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | Objection Deadline: February 18, 2008 |
|  | : | Hearing Date: June 23, 2008 |

## FEE DETAIL FOR DAY PITNEY LLP'S QUARTERLY FEE APPLICATION FOR THE TWENTY-SEVENTH INTERIM PERIOD FROM OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                    )     Chapter 11

                        )

W. R. GRACE & CO., et al.,[1]     )     Case No. 01-01139 (JJF)

                        )     (Jointly Administered)

         Debtors.         )

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PITNEY, HARDIN, KIPP & SZUCH LLP AS SPECIAL COUNSEL TO THE DEBTORS

Upon the application (the "Application") of the above-captioned debtors and

debtors-in-possession (collectively, the "Debtors") seeking entry of an order under sections

327(e) and 328(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code")

authorizing the Debtors to employ and retain Pitney, Hardin, Kipp & Szuch LLP ("PHKS") as

special counsel for the Debtors with respect to the specified matters set forth in the Application;

and upon the Affidavit of Anthony J. Marchetta submitted in support of the Application; and it

appearing that the relief requested is in the best interest of the Debtors' estates and their creditors

and other parties in interest; and it appearing that this is a core matter under 28 U.S.C. § 157; and

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey & Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

332

it appearing that PHKS does not represent any interest adverse to the Debtors or their estates with respect to the matters on which PHKS is to be employed, and meets all requirements for retention set forth in the Bankruptcy Code; and it appearing that the terms and conditions of PHKS's employment as further described in the Application are reasonable; and adequate notice having been given of the Application; and good and sufficient cause existing to grant the Application;

NOW, THEREFORE, IT IS HEREBY:

ORDERED that the Application is GRANTED; and it is further

ORDERED that, pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, the retention and employment of PHKS as special counsel to the Debtors for the purposes set forth in the Application is hereby approved, nunc pro tunc to the petition date of the above-captioned proceedings; and it is further

ORDERED that PHKS shall be compensated under sections 330 and 331 of the Bankruptcy Code and any further or other Orders of this Court concerning compensation of professionals in these cases, and in accordance with the terms set forth in the Application and the Affidavit of Anthony J. Marchetta in support of the Application, and shall be reimbursed for all allowed necessary, actual and reasonable expenses; and it is further

ORDERED that the allowed fees and expenses of PHKS shall be an administrative expense of the Debtors' estates; and it is further.

ORDERED that this Order shall become effective immediately upon its entry; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: __May 30__, 2001

JUDGE

# EXHIBIT B

# EXHIBIT B

## FEES FOR THE FEE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/27/07 | Receipt and review of default notice from W.R. Grace to Intercat; and call with S. Whittier regarding same. | | |
| 18 | S. Zuber | 0.2 | 91.00 |
| 10/17/07 | Draft September 2007 fee application. | | |
| 18 | K. Piper | 2.0 | 620.00 |
| 10/19/07 | Review and revise DP's September, 2007 fee application. | | |
| 18 | S. Zuber | 0.3 | 136.50 |
| 10/19/07 | Draft Quarterly fee application for 26th interim period. | | |
| 18 | K. Piper | 1.6 | 496.00 |
| 10/23/07 | Review and revise DP's Twenty-Sixth Interim, Quarterly Fee Application. | | |
| 18 | S. Zuber | 0.3 | 136.50 |
| 10/26/07 | Revise September 2007 fee application and attention to filing same. | | |
| 18 | K. Piper | 0.3 | 93.00 |
| 10/26/07 | Revise Quarterly fee application for the 26th interim period and attention to filing same. | | |
| 18 | K. Piper | 0.5 | 155.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.8 | 455.00 | 364.00 |
| K. Piper | 18 | 4.4 | 310.00 | 1,364.00 |
| TOTAL | | 5.2 | | 1,728.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| | |
|---|---|
| 10/03/07 | Meet with Weja counsel and discuss settlement status. |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| | | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 142.50 |
| 10/05/07<br>14 | Memos with client on status of Weja settlement.<br>W. Hatfield | 0.3 | 117.00 |
| 10/11/07<br>14 | Follow up regarding settlement.<br>A. Marchetta | 0.2 | 118.00 |
| 10/11/07<br>14 | E-mail A. Marchetta concerning settlement status.<br>R. Rose | 0.1 | 47.50 |
| 10/11/07<br><br>14 | Address memos on settlement status and Shell request on bankruptcy court approval.<br>W. Hatfield | 0.3 | 117.00 |
| 10/12/07<br>14 | Memos with R. Rose on Shell issues.<br>W. Hatfield | 0.2 | 78.00 |
| 10/12/07<br>14 | Call with Shell counsel on settlement approval status and trial date issues.<br>W. Hatfield | 0.4 | 156.00 |
| 10/12/07<br>14 | Address Weja trial exhibits and document issues.<br>W. Hatfield | 0.2 | 78.00 |
| 10/13/07<br>14 | Follow up regarding information for client on settlement.<br>A. Marchetta | 0.2 | 118.00 |
| 10/15/07<br>14 | Telephone from Weja counsel concerning settlement status.<br>R. Rose | 0.4 | 190.00 |
| 10/15/07<br>14 | Address memo on communications with Weja counsel.<br>W. Hatfield | 0.2 | 78.00 |
| 10/17/07<br>14 | Call with clients on update on settlement and Weja carrier issues.<br>W. Hatfield | 0.4 | 156.00 |
| 10/17/07<br>14 | Call with F. Biehl on Grace position on settlement and trial date.<br>W. Hatfield | 0.3 | 117.00 |
| 10/18/07<br>14 | Address rescheduling of hearing date with Weja.<br>W. Hatfield | 0.1 | 39.00 |
| 10/22/07<br>14 | Follow up regarding trial date and status, including e-mail to client.<br>A. Marchetta | 0.2 | 118.00 |
| 10/22/07 | Review letter from Weja counsel concerning rescheduling of trial date, | | |

3

|  |  |  |  |
|---|---|---|---|
| 14 | including e-mail from W. Hatfield concerning same.<br>R. Rose | 0.1 | 47.50 |
| 10/22/07<br>14 | Call with F. Biehl on hearing schedule and trial date.<br>W. Hatfield | 0.2 | 78.00 |
| 10/22/07<br>14 | Prepare memo to clients on hearing scheduling issues and Weja trial.<br>W. Hatfield | 0.3 | 117.00 |
| 10/23/07<br>14 | Memos with Shell counsel on trial date.<br>W. Hatfield | 0.2 | 78.00 |
| 10/23/07<br>14 | Memos with R. Rose on court conference.<br>W. Hatfield | 0.2 | 78.00 |
| 10/23/07<br>14 | Review Weja letter to court.<br>W. Hatfield | 0.1 | 39.00 |
| 10/29/07<br>14 | Memos with client on court conference issues.<br>W. Hatfield | 0.2 | 78.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.9 | 475.00 | 427.50 |
| A. Marchetta | 14 | 0.6 | 590.00 | 354.00 |
| W. Hatfield | 14 | 3.6 | 390.00 | 1,404.00 |
| TOTAL | | 5.1 | | 2,185.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 116760 WAPPINGER FALLS (GOODWILL)

| 10/05/07 | Preparation of numerous correspondence to J. Matusiak regarding Stipulation and taxes. | | |
|---|---|---|---|
| 14 | J. Borg | 0.1 | 35.50 |
| 10/05/07 | Preparation of numerous correspondence to D. Panitz regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.2 | 71.00 |
| 10/05/07 | Review/Analysis numerous correspondence from J. Matusiak regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.4 | 142.00 |
| 10/05/07 | Review/Analysis numerous correspondence from D. Panitz regarding Stipulation and taxes. | | |

4

| | | | |
|---|---|---|---|
| 14 | J. Borg | 0.3 | 106.50 |

| | | | |
|---|---|---|---|
| 10/05/07 | Preparation of numerous correspondence to V. Finkelstein regarding Stipulation. | | |
| 14 | J. Borg | 0.2 | 71.00 |

| | | | |
|---|---|---|---|
| 10/08/07 | Follow up on settlement. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

| | | | |
|---|---|---|---|
| 10/08/07 | Preparation of numerous correspondence to J. Matusiak regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.3 | 106.50 |

| | | | |
|---|---|---|---|
| 10/08/07 | Preparation of numerous correspondence to D. Panitz regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.6 | 213.00 |

| | | | |
|---|---|---|---|
| 10/08/07 | Review/Analysis numerous correspondence from J. Matusiak regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.2 | 71.00 |

| | | | |
|---|---|---|---|
| 10/08/07 | Review/Analysis numerous correspondence from D. Panitz regarding Stipulation and taxes. | | |
| 14 | J. Borg | 0.3 | 106.50 |

| | | | |
|---|---|---|---|
| 10/08/07 | Telephone conference with A. Marchetta regarding Stipulation. | | |
| 14 | J. Borg | 0.1 | 35.50 |

| | | | |
|---|---|---|---|
| 10/09/07 | Preparation of correspondence to Clerk regarding Stipulation of Discontinuance. | | |
| 14 | J. Borg | 0.2 | 71.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.3 | 590.00 | 177.00 |
| J. Borg | 14 | 2.9 | 355.00 | 1,029.50 |
| | TOTAL | 3.2 | | 1,206.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 10/01/07 | E-mails and follow up regarding default and extension of time motion. | | |
| 14 | A. Marchetta | 1.0 | 590.00 |

| | | | |
|---|---|---|---|
| 10/01/07 | Searched regarding compilation of information on current status of | | |

5

|  |  |  |  |
|---|---|---|---|
| 14 | investigation of Hamilton plant and related issues.<br>S. Parker | 0.5 | 72.50 |
| 10/02/07<br>14 | Follow up regarding appeal brief and communications regarding same.<br>A. Marchetta | 0.4 | 236.00 |
| 10/02/07<br>3 | Review e-mail exchange re failure to file appeal brief; work with A. Marchetta re same and follow up.<br>B. Moffitt | 0.3 | 114.00 |
| 10/03/07<br>14 | E-mails and follow up regarding applications by State concerning appeal and default.<br>A. Marchetta | 0.3 | 177.00 |
| 10/03/07<br><br>14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded same to A. Marchetta and B. Moffitt.<br>S. Parker | 0.4 | 58.00 |
| 10/05/07<br>3 | Review NJDEP motion to extend time to file appeal brief and prepare e-mail to co-counsel forwarding same.<br>B. Moffitt | 0.3 | 114.00 |
| 10/08/07<br>14 | Confer with B. Moffitt and follow up regarding State's submission.<br>A. Marchetta | 0.3 | 177.00 |
| 10/09/07<br>14 | Forward information regarding investigation.<br>A. Marchetta | 0.2 | 118.00 |
| 10/09/07<br>3 | Review article re report re Hamilton site.<br>B. Moffitt | 0.2 | 76.00 |
| 10/12/07<br>14 | Follow up regarding information from client and hearing.<br>A. Marchetta | 0.2 | 118.00 |
| 10/13/07<br>14 | E-mails regarding facility.<br>A. Marchetta | 0.3 | 177.00 |
| 10/15/07<br>14 | E-mails and follow up regarding status conference request from court.<br>A. Marchetta | 0.4 | 236.00 |
| 10/15/07<br>14 | Address EPA site review issues<br>W. Hatfield | 0.2 | 78.00 |
| 10/15/07<br>3 | Review article re report re site; obtain full report.<br>B. Moffitt | 0.2 | 76.00 |

6

| 10/15/07 | Work with A. Marchetta regarding e-mail and follow up regarding same and regarding report; review article regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.5 | 190.00 |
| 10/15/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 10/16/07 | E-mails and follow up regarding notice from court. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |
| 10/16/07 | Review proposed status report; work with A. Marchetta re same and prepare e-mail to counsel re same. | | |
| 3 | B. Moffitt | 0.5 | 190.00 |
| 10/16/07 | Telephone call with re reimbursement; follow up re same. | | |
| 3 | B. Moffitt | 0.4 | 152.00 |
| 10/17/07 | Follow up with B. Moffitt regarding filing with court and submission, if any, by NJDEP. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| 10/17/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| 10/18/07 | Follow up regarding notice to state. | | |
| 14 | A. Marchetta | 1.2 | 708.00 |
| 10/18/07 | Review article and forward to case team. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 10/19/07 | Follow up with B. Moffitt regarding status hearing. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |
| 10/19/07 | Telephone call with DAG Dickinson re upcoming Bankruptcy Court conference and re status report; work with S. parker re follow up regarding same; preparation of e-mail to A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.4 | 152.00 |
| 10/19/07 | Retrieval and review of dockets in pending actions in order to compile current hearing agenda and status report to Judge Fitzgerald; Forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 72.50 |

7

| 10/19/07 | Worked with B. Moffitt regarding current hearing agenda and status report to Judge Fitzgerald; Forwarded same to DAG Dickinson as requested by B. Moffitt. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| | | | |
| 10/22/07 | Review letter regarding status conference and follow up regarding same. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |
| | | | |
| 10/23/07 | Follow up regarding status conference. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| | | | |
| 10/23/07 | Review e-mail and letter from DAG Dickinson re status conference; review A Marchetta e-mail re same; respond to DAG Dickinson and follow up re same. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |
| | | | |
| 10/23/07 | Review e-mail and letter from DAG Dickinson re status conference; work with A. Marchetta re same and forward; preparation of e-mail to DAG Dickinson and follow up. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |
| | | | |
| 10/24/07 | Follow up with B. Moffitt regarding expense issue; review article regarding settlement of asbestos claimants and follow up regarding same. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| | | | |
| 10/24/07 | Review e-mail re: follow up re expense reimbursement. | | |
| 3 | B. Moffitt | 0.1 | 38.00 |
| | | | |
| 10/25/07 | Follow up with B. Moffitt regarding briefing schedule; e-mails and follow up regarding report. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |
| | | | |
| 10/25/07 | E-mail exchange with counsel and DAG Dickinson re briefing schedule. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| | | | |
| 10/26/07 | Follow up with B. Moffitt regarding report; forward same to client. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| | | | |
| 10/26/07 | Review report to board re site and revise; work with A. Marchetta re same and forward to client. | | |
| 3 | B. Moffitt | 0.6 | 228.00 |
| | | | |
| 10/29/07 | Follow up regarding report and order for more time to file appellate briefs. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

8

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.2 | 590.00 | 4,248.00 |
| W. Hatfield | 14 | 0.5 | 390.00 | 195.00 |
| B. Moffitt | 3 | 4.3 | 380.00 | 1,634.00 |
| S. Parker | 14 | 2.4 | 145.00 | 348.00 |
| TOTAL | | 14.4 | | 6,425.00 |

## FEES FOR THE FEE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 11/05/07 | Review DEP appeal brief; forward to client. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 354.00 |

| 11/05/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 58.00 |

| 11/05/07 | Worked with A. Marchetta regarding NJDEP's appeal brief and corresponding appendices. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 11/07/07 | Review Appellant Brief regarding factual allegations response. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 11/07/07 | Searched regarding compilation of information on current status of investigation and related issues; Forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 58.00 |

| 11/08/07 | Work with B. Moffitt and follow up regarding issues on brief. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| 11/08/07 | Review NJDEP brief re appeal of order denying leave to file late proof of claim; work with A. Marchetta and S. Parker re same and prepare e-mail to L Sinanyan re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.7 | 646.00 |

| 11/09/07 | Telephone call with Judge's Clerk regarding status and follow up regarding letter to Judge. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 354.00 |

9

| 11/12/07 | Work with B. Moffitt regarding letter to court; follow up regarding subpoenas. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |
| 11/12/07 | Preparation of letter to Magistrate Judge Bongiovanni re case status; work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.4 | 152.00 |
| 11/13/07 | Review e-mail from D.A.G. Dickinson re letter to Magistrate Judge Bongiovanni re case status; finalize and file the letter. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 11/14/07 | Follow up regarding appeal response and information for same. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| 11/14/07 | Follow up re status of opposition to NJDEP appeal of order denying leave to file late proof of claim and preparation of e-mail re same. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 11/14/07 | Searched regarding compilation of information on current status of investigation and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 11/15/07 | Work on appeal brief information. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |
| 11/15/07 | E-mail exchange with L. Sinanyan re: opposition to NJDEP appeal of order denying leave to file late proof of claim. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 11/16/07 | Work with B. Moffitt regarding response to Kirkland & Ellis issues on brief and follow up regarding information on same. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |
| 11/16/07 | Work with L. Sinanyan re: opposition to NJDEP appeal of order denying leave to file late proof of claim. | | |
| 3 | B. Moffitt | 1.6 | 608.00 |
| 11/16/07 | Worked with B. Moffitt regarding confirmation of information requested by L. Sinanyan needed to prepare brief in opposition to NJDEP's appellate brief. | | |
| 14 | S. Parker | 0.4 | 58.00 |
| 11/19/07 | Follow up with J. Spielberg and L. Sinanyan on statement. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |

| 11/19/07 | Work with B. Moffitt and follow up regarding information for brief. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |

| 11/19/07 | Address case issues and article | | |
| 14 | W. Hatfield | 0.3 | 117.00 |

| 11/19/07 | Work with L. Sinanyan re: opposition to NJDEP appeal of order denying leave to file late proof of claim; work with J. Spielberg and S. Parker re same; telephone call regarding same. | | |
| 3 | B. Moffitt | 1.7 | 646.00 |

| 11/19/07 | Discussed Report with B. Moffitt; Prepared insert for bankruptcy counsel | | |
| 3 | J. Spielberg | 0.9 | 265.50 |

| 11/19/07 | Worked with B. Moffitt regarding confirmation of information needed by L. Sinanyan to prepare brief in opposition to NJDEP's motion. | | |
| 14 | S. Parker | 0.2 | 29.00 |

| 11/19/07 | Reviewed file to compile documentation confirming information needed by L. Sinanyan to prepare brief in opposition to NJDEP's motion. | | |
| 14 | S. Parker | 0.7 | 101.50 |

| 11/19/07 | Worked with B. Moffitt regarding documents compiled confirming information needed by L. Sinanyan to prepare brief in opposition to NJDEP's motion. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 11/20/07 | Meeting with J. Scordo and work on information for appellate brief. | | |
| 14 | A. Marchetta | 1.1 | 649.00 |

| 11/20/07 | Telephone calls with B. Moffitt regarding edits to brief;  follow up regarding changes to brief. | | |
| 14 | A. Marchetta | 0.9 | 531.00 |

| 11/20/07 | Follow up re telephone call to USEPA On-Site Coordinator; work with J. Spielberg re same. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

| 11/20/07 | Discussed insert to appellate brief with A. Marchetta; Revised insert to appellate brief; Reviewed file regarding Report; Conf. w/ B. Moffitt regarding insert | | |
| 3 | J. Spielberg | 0.8 | 236.00 |

| 11/20/07 | Worked with J. Spielberg regarding information needed to respond to L. Sinanyan's request for information needed to finalize appellate brief. | | |

11

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

11/20/07 — Reviewed file documents in order to confirm information needed by J. Spielberg regarding information needed to respond to L. Sinanyan's request for information needed to finalize appellate brief.

| 14 | S. Parker | 0.5 | 72.50 |
|---|---|---|---|

11/20/07 — Worked with J. Spielberg regarding information needed to respond to L. Sinanyan's request for information needed to finalize appellate brief.

| 14 | S. Parker | 0.2 | 29.00 |
|---|---|---|---|

11/21/07 — Forward comments on brief and follow up regarding same.

| 14 | A. Marchetta | 0.7 | 413.00 |
|---|---|---|---|

11/21/07 — Follow up with B. Moffitt regarding comments on brief.

| 14 | A. Marchetta | 0.3 | 177.00 |
|---|---|---|---|

11/21/07 — Telephone call to USEPA Attorney B. Carr and review material forwarded by same; preparation of e-mail to co-counsel re same and follow up re preparation of opposition to NJDEP appeal; review article.

| 3 | B. Moffitt | 1.0 | 380.00 |
|---|---|---|---|

11/21/07 — Worked with B. Moffitt regarding compilation of additional information needed to respond to L. Sinanyan's requests for information needed to finalize appellate brief.

| 14 | S. Parker | 0.4 | 58.00 |
|---|---|---|---|

11/23/07 — Review final brief.

| 14 | A. Marchetta | 0.5 | 295.00 |
|---|---|---|---|

11/26/07 — Review final appellate brief and e-mail regarding same.

| 14 | A. Marchetta | 0.7 | 413.00 |
|---|---|---|---|

11/26/07 — Conferred with A. Marchetta regarding Appellee brief and made revisions.

| 3 | K. Begley | 0.2 | 45.00 |
|---|---|---|---|

11/28/07 — Searched regarding compilation of information on current status of investigation and related issues.

| 14 | S. Parker | 0.4 | 58.00 |
|---|---|---|---|

11/29/07 — Review EPA information .

| 14 | A. Marchetta | 0.5 | 295.00 |
|---|---|---|---|

11/29/07 — Review e-mail re: reimbursement issue and telephone call to E. McTiernan re same.

| 3 | B. Moffitt | 0.1 | 38.00 |
|---|---|---|---|

12

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 3 | 0.2 | 225.00 | 45.00 |
| A. Marchetta | 14 | 9.6 | 590.00 | 5,664.00 |
| W. Hatfield | 14 | 0.3 | 390.00 | 117.00 |
| B. Moffitt | 3 | 7.4 | 380.00 | 2,812.00 |
| J. Spielberg | 3 | 1.7 | 295.00 | 501.50 |
| S. Parker | 14 | 4.8 | 145.00 | 696.00 |
| TOTAL | | 24.0 | | 9,835.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 11/12/07 | Reviewed subpoena served upon W.R. Grace; Conferred with A. Marchetta regarding same | | |
|---|---|---|---|
| 3 | K. Begley | 0.4 | 90.00 |

| 11/14/07 | Attention to fee application for October 2007. | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 31.00 |

| 11/15/07 | Work with Kirkland & Ellis on subpoena issues. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 413.00 |

| 11/15/07 | Conferred with A. Marchetta regarding the subpoena served upon W.R. Grace. | | |
|---|---|---|---|
| 3 | K. Begley | 0.3 | 67.50 |

| 11/19/07 | Draft October 2007 fee application. | | |
|---|---|---|---|
| 18 | K. Piper | 2.2 | 682.00 |

| 11/20/07 | Follow up regarding Subpoena. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

| 11/20/07 | Review and revise DP's October, 2007 Fee Application. | | |
|---|---|---|---|
| 14 | S. Zuber | 0.3 | 136.50 |

| 11/20/07 | Attention to filing CNO for September 2007. | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 31.00 |

| 11/21/07 | Attention to CNO for September 2007. | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 31.00 |

| 11/27/07 | E-mails and follow up regarding Subpoena. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

13

| 11/27/07 | Revise October 2007 fee application and attention to filing same. | | |
|---|---|---|---|
| 18 | K. Piper | 0.4 | 124.00 |

| 11/27/07 | Conferred with A. Marchetta regarding subpoena served upon W.R. Grace; Reviewed emails regarding new response date. | | |
|---|---|---|---|
| 3 | K. Begley | 0.3 | 67.50 |

| 11/28/07 | Follow up regarding subpoena response. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

| 11/28/07 | Attention to filing of October 2007 fee application. | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 31.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 3 | 1.0 | 225.00 | 225.00 |
| A. Marchetta | 14 | 1.7 | 590.00 | 1,003.00 |
| S. Zuber | 14 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.0 | 310.00 | 930.00 |
| | TOTAL | 6.0 | | 2,294.50 |

Client: 430423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 LANDFILL CLOSURE ISSUES (GLOUCESTER)

| 06/30/06 | Review correspondence on subdivision. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.1 | 36.50 |

| 07/28/06 | Memo on subdivision status. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.1 | 36.50 |

| 11/02/07 | Memo to B. Bowe on status of subdivision and redevelopment of area around landfill and DEP issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 117.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 0.5 | 390.00 | 190.00 |
| | TOTAL | 0.5 | | 190.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

14

| 11/01/07 | Memos with Shell counsel on trial schedule. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |

| 11/02/07 | Prepare for court hearing/pre trial conference. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |

| 11/05/07 | Follow up regarding settlement conference and arrangements for conference call regarding same. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

| 11/05/07 | Review e-mail concerning settlement status and address strategy issues. | | |
| 14 | R. Rose | 0.5 | 237.50 |

| 11/05/07 | Prepare for and participate in court conference on settlement issues; conferences with defense counsel; conference with court on schedule for motion and trial. | | |
| 14 | W. Hatfield | 6.0 | 2,340.00 |

| 11/05/07 | Call with R. Sentfleben on CMC outcome. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |

| 11/05/07 | Draft memos to R. Rose and A. Marchetta on CMC outcome and trial and motion issues. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |

| 11/05/07 | Numerous telephone conferences with W. Hatfield regarding fraudulent conveyance and attachment issues as to W. Teich. | | |
| 3 | J. Borg | 0.3 | 106.50 |

| 11/06/07 | Conference call with client regarding strategy after settlement conference. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |

| 11/06/07 | Prepare for and attend call with client and A. Marchetta on CMC and strategy issues on Teich and Weja. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |

| 11/06/07 | Address matters and preparation for motion in NYS on fraudulent conveyance. | | |
| 14 | W. Hatfield | 0.6 | 234.00 |

| 11/06/07 | Address collection proceedings and case strategy. | | |
| 3 | J. Spielberg | 0.4 | 118.00 |

| 11/06/07 | Review/Analysis numerous correspondence from J. Spielberg regarding fraudulent conveyance. | | |

15

| 3 | J. Borg | 0.4 | 142.00 |

11/06/07      Review/Analysis Title Search and memorandum regarding fraudulent conveyance of action from W. Teich to E. Teich.

| 3 | J. Borg | 0.6 | 213.00 |

11/06/07      Review/Analysis correspondence from J. Matusiak regarding roof issue.

| 3 | J. Borg | 0.1 | 35.50 |

11/06/07      Attention to e-mail correspondence to J. Borg.

| 3 | J. Spielberg | 0.7 | 206.50 |

11/06/07      Reviewed title search and file materials for collection documents.

| 3 | J. Spielberg | 0.7 | 206.50 |

11/07/07      Review Richards settlement position and strategy.

| 14 | R. Rose | 0.2 | 95.00 |

11/07/07      Address case issues on settlement strategy with Richards.

| 14 | W. Hatfield | 0.3 | 117.00 |

11/07/07      Address issue with filing warrant to satisfy on judgment previously issued for Teich and impact on subsequent court proceeding and possible fraudulent conveyance action and need to review file and pleadings.

| 3 | R. Gottilla | 0.4 | 164.00 |

11/08/07      Follow up regarding settlement with Richards, Layton.

| 14 | A. Marchetta | 0.2 | 118.00 |

11/08/07      Address issues on fraudulent conveyance and preparations for NY claim against Teich.

| 14 | W. Hatfield | 0.6 | 234.00 |

11/08/07      Review of file and pleadings.

| 3 | R. Gottilla | 0.6 | 246.00 |

11/08/07      Various exchanges of email communications with B. Hatfield, J. Borg and J. Spielberg regarding filing of warrant to satisfy for Teich judgment and having no impact on potential fraudulent conveyance action.

| 3 | R. Gottilla | 0.5 | 205.00 |

11/08/07      Reviewed file for settlement papers regarding W. Tiech.

| 3 | J. Spielberg | 2.0 | 590.00 |

11/08/07      Preparation of Petition for avoidance of fraudulent conveyance.

| 3 | J. Borg | 1.1 | 390.50 |

16

| | | | |
|---|---|---|---|
| 11/08/07 | Preparation of numerous correspondence to W. Hatfield, R. Gottilla and J. Spielberg regarding strategy and prior judgment. | | |
| 3 | J. Borg | 0.5 | 177.50 |
| 11/08/07 | Review/Analysis numerous correspondence from W. Hatfield, R. Gottilla and J. Spielberg regarding strategy and prior judgment. | | |
| 3 | J. Borg | 0.6 | 213.00 |
| 11/09/07 | Attention to appellate moving papers and decision. | | |
| 3 | J. Spielberg | 0.2 | 59.00 |
| 11/14/07 | Follow up regarding Richards settlement discussions. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| 11/14/07 | Address Teich motion issues and strategy memo from J. Borg. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 11/14/07 | Review of memo from J. Borg regarding provisions under NYS law for pursuing fraudulent conveyance action against Teich and various approaches to accomplishing same. | | |
| 3 | R. Gottilla | 0.3 | 123.00 |
| 11/14/07 | Review/Analysis Memorandum regarding pursuit of W. Teich for fraudulent conveyance pursuant to Dr. & Cr. L. 273. | | |
| 3 | J. Borg | 0.3 | 106.50 |
| 11/14/07 | Researched issue of whether, under NY Dr & Cr law 273-a, a proceeding may only be commenced after a judgment is actually entered. Wrote email to Jon Borg summarizing relevant case law on this issue. | | |
| 3 | T. Freeman | 2.7 | 607.50 |
| 11/15/07 | Attention to status of appellate decision, and other file materials for J. Borg. | | |
| 3 | J. Spielberg | 0.2 | 59.00 |
| 11/15/07 | Preparation of numerous correspondence to W. Hatfield, R. Gottilla and J. Spielberg regarding fraudulent conveyance proceeding against W. Teich and legal strategy. | | |
| 3 | J. Borg | 0.4 | 142.00 |
| 11/16/07 | Review J. Borg e-mail concerning fraudulent conveyance action against W. Teich.. | | |
| 14 | R. Rose | 0.1 | 47.50 |
| 11/16/07 | Attend to memos and client request for information on matter. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |

17

| 11/16/07 3 | Attention to initial complaint. J. Spielberg | 0.1 | 29.50 |
| 11/27/07 3 | Revise/Finalize Petition to set aside fraudulent conveyance. J. Borg | 1.7 | 603.50 |
| 11/28/07 14 | Call with J. Trella of TRC on Weja case and trial issues. W. Hatfield | 0.4 | 156.00 |
| 11/28/07 14 | Review memo on status of Teich motion papers. W. Hatfield | 0.2 | 78.00 |
| 11/28/07 3 | Revise/Finalize Petition for avoidance of fraudulent conveyance by W. Teich. J. Borg | 2.1 | 745.50 |
| 11/28/07 3 | Preparation of Notice of Pendency. J. Borg | 0.2 | 71.00 |
| 11/29/07 14 | Follow up regarding settlement. A. Marchetta | 0.4 | 236.00 |
| 11/30/07 14 | Review e-mail concerning institution of fraudulent conveyance action against Teich. R. Rose | 0.1 | 47.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| T. Freeman | 3 | 2.7 | 225.00 | 607.50 |
| R. Rose | 14 | 0.9 | 475.00 | 427.50 |
| A. Marchetta | 14 | 1.8 | 590.00 | 1,062.00 |
| R. Gottilla | 3 | 1.8 | 410.00 | 738.00 |
| W. Hatfield | 14 | 10.3 | 390.00 | 4,017.00 |
| J. Borg | 3 | 8.3 | 355.00 | 2,946.50 |
| J. Spielberg | 3 | 4.3 | 295.00 | 1,268.50 |
| TOTAL | | 30.1 | | 11,067.00 |

## FEES FOR THE FEE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

12/04/07          E-mails regarding subpoena and confer with K. Begley regarding same.

18

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

12/04/07 Conferred with A. Marchetta and reviewed emails regarding subpoena served upon W.R. Grace.

| | | | |
|---|---|---|---|
| 3 | K. Begley | 0.2 | 45.00 |

12/06/07 Attention to fee application for the 25th interim period.

| | | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 31.00 |

12/17/07 Attention to Order for the 25th interim period.

| | | | |
|---|---|---|---|
| 18 | K. Piper | 0.2 | 62.00 |

12/17/07 Attention to drafting fee application for November 2007.

| | | | |
|---|---|---|---|
| 18 | K. Piper | 0.4 | 124.00 |

12/19/07 Attention to CNO for October 2007.

| | | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 31.00 |

12/20/07 Attention to CNO for October 2007.

| | | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 31.00 |

12/21/07 Draft November 2007 fee application.

| | | | |
|---|---|---|---|
| 18 | K. Piper | 2.0 | 620.00 |

12/27/07 Review and revise DP's November, 2007 fee application.

| | | | |
|---|---|---|---|
| 18 | S. Zuber | 0.3 | 136.50 |

12/28/07 Attention to revising and filing fee application for November 2007.

| | | | |
|---|---|---|---|
| 18 | K. Piper | 0.4 | 124.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 3 | 0.2 | 225.00 | 45.00 |
| A. Marchetta | 14 | 0.4 | 590.00 | 236.00 |
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.3 | 310.00 | 1,023.00 |
| | TOTAL | 4.2 | | 1,440.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

12/03/07 Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.5 | 72.50 |

19

| 12/06/07 14 | Follow up regarding site report. A. Marchetta | 0.5 | 295.00 |
|---|---|---|---|

| 12/06/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 12/07/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded same to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.3 | 43.50 |

| 12/11/07 14 | Review appeal brief and confer with B. Moffitt regarding same. A. Marchetta | 0.5 | 295.00 |
|---|---|---|---|

| 12/12/07 14 | Review State reply brief and conference with B. Moffitt regarding same. A. Marchetta | 0.6 | 354.00 |
|---|---|---|---|

| 12/12/07 | Review NJDEP reply brief re appeal concerning denial of leave to file late proof of claim; confer with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.4 | 152.00 |

| 12/12/07 | Worked with B. Moffitt regarding status, including NJDEP's reply appellate brief. | | |
| 14 | S. Parker | 0.2 | 29.00 |

| 12/14/07 | Follow up with attorneys regarding docket of reply brief and hearing date of appeal. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

| 12/19/07 3 | Review article regarding matter. B. Moffitt | 0.1 | 38.00 |
|---|---|---|---|

| 12/19/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 12/20/07 14 | Telephone calls and follow up with B. Moffitt regarding clean-up. A. Marchetta | 0.5 | 295.00 |
|---|---|---|---|

| 12/20/07 3 | Confer with A. Marchetta re article. B. Moffitt | 0.2 | 76.00 |
|---|---|---|---|

| 12/20/07 | Searched regarding compilation of information on current status of | | |

20

Hamilton plant site and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 1.3 | 188.50 |

12/21/07    Review information regarding possible inclusion into briefing.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

12/26/07    Review information on EPA report.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

12/31/07    Review case status report and respond to A. Marchetta re same.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 3.4 | 590.00 | 2,006.00 |
| B. Moffitt | 3 | 0.9 | 380.00 | 342.00 |
| S. Parker | 14 | 3.1 | 145.00 | 449.50 |
| TOTAL | | 7.4 | | 2,797.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

11/29/07    Address bankruptcy approval issues and memo to Sun counsel on status

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 195.00 |

12/01/07    Follow up regarding court conference and strategy.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

12/03/07    Confer with W. Hatfield regarding strategy and handling of matter; follow up regarding same.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

12/03/07    Discuss status and settlement strategy with W. Hatfield.

| | | | |
|---|---|---|---|
| 14 | R. Rose | 0.4 | 190.00 |

12/03/07    Address action items and strategy on Teich motions

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.8 | 312.00 |

12/04/07    Review status memo from W. Hatfield.

| | | | |
|---|---|---|---|
| 14 | R. Rose | 0.1 | 47.50 |

12/04/07    Strategy memo to A. Marchetta on motion practice and settlement approval issues on Bankruptcy

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 156.00 |

21

| 12/06/07 | Attend to preparations on motion for partial summary judgment on non-attorney fees leasehold damages | | |
| 14 | W. Hatfield | 0.6 | 234.00 |

| 12/07/07 | Address case issues on motion and research and preparations for same | | |
| 14 | W. Hatfield | 1.3 | 507.00 |

| 12/08/07 | Review Appellate Division decision, Findings of Fact and Conclusions of Law; Research law of the case doctrine in New Jersey. | | |
| 14 | H. Clayton | 4.2 | 945.00 |

| 12/10/07 | Outline motion arguments and structure re: Weja and Teich damages and leasehold claims pursuant to Appellate Division decision holdings | | |
| 14 | W. Hatfield | 1.0 | 390.00 |

| 12/10/07 | Review 1982 Lease Agreement; Review Supreme Court Brief; Draft brief points for motion for partial summary judgment regarding law of the case doctrine. | | |
| 14 | H. Clayton | 3.8 | 855.00 |

| 12/11/07 | Draft brief points for motion for partial summary judgment regarding Weja's liability for registration and removal of USTs. | | |
| 14 | H. Clayton | 2.7 | 607.50 |

| 12/12/07 | Address lease damages issue for motion and outline arguments on same. | | |
| 14 | W. Hatfield | 0.6 | 234.00 |

| 12/12/07 | Draft brief points regarding W. Teich's liability for forward rent and demolition costs. | | |
| 14 | H. Clayton | 2.3 | 517.50 |

| 12/13/07 | Draft summary judgment brief points regarding liability of W. Teich for registration and removal costs under corporate veil piercing theory; Draft summary judgment brief points regarding allocation of spill liability based on Appellate Division ruling of law; Proofread and revise brief points. | | |
| 14 | H. Clayton | 4.2 | 945.00 |

| 12/14/07 | Address status with W. Hatfield; review draft of fraudulent conveyance action to be filed against Teich in New York; e-mail J. Borg concerning same. | | |
| 14 | R. Rose | 0.8 | 380.00 |

| 12/14/07 | Follow up regarding trial preparation/negotiations on settlement. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |

22

| 12/14/07 | Address motion issues on Teich and Richards. | | |
| 14 | W. Hatfield | 0.6 | 234.00 |

| 12/15/07 | Review and edit draft partial summary judgment brief on Weja/Teich non-attorney fees leasehold damages. | | |
| 14 | W. Hatfield | 2.5 | 975.00 |

| 12/17/07 | Comments on draft brief. | | |
| 14 | W. Hatfield | 0.5 | 195.00 |

| 12/17/07 | Compose Preliminary Statement and Procedural History sections of partial summary judgment brief. | | |
| 14 | H. Clayton | 1.0 | 225.00 |

| 12/18/07 | Address brief and motion paper issues. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |

| 12/18/07 | Draft Procedural history and Statement of Facts section of partial summary judgment brief; Revise legal argument section of brief; Correspond with W. Hatfield regarding additions and edits to brief. | | |
| 14 | H. Clayton | 3.4 | 765.00 |

| 12/19/07 | Review and revise draft brief and preliminary statement, procedural history and statement of facts | | |
| 14 | W. Hatfield | 2.9 | 1,131.00 |

| 12/19/07 | Revise second draft of partial summary judgment brief; Correspond with E. Sher regarding citation formatting; Implement citation formatting in relevant sections of brief. | | |
| 14 | H. Clayton | 1.7 | 382.50 |

| 12/20/07 | Review and revise draft brief for partial summary judgment; discuss same with H. Clayton. | | |
| 14 | R. Rose | 3.3 | 1,567.50 |

| 12/20/07 | Memo to H. Clayton on briefing issues. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |

| 12/20/07 | Proofread third draft of brief; Correspond with R. Rose regarding draft of brief and proposed edits; Incorporate edits into brief; draft Notice of Motion; Proposed Form of Order; Certification of Service. | | |
| 14 | H. Clayton | 2.8 | 630.00 |

| 12/21/07 | Review court rules pertaining to trial court certifying a final judgment; analyze final judgment issue to incorporate legal argument into brief for partial summary judgment; review and revise undisputed statement of facts | | |

23

| 14 | | C. Otero | 1.1 | 346.50 |

| 12/21/07 | Research New Jersey Court Rule, Judgment upon Multiple Claims; Meet with C. Otero to discuss motion papers; Revise statement of facts and procedural history section of partial summary judgment brief; Review citations for same. |
| 14 | H. Clayton | 3.5 | 787.50 |

| 12/26/07 | Draft partial summary judgment brief point regarding New Jersey Court Rule, Judgment upon Multiple Claims; Proofread edited version of brief. |
| 14 | H. Clayton | 2.3 | 517.50 |

| 12/27/07 | Address motion paper issues. |
| 14 | W. Hatfield | 0.3 | 117.00 |

| 12/27/07 | Revise citations in partial summary judgment brief; Draft Certification of W. Hatfield; Revise proposed form of order and notice of motion. |
| 14 | H. Clayton | 2.0 | 450.00 |

| 12/27/07 | Assist in drafting and revising SJ motion papers. |
| 14 | C. Otero | 0.4 | 126.00 |

| 12/28/07 | Address motion paper issues. |
| 14 | W. Hatfield | 0.2 | 78.00 |

| 12/28/07 | Meet with C. Otero regarding motion papers; Draft brief point regarding summary judgment standard; research cases granting partial summary judgment based on law of the case; Draft undisputed statement of facts. |
| 14 | H. Clayton | 3.7 | 832.50 |

| 12/28/07 | Review and revise motion papers for partial summary judgment. |
| 14 | C. Otero | 1.4 | 441.00 |

| 12/29/07 | Memos on supporting papers for motion. |
| 14 | W. Hatfield | 0.2 | 78.00 |

| 12/29/07 | Review and revise SJ Brief. |
| 14 | C. Otero | 2.2 | 693.00 |

| 12/29/07 | Proofread brief; Revise Undisputed Statement of facts. |
| 14 | H. Clayton | 1.3 | 292.50 |

| 12/31/07 | Address motion issues on NY and NJ papers. |
| 14 | W. Hatfield | 0.4 | 156.00 |

| 12/31/07 | Review and revise SJ brief and undisputed statement of facts. |

24

| | | | | |
|---|---|---|---|---|
| 14 | C. Otero | | 3.7 | 1,165.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| H. Clayton | 14 | 38.9 | 225.00 | 8,752.50 |
| R. Rose | 14 | 4.6 | 475.00 | 2,185.00 |
| A. Marchetta | 14 | 1.1 | 590.00 | 649.00 |
| W. Hatfield | 14 | 13.4 | 390.00 | 5,226.00 |
| C. Otero | 14 | 8.8 | 315.00 | 2,772.00 |
| TOTAL | | 66.8 | | 19,584.50 |

83011886A01011808

# EXHIBIT C

## EXHIBIT C

### EXPENSES FOR THE FEE PERIOD
### OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007[3]

### EXPENSES FOR THE FEE PERIOD
### OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

Engagement Costs -- WAPPINGER FALLS (GOODWILL)

| | | |
|---|---|---|
| 10/15/07 | VENDOR: BORG, JONATHAN M.; INVOICE#: BOR100907; DATE: 10/9/2007 - Expense Related to: 8/22/07 Rental Car Insurance for travel to court | 19.95 |
| | Express Delivery | 74.35 |
| | Facsimile | 20.25 |
| | Matter Total Engagement Cost | 114.55 |

Engagement Costs -- NJDEP V. W.R. GRACE ET AL.

| | | |
|---|---|---|
| | Express Delivery | 29.35 |
| | Facsimile | 17.25 |
| | Photocopying | 26.20 |
| | Matter Total Engagement Cost | 72.80 |

### EXPENSES FOR THE FEE PERIOD
### NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

No expenses for this period

### EXPENSES FOR THE FEE PERIOD
### DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

Engagement Costs -- WEJA, INC.

| | | |
|---|---|---|
| 11/05/07 | VENDOR: WILLIAM S. HATFIELD; INVOICE#: TARS2021; DATE: 12/18/2007 - Expenses Related To: To Jersey City for settlement conference | 29.10 |
| 11/05/07 | VENDOR: WILLIAM S. HATFIELD; INVOICE#: TARS2021; DATE: 12/18/2007 - Expenses Related To: To Jersey City for settlement conference | 18.00 |
| | Photocopying | 26.80 |
| | Matter Total Engagement Cost | 73.90 |

---

[3] Several of these expenses are set forth in greater detail in the previously filed monthly fee applications.

26