# Exhibit 2

03-25-2003 15:10 Case 01-01139-AMC   Doc 17903-3   Filed 01/28/08   Page 2 of 2  FROM-ALLEGHENY CENTER   4122314510   T-624   P.002/003   F-111

FAX

## Exhibit 2

March 25, 2003

RE: In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:
ONE ALLEGHENY SQUARE, AND
TWO ALLEGHENY CENTER
ALLEGHENY CENTER
PITTSBURGH, PA 15212

Contact Person: ANDREW RAYNOVICH
Phone Number: 412-231-6688
Fax Number: 412-231-4510
E-Mail Address: ARAYNOVICH@ALLEGHENYCENTER.COM

ACKNOWLEDGED AND AGREED:

By: [signature]
Name: ALLEGHENY CENTER ASSOCIATES
BY ANDREW RAYNOVICH

[Stamp: MAR 2003 Received Speights & Runyan]