# Exhibit 3

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

ALLEGHENY CENTER ASSOCIATES

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

(last four digits of SSN)

**F.E.I.N. (Business Claimants)**

25-6066927

**Other names by which claiming party has been known (such as maiden name or married name):**

First     MI     Last

First     MI     Last

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

ALLEGHENY CENTER ASSOCIATES, MALL MGMT OFFICE
*Street Address*

PITTSBURGH     PA     15212
*City*          *State*  *Zip Code*
                (Province) (Postal Code)

US
*Country*

# PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

**Name of Attorney:**

First     MI     Last

**Mailing Address:**

*Street Address*

*City*     *State*   *Zip Code*
           (Province) (Postal Code)

**Telephone:**

( )   -
*Area Code*

WR Grace     PD.6.24.1168
00009778
SR=604

9276101     REC'D MAR 28 2003     1024035

009778-000002

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: ONE AND TWO ALLEGHENY CENTER

   City: ALLEGHENY CENTER, PITTSBURGH    State (Province): PA    Zip Code (Postal Code): 15212

   Country: US

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   - ☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?
   - ☒ Yes   ☐ No

4. When did you purchase the property?   04 - __ - 1981
   Month  Day  Year

5. What is the property used for (check all that apply)
   - ☐ Owner occupied residence
   - ☐ Residential rental
   - ☒ Commercial
   - ☐ Industrial   Specify: ___
   - ☐ Other        Specify: ___

6. How many floors does the property have?   21

7. What is the approximate square footage of the property?   400,000

8. When was the property built?
   - ☒ Before 1969
   - ☒ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?
   - ☐ Wood frame
   - ☐ Structural concrete
   - ☐ Brick
   - ☒ Steel beam/girder
   - ☐ Other   Specify: ___

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    - ☒ Yes   ☐ No

9276102

1024035

009778-000003

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| 2001 | Description | ASBESTOS REMOVAL |
| Year | | |

| 1990's | Description | ASBESTOS REMOVAL |
| Year | | |

| 1980's | Description | ASBESTOS REMOVAL |
| Year | | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes   ☒ No

If yes, please specify the dates and descriptions of such renovations.

| | Description | |
| Year | | |

| | Description | |
| Year | | |

| | Description | |
| Year | | |

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1: Allegation with respect to asbestos from a Grace product in the property
☐ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation
☒ Other   Specify: ZONOLITE

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | ☒ I did not install the product(s) |
| Year | | |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | | ☒ Don't know. |
| Year | | |

9 2 7 6 1 0 3

1024035

009778-000004

16. Do you have documentation relating to the purchase and/or installation of the product in the property?
    ☐ Yes   ☒ No
    If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.
    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

    > PROPERTY WAS CONSTRUCTED BY ALCOA PROPERTIES IN 1960'S - 1970'S AND PURCHASED BY CLAIMANT IN 1981

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?
    | 2 | 0 | 0 | 3 |
    Year
    Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.
    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

    > SPEIGHTS & RUNYAN, DEBTOR'S SCHEDULES

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?
    | 2 | 0 | 0 | 3 |
    Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

    > SPEIGHTS & RUNYAN, DEBTOR'S SCHEDULES

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?
    ☒ Yes   ☐ No
    If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.
    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

    > PROCESS OF OBTAINING DOCUMENTS

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?
    ☐ Yes   ☒ No

9276104

1024035

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description |
|------|-------------|
|      |             |
|      |             |
|      |             |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

    ☐ Yes   ☒ No   **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

    ☐ Yes   ☒ No

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | Company/Individual | Type of testing |
|------|--------------------|-----------------|
|      |                    |                 |
|      |                    |                 |
|      |                    |                 |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

    ☒ Yes   ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description |
|------|-------------|
|      | SEE QUESTION 10 |
|      |             |
|      |             |

## D. Category 2 Claim: Allegation With Respect To One of Grace's Vermiculite Mining, Milling Or Processing Operations

32. What is the business address or location of the Grace operation which has led to your claim?

Business Name

Street Address

City                                                                                State        Zip Code
                                                                                    (Province)   (Postal Code)
Country

33. If your claim relates to a personal residence, does (or did) anyone living in the household work for Grace?
    ☐ Yes      ☐ No

34. If yes, specify the following for each such individual:

| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
|---|---|
| Date of Birth<br>Month - Day - Year | Date of Birth<br>Month - Day - Year |
| Occupation(s) of Individual | Occupation(s) of Individual |
| Dates Worked at Operation<br>From: Year   To: Year | Dates Worked at Operation<br>From: Year   To: Year |
| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
| Date of Birth<br>Month - Day - Year | Date of Birth<br>Month - Day - Year |
| Occupation(s) of Individual | Occupation(s) of Individual |
| Dates Worked at Operation<br>From: Year   To: Year | Dates Worked at Operation<br>From: Year   To: Year |

35. When did you first know of the presence of asbestos on your property?  1980'S
                                                                           Year

9276106                                                                    1024035

009778-000007

36. How did you first learn of the presence of asbestos on your property?

> EXAMINATION

Attach all documents relating or referring to the presence of asbestos on the property. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

37. If you do not have any documents relating or referring to the presence of asbestos on the property, explain why not and indicate who may have possession or control of any such documents with respect to the property.

> IN PROCESS OF SEARCHING FOR DOCUMENTS, IF ANY

38. Have you or anyone on your behalf made an effort to remove, contain and/or abate the asbestos on your property?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

39. If you do not have any documents relating or referring to the removal, containment and/or abatement of the asbestos on your property, explain why not and indicate who may have possession and control of such documents with respect to the property.

> IN PROCESS OF SEARCHING FOR DOCUMENTS

40. If you or someone on your behalf did not make an effort to remove, contain and/or abate the asbestos on your property, to the best of your knowledge, did anyone else make such an effort?

☐ Yes    ☒ No

9276107

1024035

41. If you responded Yes to question 38. or question 40. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| Year | Description |
|------|-------------|
|      | SEE ANSWER TO QUESTION 10 |
|      |             |
|      |             |

42. Have you or anyone on your behalf conducted any other testing or sampling for the presence of asbestos on your property?
    ☐ Yes   ☒ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

43. If you do not have any documents relating or referring to any other such testing or sampling for the presence of asbestos on your property, explain why not and indicate who may have possession or control of such documents with respect to the property.

44. If you or someone on your behalf did not conduct any other testing or sampling for the presence of asbestos on your property, to the best of your knowledge, did anyone else conduct such testing or sampling?
    ☐ Yes   ☒ No

45. If you responded Yes to question 42. or question 44. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| Year | Description |
|------|-------------|
|      |             |
|      |             |
|      |             |

46. Were you aware of the presence of asbestos on your property when you purchased your property?
    ☐ Yes   ☒ No

47. If you have sold the property, were you aware of the presence of asbestos on your property when you sold your property?
    ☐ Yes   ☐ No   ☒ Not Applicable, have not sold the property

9 2 7 6 1 0 8                   1024035

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No
   ☐ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No
   ☐ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption [ ]

   b. Court where suit originally filed: [ ] County/State    Docket No.: [ ]

   c. Date filed: [ ]-[ ]-[ ]
      Month Day Year

   a. Caption [ ]

   b. Court where suit originally filed: [ ] County/State    Docket No.: [ ]

   c. Date filed: [ ]-[ ]-[ ]
      Month Day Year

   a. Caption [ ]

   b. Court where suit originally filed: [ ] County/State    Docket No.: [ ]

   c. Date filed: [ ]-[ ]-[ ]
      Month Day Year

   (Attach additional pages if necessary.)

9276109

1024035

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

   a. Description of claim: _____
   b. Date submitted: __ - __ - ____ (Month / Day / Year)
   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other _____
      *Name of Entity*

   a. Description of claim: _____
   b. Date submitted: __ - __ - ____ (Month / Day / Year)
   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other _____
      *Name of Entity*

   a. Description of claim: _____
   b. Date submitted: __ - __ - ____ (Month / Day / Year)
   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other _____
      *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

SIGNATURE OF CLAIMANT: ALLEGHENY CENTER ASSOCIATES, [signature] COUNSEL

Date: 03 - 26 - 2003 (Month / Day / Year)

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc. All rights reserved.

1024035