# Exhibit 4

County of Allegheny            )
                               )   Affidavit of Robert Omecene
State of Pennsylvania          )

AFTER BEING DULY SWORN, THE AFFIANT DEPSOSES AS FOLLOWS:

1. My name is Robert Omecene and I am over the age of eighteen years and competent to testify to the matters contained in this affidavit of my own personal knowledge.

2. I am employed by Allegheny Center Associates and have been for approximately twenty-six (26) years. My current title is Controller.

3. Allegheny Center Associates owns and manages One Allegheny Square and Two Allegheny Center.

4. The correct address for Allegheny Center Associates is Allegheny Center Associates, Mall Management Office, Pittsburgh, PA 15212. Our office is not located within Allegheny Center Buildings 1 or 2, but is a different building.

5. I am aware that Allegheny Center Associates authorized the law firm of Speights & Runyan to file an asbestos property damage claim on its behalf for the buildings One Allegheny Square and Two Allegheny Center. I am advised that Speights & Runyan filed a claim for each building and that these claims were assigned claim numbers 11036 and 11037 in the W. R. Grace Bankruptcy.

6. I have been advised that Mr. Andy Raynovich, a former in-house attorney for Allegheny Center Associates, also filed an asbestos property damage claim in the W. R. Grace Bankruptcy for the One Allegheny Square and Two Allegheny Center buildings. This claim was separate from the Speights & Runyan filings and I am advised that it was assigned Claim No. 9778 in the W. R. Grace Bankruptcy proceedings.

7. I have learned that at some point after Mr. Raynovich filed the separate claim, the law firm of Katten Muchin Rosenman LLP in Los Angeles California appeared in the W. R. Grace Bankruptcy with respect to the claim Mr. Raynovich had filed, Claim No. 9778.

8. Mr. Raynovich terminated from his employment with Allegheny Center Associates over two years ago.

9. After Mr. Raynovich left, Mr. John Bruce took over responsibility for the asbestos property damage claims. Mr. John Bruce ended his employment with Allegheny Center Associates on February 23, 2007.

10. Since Mr. Bruce has left his employment, I have taken over the responsibility of monitoring Allegheny Center Associates' asbestos property damage bankruptcy claims.

11. I have been advised that in August and October of 2006, W. R. Grace & Co. claims to have served Allegheny Center Associates by U. S. Mail with copies of the Court's Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims and Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims respectively. I have also been advised that on February 16, 2007, W. R. Grace filed a motion for summary judgment for claim No. 9778, the claim which Mr. Raynovich filed independently of the Speights & Runyan claims. The address utilized by W. R. Grace & Co., through its attorneys, to attempt service of these three documents was "Allegheny Center Associates, One and Two Allegheny Center, Pittsburgh, PA 15212." As indicated above, this is not our correct address.

12. Since Mr. Raynovich's and Mr. Bruce's departure, any piece of mail received by Allegheny Center Associates relating to any asbestos bankruptcy matter would have been given to me and then filed. To my knowledge, we have saved everything that Allegheny Center Associates has received in the mail regarding the W. R. Grace Bankruptcy. I have no recollection of receiving a copy of the Court's Scheduling Orders and have no recollection of receiving any Motion for Summary Judgment from W. R. Grace & Co.

13. When this matter was recently brought to my attention, I reviewed the contents of Mr. Raynovich's file and did not find any of these documents in his file.

14. After conducting my initial investigation, it occurred to me that Mr. Bruce may have left some papers in his office upon his departure. For the sake of thoroughness, I looked through these papers on January 23, 2008. In Mr. Bruce's papers, I discovered mail relating to the W. R. Grace Bankruptcy. I discovered that it contained a document entitled "Notice of Debtors' Motion and Memorandum for an order pursuant to F.R.B.P. 7056 Disallowing and expunging sixteen (16) time-barred asbestos property damage claims."

15. Based upon my own personal knowledge and investigation, it is my belief that Allegheny Center Associates did not receive the Court's August and October Scheduling Orders. It is also my belief that the Motion for Summary Judgment was received by Mr. Bruce on or about his last day of employment and that, because of his departure, was put aside until I found it on January 23, 2008.

FURTHER, THE AFFIANT SAYEHTH NOT.

_____

3

Robert Omecene

Sworn and subscribed to me this 24TH day of January, 2008

_____
Notary Public for the State of Pennsylvania

My commission expires:

```
COMMONWEALTH OF PENNSYLVANIA
        Notarial Seal
   Robin D. Ferrari, Notary Public
 City Of Pittsburgh, Allegheny County
  My Commission Expires Nov. 19, 2009
```
Member, Pennsylvania Association of Notaries

4