# EXHIBIT A

| Creditor Name / Address | Case Number | Case Name | Claim Number | Total Claim Dollars | Claim Class | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| NL INDUSTRIES INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | Continued to the February 25, 2008 @ 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | Continued to the February 25, 2008 @ 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | Continued to the February 25, 2008 @ 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN | (U) | UNLIQUIDATED, EXPUNGE | Continued to the February 25, 2008 @ 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | UNLIQUIDATED, EXPUNGE | Continued to the February 25, 2008 @ 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | UNLIQUIDATED, EXPUNGE | Continued to the February 25, 2008 @ 1:00 p.m. Omnibus Hearing. |