# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: February 17, 2008

Hearing Deadline: to be scheduled, if necessary

## FEE DETAIL FOR OGILVY RENAULT LLP'S TWELFTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1411394\1



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

Client:      W.R. GRACE & CO.                         January 22, 2008
RE:          Fee Applications, Applicant              INVOICE: 775582
Matter No.:  01016442-0008

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending December 31, 2007

| | |
|---|---:|
| FEES | $166.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $166.00 |

Please return a copy with payment to our address below.

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0008

RE:   Fee Applications, Applicant

BILLING SUMMARY

|              |       | Hours | Amount   |
|--------------|-------|-------|----------|
| T. Walsh     |       | 0.2   | $102.00  |
| P. Adams     |       | 0.4   | $64.00   |
|              | Total | 0.60  | $166.00  |

FEE DETAIL

| Date     | Timekeeper    | Description                                                                                                           | Hours | Amount  |
|----------|---------------|-----------------------------------------------------------------------------------------------------------------------|-------|---------|
| 10/12/07 | Penny Adams   | Reviewing documentation from auditor (0.2); correspondence with T. Walsh and R. Finke regarding same (0.2).           | 0.40  | $64.00  |
| 10/12/07 | Teresa Walsh  | Review of auditor's report in respect of 25th Interim Period (0.1); discussion with P. Adams regarding same (0.1).    | 0.20  | $102.00 |

**TOTAL FEES**                                                                                                                                 $166.00

INVOICE: 775582



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | January 22, 2008 |
| RE: | Litigation and litigation consulting | INVOICE: 775581 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending December 31, 2007

| | |
|---|---|
| FEES | $8,182.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 99.93 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $8,282.43 |

Canadian Funds

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                         01016442-0006

RE:  Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 1 | $510.00 |
| D.C. Tay | 3.6 | $3,150.00 |
| K. Galpern | 7 | $4,200.00 |
| K. Whibley | 1.5 | $322.50 |
| Total | 13.10 | $8,182.50 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/12/07 | Karen Galpern | Preparing memorandum regarding approval of settlement. | 1.00 | $600.00 |
| 4/12/07 | Karen Galpern | Preparing memorandum regarding approval of settlement. | 1.00 | $600.00 |
| 11/12/07 | Karen Galpern | Preparing memorandum regarding approval of settlement. | 2.00 | $1,200.00 |
| 13/12/07 | Derrick C. Tay | Dealing with representative counsel regarding status of negotiations (0.5); organizing conference with Kirkland & Ellis and Grace to discuss issues raised by representative counsel (0.5). | 1.00 | $875.00 |
| 14/12/07 | Derrick C. Tay | Ongoing discussions with Kirkland & Ellis. | 0.50 | $437.50 |
| 17/12/07 | Karen Galpern | Preparing memorandum regarding approval of proposed settlement. | 1.00 | $600.00 |
| 17/12/07 | Derrick C. Tay | Seeking instructions from Grace and communicating with representative counsel. | 0.50 | $437.50 |
| 18/12/07 | Karen Galpern | Preparing memorandum regarding approval of proposed settlement. | 2.00 | $1,200.00 |
| 18/12/07 | Derrick C. Tay | Conference call with Kirkland & Ellis regarding status of Canadian negotiations and strategy for dealing with same (1.0); reporting to R. Finke and seeking instructions (0.1). | 1.10 | $962.50 |
| 20/12/07 | Derrick C. Tay | Considering issues and responding to representative counsel's requests. | 0.50 | $437.50 |
| 20/12/07 | Teresa Walsh | Letter to client providing information on services provided to debtors. | 1.00 | $510.00 |

INVOICE: 775581



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 21/12/07 | Karen Whibley | Reviewing documents and organizing documents to be scanned into database. | 1.50 | $322.50 |
| | | **TOTAL FEES** | | **$8,182.50** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 2.70 |
| Courier service | 11.03 |
| External DB Search/Quicklaw | 24.99 |
| Taxis | 24.53 |
| Conference call | 33.97 |
| Provincial Sales Tax | 2.71 |
| | $99.93 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 16/11/07 | Orestes Pasparakis | Provincial Sales Tax - PREMIERE GLOBAL | 2.71 |
| 16/11/07 | Orestes Pasparakis | Conference call - PREMIERE GLOBAL | 33.97 |
| 25/11/07 | Karen Whibley | Taxis - DIAMOND TAXICAB ASSOCIATION (TORONTO) LIMITED | 24.53 |
| 26/11/07 | Karen Galpern | QA Courier service - Inv# 68001 | 5.50 |
| 3/12/07 | Monique Massabki | Copies | 0.30 |
| 3/12/07 | Monique Massabki | Copies | 0.30 |
| 3/12/07 | Monique Massabki | Copies | 0.40 |
| 3/12/07 | Karen Galpern | External DB Search/Quicklaw | 4.31 |
| 5/12/07 | Karen Galpern | Copies | 0.30 |
| 6/12/07 | Karen Galpern | External DB Search/Quicklaw | 14.13 |
| 6/12/07 | Karen Galpern | QA Courier service - Inv# 68366 | 5.53 |
| 6/12/07 | Karen Galpern | Copies | 1.40 |
| 14/12/07 | Karen Galpern | External DB Search/Quicklaw | 5.29 |
| 17/12/07 | Karen Galpern | External DB Search/Quicklaw | 1.26 |
| | | TOTAL | $99.93 |

INVOICE: 775581