**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000002
INVOICE : 10078480

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/17/07 | TC | Reviewed order authorizing del taco settlement | .10 |
| 12/18/07 | TC | Reviewed Order Authorizing Settlement of Asbestos Property Damage Claim Filed By The City of Barnesville | .10 |
| 12/18/07 | TC | Reviewed Order (Continuation) Regarding the Debtors' Eighteenth Omnibus Objection To Claims (Substantive) | .10 |
| 12/18/07 | TC | Reviewed Order Regarding Relief Sought In Debtors' Objection To Claim Filed By Massachusetts Department of Revenue | .10 |
| 12/20/07 | TC | Reviewed Motion of the Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters Filed by W.R. Grace & Co., et al and all materials attached thereto | .50 |

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .90 | 450.00 |
| TOTALS | | .90 | 450.00 |

TOTAL FEES : 450.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000002
INVOICE : 10078480

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: ASSET DISPOSITION

TOTAL DUE : 450.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000003
INVOICE : 10078481

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/03/07 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period October 1, 2007 Through October 31, 2007 | .40 |

T I M E S U M M A R Y

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier | | 500.00 | .40 | 200.00 |
| | TOTALS | | .40 | 200.00 |

TOTAL FEES : 200.00

TOTAL DUE : 200.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000004
INVOICE : 10078482

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/03/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/04/07 | TC | Forwarded all wrgrace pleadings and emails to kramer levin daily | .40 |
| 12/04/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/05/07 | MNF | Docketing litigation events in computerized docketing system | .60 |
| 12/05/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/06/07 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 12/06/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/07/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000004
INVOICE : 10078482

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 12/10/07 | MNF | T/c with D. Mannal re: court call for 12/11/07 | .30 |
| 12/10/07 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 12/10/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .40 |
| 12/12/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/13/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/17/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/18/07 | MNF | Review pleading and calendar dates for TKDC | .40 |
| 12/19/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 12/20/07 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000004
INVOICE : 10078482

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 12/21/07 | MNF | Docketing litigation events in computerized docketing system | .50 |

TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .40 | 200.00 |
| M. Flores | 165.00 | 8.20 | 1353.00 |
| TOTALS | | 8.60 | 1553.00 |

TOTAL FEES : 1,553.00

TOTAL DUE : 1,553.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000005
INVOICE : 10078483

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/07/07 | TC | Reviewed (COPY FROM DISTRICT COURT) Memorandum Affirming Bankruptcy's Court Order Dated April 17, 2007 (RE: Civil Action No. 07-287) | .20 |
| 12/10/07 | TC | Reviewed Certification of Counsel on Orders Authorizing Settlement of Asbestos Property Damage Claim Filed by The City of Barnesville, Represented by Motley Rice LLC | .10 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .30 | 150.00 |
| TOTALS | | .30 | 150.00 |

TOTAL FEES : 150.00

TOTAL DUE : 150.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000006
INVOICE : 10078484

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/26/07 | TC | Reviewed Order on Debtors' Motion For Relief From October 31st Discovery Cut Off Date For Deposing Certain Lawyers Named As Fact Witnesses | .10 |
| 11/29/07 | TC | Reviewed Memorandum in Opposition to Debtors' Motion to Disallow and Expunge Claim Nos. 11036 (Allegheny Center No. 2) and 11037 (Allegheny Center No. 1) as Duplicate Claims | .40 |
| 12/06/07 | TC | Reviewed Certification of Counsel Regarding Order Approving Stipulation Resolving Debtors' Objection to Claims of Weatherford International Inc., and attached Order and Stipulation settling claim Filed by W.R. Grace & Co., et al.. | .20 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .70 | 350.00 |
| TOTALS | | .70 | 350.00 |

TOTAL FEES : 350.00

TOTAL DUE : 350.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000011
INVOICE : 10078485

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/04/07 | TC | Reviewed and approved certificates of no objection for next set of quarterly fees for kramer levin and buchanan ingersoll as counsel to the equity committee | .20 |
| 12/04/07 | TC | Reviewed fee auditor report on buchanan ingersoll fees for quarterly period | .10 |
| 12/04/07 | MNF | Review docket re: objections to 26th quarterly fee request of BIR (.1); Draft CNO re: same (.3) | .40 |
| 12/05/07 | MNF | E-file and serve CNO re: 26th quarterly fee app of BIR | .80 |
| 12/05/07 | MNF | Review docket re: order for 25th quarterly fee app of BIR (.1); email to Barb re: same (.2) | .30 |
| 12/06/07 | MNF | Review/edits to prebills for November 2007 | .50 |
| 12/12/07 | MNF | Review final bills re: November 2007 time; finalize bills and send same to accting | .70 |
| 12/13/07 | TC | Reviewed quarterly fee order and forwarded to others | .10 |
| 12/13/07 | MNF | Download order re 25th quarterly fee apps; email same to B. Koester | .30 |
| 12/18/07 | MNF | Draft 73rd monthly fee app of BIR for November 2007 | 1.50 |
| 12/19/07 | MNF | Continue work on 73rd monthly fee app of BIR | 1.00 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000011
INVOICE : 10078485

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 12/20/07 | MNF | Review docket re: objections to 72nd fee app BIR (.1); Draft CNO re: 72nd monthly fee app of BIR (.4) | .50 |
| 12/21/07 | MNF | E-file and serve CNO re: 72nd monthly fee app of BIR | .80 |
| 12/31/07 | TC | Reviewed and approved our fee application and prepared same for filing | .40 |
| 12/31/07 | MNF | Make edits to 73rd monthly fee app of BIR | .50 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .80 | 400.00 |
| M. Flores | 165.00 | 7.30 | 1204.50 |
| TOTALS | | 8.10 | 1604.50 |

TOTAL FEES : 1,604.50

TOTAL DUE : 1,604.50

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000012
INVOICE : 10078486

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/04/07 | MNF | Review docket re: objections to 22nd quarterly fee request of Kramer Levin (.1); Draft CNO re: same (.3) | .40 |
| 12/04/07 | MNF | T/c with D.Mannal re: fee apps; pull and review pleadings re: same | .50 |
| 12/06/07 | TC | Conf with paralegal re modified certification to be prepared by kramer levin; reviewed modified certification and executed same in preparation for filing | .30 |
| 12/06/07 | MNF | Edits to CNO re: 22nd quarterly fee app of Kramer Levin (.5); t/c with D. Mannal re: same (.1); E-file and serve CNO re: same (.7) | 1.30 |
| 12/20/07 | MNF | Review doket re: 75th fee app Kramer Levin (.1); Draft CNO re: 75th monthly fee app of Kramer Levin (.4) | .50 |
| 12/21/07 | MNF | E-file and serve CNO re: 75th monthly fee app of Kramer Levin | .80 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .30 | 150.00 |
| M. Flores | 165.00 | 3.50 | 577.50 |
| TOTALS | | 3.80 | 727.50 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000012
INVOICE : 10078486

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: FEE APPLICATIONS, OTHERS

| | |
|---|---|
| TOTAL FEES : | 727.50 |
| TOTAL DUE : | 727.50 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000014
INVOICE : 10078487

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/11/07 | TC | Reviewed notice of agenda of matters scheduled for hearing (telephonic) on december 17 | .20 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .20 | 100.00 |
| TOTALS | | .20 | 100.00 |

TOTAL FEES : 100.00

TOTAL DUE : 100.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000015
INVOICE : 10078488

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/05/07 | TC | Reviewed order for the estimation of asbestos liabilities, reviewed all dates contained therein | .40 |
| 12/06/07 | TC | Email to peggy farber with amended estimation order and all dates for estimation proceedings (already compulaw'ed) | .20 |
| 12/06/07 | TC | Reviewed case managment order with deadlines for estimation proceedings, and reviewed each event and deadline from case management order entered into firm litigation docketing system | .50 |
| 12/06/07 | TC | Call with peggy farber re daubert motions and our filings tomorrow; sent pdf of case management order with amended dates to her | .20 |
| 12/06/07 | TC | Call with doug mannall at kramer levin about tomorrow's deadline for filing Daubert motions, and the equity committee's intention to file one, and details surrounding that filing | .20 |
| 12/07/07 | TC | Call with doug mannall on timing of filing of daubert motions and daubert deadline | .20 |
| 12/07/07 | TC | Conf with paralegals and weekend filers on timing of filing of daubert motions and daubert deadline | .20 |
| 12/07/07 | TC | Communications with our team regarding extension of daubert deadline and timing of when we file our daubert brief (0.2); calls and emails with all (0.2); worked with paralegals and night filers on timing of filing (0.2) | .60 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000015
INVOICE : 10078488

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/07/07 | TC | Feedback on daubert brief; conferences with paralegals and night filers abotu the filing of our daubert brief today | .30 |
| 12/07/07 | TC | Reviewed our draft brief in support of debtors' daubert motion | .60 |
| 12/07/07 | TC | Call with doug mannall about our filing of our daubert brief | .20 |
| 12/07/07 | TC | Reviewed communications with all parties on timing of filing of daubert motions and daubert deadline | .20 |
| 12/07/07 | TC | More calls with doug mannall re daubert filings; checking docket for filings; finalizing final copy of our daubert memorandum and causing same to be filed | .80 |
| 12/07/07 | MNF | Prepare pleadings and service re: filing of Memorandum of Law | 2.50 |
| 12/08/07 | TC | Checked docket for daubert filings over the weekend, as daubert deadline was extended until saturday at noon to accomodate wrgrace | .20 |
| 12/10/07 | TC | Reviewed Motion to Seal (RE: Motion for an Order Pursuant to Section 107(b) of the Bankrupcty Code, Rule 9018 of the Federal Rules of Bankrupcty Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert | .20 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000015
INVOICE : 10078488

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| | | and Rules 702 and 703 of the Federal Rules of Evidence (actual Daubert motion filed under seal, reviewed procedural materials re motion to see party's Daubert motion) | |
| 12/10/07 | TC | Reviewed FCR's seal motion regarding underlying daubert motion (Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankrutpcy Procedure, and Local Rule 9018-1(b), Authorizing the Future Claimants' Representive and Directing the Clerk of the Court, to File Under Seal the Motion of Future Claimants' Representative to Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S. J. Lees and Dr. Richard J. Lee Pursuant to Rules 702, 703 and 403 of the Federal Rules of Evidence and Exhibits Thereto Filed by David Austern) | .20 |
| 12/10/07 | TC | Reviewed FCR's actual Daubert motion and supporting materials, served on us as core litigants for the Equity Committee but filed under seal as to other players (and all documents attached thereto) | .80 |
| 12/10/07 | MNF | Review finalize pleadings re: Memorandum of Law; prepate and E-file AOS re: Memorandum of Law | .50 |
| 12/11/07 | TC | Reviewed 81 page Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence (filed under seal but delivered to Equity Committee) | 1.20 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000015
INVOICE : 10078488

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/11/07 | TC | Reviewed wrgrace's memorandum in support of its motion to exclude expert reports (85 pages) | 1.30 |
| 12/18/07 | TC | Reviewed wrgrace's motion to strike stallard declaration as untimely, and exhibits attached to motion to strike. | .40 |
| 12/20/07 | TC | Reviewed Stipulation Withdrawing Debtors' Motion to Strike Untimely Expert Materials and Outlining Agreement Thereon By W.R. Grace & Co., et al. | .20 |
| 12/21/07 | TC | Reviewed Grace's Memorandum In Opposition To Claimants' Motions To Exclude Expert Testimony | 2.40 |
| 12/21/07 | TC | Reviewed Future Claimants' Representative's Opposition to Motions of W.R. Grace and Official Committee of Equity Security Holders to Exclude Expert Opinions in Connection with the Estimation of Grace's Current and Future Asbestos Personal Injury Liability | .60 |
| 12/21/07 | TC | Reviewed Debtors' Second Application Requesting the Approval of an Order Authorizing the Further Expansion of the Scope of Services to be Provided by Deloitte & Touche LLP to the Debtors to Include Certain Enterprise Risk Management Services and Crisis Management Planning Services | .30 |
| 12/21/07 | TC | Reviewed Notice of Debtors' Exhibit List | .10 |
| 12/21/07 | TC | Reviewed Debtors' Witness Disclosure | .20 |
| 12/21/07 | TC | Reviewed ACC/FCR Exhibit Lists for the Estimation Hearing | .30 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-000015
INVOICE : 10078488

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/21/07 | TC | Reviewed The Official Committee of Asbestos Personal Injury Claimants' Response to Grace and the Equity Committee's Motions to Exclude or Limit Expert Testimony (filed under seal on docket/served with sealed original) | .70 |
| 12/21/07 | TC | Reviewed ACC's Witness List for the Estimation Hearing | .30 |
| 12/21/07 | TC | Reviewed Motion for Relief from Stay Filed by City of Charleston, South Carolina, along with all attachments thereto | .60 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | 14.60 | 7300.00 |
| M. Flores | 165.00 | 3.00 | 495.00 |
| TOTALS | | 17.60 | 7795.00 |

TOTAL FEES : 7,795.00

TOTAL DUE : 7,795.00

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 16, 2008
MATTER : 0066609-001000
INVOICE : 10078489

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/07 6548

RE: EXPENSES

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 12/03/07 | Photocopies M. Flores | 10.50 |
| 12/10/07 | Photocopies M. Flores | 0.30 |
| 12/10/07 | Messenger/Delivery Service - Parcels, Inc. Inv. #61834 | 4006.70 |
| 12/11/07 | Messenger/Delivery Service - Parcels, Inc. Inv. #62704 | 125.00 |
| 12/12/07 | Messenger/Delivery Service - Parcels 48901 | 7.50 |
| 12/12/07 | Photocopies M. Flores | 2.10 |
| 12/13/07 | Photocopies M. Flores | 0.30 |
| 12/20/07 | Photocopies M. Flores | 0.90 |

TOTAL EXPENSE ADVANCES : 4,153.30

TOTAL DUE : 4,153.30