# EXHIBIT A

**W.R. Grace (Bankruptcy)**

**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Dec-07** |
| Jenni Biggs | 12/4/2007 | 8.00 | $625 | $5,000.00 | Preparation/Meeting with Orrick plus 50% non-billable travel |
| Jenni Biggs | 12/6/2007 | 0.20 | $625 | $125.00 | Analysis |
| Jenni Biggs | 12/7/2007 | 5.00 | $625 | $3,125.00 | Analysis |
| Jenni Biggs | 12/10/2007 | 3.50 | $625 | $2,187.50 | 1.0 = billing; 2.5 = Daubert |
| Jenni Biggs | 12/11/2007 | 1.00 | $625 | $625.00 | Daubert |
| Jenni Biggs | 12/12/2007 | 5.50 | $625 | $3,437.50 | .2 = bill; 5.3 = Daubert |
| Jenni Biggs | 12/13/2007 | 6.00 | $625 | $3,750.00 | Analysis |
| Jenni Biggs | 12/14/2007 | 1.50 | $625 | $937.50 | Analysis |
| Jenni Biggs | 12/16/2007 | 1.00 | $625 | $625.00 | Analysis |
| Jenni Biggs | 12/20/2007 | 3.00 | $625 | $1,875.00 | Analysis |
| Jenni Biggs | 12/21/2007 | 2.00 | $625 | $1,250.00 | Analysis |
| Jenni Biggs | 12/27/2007 | 0.50 | $625 | $312.50 | Project management |
| | | 37.20 | | $23,250.00 | |
| | | | | | |
| Julianne Callaway | 12/10/2007 | 0.60 | $300 | $180.00 | Analysis |
| Julianne Callaway | 12/13/2007 | 2.00 | $300 | $600.00 | Analysis |
| Julianne Callaway | 12/14/2007 | 0.20 | $300 | $60.00 | Analysis |
| Julianne Callaway | 12/17/2007 | 3.40 | $300 | $1,020.00 | Analysis |
| | | 6.20 | | $1,860.00 | |
| | | | | | |
| Bryan Gillespie | 12/3/2007 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 12/4/2007 | 9.80 | $400 | $3,920.00 | Preparation/Meeting with Orrick (7.0) plus 50% non-billable travel (2.0) |
| Bryan Gillespie | 12/7/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 12/10/2007 | 0.80 | $400 | $320.00 | Analysis |
| Bryan Gillespie | 12/12/2007 | 1.50 | $400 | $600.00 | Analysis |
| Bryan Gillespie | 12/13/2007 | 1.60 | $400 | $640.00 | Analysis |
| Bryan Gillespie | 12/14/2007 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 12/15/2007 | 1.90 | $400 | $760.00 | Analysis |
| Bryan Gillespie | 12/20/2007 | 5.40 | $400 | $2,160.00 | Analysis |
| Bryan Gillespie | 12/21/2007 | 5.60 | $400 | $2,240.00 | Analysis |
| | | 31.20 | | $12,480.00 | |
| | | | | | |
| Jeff Kimble | 12/2/2007 | 0.50 | $375 | $187.50 | Analysis |
| Jeff Kimble | 12/4/2007 | 2.80 | $375 | $1,050.00 | 50% non-billable travel |
| Jeff Kimble | 12/4/2007 | 6.00 | $375 | $2,250.00 | Preparation/Meeting with Orrick |
| Jeff Kimble | 12/7/2007 | 1.10 | $375 | $412.50 | Analysis |
| Jeff Kimble | 12/12/2007 | 3.30 | $375 | $1,237.50 | Analysis |
| Jeff Kimble | 12/13/2007 | 3.40 | $375 | $1,275.00 | Analysis |
| Jeff Kimble | 12/20/2007 | 1.00 | $375 | $375.00 | Analysis |
| Jeff Kimble | 12/21/2007 | 1.50 | $375 | $562.50 | Analysis |
| | | 19.60 | | $7,350.00 | |
| | | | | | |
| Steve Lin | 12/5/2008 | 6.00 | $425 | $2,550.00 | Analysis |
| | | 6.00 | | $2,550.00 | |
| | | | | | |
| David Powell | 12/20/2007 | 0.80 | $675 | $540.00 | Peer Review |
| David Powell | 12/21/2007 | 2.50 | $675 | $1,687.50 | Peer Review |
| | | 3.30 | | $2,227.50 | |
| | | | | | |
| | | 103.50 | | $49,717.50 | |

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| | | | Expenses - December 2007 | |
| Jenni Biggs | 12/4/2007 | $582.80 | Airfare | Yes |
| Jenni Biggs | 12/4/2007 | $15.00 | American Express Fee | Yes |
| Jenni Biggs | 12/4/2007 | $12.75 | Parking | Yes |
| Jenni Biggs | 12/4/2007 | $20.00 | Taxi | Yes |
| Jenni Biggs | 12/4/2007 | $18.00 | Taxi | Yes |
| Jenni Biggs | 12/4/2007 | $10.10 | Use of Own Car | N/A |
| | | $658.65 | | |
| | | | | |
| Bryan Gillespie | 12/4/2007 | $8.00 | Dinner | No |
| Bryan Gillespie | 12/4/2007 | $42.00 | Train | Yes |
| Bryan Gillespie | 12/4/2007 | $137.00 | Train | Yes |
| Bryan Gillespie | 12/4/2007 | $12.00 | Taxi | No |
| Bryan Gillespie | 12/4/2007 | $12.00 | Taxi | No |
| Bryan Gillespie | 12/4/2007 | $24.00 | Taxi | No |
| Bryan Gillespie | 12/4/2007 | $10.00 | Parking | No |
| Bryan Gillespie | 12/4/2007 | $19.40 | Use of Own Car | N/A |
| | | $264.40 | | |
| | | | | |
| Jeff Kimble | 12/4/2007 | $31.55 | Meals | Yes |
| Jeff Kimble | 12/4/2007 | $20.00 | Parking | Yes |
| | | $51.55 | | |
| | | | | |
| | | $974.60 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.