# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# DECEMBER 1, 2007 THROUGH
# DECEMBER 31, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

January 29, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   73658

Re:    W. R. Grace & Co.
       David T. Austern
Case No.:  01-01139 (RLB)

```
         Subtotal for FEES only: 12/31/07    $21,040.00
         Subtotal for COSTS only: 12/31/07    $1,169.65
                                             ------------
CURRENT PERIOD FEES AND COSTS: 12/31/07      $22,209.65
                                             ------------
```

****************************************************************

Please remit duplicate copy with payment.   Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

January 29, 2008

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number   73658

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 13.8 | 2,745.00 |
| CASE ADMINISTRATION | 1.9 | 285.00 |
| LITIGATION | 47.4 | 18,010.00 |
| Subtotal for FEES only: 12/31/07 | 63.1 | $21,040.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 46.20 | 46.20 | 18,480.00 | 0.00 | 0.00 |
| 275.00 | BEF | 0.20 | 0.20 | 55.00 | 0.00 | 0.00 |
| 150.00 | CAH | 16.70 | 16.70 | 2,505.00 | 0.00 | 0.00 |
| Totals | | 63.10 | 63.10 | 21,040.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

01/29/08  Page 1

Sort Fields:
  Grouping code        (Paginate)
  Client code
  Actual employee code  (Subtotals)
  Transaction date

Range Fields:
  Client code     I  WRG - WRG
  Invoice Number  I  73658 - 73658

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG CASE ADMINISTRATION | CAH | 12/01/07 | Update docket to system. | 0.20 | 30.00 | Ca |
| WRG CASE ADMINISTRATION | CAH | 12/17/07 | Update docket to system. | 0.20 | 30.00 | |
| WRG CASE ADMINISTRATION | CAH | 12/18/07 | Merge original signatures into filed documents. | 0.50 | 75.00 | |
| WRG CASE ADMINISTRATION | CAH | 12/18/07 | E-mail to Dean (3x); phone conference with Dean ; e-mail letters from Go Golf to Holders of Gift Certificates. | 0.40 | 60.00 | |
| WRG CASE ADMINISTRATION | CAH | 12/26/07 | Update docket to system. | 0.20 | 30.00 | |
| WRG CASE ADMINISTRATION | CAH | 12/27/07 | Merge original signatures into signed documents. | 0.40 | 60.00 | |
| | | | | 1.90 | 285.00 | |
| | | | | 1.90 | 285.00 | |

WRG-AUS                                              LEGALMASTER MIRC For Transactions                                    01/29/08  Page 2
                                                                  -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | BEF | 12/06/07 | Review of local rules re: briefing and conference with John C. Phillips, Jr. re: same. | 0.20 | 55.00 | L1 |
| WRG LITIGATION | CAH | 12/06/07 | E-mail to D. Felder (4x) re: local rules and Motion to be filed on Friday. | 0.20 | 55.00 | |
| WRG LITIGATION | CAH | 12/07/07 | E-mail D. Felder numerous times re: filing of Motion Under Seal. | 0.40 | 60.00 | |
| WRG LITIGATION | CAH | 12/08/07 | Download, print and scan Motion to File Under Seal and Motion of FCR to Preclude testimony of certain experts of the Debtors (.5); file both and e-mail results to John C. Phillips, Jr. and D. Felder (.4). | 0.60 | 90.00 | |
| WRG LITIGATION | CAH | 12/17/07 | E-mail to D. Felder (4x) re: upcoming filings. | 0.90 | 135.00 | |
| WRG LITIGATION | CAH | 12/18/07 | Phone conference with Parcels Virtual Docket (victor) about doing the filing Friday night; e-mail to D. Felder and John C. Phillips, Jr. with information. | 0.50 | 75.00 | |
| WRG LITIGATION | CAH | 12/19/07 | E-mail to D. Felder (3x) and Parcels on Friday night filing. | 0.50 | 75.00 | |
| WRG LITIGATION | CAH | 12/26/07 | Download and file Certificate of No Objection for Motion to File Under Seal after verifying No Objections filed; e-mail to Orrick that it was being filed after review of docket. | 0.30 | 45.00 | |
| WRG LITIGATION | | | | 0.50 | 75.00 | |
| | | | | 3.70 | 555.00 | |
| WRG LITIGATION | JCP | 12/03/07 | Review of Speights & Runyan's (1 & 2 Allegheny Center) Response to Debtors' Motion to Expunge Claims; e-mail from locla counsel for Personal Injury Committee with enclosure; review of preliminary Agenda for 12/17/07 Hearing; arrange phone participation in same; calendar same; e-mail from Debbie Felder re: Daubert Motion to be filed on 12/7/07; e-mail from and e-mail to Celeste A. Hartman re: same. | 0.50 | 200.00 | |
| WRG LITIGATION | JCP | 12/04/07 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG LITIGATION | JCP | 12/05/07 | Review of Libby Claimants' Brief in Opposition to Debtors' Motion to Dismiss Appeal; review of Libby Claimants' Reply Brief (.4); review of 11/26/07 Hearing Transcript (.4); review of Certificate of No Objection re: Debtors' Motion to Authorize Settlement with National Union; review of Order approving same (.1); e-mail from Debbie Felder re: 12/6/07 filing (.1). | 1.00 | 400.00 | |
| WRG LITIGATION | JCP | 12/06/07 | E-mail from and e-mail to Debbie Felder re: Daubert Motion (2x) (.1); review of Local Rules (2x) re: necessity of Table of Contents in Daubert Motion (.2); review of two 11 | 0.70 | 280.00 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 12/07/07 | Review of Judge Buckwalter's 12/6/07 Order Granting Appellant's Motion to Supplement Record (.1); review of Judge Buckwalter's 12/6/07 Opinion affirming Bankruptcy Court's Order expunging 44 Speight & Runyan Property Damage Claims (.2); review of Certification of Counsel re: Order Approving Stipulation Resolving Debtors' Objection to Weatherford's Claims (.2); review of proposed Order for same (.1); review of e-mails between Celeste A. Hartman and Debbie Felder re: 12/7/07 filing (.2); review of draft Daubert Motion to Exclude Debtors' Experts (Florence, Anderson, Moolgavkar, Lees and Lee) (2.8); review of list of Exhibits for same (.3); e-mail from and e-mail to Debbie Felder re: extension of deadline for filing Daubert Motion (2x) (.2); e-mail from Debbie Felder re: filing Daubert Motion under seal; phone conference with Debbie Felder re: same (.2); e-mail to and e-mail from Debbie Felder re: John C. Phillips, Jr. must review Exhibits (.1); review of final version of Daubert Motion (.7). | 5.10 | 2,040.00 | WRG |
| LITIGATION | JCP | 12/08/07 | Review of Revised Final Version of Daubert Motion (.6); review of Motion to File Daubert Motion Under Seal, Notice of Motion and proposed Order (.3); review of Daubert Motion (marked "To Be Kept Under Seal"), Notice of Motion and proposed Order (.1); conference with Celeste A. Hartman re: filing same (2x)(.2); e-mail from Celeste A. Hartman to Debbie Felder confirming filing of Motion to File Under Seal and Daubert Motion (.1); e-mail from Debbie Felder to counsel for plaintiff forwarding Future Claimants' Representative's Daubert Motion (.1); e-mail from local counsel for Personal Injury Committee forwarding Personal Injury Committee's Daubert Motion (.1); e-mail from local counsel for Debtors forwarding Debtors' Daubert Motion (.1); e-mail to paralegal re: same (.1). | 1.60 | 640.00 | WRG |
| LITIGATION | JCP | 12/09/07 | Review of BNSF's Opposition to Debtors' Motion to Dismiss Appeal re: Stay; review of Personal Injury Committee's Daubert Motion re: Debtors' Experts (Florence, Anderson, Moolgavkar, Lees & Lee) (3.5); review of Certification of Counsel re: Order Authorizing Settlement of Barnesville's Property Damage Claim (.1); review of Equity Committee's Daubert Motion with Exhibits re: Personal Injury Committee's and Future Claimants Representative's Experts (Peterson & Biggs) (.7); review of James Heckman's Rebuttal Report (2.9). | 7.20 | 2,880.00 | WRG |
| LITIGATION | JCP | 12/10/07 | Review of Certification of Counsel re: 25th Quarter Project Summary (.1); review of Personal Injury Committee's Motion to File Daubert Motion Under Seal (.1); review of Debtors' | 4.10 | 1,640.00 | WRG |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                              01/29/08  Page 4
                                                         -Fees-

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 12/11/07 | Phone conference with Judge Fitzgerald and all counsel (1.7); review of Agenda for 12/17/07 Hearing (.1). | 1.80 | 720.00 | |
| WRG LITIGATION | JCP | 12/12/07 | Review of New Jersey's Reply Brief re: denial of its claim (.1); review of Debtors' Notice of Filing Updated Exhibits 2, 12 and 23 to Grace's Daubert Motion (.1); review of updated Exhibits (.8); review of balance of Grace's exhibits (voluminous) (1.9). | 3.10 | 1,240.00 | |
| WRG LITIGATION | JCP | 12/13/07 | Review of miscellaneous pleadings; e-mail from Debbie Felder re: 12/21/07, 12/24/07 and 1/7/08 filings; e-mail to and e-mail from Celeste A. Hartman re: same. | 0.30 | 120.00 | |
| WRG LITIGATION | JCP | 12/14/07 | Review of Notice re: Court Call availability for Estimation Hearing (.1); e-mail to paralegal re: arranging telephonic participation (.1); review of Debtors' Reply in Support of Motion to Dismiss Libby Claimants' Appeal (.3); review of Order Authorizing Del Taco Settlement (.2); review of Order Resolving Richmond County, Georgia's tax claim (.1); review of Order Approving Stipulation Resolving Debtors' Objection to Weatherford International's Claim (.1). | 0.90 | 360.00 | |
| WRG LITIGATION | JCP | 12/17/07 | Phone conference with Judge Fitzgerald and all counsel (1.7); e-mail from and e-mail to Debbie Felder re: 12/1/9/07 filing (.1). | 1.80 | 720.00 | |
| WRG LITIGATION | JCP | 12/18/07 | Conference with Celeste A. Hartman re: 12/21/07 filing(.1); e-mail from Celeste A. Hartman re: same (2x)(.1); e-mail from Debbie Felder re: same(.1); letter from local counsel Debtors' Objection to Massachusetts Department of Revenue claim(.1); review of Order Authorizing Settlement of Barnesville's Property Damage Claim(.1); review of Order Continuing Debtors' 18th Omnibus Objection(.1); review of Debtors' Motion to Strike Future Claims Representative's expert report (Stallard) with Exhibits and proposed Order(.3). | 0.90 | 360.00 | |
| WRG LITIGATION | JCP | 12/19/07 | E-mail from Celeste A. Hartman re: 12/21/07 filing(.1); e-mail from Debbie Felder re: same(.1); conference with Celeste A. Hartman re: same(.1); letter from local counsel for Personal Injury Committee re: Personal Injury Committee's Daubert Brief with enclosure (.2); preliminary review of Personal Injury Committee's disc containing Daubert Brief and exhibits (.3). | 0.80 | 320.00 | |
| WRG LITIGATION | JCP | 12/20/07 | Review of 12/11/07 Hearing Transcript (.2); review of Debtors' Motion to Authorize Settlement Agreement Resolving U.S. Environmental Claims (.2); review of U.S.' Notice of Lodging Settlement Agreement (.1); review of Settlement Agreement (.1); e-mail from Debbie Felder re: Certificate | 1.30 | 520.00 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 12/21/07 | Review of Personal Injury Committee's and Future Claims Representative's Exhibit List for Estimation Hearing (voluminous)(.5); review of Personal Injury Committee's Witness List for Estimation Hearing (voluminous)(.6); review of Future Claims Representative's Witness List; e-mail from Debbie Felder re: Exhibits to Future Claims Representative's Daubert opposition (.1); e-mail from Debbie Felder with enclosure (Future Claims Representative's Opposition to Debtors' and Equity Committee's Motion to Exclude Future Claims Representative's Expert Witness)(.1). | 1.30 | 520.00 | |
| LITIGATION | JCP | 12/22/07 | Review of Personal Injury Committee's Response Brief in Opposition to Debtors' and Equity Committee's Motion to Exclude Personal Injury Committee's Expert Witnesses with three Exhibits (3.1 hrs); review of Debtors' Response in Opposition to Claimants' Motion to Exclude Debtors' Expert Witnesses and Index of Exhibits (4.1 hrs). | 7.20 | 2,880.00 | |
| LITIGATION | JCP | 12/24/07 | Review of Debtors' Second Application to Expand Services fo Deloitte & Touche(.1); review of Future Claims Representative's Opposition to Debtors' and Equity Committee's Motion to Exclude Future Claims Representative's Estimation Experts without Exhibits (voluminous) (2.3). | 2.40 | 960.00 | |
| LITIGATION | JCP | 12/29/07 | Review of Debtors' Witness Disclosure (.5); review of Debtors' Exhibit List (voluminous) (.5); review of City of Charleston, S.C.'s Motion for Relief from Automatic Stay (.4). | 1.40 | 560.00 | |
| | | | | ------- | ---------- | |
| | | | | 43.50 | 17,400.00 | |
| | | | | ------- | ---------- | |
| | | | | 47.40 | 18,010.00 | |
| | | | | ======= | ========== | |

WRG-AUS                                                LEGALMASTER MIRC For Transactions                                  01/29/08  Page 6
                                                                    -Fees-

| Cl Code | Cl Code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/01/07 | Draft Certificate of No Objection for Phillips, Goldman & Spence June, July and 13th Quarterly Fee Application. | 0.80 | 120.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/01/07 | Draft August Fee Application for Phillips, Goldman & Spence. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/01/07 | Draft September Fee Application for Phillips, Goldman & Spence. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/01/07 | Draft 14th Quarterly Fee Application for Phillips, Goldman & Spence. | 1.20 | 180.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/01/07 | Draft October Fee Application for Phillips, Goldman & Spence. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/03/07 | Scan file and serve Certificate of No Objection for June, July and 13th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/03/07 | Review of and revise Applications and scan file and serve August, September and 14th Quarterly and October Fee Applications of Phillips, Goldman & Spence. | 1.20 | 180.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/11/07 | Code November pre-bills to comply with local rules. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/14/07 | Download and file Certificate of No Objection for Tillinghast's September Fee Application and Tillinghast's and Piper's October Fee Applications. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/17/07 | Draft November Fee Application for Phillips, Goldman & Spence. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/17/07 | Scan file and serve Phillips, Goldman & Spence November Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/18/07 | E-mail to Rachel (2x) re: filing of Certificates of No Objection and Fee Applications. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/19/07 | Draft Certificate of No Objection for Phillips, Goldman & Spence August, September and October Fee Applications. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/21/07 | Download and file Certificate of No Objection for Austern's October Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/26/07 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence September and October Fee Applications, after verifying No Objections filed. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/26/07 | Download and file Certificate of No Objection for Orrick's October Fee Application after verifying No Objections filed. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/27/07 | Reconcile payment to Fee Application. | 0.30 | 45.00 | |

WRG-AUS                                LEGALMASTER MIRC For Transactions                          01/29/08  Page 7
                                                      -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 12/27/07 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence August Fee Application. | 0.30 | 45.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/01/07 | Review of, revise and execute three Certificates of No Objections re: PG&S' 37th Monthly Fee Application, 13th Quarterly Fee Application and 38th Montly Fee Application (.5); review of, revise and execute PG&S' 39th Montly Fee Application, 40th Monthly Fee Application, 14th Quarterly Fee Application and 41st Monthly Fee Application (.5); conference with Celeste A. Hartman re: all of above (.3). | 1.40 | 560.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/04/07 | Review of Fee Auditor's Report on Orrick's 25th Interim Fee Application. | 0.10 | 40.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/08/07 | Review of Certification of Counsel re: 25th Quarter Project Category Summary (Fee Auditor's summary of professional fees); review of Certification of Counsel re: Order Approving Quarterly Fee Applications (including PG&S'). | 0.30 | 120.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/10/07 | Review of Certification of Counsel re: Order Approving 25th Quarerly Fee Applications. | 0.10 | 40.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/14/07 | Review of Order APproving Quarterly Fee Application. | 0.10 | 40.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/17/07 | Review of, revise and execute Phillips, Goldman & Spence, P.A.'s 42nd Monthly Fee Application; conference with Celeste A. Hartman. | 0.30 | 120.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 12/26/07 | Review of and execute Certificate of No Objection re: PG&S' 39th Monthly Fee Application; review of and execute Certificate of No Objection re: PG&S' 40th Monthly Fee Application; review of and execute Certificate of No Objection re: PG&S' 41st Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.40 | 160.00 | |

                                                                                           11.10        1,665.00
                                                                                            2.70        1,080.00
                                                                                           13.80        2,745.00
                                                                                           ═════       ═════════
                                                                                           63.10       21,040.00

69 records printed.