# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# DECEMBER 1, 2007 THROUGH
# DECEMBER 31, 2007

Phillips, Goldman & Spence, P.A.

January 29, 2008

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  73658

Re:  W. R. Grace & Co.
     David T. Austern

                COSTS ADVANCED

12/01/07  Federal Express                                    167.32
12/01/07  Photocopies                                        181.10
12/03/07  Facsimile                                            1.00
12/03/07  Postage                                              7.92
12/21/07  Check No.: 36088 - Parcels, Inc. - document
          retrieval/service/copy/mail, etc.                  812.31
                                                      ---------------
                Subtotal for COSTS only: 12/31/07      $1,169.65
                                                      ---------------