**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ACandS, INC )<br>)<br>)<br>Debtor(s) )<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 02-12687 (JKF)<br><br>Chapter 11<br><br>**Related to Dkt. No. 1211** |

**ORDER AMENDING CASE MANAGEMENT ORDER WITH RESPECT TO**
**IDENTIFICATION OF JUDGE FITZGERALD'S DELAWARE**
**COURTROOM DEPUTY**

**AND NOW**, this 29th day of **January, 2008** it is **ORDERED** that the Case Management Order in effect in this case is **amended** to substitute Sherry Johnson and Sherry_Johnson@dcb.uscourts.gov for every reference to Julia Johnston and Julia_Johnston@deb.uscourts.gov in the Case Management Order.

It is **FURTHER ORDERED** that counsel for Debtor(s) shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice of filings in this case and shall file a certificate of service forthwith.

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W.R. GRACE & CO, et al; )<br>)<br>)<br>Debtor(s) )<br>)<br>)<br>)<br>)<br>) | Bankruptcy No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**Related to Dkt. No. 7709** |

### ORDER AMENDING CASE MANAGEMENT ORDER WITH RESPECT TO IDENTIFICATION OF JUDGE FITZGERALD'S DELAWARE COURTROOM DEPUTY

AND NOW, this 29th day of **January**, 2008 it is **ORDERED** that the Case Management Order in effect in this case is **amended** to substitute Sherry Johnson and Sherry_Johnson@dcb.uscourts.gov for every reference to Julia Johnston and Julia_Johnston@deb.uscourts.gov in the Case Management Order.

It is **FURTHER ORDERED** that counsel for Debtor(s) shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice of filings in this case and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
_____
Judith K. Fitzgerald           SAJ
United States Bankruptcy Judge