## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Objection Deadline: January 29, 2008 at 4:00 p.m.<br>Hearing Date: TBD<br><br>**Related to Docket Nos. 17788** |

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE DEBTORS' OPPOSITION TO APPLICATION OF FUTURE CLAIMANTS' REPRESENTATIVE TO EMPLOY SPECIAL ASBESTOS PROPERTY DAMAGE SETTLEMENT COUNSEL NUNC PRO TUNC TO JANUARY 4, 2008

The Official Committee of Unsecured Creditors of W. R. Grace & Co., et al (the "Creditors' Committee"), by and through its undersigned counsel, submits this joinder to the Debtors' Opposition to Application of Future Claimants' Representative to Employ Special Asbestos Property Damage Settlement Counsel Nunc Pro Tunc to January 4, 2008 (the "Debtors' Objection") [DI TBD). For the reasons set forth and arguments made in the Debtors' Objection, the Creditors' Committee concurs with the Debtors' position that the Application of the Future Claimants' Representative should be denied. In addition, during the omnibus hearing on January 28, 2008, the Court directed the Debtors and Speights & Runyan to engage in mediation to see if that would assist the parties in resolving those asbestos property damage claims represented by Speights & Runyan remaining in dispute. In view of the Court's directive there is no need for the FCR to employ special asbestos property damage settlement counsel. The Creditors' Committee submits that this is an additional separate reason for denying the FCR's Application.

DM3\659895.1

## Conclusion

For the reasons set forth and arguments made in the Debtors' Objection, and as a result of the mediation of asbestos property damage claims directed by the Court, the Creditors' Committee respectfully requests that this Court deny the FCR's Application and grant such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
    January 29, 2008

Respectfully submitted,

**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006

-and-

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
        rwriley@duanemorris.com
        wskatchen@duanemorris.com

*Counsel for the Official Committee of Unsecured Creditors*