# EXHIBIT A

# Declining PD Claims as of January 29, 2008

The remaining 21 active non-settled claims are not subject to dispositive motions:
- Speights & Runyan: 18 U.S; 1 Canadian
- Other: 2

157 claims subject to dispositive motions:
- Speights & Runyan: 87 U.S; 54 Canadian
- Hahn & Hessen: 16

178 active PD claims as of 12/11/07

As of 1/29/08, 275 claims have been settled.

4003 PD claims at 15th Omnibus