# EXHIBIT B

# Asbestos PD Claims Settled by Federal Mogul and Speights & Runyan and Status of these Claims in Grace Bankruptcy

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 8612 | 010743 | Liberty National Life Insurance Company | 2001 3rd Avenue South | Birmingham | AL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9934 | 006595 | Alaska Psychiatric Institute | 2900 Providence Drive | Anchorage | AK | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8365 | | Cadillac Fairview | B1-5455 Macleod Trail South | Calgary | Alberta (Canada) | Not filed in Grace |
| 8120 | | Calgary Board of Education | 3909 - 26 Ave. SE | Calgary | Alberta (Canada) | Not filed in Grace |
| 8124 | | Calgary Board of Education | 1212 - 4 Street SE | Calgary | Alberta (Canada) | Not filed in Grace |
| 8125 | | Calgary Board of Education | 2116 Mackay Road NW | Calgary | Alberta (Canada) | Not filed in Grace |
| 8132 | 012452 | Calgary Board of Education | 910 - 75 Ave SW | Calgary | Alberta (Canada) | Removed per 08/02/2006 Stipluation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |
| 9193 | 012538 | Edmonton Public Schools | 10010 - 107A Avenue | Edmonton | Alberta (Canada) | Removed per 08/02/2006 Stipluation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |
| 9200 | | Edmonton Public Schools | 4025 - 117 Street | Edmonton | Alberta (Canada) | Not filed in Grace |
| 9204 | 012576 | Edmonton Public Schools | 15004 - 76th Street | Edmonton | Alberta (Canada) | Active claim, but subject to Grace's pending summary judgment motion re Canadian Statute of Limitations |
| 9209 | 012486 | Edmonton Public Schools | 6804 - 144th Avenue | Edmonton | Alberta (Canada) | Removed per 08/02/2006 Stipluation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |
| 9172 | 012510 | IPSCO | 6735 75th Street | Edmonton | Alberta (Canada) | Removed per 08/02/2006 Stipluation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |
| 8679 | 009904 | Hyatt Corporation & Hyatt Equities et al | 122 Noth Second Street | Phoenix | AZ | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9191 | 012506 | British Columbia Institute of Technology | 3700 Willingdon Ave | Burnaby | British Columbia (Canada) | Removed per 08/02/2006 Stipluation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |
| 9206 | 012507 | British Columbia Institute of Technology | 3700 Willingdon Ave | Burnaby | British Columbia (Canada) | Removed per 08/02/2006 Stipluation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |
| 9403 | 012505 | British Columbia Institute of Technology | 3700 Willingdon Ave | Burnaby | British Columbia (Canada) | Removed per 08/02/2006 Stipluation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 9410 | 012355 | British Columbia Institute of Technology | 3700 Willingdon Ave | Burnaby | British Columbia (Canada) | Removed per 08/02/2006 Stiplulation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |
| 9974 | | British Columbia Institute of Technology | 5301 Airport Road | Richmond | British Columbia (Canada) | Not filed in Grace |
| 8537 | | City of Vancouver | 8383 Manitoba Street | Vancouver | British Columbia (Canada) | Not filed in Grace |
| 8540 | | City of Vancouver | 125 Cordova Street | Vancouver | British Columbia (Canada) | Not filed in Grace |
| 8545 | | City of Vancouver | 250 West 70th Avenue | Vancouver | British Columbia (Canada) | Not filed in Grace |
| 8549 | 012347 | City of Vancouver | 1100 Chestnut Street | Vancouver | British Columbia (Canada) | Removed per 08/02/2006 Stiplulation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |
| 10329 | | Coca-Cola Enterprises | 44520 Yale Road West | Sardis | British Columbia (Canada) | Not filed in Grace |
| 8113 | | Fraser Health Authority | 22051 Fraser Highway | Langley | British Columbia (Canada) | Not filed in Grace |
| 8310 | | Fraser Health Authority | 45600 Menholm Road | Chilliwack | British Columbia (Canada) | Not filed in Grace |
| 8353 | 012301 | Fraser Health Authority | 2179 Mccallum Road | Abbotsford | British Columbia (Canada) | Claim removed per stipulation signed on 1/25/2006 between S&R and J. Baer (Per Dkt. 11696) |
| 8509 | | Hudsons Bay Company | 1602 15th Avenue | Prince Rupert | British Columbia (Canada) | Not filed in Grace |
| 10333 | | New Skeena Forest Products Inc | Watson Island | Prince Rupert | British Columbia (Canada) | Not filed in Grace |
| 10321 | 011627 | School District No 68 (Nanaimo-Ladysmith) | 395 Wakesiah Avenue | Nanaimo | British Columbia (Canada) | Not filed in Grace |
| 10863 | Various | The Regents of the University of California | | Los Angeles | CA | Active claim, but subject to Grace's pending summary judgment motion re Canadian Statute of Limitations |
| 8815 | | Hyatt Corp & Hyatt Equities et al | 1750 Welton Street | Denver | CO | 50 of 281 claims remain Active claims, but subject to Grace's pending summary judgment motion re California |
| 7473 | | Hyatt Corporation & Hyatt Equities et al | 136 East Thomas Place | Avon | CO | Not filed in Grace |
| 8696 | 006620 | Hartford Hospital | 181 East Cedar Street | Newington | CT | Anderson Memorial Out of State Claims Disallowed and Expunged per Order #11080 on 11/14/2005 |
| 7790 | 006600 | Naugatuck Valley Mall | 920 Wolcott Street | Waterbury | CT | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 8694 | 006602 | B'Nai Jehoshua Beth Elohim | 901 North Milwaukee Ave | Glenview | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8693 | 006621; 006622; 006623 | Contracting Material Equipment | 165 Hintz Road | Wheeling | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8695 | 006908 | Faith Baptist Church | 405 E. Main Street | Belleville | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9225 | 006849; 006908 | Holy Family Villa NKA Holy Family | 12375 McCarthy | Lemont | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8784 | | Hyatt Corp & Hyatt Equities et al | 1800 E. Gold Road | Shaumburg | IL | Not filed in Grace |
| 8974 | 009902 | Hyatt Corp & Hyatt Equities et al | 9300 W. Bryn Mawr Avenue | Rosemont | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8981 | 009901 | Hyatt Corp & Hyatt Equities et al | 1909 Spring Road | Oak Brook | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8435 | 009918 | Hyatt Corp & Hyatt Equities et al | 151 E. Wacker Drive | Chicago | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9885 | 006628 | John Hancock Building | 875 N. Michigan Ave | Chicago | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9892 | 006738 | Lincoln Lanes Bowling Alley | 107 W. Harrison Street | Danville | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9413 | | Northshore Country Club | | Chicago | IL | Not filed in Grace |
| 9791 | | Swedish American Hospital | Charles Street | Rockford | IL | Not filed in Grace |
| 8618 | 006615 | Third Presbyterian Church | 1221 Custer Avenue | Rockford | IL | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9651 | | Fort Wayne Chamber of Commerce Building | 826 Ewing Street | Fort Wayne | IN | Not filed in Grace |
| 9738 | 007761 | YMCA NKA Scott County Family Y | 606 W. 2nd Street | Davenport | IA | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8020 | 006752 | R.H. Garvey Building | 300 West Douglas | Wichita | KS | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8995 | | Hyatt Corporation & Hyatt Equities et al | 320 W. Jefferson | Louisville | KY | Not filed in Grace |
| 8999 | | Hyatt Corporation & Hyatt Equities et al | 401 West High Street | Lexington | KY | Not filed in Grace |
| 8989 | | Hyatt Corporation & Hyatt Equities et al | Poydras Plaza at Loyola Ave | New Orleans | LA | Not filed in Grace |
| 10317 | 0011620 | 354401 Alberta Ltd | 287 Broadway | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 7754 | | Gov't of Manitoba, Trans & Gov't Svcs | 2055 Notre Dame Ave | Winnipeg | Manitoba (Canada) | Not filed in Grace |

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 7755 | | Gov't of Manitoba, Trans & Gov't Svcs | 200 Vaughan Street | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 7744 | | Hudson Bay Port Company | One Axworthy Way, Box 217 | Churchill | Manitoba (Canada) | Not filed in Grace |
| 9068 | | Morguard Investment Limited | 879 Keewatin Street | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 9760 | | Swan Valley Consumers Cooperative Ltd | 813 Main Street, East, Box 1420 | Swan River | Manitoba (Canada) | Not filed in Grace |
| 8947 | | The Canadian Wheat Board | 423 Main Street | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 7533 | | The Winnipeg School Division | 510 Hay Street | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 7606 | | The Winnipeg School Division | 690 Beverly Street | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 7610 | | The Winnipeg School Division | 401 Church Avenue | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 8104 | | The Winnipeg School Division | 730 Aberdeen Avenue | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 8305 | | The Winnipeg School Division | 1233 Wall Street | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 8309 | | The Winnipeg School Division | 525 Agnes Street | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 9983 | | The Workers Compensation Board of Manitoba | 333 Broadway | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 9909 | | Winnipeg Airports Authority Inc | 200 Wellington Avenue | Winnipeg | Manitoba (Canada) | Not filed in Grace |
| 9286 | | Central Savings Bank | | Lowell | MA | Not filed in Grace |
| 9652 | 006614 | First United Methodist Church | Fairlane Town Center | Noth Attleboro | MA | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8438 | | Hyatt Corp and Hyatt Equities | 20 Hoppin Hill Road | Cambridge | MA | Not filed in Grace |
| 9341 | | New YMCA Bldg | 575 Memorial Drive | Springfield | MA | Not filed in Grace |
| 9722 | | 401 West Green Lawn Building | | Lansing | MI | Not filed in Grace |
| 8817 | 009919 | Hyatt Corp & Hyatt Equities et al | Fairlane Town Center | Dearborn | MI | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8002 | 006724 | Ingraham-Lansing Hospital | | Lansing | MI | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9889 | 006750 | Lake Region Heathcare Corp FKA St Lukes | 712 South Cascade Street | Fegus Falls | MN | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |

*Tuesday, January 29, 2008*                                                                                                                                                  *Page 4 of 11*

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 9425 | 006719 | Minnesota Protestant Ctr NKA Minnesota C | 122 West Franklin Avenue | Minneapolis | MN | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8372 | | Mansion House Restaurant | | St. Louis | MO | Not filed in Grace |
| 9307 | | Midwest Research Building | | Kansas City | MO | Not filed in Grace |
| 7884 | 006617 | The Executive House Office Building NKA | 4466 W. Pine Blvd. | St. Louis | MO | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9725 | 011252 | Methodist Hospital | | Omaha | NE | Claim Withdrawn and Expunged per Dkt. 13439 on 10/24/2006 |
| 8673 | | Hyatt Corporation & Hyatt Equities et al | 111 Country Club Drive | Incline Village | NV | Not filed in Grace |
| 8865 | | Clarkson Science Center | | Potsdam | NY | Not filed in Grace |
| 9023 | 006604 | AT&T Building | 140 Hepburn Road | Clifton | NJ | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8906 | 011236 | Bayshore Community Hospital | 727 N. Beers Street | Holmdel | NJ | Amended Claim Expunged and Consolidated into Original Claim per Order# 12147 on 03/27/2006 |
| 8595 | 006624 | Clara Maas Hospital | 1 Clara Maass Drive | Belleville | NJ | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9452 | 006900 | Local 274 / Pipefitters Local No 274-Gener | 100 Hendricks | Ridgefield | NJ | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9334 | 006898 | Mercer Hospital | 446 Bellevue Avenue | Trenton | NJ | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9623 | | One University Plaza Building | 2 University Plaza Drive | Hackensack | NJ | Not filed in Grace |
| 8597 | 006601 | Presbyterian Church of Jamesburg | 11 West Street | Jamesburg | NJ | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9520 | 006896 | Riverside Hospital | Powerville Road | Boonton | NJ | May be same as a claim filed in Grace; insufficient information |
| 7788 | 010737 | Thomas J Lipton, Inc | 1200 Route 523 | Flemington Junction | NJ | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 7794 | 006748 | 1133 6th Avenue Building | 1133 6th Avenue | New York | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9925 | 010738 | 127 John Street | 127 John St. | New York | NY | Claim Withdrawn per Speights Runyan on 2/10/2006 per Dkt. 11749 |
| 9932 | 006906 | 280 Park Avenue Building | 280 Park Avenue | New York | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9927 | 010734 | 880 Third Avenue | 880 Third Avenue | New York | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 8847 | 006881 | Cancer Memorial NKA Memorial Sloan-Kette | 1275 York Ave. | New York | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8846 | | Corning Nursing Home | 176 Denison Parkway East | Corning | NY | Not filed in Grace |
| 8036 | 006879 | Dutchess County YMCA | Eastman Park, 35 Montgomery | Poughkeepsie | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8712 | 006606 | Episcopal Church Center | 815 Second Avenue | New York | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8598 | 010740 | Flatbush Saving & Loan | 2146 Nostrand Avenue | Brooklyn | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9003 | | Hyatt Corp & Hyatt Equities et al | Park Avenue At Grand Central Station | New York | NY | Not filed in Grace |
| 8599 | | Lever Brotheres Building | Roosevelt Field | Long Island | NY | Not filed in Grace |
| 8600 | 006766 | May Department Store | 424 Fifth Avenue | New York | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9151 | 006749 | Merchants Midtown Bank | | New York | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8601 | 006607 | Parkway Inn Apartments | 151 Buffalo Avenue | Nigara Falls | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9596 | | Roehrig Insut Agency | | Kenmore | NY | Not filed in Grace |
| 8602 | 006618 | Schulman Investors Building | 104 Corporate Park Drive | Purchase | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 7549 | 006870 | Southhamption Hospital | 240 Meeting House Lane | Southhampton | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8603 | 006629 | St. Charles Hospital | 200 Belle Terre Road | Port Jefferson | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9933 | 006616 | Uris Building | 60 Broad Street | New York | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9604 | 006866 | Wilson Memorial Hospital | 33-57 Harrison Street | Johnson City | NY | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9045 | | Iron Ore Company of Canada | Menihek | Labrador | Newfoundland (Canada) | Not filed in Grace |
| 9047 | | Iron Ore Company of Canada | 2 Avalon Drive | Labrador City | Newfoundland (Canada) | Not filed in Grace |
| 9071 | | Newfoundland Power Inc | Southside Road | St. Johns | Newfoundland (Canada) | Not filed in Grace |
| 8010 | 006887 | Dakota Hosp / Dakota Heatland Health Sys | 1720 S. University Drive | Fargo | ND | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 10074 | | Dakota Utilities - Haskett Station | | Mandan | ND | Not filed in Grace |
| 7545 | 006699 | Northern State Power Co / Northwestern | 822 South 18th Street | Fargo | ND | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 7564 | 006698 | Sisters of Mercy Hospital | | Valley City | ND | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 7617 | | Guilford Realty Limited | 21 Mccurdy Avenue | Dartmouth | Nova Scotia (Canada) | Not filed in Grace |
| 7748 | | Hotel NS Management LP | 1181 Hollis Street | Halifax | Nova Scotia (Canada) | Not filed in Grace |
| 8941 | 012490 | Atlantic Shopping Centres Limited / Halif | 2000 Barrington Street | Halifax | Nova Scotia (Canada) | Active claim, but subject to Grace's pending summary judgment motion re Canadian Statute of Limitations |
| 9556 | 006714 | Green Cross Hospital | | Cuyahoga Falls | OH | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8825 | | Hyatt Corp and Hyatt Equities et al | 350 N. High Street | Columbus | OH | Not filed in Grace |
| 7569 | 006914 | St. Thomas Hospital | 444 N. Main Street | Akron | OH | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 7539 | 006755 | Surgical West Bldg fka Akron City Hosp | 525 E Market Street | Akron | OH | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9430 | 006633 | Temple Israel | 5419 E. Broad Street | Columbus | OH | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8604 | 010942 | Union Central Life Insurance Company | 1876 Waycross Road | Cincinnati | OH | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 10086 | | Hillcrest Country Club | | Oklahoma City | OK | Not filed in Grace |
| 9670 | 006835 | Muskogee General Hosp NKA Muskogee Regio | 300 Rockefeller Drive | Muskogee | OK | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8369 | | Bell Canada | 50 Eglington Avenue East | Toronto | ON | Not filed in Grace |
| 7595 | Various | Carleton University | 1125 Colonel by Drive | Ottawa | Ontario (Canada) | Claim Disallowed and Expunged on 6/28/2007 per Dkt. 16160 |
| 7599 | Various | Carleton University | 1125 Colonel by Drive | Ottawa | Ontario (Canada) | Claim Disallowed and Expunged on 6/28/2007 per Dkt. 16160 |
| 8150 | | Coca-Cola Bottling Company | 42 Overly Boulevard | Toronto | Ontario (Canada) | Not filed in Grace |
| 8363 | | Coca-Cola Bottling Company | 46 Overly Boulevard | Toronto | Ontario (Canada) | Not filed in Grace |
| 7887 | 006739 | Ealing School | 840 Hamilton Road | London | Ontario (Canada) | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8358 | | Hudsons Bay Company | 3401 Dufferin Street | Toronto | Ontario (Canada) | Not filed in Grace |
| 9057 | | Laurentian University | 935 Ramsey Lake Road | Sudbury | Ontario (Canada) | Not filed in Grace |
| 9061 | | Laurentian University | 935 Ramsey Lake Road | Sudbury | Ontario (Canada) | Not filed in Grace |
| 9063 | | Laurentian University | 935 Ramsey Lake Road | Sudbury | Ontario (Canada) | Not filed in Grace |

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 9893 | 006840 | London Life Insurance Company | 255 Dufferin Avenue | London | Ontario (Canada) | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9035 | | Old Colony Properties | 130 King Street East | Hamilton | Ontario (Canada) | Not filed in Grace |
| 9756 | | Shell Canada Products Limited | 75 Wynford Drive | Don Mills | Ontario (Canada) | Not filed in Grace |
| 9313 | | Toronto District School Board | 43 Millwood Road | Toronto | Ontario (Canada) | Not filed in Grace |
| 9316 | | Toronto District School Board | 851 Mount Pleasant Road | Toronto | Ontario (Canada) | Not filed in Grace |
| 9321 | | Toronto District School Board | 209 Jameson Avenue | Toronto | Ontario (Canada) | Not filed in Grace |
| 10019 | | Toronto District School Board | 725 Bathurst Street | Toronto | Ontario (Canada) | Not filed in Grace |
| 10022 | | Toronto District School Board | 711 Bloor Street East | Toronto | Ontario (Canada) | Not filed in Grace |
| 10028 | | Toronto District School Board | 101 Winona Drive | Toronto | Ontario (Canada) | Not filed in Grace |
| 10034 | | Toronto District School Board | 125 Chatsworth Drive | Toronto | Ontario (Canada) | Not filed in Grace |
| 10038 | | Toronto District School Board | 100 Strathcona Avenue | Toronto | Ontario (Canada) | Not filed in Grace |
| 10045 | | Toronto District School Board | 800 Green Wood Avenue | Toronto | Ontario (Canada) | Not filed in Grace |
| 10049 | | Toronto District School Board | 460 Manning Avenue | Toronto | Ontario (Canada) | Not filed in Grace |
| 10076 | | Toronto District School Board | 55 Malvern Avenue | Toronto | Ontario (Canada) | Not filed in Grace |
| 9990 | | Toronto Transit Commission | Various Tunnels of Subway System | Toronto | Ontario (Canada) | Not filed in Grace |
| 7877 | | York University | 1 Dundas Street West PO Box 42 | Toronto | Ontario (Canada) | Not filed in Grace |
| 9667 | 006659 | Yorkminster Baptist Church | 1585 Yonge Street | Toronto | Ontario (Canada) | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 7885 | 006830 | Episcopal Hospital | 100 E. Leihigh Avenue | Philadelphia | PA | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 7477 | | Hyatt Corporation & Hyatt Equities et al | 1415 Chancellor Court | Philadelphia | PA | Not filed in Grace |
| 9669 | 006827 | Scott Paper | | Tinicomtwp | PA | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9108 | | Scott Paper Company | Administration Headquarters | Philadelphia | PA | Not filed in Grace |
| 7910 | | Hyatt Corporation and Hyatt Equities et al | Highway 693 | Dorado | Puerto Rico | Not filed in Grace |

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 8829 | | Hyatt Corporation & Hyatt Equities et al | Road 693 | Dorado | Puerto Rico | Not filed in Grace |
| 8169 | | Fairview Pointe Claire Lease Hold Inc | 6801 Route Trans Canadienne | Pointe-Claire | Quebec (Canada) | Not filed in Grace |
| 8511 | | Hudsons Bay Company | 6790 Route Transcanada | Pointe-Claire | Quebec (Canada) | Not filed in Grace |
| 10326 | | Hydro Quebec | 75 Boul Rene-Levesque Ouest | Montreal | Quebec (Canada) | Not filed in Grace |
| 9039 | | Iron Ore Company of Canada | 1 Retty Street | | Quebec (Canada) | Not filed in Grace |
| 9994 | | The Toronto-Dominion Bank | 500 St. Jacques | Montreal | Quebec (Canada) | Not filed in Grace |
| 7676 | | Ville De Montreal | 3161, Rue Joseph | Verdun | Quebec (Canada) | Not filed in Grace |
| 7679 | | Ville De Montreal | 1125, Rue Ontario Est | Montreal | Quebec (Canada) | Not filed in Grace |
| 7682 | | Ville De Montreal | 1000, Rue Saint-Jacques | Montreal | Quebec (Canada) | Not filed in Grace |
| 7688 | | Ville De Montreal | 385, Rue Sherbrooke Est | Montreal | Quebec (Canada) | Not filed in Grace |
| 8162 | | Ville De Montreal | 700, Rue Saint-Antoine Est | Montreal | Quebec (Canada) | Not filed in Grace |
| 8165 | | Ville De Montreal | 330, Rue Saint-Paul Est | Montreal | Quebec (Canada) | Not filed in Grace |
| 8797 | | Ville De Montreal | 3444, Rue Saint-Joseph Est | Montreal | Quebec (Canada) | Not filed in Grace |
| 8800 | | Ville De Montreal | 14201, Rue Sherbrooke Est | Montreal | Quebec (Canada) | Not filed in Grace |
| 8804 | | Ville De Montreal | 999, Boulevard Henri-Bourassa Ouest | Montreal | Quebec (Canada) | Not filed in Grace |
| 8809 | | Ville De Montreal | 2800, Rue Viau | Montreal | Quebec (Canada) | Not filed in Grace |
| 8985 | 009899 | Hyatt Corp & Hyatt Equities et al | 1 Goat Island | Newport | RI | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 7872 | | Sask Energy | NE 27-16-20 W2 | | Saskatchewan (Canada) | Not filed in Grace |
| 8633 | 012470 | Saskatchewan Power Corp | 2025 Victoria Ave | Regina | Saskatchewan (Canada) | Removed per 08/02/2006 Stipluation from Speights Dkt. 12925; Order Dkt. 13047 entered 8/23/2006 |
| 8637 | | Saskatchewan Power Corp | PO Box 790 | Estevan | Saskatchewan (Canada) | Not filed in Grace |
| 7706 | | Saskatchewan Power Corporation | 2211 Spandina Crescent West | Saskatoon | Saskatchewan (Canada) | Not filed in Grace |
| 7710 | | Saskatchewan Power Corporation | | Estevan | Saskatchewan (Canada) | Not filed in Grace |
| 8641 | | Saskatchewan Power Corporation | Avenue A South | Saskatoon | Saskatchewan (Canada) | Not filed in Grace |
| 7856 | | Transgas | SE 16-13-29 WE | | Saskatchewan (Canada) | Not filed in Grace |

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 7864 | | Transgas | NE 27-16-20 W2 | | Saskatchewan (Canada) | Not filed in Grace |
| 7868 | | Transgas | NE 27-16-20 W2 | | Saskatchewan (Canada) | Not filed in Grace |
| 7876 | | Transgas | NE 27-16-20 W2 | | Saskatchewan (Canada) | Not filed in Grace |
| 8564 | | Transgas | SE 17-17-16 W3 | | Saskatchewan (Canada) | Not filed in Grace |
| 8568 | | Transgas | SE 17-17-16 W3 | | Saskatchewan (Canada) | Not filed in Grace |
| 8572 | | Transgas | SE 17-17-16 W3 | | Saskatchewan (Canada) | Not filed in Grace |
| 9165 | | Transgas | SE 16-13-29 W3 | | Saskatchewan (Canada) | Not filed in Grace |
| 9167 | | Transgas | SE 16-13-29 W3 | | Saskatchewan (Canada) | Not filed in Grace |
| 9998 | | Transgas | NW 18-40-22 W3 | | Saskatchewan (Canada) | Not filed in Grace |
| 10002 | | Transgas | NW 18-40-22 W3 | | Saskatchewan (Canada) | Not filed in Grace |
| 10006 | | Transgas | SE 17-17-16 W3 | | Saskatchewan (Canada) | Not filed in Grace |
| 10029 | | Transgas | SE 17-17-16 W3 | | Saskatchewan (Canada) | Not filed in Grace |
| 8605 | 011008 | Anderson Memorial Hospital | 800 North Fant | Anderson | SC | Active Claim |
| 9714 | 006684 | Community Ctr for Congregation Beth Israel | 425 Summit Drive | Greenville | SC | Claim withdrawn on 01/07/2006 per Docket #11504 Certification of Counsel. Originally Redacted on Order #10961. |
| 9860 | | Hyatt Corp & Hyatt Equities et al | 220 N. Main Street | Greenville | SC | Not filed in Grace |
| 6246 | | Skyview Aparments | 424 W. Capitol Avenue | Pierre | SD | Not filed in Grace |
| 9665 | | Yankton City Auditorium | | Yankton | SD | Not filed in Grace |
| 8903 | 006680 | Airport Terminal | | Memphis | TN | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9012 | 009922 | Hyatt Corporation & Hyatt Equities et al | 500 Hill Avenue SE | Knoxville | TN | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 7559 | 006694 | Pilgrim Congregational Church, United Ch | 400 Grenwood Drive | Chattanooga | TN | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8607 | 006596 | First National Bank (NKA Elm Place) | 1401 Elm Street | Dallas | TX | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |

Tuesday, January 29, 2008

| Federal Mogul Claim Number | Grace Claim Number | Claimant Name | Street Address | City | State | Current Status |
|---|---|---|---|---|---|---|
| 9856 | 009920 | Hyatt Corp & Hyatt Equities & Affiliates | 1200 Louisiana Street | Houston | TX | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8430 | 009908 | Hyatt Corp & Hyatt Equities & Affiliates | 300 Reunion Boulevard | Dallas | TX | Claim removed per stipulation signed on 1/25/2006 between S&R and J. Baer (Per Dkt. 11696) |
| 8684 | | Hyatt Corp & Hyatt Equities & Affiliates | 123 Losoya | San Antonio | TX | Not filed in Grace |
| 10071 | 006678 | Women's Club | | Richmond | VA | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 7622 | 006677 | Jefferson Golf Club | | Seattle | WA | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8317 | 006675 | Medical Dental Building | | Everett | WA | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8935 | 006674 | Sunset Bowl | | Seattle | WA | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 8705 | | A.P. Woodson House | | Wausau | WI | Not filed in Grace |
| 8990 | | Hyatt Corp & Hyatt Equities & Affiliates | 333 W. Kilbourn Avenue | Milwaukee | WI | Not filed in Grace |
| 9668 | 006911 | YWCA | 613 5th Street | Wausau | WI | Withdrawn and Expunged per 10/31/2005 Order #10961 by Judge Judith K. Fitzgerald |
| 9790 | Various; 009915 | Hyatt Hotels / Hyatt Property | Various / No Geographical Limitations | | | 1 of 22 claims remain Active |