IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                    Chapter 11

W.R. Grace & Co., et al.,                                 Case No. 01-01139 (JKF)
                                                          (Jointly Administered)
                    Debtors

AMENDED VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENATION OF CREDITORS AS REQUIRED
BY F.R.B.P. RULE 2019

Stephen L. Shackelford, being first duly sworn, hereby deposes and states as follows:

1.      I am an attorney, sole practitioner, 3010 Lakeland Cove, Suite P, Flowood,

        Mississippi 39232.  I am a member in good standing of the Bar of the State of

        Mississippi, Mississippi Bar No. 6718.

2.      This Amended Verified Statement is filed in accordance with Rule 2019 of the

        Federal Rules of Bankruptcy Procedure and in accordance with that certain

        Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019

        dated October 22, 2004 (the "Revised Order").

3.      The law firm of Stephen L. Shackelford has been retained as counsel for

        individual creditors in the above-referenced bankruptcy.  The list of each of these

        creditors names and addresses is attached hereto.

4.      The order signed certifies that each creditor named on the attached list has

        executed a Power of Attorney or Contract authorizing Stephen L. Shackelford to

        represent the creditor in bankruptcy proceedings.

5.      The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6.      The Creditors hold claims in varying amounts for monetary damages due to

        exposure to asbestos-containing products manufactured or distributed by W. R.

Grace & Co. Pursuant to the Revised Order, all of the relevant information

identifying the Creditors and the nature and amount of their claim is contained in

exhibits which have not been scanned, but available upon motion and order of the

Court.

7. The Law Office of Stephen L. Shackelford does not hold any claims or interest in

Debtor.

8. The Law Office of Stephen L. Shackelford will file an amended and supplemental

statement setting forth any material changes in the facts contained in this

Amended Verified Statement, should any such changes occur.

STEPHEN L. SHACKELFORD

Sworn to before me this 29th day
of January , 2008.

Notary Public

Notary Public State of Mississippi At Large
My Commission Expires: February 23, 2008
Bonded Thru Heiden, Brooks & Garland, Inc.

JILL S. BAILEY
NOTARY
PUBLIC
RANKIN COUNTY, MS