## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _____ day of _____, 2008, a true and accurate copy of the foregoing Amended Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 was served by facsimile or electronically or via U.S. Postal Service, pursuant to the Federal Rules of Bankruptcy Procedure on the interested parties.

_____
STEPHEN L. SHACKELFORD