# EXHIBIT A

## W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on Settlements of Certain Claims and Causes of Action
### October 1, 2007 through December 31, 2007

| NONE | | |
|---|---|---|