### Summary of PwC's Fees By Individual:
### Twenty Sixth Interim Quarterly Reporting Period
### July 1, 2007 through September 30, 2007

Professional Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended September 30, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | 37.9 | $ 25,965.67 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | 16.0 | $ 9,800.64 |
| David Sharpe | Audit Partner | 22 | Integrated Audit | 1.0 | $ 939.72 |
| Robert Keehan | Audit Partner | 19 | Integrated Audit | 2.0 | $ 1,370.22 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | 2.0 | $ 1,808.10 |
| George Baccash | Tax Partner | 30 | Integrated Audit | 9.0 | $ 5,695.20 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | 14.8 | $ 6,097.50 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | 2.5 | $ 1,137.75 |
| Jennifer James | Director | 15 | Integrated Audit | 2.0 | $ 1,254.60 |
| Tim Dreyer | Director | 35 | Integrated Audit | 4.5 | $ 2,338.88 |
| Matias Luis Pedevilla | Director | 10 | Integrated Audit | 7.5 | $ 3,898.13 |
| Theresa M Reiger | Director | 26 | Integrated Audit | 6.0 | $ 3,528.00 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | 166.5 | $ 65,534.40 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated | 10.0 | $ 3,719.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Andrew C Murphy | Audit Senior Manager | 10 | Audit Integrated Audit | 3.0 | $ | 2,055.33 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | 20.0 | $ | 5,953.20 |
| Sandra A David | Audit Manager | 5.5 | Integrated Audit | 25.0 | $ | 7,441.50 |
| Esther Ko | Advisory Manager | 9 | Integrated Audit | 10.0 | $ | 3,751.50 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | 4.0 | $ | 1,500.60 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | 11.5 | $ | 3,079.13 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | 232.5 | $ | 50,617.58 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | 75.0 | $ | 15,867.00 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | 3.0 | $ | 616.23 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | 6.6 | $ | 1,296.00 |
| Mariana Isturiz Espinoza | Tax Senior Associate | 4 | Integrated Audit | 18.3 | $ | 3,458.70 |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | 2.5 | $ | 744.15 |
| Craig T. Chu | Tax Senior Associate | 3 | Integrated Audit | 2.0 | $ | 615.00 |
| Jacqueline Calvo | Tax Associate | 2 | Integrated Audit | 1.0 | $ | 141.75 |
| Jennifer Ochse | Audit Associate | 2 | Integrated Audit | 50.0 | $ | 8,425.50 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | 24.8 | $ | 3,469.09 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | 91.0 | $ | 10,745.28 |
| Phillip Crosby | Audit Associate | <1 | Integrated Audit | 17.9 | $ | 3,016.33 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | 202.2 | $ | 34,463.96 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | 109.0 | $ | 15,205.26 |

| Name | Title | | | Hours | Amount | |
|------|-------|---|---|-------|--------|---|
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | 71.5 | $ | 12.006.65 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | 206.0 | $ | 25,234.07 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | 52.3 | $ | 7.719.48 |
| Melissa Noel | Audit Associate | <1 | Integrated Audit | 3.5 | $ | 413.28 |
| Jennifer D'Angelo | Audit Associate | 2 | Integrated Audit | 33.0 | $ | 4,586.67 |
| Ovais Anwar | Intern | <1 | Integrated Audit | 114.5 | $ | 10,140.12 |
| Dana West | Intern | <1 | Integrated Audit | 1.0 | $ | 89.79 |
| | | | | 1672.8 | $ | 365.741.45 |

{02411}

**Summary of PwC's Fees By Project:**
**Twenty Sixth Interim Quarterly Reporting Period**
**July 1, 2007 through September 30, 2007**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 129.3 | $16,383.10 |

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,672.8 | $365,741.45 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1802.1 | $382,124.55 |

{024111}

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Twenty Sixth Interim Quarterly Reporting Period**
**July 1, 2007 through September 30, 2007**

| Type of Expense | |
|---|---|
| Transportation | $2,712.15 |
| Lodging | 108.90 |
| Sundry | 158.95 |
| Business Meals | 311.24 |
| Grand Total for the Fee Period April 1, 2007 through June 30, 2007 | $3,291.24 |

{02411}