Prior Interim Fee Applications filed:

| Date Filed Docket Number | Period Covered | Requested Fees | Expenses | Cert. of No. Obj. | Status Fees | Expenses |
|---|---|---|---|---|---|---|
| 12/30/02 #3206 | 10/01/02-10/31/02 | $63,783.20 (80% of $79,729.00) | $3,022.43 | 01/29/03 #3288 | Approved | Approved |
| 12/30/02 #3208 | 11/01/02-11/30/02 | $72,958.40 (80% of $91,198.00) | $13,082.89 | 01/29/03 #3288 | Approved | Approved |
| 02/12/03 #3380 | 12/01/02-12/31/02 | $79,774.00 (80% of $99,717.50) | $3,941.77 | | Approved | Approved |
| 04/03/03 #3612 | 01/01/03-01/31/03 | $274,984.93 (80% of $343,731.17) | $7,670.04 | 06/03/03 #3859 | Approved | Approved |
| 04/17/03 #3675 | 02/01/03-02/28/03 | $42,508.77 (80% of $53,135.96) | $554.24 | 06/03/03 #3861 | Approved | Approved |
| 05/13/03 #3784 | 03/01/03-03/31/03 | $38,152.12 (80% of $47,690.15) | $1,212.82 | 06/13/30 #3898 | Approved | Approved |
| 07/09/03 #4033 | 04/01/03-04/30/03 | $56939.48 (80% of $71,174.34) | $1,863.75 | 07/31/03 #4127 | Approved | Approved |
| 07/09/03 #4034 | 05/01/03-05/31/03 | $31,018.90 (80% of $38,773.62 | $192.96 | 07/31/03 #4126 | Approved | Approved |
| 08/14/03 #4265 | 06/01/03-06/30/03 | $49,885.74 (80% of $62,357.17) | $546.79 | 09/11/03 #4418 | Approved | Approved |
| 09/09/03 #4397 | 07/01/03-07/31/03 | $48,639.72 (805 of $60,799.65) | $1,191.98 | 10/01/03 #4516 | Approved | Approved |
| 10/22/03 #4602 | 08/01/03-08/31/03 | $22,757.36 (80% of $28,446.71) | $865.06 | 11/24/03 | Approved | Approved |

| Date Filed Docket Number | Period Covered | Requested Fees | Expenses | Cert. of No. Obj. | Status Fees | Expenses |
|---|---|---|---|---|---|---|
| 11/11/03 #4678 | 09/01/03-09/30/03 | $19,983.17 (80% of $24,978.97) | $167.05 | 12/09/03 #4795 | Approved | Approved |
| 12/12/03 #4802 | 10/01/03-10/31/03 | $99,663.38 (80% of $124,579.22) | $3,640.12 | 01/13/04 #4920 | Approved | Approved |
| 01/14/04 #4931 | 11/01/03-11/30/03 | $134,278.56 (80% of $167,848.20) | $10,882.52 | 02/06/04 #5084 | Approved | Approved |
| 02/06/04 #5078 | 12/01/03-12/31/03 | $104,698.76 (80% of $130,873.45) | $5,081.79 | 03/10/04 #5257 | Approved | Approved |
| 03/10/04 #5258 | 01/01/04-01/31/04 | $281,909.27 (80% of $352,386.59) | $10,231.48 | 04/14/04 #5443 | Approved | Approved |
| 04/14/04 #5444 | 02/01/04-02/29/04 | $67,984.11 (80% of $84,980.14) | $1,538.06 | 05/13/04 #5571 | Approved | Approved |
| 05/07/04 #5541 | 03/01/04-03/31/04 | $66,596.32 (80% of $83,245.40) | $1,910.25 | 06/24/04 #5880 | Approved | Approved |
| 06/08/04 #5742 | 04/01/04-04/30/04 | $101,753.13 (80% of $127,191.42) | $2,503.45 | 07/01/04 #5906 | Approved | Approved |
| 06/30/04 #5896 | 05/01/04-05/31/04 | $67609.01 (80% of $84,511.26) | $2,749.03 | 07/27/04 #6034 | Approved | Approved |
| 07/30/04 #6070 | 06/01/04-06/30/04 | $83,769.75 (80% of $104,712.19) | $725.38 | 08/25/04 #6253 | Approved | Approved |
| 09/14/04 #6397 | 07/01/04-07/31/04 | $182,008.32 (80% of $227,510.41) | $981.41 | 10/06/04 #6552 | Approved | Approved |
| 10/15/04 #6648 | 08/01/04-08/30/04 | $112,531.58 (80% of $144,664.48) | $4,650.43 | 11/12/04 #6887 | Approved | Approved |

| Date Filed Docket Number | Period Covered | Requested Fees | Expenses | Cert. of No. Obj. | Status Fees | Expenses |
|---|---|---|---|---|---|---|
| 11/15/04 #6901 | 09/01/04-09/30/04 | $145,714.49 (80% of $182,143.12) | $23,234.78 | 12/15/04 #7173 | Approved | Approved |
| 12/20/04 #7225 | 10/01/04-10/31/04 | $239,770.86 (80% of $299,713.58) | $17,929.28 | 01/13/05 #7549 | Approved 6/29/05 #8728 | Approved 6/29/05 #8728 |
| 01/14/05 #7574 | 11/01/04-11/30/04 | $231,623.17 (80% of $289,528.97) | $6,188.23 | 02/15/05 #7782 | Approved 6/29/05 #8728 | Approved 6/29/05 #8728 |
| 02/17/05 #7818 | 12/01/04-12/31/04 | $228,064.37 (80% of $285,080.47) | $7,571.78 | 03/11/05 #8012 | Approved 6/29/05 #8728 | Approved 6/29/05 #8728 |
| 03/18/05 #8073 | 01/01/05-01/31/05 | $299,738.00 (80% of $374,672.51) | $4,146.11 | 4/14/05 #8221 | Approved 9/27/05 #9513 | Approved 9/27/05 #9513 |
| 4/21/05 #8260 | 02/01/05-02/28/05 | $389,653.39 (80% of $793,066.74) | $2,109.42 | 5/18/05 #8457 | Approved 9/27/05 #9513 | Approved 9/27/05 #9513 |
| 5/17/05 #8453 | 03/01/05-03/31/05 | $207,775.869 (80% of $259,719.83) | $2,173.71 | 6/17/05 #8637 | Approved 9/27/05 #9513 | Approved 9/27/05 #9513 |
| 6/17/05 #8635 | 4/01/05-4/30/05 | $119,101.60 (80% of $148,877.00) | $754.16 | 8/10/05 #9159 | Approved 12/19/05 #11402 | Approved 12/19/05 #11402 |
| 8/2/05 #9128 | 5/1/05-5/31/05 | $43,934.88 (80% of 54,918.60) | $303.06 | 8/24/05 #9242 | Approved 12/19/05 #11402 | Approved 12/19/05 #11402 |
| 8/12/05 #9178 | 6/1/05-6/30/05 | $29,401.04 (80% of 36,751.30) | $89.39 | 9/7/05 #9348 | Approved 12/19/05 #11402 | Approved 12/19/05 #11402 |
| 9/14/05 #9428 | 7/1/2005-7/31/05 | $155,557.20 (80% of 194,446.50) | $22,856.48 | 11/29/05 11198 | Pending 03/24/06 #12121 | Pending 06/24/06 #12121 |
| 10/17/02 #9662 | 8/1/05-8/31/05 | $90,289.12 (80% of $112,861.40) | $1,318.21 | 11/09/05 #11017 | Pending 03/24/06 #12121 | Pending 03/24/06 #12121 |

| Date Filed Docket Number | Period Covered | Requested | | Cert. of No. Obj. | Status | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | | Fees | Expenses |
| 11/29/05 #11193 | 09/01/2005-09/30/2005 | $117,820.32 (80% $147,275.40) | $2,395.04 | 12/20/2005 | Approved 03/24/06 #12121 | Approved 03/24/06 #12121 |
| 12/20/05 #11380 | 10/01/2005-10/31/2005 | $331,028.80 (80% of $413,786.00) | $30,647.50 | 01/12/2006 | Approved 06/16/06 #12660 | Approved 06/16/06 #12660 |
| 01/09/06 #11509 | 11/01/2005-11/30/2005 | $96,586.88 (80% of $120,733.60) | $7,343.64 | 02/02/06 | Approved 06/16/06 #12660 | Approved 06/16/06 #12660 |
| 02/13/2006 #11753 | 12/01/2005-12/31/2005 | $176,439.80 (80% of (220,549.75) | $20,180.16 | 03/20/06 | Approved 06/16/06 #12660 | Approved 06/16/06 #12660 |
| 03/21/2006 #12095 | 01/01/2006-01/31/2006 | $408,296.20 (80% of 510,375.25) | $5,119.77 | 04/13/06 | Approved 09/26/06 #13298 | Approved 09/26/06 #13298 |
| 03/27/2006 #12122 (Amended Nov. 06 Fee App) | 11/01/2005-11/30/2005 | $152,586.88 (80% of $190,733.60) | $7,343.64 | 04/25/2006 | Approved 06/16/06 #12660 | Approved 06/16/06 #12660 |
| 05/05/2006 #12374 | 02/01/2006-02/28/2006 | $169,638.64 (80% of $212,048.30) | $1,362.01 | 05/31/2006 | Approved 09/26/06 #13298 | Approved 09/26/06 #13298 |
| 05/19/2006 #12470 | 03/01/2006-03/31/2006 | $105,193.28 (80% of $131,491.60) | $1,031.24 | 06/13/2006 | Approved 09/26/06 #13298 | Approved 09/26/06 #13298 |
| 07/21/2006 #12840 | 04/01/2006-04/30/2006 | $101,069.52 (80% of $126,336.90) | $856.41 | 08/15/2006 | Approved 12/19/06 #14069 | Approved 12/19/06 #14069 |
| 08/16/2006 #13003 | 05/01/2006-05/31/2006 | $63,990.40 (80% of $79,988.00) | $468.23 | 09/11/2006 | Approved 12/19/06 #14069 | Approved 12/19/06 #14069 |
| 09/20/2006 #13268 | 06/01/2006-06/30/2006 | $40,229.36 (80% of $50,286.70) | $772.69 | 10/17/2006 | Approved 12/19/06 #14069 | Approved 12/19/06 #14069 |
| 10/09/2006 #13379 | 07/01/2006-07/31/2006 | $109,709.04 (80% of $137,136.30) | $1,963.05 | 11/08/2006 | Approved 03/30/07 #15044 | Approved 03/30/07 #15044 |

| Date Filed<br>Docket Number | Period Covered | Requested<br>Fees | Expenses | Cert. of No. Obj. | Status<br>Fees | Expenses |
|---|---|---|---|---|---|---|
| 11/08/2006<br>#13604 | 08/01/2006 - 08/31/2006 | $116,407.44 (80% of $145,509.30) | $6,158.20 | Filed on 12/08/06 #13975 | Approved 03/30/07 #15044 | Approved 03/30/07 #15044 |
| 11/22/2006<br>#13751 | 09/01/2006 - 09/30/2006 | $125,759.28 (80% of $157,199.10) | $2,792.62 | Filed on 12/27/06 #14164 | Approved 03/30/07 #15044 | Approved 03/30/07 #15044 |
| 02/13/2007<br>#14558 | 10/01/2006 - 10/31/2006 | $228,762.75 (80% of $285,953.44) | $8,092.41 | Filed on 03/09/07 #14818 | Approved 06/20/2007 #16105 | Approved 06/20/2007 #16105 |
| 02/21/2007<br>#14632 | 11/01/2006 - 11/30/52006 | $225,166.29 (80% of $281,457.87) | $7,912.30 | Filed on 03/21/07 #14926 | Approved 06/20/2007 #16105 | Approved 06/20/2007 #16105 |
| 04/18/2007<br>#15231 | 12/01/2006 - 12/31/2006 | $147,537.06 (80% of $184,421.33) | $1,928.49 | Filed on 05/15/2007 #15658 | Approved 06/20/2007 #16105 | Approved 06/20/2007 #16105 |
| 04/24/2007<br>#15274 | 01/01/2007 - 01/31/2007 | $376,173.85 (80% of $470,217.32) | $4,634.99 | Filed on 05/25/2007 #15815 | Approved 11/27/2007 #17451 | Approved 11/27/2007 #17451 |
| 06/11/2007<br>#16008 | 02/01/2007 - 02/28/2007 | $317,672.26 (80% of $397,090.33) | $2,575.45 | Filed on 07/05/2007 #16231 | Approved 11/27/2007 #17451 | Approved 11/27/2007 #17451 |
| 06/15/2007<br>#16050 | 03/01/2007 - 03/31/2007 | $110,456.20 (80% of $110,456.20) | $5,867.10 | Filed on 07/10/2007 #16261 | Approved 11/27/2007 #17451 | Approved 11/27/2007 #17451 |
| 07/30/2007<br>#16429 | 04/01/2007 - 04/30/2007 | $167,640.40 (80% of 209,550.51) | $1,591.91 | Filed on 09/10/2007 #16782 | Approved 12/13/2007 #17629 | Approved 12/13/2007 #17629 |
| 08/14/2007<br>#16555 | 05/01/2007 - 05/31/2007 | $75,085.98 (80% of 93,857.48) | $595.89 | Filed on 09/10/2007 #16783 | Approved 12/13/2007 #17629 | Approved 12/13/2007 #17629 |
| 08/14/2007<br>#16556 | 06/01/2007 - 06/30/2007 | $36,187.40 (80% of $45,234.25) | $247.16 | Filed on 09/17/2007 #16836 | Approved 12/13/2007 #17629 | Approved 12/13/2007 #17629 |
| 09/04/2007<br>#16742 | 07/01/2007 - 07/31/2007 | $119,870.92 (80% of $149,838.66) | $294.27 | Due on 09/24/2007 #_____ | Pending | Pending |

| Date Filed Docket Number | Period Covered | Requested Fees | Expenses | Cert. of No. Obj. | Status Fees | Expenses |
|---|---|---|---|---|---|---|
| 11/02/2007 #17279 | 08/01/2007 - 08/31/2008 | $83,060.52 (80% of $103,825.65) | $198.51 | Filed on 12/17/2007 #17640 | Pending | Pending |
| 10/29/2007 #17495 | 09/01/2007 - 09/30/2007 | $102,768.20 (80% of $128,460.25) | $2,798.46 | Filed on 01/21/2008 #17861 | Pending | Pending |
| 01/08/2008 #17781 | 10/01/2007 - 10/31/2007 | $202,777.57 (80% of $253,471.96) | $6,762.07 | Due on 01/28/2008 #_____ | Pending | Pending |
|  |  |  |  |  |  |  |

**Prior Quarterly Interim Fee Applications filed:**

| Date Filed Docket Number | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| 11/15/2002 #3006 | 01/10/02- 03/31/02 | $291,774.94 | $7,575.78 | $291,774.94* | $7,575.78 |
| 11/15/2002 #3006 | 04/01/02- 06/30/02 | $104,915.25 | $1,734.67 | $104,915.25* | $1,734.67 |
| 11/15/2002 #3006 | 07/01/02- 09/30/02 | $98,751.92 | $2,652.03 | $98,751.92* | $2,652.03 |
| 02/14/2003 #3396 | 10/01/02- 12/31/02 | $270,097 | $20,047.10 | $263,914.19 | $19,997.27 |
| 05/13/03 #3782 | 01/01/03- 03/31/03 | $445,994.70 | $9,437.10 | $444,280.26 | $9,296.54 |
| 08/14/03 #4266 | 04/01/03- 06/30/03 | $172,305.13 | $2,594.86 | $166,142.09 | $2,594.86 |
| 11/11/03 #4679 | 07/01/03- 09/30/03 | $112,016.95 | $2,224.09 | $112,016.95 | $2,224.09 |
| 02/12/04 #5104 | 10/01/03- 12/31/03 | $432,701.01 | $19,604.43 | $422,981.51 | $19,604.43 |

---

\* Fees in the amount of $5,086.22 were granted for preparation of the First, Second and Third Quarterly Fee Applications.

| 05/07/04 #5543 | 01/01/04-03/31/04 | $520,612.13 | $13,680.49 | $513,685.23 | $13,680.49 |
|---|---|---|---|---|---|
| 07/30/04 #6070 | 04/01/04-06/30/04 | $316,627.89 | $5,819.86 | $315,627.89 | $5,799.86 |
| 11/15/04 #6904 | 07/01/04-09/30/04 | $550,318.00 | $28,866.62 | $550,318.00 | $28,866.62 |
| 2/17/05 #7819 | 10/01/04-12/31/04 | $874,323.01 | $31,689.29 | $842,531.26 | $28,010.99 |
| 7/7/2005 #8960 | 01/01/2005-03/31/2005 | $1,119,455.03 | $8,429.23 | $1,103,292.46 | $8,429.23 |
| 10/03/2005 #9550 | 04/01/2005-06/30/2005 | $240,546.90 | $1,146.61 | $239,067.30 | $1,146.61 |
| 01/19/2006 #11575 | 07/01/2005 - 09/30/2005 | $454,583.30 | $26,569.73 | $450,767.30 | $26,569.73 |
| 05/04/2006 #12371 | 10/01/2006 - 12/31/2006 | $825,069.35 | $58,171.30 | $825,069.35 | $58,171.30 |
| 08/29/2006 #13083 | 01/01/2006 - 03/31/2006 | $853,910.15 | $7,513.01 | $853,910.15 | $7,513.01 |
| 11/13/2006 #13650 | 04/01/2006 - 06/01/2006 | $256,575.60 | $2,097.33 | $256,575.60 | $2,097.33 |
| 02/23/2007 #14666 | 07/01/2006 - 09/30/2006 | $439,844.65 | $10,913.87 | $439,844.65 | $10,913.87 |
| 05/21/2007 #15751 | 10/01/2007 - 12/31/2007 | $751,822.64 | $17,933.20 | $751,822.64 | $17,933.20 |
| 08/16/2007 #16584 | 01/01/2007 - 03/31/2007 | $1,005,377.90 | $15,340.46 | $1,005,377.90 | $15,340.46 |
| 10/05/2007 #17012 | 04/01/2007 - 06/30/2007 | $348,642.26 | $8,530.06 | $348,642.26 | $8,530.06 |