Charter Oak Financial Consultants, LLC - W.R. Grace

Services Rendered during the Period December 1, 2007 through December 31, 2007

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

**Bradley Rapp - Senior Managing Director**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 19-Dec-07 | BR | Review of e-mail from N Finch relating to weekly report on Grace | 0.10 | $ 535.00 | $ 53.50 |
| 19-Dec-07 | BR | Review of sample report prepared by P Cramp in response to request from counsel | 0.10 | $ 535.00 | $ 53.50 |
| 19-Dec-07 | BR | Tel C w/ P Cramp to discuss draft report to counsel to the ACC | 0.10 | $ 535.00 | $ 53.50 |
| | | Total Bradley Rapp | 0.30 | | $ 160.50 |

**James Sinclair - Senior Managing Director**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 05-Dec-07 | JS | Review 2007 Plan and Company's revised estimates for 2007, write memorandum to ACC counsel regarding outlook for purposes of advising ACC counsel and ACC for valuation monitoring and POR. | 2.40 | $ 535.00 | $ 1,284.00 |
| 05-Dec-07 | JS | Commence review and analysis of October 2007 Monthly Operating Report (MOR) for due diligence and monitoring. | 0.80 | $ 535.00 | $ 428.00 |
| 06-Dec-07 | JS | Continue review and analysis of October 2007 MOR for due diligence and monitoring. | 2.60 | $ 535.00 | $ 1,391.00 |
| 06-Dec-07 | JS | Review, analyze October 2007 Monthly Financial Report for due diligence and monitoring. | 2.80 | $ 535.00 | $ 1,498.00 |
| 10-Dec-07 | JS | Further review and analysis of 2007 Plan revisions for due diligence and valuation monitoring. | 2.60 | $ 535.00 | $ 1,391.00 |
| 10-Dec-07 | JS | Review, extrapolate from October 2007 Monthly Financial Report revisions to 2007 operating estimates for due diligence and valuation monitoring. | 0.60 | $ 535.00 | $ 321.00 |
| 18-Dec-07 | JS | Review request of ACC counsel for pricing information for purposes of advising ACC counsel for POR. | 0.40 | $ 535.00 | $ 214.00 |
| 24-Dec-07 | JS | Review pricing information from Cramp for purposes of advising ACC counsel at counsel's request for POR. | 0.60 | $ 535.00 | $ 321.00 |
| 26-Dec-07 | JS | Review further inquiry of counsel, discuss with Cramp regarding stock pricing for purposes of advising ACC counsel for POR. | 0.30 | $ 535.00 | $ 160.50 |
| 31-Dec-07 | JS | Review, analyze Motion Authorizing Settlement of Certain Environmental Claims (#9634) and Exhibit A for purposes of advising ACC counsel. | 2.80 | $ 535.00 | $ 1,498.00 |
| 31-Dec-07 | JS | Review, analyze environmental claims data and memoranda, notes from meeting at Kirkland & Ellis of 10/25/07, regarding Libby environmental liabilities for purposes of advising ACC counsel. | 2.40 | $ 535.00 | $ 1,284.00 |
| 31-Dec-07 | JS | Review, analyze recovery analysis for ACC POR, further review and analysis of Exhibit A to Motion regarding Claim # 9634 and materials regarding Libby environmental liabilities for purposes of advising ACC counsel. | 1.90 | $ 535.00 | $ 1,016.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2007 through December 31, 2007

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| | | Total James Sinclair | 20.20 | | $ 10,807.00 |

**Peter Cramp - Analyst**

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 19-Dec-07 | PWC | Construct template for weekly share price update | 3.50 | $ 200.00 | $ 700.00 |
| 21-Dec-07 | PWC | Email to J Sinclair regarding info to be included in weekly share price update | 0.33 | $ 200.00 | $ 66.67 |
| 21-Dec-07 | PWC | Weekly share price update for the week ended Dec. 21, 2007. | 1.00 | $ 200.00 | $ 200.00 |
| 27-Dec-07 | PWC | Constructed graphs of LTM share price and market cap. | 3.25 | $ 200.00 | $ 650.00 |
| 31-Dec-07 | PWC | Weekly share price update for the week ended Dec. 28, 2007. | 1.50 | $ 200.00 | $ 300.00 |
| | | Total Peter Cramp | 9.58 | | $ 1,916.67 |
| | | **TOTAL** | 30.08 | | $ 12,884.17 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2007 through December 31, 2007

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| **Asset Analysis and Recovery** | | | | | |
| 31-Dec-07 | JS | Review, analyze Motion Authorizing Settlement of Certain Environmental Claims (#9634) and Exhibit A for purposes of advising ACC counsel. | 2.80 | $ 535.00 | $ 1,498.00 |
| 31-Dec-07 | JS | Review, analyze environmental claims data and memoranda, notes from meeting at Kirkland & Ellis of 10/25/07, regarding Libby environmental liabilities for purposes of advising ACC counsel. | 2.40 | $ 535.00 | $ 1,284.00 |
| 31-Dec-07 | JS | Review, analyze recovery analysis for ACC POR, further review and analysis of Exhibit A to Motion regarding Claim # 9634 and materials regarding Libby environmental liabilities for purposes of advising ACC counsel. | 1.90 | $ 535.00 | $ 1,016.50 |
| | | Asset Analysis and Recovery | 7.10 | | $ 3,798.50 |
| **Business Operations** | | | | | |
| 19-Dec-07 | BR | Review of e-mail from N Finch relating to weekly report on Grace | 0.10 | $ 535.00 | $ 53.50 |
| 19-Dec-07 | BR | Review of sample report prepared by P Cramp in response to request from counsel | 0.10 | $ 535.00 | $ 53.50 |
| 19-Dec-07 | BR | Tel C w/ P Cramp to discuss draft report to counsel to the ACC | 0.10 | $ 535.00 | $ 53.50 |
| 05-Dec-07 | JS | Review 2007 Plan and Company's revised estimates for 2007, write memorandum to ACC counsel regarding outlook for purposes of advising ACC counsel and ACC for valuation monitoring and POR. | 2.40 | $ 535.00 | $ 1,284.00 |
| 05-Dec-07 | JS | Commence review and analysis of October 2007 Monthly Operating Report (MOR) for due diligence and monitoring. | 0.80 | $ 535.00 | $ 428.00 |
| 06-Dec-07 | JS | Continue review and analysis of October 2007 MOR for due diligence and monitoring. | 2.60 | $ 535.00 | $ 1,391.00 |
| 06-Dec-07 | JS | Review, analyze October 2007 Monthly Financial Report for due diligence and monitoring. | 2.80 | $ 535.00 | $ 1,498.00 |
| 10-Dec-07 | JS | Further review and analysis of 2007 Plan revisions for due diligence and valuation monitoring. | 2.60 | $ 535.00 | $ 1,391.00 |
| 10-Dec-07 | JS | Review, extrapolate from October 2007 Monthly Financial Report revisions to 2007 operating estimates for due diligence and valuation monitoring. | 0.60 | $ 535.00 | $ 321.00 |
| 19-Dec-07 | PWC | Construct template for weekly share price update | 3.50 | $ 200.00 | $ 700.00 |
| 21-Dec-07 | PWC | Email to J Sinclair regarding info to be included in weekly share price update | 0.33 | $ 200.00 | $ 66.67 |
| 21-Dec-07 | PWC | Weekly share price update for the week ended Dec. 21, 2007. | 1.00 | $ 200.00 | $ 200.00 |
| 27-Dec-07 | PWC | Constructed graphs of LTM share price and market cap. | 3.25 | $ 200.00 | $ 650.00 |
| 31-Dec-07 | PWC | Weekly share price update for the week ended Dec. 28, 2007. | 1.50 | $ 200.00 | $ 300.00 |
| | | Business Operations | 21.68 | | $ 8,390.17 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2007 through December 31, 2007

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

Plan and Disclosure Statement

| Date | Staff | Description | Hours | 2007 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 18-Dec-07 | JS | Review request of ACC counsel for pricing information for purposes of advising ACC counsel for POR. | 0.40 | $ 535.00 | $ 214.00 |
| 24-Dec-07 | JS | Review pricing information from Cramp for purposes of advising ACC counsel at counsel's request for POR. | 0.60 | $ 535.00 | $ 321.00 |
| 26-Dec-07 | JS | Review further inquiry of counsel, discuss with Cramp regarding stock pricing for purposes of advising ACC counsel for POR. | 0.30 | $ 535.00 | $ 160.50 |
| | | Plan and Disclosure Statement | 1.30 | | $ 695.50 |
| | | **TOTAL** | 30.08 | | $ 12,884.17 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2007 through December 31, 2007
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley M Rapp - Senior Managing Director | 0.30 | $ 535.00 | $ 160.50 |
| James Sinclair - Senior Managing Director | 20.20 | $ 535.00 | $ 10,807.00 |
| Peter Cramp - Analyst | 9.58 | $ 200.00 | $ 1,916.67 |
| Total Professional Hours and Fees | 30.08 | | $ 12,884.17 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - December 1, 2007 through December 31, 2007

| Date | Description of Item | Amount |
|------|--------------------|--------|
| - | None | $0.00 |

Total Expenses December 1, 2007 through December 31, 2007         $0.00