## EXHIBIT A

### Asset Analysis and Recovery (10.80 Hours; $ 2,871.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |
| Andrew J. Sackett | 10.60 | $255 | 2,703.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/07 | PVL | 840.00 | 0.20 | Review AKO memos re ins. |
| 12/12/07 | AJS | 255.00 | 10.60 | Preparation of memo regarding estimation methodologies. |

**Total Task Code .01**　　　**10.80**

### Case Administration (4.00 Hours; $ 2,508.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.50 | $840 | 1,260.00 |
| Rita C. Tobin | 1.10 | $530 | 583.00 |
| James P. Wehner | 1.40 | $475 | 665.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/03/07 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 12/03/07 | RCT | 530.00 | 0.50 | Address fee issues (.5) |
| 12/03/07 | JPW | 475.00 | 0.10 | Meet and confer with UST; telephone conference with M. Hurford re UST call; e-mails re UST motions in LTC case |
| 12/05/07 | PVL | 840.00 | 0.30 | Review agenda (.1); review 24 miscellaneous filings (.2). |
| 12/07/07 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |

| 12/10/07 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 12/10/07 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 12/10/07 | JPW | 475.00 | 0.10 | Meet and confer with UST; follow-up call with Debtors group; telephone conference with M. Hurford re same |
| 12/11/07 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 12/11/07 | JPW | 475.00 | 0.40 | Telephone conference with M. Hurford re hearing ; hearing on LTC issues; e-mail summary of hearing |
| 12/12/07 | PVL | 840.00 | 0.20 | Review 17 miscellaneous filings. |
| 12/13/07 | JPW | 475.00 | 0.30 | Telephone conference with M. Hurford re debtor action; e-mail re LTC Chapter 11 |
| 12/14/07 | PVL | 840.00 | 0.20 | Teleconference Brickley. |
| 12/14/07 | JPW | 475.00 | 0.20 | E-mails re LTC bankruptcy; telephone conference with M. Hurford re debtor inquiry |
| 12/17/07 | PVL | 840.00 | 0.10 | Review 15 miscellaneous filings. |
| 12/17/07 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 12/20/07 | JPW | 475.00 | 0.10 | Telephone conference with UST office re Heller Ehrman; meet with TWS re Heller Ehrman Report; review proposal |
| 12/21/07 | JPW | 475.00 | 0.10 | Draft proposed order; e-mails re proposed order |
| 12/27/07 | PVL | 840.00 | 0.10 | Review 12 miscellaneous filings. |
| 12/28/07 | PVL | 840.00 | 0.30 | Review miscellaneous filings. |
| 12/28/07 | JPW | 475.00 | 0.10 | Revise draft language; e-mails re draft language |

**Total Task Code .04**        **4.00**

## Claim Analysis Objection & Resolution (Asbestos) (28.50 Hours; $ 23,940.00)

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | 28.50 | | $840 | 23,940.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/03/07 | PVL | 840.00 | 0.40 | Review Keene Trust disc resps (.2); review Grace brief re NJDEP appeal (.2). |
| 12/04/07 | PVL | 840.00 | 1.80 | Review draft Daubert brief. |
| 12/05/07 | PVL | 840.00 | 1.80 | Review email and reply (.1); review NDF memo (.1); confer NDF and JPW (1.5); review Allegheny Center claim opposition (.1). |
| 12/06/07 | PVL | 840.00 | 1.50 | Review NDF memo and reply (.2); review email and reply (.1); teleconference EI (.3); review draft ACC Daubert brief (.5); confer JPW re brief (.4). |
| 12/07/07 | PVL | 840.00 | 0.30 | Review email (.1); review draft ACC Daubert brief (.2). |
| 12/08/07 | PVL | 840.00 | 1.40 | Review Equity Committee Daubert motion including attached Heckman report. |
| 12/09/07 | PVL | 840.00 | 1.70 | Review FCR Daubert brief (.6); review ACC Daubert brief (.3); review Grace Daubert brief (.8). |
| 12/10/07 | PVL | 840.00 | 3.10 | Review Libby Cls appeal reply and opposition to motion to dismiss (.3); review Grace Daubert motion (1.3); teleconference WBS, BSB, NDF, JPW and EI (1.5). |
| 12/11/07 | PVL | 840.00 | 0.10 | Review email and reply. |
| 12/12/07 | PVL | 840.00 | 0.10 | Review BNSF opposition to motion to dismiss. |
| 12/14/07 | PVL | 840.00 | 2.90 | Review draft ACC Daubert opposition (1.7); confer NDF re same (1.2). |
| 12/15/07 | PVL | 840.00 | 0.40 | Review revised ACC Daubert opposition. |
| 12/17/07 | PVL | 840.00 | 0.20 | Review email and reply (.1); review National Union claims transfer and confer JPW (.1) |
| 12/18/07 | PVL | 840.00 | 0.40 | Review Grace reply re Libby cls stay appeal (.1); review Grace motion to strike Stallard decl (.2); review draft ACC Daubert opposition (.1). |

| 12/19/07 | PVL | 840.00 | 0.20 | Review US DOJ motion re settlement (.1); review WBS memo and reply (.1). |
| 12/24/07 | PVL | 840.00 | 4.90 | Review draft ACC Daubert response (1); review 11/26/07 hearing tr. (2.1); review Peterson depo (1.8). |
| 12/26/07 | PVL | 840.00 | 0.40 | Review 12/20 - 12/26 emails. |
| 12/27/07 | PVL | 840.00 | 3.80 | Review email (.1); confer NDF (.4); review Grace Daubert response (1.8); confer NDF and JPW re same (1.4); teleconference EI (.1). |
| 12/28/07 | PVL | 840.00 | 0.10 | Review Grace witness list. |
| 12/30/07 | PVL | 840.00 | 2.80 | Review FCR witness discl (.2); review ACC witness discl (.3); review ACC final Daubert response (1.4); review W&K slides (.2); review FCR Daubert opposition (.7). |
| 12/31/07 | PVL | 840.00 | 0.20 | Review expert reports (.1); confer NDF (.1). |

**Total Task Code .05          28.50**

## Claim Analysis Objection & Resolution (Non-Asbestos) (8.90 Hours; $ 4,405.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | 8.90 | $495 | 4,405.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/21/07 | JAL | 495.00 | 1.20 | Review and analysis of Grace's motion to settle certain environmental claims. |
| 12/26/07 | JAL | 495.00 | 6.40 | Review and analysis of materials relating to Grace's motion to settle multi-site environmental claims (3.9); legal research and analysis relating to proposed settlement of environmental claims (2.50). |
| 12/27/07 | JAL | 495.00 | 1.30 | Further analysis of materials relating to oproposed settlement of environmental claims. |

**Total Task Code .06**          **8.90**

**Committee, Creditors', Noteholders' or Equity Holders (.60 Hours; $ 552.00)**

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Inselbuch | | .60 | | $910 | 552.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/28/07 | EI | 920.00 | 0.60 | Memos re: Committee conference prep (.5); memo to Kazan (.1). |

**Total Task Code .07**          **.60**

**Fee Applications, Applicant (5.50 Hours; $ 2,265.00)**

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Rita C. Tobin | | 3.50 | | $530 | 1,855.00 |
| Andrew D. Katznelson | | 2.00 | | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/04/07 | RCT | 530.00 | 0.20 | Review fee apps due for December (.2) |
| 12/11/07 | RCT | 530.00 | 1.00 | Review fee schedule (1.0) |
| 12/13/07 | RCT | 530.00 | 0.80 | Review pre-bills (.8) |
| 12/14/07 | RCT | 530.00 | 0.50 | Address fee issues (.5) |
| 12/17/07 | RCT | 530.00 | 0.50 | Review Exhibits (.5) |
| 12/21/07 | RCT | 530.00 | 0.50 | Review Fee App schedule for 2008 (.5) |
| 12/21/07 | ADK | 205.00 | 1.50 | Worked on fee application. |

{D0105591.1 }

| 12/21/07 | ADK | 205.00 | 0.50 | Update fee application schedule calendar for 2008 filing deadlines. |
|----------|-----|--------|------|------|

**Total Task Code .12**     **5.50**

## Fee Applications, Others (.30 Hours; $ 148.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Jeffrey A. Liesemer | .30 | $495 | 148.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 12/04/07 | JAL | 495.00 | 0.30 | Telephone call w/M. Hurford re: fee application questions. |

**Total Task Code .13**     **.30**

## Litigation and Litigation Consulting (1,607.10 Hours; $ 623,456.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 10.50 | $920 | 9,660.00 |
| Walter B. Slocombe | 100.20 | $720 | 72,144.00 |
| Bernard S. Bailor | 130.80 | $630 | 82,404.00 |
| Nathan D. Finch | 176.50 | $610 | 107,665.00 |
| Leslie M. Kelleher | 35.90 | $510 | 18,309.00 |
| Jeffrey A. Liesemer | .20 | $495 | 99.00 |
| James P. Wehner | 196.10 | $475 | 93,147.50 |
| Adam L. VanGrack | 257.60 | $320 | 82,432.00 |
| Jeanna M. Rickards | 67.20 | $270 | 18,144.00 |
| Andrew J. Sackett | 55.60 | $255 | 14,178.00 |
| Erroll G. Butts | 118.50 | $235 | 27,847.50 |
| David B. Smith | 202.90 | $235 | 47,681.50 |
| Samira A. Taylor | 13.90 | $195 | 2,710.50 |
| Connie J. Kim | 44.90 | $195 | 8,755.50 |
| Sarah Z. Emamjomeh | 68.80 | $195 | 13,416.00 |

Marissa A. Fanone                127.50                $195            24,862.50

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/07 | WBS | 720.00 | 1.80 | Work on Daubert brief. |
| 12/01/07 | DBS | 235.00 | 9.00 | Review trial exhibits and draft exhibit list for estimation hearing for attorney review. |
| 12/02/07 | WBS | 720.00 | 2.40 | Research and work on Daubert brief, including review of Lees and Anderson reports and depositions. |
| 12/02/07 | DBS | 235.00 | 7.00 | Review trial exhibits and draft exhibit list for estimation hearing for attorney review. |
| 12/02/07 | ALV | 320.00 | 7.20 | Research for Motion to Exclude Experts (4.0); draft sections of Motion to Exclude Experts (3.2). |
| 12/03/07 | BSB | 630.00 | 7.90 | E-mails to K&E re Moolgavkar appendix calculations (.2); work on Moolgavkar calculations (5.3); read Heckman deposition (2.4) |
| 12/03/07 | WBS | 720.00 | 7.10 | Review Lees insert for Daubert brief (1.8); telephone conference with JPW re status of work and next steps (0.5); review cases on significance of TLVs to liability (0.6); draft summary of brief (3.8); conference with NDF re trial brief, allocation of work, next steps (0.4). |
| 12/03/07 | EI | 920.00 | 1.00 | Read insurance memos (.5); read Libby order (.2); t/c Rice re: status (.1); t/c NDF re: brief (.1); letter Bernick (.1). |
| 12/03/07 | NDF | 610.00 | 5.80 | Review draft Daubert brief and edit same (1.5); edit expert disclosure document (1.0); telephone conference with Baer re trial budget (0.2); review and edit witness disclosure document (0.6); review and edit trial plan/trial brief (2.5). |
| 12/03/07 | DBS | 235.00 | 9.10 | Review trial exhibits and draft exhibit list for estimation hearing for attorney review (8.4); discuss exhibit list logistics with co-counsel (.4); reproduce and send deposition video to co-counsel for review (.3). |
| 12/03/07 | JAL | 495.00 | 0.20 | Reviewed memos from M. Hurford re: developments in estimation proceeding |

| 12/03/07 | ALV | 320.00 | 11.40 | Research for Motion to Exclude Experts (4.4); draft sections of Motion to Exclude Experts (5.8); Preparation for trial (1.2). |
| 12/03/07 | JPW | 475.00 | 10.90 | Meet with BSB re Moolgavkar (1.5); draft and research Daubert brief (7.9); meet with NDF re brief (.5); meet with WBS re brief (1.0) |
| 12/03/07 | EGB | 235.00 | 7.50 | Review medical reports and mark findings in Medical Report Database for B. Baylor trial preparation. |
| 12/03/07 | AJS | 255.00 | 2.90 | Legal research regarding estimation methodologies. |
| 12/04/07 | BSB | 630.00 | 6.80 | Read Keene and Nurie (30(b)(6) depositions (3.7); continue work on Moolgavkar (3.1) |
| 12/04/07 | WBS | 720.00 | 3.30 | Revise Daubert brief, including revision of statistical consultant's comments and telephone conference with him. |
| 12/04/07 | EI | 920.00 | 0.60 | K&E response to inquiry (.1); reading draft Daubert brief (.5). |
| 12/04/07 | NDF | 610.00 | 3.60 | Read depositions of Roggli, Bragg, Moolgavkar and Jacoby. |
| 12/04/07 | DBS | 235.00 | 8.50 | Review trial exhibits and draft exhibit list for estimation hearing for attorney review. |
| 12/04/07 | ALV | 320.00 | 12.20 | Research for Motion to Exclude Experts (3.3); draft sections of Motion to Exclude Experts (6.9); meet with JPW, WBS, and statistical expert regarding expert analysis and critique (2.0). |
| 12/04/07 | JPW | 475.00 | 12.70 | Telephone conferences with WBS re Daubert brief (.5); review Moolgavkar backup (.6); telephone conference with W. Cleveland re statistics (1.8); research and draft Daubert brief (9.8) |
| 12/04/07 | EGB | 235.00 | 5.50 | Review medical reports and mark findings in Medical Report Database for B. Baylor trial preparation. |
| 12/04/07 | AJS | 255.00 | 2.00 | Legal research regarding estimation methodologies. |
| 12/04/07 | MAF | 195.00 | 3.00 | Search Westlaw for relevant cases to be cited in the Daubert motion. |

| 12/05/07 | BSB | 630.00 | 5.00 | Review depositions of Leman and Peterson (2.9); continue work on cross examination outline (2.1) |
|---|---|---|---|---|
| 12/05/07 | EI | 920.00 | 1.00 | Daubert brief and t/cs NDF (1.0). |
| 12/05/07 | NDF | 610.00 | 8.70 | Work on Daubert brief, trial brief and witness disclosure document. |
| 12/05/07 | DBS | 235.00 | 9.10 | Review trial exhibits and draft exhibit list for estimation hearing for attorney review (6.4); review Daubert brief and collect exhibits to brief (1.3); discuss trial logistics with vendors (1.4). |
| 12/05/07 | ALV | 320.00 | 17.20 | Meetings with NDF, DBS, MF, and JPW regarding strategy and expert motion (1.0); research for Motion to Exclude Experts (2.5); draft an edit Motion to Exclude Experts (13.7). |
| 12/05/07 | JPW | 475.00 | 16.30 | Researcg abd draft Daybert brief (14.2); meet with NDF re Daubert brief (.6); meet with PVNL re brief (1.5) |
| 12/05/07 | EGB | 235.00 | 10.00 | Review medical reports and mark findings in Medical Report Database for B. Baylor trial preparation. |
| 12/05/07 | AJS | 255.00 | 3.10 | Legal research regarding estimation. |
| 12/05/07 | MAF | 195.00 | 4.00 | Search Westlaw for relevant cases to be cited in Daubert motion. |
| 12/06/07 | BSB | 630.00 | 7.80 | Review Moolgavkar materials from K&E (1.2); various e-mails - Laura Welch (1.0); continue work on possible cross examination (1.7); review Daubert drafts ACC and FCR (3.9) |
| 12/06/07 | WBS | 720.00 | 0.60 | Review draft after comments incorporated. |
| 12/06/07 | EI | 920.00 | 4.10 | Work on Daubert brief in office and at home, including t/cs JPW and t/cs PVNL (4.0); insurance memo (.1). |
| 12/06/07 | NDF | 610.00 | 6.50 | Work on Daubert brief and legal research re same. |
| 12/06/07 | DBS | 235.00 | 12.40 | Cite check Daubert brief for attorney review (8.7); review and collect exhibits for Daubert brief (2.2); review and collect potential trial exhibits (.9); |

|  |  |  |  | retrieve and compile deposition exhibits of estimation expert and send to attorney for review (.6). |
|---|---|---|---|---|
| 12/06/07 | ALV | 320.00 | 18.30 | Drafting and editing Motion to Exclude Experts (14.3); research for Motion to Exclude Experts (4.0). |
| 12/06/07 | JPW | 475.00 | 15.90 | Draft and revise Daubert brief (14.6); telephone conference with EI re brief (x3) (.5); meet with NDF re brief (.5); meet with PVNL re Daubert agreements (.3) |
| 12/06/07 | EGB | 235.00 | 9.00 | Review medical reports and mark findings in Medical Report Database for B. Baylor trial preparation. |
| 12/06/07 | AJS | 255.00 | 4.70 | Legal research regarding estimation. |
| 12/06/07 | MAF | 195.00 | 13.00 | Compile and organize trial exhibits (5.0); cite check Daubert motion (8.0) |
| 12/07/07 | BSB | 630.00 | 5.30 | Continue trial preparation; research expert factual issues |
| 12/07/07 | WBS | 720.00 | 6.00 | Work on finalizing Daubert brief, including contacts with FCR counsel and review of their draft. |
| 12/07/07 | EI | 920.00 | 0.40 | T/c NDF re: briefing issues (.3); memo re: coverage analysis (.1). |
| 12/07/07 | NDF | 610.00 | 8.00 | Prepare for asbestos estimation trial (6.5); final review and edits to Daubert brief (1.5). |
| 12/07/07 | DBS | 235.00 | 13.10 | Cite Check and prepare exhibits for filing of Daubert brief. |
| 12/07/07 | ALV | 320.00 | 14.90 | Teleconference with B. Cleveland regarding expert opposition (0.4); draft and edit Motion to Exclude Experts (12.5); research for Motion to Exclude Experts (2.0). |
| 12/07/07 | JPW | 475.00 | 14.60 | Telephone conference with EI re Daubert brief (.2); meet with NDF re Daubert brief (.4); edit and revise Daubert brief (13.2); telephone conference with M. Hurford (x2) re brief (.8) |
| 12/07/07 | EGB | 235.00 | 6.50 | Review medical reports and mark findings in Medical Report Database for B. Baylor trial preparation. |

| 12/07/07 | AJS | 255.00 | 0.30 | Legal research regarding estimation. |
| 12/07/07 | MAF | 195.00 | 8.00 | Edit and cite check Daubert motion. |
| 12/08/07 | WBS | 720.00 | 1.10 | E-mails and phone calls re 5.5 hour delay in Debtor filing Daubert brief. |
| 12/08/07 | NDF | 610.00 | 2.90 | Telephone conference with local counsel re Daubert briefs (0.5); emails and phone calls to debtors' counsel asking for their brief (0.9); wait for debtor to file its brief (1.0); read equity Daubert brief (0.5). |
| 12/08/07 | LMK | 510.00 | 1.50 | Review equity brief re: Daubert motions. |
| 12/08/07 | ALV | 320.00 | 7.10 | Finalizing, filing, and reviewing Motion to Exclude Experts (including review of Debtors' Motion). |
| 12/09/07 | WBS | 720.00 | 2.40 | Start review of Equity and Grace Daubert briefs. |
| 12/09/07 | NDF | 610.00 | 5.50 | Review and re-review all parties' Daubert briefs and begin outline of response to Grace's arguments. |
| 12/09/07 | ALV | 320.00 | 3.80 | Preparation for trial and upcoming motions. |
| 12/09/07 | AJS | 255.00 | 5.50 | Legal research regarding estimation methodologies. |
| 12/10/07 | BSB | 630.00 | 6.50 | Read Daubert briefs - equity (1.6); Debtor (3.1); Debtor exhibits (1.2); start work on response; conference call with EI, NDF and JPW (.6) |
| 12/10/07 | WBS | 720.00 | 7.30 | Review and prepare outline of Grace Daubert brief (2.9); review and comment on proposed outline of our response (0.5); conference with colleagues on strategy for response and trial brief (1.2); conference with FCR re same (1.2); work on revision of outline (1.5). |
| 12/10/07 | EI | 920.00 | 1.70 | Read briefs (.7); conf. call re: response (1.0). |
| 12/10/07 | NDF | 610.00 | 11.50 | Review Daubert cases and briefs and outline ACC response brief (5.5); telephone conference with EI et al. re ACC response brief (1.5); telephone conference with Mullady re FCR response brief (1.0); work on response to Daubert briefs (3.5). |
| 12/10/07 | DBS | 235.00 | 6.20 | Review trial exhibits and draft exhibit list for estimation hearing for attorney review (2.0); review |

|          |     |        |       | and collect potential trial exhibits (2.0); compile Daubert briefs for attorney and expert review in connection with drafting reply brief (1.6); discuss trial logistics with vendors (.6). |
|----------|-----|--------|-------|---|
| 12/10/07 | ALV | 320.00 | 10.00 | Prepare for trial and upcoming pretrial pleadings (9.5); send letters to experts (0.5). |
| 12/10/07 | JPW | 475.00 | 7.90  | Read Grace and FCR briefs (3.1); meet with EI, PVNL, NDF re response brief (1.7); telephone conference with FCR re response brief (1.0); research estimation issues (2.1) |
| 12/10/07 | EGB | 235.00 | 11.00 | Review medical reports and mark findings in Medical Report Database for B. Baylor trial preparation. |
| 12/10/07 | AJS | 255.00 | 3.10  | Legal research regarding estimation methodologies. |
| 12/10/07 | AJS | 255.00 | 4.00  | Preparation of memo regarding estimation methodologies. |
| 12/10/07 | MAF | 195.00 | 7.50  | Collect, review and prepare trial exhibits. |
| 12/11/07 | BSB | 630.00 | 5.80  | Work on Daubert reply brief and research |
| 12/11/07 | WBS | 720.00 | 5.90  | Prepare detailed outline with allocation of tasks (3.1); start research and drafting of sections on definition of liability and not allowance (2.8). |
| 12/11/07 | SAT | 195.00 | 3.70  | Edit profusion reading spreadsheet to reflect quality-check corrections. |
| 12/11/07 | NDF | 610.00 | 9.40  | Work on response to debtors' Daubert brief (8.9); draft cover pleading for exhibit list (0.5). |
| 12/11/07 | DBS | 235.00 | 6.20  | Review trial exhibits and draft exhibit list for estimation hearing for attorney review (1.0); review and collect potential trial exhibits (2.3); discuss trial logistics with vendors (.4); compile deposition transcripts and expert reports for attorney review (2.5). |
| 12/11/07 | ALV | 320.00 | 9.00  | Research regarding expert opposition (1.0); prepare for trial and upcoming pretrial pleadings (8.0). |
| 12/11/07 | JPW | 475.00 | 4.80  | Research and draft responsive Daubert brief |

| 12/11/07 | EGB | 235.00 | 7.50 | Review medical reports and mark findings in Medical Report Database for B. Baylor trial preparation. |
|---|---|---|---|---|
| 12/11/07 | JMR | 270.00 | 2.80 | Prepare summaries of the expert and fact witnesses' qualifications and intended areas of testimony |
| 12/11/07 | AJS | 255.00 | 9.90 | Preparation of memo regarding estimation methodologies. |
| 12/11/07 | MAF | 195.00 | 7.50 | Collect, review and prepare trial exhibits. |
| 12/12/07 | BSB | 630.00 | 7.10 | Continue work on Daubert reply brief - research |
| 12/12/07 | WBS | 720.00 | 3.00 | Work on nature of estimation sections of response. |
| 12/12/07 | SAT | 195.00 | 3.00 | Compile trial exhibits. |
| 12/12/07 | NDF | 610.00 | 13.00 | Review and select trial exhibits (7.5); meet with DBS re exhibit list (0.5); review exhibit lists (0.5); draft response to Grace's Daubert brief/possible trial brief (4.5). |
| 12/12/07 | DBS | 235.00 | 12.90 | Review trial exhibits and draft exhibit list for estimation hearing for attorney review (10.2); review and collect potential trial exhibits (2.0); attend meeting with NDF re trial exhibits (.7). |
| 12/12/07 | LMK | 510.00 | 5.30 | Review Grace's Daubert Brief and research re: response. |
| 12/12/07 | ALV | 320.00 | 8.60 | Preparation for trial and upcoming pretrial pleadings. |
| 12/12/07 | JPW | 475.00 | 8.00 | Research and draft Daubert response (7.0); meet with ALV and JMR re sections (.3); meet with BSB re outline (.5); meet with WBS re precedent (.2) |
| 12/12/07 | EGB | 235.00 | 4.50 | Review medical reports and mark findings in Medical Report Database for B. Baylor trial preparation. |
| 12/12/07 | CJK | 195.00 | 5.70 | Retrieve file depositions per D. Smith's request (5.2); meeting w/S. Emamjomeh re: deposition search (.5) |
| 12/12/07 | JMR | 270.00 | 6.40 | Prepare summaries of the expert and fact witnesses' qualifications and intended areas testimony |

| 12/12/07 | SZE | 195.00 | 0.60 | Assist D. Smith in copying, organizing, and quality checking trial exhibits |
| 12/12/07 | MAF | 195.00 | 13.50 | Collect, review and prepare trial exhibits. |
| 12/13/07 | BSB | 630.00 | 7.20 | Continue work on Reply Brief - research |
| 12/13/07 | WBS | 720.00 | 4.20 | Review NDF draft and comment (0.4); work on settlement sections of response including research and drafting (3.8). |
| 12/13/07 | NDF | 610.00 | 10.70 | Revise, draft and edit response to Grace's Daubert brief (10.1); telephone conference with EI re same (0.1); confer with WBS and LMK re same (0.5). |
| 12/13/07 | DBS | 235.00 | 13.60 | Review trial exhibits and draft exhibit list for estimation hearing for attorney review (1.5); review and collect potential trial exhibits (11.2); discuss trial logistics with vendor (.5); compile expert reports for attorney review (.4). |
| 12/13/07 | LMK | 510.00 | 6.80 | Research re: response to Grace's Daubert motion. |
| 12/13/07 | ALV | 320.00 | 11.60 | Preparation for trial and upcoming pretrial pleadings (8.1); research for trial and upcoming pretrial pleadings (2.0); review documents regarding trial exhibits (1.5). |
| 12/13/07 | JPW | 475.00 | 8.80 | Meet with ALV re drafting (.3); research and draft Daubert response brief (7.8); meet with NDF re brief (.3); review FCR brief outline (.4) |
| 12/13/07 | EGB | 235.00 | 3.00 | Review medical reports and mark findings in Medical Report Database for B. Baylor trial preparation; finalize review and quality-check all data. |
| 12/13/07 | CJK | 195.00 | 9.50 | Meetings w/S. Emamjomeh, D. Smith and M. Fanone re:  exhibit organization (1.0); assist D. Smith in preparing exhibits for trial (8.5) |
| 12/13/07 | JMR | 270.00 | 7.40 | Draft sections for the brief (4.2); continue revising witness disclosures (3.2) |
| 12/13/07 | AJS | 255.00 | 0.30 | Revision of memo regarding estimation methodologies. |
| 12/13/07 | SZE | 195.00 | 13.50 | Assist D. Smith in copying, quality checking, organizing, retrieving documents for trial exhibits |

| 12/13/07 | MAF | 195.00 | 15.00 | Collect, review and prepare trial exhibits. |
| 12/14/07 | BSB | 630.00 | 5.40 | Brief drafting - Daubert reply |
| 12/14/07 | WBS | 720.00 | 5.50 | Work on Peterson's sections of response, conferences and instructions to LMK. |
| 12/14/07 | EI | 920.00 | 0.50 | Conf. Cooney/Charlie Rose (Ardsley) re: status. |
| 12/14/07 | NDF | 610.00 | 5.50 | Revise and edit Grace Daubert response brief. |
| 12/14/07 | DBS | 235.00 | 3.20 | Review and collect potential trial exhibits. |
| 12/14/07 | LMK | 510.00 | 3.10 | Response to Daubert motion (2.1); review and edit JMR draft re: Rule 408 (1.0). |
| 12/14/07 | ALV | 320.00 | 11.90 | Prepare for trial and upcoming pretrial pleadings (9.8); review documents regarding trial exhibits (2.1). |
| 12/14/07 | JPW | 475.00 | 7.60 | Meet with JMR re brief section (.3); draft and revise response brief (6.8); meet with NDF re insert (.2); meet with WBS re brief outline (.3) |
| 12/14/07 | CJK | 195.00 | 1.00 | QC exhibit list for D. Smith review |
| 12/14/07 | JMR | 270.00 | 4.60 | Continue drafting sections for reply brief |
| 12/14/07 | SZE | 195.00 | 2.00 | Assist D. Smith in locating missing documents, create an Excel spreadsheet of all missing documents |
| 12/14/07 | MAF | 195.00 | 2.50 | Collect, review and prepare trial exhibits. |
| 12/15/07 | WBS | 720.00 | 3.40 | Continue work on response including specific Grace attacks on M. Peterson and integration of different sections. |
| 12/15/07 | DBS | 235.00 | 10.50 | Collect, review and prepare trial exhibits. |
| 12/15/07 | ALV | 320.00 | 6.50 | Research for Opposition to Debtors' Motion to Exclude Experts (1.5); draft sections of Opposition to Debtors' Motion to Exclude Experts (5.0). |
| 12/15/07 | CJK | 195.00 | 10.00 | Assist D. Smith with organization and preparation of trial exhibits |
| 12/15/07 | SZE | 195.00 | 7.50 | Assist D. Smith in quality checking, organizing, and retrieving documents for trial exhibits |

| 12/16/07 | WBS | 720.00 | 3.00 | Research and draft on Daubert response. |
| 12/16/07 | DBS | 235.00 | 4.00 | Review and quality check Daubert e-brief. |
| 12/17/07 | BSB | 630.00 | 5.60 | Continue work on Rebuttal brief (3.6); telephone conference with Welch (.2); medical research (1.8) |
| 12/17/07 | WBS | 720.00 | 3.20 | Work on Grace brief (2.1); telephone conference with Peterson (1.1). |
| 12/17/07 | EI | 920.00 | 0.30 | T/c NDF re: brief (.1); Rice inquiry (.2). |
| 12/17/07 | NDF | 610.00 | 12.30 | Prepare for omnibus hearing (0.5); telephone conference omnibus hearing (1.1); work on Daubert response (5.8) trial preparation (4.9). |
| 12/17/07 | DBS | 235.00 | 6.70 | Review, collect, and quality-check estimation hearing exhibits (4.7); review and edit estimation hearing exhibit list (1.5); review Daubert e-brief (.5). |
| 12/17/07 | LMK | 510.00 | 7.20 | Research re: response to Daubert motion. |
| 12/17/07 | ALV | 320.00 | 13.80 | Prepare for trial and upcoming pretrial pleadings (3.3); research for Opposition to Debtors' Motion to Exclude Experts (3.7); draft sections of Opposition to Debtors' Motion to Exclude Experts (6.8). |
| 12/17/07 | JPW | 475.00 | 11.70 | Telephone conference with M. Hurford re e-brief (.4); draft and research Daubert response (8.5); meet with LMK and WBS re brief (.8); meet with BSB re brief section (.9); telephone conference with M. Peterson re Daubert brief (.9); telephone conference with NDF re hearing (.2) |
| 12/17/07 | EGB | 235.00 | 8.00 | Assist D. Smith with trial preparation and exhibit collection; created concordance database for co and opposing counsel. |
| 12/17/07 | JMR | 270.00 | 6.20 | Continue working on sections for brief (4.4); revise the witness disclosures (1.8) |
| 12/17/07 | MAF | 195.00 | 4.50 | Collect, review and prepare trial exhibits. |
| 12/18/07 | BSB | 630.00 | 7.90 | Research medical witnesses for brief (4.3); work on brief draft (3.6) |
| 12/18/07 | WBS | 720.00 | 8.70 | Work on Daubert response, including review of NDF comments, work on restatement question, draft |

| | | | | |
|---|---|---|---|---|
| | | | | Nicholson and MVT sections, re-organize IAW NDF points, incorporate amterail from M. Peterson. |
| 12/18/07 | EI | 920.00 | 0.80 | Conf. Peterson/Rice (.5); status conf. NDF (.3). |
| 12/18/07 | NDF | 610.00 | 15.50 | Work on Daubert briefs (9.5); trial preparation (2.5); draft response to Grace emergency motion re FCR affidavit (2.0); revise and edit witness disclosure document (1.5). |
| 12/18/07 | DBS | 235.00 | 12.30 | Review, collect, and quality-check estimation hearing exhibits (10.8); review and edit estimation hearing exhibit list (1.5). |
| 12/18/07 | LMK | 510.00 | 3.90 | Response to Daubert briefs. |
| 12/18/07 | ALV | 320.00 | 13.20 | Research for Opposition to Debtors' Motion to Exclude Experts (5.0); draft sections of Opposition to Debtors' Motion to Exclude Experts (7.2); prepare for trial and upcoming pretrial pleadings (1.0). |
| 12/18/07 | JPW | 475.00 | 10.50 | Telephone conference with M. Hurford re e-brief (.1); meet with NDF re Daubert response (.5); review and edit response to motion to strike (.5); draft and research Daubert response (7.9); meet with BSB re brief (.6); telephone conference with WBS re brief (.2); meet with ALV re Daubert brief (.7) |
| 12/18/07 | EGB | 235.00 | 8.00 | Assist D. Smith with trial preparation and exhibit collection; created concordance database for co and opposing counsel. |
| 12/18/07 | CJK | 195.00 | 6.50 | Assist D. Smith in preparing trial exhibits (6.0); meetings w/D. Smith re:  document production (.5) |
| 12/18/07 | JMR | 270.00 | 0.80 | Revise section for brief |
| 12/18/07 | SZE | 195.00 | 6.00 | Quality check exhibit trial images from vendor for D. Smith |
| 12/18/07 | MAF | 195.00 | 12.00 | Collect, review and prepare trial exhibits (4.0); proof/quality-check trial exhibits (8.0). |
| 12/19/07 | BSB | 630.00 | 7.60 | Legal research - Daubert issues for brief (4.7); review revised brief (2.9) |
| 12/19/07 | WBS | 720.00 | 6.40 | Review M. Peterson issues for Daubert response and modify draft (2.3); review NDF comments and make appropriate modifications (0.9); meeting with others |

| | | | | on case to allocate final work and identify cites for Daubert response (1.2); continue revisions to draft including research on estimation cases and prior use of M. Peterson method by other experts (2.0). |
|---|---|---|---|---|
| 12/19/07 | NDF | 610.00 | 15.20 | Revise and edit Grace Daubert briefs (8.5); meetings re same (1.7); read cases (0.8); review past Florence testimony for use in briefs (1.0); trial preparation (3.2). |
| 12/19/07 | DBS | 235.00 | 14.40 | Review, collect, and quality-check estimation hearing exhibits (9.2); attend meeting re Daubert response brief (1.2); research and compile documents for incorporation into Daubert response brief (3.0); review and edit estimation hearing exhibit list (1.0). |
| 12/19/07 | LMK | 510.00 | 3.50 | Response to Daubert brief. |
| 12/19/07 | ALV | 320.00 | 17.40 | Meetings with JPW, NDF, WBS, and DBS regarding Opposition to Debtors' Motion to Exclude Experts (1.7); research for Opposition to Debtors' Motion to Exclude Experts (4.2); draft and edit Opposition to Debtors' Motion to Exclude Experts (10.4); review documents regarding trial exhibits (1.1). |
| 12/19/07 | JPW | 475.00 | 11.80 | Draft and revise Daubert brief (10.1); meet with NDF, WBS, ALV, and DBS re brief (.7); meet with NDF re brief (.8); telephone conference with WBS re brief (.2) |
| 12/19/07 | EGB | 235.00 | 9.00 | Assist D. Smith with trial preparation and exhibit collection; created concordance database for co and opposing counsel. |
| 12/19/07 | CJK | 195.00 | 6.50 | Assist D. Smith w/preparation of trial exhibits |
| 12/19/07 | JMR | 270.00 | 5.80 | Draft additional sections for brief distinguishing cases cited, and adding new caselaw (4.6); review witness disclosures and revise (1.2) |
| 12/19/07 | SZE | 195.00 | 10.70 | Quality check images from vendor for trial exhibits for D. Smith |
| 12/19/07 | MAF | 195.00 | 10.50 | Proof/quality-check trial exhibits. |
| 12/20/07 | BSB | 630.00 | 7.10 | Work on exhibit list (4.2); meet re trial exhibits (1.5); brief review (1.4) |

{D0105591.1 }

| 12/20/07 | WBS | 720.00 | 5.60 | Work on witness and exhibit list, include ID documents from Longo, Hays that need to be listed, outline points for their direct, meet with team on exhibit list, instructions to paralegals. |
|---|---|---|---|---|
| 12/20/07 | SAT | 195.00 | 5.00 | Cite check Daubert Opposition Brief. |
| 12/20/07 | NDF | 610.00 | 9.80 | Work on exhibit list and meet with Grace team re same (1.5); revise and edit witness disclosure document (1.8); revise and edit Daubert brief response (6.5). |
| 12/20/07 | DBS | 235.00 | 15.30 | Review, collect, and quality-check estimation hearing exhibits (8.3); review and collect exhibits to Daubert response brief (5.5); attend meeting re trial exhibits (1.2); attend meeting re Daubert response brief (.3). |
| 12/20/07 | LMK | 510.00 | 4.60 | Response to Daubert motion. |
| 12/20/07 | ALV | 320.00 | 19.20 | Meetings with JPW, NDF, WBS, and DBS regarding Opposition to Debtors' Motion to Exclude Experts and exhibits (2.4); research for Opposition to Debtors' Motion to Exclude Experts (3.6); draft and edit Opposition to Debtors' Motion to Exclude Experts (13.2). |
| 12/20/07 | JPW | 475.00 | 12.90 | Revise and research Daubert brief (9.8); review witness list (1.0); meet with NDF, BSB, WBS re Exhibit List (1.2); telephone conference with M. Huford re filing issues (.4); meet with NDF re Witness List (.5) |
| 12/20/07 | EGB | 235.00 | 10.00 | Assist D. Smith with trial preparation and exhibit collection; created concordance database for co and opposing counsel. |
| 12/20/07 | JMR | 270.00 | 14.20 | Review draft of brief and revise and edit; cite check of brief |
| 12/20/07 | AJS | 255.00 | 0.50 | Meeting with ALV, JAR, DBS regarding preparation of reply brief for filing. |
| 12/20/07 | AJS | 255.00 | 10.50 | Preparation of reply brief for filing. |
| 12/20/07 | SZE | 195.00 | 16.50 | Tag trial exhibits in concordance with poor image quality |

| 12/20/07 | MAF | 195.00 | 14.50 | Proof/quality-check trial exhibits (10.5); edit Daubert Opposition Brief (4.0) |
| 12/21/07 | BSB | 630.00 | 5.30 | Work on exhibit exchange (3.2); memo re Moolgavkar (2.1) |
| 12/21/07 | WBS | 720.00 | 4.30 | Review FCR draft and provide comments (1.2); final review of our response (2.8); review comments from FCR (0.3). |
| 12/21/07 | NDF | 610.00 | 8.00 | Revise, edit and final review of Daubert brief response (4.5); trial preparation (3.5). |
| 12/21/07 | DBS | 235.00 | 11.60 | Review and edit estimation hearing exhibit list (1.3); review, quality-check, and serve estimation hearing exhibits (5.8); review and collect exhibits to Daubert response brief (4.5). |
| 12/21/07 | ALV | 320.00 | 16.20 | Research for Opposition to Debtors' Motion to Exclude Experts (2.1); draft and edit Opposition to Debtors' Motion to Exclude Experts (12.1); prepare for trial and upcoming court pretrial pleadings (2.0). |
| 12/21/07 | JPW | 475.00 | 11.80 | Revise and research Daubert response (9.8); meet with NDF and WBS re brief (.7); telephone conference with ALV re brief (.2); review FCR brief (.8); e-mails re FCR brief (.3) |
| 12/21/07 | EGB | 235.00 | 10.00 | Assist D. Smith with trial preparation and exhibit collection; created concordance database for co and opposing counsel. |
| 12/21/07 | CJK | 195.00 | 5.70 | Edit Daubert opposition Exhibit Index (2.0); assist D. Smith and litigation attorneys in filing brief (3.7) |
| 12/21/07 | JMR | 270.00 | 12.30 | Review draft of brief and revise and edit; cite check of brief |
| 12/21/07 | AJS | 255.00 | 8.80 | Preparation of reply brief for filing. |
| 12/21/07 | SZE | 195.00 | 12.00 | Copy DVDs, quality check exhibits, organize CDs, prepare Fedex labeling, edit brief for grammatical and citation errors for D. Smith |
| 12/21/07 | MAF | 195.00 | 6.50 | Edit Daubert Opposition Brief (3.0); gather Brief exhibits and draft Exhibit List (3.5). |
| 12/22/07 | NDF | 610.00 | 1.40 | Email to counsel re witness disclosures (0.5); review Grace witness and exhibit lists (0.9). |

| 12/22/07 | ALV | 320.00 | 3.90 | Preparation for trial, upcoming expert motion reply, and upcoming court pretrial pleadings. |
| 12/22/07 | EGB | 235.00 | 9.00 | Assist D. Smith with trial preparation and exhibit collection; created concordance database for co and opposing counsel. |
| 12/24/07 | BSB | 630.00 | 2.30 | Review Grace exhibit list |
| 12/24/07 | NDF | 610.00 | 2.90 | Forward to attorneys outline re witness cross-exams for hearing (1.5); review Grace response to ACC/FCR Daubert motions (0.9); trial preparation (0.5). |
| 12/24/07 | ALV | 320.00 | 7.70 | Preparation for trial, upcoming expert motion reply, and upcoming court pretrial pleadings (6.2); review debtors' exhibits (1.5). |
| 12/25/07 | WBS | 720.00 | 1.00 | Start review of Grace response on Daubert. |
| 12/26/07 | BSB | 630.00 | 7.90 | Grace exhibit review |
| 12/26/07 | WBS | 720.00 | 4.70 | Reading and notes re Grace response, start outline of issues for our reply. |
| 12/26/07 | NDF | 610.00 | 3.00 | Correspond with Bernick and Snyder re Snyder deposition (0.5); begin outline response to Grace brief (0.8); confer with ALV re trial notebooks (0.5); email correspondence with EI re case issues (0.3); trial preparation (0.9). |
| 12/26/07 | ALV | 320.00 | 9.10 | Meeting with NDF regarding pretrial preparation (0.3); prepare for trial, upcoming expert motion reply, and upcoming court pretrial pleadings (8.8). |
| 12/26/07 | JPW | 475.00 | 5.90 | Read Grace Daubert response (2.7); research Daubert issues (2.8); meet with ALV re Daubert brief (.4) |
| 12/27/07 | BSB | 630.00 | 8.20 | Work on cross exam outlines (5.3); litigation team meeting (1.0); review background rate data (1.9) |
| 12/27/07 | WBS | 720.00 | 3.30 | Meeting with team to assign work, define points to be made in Reply on Daubert (1.2); work on outline for Reply points 2.1). |
| 12/27/07 | EI | 920.00 | 0.10 | T/c NDF/PVNL re: schedule. |

| | | | | |
|---|---|---|---|---|
| 12/27/07 | NDF | 610.00 | 8.00 | Confer with JPW and PVNL re reply brief (2.0); confer with JPW and WBS re same (1.5); work on reply brief (1.5); trial preparation (3.0). |
| 12/27/07 | DBS | 235.00 | 4.90 | Attend meeting to discuss upcoming schedule and assignments (.7); compile deposition and hearing transcripts for attorney review (.5); review opposing counsel's trial exhibits (3.4); review incoming discovery materials for case files (.3). |
| 12/27/07 | ALV | 320.00 | 7.40 | Preparation for trial and upcoming court pretrial pleadings (5.9); research for Expert Exclusion Motion Reply (0.8); m with NDF, BSB, WBS, JPW, DBS, and JMR regarding trial preparation (0.7). |
| 12/27/07 | JPW | 475.00 | 7.60 | Telephone conference with M. Hurford (.2); meet with NDF, WBS, JMR and ALV re trial preparation (1.0); meet with NDF, WBS re Daubert brief (1.1); Daubert brief research and outline (3.9); meet with PVNL and NDF re Daubert brief (1.4) |
| 12/27/07 | JMR | 270.00 | 1.00 | Meeting regarding schedule and tasks |
| 12/27/07 | MAF | 195.00 | 2.00 | Organize deposition transcripts and exhibits into case files. |
| 12/28/07 | BSB | 630.00 | 6.90 | Work on cross examination outlines |
| 12/28/07 | SAT | 195.00 | 2.20 | Electronically bates stamp trial exhibits. |
| 12/28/07 | NDF | 610.00 | 1.50 | Reply brief work. |
| 12/28/07 | DBS | 235.00 | 8.90 | Review, quality-check and serve supplemental estimation hearing exhibits. |
| 12/28/07 | JPW | 475.00 | 8.30 | Research for Daubert reply (4.7); draft outline for Daubert reply (2.8); meet with BSB re Moolgavkar (.5); review demonstrative exhibits (.3) |
| 12/28/07 | MAF | 195.00 | 3.50 | Bate stamp trial exhibits. |
| 12/29/07 | WBS | 720.00 | 2.00 | Start to review materials cited in Grace Response. |
| 12/30/07 | WBS | 720.00 | 2.70 | Draft section of Reply re Anderson/Lees/Moolgavkar/Lee. |
| 12/31/07 | BSB | 630.00 | 7.20 | Cross examination outlines |
| 12/31/07 | WBS | 720.00 | 1.30 | Review Bragg deposition transcript. |

| 12/31/07 | NDF | 610.00 | 7.80 | Review exhibits for objections with Mullady et al. (5.1); review exhibits for substance (1.5); prepare for trial (1.2). |
| 12/31/07 | DBS | 235.00 | 4.00 | Compile and review trial exhibits, deposition transcripts, hearing transcripts, court orders, and expert reports for inclusion into court presentation database. |
| 12/31/07 | JPW | 475.00 | 8.10 | Research for Daubert reply brief (3.7); draft Daubert reply brief (4.4) |
| 12/31/07 | JMR | 270.00 | 5.70 | Review Grace's trial exhibits for authenticity and other relevant objections |

**Total Task Code.16**      **1,607.10**

### Plan & Disclosure Statement (31.00 Hours; $ 17,963.50)

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Elihu Inselbuch | 3.80 | $920 | 3,496.00 |
| Peter Van N. Lockwood | 2.00 | $840 | 1,680.00 |
| Ann C. McMillan | 18.10 | $580 | 10,498.00 |
| Jeffrey A. Liesemer | .10 | $495 | 49.50 |
| Adam L. Vangrack | 7.00 | $320 | 2,240.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/05/07 | PVL | 840.00 | 0.10 | Review Sinclair memo. |
| 12/07/07 | PVL | 840.00 | 0.90 | Teleconference Kramer and NDF. |
| 12/20/07 | EI | 920.00 | 0.70 | T/cs ACM and file reviews and memos re: status of POR. |
| 12/20/07 | ACM | 580.00 | 1.30 | Teleconference EI re TDP and Trust Agreement; review files re TDP values; exchange e-mails with NDF re same. |
| 12/23/07 | ALV | 320.00 | 7.00 | Preparation for trial, upcoming expert motion reply, and upcoming court pretrial pleadings (4.5); review debtors' exhibits (2.5). |

| 12/26/07 | EI | 920.00 | 0.90 | Status memo and conf. call set-up (.5); memo ACM re: same (.1); t/c ACM re: same (.1); Sinclair material and request (.2). |
|----------|-----|--------|------|--------------------------------------------------------|
| 12/26/07 | JAL | 495.00 | 0.10 | Reviewed e-mail from EI re: prep. of disclosure statement and motion for voting procedures. |
| 12/27/07 | PVL | 840.00 | 0.50 | Teleconference Icahn and Intrieri (.4); review Sinclair email (.1). |
| 12/27/07 | ACM | 580.00 | 3.20 | Review Plan; revise Trust Agreement. |
| 12/30/07 | ACM | 580.00 | 8.80 | Revise Trust Agreement and TDP; draft memo to Committee; exchange e-mails with PVNL re Plan; review Plan. |
| 12/31/07 | PVL | 840.00 | 0.50 | Review email (.1); review EI and Peterson memos (.4). |
| 12/31/07 | EI | 920.00 | 2.20 | Reviewing TDP issues and Peterson material (1.0); reviewing ACM drafting (.5); t/c ACM re: same (.3); t/c ACM re: Peterson material (.2); t/c PVNL re: same (.1); t/c ACM re: papers (.1) |
| 12/31/07 | ACM | 580.00 | 4.80 | Teleconference EI re TDP issues; teleconference M. Peterson re same; revise TDP; revise memo to Committee. |

**Total Task Code .17**        **31.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,317.40 |
| Air Freight & Express Mail | 48.70 |
| Charge of Cell and/or Home Phone Useage | 92.72 |
| Conference Meals | 294.10 |
| Court Reporting/Transcript Service | 34,077.21 |
| Database Research | 11,869.32 |
| Local Transportation - DC | 523.26 |
| Long Distance-Equitrac In-House | 18.07 |
| Miscellaneous: Client Advances | 793.84 |
| Outside Local Deliveries | 239.37 |
| Outside Photocopying/Duplication Service | 1,159.68 |
| Postage & Air Freight | 660.93 |
| Professional Fees & Expert Witness Fees | 11,881.70 |
| Research Material | 803.39 |
| Travel Expenses - Ground Transportation | 2,485.27 |
| Xeroxing | 3,450.60 |

**Total:**    **$69,715.56**