## EXHIBIT B

### Asset Analysis and Recovery (10.80 Hours; $ 2,871.00)

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01          10.80**

### Case Administration (4.00 Hours; $ 2,508.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          4.00**

### Claim Analysis Objection & Resolution (Asbestos) (28.50 Hours; $ 23,940.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05          28.50**

### Claim Analysis Objection & Resolution (Non-Asbestos) (8.90 Hours; $ 4,405.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06          8.90**

### Committee, Creditors', Noteholders' or Equity Holders' (.60 Hours; $ 552.00)

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07          .60**

### Fee Applications, Applicant (5.50 Hours; $ 2,265.00)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          5.50**

**Fee Applications, Others (.30 Hours; $ 148.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          .30**

**Litigation and Litigation Consulting (1,607.10 Hours; $ 623,456.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          1,607.10**

**Plan & Disclosure Statement (31.00 Hours; $ 17,963.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          31.00**