## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,317.40 |
| Air Freight & Express Mail | 48.70 |
| Charge of Cell and/or Home Phone Useage | 92.72 |
| Conference Meals | 294.10 |
| Court Reporting/Transcript Service | 34,077.21 |
| Database Research | 11,869.32 |
| Local Transportation - DC | 523.26 |
| Long Distance-Equitrac In-House | 18.07 |
| Miscellaneous: Client Advances | 793.84 |
| Outside Local Deliveries | 239.37 |
| Outside Photocopying/Duplication Service | 1,159.68 |
| Postage & Air Freight | 660.93 |
| Professional Fees & Expert Witness Fees | 11,881.70 |
| Research Material | 803.39 |
| Travel Expenses - Ground Transportation | 2,485.27 |
| Xeroxing | 3,450.60 |
| **Total:** | **$69,715.56** |