Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                    Page: 1

Matter      000                         Disbursements                                                               1/19/2008

                                                                                            Print Date/Time: 01/19/2008  1:37:15PM

Attn:
                                                                                                                    Invoice #

                                        PREBILL / CONTROL  REPORT


                                                              Trans Date Range:  1/1/1950  to: 12/31/2007

Matter      000
Disbursements

Bill Cycle:     Monthly          Style:       i1        Start:    4/16/2001     Last Billed :    12/21/2007                    13,655

                                 $3,181.68
   Client Retainers Available                   Committed to Invoices:           $0.00        Remaining:        $3,181.68

                                                        $2,277,151.31
                                Total Expenses Billed To Date            Billing Empl:        0120     Elihu  Inselbuch
                                                                         Responsible Empl:    0120     Elihu  Inselbuch
                                                                         Alternate Empl:      0120     Elihu  Inselbuch
                                                                         Originating Empl:    0120     Elihu  Inselbuch


Summary  by Employee

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 0001 | BSB | Bernard  Bailor | 0.00 | 1,114.95 | 0.00 | 1,114.95 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 549.40 | 0.00 | 334.40 |
| 0054 | WBS | Walter B Slocombe | 0.00 | -408.00 | 0.00 | -333.90 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 341.43 | 0.00 | 252.43 |
| 0128 | SAT | Samira A Taylor | 0.00 | 112.50 | 0.00 | 112.50 |
| 0187 | NDF | Nathan D Finch | 0.00 | 48,562.25 | 0.00 | 48,442.25 |
| 0207 | PE | Pam  Elias | 0.00 | 45.60 | 0.00 | 45.60 |
| 0215 | KRS | Barbara J Zarchin | 0.00 | 5.60 | 0.00 | 5.60 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 371.30 | 0.00 | 371.30 |
| 0227 | RH | Roxana  Healy | 0.00 | 103.00 | 0.00 | 103.00 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 6.40 | 0.00 | 6.40 |
| 0242 | SAN | Sherry A Nelson | 0.00 | 1.70 | 0.00 | 1.70 |
| 0251 | JO | Joan  O'Brien | 0.00 | 62.80 | 0.00 | 62.80 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 66.40 | 0.00 | 66.40 |
| 0308 | DBS | David B Smith | 0.00 | 640.77 | 0.00 | 640.77 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 3.00 | 0.00 | 3.00 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 432.23 | 0.00 | 432.23 |
| 0334 | JPW | James P Wehner | 0.00 | 542.86 | 0.00 | 542.86 |
| 0337 | EGB | Erroll G Butts | 0.00 | 38.00 | 0.00 | 38.00 |
| 0351 | CJK | Connie J Kim | 0.00 | 55.90 | 0.00 | 55.90 |
| 0354 | JMR | Jeanna M Rickards | 0.00 | 25.20 | 0.00 | 25.20 |

{D0105594.1 }

Grace Asbestos Personal Injury Claimants
Disbursements

Print Date/Time: 01/19/2008  1:37:15PM

Attn:

Invoice #

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0363 | AJS | Andrew J Sackett | 0.00 | 144.70 | 0.00 | 144.70 | |
| 0367 | MAF | Marissa A Fanone | 0.00 | 122.40 | 0.00 | 122.40 | |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 17,125.07 | 0.00 | 17,125.07 | |
| **Total Fees** | | | **0.00** | **70,065.46** | **0.00** | **69,715.56** | |

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2168087 | Photocopy | E | 12/03/2007 | 0220 | SKL | | 0.00 | $6.40 | | 0.00 | $6.40 | 6.40 |
| 2168091 | Photocopy | E | 12/03/2007 | 0220 | SKL | | 0.00 | $0.40 | | 0.00 | $0.40 | 6.80 |
| 2168105 | Photocopy | E | 12/03/2007 | 0215 | KRS | | 0.00 | $3.30 | | 0.00 | $3.30 | 10.10 |
| 2168106 | Photocopy | E | 12/03/2007 | 0054 | WBS | | 0.00 | $3.30 | | 0.00 | $3.30 | 13.40 |
| 2168154 | Photocopy | E | 12/03/2007 | 0308 | DBS | | 0.00 | $0.20 | | 0.00 | $0.20 | 13.60 |
| 2168314 | Equitrac - Long Distance to 3105819309 | E | 12/03/2007 | 0999 | C&D | | 0.00 | $0.06 | | 0.00 | $0.06 | 13.66 |
| 2168319 | Equitrac - Long Distance to 3128612162 | E | 12/03/2007 | 0999 | C&D | | 0.00 | $0.35 | | 0.00 | $0.35 | 14.01 |
| 2168333 | Equitrac - Long Distance to 2123199240 | E | 12/03/2007 | 0999 | C&D | | 0.00 | $0.06 | | 0.00 | $0.06 | 14.07 |
| 2168381 | Postage | E | 12/04/2007 | 0999 | C&D | | 0.00 | $12.00 | | 0.00 | $12.00 | 26.07 |
| 2170927 | Equitrac - Long Distance to 7734029625 | E | 12/04/2007 | 0999 | C&D | | 0.00 | $3.33 | | 0.00 | $3.33 | 29.40 |
| 2170982 | Photocopy | E | 12/04/2007 | 0220 | SKL | | 0.00 | $7.50 | | 0.00 | $7.50 | 36.90 |

Client Number:  4642                          Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter        000                             Disbursements                                                               1/19/2008

Attn:

Print Date/Time: 01/19/2008  1:37:15PM

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2171385 | Photocopy | E | 12/05/2007 | 0220 | SKL | 0.00 | $11.70 | 0.00 | $11.70 | 48.60 |
| 2171451 | Photocopy | E | 12/05/2007 | 0215 | KRS | 0.00 | $2.30 | 0.00 | $2.30 | 50.90 |
| 2171465 | Equitrac - Long Distance to 2123199240 | E | 12/05/2007 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 51.15 |
| 2171467 | Equitrac - Long Distance to 2123199240 | E | 12/05/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 51.30 |
| 2171471 | Equitrac - Long Distance to 2123199240 | E | 12/05/2007 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 51.43 |
| 2171472 | Equitrac - Long Distance to 2125063781 | E | 12/05/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 51.49 |
| 2171495 | Equitrac - Long Distance to 6106370804 | E | 12/05/2007 | 0999 | C&D | 0.00 | $0.69 | 0.00 | $0.69 | 52.18 |
| 2171499 | Equitrac - Long Distance to 2126963731 | E | 12/05/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 52.23 |
| 2171516 | Equitrac - Long Distance to 3024261900 | E | 12/05/2007 | 0999 | C&D | 0.00 | $0.59 | 0.00 | $0.59 | 52.82 |
| 2171520 | Equitrac - Long Distance to 2125063781 | E | 12/05/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 52.87 |
| 2171704 | ADA Travel   PVNL 11/7 travel to NYC from Los Angeles (coach fare 334.40)   no agency fee | E | 12/06/2007 | 0020 | PVL | 0.00 | $549.40 | 0.00 | $334.40 | 387.27 |
| 2171711 | ADA Travel   Refund on WBS 11/5 travel to NYC (Coach Fare $339.00) | E | 12/06/2007 | 0054 | WBS | 0.00 | -$413.10 | 0.00 | -$339.00 | 48.27 |
| 2171712 | ADA Travel    NDF busines class travel to Trenton on 11/19 | E | 12/06/2007 | 0187 | NDF | 0.00 | $414.00 | 0.00 | $414.00 | 462.27 |
| 2171713 | ADA Travel   Agencyu fee  NDF busines class travel to Trenton on 11/19 | E | 12/06/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 502.27 |
| 2171714 | ADA Travel    JPW business class travel to Trenton on 11/19 | E | 12/06/2007 | 0334 | JPW | 0.00 | $414.00 | 0.00 | $414.00 | 916.27 |
| 2171715 | ADA Travel  Agency fee  JPW business class travel to Trenton on 11/19 | E | 12/06/2007 | 0334 | JPW | 0.00 | $40.00 | 0.00 | $40.00 | 956.27 |
| 2171721 | ADA Travel    NDF 11/26 travel to Wilmington (business class $205.00) | E | 12/06/2007 | 0187 | NDF | 0.00 | $325.00 | 0.00 | $205.00 | 1,161.27 |

{D0105594.1 }

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2171722 | ADA Travel  Agency fee  NDF 11/26 travel to Wilmington  (business class $205.00) | E | 12/06/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 1,201.27 |
| 2171733 | BostonCoach car service for NDF to LaGuardia airport in NYC on 10/22 | E | 12/06/2007 | 0187 | NDF | 0.00 | $264.80 | 0.00 | $264.80 | 1,466.07 |
| 2171734 | BostonCoach car service for NDF to Pittsburgh, PA on 10/25 | E | 12/06/2007 | 0187 | NDF | 0.00 | $1,175.77 | 0.00 | $1,175.77 | 2,641.84 |
| 2171735 | BostonCoach car service for NDF from home to office on 10/30 | E | 12/06/2007 | 0187 | NDF | 0.00 | $107.64 | 0.00 | $107.64 | 2,749.48 |
| 2171736 | BostonCoach car service for NDF in Los Angeles on 10/31 | E | 12/06/2007 | 0187 | NDF | 0.00 | $530.66 | 0.00 | $530.66 | 3,280.14 |
| 2171737 | BostonCoach car serivce for NDF in Charleston, SC on 11/2 | E | 12/06/2007 | 0187 | NDF | 0.00 | $176.31 | 0.00 | $176.31 | 3,456.45 |
| 2171738 | BostonCoach car service for NDF in NYC on  11/5 | E | 12/06/2007 | 0187 | NDF | 0.00 | $337.73 | 0.00 | $337.73 | 3,794.18 |
| 2171739 | BostonCoach car service for NDF to office on 11/14 | E | 12/06/2007 | 0187 | NDF | 0.00 | $107.64 | 0.00 | $107.64 | 3,901.82 |
| 2171742 | Red Top Cab service for DBS on 11/1 through 11/13 | E | 12/06/2007 | 0308 | DBS | 0.00 | $91.55 | 0.00 | $91.55 | 3,993.37 |
| 2171743 | Red Top Cab for JMR on 11/7 | E | 12/06/2007 | 0354 | JMR | 0.00 | $25.20 | 0.00 | $25.20 | 4,018.57 |
| 2172010 | Photocopy | E | 12/06/2007 | 0327 | ALV | 0.00 | $14.40 | 0.00 | $14.40 | 4,032.97 |
| 2172020 | Photocopy | E | 12/06/2007 | 0220 | SKL | 0.00 | $2.30 | 0.00 | $2.30 | 4,035.27 |
| 2172036 | Photocopy | E | 12/06/2007 | 0220 | SKL | 0.00 | $7.30 | 0.00 | $7.30 | 4,042.57 |
| 2172042 | Photocopy | E | 12/06/2007 | 0363 | AJS | 0.00 | $9.00 | 0.00 | $9.00 | 4,051.57 |
| 2172044 | Photocopy | E | 12/06/2007 | 0999 | C&D | 0.00 | $3.10 | 0.00 | $3.10 | 4,054.67 |
| 2172051 | Photocopy | E | 12/06/2007 | 0363 | AJS | 0.00 | $12.60 | 0.00 | $12.60 | 4,067.27 |

Attn:

Print Date/Time: 01/19/2008  1:37:15PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2172057 | Photocopy | E | 12/06/2007 | 0308 | DBS | 0.00 | $4.80 | 0.00 | $4.80 | 4,072.07 |
| 2172058 | Photocopy | E | 12/06/2007 | 0999 | C&D | 0.00 | $63.20 | 0.00 | $63.20 | 4,135.27 |
| 2172071 | Photocopy | E | 12/06/2007 | 0999 | C&D | 0.00 | $39.50 | 0.00 | $39.50 | 4,174.77 |
| 2172072 | Photocopy | E | 12/06/2007 | 0363 | AJS | 0.00 | $1.30 | 0.00 | $1.30 | 4,176.07 |
| 2172077 | Photocopy | E | 12/06/2007 | 0367 | MAF | 0.00 | $5.80 | 0.00 | $5.80 | 4,181.87 |
| 2172080 | Photocopy | E | 12/06/2007 | 0363 | AJS | 0.00 | $3.40 | 0.00 | $3.40 | 4,185.27 |
| 2172086 | Photocopy | E | 12/06/2007 | 0363 | AJS | 0.00 | $4.50 | 0.00 | $4.50 | 4,189.77 |
| 2172097 | Photocopy | E | 12/06/2007 | 0999 | C&D | 0.00 | $51.70 | 0.00 | $51.70 | 4,241.47 |
| 2172098 | Photocopy | E | 12/06/2007 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 4,241.67 |
| 2172100 | Photocopy | E | 12/06/2007 | 0327 | ALV | 0.00 | $0.10 | 0.00 | $0.10 | 4,241.77 |
| 2171907 | Equitrac - Long Distance to 3122366166 | E | 12/06/2007 | 0999 | C&D | 0.00 | $1.30 | 0.00 | $1.30 | 4,243.07 |
| 2171914 | Equitrac - Long Distance to 2123199240 | E | 12/06/2007 | 0999 | C&D | 0.00 | $0.51 | 0.00 | $0.51 | 4,243.58 |
| 2171969 | Equitrac - Long Distance to 3024261900 | E | 12/07/2007 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 4,243.72 |
| 2171983 | Equitrac - Long Distance to 3024269910 | E | 12/07/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 4,243.81 |
| 2171985 | Equitrac - Long Distance to 3024261900 | E | 12/07/2007 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 4,244.01 |
| 2171986 | Equitrac - Long Distance to 3024261900 | E | 12/07/2007 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 4,244.24 |
| 2171987 | Equitrac - Long Distance to 3024261900 | E | 12/07/2007 | 0999 | C&D | 0.00 | $0.38 | 0.00 | $0.38 | 4,244.62 |
| 2171988 | Equitrac - Long Distance to 3024261900 | E | 12/07/2007 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 4,244.80 |
| 2171989 | Equitrac - Long Distance to 3024261900 | E | 12/07/2007 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 4,244.98 |

Client Number:  4642    Grace Asbestos Personal Injury Claimants    Page: 1

Matter    000    Disbursements    1/19/2008

Attn:    Print Date/Time: 01/19/2008  1:37:15PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2172104 | Photocopy | | E | 12/07/2007 | 0308 | DBS | 0.00 | $1.40 | 0.00 | $1.40 | 4,246.38 |
| 2172105 | Photocopy | | E | 12/07/2007 | 0327 | ALV | 0.00 | $23.90 | 0.00 | $23.90 | 4,270.28 |
| 2172106 | Photocopy | | E | 12/07/2007 | 0327 | ALV | 0.00 | $2.10 | 0.00 | $2.10 | 4,272.38 |
| 2172107 | Photocopy | | E | 12/07/2007 | 0327 | ALV | 0.00 | $3.10 | 0.00 | $3.10 | 4,275.48 |
| 2172110 | Photocopy | | E | 12/07/2007 | 0363 | AJS | 0.00 | $12.60 | 0.00 | $12.60 | 4,288.08 |
| 2172136 | Photocopy | | E | 12/07/2007 | 0999 | C&D | 0.00 | $91.70 | 0.00 | $91.70 | 4,379.78 |
| 2172153 | Photocopy | | E | 12/07/2007 | 0308 | DBS | 0.00 | $1.50 | 0.00 | $1.50 | 4,381.28 |
| 2172156 | Photocopy | | E | 12/07/2007 | 0327 | ALV | 0.00 | $1.40 | 0.00 | $1.40 | 4,382.68 |
| 2172183 | Photocopy | | E | 12/07/2007 | 0999 | C&D | 0.00 | $25.30 | 0.00 | $25.30 | 4,407.98 |
| 2172195 | Photocopy | | E | 12/07/2007 | 0308 | DBS | 0.00 | $0.30 | 0.00 | $0.30 | 4,408.28 |
| 2172196 | Photocopy | | E | 12/07/2007 | 0227 | RH | 0.00 | $2.70 | 0.00 | $2.70 | 4,410.98 |
| 2172197 | Photocopy | | E | 12/07/2007 | 0227 | RH | 0.00 | $90.00 | 0.00 | $90.00 | 4,500.98 |
| 2172202 | Photocopy | | E | 12/07/2007 | 0327 | ALV | 0.00 | $15.80 | 0.00 | $15.80 | 4,516.78 |
| 2171811 | Petty Cash  Late night dinner for JPW and KCM on 11/27 | | E | 12/07/2007 | 0334 | JPW | 0.00 | $39.34 | 0.00 | $39.34 | 4,556.12 |
| 2171823 | Petty Cash  Late night dinner for JPW on 12/4 | | E | 12/07/2007 | 0334 | JPW | 0.00 | $24.74 | 0.00 | $24.74 | 4,580.86 |
| 2171834 | Federal Express to Katherine Hemming from EI on 11/13 | | E | 12/07/2007 | 0120 | EI | 0.00 | $9.06 | 0.00 | $9.06 | 4,589.92 |
| 2171849 | Lasership to Orrick Herring on 11/5 | | E | 12/07/2007 | 0999 | C&D | 0.00 | $13.66 | 0.00 | $13.66 | 4,603.58 |
| | | | | | | C&D | | | | | |

{D0105594.1 }

Attn:

Print Date/Time: 01/19/2008 1:37:15PM

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2171855 | Lasership to Orrick Herrington on 10/19 | E | 12/07/2007 | 0999 | | 0.00 | $8.44 | 0.00 | $8.44 | 4,612.02 |
| 2171864 | Lasership to OSHA Technical Library on 10/31 | E | 12/07/2007 | 0999 | C&D | 0.00 | $17.35 | 0.00 | $17.35 | 4,629.37 |
| 2171865 | Jane Rose Reporting;  Lees deposition | E | 12/07/2007 | 0187 | NDF | 0.00 | $3,401.80 | 0.00 | $3,401.80 | 8,031.17 |
| 2171874 | EI;  Train fare expenses for travel to Wilmington to attend court status conference on 11/26 (Coach fare $169.00) | E | 12/07/2007 | 0120 | EI | 0.00 | $258.00 | 0.00 | $169.00 | 8,200.17 |
| 2171896 | Premiere Global Services for Ready conference calls made by NDF in October | E | 12/07/2007 | 0187 | NDF | 0.00 | $51.02 | 0.00 | $51.02 | 8,251.19 |
| 2171901 | Premiere Global Services  for Ready Conference calls made in October | E | 12/07/2007 | 0999 | C&D | 0.00 | $41.70 | 0.00 | $41.70 | 8,292.89 |
| 2172203 | Photocopy | E | 12/08/2007 | 0308 | DBS | 0.00 | $12.60 | 0.00 | $12.60 | 8,305.49 |
| 2172205 | Photocopy | E | 12/08/2007 | 0227 | RH | 0.00 | $10.30 | 0.00 | $10.30 | 8,315.79 |
| 2171990 | Equitrac - Long Distance to 3024261900 | E | 12/08/2007 | 0999 | C&D | 0.00 | $0.46 | 0.00 | $0.46 | 8,316.25 |
| 2172870 | Photocopy | E | 12/10/2007 | 0999 | C&D | 0.00 | $54.40 | 0.00 | $54.40 | 8,370.65 |
| 2172876 | Photocopy | E | 12/10/2007 | 0999 | C&D | 0.00 | $10.30 | 0.00 | $10.30 | 8,380.95 |
| 2172885 | Photocopy | E | 12/10/2007 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 8,381.95 |
| 2172890 | Photocopy | E | 12/10/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 8,382.55 |
| 2172900 | Photocopy | E | 12/10/2007 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 8,382.85 |
| 2172905 | Photocopy | E | 12/10/2007 | 0999 | C&D | 0.00 | $58.70 | 0.00 | $58.70 | 8,441.55 |
| 2172914 | Photocopy | E | 12/10/2007 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 8,442.35 |
| 2172925 | Photocopy | E | 12/10/2007 | 0999 | C&D | 0.00 | $29.50 | 0.00 | $29.50 | 8,471.85 |
| 2172928 | Photocopy | E | 12/10/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 8,472.45 |

{D0105594.1 }

Attn:

Print Date/Time: 01/19/2008  1:37:15PM

Invoice #

| ID | Description | | Date | Code | Group | | | | | Invoice # |
|----|-------------|--|------|------|-------|--|--|--|--|-----------|
| 2172931 | Photocopy | E | 12/10/2007 | 0999 | C&D | 0.00 | $69.40 | 0.00 | $69.40 | 8,541.85 |
| 2172951 | Photocopy | E | 12/10/2007 | 0999 | C&D | 0.00 | $45.60 | 0.00 | $45.60 | 8,587.45 |
| 2172952 | Photocopy | E | 12/10/2007 | 0363 | AJS | 0.00 | $7.60 | 0.00 | $7.60 | 8,595.05 |
| 2172955 | Photocopy | E | 12/10/2007 | 0363 | AJS | 0.00 | $4.30 | 0.00 | $4.30 | 8,599.35 |
| 2172974 | Photocopy | E | 12/10/2007 | 0363 | AJS | 0.00 | $2.30 | 0.00 | $2.30 | 8,601.65 |
| 2172218 | Jane Rose Reporting;  Victor Roggli deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $2,087.07 | 0.00 | $2,087.07 | 10,688.72 |
| 2172219 | Jane Rose Reporting;  James Heckman deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $3,739.77 | 0.00 | $3,739.77 | 14,428.49 |
| 2172220 | Jane Rose Reporting;  Letitia Chamabers deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $3,879.19 | 0.00 | $3,879.19 | 18,307.68 |
| 2172221 | Jane Rose Reporting;  Marshall Shapo deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $2,425.85 | 0.00 | $2,425.85 | 20,733.53 |
| 2172222 | Jane Rose Reporting;  Parker deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $3,343.34 | 0.00 | $3,343.34 | 24,076.87 |
| 2172223 | Jane Rose Reporting  Ory deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $2,823.61 | 0.00 | $2,823.61 | 26,900.48 |
| 2172224 | Jane Rose Reporting  David Maxam deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $889.69 | 0.00 | $889.69 | 27,790.17 |
| 2172225 | Jane Rose Reporting;  David Weill deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $1,385.07 | 0.00 | $1,385.07 | 29,175.24 |
| 2172226 | Jane Rose Reporting;  Daniel Henry deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $1,053.68 | 0.00 | $1,053.68 | 30,228.92 |
| 2172227 | Jane Rose Reporting;  Jennifer Biggs deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $3,174.19 | 0.00 | $3,174.19 | 33,403.11 |
| 2172228 | Jane Rose Reporting;  Frederick Dunbar deposition | E | 12/10/2007 | 0187 | NDF | 0.00 | $3,296.69 | 0.00 | $3,296.69 | 36,699.80 |
| 2172232 | Dart Express  to Kirkland & Ellis on 10/30 | E | 12/10/2007 | 0999 | C&D | 0.00 | $18.75 | 0.00 | $18.75 | 36,718.55 |
| 2172234 | Dart Express  to Orrick between 11/1 and 11/27 | E | 12/10/2007 | 0999 | C&D | 0.00 | $35.50 | 0.00 | $35.50 | 36,754.05 |

{D0105594.1 }

Attn:                                                                                    Print Date/Time: 01/19/2008  1:37:15PM

                                                                                                                   Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2172259 | Reprints Desk;  Article supply services for October | E | 12/10/2007 | 0999 | C&D | 0.00 | $1,023.25 | 0.00 | $1,023.25 | 37,777.30 |
| 2172299 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 37,805.81 |
| 2172300 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 37,834.32 |
| 2172302 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 37,862.83 |
| 2172303 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 37,891.34 |
| 2172305 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 37,919.85 |
| 2172306 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 37,948.36 |
| 2172308 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 37,976.87 |
| 2172309 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 38,005.38 |
| 2172311 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 38,033.89 |
| 2172312 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 38,062.40 |
| 2172314 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 38,090.91 |
| 2172315 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 38,119.42 |
| 2172334 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 38,147.93 |
| 2172335 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $28.51 | 0.00 | $28.51 | 38,176.44 |
| 2172352 | ALV;  Late night dinner on 12/5, 12/6, 12/7 ($217.19) plus printong PDF files | E | 12/11/2007 | 0327 | ALV | 0.00 | $217.19 | 0.00 | $217.19 | 38,393.63 |
| 2172353 | ALV;  Late night dinner on 12/5, 12/6, 12/7 ($217.19) plus printong PDF files | E | 12/11/2007 | 0327 | ALV | 0.00 | $42.04 | 0.00 | $42.04 | 38,435.67 |
| 2172354 | Business Card;  Materials and books : | E | 12/11/2007 | 0999 | C&D | 0.00 | $495.37 | 0.00 | $495.37 | 38,931.04 |

{D0105594.1 }

**Grace Asbestos Personal Injury Claimants**

**Disbursements**

Print Date/Time: 01/19/2008  1:37:15PM

Attn:

Invoice #

Amazon-Asbeston Risk Assessment, Blackwell,
ordered by the Library

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2172356 | Business Card  Materials ordered by the Library: NTIS and Blackwell Publishing | E | 12/11/2007 | 0999 | C&D | 0.00 | $169.00 | 0.00 | $169.00 | 39,100.04 |
| 2172706 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $15.45 | 0.00 | $15.45 | 39,115.49 |
| 2172707 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $16.56 | 0.00 | $16.56 | 39,132.05 |
| 2172708 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $14.30 | 0.00 | $14.30 | 39,146.35 |
| 2172709 | Postage | E | 12/11/2007 | 0999 | C&D | 0.00 | $10.60 | 0.00 | $10.60 | 39,156.95 |
| 2172799 | Equitrac - Long Distance to 3024269910 | E | 12/11/2007 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 39,157.18 |
| 2172801 | Equitrac - Long Distance to 2125100500 | E | 12/11/2007 | 0999 | C&D | 0.00 | $0.38 | 0.00 | $0.38 | 39,157.56 |
| 2173011 | Photocopy | E | 12/11/2007 | 0999 | C&D | 0.00 | $56.30 | 0.00 | $56.30 | 39,213.86 |
| 2173017 | Photocopy | E | 12/11/2007 | 0999 | C&D | 0.00 | $50.30 | 0.00 | $50.30 | 39,264.16 |
| 2173028 | Photocopy | E | 12/11/2007 | 0367 | MAF | 0.00 | $18.60 | 0.00 | $18.60 | 39,282.76 |
| 2173068 | Photocopy | E | 12/11/2007 | 0308 | DBS | 0.00 | $20.10 | 0.00 | $20.10 | 39,302.86 |
| 2173076 | Photocopy | E | 12/11/2007 | 0255 | DAT | 0.00 | $25.30 | 0.00 | $25.30 | 39,328.16 |
| 2173088 | Photocopy | E | 12/11/2007 | 0308 | DBS | 0.00 | $5.40 | 0.00 | $5.40 | 39,333.56 |
| 2173150 | Federal Express to Warren Smith and Katherine Hemming from EI on 11/26 | E | 12/12/2007 | 0120 | EI | 0.00 | $39.64 | 0.00 | $39.64 | 39,373.20 |
| 2173164 | Jane Rose Reporting;  Deposition of Daniel Myer | E | 12/12/2007 | 0187 | NDF | 0.00 | $2,577.26 | 0.00 | $2,577.26 | 41,950.46 |
| 2173485 | Photocopy | E | 12/12/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 41,950.66 |
| 2173490 | Photocopy | E | 12/12/2007 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 41,951.46 |

(D0105594.1 )

Grace Asbestos Personal Injury Claimants
Disbursements

Attn:

Print Date/Time: 01/19/2008  1:37:15PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2173498 | Photocopy | | E | 12/12/2007 | 0999 | C&D | 0.00 | $109.40 | 0.00 | $109.40 | 42,060.86 |
| 2173505 | Photocopy | | E | 12/12/2007 | 0363 | AJS | 0.00 | $8.90 | 0.00 | $8.90 | 42,069.76 |
| 2173506 | Photocopy | | E | 12/12/2007 | 0999 | C&D | 0.00 | $80.50 | 0.00 | $80.50 | 42,150.26 |
| 2173508 | Photocopy | | E | 12/12/2007 | 0367 | MAF | 0.00 | $0.60 | 0.00 | $0.60 | 42,150.86 |
| 2173509 | Photocopy | | E | 12/12/2007 | 0251 | JO | 0.00 | $8.70 | 0.00 | $8.70 | 42,159.56 |
| 2173515 | Photocopy | | E | 12/12/2007 | 0255 | DAT | 0.00 | $0.10 | 0.00 | $0.10 | 42,159.66 |
| 2173516 | Photocopy | | E | 12/12/2007 | 0999 | C&D | 0.00 | $10.50 | 0.00 | $10.50 | 42,170.16 |
| 2173522 | Photocopy | | E | 12/12/2007 | 0999 | C&D | 0.00 | $102.60 | 0.00 | $102.60 | 42,272.76 |
| 2173550 | Photocopy | | E | 12/12/2007 | 0220 | SKL | 0.00 | $7.40 | 0.00 | $7.40 | 42,280.16 |
| 2173551 | Photocopy | | E | 12/12/2007 | 0363 | AJS | 0.00 | $1.30 | 0.00 | $1.30 | 42,281.46 |
| 2173555 | Photocopy | | E | 12/12/2007 | 0999 | C&D | 0.00 | $63.00 | 0.00 | $63.00 | 42,344.46 |
| 2173564 | Photocopy | | E | 12/12/2007 | 0999 | C&D | 0.00 | $86.80 | 0.00 | $86.80 | 42,431.26 |
| 2173567 | Photocopy | | E | 12/12/2007 | 0999 | C&D | 0.00 | $11.00 | 0.00 | $11.00 | 42,442.26 |
| 2173568 | Photocopy | | E | 12/12/2007 | 0999 | C&D | 0.00 | $10.20 | 0.00 | $10.20 | 42,452.46 |
| 2173569 | Photocopy | | E | 12/12/2007 | 0367 | MAF | 0.00 | $19.70 | 0.00 | $19.70 | 42,472.16 |
| 2173570 | Photocopy | | E | 12/12/2007 | 0128 | SAT | 0.00 | $10.40 | 0.00 | $10.40 | 42,482.56 |
| 2173572 | Photocopy | | E | 12/12/2007 | 0999 | C&D | 0.00 | $4.00 | 0.00 | $4.00 | 42,486.56 |
| 2173573 | Photocopy | | E | 12/12/2007 | 0367 | MAF | 0.00 | $24.40 | 0.00 | $24.40 | 42,510.96 |
| | | | | | | C&D | | | | | |

{D0105594.1 }

**Grace Asbestos Personal Injury Claimants**

Disbursements

Attn:

Print Date/Time: 01/19/2008  1:37:15PM

Invoice #

| ID | Description | | Date | Code | Init | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2173574 | Photocopy | E | 12/12/2007 | 0999 | | 0.00 | $107.10 | 0.00 | $107.10 | 42,618.06 |
| 2173575 | Photocopy | E | 12/12/2007 | 0128 | SAT | 0.00 | $102.10 | 0.00 | $102.10 | 42,720.16 |
| 2173576 | Photocopy | E | 12/12/2007 | 0367 | MAF | 0.00 | $42.40 | 0.00 | $42.40 | 42,762.56 |
| 2173581 | Photocopy | E | 12/13/2007 | 0363 | AJS | 0.00 | $3.90 | 0.00 | $3.90 | 42,766.46 |
| 2173592 | Photocopy | E | 12/13/2007 | 0363 | AJS | 0.00 | $27.50 | 0.00 | $27.50 | 42,793.96 |
| 2173597 | Photocopy | E | 12/13/2007 | 0363 | AJS | 0.00 | $27.30 | 0.00 | $27.30 | 42,821.26 |
| 2173598 | Photocopy | E | 12/13/2007 | 0363 | AJS | 0.00 | $0.20 | 0.00 | $0.20 | 42,821.46 |
| 2173608 | Photocopy | E | 12/13/2007 | 0367 | MAF | 0.00 | $1.80 | 0.00 | $1.80 | 42,823.26 |
| 2173634 | Photocopy | E | 12/13/2007 | 0999 | C&D | 0.00 | $245.50 | 0.00 | $245.50 | 43,068.76 |
| 2173646 | Photocopy | E | 12/13/2007 | 0308 | DBS | 0.00 | $26.10 | 0.00 | $26.10 | 43,094.86 |
| 2173647 | Photocopy | E | 12/13/2007 | 0255 | DAT | 0.00 | $3.40 | 0.00 | $3.40 | 43,098.26 |
| 2173654 | Photocopy | E | 12/13/2007 | 0999 | C&D | 0.00 | $3.70 | 0.00 | $3.70 | 43,101.96 |
| 2173663 | Photocopy | E | 12/13/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 43,102.56 |
| 2173665 | Photocopy | E | 12/13/2007 | 0242 | SAN | 0.00 | $1.40 | 0.00 | $1.40 | 43,103.96 |
| 2173669 | Photocopy | E | 12/13/2007 | 0242 | SAN | 0.00 | $0.30 | 0.00 | $0.30 | 43,104.26 |
| 2173685 | Photocopy | E | 12/13/2007 | 0999 | C&D | 0.00 | $96.10 | 0.00 | $96.10 | 43,200.36 |
| 2173698 | Photocopy | E | 12/13/2007 | 0308 | DBS | 0.00 | $1.10 | 0.00 | $1.10 | 43,201.46 |
| 2173703 | Photocopy | E | 12/13/2007 | 0999 | C&D | 0.00 | $7.50 | 0.00 | $7.50 | 43,208.96 |
| 2173715 | Photocopy | E | 12/13/2007 | 0308 | DBS | 0.00 | $38.10 | 0.00 | $38.10 | 43,247.06 |

{D0105594.1 }

Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                         Page: 1
Matter      000                         Disbursements                                                                                    1/19/2008

Attn:
                                                                                                              Print Date/Time: 01/19/2008  1:37:15PM

                                                                                                                                  Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | C&D | | | | | |
| 2173717 | Photocopy | | E | 12/13/2007 | 0999 | 0.00 | $0.70 | 0.00 | $0.70 | 43,247.76 |
| | | | | | DBS | | | | | |
| 2173721 | Photocopy | | E | 12/13/2007 | 0308 | 0.00 | $15.10 | 0.00 | $15.10 | 43,262.86 |
| | | | | | DBS | | | | | |
| 2173724 | Photocopy | | E | 12/13/2007 | 0308 | 0.00 | $7.60 | 0.00 | $7.60 | 43,270.46 |
| | | | | | C&D | | | | | |
| 2173725 | Photocopy | | E | 12/13/2007 | 0999 | 0.00 | $238.00 | 0.00 | $238.00 | 43,508.46 |
| | | | | | DBS | | | | | |
| 2173727 | Photocopy | | E | 12/13/2007 | 0308 | 0.00 | $3.10 | 0.00 | $3.10 | 43,511.56 |
| | | | | | C&D | | | | | |
| 2173335 | George Washington Univ;  Journal of Economic literature  57582 | | E | 12/13/2007 | 0999 | 0.00 | $15.00 | 0.00 | $15.00 | 43,526.56 |
| | | | | | BSB | | | | | |
| 2173347 | University of Michigan;  Risk management & insurance review; Journal of economic literature | | E | 12/13/2007 | 0001 | 0.00 | $33.25 | 0.00 | $33.25 | 43,559.81 |
| | | | | | BSB | | | | | |
| 2173348 | The Globe Group;  Investingating education credentials of a doctor | | E | 12/13/2007 | 0001 | 0.00 | $1,081.70 | 0.00 | $1,081.70 | 44,641.51 |
| | | | | | C&D | | | | | |
| 2173922 | Equitrac - Long Distance to 9174450518 | | E | 12/13/2007 | 0999 | 0.00 | $0.18 | 0.00 | $0.18 | 44,641.69 |
| | | | | | C&D | | | | | |
| 2173962 | Equitrac - Long Distance to 3024261900 | | E | 12/14/2007 | 0999 | 0.00 | $0.05 | 0.00 | $0.05 | 44,641.74 |
| | | | | | C&D | | | | | |
| 2173969 | Equitrac - Long Distance to 2154620953 | | E | 12/14/2007 | 0999 | 0.00 | $0.56 | 0.00 | $0.56 | 44,642.30 |
| | | | | | DBS | | | | | |
| 2173765 | Photocopy | | E | 12/14/2007 | 0308 | 0.00 | $0.50 | 0.00 | $0.50 | 44,642.80 |
| | | | | | MAF | | | | | |
| 2173775 | Photocopy | | E | 12/14/2007 | 0367 | 0.00 | $1.80 | 0.00 | $1.80 | 44,644.60 |
| | | | | | MAF | | | | | |
| 2173778 | Photocopy | | E | 12/14/2007 | 0367 | 0.00 | $1.40 | 0.00 | $1.40 | 44,646.00 |
| | | | | | CJK | | | | | |
| 2173807 | Photocopy | | E | 12/15/2007 | 0351 | 0.00 | $29.60 | 0.00 | $29.60 | 44,675.60 |
| | | | | | DBS | | | | | |
| 2173810 | Photocopy | | E | 12/15/2007 | 0308 | 0.00 | $29.30 | 0.00 | $29.30 | 44,704.90 |
| | | | | | CJK | | | | | |
| 2173811 | Photocopy | | E | 12/15/2007 | 0351 | 0.00 | $21.70 | 0.00 | $21.70 | 44,726.60 |
| | | | | | DBS | | | | | |

{D0105594.1 }

Grace Asbestos Personal Injury Claimants                                              Page: 1
Disbursements                                                               1/19/2008

Attn:

Print Date/Time: 01/19/2008  1:37:15PM

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2173812 | Photocopy | E | 12/15/2007 | 0308 | | 0.00 | $3.40 | 0.00 | $3.40 | 44,730.00 |
| 2173813 | Photocopy | E | 12/15/2007 | 0308 | DBS | 0.00 | $9.00 | 0.00 | $9.00 | 44,739.00 |
| 2173814 | Photocopy | E | 12/15/2007 | 0351 | CJK | 0.00 | $4.60 | 0.00 | $4.60 | 44,743.60 |
| 2173816 | Photocopy | E | 12/15/2007 | 0367 | MAF | 0.00 | $2.80 | 0.00 | $2.80 | 44,746.40 |
| 2173817 | Photocopy | E | 12/15/2007 | 0308 | DBS | 0.00 | $98.40 | 0.00 | $98.40 | 44,844.80 |
| 2173818 | Photocopy | E | 12/15/2007 | 0308 | DBS | 0.00 | $1.00 | 0.00 | $1.00 | 44,845.80 |
| 2173819 | Photocopy | E | 12/15/2007 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 44,846.00 |
| 2173820 | Photocopy | E | 12/15/2007 | 0367 | MAF | 0.00 | $2.80 | 0.00 | $2.80 | 44,848.80 |
| 2173821 | Photocopy | E | 12/16/2007 | 0308 | DBS | 0.00 | $0.30 | 0.00 | $0.30 | 44,849.10 |
| 2174234 | Equitrac - Long Distance to 4124713980 | E | 12/17/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 44,849.16 |
| 2174261 | Equitrac - Long Distance to 5102344526 | E | 12/17/2007 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 44,849.38 |
| 2174314 | Equitrac - Long Distance to 3105819309 | E | 12/17/2007 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 44,849.51 |
| 2174376 | Photocopy | E | 12/17/2007 | 0220 | SKL | 0.00 | $1.70 | 0.00 | $1.70 | 44,851.21 |
| 2174389 | Photocopy | E | 12/17/2007 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 44,851.41 |
| 2174747 | Equitrac - Long Distance to 3105819309 | E | 12/18/2007 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 44,851.65 |
| 2174778 | Photocopy | E | 12/18/2007 | 0220 | SKL | 0.00 | $6.30 | 0.00 | $6.30 | 44,857.95 |
| 2174779 | Photocopy | E | 12/18/2007 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 44,858.25 |
| 2174788 | Photocopy | E | 12/18/2007 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 44,858.35 |
| 2174867 | Photocopy | E | 12/18/2007 | 0327 | ALV | 0.00 | $4.00 | 0.00 | $4.00 | 44,862.35 |

(D0105594.1 )

Attn:                                                                                                        Print Date/Time: 01/19/2008  1:37:15PM

                                                                                                                                        Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2174869 | Photocopy | E | 12/18/2007 | 0327 | ALV | 0.00 | $3.20 | 0.00 | $3.20 | 44,865.55 |
| 2175228 | Recall Total Information;  Delivery of storage boxes | E | 12/19/2007 | 0120 | EI | 0.00 | $34.73 | 0.00 | $34.73 | 44,900.28 |
| 2175229 | Verus Claims;  Professional services, deposition preparation | E | 12/19/2007 | 0187 | NDF | 0.00 | $10,800.00 | 0.00 | $10,800.00 | 55,700.28 |
| 2175286 | Postage | E | 12/19/2007 | 0999 | C&D | 0.00 | $42.39 | 0.00 | $42.39 | 55,742.67 |
| 2175587 | Equitrac - Long Distance to 4124713980 | E | 12/19/2007 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 55,742.78 |
| 2175645 | Equitrac - Long Distance to 3105819309 | E | 12/19/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 55,742.83 |
| 2175648 | Equitrac - Long Distance to 3105819309 | E | 12/19/2007 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 55,742.94 |
| 2175667 | Photocopy | E | 12/19/2007 | 0220 | SKL | 0.00 | $20.20 | 0.00 | $20.20 | 55,763.14 |
| 2175700 | Photocopy | E | 12/19/2007 | 0220 | SKL | 0.00 | $13.80 | 0.00 | $13.80 | 55,776.94 |
| 2175703 | Photocopy | E | 12/19/2007 | 0255 | DAT | 0.00 | $6.90 | 0.00 | $6.90 | 55,783.84 |
| 2175716 | Photocopy | E | 12/19/2007 | 0220 | SKL | 0.00 | $6.90 | 0.00 | $6.90 | 55,790.74 |
| 2175731 | Photocopy | E | 12/19/2007 | 0255 | DAT | 0.00 | $27.60 | 0.00 | $27.60 | 55,818.34 |
| 2175733 | Photocopy | E | 12/19/2007 | 0220 | SKL | 0.00 | $6.90 | 0.00 | $6.90 | 55,825.24 |
| 2175762 | Photocopy | E | 12/19/2007 | 0334 | JPW | 0.00 | $7.60 | 0.00 | $7.60 | 55,832.84 |
| 2175771 | GSI;  Database research for November | E | 12/20/2007 | 0999 | C&D | 0.00 | $770.14 | 0.00 | $770.14 | 56,602.98 |
| 2175773 | Lasership, Inc. to/from Wiley Rein & Fielding on 12/12 | E | 12/20/2007 | 0334 | JPW | 0.00 | $17.18 | 0.00 | $17.18 | 56,620.16 |
| 2175795 | Graffiti audio Visual;  for converrsion of VHS tapes onto DVD | E | 12/20/2007 | 0187 | NDF | 0.00 | $114.47 | 0.00 | $114.47 | 56,734.63 |

{D0105594.1 }

Attn:                                                                                    Print Date/Time: 01/19/2008  1:37:15PM

Invoice #

| 2176345 | Equitrac - Long Distance to 7708663200 | E | 12/20/2007 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 56,734.75 |
| 2176351 | Equitrac - Long Distance to 3024261900 | E | 12/20/2007 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 56,735.00 |
| 2176375 | Equitrac - Long Distance to 8054993572 | E | 12/20/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 56,735.06 |
| 2176377 | Equitrac - Long Distance to 8054993572 | E | 12/20/2007 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 56,735.17 |
| 2175246 | Petty Cash  Cab for EGB to Ontario Road NW 12/6 | E | 12/20/2007 | 0337 | EGB | 0.00 | $12.00 | 0.00 | $12.00 | 56,747.17 |
| 2175251 | Petty Cash  Cab expense for EGB to Ontario Road NW on 12/13 | E | 12/20/2007 | 0337 | EGB | 0.00 | $14.00 | 0.00 | $14.00 | 56,761.17 |
| 2175252 | Petty Cash  Cab expense for EGB to Ontario Road NW on 12/12 | E | 12/20/2007 | 0337 | EGB | 0.00 | $12.00 | 0.00 | $12.00 | 56,773.17 |
| 2175262 | Petty Cash  Late night cab home for DBS on 12/15 | E | 12/20/2007 | 0308 | DBS | 0.00 | $20.00 | 0.00 | $20.00 | 56,793.17 |
| 2175269 | Petty Cash Late night cab home for DBS on 12/5 | E | 12/20/2007 | 0308 | DBS | 0.00 | $20.00 | 0.00 | $20.00 | 56,813.17 |
| 2175276 | Petty Cash  Late night dinner for JPW and KCM on 12/6 | E | 12/20/2007 | 0999 | C&D | 0.00 | $12.83 | 0.00 | $12.83 | 56,826.00 |
| 2176016 | Photocopy | E | 12/20/2007 | 0999 | C&D | 0.00 | $2.50 | 0.00 | $2.50 | 56,828.50 |
| 2176019 | Photocopy | E | 12/20/2007 | 0237 | SRB | 0.00 | $6.40 | 0.00 | $6.40 | 56,834.90 |
| 2176021 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $9.40 | 0.00 | $9.40 | 56,844.30 |
| 2176025 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $18.00 | 0.00 | $18.00 | 56,862.30 |
| 2176037 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $38.00 | 0.00 | $38.00 | 56,900.30 |
| 2176060 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $8.00 | 0.00 | $8.00 | 56,908.30 |
| 2176066 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $8.80 | 0.00 | $8.80 | 56,917.10 |
| 2176072 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $7.50 | 0.00 | $7.50 | 56,924.60 |

(D0105594.1 )

Grace Asbestos Personal Injury Claimants                                        Page: 1

Disbursements                                                                   1/19/2008

Attn:

Print Date/Time: 01/19/2008  1:37:15PM

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2176073 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $7.60 | 0.00 | $7.60 | 56,932.20 |
| 2176091 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $7.60 | 0.00 | $7.60 | 56,939.80 |
| 2176094 | Photocopy | E | 12/20/2007 | 0327 | ALV | 0.00 | $43.60 | 0.00 | $43.60 | 56,983.40 |
| 2176096 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 56,983.50 |
| 2176099 | Photocopy | E | 12/20/2007 | 0363 | AJS | 0.00 | $2.40 | 0.00 | $2.40 | 56,985.90 |
| 2176104 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $15.20 | 0.00 | $15.20 | 57,001.10 |
| 2176110 | Photocopy | E | 12/20/2007 | 0308 | DBS | 0.00 | $7.70 | 0.00 | $7.70 | 57,008.80 |
| 2176111 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $7.70 | 0.00 | $7.70 | 57,016.50 |
| 2176112 | Photocopy | E | 12/20/2007 | 0220 | SKL | 0.00 | $7.70 | 0.00 | $7.70 | 57,024.20 |
| 2176113 | Photocopy | E | 12/20/2007 | 0327 | ALV | 0.00 | $46.20 | 0.00 | $46.20 | 57,070.40 |
| 2176114 | Photocopy | E | 12/21/2007 | 0327 | ALV | 0.00 | $7.70 | 0.00 | $7.70 | 57,078.10 |
| 2176140 | Photocopy | E | 12/21/2007 | 0367 | MAF | 0.00 | $0.30 | 0.00 | $0.30 | 57,078.40 |
| 2176141 | Photocopy | E | 12/21/2007 | 0251 | JO | 0.00 | $3.10 | 0.00 | $3.10 | 57,081.50 |
| 2176151 | Photocopy | E | 12/21/2007 | 0220 | SKL | 0.00 | $7.80 | 0.00 | $7.80 | 57,089.30 |
| 2176162 | Photocopy | E | 12/21/2007 | 0220 | SKL | 0.00 | $7.70 | 0.00 | $7.70 | 57,097.00 |
| 2176166 | Photocopy | E | 12/21/2007 | 0220 | SKL | 0.00 | $7.70 | 0.00 | $7.70 | 57,104.70 |
| 2176204 | Photocopy | E | 12/21/2007 | 0220 | SKL | 0.00 | $25.70 | 0.00 | $25.70 | 57,130.40 |
| 2176205 | Photocopy | E | 12/21/2007 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 57,130.70 |
| | | | | | SKL | | | | | |

{D0105594.1 }

Print Date/Time: 01/19/2008  1:37:15PM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2176208 | Photocopy | | E | 12/21/2007 | 0220 | | 0.00 | $10.20 | 0.00 | $10.20 | 57,140.90 |
| 2176210 | Photocopy | | E | 12/21/2007 | 0220 | SKL | 0.00 | $30.60 | 0.00 | $30.60 | 57,171.50 |
| 2176212 | Photocopy | | E | 12/21/2007 | 0363 | AJS | 0.00 | $15.60 | 0.00 | $15.60 | 57,187.10 |
| 2176214 | Photocopy | | E | 12/21/2007 | 0327 | ALV | 0.00 | $7.50 | 0.00 | $7.50 | 57,194.60 |
| 2176216 | Photocopy | | E | 12/21/2007 | 0220 | SKL | 0.00 | $31.60 | 0.00 | $31.60 | 57,226.20 |
| 2176219 | Photocopy | | E | 12/21/2007 | 0220 | SKL | 0.00 | $7.60 | 0.00 | $7.60 | 57,233.80 |
| 2176394 | Equitrac - Long Distance to 8054993572 | | E | 12/21/2007 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 57,233.88 |
| 2176399 | Equitrac - Long Distance to 3024261900 | | E | 12/21/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 57,233.95 |
| 2176403 | Equitrac - Long Distance to 3024261900 | | E | 12/21/2007 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 57,234.11 |
| 2176431 | Equitrac - Long Distance to 3024261900 | | E | 12/21/2007 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 57,234.27 |
| 2176442 | Equitrac - Long Distance to 3024269910 | | E | 12/21/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 57,234.42 |
| 2176443 | Equitrac - Long Distance to 3024269910 | | E | 12/21/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 57,234.47 |
| 2175938 | Lasership   Packages on 12/8 sent to Kelleher, Finch and Wehner | | E | 12/21/2007 | 0999 | C&D | 0.00 | $93.76 | 0.00 | $93.76 | 57,328.23 |
| 2176226 | Photocopy | | E | 12/22/2007 | 0207 | PE | 0.00 | $45.60 | 0.00 | $45.60 | 57,373.83 |
| 2176231 | Photocopy | | E | 12/24/2007 | 0054 | WBS | 0.00 | $1.80 | 0.00 | $1.80 | 57,375.63 |
| 2176240 | Photocopy | | E | 12/24/2007 | 0251 | JO | 0.00 | $51.00 | 0.00 | $51.00 | 57,426.63 |
| 2176247 | Photocopy | | E | 12/26/2007 | 0999 | C&D | 0.00 | $13.20 | 0.00 | $13.20 | 57,439.83 |
| 2176252 | Photocopy | | E | 12/26/2007 | 0999 | C&D | 0.00 | $2.50 | 0.00 | $2.50 | 57,442.33 |
| 2176264 | Photocopy | | E | 12/26/2007 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 57,443.03 |

{D0105594.1 }

| Client Number:   4642 | Grace Asbestos Personal Injury Claimants | | | | | | | |
| Matter       000 | Disbursements | | | | | | | |

Attn:

| | | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2176267 | Photocopy | E | 12/26/2007 | 0999 | C&D | 0.00 | $13.80 | 0.00 | $13.80 | 57,456.83 |
| 2176553 | Postage | E | 12/27/2007 | 0999 | C&D | 0.00 | $31.65 | 0.00 | $31.65 | 57,488.48 |
| 2176554 | Postage | E | 12/27/2007 | 0999 | C&D | 0.00 | $36.34 | 0.00 | $36.34 | 57,524.82 |
| 2176555 | Postage | E | 12/27/2007 | 0999 | C&D | 0.00 | $36.34 | 0.00 | $36.34 | 57,561.16 |
| 2176556 | Postage | E | 12/27/2007 | 0999 | C&D | 0.00 | $46.16 | 0.00 | $46.16 | 57,607.32 |
| 2177166 | Photocopy | E | 12/27/2007 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 57,607.42 |
| 2177171 | Photocopy | E | 12/27/2007 | 0220 | SKL | 0.00 | $1.40 | 0.00 | $1.40 | 57,608.82 |
| 2177172 | Photocopy | E | 12/27/2007 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 57,609.12 |
| 2177179 | Photocopy | E | 12/27/2007 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 57,610.52 |
| 2177180 | Photocopy | E | 12/27/2007 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 57,610.62 |
| 2177182 | Photocopy | E | 12/27/2007 | 0220 | SKL | 0.00 | $2.80 | 0.00 | $2.80 | 57,613.42 |
| 2177189 | Photocopy | E | 12/27/2007 | 0308 | DBS | 0.00 | $13.40 | 0.00 | $13.40 | 57,626.82 |
| 2177195 | Photocopy | E | 12/27/2007 | 0317 | JAL | 0.00 | $1.20 | 0.00 | $1.20 | 57,628.02 |
| 2177225 | Photocopy | E | 12/27/2007 | 0317 | JAL | 0.00 | $1.80 | 0.00 | $1.80 | 57,629.82 |
| 2177347 | Equitrac - Long Distance to 3023733090 | E | 12/27/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 57,629.91 |
| 2177355 | Equitrac - Long Distance to 6467228508 | E | 12/28/2007 | 0999 | C&D | 0.00 | $5.01 | 0.00 | $5.01 | 57,634.92 |
| 2177299 | Photocopy | E | 12/28/2007 | 0308 | DBS | 0.00 | $0.40 | 0.00 | $0.40 | 57,635.32 |
| 2177300 | Photocopy | E | 12/28/2007 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 57,635.42 |

{D0105594.1 }

**Grace Asbestos Personal Injury Claimants**

**Disbursements**

Page: 1

1/19/2008

Attn:

Print Date/Time: 01/19/2008  1:37:15PM

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2177088 | Document Tech;  IMG - CD/Floppy Duplication | E | 12/28/2007 | 0308 | DBS | 0.00 | $15.86 | 0.00 | $15.86 | 57,651.28 |
| 2177089 | Document Tech;  Blowbacks | E | 12/28/2007 | 0308 | DBS | 0.00 | $78.53 | 0.00 | $78.53 | 57,729.81 |
| 2177101 | Red Top Cab;  Late night cabs home between 12/2/07 and 12/14/07 | E | 12/28/2007 | 0308 | DBS | 0.00 | $113.23 | 0.00 | $113.23 | 57,843.04 |
| 2177301 | Photocopy | E | 12/29/2007 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 57,843.14 |
| 2177321 | Photocopy | E | 12/31/2007 | 0255 | DAT | 0.00 | $3.10 | 0.00 | $3.10 | 57,846.24 |
| 2180733 | Database Research Westlaw by BSB 12/13-26 | E | 12/31/2007 | 0999 | C&D | 0.00 | $1,271.48 | 0.00 | $1,271.48 | 59,117.72 |
| 2180734 | Database Research Westlaw by MAF 12/4-5 | E | 12/31/2007 | 0999 | C&D | 0.00 | $1,251.47 | 0.00 | $1,251.47 | 60,369.19 |
| 2180735 | Database Research Westlaw by LMK 12/13-20 | E | 12/31/2007 | 0999 | C&D | 0.00 | $1,941.63 | 0.00 | $1,941.63 | 62,310.82 |
| 2180736 | Database Research Westlaw by JMR 12/17-21 | E | 12/31/2007 | 0999 | C&D | 0.00 | $164.50 | 0.00 | $164.50 | 62,475.32 |
| 2180737 | Database Research Westlaw by WBS 12/12-19 | E | 12/31/2007 | 0999 | C&D | 0.00 | $145.13 | 0.00 | $145.13 | 62,620.45 |
| 2180738 | Database Research Westlaw by DBS 12/4-7 | E | 12/31/2007 | 0999 | C&D | 0.00 | $459.32 | 0.00 | $459.32 | 63,079.77 |
| 2180739 | Database Research Westlaw by ALV 12/3-21 | E | 12/31/2007 | 0999 | C&D | 0.00 | $1,281.76 | 0.00 | $1,281.76 | 64,361.53 |
| 2180740 | Database Research Westlaw by JPW 12/3-31 | E | 12/31/2007 | 0999 | C&D | 0.00 | $3,018.88 | 0.00 | $3,018.88 | 67,380.41 |
| 2180741 | Database Research Westlaw by AJS 12/5-21 | E | 12/31/2007 | 0999 | C&D | 0.00 | $1,658.61 | 0.00 | $1,658.61 | 69,039.02 |
| 2180742 | Database Research Westlaw by ALV/NR 12/18 | E | 12/31/2007 | 0999 | C&D | 0.00 | $68.86 | 0.00 | $68.86 | 69,107.88 |
| 2180743 | Database Research Westlaw by JAL 12/18 | E | 12/31/2007 | 0999 | C&D | 0.00 | $146.21 | 0.00 | $146.21 | 69,254.09 |
| 2180744 | Database Research Westlaw by SAT 12/20-21 | E | 12/31/2007 | 0999 | C&D | 0.00 | $362.30 | 0.00 | $362.30 | 69,616.39 |
| 2180745 | Database Research Westlaw by WBS/CK 12/27 | E | 12/31/2007 | 0999 | C&D | 0.00 | $99.17 | 0.00 | $99.17 | 69,715.56 |

**Total Expenses**

$70,065.46

{D0105594.1 }

Grace Asbestos Personal Injury Claimants                                          Page: 1
Matter     000                        Disbursements                                                      1/19/2008

                                                                                    Print Date/Time: 01/19/2008  1:37:15PM

Attn:                                                                                                        Invoice #
                                                                                             $69,715.56
                                                              0.00                   0.00
                  Matter Total Fees                                          0.00                    0.00
                  Matter Total Expenses                                 70,065.46               69,715.56
                  Matter Total                                0.00     70,065.46     0.00       69,715.56


                  Prebill Total Fees
                  Prebill Total Expenses                              $70,065.46              $69,715.56
                  Prebill Total                               0.00   $70,065.46     0.00      $69,715.56

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 59,594 | 08/20/2007 | 376,064.00 | 75,212.80 |
| 60,172 | 09/30/2007 | 416,370.00 | 83,274.00 |
| 60,492 | 10/29/2007 | 472,128.75 | 94,425.75 |
| 60,664 | 11/29/2007 | 665,174.50 | 133,034.90 |
| 61,283 | 12/21/2007 | 702,860.56 | 702,860.56 |
|  |  | 3,269,509.31 | 1,114,041.28 |

{D0105594.1 }