IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: 16115 and 16140** |

### NOTICE OF AMENDED PERSONAL INJURY ESTIMATION TRIAL DATES

TO:    Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.


**PLEASE TAKE NOTICE** of the following remaining personal injury estimation

trial dates which have been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| March 24, 2008 | 9:00 a.m. Prevailing Eastern Time |
| March 25, 2008 | 9:00 a.m. Prevailing Eastern Time |
| March 26, 2008 | 9:00 a.m. Prevailing Eastern Time |
| March 31, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 1, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 7, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 8, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 9, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 14, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 15, 2008 | 9:00 a.m. Prevailing Eastern Time |
| April 16, 2008 | 9:00 a.m. Prevailing Eastern Time |

| | |
|---|---|
| **May 5, 2008** | **9:00 a.m. Prevailing Eastern Time** |
| **May 6, 2008** | **9:00 a.m. Prevailing Eastern Time** |
| **May 7, 2008** | **9:00 a.m. Prevailing Eastern Time** |
| **May 13, 2008** | **9:00 a.m. Prevailing Eastern Time** |
| **May 14, 2008** | **9:00 a.m. Prevailing Eastern Time** |

**PLEASE TAKE FURTHER NOTICE** that these trials shall take place before the

Honorable Judith K. Fitzgerald at the United States Bankruptcy Court, 5414 U.S. Steel Building,

600 Grant Street, Pittsburgh, Pennsylvania 15219.

Dated: January 30, 2008

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession