# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co.
**CASE NO.:** 01-1139(JKF)

**COURTROOM LOCATION:** Multi-Purpose Room
**DATE:** January 28, 2007 @ 1:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James O'Neill | PSZJ | Debtors |
| David Klauder | UST | UST |
| Hank T. Huizfield | Campbell + Levine | ACC |
| [signature] | | |
| Christina Thompson | Connolly Bove Lodge & Hutz | City of Charleston |
| Tara Neufeld | Hayneworth Sinkler Boyd | " |
| Lewis Kruger | Stroock | Official Unsecured Creditors Cmtee |
| Michael Lastowski | Duane Morris | Various Claimants |
| Daniel Hogan | The Hogan Firm | " |
| Will Sparks | W.R. Grace | Debtor |
| Jon Byler | Kirkland & Ellis | Debtor |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| Jeff Waxman | Cozen O'Connor | Fallon Lu? |
| Jack Phillips | Phillips Goldman & Spence | FCR |
| Frank Murray | Orrick Carlyle | Cumming Bur? |
| Jeffrey Waxman | Cumming Bur? | Scott J. Mahan / Maryland Casualty |