IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

**FORTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | October 1, 2007 through October 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $51,391.50): | $ 41,113.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 293.56 |
| Total Amount Due: | $ 41,406.76 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the July, August and September monthly fee statements and the Fifteenth Quarterly Fee Application is 17.3 hours and corresponding compensation requested is approximately $5,096.00.

This is the Forty-Fifth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

# FORTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
## (FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FORTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
|  |  |  |  |  |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
|  |  |  |  |  |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FORTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FORTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | $400,702.00 | $4,008.69 | $320,561.60 |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | $411,820.00 | $4,158.75 | $329,456.00 |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | $288,706.50 | $1,698.54 | $230,965.20 |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |

**FORTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47,704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FORTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | $232,454.50 | $1217.17 | $185,963.60 |
| January 29, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |

**FORTY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007)**

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 10/1/07 through 10/31/07

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 14.90 | $8,865.50 |
| S. Cunningham | Member | $595 | 24.20 | $14,399.00 |
| J. Dolan | Consultant | $375 | 73.40 | $27,525.00 |
| M. Desalvio | Research | $160 | 0.20 | $32.00 |
| N. Backer | Paraprofessional | $100 | 5.70 | $570.00 |
| For the Period 10/1/07 through 10/31/07 | | | 118.40 | $51,391.50 |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 10/1/07 through 10/31/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant discussed numerous potential acquisitions with the Debtor and its advisors and reported our findings to counsel and the committee. | 8.20 | $3,867.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios, and analyses of the Asbestos POR. | 39.60 | $17,930.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues with Counsel and Committee members. | 6.00 | $2,207.00 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant analyzed environmental claims, reviewed Debtors presentation regarding the status of various environmental matters and participated in a meeting with Debtors and Counsel. | 22.30 | $10,914.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the July, August and September monthly Fee Statements, and the Fifteenth Quarterly Fee Statement. | 17.30 | $5,096.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding August monthly reports and Q3 results by comparing sales, EBIT, and gross margin to Plan and prior year. | 13.50 | $5,788.50 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in a meeting regarding environmental matters. | 11.50 | $5,588.50 |
| **Totals for the Period 10/1/07 through 10/31/07** | | **118.40** | **$51,391.50** |

Capstone Advisory Group, LLC
Invoice for the October 2007 Fee Application

Page 1 of 1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 10/1/07 through 10/31/07

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 10/1/2007 | J. Dolan | 0.40 | Requested information from Blackstone regarding M&A transactions. |
| 10/4/2007 | J. Dolan | 1.60 | Prepared for and participated in discussions with Blackstone and the Company regarding potential acquisitions. |
| 10/4/2007 | J. Dolan | 2.60 | Prepared potential acquisition summary for team and counsel. |
| 10/9/2007 | E. Ordway | 1.30 | Prepared/edited report to Committee regarding potential acquisitions. |
| 10/10/2007 | S. Cunningham | 2.30 | Review acquistion update and information. |
| Subtotal | | 8.20 | |
| 03. Claims Analysis & Valuation | | | |
| 10/1/2007 | J. Dolan | 1.60 | Analyzed environmental claims and proposed settlements as presented at 9/26 meeting. |
| 10/3/2007 | J. Dolan | 1.50 | Read and analyzed memos from counsel regarding PD settlements. |
| 10/5/2007 | J. Dolan | 4.30 | Updated recovery analysis based on changes in assumptions. |
| 10/22/2007 | J. Dolan | 3.70 | Updated recovery analysis including Sealed Air settlement, interest calculation, environmental settlement. |
| 10/26/2007 | J. Dolan | 2.40 | Read and analyzed POR received. |
| 10/26/2007 | J. Dolan | 3.30 | Updated recovery analysis based on POR and various other assumptions. |
| 10/26/2007 | S. Cunningham | 2.30 | Reviewed POR term sheet and analyzed proposal. |
| 10/26/2007 | J. Dolan | 1.50 | Prepared plan comparison analysis. |
| 10/27/2007 | J. Dolan | 0.80 | Revisions to recovery analysis. |
| 10/28/2007 | S. Cunningham | 2.00 | Reviewed and pdated recovery analysis using POR term sheet assumptions. |
| 10/29/2007 | S. Cunningham | 2.40 | Review and analyze hypothetical recovery under various claims scenarios. |
| 10/29/2007 | J. Dolan | 2.20 | Updated recovery analysis based on changes in assumptions. |

Capstone Advisory Group, LLC                                                                                          Page 1 of 4
Invoice for the October 2007 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/30/2007 | S. Cunningham | 3.00 | Reviewed Enterprise valuation and claims assumptions per POR term sheet. |
| 10/30/2007 | J. Dolan | 1.90 | Prepared analysis comparing plan components and incorporated changes from review. |
| 10/30/2007 | E. Ordway | 0.80 | Reviewed POR term sheet and analyzed proposal. |
| 10/31/2007 | S. Cunningham | 2.60 | Review and summarize hypothetical recovery analysis at various levels. |
| 10/31/2007 | J. Dolan | 2.40 | Prepared for and participated in call with counsel regarding POR and related analysis. |
| 10/31/2007 | E. Ordway | 0.90 | Analyzed POR proposal. |
| Subtotal | | 39.60 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/2/2007 | J. Dolan | 1.50 | Committee matters - read and analyzed recent docket submissions. |
| 10/11/2007 | J. Dolan | 1.20 | Committee Matters - read and analyzed of recent docket submissions. |
| 10/15/2007 | J. Dolan | 0.50 | Committee matters - review of dockets. |
| 10/15/2007 | J. Dolan | 1.20 | Committee matters - updated work plan. |
| 10/22/2007 | J. Dolan | 0.90 | Committee Matters - read and analyzed recent docket submissions. |
| 10/22/2007 | J. Dolan | 0.50 | Committee matters - updated work plan. |
| 10/29/2007 | M. Desalvio | 0.20 | Retrieve share information for team. |
| Subtotal | | 6.00 | |

06. Environmental Mtrs/Regs/Litig.

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/1/2007 | E. Ordway | 0.30 | Read rebuttal update. |
| 10/2/2007 | E. Ordway | 0.80 | Continued to read rebuttal reports. |
| 10/3/2007 | E. Ordway | 0.70 | Read and analyzed counsels' memo regarding settlements with insurance carriers. |
| 10/10/2007 | J. Dolan | 0.50 | Requested information for environmental meeting on 10/24. |
| 10/12/2007 | E. Ordway | 0.50 | Analyzed information regarding environmental claims. |
| 10/15/2007 | J. Dolan | 0.90 | Prepared environmental reserve analysis. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/15/2007 | J. Dolan | 2.00 | Read and analyzed prior environmental memos to assist in current settlement analysis. |
| 10/18/2007 | S. Cunningham | 2.50 | Review historical EPA data and claims summary. |
| 10/18/2007 | E. Ordway | 1.60 | Analyzed data/history regarding environmental claims. |
| 10/19/2007 | S. Cunningham | 1.50 | Review EPA data in preparation of meeting with Company and counsel. |
| 10/19/2007 | J. Dolan | 1.60 | Prepared for environmental meeting on 10/24. |
| 10/19/2007 | E. Ordway | 1.40 | Read and analyzed environmental remediation claim data. |
| 10/23/2007 | J. Dolan | 1.80 | Prepared environmental reserve analysis. |
| 10/23/2007 | S. Cunningham | 2.30 | Read and analyzed EPA information in preparation for meeting with company. |
| 10/23/2007 | J. Dolan | 3.90 | Read and analyzed environmental information received for meeting on 10/24. |
| Subtotal | | 22.30 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/2/2007 | J. Dolan | 0.30 | Communicated with Company regarding past due invoices. |
| 10/2/2007 | J. Dolan | 0.90 | Prepared July fee application and invoice analysis. |
| 10/3/2007 | J. Dolan | 0.80 | Prepared August fee application. |
| 10/5/2007 | N. Backer | 0.50 | Prepared August fee application. |
| 10/8/2007 | N. Backer | 1.20 | Prepared August and September Fee applications. |
| 10/11/2007 | J. Dolan | 1.00 | Prepared of July fee application and invoice follow-up. |
| 10/11/2007 | J. Dolan | 0.90 | Prepared 2nd quarter fee application. |
| 10/15/2007 | J. Dolan | 0.80 | Final review and distribution of 2nd quarter fee application. |
| 10/16/2007 | N. Backer | 3.00 | Prepared August and September Fee applications. |
| 10/18/2007 | N. Backer | 1.00 | Prepared August and September Fee applications. |
| 10/22/2007 | J. Dolan | 1.40 | Prepared August fee application. |
| 10/22/2007 | J. Dolan | 1.00 | Prepared July fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/23/2007 | E. Ordway | 0.60 | Prepared fee application. |
| 10/25/2007 | J. Dolan | 1.50 | Prepared and finalized August fee application. |
| 10/25/2007 | E. Ordway | 0.20 | Prepared fee application. |
| 10/25/2007 | J. Dolan | 0.50 | Final review and distribution of July fee application. |
| 10/25/2007 | J. Dolan | 1.70 | Prepared September fee application. |
| Subtotal | | 17.30 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/2/2007 | J. Dolan | 2.80 | Read and analyzed August 2007 monthly operating reports. |
| 10/18/2007 | J. Dolan | 2.90 | Prepared analysis for 3Q07 results report to the Committee. |
| 10/18/2007 | J. Dolan | 1.70 | Read and analyzed company website for current issues affecting the 3Q07 report to the Committee. |
| 10/25/2007 | S. Cunningham | 3.30 | Review preliminary Q3 financial performance data. |
| 10/25/2007 | J. Dolan | 1.50 | Prepared snapshot of 3Q07 results actual vs plan vs prior year. |
| 10/25/2007 | J. Dolan | 1.30 | Read and analyzed Company press release. |
| Subtotal | | 13.50 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/24/2007 | E. Ordway | 1.80 | Prepared for meeting with Debtor regarding various property settlements by reviewing documents provided. |
| 10/24/2007 | E. Ordway | 3.20 | Participated in meeting with Debtors to discuss property damage settlement proposals. |
| 10/24/2007 | E. Ordway | 0.30 | Met with counsel to debrief and discuss next steps. |
| 10/24/2007 | J. Dolan | 5.70 | Prepared for and participated in environmental meeting with the Company. |
| 10/31/2007 | E. Ordway | 0.50 | Call with counsel to discuss POR proposals/term sheet. |
| Subtotal | | 11.50 | |
| **Total Hours** | | **118.40** | |

Capstone Advisory Group, LLC  
Invoice for the October 2007 Fee Application

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 10/1/07 through 10/31/07

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Parking/Tolls** | | | |
| 10/24/2007 | E. Ordway | Parking $40.20 - Tolls $6.00 | $46.20 |
| 10/24/2007 | J. Dolan | Parking $34.20 - Tolls $6.00 | $40.20 |
| Subtotal - Parking/Tolls | | | $86.40 |
| **Research** | | | |
| 10/31/2007 | Capstone Expense | October Bloomberg | $32.00 |
| 10/31/2007 | Capstone Expense | Pacer for October | $6.40 |
| Subtotal - Research | | | $38.40 |
| **Scans** | | | |
| 10/31/2007 | Capstone Expense | October Scans 71 @ 1.00 each | $71.00 |
| Subtotal - Scans | | | $71.00 |
| **Telecom** | | | |
| 10/31/2007 | Capstone Expense | October telecom | $97.76 |
| Subtotal - Telecom | | | $97.76 |
| **For the Period 10/1/07 through 10/31/07** | | | **$293.56** |

Capstone Advisory Group, LLC
Invoice for the October 2007 Fee Application

Page 1 of 1