```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 1


                       W. R. Grace, Inc. % Elihu Inselbuch
                       Caplin & Drysdale
                       399 Park Avenue, 27th Floor
                       New York, New York 10022


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 12/01/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.3   552.50
 #8801     additional work on estimating Dunbar/Chambers      425.00
           effects on liability

 12/02/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 4.8  3360.00
 #8602     research Heckman issues                              700.00

 12/02/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 2.3   977.50
 #8803     finish estimating Dunbar/Chambers effects on     425.00
           liability

 12/03/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 5.1  3570.00
 #8603     research Heckman issues                              700.00

 12/04/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 3.8  1615.00
 #8806     categorize questionnaires according to information  425.00
           provided by Rust and Florence

 12/04/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 2.2   935.00
 #8809     read Biggs' report                                   425.00

 12/05/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 3.5  1487.50
 #8810     read Dunbar book                                     425.00

 12/10/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 3.8  1615.00
 #8818     read Stallard materials                              425.00

 12/11/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 2.3   977.50
 #8819     review additional Stallard materials                 425.00

 12/15/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.9  2730.00
 #8618     review Heckman issues                                700.00

 12/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.8  1960.00
 #8622     address Heckman issues                               700.00

 12/24/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.8   765.00
 #8834     deal with questions regarding Moolgavkarn's     425.00
           computations

 12/26/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.3  1610.00
 #8632     work on Heckman issues                               700.00
```

{D0105642.1 }

```
Date: 01/30/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 2

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 12/27/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  6.3  4410.00
 #8633     work on Heckman issues                               700.00
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 3

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 12/05/07  Relles    / (07) Committee, Creditors'              1.8     765.00
 #8811     email to Finch re: mesothelioma samples description 425.00

 12/13/07  Relles    / (07) Committee, Creditors'              1.8     765.00
 #8821     compose memo on Grace judgments, send to Finch      425.00

 12/17/07  Relles    / (07) Committee, Creditors'              1.8     765.00
 #8824     construct and document graphics for Finch           425.00

 12/17/07  Relles    / (07) Committee, Creditors'              1.4     595.00
 #8825     email, phone Finch re: Dunbar exhibits              425.00

 12/18/07  Peterson  / (07) Committee, Creditors'              0.5     350.00
 #8621     meet with Inselbuch re: estimates of Grace          700.00
           liabilities

 12/18/07  Relles    / (07) Committee, Creditors'              0.7     297.50
 #8826     correspondence with Finch re: Dunbar exhibits       425.00

 12/19/07  Peterson  / (07) Committee, Creditors'              0.6     420.00
 #8624     telephone Finch (.3); Relles (.3) re: verdicts      700.00

 12/19/07  Relles    / (07) Committee, Creditors'              0.5     212.50
 #8828     correspondence with Finch re: Dunbar exhibits       425.00

 12/19/07  Relles    / (07) Committee, Creditors'              0.5     212.50
 #8830     correspondence with Finch re: Grace verdicts        425.00

 12/20/07  Relles    / (07) Committee, Creditors'              1.2     510.00
 #8832     find information regarding large judgment--requested 425.00
           by Finch
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 4

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 12/18/07  Relles    / (16) Plan and Disclosure Statement      2.6    1105.00
 #8827     develop TDP cash flow model for Inselbuch (2.3);  425.00
           telephone Peterson re: same (.3)

 12/20/07  Peterson  / (16) Plan and Disclosure Statement      3.4    2380.00
 #8626     address Committee questions about liabilities under 700.00
           proposed TDP (2.4); review Inselbuch email (1.0)

 12/31/07  Peterson  / (16) Plan and Disclosure Statement      5.7    3990.00
 #8634     review memo on TDP and TDP analyses               700.00

 12/31/07  Peterson  / (16) Plan and Disclosure Statement      0.5     350.00
 #8635     telephone McMillan re: TDP                        700.00
```

{D0105642.1 }

```
Date: 01/30/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 5

                         W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 12/01/07   Peterson  / (28) Data Analysis                        5.0   3500.00
 #8601      review Debtor's expert reports                     700.00

 12/01/07   Relles    / (28) Data Analysis                        2.7   1147.50
 #8802      additional work on developing time series displays 425.00
            on bankruptcy effects

 12/02/07   Relles    / (28) Data Analysis                        2.2    935.00
 #8804      analyze time series of filings and settlements for 425.00
            various defendants

 12/03/07   Relles    / (28) Data Analysis                        6.5   2762.50
 #8805      develop dvd with questionnaires from specified law 425.00
            firms

 12/04/07   Peterson  / (28) Data Analysis                        0.3    210.00
 #8604      telephone Relles re: analyzing trends in filings and 700.00
            settlements

 12/04/07   Peterson  / (28) Data Analysis                        3.1   2170.00
 #8605      research on claims filings, impacts of litigation  700.00
            events

 12/04/07   Peterson  / (28) Data Analysis                        2.8   1960.00
 #8606      review PIQs and other claims materials             700.00

 12/04/07   Relles    / (28) Data Analysis                        0.3    127.50
 #8807      telephone Peterson re: analyzing trends in filings 425.00
            and settlements

 12/04/07   Relles    / (28) Data Analysis                        2.6   1105.00
 #8808      analyze trends in filings and settlements          425.00

 12/05/07   Ebener    / (28) Data Analysis                        1.0    300.00
 #9101      reconcile jury verdict data entry                  300.00

 12/05/07   Ebener    / (28) Data Analysis                        0.3     90.00
 #9102      transmit jury verdict data to Relles               300.00

 12/05/07   Peterson  / (28) Data Analysis                        0.3    210.00
 #8607      telephone Relles re: analyzing trends in filings and 700.00
            settlements

 12/05/07   Peterson  / (28) Data Analysis                        3.8   2660.00
 #8608      review expert reports                              700.00
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                       Page 6

                    W. R. Grace


Date/Slip#  Description                               HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 12/05/07   Relles    / (28) Data Analysis                  0.3     127.50
 #8812      telephone Peterson re: analyzing trends in    425.00
            filings and settlements

 12/05/07   Relles    / (28) Data Analysis                  2.6    1105.00
 #8813      continue to develop and analyze additional    425.00
            trends in filings and settlements

 12/06/07   Ebener    / (28) Data Analysis                  1.0     300.00
 #9103      review jury reports and write email to        300.00
            Relles and Peterson about trends in cases

 12/06/07   Peterson  / (28) Data Analysis                  0.6     420.00
 #8609      telephone Relles re: trends in filings and    700.00
            settlements

 12/06/07   Peterson  / (28) Data Analysis                  2.6    1820.00
 #8610      review trends information                     700.00

 12/06/07   Relles    / (28) Data Analysis                  3.3    1402.50
 #8814      summarize trends in filings and              425.00
            settlements for Peterson discussion (2.7);
            telephone Peterson re: same (.6)

 12/07/07   Relles    / (28) Data Analysis                  0.3     127.50
 #8815      telephone Kramer re: insurance projections    425.00

 12/07/07   Relles    / (28) Data Analysis                  2.5    1062.50
 #8816      review all work on insurance projections     425.00

 12/07/07   Relles    / (28) Data Analysis                  0.4     170.00
 #8817      telephone Kramer re: insurance projections    425.00

 12/08/07   Peterson  / (28) Data Analysis                  3.4    2380.00
 #8611      review expert reports                        700.00

 12/09/07   Peterson  / (28) Data Analysis                  5.3    3710.00
 #8612      review expert reports                        700.00

 12/10/07   Peterson  / (28) Data Analysis                  4.3    3010.00
 #8613      review Grace verdict and settlement          700.00
            history; histories of other defendants

 12/11/07   Peterson  / (28) Data Analysis                  4.9    3430.00
 #8614      review discontinuities in filing and         700.00
            settlement trends
```

{D0105642.1 }

```
Date: 01/30/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                        Page 7

                    W. R. Grace


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 12/12/07   Peterson  / (28) Data Analysis                       5.1   3570.00
 #8615      review experts reports                            700.00

 12/12/07   Relles    / (28) Data Analysis                       2.4   1020.00
 #8820      review information on Grace judgments             425.00

 12/13/07   Peterson  / (28) Data Analysis                       6.7   4690.00
 #8616      review experts reports                            700.00

 12/13/07   Relles    / (28) Data Analysis                       2.6   1105.00
 #8822      investigate updates of Nicholson epidemiological  425.00
            models

 12/14/07   Peterson  / (28) Data Analysis                       2.7   1890.00
 #8617      review post-petition claim asbestos claims filings 700.00

 12/16/07   Peterson  / (28) Data Analysis                       0.5    350.00
 #8619      telephone Relles re: same  review datasets and    700.00
            status of work

 12/16/07   Relles    / (28) Data Analysis                       0.8    340.00
 #8823      review datasets and status of work (.3); telephone 425.00
            Peterson (.5) re: same

 12/18/07   Peterson  / (28) Data Analysis                       0.3    210.00
 #8620      telephone Relles re: cash flow models             700.00

 12/19/07   Peterson  / (28) Data Analysis                       3.2   2240.00
 #8623      review financial statements of asbestos defendants 700.00

 12/19/07   Relles    / (28) Data Analysis                       2.2    935.00
 #8829      summarize information on Grace verdicts           425.00

 12/19/07   Relles    / (28) Data Analysis                       0.3    127.50
 #8831      telephone Peterson re: verdicts                   425.00

 12/20/07   Peterson  / (28) Data Analysis                       1.0    700.00
 #8625      review judgments against Grace                    700.00

 12/22/07   Peterson  / (28) Data Analysis                       2.6   1820.00
 #8627      work on analyses of trends in claim filings       700.00

 12/22/07   Peterson  / (28) Data Analysis                       3.8   2660.00
 #8628      read expert reports                               700.00
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 8

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 12/23/07  Peterson  / (28) Data Analysis                        4.5   3150.00
 #8629     read expert reports                                700.00

 12/23/07  Relles    / (28) Data Analysis                        0.3    127.50
 #8833     read article on trend in asbestos filings          425.00

 12/24/07  Peterson  / (28) Data Analysis                        3.9   2730.00
 #8630     read expert reports                                700.00

 12/26/07  Peterson  / (28) Data Analysis                        5.8   4060.00
 #8631     read expert reports                                700.00

 12/29/07  Relles    / (28) Data Analysis                        1.6    680.00
 #8835     archive all datasets                               425.00
------------------------------------------------------------------------------
```

{D0105642.1 }

```
Date: 01/30/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 9

                              W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                        December 2007 - December 2007

    MONTH         ACTIVITY                                   HOURS    AMOUNT
    ---------------------------------------------------------------------------
    December  - (05) Claims Anal Objectn/Resolutn (Asbest)    46.2   26565.00
    December  - (07) Committee, Creditors'                    10.8    4892.50
    December  - (16) Plan and Disclosure Statement            12.2    7825.00
    December  - (28) Data Analysis                           112.7   68647.50
    December  - (99) Total                                   181.9  107930.00

    Total     - (05) Claims Anal Objectn/Resolutn (Asbest)    46.2   26565.00
    Total     - (07) Committee, Creditors'                    10.8    4892.50
    Total     - (16) Plan and Disclosure Statement            12.2    7825.00
    Total     - (28) Data Analysis                           112.7   68647.50
    Total     - (99) Total                                   181.9  107930.00

    ---------------------------------------------------------------------------
```

{D0105642.1 }

```
Date: 01/30/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 10

                    W. R. Grace

              Summary Of Time Charges, By Month and Person
                     December 2007 - December 2007

 MONTH       PERSON                                           HOURS     AMOUNT
 -----------------------------------------------------------------------------
 December  - Relles                                            67.2   28560.00
 December  - Peterson                                         112.4   78680.00
 December  - Ebener                                             2.3     690.00
 December  - Total                                            181.9  107930.00

 Total     - Relles                                            67.2   28560.00
 Total     - Peterson                                         112.4   78680.00
 Total     - Ebener                                             2.3     690.00
 Total     - Total                                            181.9  107930.00

 -----------------------------------------------------------------------------
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 11

                    W. R. Grace

             Summary Of Time Charges, By Activity, Month, and Person
                       December 2007 - December 2007

MONTH       PERSON                              HOURS    RATE     AMOUNT
------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

December  - Relles                               21.0    425.    8925.00
December  - Peterson                             25.2    700.   17640.00

(07) Committee, Creditors'

December  - Relles                                9.7    425.    4122.50
December  - Peterson                              1.1    700.     770.00

(16) Plan and Disclosure Statement

December  - Relles                                2.6    425.    1105.00
December  - Peterson                              9.6    700.    6720.00

(28) Data Analysis

December  - Relles                               33.9    425.   14407.50
December  - Peterson                             76.5    700.   53550.00
December  - Ebener                                2.3    300.     690.00

------------------------------------------------------------------------
```

{D0105642.1 }