# EXHIBIT A

Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 8/14/2007 | Joshua J. Metcalf | 0.3 | Multiple correspondence with co-defense counsel regarding depositions of three screening doctors |
| 8/17/2007 | Mary Margaret Gay | 1.3 | Perform update and maintenance on document repository established for Debtors to review materials produced by screening companies and doctors |
| 8/28/2007 | Mary Margaret Gay | 2.3 | Read and analyze documents produced by two screening companies in furtherance of screening investigation |
| 8/31/2007 | Joshua J. Metcalf | 0.2 | Multiple correspondence with co-defense counsel and national counsel regarding pro hac vice admissions and pleadings for same relating to upcoming depositions |
| 8/31/2007 | Mary Margaret Gay | 1.5 | Continue to read and analyze documents produced by two screening companies in furtherance of screening investigation |

**Matter 21 – Claims Analysis Objection and Resolution (Asbestos) – Fees**

<u>Analysis of Diagnostic Materials and Third Party Discovery</u>

The following section details the work of the paraprofessionals-document analysts who read and analyze each item in the collection of over 1.5 million documents produced by asbestos screening companies and asbestos screening doctors pursuant to subpoenas in this action. During the applicable fee period, 16 paraprofessionals-document analysts completed 2241.4 hours of work reviewing these materials as they relate to the screening and diagnosis of the Debtors' asbestos claimants.

On a daily, weekly, and monthly basis, each paraprofessional conducts a detailed analysis of hundreds/thousands of documents relating to the diagnosis of Debtor's asbestos claimants. This work is typically summarized using the exact same time description for each analyst for every hour and day they spend on these efforts:

> Individual, detailed review and analysis of hundreds of records and documents, produced by various third party screening companies and screening doctors subpoenaed by client, in order to examine the screening and diagnosis of Debtor's asbestos claimants.

To set forth each paraprofessional-document analyst's daily time entries with this same description would result in dozens of pages of repetitive time descriptions. Therefore, in the interest of economy, we have summarized for your convenience the hours worked by timekeeper for the August 1, 2007 through August 31, 2007 time period below. For each timekeeper and entry, the time description set forth above applies.

From August 1, 2007 through August 31, 2006, Paraprofessionals/Document Analysts primarily examined and analyzed documents produced by CPOM, Healthscreen, MOST, Respiratory Testing Services, Inc., Dr. James Krainson, Dr. Robert Mezey, Dr. Harvey Richey, and Dr. Robert Springer.

The types of documents produced by these entities and reviewed by the Paraprofessionals/Document Analysts include: Intake Forms, Abnormality Forms, Advertising, Affidavits, Appointment Information, Appointment Letters, Appointment Requests, Attorney of Choice Forms, Brochures, Certificates of Death, Certificates of Service, Certifications of Physical Examinations, Financial Records, Consent Forms, Correspondence, Doctor/Patient Waivers, **Examination Reports**, Exposure Affidavits, Exposure Histories, Faxes, **ILOs**, Independent Medical Examination Reports, Industrial and Family Medical Service Documents, Screening Instructions, Licenses, Lists of Patients With Diagnoses, Medical Correspondence, Medical Histories, **Medical Records**, Medical Testing Services, Memoranda, **Narratives**, Notification of Registration, **Patient Questionnaires**, **Pulmonary Function Tests**, Pulmonary Function Test Calibration Reports, Pulmonary Function Test Prescriptions, **Pulmonary Function Test Reports**, Pulmonary Function Test/Chest X-ray Abnormality Forms, Physical Exams, Reports, Prescriptions, Questionnaires, Race Adjustment Sheets, Releases of Medical Information,

Requests for Pulmonary Function Tests, Requests for Records, Requests for X-rays, Employee Work Logs, X-ray Logs, Work Schedules, Safety Information, Screening Check Lists, Workers' Compensation Records, and X-ray Cards. The vast majority of the documents reviewed are diagnostic records and materials and are highlighted in bold above.

## Total Hours Worked by Professional-Document Analysts
## August 2007

| Date | Paraprofessional Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicators of Fraud |
|---|---|---|---|
| 8/1/2007 | Justin M. Alderson | 4.8 | 1,600 |
| 8/1/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/1/2007 | Esandra D. Crump-Riley | 6 | 2,000 |
| 8/1/2007 | Regina D. Epps | 7.2 | 2,400 |
| 8/1/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 8/1/2007 | Machandra Forest-Wilder | 8 | 2,667 |
| 8/1/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/1/2007 | Priscilla Hutton | 6.5 | 2,167 |
| 8/1/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/1/2007 | Shelly B. McMillan | 6.5 | 2,167 |
| 8/1/2007 | Virginia Miller | 7 | 2,333 |
| 8/1/2007 | Dana K. Mitchell | 8 | 2,667 |
| 8/1/2007 | Haley E. Peets | 8.5 | 2,833 |
| 8/1/2007 | Maya Dial-Schopmeyer | 6.3 | 2,100 |
| 8/1/2007 | Tyler G. Sims | 7.5 | 2,500 |
| 8/1/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for August 1, 2007** | **114** | **38,000** |
| 8/2/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 8/2/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/2/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 8/2/2007 | Regina D. Epps | 7.2 | 2,400 |
| 8/2/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 8/2/2007 | Machandra Forest-Wilder | 8 | 2,667 |
| 8/2/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/2/2007 | Priscilla Hutton | 6.3 | 2,100 |
| 8/2/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/2/2007 | Shelly B. McMillan | 3.6 | 1,200 |
| 8/2/2007 | Virginia Miller | 7 | 2,333 |
| 8/2/2007 | Dana K. Mitchell | 9 | 3,000 |
| 8/2/2007 | Haley E. Peets | 9.3 | 3,100 |
| 8/2/2007 | Maya Dial-Schopmeyer | 6.3 | 2,100 |
| 8/2/2007 | Tyler G. Sims | 8.5 | 2,833 |
| 8/2/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for August 2, 2007** | **115.9** | **38,633** |

## Total Hours Worked by Professional-Document Analysts
### August 2007

| | | | |
|---|---|---|---|
| 8/3/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 8/3/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/3/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 8/3/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/3/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/3/2007 | Machandra Forest-Wilder | 7 | 2,333 |
| 8/3/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/3/2007 | Priscilla Hutton | 6.7 | 2,233 |
| 8/3/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/3/2007 | Shelly B. McMillan | 4.8 | 1,600 |
| 8/3/2007 | Virginia Miller | 7 | 2,333 |
| 8/3/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/3/2007 | Haley E. Peets | 7.5 | 2,500 |
| 8/3/2007 | Maya Dial-Schopmeyer | 5.9 | 1,967 |
| 8/3/2007 | Tyler G. Sims | 7.5 | 2,500 |
| 8/3/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for August 3, 2007** | **111.2** | **37,067** |
| 8/6/2007 | Justin M. Alderson | 5.5 | 1,833 |
| 8/6/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/6/2007 | Esandra D. Crump-Riley | 6 | 2,000 |
| 8/6/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/6/2007 | Machandra Forest-Wilder | 7.2 | 2,400 |
| 8/6/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/6/2007 | Priscilla Hutton | 6.5 | 2,167 |
| 8/6/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/6/2007 | Shelly B. McMillan | 4.4 | 1,467 |
| 8/6/2007 | Virginia Miller | 7 | 2,333 |
| 8/6/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/6/2007 | Maya Dial-Schopmeyer | 7.6 | 2,533 |
| 8/6/2007 | Dante W. Toigo | 8 | 2,667 |
| | **Total for August 6, 2007** | **89.7** | **29,900** |
| 8/7/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 8/7/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/7/2007 | Regina D. Epps | 7.2 | 2,400 |
| 8/7/2007 | Ashley M. Ficklin | 5.5 | 1,833 |
| 8/7/2007 | Machandra Forest-Wilder | 8 | 2,667 |
| 8/7/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/7/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/7/2007 | Shelly B. McMillan | 7.6 | 2,533 |
| 8/7/2007 | Virginia Miller | 7 | 2,333 |
| 8/7/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/7/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/7/2007 | Maya Dial-Schopmeyer | 6.6 | 2,200 |
| 8/7/2007 | Dante W. Toigo | 8 | 2,667 |
| | **Total for August 7, 2007** | **94.2** | **31,400** |

A-6

**Total Hours Worked by Professional-Document Analysts**
**August 2007**

| | | | |
|---|---|---|---|
| 8/8/2007 | Justin M. Alderson | 8.5 | 2,833 |
| 8/8/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/8/2007 | Esandra D. Crump-Riley | 4 | 1,333 |
| 8/8/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/8/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/8/2007 | Machandra Forest-Wilder | 7.3 | 2,433 |
| 8/8/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/8/2007 | Priscilla Hutton | 7.1 | 2,367 |
| 8/8/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/8/2007 | Shelly B. McMillan | 7.1 | 2,367 |
| 8/8/2007 | Virginia Miller | 6 | 2,000 |
| 8/8/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/8/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/8/2007 | Maya Dial-Schopmeyer | 2.4 | 800 |
| 8/8/2007 | Dante W. Toigo | 7 | 2,333 |
| | Total for August 8, 2007 | 101.5 | 33,833 |
| 8/9/2007 | Justin M. Alderson | 1.5 | 500 |
| 8/9/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/9/2007 | Regina D. Epps | 7.2 | 2,400 |
| 8/9/2007 | Ashley M. Ficklin | 4.5 | 1,500 |
| 8/9/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/9/2007 | Priscilla Hutton | 8.5 | 2,833 |
| 8/9/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/9/2007 | Virginia Miller | 7 | 2,333 |
| 8/9/2007 | Dana K. Mitchell | 8 | 2,667 |
| 8/9/2007 | Haley E. Peets | 8.3 | 2,767 |
| 8/9/2007 | Maya Dial-Schopmeyer | 1.8 | 600 |
| 8/9/2007 | Dante W. Toigo | 7.2 | 2,400 |
| | Total for August 9, 2007 | 77.5 | 25,833 |
| 8/10/2007 | Justin M. Alderson | 5.5 | 1,833 |
| 8/10/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/10/2007 | Regina D. Epps | 7.2 | 2,400 |
| 8/10/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/10/2007 | Machandra Forest-Wilder | 7.5 | 2,500 |
| 8/10/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/10/2007 | Priscilla Hutton | 8.5 | 2,833 |
| 8/10/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/10/2007 | Virginia Miller | 7.2 | 2,400 |
| 8/10/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/10/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/10/2007 | Maya Dial-Schopmeyer | 5.9 | 1,967 |
| 8/10/2007 | Dante W. Toigo | 7 | 2,333 |
| | Total for August 10, 2007 | 93.6 | 31,200 |

**Total Hours Worked by Professional-Document Analysts**
**August 2007**

| | | | |
|---|---|---|---|
| 8/13/2007 | Justin M. Alderson | 4.5 | 1,500 |
| 8/13/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/13/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/13/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/13/2007 | Machandra Forest-Wilder | 8 | 2,667 |
| 8/13/2007 | Shirley A. Gray | 11 | 3,667 |
| 8/13/2007 | Priscilla Hutton | 8.5 | 2,833 |
| 8/13/2007 | Shelly B. McMillan | 11.6 | 3,867 |
| 8/13/2007 | Virginia Miller | 7 | 2,333 |
| 8/13/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/13/2007 | Haley E. Peets | 8.3 | 2,767 |
| 8/13/2007 | Maya Dial-Schopmeyer | 0.8 | 267 |
| 8/13/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for August 13, 2007** | **95** | **31,667** |
| 8/14/2007 | Justin M. Alderson | 7.5 | 2,500 |
| 8/14/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/14/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 8/14/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/14/2007 | Ashley M. Ficklin | 4 | 1,333 |
| 8/14/2007 | Machandra Forest-Wilder | 7.5 | 2,500 |
| 8/14/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/14/2007 | Priscilla Hutton | 8.5 | 2,833 |
| 8/14/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/14/2007 | Shelly B. McMillan | 8 | 2,667 |
| 8/14/2007 | Virginia Miller | 7.2 | 2,400 |
| 8/14/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/14/2007 | Haley E. Peets | 8 | 2,667 |
| 8/14/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for August 14, 2007** | **102** | **34,000** |
| 8/15/2007 | Justin M. Alderson | 6 | 2,000 |
| 8/15/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/15/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/15/2007 | Regina D. Epps | 7 | 2,333 |
| 8/15/2007 | Machandra Forest-Wilder | 8.2 | 2,733 |
| 8/15/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/15/2007 | Priscilla Hutton | 3.5 | 1,167 |
| 8/15/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/15/2007 | Shelly B. McMillan | 8.3 | 2,767 |
| 8/15/2007 | Virginia Miller | 7 | 2,333 |
| 8/15/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/15/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/15/2007 | Maya Dial-Schopmeyer | 6.4 | 2,133 |
| 8/15/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for August 15, 2007** | **98.2** | **32,733** |

### Total Hours Worked by Professional-Document Analysts
### August 2007

| | | | |
|---|---|---|---|
| 8/16/2007 | Justin M. Alderson | 7 | 2,333 |
| 8/16/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/16/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/16/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/16/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 8/16/2007 | Machandra Forest-Wilder | 8.2 | 2,733 |
| 8/16/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/16/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/16/2007 | Shelly B. McMillan | 0.8 | 267 |
| 8/16/2007 | Virginia Miller | 7.1 | 2,367 |
| 8/16/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/16/2007 | Maya Dial-Schopmeyer | 5 | 1,667 |
| 8/16/2007 | Dante W. Toigo | 7 | 2,333 |
| | Total for August 16, 2007 | 87.4 | 29,133 |
| 8/17/2007 | Justin M. Alderson | 8.5 | 2,833 |
| 8/17/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/17/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/17/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/17/2007 | Ashley M. Ficklin | 7.3 | 2,433 |
| 8/17/2007 | Machandra Forest-Wilder | 8.2 | 2,733 |
| 8/17/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/17/2007 | Priscilla Hutton | 8.5 | 2,833 |
| 8/17/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/17/2007 | Shelly B. McMillan | 2.5 | 833 |
| 8/17/2007 | Virginia Miller | 7 | 2,333 |
| 8/17/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/17/2007 | Dante W. Toigo | 7 | 2,333 |
| | Total for August 17, 2007 | 94.1 | 31,367 |
| 8/20/2007 | Justin M. Alderson | 7 | 2,333 |
| 8/20/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/20/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/20/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/20/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/20/2007 | Machandra Forest-Wilder | 8.2 | 2,733 |
| 8/20/2007 | Shirley A. Gray | 5.5 | 1,833 |
| 8/20/2007 | Priscilla Hutton | 7 | 2,333 |
| 8/20/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/20/2007 | Shelly B. McMillan | 8 | 2,667 |
| 8/20/2007 | Virginia Miller | 7 | 2,333 |
| 8/20/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/20/2007 | Maya Dial-Schopmeyer | 2.4 | 800 |
| 8/20/2007 | Dante W. Toigo | 7 | 2,333 |
| | Total for August 20, 2007 | 95.2 | 31,733 |

### Total Hours Worked by Professional-Document Analysts
### August 2007

| | | | |
|---|---|---|---|
| 8/21/2007 | Justin M. Alderson | 1 | 333 |
| 8/21/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/21/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/21/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/21/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/21/2007 | Machandra Forest-Wilder | 8.2 | 2,733 |
| 8/21/2007 | Shirley A. Gray | 11 | 3,667 |
| 8/21/2007 | Priscilla Hutton | 8 | 2,667 |
| 8/21/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/21/2007 | Shelly B. McMillan | 3.6 | 1,200 |
| 8/21/2007 | Virginia Miller | 7.2 | 2,400 |
| 8/21/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/21/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/21/2007 | Maya Dial-Schopmeyer | 1 | 333 |
| 8/21/2007 | Dante W. Toigo | 8.5 | 2,833 |
| | Total for August 21, 2007 | 98.6 | 32,867 |
| 8/22/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 8/22/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/22/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/22/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/22/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 8/22/2007 | Machandra Forest-Wilder | 9.3 | 3,100 |
| 8/22/2007 | Shirley A. Gray | 10 | 3,333 |
| 8/22/2007 | Priscilla Hutton | 8 | 2,667 |
| 8/22/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/22/2007 | Virginia Miller | 5.8 | 1,933 |
| 8/22/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/22/2007 | Haley E. Peets | 7.2 | 2,400 |
| 8/22/2007 | Dante W. Toigo | 8.5 | 2,833 |
| | Total for August 22, 2007 | 98.3 | 32,767 |
| 8/23/2007 | Justin M. Alderson | 2.3 | 767 |
| 8/23/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/23/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/23/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/23/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/23/2007 | Machandra Forest-Wilder | 8.7 | 2,900 |
| 8/23/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/23/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 8/23/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/23/2007 | Shelly B. McMillan | 2.6 | 867 |
| 8/23/2007 | Virginia Miller | 7.1 | 2,367 |
| 8/23/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/23/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/23/2007 | Dante W. Toigo | 8 | 2,667 |
| | Total for August 23, 2007 | 95.3 | 31,767 |

A-10

**Total Hours Worked by Professional-Document Analysts**
**August 2007**

| | | | |
|---|---|---|---|
| 8/24/2007 | Justin M. Alderson | 10 | 3,333 |
| 8/24/2007 | Kim A. Byrd | 7.5 | 2,500 |
| 8/24/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/24/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/24/2007 | Ashley M. Ficklin | 7.3 | 2,433 |
| 8/24/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 8/24/2007 | Shirley A. Gray | 7.5 | 2,500 |
| 8/24/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 8/24/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/24/2007 | Shelly B. McMillan | 2.5 | 833 |
| 8/24/2007 | Virginia Miller | 4.1 | 1,367 |
| 8/24/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/24/2007 | Haley E. Peets | 7.5 | 2,500 |
| 8/24/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for August 24, 2007** | **98** | **32,667** |
| 8/27/2007 | Justin M. Alderson | 8.5 | 2,833 |
| 8/27/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/27/2007 | Esandra D. Crump-Riley | 8.5 | 2,833 |
| 8/27/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/27/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 8/27/2007 | Machandra Forest-Wilder | 8.2 | 2,733 |
| 8/27/2007 | Shirley A. Gray | 10.5 | 3,500 |
| 8/27/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 8/27/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/27/2007 | Shelly B. McMillan | 1 | 333 |
| 8/27/2007 | Virginia Miller | 7 | 2,333 |
| 8/27/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/27/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/27/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for August 27, 2007** | **101.5** | **33,833** |
| 8/28/2007 | Justin M. Alderson | 8 | 2,667 |
| 8/28/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/28/2007 | Esandra D. Crump-Riley | 7.5 | 2,500 |
| 8/28/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/28/2007 | Machandra Forest-Wilder | 8.5 | 2,833 |
| 8/28/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/28/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 8/28/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/28/2007 | Shelly B. McMillan | 0.7 | 233 |
| 8/28/2007 | Virginia Miller | 7 | 2,333 |
| 8/28/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/28/2007 | Haley E. Peets | 7.3 | 2,433 |
| 8/28/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for August 28, 2007** | **91.5** | **30,500** |

**Total Hours Worked by Professional-Document Analysts**
**August 2007**

| | | | |
|---|---|---|---|
| 8/29/2007 | Justin M. Alderson | 2 | 667 |
| 8/29/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/29/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/29/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/29/2007 | Ashley M. Ficklin | 7.3 | 2,433 |
| 8/29/2007 | Machandra Forest-Wilder | 8.5 | 2,833 |
| 8/29/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/29/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 8/29/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/29/2007 | Shelly B. McMillan | 6 | 2,000 |
| 8/29/2007 | Virginia Miller | 7 | 2,333 |
| 8/29/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/29/2007 | Haley E. Peets | 7.5 | 2,500 |
| 8/29/2007 | Dante W. Toigo | 7.5 | 2,500 |
| | **Total for August 29, 2007** | **98.1** | **32,700** |
| 8/30/2007 | Justin M. Alderson | 4.5 | 1,500 |
| 8/30/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/30/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/30/2007 | Regina D. Epps | 7.3 | 2,433 |
| 8/30/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/30/2007 | Machandra Forest-Wilder | 11 | 3,667 |
| 8/30/2007 | Shirley A. Gray | 9 | 3,000 |
| 8/30/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/30/2007 | Shelly B. McMillan | 7.4 | 2,467 |
| 8/30/2007 | Virginia Miller | 6 | 2,000 |
| 8/30/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/30/2007 | Haley E. Peets | 7.5 | 2,500 |
| 8/30/2007 | Dante W. Toigo | 11.5 | 3,833 |
| | **Total for August 30, 2007** | **99.7** | **33,233** |
| 8/31/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 8/31/2007 | Kim A. Byrd | 7 | 2,333 |
| 8/31/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 8/31/2007 | Regina D. Epps | 7.5 | 2,500 |
| 8/31/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 8/31/2007 | Machandra Forest-Wilder | 10 | 3,333 |
| 8/31/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 8/31/2007 | Shelly B. McMillan | 7.9 | 2,633 |
| 8/31/2007 | Virginia Miller | 7 | 2,333 |
| 8/31/2007 | Dana K. Mitchell | 7 | 2,333 |
| 8/31/2007 | Haley E. Peets | 7.5 | 2,500 |
| 8/31/2007 | Dante W. Toigo | 9.5 | 3,167 |
| | **Total for August 31, 2007** | **91.4** | **30,467** |
| | **TOTAL FOR AUGUST 2007** | **2,401.4** | **$783** |

Matter 32 - Fee Applications, Applicant - Fees

| <u>Date</u> | <u>Professional</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/3/2007 | Marcy B. Croft | 1.9 | Continue to draft portions of the Quarterly Fee Application for Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007, April 2007, May 2007, and June 2007 |
| 8/8/2007 | Ashley E. Calhoun | 5.4 | Continue to draft portions of the Quarterly Fee Application for Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007, April 2007, May 2007, and June 2007 |
| 8/9/2007 | Marcy B. Croft | 4.7 | Continue to draft portions of the Quarterly Fee Application for Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007, April 2007, May 2007, and June 2007 |
| 8/9/2007 | Ashley E. Calhoun | 9.1 | Continue to draft portions of the Quarterly Fee Application for Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007, April 2007, May 2007, and June 2007 |
| 8/10/2007 | Ashley E. Calhoun | 6.5 | Continue to draft portions of the Quarterly Fee Application for Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007, April 2007, May 2007, and June 2007 |
| 8/11/2007 | Ashley E. Calhoun | 2.2 | Continue to draft portions of the Quarterly Fee Application for Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007, April 2007, May 2007, and June 2007 |
| 8/12/2007 | Ashley E. Calhoun | 0.4 | Continue to draft portions of the Quarterly Fee Application for Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007, April 2007, May 2007, and June 2007 |

Matter 32 - Fee Applications, Applicant - Fees

| 8/13/2007 | Ashley E. Calhoun | 2.8 | Continue to draft portions of the Quarterly Fee Application for Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Periods April 2006 through March 2007, April 2007, May 2007, and June 2007 |
| 8/14/2007 | Marcy B. Croft | 9.2 | Continue to draft and finalize the Quarterly Application of Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP for the Fee Periods April 2006 through March 2007, April 2007, May 2007, and June 2007 |
| 8/14/2007 | Ashley E. Calhoun | 2.4 | Edit and finalize Quarterly Fee Application to be submitted to W.R. Grace covering April 2006 through July 2007 and forward same to counsel for filing |
| 8/17/2007 | Marcy B. Croft | 3.9 | Begin draft of Fee Application Covering Unreimbursed Expenses and Fees in Excess of the OCP cap for the fee period July 1, 2007 through July 31, 2007 |
| 8/20/2007 | Marcy B. Croft | 3.8 | Continue to draft Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP for the Fee Period July 2007 |
| 8/20/2007 | Ashley E. Calhoun | 0.8 | Draft certification of no objection to be filed with court and draft electronic correspondence with local counsel regarding same |
| 8/28/2007 | Marcy B. Croft | 1.6 | Continue to prepare the Fee Application for FPWKT for Unreimbursed Expenses and Fees in Excess of the OCP Cap for July 2007 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

EXPENSE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S
FEE APPLICATION FOR THE PERIOD AUGUST 1, 2007 TO AUGUST 31, 2007

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT B

SUMMARY OF FPWKT EXPENSES FOR ALL MATTERS

| Service Description | Amount |
|---|---|
| Computer Research/Internet | $0.80 |
| Outside Copy/Binding Services/Document Preparation Services | $21.63 |
| Telephone | $1.75 |
| TOTAL | $24.18 |

B-2

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 8/2/2007 | Attorney Computer Research/Internet July 22, 2007 | $0.80 |
| 8/2/2007 | Preparation of exhibits for response to Fee Auditor's Preliminary Questions regarding Fee Application for the Twenty-Fourth Interim Period | $21.63 |
| 8/31/2007 | Long Distance call to Washington, D.C. | $0.38 |
| 8/31/2007 | Long Distance call to Denver, Colorado | $1.37 |