IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: February 20, 2008 |
| | ) | at 4:00 P.M. |
| | | (Prevailing Eastern Time) |

## SUMMARY APPLICATION OF FORMAN PERRY WATKINS KRUTZ & TARDY LLP FOR REIMBURSEMENT OF EXPENSES AND COMPENSATION FOR SERVICES IN EXCESS OF THE ORDINARY COURSE PROFESSIONAL CAP FOR PERIOD SEPTEMBER 1, 2007 TO SEPTEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | Forman Perry Watkins Krutz & Tardy LLP |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention - October 31, 2005 (Ordinary Course Professional) |
| Period for Compensation and Reimbursement: | September 1, 2007 to September 30, 2007 |
| Amount of Compensation Sought As Actual, Reasonable, and Necessary: | $169,774.50 |
| Amount of Expense Reimbursement Sought As Actual, Reasonable, and Necessary: | $356.83 |

This is a __X__ monthly _____ interim _____ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this monthly application is approximately 35 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $10,000.

This is Forman Perry Watkins Krutz & Tardy LLP's ("FPWKT") monthly application for reimbursement of expenses and interim compensation of services in excess of the OCP cap for the fee period September 1, 2007 through September 30, 2007. The following fee applications were previously filed by FPWKT in this matter:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| April 26, 2007 | April 2006 – March 2007 | $1,763,152.50 | $253,394.42 | Pending | Pending |
| May 30, 2007 | April 2007 | $323,470.00 | $12,245.78 | Pending | Pending |
| July 25, 2007 | May 2007 | $237,299.00 | $28,086.70 | Pending | Pending |
| August 1, 2007 | June 2007 | $227,158.50 | $32,208.49 | Pending | Pending |
| October 31, 2007 | July 2007 | $215,279.00 | $337.03 | Pending | Pending |
| January 30, 2008 | August 2007 | $228,313.50 | $24.18 | Pending | Pending |
| **TOTAL** | | **$ 2,994,672.50** | **$326,296.60** | | |

Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Forman Perry Watkins Krutz & Tardy LLP* dated April 2, 2007, FPWKT is permitted to file its fee application for excess OCP fees and reimbursement of expenses for "all previous months and any future month" in which it incurs excess OCP fees and expenses.

*[This space intentionally left blank.]*

For September 1, 2007 through September 30, 2007, FPWKT incurred excess OCP fees and un-reimbursed expenses as follows:

| Period Covered | Fees | Expenses | Total | Balance[2] |
|---|---|---|---|---|
| September 1, 2007 – September 30, 2007 | $169,774.50 | $356.83 | $170,131.33 | $170,131.33 |

The FPWKT paraprofessionals who rendered professional services in these cases during the applicable fee period are:

| Name of Paraprofessional | Position with Applicant and Number of Years as a Paraprofessional | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Justin M. Alderson | Paralegal/Document Analyst | 3 Years, 3 Months | $95.00 | 92.7 | $8806.50 |
| Kim A. Byrd | Paralegal/Document Analyst | 2 Years, 9 Months | $95.00 | 126.5 | $12,017.50 |
| Esandra D. Crump | Paralegal/Document Analyst | 2 Years, 3 Months | $95.00 | 108 | $10,260.00 |
| Regina D. Epps | Paralegal/Document Analyst | 2 Years | $95.00 | 134.5 | $12,777.50 |
| Ashley M. Ficklin | Paralegal/Document Analyst | 3 Years, 8 Months | $95.00 | 120 | $11,400.00 |
| Machandra Forest-Wilder | Paralegal/Document Analyst | 2 Years, 5 Months | $95.00 | 155.3 | $14,753.50 |
| Shirley A. Gray | Paralegal/Document Analyst | 2 Years, 1 Month | $95.00 | 164.5 | $15,627.50 |
| Priscilla Hutton | Paralegal/Document Analyst | 1 Year, 8 Months | $95.00 | 96.2 | $9,139.00 |
| Shelia G. Mays | Paralegal/Document Analyst | 8 Months | $95.00 | 112.5 | $10,687.50 |
| Shelly B. McMillan | Paralegal/Document Analyst | 6 Years | $95.00 | 153.6 | $14,592.00 |
| Virginia Miller | Paralegal/Document Analyst | 4 Years, 9 Months | $95.00 | 98.9 | $9,395.50 |
| Dana K. Mitchell | Paralegal/Document Analyst | 1 Year, 11 Months | $95.00 | 141 | $13,395.00 |
| Haley E. Peets | Paralegal/Document Analyst | 2 Years, 6 Months | $95.00 | 134.3 | $12,758.50 |
| Maya D. Schopmeyer | Paralegal/Document Analyst | 6 Years | $95.00 | 23.1 | $2,194.50 |
| Dante W. Toigo | Paralegal/Document Analyst | 2 Years, 8 Months | $95.00 | 126 | $11,970.00 |
| **TOTAL FOR PARAPROFESSIONALS** | | | | 1787.1 | $169,774.50 |

**GRAND TOTAL FOR FEES:**                                $169,774.50

**BLENDED RATE:**                                        $95.00/Hour

---

[2] FPWKT has not yet received any compensation or reimbursement of expenses for the September 1, 2007 through September 30, 2007 fee period. The amount of compensation sought in some prior fee applications for FPWKT was reduced by $50,000 per month in anticipation of the payment of that amount by Debtors through the normal OCP process. However, the total cap for ordinary course professionals has now been reached by FPWKT (when one includes reimbursement for expenses); therefore, the amount of compensation and reimbursement of expenses requested in this fee application and in future fee applications will not be reduced by $50,000.

## FPWKT COMPENSATION BY MATTER

| Matter Number | Matter Description | Total Billed Hours | Total Fees |
|---|---|---|---|
| 21 | Claims Analysis Objection and Resolution (Asbestos) | 1,787.1 | $169,774.50 |
| **TOTAL FEES REQUESTED IN APPLICATION** | | 1,787.1 | $169,774.50 |

## FPWKT EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Computer Research/Internet | $25.00 |
| Express Mail | $19.11 |
| FPWKT Only Meals | $19.46 |
| Long Distance | $4.21 |
| Photocopies | $289.05 |
| **TOTAL EXPENSES REQUESTED IN APPLICATION** | **$356.83** |

*[This space intentionally left blank.]*

**WHEREFORE**, FPWKT respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $169,774.50 for reasonable and necessary professional services FPWKT has rendered to the Debtors in excess of the OCP cap during the September 1, 2007 through September 30, 2007 fee period ($135,819.60) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by FPWKT during the September 1, 2007 through September 30, 2007 fee period ($356.83); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: January 30, 2008

Respectfully Submitted,

FORMAN PERRY WATKINS KRUTZ & TARDY, LLP

Marcy Bryan Croft

200 South Lamar St., Suite 100
Jackson, Mississippi 39201
Telephone: 601.960.8630