IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S
## FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2007 TO SEPTEMBER 30, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**Matter 21 – Claims Analysis Objection and Resolution (Asbestos) – Fees**

**Analysis of Diagnostic Materials and Third Party Discovery**

The following section details the work of the paraprofessionals-document analysts who read and analyze each item in the collection of over 1.5 million documents produced by asbestos screening companies and asbestos screening doctors pursuant to subpoenas in this action. During the applicable fee period, 15 paraprofessionals-document analysts completed 1694.4 hours of work reviewing these materials as they relate to the screening and diagnosis of the Debtors' asbestos claimants.

On a daily, weekly, and monthly basis, each paraprofessional conducts a detailed analysis of hundreds/thousands of documents relating to the diagnosis of Debtor's asbestos claimants. This work is typically summarized using the exact same time description for each analyst for every hour and day they spend on these efforts:

> Individual, detailed review and analysis of hundreds of records and documents, produced by various third party screening companies and screening doctors subpoenaed by client, in order to examine the screening and diagnosis of Debtor's asbestos claimants.

To set forth each paraprofessional-document analyst's daily time entries with this same description would result in dozens of pages of repetitive time descriptions. Therefore, in the interest of economy, we have summarized for your convenience the hours worked by timekeeper for the September 1, 2007 through September 30, 2007 time period below. For each timekeeper and entry, the time description set forth above applies.

From September 1, 2007 through September 30, 2006, Paraprofessionals/Document Analysts primarily examined and analyzed documents produced by Respiratory Testing Services, Inc., CPOM, Dr. Robert Altmeyer, Dr. Harvey Richey, and Dr. Robert Springer.

The types of documents produced by these entities and reviewed by the Paraprofessionals/Document Analysts include: Intake Forms, Abnormality Forms, Advertising, Affidavits, Appointment Information, Appointment Letters, Appointment Requests, Attorney of Choice Forms, Brochures, Certificates of Death, Certificates of Service, Certifications of Physical Examinations, Financial Records, Consent Forms, Correspondence, Doctor/Patient Waivers, **Examination Reports**, Exposure Affidavits, Exposure Histories, Faxes, **ILOs**, Independent Medical Examination Reports, Industrial and Family Medical Service Documents, Screening Instructions, Licenses, Lists of Patients With Diagnoses, Medical Correspondence, Medical Histories, **Medical Records**, Medical Testing Services, Memoranda, **Narratives**, Notification of Registration, **Patient**

**Questionnaires**, **Pulmonary Function Tests**, Pulmonary Function Test Calibration Reports, Pulmonary Function Test Prescriptions, **Pulmonary Function Test Reports**, Pulmonary Function Test/Chest X-ray Abnormality Forms, Physical Exams, Reports, Prescriptions, Questionnaires, Race Adjustment Sheets, Releases of Medical Information, Requests for Pulmonary Function Tests, Requests for Records, Requests for X-rays, Employee Work Logs, X-ray Logs, Work Schedules, Safety Information, Screening Check Lists, Workers' Compensation Records, and X-ray Cards. The vast majority of the documents reviewed are diagnostic records and materials and are highlighted in bold above.

## Total Hours Worked by Paraprofessionals-Document Analysts
## September 2007

| Date | Paraprofessional/Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicators of Fraud |
|---|---|---|---|
| 9/4/2007 | Justin M. Alderson | 4 | 1,333 |
| 9/4/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/4/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/4/2007 | Ashley M. Ficklin | 7.3 | 2,433 |
| 9/4/2007 | Machandra Forest-Wilder | 8 | 2,667 |
| 9/4/2007 | Shirley A. Gray | 9 | 3,000 |
| 9/4/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 9/4/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/4/2007 | Shelly B. McMillan | 7.5 | 2,500 |
| 9/4/2007 | Virginia Miller | 7 | 2,333 |
| 9/4/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/4/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/4/2007 | Maya D. Schopmeyer | 1.9 | 633 |
| 9/4/2007 | Dante W. Toigo | 8 | 2,667 |
| | **Total for September 4, 2007** | **96.3** | **32,100** |
| 9/5/2007 | Justin M. Alderson | 2.5 | 833 |
| 9/5/2007 | Kim A. Byrd | 7 | 2,333 |
| 9/5/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/5/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/5/2007 | Ashley M. Ficklin | 2 | 667 |
| 9/5/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 9/5/2007 | Shirley A. Gray | 9 | 3,000 |
| 9/5/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/5/2007 | Shelly B. McMillan | 5 | 1,667 |
| 9/5/2007 | Virginia Miller | 7.3 | 2,433 |
| 9/5/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/5/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/5/2007 | Maya D. Schopmeyer | 0.3 | 100 |
| 9/5/2007 | Dante W. Toigo | 8 | 2,667 |
| | **Total for September 5, 2007** | **85.5** | **28,500** |
| 9/6/2007 | Justin M. Alderson | 3.5 | 1,167 |
| 9/6/2007 | Kim A. Byrd | 7 | 2,333 |
| 9/6/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/6/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/6/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 9/6/2007 | Machandra Forest-Wilder | 10.4 | 3,467 |
| 9/6/2007 | Shirley A. Gray | 10 | 3,333 |
| 9/6/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/6/2007 | Shelly B. McMillan | 8.3 | 2,767 |
| 9/6/2007 | Virginia Miller | 7.3 | 2,433 |
| 9/6/2007 | Dana K. Mitchell | 10 | 3,333 |
| 9/6/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 6, 2007** | **92.5** | **30,833** |

## Total Hours Worked by Paraprofessionals-Document Analysts
## September 2007

| Date | Name | Hours | Amount |
|---|---|---|---|
| 9/7/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 9/7/2007 | Kim A. Byrd | 7.5 | 2,500 |
| 9/7/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/7/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/7/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 9/7/2007 | Machandra Forest-Wilder | 9.3 | 3,100 |
| 9/7/2007 | Shirley A. Gray | 9 | 3,000 |
| 9/7/2007 | Priscilla Hutton | 1.5 | 500 |
| 9/7/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/7/2007 | Shelly B. McMillan | 9 | 3,000 |
| 9/7/2007 | Virginia Miller | 7 | 2,333 |
| 9/7/2007 | Dana K. Mitchell | 9 | 3,000 |
| 9/7/2007 | Haley E. Peets | 7.2 | 2,400 |
| 9/7/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 7, 2007** | **101.8** | **33,933** |
| 9/10/2007 | Kim A. Byrd | 7 | 2,333 |
| 9/10/2007 | Esandra D. Crump | 4.5 | 1,500 |
| 9/10/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/10/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 9/10/2007 | Machandra Forest-Wilder | 8.7 | 2,900 |
| 9/10/2007 | Shirley A. Gray | 9.5 | 3,167 |
| 9/10/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/10/2007 | Shelly B. McMillan | 8.4 | 2,800 |
| 9/10/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/10/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/10/2007 | Dante W. Toigo | 3 | 1,000 |
| | **Total for September 10, 2007** | **77.2** | **25,733** |
| 9/11/2007 | Justin M. Alderson | 3 | 1,000 |
| 9/11/2007 | Kim A. Byrd | 7 | 2,333 |
| 9/11/2007 | Esandra D. Crump | 7.5 | 2,500 |
| 9/11/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/11/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 9/11/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 9/11/2007 | Shirley A. Gray | 10 | 3,333 |
| 9/11/2007 | Priscilla Hutton | 10 | 3,333 |
| 9/11/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/11/2007 | Shelly B. McMillan | 8.7 | 2,900 |
| 9/11/2007 | Dana K. Mitchell | 8 | 2,667 |
| 9/11/2007 | Haley E. Peets | 9.8 | 3,267 |
| | **Total for September 11, 2007** | **94.3** | **31,433** |

## Total Hours Worked by Paraprofessionals-Document Analysts
## September 2007

| Date | Name | Hours | Amount |
|---|---|---|---|
| 9/12/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 9/12/2007 | Kim A. Byrd | 6 | 2,000 |
| 9/12/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/12/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/12/2007 | Ashley M. Ficklin | 2 | 667 |
| 9/12/2007 | Machandra Forest-Wilder | 8 | 2,667 |
| 9/12/2007 | Shirley A. Gray | 6 | 2,000 |
| 9/12/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 9/12/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/12/2007 | Shelly B. McMillan | 8.5 | 2,833 |
| 9/12/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/12/2007 | Haley E. Peets | 7.2 | 2,400 |
| 9/12/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 12, 2007** | **87.5** | **29,167** |
| 9/13/2007 | Justin M. Alderson | 5.5 | 1,833 |
| 9/13/2007 | Kim A. Byrd | 8 | 2,667 |
| 9/13/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/13/2007 | Regina D. Epps | 8.3 | 2,767 |
| 9/13/2007 | Ashley M. Ficklin | 7.5 | 2,500 |
| 9/13/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 9/13/2007 | Shirley A. Gray | 9 | 3,000 |
| 9/13/2007 | Priscilla Hutton | 8 | 2,667 |
| 9/13/2007 | Shelly B. McMillan | 7.5 | 2,500 |
| 9/13/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/13/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/13/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 13, 2007** | **90.4** | **30,133** |
| 9/14/2007 | Justin M. Alderson | 5.5 | 1,833 |
| 9/14/2007 | Kim A. Byrd | 7 | 2,333 |
| 9/14/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/14/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/14/2007 | Ashley M. Ficklin | 7.3 | 2,433 |
| 9/14/2007 | Machandra Forest-Wilder | 4.9 | 1,633 |
| 9/14/2007 | Shirley A. Gray | 8 | 2,667 |
| 9/14/2007 | Priscilla Hutton | 7.3 | 2,433 |
| 9/14/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/14/2007 | Shelly B. McMillan | 7.2 | 2,400 |
| 9/14/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/14/2007 | Haley E. Peets | 7.2 | 2,400 |
| 9/14/2007 | Maya D. Schopmeyer | 2 | 667 |
| 9/14/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 14, 2007** | **92.2** | **30,733** |
| 9/17/2007 | Justin M. Alderson | 5.5 | 1,833 |
| 9/17/2007 | Kim A. Byrd | 8 | 2,667 |
| 9/17/2007 | Esandra D. Crump | 4 | 1,333 |
| 9/17/2007 | Regina D. Epps | 7.7 | 2,567 |
| 9/17/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 9/17/2007 | Machandra Forest-Wilder | 7.3 | 2,433 |
| 9/17/2007 | Shirley A. Gray | 8 | 2,667 |
| 9/17/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/17/2007 | Shelly B. McMillan | 7.3 | 2,433 |
| 9/17/2007 | Virginia Miller | 6.8 | 2,267 |
| 9/17/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/17/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/17/2007 | Maya D. Schopmeyer | 0.7 | 233 |
| 9/17/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 17, 2007** | **91.1** | **30,367** |

## Total Hours Worked by Paraprofessionals-Document Analysts
## September 2007

| Date | Name | Hours | Amount |
|---|---|---|---|
| 9/18/2007 | Justin M. Alderson | 6 | 2,000 |
| 9/18/2007 | Kim A. Byrd | 8 | 2,667 |
| 9/18/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/18/2007 | Regina D. Epps | 8.3 | 2,767 |
| 9/18/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 9/18/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 9/18/2007 | Shirley A. Gray | 9 | 3,000 |
| 9/18/2007 | Priscilla Hutton | 4 | 1,333 |
| 9/18/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/18/2007 | Shelly B. McMillan | 9 | 3,000 |
| 9/18/2007 | Virginia Miller | 6 | 2,000 |
| 9/18/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/18/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/18/2007 | Maya D. Schopmeyer | 0.9 | 300 |
| 9/18/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 18, 2007** | **102.5** | **34,167** |
| 9/19/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 9/19/2007 | Kim A. Byrd | 8 | 2,667 |
| 9/19/2007 | Regina D. Epps | 8.3 | 2,767 |
| 9/19/2007 | Ashley M. Ficklin | 8 | 2,667 |
| 9/19/2007 | Machandra Forest-Wilder | 8.2 | 2,733 |
| 9/19/2007 | Shirley A. Gray | 9 | 3,000 |
| 9/19/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/19/2007 | Shelly B. McMillan | 10 | 3,333 |
| 9/19/2007 | Virginia Miller | 7.5 | 2,500 |
| 9/19/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/19/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/19/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 19, 2007** | **94.3** | **31,433** |
| 9/20/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 9/20/2007 | Kim A. Byrd | 7 | 2,333 |
| 9/20/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/20/2007 | Ashley M. Ficklin | 7.5 | 2,500 |
| 9/20/2007 | Machandra Forest-Wilder | 7.4 | 2,467 |
| 9/20/2007 | Shirley A. Gray | 8 | 2,667 |
| 9/20/2007 | Priscilla Hutton | 6.5 | 2,167 |
| 9/20/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/20/2007 | Shelly B. McMillan | 12.7 | 4,233 |
| 9/20/2007 | Virginia Miller | 7 | 2,333 |
| 9/20/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/20/2007 | Haley E. Peets | 7.2 | 2,400 |
| 9/20/2007 | Maya D. Schopmeyer | 0.1 | 33 |
| 9/20/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 20, 2007** | **98.7** | **32,900** |

**Total Hours Worked by Paraprofessionals-Document Analysts**
**September 2007**

| Date | Name | Hours | Amount |
|---|---|---|---|
| 9/21/2007 | Justin M. Alderson | 3.5 | 1,167 |
| 9/21/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/21/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 9/21/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 9/21/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 9/21/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/21/2007 | Shelly B. McMillan | 7.5 | 2,500 |
| 9/21/2007 | Virginia Miller | 7 | 2,333 |
| 9/21/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/21/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/21/2007 | Maya D. Schopmeyer | 6 | 2,000 |
| 9/21/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 21, 2007** | **83.1** | **27,700** |
| 9/22/2007 | Shirley A. Gray | 9 | 3,000 |
| | **Total for September 22, 2007** | **9.0** | **3,000** |
| 9/24/2007 | Justin M. Alderson | 6 | 2,000 |
| 9/24/2007 | Kim A. Byrd | 7 | 2,333 |
| 9/24/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/24/2007 | Ashley M. Ficklin | 7.3 | 2,433 |
| 9/24/2007 | Machandra Forest-Wilder | 7.3 | 2,433 |
| 9/24/2007 | Shirley A. Gray | 4 | 1,333 |
| 9/24/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 9/24/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/24/2007 | Shelly B. McMillan | 9.4 | 3,133 |
| 9/24/2007 | Virginia Miller | 7 | 2,333 |
| 9/24/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/24/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/24/2007 | Maya D. Schopmeyer | 7.1 | 2,367 |
| 9/24/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 24, 2007** | **98.4** | **32,800** |
| 9/25/2007 | Justin M. Alderson | 6.7 | 2,233 |
| 9/25/2007 | Kim A. Byrd | 7 | 2,333 |
| 9/25/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/25/2007 | Regina D. Epps | 7.3 | 2,433 |
| 9/25/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 9/25/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 9/25/2007 | Shirley A. Gray | 9 | 3,000 |
| 9/25/2007 | Priscilla Hutton | 6.5 | 2,167 |
| 9/25/2007 | Shelia G. Mays | 7.5 | 2,500 |
| 9/25/2007 | Shelly B. McMillan | 7.5 | 2,500 |
| 9/25/2007 | Virginia Miller | 7 | 2,333 |
| 9/25/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/25/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/25/2007 | Maya D. Schopmeyer | 4.1 | 1,367 |
| 9/25/2007 | Dante W. Toigo | 7 | 2,333 |
| | **Total for September 25, 2007** | **106.2** | **35,400** |

## Total Hours Worked by Paraprofessionals-Document Analysts
## September 2007

| Date | Name | Hours | Amount |
|---|---|---|---|
| 9/26/2007 | Justin M. Alderson | 5 | 1,667 |
| 9/26/2007 | Kim A. Byrd | 8 | 2,667 |
| 9/26/2007 | Esandra D. Crump | 8 | 2,667 |
| 9/26/2007 | Regina D. Epps | 7.2 | 2,400 |
| 9/26/2007 | Ashley M. Ficklin | 7.3 | 2,433 |
| 9/26/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 9/26/2007 | Shirley A. Gray | 9 | 3,000 |
| 9/26/2007 | Priscilla Hutton | 7 | 2,333 |
| 9/26/2007 | Shelly B. McMillan | 7.4 | 2,467 |
| 9/26/2007 | Virginia Miller | 7 | 2,333 |
| 9/26/2007 | Dana K. Mitchell | 8 | 2,667 |
| 9/26/2007 | Haley E. Peets | 7.2 | 2,400 |
| 9/26/2007 | Dante W. Toigo | 7.5 | 2,500 |
| | **Total for September 26, 2007** | **96.9** | **32,300** |
| 9/27/2007 | Justin M. Alderson | 3.5 | 1,167 |
| 9/27/2007 | Kim A. Byrd | 9 | 3,000 |
| 9/27/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/27/2007 | Regina D. Epps | 7.2 | 2,400 |
| 9/27/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 9/27/2007 | Machandra Forest-Wilder | 8.4 | 2,800 |
| 9/27/2007 | Shirley A. Gray | 9 | 3,000 |
| 9/27/2007 | Priscilla Hutton | 6.9 | 2,300 |
| 9/27/2007 | Shelly B. McMillan | 7 | 2,333 |
| 9/27/2007 | Virginia Miller | 7.5 | 2,500 |
| 9/27/2007 | Dana K. Mitchell | 7 | 2,333 |
| 9/27/2007 | Haley E. Peets | 7.3 | 2,433 |
| 9/27/2007 | Dante W. Toigo | 7.5 | 2,500 |
| | **Total for September 27, 2007** | **94.3** | **31,433** |
| 9/28/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 9/28/2007 | Kim A. Byrd | 8 | 2,667 |
| 9/28/2007 | Esandra D. Crump | 7 | 2,333 |
| 9/28/2007 | Regina D. Epps | 7.2 | 2,400 |
| 9/28/2007 | Machandra Forest-Wilder | 9.3 | 3,100 |
| 9/28/2007 | Shirley A. Gray | 11 | 3,667 |
| 9/28/2007 | Priscilla Hutton | 8.5 | 2,833 |
| 9/28/2007 | Shelly B. McMillan | 5.7 | 1,900 |
| 9/28/2007 | Virginia Miller | 7.5 | 2,500 |
| 9/28/2007 | Dana K. Mitchell | 8 | 2,667 |
| 9/28/2007 | Haley E. Peets | 8.2 | 2,733 |
| 9/28/2007 | Dante W. Toigo | 8 | 2,667 |
| | **Total for September 28, 2007** | **94.9** | **31,633** |
| | **TOTAL FOR SEPTEMBER 2007** | **1787.1** | **595,700** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**EXPENSE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2007 TO SEPTEMBER 30, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT B

## SUMMARY OF FPWKT EXPENSES FOR ALL MATTERS

| Service Description | Amount |
|---|---|
| Computer Research/Internet | $25.00 |
| Express Mail | $19.11 |
| FPWKT Only Meals | $19.46 |
| Long Distance | $4.21 |
| Photocopies | $289.05 |
| **TOTAL EXPENSES REQUESTED IN APPLICATION** | **$356.83** |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Description | Amount |
|---|---|---|
| 9/4/2007 | Photocopies: 850 at $0.15 per page | $127.50 |
| 9/6/2007 | Photocopies: 63 at $0.15 per page | $9.45 |
| 9/6/2007 | Long Distance Telephone Call to Illinois | $1.13 |
| 9/6/2007 | Attorney Computer Research/Internet August 28, 2007 | $25.00 |
| 9/6/2007 | FPWKT Only Meal, August 28, 2007 (1 Attorney) | $3.00 |
| 9/20/2007 | FPWKT Only Meal, September 13, 2007 (2 Attorneys) | $6.85 |
| 9/20/2007 | FPWKT Only Meal, September 13, 2007 (1 Attorney) | $9.61 |
| 9/21/2007 | Photocopies: 1014 at $0.15 per page | $152.10 |
| 9/21/2007 | Long Distance Call to Pennsylvania | $0.90 |
| 9/27/2007 | Long Distance Call to Delaware | $0.15 |
| 9/27/2007 | Long Distance Call to Delaware | $2.03 |
| 9/30/2007 | Express Mail from Austin, Texas to Jackson, Mississippi | $19.11 |