# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S
## FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2007 TO OCTOBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/11/2007 | Mary Margaret Gay | 1.8 | Perform update and maintenance on documents in document repository established for Debtors to review materials produced by two screening companies |
| 10/12/2007 | Jennifer L. Parks | 3 | Convert documents produced by one screening company and two physicians into electronic format for document repository established for Debtors to review materials |
| 10/23/2007 | Mary Margaret Gay | 1.2 | Read and analyze documents produced by one screening company in furtherance of screening investigation |
| 10/29/2007 | Shelly B. McMillan | 0.5 | Prepare documents produced by a physician for analysis by Debtors |
| 10/29/2007 | Jennifer L. Parks | 5 | Convert documents produced by one screening company and two physicians into electronic format for document repository established for Debtors to review materials |
| 10/30/2007 | Shelly B. McMillan | 1 | Prepare documents produced by a physician for analysis by Debtors |
| 10/30/2007 | Jennifer L. Parks | 3 | Continue to convert documents produced by one physicians into electronic format for document repository established for Debtors to review materials |
| 10/30/2007 | Jennifer L. Parks | 0.2 | Electronic correspondence with counsel for Debtors regarding documents produced by one physician and request for documents for review by Debtors |

A-2

**Matter 21 – Claims Analysis Objection and Resolution (Asbestos) – Fees**

<u>Analysis of Diagnostic Materials and Third Party Discovery</u>

The following section details the work of the paraprofessionals-document analysts who read and analyze each item in the collection of over 1.5 million documents produced by asbestos screening companies and asbestos screening doctors pursuant to subpoenas in this action. During the applicable fee period, 15 paraprofessionals-document analysts completed 1694.4 hours of work reviewing these materials as they relate to the screening and diagnosis of the Debtors' asbestos claimants.

On a daily, weekly, and monthly basis, each paraprofessional conducts a detailed analysis of hundreds/thousands of documents relating to the diagnosis of Debtor's asbestos claimants. This work is typically summarized using the exact same time description for each analyst for every hour and day they spend on these efforts:

> Individual, detailed review and analysis of hundreds of records and documents, produced by various third party screening companies and screening doctors subpoenaed by client, in order to examine the screening and diagnosis of Debtor's asbestos claimants.

To set forth each paraprofessional-document analyst's daily time entries with this same description would result in dozens of pages of repetitive time descriptions. Therefore, in the interest of economy, we have summarized for your convenience the hours worked by timekeeper for the October 1, 2007 through October 31, 2007 time period below. For each timekeeper and entry, the time description set forth above applies.

From October 1, 2007 through October 31, 2007, Paraprofessionals/Document Analysts primarily examined and analyzed documents produced by Respiratory Testing Services, Inc., CPOM, Dr. Robert Mezey, Dr. James Krainson, and Dr. Alvin Schonfeld.

The types of documents produced by these entities and reviewed by the Paraprofessionals/Document Analysts include: Intake Forms, Abnormality Forms, Advertising, Affidavits, Appointment Information, Appointment Letters, Appointment Requests, Attorney of Choice Forms, Brochures, Certificates of Death, Certificates of Service, Certifications of Physical Examinations, Financial Records, Consent Forms, Correspondence, Doctor/Patient Waivers, **Examination Reports**, Exposure Affidavits, Exposure Histories, Faxes, **ILOs**, Independent Medical Examination Reports, Industrial and Family Medical Service Documents, Screening Instructions, Licenses, Lists of Patients With Diagnoses, Medical Correspondence, Medical Histories, **Medical Records**, Medical Testing Services, Memoranda, **Narratives**, Notification of Registration, **Patient**

**Questionnaires**, **Pulmonary Function Tests**, Pulmonary Function Test Calibration Reports, Pulmonary Function Test Prescriptions, **Pulmonary Function Test Reports**, Pulmonary Function Test/Chest X-ray Abnormality Forms, Physical Exams, Reports, Prescriptions, Questionnaires, Race Adjustment Sheets, Releases of Medical Information, Requests for Pulmonary Function Tests, Requests for Records, Requests for X-rays, Employee Work Logs, X-ray Logs, Work Schedules, Safety Information, Screening Check Lists, Workers' Compensation Records, and X-ray Cards. The vast majority of the documents reviewed are diagnostic records and materials and are highlighted in bold above.

## Total Hours Worked by Day by Paraprofessionals-Document Analysts
## October 2007

| Date | Paraprofessional/Document Analyst | Hours | Approximate Number of Documents Examined for Unique Indicators of Fraud |
|---|---|---|---|
| 10/1/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/1/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/1/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 10/1/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/1/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 10/1/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/1/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 10/1/2007 | Maya Dial Schopmeyer | 1 | 333 |
| 10/1/2007 | Priscilla Hutton | 8 | 2,667 |
| 10/1/2007 | Regina D. Epps | 7.2 | 2,400 |
| 10/1/2007 | Shelly B. McMillan | 8 | 2,667 |
| 10/1/2007 | Shirley A. Gray | 8 | 2,667 |
| 10/1/2007 | Virginia Miller | 9.6 | 3,200 |
| | **October 1, 2007** | **92.9** | **30,967** |
| 10/2/2007 | Ashley M. Ficklin | 7.3 | 2,433 |
| 10/2/2007 | Dana K. Mitchell | 6.5 | 2,167 |
| 10/2/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/2/2007 | Esandra D. Crump-Riley | 5 | 1,667 |
| 10/2/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/2/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 10/2/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/2/2007 | Machandra Forest-Wilder | 9.3 | 3,100 |
| 10/2/2007 | Maya Dial Schopmeyer | 6.3 | 2,100 |
| 10/2/2007 | Priscilla Hutton | 7 | 2,333 |
| 10/2/2007 | Regina D. Epps | 4 | 1,333 |
| 10/2/2007 | Shelly B. McMillan | 6.1 | 2,033 |
| 10/2/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/2/2007 | Virginia Miller | 7.7 | 2,567 |
| | **October 2, 2007** | **97** | **32,333** |
| 10/3/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 10/3/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/3/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 10/3/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/3/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 10/3/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/3/2007 | Machandra Forest-Wilder | 8.7 | 2,900 |
| 10/3/2007 | Maya Dial Schopmeyer | 5.3 | 1,767 |
| 10/3/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 10/3/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/3/2007 | Shelly B. McMillan | 7.5 | 2,500 |
| 10/3/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/3/2007 | Virginia Miller | 7 | 2,333 |
| | **October 3, 2007** | **94.6** | **31,533** |
| 10/4/2007 | Ashley M. Ficklin | 8 | 2,667 |
| 10/4/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/4/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/4/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |

## Total Hours Worked by Day by Paraprofessionals-Document Analysts
## October 2007

| Date | Name | Hours | Amount |
|---|---|---|---|
| 10/4/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/4/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 10/4/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/4/2007 | Machandra Forest-Wilder | 9.3 | 3,100 |
| 10/4/2007 | Maya Dial Schopmeyer | 5.6 | 1,867 |
| 10/4/2007 | Priscilla Hutton | 6.9 | 2,300 |
| 10/4/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/4/2007 | Shelly B. McMillan | 9 | 3,000 |
| 10/4/2007 | Shirley A. Gray | 8 | 2,667 |
| 10/4/2007 | Virginia Miller | 7 | 2,333 |
| | October 4, 2007 | 103.4 | 34,467 |
| 10/5/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 10/5/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/5/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/5/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 10/5/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/5/2007 | Justin M. Alderson | 2.5 | 833 |
| 10/5/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/5/2007 | Machandra Forest-Wilder | 8.3 | 2,767 |
| 10/5/2007 | Maya Dial Schopmeyer | 7.1 | 2,367 |
| 10/5/2007 | Priscilla Hutton | 7 | 2,333 |
| 10/5/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/5/2007 | Shelly B. McMillan | 5 | 1,667 |
| 10/5/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/5/2007 | Virginia Miller | 7 | 2,333 |
| | October 5, 2007 | 96.2 | 32,067 |
| 10/6/2007 | Shelly B. McMillan | 5 | 1,667 |
| | October 6, 2007 | 5 | 1,667 |
| 10/8/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 10/8/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/8/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/8/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 10/8/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/8/2007 | Justin M. Alderson | 5.5 | 1,833 |
| 10/8/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/8/2007 | Machandra Forest-Wilder | 8.8 | 2,933 |
| 10/8/2007 | Maya Dial Schopmeyer | 5.8 | 1,933 |
| 10/8/2007 | Priscilla Hutton | 8 | 2,667 |
| 10/8/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/8/2007 | Shelly B. McMillan | 6.6 | 2,200 |
| 10/8/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/8/2007 | Virginia Miller | 7 | 2,333 |
| | October 8, 2007 | 100.8 | 33,600 |
| 10/9/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 10/9/2007 | Dana K. Mitchell | 7.3 | 2,433 |
| 10/9/2007 | Dante W. Toigo | 9 | 3,000 |
| 10/9/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 10/9/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/9/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 10/9/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/9/2007 | Machandra Forest-Wilder | 8.8 | 2,933 |

## Total Hours Worked by Day by Paraprofessionals-Document Analysts
## October 2007

| Date | Name | Hours | Amount |
|---|---|---|---|
| 10/9/2007 | Maya Dial Schopmeyer | 5.9 | 1,967 |
| 10/9/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 10/9/2007 | Regina D. Epps | 7.5 | 2,500 |
| 10/9/2007 | Shelly B. McMillan | 7.9 | 2,633 |
| 10/9/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/9/2007 | Virginia Miller | 7 | 2,333 |
| | **October 9, 2007** | **104.4** | **34,800** |
| 10/10/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 10/10/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/10/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/10/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 10/10/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/10/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 10/10/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/10/2007 | Machandra Forest-Wilder | 8.2 | 2,733 |
| 10/10/2007 | Maya Dial Schopmeyer | 6 | 2,000 |
| 10/10/2007 | Priscilla Hutton | 8 | 2,667 |
| 10/10/2007 | Regina D. Epps | 7.5 | 2,500 |
| 10/10/2007 | Shelly B. McMillan | 6.5 | 2,167 |
| 10/10/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/10/2007 | Virginia Miller | 8 | 2,667 |
| | **October 10, 2007** | **102.5** | **34,167** |
| 10/11/2007 | Ashley M. Ficklin | 7.3 | 2,433 |
| 10/11/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/11/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/11/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 10/11/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/11/2007 | Justin M. Alderson | 3.5 | 1,167 |
| 10/11/2007 | Machandra Forest-Wilder | 8.8 | 2,933 |
| 10/11/2007 | Maya Dial Schopmeyer | 6.9 | 2,300 |
| 10/11/2007 | Priscilla Hutton | 7 | 2,333 |
| 10/11/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/11/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/11/2007 | Virginia Miller | 7 | 2,333 |
| | **October 11, 2007** | **85.6** | **28,533** |
| 10/12/2007 | Ashley M. Ficklin | 7.5 | 2,500 |
| 10/12/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/12/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/12/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/12/2007 | Justin M. Alderson | 6 | 2,000 |
| 10/12/2007 | Machandra Forest-Wilder | 8.8 | 2,933 |
| 10/12/2007 | Maya Dial Schopmeyer | 6.4 | 2,133 |
| 10/12/2007 | Priscilla Hutton | 7.5 | 2,500 |
| 10/12/2007 | Regina D. Epps | 7.2 | 2,400 |
| 10/12/2007 | Shelly B. McMillan | 7.5 | 2,500 |
| 10/12/2007 | Shirley A. Gray | 8.5 | 2,833 |
| 10/12/2007 | Virginia Miller | 6.7 | 2,233 |
| | **October 12, 2007** | **88.4** | **29,467** |
| 10/15/2007 | Ashley M. Ficklin | 7 | 2,333 |
| 10/15/2007 | Dana K. Mitchell | 4.5 | 1,500 |
| 10/15/2007 | Dante W. Toigo | 11.5 | 3,833 |

**Total Hours Worked by Day by Paraprofessionals-Document Analysts**
**October 2007**

| Date | Name | Hours | Amount |
|---|---|---|---|
| 10/15/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/15/2007 | Justin M. Alderson | 5 | 1,667 |
| 10/15/2007 | Kim A. Byrd | 6.5 | 2,167 |
| 10/15/2007 | Priscilla Hutton | 6.9 | 2,300 |
| 10/15/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/15/2007 | Shelly B. McMillan | 7.3 | 2,433 |
| 10/15/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/15/2007 | Virginia Miller | 7 | 2,333 |
| | October 15, 2007 | 79.3 | 26,433 |
| 10/16/2007 | Ashley M. Ficklin | 6 | 2,000 |
| 10/16/2007 | Dana K. Mitchell | 5.7 | 1,900 |
| 10/16/2007 | Esandra D. Crump-Riley | 5.5 | 1,833 |
| 10/16/2007 | Haley E. Peets | 6 | 2,000 |
| 10/16/2007 | Justin M. Alderson | 3.5 | 1,167 |
| 10/16/2007 | Kim A. Byrd | 6 | 2,000 |
| 10/16/2007 | Priscilla Hutton | 5.5 | 1,833 |
| 10/16/2007 | Shelly B. McMillan | 8 | 2,667 |
| 10/16/2007 | Shirley A. Gray | 8.7 | 2,900 |
| 10/16/2007 | Virginia Miller | 7 | 2,333 |
| | October 16, 2007 | 61.9 | 20,633 |
| 10/17/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 10/17/2007 | Dana K. Mitchell | 5.5 | 1,833 |
| 10/17/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 10/17/2007 | Haley E. Peets | 7.2 | 2,400 |
| 10/17/2007 | Justin M. Alderson | 4.5 | 1,500 |
| 10/17/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/17/2007 | Maya Dial Schopmeyer | 3.8 | 1,267 |
| 10/17/2007 | Priscilla Hutton | 4.7 | 1,567 |
| 10/17/2007 | Regina D. Epps | 7 | 2,333 |
| 10/17/2007 | Shelly B. McMillan | 5.7 | 1,900 |
| 10/17/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/17/2007 | Virginia Miller | 7 | 2,333 |
| | October 17, 2007 | 75.6 | 25,200 |
| 10/18/2007 | Ashley M. Ficklin | 7.5 | 2,500 |
| 10/18/2007 | Dana K. Mitchell | 11 | 3,667 |
| 10/18/2007 | Esandra D. Crump-Riley | 11 | 3,667 |
| 10/18/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/18/2007 | Justin M. Alderson | 4.5 | 1,500 |
| 10/18/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/18/2007 | Maya Dial Schopmeyer | 5 | 1,667 |
| 10/18/2007 | Priscilla Hutton | 8.4 | 2,800 |
| 10/18/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/18/2007 | Shelly B. McMillan | 8.5 | 2,833 |
| 10/18/2007 | Shirley A. Gray | 4.5 | 1,500 |
| 10/18/2007 | Virginia Miller | 8 | 2,667 |
| | October 18, 2007 | 90 | 30,000 |
| 10/19/2007 | Ashley M. Ficklin | 7.5 | 2,500 |
| 10/19/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/19/2007 | Esandra D. Crump-Riley | 8.5 | 2,833 |
| 10/19/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/19/2007 | Justin M. Alderson | 6.5 | 2,167 |

**Total Hours Worked by Day by Paraprofessionals-Document Analysts**
**October 2007**

| Date | Name | Hours | Amount |
|---|---|---|---|
| 10/19/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/19/2007 | Maya Dial Schopmeyer | 1 | 333 |
| 10/19/2007 | Priscilla Hutton | 4 | 1,333 |
| 10/19/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/19/2007 | Shelly B. McMillan | 4.2 | 1,400 |
| 10/19/2007 | Virginia Miller | 7.2 | 2,400 |
| | October 19, 2007 | 67.5 | 22,500 |
| 10/22/2007 | Ashley M. Ficklin | 7.5 | 2,500 |
| 10/22/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/22/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/22/2007 | Esandra D. Crump-Riley | 8.5 | 2,833 |
| 10/22/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/22/2007 | Justin M. Alderson | 5 | 1,667 |
| 10/22/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/22/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/22/2007 | Shelly B. McMillan | 9.4 | 3,133 |
| 10/22/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/22/2007 | Virginia Miller | 8 | 2,667 |
| | October 22, 2007 | 84 | 28,000 |
| 10/23/2007 | Ashley M. Ficklin | 8 | 2,667 |
| 10/23/2007 | Dana K. Mitchell | 8 | 2,667 |
| 10/23/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/23/2007 | Esandra D. Crump-Riley | 8.5 | 2,833 |
| 10/23/2007 | Haley E. Peets | 8 | 2,667 |
| 10/23/2007 | Justin M. Alderson | 4.5 | 1,500 |
| 10/23/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/23/2007 | Machandra Forest-Wilder | 8.9 | 2,967 |
| 10/23/2007 | Priscilla Hutton | 6.8 | 2,267 |
| 10/23/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/23/2007 | Shelly B. McMillan | 7.5 | 2,500 |
| 10/23/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/23/2007 | Virginia Miller | 7.5 | 2,500 |
| | October 23, 2007 | 99 | 33,000 |
| 10/24/2007 | Ashley M. Ficklin | 8.3 | 2,767 |
| 10/24/2007 | Dana K. Mitchell | 7.8 | 2,600 |
| 10/24/2007 | Dante W. Toigo | 8 | 2,667 |
| 10/24/2007 | Esandra D. Crump-Riley | 8.5 | 2,833 |
| 10/24/2007 | Haley E. Peets | 7.2 | 2,400 |
| 10/24/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 10/24/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/24/2007 | Machandra Forest-Wilder | 8.8 | 2,933 |
| 10/24/2007 | Regina D. Epps | 7.2 | 2,400 |
| 10/24/2007 | Shelly B. McMillan | 4.5 | 1,500 |
| 10/24/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/24/2007 | Virginia Miller | 7.2 | 2,400 |
| | October 24, 2007 | 90 | 30,000 |
| 10/25/2007 | Ashley M. Ficklin | 8.4 | 2,800 |
| 10/25/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/25/2007 | Dante W. Toigo | 9 | 3,000 |
| 10/25/2007 | Esandra D. Crump-Riley | 8 | 2,667 |
| 10/25/2007 | Haley E. Peets | 7.3 | 2,433 |

**Total Hours Worked by Day by Paraprofessionals-Document Analysts**
**October 2007**

| Date | Name | Hours | Amount |
|---|---|---|---|
| 10/25/2007 | Justin M. Alderson | 5.7 | 1,900 |
| 10/25/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/25/2007 | Machandra Forest-Wilder | 7.5 | 2,500 |
| 10/25/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/25/2007 | Shelly B. McMillan | 7.1 | 2,367 |
| 10/25/2007 | Shirley A. Gray | 8 | 2,667 |
| 10/25/2007 | Virginia Miller | 8.2 | 2,733 |
| | **October 25, 2007** | **90.5** | **30,167** |
| 10/26/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 10/26/2007 | Dana K. Mitchell | 7 | 2,333 |
| 10/26/2007 | Dante W. Toigo | 9 | 3,000 |
| 10/26/2007 | Esandra D. Crump-Riley | 7 | 2,333 |
| 10/26/2007 | Haley E. Peets | 7.3 | 2,433 |
| 10/26/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 10/26/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/26/2007 | Machandra Forest-Wilder | 8.5 | 2,833 |
| 10/26/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/26/2007 | Shelly B. McMillan | 3.8 | 1,267 |
| 10/26/2007 | Shirley A. Gray | 9 | 3,000 |
| | **October 26, 2007** | **79.6** | **26,533** |
| 10/28/2007 | Justin M. Alderson | 1 | 333 |
| | **October 28, 2007** | **1** | **333** |
| 10/29/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 10/29/2007 | Dana K. Mitchell | 8 | 2,667 |
| 10/29/2007 | Dante W. Toigo | 9 | 3,000 |
| 10/29/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |
| 10/29/2007 | Haley E. Peets | 7.5 | 2,500 |
| 10/29/2007 | Justin M. Alderson | 5 | 1,667 |
| 10/29/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/29/2007 | Machandra Forest-Wilder | 9.3 | 3,100 |
| 10/29/2007 | Regina D. Epps | 7.2 | 2,400 |
| 10/29/2007 | Shelly B. McMillan | 8.2 | 2,733 |
| 10/29/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/29/2007 | Virginia Miller | 7.3 | 2,433 |
| | **October 29, 2007** | **91.2** | **30,400** |
| 10/30/2007 | Ashley M. Ficklin | 5.5 | 1,833 |
| 10/30/2007 | Dana K. Mitchell | 3.5 | 1,167 |
| 10/30/2007 | Dante W. Toigo | 7 | 2,333 |
| 10/30/2007 | Esandra D. Crump-Riley | 4 | 1,333 |
| 10/30/2007 | Haley E. Peets | 5.3 | 1,767 |
| 10/30/2007 | Justin M. Alderson | 4.5 | 1,500 |
| 10/30/2007 | Kim A. Byrd | 5 | 1,667 |
| 10/30/2007 | Machandra Forest-Wilder | 7 | 2,333 |
| 10/30/2007 | Regina D. Epps | 5.5 | 1,833 |
| 10/30/2007 | Shelly B. McMillan | 6.1 | 2,033 |
| 10/30/2007 | Shirley A. Gray | 7 | 2,333 |
| 10/30/2007 | Virginia Miller | 5 | 1,667 |
| | **October 30, 2007** | **65.4** | **21,800** |
| 10/31/2007 | Ashley M. Ficklin | 7.2 | 2,400 |
| 10/31/2007 | Dante W. Toigo | 7 | 2,333 |
| 10/31/2007 | Esandra D. Crump-Riley | 6.5 | 2,167 |

**Total Hours Worked by Day by Paraprofessionals-Document Analysts**
**October 2007**

| 10/31/2007 | Haley E. Peets | 7.3 | 2,433 |
|---|---|---|---|
| 10/31/2007 | Justin M. Alderson | 6.5 | 2,167 |
| 10/31/2007 | Kim A. Byrd | 7 | 2,333 |
| 10/31/2007 | Machandra Forest-Wilder | 9.3 | 3,100 |
| 10/31/2007 | Regina D. Epps | 7.3 | 2,433 |
| 10/31/2007 | Shelly B. McMillan | 7.5 | 2,500 |
| 10/31/2007 | Shirley A. Gray | 9 | 3,000 |
| 10/31/2007 | Virginia Miller | 8 | 2,667 |
| | October 31, 2007 | 82.6 | 27,533 |
| | TOTAL FOR OCTOBER 2007 | 2,028.4 | 676,133 |

Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/4/2007 | Marcy B. Croft | 3.8 | Analyze current status of all Fee Application submissions and identify data to be included in Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP cap for the Fee Period covering September 2007 |
| 10/9/2007 | Marcy B. Croft | 1.6 | Begin preparation of Fee Application for Unreimbursed Expenses and Fees in Excess of the OCP cap for the Fee Period covering September 2007 |
| 10/10/2007 | Marcy B. Croft | 0.4 | Strategize with Ashley Calhoun regarding information to collect and provide to the Fee Auditor per the court's order for fee applications currently pending before the court |
| 10/10/2007 | Ashley E. Calhoun | 0.4 | Strategize with Marcy Croft regarding information to collect and provide to the Fee Auditor per the court's order for fee applications currently pending before the court |
| 10/16/2007 | Marcy B. Croft | 2.3 | Continue to strategize with Ashley Calhoun regarding information to collect and provide to the Fee Auditor per the court's order for fee applications currently pending before the court and begin to prepare supplemental report for Fee Auditor regarding areas of additonal claims analysis for Debtors |
| 10/18/2007 | Ashley E. Calhoun | 4.9 | Continue to prepare summary supplemental report for the Fee Auditor regarding the work of paraprofessionals analyzing documents for Debtors to identify unique indicators of fraud as ordered by the Court for the months of April, May, and June 2007 |
| 10/19/2007 | Marcy B. Croft | 0.6 | Revise the Fee Application for Forman Perry Watkins Krutz & Tardy for Unreimbursed Expenses and Fees in Excess of the OCP Cap for the Fee Period July 2007 |

Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/24/2007 | Ashley E. Calhoun | 2.2 | Continue to revise draft response to Fee Auditor's Initial Report for the twenty-fifth Interim Period and forward same to Marcy Croft for review and analysis |
| 10/29/2007 | Ashley E. Calhoun | 1.3 | Work with Marcy Croft and legal assistant to revise and finalize response to Fee Auditor's Initial Report for the Twenty-Fifth Interim Period and forward same to Marcy Croft for review and forward same to office of the fee auditor |
| 10/31/2007 | Ashley E. Calhoun | 0.7 | Finalize Fee Application for July, 2007 and work with local counsel regarding filing of same |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.[1] ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |

## EXPENSE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2007 TO OCTOBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT B

## Summary of FPWKT Expenses for All Matters

| Service Description | Amount |
|---|---|
| Attorney Airfare | $3,186.60 |
| Hotel Accommodations | $500.00 |
| Parking Fee | $63.00 |
| Computer Internet/Research | $532.48 |
| FPWKT Only Meal | $172.54 |
| Rental Car | $162.80 |
| Express Mail | $42.49 |
| Miscellaneous Tips | $4.75 |
| Telephone | $1.01 |
| Photocopies | $1.50 |
| Court Costs | $11.76 |
| **TOTAL EXPENSES REQUESTED IN APPLICATION** | **$4,678.93** |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses**

| Date | Description | Amount |
|---|---|---|
| 10/4/2007 | Attorney Meal - FPWKT Only (1 Attorney) | $8.99 |
| 10/18/2007 | Court Costs | $11.76 |
| 10/31/2007 | Long Distance Telephone Call to Illinois | $0.63 |
| 10/31/2007 | Long Distance Telephone Call to Illinois | $0.38 |
| 10/31/2007 | Photocopies: 10 at $0.15 per page | $1.50 |
| 10/31/2007 | Express Mail from Jackson, Mississippi to Chicago, Illinois | $42.49 |
| 10/31/2007 | Attorney Caselaw Research for Use in Drafting Briefs Regarding Fee Auditor's Final Reports Covering April 2006, May 2006, June 2006, July 2006, August 2006, September 2006, October 2006, November 2006, December 2006, January 2007, February 2007, and March 2007 | $411.11 |

## Matter 30 - Hearings - Expenses

| Date | Description | Amount |
|---|---|---|
| 10/4/2007 | Attorney Airfare from Jackson, Mississippi to Philadelphia for Hearing Before Court Regarding Fee Applications Covering April 2006, May 2006, June 2006, July 2006, August 2006, September 2006, October 2006, November 2006, December 2006, January 2007, February 2007, and March 2007. This flight was booked at a discounted first-class rate. The economy/coach rate for this flight was higher than the discounted first-class rate. The economy/coach rate was $1938. | $1,593.30 |
| 10/4/2007 | FPWKT Only Meal, September 24, 2007 (2 Attorneys) | $5.80 |
| 10/4/2007 | FPWKT Only Meal, September 24, 2007 (2 Attorneys) | $5.43 |
| 10/4/2007 | Attorney Parking Fee at Airport, September 23-24, 2007 | $22.00 |
| 10/4/2007 | FPWKT Only Meal, September 24, 2007 (2 Attorneys) | $7.00 |
| 10/4/2007 | FPWKT Only Meal, September 23, 2007 (2 Attorneys) | $12.67 |
| 10/4/2007 | Attorney Computer Internet Charges, September 23-24, 2007 | $121.37 |
| 10/4/2007 | Attorney Hotel, September 23, 2007 | $250.00 |
| 10/4/2007 | Attorney Hotel, September 23, 2007 | $250.00 |
| 10/4/2007 | Attorney Airfare from Jackson, Mississippi to Philadelphia for Hearing Before Court Regarding Fee Applications Covering April 2006, May 2006, June 2006, July 2006, August 2006, September 2006, October 2006, November 2006, December 2006, January 2007, February 2007, and March 2007. This flight was booked at a discounted first-class rate. The economy/coach rate for this flight was higher than the discounted first-class rate. The economy/coach rate was $1938. | $1,593.30 |
| 10/4/2007 | Attorney Parking at Hotel, September 23-24, 2007 | $41.00 |
| 10/4/2007 | FPWKT Only Meal, September 24, 2007 (2 Attorneys) | $53.67 |
| 10/4/2007 | FPWKT Only Meal, September 24, 2007 (2 Attorneys) | $8.03 |
| 10/4/2007 | FPWKT Only Meal, September 24, 2007 (2 Attorneys) | $37.45 |

## Matter 30 - Hearings - Expenses

| | | |
|---|---|---|
| 10/4/2007 | FPWKT Only Meal, September 23, 2007 (2 Attorneys) | $33.50 |
| 10/4/2007 | Rental Car, September 23-24, 2007, Philadelphia, Pennsylvania (2 Attorneys) | $162.80 |
| 10/4/2007 | Miscellaneous Tips, September 23-24, Philadelphia, Pennsylvania (2 Attorneys) | $4.75 |