REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1653335
One Town Center Road                    Invoice Date      01/30/08
Boca Raton, FL   33486                  Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              102,204.00
        Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT     $102,204.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number    1653335
One Town Center Road                     Invoice Date      01/30/08
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/07 | Cameron | Attention to PI estimation trial preparation issues. | 1.60 |
| 12/03/07 | Cameron | Review materials from T. Klapper regarding trial preparation issues and materials (0.8); review expert depositions (2.6). | 3.40 |
| 12/03/07 | Fennessy | Review and assess opposing expert's transcripts in preparation of cross-examination memorandum for A. Klapper. | 2.80 |
| 12/03/07 | Klapper | Continue work on exhibit identification project for case in chief (2.3); discuss contours of expert testimony with consultant in light of Kirkland's suggestions (4.3). | 6.60 |
| 12/03/07 | Taylor-Payne | Continue research and compilation of materials in preparation for cross examination of industry expert | .50 |
| 12/04/07 | Ament | Circulate 11/26/07 transcript to team. | .10 |
| 12/04/07 | Cameron | Attention to trial preparation materials. | 2.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1653335
60026  Litigation and Litigation Consulting  Page    2
January 30, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/04/07 | Klapper | Continue work on revised direct examination outline and exhibits for use with expert and confer with consultants. | 3.70 |
| 12/04/07 | Lord | Research and telephone call with representative of Mary Wurtz re: reason for inclusion on service list. | .40 |
| 12/04/07 | Taylor-Payne | Continue research and compilation of materials in preparation for cross examination of industry expert | .20 |
| 12/05/07 | Ament | E-mails with V. Johnson of Kirkland re: Jan. trial. | .20 |
| 12/05/07 | Cameron | Additional review of trial preparation materials. | 1.70 |
| 12/05/07 | Klapper | Work on cross examination outline of pathologist based on input from article and deposition review. | 6.80 |
| 12/05/07 | Taylor-Payne | Continue research and compilation of transcripts in anticipation of cross examination of industry expert | .50 |
| 12/06/07 | Cameron | Attention to trial preparation materials. | 2.80 |
| 12/06/07 | Klapper | Prepare for meeting with expert regarding direct examination (2.0); meet with expert regarding testimony and slides and exhibits (7.4). | 9.40 |
| 12/06/07 | Lord | Telephone call with creditor re: receipt of notice of filing. | .20 |
| 12/07/07 | Cameron | Attention to trial preparation materials. | .90 |
| 12/07/07 | Fennessy | Revise cross-examination memorandum regarding opposing expert for A. Klapper. | 2.30 |

172573 W. R. Grace & Co.                          Invoice Number  1653335
60026  Litigation and Litigation Consulting       Page    3
January 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/07/07 | Klapper | Participate in team call (1.0); finish review of estimation reports and additional deposition transcripts of science experts for use in cross prep of Grace experts (4.2). | 5.20 |
| 12/08/07 | Cameron | Review Daubert motion and related materials (1.9); review expert reports (0.9). | 2.80 |
| 12/09/07 | Cameron | Review Daubert materials. | 1.80 |
| 12/09/07 | Klapper | Begin review of Daubert briefs for material for preparation of expert cross-examinations. | 1.70 |
| 12/10/07 | Ament | Review agenda for 12/17/07 hearing (.10); e-mails re: same (.10). | .20 |
| 12/10/07 | Cameron | Review of Daubert motions filed by parties. | 1.90 |
| 12/10/07 | Fennessy | Create master document regarding opposing expert's deposition testimony and articles. | .20 |
| 12/10/07 | Klapper | Finish exhibit list for affirmative case-in-chief (3.8); finish exhibit list for rebuttal of key experts from claimants (3.3). | 7.10 |
| 12/11/07 | Ament | E-mails re: 12/17/07 hearing. | .10 |
| 12/11/07 | Cameron | Review PI estimation filings. | 1.40 |
| 12/11/07 | Klapper | Finish review of Daubert briefs to identify cross issues for expert prep work (2.3); continue work on expert direct and exhibits based on input from last prep session (5.7). | 8.00 |
| 12/12/07 | Ament | Various e-mails and meetings re: 12/17/07 hearing. | .50 |
| 12/12/07 | Klapper | Continue work on direct examination outline and exhibits for use with expert. | 8.20 |

172573 W. R. Grace & Co.                          Invoice Number  1653335
60026  Litigation and Litigation Consulting       Page    4
January 30, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 12/13/07 | Cameron | Attention to trial preparation materials. | 1.30 |
| 12/13/07 | Klapper | Continue work on direct examination outline and exhibits for use with expert. | 7.70 |
| 12/14/07 | Klapper | Continue work on draft direct examination and revise slides for use with expert. | 8.00 |
| 12/15/07 | Cameron | Review of materials for trial preparation issues. | 1.60 |
| 12/15/07 | Klapper | Finish draft direct examination and revise slides for use with expert. | 4.70 |
| 12/16/07 | Klapper | Make more revisions to slide for expert direct. | 1.30 |
| 12/17/07 | Ament | E-mails re: 2008 omnibus hearing dates (.10); meet with J. Restivo re: omnibus hearing (.10). | .20 |
| 12/17/07 | Klapper | Continue making edits to slides, conferring with consultants and with B. Harding regarding same. | 2.20 |
| 12/18/07 | Klapper | Work with expert on direct examination. | 8.30 |
| 12/18/07 | Restivo | Telephone calls with D. Cameron and R. Finke. | 2.00 |
| 12/18/07 | Taylor-Payne | Compilation of materials in anticipation of cross examination of industry expert. | .70 |
| 12/19/07 | Cameron | Review draft exhibit list (2.9); multiple e-mails and calls regarding same (1.6); review materials from K&E (0.9). | 5.40 |
| 12/19/07 | Klapper | Continue work on revisions to expert's direct examination and slides in light of feedback from previous prep session. | 4.10 |

172573 W. R. Grace & Co.                        Invoice Number  1653335
60026  Litigation and Litigation Consulting     Page   5
January 30, 2008

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 12/20/07 | Cameron | Additional review of exhibit list and R.J. Lee deposition reports materials for possible exhibits (2.4); multiple e-mails and calls regarding same (0.8); attention to materials from T. Klapper (1.1). | 4.30 |
| 12/20/07 | Klapper | Meet with consultants re slides and direct examination (2.4); finish revisions to slides and direct based on discussion with expert (6.3); review trial exhibit list, providing feedback to Kirkland counsel (2.2). | 10.90 |
| 12/21/07 | Cameron | Attention to trial preparation materials and multiple e-mails regarding same. | 1.60 |
| 12/22/07 | Cameron | Attention to trial preparation materials. | .70 |
| 12/23/07 | Klapper | Continue review of key secondary sources relied upon by lead expert and identify from those materials likely cross questions during estimation hearing. | 3.40 |
| 12/24/07 | Klapper | Continue review of key secondary sources relied upon by lead expert and identify from those materials likely cross questions during estimation hearing. | 4.20 |
| 12/26/07 | Klapper | Review Daubert opposition briefs for cross ideas (3.2); continue work on cross prep for lead expert, reviewing writings and prior testimony (6.3). | 9.50 |
| 12/27/07 | Ament | Circulate transcript of 12/17/07 hearing to client and working group. | .20 |
| 12/27/07 | Klapper | Continue work on cross prep for lead expert, reviewing writings and prior testimony. | 7.70 |
| 12/28/07 | Cameron | Review motion in limine responses. | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number  1653335
60026  Litigation and Litigation Consulting       Page    6
January 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|

12/28/07 Klapper      Fill out coding sheets re exhibits      6.60
                      (1.4); continue work on cross prep
                      for lead expert, reviewing
                      writings and prior testimony (5.2).

12/29/07 Cameron      Review draft direct exam and            2.10
                      motion in limine materials.

12/29/07 Klapper      Continue work on cross prep for         1.70
                      lead expert, reviewing writings
                      and prior testimony.

12/30/07 Cameron      Continued review of trial               1.40
                      preparation materials.

12/30/07 Klapper      Continue work on cross prep for         5.20
                      lead expert, reviewing writings
                      and prior testimony.

12/31/07 Cameron      Review draft materials from             2.80
                      T. Klapper (1.5); review Motions
                      in Limine responses (1.3).
                                                            ------
                                     TOTAL HOURS            197.40

| TIME SUMMARY | Hours | | Rate | | Value |
|-------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 2.00 | at $ | 635.00 | = | 1,270.00 |
| Douglas E. Cameron | 43.90 | at $ | 570.00 | = | 25,023.00 |
| Antony B. Klapper | 142.20 | at $ | 520.00 | = | 73,944.00 |
| Nathan R. Fennessy | 5.30 | at $ | 240.00 | = | 1,272.00 |
| John B. Lord | 0.60 | at $ | 210.00 | = | 126.00 |
| Sharon A. Ament | 1.50 | at $ | 145.00 | = | 217.50 |
| Jennifer L. Taylor-Payne | 1.90 | at $ | 185.00 | = | 351.50 |

                      CURRENT FEES                      102,204.00

                                                      ------------
       TOTAL BALANCE DUE UPON RECEIPT                 $102,204.00
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1653336
5400 Broken Sound Blvd., N.W.        Invoice Date      01/30/08
Boca Raton, FL 33487                 Client Number       172573

==============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

          Fees                         10,909.50
          Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $10,909.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1653336
5400 Broken Sound Blvd., N.W.            Invoice Date      01/30/08
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028

=============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 12/02/07 | Cameron | Review legal research materials. | 1.30 |
| 12/03/07 | Pickens | Research re: elements of potential claims. | 1.10 |
| 12/03/07 | Rea | Work on drafting research memo. | 3.40 |
| 12/04/07 | Pickens | Research re: elements of potential claims. | 3.20 |
| 12/04/07 | Rea | Work on drafting summary research memo. | 1.50 |
| 12/04/07 | Sheridan | Research and update chart re materiality requirements under MD Consumer Protection Act. | .50 |
| 12/14/07 | Pickens | Research re: elements of potential claims in various states. | .50 |
| 12/16/07 | Cameron | Review legal research materials from R. Finke (1.3); review e-mails regarding same (0.3). | 1.60 |
| 12/17/07 | Cameron | Review legal research issues. | .60 |
| 12/17/07 | Restivo | File review and analysis re:  next steps. | .50 |
| 12/18/07 | Cameron | Review, revise and finalize legal research memo (1.3); review materials from R. Finke (1.4); multiple e-mails regarding same (0.4). | 3.10 |

172573 W. R. Grace & Co.                          Invoice Number  1653336
60028  ZAI Science Trial                          Page    2
January 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| 12/18/07 Restivo | Review and refine research memo. | .60 |
|---|---|---|
| 12/19/07 Cameron | Attention to ZAI research issues and R. Finke materials. | 1.20 |
| 12/19/07 Restivo | Review and advise on memo. | 1.00 |
| 12/21/07 Pickens | Research re: requirements of potential claims. | .40 |
| 12/21/07 Rea | Conference with D. Pickens re: research. | .30 |
| 12/27/07 Cameron | Review materials from R. Finke. | .70 |
| 12/30/07 Cameron | Review R. Finke summary. | .70 |
| 12/31/07 Rea | Revisions to research memo. | 1.30 |

                                                        ------
                                      TOTAL HOURS    23.50


| TIME SUMMARY | Hours | | Rate | | | Value |
|--------------|-------|---|------|---|---|-------|
| James J. Restivo Jr. | 2.10 | at | $ | 635.00 | = | 1,333.50 |
| Douglas E. Cameron | 9.20 | at | $ | 570.00 | = | 5,244.00 |
| Traci Sands Rea | 6.50 | at | $ | 400.00 | = | 2,600.00 |
| Dustin Pickens | 5.20 | at | $ | 310.00 | = | 1,612.00 |
| William J. Sheridan | 0.50 | at | $ | 240.00 | = | 120.00 |

                        CURRENT FEES                    10,909.50

                                                      ------------
          TOTAL BALANCE DUE UPON RECEIPT              $10,909.50
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1653337
5400 Broken Sound Blvd., N.W.        Invoice Date      01/30/08
Boca Raton, FL 33487                 Client Number      172573


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

          Fees                          4,839.00
          Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $4,839.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1653337
5400 Broken Sound Blvd., N.W.        Invoice Date       01/30/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 12/03/07 | Ament | Review e-mail from J. Lord re: 76th monthly fee application. | .10 |
| 12/04/07 | Ament | Review e-mail from D. Cameron re: 26th quarterly fee application (.10); e-mails with A. Muha and J. Lord re: same (.10); return telephone call to A. Weimer re: same (.10); follow-up e-mails re: same (.10). | .40 |
| 12/05/07 | Ament | Attend to billing matters relating to spreadsheet received from fee auditor (.30); e-mails re: same (.10). | .40 |
| 12/07/07 | Ament | Attend to billing matters relating to 75th monthly fee application (.10); e-mails and meet with D. Cameron re: same (.10). | .20 |
| 12/11/07 | Ament | Attend to billing matters relating to 25th quarterly fee application (.10); e-mails and meet with D. Cameron re: same (.10). | .20 |
| 12/13/07 | Ament | Attend to matters relating to 25th quarterly fee application (.10); e-mails re: same (.10). | .20 |
| 12/13/07 | Muha | Begin work on revisions to November 2007 monthly fee application materials. | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1653337
60029  Fee Applications-Applicant                 Page    2
January 30, 2008


| Date | Name | | Hours |
|------|------|------|------|

| 12/14/07 | Ament | E-mails re: Nov. monthly fee application (.20); attend to billing matter relating to expenses for Nov. monthly fee application (.40); meet with A. Muha re: same (.10). | .70 |
| 12/14/07 | Cameron | Review materials regarding fee applications. | .90 |
| 12/14/07 | Muha | Extensive review and revisions to fee and expense detail for Nov. 2007 monthly application, including research into various time and expense entries to provide greater explanations. | 3.80 |
| 12/17/07 | Ament | Attend to billing matters relating to 25th quarterly fee application (.10); e-mails with D. Cameron re: same (.10); e-mails with A. Muha re: expenses relating to Nov. monthly fee application (.10). | .30 |
| 12/18/07 | Lord | Draft CNO for Reed Smith October monthly fee application. | .40 |
| 12/20/07 | Ament | Respond to e-mail from D. Cameron re: Oct. fees. | .10 |
| 12/21/07 | Ament | E-mails re: Nov. fees and expenses (.20); attend to billing matters relating to Environ (.10). | .30 |
| 12/21/07 | Lord | E-file and perfect service of Reed Smith CNO to October monthly fee application (.3); correspondence to R. Finke re: same (.1). | .40 |
| 12/26/07 | Muha | Multiple e-mails and calls re: status of November 2007 fee and expense details for preparation of November monthly fee application. | .30 |
| 12/27/07 | Ament | E-mails re: fees and expenses relating to Nov. monthly fee application (.20); attend to billing matters relating to Environ expenses (.30); begin calculating fees and expenses for Nov. monthly fee application | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1653337
60029  Fee Applications-Applicant                 Page    3
January 30, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| | | (.50); create spreadsheet re: same (.30); begin drafting Nov. monthly fee application (.20). | |
| 12/27/07 | Muha | Review and revise November 2007 fee and expense detail and multiple e-mails with D. Cameron and billing department re: same, and prepare invoices for final billing stage. | 2.20 |
| 12/28/07 | Ament | Continue calculating fees and expenses for Nov. monthly fee application (1.0); continue preparing spreadsheet re: same (.50); continue drafting 77th monthly fee application (.40); provide same to A. Muha (.10); e-mails with J. Lord re: same (.10). | 2.10 |
| 12/28/07 | Lord | E-mails with S. Ament re: monthly fee application. | .10 |
| 12/28/07 | Muha | Attend to multiple issues re: preparation of November 2007 monthly fee application for filing. | .50 |
| 12/30/07 | Ament | E-mails re: Nov. monthly fee application (.20); finalize said fee application (.20); e-mail 77th monthly fee application, fee and expense details to J. Lord for DE filing (.10). | .50 |
| 12/30/07 | Muha | Make final review of and revisions to November 2007 monthly fee application and e-mail comments to S. Ament. | .70 |
| 12/31/07 | Lord | Revise, e-file and perfect service of Reed Smith November monthly fee application. | 1.20 |

```
                                            ------
                           TOTAL HOURS      18.20
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 0.90 at $ 570.00 = | | 513.00 |

172573 W. R. Grace & Co.                    Invoice Number  1653337
60029  Fee Applications-Applicant           Page   4
January 30, 2008


        Andrew J. Muha          8.20  at  $  350.00  =   2,870.00
        John B. Lord            2.10  at  $  210.00  =     441.00
        Sharon A. Ament         7.00  at  $  145.00  =   1,015.00

                                CURRENT FEES                        4,839.00


                                                           ------------
                                TOTAL BALANCE DUE UPON RECEIPT    $4,839.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1653338
One Town Center Road                    Invoice Date        01/30/08
Boca Raton, FL    33486                 Client Number         172573

================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

         Fees                              3,133.00
         Expenses                              0.00

                     TOTAL BALANCE DUE UPON RECEIPT         $3,133.00
                                                           =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1653338
One Town Center Road                Invoice Date      01/30/08
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60030
```

===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 12/11/07 | Cameron | Review agenda for omnibus hearing (0.3); e-mails regarding same (0.3). | .60 |
| 12/11/07 | Restivo | Correspondence re:  Omnibus Hearing. | .40 |
| 12/12/07 | Cameron | Review materials for 12/12 hearing. | .60 |
| 12/13/07 | Cameron | Review materials for hearing. | .60 |
| 12/13/07 | Restivo | Status review for Omnibus Hearing. | .20 |
| 12/17/07 | Cameron | Review materials for omnibus hearing (0.3); meet with J. Restivo regarding same (0.2); meet with J. Restivo regarding report of hearing (0.3). | .80 |
| 12/17/07 | Restivo | Attend oral argument at Omnibus Hearing. | 2.00 |

```
                                                  ------
                                  TOTAL HOURS      5.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 2.60 at | $ | 635.00 | = | 1,651.00 |
| Douglas E. Cameron | 2.60 at | $ | 570.00 | = | 1,482.00 |

```
                        CURRENT FEES                    3,133.00
```

172573 W. R. Grace & Co.
60030  Hearings
January 30, 2008

Invoice Number  1653338
Page    2

                                                   ------------
        TOTAL BALANCE DUE UPON RECEIPT                $3,133.00
                                                   ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1653339
One Town Center Road                      Invoice Date      01/30/08
Boca Raton, FL    33486                   Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                         103,286.00
         Expenses                          0.00

                       TOTAL BALANCE DUE UPON RECEIPT      $103,286.00
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 1653339 |
|---|---|---|
| One Town Center Road | Invoice Date | 01/30/08 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60033 |

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
|---|---|---|---|
| 12/02/07 | Cameron | Review materials from meeting. | .90 |
| 12/02/07 | Himmel | Review D. Cameron's e-mail re: expert analysis. | .10 |
| 12/03/07 | Ament | Assist team with various issues relating to PD claims (.20); various e-mails with team re: same (.10); prepare for and attend team status meeting (.80); meet with T. Rea re: Speights opposition to debtors motion to expunge duplicate claims (.10). | 1.20 |
| 12/03/07 | Aten | Continue to read, analyze and summarize medical expert reports (2.9); team meeting (.6). | 3.50 |
| 12/03/07 | Cameron | Review D. Speights response to motion to expunge (0.9); prepare for and attend weekly meeting regarding strategy and planning issues (0.9); review L. Flatley memo regarding experts (0.9). | 2.70 |
| 12/03/07 | Flatley | Review deposition transcript and outline issues (4.1); call with D. Cameron (0.4); call with A. Muha (0.2); team meeting (0.8). | 5.50 |

172573 W. R. Grace & Co.                        Invoice Number  1653339
60033  Claim Analysis Objection Resolution      Page    2
       & Estimation (Asbestos)
January 30, 2008


| Date | Name | | Hours |
|------|------|------|------|
| 12/03/07 | Lewis | Research re property damage claims and viability of same under the bankruptcy code. | 1.80 |
| 12/03/07 | Muha | Prepare for and attend weekly planning meeting (0.9); continue revisions to memorandum re: non-asbestos cases and circulate same (1.3); continue review of case law and begin work on memorandum re: law regarding analysis of asbestos claims (3.8). | 6.00 |
| 12/03/07 | Rea | Attend team meeting (.8); review of response to Allegheny Center motion (.5). | 1.30 |
| 12/03/07 | Restivo | Strategy meeting (1.0); emails (.3); memos re: analysis of expert reports (1.7). | 3.00 |
| 12/04/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10); review memo from J. Restivo re: status (.20). | .50 |
| 12/04/07 | Aten | Continue to read, analyze and summarize expert reports of medical experts. | 2.00 |
| 12/04/07 | Flatley | E-mails and replies (0.2); review memo (0.2). | .40 |
| 12/04/07 | Himmel | Draft outline of expert report. | 2.50 |
| 12/04/07 | Muha | Continue work on memorandum re: analysis of asbestos claims, and review J. Restivo memorandum re: same. | 4.40 |
| 12/04/07 | Restivo | Further analysis (2.0); update status memos (1.0). | 3.00 |
| 12/05/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
        & Estimation (Asbestos)
January 30, 2008

Invoice Number  1653339
Page    3

| Date | Name | | Hours |
|------|------|------|-------|
| 12/05/07 | Aten | Continue to read, analyze and summarize medical expert reports. | 3.20 |
| 12/05/07 | Cameron | Attention to memos regarding planning and strategy issues (1.8); continued review of expert materials (1.3). | 3.10 |
| 12/05/07 | Flatley | Review of outlines for various witnesses and review of analytical memoranda for December 7 meeting. | 2.50 |
| 12/05/07 | Himmel | Draft outline of expert analysis and review expert materials and conference with J. Restivo regarding same. | 2.60 |
| 12/05/07 | Muha | Continue research and analysis of case law and drafting extensive memorandum re: claims analysis. | 9.60 |
| 12/05/07 | Restivo | Analyze expert report (3.7); update status report (.9); telephone calls and emails with Muha, Aten, and Himmel, et al (.9). | 5.50 |
| 12/06/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10); review J. Restivo memo re: status (.10). | .40 |
| 12/06/07 | Aten | Miscellaneous matters re: medical experts. | .50 |
| 12/06/07 | Cameron | Review Judge Buckwalter decision (0.8); review summary judgment materials (0.4). | 1.20 |
| 12/06/07 | Flatley | With J. Restivo re: status (0.4); review reports and memoranda in preparation for December 7 meeting (2.6). | 3.00 |
| 12/06/07 | Himmel | Review expert materials and prepare summaries regarding same. | 4.50 |
| 12/06/07 | Muha | Continue to draft, revise and circulate memorandum re: asbestos claims analysis. | 8.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1653339
60033  Claim Analysis Objection Resolution  Page    4
       & Estimation (Asbestos)
January 30, 2008
```

| Date | Name | | Hours |
|------|------|------|------|
| 12/06/07 | Rea | Reviewed district court opinion affirming lack of authority order. | .30 |
| 12/06/07 | Restivo | Analysis of strategy options (5.5); emails re: PD and ZAI Omnibus Hearing (.5). | 6.00 |
| 12/07/07 | Ament | Review memos from J. Restivo and B. Himmel re: status (.30); various e-mails with J. Restivo re: same (.10); assist team with various issues relating to PD claims (.20); meet with D. Cameron re: status (.10). | .70 |
| 12/07/07 | Aten | Attend team meeting. | 2.10 |
| 12/07/07 | Cameron | Prepare for (1.1) and attend strategy meeting with Grace team and follow-up discussions (2.1); follow-up with R. Finke regarding same (0.4). | 3.60 |
| 12/07/07 | Flatley | Preparation for team meeting (1.4); team meeting to discuss analysis and conclusions (2.5); further analysis and begin outline for client presentation (0.9). | 4.80 |
| 12/07/07 | Himmel | Conference with Reed Smith team regarding expert materials (2.5); draft summaries regarding same (.6). | 3.10 |
| 12/07/07 | Muha | Prepare for and attend meeting re: asbestos claims analysis and related issues (3.0); review reports by expert witnesses and prepare summaries of same (2.8). | 5.80 |
| 12/07/07 | Restivo | Strategy meeting and follow-up with analysis of options (3.0); memorandum re: same (2.0). | 5.00 |
| 12/08/07 | Ament | Assist D. Cameron with various issues relating to PD claims (1.30); e-mails re: same (.20). | 1.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1653339
60033  Claim Analysis Objection Resolution  Page    5
       & Estimation (Asbestos)
January 30, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/08/07 | Himmel | Prepare summary of expert materials. | 4.30 |
| 12/09/07 | Cameron | Review of materials for client call. | 1.50 |
| 12/09/07 | Himmel | Prepare summary of expert materials. | 3.50 |
| 12/10/07 | Ament | Assist team with various issues relating to PD claims (.80); various e-mails with team re: same (.20); review J. Restivo and B. Himmel memos re: status (.20). | 1.20 |
| 12/10/07 | Aten | Read, analyze and summarize Daubert motions. | 7.90 |
| 12/10/07 | Cameron | Continued review of expert materials and J. Restivo's summary for client call. | 2.20 |
| 12/10/07 | Flatley | E-mails on various subjects (0.3); with R. Aten (0.1); review briefs and begin review of J. Restivo outline (2.4). | 2.80 |
| 12/10/07 | Himmel | Review and summarize expert materials and conference with J. Restivo regarding same. | 2.00 |
| 12/10/07 | Muha | Brief review of multiple pleadings filed by interested parties and meeting with P. Singer and J. Restivo to discuss issues re: asbestos claims. | .60 |
| 12/10/07 | Restivo | Prepare for Omnibus (.40); analysis of testimony and options (4.3). | 4.70 |
| 12/11/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 12/11/07 | Aten | Continue to read, analyze and summarize Daubert motions. | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number  1653339
60033  Claim Analysis Objection Resolution        Page    6
       & Estimation (Asbestos)
January 30, 2008


| Date | Name | | Hours |
|------|------|---|-------|
| 12/11/07 | Cameron | Review and revise J. Restivo draft outline/talking points (1.7); meet with J. Restivo and L. Flatley regarding same (0.6); review expert report summaries regarding same (1.4). | 3.70 |
| 12/11/07 | Flatley | Review briefs and J. Restivo outline (1.9); with D. Cameron and follow-up (0.6); revisions to J. Restivo outline (0.4). | 2.90 |
| 12/11/07 | Himmel | Review summaries of Daubert motions (.9); review J. Restivo talking points memo for comments (.3); draft summary regarding expert materials (.6). | 1.80 |
| 12/11/07 | Muha | Review e-mails re: asbestos claims issues. | .20 |
| 12/11/07 | Restivo | Analysis of testimony, law and options. | 3.50 |
| 12/12/07 | Ament | Assist team with various issues relating to PD claims (.40); e-mails re: same (.10); review e-mail from J. Restivo re: status (.10). | .60 |
| 12/12/07 | Cameron | Prepare for (1.4) and participate in call with R. Finke, J. Restivo and L. Flatley regarding claims review issues (1.6); follow-up call with R. Finke (.3). | 3.30 |
| 12/12/07 | Flatley | Prepare for conference call (1.0); conference call with J. Restivo, D. Cameron and R. Finke and follow-up with J. Restivo and D. Cameron (1.8); with B. Himmel (0.2); with A. Muha (0.1). | 3.10 |
| 12/12/07 | Himmel | Conference with L. Flatley regarding expert materials. | .20 |
| 12/12/07 | Restivo | Prepare for and telephone conference with clients re: case strategy. | 4.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1653339
60033  Claim Analysis Objection Resolution  Page    7
       & Estimation (Asbestos)
January 30, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/13/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 12/13/07 | Cameron | Follow-up from 12/12 conference call (0.7); review materials relating to Allegheny Center Motion (0.8); review statute of limitations materials (0.6). | 2.10 |
| 12/13/07 | Restivo | Status review for Omnibus Hearing. | .30 |
| 12/14/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 12/14/07 | Cameron | Review materials relating to argument of Motion to Expunge duplicate claim. | 1.30 |
| 12/14/07 | Lewis | Research re property damage claims and viability of same under the bankruptcy code. | 4.20 |
| 12/17/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10); prepare for and attend status meeting (.70). | 1.00 |
| 12/17/07 | Aten | Team meeting. | .80 |
| 12/17/07 | Cameron | Prepare for (0.8) and attend team meeting regarding open issues (0.7). | 1.50 |
| 12/17/07 | Flatley | Team meeting and follow-up (0.8); B. Harding e-mail and reply (0.3). | 1.10 |
| 12/17/07 | Himmel | Attend weekly status meeting. | .80 |
| 12/17/07 | Lewis | Research re property damage claims and viability of same under the bankruptcy code. (.8); telephone call and email correspondence with T.Rea re same (.1); draft portions of memo re same (1.9). | 2.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1653339
60033  Claim Analysis Objection Resolution  Page    8
       & Estimation (Asbestos)
January 30, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/17/07 | Muha | Attend portions of weekly status meeting. | .60 |
| 12/17/07 | Rea | Team meeting (.8); attention to Allegheny Center motion/omnibus hearing (2.8); preparation for team meeting/omnibus (1.5). | 5.10 |
| 12/17/07 | Restivo | Prepare for Omnibus Hearing (3.0); report on same to R. Finke and meeting with D. Cameron (1.0); team strategy meeting (1.0). | 5.00 |
| 12/18/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 12/18/07 | Cameron | Meet with J. Restivo regarding property damage claims status issues (0.7); participate in conference calls with client regarding same (0.4); review Speights claim materials (0.8). | 1.90 |
| 12/18/07 | Lewis | Draft memo re viability of property damage claims (2.6); revise same per comments from T.Rea (.2); revise same per comments from D. Cameron (.3). | 3.10 |
| 12/18/07 | Rea | Attention to research memo. | 1.40 |
| 12/19/07 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 12/19/07 | Cameron | Attention to PD claims issues. | .70 |
| 12/19/07 | Restivo | Telephone conference with clients (1.0); telephone conference with opposing attorney (1.3); meetings with D. Cameron (.3). | 2.60 |
| 12/20/07 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10); review e-mail from J. Restivo re: status (.10). | .30 |

```
172573 W. R. Grace & Co.                      Invoice Number   1653339
60033  Claim Analysis Objection Resolution    Page    9
       & Estimation (Asbestos)
January 30, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/20/07 | Cameron | Review materials from J. Restivo (0.9); telephone call with J. Restivo regarding same (0.3); meet with R. Finke regarding same (0.4). | 1.60 |
| 12/20/07 | Restivo | Memo to file re: Speights' P.D. claims (1.1); telephone conference with D. Cameron (.4). | 1.50 |
| 12/21/07 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 12/22/07 | Cameron | Attention to materials relating to PD claims. | .60 |
| 12/26/07 | Atkinson | Per expert request, obtain articles. | .20 |
| 12/27/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 12/27/07 | Cameron | Attention to open PD claims issues. | .70 |
| 12/28/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 12/29/07 | Cameron | Review hearing transcript and J. Restivo e-mail regarding same. | 1.30 |
| 12/29/07 | Restivo | Review new pleadings, emails and correspondence. | 1.00 |
| 12/30/07 | Cameron | Continued review of materials regarding PD claims. | 1.10 |
| 12/31/07 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 12/31/07 | Cameron | Review hearing transcript (0.4) and status of PD claims (0.4); review materials from T. Rea regarding pending PD claims (0.8); review expert witness materials (0.8). | 2.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1653339
60033  Claim Analysis Objection Resolution  Page  10
       & Estimation (Asbestos)
January 30, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/31/07 | Rea | Analysis of remaining property damage claims. | 1.60 |

```
                                              ------
                              TOTAL HOURS     223.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 45.10 | at $ | 635.00 | = | 28,638.50 |
| Lawrence E. Flatley | 26.10 | at $ | 575.00 | = | 15,007.50 |
| Douglas E. Cameron | 37.40 | at $ | 570.00 | = | 21,318.00 |
| Traci Sands Rea | 9.70 | at $ | 400.00 | = | 3,880.00 |
| Brian T. Himmel | 25.40 | at $ | 400.00 | = | 10,160.00 |
| Andrew J. Muha | 35.20 | at $ | 350.00 | = | 12,320.00 |
| Rebecca E. Aten | 22.70 | at $ | 295.00 | = | 6,696.50 |
| Joshua C. Lewis | 11.90 | at $ | 315.00 | = | 3,748.50 |
| Maureen L. Atkinson | 0.20 | at $ | 190.00 | = | 38.00 |
| Sharon A. Ament | 10.20 | at $ | 145.00 | = | 1,479.00 |

```
                   CURRENT FEES                         103,286.00


                                                      ------------
                   TOTAL BALANCE DUE UPON RECEIPT      $103,286.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1653340
One Town Center Road                      Invoice Date       01/30/08
Boca Raton, FL    33486                   Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          104,528.00
        Expenses                           0.00

                TOTAL BALANCE DUE UPON RECEIPT       $104,528.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1653340
One Town Center Road                    Invoice Date      01/30/08
Boca Raton, FL    33486                 Client Number       172573
                                        Matter Number        60035


========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2007

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 12/01/07 | Cameron | Attention to expert witness materials and recent government reports. | 1.90 |
| 12/03/07 | Cameron | Review materials from R. Finke regarding expert witnesses and reports (1.6); telephone call with RJ Lee Group and review e-mails regarding same (0.7). | 2.30 |
| 12/04/07 | Cameron | Review additional materials from R. Finke relating to expert reports and follow-up e-mails. | 1.40 |
| 12/04/07 | Sanner | Continue analysis of documents. | 6.20 |
| 12/04/07 | Taylor-Payne | Continue research and compilation of key governmental documents | .30 |
| 12/05/07 | Sanner | Continue document analysis. | .90 |
| 12/06/07 | Cameron | Review materials from RJ Lee Group (1.1); e-mails regarding same (0.3); review materials relating to Ninth Circuit ruling (0.8). | 2.20 |
| 12/06/07 | Sanner | Continue work on document collection project. | 6.60 |
| 12/07/07 | Cameron | Review material from R.J. Lee Group (1.3); multiple emails and calls regarding same (0.7); review C. Blake expert material (0.9). | 2.90 |

172573 W. R. Grace & Co.                    Invoice Number  1653340
60035  Grand Jury Investigation             Page   2
January 30, 2008

|  Date  | Name | | Hours |
|--------|------|--|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 12/07/07 | Klapper | Review state of the art materials received from consultant regarding regulatory activity. | 3.30 |
| 12/07/07 | Sanner | Continue work on document collection project. | 6.50 |
| 12/07/07 | Taylor-Payne | Continue research and compilation of key governmental documents | .50 |
| 12/08/07 | Cameron | Review supplemental report materials. | 1.20 |
| 12/08/07 | Sanner | Continue work on document collection project. | 7.10 |
| 12/09/07 | Sanner | Continue work on document collection project. | 8.20 |
| 12/10/07 | Cameron | Multiple e-mails regarding expert reliance materials (0.9); telephone call with T. Mace and R. Finke regarding same (0.4); review multiple expert reports and supplemental materials (2.9); review Ninth Circuit Opinion (0.4). | 4.60 |
| 12/10/07 | Sanner | Continue work on document collection project. | 7.00 |
| 12/10/07 | Taylor-Payne | Continue research and compilation of key governmental documents | 2.40 |
| 12/11/07 | Cameron | Review materials for December 17 call (1.8); multiple e-mails regarding same (0.8). | 2.60 |
| 12/11/07 | Sanner | Continue work on document collection project. | 7.10 |
| 12/11/07 | Taylor-Payne | Continue research and organization of key governmental documents | .60 |
| 12/12/07 | Cameron | Review materials for defense counsel call. | 1.40 |
| 12/12/07 | Taylor-Payne | Continue research and organization of key governmental documents | .60 |

172573 W. R. Grace & Co.    Invoice Number  1653340
60035  Grand Jury Investigation  Page   3
January 30, 2008

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/13/07 | Cameron | Review work product for defense counsel call on 12/17 (2.4); attention to reliance materials (0.7). | 3.10 |
| 12/13/07 | Sanner | Continue analysis in document collection project. | 8.50 |
| 12/13/07 | Taylor-Payne | Continue research and organization of key governmental documents | .30 |
| 12/14/07 | Cameron | Review materials relating to Ninth Circuit appeal (0.5); telephone call with R. Finke (0.3); review materials from experts (1.8). | 2.60 |
| 12/14/07 | Sanner | Continue analysis in document collection project. | 7.10 |
| 12/14/07 | Taylor-Payne | Continue research and organization of key governmental documents | 3.80 |
| 12/15/07 | Cameron | Continued review of expert witness work (1.7); e-mails regarding same (0.4). | 2.10 |
| 12/16/07 | Cameron | Review materials from T. Klapper (0.9); prepare for 12/17/07 call (0.8). | 1.70 |
| 12/16/07 | Klapper | Continue work developing discussion topics for team call, sharing same with T. Mace and L. Urgenson. | 3.30 |
| 12/17/07 | Cameron | Prepare for (0.4) and participate in call with expert witness and R. Finke (0.7); prepare for (1.2) and participate in call with defense counsel regarding strategy issues and task responsibilities (3.2); follow-up from call (0.6). | 6.10 |
| 12/17/07 | Klapper | Prepare for team call (.5); participate on team call (3.0); review P. Sanner work product and follow-up re: historical documents (3.3). | 6.80 |

172573 W. R. Grace & Co.                        Invoice Number  1653340
60035  Grand Jury Investigation                 Page    4
January 30, 2008

        Date    Name                                                    Hours
     --------  -----------                                              -----

     12/17/07 Taylor-Payne      Continue research and organization        .80
                                of key governmental documents

     12/18/07 Sanner            Follow up on A. Klapper request re         .90
                                W R Grace documents from document
                                collection project.

     12/18/07 Taylor-Payne      Continue research and compilation         .50
                                of key governmental documents

     12/19/07 Klapper           Begin work on cross exam outline         7.00
                                for key governmental expert (6.5);
                                confer with co-defense counsel re
                                same (.5).

     12/20/07 Cameron           Attention to expert witness             1.30
                                materials.

     12/20/07 Sanner            Email correspondence with A.              .40
                                Klapper re strategies and next
                                steps.

     12/20/07 Sanner            Continue work on government             6.70
                                project.

     12/20/07 Taylor-Payne      Continue research and organization      1.10
                                of key governmental documents

     12/21/07 Cameron           Attention to materials relating to     1.30
                                expert witness work.

     12/21/07 Klapper           Continue work on cross exam            7.80
                                outline for key governmental
                                expert, conferring with co-defense
                                counsel and reviewing their work
                                product.

     12/21/07 Sanner            Continue work on document             6.20
                                collection project.

     12/22/07 Cameron           Attention to expert materials for       .90
                                trial preparation.

     12/22/07 Klapper           Continue work on cross exam            4.30
                                outline for key governmental
                                expert, integrating co-defense
                                counsel work product with RS work
                                product.

172573 W. R. Grace & Co.                    Invoice Number  1653340
60035  Grand Jury Investigation             Page   5
January 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 12/23/07 | Klapper | Continue work on cross exam outline for key governmental expert, integrating co-defense counsel work product with RS work product. | 3.20 |
| 12/26/07 | Sanner | Continue work on government project. | 5.60 |
| 12/27/07 | Cameron | Attention to materials for F. Pooley and R. Lee (1.5); attention to C. Blake materials (0.6). | 2.10 |
| 12/27/07 | Sanner | Continue work on document collection project. | 7.90 |
| 12/27/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.30 |
| 12/28/07 | Klapper | Continue work on developing cross outline for key governmental experts based on prior work product and work product from co-defense counsel. | 2.30 |
| 12/28/07 | Sanner | Continue analysis in document collection project. | 7.80 |
| 12/28/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.40 |
| 12/29/07 | Cameron | Review reliance materials and summaries from expert reports. | 1.90 |
| 12/29/07 | Klapper | Continue work on developing cross outline for key governmental experts based on prior work product and work product from co-defense counsel. | 5.50 |
| 12/29/07 | Sanner | Continue working on document collection project. | 9.30 |
| 12/30/07 | Sanner | Continue work on document collection project. | 8.10 |
| 12/31/07 | Cameron | Review expert reliance materials. | .90 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
January 30, 2008

Invoice Number  1653340
Page   6

| Date | Name | | Hours |
|------|------|---|-------|
| 12/31/07 | Sanner | Continue work on document collection project (5.2); review of CPSC correspondence (3.1); conference with J. Taylor-Payne and email correspondence with A. Klapper re same (0.2). | 8.50 |
| 12/31/07 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.20 |

TOTAL HOURS   229.40

| TIME SUMMARY | Hours | | Rate | | Value |
|-------------|-------|---|------|---|-------|
| Douglas E. Cameron | 44.50 | at | $ 570.00 | = | 25,365.00 |
| Antony B. Klapper | 43.50 | at | $ 520.00 | = | 22,620.00 |
| Margaret L. Sanner | 126.60 | at | $ 425.00 | = | 53,805.00 |
| Jennifer L. Taylor-Payne | 14.80 | at | $ 185.00 | = | 2,738.00 |

CURRENT FEES                                104,528.00

TOTAL BALANCE DUE UPON RECEIPT          $104,528.00

# jblord

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1653500
One Town Center Road                      Invoice Date      01/30/08
Boca Raton, FL    33486                   Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                              0.00
         Expenses                        936.45

                    TOTAL BALANCE DUE UPON RECEIPT          $936.45
                                                      ==============