REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                       Invoice Number      1653500
One Town Center Road                   Invoice Date      01/30/08
Boca Raton, FL    33486                Client Number       172573
                                       Matter Number         60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Binding Charge                        3.00
         IKON Copy Services                  105.30
         PACER                                34.72
         Duplicating/Printing/Scanning       294.70
         Courier Service - Outside           152.76
         Secretarial Overtime                 90.00
         Secretarial Overtime                221.90
         Telephone - Outside                  34.07

                    CURRENT EXPENSES                    936.45
                                                   --------------

                    TOTAL BALANCE DUE UPON RECEIPT    $936.45
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1653500
One Town Center Road                      Invoice Date    01/30/08
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    09/24/07   Secretarial Overtime - - Revisions to monthly        30.00
               fee application

    10/24/07   Secretarial Overtime - - Revisions to quarterly      30.00
               fee application

    10/30/07   Secretarial Overtime - - Revisions to               30.00
               September monthly fee application

    11/01/07   Secretarial Overtime - - Working on depo &          67.20
               article binders

    11/01/07   PACER                                                 2.48

    11/02/07   Secretarial Overtime - - Working on depo &          93.45
               article binders

    11/05/07   Secretarial Overtime - - Work on binders            61.25

    11/09/07   PACER                                                 2.80

    11/12/07   PACER                                                23.44

    11/12/07   Binding Charge                                        3.00

    11/13/07   PACER                                                 6.00

    11/15/07   Duplicating/Printing/Scanning                         2.40
               ATTY # 0349; 24 COPIES

    11/15/07   Duplicating/Printing/Scanning                        50.00
               ATTY # 4195; 500 COPIES

    11/15/07   Duplicating/Printing/Scanning                         2.20
               ATTY # 3928; 22 COPIES

172573 W. R. Grace & Co.                    Invoice Number  1653500
60026  Litigation and Litigation Consulting   Page    2
January 30, 2008

| Date | Description | Amount |
|---|---|---|
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0396; 580 COPIES | 58.00 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 11/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0396; 365 COPIES | 36.50 |
| 11/19/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 18 COPIES | 1.80 |
| 11/20/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 222 COPIES | 22.20 |
| 11/26/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | .70 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 11/27/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 14 COPIES | 1.40 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 11/28/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 70 COPIES | 7.00 |
| 12/03/07 | Courier Service - Outside<br>11/05/2007 | 63.19 |
| 12/03/07 | Courier Service - Outside<br>11/01/2007 | 89.57 |
| 12/07/07 | IKON Copy Services - - Copying and mailing<br>charges for monthly fee application CNO. | 45.70 |
| 12/07/07 | IKON Copy Services - - Copying and mailing fees<br>for service of monthly fee application CNO. | 59.60 |
| 12/07/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |

172573 W. R. Grace & Co.                                Invoice Number  1653500
60026  Litigation and Litigation Consulting             Page    3
January 30, 2008

| Date | Description | Amount |
|---|---|---|
| 12/07/07 | Duplicating/Printing/Scanning<br>ATTY # 2788; 39 COPIES | 3.90 |
| 12/07/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 17 COPIES | 1.70 |
| 12/07/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 9 COPIES | .90 |
| 12/07/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 9 COPIES | .90 |
| 12/07/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 3 COPIES | .30 |
| 12/07/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 49 COPIES | 4.90 |
| 12/07/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 49 COPIES | 4.90 |
| 12/07/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.20 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 1814: 2 COPIES | .20 |
| 12/12/07 | Duplicating/Printing/Scanning<br>ATTY # 2788; 2 COPIES | .20 |
| 12/12/07 | Duplicating/Printing/Scanning<br>ATTY # 7032: 1 COPY | .10 |
| 12/12/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 60 COPIES | 6.00 |
| 12/12/07 | Telephone - Outside<br>Chorus Call Inv No: 0321815 - CAMERON - | 34.07 |
| 12/13/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 11 COPIES | 1.10 |
| 12/14/07 | Duplicating/Printing/Scanning<br>ATTY # 0710; 23 COPIES | 2.30 |
| 12/14/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 17 COPIES | 1.70 |
| 12/15/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 22 COPIES | 2.20 |

172573 W. R. Grace & Co.                                    Invoice Number  1653500
60026  Litigation and Litigation Consulting                 Page    4
January 30, 2008

| 12/17/07 | Duplicating/Printing/Scanning ATTY # 4810; 14 COPIES | 1.40 |
|---|---|---|
| 12/19/07 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 12/19/07 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 12/19/07 | Duplicating/Printing/Scanning ATTY # 7015: 22 COPIES | 2.20 |
| 12/19/07 | Duplicating/Printing/Scanning ATTY # 0559; 47 COPIES | 4.70 |
| 12/19/07 | Duplicating/Printing/Scanning ATTY # 0559; 4 COPIES | .40 |
| 12/21/07 | Duplicating/Printing/Scanning ATTY # 0718; 14 COPIES | 1.40 |
| 12/26/07 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |
| 12/27/07 | Duplicating/Printing/Scanning ATTY # 0559: 12 COPIES | 1.20 |
| 12/27/07 | Duplicating/Printing/Scanning ATTY # 0559: 48 COPIES | 4.80 |
| 12/28/07 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPY | .10 |
| 12/28/07 | Duplicating/Printing/Scanning ATTY # 4810; 150 COPIES | 15.00 |
| 12/28/07 | Duplicating/Printing/Scanning ATTY # 4810; 10 COPIES | 1.00 |
| 12/28/07 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 12/31/07 | Duplicating/Printing/Scanning ATTY # 4810; 31 COPIES | 3.10 |
| 12/31/07 | Duplicating/Printing/Scanning ATTY # 4810; 45 COPIES | 4.50 |
| 12/31/07 | Duplicating/Printing/Scanning ATTY # 0718; 320 COPIES | 32.00 |

172573 W. R. Grace & Co.                           Invoice Number  1653500
60026  Litigation and Litigation Consulting        Page    5
January 30, 2008


    12/31/07   Duplicating/Printing/Scanning                        2.40
               ATTY # 0559: 24 COPIES

                               CURRENT EXPENSES                   936.45
                                                                ------------
                               TOTAL BALANCE DUE UPON RECEIPT    $936.45
                                                                ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1653501
5400 Broken Sound Blvd., N.W.        Invoice Date        01/30/08
Boca Raton, FL 33487                 Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Fees                              0.00
         Expenses                         68.67

                    TOTAL BALANCE DUE UPON RECEIPT            $68.67
                                                      ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                        Invoice Number    1653501
5400 Broken Sound Blvd., N.W.      Invoice Date      01/30/08
Boca Raton, FL 33487               Client Number      172573
                                   Matter Number       60028
```

============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        Duplicating/Printing/Scanning              1.90
        Westlaw                                   66.77

                       CURRENT EXPENSES                    68.67
                                                    -------------

                   TOTAL BALANCE DUE UPON RECEIPT        $68.67
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1653501
5400 Broken Sound Blvd., N.W.            Invoice Date      01/30/08
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


===============================================================================

Re: (60028)  ZAI Science Trial


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    12/03/07   Duplicating/Printing/Scanning                    .70
           ATTY # : 7 COPIES

    12/03/07   Duplicating/Printing/Scanning                    .60
           ATTY # : 6 COPIES

    12/04/07   Westlaw - - Legal research of required elements  66.77
           for potential claims.

    12/31/07   Duplicating/Printing/Scanning                    .60
           ATTY # : 6 COPIES

              CURRENT EXPENSES               68.67
                                                        ------------
              TOTAL BALANCE DUE UPON RECEIPT      $68.67
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1653502
One Town Center Road                    Invoice Date      01/30/08
Boca Raton, FL    33486                 Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                      4,919.29

                    TOTAL BALANCE DUE UPON RECEIPT        $4,919.29
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1653502
One Town Center Road                    Invoice Date      01/30/08
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60033

================================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Binding Charge                        3.00
         Telephone Expense                     2.25
         PACER                                31.68
         Duplicating/Printing/Scanning     1,079.70
         Lexis                               279.08
         Westlaw                           2,341.66
         Transcript Expense                 422.50
         Secretarial Overtime               232.50
         Parking/Tolls/Other Transportation  12.42
         Rail Travel Expense                271.63
         Meal Expense                       224.89
         Telephone - Outside                 17.98

                 CURRENT EXPENSES                    4,919.29
                                                    -------------

                 TOTAL BALANCE DUE UPON RECEIPT     $4,919.29
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1653502
One Town Center Road                      Invoice Date      01/30/08
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number        60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


     FOR COSTS ADVANCED AND EXPENSES INCURRED:

     10/21/07   Secretarial Overtime-W.R. Grace & Co.:           232.50
                secretarial support - Longo Depo Outline

     11/05/07   PACER                                              7.44

     11/14/07   Duplicating/Printing/Scanning                      .40
                ATTY # 0349; 4 COPIES

     11/14/07   Telephone - Outside                               8.48
                Chorus Call Inv No: 0319190 - CAMERON -

     11/14/07   Binding Charge                                    3.00

     11/18/07   Duplicating/Printing/Scanning                    1.00
                ATTY # 0559; 10 COPIES

     11/19/07   Telephone - Outside                               9.50
                Chorus Call Inv No: 0319740 - CAMERON -

     11/19/07   Duplicating/Printing/Scanning                      .60
                ATTY # 4195; 6 COPIES

     11/19/07   Duplicating/Printing/Scanning                   172.60
                ATTY # 4195; 1726 COPIES

     11/19/07   Duplicating/Printing/Scanning                      .30
                ATTY # 0349; 3 COPIES

     11/19/07   Duplicating/Printing/Scanning                    1.20
                ATTY # 4810; 12 COPIES

     11/19/07   Duplicating/Printing/Scanning                      .10

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
January 30, 2008

Invoice Number  1653502
Page   2

| Date | Description | Amount |
|------|-------------|--------|
| 11/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 11/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 24 COPIES | 2.40 |
| 11/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.10 |
| 11/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 11/20/07 | Duplicating/Printing/Scanning<br>ATTY # 0710; 2 COPIES | .20 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 4195; 24 COPIES | 2.40 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 4195; 208 COPIES | 20.80 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 4195; 852 COPIES | 85.20 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 1112 COPIES | 111.20 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 4195; 150 COPIES | 15.00 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 4195; 267 COPIES | 26.70 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 942 COPIES | 94.20 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 4195; 20 COPIES | 2.00 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 908 COPIES | 90.80 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 0886; 39 COPIES | 3.90 |
| 11/21/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 1100 COPIES | 110.00 |
| 11/21/07 | Duplicating/Printing/Scanning | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1653502
60033  Claim Analysis Objection Resolution        Page    3
       & Estimation (Asbestos)
January 30, 2008


| 11/26/07 | Duplicating/Printing/Scanning ATTY # 3928; 6 COPIES | .60 |
|---|---|---|
| 11/26/07 | Duplicating/Printing/Scanning ATTY # 4195; 391 COPIES | 39.10 |
| 11/26/07 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .20 |
| 11/26/07 | Duplicating/Printing/Scanning ATTY # 3928; 1 COPY | .10 |
| 11/26/07 | Duplicating/Printing/Scanning ATTY # 3928; 10 COPIES | 1.00 |
| 11/26/07 | Duplicating/Printing/Scanning ATTY # 3928; 11 COPIES | 1.10 |
| 11/26/07 | Duplicating/Printing/Scanning ATTY # 3928; 11 COPIES | 1.10 |
| 11/26/07 | Duplicating/Printing/Scanning ATTY # 4195; 126 COPIES | 12.60 |
| 11/27/07 | Westlaw - - Legal research re: case law dealing with analysis of asbestos claims. | 384.86 |
| 11/27/07 | Duplicating/Printing/Scanning ATTY # 4195; 1124 COPIES | 112.40 |
| 11/27/07 | Duplicating/Printing/Scanning ATTY # 0559; 4 COPIES | .40 |
| 11/27/07 | Duplicating/Printing/Scanning ATTY # 4195; 9 COPIES | .90 |
| 11/28/07 | Westlaw - - Legal research re: case law dealing with analysis of asbestos claims. | 608.40 |
| 11/28/07 | Duplicating/Printing/Scanning ATTY # 0559; 51 COPIES | 5.10 |
| 11/28/07 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | .80 |
| 11/28/07 | Duplicating/Printing/Scanning ATTY # 0559; 54 COPIES | 5.40 |
| 11/29/07 | PACER | 6.88 |
| 11/30/07 | PACER | 17.36 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
      & Estimation (Asbestos)
January 30, 2008

Invoice Number  1653502
Page    4

| | | |
|---|---|---|
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 24 COPIES | 2.40 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 42 COPIES | 4.20 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 119 COPIES | 11.90 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 12/03/07 | Meal Expense Client Meeting 11/13/07 - - Lunch<br>for 2 attorneys and 2 clients during trial<br>preparation. | 63.39 |
| 12/03/07 | Meal Expense Grace Trial 11/13/07 - - Dinner<br>for 2 clients and 3 attorneys during trial<br>preparation. | 161.50 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 10 COPIES | 1.00 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 12/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0710: 8 COPIES | .80 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
January 30, 2008

Invoice Number  1653502
Page    5

| | | |
|---|---|---|
| 12/03/07 | Westlaw - - Legal research re: property damage claims and viability under bankruptcy code. | 213.60 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 0349; 24 COPIES | 2.40 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 0349: 49 COPIES | 4.90 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 0349: 10 COPIES | 1.00 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 0349: 10 COPIES | 1.00 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 0710: 4 COPIES | .40 |
| 12/04/07 | Duplicating/Printing/Scanning ATTY # 0349: 3 COPIES | .30 |
| 12/05/07 | Duplicating/Printing/Scanning ATTY # 0710; 3 COPIES | .30 |
| 12/05/07 | Duplicating/Printing/Scanning ATTY # 0349: 6 COPIES | .60 |
| 12/05/07 | Duplicating/Printing/Scanning ATTY # 0349: 6 COPIES | .60 |
| 12/05/07 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |
| 12/05/07 | Duplicating/Printing/Scanning ATTY # 4195: 11 COPIES | 1.10 |
| 12/05/07 | Duplicating/Printing/Scanning ATTY # 4195: 15 COPIES | 1.50 |
| 12/05/07 | Duplicating/Printing/Scanning ATTY # 3928: 2 COPIES | .20 |
| 12/05/07 | Duplicating/Printing/Scanning ATTY # 3928: 2 COPIES | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1653502
60033  Claim Analysis Objection Resolution        Page   6
       & Estimation (Asbestos)
January 30, 2008


| 12/06/07 | Duplicating/Printing/Scanning ATTY # 0349; 1 COPIES | .10 |
| 12/06/07 | Duplicating/Printing/Scanning ATTY # 0349; 10 COPIES | 1.00 |
| 12/06/07 | Duplicating/Printing/Scanning ATTY # 0349: 6 COPIES | .60 |
| 12/06/07 | Duplicating/Printing/Scanning ATTY # 0349; 6 COPIES | .60 |
| 12/06/07 | Duplicating/Printing/Scanning ATTY # 0349; 6 COPIES | .60 |
| 12/06/07 | Duplicating/Printing/Scanning ATTY # 0349; 6 COPIES | .60 |
| 12/06/07 | Duplicating/Printing/Scanning ATTY # 0349: 6 COPIES | .60 |
| 12/06/07 | Duplicating/Printing/Scanning ATTY # 0349; 6 COPIES | .60 |
| 12/06/07 | Duplicating/Printing/Scanning ATTY # 3928: 2 COPIES | .20 |
| 12/07/07 | Rail Travel Expense - - VENDOR: Darren Smith Travel to and from day 2 of meeting (2 separate trips pre-booked). | 257.97 |
| 12/07/07 | Rail Travel Expense - - VENDOR: Darren Smith Travel Card relating to attendance at meeting. | 13.66 |
| 12/07/07 | Parking/Tolls/Other Transportation - - VENDOR: D. Smith parking fee to attend meeting. | 12.42 |
| 12/07/07 | Telephone Expense 973-223-4776/MORRISTOWN, NJ/2 | .10 |
| 12/07/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/17 | .80 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 2284; 27 COPIES | 2.70 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 2284; 11 COPIES | 1.10 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 2284; 28 COPIES | 2.80 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
      & Estimation (Asbestos)
January 30, 2008

Invoice Number  1653502
Page   7

| 12/07/07 | Duplicating/Printing/Scanning ATTY # 2284; 18 COPIES | 1.80 |
|----------|------------------------------------------------------|------|
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 4195: 7 COPIES | .70 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 4195: 7 COPIES | .70 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 4195: 16 COPIES | 1.60 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 4195: 16 COPIES | 1.60 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 0349: 6 COPIES | .60 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 4195: 3 COPIES | .30 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 0349: 6 COPIES | .60 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 0396: 1 COPY | .10 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 4195: 16 COPIES | 1.60 |
| 12/07/07 | Duplicating/Printing/Scanning ATTY # 3928: 2 COPIES | .20 |
| 12/09/07 | Duplicating/Printing/Scanning ATTY # 4195: 1 COPY | .10 |
| 12/10/07 | Telephone Expense 410-531-4355/COLUMBIA, MD/8 | .35 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .20 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 4810; 104 COPIES | 10.40 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 0559; 312 COPIES | 31.20 |
| 12/10/07 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1653502
60033  Claim Analysis Objection Resolution        Page    8
       & Estimation (Asbestos)
January 30, 2008


| | | |
|---|---|---|
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 4195: 12 COPIES | 1.20 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 4195: 3 COPIES | .30 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 4195: 1 COPY | .10 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 6 COPIES | .60 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1653502
60033  Claim Analysis Objection Resolution        Page    9
       & Estimation (Asbestos)
January 30, 2008

| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 10 COPIES | 1.00 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 10 COPIES | 1.00 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 12/10/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .40 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 4 COPIES | .40 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1653502
60033  Claim Analysis Objection Resolution        Page  10
       & Estimation (Asbestos)
January 30, 2008


| | | |
|---|---|---|
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 14 COPIES | 1.40 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 14 COPIES | 1.40 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 14 COPIES | 1.40 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 8 COPIES | .80 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 8 COPIES | .80 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 8 COPIES | .80 |
| 12/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 12/12/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 123 COPIES | 12.30 |
| 12/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 7 COPIES | .70 |
| 12/13/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 12/14/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 12/14/07 | Westlaw - - Legal research re: property damage<br>claims and viability under bankruptcy code. | 102.00 |
| 12/17/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPY | .10 |
| 12/17/07 | Westlaw - - Legal research re: property damage<br>claims and viability under bankruptcy code. | 885.00 |
| 12/17/07 | Westlaw - - Legal research re: property damage<br>claims and viability under bankruptcy code. | 50.00 |
| 12/17/07 | Lexis - - Legal research re: property damage<br>claims and viability under bankruptcy  code. | 279.08 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
January 30, 2008

Invoice Number  1653502
Page  11

| 12/18/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
|---|---|---|
| 12/18/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 12/18/07 | Westlaw - - Legal research re: property damage<br>claims and viability under bankruptcy code. | 97.80 |
| 12/18/07 | Telephone Expense<br>212-309-6178/NEW YORK, NY/2 | .10 |
| 12/18/07 | Telephone Expense<br>267-216-2710/PHILA, PA/17 | .80 |
| 12/19/07 | Telephone Expense<br>803-943-4444/HAMPTON, SC/2 | .10 |
| 12/27/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 12/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 70 COPIES | 7.00 |
| 12/27/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 12/31/07 | Transcript Expense - - VENDOR: J & J COURT<br>TRANSCRIBERS - OMINIBUS HEARING ON 12/17/07 | 422.50 |
| 12/31/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 50 COPIES | 5.00 |

                    CURRENT EXPENSES            4,919.29
                                             ------------
            TOTAL BALANCE DUE UPON RECEIPT     $4,919.29
                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1653503
One Town Center Road                      Invoice Date      01/30/08
Boca Raton, FL    33486                    Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                          0.00
        Expenses                    759.84

                    TOTAL BALANCE DUE UPON RECEIPT        $759.84
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

Invoice Number      1653503
Invoice Date        01/30/08
Client Number        172573
Matter Number         60035

=================================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 2.80 |
| Duplicating/Printing/Scanning | 102.10 |
| Courier Service - Outside | 23.31 |
| Outside Duplicating | 605.38 |
| Secretarial Overtime | 26.25 |

CURRENT EXPENSES          759.84
                    -------------

TOTAL BALANCE DUE UPON RECEIPT      $759.84
                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1653503 |
| Invoice Date | 01/30/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

=============================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 09/24/07 | Secretarial Overtime-W.R. Grace - dictation | 26.25 |
| 12/03/07 | Courier Service - Outside 11/06/2007 | 7.77 |
| 12/03/07 | Courier Service - Outside 11/02/2007 | 7.77 |
| 12/03/07 | Courier Service - Outside 11/02/2007 | 7.77 |
| 12/10/07 | Telephone Expense 410-531-4355/COLUMBIA, MD/32 | 1.60 |
| 12/10/07 | Telephone Expense 202-879-5177/WASHINGTON, DC/24 | 1.20 |
| 12/13/07 | Duplicating/Printing/Scanning ATTY # 4995: 44 COPIES | 4.40 |
| 12/14/07 | Duplicating/Printing/Scanning ATTY # 4995: 361 COPIES | 36.10 |
| 12/14/07 | Duplicating/Printing/Scanning ATTY # 4995: 12 COPIES | 1.20 |
| 12/16/07 | Duplicating/Printing/Scanning ATTY # 4995: 81 COPIES | 8.10 |
| 12/16/07 | Duplicating/Printing/Scanning ATTY # 4995: 55 COPIES | 5.50 |
| 12/17/07 | Duplicating/Printing/Scanning ATTY # 7015: 51 COPIES | 5.10 |

172573 W. R. Grace & Co.                        Invoice Number  1653503
60035  Grand Jury Investigation                 Page    2
January 30, 2008

| Date | Description | Amount |
|------|-------------|-------:|
| 12/18/07 | Duplicating/Printing/Scanning<br>ATTY # 7602: 2 COPIES | .20 |
| 12/18/07 | Duplicating/Printing/Scanning<br>ATTY # 7602: 2 COPIES | .20 |
| 12/18/07 | Duplicating/Printing/Scanning<br>ATTY # 7602: 1 COPY | .10 |
| 12/18/07 | Duplicating/Printing/Scanning<br>ATTY # 7602: 1 COPY | .10 |
| 12/27/07 | Duplicating/Printing/Scanning<br>ATTY # 5254; 176 COPIES | 17.60 |
| 12/27/07 | Duplicating/Printing/Scanning<br>ATTY # 0887; 63 COPIES | 6.30 |
| 12/27/07 | Duplicating/Printing/Scanning<br>ATTY # 5254; 47 COPIES | 4.70 |
| 12/27/07 | Duplicating/Printing/Scanning<br>ATTY # 5254; 51 COPIES | 5.10 |
| 12/28/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 5 COPIES | .50 |
| 12/28/07 | Duplicating/Printing/Scanning<br>ATTY # 4995: 61 COPIES | 6.10 |
| 12/31/07 | Outside Duplicating - - VENDOR: US CONSUMER<br>PRODUCT SAFETY -   US CPSC FOIA REQUEST<br>#S-7100070 | 400.00 |
| 12/31/07 | Duplicating/Printing/Scanning<br>ATTY # 4995; 8 COPIES | .80 |
| 12/31/07 | Outside Duplicating - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - COPIES OF CONGRESSIONAL<br>MATERIALS | 205.38 |

                        CURRENT EXPENSES                    759.84
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $759.84
                                                        =============