# EXHIBIT A

### WR GRACE & CO
### COMPENSATION BY PROJECT CATEGORY
### DECEMBER 1, 2007 - DECEMBER 31, 2007

| Matter Code | Project Category | Hours | Amount |
|:---:|:---|:---:|---:|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 86.3 | $    56,405.00 |
| 0013 | Business Operations | 2.3 | 1,391.50 |
| 0014 | Case Administration | 67.9 | 17,489.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 16.6 | 10,043.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 9.3 | 5,695.50 |
| 0018 | Fee Application, Applicant | 37.2 | 14,074.00 |
| 0019 | Creditor Inquiries | 1.2 | 837.00 |
| 0020 | Fee Application, Others | 9.9 | 5,989.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.4 | 242.00 |
| 0036 | Plan and Disclosure Statement | 1.8 | 1,089.00 |
| 0037 | Hearings | 4.5 | 2,722.50 |
| 0047 | Tax Issues | 0.9 | 544.50 |
| | **Total** | **238.3** | **$ 116,522.50** |

# STROOCK

## INVOICE

| DATE | January 30, 2008 |
|---|---|
| INVOICE NO. | 434675 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2007 | T/c J. Baer re: Committee's position on National Union settlement (.2); prepare memorandum to JB re: clarification requested on National Union settlement (.6); attend to estimation-related scheduling matters (.2). | Krieger, A. | 1.0 |
| 12/03/2007 | Telephone conference with J. Baer re: trial logistics; attention to Daubert-related issues; trial brief outline. | Pasquale, K. | 1.2 |
| 12/04/2007 | Attend to JB response to my memorandum on clarifying the National Union settlement (.1); attend to draft status brief re: Daubert motions (.2). | Krieger, A. | 0.3 |
| 12/04/2007 | Review debtors draft Daubert brief. | Kruger, L. | 0.6 |
| 12/04/2007 | Update dep. transcripts database. | Palacios, G. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/04/2007 | Attention to debtor's draft Daubert brief and related issues. | Pasquale, K. | 2.0 |
| 12/05/2007 | Attend to deposition transcripts (.7); attend to revised, amended order re: PI CMO (.2). | Krieger, A. | 0.9 |
| 12/05/2007 | Review deposition transcripts. | Kruger, L. | 0.4 |
| 12/05/2007 | Attention to draft Daubert brief; telephone conference with G. Horowitz re: same. | Pasquale, K. | 1.7 |
| 12/06/2007 | Attention to Daubert issues and trial brief. | Pasquale, K. | 1.8 |
| 12/07/2007 | Attend to Judge Buckwalter's opinion affirming Judge Fitzgerald's order re: expunging 44 PD Claims (lack of authority) (.7); attend to Appellee's brief re: Libby appeal from Court's order temporarily staying suits against State of Montana and BNSF (.2). | Krieger, A. | 0.9 |
| 12/07/2007 | Attention to draft equity Daubert brief. | Pasquale, K. | 0.4 |
| 12/09/2007 | Attend to memoranda re Daubert motions. | Krieger, A. | 0.3 |
| 12/10/2007 | Attend to Daubert motions and exhibits. | Krieger, A. | 1.1 |
| 12/10/2007 | Review briefs filed by debtors, ACC, FCR and equity committee to exclude certain expert testimony. | Kruger, L. | 1.6 |
| 12/10/2007 | Attention to Daubert briefs of ACC, FCR, debtors, equity (3.2); emails to Committee re: same (.2). | Pasquale, K. | 3.4 |
| 12/11/2007 | Attend to Daubert motions (4.8); conf call J. Baer, M. Shelnitz and other representatives for the Debtors re: 12/07/07 hearing, Daubert hearing (.6); o/c KP re: estimation hearing (.1). | Krieger, A. | 5.5 |
| 12/11/2007 | Reviewed revised CMO for estimation. | Kruger, L. | 0.2 |
| 12/12/2007 | Attend to Daubert motions (3.1); attend to exchange of e-mails re: FCR inquiry re: access to Towers confidential materials (.2). | Krieger, A. | 3.3 |
| 12/13/2007 | Attend to Daubert issues, case law. | Krieger, A. | 4.3 |
| 12/13/2007 | Review FCR objection to Thomas Florence testimony. | Kruger, L. | 0.4 |
| 12/16/2007 | Attend to Daubert case law (.4); attend to Myer deposition and memorandum thereon (2.3). | Krieger, A. | 2.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/17/2007 | Attend to Debtors' motion to disallow Allegheny Center claims and Speights & Runyan's response (.5); attend to case law re: Daubert issues (1.7). | Krieger, A. | 2.2 |
| 12/17/2007 | Emails and memos with A. Krieger, K. Pasquale re: mediation of certain PD claims. | Kruger, L. | 0.3 |
| 12/17/2007 | Attention to PI estimation, PD issues raised at omnibus hearing and emails re: same. | Pasquale, K. | 0.4 |
| 12/18/2007 | Attend to Daubert-related case law (2.8); attend to expert reports, depositions (2.9). | Krieger, A. | 5.7 |
| 12/18/2007 | Review Daubert issues. | Kruger, L. | 0.6 |
| 12/19/2007 | Attend to Debtors' motion to strike untimely expert materials (1.0); attend to expert reports (4.8). | Krieger, A. | 5.8 |
| 12/20/2007 | Attend to expert depositions (2.6); exchanged memoranda with J. Baer re: status of stipulation resolving Debtors' motion to strike (.1); attend to stipulation (.1). | Krieger, A. | 2.8 |
| 12/20/2007 | Continued review of expert depositions (.8); review reply by NJDEP (.4). | Kruger, L. | 1.2 |
| 12/20/2007 | Attention to emails re: pretrial issues (.3); telephone conference L. Chambers re: status (.2); attention to Stallard Stipulation (.2); attention to "new" Biggs back-up (.3); attention to potential exhibits (.4). | Pasquale, K. | 1.4 |
| 12/24/2007 | Attend to depositions related to Daubert Motions. | Krieger, A. | 0.8 |
| 12/24/2007 | Attention to issues re: witness lists and emails re: same (.6); attention to ACC, FCR, debtors witness and exhibit lists (.4); cursory review of Daubert motion responses (1.0). | Pasquale, K. | 2.0 |
| 12/25/2007 | Attend to depositions related to Daubert Motions and Daubert Motions. | Krieger, A. | 4.1 |
| 12/26/2007 | Attend to parties' witness, disclosures, and exhibit lists (1.8); attend to responses to Daubert motions (4.6). | Krieger, A. | 6.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/26/2007 | Review ACC and FCR response to Daubert. | Kruger, L. | 2.1 |
| 12/26/2007 | Attention to Daubert motion responses ACC, FCR, debtors. | Pasquale, K. | 2.5 |
| 12/27/2007 | Attended to Daubert responses and PI Estimation related materials. | Krieger, A. | 6.6 |
| 12/27/2007 | Review Daubert responses. | Kruger, L. | 0.8 |
| 12/27/2007 | Continued attention to parties' Daubert responses. | Pasquale, K. | 1.4 |
| 12/28/2007 | Review ACC and FCR exhibits and related witnesses. | Kruger, L. | 1.1 |
| 12/28/2007 | Attention to witnesses and exhibits designated by ACC and FCR. | Pasquale, K. | 2.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 54.7 | $ 605 | $ 33,093.50 |
| Kruger, Lewis | 9.3 | 860 | 7,998.00 |
| Palacios, Gino D. | 1.5 | 225 | 337.50 |
| Pasquale, Kenneth | 20.8 | 720 | 14,976.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 56,405.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 56,405.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| RE | Business Operations<br>699843  0013 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/05/2007 | Attend to press release re: Fred Festa's appointment as Chairman of the Board and memorandum to LK, KP re: same. | Krieger, A. | 0.2 |
| 12/12/2007 | Memorandum to S. Cunningham and J. Dolan re acquisition/investments under consideration (.2); attend to Capstone's report on 3rd quarter operations (1.5). | Krieger, A. | 1.7 |
| 12/13/2007 | T/c J. Dolan re Capstone's 3rd quarter report. | Krieger, A. | 0.1 |
| 12/17/2007 | T/c J. Dolan re Capstone's report on 3rd quarter operations. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.3 | $ 605 | $ 1,391.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,391.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,391.50 |
|-----------------------|------------|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/21/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.8 |
| 12/03/2007 | Attend conf calls with D. Klauder and other parties re Tersigni chapter 11 and motions to be filed by US Trustee's office (.7); attend to motions from D. Klauder (.1); exchange memoranda with LK, KP re Grace representatives call (.2); t/c J. Baer re same (.1). | Krieger, A. | 1.1 |
| 12/03/2007 | Review memo to Committee re Del Taco, LLC settlement (.3); call re client interested in joint venture with Grace (.2). | Kruger, L. | 0.5 |
| 12/03/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.9); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); obtain certain pleadings for attorney review (.5). | Mohamed, D. | 2.6 |
| 12/04/2007 | Attend conf call all parties re Tersigni case and position on US Trustee's motions (.8); attend to motions filed by US Trustees in Tersigni case (.6); exchanged memoranda with DM re fee auditor's position on SSL quarterly and review of proposed order (.2). | Krieger, A. | 1.6 |
| 12/04/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review case file documents in preparation for central file supplementation (1.1); prepare sub-folders with regards to pleadings and correspondence (.4); review fee auditors fee & expense chart and project category spreadsheet with regards to the twenty-fifth interim period (.8). | Mohamed, D. | 4.0 |
| 12/05/2007 | O/c DM re: filing amended October 2007 fee statement (.1); attend to scheduling matters (.4); memorandum re: status of US Trustee's appointment of an examiner and motions filed | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | in the Tersigni case (1.0). | | |
| 12/05/2007 | Review memo re: Tersigni Ch. 11 and US Trustee view. | Kruger, L. | 0.3 |
| 12/05/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.5 |
| 12/06/2007 | Conference call with representatives for Grace and other debtors re: Tersigni investigation (.5); memorandum re status and Committee position (.4). | Krieger, A. | 0.9 |
| 12/06/2007 | Review memo re: Tersigni. | Kruger, L. | 0.2 |
| 12/06/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.4); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.1 |
| 12/07/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.3 |
| 12/10/2007 | Attend conference call with US Trustee and then conf call with J. Baer, other asbestos debtor representatives re Tersigni matter (.5); o/c DM re Fee Auditor's failure to revise cumulative charts properly (.3). | Krieger, A. | 0.8 |
| 12/10/2007 | Call re: financial matters. | Kruger, L. | 0.2 |
| 12/10/2007 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (2.4); review adv. pro. case docket no. 01-771, 02-1657, 04-55083 and 05-52724 (.6); obtain certain pleadings for attorney review (.4); review fee auditor's project category compensation chart for the twenty-fifth interim period filed today and email comments to. S. Bossay (.4). | Mohamed, D. | 4.5 |
| 12/11/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review district | Mohamed, D. | 3.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | court case docket no. 07-536 (.2); review case file documents in preparation for central file supplementation (.9); obtain certain case documents for attorney review (.6). | | |
| 12/12/2007 | Attend to memorandum to JB re status of fee examiner filing proper cumulative fee chart (.2); further exchange of e-mails with J. O'Neill and J. Baer re same (.2); exchanged e-mails with DM re correction to cumulative fee charts and attempt to reach S. Bossary re same (.5). | Krieger, A. | 0.9 |
| 12/12/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 07-52724 (.6); obtain certain pleadings for attorney review (.7). | Mohamed, D. | 2.6 |
| 12/13/2007 | Attend conf call re Tersigni investigation matters and memorandum from C. Kercher re same (.6); attend to memorandum to LK, KP re status of Tersigni matter and memorandum for the Committee re same (.7); exchanged memoranda with DM re NJDEP reply brief (.1); attend to memo to C. Kercher re Tersigni matter (.2); exchanged memoranda with D. Mohamed re S. Bossary's e-mail and corrected charts (.2);  attend to newly filed certifications and applications (.8). | Krieger, A. | 2.6 |
| 12/13/2007 | Call re financial matters. | Kruger, L. | 0.2 |
| 12/13/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.3); obtain certain pleadings for attorney review (.7); retrieve and distribute recently filed pleading re adv. pro. case no. 07-536 (.2); revise fee auditor's project category spreadsheet and forward corrections regarding the twenty-fifth interim period (.6). | Mohamed, D. | 3.4 |
| 12/13/2007 | Attention to Tersigni issues and confer A. Krieger re: same. | Pasquale, K. | 0.3 |
| 12/14/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); obtain certain pleadings for | Mohamed, D. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | attorney review (.6); prepare sub-folders with regards to pleadings (.4). | | |
| 12/17/2007 | Called Court Call for AGK to attend hearing on 12/20 telephonically. | Holzberg, E. | 0.5 |
| 12/17/2007 | Memorandum to J. Baer, J. O'Neill re continued discrepancies in 25th quarterly schedule (.1) o/c EH re Court Call arrangements for 12/20/07 hearing (.1). | Krieger, A. | 0.2 |
| 12/17/2007 | Review revised memo to Committee re: Tersigni (.2) and office conf with A. Krieger re: same (.1); Office conf. with A. Krieger re: fees (.1). | Kruger, L. | 0.4 |
| 12/17/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2); review case file documents in preparation for central file supplementation (.7); obtain certain pleadings for review (.4). | Mohamed, D. | 3.5 |
| 12/18/2007 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 12/18/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.1); retrieve certain pleadings for attorney review (.7). | Mohamed, D. | 2.4 |
| 12/19/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.3 |
| 12/20/2007 | Exchanged memoranda with M. Lastowski re cancellation of the 12/20/07 hearing. | Krieger, A. | 0.1 |
| 12/20/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.0 |
| 12/21/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0). | Mohamed, D. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/26/2007 | Reviewed legal docket to update status. | Holzberg, E. | 1.1 |
| 12/26/2007 | O/c D. Mohamed re: documents for PI Estimation, proceedings in Pittsburgh. | Krieger, A. | 0.3 |
| 12/26/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2); obtain certain pleadings for attorney review (.4). | Mohamed, D. | 2.9 |
| 12/27/2007 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 12/27/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review case file documents in preparation for central file supplementation (1.4). | Mohamed, D. | 2.8 |
| 12/28/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.4 |
| 12/28/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.3 |
| 12/31/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 5.2 | $ 255 | $ 1,326.00 |
| Krieger, Arlene G. | 10.0 | 605 | 6,050.00 |
| Kruger, Lewis | 1.8 | 860 | 1,548.00 |
| Mohamed, David | 50.6 | 165 | 8,349.00 |
| Pasquale, Kenneth | 0.3 | 720 | 216.00 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,489.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 17,489.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2007 | Attend to Debtors' motion for approval of Del Taco claims settlement and underlying documentation and prepare memorandum to the Committee thereon (6.1); memorandum to W. Sparks re outstanding questions on Del Taco settlement (.4). | Krieger, A. | 6.5 |
| 12/02/2007 | Attend to Del Taco claims' settlement motion, related documents and memorandum for the Committee. | Krieger, A. | 4.7 |
| 12/03/2007 | T/c(s) W. Sparks re additional information in Del Taco settlement (.4); prepare revised Committee memorandum re Del Taco claims' settlement (2.4). | Krieger, A. | 2.8 |
| 12/05/2007 | Exchanged memorandum w/J. Baer re response to comment on settlement provision (.1); attend to order approving same (.1). | Krieger, A. | 0.2 |
| 12/07/2007 | Attend to recently entered order re pending claims' objections (.2); attend to stipulation resolving Weatherford International claims (.1). | Krieger, A. | 0.3 |
| 12/12/2007 | Attend to response from Mike Davies (National Union) and memorandum to JB, M. Davis re clarification on paragraph 8 of National Union settlement agreement. | Krieger, A. | 0.6 |
| 12/13/2007 | Attend to orders resolving DelTaco, Richmond tax claims. | Krieger, A. | 0.2 |
| 12/16/2007 | Attend to the NJDEP reply brief on appeal. | Krieger, A. | 0.2 |
| 12/20/2007 | Attend to NJDEP reply case law (1.0); t/c L. Sinanyan re same (.1). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 16.6 | $ 605 | $ 10,043.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,043.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,043.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2007 | Attend to memorandum to the Committee re: Del Taco claims settlement. | Krieger, A. | 0.3 |
| 12/06/2007 | Exchanged memoranda with LK, KP re: Committee position on Tersigni matter (.1). | Krieger, A. | 0.1 |
| 12/10/2007 | O/c LK, KP and recent memoranda re member inquiry. | Krieger, A. | 0.8 |
| 12/11/2007 | Conference call with debtors, professionals, A. Krieger re status. | Pasquale, K. | 0.6 |
| 12/15/2007 | Attend to memorandum to the Committee re Tersigni matter. | Krieger, A. | 2.4 |
| 12/16/2007 | Attend to memorandum to the Committee re Tersigni matters. | Krieger, A. | 2.7 |
| 12/17/2007 | Attend to revised Committee memorandum (1.3); o/c LK re same (.1); memorandum to C. Freedgood re Committee memorandum (.2); memorandum to the Committee re Tersigni related matters (.2). | Krieger, A. | 1.8 |
| 12/18/2007 | Attend to memoranda from Committee member re position on Tersigni matters (.2); memorandum to J. Baer, C. Kercher, others re Committee's position on appointment of chapter 11 trustee and US Trustees' motions (.4). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.7 | $ 605 | $ 5,263.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.6 | 720 | 432.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,695.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,695.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/21/2007 | Reviewed edits to bill. | Holzberg, E. | 1.2 |
| 12/03/2007 | O/c DM re: 79th monthly fee statement (October 2007). | Krieger, A. | 0.4 |
| 12/03/2007 | Review and revise Stroock's 79th monthly fee statement for October 2007 in preparation for filing (1.3); prepare notice and affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 2.5 |
| 12/05/2007 | Attend to November 2007 fee statement (1.4); attend to 26th quarterly fee application (1.2). | Krieger, A. | 2.6 |
| 12/05/2007 | Review and amend Stroock 79th monthly fee statement in preparation for filing (.3); amend notice and affidavit of service re same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.3 |
| 12/06/2007 | Attend to preparation of the quarterly fee application. | Krieger, A. | 3.3 |
| 12/07/2007 | Reviewed and edited Nov. time and disbursements. | Holzberg, E. | 2.0 |
| 12/07/2007 | Attend to SSL's 26th quarterly fee application. | Krieger, A. | 3.5 |
| 12/09/2007 | Attend to 26th quarterly fee application. | Krieger, A. | 1.7 |
| 12/10/2007 | Reviewed disbursements for Nov. Bill (1.1); worked on review of edits for Nov. bill (.8); worked on 26th Quarterly (1.0). | Holzberg, E. | 2.9 |
| 12/10/2007 | Complete draft of 26th quarterly fee application. | Krieger, A. | 1.5 |
| 12/11/2007 | Worked on 26th Quarterly fee application. | Holzberg, E. | 2.0 |
| 12/11/2007 | O/cs EH re 26 quarterly (.2); finalize fee application (.4). | Krieger, A. | 0.6 |
| 12/11/2007 | Review Stroock's twenty-sixth quarterly fee application for filing. | Mohamed, D. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/12/2007 | Completed 26th Quarterly fee and forward for filing (1.8); worked on November bill and disb. (1.9). | Holzberg, E. | 3.7 |
| 12/12/2007 | Review Stroock's twenty-sixth quarterly fee application in preparation for filing (.5); prepare affidavit of service re: same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.8). | Mohamed, D. | 1.7 |
| 12/14/2007 | Worked on November bill. | Holzberg, E. | 0.9 |
| 12/17/2007 | Worked on eightieth monthly fee application for November. | Holzberg, E. | 0.9 |
| 12/18/2007 | Attend to November fee statement. | Krieger, A. | 0.6 |
| 12/19/2007 | Worked on 80th monthly fee application for November (.3);  Discuss with AGK re same (.1); reviewed disbursements (1.1). | Holzberg, E. | 1.5 |
| 12/19/2007 | Attend to November 2007 fee statement. | Krieger, A. | 0.4 |
| 12/20/2007 | Worked on November bill. | Holzberg, E. | 0.8 |
| 12/26/2007 | Worked on November bill. | Holzberg, E. | 0.9 |

| SUMMARY OF HOURS | HOURS · | RATE | TOTAL |
|------------------|---------|------|-------|
| Holzberg, Ethel H. | 16.8 | $ 255 | $ 4,284.00 |
| Krieger, Arlene G. | 14.6 | 605 | 8,833.00 |
| Mohamed, David | 5.8 | 165 | 957.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,074.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 14,074.00 |
|-----------------------|-------------|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/05/2007 | T/c equity holder and memorandum to D. Mannal re: inquiry from equity holder. | Krieger, A. | 0.4 |
| 12/11/2007 | Call with bank creditor re status and interest rates. | Kruger, L. | 0.3 |
| 12/14/2007 | Telephone conference debt holder re estimation issues. | Pasquale, K. | 0.3 |
| 12/19/2007 | T/c bank debt holder re status, PI estimation, EPA settlement. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 605 | $ 363.00 |
| Kruger, Lewis | 0.3 | 860 | 258.00 |
| Pasquale, Kenneth | 0.3 | 720 | 216.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 837.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 837.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/03/2007 | Attend to fee applications of other professionals. | Krieger, A. | 0.6 |
| 12/05/2007 | Attend to fee applications of other professionals. | Krieger, A. | 2.6 |
| 12/06/2007 | Attend to fee application of other professionals. | Krieger, A. | 0.7 |
| 12/07/2007 | Attend to other professionals fee applications. | Krieger, A. | 1.6 |
| 12/11/2007 | Attend to fee applications and certifications filed by professionals. | Krieger, A. | 0.7 |
| 12/17/2007 | Memorandum to A. McIntosh re November 2007 invoice. | Krieger, A. | 0.1 |
| 12/20/2007 | Attend to professionals' fee applications, fee auditor's final reports on 25th quarterly applications. | Krieger, A. | 1.2 |
| 12/26/2007 | Attend to Navigant's November 2007 invoice (.3);  attend to fee applications of other professionals (.6). | Krieger, A. | 0.9 |
| 12/27/2007 | Attend to fee applications of other professionals (.8); Memorandum to A. McIntosh re: Navigant's November 2007 invoice and exchanged memoranda with M. Lyman re: same (.7). | Krieger, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 9.9 | $ 605 | $ 5,989.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,989.50 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 5,989.50 | |
|---|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/12/2007 | Memorandum to S. Cunningham and J. Dolan re status of multi-site settlement agreement and other environmental matters. | Krieger, A. | 0.3 |
| 12/19/2007 | Memorandum to J. Baer re multi-site motion. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 605 | $ 242.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 242.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 242.00 |
|---|---|

# STROOCK

| RE | Expenses<br>699843  0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 136.89 |
| Local Transportation | 253.50 |
| Long Distance Telephone | 73.61 |
| Duplicating Costs-in House | 219.90 |
| Postage | 4.60 |
| Filing Fees | 50.00 |
| Court Reporting Services | 54401.65 |
| O/S Information Services | 70.85 |
| Word Processing | 354.00 |
| In House Messenger Service | 30.21 |
| Facsimile Charges | 5.00 |
| Travel Expenses - Transportation | 2035.10 |
| Westlaw | 82.61 |

| TOTAL DISBURSEMENTS/CHARGES | $ 57,717.92 |
|---|---|

| TOTAL FOR THIS MATTER | $ 57,717.92 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843 0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/18/2007 | T/c J. Dolan re: information for recovery analyses and attend to multiple memoranda to J. Dolan re: same. | Krieger, A. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 605 | $ 1,089.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,089.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,089.00 |
|---|---|

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/10/2007 | Attend to memoranda re 12/17/07 hearing (.1); attend to agenda notice for 12/17/07 hearing (.1). | Krieger, A. | 0.2 |
| 12/11/2007 | Attend (telephonically) hearing re: US Trustee's Tersigni examiners motion and related matters and exchanged multiple memoranda with M. Lastowski re: same (.6). | Krieger, A. | 0.6 |
| 12/17/2007 | Attend omnibus hearing re PI estimation issues, PD claim issues (1.9); exchange memoranda with LK, KP and Debtors' counsel re PD claims mediation (.3); prepare memorandum re hearing (1.5). | Krieger, A. | 3.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.5 | $ 605 | $ 2,722.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,722.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,722.50 |
|---|---|

# STROOCK

| RE | Tax Issues<br>699843  0047 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/20/2007 | T/c L. Sinanyan re termination of Coli policies under the optimization program and issue with one holder and memoranda to S. Cunningham re same. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 605 | $ 544.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 544.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 544.50 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1