# EXHIBIT B

-

**WR GRACE & CO**
**SUMMARY OF FEES**
**DECEMBER 1, 2007 - DECEMBER 31, 2007**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 11.4 | $ 860 | $      9,804.00 |
| Pasquale, Kenneth | 22.0 | 720 | 15,840.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 125.0 | 605 | 75,625.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 22.0 | 255 | 5,610.00 |
| Mohamed, David | 56.4 | 165 | 9,306.00 |
| Palacios, Gino D. | 1.5 | 225 | 337.50 |
| | | | |
| **Total** | **238.3** | | **$ 116,522.50** |

NY 71243428v1