# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2007 - DECEMBER 31, 2007**

| | |
|---|---:|
| Outside Messenger Service | $      136.89 |
| Local Transportation | 253.50 |
| Long Distance Telephone | 73.61 |
| Duplicating Costs-in House | 219.90 |
| Postage | 4.60 |
| Filing Fees | 50.00 |
| Court Reporting Services | 54,401.65 |
| O/S Information Services | 70.85 |
| Word Processing | 354.00 |
| In House Messenger Service | 30.21 |
| Facsimile Charges | 5.00 |
| Travel Expenses - Transportation | 2,035.10 |
| Westlaw | 82.61 |
| | |
| **TOTAL** | **$ 57,717.92** |

# STROOCK

## Disbursement Register

| DATE | January 30, 2008 |
|---|---|
| INVOICE NO. | 434675 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through December 31, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/03/2007 | VENDOR: UPS; INVOICE#: 0000010X827487; DATE: 12/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198090212 on 11/29/2007 | 6.61 |
| 12/03/2007 | VENDOR: UPS; INVOICE#: 0000010X827487; DATE: 12/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198503829 on 11/29/2007 | 6.61 |
| 12/03/2007 | VENDOR: UPS; INVOICE#: 0000010X827487; DATE: 12/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198734035 on 11/29/2007 | 6.61 |
| 12/03/2007 | VENDOR: UPS; INVOICE#: 0000010X827487; DATE: 12/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197776840 on 11/29/2007 | 9.38 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM ACCTS PAYABLE, , , TO LAW LIBRARY ST. JOHN'S UNIVERSITY SCHOO, 8000 UTOPIA PARKWAY, JAMAICA, NY 11439 Tracking #:1Z10X8270141061609 on 12/06/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO | 6.66 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191865380 on 12/03/2007 | |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191096998 on 12/03/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193857402 on 12/03/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192450610 on 12/03/2007 | 9.46 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191329585 on 12/05/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192697195 on 12/05/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193473602 on 12/05/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191362815 on 12/05/2007 | 9.46 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/18/2007 | VENDOR: UPS; INVOICE#: 0000010X827507; DATE: 12/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199685435 on 12/12/2007 | 9.31 |
| 12/18/2007 | VENDOR: UPS; INVOICE#: 0000010X827507; DATE: 12/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195812241 on 12/12/2007 | 9.31 |
| 12/18/2007 | VENDOR: UPS; INVOICE#: 0000010X827507; DATE: 12/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199547656 on 12/12/2007 | 9.31 |
| 12/18/2007 | VENDOR: UPS; INVOICE#: 0000010X827507; DATE: 12/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay  Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197407668 on 12/12/2007 | 14.21 |

**Outside Messenger Service Total**                              **136.89**

**Local Transportation**

| 12/01/2007 | VENDOR: NYC Taxi; Invoice#: 807943; Invoice Date: 11/23/2007; Voucher #: 711900352; Arlene Krieger 11/07/2007 19:42 from 180 MAIDEN LANE MANHATTAN NY to 100 E 80 ST MANHATTAN NY | 37.50 |
|------|------|------|
| 12/14/2007 | VENDOR: Elite Taxi; Invoice#: 1280648; Invoice Date: 12/07/2007; Voucher #: NP1038101; Kenneth Pasquale 11/26/2007 09:00 from 844 NORTH KING ST. WILMINGTON DE to Philadelphia International Airport Philadelphia PA | 216.00 |

**Local Transportation Total**                              **253.50**

**Long Distance Telephone**

| 07/16/2007 | EXTN.5562, TEL.215-568-4480, S.T.14:43, DUR.00:17:36 | 8.28 |
|------|------|------|
| 12/03/2007 | EXTN.5431, TEL.410-531-4212, S.T.16:38, DUR.00:00:18 | 0.47 |
| 12/03/2007 | EXTN.5544, TEL.312-861-2162, S.T.14:39, DUR.00:00:30 | 0.47 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/03/2007 | EXTN.5544, TEL.312-861-2162, S.T.17:17, DUR.00:00:12 | 0.47 |
| 12/03/2007 | EXTN.5562, TEL.312-861-2162, S.T.13:30, DUR.00:05:48 | 2.81 |
| 12/04/2007 | EXTN.5562, TEL.323-651-3508, S.T.12:30, DUR.00:08:12 | 4.22 |
| 12/05/2007 | EXTN.5475, TEL.302-657-4900, S.T.09:13, DUR.00:01:18 | 0.94 |
| 12/05/2007 | EXTN.5544, TEL.815-459-2028, S.T.16:03, DUR.00:10:48 | 5.16 |
| 12/05/2007 | EXTN.5562, TEL.202-879-5081, S.T.10:10, DUR.00:03:18 | 1.88 |
| 12/10/2007 | EXTN.5562, TEL.518-213-6000, S.T.14:07, DUR.00:01:30 | 0.86 |
| 12/10/2007 | EXTN.5562, TEL.973-424-2031, S.T.15:17, DUR.00:09:12 | 4.69 |
| 12/12/2007 | EXTN.5475, TEL.214-698-3868, S.T.13:00, DUR.00:05:24 | 2.81 |
| 12/13/2007 | EXTN.5431, TEL.267-321-6663, S.T.11:56, DUR.00:00:30 | 0.47 |
| 12/13/2007 | EXTN.5475, TEL.214-698-3868, S.T.10:57, DUR.00:00:48 | 0.47 |
| 12/13/2007 | EXTN.5544, TEL.201-587-7144, S.T.10:50, DUR.00:01:00 | 0.47 |
| 12/17/2007 | EXTN.5431, TEL.410-531-4212, S.T.09:47, DUR.00:02:00 | 0.94 |
| 12/20/2007 | EXTN.5544, TEL.201-337-1928, S.T.14:33, DUR.00:00:48 | 0.47 |
| 12/21/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-120207; DATE: 12/2/2007  -  Teleconference | 26.94 |
| 12/27/2007 | EXTN.5562, TEL.215-665-2147, S.T.17:47, DUR.00:00:18 | 0.47 |
| 12/28/2007 | EXTN.5562, TEL.215-665-2147, S.T.11:19, DUR.00:21:12 | 10.32 |
| | **Long Distance Telephone Total** | **73.61** |

**Duplicating Costs-in House**

| | |
|---|---|
| 12/05/2007 | 7.20 |
| 12/07/2007 | 81.00 |
| 12/10/2007 | 25.80 |
| 12/11/2007 | 30.00 |
| 12/12/2007 | 0.10 |
| 12/20/2007 | 0.20 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/20/2007 | | 8.40 |
| 12/26/2007 | | 15.70 |
| 12/26/2007 | | 5.20 |
| 12/26/2007 | | 14.00 |
| 12/27/2007 | | 0.50 |
| 12/27/2007 | | 17.40 |
| 12/27/2007 | | 5.20 |
| 12/27/2007 | | 7.20 |
| 12/28/2007 | | 0.70 |
| 12/31/2007 | | 1.30 |
| | **Duplicating Costs-in House Total** | **219.90** |

**Postage**

| | | |
|------|-------------|--------|
| 11/29/2007 | Postage Charged on 11/29/2007 14:31 | 4.60 |
| | **Postage Total** | **4.60** |

**Filing Fees**

| | | |
|------|-------------|--------|
| 12/17/2007 | VENDOR: Chase Card Services; INVOICE#: 120207; DATE: 12/2/2007 - visa charge 11/14/07 Court Call LLC | 25.00 |
| 12/17/2007 | VENDOR: Chase Card Services; INVOICE#: 120207; DATE: 12/2/2007 - visa charge 11/30/07 Court Call LLC | 25.00 |
| | **Filing Fees Total** | **50.00** |

**Court Reporting Services**

| | | |
|------|-------------|--------|
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064702; DATE: 11/26/2007 - Deposition of: Frederick Dunbar, Ph. D. - 11-6-07 | 2,598.40 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064720; DATE: 11/27/2007 - Deposition of: Dr. Letitia Chambers - 11-14-07 | 3,276.05 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064710; DATE: 11/27/2007 - Deposition of: Victor Roggli, M. D. - 11-8-07 | 1,729.25 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064715; DATE: 11/27/2007 - Deposition of: Dr. James Heckman - 11-12-07 | 2,693.70 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064743; DATE: 12/4/2007 - Deposition of: Daniel Myer - 11-20-07 | 2,262.90 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064641; DATE: 11/13/2007 - Deposition of: John Mekus, 30(b)(6) - 10-30-07 | 1,089.50 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064663; DATE: 11/21/2007 - Deposition of: Jacob Jacoby, PH.D. - Nov 1, 2007 | 2,163.00 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064675; DATE: 11/21/2007 - Deposition of: Elizabeth Anderson, PH.D. - Nov 2, 2007 | 3,117.75 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064568; DATE: 10/31/2007 - Deposition of: P. J. Eric Stallard - 10-24-07 | 1,294.10 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064582; DATE: 12/6/2007 - Deposition of: William Nurre, 30(b)(6) - 10-24-07 | 880.65 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064589; DATE: 12/6/2007 - Deposition of: William Nurre - 10-24-07 | 1,225.95 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064574; DATE: 11/5/2007 - Deposition of: William Longo - 10-23-07 | 2,280.80 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064594; DATE: 12/6/2007 - Deposition of: Dr. Suresh Moolgavkar - 10-25-07 | 3,459.75 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064557; DATE: 10/30/2007 - Deposition of: Steve Hays - 10-22-2007 | 4,241.60 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064668; DATE: 11/21/2007 - Deposition of: Dr. Mark Peterson - 11-1-07 | 2,225.90 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064644; DATE: 11/13/2007 - Deposition of: Thomas Florence - 10-30-07 | 3,628.60 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064656; DATE: 12/19/2007 - Deposition of: Steven Kazan - 10-29-07 | 851.25 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064687; DATE: 11/26/2007 - Deposition of: David Weil, M. D. - 11-2-07 | 1,075.40 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064696; DATE: 11/26/2007 - Deposition of: Jennifer Biggs - 11-5-07 | 2,871.45 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064692; DATE: 11/26/2007 - Deposition of: Daniel Henry, M. D. - 11-5-07 | 789.80 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064630; DATE: | 2,156.65 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 11/12/2007 - Deposition of: Howard William Ory, M.D. - 10-30-07 | |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064620; DATE: 11/8/2007 - Deposition of: John Eugene Parker, M.D. 10-26-07 | 2,376.70 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064682; DATE: 11/26/2007 - Deposition of: David Maxam - 11-2-07 | 1,082.35 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064725; DATE: 11/27/2007 - Deposition of: Dr. Marshall Shapo - 11-15-07 | 2,218.45 |
| 12/12/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064625; DATE: 12/12/2007 - Deposition of: Dr. Peter Lees - 10-29-07 | 2,604.70 |
| 12/31/2007 | VENDOR: Storey & Miller Inc.; INVOICE#: 17871; DATE: 11/16/2007 - Transcript Copy - Exhibit Copies | 207.00 |

**Court Reporting Services Total**     **54,401.65**

**O/S Information Services**

| 12/17/2007 | VENDOR: Chase Card Services; INVOICE#: 120207; DATE: 12/2/2007 - visa charge 11/19/07 Amazon.com | 70.85 |

**O/S Information Services Total**     **70.85**

**Word Processing**

| 12/28/2007 | 10-9 | 132.00 |

**Word Processing Total**     **132.00**

**In House Messenger Service**

| 12/12/2007 | VENDOR: Early Bird Messenger; INVOICE #: DATE: 12/7/2007 Vehicle Rush from to KIRKLAND, 153 E 53RD ST | 30.21 |

**In House Messenger Service Total**     **30.21**

**Facsimile Charges**

| 12/15/2007 | Fax # 212-396-2120 | 5.00 |

**Facsimile Charges Total**     **5.00**

**Travel Expenses - Transportation**

| 12/10/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE NYP.WAS NYP on 11/06/2007 | 313.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/10/2007 | VENDOR: AMEX; INVOICE #:  INVOICE DATE: KRIEGER/ARLENE on 11/06/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE NYP.WAS NYP on 11/06/2007 | 397.00 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE on 11/06/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR RDU EWR on 10/22/2007 | -512.80 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 10/31/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH NWK.WAS NWK on 10/31/2007 | 292.00 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR ORD on 11/02/2007 | 821.40 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH ORD DCA on 11/02/2007 | 572.40 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 11/02/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH WAS NWK on 11/02/2007 | 125.00 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 11/02/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 11/06/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH NWK WAS NWK on 11/06/2007 | 397.00 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH NWK.WAS NWK on 11/16/2007 | -319.50 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH NWK WAS NWK on 11/16/2007 | -243.90 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| | **Travel Expenses - Transportation Total** | **2,035.10** |
| **Westlaw** | | |
| 12/13/2007 | Transactional search by Krieger, Arlene G. | 55.07 |
| 12/20/2007 | Transactional search by Krieger, Arlene G. | 27.54 |
| **Westlaw Total** | | **82.61** |
| **Word Processing - Logit** | | |
| 12/02/2007 | | 90.00 |
| 12/02/2007 | | 90.00 |
| 12/15/2007 | | 42.00 |
| **Word Processing - Logit Total** | | **222.00** |

## BILL DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 136.89 |
| Local Transportation | 253.50 |
| Long Distance Telephone | 73.61 |
| Duplicating Costs-in House | 219.90 |
| Postage | 4.60 |
| Filing Fees | 50.00 |
| Court Reporting Services | 54401.65 |
| O/S Information Services | 70.85 |
| Word Processing | 354.00 |
| In House Messenger Service | 30.21 |
| Facsimile Charges | 5.00 |
| Travel Expenses - Transportation | 2035.10 |
| Westlaw | 82.61 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| TOTAL DISBURSEMENTS/CHARGES | $ 57,717.92 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1