# Navigant Consulting, Inc. Invoice

# December 2007



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

January 17, 2008

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

---

*For Services Rendered For*
*WR Grace Creditor's Committee – December 2007*

---

**Professional Fees:**

| | | | |
|----|----------------------|-------------|
| LC | 31.50 hrs. @ $550 | $17,325.00 |
| ML | 5.00 hrs. @ $325 | 1,625.00 |
| JM | 5.25 hrs. @ $325 | 1,706.25 |
| JS | 27.50 hrs. @ $270 | 7,425.00 |
| AM | 62.50 hrs. @ $200 | 12,500.00 |
| JF | 28.00 hrs. @ $200 | 5,600.00 |

**Total Professional Fees** ............................................................................. **$46,181.25**

**Expenses:**

Copying / Reproduction                 $      1,263.18

**Total Expenses** ............................................................................................ **$1,263.18**

**Total Amount Due for December Services and Expenses** ......................... **$47,444.43**

**Outstanding Invoices:**

Inv No.    232979        December 21, 2007        $162,394.93

**Total Outstanding Invoices** ....................................................................... **$162,394.93**

**Total Amount Due For December Services, Expenses and Outstanding Invoices** ... **$209,839.36**

Navigant Consulting, Inc. Project No.: 113758                 Invoice No.: 234808



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 12/3/2007 | 4.50 | Review interrogatories and other case materials. |
| CHAMBERS, LETITIA | 12/7/2007 | 5.50 | Review staff analysis of supplemental report by opposing expert; review impacts on rebuttal issues. |
| CHAMBERS, LETITIA | 12/10/2007 | 5.00 | Review filings in case. |
| CHAMBERS, LETITIA | 12/13/2007 | 2.00 | Case admin. |
| CHAMBERS, LETITIA | 12/14/2007 | 3.00 | Review other bankruptcy cases in prep for rebuttal. |
| CHAMBERS, LETITIA | 12/19/2007 | 4.00 | Identified in-house actuaries with asbestos experience, review quals; arranged for review of Biggs supplemental report. |
| CHAMBERS, LETITIA | 12/20/2007 | 3.00 | Review supplemental materials received 12/20. |
| CHAMBERS, LETITIA | 12/21/2007 | 4.50 | Internal communications with staff and actuaries and review EPA settlement. |
| FUNG, JOANNE | 12/3/2007 | 3.00 | Programmed spreadsheet. Reviewed expert report. |
| FUNG, JOANNE | 12/4/2007 | 8.00 | Programmed spreadsheet. Reviewed expert materials. |
| FUNG, JOANNE | 12/5/2007 | 8.00 | Programmed spreadsheet. Reviewed expert materials. |
| FUNG, JOANNE | 12/6/2007 | 9.00 | Programmed spreadsheet. Reviewed expert materials. |
| LYMAN, MARY | 12/4/2007 | 0.25 | Project administration |
| LYMAN, MARY | 12/10/2007 | 0.50 | Reviewed Daubert motions |
| LYMAN, MARY | 12/27/2007 | 0.50 | Project administration |
| LYMAN, MARY | 12/28/2007 | 2.50 | Reviewed Daubert motions and responses |
| LYMAN, MARY | 12/29/2007 | 1.25 | Reviewed response to Daubert motion and other documents. |
| MCINTIRE, JAMES | 12/3/2007 | 1.00 | Review debtor response to interrogatories |
| MCINTIRE, JAMES | 12/3/2007 | 1.50 | Review effects of estimation expert supplemental report changes |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 12/10/2007 | 2.25 | Review Daubert motions |
| MCINTIRE, JAMES | 12/18/2007 | 0.50 | Team communications regarding follow-up to supplemental reports |
| MHATRE, ARCHANA | 12/3/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/4/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/5/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/6/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/7/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/10/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/13/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/14/2007 | 3.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/19/2007 | 3.50 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| SIRGO, JORGE | 12/3/2007 | 4.00 | Assist with review of other experts' revised reports and rebuttal reports. |
| SIRGO, JORGE | 12/4/2007 | 4.00 | Assist with review of other experts' revised reports and rebuttal reports. |
| SIRGO, JORGE | 12/5/2007 | 4.00 | Assist with review of other experts' revised reports and rebuttal reports. |
| SIRGO, JORGE | 12/6/2007 | 1.50 | Assist with review of other experts' revised reports and rebuttal reports. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 12/10/2007 | 1.50 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/11/2007 | 1.00 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/12/2007 | 1.00 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/13/2007 | 1.00 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/14/2007 | 3.50 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/17/2007 | 1.00 | Review case materials. |
| SIRGO, JORGE | 12/18/2007 | 1.50 | Review case materials. |
| SIRGO, JORGE | 12/19/2007 | 1.00 | Review case materials. |
| SIRGO, JORGE | 12/20/2007 | 1.50 | Review case materials. |
| SIRGO, JORGE | 12/21/2007 | 1.00 | Review case materials. |