# EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## December 2007 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2007 | 3.0 | $630.00 | Analysis of e-mail from M Rosenberg re Speights appeal order (.1); analysis of Speights appeal order (.4); analysis of prior Bk order and related motion (.6); analysis of 11/26/07 transcript re pending claims remaining (.9); revise b-Linx re claims affected (.5); prepare e-mail to M Rosenberg confirming 3 claims still pending (.1); analysis of e-mail from M Rosenberg confirming 3 claims still pending (.1); prepare ART report of claims expunged vs claims listed on Order (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/28/2007 | 4.0 | $840.00 | Analysis of orders 17433-17642 re claims affected (2.0); revise b-Linx re claims affected by orders (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/31/2007 | 5.0 | $1,050.00 | Analysis of 4th Qtr Court docket re orders affecting asbestos pd claims (2.0); audit of b-Linx re claims affected by 4th Qtr Court orders (2.0); compare draft 4th Qtr SEC report vs M Rosenberg 11/27 numbers (.6); prepare e-mail to M Rosenberg confirming 11/27 numbers and necessary revision (.1); prepare e-mail to S Cohen re Del Taco order (.2); prepare e-mail to J Miller re 4th Qtr SEC data (.1) |
| | | Asbestos Claims Total: | | 12.0 | $2,520.00 | |

## December 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2007 | 2.5 | $525.00 | Prepare second batch of detailed reports of claim flag types for further analysis |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/3/2007 | 0.6 | $126.00 | Call with L Sinayan to discuss b-Linx technical change related to exchange of data from e-mail to b-Linx |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/3/2007 | 2.0 | $420.00 | Coordinate update of b-Linx to accommodate request of L Sinayan to have ability to exchange data between systems |
| LEILA HUGHES - REC_TEAM | | $75.00 | 12/3/2007 | 0.3 | $22.50 | Review Court Dkt Nos 17454 to 17488 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/3/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2007 | 3.0 | $630.00 | Prepare third batch of detailed reports of claim flag types for further analysis |
| MIKE BOOTH - MANAGER | | $165.00 | 12/3/2007 | 0.1 | $16.50 | Various discussions with team re recent docket activity and categorization of document types |
| ALAN DALSASS - DIRECTOR | | $275.00 | 12/4/2007 | 0.5 | $137.50 | Weekly case update call |
| BRIANNA TATE - CAS | | $45.00 | 12/4/2007 | 0.1 | $4.50 | Telephone with Rachel at (202) 339-8504 re request for copies of claims filed, referred to K Davis at Rust Consulting |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/4/2007 | 0.4 | $60.00 | Conference call with project team to review case status |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/4/2007 | 0.8 | $168.00 | Prepare for (.4) and lead (.4) team status call related to non-asbestos, asbestos PD and PI claim data |
| LEILA HUGHES - REC_TEAM | | $75.00 | 12/4/2007 | 0.2 | $15.00 | Review Court Dkt Nos 17489 to 17514 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/4/2007 | 0.5 | $47.50 | Weekly case conference call to discuss various case details and client deliverables |

EXHIBIT 1

# BMC Group
### WR GRACE
Monthly Invoice

## December 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2007 | 0.4 | $84.00 | Weekly team status call with J Miller, G Kruse, S Cohen, L Ruppaner, A Dalsass |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2007 | 0.5 | $105.00 | Analysis of e-mail from J Miller re RMQ National Union settlement order in adversary action (.2); analysis of docket re related info (.2); prepare e-mail to J Miller and S Cohen re adversary action (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/4/2007 | 0.4 | $44.00 | Status call led by J Miller re pending issues |
| BRIANNA TATE - CAS | | $45.00 | 12/5/2007 | 0.1 | $4.50 | Telephone from creditor re confirmation of filing of claim, referred to Rust Consulting |
| CORAZON DEL PILAR - CAS | | $45.00 | 12/5/2007 | 0.1 | $4.50 | Process 1 piece returned mail, No COA |
| LEILA HUGHES - REC_TEAM | | $75.00 | 12/5/2007 | 0.2 | $15.00 | Review Court Dkt Nos 17515 to 17544 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/5/2007 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/5/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/6/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2007 | 2.5 | $525.00 | Begin analysis of first batch of detail reports of claim flags re claim flag normalization and revisions to be made to b-Linx |
| MIKE BOOTH - MANAGER | | $165.00 | 12/6/2007 | 0.1 | $16.50 | Discussion with S Cohen re new and pending claim issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/6/2007 | 0.1 | $11.00 | Discussion with M Booth re new and pending claim issues requiring higher-level analysis outside normal scope of review |
| LEILA HUGHES - REC_TEAM | | $75.00 | 12/7/2007 | 0.1 | $7.50 | Discussion with M Booth re pending issues related to recent docket activity and categorization of document types |
| LEILA HUGHES - REC_TEAM | | $75.00 | 12/7/2007 | 0.2 | $15.00 | Review Court Dkt Nos 17545 to 17569 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/7/2007 | 0.4 | $38.00 | Read (.2) and respond (.2) to all new case correspondence including all new ECF Notifications from Court |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2007 | 1.0 | $210.00 | Analysis of e-mail from S Cohen re update of claims affected by Order 115 on Adv docket for RMQ National Union (.4); analysis of b-Linx re same (.6) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/7/2007 | 0.1 | $16.50 | Discussion with L Hughes re pending issues related to recent docket activity and categorization of document types |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/7/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| LEILA HUGHES - REC_TEAM | | $75.00 | 12/10/2007 | 0.2 | $15.00 | Review Court Dkt Nos 17570 to 17576 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/10/2007 | 0.1 | $16.50 | Review and reply to e-mails and correspondence re claims review/reconciliation |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## December 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MIKE BOOTH - MANAGER | | $165.00 | 12/10/2007 | 0.1 | $16.50 | Various discussions with team re recent docket activity and categorization of document types |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/10/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/10/2007 | 0.2 | $22.00 | Discussion with M Booth re claim issues requiring higher-level analysis outside normal scope of review |
| BRIANNA TATE - CAS | | $45.00 | 12/11/2007 | 0.1 | $4.50 | Telephone with Pia Gullifer of Sierra Liquidity at (888) 622-1144 re returned call |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/11/2007 | 0.7 | $147.00 | Prepare for (.4) and lead (.3) team status call related to non-asbestos, asbestos PD and PI claim data |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/11/2007 | 0.5 | $47.50 | Read (.2) and respond (.3) to all new case correspondence |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/11/2007 | 0.2 | $19.00 | Contact Paralegal re claim sent to BMC in error (.1); transmit original claim sent to Rust Consulting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2007 | 1.3 | $273.00 | Analysis of e-mail from L Ruppaner re amended claim from BP Products sent to BMC (.1); analysis of BP Products new claim (.3); analysis of b-Linx re active BP Products claims (.3); prepare e-mail to S Cohen re BP Products claim and b-Linx analysis (.3); weekly team call with J Miller, S Cohen, S Kjontvedt re case status (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/11/2007 | 0.3 | $33.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 12/11/2007 | 0.3 | $42.00 | Weekly team status call |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/12/2007 | 0.1 | $9.50 | Post most recent docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/12/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all e-mail communications and inquiries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2007 | 1.2 | $252.00 | Analysis of e-mail from S Cohen re BP Products claim status/sub-status (.2); analysis of Court docket re recent filings and pleadings affecting asbestos pd claims (1.0) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/12/2007 | 0.1 | $16.50 | Discussion with S Cohen re analysis and review of recent docket entries and claim updates required |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/12/2007 | 0.1 | $19.50 | Analyze returned mail summary and coordinate preparation of detailed report |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/12/2007 | 0.2 | $22.00 | Review (.1) and reply (.1) to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/12/2007 | 0.1 | $11.00 | Discussion with M Booth re analysis and review of recent docket entries and claim updates required |
| TRINA GALLAGHER - CASE_SUPPORT | | $45.00 | 12/12/2007 | 0.5 | $22.50 | Prepare Docket 17619 and exhibits for service on S Bossay per M Araki request (.3); prepare transmittal to S Bossay and overnight service (.2) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 12/13/2007 | 1.1 | $82.50 | Review Court Dkt Nos 17577 to 17620 (.5); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.6) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/13/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/13/2007 | 0.2 | $19.00 | E-mails to (.1) and from (.1) Rust Consulting re missing claim information and recently transmitted original claims |

EXHIBIT 1

# BMC Group
WR GRACE

Monthly Invoice

## December 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2007 | 0.6 | $126.00 | E-mail from S Cohen re clarification of prior BP Products memo (.1); prepare e-mail to S Cohen re add'l clarification of BP Products memo (.3); analysis of e-mail from S Cohen re add'l claims referred in DRTT system (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2007 | 2.0 | $420.00 | Analysis of DRTT re pleadings assigned for audit (.8); audit pleadings assigned in DRTT re claims in b-Linx to confirm correct information reflected in b-Linx |
| MIKE BOOTH - MANAGER | | $165.00 | 12/13/2007 | 0.1 | $16.50 | Discussion with S Cohen re analysis and review of recent docket entries and claim updates required |
| MIKE BOOTH - MANAGER | | $165.00 | 12/13/2007 | 0.1 | $16.50 | Various discussions with team re recent docket activity and categorization of document types |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/13/2007 | 0.1 | $11.00 | Discussion with M Booth re analysis and review of recent docket entries and claim updates required |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/14/2007 | 0.1 | $9.50 | Post the most recent docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/14/2007 | 0.8 | $76.00 | Prepare transfer notices for service (.2); prepare Certificates of Service re transfer notices (.3); appear before notary for notarization of Certificates of Service (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2007 | 2.5 | $525.00 | Audit b-Linx re claims affected by pleadings and data and information captured |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/14/2007 | 0.2 | $22.00 | Review (.1) and reply (.1) to e-mails and correspondence re claims review/reconciliation |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/17/2007 | 0.4 | $44.00 | Analysis of Dockets 17600 and 17631 re claims affected (.2); update claim/objection database and b-Linx re analysis (.2) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 12/17/2007 | 0.5 | $37.50 | Review Court Dkt Nos 17621 to 17636 (.2); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2007 | 2.2 | $462.00 | Prepare e-mail to R Tarola re 26th Qtrly fee app, Oct numbers (.2); continue audit b-Linx re claims affected by pleadings and data and information captured (2.0) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/17/2007 | 0.1 | $16.50 | Various discussions with team re recent docket activity and categorization of document types |
| JAMES MYERS - CAS | | $65.00 | 12/18/2007 | 0.2 | $13.00 | Notarize 7 claim transfer Proofs of Service |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/18/2007 | 3.1 | $651.00 | Prepare (1.5) and review (1.6) initial drafts of change reports related to upcoming 4th Qtr non-asbestos and asbestos PD claim counts for SEC reporting |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/18/2007 | 1.2 | $252.00 | Follow-up with M Grimmett re requested changes to end of year reporting |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/18/2007 | 0.7 | $147.00 | Prepare for (.3) and lead (.4) team status call related to non-asbestos, asbestos PD and PI claim data |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/18/2007 | 1.1 | $231.00 | Review claim status export prepared by S Cohen for transmittal to K Davis at Rust Consulting |
| LILIANA ANZALDO - CAS | | $45.00 | 12/18/2007 | 0.2 | $9.00 | Archive claims correspondence and pleadings documents |
| LILIANA ANZALDO - CAS | | $45.00 | 12/18/2007 | 0.1 | $4.50 | Archive cds |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/18/2007 | 0.1 | $9.50 | Post all new docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/18/2007 | 0.5 | $47.50 | Read (.2) and respond (.3) to all new case correspondence |

EXHIBIT 1

# BMC Group
WR GRACE

Monthly Invoice

## December 2007 -- Case Administration

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/18/2007 | 1.2 | $114.00 | Prepare Certificates of Service for transfer notices served per Dkt Nos 17514, 17520, 17553, 17570, 17591, 17621 and 17622 (.7); prepare Certificates of Service for filing with Court (.5) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/18/2007 | 4.1 | $861.00 | Weekly team call with J Miller, S Cohen, S Kjontvedt (.3); continue analysis of Court docket and audit of b-Linx re pleadings affecting claims (3.5); analysis of e-mail from S Cohen re response from L Sinanyan re BP Products amended claim (.1); prepare e-mail to S Cohen re further clarification of BP Products amended claim issue (.2) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/18/2007 | 0.2 | $22.00 | Review (.1) and reply (.1) to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/18/2007 | 0.2 | $22.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | $140.00 | 12/18/2007 | 0.3 | $42.00 | Weekly team status call |
| ELLEN DORS - REC_TEAM | $110.00 | 12/19/2007 | 0.3 | $33.00 | Analysis of Dockets 17641 and 17643 re impact on claims (.1); update claim/objection database and b-Linx per analysis (.2) |
| ELLEN DORS - REC_TEAM | $110.00 | 12/19/2007 | 0.1 | $11.00 | Review recent docket entries in preparation for updating claims database |
| JAMES MYERS - CAS | $65.00 | 12/19/2007 | 0.2 | $13.00 | Notarize 4 claim transfer Proofs of Service |
| LEILA HUGHES - REC_TEAM | $75.00 | 12/19/2007 | 0.2 | $15.00 | Review Court Dkt Nos 17637 to 17649 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/19/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to e-mail from S Cohen re claims updating and e-mail re  ECF Notifications from Court |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/19/2007 | 1.4 | $133.00 | Electronically file 11 Certificates of Service corresponding to claim transfer notices and defective claim transfer notices served by BMC Group |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/19/2007 | 0.8 | $76.00 | Prepare 5 new Certificates of Service for transfer notices served (.5); get notarized (.1); prepare for electronic filing (.2) |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/19/2007 | 0.1 | $9.50 | Post all new docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/19/2007 | 0.3 | $28.50 | Review entries in DRTT re claim transfer requests (.2); update DRTT entries re claim transfer requests and claims information (.1) |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/19/2007 | 0.3 | $28.50 | Perform quick audit of Court docket report for any new orders impacting claims (.2); obtain docket number 17643 for service (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/19/2007 | 1.6 | $336.00 | Analysis of e-mail from K Davis at Rust Consulting re new claim received, estimated arrival date (.1); analysis of e-mail from S Cohen re BP Products amended claim and order (.1); telephone with S Cohen re BP Products claim and order (.2); analysis of DRTT re motions/orders related to BP Products settlement and amended claim filing (.5); prepare e-mail to L Ruppaner, L Hughes and B Daniel re DRTT issues related to BP Products doc review (.3); analysis of e-mail from S Cohen re DRTT issues (.1); prepare e-mail to B Daniel re DRTT issue (.2); analysis of e-mail from S Cohen re result of discussion of BP Products claim with L Sinanyan (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## December 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/19/2007 | 0.3 | $33.00 | Review (.1) and reply (.2) to e-mails and correspondence re claims review/reconciliation |
| JAMES MYERS - CAS | | $65.00 | 12/20/2007 | 0.1 | $6.50 | Prepare e-mail to L Ruppaner re notarized Proofs of Service for claim transfers |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/20/2007 | 3.6 | $756.00 | Audit updated 4th Qtr - end of year claims reports for 10-K preparation (2.5); discuss updates to claim statuses reflected in reports with S Cohen and M Araki (1.1) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 12/20/2007 | 0.2 | $15.00 | Review Court Dkt Nos 17650 to 17654 (.1); categorize each new docket entry and flag any pleadings impacting claims or the master service list for further action and follow-up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/20/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence |
| ALEX CEDENO - CAS | | $45.00 | 12/21/2007 | 0.5 | $22.50 | Omni 18 - set up Noticing System/Production Folder/Noticing Instructions for service of document (.2); prepare electronic version of doc-as-served (.1); communicate with J Conklin re status of mail file (.1); analysis of mail file and approve document for production (.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/21/2007 | 0.6 | $126.00 | Review noticing mail files and service docs associated with Omni 18 Continuation Order service |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/21/2007 | 0.3 | $28.50 | Analysis of e-mail from M Araki re November production (.1); research corresponding November production files and confirm no production (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/21/2007 | 0.3 | $28.50 | Review Court docket report for any updates to claims re recent transfer notices |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/21/2007 | 0.4 | $38.00 | Review Omnibus Continuation Order for service [Docket No  17643] (.1); verify service list and affected parties (.1); prepare MRF with instructions to the production staff re service (.1); final review of print production sheet and actual mail files (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/21/2007 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/21/2007 | 1.2 | $252.00 | Analysis of e-mail from L Ruppaner re confirmation of no production in Nov (.1); analysis of e-mail from J Conklin re Rust Consulting cd should contain add'l info on claim 18496 (.1); analysis of Court docket re recent filings (1.0) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/21/2007 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| YVETTE KNOPP - CAS | | $90.00 | 12/21/2007 | 0.2 | $18.00 | Coordinate service of Dkt No 17643 - 18th Omni Order |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/27/2007 | 0.8 | $168.00 | Monitor recently uploaded claims per J Conklin e-mail re recent CD recevied from Rust Consulting |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/27/2007 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence including recent ECF notifications |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/27/2007 | 0.3 | $28.50 | Perform research associated with returned mail associated to a defective claim transfer notice (.1); prepare letter to creditor re status of claim and address associated with claim (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/27/2007 | 0.2 | $19.00 | Review correspondence and pleadings to ensure all case deadlines are met |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## December 2007 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2007 | 1.0 | $210.00 | Analysis of e-mail from L Ruppaner re new claims CD from Rust Consulting (.1); analysis of e-mail from J Conklin re upload of new Rust Consulting claims data (.1); analysis of claims register re new claims (.1); analysis of invalid claim file from Rust Consulting (.7) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/31/2007 | 3.0 | $630.00 | Coordinate preparation of end-of year snapshot of all non-asbestos and asbestos PD claim data to support 10-K reporting requirements |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/31/2007 | 2.5 | $525.00 | Prepare (1.00 and audit (1.5) end-of-year claims reports to support 10-K reporting requirements |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/31/2007 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence including e-mail communications |
| | Case Administration Total: | | | 70.9 | $12,389.50 | |

## December 2007 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ANNA WICK - SR_ANALYST | | $110.00 | 12/3/2007 | 0.1 | $11.00 | Review weblog data including page count, convert data to database |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/3/2007 | 0.3 | $33.00 | Update Advanced Reporting Tool with new reporting criteria for objections, amount UBEY and CUD by class, new filter options and optional current/original address display |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/6/2007 | 0.1 | $9.50 | Update returned mail records to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/18/2007 | 0.2 | $22.00 | Assist G Kruse with active claims report |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/20/2007 | 0.2 | $19.00 | Prepare and verify report of claims for further review per S Cohen request |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/21/2007 | 1.0 | $110.00 | Confer with S Cohen on report options for CCD |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/21/2007 | 0.2 | $19.00 | Prepare and verify report of claims for additional review per S Cohen request |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/21/2007 | 0.1 | $9.50 | Correspondence with production and project team re scheduled mailing(s) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/21/2007 | 0.2 | $19.00 | Populate mail file 27217 with Omnibus Continuation Order affected parties |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/24/2007 | 0.1 | $9.50 | Update mail file data to master service list |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.1 | $9.50 | Upload bankruptcy claims to b-Linx from Rust Consulting |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.1 | $9.50 | Prepare Claims Register for todays claims upload of new claims from Rust Consulting |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.1 | $9.50 | Migrate bankruptcy claims images from CD to server re new claims from Rust Consulting |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.1 | $9.50 | Append bankruptcy claims data to tblOutput for migration to b-Linx re new Rust Consulting claims |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.1 | $9.50 | Migration of new bankruptcy claims data from Rust Consulting to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.1 | $9.50 | Correspondence with J Miller, S Cohen and M Araki re new claims upload and file containing invalid claims from Rust Consulting |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## December 2007 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.1 | $9.50 | Prepare report of invalid claims received from Rust Consulting on 12/21-07 CD |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.2 | $19.00 | Preparation of report verifying creditor information grouping |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/27/2007 | 0.1 | $9.50 | Review and verify creditor address records per data integrity reports |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/28/2007 | 1.0 | $110.00 | SQL database maintenance, review logs, update tables fields, views and user defined functions |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/31/2007 | 0.5 | $55.00 | Create copy of custom b-Linx and link to new backup with 12/31/07 data at request of J Miller |
| | | Data Analysis Total: | | 5.1 | $531.00 | |

## December 2007 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2007 | 3.0 | $630.00 | Revise/finalize Jul 07 fee app and exhibits (1.5); prepare e-mail to L Oberholzer re filing Jul 07 fee app (.1); analysis of revised Aug 07 invoice number from S Fritz (.2); prepare revised Aug 07 category summary and time detail exhibits and consultant time reports (.6); revise Aug 07 fee app re corrected numbers (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2007 | 1.8 | $378.00 | Prepare Aug 07 consultant time report (.2); compare Aug 07 consultant time report vs previous Aug invoice from S Fritz (.4); telephone with S Fritz re issues (.2); analysis of revised Aug 07 invoice from S Fritz (.2); analysis of billing system re Aug 07 issues (.6); prepare e-mail to S Fritz re resolution of Aug 07 issues (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2007 | 0.5 | $105.00 | Analysis of e-mail from S Bossay re 25th Qtrly fees (.1); analysis of S Bossay charts vs 25th Qtrly fee request (.3); prepare e-mail to S Bossay re revision to BMC 25th Qtrly numbers on charts (.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/5/2007 | 0.7 | $147.00 | Review Jul 07 monthly fee application prior to filing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2007 | 3.0 | $630.00 | Analysis of e-mail from L Oberholzer re confirmation of filing of Jul 07 fee app (.2); analysis of master bio list re updates for Aug-Sep (.5); revise master bio list (.5); revise/finalize Aug 07 fee app and exhibits for filing (1.0); prepare updated Sep 07 category summary and time detail exhibits (.4); revise Sep 07 fee app re bios (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2007 | 2.0 | $420.00 | Revise/finalize Sep 07 fee app and exhibits for filing (1.0); prepare e-mail to J Miller re approval of Aug-Sep 07 fee apps for filing (.1); prepare e-mail to L Oberholzer re filing Aug-Sep 07 fee apps (.2); prepare revised 26th Qtrly category summary and time detail exhibits (.5); telephone to S Fritz re confirmation Jul 07 fee app filed, Aug-Sep 07 fee apps sent for filing (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/7/2007 | 1.4 | $294.00 | Review Aug and Sep 07 monthly fee applications prior to filing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2007 | 1.8 | $378.00 | Revise/finalize 26th Qtrly fee app and exhibits for filing (1.5); prepare Notice of Filing for PSZYJW signature (.3) |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

## December 2007 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2007 | 1.5 | $315.00 | Prepare e-mail to L Oberholzer re objection date for 26th Qtrly fee app and holidays (.21); analysis of e-mail from L Oberholzer re adjustment to objection date re holidays (.1); revise 26th Qtrly fee app re objection date and expense exhibit (.6); prepare e-mail to J Miller and L Oberholzer re filing 26th Qtrly fee app (.2); prepare draft billing detail report for Oct 07 (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2007 | 1.9 | $399.00 | Prepare excel time and expense details for Fee Examiner for Jul-Sep and 26th Qtrly fee apps (1.5); prepare e-mails to S Bossay re 26th Qtrly and Jul-Sep 07 fee apps filed and required docs, exhibits and spreadsheets (.3); analysis of e-mail confirmation from L Oberholzer re filing of 26th Qtrly fee app (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2007 | 2.0 | $420.00 | Begin analysis of draft reports for Oct 07 for prof billing reqts and Court imposed categories (1.0); begin revision of Oct 07 billing entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2007 | 2.0 | $420.00 | Continue analysis of Oct 07 billing entries for fee app compliance (1.0); continue to revise Oct 07 billing entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2007 | 2.0 | $420.00 | Further analysis of Oct 07 billing entries for fee app compliance (1.0); further revision to Oct 07 billing entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2007 | 2.0 | $420.00 | Analysis of draft Nov invoice from S Fritz (.2); brief review of biller time for Nov 07 (.4); prepare e-mail to S Fritz re confirmation of Nov 07 draft invoice numbers (.1); e-mail to S Fritz re Nov production (.1); analysis of production folders re Nov production (.1); prepare e-mail to L Ruppaner re Nov production (.1); continue review/revision Oct 07 time entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/26/2007 | 1.5 | $315.00 | Continue analysis of Oct 07 billing entries for fee app compliance (.7); continue to revise Oct 07 billing entries for fee app compliance (.8) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/28/2007 | 2.2 | $462.00 | Review Oct and Nov 07 Monthly Fee Applications (1.5); appear at Notary to have signatures notarized (.7) |
| | Fee Applications Total: | | | 29.3 | $6,153.00 | |

## December 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/4/2007 | 1.2 | $252.00 | Review unliquidated component report prepared by S Cohen |
| MIKE BOOTH - MANAGER | | $165.00 | 12/4/2007 | 0.6 | $99.00 | Discussion with S Cohen re new and pending claim issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/4/2007 | 0.6 | $66.00 | Discussion with M Booth re new and pending claim issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/4/2007 | 1.4 | $154.00 | Finalize higher-level analysis of active open and reconciled claims and possible unliquidated/interest components per L Sinanyan request (.4); update claims database per analysis (.4); finalize preparation of reports re analysis and updates (.5); prepare follow-up memo to J Miller, M Booth re results (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## December 2007 -- Non-Asbestos Claims

| Name          Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| JEFF MILLER - SR_MANAGER | $210.00 | 12/5/2007 | 2.1 | $441.00 | Continue review of unliquidated component audit completed by S Cohen (1.3); confirm b-Linx updates (.8) |
| JEFF MILLER - SR_MANAGER | $210.00 | 12/7/2007 | 2.1 | $441.00 | Analysis of RMQ and ELG order and related motions (1.0); analysis of S Cohen review notes and suggested b-Linx updates (1.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/7/2007 | 0.8 | $88.00 | Analyze recently filed Settlement Agreement, Order re adversary proceeding (.4); update claims database per Agmt and Order (.3); prepare follow-up memo to J Miller, M Araki re results (.1) |
| JEFF MILLER - SR_MANAGER | $210.00 | 12/10/2007 | 1.1 | $231.00 | Follow-up with S Cohen and M Booth re recent docket activity and associated category/reconciliation review |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/10/2007 | 0.3 | $28.50 | Review Court docket report to obtain most recent claim transfer requests for further claims reporting purposes |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/10/2007 | 0.3 | $33.00 | Update claims database pursuant to recently filed Omni Orders (.2); prepare follow-up memo to L Sinanyan re status (.1) |
| JEFF MILLER - SR_MANAGER | $210.00 | 12/11/2007 | 0.3 | $63.00 | Review correspondence from M Araki re questionable amended claim filing received from Rust Consulting for processing |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/11/2007 | 0.3 | $28.50 | Review Court docket report to obtain new claim transfer requests (.1); prepare all new transfer notices for further claim updates (.2) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/11/2007 | 0.3 | $33.00 | Review (.1) and reply (.2) to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/11/2007 | 0.2 | $22.00 | Research and analyze claim status information per L Sinanyan request (.1); prepare follow-up memo to L Sinanyan re analysis (.1) |
| JEFF MILLER - SR_MANAGER | $210.00 | 12/13/2007 | 0.8 | $168.00 | Research claim information associated with State of Montana claims per J Baer request (.6); follow-up with S Cohen re claim (.2) |
| JEFF MILLER - SR_MANAGER | $210.00 | 12/13/2007 | 0.5 | $105.00 | Call with S Cohen re orders/stipulation updates in b-Linx and affect on claim count/status reporting for SEC reports |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/13/2007 | 0.1 | $11.00 | Research State of Montana claim per J Miller/J Baer request and prepare follow-up memo to J Miller |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/13/2007 | 1.1 | $121.00 | Analyze recently filed Orders/Stipulations (.4); audit claim updates (.4); discussion with J Miller re additional analysis and claim updates required (.2); prepare follow-up memo to M Araki re additional analysis and updates (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/13/2007 | 0.6 | $66.00 | Analyze docket numbers 17090 to 17448 and related docket entries (.2); audit claim updates (.2); revise claims database per audit (.2) |
| JEFF MILLER - SR_MANAGER | $210.00 | 12/14/2007 | 1.1 | $231.00 | Review BP Products Motion to Compromise and associated claim (.7); confirm proposed updates in b-Linx per S Cohen request (.4) |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 12/14/2007 | 0.8 | $76.00 | Review new claim transfer requests listed on Court docket (.2); research affected claims (.2); revise b-Linx re transfers (.2); prepare transfer notices (.2) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/14/2007 | 0.1 | $11.00 | Analyze and update BP claim as required per direction from M Araki and prepare follow-up memos to L Sinanyan, M Araki re updates |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice

---

**December 2007 -- Non-Asbestos Claims**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/17/2007 | 0.3 | $28.50 | Review Court docket report for any new claim transfer notices |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/17/2007 | 1.1 | $104.50 | Review new claim transfer requests listed on Court docket (.2); perform related claims research (.2); revise b-Linx re transfers (.2); prepare transfer notices (.3); prepare transfer notices for service (.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/18/2007 | 1.7 | $255.00 | Re-author report queries for active and inactive claims using new SQL views (.4); prepare report (.8); export to spreadsheet (.4); forward to S Cohen for review (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/18/2007 | 0.9 | $85.50 | Perform audit of Court docket report to verify that all claim transfer notices filed in November and December have been served and updated to the claims database |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/18/2007 | 1.8 | $171.00 | Review new claim transfer requests listed on Court docket (.3); perform related claims research (.3); revise b-Linx re transfers (.4); prepare transfer notices (.5); prepare transfer notices for service (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/18/2007 | 0.8 | $88.00 | Begin analysis and preparation of monthly reports (.6); prepare follow-up memos to K Davis, G Kruse, L Ruppaner re monthly reports (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/18/2007 | 1.8 | $198.00 | Analysis of claims data related to claims inactivated and resolved in 4th Qtr 2007 per J Miller request (1.5); discussion with J Miller re results (.3) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/19/2007 | 0.7 | $147.00 | Review transfer status report prepared by S Cohen for transmittal to K Davis at Rust Consulting |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/19/2007 | 1.0 | $95.00 | Review new claim transfer requests listed on Court docket (.2); perform related claims research (.2); revise b-Linx re transfers (.2); prepare transfer notices (.2); prepare transfer notices for service (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/19/2007 | 0.2 | $22.00 | Finalize analysis and preparation of monthly reports (.1); prepare follow-up memo to K Davis re monthly reports (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/19/2007 | 0.2 | $22.00 | Discussion with M Araki re analysis and review of recent docket entries and claim updates required |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/20/2007 | 0.7 | $66.50 | Review new claim transfer requests listed on Court docket (.1); perform related claims research (.1); revise b-Linx re transfers (.2); prepare transfer notices (.2); prepare transfer notices for service (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/20/2007 | 3.2 | $352.00 | Further analysis of claims data related to claims inactivated and resolved in 4th Qtr 2007 per J Miller request (2.8); discussions with A Wick, J Conklin re further analysis required (.2); prepare follow-up memo to J Conklin re requested analysis (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/20/2007 | 1.1 | $121.00 | Continue preliminary analysis of claims data related to claims inactivated and resolved in 4th Qtr 2007 per J Miller request (.9); discussion with M Grimmett re further analysis required (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 12/21/2007 | 1.5 | $315.00 | Review e-mail and analysis prepared by S Cohen related to preliminary analysis of non-asbestos claims data |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/21/2007 | 0.8 | $76.00 | Review new claim transfer requests listed on Court docket (.1); perform related claims research (.2); revise b-Linx re transfers (.2); prepare transfer notices (.2); prepare transfer notices for service (.1) |

EXHIBIT 1

# BMC Group
WR GRACE

Monthly Invoice

## December 2007 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/21/2007 | 2.6 | $286.00 | Finalize preliminary analysis of claims data related to claims inactivated and resolved in 4th Qtr 2007 per J Miller request (2.3); discussions with M Grimmett, J Conklin re further analysis required (.2); prepare follow-up memo to J Miller re status (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/21/2007 | 1.8 | $198.00 | Continue analysis of claims data related to claims inactivated and resolved in 4th Qtr 2007 per J Miller request (1.6); discussion with M Grimmett re further data required (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/21/2007 | 0.6 | $66.00 | Analyze docket numbers 17328 to 17632 and related docket entries (.2); audit claim updates (.2); revise claims database per analysis (.2) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 12/28/2007 | 0.8 | $88.00 | Analysis of Court docket re claim transfers (.2); audit b-Linx to verify updates to transfer details and appropriate notices served (.6) |
| | | Non-Asbestos Claims Total: | | 40.3 | $5,554.00 | |

## December 2007 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ALAN DALSASS - DIRECTOR | | $275.00 | 12/4/2007 | 0.5 | $137.50 | Review of WR Grace PI claims notice distributions |
| | | WRG Asbestos PI Claims Total: | | 0.5 | $137.50 | |
| | | December 2007 Total: | | 158.1 | $27,285.00 | |

# BMC Group

WR GRACE

Monthly Invoice

| | | |
|---|---|---|
| Grand Total: | 158.1 | $27,285.00 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 12/1/2007 thru 12/31/2007

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 12.0 | $2,520.00 |
| | Total: | 12.0 | $2,520.00 |
| **Case Administration** | | | |
| DIRECTOR | | | |
| Alan Dalsass | $275.00 | 0.5 | $137.50 |
| CAS | | | |
| Alex Cedeno | $45.00 | 0.5 | $22.50 |
| Brianna Tate | $45.00 | 0.3 | $13.50 |
| Corazon Del Pilar | $45.00 | 0.1 | $4.50 |
| James Myers | $65.00 | 0.5 | $32.50 |
| Liliana Anzaldo | $45.00 | 0.3 | $13.50 |
| Yvette Knopp | $90.00 | 0.2 | $18.00 |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 20.7 | $4,347.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.9 | $148.50 |
| Myrtle John | $195.00 | 0.1 | $19.50 |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 0.6 | $84.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 0.4 | $60.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 0.8 | $88.00 |
| Leila Hughes | $75.00 | 3.2 | $240.00 |
| Steffanie Cohen | $110.00 | 2.7 | $297.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 11.0 | $1,045.00 |
| Trina Gallagher | $45.00 | 0.5 | $22.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 27.6 | $5,796.00 |
| | Total: | 70.9 | $12,389.50 |
| **Data Analysis** | | | |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 3.1 | $341.00 |
| Jacqueline Conklin | $95.00 | 2.0 | $190.00 |
| | Total: | 5.1 | $531.00 |
| **Fee Applications** | | | |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 4.3 | $903.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 25.0 | $5,250.00 |
| | Total: | 29.3 | $6,153.00 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 12/1/2007 thru 12/31/2007

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Non-Asbestos Claims** | | | |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 11.4 | $2,394.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.6 | $99.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 1.7 | $255.00 |
| REC_TEAM | | | |
| Lauri Bogue | $110.00 | 0.8 | $88.00 |
| Steffanie Cohen | $110.00 | 17.8 | $1,958.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 8.0 | $760.00 |
| | Total: | 40.3 | $5,554.00 |
| | | | |
| **WRG Asbestos PI Claims** | | | |
| DIRECTOR | | | |
| Alan Dalsass | $275.00 | 0.5 | $137.50 |
| | Total: | 0.5 | $137.50 |
| | | | |
| | Grand Total: | 158.1 | $27,285.00 |

EXHIBIT 1