**EXHIBIT 2**

BMC GROUP<br>
720 Third Ave, 23rd Floor<br>
Seattle, WA 98104<br>
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_071231**

**Period Ending** 12/31/2007

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Conference Call | $44.91 |
| Document Storage | $600.30 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $53.92 |
| **Total** | **$2,149.13** |

*Tax ID #:*   *52-2083477*

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

DECEMBER 2007

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_071231 | WR Grace | BMC10, BMC | BMC | $350.00 | 12/31/07 | B-linx User Fee | B-linx User Fee |
| 21_071231 | WR Grace | BMC10, BMC | BMC | $850.00 | 12/31/07 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_071231 | WR Grace | BMC10, BMC | ConferenceCall.com | $44.91 | 12/14/07 | Conference Call | Conference Call.com Inv. No. B1-10765469 |
| 21_071231 | WR Grace | BMC10, BMC | BMC | $600.30 | 12/31/07 | Document Storage | 141 boxes |
| 21_071231 | WR Grace | BMC10, BMC | BMC | $250.00 | 12/31/07 | Website Hosting | Website Hosting |
| 21_071231 | WR Grace | BMC10, BMC | BMC | $53.92 | 12/31/07 | Website Storage/Traffic | website traffic - 26 docs |
| | | | | $2,149.13 | | | |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**
**INVOICE SUMMARY**

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20071221-1 | 12/21/2007 | $28.06 |
| | Total | $28.06 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/21/2007
Invoice #: 021-20071221-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 17643 - 18th Omni Order | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $28.06

*Invoice Due Upon Receipt*