## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2007 THROUGH SEPTEMBER 30, 2007 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 12/3/07 | 7/1/07 – 7/31/07 | $6,358.00 | $44.35 | $5,086.40 | $44.85 | $1,271.60 |
| 12/3/07 | 8/1/07 – 8/31/07 | $5,074.50 | $30.40 | $4,059.60 | $30.40 | $1,014.90 |
| 12/3/07 | 9/1/07 - 9/30/07 | $3,861.00 | $27.80 | $3,088.80 | $27.80 | $772.20 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 5.90 | $ 2,415.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 21.30 | $ 12,878.50 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | Total | 27.20 | $15,293.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 23.45 |
| Copies – Matter 32 (Fee Applications) | $ 18.45 |
| Copies – Matter 46 (Tax Litigation) | $ 28.65 |
| Computer Database Research | $    0 |
| Duplicating Supplies | $  5.20 |
| Federal Express/Overnight Messenger | $ 15.80 |
| Facsimile | $    0 |
| Postage | $    0 |
| Meals | $    0 |
| Hotel | $    0 |
| Local Transportation | $ 11.0 |
| Tax Court Filing Fee | $    0 |
| Total | $102.55 |