# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## DECEMBER 1, 2007 - DECEMBER 31, 2007

| | |
|---|---:|
| Outside Messenger Service | $ 136.89 |
| Local Transportation | 253.50 |
| Long Distance Telephone | 73.61 |
| Duplicating Costs-in House | 219.90 |
| Postage | 4.60 |
| Filing Fees | 50.00 |
| Court Reporting Services | 54,401.65 |
| O/S Information Services | 70.85 |
| Word Processing | 354.00 |
| In House Messenger Service | 30.21 |
| Facsimile Charges | 5.00 |
| Travel Expenses - Transportation | 2,035.10 |
| Westlaw | 82.61 |
| **TOTAL** | **$ 57,717.92** |

NY 71243428v1

# STROOCK

## Disbursement Register

| DATE | January 30, 2008 |
|---|---|
| INVOICE NO. | 434675 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through December 31, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/03/2007 | VENDOR: UPS; INVOICE#: 0000010X827487; DATE: 12/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198090212 on 11/29/2007 | 6.61 |
| 12/03/2007 | VENDOR: UPS; INVOICE#: 0000010X827487; DATE: 12/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198503829 on 11/29/2007 | 6.61 |
| 12/03/2007 | VENDOR: UPS; INVOICE#: 0000010X827487; DATE: 12/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198734035 on 11/29/2007 | 6.61 |
| 12/03/2007 | VENDOR: UPS; INVOICE#: 0000010X827487; DATE: 12/01/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197776840 on 11/29/2007 | 9.38 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM ACCTS PAYABLE, , , TO LAW LIBRARY ST. JOHN'S UNIVERSITY SCHOO, 8000 UTOPIA PARKWAY, JAMAICA, NY 11439 Tracking #:1Z10X8270141061609 on 12/06/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO | 6.66 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
|  | Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191865380 on 12/03/2007 |  |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191096998 on 12/03/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193857402 on 12/03/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192450610 on 12/03/2007 | 9.46 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191329585 on 12/05/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192697195 on 12/05/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193473602 on 12/05/2007 | 6.66 |
| 12/10/2007 | VENDOR: UPS; INVOICE#: 0000010X827497; DATE: 12/08/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191362815 on 12/05/2007 | 9.46 |

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 12/18/2007 | VENDOR: UPS; INVOICE#: 0000010X827507; DATE: 12/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199685435 on 12/12/2007 | 9.31 |
| 12/18/2007 | VENDOR: UPS; INVOICE#: 0000010X827507; DATE: 12/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195812241 on 12/12/2007 | 9.31 |
| 12/18/2007 | VENDOR: UPS; INVOICE#: 0000010X827507; DATE: 12/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199547656 on 12/12/2007 | 9.31 |
| 12/18/2007 | VENDOR: UPS; INVOICE#: 0000010X827507; DATE: 12/15/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197407668 on 12/12/2007 | 14.21 |
| | **Outside Messenger Service Total** | **136.89** |
| **Local Transportation** | | |
| 12/01/2007 | VENDOR: NYC Taxi; Invoice#: 807943; Invoice Date: 11/23/2007; Voucher #: 711900352; Arlene Krieger 11/07/2007 19:42 from 180 MAIDEN LANE MANHATTAN NY to 100 E 80 ST MANHATTAN NY | 37.50 |
| 12/14/2007 | VENDOR: Elite Taxi; Invoice#: 1280648; Invoice Date: 12/07/2007; Voucher #: NP1038101; Kenneth Pasquale 11/26/2007 09:00 from 844 NORTH KING ST. WILMINGTON DE to Philadelphia International Airport Philadelphia PA | 216.00 |
| | **Local Transportation Total** | **253.50** |
| **Long Distance Telephone** | | |
| 07/16/2007 | EXTN.5562, TEL.215-568-4480, S.T.14:43, DUR.00:17:36 | 8.28 |
| 12/03/2007 | EXTN.5431, TEL.410-531-4212, S.T.16:38, DUR.00:00:18 | 0.47 |
| 12/03/2007 | EXTN.5544, TEL.312-861-2162, S.T.14:39, DUR.00:00:30 | 0.47 |

# STROOCK

| PAGE: 4 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 12/03/2007 | EXTN.5544, TEL.312-861-2162, S.T.17:17, DUR.00:00:12 | 0.47 |
| 12/03/2007 | EXTN.5562, TEL.312-861-2162, S.T.13:30, DUR.00:05:48 | 2.81 |
| 12/04/2007 | EXTN.5562, TEL.323-651-3508, S.T.12:30, DUR.00:08:12 | 4.22 |
| 12/05/2007 | EXTN.5475, TEL.302-657-4900, S.T.09:13, DUR.00:01:18 | 0.94 |
| 12/05/2007 | EXTN.5544, TEL.815-459-2028, S.T.16:03, DUR.00:10:48 | 5.16 |
| 12/05/2007 | EXTN.5562, TEL.202-879-5081, S.T.10:10, DUR.00:03:18 | 1.88 |
| 12/10/2007 | EXTN.5562, TEL.518-213-6000, S.T.14:07, DUR.00:01:30 | 0.86 |
| 12/10/2007 | EXTN.5562, TEL.973-424-2031, S.T.15:17, DUR.00:09:12 | 4.69 |
| 12/12/2007 | EXTN.5475, TEL.214-698-3868, S.T.13:00, DUR.00:05:24 | 2.81 |
| 12/13/2007 | EXTN.5431, TEL.267-321-6663, S.T.11:56, DUR.00:00:30 | 0.47 |
| 12/13/2007 | EXTN.5475, TEL.214-698-3868, S.T.10:57, DUR.00:00:48 | 0.47 |
| 12/13/2007 | EXTN.5544, TEL.201-587-7144, S.T.10:50, DUR.00:01:00 | 0.47 |
| 12/17/2007 | EXTN.5431, TEL.410-531-4212, S.T.09:47, DUR.00:02:00 | 0.94 |
| 12/20/2007 | EXTN.5544, TEL.201-337-1928, S.T.14:33, DUR.00:00:48 | 0.47 |
| 12/21/2007 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-120207; DATE: 12/2/2007 - Teleconference | 26.94 |
| 12/27/2007 | EXTN.5562, TEL.215-665-2147, S.T.17:47, DUR.00:00:18 | 0.47 |
| 12/28/2007 | EXTN.5562, TEL.215-665-2147, S.T.11:19, DUR.00:21:12 | 10.32 |
| **Long Distance Telephone Total** | | 73.61 |

**Duplicating Costs-in House**
| | | |
|---|---|---|
| 12/05/2007 | | 7.20 |
| 12/07/2007 | | 81.00 |
| 12/10/2007 | | 25.80 |
| 12/11/2007 | | 30.00 |
| 12/12/2007 | | 0.10 |
| 12/20/2007 | | 0.20 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20/2007 | | 8.40 |
| 12/26/2007 | | 15.70 |
| 12/26/2007 | | 5.20 |
| 12/26/2007 | | 14.00 |
| 12/27/2007 | | 0.50 |
| 12/27/2007 | | 17.40 |
| 12/27/2007 | | 5.20 |
| 12/27/2007 | | 7.20 |
| 12/28/2007 | | 0.70 |
| 12/31/2007 | | 1.30 |
| **Duplicating Costs-in House Total** | | **219.90** |

**Postage**

| 11/29/2007 | Postage Charged on 11/29/2007 14:31 | 4.60 |
|---|---|---|
| **Postage Total** | | **4.60** |

**Filing Fees**

| 12/17/2007 | VENDOR: Chase Card Services; INVOICE#: 120207; DATE: 12/2/2007 - visa charge 11/14/07 Court Call LLC | 25.00 |
|---|---|---|
| 12/17/2007 | VENDOR: Chase Card Services; INVOICE#: 120207; DATE: 12/2/2007 - visa charge 11/30/07 Court Call LLC | 25.00 |
| **Filing Fees Total** | | **50.00** |

**Court Reporting Services**

| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064702; DATE: 11/26/2007 - Deposition of: Frederick Dunbar, Ph. D. - 11-6-07 | 2,598.40 |
|---|---|---|
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064720; DATE: 11/27/2007 - Deposition of: Dr. Letitia Chambers - 11-14-07 | 3,276.05 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064710; DATE: 11/27/2007 - Deposition of: Victor Roggli, M. D. - 11-8-07 | 1,729.25 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064715; DATE: 11/27/2007 - Deposition of: Dr. James Heckman - 11-12-07 | 2,693.70 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064743; DATE: 12/4/2007 - Deposition of: Daniel Myer - 11-20-07 | 2,262.90 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064641; DATE: 11/13/2007 - Deposition of: John Mekus, 30(b)(6) - 10-30-07 | 1,089.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064663; DATE: 11/21/2007 - Deposition of: Jacob Jacoby, PH.D. - Nov 1, 2007 | 2,163.00 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064675; DATE: 11/21/2007 - Deposition of: Elizabeth Anderson, PH.D. - Nov 2, 2007 | 3,117.75 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064568; DATE: 10/31/2007 - Deposition of: P. J. Eric Stallard - 10-24-07 | 1,294.10 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064582; DATE: 12/6/2007 - Deposition of: William Nurre, 30(b)(6) - 10-24-07 | 880.65 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064589; DATE: 12/6/2007 - Deposition of: William Nurre - 10-24-07 | 1,225.95 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064574; DATE: 11/5/2007 - Deposition of: William Longo - 10-23-07 | 2,280.80 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064594; DATE: 12/6/2007 - Deposition of: Dr. Suresh Moolgavkar - 10-25-07 | 3,459.75 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064557; DATE: 10/30/2007 - Deposition of: Steve Hays - 10-22-2007 | 4,241.60 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064668; DATE: 11/21/2007 - Deposition of: Dr. Mark Peterson - 11-1-07 | 2,225.90 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064644; DATE: 11/13/2007 - Deposition of: Thomas Florence - 10-30-07 | 3,628.60 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064656; DATE: 12/19/2007 - Deposition of: Steven Kazan - 10-29-07 | 851.25 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064687; DATE: 11/26/2007 - Deposition of: David Weil, M. D. - 11-2-07 | 1,075.40 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064696; DATE: 11/26/2007 - Deposition of: Jennifer Biggs - 11-5-07 | 2,871.45 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064692; DATE: 11/26/2007 - Deposition of: Daniel Henry, M. D. - 11-5-07 | 789.80 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064630; DATE: | 2,156.65 |

# STROOCK

| PAGE: 7 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | 11/12/2007 - Deposition of: Howard William Ory, M.D. - 10-30-07 | |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064620; DATE: 11/8/2007 - Deposition of: John Eugene Parker, M.D. 10-26-07 | 2,376.70 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064682; DATE: 11/26/2007 - Deposition of: David Maxam - 11-2-07 | 1,082.35 |
| 12/11/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064725; DATE: 11/27/2007 - Deposition of: Dr. Marshall Shapo - 11-15-07 | 2,218.45 |
| 12/12/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064625; DATE: 12/12/2007 - Deposition of: Dr. Peter Lees - 10-29-07 | 2,604.70 |
| 12/31/2007 | VENDOR: Storey & Miller Inc.; INVOICE#: 17871; DATE: 11/16/2007 - Transcript Copy - Exhibit Copies | 207.00 |
| | **Court Reporting Services Total** | **54,401.65** |

**O/S Information Services**

| 12/17/2007 | VENDOR: Chase Card Services; INVOICE#: 120207; DATE: 12/2/2007 - visa charge 11/19/07 Amazon.com | 70.85 |
|---|---|---|
| | **O/S Information Services Total** | **70.85** |

**Word Processing**

| 12/28/2007 | 10-9 | 132.00 |
|---|---|---|
| | **Word Processing Total** | **132.00** |

**In House Messenger Service**

| 12/12/2007 | VENDOR: Early Bird Messenger; INVOICE #: DATE: 12/7/2007 Vehicle Rush from to KIRKLAND, 153 E 53RD ST | 30.21 |
|---|---|---|
| | **In House Messenger Service Total** | **30.21** |

**Facsimile Charges**

| 12/15/2007 | Fax # 212-396-2120 | 5.00 |
|---|---|---|
| | **Facsimile Charges Total** | **5.00** |

**Travel Expenses - Transportation**

| 12/10/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE NYP.WAS NYP on 11/06/2007 | 313.00 |
|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

PAGE: 8

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10/2007 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 11/06/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE NYP.WAS NYP on 11/06/2007 | 397.00 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE on 11/06/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR RDU EWR on 10/22/2007 | -512.80 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 10/31/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH NWK.WAS NWK on 10/31/2007 | 292.00 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR ORD on 11/02/2007 | 821.40 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH ORD DCA on 11/02/2007 | 572.40 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 11/02/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH WAS NWK on 11/02/2007 | 125.00 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 11/02/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 11/06/2007 | 32.25 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH NWK WAS NWK on 11/06/2007 | 397.00 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH NWK.WAS NWK on 11/16/2007 | -319.50 |
| 12/10/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH NWK WAS NWK on 11/16/2007 | -243.90 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

PAGE: 9

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Travel Expenses - Transportation Total** | **2,035.10** |

**Westlaw**

| 12/13/2007 | Transactional search by Krieger, Arlene G. | 55.07 |
|---|---|---|
| 12/20/2007 | Transactional search by Krieger, Arlene G. | 27.54 |
| | **Westlaw Total** | **82.61** |

**Word Processing - Logit**

| 12/02/2007 | | 90.00 |
|---|---|---|
| 12/02/2007 | | 90.00 |
| 12/15/2007 | | 42.00 |
| | **Word Processing - Logit Total** | **222.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 136.89 |
| Local Transportation | 253.50 |
| Long Distance Telephone | 73.61 |
| Duplicating Costs-in House | 219.90 |
| Postage | 4.60 |
| Filing Fees | 50.00 |
| Court Reporting Services | 54401.65 |
| O/S Information Services | 70.85 |
| Word Processing | 354.00 |
| In House Messenger Service | 30.21 |
| Facsimile Charges | 5.00 |
| Travel Expenses - Transportation | 2035.10 |
| Westlaw | 82.61 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71243428v1

# STROOCK

| PAGE: 10 | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 57,717.92 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# Navigant Consulting, Inc. Invoice

# December 2007



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

January 17, 2008

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - December 2007*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 31.50 hrs. @ $550 | $17,325.00 |
| ML | 5.00 hrs. @ $325 | 1,625.00 |
| JM | 5.25 hrs. @ $325 | 1,706.25 |
| JS | 27.50 hrs. @ $270 | 7,425.00 |
| AM | 62.50 hrs. @ $200 | 12,500.00 |
| JF | 28.00 hrs. @ $200 | 5,600.00 |

**Total Professional Fees** ............................................................................... **$46,181.25**

**Expenses:**

Copying / Reproduction          $     1,263.18

**Total Expenses** ............................................................................................... **$1,263.18**

**Total Amount Due for December Services and Expenses** ........................... **$47,444.43**

**Outstanding Invoices:**

Inv No.   232979          December 21, 2007          $162,394.93

**Total Outstanding Invoices** ......................................................................... **$162,394.93**

**Total Amount Due For December Services, Expenses and Outstanding Invoices ... $209,839.36**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 234808



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 12/3/2007 | 4.50 | Review interrogatories and other case materials. |
| CHAMBERS, LETITIA | 12/7/2007 | 5.50 | Review staff analysis of supplemental report by opposing expert; review impacts on rebuttal issues. |
| CHAMBERS, LETITIA | 12/10/2007 | 5.00 | Review filings in case. |
| CHAMBERS, LETITIA | 12/13/2007 | 2.00 | Case admin. |
| CHAMBERS, LETITIA | 12/14/2007 | 3.00 | Review other bankruptcy cases in prep for rebuttal. |
| CHAMBERS, LETITIA | 12/19/2007 | 4.00 | Identified in-house actuaries with asbestos experience, review quals; arranged for review of Biggs supplemental report. |
| CHAMBERS, LETITIA | 12/20/2007 | 3.00 | Review supplemental materials received 12/20. |
| CHAMBERS, LETITIA | 12/21/2007 | 4.50 | Internal communications with staff and actuaries and review EPA settlement. |
| FUNG, JOANNE | 12/3/2007 | 3.00 | Programmed spreadsheet. Reviewed expert report. |
| FUNG, JOANNE | 12/4/2007 | 8.00 | Programmed spreadsheet. Reviewed expert materials. |
| FUNG, JOANNE | 12/5/2007 | 8.00 | Programmed spreadsheet. Reviewed expert materials. |
| FUNG, JOANNE | 12/6/2007 | 9.00 | Programmed spreadsheet. Reviewed expert materials. |
| LYMAN, MARY | 12/4/2007 | 0.25 | Project administration |
| LYMAN, MARY | 12/10/2007 | 0.50 | Reviewed Daubert motions |
| LYMAN, MARY | 12/27/2007 | 0.50 | Project administration |
| LYMAN, MARY | 12/28/2007 | 2.50 | Reviewed Daubert motions and responses |
| LYMAN, MARY | 12/29/2007 | 1.25 | Reviewed response to Daubert motion and other documents. |
| MCINTIRE, JAMES | 12/3/2007 | 1.00 | Review debtor response to interrogatories |
| MCINTIRE, JAMES | 12/3/2007 | 1.50 | Review effects of estimation expert supplemental report changes |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 12/10/2007 | 2.25 | Review Daubert motions |
| MCINTIRE, JAMES | 12/18/2007 | 0.50 | Team communications regarding follow-up to supplemental reports |
| MHATRE, ARCHANA | 12/3/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/4/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/5/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/6/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/7/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/10/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/13/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/14/2007 | 3.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/19/2007 | 3.50 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| SIRGO, JORGE | 12/3/2007 | 4.00 | Assist with review of other experts' revised reports and rebuttal reports. |
| SIRGO, JORGE | 12/4/2007 | 4.00 | Assist with review of other experts' revised reports and rebuttal reports. |
| SIRGO, JORGE | 12/5/2007 | 4.00 | Assist with review of other experts' revised reports and rebuttal reports. |
| SIRGO, JORGE | 12/6/2007 | 1.50 | Assist with review of other experts' revised reports and rebuttal reports. |



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 12/10/2007 | 1.50 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/11/2007 | 1.00 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/12/2007 | 1.00 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/13/2007 | 1.00 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/14/2007 | 3.50 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/17/2007 | 1.00 | Review case materials. |
| SIRGO, JORGE | 12/18/2007 | 1.50 | Review case materials. |
| SIRGO, JORGE | 12/19/2007 | 1.00 | Review case materials. |
| SIRGO, JORGE | 12/20/2007 | 1.50 | Review case materials. |
| SIRGO, JORGE | 12/21/2007 | 1.00 | Review case materials. |