IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Related Docket Nos. 17957 and 17961 |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 17961

Stroock & Stroock & Lavan LLP hereby withdraws its *Eighty-First Monthly Fee Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2007 through December 31, 2007* [D.I. 17961] which was a duplicate filing of [D.I. 17957].

Dated: February 4, 2008
     Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900

*Co-Counsel for the Official Committee of
Unsecured Creditors of W.R. Grace & Co., et al.*

DM3\662904.1