IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. Grace & Co., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> Jointly Administered <br><br> **Related Docket No. 17961** |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on the 5th day of February, 2008, one copy of the *Notice of Withdrawal of Docket No. 17961* was served upon all of the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

DUANE MORRIS LLP

*/s/ Michael R. Lastowski*

Michael R. Lastowski (DE 3892)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900

DM3\663469.1

### E-mail in PDF Format

William.sparks@grace.com
jbaer@kirkland.com
jo'neill@pszyj.com
syoder@bayardfirm.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com

### First Class Mail, Postage Prepaid

David B. Siegal
Senior VP & General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 2104

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Bobbi Ruhlander, Esquire
Warren H. Smith & Associates
Republic Center
325 North St. Paul, Suite 1275
Dallas, TX 75201