# Exhibit D

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

January 23, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1364188                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 58.20 | hrs. at | $595.00 | /hr. = | $34,629.00 | |
| RW RILEY | PARTNER | 5.80 | hrs. at | $480.00 | /hr. = | $2,784.00 | |
| WS KATCHEN | OF COUNSEL | 16.60 | hrs. at | $650.00 | /hr. = | $10,790.00 | |
| BA GRUPPO | PARALEGAL | 1.00 | hrs. at | $235.00 | /hr. = | $235.00 | |
| EM O'BYRNE | PARALEGAL | 4.00 | hrs. at | $180.00 | /hr. = | $720.00 | |
| AT ASH | LEGAL ASSISTANT | 3.80 | hrs. at | $175.00 | /hr. = | $665.00 | |
| | | | | | | | $49,823.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| MEETING EXPENSE | 19.00 | |
| OVERNIGHT MAIL | 15.29 | |
| PRINTING & DUPLICATING | 16.20 | |
| PRINTING & DUPLICATING - EXTERNAL | 455.31 | |
| TOTAL DISBURSEMENTS | | $505.80 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $50,328.80 |
| PREVIOUS BALANCE | $65,078.10 |
| TOTAL BALANCE DUE | $115,406.90 |

Duane Morris
January 23, 2008
Page 2

File # K0248-00001                                     INVOICE #  1364188
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/3/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 12/4/2007 | 003 | EM O'BYRNE | REVIEW; DOWNLOAD AND FORWARD DOCKET SHEETS TO W KATCHEN | 0.20 | $36.00 |
| 12/5/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 12/6/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $36.00 |
| 12/7/2007 | 003 | EM O'BYRNE | MONITOR DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 12/7/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD ESTIMATION PLEADINGS; SCAN AND FORWARD TO W KATCHEN PURSUANT TO HIS REQUEST | 0.40 | $72.00 |
| 12/10/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET AND DOWNLOAD DOCUMENTS AND EXHIBITS AS REQUESTED BY W KATCHEN | 1.00 | $180.00 |
| 12/11/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 12/12/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKETS; SCAN AND EMAIL TO W KATCHEN | 0.20 | $36.00 |
| 12/14/2007 | 003 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD, SCAN AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 12/17/2007 | 003 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; SCAN TO W KATCHEN | 0.20 | $36.00 |
| 12/18/2007 | 003 | EM O'BYRNE | MONITOR DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 12/19/2007 | 003 | EM O'BYRNE | MONITOR AND REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| 12/20/2007 | 003 | EM O'BYRNE | MONITOR; DOWNLOAD AND FORWARD DOCKET TO W KATCHEN | 0.20 | $36.00 |
| 12/21/2007 | 003 | EM O'BYRNE | DOWNLOAD DOCKET SHEET FROM PREVIOUS DAY AND FORWARD TO W KATCHEN | 0.20 | $36.00 |
| | | | Code Total | 4.00 | $720.00 |

Duane Morris
January 23, 2008
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1364188

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/3/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 12/4/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 12/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 12/6/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 12/7/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 12/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 12/12/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |

Duane Morris
January 23, 2008
Page 4

File # K0248-00001                                                      INVOICE # 1364188
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 12/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| 12/28/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $23.50 |
| | | | Code Total | 1.00 | $235.00 |

Duane Morris
January 23, 2008
Page 5

File # K0248-00001                                          INVOICE #  1364188
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/3/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MEMORANDUM IN SUPPORT OF MOTION TO DISALLOW CLAIM NOS. 11036 AND 11037 | 0.50 | $297.50 |
| 12/4/2007 | 005 | MR LASTOWSKI | REVIEW STATUS OF ESTIMATION TRIAL | 2.90 | $1,725.50 |
| 12/4/2007 | 005 | RW RILEY | REVIEWING EXPERT REPORTS RELATED TO ESTIMATION HEARING | 1.20 | $576.00 |
| 12/10/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION IN LIMINE TO EXCLUDE EXPERT OPINIONS AT THE ESTIMATION HEARING | 7.40 | $4,403.00 |
| 12/11/2007 | 005 | MR LASTOWSKI | REVIEW ORIGINAL AND UPDATED EXHIBITS TO GRACE'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY | 0.30 | $178.50 |
| 12/11/2007 | 005 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S MOTION IN LIMINE | 0.40 | $238.00 |
| 12/12/2007 | 005 | MR LASTOWSKI | REVIEW MOTIONS IN LIMINE TO EXCLUDE DEBTOR'S EXPERT OPINIONS AT THE ESTIMATION HEARING, TOGETHER WITH RELATED ISSUES | 6.90 | $4,105.50 |
| 12/14/2007 | 005 | RW RILEY | REVIEWING UPDATED EXHIBITS 2, 12, & 23 TO GRACE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINIONS IN CONNECTION WITH THE ESTIMATION OF ITS CURRENT AND FUTURE ASBESTOS PERSONAL-INJURY LIABILITY | 1.70 | $816.00 |
| 12/17/2007 | 005 | RW RILEY | REVIEWING RECENT FILINGS RELATED TO ASBESTOS CLAIMS ESTIMATION HEARING | 1.60 | $768.00 |
| 12/18/2007 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMANTS'S REPRESENTATIVE'S E-BRIEF AND RELATED DOCUMENTS | 4.30 | $2,558.50 |
| 12/18/2007 | 005 | RW RILEY | REVIEWING DEBTORS' MOTION TO STRIKE UNTIMELY EXPERT MATERIALS AND RECENT FILINGS RELATED TO ESTIMATION HEARING | 1.30 | $624.00 |
| 12/19/2007 | 005 | MR LASTOWSKI | REVIEW EXPERT MATERIALS IN CONNECTION WITH ESTIMATION HEARING | 4.70 | $2,796.50 |
| 12/24/2007 | 005 | MR LASTOWSKI | REVIEW ISSUES | 4.10 | $2,439.50 |
| 12/26/2007 | 005 | MR LASTOWSKI | REVIEW ESTIMATION ISSUES | 3.40 | $2,023.00 |
| 12/28/2007 | 005 | MR LASTOWSKI | ANALYSIS OF DAUBERT ISSUES | 2.30 | $1,368.50 |
| 12/31/2007 | 005 | MR LASTOWSKI | REVIEW EXHIBIT LISTS AND WITNESS LISTS FOR ESTIMATION HEARING | 1.20 | $714.00 |
| | | | Code Total | 44.20 | $25,632.00 |

Duane Morris
January 23, 2008
Page 6

File # K0248-00001                                    INVOICE # 1364188
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2007 | 006 | MR LASTOWSKI | REVIEW APPELLEE'S BRIEF IN STATE OF NEW JERSEY | 0.40 | $238.00 |
| 12/20/2007 | 006 | MR LASTOWSKI | REVIEW SETTLEMENT AGREEMENTS IN CONNECTION WITH ENVIRONMENTAL CLAIMS | 0.50 | $297.50 |
| | | | Code Total | 0.90 | $535.50 |

Duane Morris
January 23, 2008
Page 7

File # K0248-00001                                                  INVOICE # 1364188
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 12/28/2007 010 | MR LASTOWSKI | REVIEW DEBTGORS' MOTION TO EXPAND THE SCOPE OF DELOITTE AND TOUCHE'S RETENTION | 0.20 | $119.00 |
| | | Code Total | 0.20 | $119.00 |

Duane Morris
January 23, 2008
Page 8

File # K0248-00001                                          INVOICE # 1364188
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/3/2007 | 012 | AT ASH | FINALIZE 70TH MONTHLY APPLICATION OF DM, CONVERT TO PDF FORMAT AND E-FILE. COORDINATE SERVICE OF SAME. | 1.10 | $192.50 |
| 12/3/2007 | 012 | MR LASTOWSKI | REVIEW DUANE MORRIS 70TH MONTHLYH FEE APPLICATION | 0.30 | $178.50 |
| | | | Code Total | 1 40 | $371.00 |

Duane Morris
January 23, 2008
Page 9

File # K0248-00001                                    INVOICE # 1364188
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 12/3/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE STROOCK'S 79TH MONTHLY FEE APPLICATION. FORWARD TO D. MOHAMMED. | 0.30 | $52.50 |
| 12/3/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 44TH MONTHLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 12/4/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE CAPSTONE'S 14TH QUARTERLY APPLICATION. | 0.20 | $35.00 |
| 12/4/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE STROOCK'S 25TH QUARTERLY APPLICATION. | 0.30 | $52.50 |
| 12/5/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE STROOCK'S AMENDED 79TH APPLICATION, FORWARD TO D. MOHAMMED. | 0.40 | $70.00 |
| 12/12/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 26TH QUARTERLY APPLICATION OF STROOCK. FORWARD TO D. MOHAMMED. | 0.60 | $105.00 |
| 12/17/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE STROOCK'S 78TH MONTHLY. | 0.30 | $52.50 |
| | | | Code Total | 2.40 | $420.00 |

Duane Morris
January 23, 2008
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1364188

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/10/2007 | 015 | MR LASTOWSKI | REVIEW REVISED CASE AMENDMENT ORDER | 0.10 | $59.50 |
| 12/17/2007 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 1.70 | $1,011.50 |
| 12/17/2007 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING (TELEPHONICALLY) | 1.70 | $1,011.50 |
| 12/28/2007 | 015 | MR LASTOWSKI | REVIEW ESTIMATION HEARING | 3.70 | $2,201.50 |
| 12/31/2007 | 015 | MR LASTOWSKI | PREPARE FOR ESTIMATION HEARING; REVIEW TRIAL DOCUMENTS | 3.40 | $2,023.00 |
| | | | Code Total | 10.60 | $6,307.00 |

Duane Morris
January 23, 2008
Page 11

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1364188

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/10/2007 | 016 | MR LASTOWSKI | STATUS CALL ON TERSIGNI ISSUES | 0.30 | $178.50 |
| 12/11/2007 | 016 | MR LASTOWSKI | PREPARE FOR AND ATTEND TELEPHONIC HEARING ON TERSIGNI ISSUES | 2.50 | $1,487.50 |
| | | | Code Total | 2.80 | $1,666.00 |

Duane Morris
January 23, 2008
Page 12

File # K0248-00001                                    INVOICE #  1364188
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/26/2007 | 018 | MR LASTOWSKI | REVIEW CITY OF CHARLESTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.70 | $416.50 |
| 12/26/2007 | 018 | MR LASTOWSKI | REVIEW OPPOSITIONS TO MOTIONS IN LIMINE | 4.30 | $2,558.50 |
| | | | Code Total | 5.00 | $2,975.00 |

Duane Morris
January 23, 2008
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1364188

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/4/2007 | 025 | WS KATCHEN | REVIEW ORDERS - SETTLEMENT PD CLAIMS - MOTLEY RICE (8 ORDERS) (.2); REVIEW ORDER - (.1); REVIEW COMMITTEE MEMO ON SETTLEMENT DEL TACO (.2); REVIEW CONFIDENTIAL ANALYSIS BY CAPSTONE (.3); REVIEW REVISED AND AMENDED CMO - ESTIMATION PI CLAIMS (.2); REVIEW §107(B) ORDER - UPON MOTION OF ACC (.1) | 1.10 | $715.00 |
| 12/5/2007 | 025 | WS KATCHEN | ADDITIONAL ANALYSIS OF CAPSTONE DRAFT REPORT ON ACC PLAN (.3); REVIEW STROOCK MEMO ON SETTLEMENT MOTION (.3) | 0.60 | $390.00 |
| 12/10/2007 | 025 | WS KATCHEN | REVIEW DOCKET ON ESTIMATION MATTERS DAUBERT MOTIONS AND MEMOS OF LAW (.5); REVIEW DEBTOR'S MOTION TO EXCLUDE EXPERT OPINIONS (.2) | 0.70 | $455.00 |
| 12/10/2007 | 025 | WS KATCHEN | INITIAL REVIEW OF DEBTOR'S MEMO OF LAW ON EXPERT TESTIMONY - ESTIMATION ISSUE | 0.90 | $585.00 |
| 12/12/2007 | 025 | WS KATCHEN | CONTINUED ANALYSIS ACC BRIEF TO EXCLUDE DEBTORS' EXPERTS (1.6); REVIEW MOTION OF FCR TO PRECLUDE TESTIMONY OF DEBTORS' EXPERTS (.1); ANALYSIS ACC BRIEF ON EXCLUDING DEBTORS' EXPERTS (2.0) | 3.70 | $2,405.00 |
| 12/13/2007 | 025 | WS KATCHEN | REVIEW DEBTORS' MEMO TO EXCLUDE EXPERT TESTIMONY ACC AND FUTURES | 1.80 | $1,170.00 |
| 12/14/2007 | 025 | WS KATCHEN | CREDITOR INQUIRY | 0.10 | $65.00 |
| 12/17/2007 | 025 | WS KATCHEN | REVIEW STROOCK MEMO - REVIEW EXAMINER ISSUES (.2); ADDITIONAL WORK ON ESTIMATION BRIEFS REVIEW (1.8) | 2.00 | $1,300.00 |
| 12/18/2007 | 025 | WS KATCHEN | REVIEW COMMITTEE EMAIL RESPONSES TO STROOCK MEMO ( 2); REVIEW DEBTOR'S OPPOSITION TO LIBERTY APPEAL (.3) | 0.50 | $325.00 |
| 12/21/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S STIP REGARDING FCR EXPERT (.1); WORK ON ESTIMATION/PLAN ISSUES UNDER 3D CIRCUIT CASES (1.6) | 1.70 | $1,105.00 |

Duane Morris
January 23, 2008
Page 14

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1364188

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/26/2007 | 025 | WS KATCHEN | EMAIL STROOCK REGARDING BRICKMAN ARTICLE (.1); REVIEW WSJ OP ED (.2); REVIEW DEBTOR'S MOTION - US EPA ENVIRONMENTAL CLAIMS/SETTLEMENT AGREEMENT (.8); REVIEW CITY OF CHARLESTON S.C. MOTION §362(D) (EMINENT DOMAIN ISSUE) (.4); REVIEW DEBTOR'S WITNESS DISCLOSURE (.1); REVIEW DEBTOR'S EXHIBIT LIST (.3); REVIEW MOTION OF DEBTOR TO EXPAND RETENTION SCOPE OF DELOITTE ENGAGEMENT (.3); REVIEW ACC AND FCR EXHIBIT LIST (.4); REVIEW ACC-FCR PROFFER OF TESTIMONY (.9) | 3.50 | $2,275.00 |
| 12/28/2007 | 025 | AT ASH | REVIEW AND RETRIEVE CURRENT DOCKET SHEET FOR REVIEW BY M. LASTOWSKI. | 0.30 | $52.50 |
| | | | Code Total | 16.90 | $10,842.50 |

Duane Morris
January 23, 2008
Page 15

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1364188

           TOTAL SERVICES       89.40   $49,823.00

Duane Morris
January 23, 2008
Page 16

File # K0248-00001                                          INVOICE # 1364188
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 12/31/2007 | PRINTING & DUPLICATING - EXTERNAL | | 455.31 |
| | | Total: | $455.31 |
| | | | |
| 12/31/2007 | MEETING EXPENSE | | 19.00 |
| | | Total: | $19.00 |
| | | | |
| 12/3/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL ESQUIRE AT WR GRACE - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798321824975) | | 6.23 |
| 12/3/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY ESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790886590588) | | 9.06 |
| | | Total: | $15.29 |
| | | | |
| 12/31/2007 | PRINTING & DUPLICATING | | 16.20 |
| | | Total: | $16.20 |
| | | | |
| | TOTAL DISBURSEMENTS | | $505.80 |