IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 4th day of February, 2008, I caused

a copy of the following document to be served on the individuals on the attached service list(s) in

the manner indicated:

**DEBTORS' MEMORANDUM IN SUPPORT OF THE ADMISSIBILITY
OF W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRES**

James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:134981.1

W.R. Grace – PI Estimation Regular Service
List
Case Number:  01-1139(JKF)
Document Number:  133813
05 – Hand Delivery
08 – First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE  19801

*Hand Delivery*
Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*First Class Mail*
(FCR)
Raymond Mullady, Esquire
Garret Rasmussen, Esquire
John Ansbro, Esquire
Debra Felder, Esquire
Catharine Zurbrugg, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152  15th Street, N.W.
Washington, DC  20005

*First Class Mail*
(Libby)
John Heberling, Esquire
Tom Lewis, Esquire
Mark Kovacich, Esquire
John Lacey, Esquire
Dan Cohn, Esquire
Chris Candon, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main
Kalispell, MT 59901-5399

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Matt Kramer, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Peggy Farber, Esquire
Gregory Horowitz, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Counsel for ACC)
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
John C. Phillips, Jr. , Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

W.R. Grace – PI Estimation Email Service
List Case Number: 01-1139(JKF)
Document Number: 133415
13 – Electronic Delivery

(Counsel to Debtors and Debtors in
Possession) Laura Davis Jones, Esquire
James E. O'Neill, Esquire Pachulski Stang
Ziehl & Jones LLP 919 North Market Street,
17th Floor P.O. Box 8705 Wilmington, DE
19899-8705

***Electronic Delivery***
*ghorowitz@kramerlevin.com;*
*pfarber@kramerlevin.com*
*pbentley@kramerlevin.com*
(Equity Committee) Gregory Horowitz,
Esquire Peggy Farber, Esquire
Philip Bentley, Esquire Kramer Levin
Naftalis & Frankel LLP

***Electronic Delivery*** *lkruger@stroock.com;*
*kpasquale@stroock.com;*
*akrieger@stroock.com* (Unsecured
Creditors' Committee) Lewis Kruger,
Esquire Kenneth Pasquale, Esquire Arlene
Krieger, Esquire Stroock & Stroock &
Lavan LLP

***Electronic Delivery*** *rmullady@orrick.com;*
*grasmussen@orrick.com;*
*jansbro@orrick.com dfelder@orrick.com;*
*czurbrugg@orrick.com* (FCR) Raymond
Mullady, Esquire Garret Rasmussen,
Esquire John Ansbro, Esquire Debra Felder,
Esquire Catharine Zurbrugg, Esquire Orrick,
Herrington & Sutcliffe LLP

***Electronic Delivery*** *ndf@capdale.com;*
*wbs@capdale.com; jpw@capdale.com*
*bsb@capdale.com; dbs@capdale.com*
*mhurford@camlev.com* (ACC) Nathan
Finch, Esquire Walter Slocombe, Esquire
James Wehner, Esquire Bernie Bailor,
Esquire David Smith, Esquire Mark
Hurford, Esquire Caplin & Drysdale

***Electronic Delivery*** *sbaena@bilzin.com;*
*jsakalo@bilzin.com; mkramer@bilzin.com*
(PD) Scott Baena, Esquire Jay Sakalo,
Esquire Matt Kramer, Esquire Bilzin
Sumberg Dunn Baena Price & Axelrod LLP

***Electronic Delivery***
*jheberling@mcgarveylaw.com;*
*tom@lsklaw.net; mark@lsklaw.net*
*jlacey@mcgarveylaw.com;*
*cohn@cwg11.com candon@cwg11.com*
(Libby) Jon Heberling, Esquire Tom Lewis,
Esquire Mark Kovacich, Esquire John
Lacey, Esquire Dan Cohn, Esquire Chris
Candon, Esquire McGarvey, Heberling,
Sullivan & McGarvey PC

***Electronic Delivery***
*mlastowski@duanemorris.com*
*rriley@duanemorris.com* (Counsel to
Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire Richard W.
Riley, Esquire Duane, Morris & Heckscher
LLP

***Electronic Delivery***
*meskin@del.camlev.com*
*mhurford@del.camlev.com* (Local Counsel
to Asbestos Claimants) Marla Eskin, Esquire
Mark T. Hurford Campbell & Levine

***Electronic Delivery***
*mjoseph@ferryjoseph.com* (Counsel for
Property Damage Claimants) Michael B.
Joseph, Esquire Ferry & Joseph, P.A.

***Electronic Delivery***
***david.klauder@usdoj.gov*** (United States
Trustee) David Klauder, Esquire Office of
the United States Trustee

***Electronic Delivery***
***currier@klettrooney.com*** (Equity
Committee Counsel) Teresa K. D. Currier
Klett Rooney Lieber & Schorling

***Electronic Delivery ei@capdale.com***
***rct@capdale.com*** (Official Committee of
Personal Injury Claimants) Elihu Inselbuch,
Esquire Rita Tobin, Esquire Caplin &
Drysdale, Chartered

***Electronic Delivery jcp@pgslaw.com***
(Counsel to David T. Austern, Future
Claimant's Representative) John C. Phillips,
Jr. Phillips, Goldman & Spence, P.A.