IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al., [1]    ) Chapter 11
                                        )
                                        ) Case No. 01-01139
        Debtors.                        ) (Jointly Administered)

## CERTIFICATE OF SERVICE

I, LISA RUPPANER, hereby certify that on February 1, 2008, I caused a true and correct copy of the attached **COURTESY NOTICE OF TRANSFER RE DOCKET NO. 17913** to be served on the following parties:

| FAIR HARBOR CAPITAL, LLC (TRANSFEROR: RIVERVIEW PACKAGING, INC) 875 AVE OF THE AMERICAS STE 2305 NEW YORK, NY 10001 | LONGACRE MASTER FUND LTD ATTN VLADIMIR JELISAVCIC 810 SEVENTH AVE, 22ND FL NEW YORK, NY 10019 |
|---|---|
| LONGACRE MASTER FUND LTD c/o US BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN KYLE J LUNDE 1420 FIFTH AVE, 7TH FL SEATTLE, WAS 98101 | |

DATED: February 4, 2008
El Segundo, California

_____
LISA RUPPANER

State of California        )
                          ) ss
County of Los Angeles     )

On February 5, 2008, before me, James Myers, A Notary Public, personally appeared Lisa Ruppaner, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same. I certify under PENALTY OF PERJURY under the laws of the State of California that the statements contained in this paragraph are true and correct.

WITNESS my hand and official seal.

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

---

[1] The Debtors consist of the following 62 entities W. R Grace & Co (f/k/a Grace Specialty Chemicals, Inc), W R Grace & Co -Conn, A-1 Bit & Tool Co, Inc, Alewife Boston Ltd, Alewife Land Corporation, Amicon, Inc, CB Biomedical, Inc (f/k/a Circe Biomedical, Inc), CCHP, Inc., Coalgrace, Inc, Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc, Del Taco Restaurants, Inc, Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc, Five Alewife Boston Ltd, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc), GEC Management Corporation, GN Holdings, Inc, GPC Thomasville Corp, Gloucester New Communities Company, Inc, Grace A-B Inc, Grace A-B II Inc, Grace Chemical Company of Cuba, Grace Culinary Systems, Inc, Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc, Grace Europe, Inc, Grace H-G Inc, Grace H-G II Inc, Grace Hotel Services Corporation, Grace International Holdings, Inc (f/k/a Dearborn International Holdings, Inc), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc, Grace Ventures Corp, Grace Washington, Inc, W R Grace Capital Corporation, W. R Grace Land Corporation, Gracoal, Inc, Gracoal II, Inc, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc, Kootenai Development Company, L B Realty, Inc, Litigation Management, Inc (f/k/a GHSC Holding, Inc, Grace JVH, Inc, Asbestos Management, Inc), Monolith Enterprises, Incorporated, Monroe Street, Inc, MRA Holdings Corp (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc), Remedium Group, Inc (f/k/a Environmental Liability Management, Inc, E&C Liquidating Corp, Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc, Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>**W.R. GRACE & CO., et al.,**[1]<br>               Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

### COURTESY NOTICE OF TRANSFER RE DOCKET 17913

TO:    FAIR HARBOR CAPITAL, LLC
         (TRANSFEROR: RIVERVIEW PACKAGING, INC)
         875 AVE OF THE AMERICAS STE 2305
         NEW YORK, NY 10001

    PLEASE TAKE NOTICE that pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure, we have received and processed a Transfer to **LONGACRE MASTER FUND LTD** of your Claim, Schedule Record s118858, in the amount of $15,034.20.

DATED: February 1, 2008    BMC GROUP
                                      Claims Reconciliation and Solicitation Consultant
                                      1330 East Franklin Avenue
                                      El Segundo, California 90245

                                      For and on behalf of Rust Consulting, Inc.
                                      Official Claims and Noticing Agent for the Clerk of the Court

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PROOF OF SERVICE

I, Lisa Ruppaner, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Court Appointed Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245. On February 1, 2008, I served a copy of the "Courtesy Notice of Transfer re: Docket 17913" upon the following parties:

FAIR HARBOR CAPITAL, LLC
(TRANSFEROR: RIVERVIEW PACKAGING, INC)
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVE
22ND FL
NEW YORK, NY 10019

LONGACRE MASTER FUND LTD
c/o US BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN KYLE J LUNDE
1420 FIFTH AVE, 7TH FL
SEATTLE, WAS 98101

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2008

_____
LISA RUPPANER