IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al.,[1]   ) Chapter 11
                                                                           )
                                                                           ) Case No. 01-01139
         Debtors.                   ) (Jointly Administered)

## CERTIFICATE OF SERVICE

I, LISA RUPPANER, hereby certify that on February 1, 2008, I caused a true and correct copy of the attached **NOTICE OF TRANSFER OF CLAIM RE DOCKET NO. 17926** to be served on the following parties:

| BERRY & BERRY<br>PLASTIRAS & TERRIZZI<br>24 PROFESSIONAL CENTER PKWY STE 150<br>SAN RAFAEL, CA 94903 | FAIR HARBOR CAPITAL, LLC<br>875 AVE OF THE AMERICAS, STE 2305<br>NEW YORK, NY 10001 |
|---|---|

DATED: February 4, 2008
El Segundo, California

_____
LISA RUPPANER

State of California            )
                                  ) ss
County of Los Angeles   )

On February 5, 2008, before me, James Myers, A Notary Public, personally appeared Lisa Ruppaner, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same. I certify under PENALTY OF PERJURY under the laws of the State of California that the statements contained in this paragraph are true and correct.

WITNESS my hand and official seal.

_____

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co (f/k/a Grace Specialty Chemicals, Inc ), W. R. Grace & Co -Conn , A-1 Bit & Tool Co , Inc , Alewife Boston Ltd , Alewife Land Corporation, Amicon, Inc , CB Biomedical, Inc (f/k/a Circe Biomedical, Inc ), CCHP, Inc , Coalgrace, Inc , Coalgrace II, Inc , Creative Food 'N Fun Company, Darex Puerto Rico, Inc , Del Taco Restaurants, Inc , Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd , G C Limited Partners I, Inc (f/k/a Grace Cocoa Limited Partners I, Inc ), G C Management, Inc (f/k/a Grace Cocoa Management, Inc ), GEC Management Corporation, GN Holdings, Inc , GPC Thomasville Corp , Gloucester New Communities Company, Inc , Grace A-B Inc , Grace A-B II Inc , Grace Chemical Company of Cuba, Grace Culinary Systems, Inc , Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc , Grace Europe, Inc , Grace H-G Inc , Grace H-G II Inc , Grace Hotel Services Corporation, Grace International Holdings, Inc (f/k/a Dearborn International Holdings, Inc ), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc , Grace Ventures Corp , Grace Washington, Inc , W R Grace Capital Corporation, W R Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc , Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc , Kootenai Development Company, L B Realty, Inc , Litigation Management, Inc (f/k/a GHSC Holding, Inc , Grace JVH, Inc , Asbestos Management, Inc ), Monolith Enterprises, Incorporated, Monroe Street, Inc , MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc (f/k/a Nestor-BNA, Inc ), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc , E&C Liquidating Corp , Emerson & Cuming, Inc ), Southern Oil, Resin & Fiberglass, Inc , Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al.,[1] | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

### NOTICE OF TRANSFER RE DOCKET 17926

TO:    BERRY & BERRY
       PLASTIRAS & TERRIZZI
       24 PROFESSIONAL CENTER PKWY STE 150
       SAN RAFAEL, CA 94903

Pursuant to Rule 3001(e)(2) or (e)(4) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of Delaware, a Transfer to **FAIR HARBOR CAPITAL, LLC** of your claim in the amount of **$225,000.00**.

If you do not object to this Transfer on or before twenty (20) days from the date of the mailing of this Notice (i.e., **February 21, 2008**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serving a copy of the objection on the Claims Reconciliation and Solicitation Consultant listed below, **FAIR HARBOR CAPITAL, LLC** will be substituted in your place as the claimant.

---

[1] The Debtors consist of the following 62 entities: W R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc, Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc, GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc, Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc, Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc, MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc (f/k/a Environmental Liability Management, Inc, E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

DATED: February 1, 2008        **BMC GROUP**
Claims Reconciliation and Solicitation Consultant
1330 East Franklin Avenue
El Segundo, California 90245

For and on behalf of Rust Consulting, Inc.
Official Claims and Noticing Agent for the Clerk of the Court

## **PROOF OF SERVICE**

I, Lisa Ruppaner, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Court Appointed Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245. On February 1, 2008, I served a copy of the "Notice of Transfer re: Docket 17926" upon the following parties:

   BERRY & BERRY
   PLASTIRAS & TERRIZZI
   24 PROFESSIONAL CENTER PKWY STE 150
   SAN RAFAEL, CA 94903

   FAIR HARBOR CAPITAL, LLC
   875 AVE OF THE AMERICAS
   STE 2305
   NEW YORK, NY 10001

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2008

_____
LISA RUPPANER