IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 17845)

On January 15, 2008, Lexecon, Consultants to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Lexecon, Consultants to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from July 1, 2007 through September 30, 2007 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on February 4, 2008. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Lexecon respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By  /s/ Teresa K.D. Currier
      Teresa K. D. Currier (No. 3080)
      The Brandywine Building
      1000 West St. - Suite 1410
      Wilmington, DE 19801

      -and-

KRLS/Wilm 58748v1

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP  
                                              Philip Bentley, Esquire  
                                              Douglas H. Mannal, Esquire  
                                              919 Third Avenue  
                                              New York, NY 10022  
                                              (212) 715-9100  
                                              Counsel to the Official Committee of  
                                              Equity Holders

Dated: February 6, 2008              Co-Counsel to the Official Committee  
                                              of Equity Holders