# EXHIBIT A

## W.R. Grace
### PJC Time Records
#### December-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 12/3/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/4/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Desiree Davis | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Desiree Davis | 12/4/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 12/4/2007 | 1.5 | Financial Analysis | POR documentation |
| Desiree Davis | 12/4/2007 | 2.5 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 12/4/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 12/4/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Jason Solganick | 12/4/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 12/4/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/4/2007 | 2.5 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 12/4/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Jonathan Brownstein | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Jonathan Brownstein | 12/4/2007 | 2.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 12/4/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/4/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Joseph Radecki | 12/4/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Joseph Radecki | 12/4/2007 | 2.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/4/2007 | 3.0 | Business Operations | Review of monthly operating report |
| Maika Hemphill | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Maika Hemphill | 12/4/2007 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 12/4/2007 | 1.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/4/2007 | 3.0 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 12/5/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 12/5/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analyses |
| Jason Solganick | 12/5/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/5/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/5/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analyses |
| Jonathan Brownstein | 12/5/2007 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/5/2007 | 2.5 | Financial Analysis | Comparable company conference calls and analyses |
| Joseph Radecki | 12/5/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/5/2007 | 2.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/5/2007 | 5.0 | Financial Analysis | Comparable company conference calls and analyses |
| Desiree Davis | 12/6/2007 | 1.0 | Business Operations | Review of 8-K |
| Desiree Davis | 12/6/2007 | 1.0 | Case Administration | Review of estimation order |
| Jason Solganick | 12/6/2007 | 1.0 | Business Operations | Review of 8-K |
| Jason Solganick | 12/6/2007 | 1.0 | Case Administration | Review of estimation order |
| Jason Solganick | 12/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/6/2007 | 1.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/6/2007 | 1.0 | Case Administration | Review of estimation order |
| Jonathan Brownstein | 12/6/2007 | 2.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/6/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/6/2007 | 1.0 | Business Operations | Review of 8-K |
| Maika Hemphill | 12/6/2007 | 1.0 | Case Administration | Review of estimation order |
| Desiree Davis | 12/7/2007 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/7/2007 | 1.0 | Financial Analysis | Review of press release re: financing by comparable company |
| Jason Solganick | 12/7/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/7/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 12/7/2007 | 1.0 | Financial Analysis | Review of press release re: financing by comparable company |
| Jonathan Brownstein | 12/7/2007 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/7/2007 | 1.0 | Financial Analysis | Review of press release re: financing by comparable company |
| Joseph Radecki | 12/7/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/7/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/7/2007 | 1.0 | Financial Analysis | Review of press release re: financing by comparable company |
| Desiree Davis | 12/10/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/10/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 12/10/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/10/2007 | 4.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/10/2007 | 2.0 | Financial Analysis | Review of motions to exclude expert testimony |
| Jason Solganick | 12/10/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jonathan Brownstein | 12/10/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/10/2007 | 2.0 | Financial Analysis | Review of motions to exclude expert testimony |
| Jonathan Brownstein | 12/10/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Joseph Radecki | 12/10/2007 | 2.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/10/2007 | 2.0 | Financial Analysis | Review of motions to exclude expert testimony |
| Maika Hemphill | 12/10/2007 | 3.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/10/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### December-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 12/11/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 12/11/2007 | 1.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/11/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/11/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/11/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 12/11/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 12/11/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/11/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 12/11/2007 | 1.0 | Financial Analysis | Claims analysis |
| Joseph Radecki | 12/11/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/11/2007 | 3.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/11/2007 | 4.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 12/11/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 12/12/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 12/12/2007 | 2.0 | Financial Analysis | POR analyses |
| Desiree Davis | 12/12/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/12/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 12/12/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 12/12/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 12/12/2007 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/12/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 12/12/2007 | 1.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 12/12/2007 | 1.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/12/2007 | 1.5 | Financial Analysis | Claims analysis |
| Maika Hemphill | 12/12/2007 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 12/12/2007 | 3.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 12/13/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 12/13/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 12/13/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/13/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/13/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 12/13/2007 | 2.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/13/2007 | 2.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 12/13/2007 | 2.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/13/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 12/13/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/13/2007 | 4.0 | Financial Analysis | POR analyses |
| Desiree Davis | 12/14/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/14/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/14/2007 | 3.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/14/2007 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/14/2007 | 1.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/14/2007 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/17/2007 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/17/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 12/17/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/17/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/17/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jonathan Brownstein | 12/17/2007 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/17/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Joseph Radecki | 12/17/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/17/2007 | 4.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/17/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Desiree Davis | 12/18/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 12/18/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/18/2007 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/18/2007 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/18/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/18/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/19/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 12/19/2007 | 1.0 | Financial Analysis | Review of credit report on comparable company |
| Jason Solganick | 12/19/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/19/2007 | 2.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/19/2007 | 1.0 | Financial Analysis | Review of credit report on comparable company |
| Jonathan Brownstein | 12/19/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 12/19/2007 | 1.0 | Financial Analysis | Review of credit report on comparable company |
| Maika Hemphill | 12/19/2007 | 2.5 | Financial Analysis | Claims analysis |
| Maika Hemphill | 12/19/2007 | 1.5 | Financial Analysis | Review of credit report on comparable company |
| Desiree Davis | 12/20/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/20/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/20/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 12/20/2007 | 1.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 12/20/2007 | 1.0 | Financial Analysis | Claims analysis |
| Maika Hemphill | 12/20/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/21/2007 | 0.3 | Case Administration | Review court docket |