# EXHIBIT B

**W.R. Grace**
**Detail of expenses (December 1, 2007 – December 31, 2007)**

Telephone
| | | |
|---|---|---|
| Jonathan Brownstein | 12/05/07 | $ 17.50 |
| Jason Solganick | 12/17/07 | $ 36.13 |
| | **Total Telephone:** | **$ 53.63** |

**TOTAL EXPENSES:**                                              **$ 53.63**