# HR&A                                              INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

January 9, 2008
Invoice No. HRA20080109

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of December, 2007.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz 9.0 hours @ $ 625 per hour | $ 5,625.00 |

### EXPENSES

| | |
|---|---|
| Courier | $   161.42 |
| **TOTAL DUE:** | **$ 5,786.42** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

DECEMBER, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR) BilzinAsb

| DATE | TIME | TASK |
|---|---|---|
| 12/06/07 | 2.00 | Review Biggs deposition. |
| 12/07/07 | 2.00 | Review Dunbar deposition. |
| 12/10/07 | 5.00 | Review Radecki deposition (1.0); Brief review of FCR Daubert motion (1.0); Brief review of ACC Daubert motion (1.0); Brief review of Grace Daubert motion (2.0); |
| TOTAL: | 9.00 | |