

January 31, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   133487

FOR PROFESSIONAL SERVICES RENDERED
THROUGH December 31, 2007

**CLIENT SUMMARY**

**BALANCE AS OF- 12/31/07**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $112.50 | $7,281.32 | $7,393.82 |
| 03 - Creditors Committee - .15539 | $765.00 | $0.00 | $765.00 |
| 07 - Applicant's Fee Application - .15543 | $1,232.00 | $0.00 | $1,232.00 |
| 08 - Hearings - .15544 | $2,499.00 | $0.00 | $2,499.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $7,503.50 | $0.00 | $7,503.50 |
| 30 - Fee Application of Others - .17781 | $646.00 | $0.00 | $646.00 |
| ***Client Total*** | ***$12,758.00*** | ***$7,281.32*** | ***$20,039.32*** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 1.00 | $650.00 | $650.00 |
| Flores, Luisa M | 9.40 | $190.00 | $1,786.00 |
| Sakalo, Jay M | 17.20 | $425.00 | $7,310.00 |
| Snyder, Jeffrey I | 1.10 | $250.00 | $275.00 |
| Kramer, Matthew I | 6.50 | $350.00 | $2,275.00 |
| Lazarus, Shanon | 2.80 | $165.00 | $462.00 |
| ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | | | ***$12,758.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Airfare | $1,736.80 |
| Long Distance Telephone | $20.23 |
| Long Distance Telephone-Outside Services | $516.87 |
| Miscellaneous Costs | $1,943.00 |
| Pacer - Online Services | $254.72 |
| Transcript of Deposition | $2,809.70 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$7,281.32*** |
| ***TOTAL BALANCE DUE THIS PERIOD*** | ***$20,039.32*** |

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | | |
|---|---|---|---|---|---|
| 12/11/07 | MIK | 0.20 | 70.00 | Attend to file (.2). |
| 12/19/07 | JMS | 0.10 | 42.50 | E-mail from E. Devine regarding availability. |

**PROFESSIONAL SERVICES** $112.50

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 09/28/07 | Transcript of Deposition Deposition of: Arthur Frank, M.D. - VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064471; DATE: 10/17/2007  -  Clients | 2,809.70 |
| 11/25/07 | Airfare Travel to Philadelphia  - VENDOR: DINERS CLUB; INVOICE#: 11/27/07-12/27/07; DATE: 12/27/2007  -  Acct. #5306-2200-2539-5504 | 852.40 |
| 11/27/07 | Airfare Travel to Philadelphia  - VENDOR: DINERS CLUB; INVOICE#: 11/27/07-12/27/07; DATE: 12/27/2007  -  Acct. #5306-2200-2539-5504 | 884.40 |
| 11/30/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 11/27/07-12/27/07; DATE: 12/27/2007  -  Acct. #5306-2200-2539-5504 | 25.00 |
| 12/03/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 11/27/07-12/27/07; DATE: 12/27/2007  -  Acct. #5306-2200-2539-5504 | 44.50 |
| 12/06/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 11/27/07-12/27/07; DATE: 12/27/2007  -  Acct. #5306-2200-2539-5504 | 25.00 |
| 12/10/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 11/27/07-12/27/07; DATE: 12/27/2007  -  Acct. #5306-2200-2539-5504 | 96.50 |
| 12/10/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 11/27/07-12/27/07; DATE: 12/27/2007  -  Acct. #5306-2200-2539-5504 | 103.00 |
| 12/10/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 11/27/07-12/27/07; DATE: 12/27/2007  -  Acct. #5306-2200-2539-5504 | 103.00 |
| 12/10/07 | Long Distance Telephone-Outside Services Court Call LLC - VENDOR: DINERS CLUB; INVOICE#: 11/27/07-12/27/07; DATE: 12/27/2007  -  Acct. #5306-2200-2539-5504 | 109.50 |
| 12/13/07 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01167788; DATE: 12/31/2007  -  Account# 306300 | 10.37 |

| Date | Description | Amount |
|---|---|---:|
| 12/28/07 | Long Distance Telephone 1(973)451-8488; 7 Mins. | 9.52 |
| 12/31/07 | Long Distance Telephone 1(843)987-0794; 8 Mins. | 10.71 |
| 12/31/07 | Miscellaneous Costs    Professional/Expert fees related to PD Estimation for December 2007   $1,943.00 | 1,943.00 |
| 12/31/07 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/07-12/31/07; DATE: 12/31/2007  -  Account# RB0120 / Billing Period:10/01/07 to 12/31/07 | 17.04 |
| 12/31/07 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/07-12/31/07; DATE: 12/31/2007  -  Account# RB0120 / Billing Period:10/01/07 to 12/31/07 | 233.12 |
| 12/31/07 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/07-12/31/07; DATE: 12/31/2007  -  Account# RB0120 / Billing Period:10/01/07 to 12/31/07 | 0.72 |
| 12/31/07 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/07-12/31/07; DATE: 12/31/2007  -  Account# RB0120 / Billing Period:10/01/07 to 12/31/07 | 3.52 |
| 12/31/07 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/07-12/31/07; DATE: 12/31/2007  -  Account# RB0120 / Billing Period:10/01/07 to 12/31/07 | 0.32 |

**TOTAL COSTS ADVANCED** $7,281.32

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Sakalo, Jay M | 0.10 | $425.00 | $42.50 |
| Kramer, Matthew I | 0.20 | $350.00 | $70.00 |
| **TOTAL** | **0.30** | | **$112.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $1,736.80 |
| Long Distance Telephone | $20.23 |
| Long Distance Telephone-Outside Services | $516.87 |
| Miscellaneous Costs | $1,943.00 |
| Pacer - Online Services | $254.72 |
| Transcript of Deposition | $2,809.70 |
| **TOTAL** | **$7,281.32** |

**CURRENT BALANCE DUE THIS MATTER** $7,393.82

Atty – SLB  
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 12/06/07 | JMS | 0.20 | 85.00 | E-mails with D. Speights and D. Scott regarding committee call. |
| 12/13/07 | JMS | 0.50 | 212.50 | Committee call. |
| 12/20/07 | JMS | 0.20 | 85.00 | E-mail regarding call. |
| 12/26/07 | JMS | 0.60 | 255.00 | Review 12/17 transcript and e-mail to Committee thereon. |
| 12/27/07 | JMS | 0.30 | 127.50 | E-mails to D. Speights and D. Scott regarding Committee call (.2); e-mail to Committee thereon (.1). |

**PROFESSIONAL SERVICES** $765.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.80 | $425.00 | $765.00 |
| **TOTAL** | **1.80** | | **$765.00** |

**CURRENT BALANCE DUE THIS MATTER** $765.00

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Init | Hours | Amount | Description |
|---|---|---|---|---|
| 12/04/07 | LMF | 0.40 | 76.00 | Review fee auditor charts for accuracy. |
| 12/05/07 | LMF | 0.40 | 76.00 | Assist S. Lazarus with finalizing quarterly application. |
| 12/05/07 | JMS | 0.30 | 127.50 | Review fee auditor report regarding 25th interim. |
| 12/05/07 | SL | 0.90 | 148.50 | Amend 26th Interim Quarterly Fee Application. |
| 12/06/07 | LMF | 0.60 | 114.00 | Review Bilzin's November prebill and costs. |
| 12/11/07 | LMF | 1.10 | 209.00 | Finalize edits to October prebill and prepare and attend to filing notice and summary for same. |
| 12/11/07 | JIS | 0.30 | 75.00 | Initial review of November prebill. |
| 12/12/07 | JIS | 0.20 | 50.00 | Review fee auditors final report. |
| 12/17/07 | JIS | 0.60 | 150.00 | Final review and revisions to November prebill. |
| 12/19/07 | LMF | 0.90 | 171.00 | Meet with accounting regarding November statement and professional fees from LECG. |
| 12/19/07 | MIK | 0.10 | 35.00 | Review monthly invoice. |

**PROFESSIONAL SERVICES** $1,232.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $425.00 | $127.50 |
| Kramer, Matthew I | 0.10 | $350.00 | $35.00 |
| Snyder, Jeffrey I | 1.10 | $250.00 | $275.00 |
| Flores, Luisa M | 3.40 | $190.00 | $646.00 |
| Lazarus, Shanon | 0.90 | $165.00 | $148.50 |
| **TOTAL** | **5.80** | | **$1,232.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,232.00

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 12/03/07 | JMS | 0.30 | 127.50 | Review preliminary agenda for 12/17 hearing. |
| 12/05/07 | JMS | 0.20 | 85.00 | Conference with S. Baena regarding upcoming hearing. |
| 12/10/07 | SLB | 0.20 | 130.00 | Email from J. Baer regarding December 17th hearing and interoffice conference with J. Sakalo (.2). |
| 12/10/07 | JMS | 0.50 | 212.50 | E-mail exchange with J. Baer regarding 12/17 hearing (.2); review agenda for same and e-mail to Committee thereon (.3). |
| 12/11/07 | SLB | 0.20 | 130.00 | Attention to agenda for 12/17 hearing. |
| 12/11/07 | LMF | 0.30 | 57.00 | Attend to new omnibus hearing agenda and email re participants. |
| 12/11/07 | JMS | 0.60 | 255.00 | E-mails with C. Plaza regarding 12/17 hearing (.2); conference with S. Lazarus regarding documents needed for hearing (.1); e-mails with E. Devine regarding hearing (.2); e-mail from J. Restivo regarding same (.1). |
| 12/12/07 | LMF | 0.90 | 171.00 | Arrange for various participants to attend omnibus hearing via telephone. |
| 12/12/07 | SL | 0.40 | 66.00 | Analyze various pleadings for upcoming hearing for J. Sakalo. |
| 12/14/07 | SLB | 0.10 | 65.00 | Attention to updated agenda for 12/17 hearing. |
| 12/17/07 | JMS | 2.60 | 1,105.00 | Prepare for and attend omnibus hearing. |
| 12/18/07 | LMF | 0.50 | 95.00 | Arrange for telephone appearance at hearing for M. Kramer. |

**PROFESSIONAL SERVICES** $2,499.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.50 | $650.00 | $325.00 |
| Sakalo, Jay M | 4.20 | $425.00 | $1,785.00 |
| Flores, Luisa M | 1.70 | $190.00 | $323.00 |
| Lazarus, Shanon | 0.40 | $165.00 | $66.00 |
| **TOTAL** | **6.80** | | **$2,499.00** |

**CURRENT BALANCE DUE THIS MATTER** $2,499.00

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/03/07 | LMF | 0.90 | 171.00 | Attend to various deposition transcripts and review and approve bills for same. |
| 12/03/07 | MIK | 0.50 | 175.00 | Attend to PI discovery matters. |
| 12/04/07 | MIK | 2.00 | 700.00 | Review PI deposition transcripts. |
| 12/05/07 | JMS | 0.40 | 170.00 | E-mails with D. Speights regarding expert retention orders. |
| 12/06/07 | MIK | 3.70 | 1,295.00 | Attend to PI depositions. |
| 12/07/07 | SLB | 0.50 | 325.00 | Review opinion and orders regarding S&R expunged claims. |
| 12/07/07 | JMS | 0.70 | 297.50 | Review decision by J. Buckwalter regarding S&R appeal on disgorged claims. |
| 12/10/07 | JMS | 2.70 | 1,147.50 | Review and analyses of Debtors' Daubert brief regarding PI estimation experts (1.7); begin review of PI Committee's Daubert brief (1.0). |
| 12/12/07 | SL | 0.40 | 66.00 | Attention to PI deposition transcripts. |
| 12/17/07 | JMS | 0.60 | 255.00 | Review Debtors' reply brief to dismiss appeal. |
| 12/19/07 | SL | 1.10 | 181.50 | Attention to document production. |
| 12/24/07 | JMS | 2.10 | 892.50 | E-mail exchange with C. Kang regarding PI estimation and conference with M. Kramer thereon (.4); conference with M. Kramer regarding response briefs and begin review of PI response brief regarding Daubert (1.7). |
| 12/26/07 | JMS | 2.30 | 977.50 | Continue review of ACC's response brief regarding Daubert (.8); begin review of Debtors' Daubert response (1.5). |
| 12/27/07 | JMS | 0.40 | 170.00 | Telephone conference with D. Speights regarding history of class filings. |
| 12/28/07 | JMS | 0.60 | 255.00 | Review Forbes articles and e-mail to Committee thereon (.4); telephone conference with C. Plaza regarding results of 12/17 hearing (.2). |
| 12/31/07 | JMS | 1.00 | 425.00 | Telephone conference with D. Speights regarding claims filing history (.4); follow up e-mails to D. Speights thereon (.6). |

**PROFESSIONAL SERVICES** $7,503.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.50 | $650.00 | $325.00 |
| Sakalo, Jay M | 10.80 | $425.00 | $4,590.00 |
| Kramer, Matthew I | 6.20 | $350.00 | $2,170.00 |
| Flores, Luisa M | 0.90 | $190.00 | $171.00 |
| Lazarus, Shanon | 1.50 | $165.00 | $247.50 |
| **TOTAL** | **19.90** | | **$7,503.50** |

**CURRENT BALANCE DUE THIS MATTER** $7,503.50

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 12/05/07 | LMF | 0.60 | 114.00 | Attend to monthly invoices from Committee professionals. |
| 12/10/07 | LMF | 1.20 | 228.00 | Draft, finalize and attend to filing of quarterly application for Hamilton Rabinovitz. |
| 12/11/07 | LMF | 0.70 | 133.00 | Prepare notice and summary for Hamilton's October fees and submit to local counsel for filing. |
| 12/19/07 | LMF | 0.90 | 171.00 | Review email and statement from Hamilton regarding payments. |

**PROFESSIONAL SERVICES** $646.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 3.40 | $190.00 | $646.00 |
| **TOTAL** | **3.40** | | **$646.00** |

**CURRENT BALANCE DUE THIS MATTER** $646.00