## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## SUMMARY OF THE QUARTERLY INTERIM VERIFIED APPLICATION OF FORMAN PERRY WATKINS KRUTZ & TARDY LLP FOR REIMBURSEMENT OF EXPENSES AND COMPENSATION FOR SERVICES IN EXCESS OF THE ORDINARY COURSE PROFESSIONAL CAP FOR THE PERIODS FROM JULY 1, 2007 THROUGH OCTOBER 31, 2007[2]

| | |
|---|---|
| Name of Applicant: | **Forman Perry Watkins Krutz & Tardy LLP** |
| Authorized to Provide Professional services to: | **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **October 31, 2005**<br>**(Ordinary Course Professional)** |
| Period for Which Compensation and Reimbursement is Sought: | **July 1, 2007 Through October 31, 2007[2]** |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | **$817,252.50** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$5,396.97** |

This is a: ___ Monthly _X_ Quarterly Application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] This Quarterly Application is expected to be FPWKT's last quarterly application as its OCP work for the Debtors ended on October 31, 2007.

**Previous Fee Applications:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| April 25, 2007 | 4/1/2006 – 3/31/2007[3] | $1,763,152.50 | $253,394.42 | Interim Approval[4] | Interim Approval |
| May 30, 2007 | 4/1 – 4/30/2007 | $323,470.00 | $12,245.78 | Interim Approval[5] | Interim Approval |
| July 25, 2007 | 5/1 – 5/31/2007 | $237,299.00 | $28,086.70 | Interim Approval[6] | Interim Approval |
| August 7, 2007 | 6/1 – 6/30/2007 | $227,158.50 | $32,208.49 | Interim Approval[7] | Interim Approval |
| August 14, 2007 | 4/1/2006 – 6/30/2007 | $2,551,080.00 | $325,935.39 | Interim Approval[8] | Interim Approval |
| October 31, 2007 | 7/1/2007 – 7/31/2007 | $215,279.00 | $337.03 | Interim Approval[9] | Interim Approval |
| January 31, 2008 | 8/1/2007 – 8/31/2007 | $228,313.50 | $24.18 | Pending | Pending |
| January 31, 2008 | 9/1/2007 – 9/30/2007 | $169,774.50 | $356.83 | Pending | Pending |
| January 31, 2008 | 10/1/2007 – 10/31/2007 | $203,885.50 | $4,678.93 | Pending | Pending |

With respect to the fee application covering the period July 1, 2007 through July 31, 2007, Forman Perry filed a certificate of no objection with the Court, because no objections were filed with the Court during the objection period.

As of the filing of this Quarterly Application, the deadline for filing objections to the fee application covering August 1, 2007 through August 31, 2007 has not yet expired.

---

[3] Forman Perry submitted an application on April 25, 2007 for compensation for unreimbursed expenses and fees in excess of the OCP cap for the fee periods April 1, 2006 through March 31, 2007. Forman Perry had not previously filed a fee application in this matter. Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Forman Perry Watkins Krutz & Tardy LLP* dated April 2, 2007, Forman Perry was permitted to file fee applications for excess OCP fees and unreimbursed expenses for "all previous months and any future month" in which it incurred samee. Therefore, Forman Perry's first fee application covered all excess fees and unreimbursed expenses incurred over a period of several months prior to the Court's April 2, 2007 Order. Since that time, all necessary fee applications have been filed on a monthly basis.

[4] Forman Perry received partial compensation and reimbursement of expenses for the April 2006 through October 2006 fee periods in the form of standard OCP monthly payments. Therefore, the amounts indicated in the fee application covering April 1, 2006 through March 31, 2007 represented the unpaid excess fees and unreimbursed expenses minus the normal course (paid or expected) OCP payments for those time periods.

The fees and expenses requested in the April 2006 through March 2007 "catch-up" application were approved on an interim basis by this Court on June 25, 2007.

[5] The unreimbursed expenses and fees in excess of the OCP cap for the period April 1, 2007 through April 30, 2007 were approved on an interim basis via the submission of a Certification of No Objection filed in June 2007.

[6] The unreimbursed expenses and fees in excess of the OCP cap for the period May 1, 2007 through May 31, 2007 were approved on an interim basis via the submission of a Certification of No Objection.

[7] The unreimbursed expenses and fees in excess of the OCP cap for the period June 1, 2007 through June 30, 2007 were approved on an interim basis via the submission of a Certification of No Objection.

[8] The unreimbursed expenses and fees in excess of the OCP cap covered in the first Quarterly Application by Forman Perry were approved on an interim basis by this Court.

[9] The unreimbursed expenses and fees in excess of the OCP cap for the period July 1, 2007 through July 31, 2007 were approved on an interim basis via the submission of a Certification of No Objection.

As of the filing of this Quarterly Application, the deadline for filing objections to the fee application covering September 1, 2007 through September 30, 2007 has not yet expired.

As of the filing of this Quarterly Application, the deadline for filing objections to the fee application covering October 1, 2007 through October 31, 2007 has not yet expired.

The hearing for this Quarterly Fee application has been scheduled for June 23, 2008.

The Forman Perry attorneys who rendered professional services in these cases during the fee periods covered by this Quarterly Fee Application are:

| Name of Professional | Position With Applicant and Year Admitted to Practice | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Ashley E. Calhoun | Associate | 3 Years, 8 Months | $185.00 | 105.8 | $19,573.00 |
| Joshua J. Metcalf | Associate | 6 Years, 3 Months | $195.00 | 0.5 | $97.50 |
| Marcy B. Croft | Partner | 9 Years, 5 Months | $345.00 | 87.2 | $30,084.00 |
| Mary Margaret Gay | Sr. Associate | 5 Years, 3 Months | $225.00 | 22.0 | $4,950.00 |
| Tanya Dearman | Associate | 3 Years, 3 Months | $185.00 | 0.6 | $111.00 |
| Amanda Summerlin | Associate | 5 Years, 4 Months | $185.00 | 2.8 | $518.00 |
| **TOTAL FOR ATTORNEYS** | | | | **218.9** | **$55,333.50** |

[*This space intentionally left blank.*]

3

The paraprofessionals of Forman Perry who rendered professional services in these cases during the fee periods covered by this Quarterly Fee Application are:

| Name of Paraprofessional | Position with Applicant and Number of Years as a Paraprofessional | | Hourly Billing Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Justin M. Alderson | Paralegal/Document Analyst | 3 years, 3 Months | $95.00 | 361.3 | $34,323.50 |
| Kim A. Byrd | Paralegal/Document Analyst | 2 Years, 9 Months | $95.00 | 541.7 | $51,461.50 |
| Esandra D. Crump-Riley | Paralegal/Document Analyst | 2 Years, 3 Months | $95.00 | 474.5 | $45,077.50 |
| Regina D. Epps | Paralegal/Document Analyst | 2 Years | $95.00 | 587.1 | $55,774.50 |
| Ashley M. Ficklin | Paralegal/Document Analyst | 3 Years, 8 Months | $95.00 | 561.4 | $53,333.00 |
| Machandra Forest-Wilder | Paralegal/Document Analyst | 2 Years, 5 Months | $95.00 | 630.9 | $59,935.50 |
| Shirley A. Gray | Paralegal/Document Analyst | 2 Years, 1 Month | $95.00 | 707.7 | $67,231.50 |
| Priscilla Hutton | Paralegal/Document Analyst | 1 Year, 8 Months | $95.00 | 482.2 | $45,809.00 |
| Shelia G. Mays | Paralegal/Document Analyst | 8 Months | $95.00 | 391.0 | $37,145.00 |
| Shelly B. McMillan | Paralegal/Document Analyst | 5 Years, 11 Months | $95.00 | 537.3 | $51,043.50 |
| Virginia Miller | Paralegal/Document Analyst | 4 Years, 9 Months | $95.00 | 543.7 | $51,651.50 |
| Dana K. Mitchell | Paralegal/Document Analyst | 1 Year, 9 Months | $95.00 | 566.6 | $53,827.00 |
| Jennifer Parks | Sr. Paralegal | 3 Years, 5 Months | $95.00 | 11.2 | $1,064.00 |
| Haley E. Peets | Paralegal/Document Analyst | 2 Years, 4 Months | $95.00 | 609.1 | $57,864.50 |
| Maya Dial-Schopmeyer | Paralegal/Document Analyst | 6 Years | $95.00 | 237.5 | $22,562.50 |
| Tyler G. Sims | Paralegal/Document Analyst | 7 Months | $95.00 | 170.8 | $16,226.00 |
| Dante W. Toigo | Paralegal/Document Analyst | 2 Years, 8 Months | $95.00 | 606.2 | $57,589.00 |
| TOTAL FOR PARAPROFESSIONALS | | | | 8020.2 | $761,919.00 |

Grand Total for Fees:  $817,252.50

Blended Rate:  $99.19

## Compensation By Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees |
|---|---|---|---|
| 21 | Claims Analysis Objection and Resolution (Asbestos) | 8043.3 | $767,077.50 |
| 32 | Fee Applications, Applicant | 195.8 | $50,175.00 |
| **TOTAL FEES REQUESTED IN APPLICATION FOR MATTERS** | | **8239.1** | **$817,252.50** |

## Expense Summary

| Service Description | Amount |
|---|---|
| Attorney Airfare | $3,186.60 |
| Hotel Accommodation | $500.00 |
| Parking Fee | $63.00 |
| Computer Internet/Research | $560.20 |
| Outside Copy/Binding Services/Document Preparation Services | $21.63 |
| FPWKT Only Meal | $304.18 |
| Rental Car | $162.80 |
| Express Mail | $61.60 |
| Miscellaneous Tips | $4.75 |
| Long Distance Telephone | $8.28 |
| Meeting Space for Deposition | $221.32 |
| Photocopies | $290.85 |
| Court Costs | $11.76 |
| **TOTAL EXPENSES REQUESTED IN APPLICATION** | **$5,396.97** |

WHEREFORE, Forman Perry respectfully requests that the Court enter an order providing that (a) for the fee periods, July 1, 2007 through July 31, 2007, August 1, 2007 through August 31, 2007, September 1, 2007 through September 30, 2007, and October 1, 2007 through October 31, 2007, an administrative allowance be made to Forman Perry in the sum of (i) $817,252.50 as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) $5,396.97 for reimbursement of actual and necessary costs and expenses incurred, for a total of $822,649.47; (b) the Debtors be authorized and directed to pay Forman Perry the outstanding amount of such sums less any sums previously paid to Forman Perry pursuant to the Applications and the procedures set forth in the appropriate Court orders and (c) this Court grant such further relief as is equitable and just.

Wilmington, Delaware                    Respectfully Submitted,
Dated: February 6, 2008


                              FORMAN PERRY WATKINS KRUTZ & TARDY, LLP


                              Marcy Bryan Croft

                              200 South Lamar St., Suite 100
                              Jackson, Mississippi  39201
                              Telephone: 601.960.8630

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## **VERIFICATION**

| | | |
|---|---|---|
| STATE OF MISSISSIPPI | ) | |
| | ) | ss. |
| COUNTY OF HINDS | ) | |

Marcy B. Croft, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant law firm Forman Perry Watkins Krutz & Tardy LLP ("Forman Perry") and have been admitted to the Bar of the Supreme Court of Mississippi since 1998.

2.    I have personally performed many of the legal services rendered by Forman Perry as counsel to the above-captioned debtors and debtors in possession (the "Debtors"), and I am familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of Forman Perry.

---

[1]       The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.      I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and submit that the Application substantially complies with such rules.

Marcy B. Croft

SWORN AND SUBSCRIBED
Before me this the 4th day of February, 2008

Notary Public
My Commission Expires:

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Aug 6, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

MARY MARGARET PATUE
NOTARY
PUBLIC
RANKIN COUNTY MS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## QUARTERLY INTERIM VERIFIED APPLICATION OF FORMAN PERRY WATKINS KRUTZ & TARDY LLP FOR REIMBURSEMENT OF EXPENSES AND COMPENSATION FOR SERVICES IN EXCESS OF THE ORDINARY COURSE PROFESSIONAL CAP FOR THE PERIODS FROM JULY 1, 2007 THROUGH OCTOBER 31, 2007[2]

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, this Court's April 2, 2007 Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Forman Perry Watkins Krutz & Tardy LLP,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] This Quarterly Application is expected to be FPKWT's last quarterly application as its Ordinary Course Professional work for the Debtors ended on October 31, 2007.

which authorizes Forman Perry to seek compensation in excess of the $50,000 monthly OCP cap and the $800,000 aggregate case OCP cap, the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order"), Del.Bankr.LR 2016-2, and the Order Pursuant to 11 § 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business (Docket No, 197), which was later amended on December 10, 2002 (Docket No. 3126) and July 24, 2006 (Docket No. 12855) (as amended, collectively, the "OCP Orders"), the law firm of Forman Perry Watkins Krutz & Trady LLP ("Forman Perry"), ordinary course professional ("OCP") for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") in their Chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $817,252.50 for the reasonable and necessary legal services Forman Perry has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that Forman Perry has incurred in the amount of $5,396.97 (the "Quarterly Interim Verified Application"), in each case for the periods from July 1, 2007 through July 31, 2007, August 1, 2007 through August 31, 2007, September 1, 2007 through September 30, 2007, and October 1, 2007 through October 31, 2007 (the "Fee Periods").

In support of this Quarterly Fee Application, Forman Perry respectfully states as follows:

## BACKGROUND

### Retention of Forman Perry

1.     On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.     Forman Perry was retained by the Debtors as an ordinary course professional on October 31, 2005 to conduct third party discovery with respect to Debtors' asbestos personal injury claimants. By this Court's order dated April 2, 2007, the Debtors were authorized to permit Forman Perry to seek compensation in excess of the $50,000 monthly OCP cap and the $800,000 aggregate case OCP cap. This Order authorizes Forman Perry to file fee applications for approval of its excess OCP fees in accordance with this Court's interim compensation order requirements and other applicable rules and orders of this Court "for all previous months and any future month" in which it incurs excess OCP fees. This Court retained jurisdiction to hear and determine all matters arising from the implementation of the order.

### Monthly Interim Fee Applications Covered Herein

3.     Pursuant to the procedures set forth in the Interim Compensation Order, as amended by the Amended Interim Compensation Order, the OCP Orders, and the Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Forman Perry Watkins Krutz & Tardy LLP dated April 2, 2007, Forman Perry may apply for prior and future monthly compensation for fees in excess of the OCP cap and reimbursement of expenses, and the notice parties listed in the

Amended Interim Compensation Order may object to such request.  If no party objects to the Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, Forman Perry may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

      4.     Furthermore, and also pursuant to the Amended Interim Compensation Order, within 45 days of the end of each quarter, professionals are to file and serve upon the parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the monthly Fee Applications.  Any payment made pursuant to the monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

      5.     This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order and is Forman Perry's second Quarterly Fee Application, is submitted for the reimbursement of expenses and compensation for services rendered in excess of the OCP cap.  The work completed and represented in this Fee Application covers the following fee periods: July 1, 2007 through July 31, 2007, August 1, 2007 through August 31, 2007, September 1, 2007 through September 30, 2007, and October 1, 2007 through October 31, 2007.

6.    Forman Perry has filed the following monthly Fee Applications for interim compensation during this Fee Period:

      a.    Summary Application of Forman Perry Watkins Krutz & Tardy LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for the Period July 1, 2007 through July 31, 2007, (the "July 2007 Fee Application") attached hereto as Exhibit A;

      b.    Summary Application of Forman Perry Watkins Krutz & Tardy LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for the Period from August 1, 2007 through August 31, 2007, (the "August 2007 Fee Application") attached hereto as Exhibit B;

      c.    Summary Application of Forman Perry Watkins Krutz & Tardy LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for the Period from September 1, 2007 through September 30, 2007, (the "September 2007 Fee Application") attached hereto as Exhibit C;

      d.    Summary Application of Forman Perry Watkins Krutz & Tardy LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap for the Period from October 1, 2007 through October 31, 2007, (the "October 2007 Fee Application") attached hereto as Exhibit D;

7.    With respect to the fee application covering the period July 1, 2007 through July 31, 2007, Forman Perry filed a certificate of no objection with the Court, because no objections were filed with the Court during the objection period. Debtors have paid 80% of the fees and 100% of the expenses covered by the Summary Application for the fee period July 1, 2007 through July 31, 2007.

8.    As of the filing of this Quarterly Application, the deadline for filing objections to the fee application covering the period August 1, 2007 through August 31, 2007 has not yet expired. Forman Perry has not yet received any compensation for fees and expenses incurred during this fee period.

9.      As of the filing of this Quarterly Application, the deadline for filing objections to the fee application covering September 1, 2007 through September 30, 2007 has not yet expired. Forman Perry has not yet received any compensation for fees and expenses incurred during this fee period.

10.     As of the filing of this Quarterly Application, the deadline for filing objections to the fee application covering October 1, 2007 through October 31, 2007 has not yet expired. Forman Perry has not yet received any compensation for fees and expenses incurred during this fee period.

### Previous Quarterly Fee Applications

11.     Forman Perry previously filed a Quarterly Fee Application on August 14, 2007. The August 14, 2007 Quarterly Fee Application included a "catch-up" fee application filed April 25, 2007 for unreimbursed expenses and excess OCP fees during the periods April 2006 through March 2007.  This Court's order dated April 2, 2007 allowed Forman Perry to submit a fee application for "all prior months" in which it incurred unreimbursed expenses and fees in excess of the OCP cap.  The fee application covering the fee periods April 2006 through March 2007 served as that "catch-up" application.   In addition, the August 14, 2007 Quarterly Fee Application covered the fee periods April 1, 2007 through April 30, 2007, May 1, 2007 through May 31, 2007, and June 1, 2007 through June 30, 2007.  The August 14, 2007 Quarterly Fee Application requested fees in the amount of $2,551,080.00 as compensation for reasonable and necessary professional services rendered to the Debtors and $325,935.39 for reimbursement of actual and necessary costs and expenses incurred.

### Requested Relief

12.     By this second Quarterly Interim Verified Application, Forman Perry requests that the Court approve the interim allowance of compensation for professional services rendered

in excess of the OCP cap and the reimbursement of actual and necessary expenses incurred by Forman Perry for the fee periods as detailed in the Applications, less any amounts previously paid to Forman Perry pursuant to the Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of services provided and the related expenses incurred are fully described in the Applications, which are attached hereto as Exhibits A through D.

### Disinterestedness

13.    As disclosed in the following affidavit:

    a.    Affidavit of Disinterestedness of Marcy B. Croft in Support of Forman Perry Watkins Krutz & Tardy LLP's Retention as an Ordinary Course Professional, filed December 19, 2005.

Forman Perry does not hold or represent any interest adverse to the estates, and has been, at all relevant times, a disinterested person as that term is defined in relevant sections of the bankruptcy code.

14.    Forman Perry may have in the past represented, may currently represent, and likely in the future will represent, parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.  Forman Perry disclosed in the Affidavit its connection to parties-in-interest that it has been able to ascertain using its reasonable efforts.  Forman Perry will update the Affidavit when necessary and when Forman Perry becomes aware of material new information.

### REPRESENTATIONS

15.    Forman Perry believes that its Quarterly Interim Verified Application complies with the requirements of Del.Bankr.LR 2016-2 and the relevant orders of the Court.

16.    Forman Perry performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor, or other person.

17.    During the fee periods, Forman Perry has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases other than the OCP and interim compensation payments pursuant to the Amended Interim Compensation Order.

18.    Pursuant to Fed. R. Bank. P. 2016(b), Forman Perry has not shared, nor has it agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of Forman Perry, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

[*This space intentionally left blank.*]

WHEREFORE, Forman Perry respectfully requests that the Court enter an order providing that (a) for the fee periods, July 1, 2007 through July 31, 2007, August 1, 2007 through August 31, 2007, September 1, 2007 through September 30, 2007, and October 1, 2007 through October 31, 2007, an administrative allowance be made to Forman Perry in the sum of (i) $817,252.50 as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) $5,396.97 for reimbursement of actual and necessary costs and expenses incurred, for a total of $822,649.47; (b) the Debtors be authorized and directed to pay Forman Perry the outstanding amount of such sums less any sums previously paid to Forman Perry pursuant to the Applications and the procedures set forth in the appropriate Court orders and (c) this Court grant such further relief as is equitable and just.

Wilmington, Delaware                    Respectfully Submitted,
Dated: February 6, 2008

                              FORMAN PERRY WATKINS KRUTZ & TARDY, LLP

                              Marcy Bryan Croft

                              200 South Lamar St., Suite 100
                              Jackson, Mississippi 39201
                              Telephone: 601.960.8630