**EXHIBIT C**

December 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket no. 17,412 under Case No. 01-01139. Also available upon request from Perkins Coie LLP, Attn: Ann Sandvig, 1120 NW Couch Street, Tenth Floor, Portland, OR 97209-4128; Telephone: (503) 727.2046; Email: ASandvig@Perkinscoie.com.

41145-0012/LEGAL13719625.2