787753-1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 11/05//2007 | GHL | Analysis of Office Action of October 23, 2007, including review of the extensive office action and references cited therein, review of the pending specification and claims, consideration of possible claim amendments and arguments to be made to overcome the claim rejections. | 1.80 |
|---|---|---|---|

SERVICES $ 954.00

|  | GHL | GARY H. LEVIN | 1.80 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ 954.00

787753-1

## WRG-0076
## VALVED COVER SYSTEM

| 12/20/2007 | NG | Receipt and review of Notice of Publication from the United States Patent and Trademark Office; preparation of correspondence to client forwarding copy of publication notice; and formalization of file to reflect same. | 0.80 |
|---|---|---|---|

|  | SERVICES |  |  | $ | 148.00 |
|---|---|---|---|---|---|

| | NG | NOREEN GARONSKI | 0.80 | hours @ | $185.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **148.00**

787753-1

## WRG-0085
## EVALUATION OF THIRD-PARTY PATENTS
## RELATING TO CONSTRUCTION MEMBRANE PRODUCTS

| | | | |
|---|---|---|---|
| 12/10/2007 | HDP | Beginning detailed review and analysis of materials received from client concerning opinion as to Grace's freedom to produce and sell certain vapor permeable barrier layers with included adhesive for building construction, including review of memo from Mr. Williams thereon; | 3.20 |
| 12/11/2007 | HDP | Continued detailed review and analysis of materials received from client concerning opinion including certain third-party patents of interest and file histories related thereto; | 3.90 |
| 12/12/2007 | GHL | Further analysis of freedom-to-operate issues relating to Grace's proposed commercialization of certain building products in view of three third-party patents, including review of the patents and prior art cited during prosecution of the patents, and additional art as provided by Mr. Williams, development of preliminary interpretations of the patent claims, and consideration of positions of non-infringement and invalidity; and telephone conference with Mr. Williams to provide preliminary assessment of the issues; | 3.20 |
| 12/12/2007 | HDP | Completing initial detailed review and analysis of materials received from client; meeting with Mr. Levin to discus; telephone conference with Mr. Williams in conjunction with Mr. Levin regarding the identified issues; | 3.40 |
| 12/14/2007 | HDP | Detailed review and analysis of new materials received from client; attending to ordering relevant file histories for use in finalizing opinion; | 1.80 |
| 12/17/2007 | HDP | Work on drafting of opinion relating to two patents of potential interest with respect to proposed vapor permeable building materials; | 1.90 |
| 12/18/2007 | HDP | Continued work on drafting of opinion and detailed review and analysis of patents and file history related thereto; | 3.00 |
| 12/19/2007 | HDP | Continued work on analyzing materials and drafting opinion; | 3.20 |
| 12/20/2007 | HDP | Continued work on drafting of opinion and further analysis of relevant file history materials; | 2.90 |
| 12/21/2007 | HDP | Continued work on analyzing references as to how they may affect claim construction; researching relevant law for inclusion in opinion; further drafting of opinion as two related patents; | 3.80 |
| 12/26/2007 | GHL | Further consideration of non-infringement positions relating to third-party patents on building products; conference with Mr. Parker; | 0.80 |

787753-1

| 12/26/2007 | HDP | Continued work on drafting of opinion as to two related patents; telephone conference with Mr. Levin thereon as to substance of opinion and consideration of alternative theories; | 4.90 |
| --- | --- | --- | --- |
| 12/27/2007 | HDP | Further work on drafting and editing of lengthy opinion as to two related patents and consideration of alternative theories; | 4.80 |
| 12/28/2007 | HDP | Continued analysis of potential bases for non-infringement of two related patents. | 2.10 |

SERVICES $ 21,570.00

| | GHL | GARY H. LEVIN | 4.00 | hours @ | $530.00 |
| --- | --- | --- | --- | --- | --- |
| | HDP | HENRIK D. PARKER | 38.90 | hours @ | $500.00 |

**DISBURSEMENTS:**

PATENT COPIES $ 258.00

DISBURSEMENT TOTAL $ 258.00

SERVICE TOTAL $ 21,570.00

**INVOICE TOTAL** $ **21,828.00**

787753-1

## WRG-0086
## DUE DILIGENCE RELATING TO
## PROPOSED PURCHASE OF CERATECH INC.

| | | | |
|---|---|---|---|
| 12/12/2007 | GHL | Work in preparation for performing due diligence evaluation and freedom-to-operate analysis relating to Grace's proposed purchase of third party company in field of specialty concrete products, including review of materials as received from Mr. Leon; preliminary conference with CFO of third party and conference with counsel for third party regarding confidentiality agreement under which to receive information regarding the third party's pending patent applications and products; | 0.60 |
| 12/13/2007 | GHL | Review of non-disclosure agreement proposed by third-party to cover information required for freedom-to-operate evaluation; communication with Mr. Leon regarding same; revisions to proposed agreement, and communication with third-party counsel regarding same; | 0.70 |
| 12/15/2007 | GHL | Review of technical materials as received from third-party counsel relating to proposed cement composition, and preparation of summary of same for initiation of freedom-to-operate search; | 2.40 |
| 12/18/20007 | GHL | Further work with potential patent searchers to obtain freedom-to-operate search for cement product proposed for purchase by Grace; telephone conference with Mr. Leon regarding same; | 0.40 |

SERVICES $ 2,173.00

| | GHL | GARY H.LEVIN | 4.10 | hours @ | $530.00 |
|---|---|---|---|---|---|

**DIBSURBEMENTS:**

PATENT COPIES $ 2,403.75

DISBURSEMENT TOTAL $ 2,403.75

SERVICE TOTAL $ 2,173.00

**INVOICE TOTAL** $ 4,576.75

787753-1

## WRG-GEN

| 12/03/2007 | GHL | Fee Application, Applicant -- Preparation of monthly fee petition for October. | 0.40 |
|---|---|---|---|

|  | SERVICES | $ | 212.00 |
|---|---|---|---|

| | GHL | GARY H. LEVIN | 0.40 | hours @ | $530.00 |
|---|---|---|---|---|---|

| **INVOICE TOTAL** | $ | 212.00 |
|---|---|---|

787753-1