## CERTIFICATE OF SERVICE

I, Amanda C. Basta, the undersigned, certify that on this 6th day of February, 2008, I caused a true and correct copy of the attached **Debtors' Request for the Production of Documents Directed to Stephen M. Snyder** to be served by Electronic Mail and Federal Express upon Stephen M. Snyder and by Electronic Mail upon counsel for the parties to the Estimation Proceeding.

*Amanda C. Basta*
Amanda C. Basta, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5933
abasta@kirkland.com