# EXHIBIT A

W. R. Grace & Co. et al.
District of Delaware, Bankruptcy Case No. 01-01139

## Exhibit A

| Debtor: | Settling Parties: | Description of Settlement |
|---|---|---|
| W. R. Grace & Co.-Conn. | State of Michigan<br>-and-<br>Debtor | This matter involves claims by Debtor for refund of Michigan single business tax for the years 1985, 1986 and 1988 in the amount of $366,855. The claims were filed to eliminate from the base of the single business tax, capital gains derived from the sale of stock in subsidiaries that were not part of Debtor's specialty chemical business conducted in the State of Michigan.<br><br>The State of Michigan has agreed to a refund of $175,000, which includes interest calculated through October 31, 2007.<br><br>Prior meetings with the State have not resolved this matter and to proceed to litigate this issue would be costly and, because there is contrary Michigan case law, might produce a less favorable resolution. Debtor therefore believes that the settlement is fair and reasonable in the circumstances.<br><br>The settlement will be effected pursuant to a consent judgment of the Michigan Court of Claims substantially in the form of Exhibit B. |