# EXHIBIT B

**Exhibit B**

STATE OF MICHIGAN
COURT OF CLAIMS

| | | |
|---|---|---|
| W.R. GRACE & CO. – CONN | ) | |
| | ) | |
| Plaintiff, | ) | Docket Nos. 92-14216-CM and |
| | ) | 93-14930-CM |
| v | ) | |
| | ) | HON. JAMES R. GIDDINGS |
| | ) | |
| REVENUE DIVISION, DEPARTMENT | ) | |
| OF TREASURY, STATE OF MICHIGAN, | ) | |
| | ) | |
| Defendant. | ) | |

Patrick R. Van Tiflin (P26119)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorney for Plaintiff
222 North Washington Square, Suite 400
Lansing, MI  48933
517/377-0702

Paul H. Frankel
Morrison & Foerster LLP
Attorney for Plaintiff
1290 Avenue of the Americas
New York, NY 10104-0050
212/468-8034

Michael R. Bell (P47890)
Assistant Attorney General
Attorney for Defendant
First Floor, Treasury Building
Lansing, MI  48922
(517) 373-3202

## **CONSENT JUDGMENT**

At a session of said Court held in the Circuit Courtrooms
in the City of Lansing, County of Ingham, State of Michigan
on the ____ day of _____, 200__.

PRESENT: Hon. James R. Giddings
Court of Claims Judge Presiding

This matter having come before the Court for entry of a Consent Judgment endorsed by attorneys of record for both parties herein, providing for the payment by Defendant to Plaintiff of the sum set forth herein, and the Court being advised by the attorneys for the parties that this consent judgment is entered into strictly for reasons of compromise and avoidance of the risks of litigation, and does not constitute a concession that any position either party has taken in this case is incorrect as a matter of law or fact, and that this Consent Judgment shall be without precedential effect, and the Court being duly advised in the premises: NOW, THEREFORE, IT IS HEREBY

ORDERED, that Defendant shall pay to Plaintiff the principal sum of $175,000 of Single Business Tax ("SBT") for 1985, 1986 and 1988, which includes interest, together with interest from the date of entry until paid in full.

This Consent Judgment resolves the last pending claim in this matter and closes the case.

_____
HONORABLE JAMES R. GIDDINGS
Court of Claims Judge

APPROVED AS TO FORM AND SUBSTANCE:

_____          _____
Michael R. Bell (P47890)                                  Patrick R. Van Tiflin (P26119)
Attorney for Defendant                                     Attorney for Plaintiff

91100-001\DOCS_DE:135082.1