**EXHIBIT 2**

## for WR Grace

Total number of parties: 2

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27694 | STATE OF MASSACHUSETTS, DEPT OF REVENUE, 51 SLEEPER ST, 8TH FL, BOSTON, MA, 02114 | US Mail (1st Class) |
| 27694 | THE COMMONWEALTH OF MASSACHUSETTS, C/O ANNE CHAN, LITIGATION BUREAU BANKRUPTCY UNIT, BOX 9564, BOSTON, MA, 02114-9564 | US Mail (1st Class) |

Subtotal for this group: 2