IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bk. No. 01-1139 (JKF) |
| W.R. GRACE & CO., ET AL. ) | Chapter 11 |
| ) | |
| Debtors. ) | Hearing: February 25, 2008, 1:00 p.m. |
| ) | |
| ) | |

OBJECTION TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE
REMEDIUM CLOSING AGREEMENT WITH THE IRS

On January 17, 2008, the Debtors and the Debtors-in-Possession filed the Debtors' Motion for an Order Authorizing the Remedium Closing Agreement with the IRS (the "Motion"), in the above-referenced matter.

In the proposed order attached to the Motion, the Debtors and the Debtors-in-Possession seek this Court's order that, *inter alia*, "the Claims (Nos. 15283 and 15284) are disallowed and expunged for all purposes . . .."

The Internal Revenue Service hereby objects to the Motion because it is unable to determine what Claims Nos. 15283 and 15284 consist of.

3050926.1

February 8, 2008

                                        Respectfully submitted,

                                        /s/ Daniel J. Healy
                                        DANIEL J. HEALY
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 305-3402

CERTIFICATE OF SERVICE

I certify that on February 8, 2008, I electronically filed the foregoing OBJECTION TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE REMEDIUM CLOSING AGREEMENT WITH THE IRS with the Clerk of the Court using the CM/ECF system, which completed service on interested parties registered with the CM/ECF system for this case, including debtors' counsel.

                                                                       ___/s/ Daniel J. Healy_____
                                                                         Daniel J. Healy

3050926.1