IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: February 28, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S SEVENTY-FIFTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/430044

# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 1, 2008

Bill Number 13929
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

LEGAL SERVICES

Through December 31, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 12/03/07 | MTM | Work on project re: earliest date certain documents were added to the repository. | 0.50 Hrs | $127.50 |
| 12/04/07 | MTM | Receipt and review of email from K&E paralegal re: questions on Grace box inventory and spreadsheet of documents produced to EPA (.7); review various indices re: same (1.2). | 1.90 Hrs | $484.50 |
| 12/05/07 | MTM | Continue to work on project for K&E paralegal re: EPA box inventory (1.6); conference with ARA re: same (.2); email to K&E paralegal re: same (.4). | 2.20 Hrs | $561.00 |
| 12/05/07 | ARA | Per telephone call from MTM, search for information re: description of the Libby storage boxes; review Holme Roberts paralegal's document review binder re: same (1.3). Per telephone call from MTM, review former employee's documents for information concerning air sampling for K&E paralegal (1.5). | 2.80 Hrs | $308.00 |
| 12/06/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $88.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 12/06/07 | MTM | Work on project re: earliest date certain documents added to the repository. | 0.30 Hrs | $76.50 |
| 12/06/07 | ARA | Quality control property damage ledgers. | 2.50 Hrs | $275.00 |
| 12/07/07 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $88.50 |
| 12/07/07 | ARA | Quality control property damage ledgers (2.3). Document control (3.7). | 6.00 Hrs | $660.00 |
| 12/10/07 | RAM | Telephone conference with in-house counsel and telephone call to second in-house counsel re: Cambridge employee's request for old lab notebooks. | 0.10 Hrs | $29.50 |
| 12/10/07 | MTM | Review follow up documents on MK-3 issue for in-house counsel. | 0.30 Hrs | $76.50 |
| 12/10/07 | ARA | Document control (2.0). Quality control and return lab books to repository and expert depositions to expert library (.8). Quality control property damage ledgers (1.2). | 4.00 Hrs | $440.00 |
| 12/11/07 | DBM | Search for documents re: former Grace employee, per MTM's request. | 0.40 Hrs | $104.00 |
| 12/11/07 | MTM | Continue to locate follow up documents re: MK-3 issue (2.1). Telephone call to in-house counsel re: document search for former Grace employee (.2). | 2.30 Hrs | $586.50 |
| 12/11/07 | ARA | Quality control property damage ledgers. | 6.50 Hrs | $715.00 |
| 12/12/07 | RAM | Draft letter to in-house counsel re: old lab notebooks requested by Cambridge employee. | 0.05 Hrs | No charge |
| 12/12/07 | MTM | Continue review of documents re: MK-3 issue (.2); work on project to determine earliest dates certain documents added to the repository (.3). | 0.50 Hrs | $127.50 |
| 12/12/07 | ARA | Quality control property damage ledgers. | 6.50 Hrs | $715.00 |
| 12/13/07 | DBM | Search for further documents re: MK-3 issue, per MTM. | 1.60 Hrs | $416.00 |
| 12/13/07 | ARA | Quality control property damage ledgers. | 6.50 Hrs | $715.00 |
| 12/14/07 | MTM | Review list of MK-3 issue documents (.3); conference with ARA re: same (.2). | 0.50 Hrs | $127.50 |
| 12/14/07 | ARA | Quality control property damage ledgers (3.5). Per MTM's request and receipt of email; search for documents and review documents re: MK-3 issue (3.2). | 6.70 Hrs | $737.00 |
| 12/17/07 | ARA | Produce documents to MTM re: MK-3 issue (.4). Quality control property damage ledgers (5.3). | 5.70 Hrs | $627.00 |
| 12/18/07 | MTM | Complete review of MK-3 issue documents; letter to in-house counsel re: same. | 0.30 Hrs | $76.50 |
| 12/18/07 | ARA | Quality control property damage ledgers. | 6.50 Hrs | $715.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 12/19/07 | MTM | Work on project re: earliest date certain documents were added to the repository. | 1.30 Hrs | $331.50 |
| 12/19/07 | ARA | Quality control property damage ledgers. | 6.50 Hrs | $715.00 |
| 12/20/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Review documents re: MK issue; note to MTM re: same (.1). | 0.30 Hrs | $88.50 |
| 12/20/07 | ARA | Quality control property damage ledgers. | 6.50 Hrs | $715.00 |
| 12/21/07 | RAM | Emails from/to MTM re: proposed visit to repository by K&E; have in-house counsels informed. | 0.10 Hrs | $29.50 |
| 12/21/07 | MTM | Receipt and review of note from RAM re: additional documents re: MK-3 issue (.1); conference with DBM re: same (.1). | 0.20 Hrs | $51.00 |
| 12/21/07 | ARA | Quality control property damage ledgers (2.5). Return resource materials and deposition transcripts to expert library and employee library (2.0). | 4.50 Hrs | $495.00 |
| 12/26/07 | RAM | Read selected documents filed in bankruptcy court. | 0.90 Hrs | $265.50 |
| 12/27/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $29.50 |
| 12/28/07 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $88.50 |
| 12/31/07 | ARA | Prepare for visit to repository by Holme Roberts attorney (.3). Document control (1.0). | 1.30 Hrs | $143.00 |
|  |  | TOTAL LEGAL SERVICES |  | $11,829.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.40 Hrs | 295/hr | $708.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 295/hr | No charge |
| DONNA B. MACKENNA | 2.00 Hrs | 260/hr | $520.00 |
| MATTHEW T. MURPHY | 10.30 Hrs | 255/hr | $2,626.50 |
| ANGELA R. ANDERSON | 72.50 Hrs | 110/hr | $7,975.00 |
| | 87.25 Hrs | | $11,829.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $11,829.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 1, 2008

Bill Number 13930
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through December 31, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 12/05/07 | RAM | Review response to fee auditor's interim fee and expense chart. | 0.10 Hrs | $29.50 |
| 12/06/07 | RAM | Work on October fee application. | 0.80 Hrs | $236.00 |
| 12/07/07 | RAM | Work on October fee application (.6); conference with MTM re: same (.1); send fee application to in-house counsels (.1). | 0.80 Hrs | $236.00 |
| 12/13/07 | RAM | Finalize October fee application (.2); send it to Delaware counsel to file (.1). | 0.30 Hrs | $88.50 |
| 12/27/07 | RAM | Work on November fee application. | 0.30 Hrs | $88.50 |
| | | TOTAL LEGAL SERVICES | | $678.50 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.30 Hrs | 295/hr | $678.50 |
| | 2.30 Hrs | | $678.50 |
| | | TOTAL THIS BILL | $678.50 |

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 1, 2008

Bill Number 13931
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through December 31, 2007

### BOSTON EXPRESS DELIVERY

| | | |
|---|---|---|
| 12/28/07 | To 62 Whittemore Avenue, W R Grace & Co. from Casner and Edwards on November 30, 2007 by MTM. | 20.50 |
| | | $20.50 |

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 12/17/07 | To 7500 Grace Dr., W R Grace & Co., from Casner and Edwards on November 29, 2007 by MTM. | 9.91 |
| 12/18/07 | To 655 Fifteenth Street, Kirkland & Ellis, Terrell Stansbury from Casner and Edwards on November 19, 2007 by MTM. | 35.05 |
| | | $44.96 |

### OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 12/10/07 | MERRILL COMM -Copies of expert's deposition transcripts requested by K & E (11/15/07). | 47.09 |
| | | $47.09 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2007

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 12/18/07 | 30 copies at .10 per copy | 3.00 | |
| | | | $3.00 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 12/03/07 | Rent and utilities for document repository at One Winthrop Square- December 2007. | 11,430.00 | |
| | | | $11,430.00 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 12/11/07 | RECORDKEEPER ARCHIVE-Storage 12/01/07 through 12/31/07 | 402.60 | |
| | | | $402.60 |
| | | TOTAL DISBURSEMENTS | $11,948.15 |
| | | TOTAL THIS BILL | $11,948.15 |