## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**July 1 - 31, 2007 (Deloitte Tax LLP)**

| Deloitte Tax Professional | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| Bryan Collins | 1.0 | $ 600 | $ 600 |
| Timothy Tuerff | 4.0 | $ 600 | $ 2,400 |
| Mark Wanek | 2.3 | $ 475 | $ 1,093 |
| **Total Russia PE Issues Fee Total** | **7.3** | | **$ 4,093** |
| | | | |
| Mark Wanek | 0.8 | $ 475 | $ 380 |
| **Total Repatriation Planning Fees** | **0.8** | | **$ 380** |
| | | | |
| Tracey Fielman | 1.5 | $ 600 | $ 900 |
| Randall Bessinger | 1.0 | $ 515 | $ 515 |
| **Total IRS Interest Computations Fees** | **2.5** | | **$ 1,415** |
| | | | |
| Bryan Collins | 1.0 | $ 600 | $ 600 |
| Edward Sair | 1.0 | $ 600 | $ 600 |
| **Total AMT Issues Fees** | **2.0** | | **$ 1,200** |
| | | | |
| Lecia Ross | 4.3 | $ 70 | $ 301 |
| **Total Administrative Fees** | **4.3** | | **$ 301** |
| | | | |
| Subtotal | 16.9 | | $ 7,389 |
| | | | |
| **Total Deloitte Tax LLP Fees and Expenses for July 2007** | | | **$ 7,389** |