## EXHIBIT C

**W.R. Grace**
**Hours detail**
**July 1 - 31, 2007 (Deloitte Tax LLP)**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 7/2/2007 | Tracey Fielman | IRS Interest Computations | Discussions with Randy re: issues with interest comps; review email | 1.50 | $ 600 | $ 900 |
| 7/5/2007 | Randall Bessinger | IRS Interest Computations | Responding to questions from Alan Gibbons of client on IRS interest computations | 1.00 | $ 515 | $ 515 |
| 7/9/2007 | Bryan Collins | AMT Issues | Work with Allan Gibbons of client and consultation regarding use of AMT by client | 1.00 | $ 600 | $ 600 |
| 7/10/2007 | Edward Sair | AMT Issues | Research and consultation on AMT use by client and related issues | 1.00 | $ 600 | $ 600 |
| 7/13/2007 | Mark Wanek | Repatriation Planning | Review client correspondence on US tax repatriation treaty, review treaty update; review treaty provisions and effective dates relevant for repatriation planning | 0.80 | $ 475 | $ 380 |
| 7/17/2007 | Lecia Ross | Administrative services | Timekeeping, and fee application | 2.30 | $ 70 | $ 161 |

91100-001\DOCS_DE:79005.1

| Date | Name | Matter | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | preparation | | | |
| 7/24/2007 | Bryan Collins | Russia PE Issues | Follow up regarding use of AMT by client, consultation on related issue with Ed Sair | 0.50 | $ 600 | $ 300 |
| 7/24/2007 | Timothy Tuerff | Russia PE Issues | Respond to Russia questions; teleconference to Moscow office; emails to Moscow regarding PE; conference call with client | 1.50 | $ 600 | $ 900 |
| 7/24/2007 | Mark Wanek | Russia PE Issues | WR Grace - follow up to organize Moscow PE analysis | 0.50 | $ 475 | $ 238 |
| 7/24/2007 | Lecia Ross | Administrative services | Timekeeping, and fee application preparation | 0.30 | $ 70 | $ 21 |
| 7/24/2007 | Lecia Ross | Administrative services | Timekeeping, and fee application preparation | 1.50 | $ 70 | $ 105 |
| 7/25/2007 | Bryan Collins | Russia PE Issues | Follow up regarding use of AMT, consultation with Ed Sair on related issues | 0.50 | $ 600 | $ 300 |
| 7/25/2007 | Timothy Tuerff | Russia PE Issues | Russia analysis and teleconference | 1.50 | $ 600 | $ 900 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/2007 | Mark Wanek | Russia PE Issues | WR Grace - Russian PE issue - discuss with Tim Tuerff; organize conf call on PE issue; conf call with Tim Tuerff, Vladamir Gidirim (D&T Moscow), and Alan Gibbons, Thomas Hirsch and Debra Poole of client | 1.80 | $ 475 | $ 855 |
| 7/26/2007 | Timothy Tuerff | Russia PE Issues | Russia – Analysis and consultation with client on PE Issues | 1.00 | $ 600 | $ 600 |
| 7/27/2007 | Lecia Ross | Administrative services | Timekeeping, and fee application preparation | 0.20 | $ 70 | $ 14 |
| | | | **TOTALS:** | **16.90** | | **$ 7,389** |