## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**August 1 - 31, 2007 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| Timothy Tuerff | 1.80 | $ 600 | $ ,080 |
| Jeremy Sina | 3.00 | $ 310 | $ 930 |
| **Total Repatriation Planning Fees** | **4.80** | | **$ 2,010** |
| Lecia Ross | 2.40 | $ 70 | $ 168 |
| **Total Administrative Fees** | **2.40** | | **$ 168** |
| **Total Deloitte Tax LLP Fees for August 2007** | **7.20** | | **$ 2,178** |