## EXHIBIT C

**W.R. Grace**
**Hours detail**
**August 1 - 31, 2007 (Deloitte Tax LLP)**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 8/1/2007 | Lecia Ross | Administrative services | Timekeeping, and fee application preparation | 0.90 | $ 70 | $ 63 |
| 8/9/2007 | Jeremy Sina | Repatriation | Review of stock purchases and dividend distributions from European subsidiaries of client | 1.50 | $ 310 | $ 465 |
| 8/10/2007 | Jeremy Sina | Repatriation | Further review of stock purchases and dividend distributions from European subsidiaries of client | 0.50 | $ 310 | $ 155 |
| 8/10/2007 | Lecia Ross | Administrative services | Timekeeping, and fee application preparation | 0.20 | $ 70 | $ 14 |
| 8/13/2007 | Timothy Tuerff | Repatriation | Organize Deloitte Tax analysis of offshore tax obligations; office consultation with Jeremy Sina on same | 1.50 | $ 600 | $ 900 |

91100-001\DOCS_DE:79005.1

-8-

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/13/2007 | Jeremy Sina | Repatriation | Research of stock purchases and dividend distributions from European subsidiaries of client at Tim Tuerff's direction | 1.00 | $ 310 | $ **310** |
| 8/15/2007 | Lecia Ross | Administrative services | Timekeeping, and fee application preparation | 1.00 | $ 70 | $ **70** |
| 8/21/2007 | Lecia Ross | Administrative services | Timekeeping, and fee application preparation | 0.30 | $ 70 | $ **21** |
| 8/30/2007 | Timothy Tuerff | Repatriation | telecon with Alan Gibbons regarding 901 10 year election under 6511 | 0.30 | $ 600 | $ **180** |
| | | | **Totals:** | **7.20** | | $ **2,178** |