**EXHIBIT A**

VERIFICATION

WASHINGTON               :
                         :
DISTRICT OF COLUMBIA     :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant firm of Deloitte Tax LLP.

b)      I have personal knowledge of Deloitte Tax LLP's retention as tax service

providers to the Debtors in these Chapter 11 cases.

c)      I have reviewed the foregoing Application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed

Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and

331 Establishing Revised Procedures for Interim Compensation and Reimbursement of

Expenses for Professionals and Official Committee Members', signed April 17, 2002, and

submit that the Application substantially complies with such Rule and Order.

Tim Tuerff .

Partner

SWORN AND SUBSCRIBED
before me this 6th day of February, 2008.

Notary Public
My Commission Expires:  3/14/2010

91100-001\DOCS_DE:79005.1