## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**September 1 - 30, 2007 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| Timothy Tuerff | 1.50 | $ 600 | $ 900 |
| Mark Gutwein | 4.50 | $ 515 | $ 2,318 |
| **Total Repatriation/304/E&P Fees** | **6.00** | | **$ 3,218** |
| | | | |
| **Total Deloitte Tax LLP Fees for September 2007** | **6.00** | | **$ 3,218** |