## EXHIBIT C

**W.R. Grace**
**Hours detail**
**September 1 - 30, 2007 (Deloitte Tax LLP)**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 9/11/2007 | Mark Gutwein | Repatriation/ 304/E&P | Research related to 865(f) implications of a 304 transaction of Germany and Netherlands subsidiaries of client | 1.00 | $ 515 | $ 515 |
| 9/12/2007 | Mark Gutwein | Repatriation/ 304/E&P | Research related to 865(f) implications of a 304 transaction of Germany and Netherlands subsidiaries | 1.00 | $ 515 | $ 515 |
| 9/13/2007 | Mark Gutwein | Repatriation/ 304/E&P | Discussion, Research and call with client regarding the treatment of stock sales related to 865(f) | 2.50 | $ 515 | $ 1,288 |
| 9/14/2007 | Timothy Tuerff | Repatriation/ 304/E&P | Review of related party stock purchases, and earnings and profits calculations to compute amount of dividend repatriation | 0.50 | $ 600 | $ 300 |

91100-001\DOCS_DE:79005.1

-8-

| Date | Name | Matter | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/14/2007 | Timothy Tuerff | Repatriation/ 304/E&P | Further teleconference with Alan Gibbons of client regarding 304 basis calculation, and related issues | 0.50 | $ 600 | $ 300 |
| 9/17/2007 | Timothy Tuerff | Repatriation/ 304/E&P | Teleconference with Alan Gibbons of client regarding 304 basis calculation, and related issues | 0.50 | $ 600 | $ 300 |
| | | | **TOTALS:** | **6.0** | | **$ 3,218** |