**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**December 2007**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended December 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 5.9 | $ 4,042.15 |
| Gerald Barber | Audit Partner | 27 | Integrated Audit | $988.92 | 1.5 | $ 1,483.38 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $455.10 | 21.5 | $ 9,784.65 |
| Jennifer A James | Director | 16 | Integrated Audit | $627.30 | 1.0 | $ 627.30 |
| Lisa Slotznick | Director | 20+ | Integrated Audit | $576.87 | 3.1 | $ 1,788.30 |
| Pat Devlin | Director | 20+ | Integrated Audit | $576.87 | 1.0 | $ 576.87 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 37.0 | $ 14,563.20 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $393.60 | 10.0 | $ 3,936.00 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $375.16 | 0.5 | $ 187.58 |
| Colin A Shaw | Tax Manager | 8 | Integrated Audit | $430.50 | 0.5 | $ 215.25 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $313.65 | 16.0 | $ 5,018.40 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $267.75 | 1.4 | $ 374.85 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 84.0 | $ 18,287.64 |
| Esther Ko | Advisory Manager | 9 | Integrated Audit | $375.15 | 2.0 | $ 750.30 |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | $297.66 | 13.0 | $ 3,869.58 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 40.0 | $ 8,462.40 |
| Brett Czajokowski | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 6.5 | $ 1,375.14 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $205.41 | 8.0 | $ 1,643.28 |

| | Advisory Senior Associate | | | | |
|---|---|---|---|---|---|
| Damion Purfey | | 6 | Integrated Audit | $282.90 | 38.5 | $ 10,891.65 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $307.50 | 0.2 | $ 61.50 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | $189.00 | 2.0 | $ 378.00 |
| Andrew Patriquin | Audit Associate | 1 | Integrated Audit | $138.99 | 2.0 | $ 277.98 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | 109.3 | $ 12,906.14 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $193.11 | 72.0 | $ 13,903.92 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 77.0 | $ 11,649.33 |
| Gabriel Young | Audit Associate | 5 | Integrated Audit | $217.71 | 2.0 | $ 435.42 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $138.99 | 91.0 | $ 12,648.09 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 47.5 | $ 6,602.03 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | $147.60 | 108.2 | $ 15,970.32 |
| Michelle Zepherine | Audit Associate | 1 | Integrated Audit | $139.00 | 10.0 | $ 1,390.00 |
| Thomas Duncan | Tax Associate | <1 | Integrated Audit | $239.85 | 6.6 | $ 1,583.01 |
| Daniel Merzel | Tax Intern | <1 | Integrated Audit | $184.50 | 2.0 | $ 369.00 |
| Donna Lewis | EA | 1 | Integrated Audit | $110.70 | 1.0 | $ 110.70 |
| | | TOTAL | | | 822.2 | $ 166,163.36 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    19.5    $    2,867.75

## Summary of PwC's Fees By Project Category:
### December 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection | | |

| | | |
|---|---|---|
| & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 19.5 | $2,867.75 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 822.2 | $166,163.36 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 841.7 | $169,031.11 |

**Expense Summary**
**December 2007**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $5,740.64 |
| Lodging | N/A | $2,594.88 |
| Sundry | N/A | $90.84 |
| Business Meals | N/A | $815.07 |
| TOTAL: | | $9,241.43 |