# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended December 31, 2007**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|-------|----------------------------------|-----------|--|---------------|--|
| **FEE APPLICATION PREPARATION** | | | | | | |
| **Name: Pamela Barkley** | | | | | | |
| 12/17/2007 | 1.0 | Reviewing the October Bankruptcy report to send to the courts | $ | 217.71 | $ | 217.71 |
| 12/17/2007 | 1.0 | Reviewing the quarterly submission to the bankruptcy courts | $ | 217.71 | $ | 217.71 |
| | **2.0** | | | | | |
| **Name: Melissa Noel** | | | | | | |
| 12/7/2007 | 4.0 | Fee application preparation | $ | 138.99 | $ | 555.96 |
| 12/14/2007 | 3.0 | Fee application preparation | $ | 138.99 | $ | 416.97 |
| 12/16/2007 | 3.0 | Fee application preparation | $ | 138.99 | $ | 416.97 |
| 12/17/2007 | 1.0 | Fee application preparation | $ | 138.99 | $ | 138.99 |
| 12/18/2007 | 1.0 | Fee application preparation | $ | 138.99 | $ | 138.99 |
| 12/19/2007 | 1.0 | Fee application preparation | $ | 138.99 | $ | 138.99 |
| 12/27/2007 | 3.0 | Fee application preparation | $ | 138.99 | $ | 416.97 |
| | **16.0** | | | | | |
| **Name: Pavel Katsiak** | | | | | | |
| 12/10/2007 | 1.5 | Review October and quarterly application to the Bankruptcy court | $ | 138.99 | $ | 208.49 |
| | **1.5** | | | | | |
| **Totals** | **19.5** | **Total Grace Time Tracking Charged Hours** | | | **$** | **2,867.75** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended December 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 5.9 | $ 4,042.15 |
| Gerald Barber | Audit Partner | 27 | Integrated Audit | $988.92 | 1.5 | $ 1,483.38 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $455.10 | 21.5 | $ 9,784.65 |
| Jennifer A James | Director | 16 | Integrated Audit | $627.30 | 1.0 | $ 627.30 |
| Lisa Slotznick | Director | 20+ | Integrated Audit | $576.87 | 3.1 | $ 1,788.30 |
| Pat Devlin | Director | 20+ | Integrated Audit | $576.87 | 1.0 | $ 576.87 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 37.0 | $ 14,563.20 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $393.60 | 10.0 | $ 3,936.00 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $375.16 | 0.5 | $ 187.58 |
| Colin A Shaw | Tax Manager | 8 | Integrated Audit | $430.50 | 0.5 | $ 215.25 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $313.65 | 16.0 | $ 5,018.40 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $267.75 | 1.4 | $ 374.85 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 84.0 | $ 18,287.64 |
| Esther Ko | Advisory Manager | 9 | Integrated Audit | $375.15 | 2.0 | $ 750.30 |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | $297.66 | 13.0 | $ 3,869.58 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 40.0 | $ 8,462.40 |
| Brett Czajokowski | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 6.5 | $ 1,375.14 |
| Lyndsay Signori | Audit Senior Associate | 2 | Integrated Audit | $205.41 | 8.0 | $ 1,643.28 |
| Damion Purfey | Advisory Senior Associate | 6 | Integrated Audit | $282.90 | 38.5 | $ 10,891.65 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $307.50 | 0.2 | $ 61.50 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | $189.00 | 2.0 | $ 378.00 |
| Andrew Patriquin | Audit Associate | 1 | Integrated Audit | $138.99 | 2.0 | $ 277.98 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | 109.3 | $ 12,906.14 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $193.11 | 72.0 | $ 13,903.92 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 77.0 | $ 11,649.33 |
| Gabriel Young | Audit Associate | 5 | Integrated Audit | $217.71 | 2.0 | $ 435.42 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $138.99 | 91.0 | $ 12,648.09 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 47.5 | $ 6,602.03 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | $147.60 | 108.2 | $ 15,970.32 |
| Michelle Zepherine | Audit Associate | 1 | Integrated Audit | $139.00 | 10.0 | $ 1,390.00 |
| Thomas Duncan | Tax Associate | <1 | Integrated Audit | $239.85 | 6.6 | $ 1,583.01 |
| Daniel Merzel | Tax Intern | <1 | Integrated Audit | $184.50 | 2.0 | $ 369.00 |
| Donna Lewis | EA | 1 | Integrated Audit | $110.70 | 1.0 | $ 110.70 |
| | TOTAL | | | | 822.2 | $ 166,163.36 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/7/2007 | 0.9 | Discuss issues surrounding shared service centers in Latin America |
| 12/10/2007 | 0.4 | Read Bankruptcy News |
| 12/11/2007 | 0.3 | Read background information for entity level controls interview with M Shelnitz |
| 12/11/2007 | 1.0 | Attend entity level controls interview with M Shelnitz, R Finke, M Conron, E Bull (Grace) and L Keorlet (PwC) |
| 12/11/2007 | 0.3 | Discuss investment valuation issues with B Tarola (Grace) |
| 12/11/2007 | 0.2 | Discuss investment valuation issues with D Parker (PwC) |
| 12/11/2007 | 0.2 | Discuss audit of investment valuaiton with E Margolius (PwC) |
| 12/14/2007 | 0.4 | Discuss investment fund valuation with B Tarola (Grace) |
| 12/14/2007 | 0.4 | Discuss investment fund valuation issue with P Barkley and E Margolius (PwC) |
| 12/18/2007 | 1.0 | Discuss entity level controls with F Festa, E Bull (Grace) and D Parker (PwC) |
| 12/18/2007 | 0.3 | Discuss status of investment valuation issue with B Tarola (Grace) and D Parker (PwC) |
| 12/20/2007 | 0.3 | Read preliminary issues memo from PwC Germany |
| 12/20/2007 | 0.2 | Discuss status of planning documentation with E Margolius (PwC) |
| | **5.9** | **Total Grace Integrated Audit Charged Hours** |
| | **5.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Gerald Barber**

| 12/7/2007 | 1.5 | Advice on doing business in certain locations in Latin America |
|-----------|-----|----------------------------------------------------------------|

| | 1.5 | **Total Grace Integrated Audit Charged Hours** |
|---|-----|--------------------------------------------|

| | 1.5 | **Total Hours** |
|---|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Thomas Kalinosky**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 12/3/07 | 0.5 | Audit Planning |
| 12/4/2007 | 1.0 | Audit Planning |
| 12/10/2007 | 2.0 | Audit Planning |
| 12/11/2007 | 8.0 | All day meeting with T.Kalinosky, D.Purfey (PwC) and the Remedium staff in Memphis TN for Environmental Meeting |
| 12/12/2007 | 8.0 | All day meeting with T.Kalinosky, D.Purfey (PwC) and the Remedium staff in Memphis TN for Environmental Meeting |
| 12/13/2007 | 2.0 | Preparing memo for audit team |
| | **21.5** | **Total Grace Integrated Audit Charged Hours** |
| | **21.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Jennifer A James**

| 12/6/2007 | 1.0 | reviewing pension and retiree welfare plans |

|  | 1.0 | **Total Grace Integrated Audit Charged Hours** |

|  | 1.0 | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended December 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Lisa Slotznick** | | |
| 12/5/2007 | 0.5 | Self Insurance Accrual Review |
| 12/8/2007 | 0.8 | Self Insurance Accrual Review |
| 12/12/2007 | 0.5 | Self Insurance Accrual Review |
| 12/14/2007 | 0.5 | Self Insurance Accrual Review |
| 12/17/2007 | 0.5 | Self Insurance Accrual Review |
| 12/18/2007 | 0.3 | Self Insurance Accrual Review |
| | **3.1** | **Total Grace Integrated Audit Charged Hours** |
| | **3.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Pat Devlin**

| 12/17/2007 | 1.0 | Self Insurance Accrual Review |
|---|---|---|
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended December 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Douglas Parker**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 12/4/2007 | 3.2 | Review of staff work |
| 12/4/2007 | 1.8 | Call with UK team (Owen Venter) re: 2007 planning |
| 12/5/2007 | 2.0 | Review of staff work |
| 12/5/2007 | 4.5 | Review of staff work - interim |
| 12/6/2007 | 1.5 | 404 Update meeting with Grace Internal Audit |
| 12/6/2007 | 2.5 | Review of staff work |
| 12/7/2007 | 4.0 | Review of staff work |
| 12/7/2007 | 1.0 | Review of staff work - interim |
| 12/12/2007 | 1.0 | Review of staff work - interim |
| 12/13/2007 | 3.0 | Review staff work on 3Q review |
| 12/14/2007 | 1.5 | Call with audit team re: BOA Columbia Fund |
| 12/14/2007 | 2.5 | Review of staff work - interim |
| 12/20/2007 | 2.0 | Review of staff work |
| 12/20/2007 | 1.5 | 404 Update meeting (call-in) with Grace Internal Audit |
| 12/20/2007 | 5.0 | Review of staff work - interim |
| | **37.0** | **Total Grace Integrated Audit Charged Hours** |
| | **37.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended December 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Seshadri Venkiteswaran**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/11/2007 | 1.0 | SOX Status Meeting |
| 12/14/2007 | 1.0 | ITGC /SAP review and follow up |
| 12/16/2007 | 3.0 | ITGC database review and follow up |
| 12/18/2007 | 2.0 | SOX ITGC coordintion |
| 12/21/2007 | 2.0 | Meeting w/CIO - Discussion on IT Controls |
| 12/28/2007 | 1.0 | Update Testing |
| | **10.0** | **Total Grace Integrated Audit Charged Hours** |
| | **10.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name: Raul Quiroz** | | |
| 12/6/2007 | 0.5 | Journal Entry review - data request/acquisition/validation process |
| | **0.5** | **Total Grace Integrated Audit Charged Hours** |
| | **0.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Colin Shaw**

| 12/26/2007 | 0.5 | Review of pension and postretirement welfare financial information |
|------------|-----|---------------------------------------------------------------------|
| | **0.5** | **Total Grace Integrated Audit Charged Hours** |
| | **0.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Daniel Spratt**

| 12/3/2007 | 8.0 | Performing and discussing WR Grace 404 walkthroughs related to taxes. |
| 12/4/2007 | 8.0 | Performing and discussing WR Grace 404 walkthroughs related to taxes. |
| | **16.0** | **Total Grace Integrated Audit Charged Hours** |
| | **16.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended December 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Juei Ping Joanna Own**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/13/2007 | 0.4 | Review Grace tax provision binders |
| 12/28/2007 | 1.0 | Review 10-K and PY & PQ binders |
| | **1.4** | **Total Grace Integrated Audit Charged Hours** |
| | **1.4** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended December 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Pamela Barkley**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/5/2007 | 1.0 | Pension Walkthrough with K.Blood, R.Lapidario (all Grace) and E.Margolius (PwC) |
| | 1.0 | Working on getting access to the CAN and Hartford databases for workers Compensation |
| | 0.5 | Reading Germany's Deliverable 1 response |
| | 2.0 | Reviewing the year end database |
| 12/6/2007 | 1.0 | Meeting with Internal audit to go over status of items |
| | 1.0 | Reviewing the audit plan with GPC team in Boston |
| | 1.0 | Working on sending Pension information to our specialist |
| | 3.0 | Reviewing the database for 404 testing |
| | 2.0 | Documenting the pension walkthrough |
| 12/7/2007 | 2.0 | Preparing for the meeting with Remedium by reading through all the sites information selected for testing and preparing for the walkthrough of Environmental process at Remedium |
| | 2.0 | Status meeting to go over interim open items with Grace Finance team and E.Margolius & D.Parker (all PwC) |
| 12/10/2007 | 1.0 | Speaking with B.Bishop on planning for the Grace Audit |
| | 1.5 | 50% Travel time to Memphis TN for Environmental Meetings |
| | 0.5 | Reading the bankruptcy news report |
| | 0.5 | Reading the Manufacturers embrack risk management Manufacturing barometer |
| | 1.0 | Reviewing the environmental Rainbow schedule and the reserves as of 9/30 |
| | 1.0 | Reading the international instructions to be sent out |
| | 1.0 | Reviewing the database |
| 12/11/2007 | 8.0 | All day meeting with T.Kalinosky, D.Purfey (PwC) and the Remedium staff in Memphis TN for Environmental Meeting |
| 12/12/2007 | 8.0 | All day meeting with T.Kalinosky, D.Purfey (PwC) and the Remedium staff in Memphis TN for Environmental Meeting |
| 12/13/2007 | 2.5 | 50% Travel time from Memphis TN back to Maryland |
| | 0.5 | Reading Grace historical data |
| | 1.5 | Reviewing the work that SPA team has performed |
| | 1.0 | Documenting the Environmental walkthrough |
| 12/14/2007 | 0.5 | Discussion of Grace's investment in Bank of America with B.Bishop, D.Parker and E. Margolius |
| | 0.5 | Reading the status of IT controls testing |
| | 1.0 | Reviewing staffing needs for WR Grace for the rest of the year and 2009 |
| | 2.0 | Reviewing some planning steps |
| | 2.0 | Documenting the pension walkthrough and environmental walkthrough |
| 12/17/2007 | 1.0 | Reviewing the independence database and sending out independence confirms where needed |
| | 2.0 | Documenting in the year end database for 404 testing |
| 12/18/2007 | 1.5 | Meeting with C.Chen (Spa pwc) to go over the consolidation walkthrough and what items they need to complete |
| | 0.5 | Discussing workers compensation results from the specialist |
| | 0.5 | Working with the PwC Australia team to answer their questions |
| | 2.0 | Reviewing the ITGC controls tested |
| | 2.0 | Reviewing the planning steps |
| | 1.5 | Reviewing 404 testing |
| 12/19/2007 | 1.0 | Status update with B.Dockman to go over open items from interim and items that are needed for the year end audit |
| | 1.0 | Reviewing the SAS 70's received |
| | 3.0 | Reviewing the database |
| | 2.0 | Documenting steps in the database |
| | 1.0 | Preparing an open items list for the areas that I am working on |
| 12/20/2007 | 1.0 | Meeting with M.Brown to go over the consolidation walkthrough |
| | 1.5 | Meeting with Internal Audit to review status of the 404 work performed |
| | 1.0 | Updating B.Bishop on the status of the audit |
| | 1.0 | Reading the consolidation memo and writing down questions |
| | 2.0 | Documenting steps in the database |
| | 1.5 | Completing the controls testing for environmental |
| 12/21/2007 | 0.5 | Environmental walkthrough with T.Puglisi and L.Barber (Grace) |
| | 1.0 | Performed an entity level control meeting with E. Bull and R. Pierce (all Grace) |
| | 2.0 | Reviewing the 404 testing in the database |
| | 1.0 | Documenting the ELC with R. Pierce |
| | 1.0 | Documenting the Environmental walkthrough |
| | 1.0 | Reviewing selections made for census data testing |
| | **84.0** | **Total Grace Integrated Audit Charged Hours** |
| | **84.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Esther Ko** | | |
| 12/28/2007 | 2.0 | Review of Fraud Risk Assessment Memo |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  K. Palmer**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 12/3/2007 | 1.1 | Self Insurance Accrual Review |
| 12/4/2007 | 2.0 | Self Insurance Accrual Review |
| 12/5/2007 | 2.0 | Self Insurance Accrual Review |
| 12/6/2007 | 1.3 | Self Insurance Accrual Review |
| 12/12/2007 | 2.0 | Self Insurance Accrual Review |
| 12/13/2007 | 0.3 | Self Insurance Accrual Review |
| 12/14/2007 | 3.0 | Self Insurance Accrual Review |
| 12/17/2007 | 0.8 | Self Insurance Accrual Review |
| 12/18/2007 | 0.5 | Self Insurance Accrual Review |

**13.0    Total Grace Integrated Audit Charged Hours**

**13.0    Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Cindy Chen**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 12/10/2008 | 4.0 | Prepared update testing procedures |
| 12/12/2008 | 2.0 | Discuss Grace Status with Sesh.  Review ITGC workpaper |
| 12/13/2008 | 5.0 | status meeting with Grace Management, spreadsheet testing, meet with Barb Summerson (Grace) for follow up questions. |
| 12/14/2008 | 5.0 | ITGC testing |
| 12/17/2008 | 1.0 | Status Tracker for Grace to sent to the client, address notes in ITGC area |
| 12/18/2008 | 5.0 | meeting with erica(consolidation),Grace status, testing documentation, international team inquiry, SAP access, read financial consolidation narrative |
| 12/19/2008 | 2.0 | Review ITGC workpaper |
| 12/20/2008 | 8.0 | ITGC testing |
| 12/21/2008 | 8.0 | ITGC testing |
| | **40.0** | **Total Grace Integrated Audit Charged Hours** |
| | **40.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Brett Czajokowski** | | |
| 12/3/2007 | 0.5 | Identifying ITGC follow-up questions based on documentation within the database. |
| 12/6/2007 | 3.5 | Reviewing and documenting ITGC procedures performed during interim testing. |
| 12/7/2007 | 1.0 | Reviewing ITGC procedures performed during interim testing. |
| 12/10/2007 | 1.0 | Reviewing ITGC procedures performed during interim testing. |
| 12/21/2007 | 0.5 | Obtaining answers to open ITGC questions and documenting these answers. |

| | 6.5 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|------------------------------------------------|

| | 6.5 | **Total Hours** |
|--|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lyndsay Signori**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 12/5/2007 | 1.0 | Review of accounts receivable ledger, discussion with client regarding AR selections |
| 12/6/2007 | 2.0 | Correspondence with Corporate team regarding AR approach, selection of items for confirmation |
| 12/7/2007 | 1.0 | Discussion with client, Beth Dellorco, and refinement of AR selections. Preparation of templates. |
| 12/14/2007 | 2.0 | Preparation/review of year-end schedule requests |
| 12/20/2007 | 2.0 | Discussion with client, Victor Leo, regarding year-end planning and schedule request. |
| | **8.0** | **Total Grace Integrated Audit Charged Hours** |
| | **8.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Damion Purfey** | | |
| 12/10/2007 | 2.0 | Read client documents in preparation for environmental testing and procedures |
| 12/11/2007 | 8.0 | Assisted Tom Kalinosky in interviewing Remedium management team consisting of Paul Bucerns, Lydia Duff, Lynne Gardner and Mitch Obradovic. Further I documented environmental test results. |
| 12/12/2007 | 4.0 | Assisted Tom Kalinosky in interviewing Remedium management team consisting of Paul Bucerns, Lydia Duff, Lynne Gardner and Mitch Obradovic. Further I documented environmental test results. |
| 12/12/2007 | 2.0 | Conducted follow-up interviews and documented environmental testing results. |
| 12/12/2007 | 2.0 | Drafted the structure of the Environmental Specialist Memo |
| 12/13/2007 | 5.0 | Started compiling environmental test results per site in the specialist memo |
| 12/14/2007 | 1.5 | Continued compiling environmental test results per site in the specialist memo |
| 12/17/2007 | 8.0 | Continued compiling environmental test results per site in the specialist memo |
| 12/18/2007 | 6.0 | Completed draft environmental test results specialist memo |
| | **38.5** | **Total Grace Integrated Audit Charged Hours** |
| | **38.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Craig Chu** | | |
| 12/5/2007 | 0.2 | The GHRS Director and I had a phone call with PwC ABAS team to discuss the discount rate to be used for European pension obligations |
| | **0.2** | **Total Grace Integrated Audit Charged Hours** |
| | **0.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Jacqueline Calvo** | | |
| 12/27/2007 | 2.0 | Prepared Income Tax Planning Guide, Provision Responsibilites, and Exhibits |
| | | Sent email regarding information to Manager |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Andrew Patriquin**

| 12/17/2007 | 2.0 | Assisting Karen Geung with the organization, stuffing, and sending out of Accounts Receivable confirmations for the BA40, BA10, and Darex Puerto Rico entities. |
| | 2.0 | **Total Grace Integrated Audit Charged Hours** |
| | 2.0 | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended December 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Shahin Rahmani**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 12/3/2007 | 1.0 | Documenting controls that were not tested by Internal Audit during the 4th Quarter. |
|  | 2.0 | Comparing ineffective controls per internal audit. |
|  | 1.0 | Emails to Grace employees and compiled deliverables from PwC international contacts. |
| 12/4/2007 | 3.0 | Looking at the Sox 404 Audit of Chicago and Curtis Bay. |
|  | 1.5 | Review of Grace's Key Controls for SOX |
|  | 2.5 | Compiled the Legal Expense Listing into an excel spreadsheet. |
|  |  | Meeting with Adam Lueck of PwC and Mark Wheeler of Grace to go over the Treasury |
| 12/5/2007 | 1.0 | Process for Netting Reports. |
|  | 0.5 | Pre-meeting planning |
|  | 1.0 | Compiled the Legal Expense Listing into an excel spreadsheet. |
|  |  | Meeting with Adam Lueck of PwC and Mina Averza of Grace to go over the Treasury |
|  | 0.5 | Process. |
|  | 3.5 | Review of Grace's Key Controls for SOX and read emails sent by control owners. |
| 12/6/2007 | 1.0 | Preparing for 10AM walkthrough |
|  | 2.0 | Compiling materials needed for walkthrough, consolidating key reports |
|  | 1.0 | Meeting with Pavel Katsiak of PwC and Georgia Ibar of Grace to go over the Treasury Process. |
|  |  | Organized notes for the walkthrough I performed with Georgia Ibar of Grace.  Sent out an email to Grace |
|  | 1.5 | employees regarding documents we need from them. |
|  |  | Updated the payroll matrix and selected controls to test and reperform.  Once I finalized it Erica Margolius |
|  | 2.5 | approved it and it was sent out to Grace's Pam Estes |
| 12/7/2007 | 7.0 | Documenting the Treasury and Payroll Walkthroughs |
| 12/10/2007 | 4.5 | Documenting the Treasury and Payroll Walkthroughs |
|  |  | Following up on the SPA Key Reports, sent out emails to obtain information from |
|  | 0.5 | Grace employees |
|  | 0.5 | Chicago Inventory Conference Call |
| 12/11/2007 | 4.5 | Documenting the Treasury and Payroll Walkthroughs |
|  | 0.5 | Walkthrough scheduled with Muhammed Khan to go over the Treasury process |
|  | 3.0 | 50% travel time:  Travel time to Chicago |
| 12/12/2007 | 10.5 | Chicago 51st Inventory |
| 12/13/2007 | 2.0 | Finishing up the Mt. Pleasant Inventory |
|  | 4.0 | Chicago 51st Inventory |
| 12/14/2007 | 9.0 | Chicago 65th Inventory |
|  | 1.3 | 50% Travel Time to Washington |
| 12/17/2007 | 3.0 | Finishing the Mt. Pleasant Inventory |
|  | 4.5 | Looking to confirm we have all Grace bank accounts in our list of confirmations |
| 12/18/2007 | 3.0 | Looking to confirm we have all Grace bank accounts in our list of confirmations |
|  | 0.5 | Sending out emails to Bonita Harsh regarding bank confirms |
|  | 0.5 | Emailed Bonita Harsh the "Prepared by Client" List for Corporate Treasury |
|  | 1.5 | I am sending out confirmations for international partners who work on this engagement |
|  | 0.5 | Walkthrough on the Treasury process with Mina Averza, Ren |
|  | 0.5 | Working on the documentation for the treasury process |
|  |  | Made a list of changes Grace's Internal Audit team needs to make for the treasury |
|  | 2.0 | process flowcharts. |
| 12/19/2007 | 5.0 | Setting up the database for International Deliverables |
|  | 2.0 | Documenting Treasury process |
|  | 1.0 | Pavel, Pam, Lynda, Me had an update meeting |
| 12/20/2007 | 1.0 | Entered in the data for Chicago 51st SCC |
|  | 1.0 | Entering in the Elkridge walkthrough documentation |
|  | 6.0 | Documenting Treasury process |
| 12/21/2007 | 0.5 | Updating the Chicago 71st Physical Inventory |
|  | 1.0 | Updating the Payroll Walkthrough |
|  | 1.0 | Setting up confirmations |
|  | 2.0 | Confirmations and Payroll Matrix |
|  | **109.3** | **Total Grace Integrated Audit Charged Hours** |
|  | **109.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name: Erica Margolius** | | |
| 12/3/2008 | 0.5 | Review accounts payable controls. Send email to B. Czajkowski, PwC, explaining how the three way match at Grace works. |
| 12/3/2008 | 1.0 | Compile a listing of key spreadsheets. |
| 12/4/2008 | 0.2 | Email A. Jordan, Grace, for outstanding support of Curtis Bay FCC physical inventory observation. |
| 12/5/2008 | 1.0 | Prepare for the walkthrough of the pensions process. |
| 12/5/2008 | 0.5 | Perform a walkthrough of the pensions process. |
| 12/6/2008 | 1.0 | Review PwC Boston team's approach to accounts receivable testing.  Respond to L. Signori, PwC, in an email. |
| 12/6/2008 | 1.5 | Prepare for meeting with internal audit. |
| 12/6/2008 | 1.0 | Participate in status update meeting with internal audit. |
| 12/6/2008 | 0.5 | Review the payroll matrix created by S. Rahmani, PwC. |
| 12/6/2008 | 1.0 | Review internal audit's test plans for update testing in Worms, Germany. |
| 12/6/2008 | 2.5 | Review update testing approach memorandum for fiscal year 2007 update testing of internal controls. |
| 12/6/2008 | 1.0 | Meet with B. Czajkowski, PwC, to go over outstanding SPA work and testing of automated controls. |
| 12/7/2008 | 0.8 | Review Elkridge inventory process.  Meet with C. Udoji, Grace, to go over the design of internal controls and cycle counting. |
| 12/7/2008 | 1.5 | Review pensions confirmations from the prior year and templates in PwC Template Manager. Meet with R. Lapidario, Grace, to discuss pension confirmations for year end audit. |
| 12/7/2008 | 1.0 | Review internal audit Germany test plan and PwC update testing approach. |
| 12/7/2008 | 1.0 | Meet with P. DeGele of internal audit to discuss the transmission of the active employee listing to Aon and reperformance of internal audit remediation testing for Worms, Germany. |
| 12/7/2008 | 1.0 | Prepare for interim status update meeting with B. Dockman, Grace. |
| 12/7/2008 | 1.0 | Interim status update meeting with WR Grace for financial audit. |
| 12/7/2008 | 0.3 | Finalize update testing plan for PwC Worms, Germany team.  Email test plan to C. Falcenberg, PwC. |
| 12/7/2008 | 0.2 | Meet with C. Udoji, Grace, to review PwC's planned reperformance testing of internal audit's internal control testing for control 3.1.5. |
| 12/7/2008 | 0.5 | Meet with B. Summerson, Grace, to review internal audit's process for reviewing segregation of duties controls. |
| 12/10/2008 | 2.0 | Tie out the counts per the count sheets to the Counts per Grace's FCC physical inventory reconciliation.  Email A. Jordan, Grace, outstanding questions. |
| 12/10/2008 | 0.5 | Address T. Kalinosky's, PwC, questions on year over year environmental reserves balances. |
| 12/10/2008 | 0.5 | Schedule entity level control interviews with E. Bull, Grace. |
| 12/10/2008 | 0.6 | Discuss with N. Phillips and P. Estes, Grace, the process to transmit active employees listing to Aon. |
| 12/11/2008 | 1.5 | Prepare pension confirmations. |
| 12/11/2008 | 1.0 | Prepare life insurance confirmations. |
| 12/11/2008 | 1.0 | Prepare Mellon confirmation for confirmation of shares. |
| 12/11/2008 | 2.0 | Review scoping document and assess the inclusion of Company Code 420 as a level 1 entity. |
| 12/11/2008 | 1.0 | Review the credit risk assessment diagnostic.  Review prior year database and benefit plans database for understanding of Grace investments portfolio. |
| 12/11/2008 | 1.0 | Design database for inclusion of international audit deliverables. |
| 12/11/2008 | 1.0 | Review actuarial confirmation templates for pension confirmations for Aon. |
| 12/11/2008 | 1.0 | Review substantive analytical procedure plan for level 2 Grace entities for financial audit test plan and scoping document. |
| 12/11/2008 | 1.0 | Prepare email and send R. Lapidario and B. Harsh the credit market risk diagnostic and credit risk assessment practice aid for review of investment portfolio. |
| 12/12/2008 | 4.5 | Elkridge physical inventory observation for cycle count. |
| 12/12/2008 | 1.0 | Meet with T. Puglisi, Grace, to go over the divestment reserves process and discuss year end testing approach. |
| 12/12/2008 | 0.5 | Answer questions from PwC Germany team on internal controls testing. |
| 12/12/2008 | 1.0 | Email M. Averza, Grace, Northern Trust, Master Retirement Trust, and Guaranteed Investment Contract confirmation templates. |
| 12/12/2008 | 1.0 | Review the Del Taco bankruptcy court settlement in the WR Grace Bankruptcy News.  Discuss with T. Puglisi, Grace. |
| 12/12/2008 | 0.5 | Review the Aon SAS 70 received from K. Blood, Grace.  Forward SAS 70 to P. DeGele and E. Henry, WR Grace. |

| 12/13/2008 | 1.0 | Begin drafting the year end document request list for Corporate. |
| 12/13/2008 | 1.0 | Prepare for status meeting with internal audit. |
| 12/13/2008 | 1.5 | Status update meeting with internal audit. |
| 12/13/2008 | 1.5 | Review the November 30 Grace divestment reserves schedule. Tie the schedule out and make selections for divestment reserves testing. |
| 12/14/2008 | 1.0 | Finalize actuarial confirmation for Grace. Email to M. Averza, Grace. |
| 12/14/2008 | 0.5 | Prepare for Entity Level Control meeting with Mike Piergrossi, Grace. |
| 12/14/2008 | 1.5 | Participate in Entity Level Control meeting with Mike Piergrossi, Grace. |
| 12/14/2008 | 1.0 | Review Grace's investment portfolio, specifically their investment in an alternative investment. |
| 12/14/2008 | 0.5 | Finalize life insurance confirmations and email to T. Walklett, Grace. |
| 12/14/2008 | 0.5 | Finalize Mellon confirmation and email to T. Walklett, Grace. |
| 12/14/2008 | 1.0 | Review Davison year end document request list. Provide comments to L. Keorlet. |
| 12/16/2008 | 0.3 | Document in planning step "Issuing and receiving group instructions" and mark step completed. |
| 12/16/2008 | 0.5 | Document in planning step "obtain and retain confirmations and foreign consents" and mark step completed. |
| 12/17/2008 | 1.0 | Document in planning step "Obtain an understanding of management's process for evaluating the effectiveness of ICFR" and mark step completed. |
| 12/17/2008 | 0.5 | Document in planning step "Client Communications - planning" and mark step completed. |
| 12/17/2008 | 0.5 | Review documentation received from M. LeBelle, Grace, for cycle count physical inventory observation for Elkridge warehouse. |
| 12/17/2008 | 2.0 | Review consolidated year end document request list. |
| 12/17/2008 | 0.8 | Review year end completed planning steps. Email links for database review to P. Barkley and D. Parker, PwC. |
| 12/17/2008 | 0.4 | Read minutes from December 13, 2007 Sarbanes Oxley status update meeting. |
| 12/18/2008 | 0.5 | Meet with C. Chen and M. McCall, PwC, to review CTA and Consolidation processes in preparation for meeting with M. Brown, Grace. |
| 12/18/2008 | 1.0 | Add S. Rahmani, PwC, as owner of the independence database. Review procedures to add and send domestic and international independence confirmations. |
| 12/18/2008 | 1.0 | Review SPA testing of application controls. Forward results to PwC corporate team. |
| 12/18/2008 | 1.0 | Prepare for meeting with D. Armstrong, Grace. |
| 12/18/2008 | 1.0 | Meet with D. Armstrong, Grace, to go over the listing of lawyers for year end legal confirmations. |
| 12/18/2008 | 0.2 | Confirm 12/20 meeting with M. Brown, Grace to go over consolidation and currency translation effect. |
| 12/18/2008 | 1.0 | Email C. Falcenberg, PwC Germany, the approach for information technology controls testing and update testing. |
| 12/18/2008 | 0.2 | As a follow up to the meeting with SPA, email C. Chen, PwC, our audit testing approach schedules for review. |
| 12/18/2008 | 1.0 | Review updated scoping schedules using September 30 numbers. |
| 12/18/2008 | 0.5 | Review the Northern Trust SAS 70. Forward SAS 70 to C. Chen, PwC, and E. Henry, WR Grace. |
| 12/18/2008 | 0.5 | Discuss with M. Brown, Grace, questions on CTA and Consolidation process. |
| 12/18/2008 | 1.0 | Prepare and update interim open items list. |
| 12/19/2008 | 1.0 | Finalize year end document request list for year end audit testing. |
| 12/19/2008 | 0.5 | Update GEMS for active WR Grace audits in France. |
| 12/19/2008 | 0.5 | Review international instructions and communications sent to foreign PwC teams. |
| 12/19/2008 | 0.5 | Review the audit strategy memorandum. |
| 12/19/2008 | 1.0 | Prepare for interim status update meeting with B. Dockman, Grace. |
| 12/19/2008 | 1.0 | Interim status update meeting with WR Grace for financial audit. |

|  | **72.0** | **Total Grace Integrated Audit Charged Hours** |

|  | **72.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 12/3/2007 | 2.5 | Walkthrough of income tax process with tax group (Alan Gibbons (Grace), Andree Clark (Grace), Daniel Spratt (PwC) |
| | 4.0 | Review supporting documentation provided by tax group to validate process |
| | 1.5 | Review prior year work performed in preparation for tax testing |
| 12/4/2007 | 6.0 | Review supporting documentation provided by tax group to validate process & document results of procedures |
| | 2.0 | Discuss year end tax plan and results of walkthrough with Dan Spratt (PwC) |
| 12/11/2007 | 1.3 | Attended / prepared for an entity level controls meeting with Legal Group, Ed Bull (Grace), Richard Finke (Grace), Mark Shelnitz (Grace), Bill Bishop (PwC) also attended |
| | 1.0 | Attended / prepared for an entity level controls meeting with Environmental Health & Safety, Ed Bull (Grace), Karen Either (Grace) attended |
| | 2.0 | Reviewed purchase price variance detail through 9/30 and prepared sampling templates |
| | 1.3 | Discuss bank confirmations with Shahin Rahmani (PwC) and review listing provided |
| | 1.4 | Finalize Lake Charles inventory documentation from physical observation |
| | 1.0 | Review specialized inventory accounting process maps |
| 12/12/2007 | 1.4 | Test purchase price variance detail through 9/30 |
| | 0.6 | Discuss inventory observation procedures for GPC sites with Pavel Katsiak (PwC) |
| 12/13/2007 | 1.5 | Attended / prepared for a status meeting with Grace Internal Audit group to discuss 404 |
| | 0.2 | Met with Barbara Summerson (Grace) to discuss Lake Charles control |
| | 0.5 | Reviewed documentation of Mt.Pleasant physical inventory observation |
| | 1.0 | Completed documentation required for quality review partner checklist |
| | 1.8 | Completed documentation required for engagement leader checklist |
| | 0.6 | Reviewed & documented compensation committee charter |
| | 2.2 | Review portal for control updates and compile list of items for follow up |
| 12/14/2007 | 3.0 | Compile year end request list for Davison audit |
| | 4.0 | Review 11/30/2007 inventory controlling report & recalculate standard costs |
| 12/17/2007 | 0.5 | Inquire of Internal Audit as to whether updated reports have been issued.  Review prior quarter reports |
| | 2.0 | Follow up on status of physical inventory observations performed during 2007 audit |
| | 4.0 | Choose inventory standard costs for testing |
| 12/18/2007 | 2.2 | Prepare for & attend specialized inventory accounting walkthrough with German Huerta (Grace) & Nataliya Filatova (Grace) |
| | 1.0 | Update year end request list |
| | 1.0 | Create Lake Charles update 404 list |
| 12/19/2007 | 1.0 | Meeting with Grace Finance team to discuss year end status and request listing |
| | 2.5 | Review SPA teams work on segregation of duties controls & application controls, update process maps accordingly |
| | 5.0 | Review significant vendor & customer relationships.  Submit list of contract requests to legal group. |
| 12/20/2007 | 2.0 | Attended / prepared for a status meeting with Grace Internal Audit group to discuss 404 |
| | 3.5 | Assist team in performing journal entry testing |
| | 2.5 | Discuss standard costing procedures with B.Kelly (Grace) and review company procedures |
| 12/27/2007 | 2.5 | Document income tax walkthrough and testing procedures |
| 12/28/2007 | 3.0 | Perform planning steps for ART audit, acceptance / continuance & independence |
| 12/29/2007 | 1.5 | Document income tax walkthrough and testing procedures |
| 12/31/2007 | 2.0 | Review year end summary plan & results documents |
| | **77.0** | **Total Grace Integrated Audit Charged Hours** |
| | **77.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Gabriel Young**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 12/13/2007 | 2.0 | Self Insurance Accrual Review |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name:  Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 12/6/2007 | 2.0 | Cut-off testing for Inventory count at Chicago 51st Darex. Follow up with M. Gearoge regarding supporting documentation for PwC testing |
|  | 4.0 | Documentation of the inventory count at Curtis Bay, MD |
|  | 2.0 | Documentation of the 404 testing for Lake Charles, LA plant |
| 12/10/2007 | 2.0 | Documentation of the Curtis Bay inventory count |
| 12/11/2007 | 4.0 | Selecting entities for testing under the scoping methodology set for 2007 audit for Financial Statement purposes and 404 testing |
|  | 1.0 | Updating scoping memo with new lists of the entities selected for testing |
|  | 2.0 | Preparation for inventory counts at Chicago 51st SCC and Chicago 65th |
| 12/12/2007 | 10.0 | Inventory count at Chicago 51st SCC |
| 12/13/2007 | 8.0 | Inventory count at Chicago 51st SCC |
| 12/14/2007 | 8.0 | Inventory Count at Chicago 65th |
| 12/16/2007 | 8.0 | Documenting 404 testing for Lake Charles, LA |
| 12/17/2007 | 3.0 | Updating the listing of the entities to be scoped in for Financial Statements Audit and 404 testing |
|  | 3.0 | Documenting inventory testing for Chicago 51st Darex |
| 12/18/2007 | 1.0 | Familiarizing with guidance on update testing for 404 |
|  | 4.0 | Review of the 404 testing performed and determination of the items that need to be requested in order to perform an update testing according to PwC methodology |
|  | 3.0 | Documentation of Chicago 51st Darex inventory count |
| 12/19/2007 | 6.0 | Documentation of Curtis Bay, MD inventory count |
|  | 2.0 | Documentation of 404 testing for Lake Charles, LA |
| 12/20/2007 | 2.0 | Documentation and follow up (e-mailing) on Chicago 51st Darex inventory count |
|  | 3.0 | Documentation of the 404 testing for Capital Asset Management |
|  | 1.0 | Getting instructions from Linda Keorlet (PwC) regarding journal entries analytics and use of SAP for inventory testing |
| 12/26/2007 | 8.0 | Documenting inventory count at Chicago 51st SCC |
| 12/27/2007 | 4.0 | Documenting inventory count at Chicago 51st Darex |
|  | **91.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **91.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| ame: **Adam Lueck** | | |
| 12/5/2007 | 1.0 | I am walking through the treasury process with Mark Wheeler (Grace). |
| | 2.5 | I am reviewing Davison Accounts Receivable balances to prepare confirmations. |
| | 1.0 | I am preparing for a meeting with Internal Audit regarding the GPC Capital Asset Managmenet Process. |
| | 2.0 | I am meeting with Ed Henry, Phil DeGele & Terry Puglisi (Grace) regarding the GPC Capital Asset Management process. |
| | 1.0 | I am researching the effects of Internal Audit exceptions in the Capital Asset Management process. |
| | 0.5 | I am walking through the Corporate Treasury process with Mina Avera (Grace). |
| 12/6/2007 | 1.7 | I am attending the Internal Audit update meeting. |
| | 0.3 | I am preparing for the Internal Audit update meeting. |
| | 4.0 | I am reviewing Davison Accounts Receivable balances and preparing testing selections. |
| | 1.0 | I am reviewing guidance regarding accounts receivable confirmations. |
| 12/10/2007 | 1.5 | I am reviewing the Chicago 71st St. inventory documentation & analysis. |
| | 2.0 | I am completing the documentation of test counts for the Curtis Bay, MD Inventory procedure. |
| | 0.3 | I am meeting with Richard Finke regarding Legal confirmations. |
| | 0.2 | I am meeting with Larry Marchman regarding Davison accounts receivable confirmations. |
| | 1.0 | I am reviewing accounting guidance regarding legal contingencies. |
| 12/11/2007 | 1.5 | I am reviewing the ART aged trial balance & making confirmation selections. |
| | 1.5 | I am reviewing the Corporate legal expense listing & making selections for legal confirmations |
| 12/14/2007 | 1.0 | I am scanning the list of legal expenses provided by John Port (Grace) & comparing it to the Q3 Legal letter exhitit A in preparation for the selection of legal confirmations. |
| 12/17/2007 | 4.0 | I am reviewing the Corporate legal expenses, Summary of Grace litigation & Exhibit A from the Q3 legal letter to determine the listing of Legal confirmations. |
| | 0.5 | I am researching Financial Accounting Standard 5 in preparation for Legal confirmations. |
| | 3.3 | I am preparing Davison & ART accounts receivable confirmations. |
| | 0.2 | I am aiding Shahin Rahmani (PwC) with the preparation of Grace bank confirmations. |
| 12/18/2007 | 0.5 | I am preparing for a legal meeting with Grace. |
| | 0.5 | I am meeting with Diane Armstrong (Grace) & Erica Margolius (PwC) regarding legal confirmations. |
| | 1.0 | I am updating the year end audit budget |
| | 0.5 | I am preparing for a Corporate Treasury process walk through. |
| | 1.0 | I am walking through the Corporate Treasury process with Ren Lapidario (Grace) & Shahin Rahmani (PwC). |
| | | I am mailing accounts receivable confirms. |
| | 0.5 | I am updating the legal confirm spreadsheet to reflect comments by John Port & Diane Armstrong (Grace). |
| 12/19/2007 | 0.5 | I am creating an update testing plan for Davison's Columbia Sales Order process. |
| | 0.5 | I am creating an update testing plan for Corporate's Incentive Compensation process. |
| | 1.0 | I am creating an interim Provided by Client list to communicate PwC's needs to Grace. |
| | 1.0 | I am creating an update listing of Legal confirmations based on comments from Grace. |
| | 3.0 | I am updating documentation for the Davison Sales Order Processing & Credit & Collections processes. |
| 12/21/2007 | 1.0 | I am completing an update testing plan for Davison's Columbia Sales Order process. |
| | 1.0 | I am completing an update testing plan for Corporate's Incentive Compensation process. |
| | 3.5 | I am creating an update listing of Legal confirmations based on comments from Grace. |
| | **47.5** | **Total Grace Integrated Audit Charged Hours** |
| | **47.5** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended December 31, 2007

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Molly McCall**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 12/10/2007 | 5.0 | Populate the update testing and pbc list. |
| | 4.0 | Organize, contact, and set up meetings for each area. |
| 12/11/2007 | 2.0 | Prepare for meetings. |
| | 4.0 | Test operating system security. |
| | 1.8 | Organize, contact, and set up meetings. |
| | 1.0 | Test database security |
| 12/12/2007 | 0.5 | Meet with Pete Wood (Grace) to discuss Operating System security. |
| | 2.0 | Document and test operating system security. |
| | 1.0 | Document WAN security and Infrastructure Change Management. |
| | 2.8 | Prepare for meetings. |
| | 0.3 | Meet with Jim Broderick (Grace) to discuss Computer Operations. |
| | 2.0 | Prepare spreadsheets for client. |
| | 1.0 | Answer and send emails to clients. |
| | 0.2 | Download documents off of the Grace portal. |
| 12/13/2007 | 0.5 | Prepare for SOAR meeting. |
| | 0.5 | Meet with Marty Krist (Grace) to discuss SOAR change management. |
| | 2.0 | Document and test SOAR change management. |
| | 1.5 | Pull tables from SAP production. |
| | 0.5 | Prepare for SAP/SOAR meeting. |
| | 0.5 | Meet with Chuck Tremblay (Grace) to discuss SAP and SOAR. |
| | 2.1 | Document and test SAP and SOAR controls. |
| | 2.2 | Document meetings. |
| 12/14/2007 | 0.5 | Meet with Srini Vanga (Grace) to discuss SAP security and change management. |
| | 1.0 | Prepare for meeting. |
| | 2.3 | Test SAP security and change management |
| | 2.3 | Update testing spreadsheet and control matrix. |
| | 0.5 | 50% travel time:  Travel to the tyson's office. |
| | 0.5 | Prepare weekly status document. |
| 12/17/2007 | 1.2 | Download evidence to database. |
| | 1.9 | Populate the update testing template. |
| | 1.0 | Prepare for meeting. |
| | 1.9 | Test SAP Security. |
| | 1.3 | Follow up with clients. |
| | 0.8 | Pull documents off of Grace Portal. |
| 12/18/2007 | 0.5 | Prepare for meeting. |
| | 1.5 | Meet with P. Barkely, E. Margolius, C. Chen (PwC). |
| | 1.0 | Update the update testing document. |
| | 0.4 | Pull documents off of Grace Portal. |
| | 0.4 | Download documents to database. |
| | 1.2 | Test SAP Security. |
| | 1.4 | Test SOAR Security. |
| | 3.2 | Test SAP Change Management. |
| 12/19/2007 | 1.0 | Follow up with clients. |
| | 0.3 | Meet with Dawn Pitchette (Grace). |
| | 0.5 | Document results of meeting. |
| | 1.2 | Update the update testing document. |
| | 1.0 | Test SAP change management. |
| | 2.0 | Document evidence received from clients. |
| | 0.6 | Test DB security. |
| | 1.8 | Test SAP & SOAR terminated users. |
| | 1.2 | Test SOAR change management. |
| | 0.3 | Upload documents to database. |
| 12/20/2007 | 0.3 | Prepare for meetings. |
| | 1.6 | Pull information off of SAP production. |
| | 0.8 | Meet with C. Chen, P. Barkley (PwC), T. Dwyer, B. Summerson, and M. Brown (Grace) to discuss the consolidation process. |

|  |  |  |
|---|---|---|
|  | 0.4 | Discuss the meeting. |
|  | 0.3 | Download documents off of the Grace Portal. |
|  | 1.0 | Test SAP & SOAR change management. |
|  | 0.4 | Meet with Srini Vanga (Grace). |
|  | 0.5 | Address notes in database. |
|  | 0.6 | Follow up with client contacts. |
|  | 1.5 | Update the update testing document. |
|  | 0.2 | Meet with A. MacKenzie, N. Phillips, and Phil to discuss the transmission of data to AON. |
|  | 1.0 | Test SAP & SOAR termination process. |
|  | 0.6 | Test SAP new hire process. |
|  | 0.6 | Upload documents to the database. |
|  | 0.4 | Organize and determine the testing to be completed for the next 2 weeks. |
| 12/21/2007 | 0.2 | Follow up with client contacts. |
|  | 0.4 | Test SOAR change management. |
|  | 0.3 | Go over the SAS70 template. |
|  | 1.2 | Update the update testing document. |
|  | 0.6 | Consolidate the results of SAP Basis 19. |
|  | 0.6 | Status meeting with B. Czajakowski, C. Chen (PwC). |
|  | 0.6 | Prepare for meeting. |
|  | 0.3 | Address database notes |
|  | 0.5 | Test SOAR change management. |
|  | 0.2 | Update the database. |
|  | 0.4 | Meeting with C. Chen, P. Barkley (PwC). |
| 12/26/2007 | 1.0 | Update the update testing strategy memo. |
|  | 1.8 | Populate the rollforward procedures database step. |
|  | 0.5 | Summarize meeting on 12/21/2007 and prepare schedule for upcoming week. |
|  | 0.4 | Prepare status for Sesh. |
|  | 1.8 | Validate controls have not changed via the Grace Portal. |
|  | 0.9 | Update the update testing template. |
| 12/27/2007 | 0.5 | Prepare for meeting. |
|  | 0.6 | Meet with S. Venkiteswaran (PwC) to discuss update testing. |
|  | 4.2 | Work on SAP BASIS testing template. |
|  | 0.4 | Research PwC Audit Guide for reference material. |
|  | 0.4 | Work on the update testing strategy memo. |
|  | 0.4 | Populate the Access to Programs and Data database step. |
|  | 1.3 | Consolidate the SAP BASIS evidence. |
| 12/28/2007 | 2.0 | Work on Spreadsheet Access testing. |
|  | 0.4 | Follow up with emails |
|  | 1.4 | Update status and get organized for the remaining week. |
|  | 1.4 | Work on database steps |
|  | 1.2 | Work on SAP BASIS testing template/evidence |

|  |  |
|---|---|
| **108.2** | **Total Grace Integrated Audit Charged Hours** |

|  |  |
|---|---|
| **108.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Michelle Zepherine**

| | | |
|------|-------|--------------------------------|
| 11/30/2007 | 10.0 | Pick sample for stocktaking, count items,  records results and follow-up on results |
| | **10.0** | **Total Grace Integrated Audit Charged Hours** |
| | **10.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name:  Thomas Duncan** | | |
| 12/11/2007 | 1.0 | Help perform a Financial Accounting Standard No. 158 Review of the WR Grace US and Non-US Retirement Plans |
| 12/12/2007 | 2.6 | Help perform a Financial Accounting Standard No. 158 Review of the WR Grace US and Non-US Retirement Plans |
| 12/13/2007 | 3.0 | Help perform a Financial Accounting Standard No. 158 Review of the WR Grace US and Non-US Retirement Plans |
| | **6.6** | **Total Grace Integrated Audit Charged Hours** |
| | **6.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Daniel Merzel**

| 12/26/2007 | 2.0 | Review assumptions from previous memorandums and compare figures to those from recent plan documents and discount rates. |

| **2.0** | **Total Grace Integrated Audit Charged Hours** |
|---------|-----------------------------------------------|

| **2.0** | **Total Hours** |
|---------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2007**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Donna Lewis**

| 12/5/2007 | 1.0 | Mailing Reports |
|-----------|-----|-----------------|

| | 1.0 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|--------------------------------------------|

| | 1.0 | **Total Hours** |
|--|-----|-------------|