# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended December 31, 2007

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **William T Bishop** | | | | | | |
| Integrated Audit | 12/2/2007 | | | | $ 48.79 | Audit team lunch with P Barkley, E Margolian, L Keorlet, P Katalak and S Rahmani (PwC) at Chicken Out |
| **Thomas Kalinosky** | | | | | | |
| Integrated Audit | 11/28/2007 | $ 1,501.10 | | | | Airfare |
| Integrated Audit | 11/28/2007 | 12.00 | | | | AMEX Charge |
| Integrated Audit | 12/12/2007 | | | | $ 82.84 | Group Meal: Pam Barkley, Damion Purfey, Tom Kalinosky |
| Integrated Audit | 12/13/2007 | | | | 6.64 | Individual meal |
| Integrated Audit | 12/13/2007 | | | | 21.51 | Individual meal |
| Integrated Audit | 12/13/2007 | | $ 587.85 | | | Hotel |
| Integrated Audit | 12/13/2007 | | | | 5.93 | Individual meal |
| Integrated Audit | 12/14/2007 | 190.23 | | | | Rental Car |
| Integrated Audit | 12/12/2007 | | | | 9.19 | Individual meal |
| **Catherina Rusyniak** | | | | | | |
| Integrated Audit | 12/1/07 | 24.32 | | | | USP Grace reporting package |
| **Pamela Barkley** | | | | | | |
| Integrated Audit | 12/10/2007 | 388.57 | | | $ 9.25 | Airfare to Memphis, TN / Dinner on out of town travel |
| Integrated Audit | 12/10/2007 | | 220.30 | | | Lodging for two nights in Memphis |
| Integrated Audit | 12/10/2007 | 30.00 | | | | Cab fare from airport to hotel |
| Integrated Audit | 12/10/2007 | 12.13 | | | | Excess mileage from Home to BWI |
| Integrated Audit | 12/11/07 | | | | 122.92 | Dinner on out of town travel for T Kalinosky, D.Purfey and myself |
| Integrated Audit | 12/12/07 | 30.00 | | | | Parking for 3 days at BWI airport |
| Integrated Audit | 12/12/07 | | 195.95 | | | For one night stay in Memphis, TN |
| Integrated Audit | 12/12/07 | 38.25 | | | | Excess mileage from BWI to Home |
| **Lynda Keorlet** | | | | | | |
| Integrated Audit | 11/26/07 | 184.40 | | | | purchase of flight from FL back to MD for 404 tax trip |
| Integrated Audit | 11/26/07 | 104.40 | | | | purchase of flight from MD to FL for 404 tax trip |
| Integrated Audit | 1/2/07 | | | | 11.80 | breakfast at airport on morning of flight to FL for 404 tax trip |
| Integrated Audit | 1/2/07 | | | | 8.61 | lunch during 404 tax trip in Florida (day 1) |
| Integrated Audit | 1/24/07 | | | | 9.99 | lunch during 404 tax trip in Florida (day 2) |
| Integrated Audit | 1/24/07 | | | | 4.23 | breakfast during 404 tax trip in Florida (day 2) |
| Integrated Audit | 1/24/07 | 113.89 | | | | rental car during 404 tax trip |
| Integrated Audit | 1/24/07 | 40.00 | | | | parking during 404 tax trip in Florida |
| Integrated Audit | 1/24/07 | | | | 28.63 | dinner during 404 tax trip in Florida (day 2) |
| Integrated Audit | 1/25/2007 | | | | 34.59 | dinner during 404 tax trip (day 1) |
| Integrated Audit | 1/25/2007 | | 109.27 | | | hotel stay during 404 tax trip in Florida |
| **Damion Purfey** | | | | | | |
| Integrated Audit | 12/11/07 | 37.00 | | | | Taxi service to Chicago Ohare airport from home |
| Integrated Audit | 12/11/07 | 30.40 | | | | Taxi service to Memphis hotel from Memphis airport |
| Integrated Audit | 12/11/07 | | 391.90 | | | Lodging to conduct client work Memphis, TN |
| Integrated Audit | 12/12/07 | 39.00 | | | | Taxi service from Chicago Ohare airport to home |
| Integrated Audit | 12/12/07 | | | | 9.60 | Staff meal in lieu at Memphis airport- dinner |
| **Shahin Rahmani** | | | | | | |
| Integrated Audit | 12/12/07 | 74.00 | | | $ 39.82 | Dinner / Airport Parking |
| Integrated Audit | 12/14/07 | | | | | Hotel in Chicago |
| Integrated Audit | 12/15/07 | 83.00 | | | | Flight Charge |
| Integrated Audit | 12/14/07 | | 392.70 | | | |
| Integrated Audit | 12/21/07 | | | $ 9.70 | | Stamps for Confirmations |
| **Pavel Katalak** | | | | | | |
| Integrated Audit | 10/14/2007 | 504.02 | | | $ 62.95 | Purchase of steel toe boots for the inventory counts / Airplane ticket from DCA to Lake Charles, LA |
| Integrated Audit | 10/19/2007 | | | | 4.21 | Lunch while travelling to lake Charles for inventory count |
| Integrated Audit | 10/28/2007 | | | | 16.05 | Dinner while travelling to Lake Charles, LA plant for inventory count |
| Integrated Audit | 10/29/2007 | 130.09 | | | | Group dinner while on inventory count in Lake Charles, LA |
| Integrated Audit | 10/29/2007 | 15.24 | | | | Lunch while on inventory count at Lake Charles, LA |
| Integrated Audit | 10/30/2007 | 18.82 | | | | Lunch while on inventory count at Lake Charles, LA |
| Integrated Audit | 10/31/2007 | | 302.37 | | | Hotel charges while on inventory count at Lake Charles, LA plant |
| Integrated Audit | 11/02/2007 | 19.00 | | | | Taxi to the airport (Chevy Chase, MD to DCA) |
| Integrated Audit | 10/31/07 | 100.01 | | | | Air change fee that resulted from finishing inventory count earlier |
| Integrated Audit | 11/26/2007 | 216.98 | | | | Cost of original ticket for inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 11/26/2007 | 218.80 | | | | Cost of the new ticket for inventory count for Chicago 51st (SCC) and Chicago 65th that resulted from the change in the date of the count on Grace side |
| Integrated Audit | 12/11/2007 | | | | 68.27 | Dinner for P. Katalak and S. Rahmani while on inventory count for Chicago 51st (SCC) and Chicago 65th |

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| | | | | | | |
| Integrated Audit | 12/12/2007 | $ 9.00 | | | | Parking in Chicago, IL while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 12/12/2007 | | | | $ 8.24 | Breakfast while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 12/12/2007 | | | | $ 100.00 | Dinner for P. Kabiak and S. Rahmani while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 12/13/2007 | | | | $ 54.87 | Dinner for P. Kabiak and S. Rahmani while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 12/13/2007 | $ 19.00 | | | | Parking in Chicago, IL while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 12/13/2007 | | | | $ 12.79 | Breakfast while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 12/14/2007 | $ 83.00 | | | | Ticket change fee due to the fact that inventory at Chicago 65th was finished earlier |
| Integrated Audit | 12/14/2007 | $ 289.92 | | | | Car rental while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 12/14/2007 | | | | $ 10.85 | Breakfast while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 12/14/2007 | $ 74.00 | | | | Parking charges at BWI airport while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 12/15/2007 | | $ 394.54 | | | Hotel charges at Hilton Oak Lawn while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| Integrated Audit | 1/15/2007 | $ 15.42 | | | | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| Integrated Audit | 1/22/2007 | $ 15.42 | | | | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| Integrated Audit | 1/28/2007 | $ 15.42 | | | | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| Integrated Audit | 1/29/2007 | $ 15.42 | | | | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| Integrated Audit | 11/28/2007 | $ 15.42 | | | | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| Integrated Audit | 11/29/2007 | $ 15.42 | | | | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| Integrated Audit | 1/3/2007 | $ 29.01 | | | | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| Integrated Audit | 1/10/2007 | $ 29.91 | | | | Travel to Baltimore for Inventory Count at Curtis Bay, MD plant |
| Integrated Audit | 1/10/2007 | $ 26.54 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/11/2007 | $ 26.54 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/17/2007 | $ 26.54 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/19/2007 | $ 26.54 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/20/2007 | $ 26.54 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/22/2007 | $ 26.54 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/28/2007 | $ 26.54 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/27/2007 | $ 26.54 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| **Cindy Chen** | | | | | | |
| Integrated Audit | 1/10/2007 | $ 7.76 | | | | mileage to work |
| Integrated Audit | 1/13/2007 | $ 7.76 | | | | mileage to work |
| **Brett Czajkowski** | | | | | | |
| Integrated Audit | 1/28/07 | $ 19.40 | | | | Commuting between WR Grace and Gaithersburg |
| **Molly McCall** | | | | | | |
| Integrated Audit | 12/10/2007 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| Integrated Audit | 12/10/2007 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| Integrated Audit | 12/11/2007 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| Integrated Audit | 12/13/2007 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| Integrated Audit | 12/13/2007 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| Integrated Audit | 12/14/2007 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| Integrated Audit | 12/18/2007 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| Integrated Audit | 12/20/2007 | $ 34.92 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| **Adam Lueck** | | | | | | |
| Integrated Audit | 12/18/07 | | | $ 28.20 | | Postage for 2007 accounts receivable confirmations. |
| **Michelle Zepherine** | | | | | | |
| Integrated Audit | 1/25/2007 | | | $ 52.94 | | Steel Toe boot required for safety procedures during stock-taking |
| Integrated Audit | 1/10/2007 | | | | $ 22.00 | Breakfast and Lunch for stocktaking |
| Integrated Audit | 1/3/2007 | $ 16.62 | | | | Mileage and tolls to travel to and from stocktaking |
| **Summary:** | **Total** | $ 5,740.64 | $ 2,584.88 | $ 80.84 | $ 815.07 | $ 9,241.43 |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended December 31, 2007

| | Date | Title | | Expenses | Description |
|---|---|---|---|---|---|
| **William T. Bishop** | 12/20/07 | Audit Partner | $ | 48.79 | Audit team lunch with P Barkley, E Margolius, L Keorlet, P Katsiak and S Rahmani (PwC) at Chicken Out |
| | | | $ | 48.79 | |
| | | | | | |
| **Pamela Barkley** | 12/10/07 | Audit Senior Associate | $ | 388.57 | Airfare to Memphis, TN |
| | 12/10/07 | Audit Senior Associate | $ | 9.25 | Dinner on out of town travel |
| | 12/10/07 | Audit Senior Associate | $ | 220.30 | Lodging for two nights in Memphis |
| | 12/10/07 | Audit Senior Associate | $ | 30.00 | Cab fee from Airport to hotel |
| | 12/10/07 | Audit Senior Associate | $ | 12.13 | Excess mileage from Home to BWI |
| | 12/11/07 | Audit Senior Associate | $ | 122.92 | Dinner on out of town travel for T.Kalinosky, D.Purfey and myself |
| | 12/12/07 | Audit Senior Associate | $ | 30.00 | Parking for 3 days at BWI airport |
| | 12/12/07 | Audit Senior Associate | $ | 195.95 | For one night stay in Memphis, TN |
| | 12/12/07 | Audit Senior Associate | $ | 38.25 | Excess mileage from BWI to Home |
| | | | $ | 1,047.37 | |
| | | | | | |
| **Thomas Kalinosky** | 11/28/07 | Director | $ | 1,931.10 | Airfare |
| | 11/29/07 | Director | $ | 12.00 | AMEX Charge |
| | 12/12/07 | Director | $ | 82.84 | Group Meal: Pam barkley, Damion Purfey, Tom Kalinosky |
| | 12/13/07 | Director | $ | 6.64 | Individual meal |
| | 12/13/07 | Director | $ | 21.51 | Individual meal |
| | 12/13/07 | Director | $ | 587.85 | Hotel |
| | 12/13/07 | Director | $ | 5.93 | Individual meal |
| | 12/14/07 | Director | $ | 190.23 | Rental Car |
| | 12/10/07 | Director | $ | 9.19 | Individual meal |
| | | | $ | 2,847.29 | |
| | | | | | |
| **Catherine Rusyniak** | 12/1/07 | Associate | $ | 24.32 | USP Grace reporting package |
| | | | $ | 24.32 | |
| | | | | | |
| **Cindy Chen** | 12/10/07 | Audit Senior Associate | $ | 7.76 | milage to work |
| | 12/13/07 | Audit Senior Associate | $ | 7.76 | milage to work |
| | | | $ | 15.52 | |
| | | | | | |
| **Lynda Keorlet** | 11/26/07 | Audit Associate | $ | 184.40 | purchase of flight from FL back to MD for 404 tax trip |
| | 11/26/07 | Audit Associate | $ | 104.40 | purchase of flight from MD to FL for 404 tax trip |
| | 12/3/07 | Audit Associate | $ | 11.90 | breakfast at airport on morning of flight to FL for 404 tax trip |
| | 12/3/07 | Audit Associate | $ | 8.61 | lunch during 404 tax trip in Florida (day 1) |
| | 12/4/07 | Audit Associate | $ | 9.59 | lunch during 404 tax trip in Florida (day 2) |
| | 12/4/07 | Audit Associate | $ | 4.23 | breakfast during 404 tax trip in Florida (day 2) |
| | 12/4/07 | Audit Associate | $ | 113.89 | rental car during 404 tax trip in Florida |
| | 12/4/07 | Audit Associate | $ | 40.00 | parking during 404 tax trip in Florida |
| | 12/4/07 | Audit Associate | $ | 29.63 | dinner during 404 tax trip in Florida (day 2) |
| | 12/5/2007 | Audit Associate | $ | 34.59 | dinner during 404 tax trip in Florida (day 1) |
| | 12/5/2007 | Audit Associate | $ | 109.27 | hotel stay during 404 tax trip in Florida |
| | | | $ | 650.51 | |
| | | | | | |
| **Damion Purfey** | 12/10/07 | Senior Associate | $ | 37.00 | Taxi service to Chicago Ohare airport from home |
| | 12/10/07 | Senior Associate | $ | 30.40 | Taxi service to Memphis hotel from Memphis airport |
| | 12/12/07 | Senior Associate | $ | 391.90 | Lodging to conduct client work Memphis, TN |
| | 12/12/07 | Senior Associate | $ | 39.00 | Taxi service from Chicago Ohare airport to home |
| | 12/12/07 | Senior Associate | $ | 9.60 | Staff meal in lieu at Memphis airport- dinner |
| | | | $ | 507.90 | |
| | | | | | |
| **Shahin Rahmani** | 12/12/07 | Audit Associate | $ | 39.62 | Dinner |
| | 12/14/07 | Audit Associate | $ | 74.00 | Airport Parking |
| | 12/15/07 | Audit Associate | $ | 392.70 | Hotel in Chicago |
| | 12/14/07 | Audit Associate | $ | 83.00 | Flight Charge |
| | 12/21/07 | Audit Associate | $ | 9.70 | Stamps for Confirmations |
| | | | $ | 599.02 | |
| | | | | | |
| **Pavel Katsiak** | 10/14/2007 | Audit Associate | $ | 62.95 | Purchase of steel toe boots for the inventory counts |
| | 10/19/2007 | Audit Associate | $ | 504.02 | Airplane ticket from DCA to Lake Charles, LA |
| | 10/28/2007 | Audit Associate | $ | 4.21 | Lunch while travelling to lake Charles for inventory count |
| | 10/28/2007 | Audit Associate | $ | 16.05 | Dinner while travelling to Lake Charles, LA plant for inventory count |
| | 10/29/2007 | Audit Associate | $ | 130.09 | Group dinner while on inventory count in Lake Charles, LA |
| | 10/29/2007 | Audit Associate | $ | 15.24 | Lunch while on inventory count at Lake Charles, LA |
| | 10/30/2007 | Audit Associate | $ | 18.82 | Lunch while on inventory count at Lake Charles, LA |
| | 10/31/2007 | Audit Associate | $ | 302.37 | Hotel charges while on inventory count at Lake Charles, LA plant |
| | 11/02/2007 | Audit Associate | $ | 19.00 | Taxi to the airport (Chevy Chase, MD to DCA) |
| | 10/31/07 | Audit Associate | $ | 100.01 | Air change fee that resulted from finishing inventory count earlier |
| | 11/01/2007 | Audit Associate | $ | 216.96 | Cost of original ticket for inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 11/26/2007 | Audit Associate | $ | 218.80 | Cost of the new ticket for inventory count for Chicago 51st (SCC) and Chicago 65th that resulted from the change in the date of the count on Grace side |
| | 12/11/2007 | Audit Associate | $ | 68.27 | Dinner for P. Katsiak and S. Rahmani while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 12/12/2007 | Audit Associate | $ | 9.00 | Parking in Chicago, IL while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 12/12/2007 | Audit Associate | $ | 8.24 | Breakfast while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 12/12/2007 | Audit Associate | $ | 100.00 | Dinner for P. Katsiak and S. Rahmani while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 12/13/2007 | Audit Associate | $ | 54.87 | Dinner for P. Katsiak and S. Rahmani while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 12/13/2007 | Audit Associate | $ | 19.00 | Parking in Chicago, IL while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 12/13/2007 | Audit Associate | $ | 12.79 | Breakfast while on inventory count for Chicago 51st (SCC) and Chicago 65th |

| | | | | | |
|---|---|---|---|---|---|
| | 12/14/2007 | Audit Associate | $ | 83.00 | Ticket change fee due to the fact that inventory at Chicago 65th was finished earlier |
| | 12/14/2007 | Audit Associate | $ | 289.92 | Car rental while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 12/14/2007 | Audit Associate | $ | 10.85 | Breakfast while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 12/14/2007 | Audit Associate | $ | 74.00 | Parking charges at BWI airport while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 12/15/2007 | Audit Associate | $ | 394.54 | Hotel charges at Hilton Oak Lawn while on inventory count for Chicago 51st (SCC) and Chicago 65th |
| | 11/19/07 | Audit Associate | $ | 15.42 | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| | 11/20/07 | Audit Associate | $ | 15.42 | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| | 11/26/07 | Audit Associate | $ | 15.42 | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| | 11/27/07 | Audit Associate | $ | 15.42 | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| | 11/28/07 | Audit Associate | $ | 15.42 | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| | 11/29/07 | Audit Associate | $ | 15.42 | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| | 11/30/07 | Audit Associate | $ | 29.91 | Travel to Baltimore for Inventory Count at Curtis Bay, MD plant |
| | 12/6/07 | Audit Associate | $ | 15.42 | Round trip commute to W.R. Grace from Chevy Chase, MD to Columbia, MD |
| | 12/10/07 | Audit Associate | $ | 26.54 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 12/11/07 | Audit Associate | $ | 26.54 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 12/17/07 | Audit Associate | $ | 26.54 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 12/19/07 | Audit Associate | $ | 26.54 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 12/20/07 | Audit Associate | $ | 26.54 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 12/21/07 | Audit Associate | $ | 26.54 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 12/26/07 | Audit Associate | $ | 26.54 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 12/27/07 | Audit Associate | $ | 26.54 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | | | $ | 3,083.19 | |
| Brett Czajkowski | 12/6/07 | Audit Senior Associate | $ | 19.40 | Commuting between WR Grace and Gaithersburg |
| | | | $ | 19.40 | |
| Molly McCall | 12/10/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD.  Total trip mileage less normal mileage to the Tyson's office. |
| | 12/11/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD.  Total trip mileage less normal mileage to the Tyson's office. |
| | 12/12/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD.  Total trip mileage less normal mileage to the Tyson's office. |
| | 12/13/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD.  Total trip mileage less normal mileage to the Tyson's office. |
| | 12/14/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD.  Total trip mileage less normal mileage to the Tyson's office. |
| | 12/17/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD.  Total trip mileage less normal mileage to the Tyson's office. |
| | 12/18/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD.  Total trip mileage less normal mileage to the Tyson's office. |
| | 12/20/07 | Audit Associate | $ | 34.92 | Traveling from Falls Church, VA to Columbia, MD.  Total trip mileage less normal mileage to the Tyson's office. |
| | | | $ | 279.36 | |
| Adam Lueck | 12/18/07 | Audit Associate | $ | 28.20 | Postage for 2007 accounts receivable confirmations. |
| | | | $ | 28.20 | |
| Michelle Zepherine | 11/30/07 | Audit Associate | $ | 52.94 | Steel Toe boot required for safety procedures during stock-taking |
| | 11/30/07 | Audit Associate | $ | 22.00 | Breakfast and Lunch for stocktaking |
| | 11/30/07 | Audit Associate | $ | 15.62 | Mileage and tolls to travel to and from stocktaking |
| | | | $ | 90.56 | |
| | | Grand Total | $ | 9,241.43 | |