# **EXHIBIT A**

**K R A M E R   L E V I N   N A F T A L I S   &   F R A N K E L** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

February 8, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number:
0000481712 DRAFT
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES ................................................................................................................. | $3,875.00 |
| DISBURSEMENTS............................................................................................ | 76.94 |
| MATTER TOTAL .............................................................................................. | $3,951.94 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES ................................................................................................................. | $337.00 |
| DISBURSEMENTS............................................................................................ | 0.00 |
| MATTER TOTAL .............................................................................................. | $337.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES ................................................................................................................. | $1,944.00 |
| DISBURSEMENTS............................................................................................ | 8.61 |
| MATTER TOTAL .............................................................................................. | $1,952.61 |

### 056772-00010/CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

| | |
|---|---:|
| FEES ................................................................................................................. | $810.00 |
| DISBURSEMENTS............................................................................................ | 0.00 |
| MATTER TOTAL .............................................................................................. | $810.00 |

Amounts due may be remitted by wire transfer.

**To:** Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
**Account:** Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
**By Order of:** Invoice No. 0000481712 DRAFT
**Citibank Contact:** Deborah Hosking (212) 559-8634

**TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.**

**DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339**

**056772-00012/CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)**

| | |
|---|---:|
| FEES ................................................................................................................... | $67,555.00 |
| DISBURSEMENTS............................................................................................. | 50,136.85 |
| MATTER TOTAL ............................................................................................... | $117,691.85 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES ................................................................................................................... | $3,167.00 |
| DISBURSEMENTS............................................................................................. | 0.00 |
| MATTER TOTAL ............................................................................................... | $3,167.00 |
| CLIENT GRAND TOTAL .................................................................................. | $127,910.40 |

**CASE ADMINISTRATION**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/04/07 | BENTLEY, PHILIP | Trade emails re Tersigni status conf and re fee examiner issues | 0.30 | 201.00 |
| 12/05/07 | RODRIGUEZ, VIVIAN E | PDF'd and emailed Transcript of Hearing held on November 26, 2007 to D. Mannal, G. Horowitz, and P. Bentley. | 0.80 | 192.00 |
| 12/06/07 | RODRIGUEZ, VIVIAN E | Created WR Grace Case Calendar. Searched Grace docket for hearing dates, organized hearing dates and information pertaining to hearings for Case Calendar per D. Mannals' request (1.7) Circulated Case Calendar (0.1) Updated calendar to include Daubert Motions deadlines (0.4) | 2.20 | 528.00 |
| 12/09/07 | MANNAL, DOUGLAS | Review recently filed pleading (.3). | 0.30 | 162.00 |
| 12/10/07 | RODRIGUEZ, VIVIAN E | Updated Case Calendar (1.2) Scheduled D. Mannal for CourtCall Telephonic Hearing Appearances for hearings through 12/08 (1.3) Emailed Tersigni Docket Update (0.4) | 2.90 | 696.00 |
| 12/10/07 | MANNAL, DOUGLAS | Review recently filed pleadings (1.2); attn. Tersigni bankruptcy pleadings (.3). | 1.50 | 810.00 |
| 12/11/07 | RODRIGUEZ, VIVIAN E | Updated WR Grace Case Calendar per D. Mannal's request (0.9) Scheduled D. Mannal for upcoming Telephonic Omnibus Hearings (0.9) Searched Grace docket, PDF'd and emailed D. Mannal agenda for 12/17 hearing. (0.2) | 1.80 | 432.00 |
| 12/14/07 | BENTLEY, PHILIP | Trade emails and discs DM re Tersigni bankruptcy | 0.20 | 134.00 |
| 12/18/07 | RODRIGUEZ, VIVIAN E | Organized and assembled copies of Motion to Strike and prepared for distribution. | 1.10 | 264.00 |
| 12/20/07 | RODRIGUEZ, VIVIAN E | Searched Grace Docket re location for Estimation Hearings. Contacted Chambers re same. | 0.90 | 216.00 |
| 12/28/07 | RODRIGUEZ, VIVIAN E | Meeting with D. Mannal re Tersigni pleadings (0.1) Reviewed, organized, and assembled pleadings re Tersigni per D. Mannal's request. (0.9) | <u>1.00</u> | <u>240.00</u> |

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                              February 8, 2008
056772-00001                                                      Invoice No. 0000481712 DRAFT

**TOTAL HOURS AND FEES**                                                  <u>**13.00**</u>   <u>**$3,875.00**</u>

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| PHOTOCOPYING | 32.70 |
| DOCUMENT RETRIEVAL FEES | <u>44.24</u> |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | <u>**$76.94**</u> |
| **TOTAL FOR THIS MATTER** | <u>**$3,951.94**</u> |

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                           February 8, 2008
056772-00002                                                     Invoice No. 0000481712 DRAFT

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/06/07 | BENTLEY, PHILIP | TC with equity holder | 0.10 | 67.00 |
| 12/20/07 | MANNAL, DOUGLAS | Tel. w/numerous equity holders re: current status of estimation hearings (.5). | 0.50 | 270.00 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$337.00** |

**TOTAL FOR THIS MATTER**                                                       **$337.00**

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/06/07 | RODRIGUEZ, VIVIAN E | Meeting with D. Mannal re Certificate of No Objection per US Trustee's suggested revisions. (0.2) Searched Grace docket for previous CNO's reflecting expense modifications. (0.4)Revised CNO to reflect changes per D. Mannal's request (1.4) | 2.00 | 480.00 |
| 12/16/07 | MANNAL, DOUGLAS | Prepare Nov. fee application (.8). | 0.80 | 432.00 |
| 12/17/07 | RODRIGUEZ, VIVIAN E | Meeting with Accounting re changes to Fee App and Bill re 76th Monthly Fee App. | 0.40 | 96.00 |
| 12/19/07 | RODRIGUEZ, VIVIAN E | Reviewed and edited 76th Monthly fee application. | 1.40 | 336.00 |
| 12/20/07 | RODRIGUEZ, VIVIAN E | Reviewed and edited 76th Monthly Fee Application. | 2.50 | 600.00 |

**TOTAL HOURS AND FEES**                                                                                      **7.10**       **$1,944.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 8.61 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                                                   **$8.61**

**TOTAL FOR THIS MATTER**                                                                                    **$1,952.61**

## CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/14/07 | MANNAL, DOUGLAS | Reviews E. Committee's position re: examiner on Tersigni case (.6); e-mail G-I Holdings re: same (.2); e-mail w/P.B. re: same (.2). | 1.00 | 540.00 |
| 12/17/07 | MANNAL, DOUGLAS | Review Tersigni bankruptcy case pleadings (.5). | 0.50 | 270.00 |
| **TOTAL HOURS AND FEES** | | | **1.50** | **$810.00** |

**TOTAL FOR THIS MATTER**                                                     **$810.00**

Case 01-01139-AMC    Doc 18016-1    Filed 02/11/08    Page 9 of 14

| Kramer Levin Naftalis & Frankel LLP | Page No. 8 |
|---|---:|
| W.R. GRACE & CO. EQUITY COMMITTEE | February 8, 2008 |
| 056772-00012 | Invoice No. 0000481712 DRAFT |

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 12/01/07 | FARBER, PEGGY | review, analyze, summarize expert witness deposition for litigation team (1.8); organize, edit, compile reports (.5) | 3.30 | 1,501.50 |
| 12/03/07 | FARBER, PEGGY | Organize, edit compilation of reports for team | 2.70 | 1,228.50 |
| 12/03/07 | FARBER, PEGGY | review team member update | 0.10 | 45.50 |
| 12/03/07 | GLASS, JESSICA J | Telephonically appeared at US Trustee Status Conference (.5). Summarized proceedings for team and updated Peggy Farber as to relevant issues (.9). Reviewed expert report summaries and discussed creation of binders with Peggy Farber. (.3) | 1.70 | 773.50 |
| 12/03/07 | BENTLEY, PHILIP | TC J. Baer re: asbestos claims. | 0.10 | 67.00 |
| 12/03/07 | HOROWITZ, GREGORY A. | TC COLLEEN L. RE HECKMAN FOLLOW UP, TRANSCRIPT ISSUES (.5); REVIEW HECKMAN TRANSCRIPT (2.0); BEGIN WORK ON DAUBERT BRIEF (2.0) | 4.50 | 2,835.00 |
| 12/04/07 | FARBER, PEGGY | review draft of motion | 0.90 | 409.50 |
| 12/04/07 | GLASS, JESSICA J | Appeared telephonically at US Trustee status conference | 0.90 | 409.50 |
| 12/04/07 | HOROWITZ, GREGORY A. | WORK ON DAUBERT BRIEF, INCLUDING RESEARCH (12.5) | 12.50 | 7,875.00 |
| 12/05/07 | FARBER, PEGGY | finish reviewing/analyzing draft motion brief, write up analysis in email; follow up on summaries of reports | 1.30 | 591.50 |
| 12/05/07 | GLASS, JESSICA J | Summarized US Trustee status conference (1); edited and coordinated creation of binder for expense reports (.6) | 1.60 | 728.00 |
| 12/05/07 | BALDEON, ELLIOTT | Verify the existence of a transcript in the Deposition Transcripts database. | 0.50 | 100.00 |
| 12/05/07 | HOROWITZ, GREGORY A. | WORK ON DAUBERT BRIEF (7.5); RR DEBTORS' DRAFT BRIEF, COMMENT ON SAME, TC B. HARDING (3.5) | 11.00 | 6,930.00 |
| 12/05/07 | MANNAL, DOUGLAS | Review Debtors' draft estimation brief (2.3); Attention to Equity Committee's Daubert brief (1.8). | 4.10 | 2,214.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 12/06/07 | BALDINGER, LAURIE | Organize, index, & maintain various discovery documents. | 1.00 | 225.00 |
| 12/06/07 | FARBER, PEGGY | participate in conf. call re US Trustee (.5); review Heckman report (2); discuss upcoming motion and coordinate filing with local counsel and paralegal (.6); copy edit draft (2.7) | 5.90 | 2,684.50 |
| 12/06/07 | BENTLEY, PHILIP | Trade emails | 0.10 | 67.00 |
| 12/06/07 | GLASS, JESSICA J | Telephone call with Doug Mannal(.1); discussed Daubert motion and US Trustee status conf. with Peggy Farber (.3) | 0.40 | 182.00 |
| 12/06/07 | BALDEON, ELLIOTT | Load transcripts in the Deposition Transcripts database. | 0.50 | 100.00 |
| 12/06/07 | HOROWITZ, GREGORY A. | WORK ON DAUBERT BRIEF, INCL. DWS DOUG M., RESEARCH, TCS B. HARDING (10.5) | 10.50 | 6,615.00 |
| 12/06/07 | MANNAL, DOUGLAS | Review and comment on Daubart brief (3.2). | 3.20 | 1,728.00 |
| 12/07/07 | FARBER, PEGGY | revisions, mechanics related to filing brief (1.2); write, email summary of teleconf. (.3) | 1.60 | 728.00 |
| 12/07/07 | BALDINGER, LAURIE | Prepare index of inventory of files and CDs gathered from Peggy Farber. | 3.00 | 675.00 |
| 12/07/07 | BENTLEY, PHILIP | Trade emails re Daubert briefs | 0.20 | 134.00 |
| 12/07/07 | GLASS, JESSICA J | Discussed US Trustee status conference with Peggy Farber | 0.20 | 91.00 |
| 12/07/07 | HOROWITZ, GREGORY A. | CONTINUE WORK ON, FINALIZE DAUBERT BRIEF, INCL. TCS CLIENT, LOCAL COUNSEL, B. HARDING, K. PASQUALE RE SAME (8.5) | 8.50 | 5,355.00 |
| 12/07/07 | MANNAL, DOUGLAS | Revise Daubert brief (2.5) | 2.50 | 1,350.00 |
| 12/09/07 | MANNAL, DOUGLAS | Attention to Daubert motions (1.8). | 1.80 | 972.00 |
| 12/10/07 | FARBER, PEGGY | TC, email, meeting with paralegal to direct compilation of Daubert briefs (.4); review report of hearing (.2) | 0.70 | 318.50 |
| 12/10/07 | GLASS, JESSICA J | Telephonically appeared at US Trustee Status conference (.7); telephone call with Doug Mannal (.2); summarized conference for team (.5) | 1.40 | 637.00 |
| 12/10/07 | BENTLEY, PHILIP | Trade multiple emails, and discs DM, re upcoming hearings | 0.60 | 402.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/10/07 | BALDINGER, LAURIE | Prepare index of inventory of files and CDs gathered from Peggy Farber; prepare volumes of briefs & exhibits for Daubert filings for attorney distribution. | 7.00 | 1,575.00 |
| 12/11/07 | FARBER, PEGGY | handle vendor bills, review report of court telephonic hearing | 0.10 | 45.50 |
| 12/11/07 | GLASS, JESSICA J | Reviewed Daubert motions | 0.50 | 227.50 |
| 12/11/07 | BALDINGER, LAURIE | Prepare index of inventory of files and CDs gathered from Peggy Farber; prepare volumes of briefs & exhibits for Daubert filings for attorney distribution. | 4.00 | 900.00 |
| 12/12/07 | GLASS, JESSICA J | Reviewed Daubert motions | 1.20 | 546.00 |
| 12/12/07 | BENTLEY, PHILIP | Trade emails re: Daubart brief. | 0.10 | 67.00 |
| 12/13/07 | BENTLEY, PHILIP | Trade emails re: Daubart brief. | 0.10 | 67.00 |
| 12/13/07 | GLASS, JESSICA J | Reviewed Daubert motions (.5); appeared telephonically at status conference on Tersigni matter and summarized call for team (.8) | 1.30 | 591.50 |
| 12/14/07 | FARBER, PEGGY | review trial calendar (.1); research and answer GM's query re motions filed under seal (1.7) | 1.80 | 819.00 |
| 12/14/07 | BENTLEY, PHILIP | Trade multiple emails re estimation hearing and Monday's hearing | 0.40 | 268.00 |
| 12/14/07 | GLASS, JESSICA J | Reviewed Daubert motions (.6); telephone call with Doug Mannal (.1); drafted email to Christopher Kercher re: Tersigni matter (.3) | 1.00 | 455.00 |
| 12/17/07 | FARBER, PEGGY | Appear at court conference by telephone (2.3); summarize for client and team (.7); schedule new appearance (.1) | 3.10 | 1,410.50 |
| 12/17/07 | GLASS, JESSICA J | Reviewed Daubert motions (.5); reviewed Peggy Farber's summary of 12/17/07 omnibus hearing (.1) | 0.60 | 273.00 |
| 12/18/07 | FARBER, PEGGY | TC from DM to discuss assignment (.1); TC from PB re call to client (.1); obtain call in number for DM to participate in court hearing (.1); review Debtors' motion to strike, including expert affidavit to be stricken (.6); draft summary of motion to strike for team and clients (1.7) | 2.70 | 1,228.50 |
| 12/18/07 | HOROWITZ, GREGORY A. | READ DAUBERT MOTIONS, ETC. (5.5) | 5.50 | 3,465.00 |
| 12/18/07 | GLASS, JESSICA J | Reviewed Daubert motions | 1.20 | 546.00 |

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 11

W.R. GRACE & CO. EQUITY COMMITTEE                                              February 8, 2008
056772-00012                                                        Invoice No. 0000481712 DRAFT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/18/07 | MANNAL, DOUGLAS | Review summary of motion to strike (.6); e-mails to P.B. and T.W. re: same (.2). | 0.80 | 432.00 |
| 12/19/07 | FARBER, PEGGY | VM message to client re hearing (.1); calendar hearing dates, arrange schedule (.2); email to client re stipulation (.3). | 0.60 | 273.00 |
| 12/19/07 | BENTLEY, PHILIP | Trade emails | 0.10 | 67.00 |
| 12/19/07 | GLASS, JESSICA J | Reviewed Daubert motions | 0.60 | 273.00 |
| 12/19/07 | VICTORY, DEXTER | CD Copying X1 . | 0.50 | 55.00 |
| 12/19/07 | HOROWITZ, GREGORY A. | TCS BARBARA HARDING ET AL. RE ESTIMATION HEARINGS (1.0); ATTENTION TO DAUBERT BRIEFS (2.0) | 2.50 | 1,575.00 |
| 12/20/07 | BENTLEY, PHILIP | Trade emails re estimation issues | 0.10 | 67.00 |
| 12/20/07 | FARBER, PEGGY | Wrote, revised and sent email summarizing stipulation to client. | 0.50 | 227.50 |
| 12/20/07 | FARBER, PEGGY | TC to client re Monday's hearing (.2); TC from DM re stipulation, obtain/review stip (.2); send summary of stip to team (.4). | 0.80 | 364.00 |
| 12/20/07 | HOROWITZ, GREGORY A. | TC B. HARDING (.5); ATTENTION TO DAUBERT MOTIONS (3.0) | 3.50 | 2,205.00 |
| 12/21/07 | GLASS, JESSICA J | Reviewed Daubert motions (.5); Reviewed emails from various bankruptcy estates concerning Tersigni matter (.2). | 0.70 | 318.50 |
| 12/21/07 | BENTLEY, PHILIP | Discs TW and DM | 0.20 | 134.00 |
| 12/21/07 | MANNAL, DOUGLAS | Review Tersigni pleadings and report to Ted (.8). | 0.80 | 432.00 |
| 12/26/07 | BALDINGER, LAURIE | Review, organize, index, & maintain various documents. | 1.00 | 225.00 |
| 12/27/07 | BALDINGER, LAURIE | Review, organize, index, & maintain various documents. | 1.00 | 225.00 |
| 12/28/07 | BALDINGER, LAURIE | Review, organize, index, & maintain various documents. | 1.00 | 225.00 |

**TOTAL HOURS AND FEES**                                                                       **132.60**   **$67,555.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 107.25 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 12

W.R. GRACE & CO. EQUITY COMMITTEE                                          February 8, 2008
056772-00012                                                    Invoice No. 0000481712 DRAFT

| **DESCRIPTION** | **AMOUNT** |
|---|---:|
| MANUSCRIPT SERVICE | 0.00 |
| LONG-DISTANCE TEL. | 1.78 |
| WESTLAW ON-LINE RESEARCH | 450.35 |
| PRINT. & BINDING | 654.15 |
| MESSENGER/COURIER | 21.91 |
| CAB FARES | 1,044.95 |
| MEALS/IN-HOUSE | 20.50 |
| OUT-OF-TOWN TRAVEL | 3,150.42 |
| MEALS/T & E | 14.77 |
| COURT REPORTER/VIDEO DEPOSITIO | 44,338.41 |
| DOCUMENT RETRIEVAL FEES | 257.36 |
| TRANSCRIPT FEES | 75.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$50,136.85** |
| **TOTAL FOR THIS MATTER** | **$117,691.85** |

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 13

W.R. GRACE & CO. EQUITY COMMITTEE                                                        February 8, 2008
056772-00019                                                                  Invoice No. 0000481712 DRAFT

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/11/07 | MANNAL, DOUGLAS | Attend examiner hearing re: Tersigni (3.); draft summary re: same (.4). | 3.40 | 1,836.00 |
| 12/16/07 | MANNAL, DOUGLAS | Prepare for upcoming omnibus hearing (.5). | 0.50 | 270.00 |
| 12/17/07 | BENTLEY, PHILIP | Attend omnibus hearing by telephone, and discs PF re same | 1.10 | 737.00 |
| 12/17/07 | MANNAL, DOUGLAS | Prepare materials and coordinate attendance at Omnibus hearing (.4); review summary re: same (.2). | 0.60 | 324.00 |

**TOTAL HOURS AND FEES**                                                                     **5.60**   **$3,167.00**

**TOTAL FOR THIS MATTER**                                                  **$3,167.00**