# EXHIBIT B

alp_132rc: Client Analysis Sheet       KRAMER LEVIN NAFTALIS & FRANKEL LLP                PAGE   1
*PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/08 11:29:49         Worked : 12/31/99 thru 02/08/08

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 056772-00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 76.94 | 76.94 | BENTLEY PHILIP - 02495 | M | B | |
| 056772-00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 8.61 | 8.61 | BENTLEY PHILIP - 02495 | M | B | |
| 056772-00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 50,136.85 | 50,136.85 | BENTLEY PHILIP - 02495 | M | B | |
| 056772 | W.R. GRACE & CO. EQUITY COMMITTEE | 0.00 | 0.00 | 50,222.40 | 50,222.40 | | | | |
| Total | BENTLEY PHILIP - 02495 | 0.00 | 0.00 | 50,222.40 | 50,222.40 | | | | |

alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:40

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:      2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
----------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------
                    UNBILLED TIME FROM:                          TO:
                    UNBILLED DISB FROM:    09/30/2007            TO:       12/18/2007
----------------------------------------------------------------------------------------------------------------------
                                     FEES                        COSTS
                                     ------                      -----------
             GROSS BILLABLE AMOUNT:             0.00                      76.94
             AMOUNT WRITTEN DOWN:    _____      _____
                         PREMIUM:    _____      _____
               ON ACCOUNT BILLED:    _____      _____
      DEDUCTED FROM PAID RETAINER:   _____      _____
                   AMOUNT BILLED:    _____      _____
                      THRU DATE:                                          12/18/2007
       CLOSE MATTER/FINAL BILLING?    YES   OR   NO
      EXPECTED DATE OF COLLECTION:   _____

         BILLING PARTNER APPROVAL:   _____

                                      BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

               BILLING COMMENTS:     _____
                                     _____

        _____
----------------------------------------------------------------------------------------------------------------------
                        ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
                        -------------------------                     -----------------
                 FEES:              0.00
          DISBURSEMENTS:           76.94        UNIDENTIFIED RECEIPTS:      0.00
           FEE RETAINER:            0.00            PAID FEE RETAINER:      0.00
          DISB RETAINER:            0.00           PAID DISB RETAINER:      0.00
      TOTAL OUTSTANDING:           76.94        TOTAL AVAILABLE FUNDS:      0.00
                                                       TRUST BALANCE:
                                         BILLING HISTORY
                                         ------------------
          DATE OF LAST BILL:         12/31/07       LAST PAYMENT DATE:      01/16/08
          LAST BILL NUMBER:          479846 ACTUAL FEES BILLED TO DATE:   292,806.50
                                            ON ACCOUNT FEES BILLED TO DATE:      0.00
                                               TOTAL FEES BILLED TO DATE:   292,806.50
      LAST BILL THRU DATE:           11/30/07    FEES WRITTEN OFF TO DATE:    81,055.50
                                                COSTS WRITTEN OFF TO DATE:    19,933.42
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                            ----------------------------
          (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
          (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
          (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

alp_132r: Matter Detail             KRAMER LEVIN NAFTALIS & FRANKEL LLP            PAGE    2
                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:40

Matter No: 056772-00001               Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:    2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                           Status     : ACTIVE

## U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 12/12/07 | 12/18/07 | 32.70 |
| 0972 | DOCUMENT RETRIEVAL FEES | 09/30/07 | 09/30/07 | 44.24 |
| | **Total** | | | 76.94 |

## U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| PHOTOCOPYING          0820 | | | | | | |
|   PHOTOCOPYING | RODRIGUEZ, V E | 12/12/07 | 5.40 | 8156424 | 473839 | 12/14/07 |
|   RODRIGUEZ  VIVIAN E | | | | | | |
|   PHOTOCOPYING | RODRIGUEZ, V E | 12/18/07 | 27.30 | 8164428 | 476439 | 12/19/07 |
|   RODRIGUEZ  VIVIAN E | | | | | | |
| | **0820 PHOTOCOPYING Total :** | | **32.70** | | | |
| | | | | | | |
| DOCUMENT RETRIEVAL F   0972 | | | | | | |
|   DOCUMENT RETRIEVAL F | PIZZARELLO, C | 09/30/07 | 44.24 | 8151195 | 471859 | 12/11/07 |
|   PACER RETRIEVAL FEES | | | | | | |
| | **0972 DOCUMENT RETRIEVAL F Total :** | | **44.24** | | | |
| | | | | | | |
| | **Costs Total :** | | **76.94** | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 32.70 | _____ | _____ | _____ | _____ |
| 0972 DOCUMENT RETRIEVAL FEES | 44.24 | _____ | _____ | _____ | _____ |
| Costs Total : | 76.94 | _____ | _____ | _____ | _____ |

alp_132r: Matter Detail                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    4
                                               *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

Special Billing Instructions:
--------------------------------------------------------------------------------------------------------------------
                                        PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:   11/26/2007                 TO:   11/26/2007
--------------------------------------------------------------------------------------------------------------------
                                        FEES                       COSTS
                                        ------                     ----------
         GROSS BILLABLE AMOUNT:                   0.00                      8.61
         AMOUNT WRITTEN DOWN:        _____      _____
                    PREMIUM:        _____      _____
          ON ACCOUNT BILLED:        _____      _____
  DEDUCTED FROM PAID RETAINER:      _____      _____
              AMOUNT BILLED:        _____      _____
                  THRU DATE:                                            11/26/2007
    CLOSE MATTER/FINAL BILLING?     YES   OR   NO
  EXPECTED DATE OF COLLECTION:      _____

       BILLING PARTNER APPROVAL:    _____      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                                    BENTLEY PHILIP - 02495
           BILLING COMMENTS:        _____
                                    _____

--------------------------------------------------------------------------------------------------------------------
                          ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                          ---------------------------                      --------------
                    FEES:                    0.00
           DISBURSEMENTS:                    8.61    UNIDENTIFIED RECEIPTS:        0.00
             FEE RETAINER:                   0.00         PAID FEE RETAINER:       0.00
            DISB RETAINER:                   0.00        PAID DISB RETAINER:       0.00
        TOTAL OUTSTANDING:                   8.61   TOTAL AVAILABLE FUNDS:         0.00
                                                            TRUST BALANCE:
                                        BILLING HISTORY
                                        ---------------
         DATE OF LAST BILL:            12/31/07    LAST PAYMENT DATE:       01/16/08
         LAST BILL NUMBER:               479846 ACTUAL FEES BILLED TO DATE: 147,201.50
                                                ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                TOTAL FEES BILLED TO DATE: 147,201.50
      LAST BILL THRU DATE:            11/30/07    FEES WRITTEN OFF TO DATE:  10,746.50
                                                COSTS WRITTEN OFF TO DATE:     431.74
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ------------------------------
     (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
     (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
     (3) Pre-arranged Discount      (6) Summer Associate         (9) Rounding          (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    5
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:41
```

```
Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status    : ACTIVE
```

```
U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                      Oldest       Latest          Total
                                       Entry        Entry           Amount
----  -------------------------------  ------       ------          ----------
0930  MESSENGER/COURIER                11/26/07     11/26/07            8.61

            Total                                                      8.61
```

```
U N B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee          Date        Amount        Index#   Batch No  Batch Date
----------------------------------  --------          ------      ----------    -------  --------  ----------

MESSENGER/COURIER          0930
     FEDERAL EXPRESS CORPORAT            RODRIGUEZ, V E    11/26/07      8.61      8155350  473286    12/13/07
     Klett Rooney Lieber & Schorlin
                                    0930 MESSENGER/COURIER Total :      8.61


            Costs Total :                                                        8.61
```

alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status    : ACTIVE

BILLING  INSTRUCTIONS  FOR  UNBILLED  COSTS  SUMMARY
Code Description          Amount          Bill      W/o / W/u      Transfer  To   Clnt/Mtr     Carry Forward
--------------------    -----------------    -----------  --------------  ------------------------------  ----------------

0930 MESSENGER/COURIER        8.61        _____  _____  _____  _____


        Costs Total :         8.61        _____  _____  _____  _____

alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE    7
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00012                        Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status    : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                        TO:
                 UNBILLED DISB FROM:    07/20/2007           TO:    12/31/2007
------------------------------------------------------------------------------------------------------------------------
                                            FEES                    COSTS
                                            ------                  -----------
           GROSS BILLABLE AMOUNT:           0.00                    50,136.85
          AMOUNT WRITTEN DOWN:      _____      _____
                     PREMIUM:      _____      _____
           ON ACCOUNT BILLED:      _____      _____
   DEDUCTED FROM PAID RETAINER:     _____      _____
               AMOUNT BILLED:      _____      _____
                   THRU DATE:                               12/31/2007
     CLOSE MATTER/FINAL BILLING?    YES    OR   NO
    EXPECTED DATE OF COLLECTION:    _____

       BILLING PARTNER APPROVAL:                            _____
                                    BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:
                                    _____
                                    _____

------------------------------------------------------------------------------------------------------------------------
                        ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH
                        --------------------------                  -------------------
                 FEES:           0.00
         DISBURSEMENTS:     50,136.85       UNIDENTIFIED RECEIPTS:        0.00
          FEE RETAINER:          0.00            PAID FEE RETAINER:       0.00
         DISB RETAINER:          0.00           PAID DISB RETAINER:       0.00
     TOTAL OUTSTANDING:     50,136.85      TOTAL AVAILABLE FUNDS:        0.00
                                                   TRUST BALANCE:
                                            BILLING HISTORY
                                            -------------------
        DATE OF LAST BILL:      12/31/07      LAST PAYMENT DATE:    01/16/08
         LAST BILL NUMBER:        479846  ACTUAL FEES BILLED TO DATE:  1,415,487.00
                                           ON ACCOUNT FEES BILLED TO DATE:       0.00
                                            TOTAL FEES BILLED TO DATE:  1,415,487.00
      LAST BILL THRU DATE:      11/30/07    FEES WRITTEN OFF TO DATE:     10,784.50
                                           COSTS WRITTEN OFF TO DATE:      3,348.08
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        ----------------------------
           (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
           (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
           (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding          (10) Client Arrangement

 BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

alp_132r: Matter Detail

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
***PRIVILEGED AND CONFIDENTIAL***

PAGE    8

Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:     2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 12/03/07 | 12/19/07 | 107.25 |
| 0840 | MANUSCRIPT SERVICE | 12/04/07 | 12/04/07 | 0.00 |
| 0885 | LONG-DISTANCE TEL. | 07/20/07 | 12/20/07 | 1.78 |
| 0917 | WESTLAW ON-LINE RESEARCH | 12/03/07 | 12/25/07 | 450.35 |
| 0920 | PRINT. & BINDING | 12/18/07 | 12/31/07 | 654.15 |
| 0930 | MESSENGER/COURIER | 11/27/07 | 11/27/07 | 21.91 |
| 0940 | CAB FARES | 10/29/07 | 12/06/07 | 1,044.95 |
| 0942 | MEALS/IN-HOUSE | 12/02/07 | 12/02/07 | 20.50 |
| 0950 | OUT-OF-TOWN TRAVEL | 11/10/07 | 12/31/07 | 3,150.42 |
| 0951 | MEALS/T & E | 11/26/07 | 11/26/07 | 14.77 |
| 0965 | COURT REPORTER/VIDEO DEPOSITIO | 12/17/07 | 12/31/07 | 44,338.41 |
| 0972 | DOCUMENT RETRIEVAL FEES | 09/30/07 | 12/31/07 | 257.36 |
| 0980 | TRANSCRIPT FEES | 12/13/07 | 12/13/07 | 75.00 |
| | **Total** | | | **50,136.85** |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| PHOTOCOPYING                     0820 | | | | | | |
|   PHOTOCOPYING | WIGGINS, C | 12/03/07 | 0.75 | 8147008 | 471455 | 12/10/07 |
|   WIGGINS  CLAUDINE | | | | | | |
|   PHOTOCOPYING | WIGGINS, C | 12/04/07 | 0.90 | 8147009 | 471455 | 12/10/07 |
|   WIGGINS  CLAUDINE | | | | | | |
|   PHOTOCOPYING | GLASS, J J | 12/05/07 | 104.85 | 8147010 | 471455 | 12/10/07 |
|   GLASS  JESSICA J | | | | | | |
|   PHOTOCOPYING | HOROWITZ, G A | 12/19/07 | 0.75 | 8167232 | 477587 | 12/21/07 |
|   HOROWITZ  GREGORY A. | | | | | | |
| | **0820 PHOTOCOPYING Total :** | | **107.25** | | | |
| | | | | | | |
| MANUSCRIPT SERVICE               0840 | | | | | | |
|   MANUSCRIPT SERVICE | WIGGINS, C | 12/04/07 | 0.00 | 8146366 | 470942 | 12/10/07 |
| | **0840 MANUSCRIPT SERVICE Total :** | | **0.00** | | | |
| | | | | | | |
| LONG-DISTANCE TEL.               0885 | | | | | | |
|   LONG-DISTANCE TEL. | KELLERMAN, M | 07/20/07 | 0.30 | 8189449 | 488518 | 01/15/08 |
|   8474361429 | | | | | | |
|   LONG-DISTANCE TEL. | KELLERMAN, M | 12/20/07 | 0.59 | 8168160 | 477594 | 12/21/07 |
|   4122813700 | | | | | | |
|   LONG-DISTANCE TEL. | KELLERMAN, M | 12/20/07 | 0.89 | 8168161 | 477594 | 12/21/07 |
|   4122813700 | | | | | | |
| | **0885 LONG-DISTANCE TEL. Total :** | | **1.78** | | | |