```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:41


Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS - 06975             Proforma Number:   2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee              Date        Amount      Index#   Batch No   Batch Date
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| WESTLAW ON-LINE RESE    0917 | | | | | | |
| WESTLAW ON-LINE RESE | HOROWITZ, G A | 12/03/07 | 46.84 | 8176661 | 482144 | 01/02/08 |
| WESTLAW ON-LINE RESE | HOROWITZ, G A | 12/03/07 | 169.09 | 8176830 | 482144 | 01/02/08 |
| WESTLAW ON-LINE RESE | HOROWITZ, G A | 12/05/07 | 40.68 | 8176831 | 482144 | 01/02/08 |
| WESTLAW ON-LINE RESE | FARBER, P F | 12/06/07 | 59.53 | 8176662 | 482144 | 01/02/08 |
| WESTLAW ON-LINE RESE | HOROWITZ, G A | 12/07/07 | 9.84 | 8176663 | 482144 | 01/02/08 |
| WESTLAW ON-LINE RESE | FARBER, P F | 12/24/07 | 71.66 | 8176664 | 482144 | 01/02/08 |
| WESTLAW ON-LINE RESE | FARBER, P F | 12/25/07 | 52.71 | 8176665 | 482144 | 01/02/08 |
| 0917 WESTLAW ON-LINE RESE Total : | | | 450.35 | | | |
| PRINT. & BINDING    0920 | | | | | | |
| DTI SKYLINE | BALDINGER, L B | 12/18/07 | 199.19 | 8161848 | 475555 | 12/18/07 |
| PRINT. & BINDING - VENDOR- DTI SKYLINE | | | | | | |
| DTI SKYLINE | BALDINGER, L B | 12/31/07 | 201.97 | 8173040 | 480709 | 12/31/07 |
| PRINT. & BINDING - VENDOR- DTI SKYLINE | | | | | | |
| DTI SKYLINE | BALDINGER, L B | 12/31/07 | 79.07 | 8173041 | 480709 | 12/31/07 |
| PRINT. & BINDING - VENDOR- DTI SKYLINE | | | | | | |
| DTI SKYLINE | BALDINGER, L B | 12/31/07 | 173.92 | 8173042 | 480709 | 12/31/07 |
| PRINT. & BINDING - VENDOR- DTI SKYLINE | | | | | | |
| 0920 PRINT. & BINDING Total : | | | 654.15 | | | |
| MESSENGER/COURIER    0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | HOROWITZ, G A | 11/27/07 | 10.33 | 8155351 | 473286 | 12/13/07 |
| Stroock & Stroock & Lavan | | | | | | |
| FEDERAL EXPRESS CORPORAT | HOROWITZ, G A | 11/27/07 | 11.58 | 8155352 | 473286 | 12/13/07 |
| University of Chicago | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | 21.91 | | | |
| CAB FARES    0940 | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 10/29/07 | 126.75 | 8189900 | 489033 | 01/16/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 11/02/07 | 100.25 | 8189901 | 489033 | 01/16/08 |
| CAB FARES | HOROWITZ, G A | 11/06/07 | 91.55 | 8151737 | 472816 | 12/12/07 |
| CAB FARES - ODYSSEY | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 11/07/07 | 164.50 | 8189902 | 489033 | 01/16/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 11/10/07 | 164.50 | 8189892 | 489033 | 01/16/08 |
| CAB FARES | HOROWITZ, G A | 11/13/07 | 50.49 | 8151738 | 472816 | 12/12/07 |
| CAB FARES - ODYSSEY | | | | | | |
| CAB FARES | HOROWITZ, G A | 11/14/07 | 119.09 | 8152348 | 472969 | 12/12/07 |
| CAB FARES - ODYSSEY | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 11/14/07 | 25.00 | 8189896 | 489033 | 01/16/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 11/26/07 | 97.25 | 8189891 | 489033 | 01/16/08 |
| CAB FARES | HOROWITZ, G A | 12/06/07 | 105.57 | 8166905 | 477579 | 12/21/07 |
| CAB FARES - ODYSSEY | | | | | | |
| 0940 CAB FARES Total : | | | 1,044.95 | | | |

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   10
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00012                                             Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status         : ACTIVE

UNBILLED COSTS DETAIL
Description/Code                                 Employee             Date             Amount       Index#  Batch No  Batch Date
----------------------------------------         --------            ------           ---------     ------  --------  ----------

MEALS/IN-HOUSE                0942
   MEALS/IN-HOUSE                                GLASS, J J          12/02/07          20.50        8165875  477062   12/20/07
   IN-HOUSE/MEALS
                                                 0942 MEALS/IN-HOUSE Total :           20.50

OUT-OF-TOWN TRAVEL            0950
   GREGORY A. HOROWITZ                           HOROWITZ, G A       11/10/07       1,114.57        8189895  489033   01/16/08
   Name: Fairmont; City: Chicago; Date(s): 11/10/07
   - 11/12/07
   GREGORY A. HOROWITZ                           HOROWITZ, G A       11/13/07         442.01        8189893  489033   01/16/08
   From: NYC; To: Washington; Date(s): 11/13/07 Air
   fare
   GREGORY A. HOROWITZ                           HOROWITZ, G A       11/13/07          70.25        8189894  489033   01/16/08
   From: NYC; To: Washington; Date(s): 11/13/07 - T
   ravel Agent Fee
   GREGORY A. HOROWITZ                           HOROWITZ, G A       11/13/07         530.49        8189897  489033   01/16/08
   Name: Westin Hotel; City: Washington, DC; Date(s
   ): 11/13/07-11/14/07
   GREGORY A. HOROWITZ                           HOROWITZ, G A       11/26/07         336.00        8189898  489033   01/16/08
   From : Stamford/New Rochelle; To: Wilmington; Da
   te(s): 11/26/07
   DINERS CLUB CITICORP DIN                      FARBER, P F         12/31/07         657.10        8173493  480834   12/31/07
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
   CITICORP DINERS CLUB DEPART: 01/21/08     NY TO PIT
   TO NY
                                                 0950 OUT-OF-TOWN TRAVEL Total :    3,150.42

MEALS/T & E                   0951
   GREGORY A. HOROWITZ                           HOROWITZ, G A       11/26/07          14.77        8189899  489033   01/16/08
   Establishment: Amtrak; Guests: Greg Horowitz; Af
   filiation: KLNF; Refreshments on Train: 10.00 +
   4.77
                                                 0951 MEALS/T & E Total :              14.77

COURT REPORTER/VIDEO          0965
   JANE ROSE REPORTING INC.                      FARBER, P F         12/17/07       1,327.00        8160479  474504   12/17/07
   COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR-
   JANE ROSE REPORTING INC.
   JANE ROSE REPORTING INC.                      FARBER, P F         12/17/07         802.55        8160480  474504   12/17/07
   COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR-
   JANE ROSE REPORTING INC.
   JANE ROSE REPORTING INC.                      FARBER, P F         12/17/07       2,326.25        8160481  474504   12/17/07
   COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR-
   JANE ROSE REPORTING INC.
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   11
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code                              Employee           Date          Amount      Index#   Batch No  Batch Date
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 619.25 | 8160482 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 3,051.40 | 8160483 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 1,348.41 | 8160484 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 1,261.25 | 8160485 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 938.50 | 8160486 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 1,506.40 | 8160487 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 484.45 | 8160496 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 2,407.20 | 8160498 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 2,544.75 | 8160559 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 1,882.90 | 8160608 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 1,916.30 | 8160619 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 676.80 | 8160620 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/17/07 | 2,192.70 | 8160621 | 474504 | 12/17/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 1,902.45 | 8173508 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 1,830.25 | 8173509 | 480709 | 12/31/07 |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    12
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status        : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                  Employee            Date         Amount      Index#  Batch No  Batch Date
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 1,682.10 | 8173510 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 2,411.30 | 8173511 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 2,025.90 | 8173512 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 1,151.95 | 8173513 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 1,425.45 | 8173514 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 566.20 | 8173515 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 732.25 | 8173537 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 800.50 | 8173538 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 2,831.45 | 8173539 | 480709 | 12/31/07 |
| JANE ROSE REPORTING INC. COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- JANE ROSE REPORTING INC. | FARBER, P F | 12/31/07 | 1,692.50 | 8173540 | 480709 | 12/31/07 |

                                    0965 COURT REPORTER/VIDEO Total :    44,338.41

DOCUMENT RETRIEVAL F        0972

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| DOCUMENT RETRIEVAL F PACER RETRIEVAL FEES | PIZZARELLO, C | 09/30/07 | 145.44 | 8151196 | 471859 | 12/11/07 |
| DOCUMENT RETRIEVAL F PACER RETRIEVAL FEES | PIZZARELLO, C | 12/31/07 | 111.92 | 8187567 | 487881 | 01/14/08 |

                                    0972 DOCUMENT RETRIEVAL F Total :    257.36

TRANSCRIPT FEES             0980

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CITIBANK TRANSCRIPT FEES - VENDOR- CITIBANK Court Call -06/14/07 | GLASS, J J | 12/13/07 | 25.00 | 8155849 | 473525 | 12/13/07 |

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   13
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00012                                      Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2583165
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

UNBILLED    COSTS    DETAIL
Description/Code                             Employee          Date           Amount         Index#  Batch No  Batch Date
-------------------------------------        --------          ----           ------         ------  --------  ----------

   CITIBANK                                  GLASS, J J        12/13/07         25.00        8155850  473525    12/13/07
   TRANSCRIPT FEES - VENDOR- CITIBANK Court Call
   -06/08/07
   CITIBANK                                  GLASS, J J        12/13/07         25.00        8155851  473525    12/13/07
   TRANSCRIPT FEES - VENDOR- CITIBANK Court Call
   -06/05/107
                                             0980 TRANSCRIPT FEES Total :       75.00


        Costs Total :                                                        50,136.85
```

alp_132r: Matter Detail	KRAMER LEVIN NAFTALIS & FRANKEL LLP	PAGE   14
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 02/08/2008 11:29:41

Matter No: 056772-00012  
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  
Matter Opened : 07/27/2001  

Orig Prtnr : CRED. RGTS  - 06975  
Bill Prtnr : BENTLEY PHILIP - 02495  
Supv Prtnr : MAYER THOMAS MOERS - 03976  

Proforma Number:    2583165  
Bill Frequency: M  

Status       : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0820 | PHOTOCOPYING | 107.25 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 1.78 | | | | | |
| 0917 | WESTLAW ON-LINE RESEARCH | 450.35 | | | | | |
| 0920 | PRINT. & BINDING | 654.15 | | | | | |
| 0930 | MESSENGER/COURIER | 21.91 | | | | | |
| 0940 | CAB FARES | 1,044.95 | | | | | |
| 0942 | MEALS/IN-HOUSE | 20.50 | | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 3,150.42 | | | | | |
| 0951 | MEALS/T & E | 14.77 | | | | | |
| 0965 | COURT REPORTER/VIDEO DEPO | 44,338.41 | | | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 257.36 | | | | | |
| 0980 | TRANSCRIPT FEES | 75.00 | | | | | |
| | Costs Total : | 50,136.85 | | | | | |

```
Report Name: alp_132cs
Filename:[/elite/alp/TEMP.a02808]
Date:02/08/2008
Time:11:29:49
User Id:06932/
Service Id:995884
```

```
alp_132c: Client Summary                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:41

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------------
                                                     PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:    09/12/9227                              TO:    -7/-5/-918
            UNBILLED DISB FROM:    07/20/2007                              TO:    12/31/2007
-----------------------------------------------------------------------------------------------------------------------------------
                                                FEES                              COSTS

         GROSS BILLABLE AMOUNT:                  0.00                           50,222.40
           AMOUNT WRITTEN DOWN:    _____         _____
                       PREMIUM:    _____         _____
              ON ACCOUNT BILLED:   _____         _____
      DEDUCTED FROM PAID RETAINER: _____         _____
                 AMOUNT BILLED:    _____         _____
                    THRU DATE:                -7/-5/-918                        12/31/2007
     CLOSE MATTER/FINAL BILLING?    YES   OR   NO
     EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:  _____
                                                                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:
-----------------------------------------------------------------------------------------------------------------------------------

                                       ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                        FEES:                      0.00
                DISBURSEMENTS:                 50,222.40     UNIDENTIFIED RECEIPTS:         0.00
                 FEE RETAINER:                      0.00        PAID FEE RETAINER:          0.00
                DISB RETAINER:                      0.00       PAID DISB RETAINER:          0.00
             TOTAL OUTSTANDING:                50,222.40      TOTAL AVAILABLE FUNDS:        0.00
                                                                     TRUST BALANCE:
                                              BILLING HISTORY

           DATE OF LAST BILL:          12/31/07       LAST PAYMENT DATE:      01/16/08
             LAST BILL NUMBER:          479846  ACTUAL FEES BILLED TO DATE:  3,025,826.50
                                                ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                TOTAL FEES BILLED TO DATE:   3,025,826.50
           LAST BILL THRU DATE:         11/30/07
                                                FEES WRITTEN OFF TO DATE:      180,307.18
                                                COSTS WRITTEN OFF TO DATE:      26,519.82
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       ---------------------------
           (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
           (2) Late Time & Costs Posted (5) Business Development   (8) Premium
           (3) Pre-arranged Discount   (6) Summer Associate        (9) Rounding            (10) Client Arrangement

    BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132c: Client Summary              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    2
                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/08/2008 11:29:49


Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                            Oldest         Latest           Total
                                             Entry          Entry            Amount
----  -----------------------------          ------         ------           -----------
U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                            Oldest         Latest           Total
                                             Entry          Entry            Amount

----  -----------------------------          ------         ------           -----------

0820  PHOTOCOPYING                           12/03/07       12/19/07                139.95
0840  MANUSCRIPT SERVICE                     12/04/07       12/04/07                  0.00
0885  LONG-DISTANCE TEL.                     07/20/07       12/20/07                  1.78
0917  WESTLAW ON-LINE RESEARCH               12/03/07       12/25/07                450.35
0920  PRINT. & BINDING                       12/18/07       12/31/07                654.15
0930  MESSENGER/COURIER                      11/26/07       11/27/07                 30.52
0940  CAB FARES                              10/29/07       12/06/07              1,044.95
0942  MEALS/IN-HOUSE                         12/02/07       12/02/07                 20.50
0950  OUT-OF-TOWN TRAVEL                     11/10/07       12/31/07              3,150.42
0951  MEALS/T & E                            11/26/07       11/26/07                 14.77
0965  COURT REPORTER/VIDEO DEPOSITIO         12/17/07       12/31/07             44,338.41
0972  DOCUMENT RETRIEVAL FEES                09/30/07       12/31/07                301.60
0980  TRANSCRIPT FEES                        12/13/07       12/13/07                 75.00


         Total                                                                    50,222.40
                                                                                 -------------
         Grand Total                                                              50,222.40
                                                                                 =============
```

```
Report Name: alp_132cr
Filename:[/elite/alp/TEMP.a02808]
Date:02/08/2008
Time:11:29:49
User Id:06932/
Service Id:995884
```