IN THE UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Reference Docket Nos. 18010 & 18011** |
| | ) | |

## NOTICE OF WITHDRAWAL DOCUMENT FILED
## IN ERROR (DOCKET NO. 18011)

On February 8, 2008, the undersigned received and filed the *Supplemental Objection to Future Claimants' Representative's Supplemental Opposition to Grace's Motion to Strike as "Untimely" Professor Eric Stallard's Reply Declaration, and For Sanctions* [Docket No. 18010] Subsequent to that filing, on February 8, 2008, the undersigned inadvertently filed it again with a different signature line at Docket No. 18011.

The undersigned states that Docket Nos. 18011 should be removed as a duplicate filing.

                              PHILLIPS, GOLDMAN & SPENCE, P.A.

                              /s/ John C. Phillips, Jr.
                              JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                              1200 North Broom Street
                              Wilmington, DE 19806
                              (302) 655-4200
                              Local Counsel for David T. Austern, Future
                              Claimants' Representative

Dated: February 11, 2008