# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 51 - Daramic NOR

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 0.5 | $255.00 |
| | | | | | |
| TOTAL | | | | 0.5 | $255.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 1.32 |
| Filing & Recording Fees | $ 75.00 |
| | |
| TOTAL | $ 76.32 |



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Company

February 11, 2008
Invoice No.: 407335
Matter No.: 08743.00051

Re:   **Daramic NOR**

For Professional Services rendered through November 30, 2007

| | |
|---|---|
| Fees | $255.00 |
| Disbursements | <u>76.32</u> |
| **Total Fees and Disbursements** | **<u>$331.32</u>** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com

Matter No.: 08743.00051  
Re: Daramic NOR

Invoice No.: 407335  
February 11, 2008  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/06/07 | Jaffe | Emails with team regarding RAO issues (0.5). | 0.5 |
| | | **Total Hours** | **0.5** |

Matter No.: 08743.00051  
Re: Daramic NOR

Invoice No.: 407335  
February 11, 2008  
Page 3

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** |
|---|---|
| Jaffe | 0.5 |

| | |
|---|---|
| **Total Fees** | **$255.00** |

### Disbursement Summary

| **Date** | | **Amount** |
|---|---|---|
| 11/30/07 | In-House Photocopying | 1.32 |
| 11/30/07 | Filing & Recording Fees | 75.00 |
| | **Total Disbursements** | **$76.32** |

| | |
|---|---|
| Total Fees | $255.00 |
| Total Disbursements | <u>76.32</u> |
| **Total Fees and Disbursements** | **<u>$331.32</u>** |

To ensure proper credit to your account,  
please include remittance page with your payment.



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Company

February 11, 2008
Invoice No.: 407335
Matter No.: 08743.00051

Re:   **Daramic NOR**

Total Fees and Disbursements                  **$331.32**

| Remittance Address:    | Fed-Ex Remittance Address: |
|------------------------|----------------------------|
| Foley Hoag LLP         | Foley Hoag LLP             |
| Box 83176              | Box 83176                  |
| Woburn, MA 01813-3176  | 100 Maple Street           |
|                        | Stoneham, MA 02180-3125    |

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00051, **Invoice #:** 407335
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Rice | Paralegal | Bankruptcy | $210.00 | 1.5 | $315.00 |
| | | | | | |
| TOTAL | | | | 1.5 | $315.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 35.28 |
| | |
| TOTAL | $ 35.28 |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 11, 2008
Invoice No.: 407337
Matter No.: 08743.00101

Re: **Bankruptcy Matters**

For Professional Services rendered through November 30, 2007

| | |
|---|---:|
| Fees | $315.00 |
| Disbursements | 35.28 |
| **Total Fees and Disbursements** | **$350.28** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

| | | | |
|---|---|---|---|
| Matter No.: 08743.00101 | | | Invoice No.: 407337 |
| Re: Bankruptcy Matters | | | February 11, 2008 |
| | | | Page 2 |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/14/07 | Rice | Attention to filing Quarterly Report. | 1.0 |
| 11/28/07 | Rice | Reviewed, revised and prepared fee application package for service. | 0.5 |
| | | **Total Hours** | **1.5** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 407337  
February 11, 2008  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Rice | 1.5 |

Total Fees $315.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/30/07 | In-House Photocopying | 35.28 |

Total Disbursements $35.28

Total Fees $315.00  
Total Disbursements 35.28  
Total Fees and Disbursements $350.28



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 11, 2008
Invoice No.: 407337
Matter No.: 08743.00101

Re:   Bankruptcy Matters

Total Fees and Disbursements          **$350.28**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 407337
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 7.0 | $3,570.00 |
| Amy E. Frazier | Associate | Administrative | $285.00 | 98.3 | $12,515.00* |
| TOTAL | | | | 105.3 | $16,085.00 |

*The fees for this associate have been reduced by $15,500.50 during the Fee Period.

### Expenses

| Description | Total |
|---|---|
| Computer Research, Lexis | $4,275.25 |
| Computer Research, Westlaw | $950.50 |
| TOTAL | $5,225.75 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 11, 2008
Invoice No.: 407336
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through November 30, 2007

|  |  |
|---|---|
| Fees | $31,585.50 |
| Less Discount | (15,500.50) |
| Total Fees | $16,085.00 |
| Fees | $16,085.00 |
| Disbursements | 5,225.75 |
| **Total Fees and Disbursements** | **$21,310.75** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC            www.foleyhoag.com

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/02/07 | Jaffe | Emails with team regarding asbestos issue (0.4); review allocation issues (0.8). | 1.2 |
| 11/08/07 | Frazier | Research whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (8.8). | 8.8 |
| 11/09/07 | Frazier | Research whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (5.0); attend client conference call regarding possible cost allocation issues (1.8). | 6.8 |
| 11/09/07 | Jaffe | Office conference with A. Frazier and telephone conference with clients regarding allocation issues and preparation for same (1.8). | 1.8 |
| 11/12/07 | Frazier | Research whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (4.9); draft memorandum regarding same (1.2). | 6.1 |
| 11/13/07 | Frazier | Draft memorandum of law regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (9.7). | 9.7 |
| 11/14/07 | Frazier | Update research regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (2.0); continue drafting memorandum regarding same (2.1). | 4.1 |
| 11/15/07 | Frazier | Update research regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (2.0); continue drafting memorandum regarding same (2.2). | 4.2 |
| 11/16/07 | Frazier | Update research regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (1.0); continue drafting | 6.0 |

To ensure proper credit to your account,
please include remittance page with your payment.

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| | | memorandum regarding same (5.0). | |
| 11/19/07 | Frazier | Update research regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (3.9); continue drafting memorandum regarding same (4.4). | 8.3 |
| 11/20/07 | Frazier | Update research regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (1.0); continue drafting memorandum regarding same (3.2). | 4.2 |
| 11/21/07 | Frazier | Update research regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (1.0); continue drafting memorandum regarding same (5.7). | 6.7 |
| 11/26/07 | Jaffe | Review allocation issues (0.7). | 0.7 |
| 11/26/07 | Frazier | Continue drafting memorandum regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (4.1). | 4.1 |
| 11/27/07 | Frazier | Continue drafting memorandum regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (4.6). | 4.6 |
| 11/27/07 | Jaffe | Review Mr. Bucens allocation projections (0.4); email to team regarding same (0.3). | 0.7 |
| 11/28/07 | Frazier | Finalize memorandum regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (12.3). | 12.3 |
| 11/29/07 | Jaffe | Emails with team and with Covidien regarding 12/5/07 meeting (0.8). | 0.8 |
| 11/29/07 | Frazier | Finalize memorandum regarding whether owners and operators of Superfund sites are liable for actions or omissions that cause hazardous substances, deposited on the site by a different party, to migrate and cause additional damage (4.7). | 4.7 |

To ensure proper credit to your account, please include remittance page with your payment.

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/30/07 | Frazier | Participate in conference call regarding past and future cost allocation between Covidien and Grace (1.8); research instances and fact patterns where court imposed per capita allocation (5.9). | 7.7 |
| 11/30/07 | Jaffe | Pre-meeting call regarding Covidien negotiations and preparing for same (1.8). | 1.8 |
|  |  | **Total Hours** | **105.3** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Frazier | 98.3 |
| Jaffe | 7.0 |

|  |  |
|---|---|
| Total Fees | $16,085.00 |
| Fees | $31,585.50 |
| Less Discount | (15,500.50) |
| Total Fees | $16,085.00 |

## Disbursement Summary

| Date |  | Amount |
|---|---|---|
| 11/30/07 | Computer Research, Lexis | 4,275.25 |
| 11/30/07 | Computer Research, Westlaw | 950.50 |
| | Total Disbursements | $5,225.75 |

|  |  |
|---|---|
| Total Fees | $16,085.00 |
| Total Disbursements | 5,225.75 |
| Total Fees and Disbursements | $21,310.75 |



Adam P. Kahn
617-832-1206
Boston

# **REMITTANCE PAGE**

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 11, 2008
Invoice No.: 407336
Matter No.: 08743.00102

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**           **$21,310.75**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 407336
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company