# Exhibit A

## Total Contributions By Calendar Year[1]

## Assumes 2008 Actuarial Valuation NOT Completed Prior To April 15, 2008

| Due Date | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| January 15 | $0 | $8,713,625 | $16,279,562 | $14,830,385 | $9,300,000 |
| April 15 | $0 | $20,331,037 | $20,567,271 | $17,823,645 | $11,000,000 |
| July 15 | $15,429,390 | $21,343,849 | $8,982,359 | $1,800,000 | $11,300,000 |
| September 15 | $0 | $44,893,500 | $15,343,157 | $10,528,926 | $6,100,000 |
| October 15 | $8,710,981 | $6,145,562 | $14,830,385 | $9,100,000 | $11,400,000 |
| Totals | **$24,140,371** | **$101,427,573** | **$76,002,734** | **$54,082,956**[2] | **$49,100,000** |

---

[1] Amounts listed for 2005 to January 2008 are actual contributions. Later amounts are estimates, except the September 2008 contributions, which relate to the 2007 plan year and are finalized. The contributions for April 15, July 15, and October 15, 2008, as well as for January 15, 2009, are the estimates for the quarterly contributions for the 2008 plan year. The contributions for April 15, July 15 and October 15, 2009, are estimated quarterly contributions for the 2009 plan year.

[2] In the most recent Prior Funding Motion, the estimated total contributions for the 2008 calendar year were approximately $54.2 million.