# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 51 - Daramic NOR

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 0.8 | $408.00 |
| | | | | | |
| TOTAL | | | | 0.5 | $408.00 |

### Expenses

| Description | Total | |
|---|---|---|
| Express Delivery | $ | 8.45 |
| | | |
| TOTAL | $ | 8.45 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Company

February 11, 2008
Invoice No.: 407354
Matter No.: 08743.00051

Re: **Daramic NOR**

For Professional Services rendered through December 31, 2007

| | |
|---|---:|
| Fees | $408.00 |
| Disbursements | 8.45 |
| **Total Fees and Disbursements** | **$416.45** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com

Matter No.: 08743.00051  
Re: Daramic NOR

Invoice No.: 407354  
February 11, 2008  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 12/07/07 | Jaffe | Review returned deed notice and letter to Mr. Bucens regarding same (0.3). | 0.3 |
| 12/10/07 | Jaffe | Review draft PIP notice letter; emails with team (0.2). | 0.2 |
| 12/20/07 | Jaffe | Emails with Mr. Bucens regarding audit (0.3). | 0.3 |
|  |  | **Total Hours** | **0.8** |

Matter No.: 08743.00051  Invoice No.: 407354
Re: Daramic NOR  February 11, 2008
  Page 3

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** |
|---|---|
| Jaffe | 0.8 |

| **Total Fees** | **$408.00** |
|---|---|

## Disbursement Summary

| **Date** | | **Amount** |
|---|---|---|
| 12/31/07 | Express Delivery | 8.45 |
| | **Total Disbursements** | **$8.45** |

| Total Fees | $408.00 |
|---|---|
| Total Disbursements | 8.45 |
| **Total Fees and Disbursements** | **$416.45** |

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Company

February 11, 2008
Invoice No.: 407354
Matter No.: 08743.00051

Re:   **Daramic NOR**

Total Fees and Disbursements                $416.45

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00051, **Invoice #:** 407354
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 12.0 | $6,120.00 |
| Amy E. Frazier | Associate | Administrative | $285.00 | 18.7 | $2,484.50* |
| | | | | | |
| TOTAL | | | | 30.7 | $8,604.50 |

*The fees for this associate have been reduced by $2,845.00 during the Fee Period.

Expenses

| Description | Total |
|---|---|
| Telephone | $9.80 |
| Outside Professional Fees | $50.00 |
| Meals | $45.00 |
| Computer Research, Lexis | $650.25 |
| Computer Research, Westlaw | $22.25 |
| | |
| TOTAL | $777.30 |



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 11, 2008
Invoice No.: 407355
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through December 31, 2007

|   |   |
|---|---|
| Fees | $11,449.50 |
| Less Discount | (2,845.00) |
| Total Fees | $8,604.50 |
|   |   |
| Fees | $8,604.50 |
|   |   |
| Disbursements | 777.30 |
|   |   |
| **Total Fees and Disbursements** | **$9,381.80** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 12/03/07 | Frazier | Research whether a court would likely allocate response costs between Covidien and Grace based on a per capita, or similar, method (2.0); outline answer (1.5). | 3.8 |
| 12/03/07 | Jaffe | Emails with Mr. Campbell and client team regarding 12/5/07 meeting (0.6). | 0.6 |
| 12/04/07 | Frazier | Research whether a court would likely allocate response costs between Covidien and Grace based on a per capita, or similar, method (2.0); draft memo regarding the same (2.7). | 4.7 |
| 12/04/07 | Jaffe | Prepare for 12/5 meeting (1.2). | 1.2 |
| 12/05/07 | Frazier | Draft memo discussing whether a court would likely allocate response costs between Covidien and Grace based on a per capita, or similar, method (7.2). | 7.2 |
| 12/05/07 | Jaffe | Meeting with Covidien and preparing for same (3.8). | 3.8 |
| 12/06/07 | Frazier | Finalize memorandum discussing whether a court would likely allocate response costs between Covidien and Grace based on a per capita, or similar, method (2.0); outline answer (1.0). | 3.0 |
| 12/07/07 | Jaffe | Telephone call with Mr. Campbell regarding municipal liability (0.4). | 0.4 |
| 12/11/07 | Jaffe | Emails regarding next meeting (0.2); review municipal liability (0.3). | 0.5 |
| 12/17/07 | Jaffe | Emails with team (0.3). | 0.3 |
| 12/18/07 | Jaffe | Telephone conference with Grace and Covidien and prepare for same (1.2); telephone conference with Grace (0.3); review EPA invoices (0.3). | 1.8 |
| 12/19/07 | Jaffe | Review EPA oversight bills and drafting email to Covidien regarding EPA bills and emails with team regarding same (2.1). | 2.1 |
| 12/20/07 | Jaffe | Review, revise, revised draft email to Covidien and emails with team regarding same (0.6); emails with team regarding EPA asbestos study (0.2). | 0.8 |
| 12/27/07 | Jaffe | Emails with Mr. Campbell and with team regarding Covidien settlement (0.5). | 0.5 |
| | | **Total Hours** | **30.7** |

To ensure proper credit to your account,
please include remittance page with your payment.

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Frazier | 18.7 |
| Jaffe | 12.0 |

| | |
|---|---|
| Total Fees | $8,604.50 |
| | |
| Fees | $11,449.50 |
| Less Discount | (2,845.00) |
| Total Fees | $8,604.50 |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 12/31/07 | Telephone | 9.80 |
| 12/31/07 | Outside Professional Fees | 50.00 |
| 12/31/07 | Meals | 45.00 |
| 12/31/07 | Computer Research, Lexis | 650.25 |
| 12/31/07 | Computer Research, Westlaw | 22.25 |
| | Total Disbursements | $777.30 |

| | |
|---|---|
| Total Fees | $8,604.50 |
| Total Disbursements | 777.30 |
| Total Fees and Disbursements | $9,381.80 |

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 11, 2008
Invoice No.: 407355
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

Total Fees and Disbursements                          **$9,381.80**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

Client/Matter #: 08743.00102, Invoice #: 407355
Billing Attorney: Adam P. Kahn
Wire Originator: W.R. Grace & Company