# FORTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007)

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 12/1/07 through 12/31/07

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 14.20 | $8,449.00 |
| S. Cunningham | Member | $595 | 25.70 | $15,291.50 |
| J. Dolan | Consultant | $375 | 79.20 | $29,700.00 |
| N. Backer | Paraprofessional | $100 | 2.90 | $290.00 |
| For the Period 12/1/07 through 12/31/07 | | | 122.00 | $53,730.50 |

Capstone Advisory Group, LLC
Invoice for the December 2007 Fee Application

Page 1 of 1

DM3\671782.1

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 12/1/07 through 12/31/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and debt capacity, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios, and analyses of the PI proposal. | 45.50 | $20,384.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including environmental issues, acquisitions, COLI policies and settlements with counsel and Committee members. | 24.60 | $10,127.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the October and November Fee Statements. | 7.70 | $2,134.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q307 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to the Committee was prepared thereon. | 44.20 | $21,085.00 |
| **For the Period 12/1/07 through 12/31/07** | | **122.00** | **$53,730.50** |

Capstone Advisory Group, LLC
Invoice for the December 2007 Fee Application

Page 1 of 1

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 12/1/07 through 12/31/07**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 12/4/2007 | J. Dolan | 0.80 | Read and analyzed counsel's memo re: claim settlements. |
| 12/5/2007 | J. Dolan | 1.70 | Updated recovery analysis for current stock prices and interest rates. |
| 12/7/2007 | J. Dolan | 1.50 | Preparation of claims analysis based on lower settlement of claims. |
| 12/10/2007 | J. Dolan | 5.30 | Read and analyzed briefs filed by the Debtors, ACC, FCR and equity to exclude certain expert testimony. |
| 12/11/2007 | J. Dolan | 1.10 | Read and analyzed briefs filed by Debtors. |
| 12/12/2007 | S. Cunningham | 2.20 | Review recovery scenario using market based pricing of equity. |
| 12/13/2007 | E. Ordway | 0.30 | Directed staff in updating interest calculations. |
| 12/13/2007 | J. Dolan | 1.00 | Review of analyst interest calculation. |
| 12/14/2007 | J. Dolan | 3.50 | Prepared recovery analysis based on various assumptions. |
| 12/17/2007 | J. Dolan | 2.50 | Updated recovery analysis including updated interest calculations, stock prices and other changes in assumptions. |
| 12/17/2007 | S. Cunningham | 2.30 | Review Interest rate calculation and claim assumptions. |
| 12/18/2007 | J. Dolan | 3.20 | Discussions with counsel regarding accrual of fees, proof of claim filed by banks, commitment fees and interest. Analysis thereon. |
| 12/18/2007 | J. Dolan | 3.30 | Read and analyzed prior memo regarding accrual of interest and fees and recalculated according to current terms. |
| 12/18/2007 | E. Ordway | 2.10 | Reviewed POR proposal from ACC/FCR and updated analysis thereof. |
| 12/19/2007 | S. Cunningham | 3.00 | Review interest Default interest provision - credit agreement. |
| 12/19/2007 | J. Dolan | 4.50 | Review interest Default interest and fees provisions in credit agreement and summarized for team. |
| 12/19/2007 | E. Ordway | 0.40 | Directed staff in analyzing credit agreement data regarding interest determination. |
| 12/20/2007 | S. Cunningham | 4.20 | Review Coli liquidation and insurance policy information. |

**Capstone Advisory Group, LLC**
**Invoice for the December 2007 Fee Application**

Page 1 of 4

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/21/2007 | J. Dolan | 2.00 | Reflected interest accrual calculation into recovery analysis. |
| 12/21/2007 | E. Ordway | 0.60 | Analyzed cash position and recalculated our view of excess cash. |
| Subtotal | | 45.50 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/4/2007 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding acquisitions and environmental matters. |
| 12/4/2007 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 12/4/2007 | E. Ordway | 0.80 | Read and analyzed counsel's memo regarding Del Taco settlement. |
| 12/6/2007 | J. Dolan | 1.30 | Updated work plan. |
| 12/6/2007 | J. Dolan | 0.70 | Read and analyzed recent docket submissions. |
| 12/7/2007 | J. Dolan | 0.50 | Updated contact list for distributions. |
| 12/10/2007 | E. Ordway | 1.20 | Call with a bank debt holder regarding exclusivity and case status. |
| 12/10/2007 | E. Ordway | 0.60 | Read and analyzed briefs, pleadings and Counsel's memo regarding expert testimony issues. |
| 12/11/2007 | J. Dolan | 1.40 | Committee Matters - Call with debt holder to discuss case. |
| 12/12/2007 | J. Dolan | 0.70 | Committee Matters - read and analyzed counsel's memos on acquisitions and environmental matters. |
| 12/14/2007 | E. Ordway | 0.40 | Call with committee member to discuss case status. |
| 12/14/2007 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| 12/17/2007 | E. Ordway | 0.30 | Read counsel's memo regarding: appointment of examiner regarding Tersigni. |
| 12/17/2007 | J. Dolan | 0.30 | Read and analyzed recent docket submissions. |
| 12/17/2007 | J. Dolan | 0.60 | Committee Matters - Distributed financial package to Committee. |
| 12/17/2007 | J. Dolan | 0.80 | Committee Matters - Prepared distribution memo to Committee and distributed report. |
| 12/20/2007 | J. Dolan | 2.90 | Read and analyzed draft motion regarding termination of COLI insurance policies. |
| 12/20/2007 | J. Dolan | 4.20 | Reviewed and analyzed COLI liquidation and insurance policy information. |

Capstone Advisory Group, LLC  
Invoice for the December 2007 Fee Application

Page 2 of 4

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/21/2007 | J. Dolan | 2.50 | Updated work plan. |
| 12/21/2007 | J. Dolan | 2.40 | Read and analyzed recent docket submissions. |
| 12/21/2007 | E. Ordway | 0.40 | Reviewed docket summary prepared by staff. |
| Subtotal | | 24.60 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/4/2007 | J. Dolan | 0.60 | Fee application analysis for the quarter. |
| 12/5/2007 | J. Dolan | 1.20 | Review of final fee applications filed by Stroock and update to receivable analysis. |
| 12/5/2007 | E. Ordway | 0.20 | Prepared fee application. |
| 12/6/2007 | N. Backer | 1.10 | Prepared October fee statement. |
| 12/6/2007 | J. Dolan | 1.00 | Prepared October fee application. |
| 12/11/2007 | N. Backer | 0.70 | Prepared October fee statement. |
| 12/13/2007 | J. Dolan | 1.30 | Reconciliation of Grace receivable. |
| 12/13/2007 | J. Dolan | 0.50 | Prepared October fee application. |
| 12/20/2007 | N. Backer | 1.10 | Prepared November fee application. |
| Subtotal | | 7.70 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/3/2007 | S. Cunningham | 4.10 | Reviewed Q3 financial performance versus plan and prior year. |
| 12/3/2007 | J. Dolan | 0.50 | Prepared 3rd quarter report to the Committee including update on subsequent events. |
| 12/3/2007 | E. Ordway | 1.10 | Prepared/edited report on 3Q performance for the Committee. |
| 12/3/2007 | J. Dolan | 0.50 | Prepared 3rd quarter report to Committee including analysis of peer reports. |
| 12/3/2007 | J. Dolan | 1.20 | Prepared 3rd quarter report to the Committee including cash flow analysis. |
| 12/3/2007 | J. Dolan | 1.00 | Prepared additional analysis for 3Q report related to cash flow estimate. |
| 12/3/2007 | J. Dolan | 0.80 | Prepared 3rd quarter report to the Committee including GM analysis. |
| 12/3/2007 | J. Dolan | 1.60 | Prepared 3rd quarter report to Committee including analysis of peer reports. |

**Capstone Advisory Group, LLC**
**Invoice for the December 2007 Fee Application**

Page 3 of 4

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/3/2007 | J. Dolan | 1.30 | Prepared 3rd quarter report to the Committee including peer analysis. |
| 12/4/2007 | J. Dolan | 2.00 | Received comments on 3rd quarter report and incorporated changes into report. |
| 12/4/2007 | J. Dolan | 1.70 | Prepared 3rd quarter report to the Committee including quarterized Oct 07 results and comparison to latest estimate and Plan. |
| 12/5/2007 | E. Ordway | 0.70 | Directed staff in finalizing Quarterly report. |
| 12/5/2007 | J. Dolan | 1.00 | Reviewed final version of report before distribution and review. |
| 12/5/2007 | J. Dolan | 2.80 | Read and analyzed October monthly operating reports. |
| 12/6/2007 | E. Ordway | 0.90 | Read and analyzed Debtor's October operating report and summarized items to staff to further investigate. |
| 12/6/2007 | J. Dolan | 3.50 | Incorporated additional analysis into 3rd quarter report to the Committee. |
| 12/10/2007 | J. Dolan | 1.70 | Revisions to 3rd quarter report to the Committee. |
| 12/10/2007 | S. Cunningham | 4.10 | Reviewed analysis and draft report to committee re: Q3 |
| 12/10/2007 | E. Ordway | 0.50 | Continued to review October operating report. |
| 12/11/2007 | S. Cunningham | 3.40 | Reviewed and edit draft report to committee re: Q3 |
| 12/11/2007 | J. Dolan | 0.70 | Revisions to 3rd quarter report to the Committee. |
| 12/12/2007 | J. Dolan | 1.20 | Analysis of peer 10qs. |
| 12/12/2007 | S. Cunningham | 2.40 | Reviewed post petition interest calculation including fees. |
| 12/12/2007 | J. Dolan | 0.50 | Distributed 3rd quarter report to counsel and committee chair for review. |
| 12/13/2007 | E. Ordway | 0.60 | Analyzed peer group Q data and considered one-time items for developing normalized EBITDA. |
| 12/17/2007 | J. Dolan | 1.70 | Comments from counsel and agent incorporated into report. |
| 12/17/2007 | E. Ordway | 1.10 | Finalized 3rd Q report review. |
| 12/19/2007 | E. Ordway | 1.30 | Continued review of peer group data. |
| 12/21/2007 | E. Ordway | 0.30 | Call with a committee member regarding 3rd Q report. |
| Subtotal | | 44.20 | |
| Total Hours | | 122.00 | |

Capstone Advisory Group, LLC  
Invoice for the December 2007 Fee Application

Page 4 of 4

DM3\671782.1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 12/1/07 through 12/31/07

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Airfare/Train | | | |
| 12/6/2007 | J. Dolan | Meeting in NY | $26.50 |
| Subtotal - Airfare/Train | | | $26.50 |
| Copies | | | |
| 12/31/2007 | Capstone Expense | Dec. copies, 331 @ .10 ea. | $33.10 |
| Subtotal - Copies | | | $33.10 |
| Parking/Tolls | | | |
| 12/6/2007 | J. Dolan | Meeting in NY | $2.50 |
| Subtotal - Parking/Tolls | | | $2.50 |
| Postage/FedEx | | | |
| 12/31/2007 | Capstone Expense | Fed Ex | $11.01 |
| Subtotal - Postage/FedEx | | | $11.01 |
| Research | | | |
| 12/1/2007 | Capstone Expense | Pacer research service | $3.20 |
| Subtotal - Research | | | $3.20 |
| Scans | | | |
| 12/31/2007 | Capstone Expense | Dec. scans, 43 @ 1.00 ea. | $43.00 |
| Subtotal - Scans | | | $43.00 |
| Telecom | | | |
| 12/31/2007 | Capstone Expense | Dec. Telecom Saddle Brook office | $188.84 |
| Subtotal - Telecom | | | $188.84 |
| For the Period 12/1/07 through 12/31/07 | | | $308.15 |

Capstone Advisory Group, LLC
Invoice for the December 2007 Fee Application

Page 1 of 1

DM3\671782.1