# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, David Mohamed, certify that I am not less than 18 years of age, and that service of a copy of the attached **Filing of Forty-Seventh Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2007 Through December 31, 2007** was made February 13, 2008, upon:

All of the parties on the attached Service Lists as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: February 13, 2008

David Mohamed, Legal Aide
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
Email:        dmohamed@stroock.com

NY 71269407v1

## W. R. GRACE & CO., *et al.*

## NOTICE PARTIES LIST
## FOR SERVICE OF MONTHLY FEE APPLICATIONS

### e-mails in PDF format

To:

william.sparks@grace.com
jbaer@kirkland.com
jo'neill@pszyj.com
syoder@bayardfirm.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com

### e-mails in Microsoft Word /Excel/ Word Perfect format

To:

feeaudit@whsmithlaw.com
bruhlander@whsmithlaw.com

NY 71269407v1

## W. R. GRACE & CO., *et al.*

## NOTICE PARTIES LIST
## FOR SERVICE OF MONTHLY FEE APPLICATIONS

### HARD COPIES
### Via Overnight Mail

David B. Siegal
Senior Vice President and
General Counsel
W.R.Grace & Co.
7500 Grace Drive,
Columbia, MD 21044

Bobbi Ruhlander, Esq.
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Office of the United States Trustee
Dave Klauder, Esq.
844 King Street, Suite 2311
Wilmington DE 19801

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Attn: Elizabeth M. O'Byrne