## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## DECEMBER 2007

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| December 10 | Review of *Daubert* motions and exhibits | 5.70 | $500 | $ 2,850.00 |
| December 11 | Review of Westbrook ZAI settlement memorandum and exhibits | 1.40 | $500 | $ 700.00 |
| December 19 | Preparation for ZAI conference call (.5); telephone conference with Frankel re same (.3) | 0.80 | $500 | $ 400.00 |
| December 20 | Telephone conference with Mullady re my witness statement | 0.30 | $500 | $ 150.00 |
| December 24 | Review of FCR and ACC answers to Grace *Daubert* motions and witness statements | 2.20 | $500 | $ 1,100.00 |
| December 31 | Litigation memorandum to Frankel re strategy | 1.00 | $500 | $ 500.00 |
| **TOTAL** | | **11.40** | | **$5,700.00** |