Professoinal Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended December 31, 2007

## Summary of PwC's Fees By Individual:
## Twenty Seventh Interim Quarterly Reporting Period
## October 1, 2007 through December 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | 43.4 | $ 29,733.77 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | 6.1 | $ 3,736.49 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | 3.0 | $ 2,712.15 |
| David Sharpe | Audit Partner | 22 | Integrated Audit | 2.0 | $ 1,879.44 |
| Gerald Barber | Audit Partner | 27 | Integrated Audit | 1.5 | $ 1,483.38 |
| Laurence Westall | Audit Partner | 13 | Integrated Audit | 1.0 | $ 868.38 |
| Robert Keehan | Audit Partner | 19 | Integrated Audit | 1.0 | $ 685.11 |
| Chad Kokenge | Audit Partner | 14 | Integrated Audit | 0.5 | $ 434.19 |
| George Baccash | Tax Partner | 30 | Integrated Audit | 9.0 | $ 5,292.00 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | 25.0 | $ 11,377.50 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | 10.6 | $ 4,173.75 |
| Lisa Slotznick | Director | 20+ | Integrated Audit | 3.1 | $ 1,788.30 |
| Lisa Casciaro | Director | 10+ | Integrated Audit |  | $ 1,894.20 |

| Name | Title | | | Amount |
|---|---|---|---|---|
| Doug Hileman | Director | 30+ | Audit 2.5 | $ 627.30 |
| Jennifer A James | Director | 16 | Integrated Audit 1.5 | $ 627.30 |
| Pat Devlin | Director | 20+ | Integrated Audit 1.0 | $ 576.87 |
| Douglas Parker Seshadri Venkiteswaran | Audit Senior Manager | 11 | Integrated Audit 1.0 | $ 59,512.32 |
| | Audit Senior Manager | 10 | Integrated Audit 151.2 | $ 13,776.00 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit 35.0 | $ 31,849.62 |
| Christopher Coelho | Audit Manager | 8 | Integrated Audit 107.0 | $ 809.96 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit 1.5 | $ 1,313.03 |
| Esther Ko | Advisory Manager | 9 | Integrated Audit 3.5 | $ 750.30 |
| Dan Spratt | Tax Manager | 5 | Integrated Audit 2.0 | $ 4,819.50 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit 18.0 | $ 5,018.40 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit 16.0 | $ 374.85 |
| Joanna Own | Tax Manager | 4 | Integrated Audit 1.4 | $ 214.20 |
| Colin A Shaw | Tax Manager | 8 | Integrated Audit 0.8 | $ 215.25 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit 0.5 | $ 24,274.67 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit 111.5 | $ 21,896.46 |
| Brett Czajokowski | Audit Senior Associate | 2 | Integrated Audit 103.5 | $ 6,346.80 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit 30.0 | $ 4,519.02 |
| | | | Integrated Audit 22.0 | |

| Name | Title | | | Amount |
|---|---|---|---|---|
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | 15.5 | $ | 4,613.73 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | 15.0 | $ | 2,835.00 |
| Damion Purfey | Advisory Senior Associate | 6 | Integrated Audit | 38.7 | $ | 10,948.23 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | 2.0 | $ | 378.00 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | 1.2 | $ | 369.00 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | 417.3 | $ | 49,274.78 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | 394.5 | $ | 54,831.56 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | 365.6 | $ | 70,601.02 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | 339.8 | $ | 51,408.34 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | 323.4 | $ | 44,949.37 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | 210.7 | $ | 31,099.32 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | 89.0 | $ | 14,997.39 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | 41.0 | $ | 6,202.89 |
| Jennifer Ochse | Audit Associate | 2 | Integrated Audit | 20.0 | $ | 3,370.20 |
| Melissa Noel | Audit Associate | <1 | Integrated Audit | 16.0 | $ | 2,223.84 |
| Youhan Lee | Audit Associate | 2 | Integrated Audit | 14.5 | $ | 2,443.40 |
| Cassandre Saint-Louis | Audit Associate | 2 | Integrated Audit | 12.0 | $ | 1,667.88 |
| Michelle Zepherine | Audit Associate | 1 | Integrated Audit | 10.0 | $ | 1,390.00 |
| William C Atkins | Audit Associate | 1 | Integrated Audit | 10.0 | $ | 1,084.86 |

| Name | Role | | Type | Hours | Amount |
|---|---|---|---|---|---|
| Andrew Patriquin | Audit Associate | 1 | Audit | 7.0 | |
| Gabriel Young | Audit Associate | 5 | Integrated Audit | 2.0 | $ 277.98 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | 2.0 | $ 435.42 |
| Thomas Duncan | Tax Associate | <1 | Integrated Audit | 17.0 | $ 2,409.75 |
| Jose Nunez | Tax Associate | <1 | Integrated Audit | 6.6 | $ 1,583.01 |
| Daniel Merzel | Tax Intern | <1 | Integrated Audit | 0.3 | $ 42.53 |
| Donna Lewis | EA | 1 | Integrated Audit | 2.0 | $ 369.00 |
| | | | Integrated Audit | 1.0 | $ 110.70 |
| | | | | 3,080.2 | $ 603,497.69 |

Case 01-01139-AMC    Doc 18041-4    Filed 02/14/08    Page 5 of 7

**Summary of PwC's Fees By Project:**
**Twenty Seventh Interim Quarterly Reporting Period**
**October 1, 2007 through December 31, 2007**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 45.3 | $6,322.57 |

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 3080.2 | $603,497.69 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 3,125.5 | $609,820.26 |

PricewaterhouseCoopers LLP
Summary of Expenses
Twenty Seventh Interim Quarterly Reporting Period
October 1, 2007 through December 31, 2007

| Type of Expense | |
|---|---|
| Transportation | $13,883.56 |
| Lodging | 6,207.00 |
| Sundry | 198.06 |
| Business Meals | 2,262.57 |
| Grand Total for the Fee Period April 1, 2007 through June 30, 2007 | $22,551.19 |