IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' AND FUTURE CLAIMANTS' REPRESENTATIVE'S OBJECTIONS AND <u>STIPULATIONS TO W.R. GRACE & CO.'S TRIAL EXHIBITS</u>**

Pursuant to the Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("CMO"), dated December 5, 2007, as supplemented by the Court's instructions in open court during the Estimation Hearing on January 23, 2008, the Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, the Court-appointed representative for future asbestos personal injury claimants ("FCR") hereby identify the estimation hearing exhibits listed on Debtor W.R. Grace & Company's ("Grace") trial exhibit list as to which (a) the ACC and FCR object on authenticity grounds, (b) the ACC and FCR stipulate that the exhibit is admissible, or (c) the ACC and FCR object on substantive grounds other than authenticity (e.g. lack of relevance, hearsay, etc.).

A list of Grace's exhibits, with the ACC/FCR authenticity objections, substantive objections or stipulations as to admissibility noted, is attached hereto as Exhibit A. Per the CMO, the ACC and FCR reserve the right to make objections to the admissibility of any of Grace's exhibits on grounds other than those listed on Exhibit A to the extent that it is not apparent from the face of the exhibit the purpose for which it is being offered. The ACC and FCR also reserve the right to withdraw their objections to any exhibit, and to offer into evidence in their case-in-chief or rebuttal case any exhibit identified by Grace during the ACC/FCR.

The Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders did not file any Exhibit Lists; accordingly the ACC and FCR object to the admissibility of any exhibits sought to be offered by said parties during the Estimation Hearing.

| | |
|---|---|
| Dated: February 14, 2008 | Respectfully submitted, |
| CAMPBELL & LEVINE, LLC | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| */s/ Mark T. Hurford* <br> Marla R. Eskin (DE ID No. 2989) <br> Mark T. Hurford (DE ID No. 3299) <br> 800 N. King Street, Suite 300 <br> Wilmington, DE 19801 <br> Telephone: (302) 426-1900 | */s/ John C. Phillips, Jr.* <br> John C. Phillips, Jr. (DE ID No. 110) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> Telephone: (302) 655-4200 |
| – and – | – and – |
| CAPLIN & DRYSDALE, CHARTERED <br> Elihu Inselbuch <br> 375 Park Avenue, 35th Floor <br> New York, NY 10022-4614 <br> Telephone: (212) 319-7125 <br><br> Peter Van N. Lockwood <br> Nathan D. Finch <br> Walter B. Slocombe <br> One Thomas Circle, NW <br> Washington, DC 20005 <br> Tel: (202) 862–5000 | ORRICK, HERRINGTON & SUTCLIFFE LLP <br> Roger Frankel <br> Richard Wyron <br> Raymond G. Mullady, Jr. <br> 1152 15th Street, N.W. <br> Washington, DC 20005 <br> Telephone: (202) 339-8400 <br><br> John Ansbro <br> 666 Fifth Avenue <br> New York, NY 10103 <br> (212) 506-5000 |
| *Counsel to the Official Committee of Asbestos Personal Injury Claimants* | *Counsel to David T. Austern, Future Claimants' Representative* |