**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

    I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on February 14, 2008, I caused a copy of *The Official Committee of Asbestos Personal Injury Claimants' and Future Claimants' Representative's Objections and Stipulations to W.R. Grace & Co.'s Trial Exhibits,* to be served upon the individuals on the attached service list, in the manner indicated.

                                            CAMPBELL & LEVINE, LLC

                                            */s/ Mark T. Hurford*
                                            Mark T. Hurford (No. 3299)
                                            800 N. King Street
                                            Suite 300
                                            Wilmington, DE  19801
                                            (302) 426-1900

Dated: February 14, 2008

{D0106309.1 }