**EXHIBIT B**

**Asset Analysis and Recovery (10.8 Hours; $ 2,871.00)**

      Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**            10.8


**Case Administration (70.8 Hours; $ 18,075.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**            70.8


**Claim Analysis Objection & Resolution (Asbestos) (57.7 Hours; $ 48,468.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**            57.7


**Claim Analysis Objection & Resolution (Non-Asbestos) (20.0 Hours; $ 9,900.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**            20.0


**Committee, Creditors', Note holders' or Equity Holders' (.6 Hours; $ 552.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**            .6


**Fee Applications, Applicant (17.0 Hours; $ 6,472.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          17.0**

**Fee Applications, Others (.6 Hours; $ 400.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13            .6**

**Hearings (7.0 Hours; $ 6,440.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15       7.0**

**Litigation and Litigation Consulting (3,779.4 Hours; $ 1,700,347.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  3,779.4**

**Plan & Disclosure Statement (69.4 Hours; $ 49,623.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  69.4**

**Tax Issues (2.8 Hours; $ 2,352.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19          2.8**

**Travel Non-working (87.5 Hours; $ 26,096.00)**

{D0106261.1 }

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  87.5**

**Fee Auditor Matters (3.5 Hours; $ 1,855.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32              3.5**