**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $749.62 |
| Outside Local Deliveries | $1,920.13 |
| Research Material | $1,288.83 |
| Professional Fees & Expert Witness Fees | $241,495.08 |
| Charge of Cell and/or Home Phone Useage | $153.05 |
| Air & Train Transportation | $12,231.60 |
| Meals Related to Travel | $1,870.54 |
| Conference Meals | $4,585.12 |
| Court Reporting/Transcript Service | $116,578.33 |
| Outside Photocopying/Duplication Service | $3,038.49 |
| Miscellaneous: Client Advances | $1,575.80 |
| Travel Expenses - Hotel Charges | $6,460.95 |
| Travel Expenses - Ground Transportation | $4,163.94 |
| Travel Expenses - Miscellaneous | $694.22 |
| Travel Expenses - LD Calls on Hotel Bill | $9.95 |
| Local Transportation - DC | $1,099.51 |
| Database Research | $18,589.96 |
| Xeroxing | $12,498.80 |
| Postage & Air Freight | $1,381.67 |
| Long Distance-Equitrac In-House | $40.68 |
| NYO Long Distance Telephone | $113.76 |
| **Total for Report** | **$430,540.03** |

{D0106262.1}