PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 10/31/2007

**Matter       000**
**Disbursemennts**
Bill Cycle:       Monthly           Style:        i1        Start:    4/16/2003

Last Billed : 10/29/2007                                      15,160

Trust Amount Available

Total Expenses Billed To Date        $23,626.28

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary  by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu Inselbuch | 0.00 | 14.28 | 0.00 | 14.28 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 138.89 | 0.00 | 138.89 |
| | | | **0.00** | **153.17** | **0.00** | **153.17** |

**Total Fees**

**Summary  by Employee**

| | | | ---------- ACTUAL ---------- | | | ---------- BILLING---------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by Date**

| | | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING---------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2147135 | Equitrac - Long Distance to 3023792654 | E | 10/02/2007 | 0999 | C&D | 0.00 | | $0.08 | 0.00 | | $0.08 | 0.08 |
| 2156706 | Xeroxing, color copier NYO on 10/2 | E | 10/02/2007 | 0999 | C&D | 0.00 | | $4.60 | 0.00 | | $4.60 | 4.68 |
| 2148140 | Equitrac - Long Distance to 3025716703 | E | 10/05/2007 | 0999 | C&D | 0.00 | | $0.06 | 0.00 | | $0.06 | 4.74 |
| 2148186 | Equitrac - Long Distance to 9179693659 | E | 10/05/2007 | 0999 | C&D | 0.00 | | $0.32 | 0.00 | | $0.32 | 5.06 |
| 2149452 | Equitrac - Long Distance to 3023792654 | E | 10/11/2007 | 0999 | C&D | 0.00 | | $0.06 | 0.00 | | $0.06 | 5.12 |
| 2149457 | Equitrac - Long Distance to 3023792654 | E | 10/11/2007 | 0999 | C&D | 0.00 | | $0.08 | 0.00 | | $0.08 | 5.20 |
| 2150269 | Federal Express to Katherine Hemming from EI on 10/1 | E | 10/16/2007 | 0120 | EI | 0.00 | | $4.44 | 0.00 | | $4.44 | 9.64 |
| 2151352 | Pacer Service;  Pacer research July thru Sept 2007 | E | 10/18/2007 | 0120 | EI | 0.00 | | $9.84 | 0.00 | | $9.84 | 19.48 |
| 2152020 | Pacer Service;  Databace research July 1 thru Sept 30, 2007 | E | 10/22/2007 | 0999 | C&D | 0.00 | | $55.84 | 0.00 | | $55.84 | 75.32 |
| 2153870 | Equitrac - Long Distance to 3105819309 | E | 10/24/2007 | 0999 | C&D | 0.00 | | $0.08 | 0.00 | | $0.08 | 75.40 |
| 2153988 | Equitrac - Long Distance to 6182592222 | E | 10/26/2007 | 0999 | C&D | 0.00 | | $0.35 | 0.00 | | $0.35 | 75.75 |
| 2158360 | NYO Long Distance Telephone Conference Call for 9/1-9/30, 2007.  9/18 - ACM, Peterson, Relles Conf. Call | E | 10/30/2007 | 0999 | C&D | 0.00 | | $77.42 | 0.00 | | $77.42 | 153.17 |
| **Total Expenses** | | | | | | 0.00 | | $153.17 | 0.00 | | $153.17 | |

|  |  |  |  |  |
|---|---|---|---|---|
| Matter Total Fees |  | 0.00 |  | 0.00 |
| Matter Total Expenses |  | 153.17 |  | 153.17 |
| Matter Total | 0.00 | 153.17 | 0.00 | 153.17 |
| Prebill Total Fees |  |  |  |  |
| Prebill Total Expenses |  | $153.17 |  | $153.17 |
| Prebill Total | 0.00 | $153.17 | 0.00 | $153.17 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 54,095 | 05/26/2006 | 11,622.50 | 2,324.50 |
| 54,507 | 06/29/2006 | 3,739.50 | 747.90 |
| 54,759 | 07/25/2006 | 6,211.50 | 1,242.30 |
| 55,195 | 08/30/2006 | 7,765.00 | 1,553.00 |
| 55,513 | 09/29/2006 | 3,045.50 | 609.10 |
| 55,875 | 10/27/2006 | 8,258.00 | 1,651.60 |
| 56,247 | 11/30/2006 | 6,512.00 | 1,302.40 |
| 56,646 | 12/28/2006 | 24,003.50 | 4,800.70 |
| 56,916 | 01/25/2007 | 10,023.00 | 2,004.60 |
| 57,397 | 02/27/2007 | 28,635.00 | 5,727.00 |
| 57,770 | 03/23/2007 | 5,194.50 | 1,038.90 |
| 58,100 | 04/26/2007 | 14,274.00 | 2,854.80 |
| 58,443 | 05/22/2007 | 8,174.00 | 1,634.80 |
| 59,011 | 07/11/2007 | 29,296.00 | 5,859.20 |
| 59,405 | 08/06/2007 | 48,740.00 | 9,748.00 |
| 59,598 | 08/20/2007 | 41,473.00 | 8,294.60 |
| 60,176 | 09/30/2007 | 48,105.33 | 48,105.33 |
| 60,496 | 10/29/2007 | 64,068.48 | 64,068.48 |
|  |  | 369,140.81 | 163,567.21 |

| | | | | |
|---|---|---|---|---|
| Client Number:  5518 | ACandS Asbestos Personal Injury Claimants Committee | | | Page: 2 |
| Matter     000 | Disbursemennts | | | 12/17/2007 |

Print Date/Time: 12/17/2007  3:06:36PM

Attn:

Invoice #

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | | 0.00 | 0.00 |
| Matter Total Expenses | | | 622.21 | 622.21 |
| Matter Total | | 0.00 | 622.21 | 0.00 | 622.21 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | | $622.21 | $622.21 |
| Prebill Total | | 0.00 | $622.21 | 0.00 | $622.21 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 54,095 | 05/26/2006 | 11,622.50 | 2,324.50 |
| 54,507 | 06/29/2006 | 3,739.50 | 747.90 |
| 54,759 | 07/25/2006 | 6,211.50 | 1,242.30 |
| 55,195 | 08/30/2006 | 7,765.00 | 1,553.00 |
| 55,513 | 09/29/2006 | 3,045.50 | 609.10 |
| 55,875 | 10/27/2006 | 8,258.00 | 1,651.60 |
| 56,247 | 11/30/2006 | 6,512.00 | 1,302.40 |
| 56,646 | 12/28/2006 | 24,003.50 | 4,800.70 |
| 56,916 | 01/25/2007 | 10,023.00 | 2,004.60 |
| 57,397 | 02/27/2007 | 28,635.00 | 5,727.00 |
| 57,770 | 03/23/2007 | 5,194.50 | 1,038.90 |
| 58,100 | 04/26/2007 | 14,274.00 | 2,854.80 |
| 58,443 | 05/22/2007 | 8,174.00 | 1,634.80 |
| 59,011 | 07/11/2007 | 29,296.00 | 5,859.20 |
| 59,405 | 08/06/2007 | 48,740.00 | 9,748.00 |
| 59,598 | 08/20/2007 | 41,473.00 | 8,294.60 |
| 60,176 | 09/30/2007 | 48,105.33 | 48,105.33 |
| 60,496 | 10/29/2007 | 64,068.48 | 64,068.48 |
| 60,654 | 11/20/2007 | 73,931.67 | 73,931.67 |
| | | 443,072.48 | 237,498.88 |

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 10/31/2007

**Matter     000**
**Disbursemennts**
Bill Cycle:    Monthly        Style:     i1        Start:    4/16/2003

Last Billed : 10/29/2007                    15,160

Trust Amount Available

Total Expenses Billed To Date        $23,626.28

```
Billing Empl:      0120   Elihu Inselbuch
Responsible Empl:  0120   Elihu Inselbuch
Alternate Empl:    0120   Elihu Inselbuch
Originating Empl:  0120   Elihu Inselbuch
```

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0120 | EI | Elihu Inselbuch | 0.00 | 14.28 | 0.00 | 14.28 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 138.89 | 0.00 | 138.89 |
| | | | **0.00** | **153.17** | **0.00** | **153.17** |

**Total Fees**

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | Hours | Amount | BILLING Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2147135 | Equitrac - Long Distance to 3023792654 | E | 10/02/2007 | 0999 | C&D | 0.00 | | $0.08 | 0.00 | | $0.08 | 0.08 |
| 2156706 | Xeroxing, color copier NYO on 10/2 | E | 10/02/2007 | 0999 | C&D | 0.00 | | $4.60 | 0.00 | | $4.60 | 4.68 |
| 2148140 | Equitrac - Long Distance to 3025716703 | E | 10/05/2007 | 0999 | C&D | 0.00 | | $0.06 | 0.00 | | $0.06 | 4.74 |
| 2148186 | Equitrac - Long Distance to 9179693659 | E | 10/05/2007 | 0999 | C&D | 0.00 | | $0.32 | 0.00 | | $0.32 | 5.06 |
| 2149452 | Equitrac - Long Distance to 3023792654 | E | 10/11/2007 | 0999 | C&D | 0.00 | | $0.06 | 0.00 | | $0.06 | 5.12 |
| 2149457 | Equitrac - Long Distance to 3023792654 | E | 10/11/2007 | 0999 | C&D | 0.00 | | $0.08 | 0.00 | | $0.08 | 5.20 |
| 2150269 | Federal Express to Katherine Hemming from EI on 10/1 | E | 10/16/2007 | 0120 | EI | 0.00 | | $4.44 | 0.00 | | $4.44 | 9.64 |
| 2151352 | Pacer Service; Pacer research July thru Sept 2007 | E | 10/18/2007 | 0120 | EI | 0.00 | | $9.84 | 0.00 | | $9.84 | 19.48 |
| 2152020 | Pacer Service; Database research July 1 thru Sept 30, 2007 | E | 10/22/2007 | 0999 | C&D | 0.00 | | $55.84 | 0.00 | | $55.84 | 75.32 |
| 2153870 | Equitrac - Long Distance to 3105819309 | E | 10/24/2007 | 0999 | C&D | 0.00 | | $0.08 | 0.00 | | $0.08 | 75.40 |
| 2153988 | Equitrac - Long Distance to 6182592222 | E | 10/26/2007 | 0999 | C&D | 0.00 | | $0.35 | 0.00 | | $0.35 | 75.75 |
| 2158360 | NYO Long Distance Telephone Conference Call for 9/1-9/30, 2007.  9/18 - ACM, Peterson, Relles Conf. Call | E | 10/30/2007 | 0999 | C&D | 0.00 | | $77.42 | 0.00 | | $77.42 | 153.17 |
| **Total Expenses** | | | | | | 0.00 | | $153.17 | 0.00 | | $153.17 | |

| | ACTUAL | | BILLING | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 153.17 | | 153.17 |
| Matter Total | 0.00 | 153.17 | 0.00 | 153.17 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $153.17 | | $153.17 |

## PREBILL / CONTROL REPORT

| | | |
|---|---|---|
| **Client Number:** 5518 | **ACandS Asbestos Personal Injury Claimants Committee** | Page: 1 |
| **Matter** 000 | **Disbursemennts** | 12/17/2007 |

Print Date/Time: 12/17/2007  3:06:36PM

Attn:                                                Prebill Total                                              0.00       $153.17
                                                                                                                           Invoice #

**Previous Billings**                                                     Trans Date Range:  1/1/1950  to: 11/30/2007
**Matter** 000

| Disbursemennts | | | InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal | |
|---|---|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: i1 | Start: 4/16/2003 | Last Billed : 11/20/2007 | | 15,160 | 54,095  05/26/2006 |
| | | | | | | | 54,507  06/29/2006 |
| 54,759 | 07/25/2006 | 6,211.50 | 1,242.30 | | | | |
| 55,195 | 08/30/2006 | 7,765.00 | 1,553.00 | | | | |
| 55,513 | 09/29/2006 | 3,045.50 | 609.10 | | | | |
| 55,875 | 10/27/2006 | 8,258.00 | 1,651.60 | | | | |
| 56,247 | 11/30/2006 | 6,512.00 | 1,302.40 | Total Expenses Billed To Date $23,779.45 | Billing Empl: | 0120 | Elihu Inselbuch |
| 56,646 | 12/28/2006 | 24,003.50 | 4,800.70 | | Responsible Empl: | 0120 | Elihu Inselbuch |
| 56,916 | 01/25/2007 | 10,023.00 | 2,004.60 | | Alternate Empl: | 0120 | Elihu Inselbuch |
| 57,397 | 02/27/2007 | 28,635.00 | 5,727.00 | | Originating Empl: | 0120 | Elihu Inselbuch |
| 57,770 | 03/23/2007 | 5,194.50 | 1,038.90 | | | | |
| 58,100 | 04/26/2007 | 14,274.00 | 2,854.80 | | | | |
| 58,443 | 05/22/2007 | 8,174.00 | 1,634.80 | | | | |
| 59,011 | 07/11/2007 | 29,296.00 | 5,859.20 | | | | |
| 59,405 | 08/06/2007 | 48,740.00 | 9,748.00 | | | | |
| | | 59,598 | 08/20/2007 | | 41,473.00 | 8,294.60 | |
| | | 60,176 | 09/30/2007 | | 48,105.33 | 48,105.33 | |
| | | | | | | | 60,496 |
| | | 10/29/2007 | | | 64,068.48 | | |
| | | | | | 369,140.81 | 163,567.21 | |

**Summary by Employee**

|       | ---------- ACTUAL ---------- | | | ---------- BILLING --------- | | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI  | Elihu  Inselbuch | 0.00 | 4.44 | 0.00 | 4.44 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 617.77 | 0.00 | 617.77 |
| **Total Fees** | | | **0.00** | **622.21** | **0.00** | **622.21** |

**Detail Time / Expense by Date**

| | | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2159821 | Federal Express to Katherine Hemming from EI on 10/25 | E | 11/05/2007 | 0120 | EI | 0.00 | | $4.44 | 0.00 | | $4.44 | 4.44 |
| 2161490 | Equitrac - Long Distance to 3102776910 | E | 11/12/2007 | 0999 | C&D | 0.00 | | $0.06 | 0.00 | | $0.06 | 4.50 |
| 2162346 | Equitrac - Long Distance to 3027786461 | E | 11/14/2007 | 0999 | C&D | 0.00 | | $0.11 | 0.00 | | $0.11 | 4.61 |
| 2163029 | Document Tech;  Scanning D work - heavy litigation | E | 11/15/2007 | 0999 | C&D | 0.00 | | $166.06 | 0.00 | | $166.06 | 170.67 |
| 2163236 | Equitrac - Long Distance to 3107722384 | E | 11/15/2007 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 171.12 |
| 2168453 | NYO Long Distance Telephone / Conference Calls: Committee Conf. Call on 10/2 | E | 11/30/2007 | 0999 | C&D | 0.00 | | $451.09 | 0.00 | | $451.09 | 622.21 |
| **Total Expenses** | | | | | | | **0.00** | **$622.21** | | **0.00** | **$622.21** | |

```
Client Number:  5518          ACandS Asbestos Personal Injury Claimants Committee                                        Page:  2
Client Number:  5518          ACandS Asbestos Personal Injury Claimants Committee                                        Page:  1
Matter       000              Disbursemennts                                                                             12/17/2007
Matter       000              Disbursemennts                                                                             11/16/2007
                                                                          Print Date/Time: 12/17/2007 06:16pm   Print Date/Time
Attn:                                                                                                                    11/16/2007
                                                                                                                         11:59:46AM
Attn:         Matter Total Fees                                                    0.00                           0.00   Invoice #
              Matter Total Expenses                                              622.21                         622.21
              Matter Total                                              0.00     622.21                0.00     622.21
                                                                                         PREBILL / CONTROL REPORT

              Prebill Total Fees
              Prebill Total Expenses                                            $622.21                        $622.21
              Prebill Total                                             0.00    $622.21                0.00    $622.21

                                                                                        Trans Date Range:  1/1/1950  to:
Previous Billings
                                   12/31/2007
Matter       000
                                                                Disbursemennts
InvoiceNo      InvoiceDate       InvoiceTotal       OpenTotal
  54,095       05/26/2006          11,622.50        2,324.50    Bill Cycle:      Monthly        Style:     i1       Start:    4/16/2003     Last Billed :
  54,507       06/29/2006           3,739.50          747.90
  54,759       07/25/2006           6,211.50        1,242.30
  55,195       08/30/2006           7,765.00        1,553.00
  55,513       09/29/2006           3,045.50          609.10                                                                                $24,401.66
  55,875       10/27/2006           8,258.00        1,651.60    Total Expenses Billed To Date
                                                                Billing Empl:                                                               0120
  56,247       11/30/2006           6,512.00        1,302.40                                                                                Respo
  56,646       12/28/2006          24,003.50        4,800.70 nsible Empl:                                                                   0120
  56,916       01/25/2007          10,023.00        2,004.60                                                                                Alter
  57,397       02/27/2007          28,635.00        5,727.00 nate Empl:                                                                     0120
  57,770       03/23/2007           5,194.50        1,038.90                                                                                Origi
  58,100       04/26/2007          14,274.00        2,854.80 nating Empl:                                                                   0120
  58,443       05/22/2007           8,174.00        1,634.80
  59,011       07/11/2007          29,296.00        5,859.20    Summary  by Employee
  59,405       08/06/2007          48,740.00        9,748.00
  59,598       08/20/2007          41,473.00        8,294.60                                                    ---------- A C T U A L ----------
  60,176       09/30/2007          48,105.33       48,105.33    Empl       Initials     Name                       Hours              Amount
  60,496       10/29/2007          64,068.48       64,068.48    0120       EI           Elihu  Inselbuch             0.00               15.10
  60,654       11/20/2007          73,931.67       73,931.67    0237       SRB          Sidney R Barnes              0.00               33.30
                                  443,072.48      237,498.88
Total Fees                              0.00               48.40                    0.00              48.40
```

**Detail Time / Expense by Date**

```
                                                                ---------- A C T U A L ----------   ---------- B I L L I N G---------
TransNo.   Description              TransType  Trans Date   Work Empl   Rate    Hours    Amount   Rate    Hours    Amount   Cumulative

                                                            EI
```

| Client Number: 5518 | ACandS Asbestos Personal Injury Claimants Committee | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| **Matter    000** | **Disbursemennts** | | | | | | | | 11/16/2007 |
| | | | | | | | | | Print Date/Time: 11/16/2007 11:59:46AM |
| Attn: | | | | | | | | | Invoice # |
| 2171833 | Federal Express to Katherine Hemming from EI on 11/13 | E | 12/07/2007 | 0120 | | 0.00 | $9.06 | 0.00 | $9.06  9.06 |
| | | | | | EI | | | | |
| 2173155 | Federal Express to Katherine Hemming from EI on 11/26 | E | 12/12/2007 | 0120 | | 0.00 | $6.04 | 0.00 | $6.04  15.10 |
| | | | | | SRB | | | | |
| 2175718 | Photocopy | E | 12/19/2007 | 0237 | | 0.00 | $33.30 | 0.00 | $33.30  48.40 |
| **Total Expenses** | | | | | | | $48.40 | | $48.40 |
| | | | | | | 0.00 | | 0.00 | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 |
| | Matter Total Expenses | | | | | | 48.40 | | 48.40 |
| | Matter Total | | | | | 0.00 | 48.40 | 0.00 | 48.40 |
| | Prebill Total Fees | | | | | | | | |
| | Prebill Total Expenses | | | | | | $48.40 | | $48.40 |
| | Prebill Total | | | | | 0.00 | $48.40 | 0.00 | $48.40 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 54,095 | 05/26/2006 | 11,622.50 | 2,324.50 |
| 54,507 | 06/29/2006 | 3,739.50 | 747.90 |
| 54,759 | 07/25/2006 | 6,211.50 | 1,242.30 |
| 55,195 | 08/30/2006 | 7,765.00 | 1,553.00 |
| 55,513 | 09/29/2006 | 3,045.50 | 609.10 |
| 55,875 | 10/27/2006 | 8,258.00 | 1,651.60 |
| 56,247 | 11/30/2006 | 6,512.00 | 1,302.40 |
| 56,646 | 12/28/2006 | 24,003.50 | 4,800.70 |
| 56,916 | 01/25/2007 | 10,023.00 | 2,004.60 |
| 57,397 | 02/27/2007 | 28,635.00 | 5,727.00 |
| 57,770 | 03/23/2007 | 5,194.50 | 1,038.90 |
| 58,100 | 04/26/2007 | 14,274.00 | 2,854.80 |
| 58,443 | 05/22/2007 | 8,174.00 | 1,634.80 |
| 59,011 | 07/11/2007 | 29,296.00 | 5,859.20 |
| 59,405 | 08/06/2007 | 48,740.00 | 9,748.00 |
| 59,598 | 08/20/2007 | 41,473.00 | 8,294.60 |
| 60,176 | 09/30/2007 | 46,883.50 | 9,376.70 |
| 60,496 | 10/29/2007 | 63,934.00 | 12,786.80 |
| 60,654 | 11/20/2007 | 73,778.50 | 14,755.70 |
| 61,281 | 12/21/2007 | 30,676.71 | 30,676.71 |
| | | 472,239.71 | 118,989.31 |