IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTY-SEVENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  October 1, 2007 through December 31, 2007

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $1,873,452.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $430,540.03

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $1,498,762.00

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $430,540.03

Total Amount of Holdback Fees Sought for applicable period:  $374,690.50

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/30/07; 17503 | 10/1/07 – 10/31/07 | **$532,139.60 (80% of $665,174.50)** | $188,132.41 | **$532,139.60 (80% of $665,174.50)** | **$188,132.41** |
| 12/28/07; 17722 | 11/1/07 – 11/30/07 | $424,134.80 (80% of $530,168.50) | $172,692.06 | **$424,134.80 (80% of $530,168.50)** | **$172,692.06** |
| 1/30/07; 17939 | 12/1/07 - 12/31/07 | $542,487.60 (80% of $678,109.50) | $69,715.56 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative October to December, 2007 Hours | Cumulative October to December, 2007 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
| --- | --- | --- | --- | --- |
| Asset Analysis and Recovery | 10.8 | $ 2,871.00 | 21.0 | $ 10,582.50 |
| Asset Disposition | .0 | .00 | 2.6 | 1,668.00 |
| Business Operations | .0 | .00 | 17.4 | 7,615.00 |
| Case Administration | 70.8 | 18,075.00 | 3,288.6 | 792,918.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 57.7 | 48,468.00 | 1,753.2 | 683,918.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 20.0 | 9,900.00 | 34.4 | 19,009.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .6 | 552.00 | 112.2 | 68,602.00 |
| Employee Benefits/Pension | .0 | .00 | 14.7 | 9,005.00 |

G:\Wdox\Docs\CLIENTS2\3000\00\D0106264.DOC        {D0106264.1 }

| | | | | |
|---|---|---|---|---|
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment Applications, Others | .0 | .00 | 65.3 | 30,956.50 |
| Fee Applications, Applicant | 17.0 | 6,472.00 | 472.4 | 129,990.50 |
| Fee Applications, Others | .6 | 400.50 | 119.7 | 46,449.50 |
| Financing | .0 | .00 | 5.3 | 4,437.00 |
| Hearings | 7.0 | 6,440.00 | 171.7 | 120,515.50 |
| Litigation and Litigation Consulting | 3,779.4 | 1,700,347.50 | 17,008.1 | 6,973,146.00 |
| Plan & Disclosure Statement | 69.4 | 49,623.50 | 1,107.9 | 560,288.00 |
| Relief from Stay Proceedings | .0 | .00 | 2.6 | 1,648.00 |
| Tax Issues | 2.8 | 2,352.00 | 98.3 | 40,811.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 87.5 | 26,096.00 | 945.8 | 225,318.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 3.5 | 1,855.00 | 63.7 | 28,754.50 |
| **Totals** | **4,127.1** | **$1,873,452.50** | **25,391.4** | **$9,782,695.25** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/1/07 – 12/31/07 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 18,589.96 | $ 214,002.37 |
| Research Material | 1,288.83 | 9,654.17 |
| Air Freight & Express Mail | 749.62 | 18,118.42 |
| Outside Local Deliveries | 1,920.13 | 3,440.27 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 4,585.12 | 9,523.64 |
| Outside Photocopy Service | 3,038.49 | 203,750.98 |
| Professional Fees & Expert Witness Fees | 241,495.08 | 1,394,189.42 |
| Court Reporting/Transcript Service | 116,578.33 | 152,498.59 |
| Miscellaneous Client Advances | 1,575.80 | 24,176.64 |
| Air & Train Transportation | 12,231.60 | 122,227.51 |
| Meals Related to Travel | 1,870.54 | 13,891.18 |
| Travel Expenses – Hotel Charges | 6,460.95 | 43,040.38 |
| Travel Expenses – Ground Transportation | 4,163.94 | 28,798.91 |
| Travel Expenses – Miscellaneous | 694.22 | 927.71 |
| Travel Expenses – LD Calls on Hotel Bill | 9.95 | 1,316.20 |
| Local Transportation - DC | 1,099.51 | 2,483.23 |
| Local Transportation – NY | .00 | 384.39 |
| Xeroxing | 12,498.80 | 83,500.15 |
| Postage | 1,381.67 | 3,299.68 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,376.10 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 40.68 | 2,185.86 |
| NYO Long Distance Telephone | 113.76 | 8,311.69 |
| Use of Cell/Home Phone | 153.05 | 1,854.87 |
| **TOTAL** | **$ 430,540.03** | **$ 2,345,236.30** |