**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
12/31/2007
ACCOUNT NO:          3000-02D
STATEMENT NO:               79


Asset Disposition


PREVIOUS BALANCE                                                                                            $318.60

BALANCE DUE                                                                                                      $318.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2007
ACCOUNT NO:    3000-04D
STATEMENT NO:    79

Case Administration

PREVIOUS BALANCE                                                     $6,717.30

| | | HOURS | |
|---|---|---|---|
| **12/03/2007** | | | |
| MTH | Participating in conference call re LTC Examiner issue, telephone calls with JPW re same (x2), telephone call with JB re same; telephone call with DK re same; Reviewing correspondence from JPW re same and response to same (split between four cases). | 0.30 | 91.50 |
| MTH | Reviewing filings related to LTC bankruptcy in Conn. (time split between 6 cases, WRG, AC&S, Flintkote, Fed-Mo, Pitts. Corning and GIT). | 0.10 | 30.50 |
| **12/04/2007** | | | |
| DM | Retrieval and distribution of documents relating to daily memo. | 0.20 | 19.00 |
| DM | Prepare and transmit documents for MTH. | 0.20 | 19.00 |
| MTH | Participating in conference call re Larry Tersigni Consulting issues; discussion with PEM re same (time split between 6 cases, WRG, AC&S, Flintkote, Fed-Mo, Pitts. Corning and GIT). | 0.20 | 61.00 |
| **12/10/2007** | | | |
| DM | Retrieval and distribution of documents relating to daily memo. | 0.20 | 19.00 |
| DM | Update attorneys' binders. | 0.20 | 19.00 |
| MTH | Telephone conferences with DK, JB, and JPW re LTC issues, participating in conference call re same; follow up calls with JPW (x3) , PVNL, and DBS re LTC issues; reviewing docket and filings in LTC Ch. 11 case (split between 6 cases). | 0.50 | 152.50 |
| MTH | Correspondence to and from JPW re LTC bankruptcy. | 0.10 | 30.50 |
| **12/11/2007** | | | |
| DM | Retrieval and distribution of documents relating to daily memo for MTH. | 0.30 | 28.50 |
| **12/13/2007** | | | |
| MTH | Reviewing correspondence from multiple counsel re possible conference call re Tersigni issues; Correspondence to and from JPW re same; | | |

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | Participating in conference call; drafting correspondence re conference call; Reviewing correspondence from, CK, KTL, and JZ re same and correspondence to counsel at C&D re same (split between 6 cases). | | 0.30 | 91.50 |
| 12/14/2007 |  |  |  |  |
| DM | Retrieval and distribution of documents relating to daily memo. | | 0.20 | 19.00 |
| MTH | Reviewing correspondence from multiple counsel (CH, KT, JW, JJG, EH, PEM, DZ, JB, MM, KAB) related to the Tersigni Ch. 11 case and potential upcoming filings; Multiple correspondence to and from JPW re same (split between six cases). | | 0.30 | 91.50 |
| MTH | Multiple correspondence to and from claimant counsel representative re 2019 filings. | | 0.40 | 122.00 |
| MTH | Reviewing Orders entered re Rule 2019. | | 0.40 | 122.00 |
| MTH | Reviewing four Orders entered. | | 0.10 | 30.50 |
| 12/17/2007 |  |  |  |  |
| DM | Update Attorneys' Binders. | | 0.20 | 19.00 |
| 12/18/2007 |  |  |  |  |
| MTH | Reviewing three orders entered. | | 0.10 | 30.50 |
| 12/20/2007 |  |  |  |  |
| DM | Retrieval and distribution of documents relating to daily memo. | | 0.20 | 19.00 |
| 12/21/2007 |  |  |  |  |
| MTH | Reviewing multiple correspondence from JB, EA, DK re LTC bankruptcy. | | 0.10 | 30.50 |
| 12/24/2007 |  |  |  |  |
| MTH | Reviewing draft pleadings re objection to motion for stay relief, objection to motion to convert and motion to appoint trustee re: LTC. | | 0.10 | 30.50 |
| 12/26/2007 |  |  |  |  |
| MTH | Reviewing correspondence from EA and JB re LTC bankruptcy filings and related correspondence. | | 0.10 | 30.50 |
| 12/27/2007 |  |  |  |  |
| DM | Update attorneys' binders. | | 0.20 | 19.00 |
| 12/31/2007 |  |  |  |  |
| DM | Retrieval and distribution of documents relating to daily memo. | | 0.20 | 19.00 |
|  | FOR CURRENT SERVICES RENDERED | | 5.20 | 1,145.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.10 | $305.00 | $945.50 |
| Dan Mosier | 2.10 | 95.00 | 199.50 |

Page: 3
12/31/2007
W.R. Grace

ACCOUNT NO:        3000-04D
STATEMENT NO:              79

Case Administration


TOTAL CURRENT WORK                                              1,145.00


BALANCE DUE                                                    $7,862.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2007 |
| Wilmington DE | ACCOUNT NO:     3000-05D |
| | STATEMENT NO:          79 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |
|---|---|
| PREVIOUS BALANCE | $94,860.80 |

| | | | HOURS | |
|---|---|---|---|---|
| **12/03/2007** | | | | |
| | MTH | Reviewing correspondence from NDF re revised and amended PI CMO. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from NDF re Libby related estimation order. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from NDF re estimation trial. | 0.10 | 30.50 |
| | MTH | Correspondence to and from JR re contract for estimation trial in Pittsburgh, PA. | 0.30 | 91.50 |
| | MTH | Reviewing correspondence from GH re estimation information. | 0.20 | 61.00 |
| **12/04/2007** | | | | |
| | MTH | Telephone conference with AVG re Daubert brief. | 0.30 | 91.50 |
| | MTH | Reviewing correspondence from DS re responses to Debtors' discovery and response to same. | 0.30 | 91.50 |
| **12/05/2007** | | | | |
| | MTH | Reviewing correspondence from PVNL re revised and amended Estimation CMO. | 0.10 | 30.50 |
| | MTH | Telephone conference with AVG re Daubert motion. | 0.30 | 91.50 |
| | MTH | Reviewing Revised and Amended CMO for Estimation and Correspondence to counsel at C&D re same. | 0.20 | 61.00 |
| | MTH | Reviewing correspondence from NDF (multiple) re information needed for Daubert brief. | 0.20 | 61.00 |
| **12/06/2007** | | | | |
| | MTH | Telephone conference with AVG re Daubert Brief. | 0.30 | 91.50 |
| | MTH | Telephone conference with NDF re Daubert brief. | 0.20 | 61.00 |
| | MTH | Telephone conference with JPW re Daubert brief. | 0.30 | 91.50 |
| | MTH | Telephone conference with TK re Daubert Brief. | 0.10 | 30.50 |
| | MTH | Telephone conference with JON re Daubert Brief. | 0.20 | 61.00 |
| | MTH | Telephone conference with DF re Daubert Brief. | 0.20 | 61.00 |
| | MTH | Telephone conference with DS re Daubert exhibits. | 0.10 | 30.50 |

Page: 2
W.R. Grace                                                                                                12/31/2007
                                                                                        ACCOUNT NO:        3000-05D
                                                                                        STATEMENT NO:            79

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Reviewing correspondence from DF re Daubert briefs. | 0.10 | 30.50 |
| 12/07/2007 | | | | |
| | MTH | Telephone conference with AVG re Daubert brief. | 0.20 | 61.00 |
| | MTH | Telephone conference with DF (x2) re Daubert brief issues, exhibit issues. | 0.30 | 91.50 |
| | MTH | Reviewing correspondence from NDF re ACC's Daubert brief. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from AVG re ACC's Motion to file Daubert brief under seal. | 0.20 | 61.00 |
| | MTH | Correspondence to counsel at Caplin re e-mail service of ACC brief; Reviewing correspondence from JPW re same; Reviewing correspondence from NDF re same. | 0.20 | 61.00 |
| | MTH | Reviewing correspondence from DF re FCR's Daubert Brief and related filings. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from NDF re Equity Daubert brief. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from AVG re restriction re review of Equity Daubert brief. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from PVNL re restrictions on reviewing Equity brief. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from NDF, BH, R.F., GH, DB re extension to file Daubert briefs. | 0.10 | 30.50 |
| | MTH | Drafting Motion to file under seal, notice of motion, proposed order; reviewing and revising same; addressing service issues re same; discussions with AVG, JPW re same. | 2.50 | 762.50 |
| | MTH | Drafting Notice of motion, proposed Order, addressing service issues for brief to be filed under seal, reviewing COS and service list, discussions with BC re service of same; reviewing and revising Daubert Motion; discussions with AVG, JPW re same. | 6.30 | 1,921.50 |
| | MTH | Reviewing filed Notice re CourtCall availability for estimation hearing and confidentiality issues. | 0.10 | 30.50 |
| | BC | Work with MTH developing various related documents in preparation of the Daubert Brief/Motion to be filed and served on 12/8/07 | 3.40 | 323.00 |
| 12/08/2007 | | | | |
| | MTH | Reviewing correspondence from Debtors' counsel re Daubert Motion, begin review of same and multiple correspondence to C&D counsel re same. | 1.50 | 457.50 |
| | MTH | Telephone conference with NDF re ACC Daubert Motion and Debtors' Daubert Motion. | 0.10 | 30.50 |
| | MTH | Telephone conference with WBS re Debtors' Daubert Brief. | 0.10 | 30.50 |
| | MTH | Multiple correspondence to and from MRE re Debtors' Daubert brief, issues re filing deadline. | 0.20 | 61.00 |
| | MTH | Telephone conference with JON re Debtors' Daubert Brief. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from WBS re comments re Debtor's Daubert brief. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from WBS re comments on Debtors' Daubert | | |

Page: 3

W.R. Grace                                                          12/31/2007
                                              ACCOUNT NO:          3000-05D
                                              STATEMENT NO:              79

Claims Analysis Objection & Resolution (Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
|  | brief. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from WBS (x2) re filing of Debtors' Daubert brief. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from D Bernick re Debtors' Daubert brief. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from NDF re Debtors' Daubert brief and response to same from D. Bernick. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from NDF re Debtors' and Equity's Daubert briefs. | 0.10 | 30.50 |
| MTH | Reviewing multiple correspondence from WBS and AVG re Debtors' Daubert brief. | 0.40 | 122.00 |
| MTH | Reviewing correspondence from R Frankel re Debtors' Daubert brief. | 0.10 | 30.50 |
| MTH | Reviewing additional correspondence from WBS re Debtors' Daubert brief. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from DF re FCR's Daubert brief. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from NDF re BH re ACC's Daubert brief. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from DF re Equity's Daubert brief. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from NDF re ACC Daubert brief. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from NDF and AVG re ACC Daubert brief. | 0.10 | 30.50 |
| MTH | Multiple correspondence to and from DF re FCR's Daubert brief, ACC Daubert brief. | 0.20 | 61.00 |
| MTH | Reviewing correspondence from E-services (Chris) re filing of ACC Daubert filings. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from DS re ACC Daubert brief. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from AVG re ACC Daubert Brief. | 0.10 | 30.50 |
| MTH | Correspondence to WBS re contact with JON re Debtors' Daubert brief. | 0.10 | 30.50 |
| MTH | Correspondence to counsel at C&D re Debtors' Daubert filing late. | 0.10 | 30.50 |
| MTH | Correspondence to NDF re receipt of ACC Daubert brief. | 0.10 | 30.50 |
| MTH | Correspondence to WBS, AVG re FCR's Daubert filing. | 0.10 | 30.50 |
| MTH | Correspondence to Estimation counsel re ACC's Daubert brief. | 0.20 | 61.00 |
| MTH | Correspondence to PVNL (x2) re ACC filings re Daubert brief. | 0.20 | 61.00 |
| MTH | Correspondence to counsel at Caplin (x2) with ACC's filings re Daubert brief. | 0.20 | 61.00 |
| MTH | Correspondence to counsel at Caplin (x2) re FCR's Motion to file under seal and Daubert motion. | 0.20 | 61.00 |

**12/09/2007**

| MTH | Reviewing correspondence from GH and NDF re ACC Daubert Motion; Correspondence to GH re same. | 0.20 | 61.00 |
|---|---|---|---|
| MTH | Reviewing correspondence from MK and DF re ACC Daubert Motion; Correspondence to MK re same. | 0.20 | 61.00 |

**12/10/2007**

| MTH | Correspondence to and from TT re Daubert Brief. | 0.10 | 30.50 |
|---|---|---|---|
| MTH | Reviewing COC re Barnesville Asbestos PD Claim. | 0.10 | 30.50 |
| MTH | Reviewing Judge Buckwalter's Memorandum re 44 asbestos PD claims. | 0.40 | 122.00 |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **12/11/2007** | | | | |
| | MTH | Reviewing correspondence from claimant counsel paralegal re 2019's. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from NDF re December hearing. | 0.10 | 30.50 |
| | MTH | Addressing issues re redacted Peterson report; discussion with BC re same. | 0.70 | 213.50 |
| | MTH | Reviewing correspondence from JON re revised exhibits. | 0.30 | 91.50 |
| | MTH | Correspondence to KH re contracts re estimation hearing. | 0.10 | 30.50 |
| **12/12/2007** | | | | |
| | MTH | Correspondence to and from MRE re Daubert brief. | 0.20 | 61.00 |
| | MTH | Telephone conference with MRE re Daubert brief. | 0.20 | 61.00 |
| | MTH | Telephone conference with NDF re Daubert brief. | 0.30 | 91.50 |
| | MTH | Reviewing Daubert brief re issues related to seal motion. | 1.60 | 488.00 |
| | MTH | Telephone conference with SM re Daubert brief, under seal issues. | 0.10 | 30.50 |
| | MTH | Correspondence to NDF re contact with SM re Daubert brief. | 0.10 | 30.50 |
| | MTH | Reviewing finalized contract for May estimation dates. | 0.20 | 61.00 |
| **12/14/2007** | | | | |
| | MRE | Reviewing Notice re Estimation Hearing, Court Call procedures. | 0.10 | 34.00 |
| **12/17/2007** | | | | |
| | MTH | Telephone conference with DF re December hearing, Daubert briefing, e-briefs, estimation. | 0.40 | 122.00 |
| | MTH | Telephone conference with RB re Daubert briefing, boxes of under seal documents. | 0.30 | 91.50 |
| | MTH | Telephone conference with JPW re December hearing, Daubert briefing, exhibit list, estimation. | 0.40 | 122.00 |
| | MTH | Telephone conference with DF (additional) re Daubert briefing. | 0.20 | 61.00 |
| | MTH | Telephone conference with NDF re estimation hearing. | 0.20 | 61.00 |
| | MTH | Additional correspondence to and from DF and DS re ACC e-brief and FCR e-brief. | 0.50 | 152.50 |
| | MTH | Reviewing correspondence from NDF re Debtors' issues re Daubert briefs. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from DF re issues re Daubert briefing. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from JPW re ACC e-brief. | 0.10 | 30.50 |
| | MTH | Reviewing notice of transfer re National Union and Correspondence to and from PVNL re same. | 0.30 | 91.50 |
| | BC | Estimation Hearing preparation of Mini Depositions for MTH | 1.10 | 104.50 |
| **12/18/2007** | | | | |
| | MTH | Reviewing correspondence from DS re draft exhibit list, information from FCR; Reviewing correspondence from NDF re same. | 0.30 | 91.50 |
| | MTH | Reviewing correspondence from NDF re Estimation information, filings. | 0.10 | 30.50 |
| | MTH | Reviewing electronic copy of e-brief and reviewing for accuracy and completeness, reviewing draft correspondence to JKF re copy of same, additional copies to estimation counsel. | 1.70 | 518.50 |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Drafting correspondence to EI, PVNL, NDF re Debtors' Motion to Strike; reviewing correspondence from NDF re same; response to same; Correspondence to JON re proposed Order for Motion to Strike. | | 0.40 | 122.00 |
| MTH | Reviewing correspondence from JON re proposed Order for Motion to Strike. | | 0.10 | 30.50 |
| MTH | Reviewing correspondence from TK re logistics for estimation hearing. | | 0.10 | 30.50 |
| MTH | Reviewing correspondence from NDF re draft response to Debtors' Motion to Strike; working on exhibits to same and Correspondence to NDF re same. | | 0.80 | 244.00 |
| MTH | Reviewing correspondence from RGM re draft response to Debtors' Motion to Strike. | | 0.10 | 30.50 |
| MTH | Multiple correspondence to and from DS, DF and TH re ACC e-brief. | | 0.40 | 122.00 |
| BC | Draft and revise letter to Judge Fitzgerald regarding ACC's eBrief for Daubert Motion (.3); discuss each task assignment with MTH on an on-going basis (.3); review and update service list and labels (.4); review and prepare CDs containing eBrief (.7); organize and coordinate the printing of the Help Guide, and review of same, related to the eBrief (.5); prepare  eBrief to be kept Under Seal (.3); service of all materials to Chambers and Estimation Counsel (.8) | | 3.30 | 313.50 |
| 12/19/2007 | | | | |
| MTH | Telephone conference with DF re Daubert briefs, Debtors' Motion to Strike. | | 0.30 | 91.50 |
| MTH | Telephone conference with DF re Daubert briefs, witness lists, etc.; Telephone conference with TK re same and additional call to DF re same. | | 0.40 | 122.00 |
| MTH | Telephone conference with TK re service of Daubert reports, exhibits, etc. | | 0.20 | 61.00 |
| MTH | Correspondence to and from NDF re Estimation filings to be completed. | | 0.20 | 61.00 |
| MTH | Reviewing correspondence from JB re proposed Stipulation re Debtors' Motion to Strike Daubert Motion and response to same from RGM. | | 0.40 | 122.00 |
| MTH | Reviewing correspondence from NDF re proposed stipulation. | | 0.10 | 30.50 |
| MTH | Reviewing correspondence from JB re Debtors' Motion to Strike and response to same from NDF. | | 0.20 | 61.00 |
| MTH | Reviewing various correspondence from DF re negotiations re Debtors' Motion to Strike. | | 0.20 | 61.00 |
| MTH | Reviewing correspondence from NDF re various estimation issues, including Daubert Responses, exhibit list and witness list; reviewing information re same and response to same. | | 0.30 | 91.50 |
| 12/20/2007 | | | | |
| MTH | Telephone conference with NDF re Exhibit List, Witnesses for Estimation Hearing and Daubert Objection filings. | | 0.20 | 61.00 |
| MTH | Telephone conference with TK re filing and service of  Estimation related pleadings. | | 0.20 | 61.00 |
| MTH | Follow up Telephone conference with NDF re filing and service of | | | |

Page: 6

W.R. Grace

12/31/2007

ACCOUNT NO:     3000-05D
STATEMENT NO:          79

Claims Analysis Objection & Resolution (Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
|  | estimation related filings. | 0.20 | 61.00 |
| MTH | Telephone conference with JPW re filing and service of Daubert Opposition. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from JAL re Anderson Memorial Class Certification Motion and response to same; additional correspondence re environmental settlement. | 0.30 | 91.50 |
| MTH | Reviewing correspondence from NDF re draft exhibit list cover pleading. | 0.20 | 61.00 |
| MTH | Reviewing draft Estimation Witness List. | 0.30 | 91.50 |
| MTH | Reviewing correspondence from DS re information needed for Daubert Brief and response to same. | 0.30 | 91.50 |
| MTH | Reviewing as filed version of stipulation resolving Debtors' Motion to Strike additional information re Daubert Motions. | 0.20 | 61.00 |
| MTH | Reviewing correspondence from NDF re Estimation Trial exhibits. | 0.10 | 30.50 |
| MTH | Telephone conference with TK re logistics for service and filing of Daubert Responses and related exhibits and filings, correspondence re same. | 0.30 | 91.50 |

12/21/2007
| MTH | Reviewing correspondence from NDF (x2) and SCM re estimation trial exhibits. | 0.20 | 61.00 |
|---|---|---|---|
| MTH | Drafting correspondence to JKF re courtesy copy of pleadings to be filed; drafting similar correspondence to estimation counsel re pleadings to be filed and complete set of exhibits for the exhibit list and Correspondence to NDF re same. | 0.80 | 244.00 |
| MTH | Revising draft cover letter to the Court re estimation pleadings, addressing counsel to receive copies of letter. | 0.30 | 91.50 |
| MTH | Reviewing Exhibit List from NDF, revising same and Correspondence to counsel at C&D and OH re same. | 1.00 | 305.00 |
| MTH | Reviewing, revising and signing Witness List for Estimation Hearing, Correspondence to Parcel's re procedures for filing and service of same. | 1.20 | 366.00 |
| MTH | Reviewing and revising response to Debtors' and Equity's Daubert Motions; drafting cover pleading to be filed for under seal filing, reviewing voluminous exhibits for Daubert Response and related communications with Caplin and Orrick re same.  Communications with Parcel's for filing and service of same. | 6.80 | 2,074.00 |
| BC | Telephone calls to local counsel regarding the service of documents to be filed after hours. | 0.30 | 28.50 |
| BC | Estimation hearing preparation- coordinate the binding of mini depositions and the numerous CourtCall appearances for upcoming Estimation Hearings | 0.80 | 76.00 |

12/22/2007
| MTH | Begin review of Debtors' Response to Daubert Motions and Correspondence to counsel at C&D and OH re same. | 3.30 | 1,006.50 |
|---|---|---|---|
| MTH | Reviewing correspondence from GH re estimation witnesses. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from RGM re exhibit list from Debtors. | 0.10 | 30.50 |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/30/2007 |  |  |  |  |
| MRE | Review of e-mail regarding subpoena and e-mail to MTH regarding same | | 0.20 | 68.00 |
|  | FOR CURRENT SERVICES RENDERED | | 58.80 | 16,313.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 49.60 | 305.00 | $15,128.00 |
| Marla R. Eskin | 0.30 | 340.00 | 102.00 |
| Bruce Campbell | 8.90 | 95.00 | 845.50 |

TOTAL CURRENT WORK                                     16,075.50

BALANCE DUE                                              $111,174.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2007 |
| Wilmington  DE | ACCOUNT NO:    3000-06D |
|  | STATEMENT NO:    79 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |
|---|---|
| PREVIOUS BALANCE | $4,100.70 |

| | | | HOURS | |
|---|---|---|---|---|
| 12/03/2007 | | | | |
| | MTH | Reviewing motion to reconsider of A. Volovsek and Correspondence to PVNL re same. | 0.40 | 122.00 |
| 12/19/2007 | | | | |
| | MTH | Reviewing additional correspondence from JB re environmental settlements. | 0.20 | 61.00 |
| | MTH | Reviewing Notice of possible Environmental Settlement, filed by the EPA. | 1.40 | 427.00 |
| | MTH | Begin review of Debtors' motion re environmental settlement and Correspondence to EI, PVNL re same. | 0.50 | 152.50 |
| | MTH | Correspondence to EI, PVNL, JS re EPA's Filing re Environmental Settlement. | 0.40 | 122.00 |
| 12/21/2007 | | | | |
| | MTH | Reviewing correspondence from JS re environmental settlement motion. | 0.10 | 30.50 |
| | | FOR CURRENT SERVICES RENDERED | 3.00 | 915.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.00 | $305.00 | $915.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 915.00 |
| BALANCE DUE | $5,015.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2007 |
| Wilmington  DE | ACCOUNT NO:    3000-07D |
|  | STATEMENT NO:         79 |

Committee, Creditors, Noteholders, Equity Holders

|  | PREVIOUS BALANCE | | $32,903.14 |
|---|---|---|---|

|  |  | HOURS |  |
|---|---|---|---|
| **12/02/2007** | | | |
| DAC | Read memo re Sealed Air Subpoenas | 0.10 | 42.50 |
| | | | |
| **12/03/2007** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 11.00 |
| MTH | Review Daily Memo | 0.10 | 30.50 |
| KH | Review Daily Memorandum re: fee issues | 0.10 | 9.50 |
| KH | Review disk re: depositions for R. Dewine | 1.40 | 133.00 |
| | | | |
| **12/04/2007** | | | |
| MTH | Review Daily Memo | 0.10 | 30.50 |
| | | | |
| **12/05/2007** | | | |
| BC | Review docket, recently filed pleadings and notices of e-filing; draft Daily Memo | 0.30 | 28.50 |
| MTH | Review Daily Memo | 0.10 | 30.50 |
| BC | Review, prepare and e-file Supplemental Verified Statement Pursuant of Cooney & Conway (.2); draft email and send confirmation to Cooney & Conway (.1) | 0.30 | 28.50 |
| KH | Review December 4, 2007 Daily Memorandum re: fee issues | 0.10 | 9.50 |
| KH | Review December 5, 2007 Daily Memorandum re: fee issues | 0.10 | 9.50 |
| KH | Review disk re: estimation depositions; draft responsive email to MTH re: the same | 1.10 | 104.50 |
| | | | |
| **12/06/2007** | | | |
| KH | Review Daily Memorandum re: fee issues | 0.10 | 9.50 |
| BC | Review docket for recently filed pleadings and notices of e-filing; draft Daily Memo | 0.20 | 19.00 |
| BC | Continue to draft Weekly Recommendation Memo | 0.30 | 28.50 |
| BC | Review and e-file Rule 2019 Statement of Edward O. Moody; send e-file | | |

Page: 2
12/31/2007
ACCOUNT NO:        3000-07D
STATEMENT NO:        79

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | confirmation back to Firm of Edward O. Moody | 0.30 | 28.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 36.50 |
| | | | |
| **12/07/2007** | | | |
| PEM | Review pending motions and matters weekly calendar. | 0.20 | 73.00 |
| BC | Review docket for recently filed pleadings; draft Daily Memo | 0.10 | 9.50 |
| BC | Draft and distribute Weekly Recommendation Memo | 0.60 | 57.00 |
| BC | Preparatory work towards the Brief to be filed on 12/8/07 | 0.70 | 66.50 |
| MTH | Prepare weekly recommendation memos. | 1.10 | 335.50 |
| MTH | Reviewing correspondence from BC to Committee re weekly recommendation memos. | 0.10 | 30.50 |
| DAC | Review counsel's weekly memo | 0.20 | 85.00 |
| | | | |
| **12/10/2007** | | | |
| MK | Review Committee events calendar and update attorney case calendar. | 0.10 | 11.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 9.50 |
| BC | Review docket, recently filed pleadings and notices of e-filing; draft Daily Memo | 0.50 | 47.50 |
| BC | Download and review Omnibus Hearing Order; add all dates to Weekly Recommendation Memo and calendar | 0.70 | 66.50 |
| | | | |
| **12/11/2007** | | | |
| BC | Review docket, recently filed pleadings and notices of e-filing; draft Daily Memo | 0.20 | 19.00 |
| BC | Make CourtCall reservations for 5 attorneys regarding the hearing on 12/17/07; draft and send e-mails with confirmation | 0.30 | 28.50 |
| BC | Review docket, recently filed pleadings and notices of e-filing; draft Daily Memo | 0.30 | 28.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 36.50 |
| BC | Review docket, recently filed pleadings and notices of e-filing; draft Daily Memo | 0.30 | 28.50 |
| BC | Draft Weekly Recommendation Memo | 0.60 | 57.00 |
| | | | |
| **12/12/2007** | | | |
| KH | Review 12/11 Daily Memorandum re: fee issues | 0.10 | 9.50 |
| KH | Review Daily Memorandum re: fee issues | 0.10 | 9.50 |
| | | | |
| **12/13/2007** | | | |
| BC | Review, prepare and e-file 6th Amended 2019 Statement of Motley Rice LLC (.2); send confirmation of filing to same (.1) | 0.30 | 28.50 |
| BC | Continue to develop Weekly Recommendation Memo | 0.50 | 47.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 36.50 |
| KH | Review Daily Memorandum re: fee issues | 0.10 | 9.50 |
| | | | |
| **12/14/2007** | | | |
| BC | Finalize and distribute Weekly Recommendation Memo | 0.70 | 66.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| BC | Review docket, recently filed pleadings and notices of e-filing; draft and distribute Daily Memo | 0.10 | 9.50 |
| DAC | Review counsel's weekly memo | 0.20 | 85.00 |
| BC | Review and prepare Sixth Amended Verified Rule 2019 Statement of Motley Rice LLC (.2); address e-filing and send confirmation to Motley Rice LLC (.2) | 0.40 | 38.00 |
| MTH | Reviewing correspondence from BC to Committee counsel re weekly recommendation memos. | 0.10 | 30.50 |
| KH | Review Daily Memorandum re: fee issues | 0.10 | 9.50 |
| MTH | Prepare weekly recommendation memos. | 1.30 | 396.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 73.00 |
| **12/17/2007** |  |  |  |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 11.00 |
| MK | Exchange email w/MRE regarding supplemental declarations issue. | 0.10 | 11.00 |
| BC | Review docket, recently filed pleadings and notices of e-filing; draft Daily Memo | 0.20 | 19.00 |
| BC | Begin to draft Weekly Recommendation Memo for 12/21/07 | 0.20 | 19.00 |
| KH | Review Daily Memorandum re: fee issues | 0.10 | 9.50 |
| **12/18/2007** |  |  |  |
| KH | Review Daily Memorandum re: fee issues | 0.10 | 9.50 |
| BC | Continue to draft Weekly Recommendation Memo | 0.40 | 38.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 36.50 |
| **12/19/2007** |  |  |  |
| BC | Inquire about service information from all service parties regarding Friday's filing | 0.60 | 57.00 |
| BC | Review docket for recently filed pleadings and notices of e-filing; draft and distribute Daily Memo | 0.10 | 9.50 |
| KH | Review daily memorandum for fee issues | 0.10 | 9.50 |
| MTH | Drafting hearing memorandum and Correspondence to EI, PVNL, NDF re same. | 1.80 | 549.00 |
| BC | Draft Weekly Recommendation Memo | 0.40 | 38.00 |
| **12/20/2007** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 36.50 |
| KH | Review daily memorandum for fee issues | 0.10 | 9.50 |
| BC | Review docket, recently filed pleadings and notices of e-filing; draft Daily Memo | 0.30 | 28.50 |
| BC | Draft Weekly Recommendation Memo | 0.40 | 38.00 |
| MTH | Reviewing and revising hearing memo and Correspondence to Committee re same. | 0.30 | 91.50 |
| MTH | Reviewing correspondence from NDF re draft hearing memo. | 0.10 | 30.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| **12/21/2007** |  |  |  |  |
|  | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 73.00 |
|  | BC | Review docket, recently filed pleadings and notices of e-filing; draft Daily Memo | 0.20 | 19.00 |
|  | BC | Finalize and distribute Weekly Recommendation Memo | 0.60 | 57.00 |
|  | BC | Preparation for filing and service of ACC's Response to Debtors' Daubert Motion, Estimation Hearing Witness List, and Estimation Hearing Exhibit List | 2.50 | 237.50 |
|  | KH | Review daily memorandum for fee issues | 0.10 | 9.50 |
|  | MTH | Prepare weekly recommendation memo | 1.40 | 427.00 |
|  | MTH | Reviewing correspondence from BC re weekly recommendation memo | 0.10 | 30.50 |
| **12/23/2007** |  |  |  |  |
|  | DAC | Review counsel's weekly memo | 0.20 | 85.00 |
|  | DAC | Review memo re 12/17 hearing | 0.10 | 42.50 |
| **12/26/2007** |  |  |  |  |
|  | BC | Review docket, recently filed pleadings and notices of e-filing; draft and distribute Daily Memo | 0.40 | 38.00 |
|  | BC | Begin to develop Weekly Recommendation Memo | 0.40 | 38.00 |
|  | BC | Begin to organize all CourtCall confirmations regarding ACC counsel for all upcoming Estimation Hearings | 0.70 | 66.50 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 36.50 |
|  | KH | Review daily memorandum for fee issues | 0.10 | 9.50 |
|  | KH | Review daily memorandum for fee issues | 0.10 | 9.50 |
|  | MRE | Reviewing correspondence from EI re Plan, Estimation. | 0.10 | 34.00 |
| **12/27/2007** |  |  |  |  |
|  | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 11.00 |
|  | BC | Review docket for recently filed pleadings and notices of efiling; draft Daily Memo | 0.10 | 9.50 |
|  | BC | Continue to draft Weekly Recommendation Memo | 0.60 | 57.00 |
|  | MTH | Reviewing correspondence from JR and SB re committee meeting. | 0.10 | 30.50 |
|  | MTH | Reviewing correspondence from IC re Committee meeting. | 0.10 | 30.50 |
| **12/28/2007** |  |  |  |  |
|  | MTH | Reviewing correspondence from EI and MM re committee meeting. | 0.10 | 30.50 |
|  | MTH | Reviewing correspondence from SK re Committee meeting. | 0.10 | 30.50 |
|  | BC | Review docket for recently filed pleadings and notices of efiling; draft Daily Memo | 0.10 | 9.50 |
|  | BC | Finalize draft of Weekly Recommendation Memo | 0.60 | 57.00 |
|  | BC | Download and process numerous CourtCall confirmations into system for Estimation Hearing | 0.70 | 66.50 |
|  | MTH | Reviewing correspondence from BC to Committee counsel re weekly recommendation memo. | 0.10 | 30.50 |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 36.50 |

W.R. Grace

12/31/2007
ACCOUNT NO:        3000-07D
STATEMENT NO:              79

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| BC | Estimation Hearing preparation | 0.70 | 66.50 |
| KSK | Email correspondence with MTH re ACC weekly recommendation memoranda. | 0.20 | 30.00 |
| **12/31/2007** |  |  |  |
| KH | Review daily memorandum for fee issues | 0.10 | 9.50 |
| BC | Organize numerous CourtCall confirmations regarding Estimation Hearing dates | 0.70 | 66.50 |
| KH | Prepare Excel Chart re: Estimation Depositions and review case docket re: the same | 1.60 | 152.00 |
| BC | Estimation Hearing preparation | 0.90 | 85.50 |
|  | FOR CURRENT SERVICES RENDERED | 35.30 | 5,502.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $425.00 | $340.00 |
| Philip E. Milch | 1.30 | 365.00 | 474.50 |
| Michele Kennedy | 0.50 | 110.00 | 55.00 |
| Mark T. Hurford | 7.10 | 305.00 | 2,165.50 |
| Marla R. Eskin | 0.10 | 340.00 | 34.00 |
| Bruce Campbell | 19.50 | 95.00 | 1,852.50 |
| Katherine Hemming | 5.80 | 95.00 | 551.00 |
| Kathryn S. Keller | 0.20 | 150.00 | 30.00 |

TOTAL CURRENT WORK                                                5,502.50


BALANCE DUE                                                   $38,405.64


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    12/31/2007
Wilmington  DE                                           ACCOUNT NO:        3000-08D
                                                         STATEMENT NO:             78

Employee Benefits/Pension

PREVIOUS BALANCE                                                              $166.80

BALANCE DUE                                                                   $166.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
12/31/2007
ACCOUNT NO:       3000-09D
STATEMENT NO:              31

Employee Applications, Applicant

|  |  | HOURS |  |
|---|---|---|---|
| 12/04/2007 |  |  |  |
| MRE | E-mails with MH regarding UST questions on fee appliation | 0.40 | 136.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.40 | 136.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.40 | $340.00 | $136.00 |

TOTAL CURRENT WORK                                                    136.00

BALANCE DUE                                                          $136.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      12/31/2007
Wilmington  DE                                        ACCOUNT NO:        3000-10D
                                                      STATEMENT NO:             79

Employment Applications, Others

PREVIOUS BALANCE                                                        $2,060.20

BALANCE DUE                                                            $2,060.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                                          12/31/2007
Wilmington  DE                                                                  ACCOUNT NO:        3000-11D
                                                                                STATEMENT NO:              77

Expenses

PREVIOUS BALANCE                                                                    $17,181.76

| | | |
|---|---|---|
| 12/01/2007 | Pacer charges for the month of November | 146.96 |
| 12/03/2007 | 869 total copies printed. | 86.90 |
| 12/03/2007 | 243 total copies scanned. | 24.30 |
| 12/03/2007 | Court Call for Appointment of Financial Advisor ($25.00 split between Grace, FedMo, Flintkote and AC&S). | 6.25 |
| 12/05/2007 | Estimation Hearing Mini Deposition Binding. | 17.44 |
| 12/10/2007 | 1832 total copies printed. | 183.20 |
| 12/10/2007 | 499 total copies scanned. | 49.90 |
| 12/10/2007 | Parcels charge for hand and mail service for Sept. CNO for LAS, July-Sept. CNOs for C&L, C&D, LAS, AKO, C/O and Comm. | 54.63 |
| 12/10/2007 | Court Call for Appointment of Financial Advisor ($25.00 split between Grace, FedMo, Flintkote and AC&S). | 6.25 |
| 12/11/2007 | Parcels charge for E-file and serve USBC - Daubert Motion. | 195.00 |
| 12/11/2007 | Parcels charge for copy, FedEx, Binders, etc. for Daubert Motion and Motion to File Expert Reports Under Seal. | 7,526.85 |
| 12/11/2007 | Parcels charge for copies, envelopes and postage - Daubert Motion Service. | 574.06 |
| 12/17/2007 | 1552 total copies printed. | 155.20 |
| 12/17/2007 | 599 total copies scanned. | 59.90 |
| 12/17/2007 | AT&T Long Distance Phone Charges | 21.86 |
| 12/18/2007 | Parcels charge for hand delivery to Phillips Goldman & Spence. | 7.50 |
| 12/18/2007 | Parcels charge for hand delivery to Ferry Joseph & Pearce. | 7.50 |
| 12/18/2007 | Parcels charge for hand delivery to Office of the U.S. Trustee. | 7.50 |
| 12/18/2007 | Parcels charge for hand delivery to Buchanan Ingersoll & Rooney. | 7.50 |
| 12/18/2007 | Parcels charge for hand delivery to Pachulski Stang. | 7.50 |
| 12/18/2007 | Parcels charge for hand delivery to Judge Judy Fitzgerald. | 7.50 |
| 12/18/2007 | Parcels charge for hand delivery to Duane Morris. | 7.50 |
| 12/18/2007 | Parcels charge for 60 color copies and 20 padded envelopes. | 85.00 |
| 12/21/2007 | Parcels charge for hand delivery to Pachulski Stang. | 10.00 |
| 12/21/2007 | Parcels charge for hand delivery to Duane Morris. | 10.00 |

Page: 2

W.R. Grace

12/31/2007

ACCOUNT NO:    3000-11D
STATEMENT NO:    77

Expenses

| | | |
|---|---|---:|
| 12/21/2007 | Parcels charge for hand delivery to Buchanan Ingersoll & Rooney. | 10.00 |
| 12/26/2007 | 1142 total copies printed. | 114.20 |
| 12/26/2007 | 126 total copies scanned. | 12.60 |
| 12/31/2007 | 3242 total copies printed, the majority of which were in a Memorandum from WR Grace that had 116 exhibits on 12/26/07. | 324.20 |
| 12/31/2007 | 557 total copies scanned. | 55.70 |
| | TOTAL EXPENSES | 9,782.90 |
| | TOTAL CURRENT WORK | 9,782.90 |
| | BALANCE DUE | $26,964.66 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2007
ACCOUNT NO:      3000-12D
STATEMENT NO:            77

Fee Applications, Applicant

PREVIOUS BALANCE                                                        $5,218.40

|  | | | HOURS | |
|---|---|---|---|---|
| 12/03/2007 | | | | |
| | MTH | Correspondence to MRE, KCD and KH re discussion with DK re C&L Interim. | 0.20 | 61.00 |
| 12/04/2007 | | | | |
| | PEM | Review November prebill for Pgh time. | 0.20 | 73.00 |
| 12/05/2007 | | | | |
| | MTH | Correspondence to and from KH re information requested by UST re Interim Fee Application, discussion with KH re same. | 0.30 | 91.50 |
| 12/06/2007 | | | | |
| | MTH | Discussion with KH re inquiry from UST re Interim Application, Reviewing correspondence from KH re same. | 0.30 | 91.50 |
| 12/10/2007 | | | | |
| | MRE | Discussion with KH re inquiry from UST re Interim Fee Application. | 0.40 | 136.00 |
| 12/17/2007 | | | | |
| | MTH | Reviewing pre-bill. | 1.60 | 488.00 |
| 12/27/2007 | | | | |
| | KCD | Review and sign CNO re C&L application | 0.20 | 46.00 |
| | KH | Review case docket for objections to C&L October Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| 12/28/2007 | | | | |
| | KCD | Review C&L November monthly application | 0.30 | 69.00 |
| | KH | Prepare Excel spreadsheet of C&L November re: professional hours v. project categories | 0.40 | 38.00 |

Page: 2
W.R. Grace                                                                        12/31/2007
                                                     ACCOUNT NO:      3000-12D
                                                     STATEMENT NO:          77

Fee Applications, Applicant

|    |                                                                                              | HOURS |          |
|----|----------------------------------------------------------------------------------------------|-------|----------|
| KH | Review email from D. Seitz re: November bill(.1); Prepare C&L                                 |       |          |
|    | November fee application(.7); Finalize and e-file fee application(.3)                         | 1.10  | 104.50   |
|    | FOR CURRENT SERVICES RENDERED                                                                 | 5.50  | 1,246.00 |

RECAPITULATION

| TIMEKEEPER              | HOURS | HOURLY RATE | TOTAL   |
|-------------------------|-------|-------------|---------|
| Philip E. Milch         | 0.20  | $365.00     | $73.00  |
| Mark T. Hurford         | 2.40  | 305.00      | 732.00  |
| Marla R. Eskin          | 0.40  | 340.00      | 136.00  |
| Kathleen Campbell Davis | 0.50  | 230.00      | 115.00  |
| Katherine Hemming       | 2.00  | 95.00       | 190.00  |

TOTAL CURRENT WORK                                                               1,246.00


BALANCE DUE                                                                      $6,464.40


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2007
ACCOUNT NO:     3000-13D
STATEMENT NO:          64

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $13,975.90 |
| **12/04/2007** | | | |
| MTH | Telephone conference with JAL re discussion with UST re C&D fee applications, Examiner issues and environmental matters. | 0.20 | 61.00 |
| MTH | Reviewing correspondence from UST's office re C&D and C&L Interim Fee Apps.; Correspondence to JAL, RT re same. | 0.30 | 91.50 |
| MTH | Reviewing correspondence from MRE re request for information from UST's office. | 0.10 | 30.50 |
| **12/05/2007** | | | |
| KH | Review 25th Interim spreadsheet and draft responsive email re: the same | 0.30 | 28.50 |
| KH | Review July-Sept. Interim fee application from Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review April-June Interim fee application from Warren Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review July-Sept. Interim fee application from Steptoe & Johnson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review August fee application from Steptoe & Johnson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review September fee application from Steptoe & Johnson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review July-Sept. fee application from Phillips Goldman(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October fee application from David Austern(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October fee application from Buchanan Ingersoll & Rooney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October fee application from Kramer Levin Naftalis & Frankel(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October fee application from Reed Smith(.1); Update Grace | | |

|  |  | HOURS |  |
|---|---|---|---|
|  | Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review September fee application from PricewaterhouseCoopers(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review August fee application from Phillips Goldman(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review September fee application from Phillips Goldman(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October fee application from Orrick Herrington(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October fee application from Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October fee application from Stroock & Stroock & Lavan(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review July fee application from BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |

| 12/10/2007 |  |  |  |
|---|---|---|---|
| KH | Review case docket for objections to LAS September fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KH | Review case docket for objections to LAS July-September Interim fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KH | Review case docket for objections to Charter Oak July-September Interim fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KH | Review case docket for objections to AKO July-September Interim fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KH | Review case docket for objections to Committee July-September Interim fee application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |

| 12/12/2007 |  |  |  |
|---|---|---|---|
| KH | Update Committee Fee Application Tracking Chart | 0.50 | 47.50 |
| MTH | Reviewing correspondence from MRE re UST request for information directed to C&D. | 0.10 | 30.50 |
| MTH | Correspondence to KH re hearing on fee applications | 0.10 | 30.50 |
| MTH | Correspondence to KH re hearing on fee applications. | 0.10 | 30.50 |

| 12/14/2007 |  |  |  |
|---|---|---|---|
| KH | Review August Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review September Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review July-September Interim Fee Application of Beveridge & Diamond(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |

Page: 3
W.R. Grace                                                                    12/31/2007
                                                          ACCOUNT NO:        3000-13D
                                                          STATEMENT NO:           64

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review September Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review September Fee Application of Pachulski Stang(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review July-September Interim Fee Application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) |  |  |
| KH | Review July-September Interim Fee Application of Hamilton Rabinovitz(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October Fee Application of Hamilton Rabinovitz(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October Fee Application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review July-September Interim Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review July-September Interim Fee Application of Stroock & Stroock & Lavan(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |

**12/19/2007**

| KH | Review October fee application of Piper Jaffray & Co.(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
|---|---|---|---|
| KH | Review October fee application of Towers Perrin Tillinghast(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review July-September Interim fee application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review November fee application of Phillips Goldman & Spence(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |

**12/20/2007**

| KH | Email with A. Suffern re: CNO | 0.10 | 9.50 |
|---|---|---|---|

**12/26/2007**

| KCD | Review C&D November monthly application | 0.30 | 69.00 |
|---|---|---|---|

**12/27/2007**

| KCD | Review and sign CNO re Charter Oak application | 0.20 | 46.00 |
|---|---|---|---|
| KCD | Review and sign CNO re C&D application | 0.20 | 46.00 |
| KCD | Review and sign CNO re LAS application | 0.30 | 69.00 |
| KCD | Review and sign CNO re AKO application | 0.20 | 46.00 |
| KH | Review case docket for objections to C&D October Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KH | Review case docket for objections to AKO October Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |

W.R. Grace

12/31/2007
ACCOUNT NO:    3000-13D
STATEMENT NO:    64

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| KH | Review case docket for objections to Charter Oak October Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KH | Review case docket for objections to LAS October Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |

12/28/2007

| | | | |
|---|---|---|---|
| KCD | Review AKO monthly application | 0.30 | 69.00 |
| KH | Review email from A. Katznelson re: C&D November fee application(.1); Update C&D November fee application(.3); Finalize and e-file fee application(.3) | 0.70 | 66.50 |
| KH | Review email from A. Suffern re: November bill(.1); Prepare AKO November fee application(.6); Finalize and e-file fee application(.3) | 1.00 | 95.00 |
| | FOR CURRENT SERVICES RENDERED | 16.10 | 1,931.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $305.00 | $274.50 |
| Kathleen Campbell Davis | 1.50 | 230.00 | 345.00 |
| Katherine Hemming | 13.70 | 95.00 | 1,301.50 |

TOTAL CURRENT WORK                                     1,921.00


BALANCE DUE                                          $15,907.40


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2007 |
| Wilmington  DE | ACCOUNT NO:    3000-15D |
| | STATEMENT NO:            79 |

Hearings

|  | | |
|---|---|---|
| PREVIOUS BALANCE | | $24,113.25 |

| | | HOURS | |
|---|---|---|---|
| **12/02/2007** | | | |
| DAC | Review memo re 11/26 hearing | 0.20 | 85.00 |
| | | | |
| **12/03/2007** | | | |
| MTH | Reviewing correspondence from JON re draft hearing Agenda. | 0.30 | 91.50 |
| MTH | Reviewing correspondence from JON re hearing transcript. | 0.10 | 30.50 |
| MTH | Correspondence to JON re hearing transcript. | 0.10 | 30.50 |
| | | | |
| **12/04/2007** | | | |
| MTH | Brief review of transcript of November omnibus hearing and Correspondence to DF re same; Reviewing correspondence from DF re same. | 0.30 | 91.50 |
| MTH | Correspondence to and from JON re November transcript. | 0.10 | 30.50 |
| MTH | Correspondence to PVNL, NDF re November hearing transcript. | 0.10 | 30.50 |
| | | | |
| **12/10/2007** | | | |
| MTH | Reviewing correspondence from BC re hearing preparations. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from JB re Dec. 17 hearing. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from RB re hearing. | 0.10 | 30.50 |
| | | | |
| **12/11/2007** | | | |
| MTH | Reviewing additional correspondence from NDF re December hearing. | 0.10 | 30.50 |
| MTH | Reviewing Agenda and Correspondence to counsel at C&D re same and fee hearing. | 0.30 | 91.50 |
| MTH | Reviewing correspondence from NDF re participation at December hearing. | 0.10 | 30.50 |
| MTH | Reviewing correspondence from JR re December hearing. | 0.10 | 30.50 |
| MTH | Hearing re Tersigni issue (split between 4 cases). | 0.50 | 152.50 |
| MTH | Reviewing multiple correspondence from BC re December hearing. | 0.10 | 30.50 |

W.R. Grace

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/12/2007 |  |  |  |  |
| | MTH | Discussion with BC re December hearing, Reviewing correspondence from Bruce re same. | 0.20 | 61.00 |
| 12/13/2007 |  |  |  |  |
| | MTH | Reviewing correspondence from NDF re December hearing and response to same. | 0.20 | 61.00 |
| | MTH | Reviewing and markup of Agenda for December hearing; discussion with KH re same and begin hearing preparations. | 1.00 | 305.00 |
| | MTH | Reviewing correspondence from BC to NDF re December hearing | 0.10 | 30.50 |
| 12/14/2007 |  |  |  |  |
| | KH | Prepare attorney binder for 12/17 Hearing | 0.40 | 38.00 |
| 12/17/2007 |  |  |  |  |
| | KH | Draft 12/17 hearing memo | 0.20 | 19.00 |
| | MTH | December omnibus hearin | 1.80 | 549.00 |
| | MTH | Reviewing multiple correspondence from BC re CourtCall information for various counsel for Debtors' emergency hearing. | 0.10 | 30.50 |
| | MTH | Reviewing additional correspondence from BC and NDF re CourtCall information for emergency hearing. | 0.10 | 30.50 |
| | MTH | Reviewing correspondence from RH re estimation hearing. | 0.10 | 30.50 |
| | MTH | Multiple correspondence to and from NDF and WBS re estimation hearing issues. | 0.30 | 91.50 |
| | MTH | Reviewing correspondence from PVNL re emergency hearing and response to same from BC. | 0.10 | 30.50 |
| 12/18/2007 |  |  |  |  |
| | MTH | Discussion with BC re estimation hearing CourtCall information and Reviewing correspondence from BC re same. | 0.30 | 91.50 |
| 12/20/2007 |  |  |  |  |
| | MTH | Reviewing Notice of Cancellation of hearing for Dec. 20. | 0.10 | 30.50 |
| | | FOR CURRENT SERVICES RENDERED | 7.70 | 2,313.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $425.00 | $85.00 |
| Mark T. Hurford | 6.90 | 305.00 | 2,104.50 |
| Katherine Hemming | 0.60 | 95.00 | 57.00 |

| TOTAL CURRENT WORK | 2,313.00 |
|---|---|

Page: 3

W.R. Grace                                                                12/31/2007
                                                    ACCOUNT NO:        3000-15D
                                                    STATEMENT NO:            79

Hearings


BALANCE DUE                                                          $26,426.25


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2007
ACCOUNT NO:    3000-16D
STATEMENT NO:    64

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                $2,170.40

|            |     |                                                                 | HOURS |        |
|------------|-----|-----------------------------------------------------------------|-------|--------|
| 12/04/2007 |     |                                                                 |       |        |
|            | MTH | Reviewing Order entered re RMQ/ELG litigation and Correspondence to EI, PVNL re same. | 0.30  | 91.50  |
|            |     | FOR CURRENT SERVICES RENDERED                                   | 0.30  | 91.50  |

RECAPITULATION

| TIMEKEEPER       | HOURS | HOURLY RATE | TOTAL   |
|------------------|-------|-------------|---------|
| Mark T. Hurford  | 0.30  | $305.00     | $91.50  |

TOTAL CURRENT WORK                                                                  91.50

BALANCE DUE                                                                    $2,261.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2007 |
| Wilmington  DE | ACCOUNT NO:     3000-17D |
|  | STATEMENT NO:              64 |

Plan and Disclosure Statement

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $4,889.60 |
| 12/20/2007 | | | | |
| MRE | Reviewing correspondence from ACM, R.F., NDF re Plan related documents. | | 0.20 | 68.00 |
| 12/26/2007 | | | | |
| MRE | Review of memo from EI | | 0.10 | 34.00 |
| 12/31/2007 | | | | |
| PEM | Review drafts of a TDP and Trust Agreement; analysis of the Grace data and forecast of liability. | | 1.80 | 657.00 |
| | FOR CURRENT SERVICES RENDERED | | 2.10 | 759.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.80 | $365.00 | $657.00 |
| Marla R. Eskin | 0.30 | 340.00 | 102.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 759.00 |
| BALANCE DUE | | $5,648.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2007 |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
|  | STATEMENT NO:        64 |

Relief from Stay Proceedings

|  |  |
|---|---|
| PREVIOUS BALANCE | -$144.60 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/27/2007 |  |  |  |  |
| BC | Download and save Motion for Relief from Stay filed by Charleston, South Carolina; email same to MTH | | 0.40 | 38.00 |
| 12/28/2007 |  |  |  |  |
| MTH | Reviewing Stay Relief Motion for Debtors property located in South Carolina and drafting correspondence to PVNL re same. | | 0.50 | 152.50 |
| MTH | Reviewing correspondence from PVNL re South Carolina Stay Relief Motion. | | 0.10 | 30.50 |
|  | FOR CURRENT SERVICES RENDERED | | 1.00 | 221.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $305.00 | $183.00 |
| Bruce Campbell | 0.40 | 95.00 | 38.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 221.00 |
| BALANCE DUE | $76.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    12/31/2007
Wilmington  DE                                                ACCOUNT NO:         3000-19D
                                                              STATEMENT NO:              47

Tax Issues

PREVIOUS BALANCE                                                                     $791.00

BALANCE DUE                                                                          $791.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                                    12/31/2007
Wilmington  DE                                                            ACCOUNT NO:        3000-20D
                                                                                        STATEMENT NO:                63

Tax Litigation

PREVIOUS BALANCE                                                                                        $505.40

BALANCE DUE                                                                                                $505.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**


Page: 1
W.R. Grace                                                                          12/31/2007
Wilmington  DE                                               ACCOUNT NO:        3000-21D
                                                             STATEMENT NO:              55


Travel-Non-Working


PREVIOUS BALANCE                                                                   $4,355.40

BALANCE DUE                                                                        $4,355.40


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                    |              |
|--------------------|--------------|
|                    | Page: 1      |
| W.R. Grace         | 12/31/2007   |
| Wilmington  DE     | ACCOUNT NO:    3000-22D |
|                    | STATEMENT NO:        68 |

Valuation


PREVIOUS BALANCE                                           $1,185.00

BALANCE DUE                                                $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                        12/31/2007
Wilmington  DE                                                      ACCOUNT NO:        3000-23D
                                                                    STATEMENT NO:              68

ZAI Science Trial

PREVIOUS BALANCE                                                                    $1,329.90

BALANCE DUE                                                                         $1,329.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    12/31/2007
Wilmington  DE                                                ACCOUNT NO:        3000-24D
                                                             STATEMENT NO:              41

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                                                    -$56.00

CREDIT BALANCE                                                                       -$56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                    12/31/2007
Wilmington  DE                        ACCOUNT NO:      3000-25D
                                       STATEMENT NO:           34

Others

PREVIOUS BALANCE                                           $56.00

BALANCE DUE                                                $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2007
ACCOUNT NO:      3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 318.60 | 0.00 | 0.00 | 0.00 | 0.00 | $318.60 |
| 3000-04 Case Administration | | | | | |
| 6,717.30 | 1,145.00 | 0.00 | 0.00 | 0.00 | $7,862.30 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 94,860.80 | 16075.50 | 0.00 | 0.00 | 0.00 | $111,174.30 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 4,100.70 | 915.00 | 0.00 | 0.00 | 0.00 | $5,015.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 32,903.14 | 5,502.50 | 0.00 | 0.00 | 0.00 | $38,405.64 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 166.80 | 0.00 | 0.00 | 0.00 | 0.00 | $166.80 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 0.00 | 136.00 | 0.00 | 0.00 | 0.00 | $136.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 2,060.20 | 0.00 | 0.00 | 0.00 | 0.00 | $2,060.20 |
| 3000-11 Expenses | | | | | |
| 17,181.76 | 0.00 | 9,782.90 | 0.00 | 0.00 | $26,964.66 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,218.40 | 1,246.00 | 0.00 | 0.00 | 0.00 | $6,464.40 |

Page: 2
W.R. Grace
12/31/2007
ACCOUNT NO:    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 13,975.90 | 1,921.00 | 0.00 | 0.00 | 0.00 | $15,907.40 |
| 3000-15 Hearings | | | | | |
| 24,113.25 | 2,246.50 | 0.00 | 0.00 | 0.00 | $26,426.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 2,170.40 | 91.50 | 0.00 | 0.00 | 0.00 | $2,261.90 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 4,889.60 | 759.00 | 0.00 | 0.00 | 0.00 | $5,648.60 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -144.60 | 221.00 | 0.00 | 0.00 | 0.00 | $76.40 |
| 3000-19 Tax Issues | | | | | |
| 791.00 | 0.00 | 0.00 | 0.00 | 0.00 | $791.00 |
| 3000-20 Tax Litigation | | | | | |
| 505.40 | 0.00 | 0.00 | 0.00 | 0.00 | $505.40 |
| 3000-21 Travel-Non-Working | | | | | |
| 4,355.40 | 0.00 | 0.00 | 0.00 | 0.00 | $4,355.40 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,329.90 | 0.00 | 0.00 | 0.00 | 0.00 | $1,329.90 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| -56.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$56.00 |
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 216,698.95 | 30,259.00 | 9,782.90 | 0.00 | 0.00 | $257,055.85 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.