```
Date: 11/16/07           Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/01/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 2.6  1105.00
#7204     additional work on developing comments for Heckman   425.00
          report

10/02/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 4.0  1700.00
#7209     additional work on developing comments for Heckman   425.00
          report

10/03/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 2.3   977.50
#7213     additional review of Heckman                         425.00

10/04/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.8  1960.00
#7009     review Chambers's documents                          700.00

10/04/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.6   680.00
#7214     read papers to which Heckman refers                  425.00

10/04/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.8   340.00
#7215     review Chambers rebuttal to Peterson materials       425.00

10/05/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 1.7  1190.00
#7011     review Chambers's documents                          700.00

10/07/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 4.4  3080.00
#7015     telephone Relles re: Heckman report (.6); review     700.00
          materials from Relles re: Heckman (3.8)

10/07/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 3.9  1657.50
#7218     get Heckman reference materials, review materials    425.00

10/07/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.6   255.00
#7219     telephone Peterson re: Heckman report                425.00

10/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.9  2030.00
#7031     review Chambers backup materials                     700.00

10/22/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 4.2  1785.00
#7222     work on developing summary of problems with Heckman  425.00
          rebuttal

10/23/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 2.5  1062.50
#7226     work on developing summary of problems with Heckman  425.00
          rebuttal
```

```
Date: 11/16/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 2

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
10/24/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 5.2  2210.00
#7229     work on developing summary of problems with Heckman  425.00
          rebuttal

10/25/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.9   382.50
#7232     work on developing summary of problems with Heckman  425.00
          rebuttal

10/25/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.2   510.00
#7233     review Stallard deposition                           425.00

10/26/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.4  2380.00
#7045     read Stallard deposition                             700.00

10/27/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.9  2030.00
#7048     read Stallard deposition                             700.00

10/27/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.4   170.00
#7241     attempt to resolve case said by Dunbar to be wrongly 425.00
          coded

10/27/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.7   722.50
#7242     examine effect of eliminating case said by Dunbar to 425.00
          be wrongly coded

10/30/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.7   722.50
#7248     read Florence deposition                             425.00
```

```
Date: 11/16/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 3

          W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
10/01/07  Relles    / (07) Committee, Creditors'           0.4    170.00
#7201     email Finch re: Exponent results               425.00

10/05/07  Relles    / (07) Committee, Creditors'           0.3    127.50
#7216     telephone Wehner re: information requests for Rust  425.00
          deposition

10/06/07  Relles    / (07) Committee, Creditors'           2.3    977.50
#7217     satisfy miscellaneous Wehner requests           425.00

10/15/07  Peterson  / (07) Committee, Creditors'           1.2    840.00
#7026     telephone Finch re: settlements by other asbestos  700.00
          defendants

10/19/07  Peterson  / (07) Committee, Creditors'           1.2    840.00
#7030     review materials from Finch about Grace's experts  700.00

10/23/07  Relles    / (07) Committee, Creditors'           1.0    425.00
#7225     respond to Finch questions about Florence exhibits  425.00

10/31/07  Peterson  / (07) Committee, Creditors'           2.5   1750.00
#7059     telephone conference Slocombe, Wehner re: prepare  700.00
          for deposition

10/31/07  Peterson  / (07) Committee, Creditors'           4.5   3150.00
#7060     meet with Finch re: prepare for deposition      700.00

10/31/07  Peterson  / (07) Committee, Creditors'           1.6   1120.00
#7063     telephone Relles, Slocombe, Wehner re: deposition  700.00
          analyses

10/31/07  Relles    / (07) Committee, Creditors'           1.6    680.00
#7253     telephone Peterson, Slocombe, Wehner re: deposition  425.00
          analyses

10/31/07  Relles    / (07) Committee, Creditors'           1.2    510.00
#7256     telephone Peterson and Finch re: deposition analyses  425.00
```

Date: 11/16/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 4

          W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
10/03/07  Peterson  / (14) Hearings                             5.3   3710.00
#7006     review materials to prepare for deposition     700.00

10/04/07  Peterson  / (14) Hearings                             7.3   5110.00
#7008     review materials to prepare for deposition     700.00

10/07/07  Peterson  / (14) Hearings                             5.3   3710.00
#7014     review materials to prepare for deposition     700.00

10/08/07  Peterson  / (14) Hearings                             5.8   4060.00
#7017     review materials to prepare for deposition     700.00

10/10/07  Peterson  / (14) Hearings                             5.3   3710.00
#7018     review materials to prepare for deposition     700.00

10/12/07  Peterson  / (14) Hearings                             6.7   4690.00
#7020     prepare for deposition                         700.00

10/16/07  Peterson  / (14) Hearings                             8.5   5950.00
#7027     prepare for deposition                         700.00

10/17/07  Peterson  / (14) Hearings                             8.3   5810.00
#7028     review data and analyses to prepare for deposition  700.00

10/18/07  Peterson  / (14) Hearings                             9.7   6790.00
#7029     review data and analyses to prepare for deposition  700.00

10/19/07  Peterson  / (14) Hearings                             3.3   2310.00
#7032     prepare for deposition                         700.00

10/20/07  Peterson  / (14) Hearings                             3.8   2660.00
#7033     prepare for deposition                         700.00

10/21/07  Peterson  / (14) Hearings                             7.6   5320.00
#7034     prepare for deposition                         700.00

10/22/07  Peterson  / (14) Hearings                             0.6    420.00
#7035     telephone Relles re: preparations for other experts'  700.00
          depositions

10/22/07  Relles    / (14) Hearings                             0.4    170.00
#7221     review Austern deposition                      425.00

10/22/07  Relles    / (14) Hearings                             0.6    255.00
#7223     telephone Peterson re: preparing for depositions   425.00

```
Date: 11/16/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 5

           W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/23/07  Peterson  / (14) Hearings                      1.2    840.00
#7037     telephone Relles re: preparing for deposition  700.00

10/23/07  Peterson  / (14) Hearings                      4.5   3150.00
#7039     prepare for deposition                         700.00

10/23/07  Relles    / (14) Hearings                      2.7   1147.50
#7224     develop materials for deposition               425.00

10/23/07  Relles    / (14) Hearings                      3.4   1445.00
#7227     develop materials for deposition               425.00

10/23/07  Relles    / (14) Hearings                      1.2    510.00
#7228     telephone Peterson re: preparing for deposition 425.00

10/24/07  Peterson  / (14) Hearings                      1.0    700.00
#7040     telephone Relles: preparing for deposition     700.00

10/24/07  Peterson  / (14) Hearings                      9.8   6860.00
#7041     prepare for deposition                         700.00

10/24/07  Relles    / (14) Hearings                      1.8    765.00
#7230     develop materials for deposition               425.00

10/24/07  Relles    / (14) Hearings                      1.0    425.00
#7231     telephone Peterson re: preparing for deposition 425.00

10/25/07  Peterson  / (14) Hearings                      1.6   1120.00
#7042     telephone Relles: preparing for deposition     700.00

10/25/07  Peterson  / (14) Hearings                      9.8   6860.00
#7043     prepare for deposition                         700.00

10/25/07  Relles    / (14) Hearings                      2.4   1020.00
#7234     develop materials for deposition               425.00

10/25/07  Relles    / (14) Hearings                      1.6    680.00
#7236     telephone Peterson re: preparing for deposition 425.00

10/26/07  Peterson  / (14) Hearings                      7.2   5040.00
#7044     prepare for deposition                         700.00

10/26/07  Peterson  / (14) Hearings                      2.0   1400.00
#7046     telephone Relles re: preparing for deposition  700.00
```

{D0095885.1 }

```
Date: 11/16/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 6

            W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/26/07 #7237 | Relles    / (14) Hearings<br>develop materials for deposition | 4.6<br>425.00 | 1955.00 |
| 10/26/07 #7238 | Relles    / (14) Hearings<br>telephone Peterson re: preparing for deposition | 2.0<br>425.00 | 850.00 |
| 10/27/07 #7047 | Peterson  / (14) Hearings<br>prepare for deposition | 8.4<br>700.00 | 5880.00 |
| 10/28/07 #7051 | Peterson  / (14) Hearings<br>prepare for deposition | 11.0<br>700.00 | 7700.00 |
| 10/28/07 #7052 | Peterson  / (14) Hearings<br>miscellaneous telephone conversations with Relles<br>re: deposition support | 1.2<br>700.00 | 840.00 |
| 10/28/07 #7243 | Relles    / (14) Hearings<br>work through to-do list of analyses in support of<br>Peterson deposition | 8.7<br>425.00 | 3697.50 |
| 10/28/07 #7245 | Relles    / (14) Hearings<br>miscellaneous telephone conversations with Peterson<br>re: deposition support | 1.2<br>425.00 | 510.00 |
| 10/29/07 #7055 | Peterson  / (14) Hearings<br>prepare for deposition | 14.2<br>700.00 | 9940.00 |
| 10/29/07 #7246 | Relles    / (14) Hearings<br>work through to-do list of analyses in support of<br>Peterson deposition | 6.9<br>425.00 | 2932.50 |
| 10/30/07 #7056 | Peterson  / (14) Hearings<br>prepare for deposition | 12.7<br>700.00 | 8890.00 |
| 10/30/07 #7057 | Peterson  / (14) Hearings<br>telephone Relles (several calls) re: deposition<br>analyses | 1.2<br>700.00 | 840.00 |
| 10/30/07 #7249 | Relles    / (14) Hearings<br>telephone Peterson (several calls) re: deposition<br>analyses | 1.2<br>425.00 | 510.00 |
| 10/30/07 #7250 | Relles    / (14) Hearings<br>work on analyses in support of Peterson deposition | 7.0<br>425.00 | 2975.00 |

{D0095885.1 }

```
Date: 11/16/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 7

            W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 10/31/07  Peterson  / (14) Hearings                        4.2     2940.00
 #7061     prepare for deposition                        700.00

 10/31/07  Peterson  / (14) Hearings                        2.2     1540.00
 #7062     telephone Relles (several calls) re: deposition 700.00
           analyses

 10/31/07  Relles    / (14) Hearings                        1.0      425.00
 #7252     telephone Peterson (several calls) re: deposition 425.00
           analyses

 10/31/07  Relles    / (14) Hearings                        4.8     2040.00
 #7254     work on analyses in support of Peterson deposition 425.00

 10/31/07  Relles    / (14) Hearings                        1.4      595.00
 #7255     organize summary of deposition analyses        425.00
```

```
Date: 11/16/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 8

          W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/01/07  Peterson  / (28) Data Analysis                8.0    5600.00
#7001     review other experts' rebuttal reports and back up   700.00
          material

10/01/07  Peterson  / (28) Data Analysis                0.4     280.00
#7002     telephone Relles re: Exponent results         700.00

10/01/07  Peterson  / (28) Data Analysis                2.8    1960.00
#7003     review Grace's coding of cancer PIQs          700.00

10/01/07  Relles    / (28) Data Analysis                3.4    1445.00
#7202     research files for Exponent results           425.00

10/01/07  Relles    / (28) Data Analysis                1.9     807.50
#7203     review rebuttal reports                       425.00

10/01/07  Relles    / (28) Data Analysis                0.4     170.00
#7205     telephone Peterson re: Exponent results       425.00

10/02/07  Peterson  / (28) Data Analysis                7.4    5180.00
#7004     review materials from other experts           700.00

10/02/07  Peterson  / (28) Data Analysis                1.2     840.00
#7005     email correspondence re: other experts' rebuttal   700.00
          reports

10/02/07  Relles    / (28) Data Analysis                0.4     170.00
#7206     email re: Exponent results                    425.00

10/02/07  Relles    / (28) Data Analysis                0.6     255.00
#7207     review Access databases for Exponent results on open   425.00
          claims

10/02/07  Relles    / (28) Data Analysis                0.7     297.50
#7208     examine closed claim files used in calculating   425.00
          mesothelioma averages

10/02/07  Relles    / (28) Data Analysis                2.5    1062.50
#7210     search sas output files for Exponent open claims   425.00
          results

10/03/07  Peterson  / (28) Data Analysis                1.4     980.00
#7007     review Grace's coding of cancer PIQs          700.00

10/03/07  Relles    / (28) Data Analysis                2.5    1062.50
#7211     attempt to reproduce Exponent's review materials   425.00
```

Date: 11/16/07           Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 9

          W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/03/07 Relles / (28) Data Analysis | | 1.4 | 595.00 |
| #7212 identify cases Exponent said had no exposure, infer what Exponent did on open claims | | 425.00 | |
| 10/04/07 Peterson / (28) Data Analysis | | 3.1 | 2170.00 |
| #7010 review Grace's coding of cancer PIQs | | 700.00 | |
| 10/05/07 Peterson / (28) Data Analysis | | 5.9 | 4130.00 |
| #7012 review other experts rebuttal reports | | 700.00 | |
| 10/06/07 Peterson / (28) Data Analysis | | 4.3 | 3010.00 |
| #7013 review other experts rebuttal reports | | 700.00 | |
| 10/08/07 Peterson / (28) Data Analysis | | 0.4 | 280.00 |
| #7016 telephone Relles re: updates on status of work | | 700.00 | |
| 10/08/07 Relles / (28) Data Analysis | | 0.4 | 170.00 |
| #7220 telephone Peterson re: updates on status of work | | 425.00 | |
| 10/11/07 Peterson / (28) Data Analysis | | 5.4 | 3780.00 |
| #7019 review other experts rebuttal reports | | 700.00 | |
| 10/13/07 Peterson / (28) Data Analysis | | 3.9 | 2730.00 |
| #7021 review claims data | | 700.00 | |
| 10/14/07 Peterson / (28) Data Analysis | | 5.4 | 3780.00 |
| #7022 review analyses and report | | 700.00 | |
| 10/14/07 Peterson / (28) Data Analysis | | 1.2 | 840.00 |
| #7023 review filing data | | 700.00 | |
| 10/15/07 Peterson / (28) Data Analysis | | 8.6 | 6020.00 |
| #7024 review other expert's reports | | 700.00 | |
| 10/15/07 Peterson / (28) Data Analysis | | 2.3 | 1610.00 |
| #7025 compare assumptions of LAS and other experts analyses | | 700.00 | |
| 10/22/07 Peterson / (28) Data Analysis | | 5.7 | 3990.00 |
| #7036 review rebuttal reports | | 700.00 | |
| 10/23/07 Peterson / (28) Data Analysis | | 3.7 | 2590.00 |
| #7038 review rebuttal reports | | 700.00 | |

Date: 11/16/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 10

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/25/07 Relles    / (28) Data Analysis<br>#7235    update tables in report for alternative assumptions<br>about nonmalignant claim rates | | 1.9<br>425.00 | 807.50 |
| 10/27/07 Ebener    / (28) Data Analysis<br>#7501    telephone Peterson about jury verdict updating | | 0.3<br>300.00 | 90.00 |
| 10/27/07 Ebener    / (28) Data Analysis<br>#7502    email Relles about coding issues | | 0.2<br>300.00 | 60.00 |
| 10/27/07 Peterson  / (28) Data Analysis<br>#7049    emails, Relles & Ebener re: verdicts | | 1.2<br>700.00 | 840.00 |
| 10/27/07 Peterson  / (28) Data Analysis<br>#7050    telephone Ebener about jury verdict updating | | 0.3<br>700.00 | 210.00 |
| 10/27/07 Relles    / (28) Data Analysis<br>#7239    email Ebener re: jury verdicts | | 0.5<br>425.00 | 212.50 |
| 10/27/07 Relles    / (28) Data Analysis<br>#7240    run variations in definitions of what claims are<br>pending | | 5.6<br>425.00 | 2380.00 |
| 10/28/07 Ebener    / (28) Data Analysis<br>#7503    meeting with Peterson about updating verdict<br>database | | 1.0<br>300.00 | 300.00 |
| 10/28/07 Ebener    / (28) Data Analysis<br>#7504    contact coders | | 0.2<br>300.00 | 60.00 |
| 10/28/07 Ebener    / (28) Data Analysis<br>#7505    search problem case, document coding record and<br>email | | 0.7<br>300.00 | 210.00 |
| 10/28/07 Ebener    / (28) Data Analysis<br>#7506    email Peterson about coding rule | | 0.1<br>300.00 | 30.00 |
| 10/28/07 Ebener    / (28) Data Analysis<br>#7507    email Relles about file layout and inventory | | 0.1<br>300.00 | 30.00 |
| 10/28/07 Ebener    / (28) Data Analysis<br>#7508    inventory new volumes and check for duplicates | | 1.5<br>300.00 | 450.00 |
| 10/28/07 Peterson  / (28) Data Analysis<br>#7053    emails, Relles & Ebener re: verdicts | | 1.3<br>700.00 | 910.00 |

Date: 11/16/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 11

          W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
10/28/07  Peterson  / (28) Data Analysis                      1.0     700.00
#7054     meeting with Ebener about updating verdict database 700.00

10/28/07  Relles    / (28) Data Analysis                      1.0     425.00
#7244     miscellaneous emails with Ebener re: Mealeys trial  425.00
          outcomes

10/29/07  Ebener    / (28) Data Analysis                      1.5     450.00
#7509     summary code new cases                              300.00

10/29/07  Ebener    / (28) Data Analysis                      0.4     120.00
#7510     double check disease and verdicts                   300.00

10/29/07  Relles    / (28) Data Analysis                      1.0     425.00
#7247     summarize new Mealeys trial outcomes data           425.00

10/30/07  Ebener    / (28) Data Analysis                      0.5     150.00
#7511     meet with Peterson about verdict database updates   300.00

10/30/07  Ebener    / (28) Data Analysis                      0.5     150.00
#7512     code summary data from jury verdict reports and     300.00
          email to Relles

10/30/07  Peterson  / (28) Data Analysis                      0.5     350.00
#7058     meet with Ebener about verdict database updates     700.00

10/30/07  Relles    / (28) Data Analysis                      0.4     170.00
#7251     email Ebener re: jury verdicts                      425.00
--------------------------------------------------------------------------------

```
Date: 11/16/07           Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 12

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                  October 2007 - October 2007

MONTH      ACTIVITY                                  HOURS    AMOUNT
-----------------------------------------------------------------------
October    - (05) Claims Anal Objectn/Resolutn (Asbest)  51.7  26950.00
October    - (07) Committee, Creditors'              17.8  10590.00
October    - (14) Hearings                          223.6 141697.50
October    - (28) Data Analysis                     107.0  65335.00
October    - (99) Total                             400.1 244572.50


Total      - (05) Claims Anal Objectn/Resolutn (Asbest)  51.7  26950.00
Total      - (07) Committee, Creditors'              17.8  10590.00
Total      - (14) Hearings                          223.6 141697.50
Total      - (28) Data Analysis                     107.0  65335.00
Total      - (99) Total                             400.1 244572.50

-----------------------------------------------------------------------
```

```
Date: 11/16/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                  Page 13

            W. R. Grace

          Summary Of Time Charges, By Month and Person
                October 2007 - October 2007

MONTH        PERSON                              HOURS    AMOUNT
-----------------------------------------------------------------------
October     - Relles                            118.9  50532.50
October     - Peterson                          274.2 191940.00
October     - Ebener                              7.0   2100.00
October     - Total                             400.1 244572.50

Total       - Relles                            118.9  50532.50
Total       - Peterson                          274.2 191940.00
Total       - Ebener                              7.0   2100.00
Total       - Total                             400.1 244572.50


--------------------------------------------------------------------------------
```

```
Date: 11/16/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 14

          W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                October 2007 - October 2007

MONTH        PERSON                       HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

October   - Relles                         33.6   425.   14280.00
October   - Peterson                       18.1   700.   12670.00

(07) Committee, Creditors'

October   - Relles                          6.8   425.    2890.00
October   - Peterson                       11.0   700.    7700.00

(14) Hearings

October   - Relles                         53.9   425.   22907.50
October   - Peterson                      169.7   700.  118790.00

(28) Data Analysis

October   - Relles                         24.6   425.   10455.00
October   - Peterson                       75.4   700.   52780.00
October   - Ebener                          7.0   300.    2100.00

-------------------------------------------------------------------------------
```