Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                   HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
11/08/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.1  2170.00
#8012     review Dunbar deposition                       700.00

11/08/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.3  2310.00
#8013     review Heckman report and comments             700.00

11/08/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.6   420.00
#8014     telephone Relles re: Heckman report and deposition 700.00

11/08/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.6  1820.00
#8015     review materials for Heckman conversation      700.00

11/08/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 3.8  1615.00
#8209     investigate Heckman issues                     425.00

11/08/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.0   425.00
#8210     read Dunbar deposition                         425.00

11/08/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.2   510.00
#8211     re-read Heckman deposition, develop lines of   425.00
          questioning memo

11/08/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.6   255.00
#8214     telephone Peterson re: Heckman report and deposition 425.00

11/09/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.5  1750.00
#8017     telephone Slocombe re: Heckman deposition      700.00

11/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.8   340.00
#8216     telephone Slocombe, email Slocombe re: Heckman 425.00
          deposition

11/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 2.7  1147.50
#8217     read Dunbar deposition and backup material     425.00

11/10/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 2.1  1470.00
#8018     review materials on Heckman                    700.00

11/10/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.7   297.50
#8218     email Slocombe re: additional aspects of Heckman 425.00
          report

Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

          W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/11/07 #8019 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) review Dunbar deposition documents | 2.7 700.00 | 1890.00 |
| 11/12/07 #8022 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) review Heckman issues | 5.2 700.00 | 3640.00 |
| 11/13/07 #8023 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) review Heckman issues | 4.9 700.00 | 3430.00 |
| 11/13/07 #8221 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) investigate Heckman issues--develop filings profiles | 1.9 425.00 | 807.50 |
| 11/13/07 #8222 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) identify Chambers' derivation of Figure / Table entries | 0.8 425.00 | 340.00 |
| 11/14/07 #8024 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) review Heckman issues | 8.9 700.00 | 6230.00 |
| 11/14/07 #8223 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) review Heckman deposition | 1.8 425.00 | 765.00 |
| 11/14/07 #8224 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) investigate Heckman issues--develop settlement profiles | 3.0 425.00 | 1275.00 |
| 11/15/07 #8025 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) research Heckman issues | 3.9 700.00 | 2730.00 |
| 11/15/07 #8026 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) review Heckman deposition | 5.2 700.00 | 3640.00 |
| 11/15/07 #8225 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) read Heckman deposition | 3.5 425.00 | 1487.50 |
| 11/15/07 #8226 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) develop notes on Heckman deposition | 1.9 425.00 | 807.50 |
| 11/15/07 #8227 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) investigate Heckman issues--develop filings and settlement profiles | 5.0 425.00 | 2125.00 |
| 11/16/07 #8027 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) research Heckman issues | 5.6 700.00 | 3920.00 |

```
Date: 01/06/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 3

          W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-----------------------------------------------------------------------
11/16/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2   2240.00
#8028     review Chambers deposition                       700.00

11/16/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7    490.00
#8029     telephone Relles (several calls) re: Heckman issues  700.00

11/16/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.7   1572.50
#8228     additional work on Heckman issues--develop filings  425.00
          and settlement profiles

11/16/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.6    680.00
#8229     develop notes on Heckman deposition              425.00

11/16/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7    297.50
#8230     telephone Peterson (several calls) re: Heckman   425.00
          issues

11/16/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    510.00
#8231     read Chambers deposition                         425.00

11/17/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.4   2380.00
#8030     research Heckman issues                          700.00

11/17/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.2   1540.00
#8031     review Chambers deposition                       700.00

11/18/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  4.3   3010.00
#8033     research Heckman issues                          700.00

11/18/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7    297.50
#8233     telephone Peterson re: Heckman issues            425.00

11/18/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7    297.50
#8234     telephone Peterson re: Heckman issues            425.00

11/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8    560.00
#8034     telephone Relles (several calls) re: Heckman issues  700.00

11/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  7.9   5530.00
#8035     research Heckman issues                          700.00

11/19/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0    850.00
#8235     read remainder of Chambers deposition            425.00
```

{D0100933.1 }

Date: 01/06/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 4

            W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
11/19/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8    340.00
#8237      telephone Peterson (several calls) re: Heckman        425.00
           issues

11/20/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.7   2590.00
#8036      research Heckman issues                               700.00

11/21/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.9   2030.00
#8037      research Heckman issues                               700.00

11/24/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.1   1470.00
#8038      research Heckman issues                               700.00

11/26/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.8    340.00
#8244      review closed mesothelioma claims used by Florence;   425.00
           email Wehner re: same

11/27/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  4.9   3430.00
#8040      research Heckman issues                               700.00

11/28/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  5.1   3570.00
#8042      research Heckman issues                               700.00

11/28/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8   1960.00
#8043      review Chambers deposition                            700.00

11/29/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  6.3   4410.00
#8044      research Heckman issues                               700.00

11/29/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    350.00
#8045      telephone Relles re: Heckman issues                   700.00

11/29/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    212.50
#8255      telephone Peterson re: Heckman issues                 425.00

11/30/07   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  5.6   3920.00
#8047      research Heckman issues                               700.00

11/30/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2   1360.00
#8257      estimate Dunbar/Chambers effects on liability         425.00

Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
11/01/07  Peterson  / (07) Committee, Creditors'          1.5  1050.00
#8003     debriefing meet with Finch                   700.00

11/01/07  Relles   / (07) Committee, Creditors'          0.3   127.50
#8202     respond to email from Finch                  425.00

11/05/07  Peterson  / (07) Committee, Creditors'         1.0   700.00
#8006     telephone Finch, Relles re: deposition materials  700.00

11/05/07  Relles   / (07) Committee, Creditors'          0.4   170.00
#8207     prepare and send deposition datasets to Finch  425.00

11/05/07  Relles   / (07) Committee, Creditors'          1.0   425.00
#8208     telephone Finch, Peterson re: deposition materials  425.00

11/08/07  Relles   / (07) Committee, Creditors'          0.4   170.00
#8212     email Slocombe                               425.00

11/08/07  Relles   / (07) Committee, Creditors'          1.3   552.50
#8213     telephone Finch (two calls) re: Chambers' Figure 8  425.00
          (.4); research Chambers' materials to resolve (.9)

11/09/07  Relles   / (07) Committee, Creditors'          3.5  1487.50
#8215     finish and send lines of questioning memo to  425.00
          Slocombe

11/27/07  Relles   / (07) Committee, Creditors'          1.8   765.00
#8249     acquire information to respond to Wehner questions  425.00
          about settlement payment parameters

11/28/07  Relles   / (07) Committee, Creditors'          2.3   977.50
#8250     respond to miscellaneous requests by Wehner and  425.00
          Finch for output based on Dunbar and Chambers
          exhibits

11/29/07  Relles   / (07) Committee, Creditors'          2.0   850.00
#8252     respond to miscellaneous requests by Finch output  425.00
          based on Dunbar and Chambers exhibits

11/30/07  Peterson  / (07) Committee, Creditors'         2.1  1470.00
#8046     review report per request from Finch         700.00

11/30/07  Relles   / (07) Committee, Creditors'          0.5   212.50
#8256     edit Peterson qualifications statement, email Finch  425.00

{D0100933.1 }

```
Date: 01/06/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 6

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
11/01/07  Peterson  / (14) Hearings                     8.0   5600.00
#8001     deposition and meet with lawyers            700.00

11/01/07  Peterson  / (14) Hearings                     1.5   1050.00
#8002     prepare for deposition                      700.00

11/01/07  Relles    / (14) Hearings                     1.7    722.50
#8201     organize and archive information assembled for  425.00
          deposition

11/01/07  Relles    / (14) Hearings                     2.5   1062.50
#8204     attend Peterson deposition via telephone    425.00

11/04/07  Peterson  / (14) Hearings                     4.5   3150.00
#8005     review deposition transcript                700.00

11/04/07  Relles    / (14) Hearings                     3.5   1487.50
#8206     read Peterson deposition                    425.00

11/05/07  Peterson  / (14) Hearings                     3.2   2240.00
#8007     review deposition exhibits                  700.00

11/05/07  Peterson  / (14) Hearings                     4.6   3220.00
#8008     review other depositions                    700.00
```

Date: 01/06/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

                    W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/12/07<br>#8020 | Peterson  / (16) Plan and Disclosure Statement<br>work on TDP proposal | 3.7<br>700.00 | 2590.00 |
| 11/12/07<br>#8021 | Peterson  / (16) Plan and Disclosure Statement<br>telephone Relles re: Grace TDP | 0.5<br>700.00 | 350.00 |
| 11/12/07<br>#8219 | Relles    / (16) Plan and Disclosure Statement<br>telephone Peterson re: Grace TDP | 0.5<br>425.00 | 212.50 |
| 11/12/07<br>#8220 | Relles    / (16) Plan and Disclosure Statement<br>work on Grace TDP | 2.6<br>425.00 | 1105.00 |

{D0100933.1 }

```
Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

          W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
11/01/07  Relles   / (28) Data Analysis                    1.5   637.50
#8203     prepare dvd of Exponent mesotheliomas      425.00

11/02/07  Peterson  / (28) Data Analysis                   8.2  5740.00
#8004     review PIQ and POC data on claims          700.00

11/02/07  Relles   / (28) Data Analysis                    2.5  1062.50
#8205     archive and back up all datasets           425.00

11/06/07  Peterson  / (28) Data Analysis                   1.5  1050.00
#8009     review information on Libby settlements     700.00

11/07/07  Peterson  / (28) Data Analysis                   4.7  3290.00
#8010     review paper on forecasting                700.00

11/07/07  Peterson  / (28) Data Analysis                   2.8  1960.00
#8011     review MacAvoy article                     700.00

11/09/07  Peterson  / (28) Data Analysis                   1.3   910.00
#8016     review defense attorney's article on increase in   700.00
          mesothelioma claim values and liabilities

11/13/07  Ebener   / (28) Data Analysis                    0.5   150.00
#8501     review coding instructions with coder      300.00

11/14/07  Ebener   / (28) Data Analysis                    0.2    60.00
#8502     research possible duplicate                300.00

11/14/07  Ebener   / (28) Data Analysis                    0.3    90.00
#8503     arrange data entry and schedule            300.00

11/15/07  Ebener   / (28) Data Analysis                    0.5   150.00
#8504     check coding and submit to data entry      300.00

11/17/07  Ebener   / (28) Data Analysis                    0.4   120.00
#8505     telephone Peterson re: JV study            300.00

11/17/07  Peterson  / (28) Data Analysis                   0.4   280.00
#8032     telephone Ebener re: JV study              700.00

11/17/07  Relles   / (28) Data Analysis                    1.7   722.50
#8232     examine status of Libby claims             425.00

11/19/07  Ebener   / (28) Data Analysis                    0.3    90.00
#8506     check data entry                           300.00
```

{D0100933.1 }

```
Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 9

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
11/19/07  Relles    / (28) Data Analysis                  3.8   1615.00
#8236     examine effect of bankruptcy on filings and   425.00
          settlements

11/20/07  Ebener    / (28) Data Analysis                  1.0    300.00
#8507     supervise coder; check data entry; update file 300.00

11/20/07  Relles    / (28) Data Analysis                  5.8   2465.00
#8238     examine effect of bankruptcy on filings and   425.00
          settlements

11/20/07  Relles    / (28) Data Analysis                  2.4   1020.00
#8239     examine effect of multiple plaintiff trials on 425.00
          outcomes

11/21/07  Relles    / (28) Data Analysis                  4.5   1912.50
#8240     examine effect of bankruptcy on filings and   425.00
          settlements

11/22/07  Relles    / (28) Data Analysis                  3.0   1275.00
#8241     examine effect of bankruptcy on filings and   425.00
          settlements

11/23/07  Relles    / (28) Data Analysis                  6.0   2550.00
#8242     examine effect of bankruptcy on filings and   425.00
          settlements

11/25/07  Peterson  / (28) Data Analysis                  2.4   1680.00
#8039     examine effect of bankruptcy on filings and   700.00
          settlements

11/25/07  Relles    / (28) Data Analysis                  3.0   1275.00
#8243     examine effect of bankruptcy on filings and   425.00
          settlements

11/26/07  Relles    / (28) Data Analysis                  0.8    340.00
#8245     perform additional analysis of trends in filings and 425.00
          settlements

11/27/07  Peterson  / (28) Data Analysis                  0.4    280.00
#8041     telephone Relles re: analysis of trends       700.00

11/27/07  Relles    / (28) Data Analysis                  1.4    595.00
#8246     analysis of trends in mesothelioma filings and 425.00
          settlements
```

Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 10

              W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
11/27/07  Relles   / (28) Data Analysis                        0.4    170.00
#8247     telephone Peterson re: analysis of trends        425.00

11/27/07  Relles   / (28) Data Analysis                        2.0    850.00
#8248     update analysis to include other diseases        425.00

11/28/07  Relles   / (28) Data Analysis                        2.8   1190.00
#8251     assemble information on historical testimony of  425.00
          experts

11/29/07  Relles   / (28) Data Analysis                        1.5    637.50
#8253     develop graphics for comparing trends in claims  425.00
          volumes

11/29/07  Relles   / (28) Data Analysis                        2.3    977.50
#8254     compare trends in claims settlement parameters by 425.00
          type of trend and defendant

11/30/07  Relles   / (28) Data Analysis                        2.3    977.50
#8258     generate time series displays to illustrate      425.00
          variation among companies
------------------------------------------------------------------------------

{D0100933.1 }

```
Date: 01/06/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 11

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                  November 2007 - November 2007


MONTH      ACTIVITY                                     HOURS   AMOUNT
----------------------------------------------------------------------
November  - (05) Claims Anal Objectn/Resolutn (Asbest)  151.6  93855.00
November  - (07) Committee, Creditors'                   18.1   8957.50
November  - (14) Hearings                                29.5  18532.50
November  - (16) Plan and Disclosure Statement            7.3   4257.50
November  - (28) Data Analysis                           72.6  36422.50
November  - (99) Total                                  279.1 162025.00

Total     - (05) Claims Anal Objectn/Resolutn (Asbest)  151.6  93855.00
Total     - (07) Committee, Creditors'                   18.1   8957.50
Total     - (14) Hearings                                29.5  18532.50
Total     - (16) Plan and Disclosure Statement            7.3   4257.50
Total     - (28) Data Analysis                           72.6  36422.50
Total     - (99) Total                                  279.1 162025.00

--------------------------------------------------------------------------------
```

Date: 01/06/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 12

               W. R. Grace

            Summary Of Time Charges, By Month and Person
                   November 2007 - November 2007

MONTH        PERSON                              HOURS    AMOUNT
----------------------------------------------------------------------
November   - Relles                             116.6  49555.00
November   - Peterson                           159.3 111510.00
November   - Ebener                               3.2    960.00
November   - Total                              279.1 162025.00

Total      - Relles                             116.6  49555.00
Total      - Peterson                           159.3 111510.00
Total      - Ebener                               3.2    960.00
Total      - Total                              279.1 162025.00

--------------------------------------------------------------------------------

```
Date: 01/06/08           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 13

          W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                    November 2007 - November 2007

MONTH       PERSON                        HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

November  - Relles                         44.6   425.  18955.00
November  - Peterson                      107.0   700.  74900.00

(07) Committee, Creditors'

November  - Relles                         13.5   425.   5737.50
November  - Peterson                        4.6   700.   3220.00

(14) Hearings

November  - Relles                          7.7   425.   3272.50
November  - Peterson                       21.8   700.  15260.00

(16) Plan and Disclosure Statement

November  - Relles                          3.1   425.   1317.50
November  - Peterson                        4.2   700.   2940.00

(28) Data Analysis

November  - Relles                         47.7   425.  20272.50
November  - Peterson                       21.7   700.  15190.00
November  - Ebener                          3.2   300.    960.00


-------------------------------------------------------------------------------
```

```
Date: 01/06/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 14


                    W. R. Grace Expenses


            Total Expenses              $574.38



1. Jury Verdict Coding


                        Kathleen M. Silverman
                         6146 County Oak Rd.
                        Woodland Hills, CA 91367


            Date            Activity             Hours

            11/13/2007      Code cases            3.00
            11/14/2007      code cases            2.75
            11/16/2007      code cases            1.50
            11/20/2007      Check coding          1.66
            11/25/2007      Check and file cases  3.25
            ----------
            Total Hours                          12.16

                @ $40.00 per Hour =  $486.40



   2. Purchase "Estimating Future Claims: Case Studies from Mas Tort and
Product,"
        by Fred Dunbar and others, Amazon.com:


            2 copies @ $43.99 each = $87.98


--------------------------------------------------------------------------------
```

{D0100933.1 }