```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 1


                        W. R. Grace, Inc. % Elihu Inselbuch
                        Caplin & Drysdale
                        399 Park Avenue, 27th Floor
                        New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 12/01/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3     552.50
 #8801     additional work on estimating Dunbar/Chambers         425.00
           effects on liability

 12/02/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  4.8    3360.00
 #8602     research Heckman issues                               700.00

 12/02/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3     977.50
 #8803     finish estimating Dunbar/Chambers effects on          425.00
           liability

 12/03/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  5.1    3570.00
 #8603     research Heckman issues                               700.00

 12/04/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.8    1615.00
 #8806     categorize questionnaires according to information    425.00
           provided by Rust and Florence

 12/04/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.2     935.00
 #8809     read Biggs' report                                    425.00

 12/05/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.5    1487.50
 #8810     read Dunbar book                                      425.00

 12/10/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.8    1615.00
 #8818     read Stallard materials                               425.00

 12/11/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3     977.50
 #8819     review additional Stallard materials                  425.00

 12/15/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.9    2730.00
 #8618     review Heckman issues                                 700.00

 12/19/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.8    1960.00
 #8622     address Heckman issues                                700.00

 12/24/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.8     765.00
 #8834     deal with questions regarding Moolgavkarn's           425.00
           computations

 12/26/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3    1610.00
 #8632     work on Heckman issues                                700.00
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 2

                       W. R. Grace


Date/Slip# Description                                         HOURS/RATE   AMOUNT
----------------------------------------------------------------------------------
 12/27/07  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)   6.3     4410.00
 #8633     work on Heckman issues                                 700.00
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                             Page 3

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 12/05/07  Relles    / (07) Committee, Creditors'              1.8      765.00
 #8811     email to Finch re: mesothelioma samples description 425.00

 12/13/07  Relles    / (07) Committee, Creditors'              1.8      765.00
 #8821     compose memo on Grace judgments, send to Finch     425.00

 12/17/07  Relles    / (07) Committee, Creditors'              1.8      765.00
 #8824     construct and document graphics for Finch          425.00

 12/17/07  Relles    / (07) Committee, Creditors'              1.4      595.00
 #8825     email, phone Finch re: Dunbar exhibits             425.00

 12/18/07  Peterson  / (07) Committee, Creditors'              0.5      350.00
 #8621     meet with Inselbuch re: estimates of Grace         700.00
           liabilities

 12/18/07  Relles    / (07) Committee, Creditors'              0.7      297.50
 #8826     correspondence with Finch re: Dunbar exhibits      425.00

 12/19/07  Peterson  / (07) Committee, Creditors'              0.6      420.00
 #8624     telephone Finch (.3); Relles (.3) re: verdicts     700.00

 12/19/07  Relles    / (07) Committee, Creditors'              0.5      212.50
 #8828     correspondence with Finch re: Dunbar exhibits      425.00

 12/19/07  Relles    / (07) Committee, Creditors'              0.5      212.50
 #8830     correspondence with Finch re: Grace verdicts       425.00

 12/20/07  Relles    / (07) Committee, Creditors'              1.2      510.00
 #8832     find information regarding large judgment--requested 425.00
           by Finch
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 4

                    W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 12/18/07  Relles    / (16) Plan and Disclosure Statement        2.6    1105.00
 #8827     develop TDP cash flow model for Inselbuch (2.3);    425.00
           telephone Peterson re: same (.3)

 12/20/07  Peterson  / (16) Plan and Disclosure Statement        3.4    2380.00
 #8626     address Committee questions about liabilities under 700.00
           proposed TDP (2.4); review Inselbuch email (1.0)

 12/31/07  Peterson  / (16) Plan and Disclosure Statement        5.7    3990.00
 #8634     review memo on TDP and TDP analyses                 700.00

 12/31/07  Peterson  / (16) Plan and Disclosure Statement        0.5     350.00
 #8635     telephone McMillan re: TDP                          700.00
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 5

                       W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 12/01/07  Peterson  / (28) Data Analysis                      5.0   3500.00
 #8601     review Debtor's expert reports                    700.00

 12/01/07  Relles    / (28) Data Analysis                      2.7   1147.50
 #8802     additional work on developing time series displays 425.00
           on bankruptcy effects

 12/02/07  Relles    / (28) Data Analysis                      2.2    935.00
 #8804     analyze time series of filings and settlements for 425.00
           various defendants

 12/03/07  Relles    / (28) Data Analysis                      6.5   2762.50
 #8805     develop dvd with questionnaires from specified law 425.00
           firms

 12/04/07  Peterson  / (28) Data Analysis                      0.3    210.00
 #8604     telephone Relles re: analyzing trends in filings and 700.00
           settlements

 12/04/07  Peterson  / (28) Data Analysis                      3.1   2170.00
 #8605     research on claims filings, impacts of litigation  700.00
           events

 12/04/07  Peterson  / (28) Data Analysis                      2.8   1960.00
 #8606     review PIQs and other claims materials             700.00

 12/04/07  Relles    / (28) Data Analysis                      0.3    127.50
 #8807     telephone Peterson re: analyzing trends in filings 425.00
           and settlements

 12/04/07  Relles    / (28) Data Analysis                      2.6   1105.00
 #8808     analyze trends in filings and settlements          425.00

 12/05/07  Ebener    / (28) Data Analysis                      1.0    300.00
 #9101     reconcile jury verdict data entry                  300.00

 12/05/07  Ebener    / (28) Data Analysis                      0.3     90.00
 #9102     transmit jury verdict data to Relles               300.00

 12/05/07  Peterson  / (28) Data Analysis                      0.3    210.00
 #8607     telephone Relles re: analyzing trends in filings and 700.00
           settlements

 12/05/07  Peterson  / (28) Data Analysis                      3.8   2660.00
 #8608     review expert reports                              700.00
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 6

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 12/05/07  Relles    / (28) Data Analysis                        0.3    127.50
 #8812     telephone Peterson re: analyzing trends in filings  425.00
           and settlements

 12/05/07  Relles    / (28) Data Analysis                        2.6   1105.00
 #8813     continue to develop and analyze additional trends in 425.00
           filings and settlements

 12/06/07  Ebener    / (28) Data Analysis                        1.0    300.00
 #9103     review jury reports and write email to Relles and   300.00
           Peterson about trends in cases

 12/06/07  Peterson  / (28) Data Analysis                        0.6    420.00
 #8609     telephone Relles re: trends in filings and          700.00
           settlements

 12/06/07  Peterson  / (28) Data Analysis                        2.6   1820.00
 #8610     review trends information                           700.00

 12/06/07  Relles    / (28) Data Analysis                        3.3   1402.50
 #8814     summarize trends in filings and settlements for     425.00
           Peterson discussion (2.7); telephone Peterson re:
           same (.6)

 12/07/07  Relles    / (28) Data Analysis                        0.3    127.50
 #8815     telephone Kramer re: insurance projections          425.00

 12/07/07  Relles    / (28) Data Analysis                        2.5   1062.50
 #8816     review all work on insurance projections            425.00

 12/07/07  Relles    / (28) Data Analysis                        0.4    170.00
 #8817     telephone Kramer re: insurance projections          425.00

 12/08/07  Peterson  / (28) Data Analysis                        3.4   2380.00
 #8611     review expert reports                               700.00

 12/09/07  Peterson  / (28) Data Analysis                        5.3   3710.00
 #8612     review expert reports                               700.00

 12/10/07  Peterson  / (28) Data Analysis                        4.3   3010.00
 #8613     review Grace verdict and settlement history;        700.00
           histories of other defendants

 12/11/07  Peterson  / (28) Data Analysis                        4.9   3430.00
 #8614     review discontinuities in filing and settlement     700.00
           trends
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 7

                        W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 12/12/07  Peterson  / (28) Data Analysis                        5.1     3570.00
 #8615     review experts reports                             700.00

 12/12/07  Relles    / (28) Data Analysis                        2.4     1020.00
 #8820     review information on Grace judgments             425.00

 12/13/07  Peterson  / (28) Data Analysis                        6.7     4690.00
 #8616     review experts reports                             700.00

 12/13/07  Relles    / (28) Data Analysis                        2.6     1105.00
 #8822     investigate updates of Nicholson epidemiological  425.00
           models

 12/14/07  Peterson  / (28) Data Analysis                        2.7     1890.00
 #8617     review post-petition claim asbestos claims filings 700.00

 12/16/07  Peterson  / (28) Data Analysis                        0.5      350.00
 #8619     telephone Relles re: same  review datasets and    700.00
           status of work

 12/16/07  Relles    / (28) Data Analysis                        0.8      340.00
 #8823     review datasets and status of work (.3); telephone 425.00
           Peterson (.5) re: same

 12/18/07  Peterson  / (28) Data Analysis                        0.3      210.00
 #8620     telephone Relles re: cash flow models             700.00

 12/19/07  Peterson  / (28) Data Analysis                        3.2     2240.00
 #8623     review financial statements of asbestos defendants 700.00

 12/19/07  Relles    / (28) Data Analysis                        2.2      935.00
 #8829     summarize information on Grace verdicts           425.00

 12/19/07  Relles    / (28) Data Analysis                        0.3      127.50
 #8831     telephone Peterson re: verdicts                   425.00

 12/20/07  Peterson  / (28) Data Analysis                        1.0      700.00
 #8625     review judgments against Grace                    700.00

 12/22/07  Peterson  / (28) Data Analysis                        2.6     1820.00
 #8627     work on analyses of trends in claim filings       700.00

 12/22/07  Peterson  / (28) Data Analysis                        3.8     2660.00
 #8628     read expert reports                               700.00
```

{D0105642.1 }

```
Date: 01/30/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 8

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 12/23/07  Peterson  / (28) Data Analysis                       4.5    3150.00
 #8629     read expert reports                               700.00

 12/23/07  Relles    / (28) Data Analysis                       0.3     127.50
 #8833     read article on trend in asbestos filings         425.00

 12/24/07  Peterson  / (28) Data Analysis                       3.9    2730.00
 #8630     read expert reports                               700.00

 12/26/07  Peterson  / (28) Data Analysis                       5.8    4060.00
 #8631     read expert reports                               700.00

 12/29/07  Relles    / (28) Data Analysis                       1.6     680.00
 #8835     archive all datasets                              425.00
-------------------------------------------------------------------------------
```

{D0105642.1 }

```
Date: 01/30/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                        Page 9

                           W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                         December 2007 - December 2007

  MONTH        ACTIVITY                                      HOURS     AMOUNT
  ---------------------------------------------------------------------------
  December  - (05) Claims Anal Objectn/Resolutn (Asbest)      46.2   26565.00
  December  - (07) Committee, Creditors'                      10.8    4892.50
  December  - (16) Plan and Disclosure Statement              12.2    7825.00
  December  - (28) Data Analysis                             112.7   68647.50
  December  - (99) Total                                     181.9  107930.00

  Total     - (05) Claims Anal Objectn/Resolutn (Asbest)      46.2   26565.00
  Total     - (07) Committee, Creditors'                      10.8    4892.50
  Total     - (16) Plan and Disclosure Statement              12.2    7825.00
  Total     - (28) Data Analysis                             112.7   68647.50
  Total     - (99) Total                                     181.9  107930.00

-------------------------------------------------------------------------------
```

```
Date: 01/30/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 10

                    W. R. Grace

            Summary Of Time Charges, By Month and Person
                  December 2007 - December 2007

 MONTH        PERSON                                       HOURS    AMOUNT
 ----------------------------------------------------------------------------
 December  - Relles                                         67.2   28560.00
 December  - Peterson                                      112.4   78680.00
 December  - Ebener                                          2.3     690.00
 December  - Total                                         181.9  107930.00

 Total     - Relles                                         67.2   28560.00
 Total     - Peterson                                      112.4   78680.00
 Total     - Ebener                                          2.3     690.00
 Total     - Total                                         181.9  107930.00

 ----------------------------------------------------------------------------
```

{D0105642.1 }

```
Date: 01/30/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 11

                W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                     December 2007 - December 2007

MONTH       PERSON                              HOURS    RATE     AMOUNT
--------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

December  - Relles                               21.0    425.    8925.00
December  - Peterson                             25.2    700.   17640.00

(07) Committee, Creditors'

December  - Relles                                9.7    425.    4122.50
December  - Peterson                              1.1    700.     770.00

(16) Plan and Disclosure Statement

December  - Relles                                2.6    425.    1105.00
December  - Peterson                              9.6    700.    6720.00

(28) Data Analysis

December  - Relles                               33.9    425.   14407.50
December  - Peterson                             76.5    700.   53550.00
December  - Ebener                                2.3    300.     690.00

--------------------------------------------------------------------------
```

{D0105642.1 }