# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| January 22, 2008 | INVOICE: 222977 |

MATTER: CLAIMANTS COMMITTEE

| | |
|---|---|
| c/o Peter Van N. Lockwood, Esq. | DATE: January 22, 2008 |
| Caplin & Drysdale | MATTER: 100055.WRG01 |
| One Thomas Circle | INVOICE: 222977 |
| Washington, DC 20005 | |

**MATTER:** CLAIMANTS COMMITTEE                                   Robert M Horkovich

### PROFESSIONAL SERVICES through 12/31/07

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/03/07 | Attention to insurance analysis. | W001 | RYC | 0.80 |
| 12/04/07 | Work re Libby premises allocation | W001 | AVK | 6.50 |
| 12/04/07 | Insurance valuation. | W001 | RMH | 1.00 |
| 12/04/07 | Research in connection with premises analysis memo. | W001 | RYC | 1.50 |
| 12/05/07 | Revise premises analysis memo. | W001 | RYC | 2.70 |
| 12/06/07 | E-mail exchange and telephone conversation with P. Lockwood and N. Finch re additional insurance analysis needed | W001 | AVK | 0.40 |
| 12/06/07 | Begin work on additional product liability insurance allocations | W001 | AVK | 4.50 |
| 12/06/07 | Insurance Valuation. | W001 | RMH | 2.00 |
| 12/06/07 | Follow-up regarding coverage analysis issues. | W001 | RYC | 2.50 |
| 12/07/07 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 12/07/07 | Continue work on new alternative product analyses. | W001 | AVK | 6.20 |
| 12/07/07 | Telephone conversations with D. Relles re liability streams. | W001 | AVK | 0.50 |
| 12/07/07 | Conference call with Lockwood and Finch re new alternative analyses. | W001 | AVK | 0.80 |
| 12/07/07 | Research re: New York Law, "pollution exclusion" and "asbestos claims". | W001 | IF | 0.80 |
| 12/07/07 | Insurance valuation. | W001 | RMH | 2.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

January 22, 2008                                  INVOICE:       222977

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/07/07 | Review research regarding pollution exclusions related issues (2.80); research other complaints regarding issues relevant to Grace's coverage issues (2.10). | W001 | RYC | 4.90 |
| 12/07/07 | Retrieve specific documents re: Motion for Summary Judgment. | W001 | VT | 0.60 |
| 12/09/07 | Work re Libby premises analysis. | W001 | AVK | 6.20 |
| 12/09/07 | Prepared for and spoke with P. Hans regarding research of the pollution exclusion under NY law | W001 | CH | 0.50 |
| 12/09/07 | Follow-up research regarding pollution exclusion issues. | W001 | RYC | 1.00 |
| 12/10/07 | Further revisions to time entries. | W011 | ACS | 0.10 |
| 12/10/07 | Asbestos exclusion wording policy research. | W001 | HEG | 2.50 |
| 12/13/07 | Research re pollution exclusion. | W001 | PDH | 0.10 |
| 12/13/07 | Review and comment upon fee applications. | W011 | RYC | 0.40 |
| 12/14/07 | Conducted preliminary research on NY court interpretation of pollution exclusion. | W001 | CH | 2.50 |
| 12/14/07 | Update research re application of pollution exclusion to asbestos. | W001 | PDH | 4.90 |
| 12/17/07 | Edited billing entries. | W011 | ACS | 0.10 |
| 12/17/07 | Update research re application of pollution exclusion. | W001 | PDH | 2.70 |
| 12/17/07 | Hearing with Judge Fitzgerald. | W014 | RMH | 1.80 |
| 12/18/07 | Update research re application of pollution exclusion to asbestos. | W001 | PDH | 1.30 |
| 12/19/07 | Follow-up on outstanding fees (.80); finalized and forwarded time entries to local counsel (.20). | W011 | ACS | 1.00 |
| 12/19/07 | Work on product liability allocations. | W001 | AVK | 4.50 |
| 12/19/07 | Update research re application of pollution exclusion to asbestos. | W001 | PDH | 1.30 |
| 12/19/07 | Research regarding potential causes of action. | W001 | RYC | 3.50 |
| 12/20/07 | Work re products allocation model | W001 | AVK | 6.60 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

January 22, 2008                              INVOICE:         222977

MATTER:  CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/21/07 | Began drafting memo on research findings for pollution exclusion issue. | W001 | CH | 1.00 |
| 12/21/07 | Update research re application of pollution exclusion to asbestos. | W001 | PDH | 0.50 |
| 12/21/07 | Address issues regarding comparative asbestos bankruptcies. | W001 | RYC | 2.00 |
| 12/26/07 | Finish alternative product allocations and prepare summary of same. | W001 | AVK | 10.50 |
| 12/27/07 | Review and evaluate outstanding issues and recent correspondence. | W001 | RYC | 0.20 |

**TOTAL FEES:**                                              **$49,796.50**

### FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Ann V Kramer | 625.00 | 46.70 | 29,187.50 |
| Anne C Suffern | 210.00 | 1.40 | 294.00 |
| Christopher Hoffman | 245.00 | 4.00 | 980.00 |
| Harris E Gershman | 225.00 | 2.50 | 562.50 |
| Izak Feldgreber | 235.00 | 0.80 | 188.00 |
| Pamela D Hans | 395.00 | 10.80 | 4,266.00 |
| Robert M Horkovich | 725.00 | 6.80 | 4,930.00 |
| Robert Y Chung | 475.00 | 19.50 | 9,262.50 |
| Victoria Talabacu | 210.00 | 0.60 | 126.00 |
| **TOTAL FEES:** | | | **$49,796.50** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| January 22, 2008 | INVOICE: | 222977 |

MATTER:  CLAIMANTS COMMITTEE

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001     Asset Analysis and Recovery**

|  | HOURS | TOTALS |
|---|---|---|
| Ann V Kramer | 46.70 | 29,187.50 |
| Christopher Hoffman | 4.00 | 980.00 |
| Harris E Gershman | 2.50 | 562.50 |
| Izak Feldgreber | 0.80 | 188.00 |
| Pamela D Hans | 10.80 | 4,266.00 |
| Robert M Horkovich | 5.00 | 3,625.00 |
| Robert Y Chung | 19.10 | 9,072.50 |
| Victoria Talabacu | 0.60 | 126.00 |
| **TOTAL:** | **89.50** | **48,007.50** |

**ACTIVITY CODE: W011     Fee Applications (Applicant)**

|  | HOURS | TOTALS |
|---|---|---|
| Anne C Suffern | 1.40 | 294.00 |
| Robert Y Chung | 0.40 | 190.00 |
| **TOTAL:** | **1.80** | **484.00** |

**ACTIVITY CODE: W014     Hearing**

|  | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 1.80 | 1,305.00 |
| **TOTAL:** | **1.80** | **1,305.00** |

**TOTAL LEGAL FEES**                                                                      **$49,796.50**