# Motley Rice LLC

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
November 7, 2007

**Invoice No.**
1259698

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE 19801

**Re:** W.R. Grace (999604-12)
Asbestos Claimants Committee

Professional Services Through
As per Time Exhibit Attached.............................................................. $0.00

Costs Through 10/31/07
Out of Town Travel                         713.55
Travel Expense                              846.90

Total Costs............................................................................................. $1,560.45

Total Invoice...................................................................................... $1,560.45

## Payable Expense Exhibit
Re: W.R. Grace (999604-12)
Invoice for charges rendered through 10/31/07

Invoice No. 1259698

| Date | Description | Check | Amount |
|---|---|---|---|
| **Out of Town Travel** | | | |
| 10/11/07 | Joseph F. Rice-Travel to NYC for meetings re: WRG settlement negotiations October 3-4, 2007. (roundtrip car service and hotel) | 29474 | 520.10 |
| 10/11/07 | Joseph F. Rice-Travel to NYC for meetings re: WRG settlement negotiations October 3-4, 2007. (Dinner for 2) | 29474 | 100.00 |
| 10/16/07 | Joseph F. Rice-Travel to Washington, DC to meet with E. Inselbuch, R. Frankel and D. Speights re: WRG October 8-9, 2007. | 29581 | 93.45 |
| **Travel Expense** | | | |
| 10/03/07 | Airfare -Travel from Charleston, SC to Teterboro, NJ for meeting (Oct 3-4) | 253 | 247.65 |
| 10/04/07 | Airfare -Travel from Teterboro, NJ to Columbia, SC to Charleston, SC (Oct 3-4) | 254 | 247.65 |
| 10/08/07 | Airfare -Travel from Charleston, SC to Washington, DC on October 8, 2007. | 256 | 175.80 |
| 10/09/07 | Airfare - Travel from Washington, DC to Charleston, SC October 9, 2007 | 257 | 175.80 |
| | **Total** | | **1,560.45** |

# THE LONDON NYC

151 WEST 54TH STREET, NEW YORK, NY 10019
T 212.307.5000   F 212.468.8747
WWW.THELONDONNYC.COM

| FOLIO NO. | ROOM NO. | GUEST NO. |
|---|---|---|
| 20E813 | 2203 | 2080RR |

| RATE/PACKAGE | NO. IN PARTY | DEPOSIT REC'D |
|---|---|---|
| 585.00 | 1 | 0.00 |

| RATE/PACKAGE DESCRIPTION |
|---|
| iHotelier POTLB |

**NAME AND ADDRESS**

Rice, Joseph

| ARRIVAL DATE | DEPARTURE DATE |
|---|---|
| 10/03/07 | 10/04/07 |

**ADDITIONAL INFORMATION**

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 10/03/07 | iHotelier POTLB | 585.00 | |
| 10/03/07 | State Sales Tax | 48.99 | |
| 10/03/07 | City Tax | 29.25 | |
| 10/03/07 | Occupancy and Javits Tax | 5.50 | |
| | Subtotals | $ 668.74 | 0.00 |
| | BALANCE DUE | $ 668.74 | |

*handwritten:* 999604.12    $350/night + tax
TOTAL $400.10

agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges.
also agree that all charges contained in this account are correct and any disputes or requests for copies of charges be made within five days after my departure.

SIGNATURE _____

**Greve, Daphne**

**From:** Manny Domingues [mdlimousine@hotmail.com]
**Sent:** Saturday, October 06, 2007 10:29 AM
**To:** Greve, Daphne
**Subject:** Trip #109237 Receipt

## THANK YOU FOR CHOOSING MD LIMOUSINE LLC

# TRIP RECEIPT

| | | | |
|---|---|---|---|
| Trip #: | 109237 | Passenger: | JOSEPH F. RICE |
| Reference #: | TAIL#24UD | Num of Passengers: | 2 |
| Pick-Up Time: | 07:45PM | Drop-Off Time: | 08:45PM |
| Trip Date: | Wednesday Oct 3, 2007 | Reserved By: | TROY |
| Service Type: | SEDAN | Trip Description: | TETERBORO/NYC |

**Routing & Pick-Up / Drop-Off Details:**

TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
DROP OFF NEW YORK CITY, NY
SEDAN RATE $65.00 +20% GRATUITY+ PARKING+TOLLS
WAITING TIME 15 MIN $20.00 + 20%GRATUITY+TOLLS

**Trip Charges:**

| | |
|---|---|
| Basic Rate: | $65.00 |
| Parking: | $0.00 |
| Tolls: | $8.00 |
| Waiting Time: | $10.00 |
| Early/Late Hour: | $0.00 |
| Extra Stops: | $0.00 |
| Holiday/Misc: | $0.00 |
| Gratuity: | $15.00 |
| Discount: | $0.00 |
| Tax/GST: | $0.00 |
| County Tax: | $0.00   0.00% |
| Miscellaneous: | $0.00 |
| TRIP TOTAL: | $98.00 |
| Administration Fee: | $0.00 |
| TOTAL DUE: | $0.00 |

999604.12
Allowed
$60 —

**Payments Received:** 10/06/2007 PMT: AMEX XXXXXXXXXX1001 Check/Auth# 181635 $98.00

**PAYMENT:** Credit Card

**MD LIMOUSINE LLC**
**435 KEARNY AVE.**
**KEARNY, NJ 07032**
**201.246.8002 Phone**

10/8/2007

**Greve, Daphne**

**From:** Manny Domingues [mdlimousine@hotmail.com]
**Sent:** Saturday, October 06, 2007 10:33 AM
**To:** Greve, Daphne
**Subject:** Trip #109244 Receipt

THANK YOU FOR CHOOSING
MD LIMOUSINE LLC

# TRIP RECEIPT

| | | | |
|---|---|---|---|
| Trip #: | 109244 | Passenger: | JOSEPH F. RICE |
| Reference #: | | Num of Passengers: | 2 |
| Pick-Up Time: | 01:15PM | Drop-Off Time: | 02:15PM |
| Trip Date: | Thursday Oct 4, 2007 | Reserved By: | SELF |
| Service Type: | SEDAN | Trip Description: | NYC/TETERBORO |

**Routing & Pick-Up / Drop-Off Details:**

375 PARK AVENUE, (BET 52ND & 53RD STS) NEW YORK CITY, NY
TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
SEDAN RATE $65.00 + 20% GRATUITY+ PARKING+TOLLS
WAITING TIME 30 MIN $20.00 + 20%GRATUITY+TOLLS

**Trip Charges:**

| | |
|---|---|
| Basic Rate: | $65.00 |
| Parking: | $0.00 |
| Tolls: | $8.00 |
| Waiting Time: | $20.00 |
| Early/Late Hour: | $0.00 |
| Extra Stops: | $0.00 |
| Holiday/Misc: | $0.00 |
| Gratuity: | $17.00 |
| Discount: | $0.00 |
| Tax/GST: | $0.00 |
| County Tax: | $0.00   0.00% |
| Miscellaneous: | $0.00 |
| TRIP TOTAL: | $110.00 |
| Administration Fee: | $0.00 |
| TOTAL DUE: | $0.00 |

*Handwritten: 099604.12 Allowed $60*

**Payments Received:** 10/06/2007 PMT: AMEX XXXXXXXXXX1001 Check/Auth# 267396 $110.00

**PAYMENT:** Credit Card

**MD LIMOUSINE LLC**
**435 KEARNY AVE.**
**KEARNY, NJ 07032**
**201.246.8002 Phone**

TRANSACTION RECORD

estiatorio Milos
125 West 55th Street
New York, NY 10019

CARD TYPE:AMERICAN EXPRESS
Nu.:***********1001
ENTRY:SWIPED
AUTHORIZATION:545692
STORE #:0
TERMINAL:1
REFERENCE:587470

PURCHASE      $155.66

TIP           24

TOTAL         179.50

THANK YOU
OCTOBER 3,2007 22:55:13
Server's name : FRANCO

CUSTOMER COPY

J.Rice
B.Wallace

999604.12
Allowed $50/per person

Total $100.00

...



# THE Fairmont
## WASHINGTON, D.C.

2401 M STREET, NW,
WASHINGTON, DC, USA 20037
T 202 429 2400 F 202 457 5010

| | |
|---|---|
| Room | : 0648 |
| Folio # | : 164235 |
| Cashier # | : 41 |
| Page # | : 1 of 1 |

Motley Rice Pa
Joseph Rice
28 Bridgeside Blvd
Mount Pleasant, SC 29464
US

Arrival     : 10-08-07
Departure : 10-09-07
Fairmont President's Club
3247252545

| Date | Description | Additional Information | | Charges | Credits |
|---|---|---|---|---|---|
| 10-08-07 | Room Charge | | | 309.00 | |
| 10-08-07 | Occupancy Tax | | | 44.81 | |
| 10-09-07 | American Express | XXXXXXXXXXX1001 | XX/XX | | 353.81 |
| | | Total | | 353.81 | 353.81 |
| | | Balance Due | | 0.00 | |

*1/4 to WR Grace*
*$88.45*

ist signature X_____
information or reservations, visit us at
ww.fairmont.com or call Fairmont Hotels & Resorts from:
United States or Canada    1 800-441-1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month. (19.56% per annum). All accounts deemed delinquent may be subject to legal fees and all other costs associated with the bill. Account is payable on presentation or departure.

I have requested delivery of The New York Times. If refused, a credit will be applied to my account of $.25 (Mon-Sat) and $1.25 (Sun)

**Thank you for choosing to stay with Fairmont Hotels & Resorts**

**TAXICAB RECEIPT**

Time: _____
Date: 16/8

Origin of trip: _____

Destination: _____

Fare: 10   Sign: _____

Missing receipt for $10

1/4 to WR Grace

$5



Welcome - Already a member? Sign in
My Itineraries | My Account | Customer Support

Home   Flights   Hotels   Cars   Vacation Packages   Cruises   Activities   Deals & Destinations   Maps   Business Travel   ThankYou ®

| Summary | |
|---|---|
| 1 Ticket / Roundtrip CHS Charleston to LGA New York | |
| Leave: | Wed 10-Oct |
| Return: | Thu 11-Oct |
| 1 adult | $474.01 |
| Taxes & Fees | $21.29 |
| Total | $495.30 |

**QUESTIONS?**
- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

**Total price for this trip: $495.30**

I have a coupon.  What's a coupon?

### 1 Review the flight details

**Wed 10-Oct-07**

Charleston (CHS)         to  New York (LGA)      636 mi           **DELTA**
Depart 5:45 pm               Arrive 8:01 pm       (1,024 km)       Flight: 5138
                             Terminal DELTA       Duration: 2hr 16mn   Operated by: COMAIR INC
                             TERMINAL

Economy/Coach Class, Canadair RJ
Please check in with Comair. If checking in at a kiosk, use your name rather than confirmation number.

Total distance: 636 mi (1,024 km)                                Total duration: 2hr 16mn

**Thu 11-Oct-07**

New York (LGA)           to  Charleston (CHS)    636 mi           **DELTA**
Depart 8:40 pm               Arrive 11:00 pm      (1,024 km)       Flight: 5394
Terminal DELTA                                    Duration: 2hr 20mn   Operated by: COMAIR INC
TERMINAL

Economy/Coach Class, Canadair RJ
Please check in with Comair. If checking in at a kiosk, use your name rather than confirmation number.

Total distance: 636 mi (1,024 km)                                Total duration: 2hr 20mn

*Tip:* Flight terminals may change. Please confirm the terminal with the airline before leaving for the airport.



Need help booking your trip?
Call 1-800-434-2370

**Add a hotel and save**                                Expedia recommended hotels

| Paramount ☆☆☆ New York ▶More lodging info | Empire Hotel ☆☆☆☆ New York ▶More lodging info | Roosevelt Hotel New York ☆☆☆½ New York ▶More lodging info |
|---|---|---|
| Flight + 1 night hotel  $932.01 total | Flight + 1 night hotel  $937.94 total | Flight + 1 night hotel  $1,012.04 total |
| (If booked separately:  $1,022.03) | (If booked separately:  $997.01) | |
| Your Savings:  $90.02 | Your Savings:  $59.07 | |
| Add this hotel to trip Your best price, guaranteed! | Add this hotel to trip Your best price, guaranteed! | Add this hotel to trip Your best price, guaranteed! |

Add a hotel to your flight now to earn ThankYou℠ Points and get great rewards!

See more hotels with your flight
Your best price, guaranteed!

**Add a rental car to this trip**

◉ No thanks, I don't need a rental car.
○ Yes, I would like to see available rental cars next.

### 2 Review the rules and restrictions

- Tickets are nonrefundable.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 per ticket will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online.  More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ I have read and accept the rules and restrictions. (please check the box to continue)

### 3 Select a booking option

Fares are not guaranteed until purchased.

▶ Continue with booking

Due to the restrictions associated with this fare, tickets must be purchased immediately. It is not possible to reserve this fare for later ticketing.

▸ Save this to my itinerary.

▸ Cancel and go to home page.

---

Expedia Information: about Expedia.com | press room | investor relations | Expedia, Inc. terms of use | privacy policy | become an affiliate | advertising | jobs
Expedia Links: home | flights | hotels | cars | cruises | earn ThankYou Points | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2007 Expedia, Inc. All rights reserved.
Photos: Getty Images, Corbis

Plus sign (+) means taxes and fees are additional.

Top Destinations Links:

| | | | | | |
|---|---|---|---|---|---|
| Airlines | Florida vacations | Amsterdam hotels | Hawaii | Business travel | Family vacations |
| Cheap flights | Hawaii vacations | Hotel reservations | Chicago | Europe travel | Caribbean vacations |
| Airline tickets | Mexico vacations | Luxury hotels | Las Vegas | Paris | Beaches |
| Car rentals | Orlando vacations | Rome hotels | New York | Travel deals | All-inclusive |

International sites: Australia | Canada | China | Denmark | France | Germany | Italy | Japan | Netherlands | Norway | Spain | Sweden | United Kingdom

Partner sites:
100 Orlando Spots | Big World Trips | Boston Hotelier | Citysearch | ClassicVacations.com | CondoSaver.com | Cruises.net | Entertainment.com | Evite | Gifts.com | Hip City Hotels | Hotels.com
Hotwire | HSN | ImprovementsCatalog.com | LendingTree | Match.com | RealEstate.com | ReserveAmerica | San Francisco Hotelier Ticketmaster | Vacations.net