IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 25, 2008, AT 1:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, FEBRUARY 21, 2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

**CONTINUED MATTERS**

1. Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 1/28/08] (Docket No. 17904)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

a. Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: The parties continue to work on the form of a stipulation resolving the Debtors' objection to the claims of NL Industries, Inc. This matter is continued to March 17, 2008, at 1:00 p.m.

2. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

Related Documents:

a. [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 12/17/07] (Docket No. 17641)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a. Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to March 17, 2008, at 1:00 p.m.

3. CSX Transportation, Inc.'s First Request for Payment of Administrative Expense [Filed: 1/18/08] (Docket No. 17854)

Related Documents:

a. Notice of CSX Transportation, Inc.'s First Request for Payment of Administrative Expense [Filed: 1/18/08] (Docket No. 17855)

Response Deadline: February 29, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: The parties have agreed to continue this matter until March 17, 2008, at 1:00 p.m.

## UNCONTESTED MATTERS

4. Debtors' Motion for an Order Authorizing the Debtors' Entry Into Stipulation Resolving Claim of City of Cambridge [Filed: 1/18/08] (Docket No. 17858)

Related Documents:

a. [Proposed] Order Authorizing the Debtors' Entry Into Stipulation Resolving Claim of City of Cambridge [Filed: 1/18/08] (Docket No. 17858, Exhibit A)

**b. [Signed] Order Authorizing the Debtors' Entry Into Stipulation Resolving Claim of City of Cambridge [Filed: 2/15/08] (Docket No. 18055)**

Response Deadline: February 8, 2008, at 4:00 p.m. *(extended until February 12, 2008, at 4:00 p.m. for the Official Committee of Unsecured Creditors)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an order approving the motion, therefore this matter will not go forward.**

5. Motion Pursuant to Sections 105(A) and 363 of the Bankruptcy Code for the Entry of an Order Authorizing the Debtors to Expend Property to Acquire Preferred Stock Interest in Ceratech, Inc. [Filed: 1/18/08] (Docket No. 17859)

Related Documents:

a. [Proposed] Order Authorizing the Motion to Sections 105(A) and 363 of the Bankruptcy Code for the Entry of an Order Authorizing the Debtors to Expend Property to Acquire Preferred Stock Interest in Ceratech, Inc. [Filed: 1/18/08] (Docket No. 17859)

**b. Certification of No Objection Regarding Motion Pursuant to Sections 105(A) and 363 of the Bankruptcy Code for the Entry of an Order Authorizing the Debtors to Expend Property to Acquire Preferred Stock Interest in Ceratech, Inc. [Filed: 2/14/08] (Docket No. 18042)**

Response Deadline: February 8, 2008, at 4:00 p.m. *(extended until February 12, 2008, at 4:00 p.m. for the Official Committee of Unsecured Creditors)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

## CONTESTED MATTERS

6. Debtors' Motion for an Order Authorizing the Remedium Closing Agreement with the IRS [Filed: 1/18/08] (Docket No. 17860)

Related Documents:

a. [Proposed] Order Authorizing the Remedium Closing Agreement with the IRS [Filed: 1/18/08] (Docket No. 17860)

**b. Certification of Counsel Regarding Debtors' Motion for an Order Authorizing the Remedium Closing Agreement with the IRS [Filed: TBD] (Docket No. TBD)**

Response Deadline: February 8, 2008, at 4:00 p.m.

Responses Received:

a. Objection to Debtors' Motion for an Order Authorizing the Remedium Closing Agreement with the IRS [Filed: 2/8/08] (Docket No. 18008)

**Status: Counsel for the IRS intends to withdraw their objection to the Motion. This matter will go forward.**

7. Motion of the Debtors for Entry of an Order Authorizing the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17670)

Related Documents:

a. [Proposed] Order Authorizing the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17670, Exhibit B)

b. United States' Notice of Lodging Settlement Agreement Pending Solicitation of Public Comment [Filed: 12/19/07] (Docket No. 17651)

(i) Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17651)

c. [Proposed] Revised Order with attached Revised Settlement Agreement [Filed: TBD] (Docket No. TBD)

Response Deadline: January 11, 2008, at 4:00 p.m. *(extended to February 8, 2008 for the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative)*

Responses Received:

a. Objection of the City of Cambridge, Massachusetts to Motion of Debtors for Entry of an order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17804)

b. Limited Objection By Tyco Healthcare Group LP to Proposed Settlement Between Debtors and the United States Regarding Superfund Sites [Filed: 1/11/08] (Docket No. 17805)

c. Response of the State of Montana, Department of Environmental Quality to Motion of Debtors for Entry of an Order Authorizing Settlement Agreement

Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17806)

d. Kaneb Pipe Line Operating Partnership, L.P.'s and Support Terminal Services, Inc.'s Response to Debtors' Motion for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17814)

Status: This matter will go forward.

8. Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay [Filed: 12/21/08] (Docket No. 17685)

Related Documents:

a. [Proposed] Order Granting Motion of City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

Response Deadline: January 11, 2008, at 4:00 p.m.

Responses Received:

a. Debtors' Objection to the Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

Status: This matter will go forward.

9. Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP as Special Asbestos Property Damage Settlement Counsel Nunc Pro Tunc to January 4, 2008 [Filed: 1/9/08] (Docket No. 17788)

Related Documents:

a. [Proposed] Order Authorizing the Retention and Employment of Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP as Special Asbestos Property Damage Settlement Counsel to David T. Austern, Future Claimants' Representative Nunc Pro Tunc to January 4, 2008 [Filed: 1/9/08] (Docket No. 17788)

Response Deadline: January 29, 2008, at 4:00 p.m.

Responses Received:

a. Debtors' Opposition to Application of Future Claimants' Representative for Authorization to Employ Special Asbestos Property Damage Settlement Counsel Nunc Pro Tunc to January 4, 2008 [Filed: 1/29/08] (Docket No. 17932)

b. Joinder of the Official Committee of Unsecured Creditors in the Debtors' Opposition to Application of Future Claimants' Representative to Employ Special Asbestos Property Damage Settlement Counsel Nunc Pro Tunc to January 4, 2008 [Filed: 1/29/08] (Docket No. 17931)

c. United States Trustee's Objection to Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP as Special Asbestos Property Damage Settlement Counsel Nunc Pro Tunc to January 4, 2008 [Filed: 1/29/08] (Docket No. 17925)

**Status: The parties have agreed to continue this matter to a date to be determined.**

10. Status Conference: *Jackie Lewis, et al. v. W. R. Grace & Co., et al. (Adv. Pro. No. 01-8810)*

a. [Signed] Order on Rule to Show Cause Why Adversary Proceeding Should Not Be Dismissed for Failure to Prosecute [Filed: 12/7/07] (Adv. Pro. No. 01-8810, Docket No. 10)

Status: A status conference will go forward on this matter.

11. Status Conference on ZAI Issues

Status: A status conference will go forward on this matter

**MATTERS RELATING TO ASBESTOS PI CLAIMS**

12. Debtors' (Revised) Motion to Strike Untimely Stallard Declaration and for Sanctions [Filed: 1/14/08] (Docket No. 17824)

Related Documents:

a. [Proposed] Order Granting Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions [Filed: 1/14/08] (Docket No. 17824)

b. Notice of Hearing on Debtors' (Revised) Motion to Strike Untimely Stallard Declaration and for Sanctions [Filed: 1/15/08] (Docket No. 17846)

Response Deadline: February 8, 2008, at 4:00 p.m.

Responses Received:

a. Future Claimants' Representative's Renewed Opposition to Grace's Motion to Strike as "Untimely" Professor Eric Stallard's Reply Declaration, and for Sanctions [Filed: 1/14/08] (Docket No. 17836)

b. Future Claimants' Representative's Supplemental Opposition to Grace's Motion to Strike as "Untimely" Professor Eric Stallard's Reply Declaration, and for Sanctions [Filed: 2/8/08] (Docket No. 18010)

Status: This matter will go forward.

Dated: February 15, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and–

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession