IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## **CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 17889)**

On January 25, 2008, Lexecon, Consultants to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Lexecon, Consultants to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from October 1, 2007 through December 31, 2007 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on February 14, 2008. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Lexecon respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By   /s/ Teresa K.D. Currier
     Teresa K. D. Currier (No. 3080)
     The Brandywine Building
     1000 West St. - Suite 1410
     Wilmington, DE 19801

     -and-

KRLS/Wilm 58748v1

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        Philip Bentley, Esquire
                                        Douglas H. Mannal, Esquire
                                        919 Third Avenue
                                        New York, NY 10022
                                        (212) 715-9100
                                        Counsel to the Official Committee of
                                        Equity Holders

Dated: February 18, 2008           Co-Counsel to the Official Committee
                                        of Equity Holders