UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------X

In re:                                          |
                                                | Chapter 11
 W.R. GRACE & CO., et al.                       |
                                                | Case No. 01-01139
                                                |
                 Debtors.                       |
-----------------------------------------------------------------X    **Claim No. 54**

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)          Atofina Chemicals Inc.
                          2000 Market Street, 26th Floor
                          Philadelphia, PA 19103
                          Attn: William J. Hamel

The transfer of your claim as shown above, in the amount of <u>$75,980.00</u> has been transferred (unless previously expunged by court order) to:

                          LONGACRE MASTER FUND, LTD.
                          Transferor: Atofina Chemicals Inc.
                          810 Seventh Avenue, 22nd Floor
                          New York, NY  10019
                          Attn: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:

          - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

                 United States Bankruptcy Court
                 District of Delaware
                 824 Market Street, Room 525
                 Wilmington, DE 19801

          - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing will be scheduled.   IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                                      Intake Clerk
---------------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2006.

INTERNAL CONTROL NO._____

Claims Agent Noticed: (Name of Outside Agent)

Copy to Transferee:_____

                              _____
                              Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Exhibit B</u>

TO:          United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
             District of Delaware
             824 Market St., Room 525
             Wilmington, DE 19801
             Attn:    Clerk

AND TO:      W.R. GRACE & CO., et al. ("<u>Debtor</u>")
             Case No. 01-01139

<u>Claim # 54</u>

**ATOFINA CHEMICALS INC.,** its successors and assigns ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
c/o U.S. Bank National Association
Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, Washington 98101
Attn: Kyle J Lunde

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of <u>$75,980.00</u> ("<u>Claim</u>") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to the transfer of claim to Buyers. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim, subject to the rights and obligations of the Assignment of Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 14, 2008.

**ARKEMA INC FKA ATOFINA CHEMICALS INC.**          **LONGACRE MASTER FUND, LTD.**

By:   /s/ William J. Hamel                          By:  /s/ Marc Simon
Name:   William J. Hamel                            Name: Marc Simon
Title:    Vice President & General Counsel          Title: Authorized Signatory