# EXHIBIT A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID  
W. R. GRACE CO.  

C/O ERNST & YOUNG LLP  
99 WOOD AVENUE SOUTH  
ISELIN NEW JERSEY 08830  
UNITED STATES OF AMERICA

23-October-2007

---

FOR PROFESSIONAL SERVICES RENDERED

    Assignee: PHILIP KRICHILSKY

    Invoice Number: IN-US00051718

    Manager: GRAHAM LEES

    Case Number: 79518

    Client: W. R. GRACE CO.

    Total Legal Fees:     0.00

    Total Disbursements: 3,623.75

    Invoice Total: (USD)   3,623.75

| | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in obtaining China Work Permit and Residence Licenses on behalf of employee and 3 dependents. As authorised by Blanca Utarid. | 2,475.00 |
| Third party vendor professional fees (PO-0000079518-00001) | 750.00 |
| Government fees paid by third party vendor on behalf of employee. | 215.00 |
| Third party vendor out of pocket expenses | 60.00 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 123.75 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W. R. GRACE CO.

Assignee: PHILIP KRICHILSKY

Application Approval Date:

    Application File Date: 23 Aug 2007

    Authorizing Manager:

    Case Initiation Date: 18 Jul 2007

    Comments:

    Cost Center:

    Employee ID:

    Expiry Date: 23 Aug 2008

Number of Dependents: 3

    PO #:

    Receiving Country: CHINA, THE PEOPLE'S REPUBLIC OF

    Sending Country: HONG KONG

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

October 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

                    RE:    Surya CHODAVARAPU
              Invoice #:    07.40269429

Arranged for rescheduling of biometrics appointment with U.S. Citizenship and Immigration Services.

Attorney: .5 hrs. @$350.00/hr. = $175.00
Sr. Paralegal: .75 hrs.@$125/hr. = $93.75

| | |
|---|---:|
| **Total Legal Fees** | $268.75 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $10.75 |
| **Total Disbursements** | $10.75 |
| **Please Remit** | **$279.50** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

October 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Eduardo ESTRADA
Invoice #:   07.40277067

Preparation of Request for Review from adverse decision of Processing Center, Employment and Training Administration, in connection with PERM application, including legal research and prepare of memorandum of law.

Attorney:  3.0 hours at $350/hour
Sr. Para:  6.5 hours at $125/hour.

| | |
|---|---:|
| **Total Legal Fees** | $1,862.50 |
| **Disbursements** | |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.50 |
| **Total Disbursements** | $92.50 |
| **Please Remit** | **$1,955.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     For billing questions please call (305)774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

October 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Enzo Orellana
Invoice #:    07.40273601

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |
| **Total Disbursements** | $98.00 |
| **Please Remit** | **$1,198.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

October 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Kevin MURNIN
Invoice #:    07.40273602

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Application to Extend H-4 Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,475.00 |
| **Disbursements** | |
| Federal Express (domestic) | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $59.00 |
| **Total Disbursements** | $113.00 |
| **Please Remit** | **$1,588.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

October 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

         RE:    Julio RENTERIA
         Invoice #:    07.40273603

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  | **Total Legal Fees** | $1,100.00 |
|---|---|---|
| **Disbursements** | | |
| Federal Express (domestic) | | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | | $44.00 |
| | **Total Disbursements** | $98.00 |
| | **Please Remit** | **$1,198.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

October 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:     Madhu RANJAN
Invoice #:    07.40277068

Preparation and submission of form I-907 for premium processing of nonimmigrant petition.

|  |  |
|---|---|
| **Total Legal Fees** | $500.00 |

**Disbursements**

| | |
|---|---|
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $20.00 |
| **Total Disbursements** | $38.00 |
| **Please Remit** | **$538.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     For billing inquiries, please call (305) 774-5800