# **EXHIBIT A**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

December 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Alexander BROWN
Invoice #: 07.40288070

Preparation of Form I-131, Application for Travel Document (Reentry Permit), and draft letter of support documenting need for extended term of stay outside of the United States for Elaine Brown. Transmittal of the Application and supporting documents to client for final review and signature. Submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $750.00 |
| **Disbursements** | |
| USCIS filing fees (I-131) | $305.00 |
| Federal Express (domestic) | $18.00 |
| Federal Express (international) | $50.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $30.00 |
| **Total Disbursements** | $403.00 |
| **Please Remit** | **$1,153.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:** For billing inquiries please call (305)774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

December 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

      RE: Marc-Andre RENE
      Invoice #: 07.40288071

Preparation of nonimmigrant TN Visa Petition requesting extension of foreign national's term of stay including Form I-129 and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission of petition to the Nebraska Service Center of the USCIS

| | |
|---|---|
| **Total Legal Fees** | $900.00 |

**Disbursements**

| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $36.00 |
| **Total Disbursements** | $72.00 |
| **Please Remit** | **$972.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**  For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

December 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Marc-Andre RENE
Invoice #:   08.40294098

Preparation of Application to Extend TD Nonimmigrant Status of accompanying dependent family members including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $375.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $15.00 |
| **Total Disbursements** | $15.00 |
| **Please Remit** | **$390.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

December 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Jens EBINGHAUS
Invoice #: 07.40289615

Preparation of L-1 Blanket Petition, including form I-129 and letter of support setting forth the qualifying relationship between the petitioner and the qualifying entities worldwide. Review of documentation evidencing qualifying relationships. Discussions with client contacts concerning those entities to be included within the petition. Collection, analysis and organization of supporting documentation. Preparation of lists for review by corporate representatives and discussions concerning the same. Transmittal of prepared drafts and petition to client for final review and signature. Final compilation of all petition materials and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,600.00 |
| **Disbursements** | |
| Federal Express (international) | $50.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $64.00 |
| **Total Disbursements** | $114.00 |
| **Please Remit** | **$1,714.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

December 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Wen LUO
Invoice #: 08.40294099

Preparation of Priority Worker Petition requesting classification as a multinational manager/executive under Section 203(b)(1)(C) of The Immigration Act of 1990 providing for exemption from the requirement for obtaining individual labor certification from the U.S. Department of Labor. Preparation of Form I-140, Immigrant Petition for Alien Worker. Review of supporting documentation and preparation of a detailed draft letter of support setting forth the criteria to establish the beneficiary's eligibility through analysis of the offered position and prior employment abroad with a qualifying organization within the petitioning entity. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition, including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $3,675.00 |
| **Disbursements** | |
| USCIS filing fees (Form I-140) | $195.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $147.00 |
| **Total Disbursements** | $378.00 |
| **Please Remit** | **$4,053.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries please call (305)774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

December 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Zeynep TOLUN
Invoice #:    08.40294839

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B (change of employer) status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---:|
| **Total Legal Fees** | $1,850.00 |
| **Disbursements** | |
| Federal Express (domestic) | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.00 |
| **Total Disbursements** | $128.00 |
| **Please Remit** | **$1,978.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800