# EXHIBIT A

# FRAGOMEN
SINGAPORE

## Tax Invoice
## Memorandum of Professional Fees

23-February-2007

JANISSA GARCIA

W R GRACE (S) PTE LTD

W. R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA MARYLAND 21044-4098
UNITED STATES OF AMERICA

Fragomen Singapore Pte. Ltd.
GST Number : 20-0201218-k

7 Temasek Boulevard
# 07-06 Suntec Tower One
Singapore
038987

Telephone: +65 6334 -0766
Facsimile: +65 6334 -8466

| Reference : | IN-SG00001727 |
| Manager : | MARK BUCHANAN |
| Case Number : | 57405 |

Client :    W R GRACE (S) PTE LTD
Assignee :  JEREMY GRAY
Total Legal Fees :     1,072.79
Total Disbursements :  1,153.64
Total GST :            53.64
Invoice Total : (SGD)  2,280.07

| | Net Fee | GST | Total Fee |
|---|---|---|---|
| | (Excluding GST) | (7%) | (GST Inclusive) |
| **PROFESSIONAL FEES** | | | |
| Assistance in obtaining entry visas from both China Embassy (US$350 @1.53256) and Vietnam Embassy (US$350 @ 1.53256) on behalf of employee. | 1,072.79 | 53.64 | 1,126.43 |
| **DISBURSEMENTS** | | | |
| China (S$150) and Vietnam (S$950) visa application fees paid on behalf of employee. | 1,100.00 | 0.00 | 1,100.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 53.64 | 0.00 | 53.64 |

# FRAGOMEN
### SINGAPORE

## Remittance Advice

JANISSA GARCIA

W R GRACE (S) PTE LTD

W. R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA MARYLAND 21044-4098
UNITED STATES OF AMERICA

| | |
|---|---|
| Fragomen Singapore Pte. Ltd. | |
| GST Number : 20-0201218-k | |
| 7 Temasek Boulevard | |
| # 07-06 Suntec Tower One | |
| Singapore | |
| 038987 | |
| Telephone: +65 6334 -0766 | |
| Facsimile: +65 6334 -8466 | |

| | |
|---|---|
| Reference : | IN-SG00001727 |
| Manager : | MARK BUCHANAN |
| Case Number : | 57405 |
| Date : | 23-February-2007 |
| Total : (SGD ) | 2,280.07 |

If making payment by direct deposit, details of the bank account are as follows:

Account Name : **Fragomen Singapore Pte. Ltd.**
Bank : **DBS Bank**
Branch : **6 Shenton Way**
    **DBS Building**
    **Singapore 068809**
Swift Address: **DBSSSGSG**
CHIPS UID Number : **34675**
or Telex No : **RS 24455**
Account Number : **033-900338-7**

When making payment by direct deposit, please either:

• Fax a copy of the remittance advice to Fragomen Singapore Accounts Receivable, or
• Email the details of payment (reference and amount) to alim@fragomen.com, or
• Telephone Fragomen Singapore Accounts Receivable.

*If you have any queries please contact Fragomen Singapore Pte. Ltd. Payment is due on Presentation*

---

Please return with your payment:

Fragomen Singapore Pte. Ltd.
7 Temasek Boulevard, # 07-06 Suntec Tower One
Singapore 038987
Telephone: +65 6334 -0766

Invoice: IN-SG00001727
Reference: 57405
Client: W R GRACE (S) PTE LTD
Assignee: JEREMY GRAY

If paying electronically within Singapore , please fax your remittance advice to +65 6334 -8466 and deposit funds as detailed above.

IF YOU DO NOT FAX YOUR REMITTANCE, YOUR PAYMENT MAY NOT BE ALLOCATED.

FRAGOMEN
SINGAPORE

Client : W R GRACE (S) PTE LTD
Assignee : JEREMY GRAY

| | |
|---|---|
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 02 Feb 2007 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | SINGAPORE |
| Sending Country: | SINGAPORE |



LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 28, 2007

Accounts Payable
W.R. Grace & Co.
P.O. Box 3247
Lake Charles, LA 70611

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Simon THOMAS
Invoice #:       07.40157180

| | |
|---|---:|
| **Total Legal Fees** | $0.00 |

**Disbursements**
USCIS filing fee (I-539)                                                    $200.00

| | |
|---|---:|
| **Total Disbursements** | $200.00 |
| **Please Remit** | **$200.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**        For all billing questions, please call (305)774-5800.

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 28, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Kevin MURNIN
Invoice #:      07.40157184

Preparation of Nonimmigrant Visa Petition requesting 8th year extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation and submission of form I-907 for premium processing of nonimmigrant petition.

|  |  |
|---|---|
| **Total Legal Fees** | $1,350.00 |

**Disbursements**

|  |  |
|---|---|
| Federal Express (domestic) | $72.00 |
| Miscellaneous expenses | $54.00 |
| **Total Disbursements** | $126.00 |
| **Please Remit** | **$1,476.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 28, 2007

Accounts Payable
W.R. Grace & Co.
P.O. Box 3247
Lake Charles, LA 70611

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Surya Kiran CHODAVARAPU
Invoice #:        07.40158945

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $750.00 |
| **Disbursements** | |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses | $30.00 |
| **Total Disbursements** | $48.00 |
| **Please Remit** | **$798.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 28, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Denise SILVA
Invoice #:      07.40159720

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible accompanying family members including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation.  Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national(s) for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence.  Submission of application to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the U.S. Citizenship and Immigration Services

| | |
|---|---|
| **Total Legal Fees** | $2,625.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $105.00 |
| **Total Disbursements** | $141.00 |
| **Please Remit** | **$2,766.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**        For all billing questions, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 28, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Dewa MAHENDRA
Invoice #:      07.40159723

Preparation of Nonimmigrant Visa Petition requesting 7th year extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---|
| USCIS filing fees (Form I-129) | $190.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |
| **Total Disbursements** | $270.00 |
| **Please Remit** | **$1,370.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 28, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Dewa MAHENDRA
Invoice #:      07.40159722

Preparation of petition for immigrant preference classification as a member of the professions under Section 203(b)(3)(A)(ii) of the Immigration Act of 1990 following approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation including: letters of  verification of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of drafts prepared to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---:|
| USCIS filing fees (Form I-140) | $195.00 |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |
| **Total Disbursements** | $257.00 |
| **Please Remit** | **$1,357.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 28, 2007

Accounts Payable
W.R. Grace & Co.
P.O. Box 3247
Lake Charles, LA 70611

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Adam LESNIOWSKI
Invoice #:      07.40159919

Preparation of L-1 petition to reclassify from L-1B, specialized knowledge, to L-1A, managerial, and extend nonimmigrant status as an intracompany transferee.  Transmittal of prepared drafts and petition to client for review and signature.  Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,600.00 |
| **Disbursements** | |
| USCIS filing fees (Form I-129) | $190.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $64.00 |
| **Total Disbursements** | $290.00 |
| **Please Remit** | **$1,890.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     Cheryl Hinely
W. R. Grace & Co.

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 28, 2007

Accounts Payable
W.R. Grace & Co.
P.O. Box 3247
Lake Charles, LA 70611

FOR PROFESSIONAL SERVICES RENDERED.

RE:     Sadanand SUNDARESWAR
Invoice #:      07.40164461

Preparation of L-1B visa application for temporary nonimmigrant classification as a specialized knowledge intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the specialized knowledge possessed by the beneficiary based on employment abroad. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

|  |  |  |
|---|---|---|
| **Total Legal Fees** | | $1,600.00 |
| **Disbursements** | | |
| Federal Express (international) | | $50.00 |
| Miscellaneous expenses | | $64.00 |
| **Total Disbursements** | | $114.00 |
| **Please Remit** | | **$1,714.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 28, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Kevin MURNIN
Invoice #:      07.40164464

Preparation of petition for immigrant preference classification as a member of the professions under Section 203(b)(3)(A)(ii) of the Immigration Act of 1990 following approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation including: letters of verification of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of drafts prepared to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation and submission of form I-907 for premium processing of nonimmigrant petition.

|  |  |  |
|---|---|---|
| **Total Legal Fees** | | $1,350.00 |

**Disbursements**

|  |  |
|---|---|
| USCIS Premium Processing fee (Form I-907) | $1,000.00 |
| USCIS filing fee (Form I-140) | $195.00 |
| Miscellaneous expenses | $54.00 |
| **Total Disbursements** | $1,249.00 |
| **Please Remit** | **$2,599.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 30, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Gabriel Lozano
Invoice #:    07.40171778

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible accompanying family members including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of family member for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service.

Discussions regarding criteria for continued travel abroad for family member during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

Preparation and submission of form I-907 for premium processing of nonimmigrant petition.

|  |  |
|---|---|
| **Total Legal Fees** | $3,975.00 |

**Disbursements**
USCIS filing fees:    $1,335.00

I-140 - $195
I-485 - $325x2
ASC - $70x2
I-765 - $180
I-131 - $170

| | |
|---|---|
| Federal Express (domestic) | $54.00 |
| Translation services | $200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $159.00 |

| | |
|---|---|
| **Total Disbursements** | $1,748.00 |
| **Please Remit** | **$5,723.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable
W.R. Grace & Co.
P.O. Box 3247
Lake Charles, LA 70611

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Siva POTHIREDDY
Invoice #:      07.40166928

Preparation of Application for Alien Employment Certification to be filed under PERM.  Review of position description, minimum requirements, any alternate requirements, and alien's qualifications.  Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.   Preparation of recruitment report outlining the results of recruitment including a detailed analysis of all resumes received and explanation of the business related reasons for rejection of any applicants. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089.   Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

| | |
|---|---|
| **Total Legal Fees** | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | **$4,368.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**      Cheryl Hinely
W. R. Grace & Co.

For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Craig JOSIAS
Invoice #:        07.40168507

| | |
|---|---:|
| **Total Legal Fees** | $0.00 |

**Disbursements**

| | |
|---|---:|
| USCIS filing fees (Form I-140) | $195.00 |
| USCIS filing fees (Form I-485/2) | $650.00 |
| USCIS filing fees (Biometrics/2) | $140.00 |
| USCIS filing fees (Form I-765) | $180.00 |
| USCIS filing fees (Form I-131) | $170.00 |
| **Total Disbursements** | $1,335.00 |
| **Please Remit** | **$1,335.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For all billing questions, please call (305)774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Denise SILVA
Invoice #:      07.40168727

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested. Transmittal of draft letter to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $1,500.00 |

| **Disbursements** | |
|---|---|
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses | $60.00 |
| **Total Disbursements** | $78.00 |
| **Please Remit** | **$1,578.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For all billing questions, please call (305)774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Karla VELEZ CEDENO
Invoice #:      07.40173305

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |  |
|---|---|---|
| **Total Legal Fees** | | $1,850.00 |
| **Disbursements** | | |
| Federal Express (domestic) | | $36.00 |
| Miscellaneous expenses | | $74.00 |
| **Total Disbursements** | | $110.00 |
| **Please Remit** | | **$1,960.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Xu ZHAO
Invoice #:      07.40173308

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |  |
|---|---|---|
| **Total Legal Fees** | | $1,850.00 |
| **Disbursements** | | |
| Education evaluation | | $175.00 |
| Federal Express (domestic) | | $36.00 |
| Miscellaneous expenses | | $74.00 |
| **Total Disbursements** | | $285.00 |
| **Please Remit** | | **$2,135.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Javier CHEUNG
Invoice #:    07.40173315

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $74.00 |
| **Total Disbursements** | $110.00 |
| **Please Remit** | **$1,960.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Elio HERNANDEZ FERRER
Invoice #:       07.40173327

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |  |
|---|---|---|
| **Total Legal Fees** | | $1,850.00 |
| **Disbursements** | | |
| Federal Express (domestic) | | $36.00 |
| Miscellaneous expenses | | $74.00 |
| **Total Disbursements** | | $110.00 |
| **Please Remit** | | **$1,960.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Pratik BHAYANI
Invoice #:      07.40173333

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |  |
|---|---|---|
| **Total Legal Fees** | | $1,850.00 |
| **Disbursements** | | |
| Federal Express (domestic) | | $36.00 |
| Miscellaneous expenses | | $74.00 |
| **Total Disbursements** | | $110.00 |
| **Please Remit** | | **$1,960.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Zhi Jie DU
Invoice #:    07.40174193

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**
Education evaluation

|  |  |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $74.00 |
| **Total Disbursements** | $110.00 |
| **Please Remit** | **$1,960.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Honbo MA
Invoice #:    07.40174194

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |  |
|---|---|---|
| **Total Legal Fees** |  | $1,850.00 |
| **Disbursements** |  |  |
| Education evaluation |  |  |
| Federal Express (domestic) |  | $36.00 |
| Education evaluation |  | $115.00 |
| Miscellaneous expenses |  | $74.00 |
| **Total Disbursements** |  | $225.00 |
| **Please Remit** |  | **$2,075.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

---

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Weijuan NI
Invoice #:    07.40174202

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S.  Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Expedited processing of case.

|  |  |
|---|---|
| **Total Legal Fees** | $2,350.00 |

**Disbursements**
  Federal Express (domestic)            $36.00
  Miscellaneous expenses

|  |  |
|---|---|
| **Total Disbursements** | $36.00 |

---

|  |  |
|---|---|
| **Please Remit** | **$2,386.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Marc-Andre RENE
Invoice #:        07.40176431

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S.  Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

| | | |
|---|---|---|
| **Total Legal Fees** | | $1,850.00 |
| Education evaluation | | $125.00 |
| Federal Express (domestic) | | $36.00 |
| Miscellaneous expenses | | $74.00 |
| **Total Disbursements** | | $235.00 |
| **Please Remit** | | **$2,085.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Chun-jen WU
Invoice #:      07.40183969

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**
| | |
|---|---|
| Education evaluation | $175.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $74.00 |
| **Total Disbursements** | $285.00 |
| **Please Remit** | **$2,135.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

· LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Udayshankar SINGH
Invoice #:    07.40183974

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B (change of employer) status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Expedited processing of case.

Preparation of Application to Extend Nonimmigrant Status of accompanying dependent family member(s) including Form I-539.  Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |  |
|---|---|---|
| **Total Legal Fees** | $2,725.00 |
| **Disbursements** | | |
| Federal Express (domestic) | $54.00 |
| Education evaluation | $175.00 |
| Miscellaneous expenses | $109.00 |
| **Total Disbursements** | $338.00 |
| **Please Remit** | **$3,063.00** |

**PLEASE RETURN COPY OR INDICATE**
**INVOICE # WITH PAYMENT**

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Dewa MAHENDRA
Invoice #:      07.40184166

Preparation and submission of form I-907 for premium processing of nonimmigrant petition.

|  |  |
|---|---|
| **Total Legal Fees** | $250.00 |

**Disbursements**
USCIS Premium Processing fee (Form I-907)                              $1,000.00

|  |  |
|---|---|
| **Total Disbursements** | $1,000.00 |

---

|  |  |
|---|---|
| **Please Remit** | **$1,250.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Zhi Jie DU
Invoice #:      07.40184167

| | |
|---|---|
| **Total Legal Fees** | $0.00 |
| **Disbursements** | |
| Education evaluation | $175.00 |
| Translation services | $150.00 |
| **Total Disbursements** | $325.00 |
| **Please Remit** | **$325.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                           18-April-2007

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  GREG FREEMAN

Invoice Number:  IN-US00040258

Manager:  GRAHAM LEES

Case Number:  61127

Client:  W. R. GRACE CO.

Total Legal Fees:     0.00

Total Disbursements: 1,992.23

Invoice Total: (USD)   1,992.23

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS) | |
| Application tot renew Belgian work permit filed with immigration authorities | 1,850.00 |
| Other-Disbursements: filing of application by registered mail; transportation and government fees to collect the work permit; shipment of the work permit to the assignee | 49.73 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 92.50 |

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W. R. GRACE CO.

Assignee:  GREG FREEMAN

| | |
|---|---|
| Application Approval Date: | |
| Application File Date: | 30 Mar 2007 |
| Authorizing Manager: | |
| Case Initiation Date: | 26 Feb 2007 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 19 Jun 2008 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED KINGDOM |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

24-April-2007

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: YENG CHONG

Invoice Number: IN-US00040455

Manager: GRAHAM LEES

Case Number: 48470

Client: W. R. GRACE CO.

Total Legal Fees:     0.00

Total Disbursements: 1,868.41

Invoice Total: (USD)   1,868.41

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in canceling China Representative Certificate on behalf of employee. | 350.00 |
| Assistance provided in obtaining renewal of China Work Permit and Residence License on behalf of employee. China Work Permit renewal authorised by Blanca Utarid. | 750.00 |
| Third party vendor professional fees for cancellation. (PO-0000048470-00001) | 50.00 |
| Third party vendor professional fees for renewal. | 200.00 |
| Government fees paid by third party vendor on behalf of assignee. (PO-0000048470-00002) | 290.91 |
| Out of Scope Services provided in connection with expedited processing for China Work Permit. As authorized by Blanca Utarid. | 100.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Assignee:  YENG CHONG

Reference Number:  IN-US00040455

| | Fee/Disbursement |
|---|---|
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 67.50 |
| Third party vendor out of pocket expenses | 60.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W. R. GRACE CO.

Assignee: YENG CHONG

Application Approval Date:

Application File Date:  22 Jan 2007

Authorizing Manager:

Case Initiation Date:  16 Nov 2006

Comments:

Cost Center:

Employee ID:

Expiry Date:  01 Jan 2008

Number of Dependents:  1

PO #:

Receiving Country:  CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country:  CHINA, THE PEOPLE'S REPUBLIC OF

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

MARIHELEN JOHNSON                                          26-April-2007

W.R. GRACE & CO.

7500 GRACE DRIVE
COLUMBIA SOUTH CAROLINA 21044
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: BRIAN KENNY

Invoice Number: IN-US00040757

Manager: FRANK ROCKSTEDT

Case Number: 15766

Client: W.R. GRACE & CO.

Total Legal Fees:     840.00

Total Disbursements: 437.00

Invoice Total: (USD)   1,277.00

| | Fee/Disbursement |
|---|---|
| LEGAL FEES | |
| Assistance with business visa to China and tourist visas for spouse and son | 800.00 |
| Miscellaneous fees | 40.00 |
| DISBURSEMENTS | |
| Government fees paid on your behalf | 340.00 |
| Messenger | 55.00 |
| Federal Express Saturday delivery | 42.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W.R. GRACE & CO.

Assignee:  BRIAN KENNY

| | |
|---|---|
| Application Approval Date: | 15 Feb 2006 |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 01 Feb 2006 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | CHINA, THE PEOPLE'S REPUBLIC OF |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2007

Accounts Payable
W.R. Grace & Co.
P.O. Box 3247
Lake Charles, LA 70611

___

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Benoit MAGRIN
Invoice #:    07.40184606

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

| | |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---:|
| USCIS filing fee (Form I-129) | $190.00 |
| USCIS H-1B Education and Training Fee | $1,500.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $1,770.00 |
| **Please Remit** | **$2,870.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Charlotte PORTENEUVE
Invoice #:    07.40184607

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

| | |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**
| | |
|---|---|
| USCIS filing fee (I-129) | $190.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $270.00 |
| **Please Remit** | **$1,370.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21004

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Luis MANJARREZ CABALLERO
Invoice #:      07.40192684

Preparation of L-1B visa application for temporary nonimmigrant classification as a specialized knowledge intracompany transferee.  Review of beneficiary's qualifications and employment history abroad.  Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the specialized knowledge possessed by the beneficiary based on employment abroad.  Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

| | |
|---|---|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**
 Federal Express (international)                                    $50.00
 Miscellaneous expenses                                            $64.00

| | |
|---|---|
| **Total Disbursements** | $114.00 |
| **Please Remit** | **$1,714.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**        For all billing questions please call (305)774-5800.

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21004

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    John EVELYN
Invoice #:    07.40192705

Preparation of Priority Worker Petition requesting classification as a multinational manager/executive under Section 203(b)(1)(C) of The Immigration Act of 1990 providing for exemption from the requirement for obtaining individual labor certification from the U.S. Department of Labor. Preparation of Form I-140, Immigrant Petition for Alien Worker. Review of supporting documentation and preparation of a detailed draft letter of support setting forth the criteria to establish the beneficiary's eligibility through analysis of the offered position and prior employment abroad with a qualifying organization within the petitioning entity. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible spouse, including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation.  Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for dependent daughter of a Priority Worker (L-1A), including preparation of Forms I-485, G-325A, and supporting documentation.  Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of family member for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence.  Submission of application to United States Citizenship and Immigration Service.

Discussions regarding criteria for travel abroad for family member(s) during the pendency of the Application for Adjustment of Status for dependent family members. Preparation of two Forms I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $4,850.00 |

**Disbursements**
USCIS filing fees:
Form I-140 @ $195.00
Form I-485 x 2 @ $325.00 ea.
Form I-485 x 1 @ $225.00
ASC (fingerprinting) x 2 @ $70.00 ea.
Form I-765 @ $180.00
Form I-131 x 2 @ $170.00 ea.

Federal Express (domestic)
Miscellaneous expenses

|  |  |
|---|---|
| USCIS filing fees total | $1,730.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $194.00 |

|  | | |
|---|---|---|
| **Total Disbursements** | | $1,960.00 |
| **Please Remit** | | **$6,810.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21004

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Larisa CIOACA
Invoice #:    07.40192713

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |  |
|---|---|---|
| **Total Legal Fees** | | $1,850.00 |

**Disbursements**

|  |  |
|---|---|
| USCIS filing fee (I-129) | $190.00 |
| USCIS H-1B Education and Training Fee | $1,500.00 |
| USCIS Anti Fraud Fee | $500.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $74.00 |

|  |  |
|---|---|
| **Total Disbursements** | $2,300.00 |

|  |  |
|---|---|
| **Please Remit** | **$4,150.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**     For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21004

---

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Javier CHEUNG
Invoice #:      07.40192719

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---:|
| **Total Legal Fees** | $1,850.00 |

| **Disbursements** |  |
|---|---:|
| USCIS filing fee (I-129) | $190.00 |
| USCIS H-1B Education and Training Fee | $1,500.00 |
| USCIS Anti Fraud Fee | $500.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $74.00 |
| **Total Disbursements** | $2,300.00 |

|  |  |
|---|---:|
| **Please Remit** | **$4,150.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21004

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Chun-jen WU
Invoice #:    07.40192739

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---|
| USCIS filing fee (I-129) | $190.00 |
| USCIS H-1B Education and Training Fee | $1,500.00 |
| USCIS Anti Fraud Fee | $500.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $74.00 |

|  |  |
|---|---|
| **Total Disbursements** | $2,300.00 |
| **Please Remit** | **$4,150.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

16-May-2007

BLANCA UTARID

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Assignee: ANDRIANTO JAYAPURNA

Invoice Number: IN-US00042007

Manager: GRAHAM LEES

Case Number: 50514

Client: W. R. GRACE CO.

Total Legal Fees:      0.00

Total Disbursements: 3,228.21

Invoice Total: (USD)   3,228.21

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in obtaining renewal of China Work Permit and Residence Licenses on behalf of employee and four family unit members. China Work Permit renewal authorised by Blanca Utarid. | 1,350.00 |
| Assistance provided in obtaining China Residence License on behalf of employee's new born baby. | 350.00 |
| Third party vendor professional fees for renewal. (PO-0000050514-00001) | 600.00 |
| Third party vendor professional fees for Residence License application. | 150.00 |
| Government fees paid by third party vendor on behalf of assignee.(PO-0000050514-00002) | 585.71 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 122.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21004

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Can-Ing SEET
Invoice #:    07.40192744

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested. Transmittal of draft letter to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $750.00 |

**Disbursements**
Miscellaneous expenses $30.00

| | |
|---|---|
| **Total Disbursements** | $30.00 |

| | |
|---|---|
| **Please Remit** | **$780.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For all billing questions, please call (305)774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Assignee:  ANDRIANTO JAYAPURNA

Reference Number:  IN-US00042007

| | Fee/Disbursement |
|---|---|
| Third party vendor out of pocket expenses | 70.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W. R. GRACE CO.

Assignee:  ANDRIANTO JAYAPURNA

Application Approval Date:

Application File Date:  13 Mar 2007

Authorizing Manager:

Case Initiation Date:  05 Dec 2006

Comments:

Cost Center:

Employee ID:

Expiry Date:  31 Mar 2008

Number of Dependents:  4

PO #:

Receiving Country:  CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country:  CHINA, THE PEOPLE'S REPUBLIC OF

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                              16-May-2007

W. R. GRACE CO.

C/O ERNST & YOUNG LLP

99 WOOD AVENUE SOUTH

ISELIN NEW JERSEY 08830

UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  BENEDICK FRANCISCO

Invoice Number:  IN-US00042008

Manager:  GRAHAM LEES

Case Number:  55436

Client:  W. R. GRACE CO.

Total Legal Fees:      0.00

Total Disbursements: 2,629.97

Invoice Total: (USD )   2,629.97

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in obtaining renewal of China Work Permit and Residence Licenses on behalf of employee and four family unit members. Authorisation to assist with China permit renewals provided by Blanca Utarid. | 1,350.00 |
| Third party vendor professional fees (PO-0000055436-00001) | 600.00 |
| Government fees paid by third party vendor on behalf of assignee. (PO-0000055436-00002) | 532.47 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 97.50 |
| Third party vendor out of pocket expenses | 50.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W. R. GRACE CO.

Assignee: BENEDICK FRANCISCO

Application Approval Date:

Application File Date:   09 Mar 2007

Authorizing Manager:

Case Initiation Date:   17 Jan 2007

Comments:

Cost Center:

Employee ID:

Expiry Date:   25 Mar 2008

Number of Dependents:   4

PO #:

Receiving Country:   CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country:   CHINA, THE PEOPLE'S REPUBLIC OF

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

16-May-2007

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  YENG CHONG

Invoice Number:  IN-US00042009

Manager:  GRAHAM LEES

Case Number:  58294

Client:  W. R. GRACE CO.

Total Legal Fees:      0.00

Total Disbursements: 616.95

Invoice Total: (USD )   616.95

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in obtaining China Residence License on behalf of employee's wife. | 400.00 |
| Third party vendor professional fees (PO-0000058294-00001) | 100.00 |
| Government fees paid by third party vendor on behalf of assignee. (PO-0000058294-00002) | 51.95 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 25.00 |
| Third party vendor out of pocket expenses | 40.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W. R. GRACE CO.

Assignee: YENG CHONG

Application Approval Date: 28 Mar 2007

Application File Date:

Authorizing Manager:

Case Initiation Date: 12 Feb 2007

Comments:

Cost Center:

Employee ID:

Number of Dependents: 1

PO #:

Receiving Country: CHINA, THE PEOPLE'S REPUBLIC OF

Sending Country: CHINA, THE PEOPLE'S REPUBLIC OF

LAW OFFICES

## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                    16-May-2007

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  BRIAN KENNY

Invoice Number:  IN-US00042010

Manager:  GRAHAM LEES

Case Number:  61260

Client:  W. R. GRACE CO.

Total Legal Fees:     0.00

Total Disbursements: 1,898.86

Invoice Total: (USD)   1,898.86

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided in obtaining renewal of China Work Permit and Residence Licenses on behalf of employee and two family unit members. China Work Permit renewal authorised by Daisy Lee. | 1,050.00 |
| Third party vendor professional fees (PO-0000061260-00001) | 400.00 |
| Government fees paid by third party vendor on behalf of assignee. (PO-0000061260-00002) | 326.36 |
| Third party vendor out of pocket expenses | 50.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 72.50 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W. R. GRACE CO.

Assignee:  BRIAN KENNY

| | |
|---|---|
| Application Approval Date: | |
| Application File Date: | 26 Mar 2007 |
| Authorizing Manager: | |
| Case Initiation Date: | 08 Mar 2007 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 28 Apr 2008 |
| Number of Dependents: | 2 |
| PO #: | |
| Receiving Country: | CHINA, THE PEOPLE'S REPUBLIC OF |
| Sending Country: | CHINA, THE PEOPLE'S REPUBLIC OF |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                    29-May-2007

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  JOSE HERNANDEZ

Invoice Number:  IN-US00042836

Manager: FRANK ROCKSTEDT

Case Number:  47685

Client:  W. R. GRACE CO.

Total Legal Fees:     250.00

Total Disbursements: 12.50

Invoice Total: (USD )   262.50

| | Fee/Disbursement |
|---|---|
| LEGAL FEES | |
| Provided Requirements for Visa to Canada. | 250.00 |
| DISBURSEMENTS | |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 12.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W. R. GRACE CO.

Assignee:  JOSE HERNANDEZ

| | |
|---|---|
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 19 Sep 2006 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | CANADA |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

May 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Xu ZHAO
Invoice #:    07.40196704

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status with request for change of status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---|
| USCIS filing fee (Form I-129) | $190.00 |
| USCIS H-1B Education and Training Fee | $1,500.00 |
| USCIS Anti Fraud Fee | $500.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses | $74.00 |

| | |
|---|---|
| **Total Disbursements** | $2,300.00 |
| **Please Remit** | **$4,150.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

May 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Jia CHEN
Invoice #:      07.40198574

Preparation of Application for Alien Employment Certification to be filed under PERM.  Review of position description, minimum requirements, any alternate requirements, and alien's qualifications.  Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency.  Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.   Preparation of recruitment report outlining the results of recruitment including a detailed analysis of all resumes received and explanation of the business related reasons for rejection of any applicants. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089.   Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $4,200.00 |
| Miscellaneous expenses | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | **$4,368.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**          For all billing inquiries, please call (305)774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

May 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Nalini BABOORAM
Invoice #:        07.40198584

Preparation of Application for Alien Employment Certification to be filed under PERM.  Review of position description, minimum requirements, any alternate requirements, and alien's qualifications.  Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.   Preparation of recruitment report outlining the results of recruitment including a detailed analysis of all resumes received and explanation of the business related reasons for rejection of any applicants. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089.   Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $4,200.00 |
| Miscellaneous expenses | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | **$4,368.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**        For all billing inquiries, please call (305)774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

May 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:     Venkateswarlu JAMMI
Invoice #:     07.40203119

Preparation of Form I-765 on behalf of foreign national and spouse for continued permission to obtain employment authorization during pendency of application for Adjustment of Status for U.S. permanent residence.  Submission of applications to United States Citizenship and Immigration Service

Discussions regarding criteria for continued travel abroad during the pendency of the Application for Adjustment of Status for principal, spouse and minor daughter. Preparation of three Forms I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,325.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $53.00 |
| **Total Disbursements** | $53.00 |
| **Please Remit** | **$1,378.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

May 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Gabriel Lozano
Invoice #:    07.40206243

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested. Transmittal of draft letter to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

I-485 RFE for wife

| | | |
|---|---|---:|
| | **Total Legal Fees** | $250.00 |
| **Disbursements** | | |
| Federal Express (domestic) | | $18.00 |
| Miscellaneous expenses | | $10.00 |
| | **Total Disbursements** | $28.00 |
| | **Please Remit** | **$278.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 29, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Can-Ing SEET
Invoice #:      07.40214744

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

| | |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**
| | |
|---|---|
| USCIS filing fee (Form I-129) | $190.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |

| | |
|---|---|
| **Total Disbursements** | $270.00 |
| **Please Remit** | **$1,370.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**        For all billing questions, please call (305)774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 29, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Meenakshi Sundaram KRISHNAMOORTHY
Invoice #:    07.40214746

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and spouse, including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation.  Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of principal and spouse for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence. Submission of applications to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status for principal and spouse. Preparation of Forms I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $2,625.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $105.00 |

|  |  |
|---|---|
| **Total Disbursements** | $141.00 |
| **Please Remit** | **$2,766.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 29, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Nikola MIKANOVIC
Invoice #:    07.40216003

Review of Trade NAFTA (TN) Schedule of Occupations to determine eligibility based upon professional credentials, education and background, as well as offer of temporary employment in the United States. Preparation of detailed letter of support setting forth professional offer of employment and foreign national's qualifications. Discussions regarding procedure for admission at port of entry into the United States, as well as discussions with Immigration Inspection Officer. Transmittal of supporting documentation to client including firm covering letter and letter of instructions.

|  |  |
|---|---|
| **Total Legal Fees** | $900.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (international) | $50.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $36.00 |

|  |  |
|---|---|
| **Total Disbursements** | $86.00 |

|  |  |
|---|---|
| **Please Remit** | **$986.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Enzo Orellana
Invoice #:        07.40209091

Preparation of Application for Alien Employment Certification to be filed under PERM.  Review of position description, minimum requirements, any alternate requirements, and alien's qualifications.  Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.   Preparation of recruitment report outlining the results of recruitment including a detailed analysis of all resumes received and explanation of the business related reasons for rejection of any applicants. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089.   Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | **$4,368.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing questions please call (305)774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Dimitrios NIKITOPOULOS
Invoice #:      07.40209124

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible accompanying spouse, including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national and spouse for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of applications to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status for foreign national and spouse. Preparation of Forms I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $3,725.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| USCIS filing fees (Form I-140) | $195.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $149.00 |

|  |  |
|---|---|
| **Total Disbursements** | $380.00 |
| **Please Remit** | **$4,105.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Gregoire DEMORY
Invoice #:      07.40209932

Preparation of Form I-765 on behalf of foreign national for continued permission to obtain employment authorization during pendency of application for Adjustment of Status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service

Discussions regarding criteria for continued travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $1,050.00 |

**Disbursements**

| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $42.00 |

|  |  |
|---|---|
| **Total Disbursements** | $78.00 |

|  |  |
|---|---|
| **Please Remit** | **$1,128.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Gregoire DEMORY
Invoice #:      07.40209946

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---|
| USCIS filing fee (Form I-129) | $190.00 |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |

|  |  |
|---|---|
| **Total Disbursements** | $270.00 |

|  |  |
|---|---|
| **Please Remit** | **$1,370.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Reiko HALEY
Invoice #:     07.40209947

Numerous attempts by Attorney Maya Chatterjea and Sr. Paralegal, Bette Sell, to contact Mrs. Haley, close file and cancel Hearing.

| | | | |
|---|---|---|---|
| Attorney | 0.5 Hrs. @$350.00/hr. | $175.00 | |
| Sr. Para | 0.75 Hrs.@$125.00/hr. | $ 93.75 | |

**Total Legal Fees**                                   $268.75

**Disbursements**
Federal Express (domestic)                              $36.00
Miscellaneous expenses including photocopy, facsimile, telephone      $10.75
calls, postage, etc.

**Total Disbursements**                              $46.75

**Please Remit**                                   **$315.50**

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    John EVELYN
Invoice #:    07.40209949

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for eligible accompanying family member (daughter, Charelle), including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation.  Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of Charelle Evelyn for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence.  Submission of application to United States Citizenship and Immigration Service.

Discussions regarding criteria for travel abroad for family member(s) during the pendency of the Application for Adjustment of Status of Charelle Evelyn. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $925.00 |

**Disbursements**
USCIS filing fees:                                                                         $745.00
Form I-485 @ $325.00
ASC (fingerprinting) @ $70.00
Form I-765 @ $180.00
Form I-131 @ $170.00
Federal Express (domestic)                                                          $36.00
Miscellaneous expenses including photocopy, facsimile, telephone     $37.00
calls, postage, etc.

|  |  |
|---|---|
| **Total Disbursements** | $818.00 |
| **Please Remit** | **$1,743.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**          For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Reiko HALEY
Invoice #:     07.40209950

Personal appearance by attorney at District Office, U.S. Citizenship and Immigration Services Congressional Unit  to request cancellation of Notice to Appear (NTA).  Request to Supervisor, District Adjudications Officers to send fax and e-mail notification to the Court and the California Service Center regarding cancellation.

| | |
|---|---|
| **Total Legal Fees** | $500.00 |

**Disbursements**
Transportation $4.50

| | |
|---|---|
| **Total Disbursements** | $4.50 |
| **Please Remit** | **$504.50** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     For billing questions please call (305)774-5800.

# FRAGOMEN
### SINGAPORE

## Tax Invoice
## Memorandum of Professional Fees

| | |
|---|---|
| 26-July-2007 | Fragomen Singapore Pte. Ltd. |
| JANISSA GARCIA | GST Number : 20-0201218-k |
| W R GRACE (S) PTE LTD | 7 Temasek Boulevard |
| W. R. GRACE & CO. | # 07-06 Suntec Tower One |
| 7500 GRACE DRIVE | Singapore |
| COLUMBIA MARYLAND 21044-4098 | 038987 |
| UNITED STATES OF AMERICA | Telephone: +65 6334 -0766 |
| | Facsimile: +65 6334 -8466 |

**Reference : IN-SG00002691**
**Manager : MARK BUCHANAN**
**Case Number : 79345**

Client : W R GRACE (S) PTE LTD
Assignee : JEREMY GRAY
Total Legal Fees : 531.51
Total Disbursements : 211.58
Total GST: 39.07
Invoice Total : (SG ) 782.16

| | Net Fee (Excluding GST) | GST (5%) | Total Fee (GST Inclusive) |
|---|---|---|---|
| PROFESSIONAL FEES | | | |
| Assistance in obtaining entry visa from China Embassy (US$350 @ 1.5186) on behalf of employee. | 531.51 | 37.21 | 568.72 |
| DISBURSEMENTS | | | |
| China visa application fees paid on behalf of employee | 185.00 | 0.00 | 185.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 26.58 | 1.86 | 28.44 |

# FRAGOMEN
### SINGAPORE

## Remittance Advice

JANISSA GARCIA

W R GRACE (S) PTE LTD

W. R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA MARYLAND 21044-4098
UNITED STATES OF AMERICA

Fragomen Singapore Pte. Ltd.
GST Number : 20-0201218-k

7 Temasek Boulevard
# 07-06 Suntec Tower One
Singapore
038987

Telephone: +65 6334 -0766
Facsimile: +65 6334 -8466

| | |
|---|---|
| Reference : | IN-SG00002691 |
| Manager : | MARK BUCHANAN |
| Case Number : | 79345 |
| Date : | 26-July-2007 |
| Total : ( SGD ) | 782.16 |

If making payment by direct deposit, details of the bank account are as follows:

Account Name : **Fragomen Singapore Pte. Ltd.**
Bank : **DBS Bank**
Branch : **6 Shenton Way**
 **DBS Building**
 **Singapore 068809**
Swift Address: **DBSSSGSG**
CHIPS UID Number : **34675**
or Telex No : **RS 24455**
Account Number : **033-900338-7**

When making payment by direct deposit, please either:

- Fax a copy of the remittance advice to Fragomen Singapore Accounts Receivable, or
- Email the details of payment (reference and amount) to alim@fragomen.com, or
- Telephone Fragomen Singapore Accounts Receivable

*If you have any queries please contact Fragomen Singapore Pte. Ltd. Payment is due on Presentation*

---

Please return with your payment:

Fragomen Singapore Pte. Ltd.
7 Temasek Boulevard, # 07-06 Suntec Tower One
Singapore 038987
Telephone: +65 6334 -0766

Invoice: IN-SG00002691
Reference: 79345
Client: W R GRACE (S) PTE LTD
Assignee: JEREMY GRAY

If paying electronically within Singapore , please fax your remittance advice to +65 6334 -8466 and deposit funds as
detailed above.

IF YOU DO NOT FAX YOUR REMITTANCE, YOUR PAYMENT MAY NOT BE ALLOCATED.

# FRAGOMEN
SINGAPORE

Client : W R GRACE (S) PTE LTD
Assignee : JEREMY GRAY

|  |  |
|---|---|
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 25 Jul 2007 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | SINGAPORE |
| Sending Country: | SINGAPORE |



LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

July 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Karla VELEZ CEDENO
Invoice #:      07.40232772

Review of Trade NAFTA (TN) Schedule of Occupations to determine eligibility based upon professional credentials, education and background, as well as offer of temporary employment in the United States. Preparation of detailed letter of support setting forth professional offer of employment and foreign national's qualifications. Discussions regarding procedure for admission at port of entry into the United States, as well as discussions with Immigration Inspection Officer. Transmittal of supporting documentation to client including firm covering letter and letter of instructions.

| | | |
|---|---|---:|
| | **Total Legal Fees** | $900.00 |
| **Disbursements** | | |
| Federal Express (international) | | $50.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | | $36.00 |
| | **Total Disbursements** | $86.00 |
| | **Please Remit** | **$986.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**      For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

July 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Kevin MURNIN
Invoice #:      07.40226046

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible spouse, including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation.  Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for dependents (two daughters), including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national and spouse for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence. Submission of applications to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status for foreign national and spouse. Preparation of Forms I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status for dependents (two daughters). Preparation of Forms I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $3,925.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $157.00 |

|  |  |
|---|---|
| **Total Disbursements** | $193.00 |

---

|  |  |
|---|---|
| **Please Remit** | **$4,118.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

July 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Gregoire DEMORY
Invoice #:        07.40226052

**Total Legal Fees**                                          $0.00

**Disbursements**
 USCIS H-1B Education and Training Fee                        $1,500.00

**Total Disbursements**                  $1,500.00

**Please Remit**                        **$1,500.00**

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

July 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Venkateswarlu JAMMI
Invoice #:    07.40226064

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested. Transmittal of draft letter to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $750.00 |
| **Please Remit** | **$750.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

August 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Madhu RANJAN
Invoice #:    07.40238938

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition, including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation.  Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence.  Submission of application to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $2,625.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $105.00 |

|  |  |
|---|---|
| **Total Disbursements** | $141.00 |

|  |  |
|---|---|
| **Please Remit** | **$2,766.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

August 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Eduardo ESTRADA
Invoice #:    07.40238946

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S.  Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Application to Extend Nonimmigrant Status of accompanying dependent family member(s) including Form I-539.  Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $1,475.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $59.00 |

|  |  |
|---|---|
| **Total Disbursements** | $95.00 |
| **Please Remit** | **$1,570.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

August 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Sandy CARRERO VARGAS
Invoice #:    07.40246103

Preparation of L-1B visa application for temporary nonimmigrant classification as a specialized knowledge intracompany transferee.  Review of beneficiary's qualifications and employment history abroad.  Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the specialized knowledge possessed by the beneficiary based on employment abroad.  Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

| | |
|---|---|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (international) | $50.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $64.00 |
| **Total Disbursements** | $114.00 |
| **Please Remit** | **$1,714.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**        For billing inquiries please call 305-774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

August 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Jessica HULSMAN
Invoice #:      07.40246105

Preparation of L-1B visa application for temporary nonimmigrant classification as a specialized knowledge intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the specialized knowledge possessed by the beneficiary based on employment abroad. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

|  |  |
|---|---|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (international) | $50.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $64.00 |

| | |
|---|---|
| **Total Disbursements** | $114.00 |

| | |
|---|---|
| **Please Remit** | **$1,714.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**      For billing inquiries please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

August 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Eduardo ESTRADA
Invoice #:        07.40249485

Preparation and submission of form I-907 for premium processing of nonimmigrant petition.

| | |
|---|---|
| **Total Legal Fees** | $250.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $10.00 |
| **Total Disbursements** | $10.00 |
| **Please Remit** | **$260.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

August 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Yong PAN
Invoice #:      07.40249486

Preparation of Application for Alien Employment Certification to be filed under PERM.  Review of position description, minimum requirements, any alternate requirements, and alien's qualifications.  Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.   Preparation of recruitment report outlining the results of recruitment including a detailed analysis of all resumes received and explanation of the business related reasons for rejection of any applicants. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089.   Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | **$4,368.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing questions please call (305)774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

August 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    James NEE
Invoice #:    07.40249487

Preparation of Form I-131, Application for Travel Document (Reentry Permit) and draft letter of support
documenting need for extended term of stay outside of the United States for applicant and spouse.
Transmittal of the Applications and supporting documents to client for final review and signature. Submission
to the Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,500.00 |

**Disbursements**

| | |
|---|---:|
| Federal Express (domestic) | $18.00 |
| Federal Express (international) | $50.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $60.00 |
| **Total Disbursements** | $128.00 |
| **Please Remit** | **$1,628.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For billing inquiries please call: (305) 774-5800.

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

August 31, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Eduardo ESTRADA
Invoice #:    07.40249488

Preparation of detailed response to the Regional Office of the U.S. Department of Labor for the Application for Alien Employment Certification under Program Electronic Review Management (PERM).  Strategy discussions regarding the issues raised by the Department of Labor.  Preparation of detailed draft response to be submitted to the Department of Labor, setting forth an in-depth discussion and argument within the framework of Department of Labor regulations. Telephonic discussions regarding factual data and related recruitment data, review documents, and analysis for strategy determination.  Final preparation and submission of response and supporting documentation to the Regional Office of the Department of Labor.

| | | |
|---|---|---:|
| **Total Legal Fees** | | $1,250.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | | $50.00 |
| **Total Disbursements** | | $50.00 |
| **Please Remit** | | **$1,300.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

September 30, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Elio HERNANDEZ FERRER
Invoice #:    07.40254189

Change of Status to TN.  Review of Trade NAFTA (TN) Schedule of Occupations to determine eligibility based upon professional credentials, education and background, as well as offer of temporary employment in the United States. Preparation of detailed letter of support setting forth professional offer of employment and foreign national's qualifications. Submission of supporting documentation to USCIS  including firm covering letter, forms, and letter of instructions.

|  |  |
|---|---|
| **Total Legal Fees** | $900.00 |

**Disbursements**

|  |  |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $36.00 |
| **Total Disbursements** | $72.00 |
| **Please Remit** | **$972.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries please call: (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

September 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Zhi Jie DU
Invoice #:    07.40256184

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested. Transmittal of draft letter to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $750.00 |

**Disbursements**
| | |
|---|---|
| Re-Evaluation of Documents | $50.00 |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $30.00 |

| | |
|---|---|
| **Total Disbursements** | $98.00 |

| | |
|---|---|
| **Please Remit** | **$848.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

September 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Surya Kiran CHODAVARAPU
Invoice #:    07.40256185

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible accompanying spouse, including preparation of Forms I-485, G-325A, and supporting documentation.  Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national and spouse for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence. Submission of applications to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status for foreign national and spouse. Preparation of Forms I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $2,625.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $105.00 |

|  |  |
|---|---|
| **Total Disbursements** | $141.00 |

|  |  |
|---|---|
| **Please Remit** | **$2,766.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

September 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Dimitrios NIKITOPOULOS
Invoice #:    07.40256186

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**
| | |
|---|---:|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |

|  |  |
|---|---:|
| **Total Disbursements** | $80.00 |

|  |  |
|---|---:|
| **Please Remit** | **$1,180.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries please call: 305-774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

September 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Madhu RANJAN
Invoice #:    07.40256187

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $44.00 |

|  |  |
|---|---|
| **Total Disbursements** | $80.00 |

|  |  |
|---|---|
| **Please Remit** | **$1,180.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries please call (305)774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

September 30, 2007

Accounts Payable (1927)
W. R. Grace & Co.
P.O. Box 1927
Lake Charles, LA 70602

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Elio HERNANDEZ FERRER
Invoice #:        07.40256754

**Total Legal Fees**                                            $0.00

**Disbursements**
USCIS filing fees (Form I-129)                               $320.00
USCIS Premium Processing fee (Form I-907)                  $1,000.00

**Total Disbursements**                                    $1,320.00

**Please Remit**                                           $1,320.00

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries please call (305)774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

September 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Jose HERNANDEZ LOPEZ
Invoice #:    07.40257888

Preparation of Form I-765 on behalf of foreign national and spouse for continued permission to obtain employment authorization during pendency of application for Adjustment of Status for U.S. permanent residence.  Submission of applications to United States Citizenship and Immigration Service

Discussions regarding criteria for continued travel abroad during the pendency of the Application for Adjustment of Status for foreign national and spouse. Preparation of Forms I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $1,050.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $42.00 |
| **Total Disbursements** | $78.00 |
| **Please Remit** | **$1,128.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**       For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

September 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

___

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Surya Kiran CHODAVARAPU
Invoice #:    07.40259615

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Application to Extend H-4 Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $1,475.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $59.00 |

|  |  |
|---|---|
| **Total Disbursements** | $95.00 |

|  |  |
|---|---|
| **Please Remit** | **$1,570.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinios 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

September 30, 2007

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Meenakshi Sundaram KRISHNAMOORTHY
Invoice #:    07.40261761

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Application to Extend H-4 Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $1,475.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $59.00 |

|  |  |
|---|---|
| **Total Disbursements** | $95.00 |

|  |  |
|---|---|
| **Please Remit** | **$1,570.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**        For billing inquiries, please call (305) 774-5800