# EXHIBIT A

## Tenth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #17414 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1414226\1