IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE FEE APPLICATION OF
DAY PITNEY LLP FOR THE TWENTY-SIXTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Day Pitney LLP for the Twenty-Sixth Interim Period (the "Application").

## BACKGROUND

1. Day Pitney LLP ("Day Pitney") was retained as special counsel to the Debtors. In the Application, Day Pitney seeks approval of fees totaling $86,255.50 and expenses totaling $2,976.44 for its services from July 1, 2007 through September 30, 2007.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States

District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Day Pitney, and received a response from Day Pitney, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted the following time entry which appeared to include non-working travel time:

06/26/07   Travel to Wappinger Falls regarding Court appearance for Petition for Recovery of Real Property; Numerous telephone conferences with J. Matusiak regarding same; Numerous telephone conferences with V. Finkelstein regarding same.
J. Borg                                                                                        4.6         1,633.00

Pursuant to Local Rule 2016-2(d)(viii): "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." Thus, we asked Day Pitney to delineate that portion of the time entry attributable to non-working travel, and advise whether the required 50% discount was applied to this time. Day Pitney responded as follows:

> 6/26/07   J. Borg – travel to Wappinger Falls regarding Court Appearance for Petition for Recovery of Real Property – 2 hours – to be charged at 50% of regular rate.
>
> J. Borg – Numerous telephone conferences with J. Matusiak regarding Court Appearance for Petition for Recovery of Real Property; numerous telephone conferences with V. Finkelstein regarding same – 2.6 hours.

Therefore, the charge for J. Borg on 6/26/07 should be $1,278.00 (a reduction of $355).

We appreciate Day Pitney's response and recommend a reduction of $355.00 in fees.

## CONCLUSION

In summary, we recommend approval of $85,900.50 in fees ($86,255.50 minus $355.00) and $2,976.44 in expenses for Day Pitney's services from July 1, 2007 through September 30, 2007.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
  Warren H. Smith
  Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th  day of February, 2008.

_____
  Warren H. Smith

# SERVICE LIST
### Notice Parties

**The Applicant**
Anthony J. Marchetta
DAY PITNEY LLP
P. O. Box 1945
Morristown, NJ 07962-1945

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801