IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF PERKINS COIE LLP
FOR THE TWENTY-SIXTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Perkins Coie LLP for the Twenty-Sixth Interim Period.

## BACKGROUND

1. Perkins Coie LLP ("Perkins") was retained as an ordinary course professional to provide legal services to the Debtors and Debtors-in-Possession regarding certain asbestos property damage claims. On or about June 20, 2007, the Court entered its Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Perkins Coie LLP in which it authorized Perkins to seek compensation for its fees in excess of Perkins' $50,000.00 monthly ordinary course professional ("OCP") cap. In the Application, Perkins seeks approval of fees totaling $316,932.25 and expenses totaling $18,417.99 for its services from September 1, 2006 through March 31, 2007 (the "Application

Period").[1]

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Perkins, and received a response from Perkins, portions of which response are quoted herein.

## DISCUSSION

Specific Time and Expense Entries

3.      In our initial report, we noted the following air fare charges for which more information was needed:

    6,376.68        D. Biderman, NYC, tkt#7799153775, 11/27

    (3,286.70)      D. Biderman, NYC, tkt#7799153775, 11/27

It appeared that, after applying the credit, the estate was charged a total of $3,089.98 for the ticket. In response to our inquiry, Perkins provided the following information:

---

[1]In this Application, Perkins seeks compensation for fees in excess of the OCP cap for the months of September, November, and December 2006, and March 2007.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Perkins Coie 26Q 7-9.07.wpd

>This trip was from San Francisco to JFK in New York on 11/27, from LaGuardia in New York to South Carolina on 11/28, South Carolina to Washington, DC on 11/30, and Washington DC to LAX on December 1. Mr. Biderman maintains offices in both San Francisco and Los Angeles. All of this trip was coach except for the last leg of Washington DC to LAX, which was first class because no coach seats were available. Mr. Biderman met with Grace's expert witnesses R. Lee and R. Morse in New York on 11/27 and 11/28. Mr. Biderman's trip involved subsequent meetings with another client, so an effort was made to apportion the costs of his trip among multiple clients.

We accept Perkins' response and have no objection to this expense.

    4.    In our initial report, we noted the following meal charge for which more information was needed:

>132.95    D. Biderman, 11/8

In response to our inquiry, Perkins provided the following information:

>This charge was for a lunch with Doug Cameron and Larry Flatley of Reed Smith (co-counsel), and David Biderman, Melora Garrison, Judy Gitterman, Sergio Perez, and Ann Ellias of Perkins Coie.

We accept Perkins' response and have no objection to this expense.

## CONCLUSION

In summary, we recommend approval of $316,932.25 in fees and $18,417.99 in expenses for Perkins' services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
      Warren H. Smith
      Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1270
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th day of February, 2008.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
John Kaplan
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801