IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF CAMPBELL & LEVINE, LLC
FOR THE TWENTY-SIXTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Twenty-Sixth Interim Fee Application of Campbell & Levine, LLC (the "Application").

**BACKGROUND**

1. Campbell & Levine, LLC ("Campbell & Levine"), was retained as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, Campbell & Levine seeks approval of fees totaling $133,826.00 and costs totaling $29,271.75 for its services from July 1, 2007 through September 30, 2007 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines

for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Campbell & Levine, and received a response from Campbell & Levine, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted that Campbell & Levine billed 3.9 hours and $370.50 in fees on the following tasks which appeared to be secretarial activities and, therefore, overhead:

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 9/6/07 | DM | 1.8 | $171.00 | Preparation of documents. |
| 9/10/07 | DM | 0.3 | $28.50 | Preparation of documents. |
| 9/11/07 | DM | 0.2 | $19.00 | Preparation of documents for Mark. |
| 8/30/07 | DM | 0.5 | $47.50 | Preparation of documents. |
| 8/31/07 | DM | 0.3 | $28.50 | Preparation of documents. |
| 8/31/07 | DM | 0.3 | $28.50 | Preparation of documents. |
| 8/9/07 | DM | 0.5 | $47.50 | Prepare documents for binding for Mark Hurford. |
| | | 3.9 | $370.50 | |

Paragraph II.E.7. of the Guidelines provides: "Overhead includes word processing, proofreading, secretarial and other clerical services...." Thus, we asked Campbell & Levine to explain the nature of the tasks performed. Campbell & Levine responded as follows: "Regarding paragraph 3, Campbell & Levine will agree to reduce its fee application by $370.50." We appreciate Campbell & Levine's response and recommend a reduction of $370.50 in fees.

4. In our initial report, we noted the following meal charge for which more information was needed:

    8/17/07    $103.67                        Au Bon Pain - Lunch for meeting.

Pursuant to our inquiry, Campbell & Levine responded as follows:

> Regarding paragraph 4, the lunch was for 3 individuals. The meeting occurred on a hearing date. Campbell & Levine will accept the standard allowed expense of $25.00 per person as reimbursement.

We appreciate Campbell & Levine's response and recommend a reduction of $28.67 in expenses.

## CONCLUSION

In summary, we recommend approval of $133,455.50 in fees ($133,826.00 minus $370.50) and $29,243.08 in expenses ($29,271.75 minus $28.67) for Campbell & Levine's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _/s/ W. H. Smith_

Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th day of February, 2008.

_____

Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Kathleen Campbell Davis
Marla Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801