IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF FERRY, JOSEPH & PEARCE, P.A.
FOR THE TWENTY-SIXTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Twenty-Sixth Interim Fee Application of Ferry, Joseph & Pearce, P.A. (the "Application").

BACKGROUND

1.   Ferry, Joseph & Pearce, P.A. ("Ferry Joseph"), was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Ferry Joseph seeks approval of fees totaling $59,923.50 and costs totaling $6,170.34 for its services from July 1, 2007 through September 30, 2007 (the "Application Period").

2.   In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under

11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Ferry Joseph, and received a response from Ferry Joseph, portions of which response are quoted herein.

**DISCUSSION**

3.  In our initial report, we noted that Ferry Joseph sought reimbursement of $133.98 for what appeared to be office supplies:

    | | | |
    |---|---|---|
    | 8/10/07 | *Expense-* service supplies 268 @ 0.09 | $24.12 |
    | 8/13/07 | *Expense-* service supplies 268 @ 0.09 | $24.12 |
    | 8/14/07 | *Expense-* service supplies 268 @ 0.09 | $24.12 |
    | 8/15/07 | *Expense-* service supplies 268 @ 0.09 | $24.12 |
    | 8/21/07 | *Expense-* service supplies 15 @ 0.50 | $7.50 |
    | 8/31/07 | *Expense* - service supplies | $7.50 |
    | 9/5/07 | Service Supplies | $7.50 |
    | 9/18/07 | Service Supplies | $7.50 |
    | 9/20/07 | Service Supplies | $7.50 |
    | | | $133.98 |

Office supplies are ordinarily considered nonreimbursable overhead. Thus, we asked Ferry Joseph to explain why an exception should be made in this instance. Ferry Joseph responded as follows:

> FJ&P disagrees that the service supplies totaling $133.98 represent nonreimbursable overhead. The service supplies include labels and envelopes used in the service of pleadings filed with the Court. In order to accommodate the size and frequency of the services required in this case, FJ&P orders labels and envelopes in excess of its general, ongoing, day to day needs. The amounts charged for such supplies are directly attributable to the services made by FJ&P as local counsel to the PD Committee. FJ&P seeks reimbursement of expenses only for labels and envelopes actually used for such a service. FJ&P believes the subject expenses are proper and compensable, however, if the Fee Auditor is not inclined to accept this explanation as adequate support of the subject expenses, then due to the small amount at issue, FJ&P does not feel that it would be appropriate to burden Judge Fitzgerald with this

dispute. Consequently, FJ&P will agree to a voluntary reduction of $133.98 from its requested reimbursement of expenses for this period.

We appreciate Ferry Joseph's response and recommend a reduction of $133.98 in expenses.

## CONCLUSION

In summary, we recommend approval of $59,923.50 in fees and $6,036.36 in expenses ($6,170.34 minus $133.98) for Ferry Joseph's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th day of February, 2008.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Lisa L. Coggins
Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, Delaware 19801

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801