IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES, LLP
FOR THE TWENTY-SIXTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Twenty-Sixth Interim Fee Application of Pachulski Stang Ziehl & Jones, LLP (the "Application").

## BACKGROUND

1. Pachulski Stang Ziehl & Jones, LLP ("Pachulski"), was retained as counsel to the Debtors. In the Application, Pachulski seeks approval of fees totaling $137,911.75 and expenses totaling $129,144.39 for its services from July 1, 2007 through September 30, 2007 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under

11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Pachulski, and received a response from Pachulski, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted that Pachulski billed 4.5 hours for $1,341.00 in fees for the following sets of identical or similar time entries:

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/21/07 | PEC | Prepare Response to PI Committee's Application to Employ Charter Oak Financial Consultants LLC for filing and service (.5); Draft Certificate of Service (.1). | 0.6 | $180.00 | $108.00 |
| 8/21/07 | PEC | Prepare Response to PI Committee's Application to Employ Charter Oak Financial Consultants LLC for filing and service (.5); Draft Certificate of Service (.1). | 0.6 | $180.00 | $108.00 |
| 7/27/07 | JEO | Review status of matters for August 1 hearing on Protective Order re: 3rd Interrogatories. | 0.9 | $475.00 | $427.50 |
| 7/27/07 | JEO | Review status of matters for August 1, 2007 hearing on protective order re: 3rd interrogatories. | 0.9 | $475.00 | $427.50 |
| 8/2/07 | PEC | Serve [Signed] Order Concerning Amendments, Supplementations and changes to Asbestos PD Claims (.2); Draft and file Affidavit of Service (.3). | 0.5 | $180.00 | $90.00 |
| 8/2/07 | PEC | Serve [Signed] Order Concerning Amendments, Supplementations And Changes To Asbestos PD Claims (.2); Draft and File Affidavit of Service (.3). | 0.5 | $180.00 | $90.00 |
| 8/2/07 | PEC | Serve [Signed] Order Concerning Amendments, Supplementations and Changes to Asbestos PD Claims (.2); Draft and File Affidavit of Service (.3). | 0.5 | $180.00 | $90.00 |

Thus, we asked Pachulski to review these time entries and advise whether any of them were duplicates. Pachulski responded as follows:

> Time entries for PEC on 8/21/07 are a duplicate and one can be removed.
> Time entries for JEO on 7/27/07 are duplicated; please remove one.
> Time entries for PEC on 8/2/07 - one is a duplicate and two are good. One of those

two should have indicated it was for a supplemental service. Please remove one of the three entries for PEC on 8/2.

We appreciate Pachulski's response and recommend a reduction of $625.50 in fees.

## CONCLUSION

In summary, we recommend approval of $137,286.25 in fees ($137,911.75 minus $625.50) and $129,144.39 in expenses for Pachulski's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th day of February, 2008.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
James E. O'Neill
Laura Davis Jones
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801