IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Bk. No. 01-1139 (JKF) |
| W.R. GRACE & CO., ET AL. ) | Chapter 11 |
| ) | |
| Debtors. ) | Hearing: February 25, 2008, 1:00 p.m. |
| ) | |
| ) | |

NOTICE OF WITHDRAWAL OF OBJECTION

PLEASE TAKE NOTICE, that the Internal Revenue Service ("Service") withdraws its objection filed as Docket No. 18008, Objection to the Debtors' and Debtors-in-Possession's Motion for an Order Authorizing the Remedium Closing Agreement with the IRS (the "Motion"). The Motion was filed as Docket No. 17860 and was listed as a contested matter on the agenda of matters for this Court's February 25, 2008 hearing in this case. The Service has since verified the claims identified in that Motion and has no objection to the relief sought in that Motion.

Dated: February 20, 2008

                Respectfully submitted,

                /s/ Daniel J. Healy
                DANIEL J. HEALY
                Trial Attorney, Tax Division
                U.S. Department of Justice
                Post Office Box 227
                Ben Franklin Station
                Washington, D.C. 20044
                Telephone: (202) 305-3402

3073681.1

CERTIFICATE OF SERVICE

    I certify that on February 20, 2008, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE REMEDIUM CLOSING AGREEMENT WITH THE IRS with the Clerk of the Court using the CM/ECF system, which completed service on interested parties registered with the CM/ECF system for this case, including debtors' counsel.

                                                    ___/s/ Daniel J. Healy_____
                                                        Daniel J. Healy