# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: February 26, 2008 @ 4:00 p.m. |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF DECEMBER 1, 2007, THROUGH DECEMBER 31, 2007, FOR THE QUARTERLY FEE PERIOD OF OCTOBER THROUGH DECEMBER 2007**

| | |
|---|---|
| Name of Applicant: | <u>Woodcock Washburn LLP</u> |
| Authorized to Provide Professional Services to: | <u>W. R. Grace & Co., et al., Debtors and Debtors-in-Possession</u> |
| Date of Retention as Special Litigation Counsel: | <u>Retention Order entered January 22, 2003</u> |
| Date of Retention as Ordinary Course Professional: | <u>Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.</u> |
| Period for which compensation and reimbursement is sought | <u>December 1, 2007 through December 31, 2007</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 25,057.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,661.75 |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

787753-1

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of December 2007. This is the 57th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 31st monthly application that includes such ordinary course fees and expenses.

All monthly applications filed previously with the Court by Woodcock are identified in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
| --- | --- | --- | --- |
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |

787753-1

| | | | |
|---|---|---|---|
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 - 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1 – 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1– 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1– 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1– 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1– 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 – 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 – 9/30/06 | None Submitted | – | – |
| 10/1 – 10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1 – 11/30/06 | None Submitted | – | – |
| 12/1 – 12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1– 1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1 – 2/28/07 | April 4, 2007 | 17,119.50 | – |
| 3/1 – 3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1 – 4/30/07 | June 19, 2007 | 4,328.50 | – |
| 5/1– 5/31/07 | July 13, 2007 | 25,241.50 | – |
| 6/1 – 6/30/07 | August 23, 2007 | 4,814.00 | 2,326.25 |
| 7/1 – 7/31/07 | September 28, 2007 | 2,510.00 | 178.50 |
| 8/1 – 8/31/07 | October 12, 2007 | 14,305.00 | 234.00 |
| 9/1 – 9/30/07 | December 10, 2007 | 5,959.00 | 194.00 |
| 10/1 – 10/31/07 | December 14, 2007 | 7,213.00 | – |
| 11/1 – 11/30/07 | January 22, 2008 | 2,911 | – |
| TOTAL | | $3,220,748.00 | $779,329.75 |

787753-1

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with four substantive matters, which are detailed in the attached fee schedule for that matter. Fees were also generated in connection with preparation of fee petitions. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $530.00 | 10.3 | $5,459.00 |
| Henrik D. Parker | Partner | 1984 | IP Litigation | $500.00 | 38.9 | $19,450.00 |
| Noreen A. Garonski | Paralegal | – | IP Counseling | $185.00 | 0.8 | $148.00 |

Total Fees: $25,057.00
Blended Rate: $501.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $ 25,057.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($20,045.60); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($2,661.75); and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: February 5, 2008

*Gary L*
Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre – 12th Floor
Philadelphia, PA 19104
(215) 568-3100
levin@woodcock.com

787753-1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

787753-1

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 11/05//2007 | GHL | Analysis of Office Action of October 23, 2007, including review of the extensive office action and references cited therein, review of the pending specification and claims, consideration of possible claim amendments and arguments to be made to overcome the claim rejections. | 1.80 |
|---|---|---|---|

SERVICES $ 954.00

| | GHL | GARY H. LEVIN | 1.80 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ 954.00

787753-1

## WRG-0076
## VALVED COVER SYSTEM

| 12/20/2007 | NG | Receipt and review of Notice of Publication from the United States Patent and Trademark Office; preparation of correspondence to client forwarding copy of publication notice; and formalization of file to reflect same. | 0.80 |

|  |  | SERVICES | $ | 148.00 |

| NG | NOREEN GARONSKI | 0.80 | hours @ | $185.00 |

**INVOICE TOTAL**   $   148.00

787753-1

## WRG-0085
## EVALUATION OF THIRD-PARTY PATENTS
## RELATING TO CONSTRUCTION MEMBRANE PRODUCTS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/10/2007 | HDP | Beginning detailed review and analysis of materials received from client concerning opinion as to Grace's freedom to produce and sell certain vapor permeable barrier layers with included adhesive for building construction, including review of memo from Mr. Williams thereon; | 3.20 |
| 12/11/2007 | HDP | Continued detailed review and analysis of materials received from client concerning opinion including certain third-party patents of interest and file histories related thereto; | 3.90 |
| 12/12/2007 | GHL | Further analysis of freedom-to-operate issues relating to Grace's proposed commercialization of certain building products in view of three third-party patents, including review of the patents and prior art cited during prosecution of the patents, and additional art as provided by Mr. Williams, development of preliminary interpretations of the patent claims, and consideration of positions of non-infringement and invalidity; and telephone conference with Mr. Williams to provide preliminary assessment of the issues; | 3.20 |
| 12/12/2007 | HDP | Completing initial detailed review and analysis of materials received from client; meeting with Mr. Levin to discus; telephone conference with Mr. Williams in conjunction with Mr. Levin regarding the identified issues; | 3.40 |
| 12/14/2007 | HDP | Detailed review and analysis of new materials received from client; attending to ordering relevant file histories for use in finalizing opinion; | 1.80 |
| 12/17/2007 | HDP | Work on drafting of opinion relating to two patents of potential interest with respect to proposed vapor permeable building materials; | 1.90 |
| 12/18/2007 | HDP | Continued work on drafting of opinion and detailed review and analysis of patents and file history related thereto; | 3.00 |
| 12/19/2007 | HDP | Continued work on analyzing materials and drafting opinion; | 3.20 |
| 12/20/2007 | HDP | Continued work on drafting of opinion and further analysis of relevant file history materials; | 2.90 |
| 12/21/2007 | HDP | Continued work on analyzing references as to how they may affect claim construction; researching relevant law for inclusion in opinion; further drafting of opinion as two related patents; | 3.80 |
| 12/26/2007 | GHL | Further consideration of non-infringement positions relating to third-party patents on building products; conference with Mr. Parker; | 0.80 |

787753-1

| | | | |
|---|---|---|---|
| 12/26/2007 | HDP | Continued work on drafting of opinion as to two related patents; telephone conference with Mr. Levin thereon as to substance of opinion and consideration of alternative theories; | 4.90 |
| 12/27/2007 | HDP | Further work on drafting and editing of lengthy opinion as to two related patents and consideration of alternative theories; | 4.80 |
| 12/28/2007 | HDP | Continued analysis of potential bases for non-infringement of two related patents. | 2.10 |

          SERVICES    $ 21,570.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 4.00 | hours @ | $530.00 |
| | HDP | HENRIK D. PARKER | 38.90 | hours @ | $500.00 |

**DIBSURBEMENTS:**

PATENT COPIES                $  258.00

DISBURSEMENT TOTAL           $  258.00

SERVICE TOTAL               $ 21,570.00

     **INVOICE TOTAL**         $ 21,828.00

787753-1

## WRG-0086
## DUE DILIGENCE RELATING TO
## PROPOSED PURCHASE OF CERATECH INC.

| 12/12/2007 | GHL | Work in preparation for performing due diligence evaluation and freedom-to-operate analysis relating to Grace's proposed purchase of third party company in field of specialty concrete products, including review of materials as received from Mr. Leon; preliminary conference with CFO of third party and conference with counsel for third party regarding confidentiality agreement under which to receive information regarding the third party's pending patent applications and products; | 0.60 |
|---|---|---|---|
| 12/13/2007 | GHL | Review of non-disclosure agreement proposed by third-party to cover information required for freedom-to-operate evaluation; communication with Mr. Leon regarding same; revisions to proposed agreement, and communication with third-party counsel regarding same; | 0.70 |
| 12/15/2007 | GHL | Review of technical materials as received from third-party counsel relating to proposed cement composition, and preparation of summary of same for initiation of freedom-to-operate search; | 2.40 |
| 12/18/20007 | GHL | Further work with potential patent searchers to obtain freedom-to-operate search for cement product proposed for purchase by Grace; telephone conference with Mr. Leon regarding same; | 0.40 |

SERVICES     $     2,173.00

| GHL | GARY H.LEVIN | 4.10 | hours @ | $530.00 |
|---|---|---|---|---|

**DIBSURBEMENTS:**

PATENT COPIES     $     2,403.75

DISBURSEMENT TOTAL     $     2,403.75

SERVICE TOTAL     $     2,173.00

**INVOICE TOTAL**     $     4,576.75

787753-1

## WRG-GEN

| 12/03/2007 | GHL | Fee Application, Applicant -- Preparation of monthly fee petition for October. | 0.40 |
|---|---|---|---|

SERVICES $ 212.00

| GHL | GARY H. LEVIN | 0.40 | hours @ | $530.00 |
|---|---|---|---|---|

**INVOICE TOTAL** $ 212.00

787753-1