IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT UNDER 11 U.S.C. 327(e)

STATE OF CONNECTICUT )
                         ) ss:
COUNTY OF HARTFORD )

      WILLIAM S. FISH, JR., being duly sworn, upon his oath, deposes and says:

      1.    I am managing partner of Tyler Cooper & Alcorn, LLP, which maintains offices at 185 Asylum Street, CityPlace I, 35th Floor, Hartford, CT 06103-3488 (the "Firm").

      2.    The Debtors have requested that the Firm provide legal services to the Debtors in connection with their claims in a bankruptcy case pending in the United States Bankruptcy Court for the District of Connecticut, captioned <u>In re L. Tersigni Consulting CPA, P.C. a/k/a L. Tersigni Consulting, P.C., Case No. 07-50702-AHWS</u>, and the Firm has consented to provide such services (the "Representation").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3. The Firm's current customary hourly rates for attorneys, subject to change from time to time, range from $150 to $425 per hour. In the normal course of business, the Firm revises its normal hourly rates, generally in or about January of each year, and requests that such revised rates be effective on the date that such rates become effective at the Firm.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

5. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases. Except as follows, the Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, that would be adverse to the Debtors or their estates: (a) the Firm represents certain co-defendants of the Debtors in various asbestos-related litigations currently pending in courts throughout the United States; (b) the Firm is providing the same Representation to the debtors in other Chapter 11 cases pending in the United States Bankruptcy Court for the District of Delaware: In re Federal-Mogul Global Inc., T&N Limited, et al., Case No. 01-10578 (JKF) (Jointly Administered), and In re The Flintkote Company, Case No. 04-11300 (JKF); and (c) the Firm may also have worked with and/or may presently be working with or adverse to other professionals who are involved in these Chapter 11 cases on matters unrelated to the Debtors or these cases.

6. Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

7. Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

8. The Debtors do not owe the Firm any money for prepetition services.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on January 14th, 2008.

_____
WILLIAM S. FISH, JR.
Managing Partner
Tyler Cooper & Alcorn, LLP

Sworn to and subscribed before me
this _14_ day of January, 2008

_____
Notary Public
My Commission expires: _____

DONNA A. DUNN-SAWICKI
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2010