UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

DEBTORS.

) CHAPTER 11
)
) BANKRUPTCY NO. 01-01139 (JJF)
)
) (Jointly Administered)

### NOTICE OF CHANGE OF ADDRESS

TO:         THE CLERK OF THE COURT;

AND TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective December 1, 2007, Darrell W. Scott, one of the attorneys for Grace creditors, has relocated his practice as follows **(SUITE CHANGE ONLY)**:

>   Darrell W. Scott
>   The Scott Law Group
>   926 W. Sprague Ave., Suite 680
>   Spokane, WA 99201
>   Phone: 509-455-3966
>   Email: scottgroup@mac.com

Please direct all future correspondence, notices, pleadings, and other documents to the address listed above.

DATED this 20th day of February, 2008.

By _____
DARRELL W. SCOTT
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201
(509) 455-3966
(509) 455-3906 (FAX)

Attorney for Grace Creditors

1