# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

February 10, 2008  
Invoice 855385   Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 01/31/08 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

01/22/08   Voice mail and electronic mail memorandum to client regarding status issues.  
    R.T. CARLISLE                                      0.10 hrs.   270.00/hr                    $27.00

**Fees for Legal Services** ................................................................................. **$27.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.10 | 270.00 | 27.00 |
| TOTAL | 0.10 | $270.00 | $27.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

01/22/2008    Telephone 1-410-531-4210                                                                  0.10  
**Total Charges for Other Services Provided/Expenses Incurred** .................... **$0.10**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.10 |
| TOTAL | $0.10 |

**Net current billing for this invoice** ................................................................ **$27.10**

**GRAND TOTAL** ............................................................................................... **$27.10**

W. R. Grace & Co.

February 10, 2008
Invoice 855385  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 01/31/08

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $27.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.10 |
| Net current billing for this invoice.............................................................. | $27.10 |
| **GRAND TOTAL** ........................................................................................... | **$27.10** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

February 10, 2008  
Invoice 855387  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 01/31/08 |
| Name of Matter: | Fee Applications | |

| Date | Description | | | |
|---|---|---|---|---|
| 12/31/07 | Pull July and August fee applications from docket for verification sheets (0.3); request billing information from database and revise corrections on the 26th quarterly fee application (0.5). | | | |
| | B. WRIGHT | 0.80 hrs. | 110.00/hr | $88.00 |
| 01/02/08 | Edit and approve quarterly fee application for July through September. | | | |
| | B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 01/07/08 | Pull filed verification sheets for August and July fee applications for 26th quarterly fees and send for filing. | | | |
| | B. WRIGHT | 0.50 hrs. | 110.00/hr | $55.00 |
| 01/14/08 | Edit, review and approve monthly fee application. | | | |
| | B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 01/14/08 | Prepare December fee application and send to Attorney Burn for review. | | | |
| | B. WRIGHT | 0.50 hrs. | 110.00/hr | $55.00 |
| 01/15/08 | Review email regarding question on payments on invoices and follow up on same. | | | |
| | B.J. BURN | 0.10 hrs. | 230.00/hr | $23.00 |
| 01/15/08 | Search for invoices regarding payments received for Attorney Burn. | | | |
| | B. WRIGHT | 0.30 hrs. | 110.00/hr | $33.00 |
| 01/16/08 | Prepare cover letter for fee application and send for filing. | | | |
| | B. WRIGHT | 0.20 hrs. | 110.00/hr | $22.00 |

**Fees for Legal Services** ................................................................................................ **$414.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.70 | 230.00 | 161.00 |
| B. WRIGHT | 2.30 | 110.00 | 253.00 |
| TOTAL | 3.00 | 138.00 | 414.00 |

**Net current billing for this invoice** ................................................................................ **$414.00**

W. R. Grace & Co.
February 10, 2008<br>Invoice 855387  Page 2

**GRAND TOTAL** ................................................................................................................ <u>**$414.00**</u>

W. R. Grace & Co.

February 10, 2008
Invoice 855387  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 01/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---|
| Fees for Professional Services | $414.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**.................................................................. | **$414.00** |
| **GRAND TOTAL** ........................................................................................................ | **$414.00** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:**  Columbus Bank & Trust (CB&T)
**ABA Number:**  061100606
**Beneficiary Bank:**  National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:**  Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:**  00322407701

---

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:**  National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:**  053200666
**Beneficiary Customer:**  Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:**  00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

February 10, 2008  
Invoice 855384  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 01/31/08 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| Date | Description | | | |
|---|---|---|---|---|
| 01/21/08 | Review audit letter issues and provide input to Attorney Smith.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 310.00/hr | $93.00 |
| 01/21/08 | Review last audit letter and electronic mail memorandum to client requesting updated information.<br>R.T. CARLISLE | 0.20 hrs. | 270.00/hr | $54.00 |
| 01/23/08 | Finalize audit letter response, obtain approval and mail.<br>N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |
| 01/23/08 | Review electronic mail memorandum from Ms. Duff relating to environmental liability information for response to auditors and electronic mail memorandum to Attorney Smith regarding text to be used for response concerning these issues.<br>R.T. CARLISLE | 0.10 hrs. | 270.00/hr | $27.00 |

**Fees for Legal Services** .................................................................. **$236.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.20 | 310.00 | 62.00 |
| B.F. HAWKINS, JR. | 0.30 | 310.00 | 93.00 |
| R.T. CARLISLE | 0.30 | 270.00 | 81.00 |
| TOTAL | 0.80 | $295.00 | $236.00 |

**Net current billing for this invoice** .................................................. **$236.00**

**GRAND TOTAL** ............................................................................... **$236.00**

W. R. Grace & Co.

February 10, 2008
Invoice 855384  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 01/31/08

W. R. Grace & Co.
General
Our Matter # 02399/06000

---

| | |
|---|---|
| Fees for Professional Services | $236.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**............................................................. | **$236.00** |
| **GRAND TOTAL** .................................................................................................. | **$236.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

February 10, 2008  
Invoice 855386  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 01/31/08 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 01/02/08 | Message from Ms. Duff regarding condemnation and associated press report (0.1); conference call with Ms. Duff regarding same (0.7).<br>N.J. SMITH | 0.80 hrs. | 310.00/hr | $248.00 |
| 01/02/08 | Review property claim issue with Attorney Smith.<br>B.F. HAWKINS, JR. | 0.40 hrs. | 310.00/hr | $124.00 |
| 01/03/08 | Follow-up on treatment of Charleston property in light of City's recent actions.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 310.00/hr | $93.00 |
| 01/18/08 | Review site issues with Ms. Duff and Mr. Obradovic.<br>B.F. HAWKINS, JR. | 0.40 hrs. | 310.00/hr | $124.00 |
| 01/30/08 | Conference call with team on Charleston site issues, motion status, negotiation strategy (0.8); contact Ms. Jeter as requested (0.3).<br>N.J. SMITH | 1.10 hrs. | 310.00/hr | $341.00 |

**Fees for Legal Services** ................................................................................................. **$930.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 1.90 | 310.00 | 589.00 |
| B.F. HAWKINS, JR. | 1.10 | 310.00 | 341.00 |
| TOTAL | 3.00 | $310.00 | $930.00 |

**Net current billing for this invoice** ................................................................................... **$930.00**

**GRAND TOTAL** ............................................................................................................. **$930.00**

W. R. Grace & Co.

February 10, 2008
Invoice 855386  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 01/31/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $930.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$930.00** |
| **GRAND TOTAL** | **$930.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701