IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 12th day of February, a true and correct copy of the **Debtors' Requests for Production of Documents Directed to Peter Kraus** was served on the individuals on the attached certificate of service in the manner indicated therein.

Dated: February 22, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen T. Ahern
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Barbara M. Harding
David E. Mendelson
Amanda C. Basta
Brian T. Stansbury
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:135290.1

## CERTIFICATE OF SERVICE

I, Amanda C. Basta, the undersigned, certify that on this 6th day of February, 2008, I caused a true and correct copy of the attached **Debtors' Request for the Production of Documents Directed to Peter Kraus** to be served by Electronic Mail and Federal Express upon Peter Kraus and Natalie Ramsey and by Electronic Mail upon counsel for the parties to the Estimation Proceeding.

*/s/ Amanda C. Basta*
Amanda C. Basta, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5933
(abasta@kirkland.com)