EXHIBIT B

DIAGRAM OF TRANSACTION

*Diagram of Liability Transfer Agreement Terms*
*February 22, 2008*

- Grace transfers to ELT ten (10) Properties and associated Environmental Clean Up Liabilities and PLL
- ELT pays $2.5mm; ELT indemnifies; ELT provides mortgages on 3 properties (Woburn, Fort Pierce, Atlanta); ELT transfers 40% of proceeds of sales to Grace up to $4.3mm total payment
- Trust will fund costs of remediation if ELT defaults
- Funding remediation costs and premium for PLL
- $2.5 mm in 180 days. Proceeds of sales to Trust (according to allocation: 35%, then 75% to $11mm)
- Property Sales, ex Charleston
  - Allocate proceeds 25% to ELT until Trust fully funded, then 100%
  - Allocate proceeds of sales to Trust, Grace & ELT
- Charleston Sale
  - Allocate 50% above $3mm to Grace
  - Allocate proceeds of condemnation <$3mm to Trust, Grace, & ELT
  - Allocate 50% above $3mm to ELT