# Pepper Hamilton LLP
───────── Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Anne Marie Aaronson
direct dial: 215-981-4065
aaronsona@pepperlaw.com

February 25, 2008

Via Electronic Filing and Email

The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, W.D. PA
5490 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

      Re:    <u>In re W.R. Grace, Bankruptcy Case No. 01-1139</u>

Dear Judge Fitzgerald:

      This firm represents The Burlington Northern Santa Fe Railway in this case and, particularly, in connection with the Debtors' pending motion for injunctive relief, which seeks to enjoin asbestos personal injury litigation brought against BNSF in state court.

      I am writing to inform the Court of the February 15, 2008 Opinion of the United States Court of Appeals for the Second Circuit in <u>In re Johns-Manville Corporation</u>, a copy of which is enclosed.

      The Second Circuit Opinion concerns a number of issues relevant to the Debtors' motion for injunctive relief in this case, including:

      1.    Whether the bankruptcy court has subject matter jurisdiction to enjoin claims against a non-debtor that do not claim against the *res* of the bankruptcy estate;

      2.    Whether the bankruptcy court has subject matter jurisdiction to enjoin claims against a non-debtor, which claims seek recovery in excess of and unrelated to the debtor's insurance policy proceeds;

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

www.pepperlaw.com

**Pepper Hamilton LLP**
_Attorneys at Law_

The Honorable Judith K. Fitzgerald
Page 2
February 25, 2008

        3.      Whether the bankruptcy court has subject matter jurisdiction to enjoin claims against a non-debtor party.

Respectfully,

Anne Marie Aaronson

Enclosure

cc: Janet S. Baer, Esq.
David M. Bernick, Esq.
Laura Davis Jones, Esq.
Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Christopher M. Candon, Esq.
Daniel C. Cohn, Esq.
Mark T. Hurford, Esq.