IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

# FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\1007279.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

Tax identification No: 95-2018373

**INVOICE**

October 31, 2007

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

**REMITTANCE INSTRUCTIONS**

**WIRE TRANSFERS:**
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No. 70315966
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

For professional services rendered through October 31, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 10/24/07 | NJD | 1.40 | REVIEW ISSUES WITH REGARD TO INTERNATIONAL RESTRUCTURING; SECTION 304 ISSUES |
| 10/24/07 | ECA | 1.10 | RESEARCH REGARDING FEE APPLICATIONS; REVIEW DOCKET AND DISTRIBUTE FEE ORDERS; CONFERENCE WITH N. DENOVIO REGARDING SAME. |
| 10/25/07 | NJD | 3.80 | CONFERENCE CALLS WITH DEBRA POOLE AND ALLEN GIBBONS REGARDING DIFFERENT ISSUES; REVIEW AN ANALYSIS OF SECTION 304 AND SPECIFICALLY 304(B)(6) BASIS ADJUSTMENT; AFFECT ON EARNINGS AND PROFITS; SECTION 1248 ISSUES; FOREIGN TAX CREDIT ISSUES |
| 10/26/07 | NJD | 2.40 | REVIEW SECTION 304(B)(6) ISSUE WITH REGARD TO CROSS-BORDER RESTRUCTURING OF GERMANY, BELGIUM AND ITALY; REVIEW SECTION 1248 IN CONTEXT OF SECTION 301(C)(3) GAIN RECOGNIZED FROM GRACE GERMANY |
| 10/29/07 | NJD | 1.60 | REVIEW AND ANALYSIS OF SECTION 1248 AND SECTION 304 ISSUES |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70315966

DC\1048487.2

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 10/30/07 | NJD | 2.20 | CONFERENCE CALL WITH ALAN GIBBONS REGARDING SEVERAL ISSUES; SECTION 304, SECTION 1248, FOREIGN TAX CREDIT, 901 REGULATIONS |
| 10/31/07 | NJD | 1.10 | CALL WITH ALAN GIBBONS; REVIEW AND ANALYSIS OF TECHNICAL TAX ISSUES |
| 10/31/07 | PBW | 3.20 | TELECONFERENCE WITH N. DENOVIO REGARDING RESEARCH ISSUE; RESEARCH SAME |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER, SR.) | 12.50 hrs @ | $775.00 | /hr. | $9,687.50 |
| P B WHEELER | (ASSOCIATE) | 3.20 hrs @ | $455.00 | /hr. | $1,456.00 |

Paralegal Hours:

| | | | | | |
|---|---|---|---|---|---|
| E C ARNOLD | (PARALEGAL) | 1.10 hrs @ | $235.00 | /hr. | $258.50 |

| | | |
|---|---|---|
| Total Services | 16.8 hrs | $11,402.00 |

Other charges:

Total current charges               **$11,402.00**

    BALANCE DUE               **$11,402.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70315966

2

DC\1048487.2