IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\1007344.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**INVOICE**

November 30, 2007

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax identification No: 95-2018373

**REMITTANCE INSTRUCTIONS**

| WIRE TRANSFERS: | CHECKS: |
|---|---|
| Bank: Citibank, Delaware | Latham & Watkins LLP |
| One Penn's Way | P.O. Box 7247-8202 |
| New Castle, DE 19720 | Philadelphia, PA |
| ABA: 0311-00209 | 19170-8202 |
| SWIFT: CITIUS33 | |
| Account Name: **Latham & Watkins LLP** | |
| Account Number: **3911-7003** | |

Please identify your check or wire transfer with the following numbers:
Invoice No. 70317243
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

---

For professional services rendered through November 30, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 11/01/07 | PBW | 1.30 | ADDITIONAL RESEARCH; TELECONFERENCE AND CORRESPONDENCE WITH N. DENOVIO ON SAME |
| 11/05/07 | NJD | 2.70 | REVIEW OF SECTION 1248 AND SECTION 901 ISSUES RAISED BY ALAN GIBBONS; REVIEW PRIVATE RULINGS REGARDING INTERNATIONAL RESTRUCTURING |
| 11/06/07 | NJD | 1.00 | REVIEW TECHNICAL ISSUES; CONFERENCE CALL WITH ALAN GIBBONS |
| 11/06/07 | JDS | .60 | RESEARCH TREATMENT OF DEFICITS IN LOWER TIER ENTITIES FOR THE SECTION 1248 AMOUNT |
| 11/06/07 | PBW | .30 | TELECONFERENCE WITH N. DENOVIO REGARDING ADDITIONAL RESEARCH REQUIRED |
| 11/13/07 | PBW | .40 | TAX ANALYSIS; CORRESPONDENCE WITH N. DENOVIO ON SAME |
| 11/14/07 | NJD | .20 | TELEPHONE CONFERENCE WITH ALAN GIBBONS AND CAROL FINKE |
| 11/15/07 | NJD | 3.20 | REVIEW MULTIPLE DOCUMENTS CONCERNING GERMAN AND JAPANESE RESTRUCTURING; SECTION 304 ISSUES; DEBT/EQUITY ISSUES; CONFERENCE CALLS WITH ALAN GIBBONS AND CAROL FINKE REGARDING SAME |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70317243

DC\1056980.2

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 11/19/07 | NJD | 2.30 | CONFERENCE CALL WITH ALAN GIBBONS REGARDING COMMENTS TO SHARE PURCHASE AGREEMENT; REVIEW AND COMMENT ON SAME; LOAN AGREEMENT TECHNICAL ISSUES FOR PURPOSES OF U.S./GERMANY DEBT/EQUITY ANALYSIS |
| 11/19/07 | ECA | 2.00 | ATTENTION TO PREPARATION OF QUARTERLY FEE APPLICATION; CORRESPOND WITH N. DENOVIO REGARDING SAME. |
| 11/20/07 | NJD | 1.40 | CONFERENCE CALL WITH WORKING TEAM REGARDING GERMAN RESTRUCTURING; REVIEW OF DRAFT DOCUMENTS REGARDING TECHNICAL ISSUES FOR U.S. FEDERAL TAX PURPOSES, SPECIFICALLY CODE SECTION 304 TREATMENT |
| 11/20/07 | ECA | 1.00 | ATTENTION TO FILING AND SERVICE OF QUARTERLY FEE APPLICATION. |
| 11/26/07 | NJD | .40 | REVIEW OF UPDATED DOCUMENTS |
| 11/27/07 | NJD | 3.80 | REVIEW OF REVISED DOCUMENTS; REVIEW TIMING ISSUE WITH REGARDING CLOSING ON NOVEMBER 30 OR DECEMBER 1; CODE SECTION 304 ISSUE; CONFERENCE CALL WITH WORKING GROUP REGARDING GERMANY; REVIEW MATERIALS CONCERNING JAPANESE DIVIDEND; U.S. DEBT/EQUITY ISSUES; CONFERENCE CALL WITH ALAN GIBBONS AND CAROL FINKE |
| 11/28/07 | NJD | 2.30 | TELEPHONE CONFERENCES WITH GRACE TAX EXECUTIVES, GERMAN COUNSEL AND GRACE GERMANY EXECUTIVES REGARDING CLOSING ISSUES, DOCUMENTS, ETC.; CONFERENCE CALLS WITH GRACE TAX EXECUTIVES REGARDING DOLLAR TO EURO FORWARD CONTRACTS AND SPECIFICALLY POTENTIAL APPLICATION OF NUMEROUS INTERNAL REVENUE CODE SECTIONS, INCLUDING 988, 1092, 1256 AND 446 |
| 11/29/07 | NJD | 2.80 | REVIEW STATUS OF GRACE JAPAN DIVIDEND PAYMENT; SEVERAL TELEPHONE CONFERENCES WITH ALAN GIBBONS REGARDING TECHNICAL ISSUES WITH REGARD TO INTEGRATION OF EURO FORWARD CONTRACT AND INTERCOMPANY NOTES; REVIEW MULTIPLE ISSUES, AND REGULATIONS AND OTHER AUTHORITIES UNDER SECTIONS 1092, 988, 446 AND 1221 REGARDING SAME |
| 11/30/07 | NJD | .60 | REVIEW OF SECTION 446, SECTION 1092 ISSUE |

<u>Attorney Hours</u>:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER, SR.) | 20.70 hrs @ | $775.00 | /hr. | $16,042.50 |
| J D STALLS | (ASSOCIATE) | .60 hrs @ | $380.00 | /hr. | $ 228.00 |
| P B WHEELER | (ASSOCIATE) | 2.00 hrs @ | $455.00 | /hr. | $910.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70317243

Paralegal Hours:

| | | | | |
|---|---|---|---|---|
| E C ARNOLD | (PARALEGAL) | 3.00 hrs @ | $235.00 /hr. | $705.00 |

Total Services                   26.3 hrs                                    $17,885.50

Total current charges                                                        <u>$17,885.50</u>

BALANCE DUE                                                                  <u>$17,885.50</u>

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70317243

3

DC\1056980.2