IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY
## SPECIAL TAX COUNSEL FEE APPLICATION
## FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\1007354.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

Tax Identification No: 95-2018373

## INVOICE

December 31, 2007

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

### REMITTANCE INSTRUCTIONS

**WIRE TRANSFERS:**
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No. 80300531
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

For professional services rendered through December 31, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 12/06/07 | NJD | .50 | CALL WITH ALAN GIBBONS |
| 12/11/07 | NJD | .30 | REVIEW MATERIALS REGARDING JAPANESE DIVIDEND; TAX ACCOUNTING CONSEQUENCES |
| 12/12/07 | NJD | 1.40 | REVIEW TAX ACCOUNTING ISSUES REGARDING GERMAN RESTRUCTURING AND JAPANESE DIVIDEND PER ALLEN GIBBONS |
| 12/27/07 | NJD | .20 | RESTRUCTURING ISSUES |

Attorney Hours:

| | | | | |
|---|---|---|---|---|
| N J DENOVIO | (PARTNER, SR.) | 2.40 hrs @ | $775.00 /hr. | $1,860.00 |

Total Services      2.40 hrs                              $1,860.00

Total current charges                                     $1,860.00

BALANCE DUE                                               $1,860.00

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80300531

DC\1066307.2

### Smith, Patricia (DC)

**From:** Rogers, Jim (DC)
**Sent:** Friday, February 15, 2008 6:11 PM
**To:** Smith, Patricia (DC)
**Subject:** FW: Daily Cash Receipts

---

**From:** deirdre.cortez@lw.com[SMTP:DEIRDRE.CORTEZ@LW.COM]
**Sent:** Friday, February 15, 2008 6:10:38 PM
**To:** Rogers, Jim (DC)
**Subject:** Daily Cash Receipts
**Auto forwarded by a Rule**

## Daily Cash Receipts posted on 02/15/2008

Please note:
Unallocated cash receipts appear with a blank invoice number
Currency reported is matter currency

| MATTER NO. | CLIENT NAME | | AMOUNT RECEIVED | UNPAID BALANCE | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 042041-0000 | SHERMANSTRAVEL MEDIA, LLC | USD | 1,958.00 | 0.00 | 12/31/2007 | 80300263 |

If you have any questions regarding the information shown in this Daily Cash Receipt Notification, please contact me at ext. 5287. Thank you.

2/19/2008

### Smith, Patricia (DC)

**From:** Rogers, Jim (DC)
**Sent:** Friday, February 15, 2008 6:11 PM
**To:** Smith, Patricia (DC)
**Subject:** FW: Daily Cash Receipts

---

**From:** deirdre.cortez@lw.com[SMTP:DEIRDRE.CORTEZ@LW.COM]
**Sent:** Friday, February 15, 2008 6:10:38 PM
**To:** Rogers, Jim (DC)
**Subject:** Daily Cash Receipts
**Auto forwarded by a Rule**

## Daily Cash Receipts posted on 02/15/2008

Please note:
Unallocated cash receipts appear with a blank invoice number
Currency reported is matter currency

| MATTER NO. | CLIENT NAME | | AMOUNT RECEIVED | UNPAID BALANCE | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 042041-0000 | SHERMANSTRAVEL MEDIA, LLC | USD | 1,958.00 | 0.00 | 12/31/2007 | 80300263 |

If you have any questions regarding the information shown in this Daily Cash Receipt Notification, please contact me at ext. 5287. Thank you.

2/19/2008