IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AMENDED REQUEST FOR SERVICE OF NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002, the undersigned, requests that she be replaced as counsel for BNSF Railway Company ("BNSF"), on the official mailing matrix and service lists in this case and request that copies of all pleadings, motions, notices, and other papers, filed and/or served, in this case or any proceeding therein, be served upon her at the address listed below:

Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
phone (302) 777-6500
fax    (302) 421-8390
e-mail meltzere@pepperlaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

#1892414 v2 (52325.14

This Request For Service of Notice and Documents by BNSF shall not constitute, nor shall it be deemed to be, a voluntary or involuntary submission to the jurisdiction of the Bankruptcy Court for any purpose.

By: /s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
phone (302) 777-6500
fax    (302) 421-8390

Counsel for BNSF Railway Company

Dated: February 25, 2008

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2008, a copy of the attached Amended Request for Service of Notice and Documents was served via first class mail, postage prepaid, upon the parties on the attached service list.

                By:    /s/ Evelyn J. Meltzer
                       Evelyn J. Meltzer (DE No. 4581)
                       PEPPER HAMILTON LLP
                       Hercules Plaza, Suite 5100
                       1313 Market Street
                       P.O. Box 1709
                       Wilmington, DE  19899-1709
                       phone (302) 777-6500
                       fax     (302) 421-8390

                       Counsel for BNSF Railway Company

Dated: February 25, 2008

#1892414 v2 (52325.14