James H. M. Sprayregen, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones PC
919 North Market Street
Suite 1600
PO Box 8705
Wilmington, DE  19899-8705

Lewis Kruger, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801-1246

Scott L. Baena, Esquie
Jay M. Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 S. Biscayne Boulevard
Suite 2500
Miami, FL  33131

Michael B. Joseph, Esquire
Ferry & Joseph, PA
824 Market Street
Suite 904
PO Box 1351
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale
399 Park Avenue
36th Floor
New York, NY  10022

Mark Hurford, Esquire
Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre
15th Floor
1201 N. Market Street
Suite 1500
Wilmington, DE  19801

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
PO 25130
Wilmington, DE  19899

-2-

Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY  10022

David Klauder, Esquire
844 N. King Street
Wilmington, De  19801

#9365739 v1

-2-