

# PLG
## Platinum Legal Group Inc.

document imaging &
litigation support services

111 Richmond St. West
Suite 1212
Toronto, Ontario
M5H 2G4

Tel: (416) 365-1563
Fax: (416) 365-9034
info@platinumlegal.ca

Attention: Ms. Karen Whibley
Ogilvy Renault LLP
200 King Street West
Toronto, Ontario M5H 3T4

Invoice #.ON706-039

Date June 30, 2007

COPY

### RE. Grace Canada (Boxes 1 - 24)

| Description | Unit | Cost/Unit | Qty | Amount |
|---|---|---|---|---|
| Document Unitization | Page | 0.05 | 45240 | 2,262.00 |
| Document Bar Code Slipsheets | Doc | 0.04 | 21808 | 872.32 |
| Document Preparation & Scanning (Black & White) | Page | 0.23 | 29406 | 6,763.38 |
| Document Preparation & Scanning (Black & White) - hands on glass | Page | 0.30 | 15834 | 4,750.20 |
| Document Re-Assembly | Page | 0.05 | 45240 | 2,262.00 |
| Document Coding (Standard Fields) | Doc | 1.95 | 21808 | 42,525.60 |
| Source Folder - coding | Folder | 8.00 | 0.95 | 7.60 |
| Document OCR (Optical Character Recognition) | Page | 0.07 | 45240 | 3,166.80 |
| Delivery | | 6.00 | 24 | 144.00 |
| Sub Total | | | | 62,753.90 |
| GST ( # 864193586) | | 6% | | 3,765.23 |
| Total | | | | $66,519.13 |

Retention policy: Platinum Legal Group Inc. limits responsibility for maintaining
data and images to 30 calendar days following date of invoice.

Payment Terms: Net 25 Days, 2% per month for overdue accounts
**PLEASE ISSUE CHEQUE:   Platinum Legal Group Inc.**

Attention: Accounts Receivable



# PLG
## Platinum Legal Group Inc.

document imaging &
litigation support services

111 Richmond St. West
Suite 1212
Toronto, Ontario
M5H 2G4

Tel  (416) 365-1563
Fax  (416) 365-9034
info@platinumlegal.ca

Attention: Ms. Karen Whibley
Ogilvy Renault LLP
200 King Street West
Toronto, Ontario M5H 3T4

Invoice #.ON707-024

Date July 30, 2007

*COPY*

### RE. Grace Canada (Boxes 25 - 37)

| Description | Unit | Cost/Unit | Qty | Amount |
|---|---|---|---|---|
| Document Unitization | Page | 0.05 | 31122 | 1,556.10 |
| Document Bar Code Slipsheets | Doc | 0.04 | 15246 | 609.84 |
| Document Preparation & Scanning ( Black & White) | Page | 0.23 | 20229 | 4,652.67 |
| Document Preparation & Scanning ( Black & White) - hands on glass | Page | 0.30 | 10893 | 3,267.90 |
| Document Re-Assembly | Page | 0.05 | 31122 | 1,556.10 |
| Document Coding (Standard Fields) | Doc | 1.95 | 15246 | 29,729.70 |
| Document OCR ( Optical Character Recognition ) | Page | 0.07 | 31122 | 2,178.54 |
| Delivery | | 6.00 | 13 | 78.00 |
| Sub Total | | | | 43,628.85 |
| GST ( # 864193586) | | 6% | | 2,617.73 |
| Total | | | | $46,246.58 |

Retention policy:  Platinum Legal Group Inc. limits responsibility for maintaining
data and images to 30 calendar days following date of invoice.

Payment Terms:  Net 25 Days, 2% per month for overdue accounts
**PLEASE ISSUE CHEQUE:   Platinum Legal Group Inc.**

Attention: Accounts Receivable