# TAB A

**Dan Speights**

From: Michael Dierkes [mdierkes@kirkland.com]
Sent: Monday, November 26, 2007 10:22 AM
To: Dan Speights
Subject: Grace: Meet and Confer re Three Claims

Dan: David Bernick is available today at noon for a meet and confer re the Bayshore, Childrens' Hospital, and Jameson claims. Please let me know if you are available. (I sent a message earlier this morning, but I don't think it went through.)

Thanks.

Michael T. Dierkes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2353
(312) 861-2200 (fax)

*****************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*****************************************************************