# TAB B

## Dan Speights

| | |
|---|---|
| **From:** | Janet Baer [jbaer@kirkland.com] |
| **Sent:** | Friday, January 11, 2008 11:07 AM |
| **To:** | Dan Speights |
| **Cc:** | Michael Dierkes; Lisa Esayian |
| **Subject:** | Meet and Confer re 3 late authority claims |

Dan: I believe that at the last Grace Omnibus hearing, Judge Fitzgerald ordered us to have a "meet and confer"
re the 3 late authority claims that have been the subject of extensive briefing. These are the Bayshore, Children's Hospital and James Memorial Hospital claims.
Are you available this afternoon to have such a meet and confer with me and Mike Direkes who is the primary associate on this matter?. Alternatively, we would be available next Tuesday as that is an "off day" re the PI trial. Will either of these days/times work for you? If not , we can aim for another non PI trial day.
Jan


Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601

*************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************