IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: April 4, 2008 @ 4:00 P.M. |
| Debtors. | ) | Hearing Date: April 21, 2008 @ 1:00 P.M. |
| | ) | |
| | ) | Re: Docket Nos. 15209, 15210, 15421 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT Speights & Runyan ("Movants") filed a Motion for Extension of Time for Three Claimants to File a Memorandum Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 as Directed by the Court at the November 26, 2007 and January 25, 2008 Omnibus Hearings (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached hereto.

PLEASE TAKE NOTICE THAT objections or other responses to the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than **4:00 p.m. Eastern Time on April 4, 2008**.

At the same time, you must also serve a copy of the objections or responses, if any, upon counsel for Movants listed below:

| | |
|---|---|
| Christopher D. Loizides | Daniel A. Speights |
| LOIZIDES, P.A. | Marion C. Fairey, Jr. |
| 1225 King Street, Suite 800 | SPEIGHTS & RUNYAN |
| Wilmington, DE 19801 | 200 Jackson Avenue East |
| Facsimile:   (302) 654-0728 | P.O. Box 685 |
| | Hampton, SC 29924 |
| | Facsimile:   (803) 943-4599 |

080225132640.DOC

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING. IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DE 19801 on **APRIL 21, 2008 AT 1:00 P.M. EASTERN TIME.**

DATED: February 25, 2008

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue East
P.O. Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599