IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: April 4, 2008 @ 4:00 P.M. |
| Debtors. | ) | Hearing Date: April 21, 2008 @ 1:00 P.M. |
| | ) | |
| | ) | Re: Docket No. _____ |

## ORDER GRANTING
## SPEIGHTS & RUNYAN'S MOTION
## FOR EXTENSION OF TIME FOR THREE
## CLAIMANTS TO FILE A MEMORANDUM REGARDING
## MOTION TO ALTER OR AMEND THE COURT'S ORDER
## AND MEMORANDUM OPINION DISALLOWING AND EXPUNGING
## 71 CLAIMS ENTERED ON APRIL 17, 2007 AS DIRECTED BY THE COURT
## AT THE NOVEMBER 26, 2007 AND JANUARY 25, 2008 OMNIBUS HEARINGS

Upon consideration of Speights & Runyan's Motion for Extension of Time for Three Claimants to File a Memorandum Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 as Directed by the Court at the November 26, 2007 and January 25, 2008 Omnibus Hearings,

IT IS HEREBY ORDERED that

1. The Motion is GRANTED.

2. The briefing on the issues related to the claims of Bayshore Community Hospital (No. 6901), Children's Hospital of Pittsburgh (No. 10962) and Jameson Memorial Hospital (No. 14410) is hereby stayed pending further order of the Court.

DATED: _____, 2008

Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

080225132640.DOC