**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/5/2007 | B Portillo | 1.9 | $145 | $275.50 | …; review, analyze, organize and enter correspondence into the central files database (1.9);… |
| 7/9/2007 | B Portillo | 2.9 | $145 | $420.50 | …; review, analyze, organize and enter correspondence into the central files database (2.9). |
| 7/10/2007 | B Portillo | 2.7 | $145 | $391.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.7). |
| 7/12/2007 | B Portillo | 2.7 | $145 | $391.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.7). |
| 7/13/2007 | B Portillo | 2.2 | $145 | $319.00 | Review, analyze, organize and enter correspondence into central files database and update central files (2.2);… |
| 7/16/2007 | B Portillo | 3.4 | $145 | $493.00 | Review, analyze, organize and enter correspondence into central files database (3.4);… |
| 7/17/2007 | B Portillo | 2.1 | $145 | $304.50 | …; review, analyze, organize and enter correspondence into central files database (2.1). |
| 7/18/2007 | B Portillo | 2.4 | $145 | $348.00 | Review, analyze, organize and enter correspondence into central files database and update correspondence (2.4);… |
| 7/19/2007 | B Portillo | 0.9 | $145 | $130.50 | Review, analyze, organize and enter correspondence into central files database and update central files (.9);… |
| 7/20/2007 | B Portillo | 2.3 | $145 | $333.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.3);… |
| 7/23/2007 | B Portillo | 1.6 | $145 | $232.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.6). |
| 7/25/2007 | B Portillo | 1.4 | $145 | $203.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.4);… |
| 7/26/2007 | B Portillo | 1.1 | $145 | $159.50 | Review, analyze, organize and enter correspondence into central files database and update central files (1.1);… |
| 7/27/2007 | B Portillo | 1.7 | $145 | $246.50 | …; review, analyze, organize and enter correspondence into central files database (1.7);… |
| 7/30/2007 | B Portillo | 1.2 | $145 | $174.00 | …; review, analyze, organize and enter correspondence into the central files database (1.2). |
| 7/2/2007 | K Sanchez | 2 | $140 | $280.00 | Review, analyze and update pleading files (2.0);… |
| 7/3/2007 | K Sanchez | 1.5 | $140 | $210.00 | Review and update pleading files (1.5);… |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/5/2007 | K Sanchez | 3 | $140 | $420.00 | Review and update pleading files (2.0); review and update correspondence files (1.0);… |
| 7/6/2007 | K Sanchez | 2.5 | $140 | $350.00 | …; review and update third-party files (2.5);… |
| 7/6/2007 | A Patela | 2 | $140 | $280.00 | …; review and update master pleadings file (2.0). |
| 7/11/2007 | K Sanchez | 2 | $140 | $280.00 | Review and update pleading files (1.5); review and update correspondence files (.5);… |
| 7/12/2007 | S Rein | 2 | $175 | $350.00 | …; review, organize and file materials (2.0). |
| 7/12/2007 | K Sanchez | 3 | $140 | $420.00 | Review and update pleading files (2.0); review and update correspondence files (1.0);… |
| 7/13/2007 | S Rein | 3 | $175 | $525.00 | …; review, organize and file materials (3.0). |
| 7/16/2007 | K Sanchez | 1.5 | $140 | $210.00 | Review and update pleading files (1.5);… |
| 7/17/2007 | K Sanchez | 4 | $140 | $560.00 | Review and update pleading files (2.0); review an update correspondence files (1.0); review and update billing files (1.0);... |
| 7/18/2007 | S Rein | 3 | $175 | $525.00 | ..; review, organize and file materials (3.0). |
| 7/18/2007 | K Sanchez | 1 | $140 | $140.00 | …: review and update correspondence files (1.0);… |
| 7/19/2007 | S Rein | 6 | $175 | $1,050.00 | …; review, organize and file materials (6.0);… |
| 7/19/2007 | K Sanchez | 2 | $140 | $280.00 | Review and update pleading files (2.0);… |
| 7/20/2007 | K Sanchez | 3.5 | $140 | $490.00 | Review and update pleading files (2.0); review and update correspondence files (1.5);… |
| 7/23/2007 | K Sanchez | 7 | $140 | $980.00 | Review and update pleading files (2.0); review and update correspondence files (2.0); review and update doctors and screeners electronic files (3.0). |
| 7/23/2007 | C Tyler | 1.5 | $115 | $172.50 | …; review and update litigation files (1.5);… |
| 7/24/2007 | K Sanchez | 5.5 | $140 | $770.00 | Review and update pleading files (2.0); review and update correspondence files (1.5);…; review and update third-party files (2.0). |
| 7/26/2007 | K Sanchez | 2 | $140 | $280.00 | …; review and update pleading files (1.5); review and update billing files (.5);… |
| 7/27/2007 | K Sanchez | 1.5 | $140 | $210.00 | Review and update pleading files (1.5);… |
| 7/30/2007 | K Sanchez | 4 | $140 | $560.00 | Review and update pleading files (2.0);…; review and update correspondence files (1.0); review and update hearing transcript files (1.0);… |
| 7/31/2007 | K Sanchez | 5 | $140 | $700.00 | Review and update pleading files (1.0); review and update correspondence files (1.0); review and update files re doctors and screening companies (3.0). |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/1/2007 | B Portillo | 2.3 | $145 | $333.50 | …; review, analyze, organize and enter correspondence into central files database (2.3);… |
| 8/2/2007 | B Portillo | 0.8 | $145 | $116.00 | review, analyze, organize and enter correspondence into central files database (.8). |
| 8/3/2007 | B Portillo | 0.9 | $145 | $130.50 | …; review, analyze, organize and enter correspondence into central files database (.9);… |
| 8/7/2007 | B Portillo | 1.1 | $145 | $159.50 | Review, analyze, organize and enter correspondence into central files database. |
| 8/8/2007 | B Portillo | 2.1 | $145 | $304.50 | …; review, analyze organize and enter correspondence into central files database and update central files (2.1). |
| 8/9/2007 | B Portillo | 2.8 | $145 | $406.00 | …; review, analyze, organize and enter correspondence into the central files database (2.8). |
| 8/10/2007 | B Portillo | 1.8 | $145 | $261.00 | …; review, organize and enter correspondence into central files database (1.8);… |
| 8/14/2007 | B Portillo | 1.4 | $145 | $203.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.4). |
| 8/15/2007 | B Portillo | 3.1 | $145 | $449.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (3.1). |
| 8/16/2007 | B Portillo | 1.1 | $145 | $159.50 | Review, analyze, organize and enter correspondence into central files database. |
| 8/20/2007 | B Portillo | 2.2 | $145 | $319.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.2);… |
| 8/21/2007 | B Portillo | 0.9 | $145 | $130.50 | Review, analyze, organize and enter correspondence into central files database and update central files. |
| 8/22/2007 | B Portillo | 2.2 | $145 | $319.00 | Review, analyze, organize and enter correspondence into central files database and update central files (2.2);… |
| 8/23/2007 | B Portillo | 1.1 | $145 | $159.50 | Review, analyze, organize and enter correspondence into central files database. |
| 8/24/2007 | B Portillo | 2.1 | $145 | $304.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.1);… |
| 8/27/2007 | B Portillo | 1.1 | $145 | $159.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.1). |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/28/2007 | B Portillo | 2.1 | $145 | $ 304.50 | …; review, analyze, organize and enter correspondence into the central files database and update central files (2.1);… |
| 8/29/2007 | B Portillo | 1.9 | $145 | $ 275.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.9);… |
| 8/30/2007 | B Portillo | 1.1 | $145 | $ 159.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.1);… |
| 8/31/2007 | B Portillo | 0.8 | $145 | $ 116.00 | …; review, analyze, organize and enter correspondence into central files database (.8);... |
| 8/2/2007 | S Rein | 4 | $175 | $ 700.00 | …; review, analyze, organize and file materials (4.0);… |
| 8/6/2007 | S Rein | 3.5 | $175 | $ 612.50 | Review, analyze, organize, and file materials (3.5);… |
| 8/7/2007 | S Rein | 1 | $175 | $ 175.00 | Review, analyze, organize and file materials re estimation (1.0);… |
| 8/8/2007 | S Rein | 3.6 | $175 | $ 630.00 | …; review, analyze, organize and file materials (3.6);… |
| 8/9/2007 | S Rein | 4.8 | $175 | $ 840.00 | …; review analyze, organize and file materials (4.8);… |
| 8/13/2007 | S Rein | 1 | $175 | $ 175.00 | …; review, analyze, organize and file materials (1.0). |
| 8/15/2007 | S Rein | 2.2 | $175 | $ 385.00 | …; review, analyze, organize and file materials (2.2). |
| 8/16/2007 | S Rein | 2.3 | $175 | $ 402.50 | …; review, analyze, organize and file materials (2.3);… |
| 8/16/2007 | A Patela | 1.2 | $140 | $ 168.00 | …; organize and update master pleadings files and folders (1.2). |
| 8/17/2007 | S Rein | 3.3 | $175 | $ 577.50 | Review, analyze, organize and file discovery materials (3.3);… |
| 8/17/2007 | E Malloy | 1.5 | $140 | $ 210.00 | …; update expert witness files (1.5). |
| 8/18/2007 | D Rooney | 0.5 | $225 | $ 112.50 | …; review, analyze and update third party discovery files (.5). |
| 8/18/2007 | E Malloy | 0.7 | $140 | $ 98.00 | …; update expert witness files (.7). |
| 8/20/2007 | S Rein | 1 | $175 | $ 175.00 | …; review, analyze, organize and file materials (1.0). |
| 8/20/2007 | A Patela | 2.7 | $140 | $ 378.00 | Review and update daily correspondence files (2.7);… |
| 8/21/2007 | S Rein | 3.5 | $175 | $ 612.50 | …; review, analyze, organize and file materials (3.5);… |
| 8/22/2007 | S Rein | 2.3 | $175 | $ 402.50 | …; review, analyze, organize and file materials (2.3). |
| 8/28/2007 | S Rein | 3 | $175 | $ 525.00 | …; review, analyze, organize and file materials (3.0);… |
| 8/29/2007 | S Rein | 2.3 | $175 | $ 402.50 | …; review, analyze, organize and file materials (2.3). |
| 8/30/2007 | S Rein | 2 | $175 | $ 350.00 | …; review, analyze, organize and file materials (2.0). |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 8/8/2007 | T Stansbury | 2 | $190 | $380.00 | …; update case files (2.0);… |
| 8/9/2007 | T Stansbury | 1.8 | $190 | $342.00 | …; update expert and witness files (1.8);… |
| 8/10/2007 | T Stansbury | 2.5 | $190 | $475.00 | Prepare and update expert and witness files. |
| 8/14/2007 | T Stansbury | 1.5 | $190 | $285.00 | …; update case files (1.5). |
| 8/16/2007 | T Stansbury | 2.5 | $190 | $475.00 | …; update case files (2.5). |
| 8/17/2007 | T Stansbury | 3.5 | $190 | $665.00 | …; update case files (3.5). |
| 8/20/2007 | T Stansbury | 2.3 | $190 | $437.00 | Update case files (2.3);… |
| 9/4/2007 | B Portillo | 2.4 | $145 | $348.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.4);… |
| 9/7/2007 | B Portillo | 2.1 | $145 | $304.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.1);… |
| 9/10/2007 | B Portillo | 0.9 | $145 | $130.50 | Review, analyze, organize and enter correspondence into central files database (.9);… |
| 9/11/2007 | B Portillo | 1.6 | $145 | $232.00 | …: review, analyze, organize and enter correspondence into central files database and update central files (1.60). |
| 9/12/2007 | B Portillo | 2.7 | $145 | $391.50 | …: review, analyze, organize and enter correspondence into central files database and update central files (2.7). |
| 9/13/2007 | B Portillo | 2.1 | $145 | $304.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.1);… |
| 9/18/2007 | B Portillo | 1.9 | $145 | $275.50 | …; review, analyze, organize and enter correspondence into central files database (1.9);… |
| 9/19/2007 | B Portillo | 2.4 | $145 | $348.00 | …; review, analyze, organize and enter correspondence into central files databae and update central files (2.4);… |
| 9/20/2007 | B Portillo | 2.2 | $145 | $319.00 | …; review, analyze, organize and enter correspondence into cnetral files database and update central files (2.2);… |
| 9/21/2007 | B Portillo | 2.6 | $145 | $377.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.6);… |
| 9/24/2007 | B Portillo | 1.3 | $145 | $188.50 | Review, analyze, organize and enter correspondence into central files database and update central files (1.3);… |
| 9/25/2007 | B Portillo | 0.9 | $145 | $130.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (.9);… |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 9/26/2007 | B Portillo | 1.2 | $145 | $ 174.00 | …; review, analyze, organize and enter corresondence into central files database and update central files (1.2). |
| 9/27/2007 | B Portillo | 2.3 | $145 | $ 333.50 | …; review, analyze, organize and enter corresondence into central files database and update central files (2.3);… |
| 9/28/2007 | B Portillo | 0.6 | $145 | $ 87.00 | …; review, analyze, organize and enter correspondence into central files database (.6);… |
| 9/4/2007 | A Patela | 1 | $140 | $ 140.00 | …; review and update master pleading file and folders (1.0);… |
| 9/6/2007 | S Rein | 2.5 | $175 | $ 437.50 | Review, analyze, organize and file materials (2.5);… |
| 9/6/2007 | A Patela | 3 | $140 | $ 420.00 | …; analyze, update and organize master pleadings and correspondence file and folders (3.0). |
| 9/7/2007 | S Rein | 3 | $175 | $ 525.00 | …; review, analyze, organize and file materials (3.0). |
| 9/10/2007 | S Rein | 1.5 | $175 | $ 262.50 | …; review, analyze, organize and file materials (1.5);… |
| 9/11/2007 | S Rein | 2.5 | $175 | $ 437.50 | …; review, analyze, organize and file materials (2.5). |
| 9/13/2007 | S Rein | 3.5 | $175 | $ 612.50 | …; review, analyze, organize and file materials (3.5). |
| 9/13/2007 | A Patela | 2 | $140 | $ 280.00 | …; review and update master correspondence and pleadings files and folders (2.0). |
| 9/14/2007 | S Rein | 2.5 | $175 | $ 437.50 | …; review, analyze, organize and file materials (2.5). |
| 9/14/2007 | A Patela | 3.5 | $140 | $ 490.00 | …; review, analyze and update master pleadings and corresondence files and folders (3.5);… |
| 9/17/2007 | S Rein | 2 | $175 | $ 350.00 | …; review, analyze, organize and file materials (2.0). |
| 9/18/2007 | S Rein | 2.5 | $175 | $ 437.50 | …; review, analyze, organize and file materials (2.5). |
| 9/20/2007 | S Rein | 3 | $175 | $ 525.00 | …; review, analyze, organize and file materials (3.0). |
| 9/20/2007 | A Patela | 3 | $140 | $ 420.00 | …; update master correspondence and pleadings file and folders (3.0). |
| 9/25/2007 | S Rein | 3.5 | $175 | $ 612.50 | …; review, analyze, organize and file materials (3.5);… |
| 9/25/2007 | A Patela | 1.5 | $140 | $ 210.00 | …; updates master pleadings file and folder (1.5). |
| 9/26/2007 | S Rein | 3.5 | $175 | $ 612.50 | …; review, analyze, organize and file materials (3.5);… |
| 9/26/2007 | A Patela | 1 | $140 | $ 140.00 | …; update master pleading files and folders (1.0). |
| 9/27/2007 | S Rein | 2.5 | $175 | $ 437.50 | Review, analyze, organize and file materials (2.5);… |
| 9/28/2007 | S Rein | 1 | $175 | $ 175.00 | …; review, analyze, organize and file materials (1.0). |

**EXHIBIT "A"**

| 9/28/2007 | A Patela | 3.5 | $140 | $ | 490.00 | …; organize and update master pleadings files and folders (3.5). |
|---|---|---|---|---|---|---|
|  |  | **273.6** |  | **$** | **42,622.50** |  |