**EXHIBIT "A1"**
**B Portillo**

|    | A         | B         | C   | D     | E   |        | F                                                                                                         |
|----|-----------|-----------|-----|-------|-----|--------|-----------------------------------------------------------------------------------------------------------|
| 1  | 7/5/2007  | B Portillo | 1.9 | $145  | $   | 275.50 | …; review, analyze, organize and enter correspondence into the central files database (1.9);…             |
| 2  | 7/9/2007  | B Portillo | 2.9 | $145  | $   | 420.50 | …; review, analyze, organize and enter correspondence into the central files database (2.9).              |
| 3  | 7/10/2007 | B Portillo | 2.7 | $145  | $   | 391.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.7). |
| 4  | 7/12/2007 | B Portillo | 2.7 | $145  | $   | 391.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.7). |
| 5  | 7/13/2007 | B Portillo | 2.2 | $145  | $   | 319.00 | Review, analyze, organize and enter correspondence into central files database and update central files (2.2);… |
| 6  | 7/16/2007 | B Portillo | 3.4 | $145  | $   | 493.00 | Review, analyze, organize and enter correspondence into central files database (3.4);… |
| 7  | 7/17/2007 | B Portillo | 2.1 | $145  | $   | 304.50 | …; review, analyze, organize and enter correspondence into central files database (2.1). |
| 8  | 7/18/2007 | B Portillo | 2.4 | $145  | $   | 348.00 | Review, analyze, organize and enter correspondence into central files database and update correspondence (2.4);… |
| 9  | 7/19/2007 | B Portillo | 0.9 | $145  | $   | 130.50 | Review, analyze, organize and enter correspondence into central files database and update central files (.9);… |
| 10 | 7/20/2007 | B Portillo | 2.3 | $145  | $   | 333.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.3);… |
| 11 | 7/23/2007 | B Portillo | 1.6 | $145  | $   | 232.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.6). |

**EXHIBIT "A1"**
**B Portillo**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 12 | 7/25/2007 | B Portillo | 1.4 | $145 | $ 203.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.4);… |
| 13 | 7/26/2007 | B Portillo | 1.1 | $145 | $ 159.50 | Review, analyze, organize and enter correspondence into central files database and update central files (1.1);… |
| 14 | 7/27/2007 | B Portillo | 1.7 | $145 | $ 246.50 | …; review, analyze, organize and enter correspondence into central files database (1.7);… |
| 15 | 7/30/2007 | B Portillo | 1.2 | $145 | $ 174.00 | …; review, analyze, organize and enter correspondence into the central files database (1.2). |
| 16 | 8/1/2007 | B Portillo | 2.3 | $145 | $ 333.50 | …; review, analyze, organize and enter correspondence into central files database (2.3);… |
| 17 | 8/2/2007 | B Portillo | 0.8 | $145 | $ 116.00 | review, analyze, organize and enter correspondence into central files database (.8). |
| 18 | 8/3/2007 | B Portillo | 0.9 | $145 | $ 130.50 | …; review, analyze, organize and enter correspondence into central files database (.9);… |
| 19 | 8/7/2007 | B Portillo | 1.1 | $145 | $ 159.50 | Review, analyze, organize and enter correspondence into central files database. |
| 20 | 8/8/2007 | B Portillo | 2.1 | $145 | $ 304.50 | …; review, analyze organize and enter correspondence into central files database and update central files (2.1). |
| 21 | 8/9/2007 | B Portillo | 2.8 | $145 | $ 406.00 | …; review, analyze, organize and enter correspondence into the central files database (2.8). |
| 22 | 8/10/2007 | B Portillo | 1.8 | $145 | $ 261.00 | …; review, organize and enter correspondence into central files database (1.8);… |

**EXHIBIT "A1"**
**B Portillo**

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 23 | 8/14/2007 | B Portillo | 1.4 | $145 | $ 203.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.4). |
| 24 | 8/15/2007 | B Portillo | 3.1 | $145 | $ 449.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (3.1). |
| 25 | 8/16/2007 | B Portillo | 1.1 | $145 | $ 159.50 | Review, analyze, organize and enter correspondence into central files database. |
| 26 | 8/20/2007 | B Portillo | 2.2 | $145 | $ 319.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.2);… |
| 27 | 8/21/2007 | B Portillo | 0.9 | $145 | $ 130.50 | Review, analyze, organize and enter correspondence into central files database and update central files. |
| 28 | 8/22/2007 | B Portillo | 2.2 | $145 | $ 319.00 | Review, analyze, organize and enter correspondence into central files database and update central files (2.2);… |
| 29 | 8/23/2007 | B Portillo | 1.1 | $145 | $ 159.50 | Review, analyze, organize and enter correspondence into central files database. |
| 30 | 8/24/2007 | B Portillo | 2.1 | $145 | $ 304.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.1);… |
| 31 | 8/27/2007 | B Portillo | 1.1 | $145 | $ 159.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.1). |
| 32 | 8/28/2007 | B Portillo | 2.1 | $145 | $ 304.50 | …; review, analyze, organize and enter correspondence into the central files database and update central files (2.1);… |

**EXHIBIT "A1"**
**B Portillo**

|    | A         | B         | C   | D    | E | F |
|----|-----------|-----------|-----|------|---|---|
| 33 | 8/29/2007 | B Portillo | 1.9 | $145 | $ 275.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.9);… |
| 34 | 8/30/2007 | B Portillo | 1.1 | $145 | $ 159.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (1.1);… |
| 35 | 8/31/2007 | B Portillo | 0.8 | $145 | $ 116.00 | …; review, analyze, organize and enter correspondence into central files database (.8);... |
| 36 | 9/4/2007  | B Portillo | 2.4 | $145 | $ 348.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.4);… |
| 37 | 9/7/2007  | B Portillo | 2.1 | $145 | $ 304.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.1);… |
| 38 | 9/10/2007 | B Portillo | 0.9 | $145 | $ 130.50 | Review, analyze, organize and enter correspondence into central files database (.9);… |
| 39 | 9/11/2007 | B Portillo | 1.6 | $145 | $ 232.00 | …: review, analyze, organize and enter correspondence into central files database and update central files (1.60). |
| 40 | 9/12/2007 | B Portillo | 2.7 | $145 | $ 391.50 | …: review, analyze, organize and enter correspondence into central files database and update central files (2.7). |
| 41 | 9/13/2007 | B Portillo | 2.1 | $145 | $ 304.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.1);… |
| 42 | 9/18/2007 | B Portillo | 1.9 | $145 | $ 275.50 | …; review, analyze, organize and enter correspondence into central files database (1.9);… |

**EXHIBIT "A1"**
**B Portillo**

|    | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 43 | 9/19/2007 | B Portillo | 2.4 | $145 | $ 348.00 | …; review, analyze, organize and enter correspondence into central files databae and update central files (2.4);… |
| 44 | 9/20/2007 | B Portillo | 2.2 | $145 | $ 319.00 | …; review, analyze, organize and enter correspondence into cnetral files database and update central files (2.2);… |
| 45 | 9/21/2007 | B Portillo | 2.6 | $145 | $ 377.00 | …; review, analyze, organize and enter correspondence into central files database and update central files (2.6);… |
| 46 | 9/24/2007 | B Portillo | 1.3 | $145 | $ 188.50 | Review, analyze, organize and enter correspondence into central files database and update central files (1.3);… |
| 47 | 9/25/2007 | B Portillo | 0.9 | $145 | $ 130.50 | …; review, analyze, organize and enter correspondence into central files database and update central files (.9);… |
| 48 | 9/26/2007 | B Portillo | 1.2 | $145 | $ 174.00 | …; review, analyze, organize and enter corresondence into central files database and update central files (1.2). |
| 49 | 9/27/2007 | B Portillo | 2.3 | $145 | $ 333.50 | …; review, analyze, organize and enter corresondence into central files database and update central files (2.3);… |
| 50 | 9/28/2007 | B Portillo | 0.6 | $145 | $ 87.00 | …; review, analyze, organize and enter correspondence into central files database (.6);… |
| 51 |   |   | **90.6** | **$145** | **$ 13,137.00** |   |
| 52 |   |   |   |   |   |   |
| 53 |   |   | 90.6 | $80 | $ 7,248.00 |   |
| 54 |   |   |   |   |   |   |
| 55 |   |   |   |   | **$5,889.00** |   |

**EXHIBIT "A1"**
**K Sanchez**

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 1  | 7/2/2007  | K Sanchez   | 2   | $140 | $ 280.00 | Review, analyze and update pleading files (2.0);… | | | |
| 2  | 7/3/2007  | K Sanchez   | 1.5 | $140 | $ 210.00 | Review and update pleading files (1.5);… | | | |
| 3  | 7/5/2007  | K Sanchez   | 3   | $140 | $ 420.00 | Review and update pleading files (2.0); review and update correspondence files (1.0);… | | | |
| 4  | **7/6/2007**  | **K Sanchez** | **2.5** | **$140** | **$ 350.00** | **…; review and update third-party files (2.5);…** | **2.5** | **$140** | **$ 350.00** |
| 5  | 7/11/2007 | K Sanchez   | 2   | $140 | $ 280.00 | Review and update pleading files (1.5); review and update correspondence files (.5);… | | | |
| 6  | 7/12/2007 | K Sanchez   | 3   | $140 | $ 420.00 | Review and update pleading files (2.0); review and update correspondence files (1.0);… | | | |
| 7  | 7/16/2007 | K Sanchez   | 1.5 | $140 | $ 210.00 | Review and update pleading files (1.5);… | | | |
| 8  | 7/17/2007 | K Sanchez   | 4   | $140 | $ 560.00 | Review and update pleading files (2.0); review an update correspondence files (1.0); review and update billing files (1.0);... | | | |
| 9  | 7/18/2007 | K Sanchez   | 1   | $140 | $ 140.00 | …: review and update correspondence files (1.0);… | | | |
| 10 | 7/19/2007 | K Sanchez   | 2   | $140 | $ 280.00 | Review and update pleading files (2.0);… | | | |
| 11 | 7/20/2007 | K Sanchez   | 3.5 | $140 | $ 490.00 | Review and update pleading files (2.0); review and update correspondence files (1.5);… | | | |
| 12 | 7/23/2007 | K Sanchez   | 7   | $140 | $ 980.00 | Review and update pleading files (2.0); review and update correspondence files (2.0); **review and update doctors and screeners electronic files (3.0).** | 3 | $140 | $ 420.00 |
| 13 | 7/24/2007 | K Sanchez   | 5.5 | $140 | $ 770.00 | Review and update pleading files (2.0); review and update correspondence files (1.5);…; **review and update third-party files (2.0).** | 2 | $140 | $ 280.00 |
| 14 | 7/26/2007 | K Sanchez   | 2   | $140 | $ 280.00 | …; review and update pleading files (1.5); review and update billing files (.5);… | | | |
| 15 | 7/27/2007 | K Sanchez   | 1.5 | $140 | $ 210.00 | Review and update pleading files (1.5);… | | | |

EXHIBIT "A1"
K Sanchez

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 7/30/2007 | K Sanchez | 4 | $140 | $ 560.00 | Review and update pleading files (2.0);…; review and update correspondence files (1.0); review and update hearing transcript files (1.0);… | | | |
| 17 | 7/31/2007 | K Sanchez | 5 | $140 | $ 700.00 | Review and update pleading files (1.0); review and update correspondence files (1.0); **review and update files re doctors and screening companies (3.0).** | 3 | $140 | $ 420.00 |
| 18 | | | **51** | $140 | $ **7,140.00** | | 10.5 | | $ 1,470.00 |
| 19 | | | -10.5 | | ($1,470.00) | | | | |
| 20 | | | **40.5** | $140 | $ **5,670.00** | | | | |
| 21 | | | | | | | | | |
| 22 | | | 40.5 | $80 | $ 3,240.00 | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | $2,430.00 | | | | |

**EXHIBIT "A1"**
**Malloy and Rooney**

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 8/17/2007 | E Malloy | 1.5 | $140 | $ 210.00 | …; update expert witness files (1.5). |
| 2 | 8/18/2007 | E Malloy | 0.7 | $140 | $ 98.00 | …; update expert witness files (.7). |
| 3 | 8/18/2007 | D Rooney | 0.5 | $225 | $ 112.50 | …; review, analyze and update third party discovery files (.5). |
| 4 |   |   | **2.7** |   | **$ 420.50** |   |

**EXHIBIT "A1"**
**S Rein**

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 7/12/2007 | S Rein | 2 | $175 | $ 350.00 | …; review, organize and file materials (2.0). |
| 2 | 7/13/2007 | S Rein | 3 | $175 | $ 525.00 | …; review, organize and file materials (3.0). |
| 3 | 7/18/2007 | S Rein | 3 | $175 | $ 525.00 | ..; review, organize and file materials (3.0). |
| 4 | 7/19/2007 | S Rein | 6 | $175 | $ 1,050.00 | …; review, organize and file materials (6.0);… |
| 5 | 8/2/2007 | S Rein | 4 | $175 | $ 700.00 | …; review, analyze, organize and file materials (4.0);… |
| 6 | 8/6/2007 | S Rein | 3.5 | $175 | $ 612.50 | Review, analyze, organize, and file materials (3.5);… |
| 7 | 8/7/2007 | S Rein | 1 | $175 | $ 175.00 | Review, analyze, organize and file materials re estimation (1.0);… |
| 8 | 8/8/2007 | S Rein | 3.6 | $175 | $ 630.00 | …; review, analyze, organize and file materials (3.6);… |
| 9 | 8/9/2007 | S Rein | 4.8 | $175 | $ 840.00 | …; review analyze, organize and file materials (4.8);… |
| 10 | 8/13/2007 | S Rein | 1 | $175 | $ 175.00 | …; review, analyze, organize and file materials (1.0). |
| 11 | 8/15/2007 | S Rein | 2.2 | $175 | $ 385.00 | …; review, analyze, organize and file materials (2.2). |
| 12 | 8/16/2007 | S Rein | 2.3 | $175 | $ 402.50 | …; review, analyze, organize and file materials (2.3);… |
| 13 | 8/17/2007 | S Rein | 3.3 | $175 | $ 577.50 | Review, analyze, organize and file discovery materials (3.3);… |
| 14 | 8/20/2007 | S Rein | 1 | $175 | $ 175.00 | …; review, analyze, organize and file materials (1.0). |
| 15 | 8/21/2007 | S Rein | 3.5 | $175 | $ 612.50 | …; review, analyze, organize and file materials (3.5);… |
| 16 | 8/22/2007 | S Rein | 2.3 | $175 | $ 402.50 | …; review, analyze, organize and file materials (2.3). |
| 17 | 8/28/2007 | S Rein | 3 | $175 | $ 525.00 | …; review, analyze, organize and file materials (3.0);… |
| 18 | 8/29/2007 | S Rein | 2.3 | $175 | $ 402.50 | …; review, analyze, organize and file materials (2.3). |

**EXHIBIT "A1"**
**S Rein**

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 19 | 8/30/2007 | S Rein | 2 | $175 | $ 350.00 | …; review, analyze, organize and file materials (2.0). |
| 20 | 9/6/2007 | S Rein | 2.5 | $175 | $ 437.50 | Review, analyze, organize and file materials (2.5);… |
| 21 | 9/7/2007 | S Rein | 3 | $175 | $ 525.00 | …; review, analyze, organize and file materials (3.0). |
| 22 | 9/10/2007 | S Rein | 1.5 | $175 | $ 262.50 | …; review, analyze, organize and file materials (1.5);… |
| 23 | 9/11/2007 | S Rein | 2.5 | $175 | $ 437.50 | …; review, analyze, organize and file materials (2.5). |
| 24 | 9/13/2007 | S Rein | 3.5 | $175 | $ 612.50 | …; review, analyze, organize and file materials (3.5). |
| 25 | 9/14/2007 | S Rein | 2.5 | $175 | $ 437.50 | …; review, analyze, organize and file materials (2.5). |
| 26 | 9/17/2007 | S Rein | 2 | $175 | $ 350.00 | …; review, analyze, organize and file materials (2.0). |
| 27 | 9/18/2007 | S Rein | 2.5 | $175 | $ 437.50 | …; review, analyze, organize and file materials (2.5). |
| 28 | 9/20/2007 | S Rein | 3 | $175 | $ 525.00 | …; review, analyze, organize and file materials (3.0). |
| 29 | 9/25/2007 | S Rein | 3.5 | $175 | $ 612.50 | …; review, analyze, organize and file materials (3.5);… |
| 30 | 9/26/2007 | S Rein | 3.5 | $175 | $ 612.50 | …; review, analyze, organize and file materials (3.5);… |
| 31 | 9/27/2007 | S Rein | 2.5 | $175 | $ 437.50 | Review, analyze, organize and file materials (2.5);… |
| 32 | 9/28/2007 | S Rein | 1 | $175 | $ 175.00 | …; review, analyze, organize and file materials (1.0). |
| 33 |   |   | **87.3** |   | **$ 15,277.50** |   |

**EXHIBIT "A1"**
**A Patela**

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 1  | 7/6/2007  | A Patela | 2   | $140 | $ 280.00 | …; review and update master pleadings file (2.0). |
| 2  | 8/16/2007 | A Patela | 1.2 | $140 | $ 168.00 | …; organize and update master pleadings files and folders (1.2). |
| 3  | 8/20/2007 | A Patela | 2.7 | $140 | $ 378.00 | Review and update daily correspondence files (2.7);… |
| 4  | 9/4/2007  | A Patela | 1   | $140 | $ 140.00 | …; review and update master pleading file and folders (1.0);… |
| 5  | 9/6/2007  | A Patela | 3   | $140 | $ 420.00 | …; analyze, update and organize master pleadings and correspondence file and folders (3.0). |
| 6  | 9/13/2007 | A Patela | 2   | $140 | $ 280.00 | …; review and update master correspondence and pleadings files and folders (2.0). |
| 7  | 9/14/2007 | A Patela | 3.5 | $140 | $ 490.00 | …; review, analyze and update master pleadings and correspondence files and folders (3.5);… |
| 8  | 9/20/2007 | A Patela | 3   | $140 | $ 420.00 | …; update master correspondence and pleadings file and folders (3.0). |
| 9  | 9/25/2007 | A Patela | 1.5 | $140 | $ 210.00 | …; updates master pleadings file and folder (1.5). |
| 10 | 9/26/2007 | A Patela | 1   | $140 | $ 140.00 | …; update master pleading files and folders (1.0). |
| 11 | 9/28/2007 | A Patela | 3.5 | $140 | $ 490.00 | …; organize and update master pleadings files and folders (3.5). |
| 12 |   |   | **24.4** |   | **$ 3,416.00** |   |
| 13 |   |   |      |   |              |   |
| 14 |   |   | 24.4 | $80 | $ 1,952.00   |   |
| 15 |   |   |      |   |              |   |
| 16 |   |   |      |   | **$1,464.00** |   |

**EXHIBIT "A1"**
**T Stansbury**

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 8/8/2007 | T Stansbury | 2 | $190 | $ 380.00 | …; update case files (2.0);… |
| 2 | 8/9/2007 | T Stansbury | 1.8 | $190 | $ 342.00 | …; update expert and witness files (1.8);… |
| 3 | 8/10/2007 | T Stansbury | 2.5 | $190 | $ 475.00 | Prepare and update expert and witness files. |
| 4 | 8/14/2007 | T Stansbury | 1.5 | $190 | $ 285.00 | …; update case files (1.5). |
| 5 | 8/16/2007 | T Stansbury | 2.5 | $190 | $ 475.00 | …; update case files (2.5). |
| 6 | 8/17/2007 | T Stansbury | 3.5 | $190 | $ 665.00 | …; update case files (3.5). |
| 7 | 8/20/2007 | T Stansbury | 2.3 | $190 | $ 437.00 | Update case files (2.3);… |
| 8 |   |   | **16.1** |   | **$ 3,059.00** |   |

**EXHIBIT "A1"**
**C Tyler**

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 7/23/2007 | C Tyler | 1.5 | $115 | $ 172.50 | …; review and update litigation files (1.5);… |
| 2 |   |   | **1.5** |   | **$ 172.50** |   |
| 3 |   |   |   |   |   |   |
| 4 |   |   | 1.5 | $80 | $ 120.00 |   |
| 5 |   |   |   |   |   |   |
| 6 |   |   |   |   | **$52.50** |   |