IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors, | ) | |

## WITHDRAWAL OF APPEARANCE OF DAVID E. MENDELSON

To the Clerk of Court:

Please withdraw my appearance as counsel on behalf of W.R Grace & Co. and its affiliated companies ("Debtors"). Kirkland & Ellis LLP and Pachulski Stang Ziehl & Jones LLP will remain as counsel for Debtors.

Dated: February 26, 2008

Respectfully submitted,

/s/ David E. Mendelson
David E. Mendelson (admitted pro hac vice)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (facsimile)

ATTORNEY FOR DEBTORS

DOCS_DE:135648.1