



200 Clarendon Street
27th Floor
Boston, MA 02116-5021
+1 617 728 7100  Main
+1 617 426 6567  Fax
www.dechert.com

2008 FEB 25  AM 9: 35

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

BERNARD J. BONN III

bernard.bonn@dechert.com
+1 617 728 7143  Direct
+1 617 275 8383  Fax

February 20, 2008

**VIA FIRST CLASS MAIL**

U.S. Bankruptcy Court
ATTN: Claims Department
824 Market Street, 5th Floor
Wilmington, DE 19801

Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Avenue
Fairbault, MN 55021

David M. Bernick, P.C.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Patricia Cuniff, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Fl.
P.O. Box 8705
Wilmington, DE 19899

The BMC Group, Inc.
Attn: Martha Araki
1330 E. Franklin Avenue
El Segundo, CA 90245

Re:  <u>W.R. Grace & Co., et al., Case No. 01-1139</u>

Dear Sir or Madam:

Please take notice that Bernard J. Bonn III, Matthew A. Porter and Dechert LLP no longer represent creditor LabVantage Solutions, Inc. in this matter and request that they be removed from all service lists and that all future service of court filings and orders as well as all future correspondence for creditor LabVantage be sent to the following:

> Fred DaVeiga
> Chief Financial Administrative Officer
> LabVantage Solutions, Inc.
> 1160 U.S. Highway 22 East
> Bridgewater, NJ 08807
> Tel: (908) 707-4100
> Fax: (908) 707-1179
> **fdaveiga@lims.com**

Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton  San Francisco  Washington DC
Brussels  London  Luxembourg  Munich  Paris



February 20, 2008
Page 2

Thank you for your attention to this matter.

Sincerely,

Bernard J. Bonn III

BJB/kld

cc: Matthew A. Porter, Esq.
Fred DaVeiga, Esq.