IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>W.R. GRACE & CO<br><br>("the Debtors") | In proceedings for Reorganization under Chapter 11<br><br>Case No. SA 01-01139 (JFK)  Jointly Administered<br><br><br><br><br><br>Claim No.: <u>Sched F</u> |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, PUMPTEK, IN THE AMOUNT OF $5,538.06, TO VONWIN CAPITAL MANAGEMENT, L.P.**

**To Transferor:**    Pumptek
ATT: Timothy Marklay
7275 Edington Drive
Cincinnati, OH 45249

PLEASE TAKE NOTICE that the transfer of $5,538.06 of the above-captioned general unsecured claim has been transferred to:

**Transferee:**    VonWin Capital Management, L.P.
Attn:  Roger Von Spiegel, Managing Director
60 Madison Avenue, Suite 201
New York, NY 10010

The evidence of transfer of claim is attached hereto.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2008.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Ch-11 W.R. Grace

Debtor

Case No. 01-01139

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of PUMPTEK ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Claim No |
| --- | --- |
| $5,538.06 | Schedule F |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   60 Madison Avenue, Suite 201
           New York, NY 10010
Signature: _____
Name:      Roger Von Spiegel
Title:     Managing Director
Date:      _____

ASSIGNOR: PUMPTEK
Address:   7275 EDINGTON DRIVE
           CINCINNATI, OH 45249
Signature: _____
Name:      TIMOTHY E. MARKLAY
Title:     PARTNER
Date:      02/22/08

| | | | |
|---|---|---|---|
| 1428907 - 10321554<br>PULASKI THOMAS<br>Attn ROBERT TAYLOR II<br>c/o TAYLLOR CIRE<br>ONE ALLEN CENTER<br>500 DALLAS SUITE 3400<br>HOUSTON    TX  77002 | ASBESTOS CLAIM | Contingent,<br>Disputed | $2,200.00 |
| 1677725 - 10323270<br>PULLEN JOHNNY P<br>c/o THE LAW FIRM OF LARRY NORRIS<br>101 FERGUSON STREET<br>PO BOX 8<br>HATTIESBURG    MS  39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,750.00 |
| 1550903 - 10317452<br>PULVA CORPORATION<br>P O BOX 427<br>SAXONBURG    PA  16056-0427 | TRADE PAYABLE | | $395.24 |
| 1104528 - 10320114<br>PUMP & VIBRATION CONSULTANTS INC<br>375 MARTIN WARD RD<br>TUNNEL HILL    GA  30755 | TRADE PAYABLE | | $440.00 |
| 1097704 - 10320584<br>PUMP PRO'S<br>P.O. BOX 640904<br>CINCINNATI    OH  45264-0904 | TRADE PAYABLE | | $6,949.75 |
| 1103050 - 10319885<br>PUMP PRO'S, INC.<br>4862 BUSINESS CENTER WAY<br>CINCINNATI    OH  45246 | TRADE PAYABLE | | $26.77 |
| 1563938 - 10318215<br>PUMP SPECIALTIES INC<br>9428 WEST 47TH ST<br>BROOKFIELD    IL  60513 | TRADE PAYABLE | | $893.85 |
| 1551675 - 10317530<br>PUMPING SYSTEMS INC<br>1100 VIJAY DR<br>ATLANTA    GA  30341 | TRADE PAYABLE | | $4,835.15 |
| 1691757 - 10319634<br>PUMPS & PROCESS EQUIPMENT INC | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $8,118.04 |
| 1101797 - 10319625<br>PUMPTEK<br>7275 EDINGTON DRIVE<br>CINCINNATI    OH  45249 | TRADE PAYABLE | | $5,538.06 |
| 1098583 - 10320710<br>PURA FLO<br>250 MEADOWFERN #110<br>HOUSTON    TX  77067 | TRADE PAYABLE | | $102.84 |
| 1069197 - 10069602<br>PURCELL CONSTRUCTION INC.<br>Attn KEITH E. COULTER ESQ.<br>2900 WESLAYAN<br>SUITE 375<br>HOUSTON    TX  77027 | GPC CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

