**EXHIBIT A**

|    | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1  | 4/2/2007  | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.3 | $70 | $ 21.00 |
| 2  | 4/2/2007  | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.3 | $70 | $ 21.00 |
| 3  | 4/4/2007  | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.2 | $70 | $ 14.00 |
| 4  | 4/6/2007  | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.4 | $70 | $ 28.00 |
| 5  | 4/6/2007  | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.4 | $70 | $ 28.00 |
| 6  | 4/9/2007  | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.2 | $70 | $ 14.00 |
| 7  | 4/11/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 1.5 | $70 | $ 105.00 |
| 8  | 4/12/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.5 | $70 | $ 35.00 |
| 9  | 4/13/2007 | Lecia Ross | Administrative Services | Administrative services for W.R. Grace | 0.5 | $70 | $ 35.00 |
| 10 | 5/18/2007 | Lecia Ross | Administrative Services | Administrative and Billing services | 3 | $70 | $ 210.00 |
| 11 | 5/21/2007 | Lecia Ross | Administrative Services | Administrative and Billing services | 0.5 | $70 | $ 35.00 |
| 12 | 5/25/2007 | Lecia Ross | Administrative Services | Administrative and Billing services | 0.5 | $70 | $ 35.00 |
| 13 | 6/1/2007  | Lecia Ross | Administrative Services | Administrative and Billing services | 1 | $70 | $ 70.00 |
| 14 | 6/4/2007  | Lecia Ross | Administrative Services | Administrative and Billing services | 0.5 | $70 | $ 35.00 |
| 15 | 6/7/2007  | Lecia Ross | Administrative Services | Administrative and Billing services | 0.3 | $70 | $ 21.00 |
| 16 | 6/25/2007 | Lecia Ross | Administrative Services | Administrative and Billing services | 0.3 | $70 | $ 21.00 |
| 17 | 6/27/2007 | Lecia Ross | Administrative Services | Administrative and Billing services | 0.2 | $70 | $ 14.00 |
| 18 | 7/17/2007 | Lecia Ross | Administrative Services | Timekeeping, and fee application preparation | 2.3 | $70 | $ 161.00 |
| 19 | 7/24/2007 | Lecia Ross | Administrative Services | Timekeeping, and fee application preparation | 0.3 | $70 | $ 21.00 |
| 20 | 7/24/2007 | Lecia Ross | Administrative Services | Timekeeping, and fee application preparation | 1.5 | $70 | $ 105.00 |
| 21 | 7/27/2007 | Lecia Ross | Administrative Services | Timekeeping, and fee application preparation | 0.2 | $70 | $ 14.00 |
| 22 | 8/1/2007  | Lecia Ross | Administrative Services | Timekeeping, and fee application preparation | 0.9 | $70 | $ 63.00 |
| 23 | 8/10/2007 | Lecia Ross | Administrative Services | Timekeeping, and fee application preparation | 0.2 | $70 | $ 14.00 |
| 24 | 8/15/2007 | Lecia Ross | Administrative Services | Timekeeping, and fee application preparation | 1 | $70 | $ 70.00 |
| 25 | 8/21/2007 | Lecia Ross | Administrative Services | Timekeeping, and fee application preparation | 0.3 | $70 | $ 21.00 |
| 26 |   |   |   |   | **17.3** |   | **$ 1,211.00** |