**EXHIBIT 2**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_071031**

**Period Ending** 10/31/2007

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Conference Call | $34.30 |
| Document Storage | $600.30 |
| PO Box Renewal | $630.00 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $125.60 |
| **Total** | **$2,840.20** |

*Wire payments may be sent to the following account:*

| | |
|---|---|
| BANK: | Citibank<br>15233 Ventura Blvd. 1st Floor<br>Sherman Oaks, CA 91403 |
| ABA/Routing#: | 322271724 |
| Account #: | 201381993 - BMC Group |
| Tax ID #: | 52-2083477 |

EXHIBIT 2

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_071130**

**Period Ending** 11/30/2007

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Conference Call | $55.20 |
| Document Storage | $600.30 |
| Notary | $2.00 |
| Postage/Shipping | $21.55 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $144.16 |
| **Total** | **$2,273.21** |

EXHIBIT 2

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_071231**

**Period Ending 12/31/2007**

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Conference Call | $44.91 |
| Document Storage | $600.30 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $53.92 |
| **Total** | **$2,149.13** |

*Tax ID #:*    *52-2083477*

EXHIBIT 2

BMC GROUP  
WR GRACE - EXPENSE DETAIL  
OCT-DEC 2007

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Expense Type | Date | Amount | Description |
|---|---|---|---|---|---|---|---|
| 21_071031 | WR Grace | BMC10, bmc | USPS | PO Box Renewal | 10/8/07 | $630.00 | P.O. Box#913 Renewal |
| 21_071031 | WR Grace | BMC10, bmc | Conference Call.com | Conference Call | 10/12/07 | $34.30 | Conference Call Inv# B1-1011435 |
| 21_071031 | WR Grace | BMC10, bmc | BMC | B-linx User Fee | 10/31/07 | $350.00 | B-linx User Fee |
| 21_071031 | WR Grace | BMC10, bmc | BMC | B-Linx/Data Storage | 10/31/07 | $850.00 | B-Linx/Data Storage |
| 21_071031 | WR Grace | BMC10, bmc | BMC | Website Hosting | 10/31/07 | $250.00 | Website Hosting |
| 21_071031 | WR Grace | BMC10, bmc | BMC | Document Storage | 10/31/07 | $600.30 | 414 boxes |
| 21_071031 | WR Grace | BMC10, BMC | BMC | Website Storage/Traffic | 10/31/07 | $125.60 | website traffic - 56 docs |
| 21_071130 | WR Grace | BMC10, BMC | Conference Call.com | Conference Call | 11/7/07 | $55.20 | Conf. Call.com Inv#B1-10437033 |
| 21_071130 | WR Grace | jmiller | UPS Store | Notary | 11/8/07 | $2.00 | Fee App 2007 |
| 21_071130 | WR Grace | BMC10, BMC | FEDEX | Postage/Shipping | 11/29/07 | $21.55 | no.792595101996  11/13/07 |
| 21_071130 | WR Grace | BMC, BMC | BMC | Website Hosting | 11/30/07 | $250.00 | Website Hosting |
| 21_071130 | WR Grace | BMC, BMC | BMC | B-Linx/Data Storage | 11/30/07 | $850.00 | B-Linx/Data Storage |
| 21_071130 | WR Grace | BMC10, BMC | BMC | B-linx User Fee | 11/30/07 | $350.00 | B-linx User Fee |
| 21_071130 | WR Grace | BMC10, BMC | BMC | Document Storage | 11/30/07 | $600.30 | 414 boxes |
| 21_071130 | WR Grace | BMC10, BMC | BMC | Website Storage/Traffic | 11/30/07 | $144.16 | Website traffic - 73 docs |
| 21_071231 | WR Grace | BMC10, BMC | ConferenceCall.com | Conference Call | 12/14/07 | $44.91 | Conference Call.com Inv. No. B1-10765469 |
| 21_071231 | WR Grace | BMC10, BMC | BMC | B-linx User Fee | 12/31/07 | $350.00 | B-linx User Fee |
| 21_071231 | WR Grace | BMC10, BMC | BMC | B-Linx/Data Storage | 12/31/07 | $850.00 | B-Linx/Data Storage |
| 21_071231 | WR Grace | BMC10, BMC | BMC | Document Storage | 12/31/07 | $600.30 | 141 boxes |
| 21_071231 | WR Grace | BMC10, BMC | BMC | Website Hosting | 12/31/07 | $250.00 | Website Hosting |
| 21_071231 | WR Grace | BMC10, BMC | BMC | Website Storage/Traffic | 12/31/07 | $53.92 | website traffic - 26 docs |
|  |  |  |  |  |  | $7,262.54 |  |

EXHIBIT 2

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice # 021-20071019-1 | 10/19/2007 | $27.17 |
| | Total | $27.17 |

Wire payments may be sent to the following account:

Bank: Citibank
Address: 15233 Ventura Blvd. 1st Floor, Sherman Oaks, CA 91403
ABA/Routing #: 322271724
Account #: 2013811993 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/19/2007
Invoice #: 021-20071019-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 17090 - Ord Dis Damage Claim | 1 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.41 each | $0.82 |
| | | | | USPS - MX/CA | 1 Piece @ $.60 each | $0.60 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | **Total Due:** | **$27.17** |

EXHIBIT 2
*Invoice Due Upon Receipt*

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20071221-1 | 12/21/2007 | $28.06 |
| | Total | $28.06 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/21/2007
Invoice #: 021-20071221-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 17643 - 18th Omni Order | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | **Total Due:** | **$28.06** |

EXHIBIT 2
*Invoice Due Upon Receipt*