IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Docket Nos. 17859, 18086, |
| | ) | |
| | ) | |

**ORDER AUTHORIZING THE FILING UNDER SEAL OF CONFIDENTIAL ANCILLARY AGREEMENTS EXECUTED IN SUPPORT OF STOCK PURCHASE AGEEEMENT BETWEEN THE DEBTORS AND CERATECH, INC.**

Pursuant to the Debtors' oral request for leave to file under seal the Ancillary Agreements to the final Stock Purchase Agreement between Debtors and CeraTech, Inc. dated February 21, 2008:

IT IS HEREBY ORDERED THAT:

The Debtors may file a copy of the final executed Stock Purchase Agreement, with the attached confidential Ancillary Agreements under seal.

Dated: February 25, 2008

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
U. S. Bankruptcy Judge

K&E 12494113.1