## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: March 20, 2008 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
### SEVENTY-NINTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/08/08 | (Subpoena) Follow up on e-mails regarding response to document demand. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 01/09/08 | (Subpoena)  E-mails and follow up regarding document production, including review pleadings and confer with K. Begley regarding same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 01/09/08 | Conferred with A. Marchetta regarding MPERS subpoena, including reviewing local rules on objecting to a subpoena and reviewing and revising draft of Debtor's Responses to MPERS subpoena | | |
| 3 | K. Begley | 1.7 | 399.50 |
| 01/15/08 | Follow up regarding information from B. Moffitt regarding letter to court from parties on status. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 01/17/08 | Attention to drafting fee application for December 2007. | | |
| 18 | K. Piper | 1.7 | 569.50 |
| 01/18/08 | Attention to drafting Quarterly Fee Application for the 27th Interim Period. | | |
| 18 | K. Piper | 1.8 | 603.00 |
| 01/22/08 | Review and revise DP's December, 2007 fee application. | | |
| 14 | S. Zuber | 0.3 | 144.00 |
| 01/22/08 | Review and revise DP's 4Q 2007 fee application. | | |
| 14 | S. Zuber | 0.3 | 144.00 |
| 01/22/08 | Preparation of audit letter insert re Grace Trenton. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |
| 01/22/08 | Attention to CNO for November of 2007. | | |
| 18 | K. Piper | 0.2 | 67.00 |
| 01/22/08 | Sent out audit survey; Prepared documents for each attorney of 2007 audit | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

letter inserts in preparation for revisions to same; Forwarded same to attorneys; Worked with attorneys regarding revisions to inserts and preparation of new inserts for 2008 audit letter.

| | | | | |
|---|---|---|---|---|
| 14 | | S. Parker | 1.5 | 225.00 |
| 01/23/08 | Second requests for response to audit survey; Worked with attorneys regarding responses to same and preparation of inserts for same. | | | |
| 14 | | S. Parker | 0.5 | 75.00 |
| 01/24/08 | Prepared draft audit letter; Forwarded same to A. Marchetta for review. | | | |
| 14 | | S. Parker | 1.1 | 165.00 |
| 01/25/08 | Review and revise audit letter response | | | |
| 14 | | M. Rave | 1.2 | 558.00 |
| 01/25/08 | Review information for fee auditor; response regarding same. | | | |
| 14 | | A. Marchetta | 0.2 | 124.00 |
| 01/25/08 | Revise December 2007 fee application and attention to filing of same. | | | |
| 18 | | K. Piper | 0.4 | 134.00 |
| 01/25/08 | Revise Quarterly Fee Application for the 27th Interim Period and attention to filing of same. | | | |
| 18 | | K. Piper | 0.5 | 167.50 |
| 01/25/08 | Prepared audit letter file in preparation for M. Rave's review of same; Worked with M. Rave regarding revisions to same; Implemented revisions to same; Attention to delivery of same to auditor via facsimile and first class mail, and to client via first class mail. | | | |
| 14 | | S. Parker | 1.2 | 180.00 |
| 01/28/08 | Attention to filing Quarterly Fee Application and Monthly Fee Application for December 2007. | | | |
| 18 | | K. Piper | 0.1 | 33.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 3 | 1.7 | 235.00 | 399.50 |
| A. Marchetta | 14 | 1.5 | 620.00 | 930.00 |
| S. Zuber | 14 | 0.6 | 480.00 | 288.00 |
| M. Rave | 14 | 1.2 | 465.00 | 558.00 |
| K. Piper | 18 | 4.7 | 335.00 | 1,574.50 |
| B. Moffitt | 3 | 0.8 | 400.00 | 320.00 |
| S. Parker | 14 | 4.3 | 150.00 | 645.00 |

3

|  | TOTAL | 14.8 | 4,715.00 |
|---|---|---|---|

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 01/01/08 3 | Review and comment on draft PSJ brief and supporting papers. W. Hatfield | 2.0 | 800.00 |
|---|---|---|---|
| 01/01/08 3 | Review draft NYS brief on reversing transaction on Teich property in Long Island. W. Hatfield | 0.5 | 200.00 |
| 01/02/08 14 | Address motion strategy issues. R. Rose | 0.3 | 148.50 |
| 01/02/08 3 | Memo and comments to draft motion to J. Borg with requested revisions to papers. W. Hatfield | 0.9 | 360.00 |
| 01/02/08 3 | Continue review of revised brief and edits to same. W. Hatfield | 2.0 | 800.00 |
| 01/02/08 3 | Revise/Finalize Notice of Petition for avoidance of fraudulent conveyance. J. Borg | 1.2 | 486.00 |
| 01/02/08 3 | Review/Analysis correspondence from W. Hatfield regarding Petition to avoid fraudulent conveyance. J. Borg | 0.2 | 81.00 |
| 01/02/08 3 | Preparation of correspondence to W. Hatfield regarding Petition to avoid fraudulent conveyance. J. Borg | 0.2 | 81.00 |
| 01/02/08 3 | Review and evaluate inclusion of additional case law to support certain legal arguments in the SJ brief. C. Otero | 0.6 | 219.00 |
| 01/03/08 14 | Review revised draft fraudulent conveyance complaint R. Rose | 0.6 | 297.00 |
| 01/03/08 3 | Revise draft statement of undisputed facts for PSJ motion. W. Hatfield | 1.1 | 440.00 |
| 01/03/08 3 | Revise preliminary statement, facts and argument sections of draft PSJ brief. W. Hatfield | 4.5 | 1,800.00 |

4

| 01/03/08 | Review reviews NYS motion papers and memo to J. Borg and R. Rose on same. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |

| 01/03/08 | Research case law explaining New Jersey Court Rule 4:42-2 in preparation of partial summary judgment brief. | | |
| 3 | H. Clayton | 2.8 | 658.00 |

| 01/04/08 | Review, edit and revise draft of Grace brief for partial summary judgment. | | |
| 14 | R. Rose | 2.9 | 1,435.50 |

| 01/04/08 | Address prejudgment interest issues and motion. | | |
| 3 | W. Hatfield | 0.5 | 200.00 |

| 01/04/08 | Address NYS fining issues on Teich motion. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |

| 01/04/08 | Revise/Finalize Notice of Petition for fraudulent conveyance by W. Teich and E. Teich. | | |
| 3 | J. Borg | 0.4 | 162.00 |

| 01/04/08 | Review/Analysis file regarding finalizing exhibits to same. | | |
| 3 | J. Borg | 0.7 | 283.50 |

| 01/04/08 | Preparation of correspondence to court  regarding filing of Petition. | | |
| 3 | J. Borg | 0.4 | 162.00 |

| 01/04/08 | Conduct additional legal research on NJ case law regarding certifying judgments as final pursuant to R.4:42-2 to include in legal argument in SJ brief. | | |
| 3 | C. Otero | 0.7 | 255.50 |

| 01/04/08 | Review and revise undisputed statement of facts and W. Hatfield Certification in support of partial SJ motion and review revised SJ brief. | | |
| 3 | C. Otero | 0.8 | 292.00 |

| 01/04/08 | Revise Proposed form of Order and Notice of Motion for Partial Summary Judgment. | | |
| 3 | H. Clayton | 0.7 | 164.50 |

| 01/05/08 | Further review of revision of draft brief. | | |
| 14 | R. Rose | 0.9 | 445.50 |

| 01/07/08 | Review revised brief and address prejudgment interest issues. | | |
| 3 | W. Hatfield | 2.1 | 840.00 |

5

| 01/07/08 | Review, revise and finalize brief; undisputed statement of facts; notice of motion, order and certification of B. Hatfield;  work on calculation of pre-judgment interest and incorporate totals into Order and Brief. | | |
| 3 | C. Otero | 4.1 | 1,496.50 |
| 01/08/08 | Review of all Grace papers in support of motion for partial summary judgment. | | |
| 14 | R. Rose | 0.7 | 346.50 |
| 01/08/08 | Address motion issues on citations to record and statement of facts. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 01/08/08 | Revise Undisputed Statement of Facts and Statement of Facts section of Brief in Support of Motion for Partial Summary Judgment to include citations to Appellate Division's Opinion. | | |
| 3 | H. Clayton | 2.7 | 634.50 |
| 01/09/08 | Final review and edit of Grace motion papers. | | |
| 14 | R. Rose | 1.3 | 643.50 |
| 01/09/08 | Address case issues on arguments on rulings. | | |
| 3 | W. Hatfield | 0.8 | 320.00 |
| 01/09/08 | Work with B. Rose on reviewing, revising, and finalizing SJ brief and all supporting papers for filing on January 10th. | | |
| 3 | C. Otero | 2.8 | 1,022.00 |
| 01/09/08 | Shepardize legal argument of summary judgment brief. | | |
| 3 | H. Clayton | 0.5 | 117.50 |
| 01/09/08 | Attention to service of motion papers; Tel. conf. w/ process server; Prepared letter to process server. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |
| 01/10/08 | Discuss final revisions to Grace papers for partial summary judgment with C. Otero and B. Hatfield; sign brief and moving papers. | | |
| 14 | R. Rose | 0.4 | 198.00 |
| 01/10/08 | Revisions to brief and statement of facts and certification and review of final documents for filing of PSJ brief. | | |
| 3 | W. Hatfield | 1.9 | 760.00 |
| 01/10/08 | Call with Shell counsel on status of settlement. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

6

| | | | |
|---|---|---|---|
| 01/10/08 | Finalize SJ brief and supporting papers for overnight delivery to court and adversaries. | | |
| 3 | C. Otero | 0.8 | 292.00 |
| 01/11/08 | Letter to client on PSJ motion and address motion papers. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 01/14/08 | Follow up with W. Hatfield re upcoming trial and strategy. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |
| 01/14/08 | Tel. call to Guaranteed Subpoena. | | |
| 3 | J. Spielberg | 0.1 | 33.50 |
| 01/15/08 | Tel. conf. w/ Nicole of Guaranteed Subpoena regarding status of service. | | |
| 3 | J. Spielberg | 0.2 | 67.00 |
| 01/16/08 | Address service issues on Teich and memos on same. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |
| 01/16/08 | Attention to status of service on Wallace and Edna Teich; Tel. conf. w/ Nicole at Guaranteed Subpoena; Prepared letter to L. Geron at Guaranteed Subpoena; Tel. conf. w/ L. Geron regarding Southampton, NY service. | | |
| 3 | J. Spielberg | 0.8 | 268.00 |
| 01/18/08 | Tel. confs. w/ Guaranteed Subpoena regarding NY service; Tel. conf. w/ J. Borg regarding status of service; Prepared Affidavits of Service for Wallace and Edna Teich. | | |
| 3 | J. Spielberg | 0.7 | 234.50 |
| 01/22/08 | Address audit issues. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |
| 01/22/08 | Numerous telephone conferences with J. Spielberg regarding service of process on W. and E. Teich and filing of Affidavits of Service regarding same. | | |
| 3 | J. Borg | 0.4 | 162.00 |
| 01/22/08 | Tel. confs. (3x) w/ Guaranteed Subpoena regarding status of Southampton service. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |
| 01/23/08 | Follow up on Teich service issues. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |
| 01/23/08 | Telephone conference with J. Spielberg regarding service of process on W. and E. Teich. | | |

7

| | | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 81.00 |

01/23/08   Tel. confs. w/ Guaranteed Subpoena regarding NY service and NJ service;
          Attention to NY Affidavit of Service.

| | | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.6 | 201.00 |

01/24/08   Call with M. Obradavich on status of motions against Weja and Teich;
          strategy for settlement prior to trial; trial date and witness issues for trial.

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.3 | 120.00 |

01/25/08   Telecomm from Weja counsel concerning Teich agreement to reconvey
          Hampton Property; address outline potential in limine motions to be filed.

| | | | |
|---|---|---|---|
| 14 | R. Rose | 0.9 | 445.50 |

01/25/08   Review information received on Weja case and follow up regarding strategy
          on same; arrangements for call with client regarding same.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 186.00 |

01/25/08   Address Teich NYS motion issues and memo to clients on same and NJ PSJ
          motion and strategy for pre trial limine motions.

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.8 | 320.00 |

01/25/08   Address proposed motions in limine against Weja and Richards; strategy on
          same and direct research and scope of work on assignments to associates on
          matter.

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 2.0 | 800.00 |

01/25/08   Work with R. Rose, W. Hatfield, C. Otero and J. Spielberg regarding
          strategy for drafting motions in limine.

| | | | |
|---|---|---|---|
| 3 | H. Clayton | 1.0 | 235.00 |

01/27/08   Conducted research for motion in limine.

| | | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.2 | 402.00 |

01/28/08   Review issues regarding conference call with client and strategy regarding
          information received.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

01/28/08   Review correspondence.

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.1 | 40.00 |

01/28/08   Continued to research case law regarding preclusion of expert witnesses and
          prepare motion in limine.

| | | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.8 | 603.00 |

01/29/08   Discuss status with W. Hatfield; telephone conference with client

8

| | | | |
|---|---|---|---|
| 14 | concerning same.<br>R. Rose | 0.7 | 346.50 |
| 01/29/08<br>14 | Follow up regarding conference call with client on strategy regarding settlement and trial.<br>A. Marchetta | 0.5 | 310.00 |
| 01/29/08<br>3 | Prepare for and participate in call with clients on PSJ motion; NYS motion and Teich offer; proposed motions in limine; pre-trial and trial issues and strategy for settlement.<br>W. Hatfield | 0.9 | 360.00 |
| 01/29/08<br>3 | Prepare confirming memo to clients.<br>W. Hatfield | 0.3 | 120.00 |
| 01/29/08<br><br>3 | Numerous telephone conferences with W. Hatfield and R. Rose regarding adjournment of return date of Petition for avoidance of fraudulent conveyance.<br>J. Borg | 0.3 | 121.50 |
| 01/29/08<br>3 | Prepared motion in limine regarding introduction of new expert witnesses.<br>J. Spielberg | 2.2 | 737.00 |
| 01/30/08<br>3 | Address motion argument issues.<br>W. Hatfield | 0.3 | 120.00 |
| 01/30/08<br><br>3 | Numerous telephone conferences with L. Single regarding submission of Petition for avoidance of fraudulent conveyance.<br>J. Borg | 0.3 | 121.50 |
| 01/30/08<br><br><br><br><br>3 | Draft procedural history and statement of facts brief points from partial summary judgment brief into motion in limine brief against Richards and Sunrich; Compose legal argument for motion in limine against Richards and Sunrich for cleanup costs associated with gas station operation between April 1981 and September 1982.<br>H. Clayton | 3.6 | 846.00 |
| 01/31/08<br>3 | Direct H. Clayton on drafting of motions in limine.<br>W. Hatfield | 0.5 | 200.00 |
| 01/31/08<br><br>3 | Numerous telephone conferences with L. Singer regarding Petition for avoidance of fraudulent conveyance.<br>J. Borg | 0.4 | 162.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER
TASK

9

| Timekeeper | CODE | HOURS | RATE | FEE |
|------------|------|-------|------|-----|
| H. Clayton | 3 | 11.3 | 235.00 | 2,655.50 |
| R. Rose | 14 | 8.7 | 495.00 | 4,306.50 |
| A. Marchetta | 14 | 1.4 | 620.00 | 868.00 |
| W. Hatfield | 3 | 23.9 | 400.00 | 9,560.00 |
| J. Borg | 3 | 4.7 | 405.00 | 1,903.50 |
| C. Otero | 3 | 9.8 | 365.00 | 3,577.00 |
| J. Spielberg | 3 | 8.2 | 335.00 | 2,747.00 |
| TOTAL | | 68.0 | | 25,617.50 |

Client: 430423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 LANDFILL CLOSURE ISSUES (GLOUCESTER)

| | | | |
|--|--|--|--|
| 12/10/07 | Call to A. Nagy on status of matter and K. Hov development; discuss deed notice and case issues; memo on same. | | |
| 3 | W. Hatfield | 0.4 | 156.00 |
| 01/08/08 | Address request by Pennoni on site documents. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |
| 01/09/08 | (Woolwich Landfill) Confer with W. Hatfield regarding document production issue with Pennoni. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 01/11/08 | (Woolwich Landfill) Follow up regarding document issues. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 01/11/08 | Address Pennoni request; memos to Pennoni and client on matter. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 01/14/08 | Prepare for and attend call with client and Pennoni on case status and request by Najarian for information. | | |
| 3 | W. Hatfield | 0.5 | 200.00 |
| 01/16/08 | Review memo from Pennoni on site status on survey and O&M; memo from client on deed notice. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |
| 01/24/08 | Call with M. Obradavich on case issues and NJDEP status; discuss deed notice draft document and closure approval; O&M at site; address issues on subdivision timing and deed notice. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 01/26/08 | Review file for NJDEP closure certification and approved closure and post closure plan and memo to clients on same; memo to M. Obradavic on deed | | |

10

|  |  |  |  |
|---|---|---|---|
| 3 | notice preparation and recording/filing issues.<br>W. Hatfield | 1.6 | 640.00 |
| 01/28/08<br>14 | Follow up regarding letter received from NJDEP and information for client.<br>A. Marchetta | 0.3 | 186.00 |
| 01/29/08<br>14 | Follow up regarding information on deed restrictions.<br>A. Marchetta | 0.2 | 124.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.4 | 620.00 | 868.00 |
| W. Hatfield | 3 | 3.7 | 400.00 | 1,476.00 |
| TOTAL | | 5.1 | | 2,344.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

|  |  |  |  |
|---|---|---|---|
| 01/02/08<br>14 | E-mails with co-defendants regarding status and with clients regarding summary of same for client.<br>A. Marchetta | 0.6 | 372.00 |
| 01/02/08<br>3 | Review e-mail from co-counsel re case status and respond.<br>B. Moffitt | 0.3 | 114.00 |
| 01/03/08<br>14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same.<br>S. Parker | 0.4 | 60.00 |
| 01/05/08<br>14 | E-mail and follow up regarding information for client.<br>A. Marchetta | 0.3 | 186.00 |
| 01/18/08<br>14 | Telephone call from Judge Bongiovanni's Chambers regarding status letter on bankruptcy; follow up with B. Moffitt regarding same.<br>A. Marchetta | 0.4 | 248.00 |
| 01/18/08<br>3 | Review e-mails re Judge Bongiovanni's request for status update; review prior update DLW/AJM.<br>B. Moffitt | 0.2 | 76.00 |
| 01/21/08<br>3 | Prepare letter to Judge Bongiovanni re case status and telephone call with A. Marchetta re same; e-mail to L. Sinanyan re same.<br>B. Moffitt | 0.4 | 152.00 |

11

| 01/22/08 | Follow up regarding letter to Judge Bongiovanni and information to DEP for approval to send to Judge. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 434.00 |

| 01/22/08 | Review e-mail from L. Sinanyan re case status and e-mail exchange with A. Marchetta re continued preparation of status update to Court. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

| 01/23/08 | Follow up with Deputy Attorney General regarding letter to court; status letter to Judge Bongiovanni. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 01/23/08 | Telephone call to and voice mail from DAG Dickinson re letter to Judge Bongiovanni re case status and follow up re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 114.00 |

| 01/29/08 | Telephone calls and conference with client regarding appeal status and request for information. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 310.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.9 | 620.00 | 1,798.00 |
| B. Moffitt | 3 | 1.4 | 380.00 | 532.00 |
| S. Parker | 14 | 0.4 | 150.00 | 60.00 |
| TOTAL | | 4.7 | | 2,390.00 |

12

# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## JANUARY 1, 2008 THROUGH JANUARY 31, 2008

Engagement Costs -- WEJA, INC.

| | | |
|---|---|---|
| 01/04/08 | VENDOR: CLERK OF COURT; INVOICE#: CLE010408A; DATE: 1/4/2008 - Request for Judicial Intervention[3] | 95.00 |
| 01/04/08 | VENDOR: CLERK OF COURT; INVOICE#: CLE010408B; DATE: 1/4/2008 - Index No. Fee[4] | 210.00 |
| 01/17/08 | VENDOR: GUARANTEED SUBPOENA SERVICE, INC.; INVOICE#: 20080110105833; DATE: 1/17/2008 - Notice of Petition, Verified Petition, Request for Judicial Intervention[5] | 54.95 |
| 01/17/08 | VENDOR: GUARANTEED SUBPOENA SERVICE, INC.; INVOICE#: 20080110105711; DATE: 1/17/2008 - Notice of Petition, Verified Petition, Request for Judicial Intervention[6] | 10.00 |
| | Photocopying | 698.00 |
| | Matter Total Engagement Cost | 1,067.95 |

---

[3] See Day Pitney LLP Check Request Form dated 12/19/07 attached hereto as Exhibit 1.

[4] See Day Pitney LLP Check Request Form dated 12/19/07 attached hereto as Exhibit 2.

[5] See Invoice # 20080110105833 from Guaranteed Subpoena Service, Inc. dated 1/17/2008 attached hereto as Exhibit 3.

[6] See Invoice # 20080110105177 from Guaranteed Subpoena Service, Inc. dated 1/17/2008 attached hereto as Exhibit 4.

13

# EXHIBIT 1



167555

# DAY PITNEY LLP

# CHECK REQUEST FORM

## ONE INVOICE OR SUPPORTING DOCUMENTATION PER CHECK REQUEST FORM

### *(Not to be used for Expense Reimbursements)*

Date: 12/19/07

Check Type         Office Charged:                    On Demand Print Location:
On Demand          New York                           New York

Approved By (type name):   Jonathan Borg        Approver's Employee ID#:    4321

Approval Signature                              CLE or Membership Dues Emp ID # _____
Approval $ Thresholds:
Paralegals up to $500 for Filing Fees ONLY. Attys/Counsel up to $2,500. Partners/Dept Chair & Mgrs/Director Sunlimited.
Amount of Check:    $95.00            Payable To:    Clerk of Court

Charge to (select one)

[X] Client Number:    482910      Client Name:    W.R. Grace & Co.
    Matter Number:    065656      Matter Name:    Weja, Inc.

[ ] Firm Related Expense (GL Acct Number if known): _____

Insert Brief Description of Charges :  Request for Judicial Intervention

| FEES | | MISCELLANEOUS | | |
|------|------|------|------|------|
| FILING FEES | | | | |
| | | | | |

| A/P USE ONLY | | | |
|------|------|------|------|
| Session#: 48700 | Session Date: 1/4/08 | | Processor's Initials: YP |
| Vendor# 704683 | N/A Override: _____ | Invoice#: CLE010406A | |
| Inv Date | Sales/Use Tax State: _____ | S&U $Amount: | |
| Check # 501471 | | | |

Prepared By:   Jonathan Borg          Preparer's Extension:   655816      [X]   Return Check to Preparer

Select one:

[ ]  Mail directly from Accounting      [X]  Return check to:          Office:  New York

***If On Demand e-mail received by E-mail requests received by 11:00 AM will be included in the 11:30 AM check run.  If On Demand
e-mail received by E-mail requests received by 3:30 PM will be included in the 4:00 PM check run.  If On Demand e-mail received after
3:30 PM will be scheduled for the following day's AM check run (exceptions outside designated times dependent upon urgency).

83006755A01010408

# EXHIBIT 2

167554



# CHECK REQUEST FORM

## ONE INVOICE OR SUPPORTING DOCUMENTATION PER CHECK REQUEST FORM

### *(Not to be used for Expense Reimbursements)*

Date: 12/19/07

Check Type            Office Charged:                    On Demand Print Location:
On Demand             New York                           New York

**Approved By** (type name): Jonathan Borg          **Approver's Employee ID#:**    4321

**Approval Signature**                              CLE or Membership Dues Emp ID # _____
**Approval $ Thresholds:**
Paralegals up to $500 for Filing Fees ONLY. Attys/Counsel up to $2,500. Partners/Dept Chair & Mgrs/Director Sunlimited.

**Amount of Check:**   $210.00          **Payable To:**   Clerk of Court

Charge to (select one)

☒ Client Number:      482910      Client Name:    W.R. Grace & Co.
   Matter Number:     065656      Matter Name:    Weja, Inc.
☐ Firm Related Expense (GL Acct Number if known): _____

Insert Brief Description of Charges : Index No. Fee

| FEES | | MISCELLANEOUS | |
|------|--|---------------|--|
| **FILING FEES** | | | |
| | | | |

---

**A/P USE ONLY**

Session#:  48700        Session Date:  1 4 08        Processor's Initials:  OP

Vendor#  904683         N/A Override: _____        Invoice#:  CLEO10408 B

Inv Date _____        Sales/Use Tax State: ____    S&U $Amount: _____

Check #  501472

---

Prepared By:  Jonathan Borg          Preparer's Extension:  655816      ☒  Return Check to Preparer

Select one:

☐ Mail directly from Accounting    ☒ Return check to:          Office: New York

***If On Demand e-mail received by E-mail requests received by 11:00 AM will be included in the 11:30 AM check run.  If On Demand
e-mail received by E-mail requests received by 3:30 PM will be included in the 4:00 PM check run.  If On Demand e-mail received after
3:30 PM will be scheduled for the following day's AM check run (exceptions outside designated times dependent upon urgency).

83006758A01010408

# EXHIBIT 3

YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM -- CLICK ON CHECK STATUS!

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com


171481

DAY PITNEY, LLP
JAMES PHILIP SPIELBERG, ESQ.
P.O. BOX 1945
MORRISTOWN, NJ 07962

## INVOICE

| | |
|---|---|
| INVOICE #: | 20080110105833 |
| AMOUNT DUE: | $54.95 |
| DUE DATE: | 02/16/2008 |

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$54.95**        DUE DATE: **02/16/2008**        INVOICE #: 20080110105833      INVOICE DATE: **01/17/2008**
ATTORNEY:                     JAMES PHILIP SPIELBERG, ESQ.
FIRM:                         DAY PITNEY, LLP
PLAINTIFF:                    W.R. GRACE & CO., ET AL
DEFENDANT:                    WALLACE TEICH, ET AL
DOCKET#:                      08 1311
ENTITY SERVED:                                             CLAIM#:
SERVED WITH:                  EDNA TEICH
SERVED DATE:                  NOTICE OF PETITION, VERIFIED PETITION, REQUEST FOR JUDICIAL INTERVENTION
                              01/16/2008                   COURT DATE:

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | \|__\|__/\|__\|__/\|__\| |
| SERVICE FEE: | $54.95 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | \|__\|__\|.\|__\|__\|.\|__\| |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME 0.00 HOURS FEE: | $0.00 | [ ] AMERICAN EXPRESS | |
| NOTARY/MISC. FEE: | $0.00 | | |
| TOTAL: | **$54.95** | CARD/CHECK#: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\| |

# EXHIBIT 4

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com



171500

DAY PITNEY, LLP
JAMES PHILIP SPIELBERG, ESQ.
P.O. BOX 1945
MORRISTOWN, NJ 07962

## INVOICE

INVOICE #:      20080110105711
AMOUNT DUE:     $10.00
DUE DATE:       02/16/2008

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | | |
|---|---|---|---|
| AMOUNT DUE: $10.00 | DUE DATE: 02/16/2008 | INVOICE #: 20080110105711 | INVOICE DATE. 01/17/2008 |
| ATTORNEY: | JAMES PHILIP SPIELBERG, ESQ. | | |
| FIRM: | DAY PITNEY, LLP | | |
| PLAINTIFF: | W.R. GRACE & CO., ET AL | | |
| DEFENDANT: | WALLACE TEICH, ET AL | | |
| DOCKET#: | 08 1311 | CLAIM#: | |
| ENTITY SERVED: | WALLACE TEICH | | |
| SERVED WITH: | NOTICE OF PETITION, VERIFIED PETITION, REQUEST FOR JUDICIAL INTERVENTION | | |
| SERVED DATE: | 01/16/2008 | COURT DATE: | |

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |
| BULK SERVICE FEE: | $10.00 | |
| MILEAGE FEE: | $0.00 | |
| PRIORITY FEE: | $0.00 | AMOUNT PAID: |
| PICKUP FEE: | $0.00 | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] CHECK |
| POSTAL FORWARDING FEE: | $0.00 | [ ] VISA |
| CASH ATTACHED: | $0.00 | [ ] MASTERCARD |
| WAIT TIME 0.00  HOURS FEE: | $0.00 | [ ] DISCOVER |
| NOTARY/MISC. FEE: | $0.00 | [ ] AMERICAN EXPRESS |
| TOTAL: | $10.00 | |

PAYMENT SENT ON:  |__|__| / |__|__| / |__|__|

AMOUNT PAID:  |__|__|.|__|__|__| | |__|__|

CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: March 20, 2008 |
| | : | Hearing Date: TBD, if necessary |

## <u>VERIFICATION</u>

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.  I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated:  February 28, 2008

Respectfully submitted,
DAY PITNEY LLP


Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

83019819A01022708