# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | In Proceedings for a Reorganization under Chapter 11 |
| ) | |
| W.R. Grace & Co., *et al.,* ) | Case No. 01-01139-JKF |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

## NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES OF PETER KRAUS TO DEBTORS' REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PETER KRAUS

I HEREBY CERTIFY that on February 25, 2008, one copy of **OBJECTIONS AND RESPONSES OF PETER KRAUS TO DEBTORS' REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PETER KRAUS was** served on the following parties by electronic service via e-mail:

| David M. Bernick | Barbara M. Harding | Laura Davis Jones |
|---|---|---|
| Janet Baer | David E. Mendelson | James E. O'Neill |
| Ellen T. Ahern | Amanda C. Basta | Timothy P. Cairns |
| Kirkland & Ellis | Brian T. Stansbury | Pachulski Stang Ziehl & Jones |
| 200 East Randolph Drive | Kirkland & Ellis | |
| Chicago, IL 60601 | 655 15th Street, N.W. | 919 North Market Street, 17th Floor |
| | Washington, DC 20005 | Wilmington, DE 19801 |

Dated: February 28, 2008     MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:      /s/ Noel C. Burnham
Noel C. Burnham, Esquire (3483)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7800
(302) 504-7820 facsimile

2276764v1