# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: March 19, 2008**

**Hearing Deadline: to be scheduled, if necessary**

## FEE DETAIL FOR OGILVY RENAULT LLP'S THIRTEENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1429084\1



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

Client: W.R. GRACE & CO.  
RE: Litigation and litigation consulting  
Matter No.: 01016442-0006

February 15, 2008  
INVOICE: 783233

GST: R111340006

W.R. GRACE & CO.  
7500 Grace Drive  
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke  
Senior Litigation Counsel

For professional services rendered and disbursements incurred for the period ending January 31, 2008

| | |
|---|---|
| FEES | $7,667.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 51.13 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $7,718.63 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**  
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada  
Bank 003, Transit 00002, Acc. No. 106-030-0  
ABA # 021000021  
Swift Code # ROYCCAT2  
Including invoice number on transfer order.

Payable upon receipt

Suite 3800  
Royal Bank Plaza, South Tower  
200 Bay Street  
P.O. Box 84  
Toronto, Ontario M5J 2Z4  
Canada

Telephone (416) 216-4000  
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                    01016442-0006

RE:  Litigation and litigation consulting

**BILLING SUMMARY**

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.4 | $214.00 |
| D.C. Tay | 0.5 | $450.00 |
| O. Pasparakis | 6.2 | $3,658.00 |
| J. Stam | 1.7 | $841.50 |
| K. Whibley | 3.8 | $855.00 |
| P. Adams | 9.7 | $1,649.00 |
| Total | 22.30 | $7,667.50 |

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/1/08 | Orestes Pasparakis | Follow-up on status. | 0.30 | $177.00 |
| 11/1/08 | Penny Adams | Correspondence and discussions with T. Walsh and A. Johnson-Frost regarding audit confirmation issues. | 0.30 | $51.00 |
| 14/1/08 | Derrick C. Tay | Dealing with representative counsel on status of motion and related matters. | 0.50 | $450.00 |
| 14/1/08 | Penny Adams | Correspondence with J. Stam regarding next Information Officer's Report (0.1); reviewing file (0.1). | 0.20 | $34.00 |
| 14/1/08 | Orestes Pasparakis | Discussions with counsel for ZAI claimants (0.3); discussions with client (0.3); considering strategy (0.2); email exchanges (0.2). | 1.00 | $590.00 |
| 15/1/08 | Penny Adams | Drafting 25th Information Officer's Report. | 1.50 | $255.00 |
| 15/1/08 | Orestes Pasparakis | Follow-up regarding status (0.2); liaising with opposing counsel and client (0.3). | 0.50 | $295.00 |
| 15/1/08 | Jennifer Stam | Correspondence with respect to adjournment of representative counsel's motion. | 0.50 | $247.50 |
| 17/1/08 | Penny Adams | Reviewing and revising 25th Information Officer's Report (0.5); discussions with O. Pasparakis regarding same (0.2). | 0.70 | $119.00 |
| 17/1/08 | Orestes Pasparakis | Follow-up regarding schedule, motion and settlement. | 0.50 | $295.00 |

INVOICE: 783233



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.   01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 21/1/08 | Penny Adams | Discussions with J. Stam and O. Pasparakis regarding the latest report (0.5); reviewing and revising same (0.5); correspondence with J. Baer and R. Finke regarding same (0.2). | 1.20 | $204.00 |
| 21/1/08 | Orestes Pasparakis | Preparing for and attending meeting with representative counsel (1.0); discussing and reviewing issues (0.3); preparing memorandum to client (0.5). | 1.80 | $1,062.00 |
| 22/1/08 | Karen Whibley | Email to A. Kuntz regarding additional Grace boxes (0.2); preparing Index for Grace boxes (1.0); email exchange with O. Pasparakis regarding instructions for storage (0.3). | 1.50 | $337.50 |
| 22/1/08 | Penny Adams | Reviewing and revising 25th Information Officer's Report. | 1.00 | $170.00 |
| 22/1/08 | Jennifer Stam | Attending at Commercial List for status update on representative counsel motion (1.0); correspondence to the Service List regarding same (0.2). | 1.20 | $594.00 |
| 22/1/08 | Orestes Pasparakis | Reporting to client regarding status. | 0.50 | $295.00 |
| 23/1/08 | Teresa Walsh | Follow-up with S. Hasham and client, R. Finke, regarding document review issues. | 0.20 | $107.00 |
| 23/1/08 | Penny Adams | Reviewing and revising 25th Information Officer's Report. | 0.30 | $51.00 |
| 24/1/08 | Teresa Walsh | Follow-up with P. Adams regarding court orders regarding payment of accounts. | 0.20 | $107.00 |
| 28/1/08 | Orestes Pasparakis | Reviewing final version of report (0.2); discussions regarding same (0.1); considering written offer from counsel for representative plaintiffs (0.2); follow-up with client regarding same (0.1); considering strategy (0.2). | 0.80 | $472.00 |
| 28/1/08 | Penny Adams | Receiving comments from R. Finke and J. Baer regarding 25th Information Officer's Report (0.3); reviewing and revising same (1.0); discussions with J. Stam and O. Pasparakis regarding same (0.2). | 1.50 | $255.00 |

INVOICE: 783233



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 28/1/08 | Karen Whibley | Conference with A. Kuntz regarding additional client documents (0.2); telephone conference with Platinum Legal regarding scanning documents (0.1); draft index of documents to send to Whitby (0.7). | 1.00 | $225.00 |
| 29/1/08 | Orestes Pasparakis | Emails regarding plaintiff's offer (0.3); considering issues raised by U.S. counsel (0.5). | 0.80 | $472.00 |
| 29/1/08 | Penny Adams | Reviewing and revising 25th Information Officer's Report (0.5); correspondence with J. Baer regarding recent updates in the U.S. proceedings (0.3); correspondence with R. Finke and others regarding 25th Information Officer's Report (0.2). | 1.00 | $170.00 |
| 30/1/08 | Penny Adams | Preparing for service of 25th Information Officer's Report. | 0.50 | $85.00 |
| 31/1/08 | Karen Whibley | Drafting inventory list of documents for boxes to send to storage. | 1.30 | $292.50 |
| 31/1/08 | Penny Adams | Preparing for service of 25th Information Officer's Report (1.0); serving same (0.2); arranging for Report to be filed at Commercial List court (0.3). | 1.50 | $255.00 |
| | | **TOTAL FEES** | | **$7,667.50** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 25.90 |
| Taxis | 25.23 |
| | $51.13 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|------|------------|-------------|--------|
| 19/7/07 | Anna Traer | Taxis - DIAMOND TAXICAB ASSOCIATION (TORONTO) LIMITED | 25.23 |
| 14/1/08 | Monique Massabki | Copies | 0.30 |

INVOICE: 783233



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                         01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|------|------------|-------------|-------:|
| 14/1/08 | Monique Massabki | Copies | 0.10 |
| 15/1/08 | Penny Adams | Copies | 1.40 |
| 15/1/08 | Penny Adams | Copies | 0.10 |
| 15/1/08 | Penny Adams | Copies | 0.10 |
| 21/1/08 | Robin Penslar Levin | Copies | 0.50 |
| 21/1/08 | Robin Penslar Levin | Copies | 0.40 |
| 21/1/08 | Penny Adams | Copies | 1.50 |
| 23/1/08 | Penny Adams | Copies | 0.10 |
| 28/1/08 | Ruth C. Chung | Copies | 1.00 |
| 28/1/08 | Ruth C. Chung | Copies | 1.00 |
| 28/1/08 | Jennifer Stam | Copies | 1.70 |
| 30/1/08 | Penny Adams | Copies | 15.00 |
| 30/1/08 | Penny Adams | Copies | 0.10 |
| 31/1/08 | Penny Adams | Copies | 0.60 |
| 31/1/08 | Penny Adams | Copies | 2.00 |
|  |  | TOTAL | $51.13 |

INVOICE: 783233



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | February 15, 2008 |
| RE: | Fee Applications, Applicant | INVOICE: 783234 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending January 31, 2008

| | |
|---|---:|
| FEES | $2,531.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 37.57 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,568.57 |

Please return a copy with payment to our address below.

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                              01016442-0008

RE: Fee Applications, Applicant

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 1.4 | $749.00 |
| J. Stam | 0.2 | $99.00 |
| P. Adams | 9.9 | $1,683.00 |
| Total | 11.50 | $2,531.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/1/08 | Penny Adams | Reviewing and revising the eleventh monthly fee application. | 0.50 | $85.00 |
| 9/1/08 | Penny Adams | Reviewing and revising the eleventh monthly fee application (0.3); discussions with T. Walsh regarding same (0.2). | 0.50 | $85.00 |
| 10/1/08 | Teresa Walsh | Reviewing and swearing of quarterly fee application. | 0.70 | $374.50 |
| 10/1/08 | Penny Adams | Discussions with T. Walsh regarding the eleventh monthly fee application (0.2); email to R. Finke regarding same (0.2); finalizing the eleventh monthly fee application (0.2). | 0.60 | $102.00 |
| 11/1/08 | Penny Adams | Reviewing correspondence from R. Finke (0.1); email and letter to L. Oberholzer regarding fee application (0.4). | 0.50 | $85.00 |
| 23/1/08 | Penny Adams | Discussions with T. Walsh regarding fee auditor's report (0.2); reviewing fee auditor's report and considering issues relating to same (1.0); reviewing December 2007 accounts (0.3); drafting twelfth fee application (1.0). | 2.50 | $425.00 |
| 24/1/08 | Penny Adams | Correspondence with G. Vogt and T. Walsh regarding no objection certificates for the ninth and tenth monthly applications. | 0.50 | $85.00 |
| 25/1/08 | Teresa Walsh | Review of request for additional information from fee auditor in respect of certain disbursements for which reimbursement is requested (0.1); preparing response to fee auditor's request (0.3). | 0.40 | $214.00 |

INVOICE: 783234



W.R. GRACE & CO.                                                                  01016442-0008

RE: Fee Applications, Applicant
_____

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 25/1/08 | Penny Adams | Reviewing and revising the twelfth monthly fee application (0.3); preparing response to Fee Auditor's Initial Report regarding 26th Interim Period (1.0). | 1.30 | $221.00 |
| 28/1/08 | Jennifer Stam | Reviewing report. | 0.20 | $99.00 |
| 28/1/08 | Penny Adams | Finalizing twelfth monthly fee application (0.5); correspondence with L. Oberholzer, fee auditor, and others regarding same (0.5). | 1.00 | $170.00 |
| 28/1/08 | Teresa Walsh | Review and suggested revisions to fee application (0.2); conference with P. Adams regarding revisions (0.1) | 0.30 | $160.50 |
| 29/1/08 | Penny Adams | Drafting fourth quarterly fee application (2.0); reviewing and revising same (0.5). | 2.50 | $425.00 |
| | | **TOTAL FEES** | | **$2,531.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 7.40 |
| Courier service | 30.17 |
| | $37.57 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 9/1/08 | Penny Adams | Copies | 0.10 |
| 9/1/08 | Penny Adams | Copies | 1.00 |
| 11/1/08 | Penny Adams | Copies | 2.30 |
| 11/1/08 | Derrick C. Tay | Courier service FedEx shipment #689588761151 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL YOUNG JO, WILMINGTON, DE, US. ON 11-01-2008, GST: 0.00, QST: 0.00 | 30.17 |
| 25/1/08 | Penny Adams | Copies | 0.20 |
| 25/1/08 | Penny Adams | Copies | 0.40 |
| 28/1/08 | Penny Adams | Copies | 1.30 |

INVOICE: 783234



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                01016442-0008

RE: Fee Applications, Applicant

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 28/1/08 | Monique Massabki | Copies | 0.10 |
| 28/1/08 | Penny Adams | Copies | 0.10 |
| 29/1/08 | Monique Massabki | Copies | 1.80 |
| 29/1/08 | Monique Massabki | Copies | 0.10 |
|  |  | TOTAL | $37.57 |

INVOICE: 783234