**EXHIBIT A**

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 1  | Benjamin Brighoff | 7/10/2007 | 2   | $355 | $ 710.00   | Found third party asbestos related news articles for Benton. |
| 2  | Benjamin Brighoff | 7/11/2007 | 1   | $355 | $ 355.00   | Found third party asbestos related library information for Benton. |
| 3  | Benjamin Brighoff | 7/12/2007 | 1.5 | $355 | $ 355.00   | Found third party asbestos related news articles for Benton. |
| 4  | Brian Ross        | 8/3/2007  | 4.8 | $370 | $ 1,776.00 | Created exhibit index for Ramaiah. |
| 5  | Brian Ross        | 8/6/2007  | 5   | $370 | $ 1,850.00 | Created index of trial exhibits and transcripts sent from lawyers. |
| 6  | Brian Ross        | 8/7/2007  | 2.5 | $370 | $ 925.00   | Created index of trial exhibits and transcripts sent from lawyers. |
| 7  | Brian Ross        | 8/10/2007 | 0.5 | $370 | $ 185.00   | Assembled documents for Ramaiah. |
| 8  | Donald Hong       | 8/3/2007  | 5.3 | $370 | $ 1,961.00 | Indexed client files into spreadsheet for Ramaiah. |
| 9  | Donald Hong       | 8/6/2007  | 4   | $370 | $ 1,480.00 | Cataloged files of exhibits. |
| 10 | Benjamin Brighoff | 8/10/2007 | 3   | $355 | $ 1,065.00 | Researched news articles for Benton. |
| 11 | Benjamin Brighoff | 8/16/2007 | 2.5 | $355 | $ 887.50   | Researched news articles for Benton. |
| 12 | Benjamin Brighoff | 8/17/2007 | 1   | $355 | $ 355.00   | Researched news articles for Benton. |
| 13 | David Pauwels     | 8/9/2007  | 1   | $355 | $ 355.00   | Performed database and Internet research for Ramaiah. |
| 14 | David Pauwels     | 8/11/2007 | 2.5 | $355 | $ 887.50   | Performed database research and retrievals for Benton. |
| 15 | David Pauwels     | 8/12/2007 | 0.5 | $355 | $ 177.50   | Performed database research for Benton. |
| 16 | David Pauwels     | 8/13/2007 | 3.5 | $355 | $ 1,242.50 | Performed a series of database, Internet searches and downloads for Benton. |
| 17 | David Pauwels     | 8/14/2007 | 3.5 | $355 | $ 1,242.50 | Performed a series of database, Internet searches, downloads and retrievals for Benton. |
| 18 | Jaewan Park       | 8/1/2007  | 2   | $355 | $ 710.00   | Converted files into SAS datasets for Ramaiah. |
| 19 | Jaewan Park       | 8/2/2007  | 2   | $355 | $ 710.00   | Converted files into SAS datasets for Ramaiah. |
| 20 | Jaewan Park       | 8/10/2007 | 3   | $355 | $ 1,065.00 | Converted files into SAS datasets for Ramaiah. |
| 21 | Jaewan Park       | 8/13/2007 | 2   | $355 | $ 710.00   | Converted files into SAS datasets for Orlov. |

**EXHIBIT A**

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 22 | Amy Afelt | 9/24/2007 | 2 | $370 | $ 740.00 | Searched databases for full text articles for Loughlin and Benton via home pc. |
| 23 | Brian Ross | 9/21/2007 | 0.5 | $370 | $ 185.00 | Filled request for interlibrary loan. |
| 24 | Brian Ross | 9/24/2007 | 5.5 | $370 | $ 2,035.00 | Created exhibits for report. |
| 25 | Brian Ross | 9/25/2007 | 5 | $370 | $ 1,850.00 | Checked numbers in Heckman report and report exhibits; put together final exhibits for the report. |
| 26 | David Pauwels | 9/18/2007 | 2.3 | $355 | $ 816.50 | Performed a series of database, Internet searches, retrievals for Ramaiah. |
| 27 | Amessha Jones | 9/24/2007 | 1 | $295 | $ 295.00 | Picked up reference book from U of C Library for Ramaiah. |
| 28 |   |   | **69.4** |   | **$ 24,926.00** |   |