IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u> | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 26, 2008 at 4:00 p.m. |
| | ) | Ref . No. 17992 |

CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 17992
(NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Twenty-Third Monthly Interim Application (the

"Application") of Piper Jaffray & Co., Financial Advisor to David T. Austern, Future Claimants'

Representative for the period from December 1, 2007 through December 31, 2007 (the

"Period"), filed with the Court on February 6, 2008, and entered on the Court's docket as Docket

No. 17992.  The undersigned further certifies that he has caused the Court's docket in this case to

be reviewed and no answer, objection or other responsive pleading to the Application appears

thereon.  Pursuant to the Application, objections to the Application were to be filed no later than

February 26, 2008.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and

Official Committee Members entered April 17, 2002, amending the Court's Administrative

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals entered May 3, 2001 ("the Amended Administrative Order"), the Debtors are

authorized to pay Piper Jaffray & Co. $80,000.00 (80% of $100,000.00) and expenses in the

amount of $53.63, for a total of $80,053.63 requested in the Application for the Period upon the

filing of this Certification and without the need for entry of a Court order approving the

Application.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Columbia Center
1152 15th Street, NW
Washington, DC  20005
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: February 28, 2008

2