REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1666310
One Town Center Road                     Invoice Date      02/28/08
Boca Raton, FL    33486                  Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              72,953.50
    Expenses                              0.00

               TOTAL BALANCE DUE UPON RECEIPT      $72,953.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1666310 |
| One Town Center Road | Invoice Date     02/28/08 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/02/08 | Cameron | Continued review of trial preparation materials and R. Lee direct exam information. | 2.10 |
| 01/02/08 | Klapper | Meet with expert to review direct examination, slides and perform mock cross in advance of estimation hearing. | 7.70 |
| 01/03/08 | Ament | Circulate transcript of 12/17/07 hearing to team. | .10 |
| 01/03/08 | Cameron | Review materials relating to PI Estimation. | 1.40 |
| 01/03/08 | Klapper | Work on cross outline per B. Harding's request (3.2); continue work on direct prep of lead-off witness for estimation hearing (2.6). | 5.80 |
| 01/04/08 | Cameron | Review materials relating to RJ Lee Group for PI estimation. | 1.90 |
| 01/06/08 | Klapper | Continue work on updated slides and direct and cross prep document for use by D. Bernick in advance of estimation hearing. | 3.20 |
| 01/07/08 | Ament | Telephone calls and e-mails re: 1/28/08 hearing (.20); meet with J. Restivo re: same (.10). | .30 |

172573 W. R. Grace & Co.                        Invoice Number  1666310
60026  Litigation and Litigation Consulting     Page    2
        February 28, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| 01/07/08 | Cameron | Review draft Rodericks materials. | .70 |
| 01/07/08 | Klapper | Finish draft of updated slides and direct and cross prep document for use by D. Bernick in advance of estimation hearing. | 8.30 |
| 01/08/08 | Klapper | Participate in prep session of lead-off estimation witness along with B. Harding. | 8.20 |
| 01/09/08 | Ament | Circulate agenda for Jan. 14 and 16, 2008 hearings to team. | .10 |
| 01/09/08 | Klapper | Prepare for and do follow-up work for prep of lead-off expert (5.3); meet with expert re testimony (5.1). | 10.40 |
| 01/10/08 | Ament | Review preliminary agenda for 1/28/08 hearing (.10); e-mails re: said hearing (.20). | .30 |
| 01/10/08 | Klapper | Work on revamping direct and cross of lead-off expert in light of meeting with D. Bernick. | 8.20 |
| 01/11/08 | Ament | E-mails re: 1/28/08 hearing. | .20 |
| 01/11/08 | Cameron | Review materials for PI estimation. | .80 |
| 01/11/08 | Klapper | Continue work on revised direct and cross prep review of prior testimony and writings in light of updated testimony. | 7.90 |
| 01/12/08 | Klapper | Continue work on revised direct and cross prep review of prior testimony and writings in light of updated testimony. | 2.50 |
| 01/13/08 | Klapper | Participate in team meeting to review expert's testimony (2.6); finish initial work on revised direct and cross prep review of prior testimony and writings in light of updated testimony (4.1). | 6.70 |

172573  W. R. Grace & Co.                    Invoice Number  1666310
60026  Litigation and Litigation Consulting  Page   3
       February 28, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/14/08 | Cameron | Meet with T. Klapper regarding PI estimation (0.7); review trial preparation materials (0.5). | 1.20 |
| 01/14/08 | Klapper | Assist in preparation of lead-off witness. | 7.70 |
| 01/15/08 | Klapper | Attend to witness prep in advance of January 16 testimony of lead-off expert. | 11.30 |
| 01/15/08 | Muha | Review memorandum from J. Restivo re: case issues. | .30 |
| 01/16/08 | Klapper | Prepare expert for testimony (8.7); participate in hearing (2.0). | 10.70 |
| 01/17/08 | Muha | Research of recent articles on W.R. Grace asbestos case per request of J. Restivo. | .40 |
| 01/18/08 | Ament | Circulate 1/10/08 transcript to working group. | .10 |
| 01/18/08 | Klapper | Continue work on cross examination projects per B. Harding's request. | 5.30 |
| 01/21/08 | Klapper | Continue work on cross examination projects per B. Harding's request. | 8.30 |
| 01/23/08 | Cameron | Review PI estimation materials regarding Lee, Lees and Anderson. | .80 |
| 01/24/08 | Klapper | Continue work on cross examination projects per B. Harding's request. | 4.20 |
| 01/25/08 | Ament | E-mails re: 1/28/08 hearing. | .10 |
| 01/28/08 | Ament | E-mails re: omnibus hearing (.20); circulate transcripts from 1/22 and 1/23/08 trials (.10). | .30 |
| 01/30/08 | Ament | E-mails re: hearing update. | .20 |

                                        ------
                          TOTAL HOURS   127.70

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
        February 28, 2008

Invoice Number  1666310
Page    4

| | | | | |
|---|---|---|---|---|
| Douglas E. Cameron | 8.90 | at | $  615.00 | =  5,473.50 |
| Antony B. Klapper | 116.40 | at | $  575.00 | = 66,930.00 |
| Andrew J. Muha | 0.70 | at | $  385.00 | =    269.50 |
| Sharon A. Ament | 1.70 | at | $  165.00 | =    280.50 |

CURRENT FEES                                72,953.50

                                           ------------
TOTAL BALANCE DUE UPON RECEIPT              $72,953.50
                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1666311
5400 Broken Sound Blvd., N.W.            Invoice Date      02/28/08
Boca Raton, FL 33487                     Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                           12,560.50
    Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $12,560.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      1666311
5400 Broken Sound Blvd., N.W.                  Invoice Date       02/28/08
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60028

==========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/01/08 | Cameron | Review legal research materials and options relating to potential ZAI claims. | 1.10 |
| 01/03/08 | Restivo | Update status report. | 1.00 |
| 01/04/08 | Pickens | Research RE elements of potential claims in various states. | 3.80 |
| 01/04/08 | Restivo | Update status report. | .50 |
| 01/07/08 | Cameron | Review materials relating to ZAI status report issues. | .70 |
| 01/07/08 | Pickens | Research RE elements of potential claims in various states. | 1.80 |
| 01/08/08 | Rea | Review of research relating to potential ZAI claims. | .10 |
| 01/13/08 | Cameron | Review research materials relating to potential ZAI claims. | 1.20 |
| 01/18/08 | Cameron | Review legal research materials and options summaries relating to potential ZAI claims. | .70 |
| 01/21/08 | Restivo | Emails with J. Baer, et al. re: order to show cause. | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1666311
60028  ZAI Science Trial                    Page    2
       February 28, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/23/08 | Cameron | Prepare for (0.3) and participate in conference call regarding ZAI issues and strategy (0.9); follow-up meetings regarding call (0.4); review J. Restivo e-mail and meet regarding same (0.6). | 2.20 |
| 01/23/08 | Restivo | Telephone conference with clients (.8); telephone conference and emails with Westbrook (.6); emails re: Ominbus Hearing (.6). | 2.00 |
| 01/24/08 | Cameron | Follow-up from ZAI conference call. | .60 |
| 01/29/08 | Cameron | Attention to materials regarding ZAI claims as follow-up to R. Finke e-mail. | .70 |
| 01/29/08 | Restivo | Emails re:  ZAI Bar Date. | .30 |
| 01/30/08 | Cameron | Review materials relating to ZAI bar date (0.9); telephone call with R. Finke (0.2); e-mails regarding same (0.3). | 1.40 |
| 01/30/08 | Restivo | Planning conference. | .50 |
| 01/31/08 | Cameron | Attention to ZAI research issues (1.4); attention to bar date materials (1.3). | 2.70 |
| 01/31/08 | Rea | Revise status memo relating to potential ZAI claims. | 1.00 |

```
                                              ------
                              TOTAL HOURS      22.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 4.70 | at $ | 675.00 | = | 3,172.50 |
| Douglas E. Cameron | 11.30 | at $ | 615.00 | = | 6,949.50 |
| Traci Sands Rea | 1.10 | at $ | 435.00 | = | 478.50 |
| Dustin Pickens | 5.60 | at $ | 350.00 | = | 1,960.00 |

```
                  CURRENT FEES                          12,560.50


                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT         $12,560.50
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
 5400 Broken Sound Blvd., N.W.
 Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1666312 |
| Invoice Date | 02/28/08 |
| Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

| | |
|---|---|
| Fees | 4,146.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $4,146.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number      1666312
5400 Broken Sound Blvd., N.W.           Invoice Date        02/28/08
Boca Raton, FL 33487                    Client Number        172573
                                        Matter Number         60029


========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 01/02/08 | Ament | Review materials relating to fee applications (.40); e-mails with D. Cameron re: same (.10). | .50 |
| 01/03/08 | Ament | Review materials relating to fee applications (.90); provide information to D. Cameron per request (.10). | 1.00 |
| 01/08/08 | Cameron | Review fee application materials. | .70 |
| 01/14/08 | Muha | Extensive review and revisions to December 2007 monthly fee and expense detail. | 2.80 |
| 01/15/08 | Ament | Attend to billing issues relating to expenses for Dec. monthly fee application (.50); meet with A. Muha re: same (.10). | .60 |
| 01/22/08 | Muha | Attend to various issues relating to Environ invoices, including e-mails and calls with T. Klapper and D. Cameron re: same (0.4); additional changes to fee and expense detail for December 2007 monthly application and forward on for processing (0.5). | .90 |
| 01/23/08 | Ament | E-mails re: Dec. monthly fee application (.20); attend to billing matters relating to Environ invoices (.20); e-mails with A. Muha re: same (.10). | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1666312
60029  Fee Applications-Applicant                 Page    2
        February 28, 2008


        Date    Name                                              Hours
        -------- -----------                                      -----


01/23/08 Lord            Research docket and draft CNO to           .40
                         Reed Smith November monthly fee
                         application.

01/23/08 Muha            Revisions to December 2007 monthly         .70
                         fee and expense details and
                         e-mails and calls with T. Klapper
                         re: same.

01/24/08 Ament           E-mails with D. Cameron re:                .40
                         billing matters (.10); begin
                         spreadsheet for 27th quarterly fee
                         application (.30).

01/24/08 Lord            E-file and perfect service of Reed         .40
                         Smith CNO to November monthly fee
                         application (.3); correspondence
                         to Grace re: same (.1).

01/28/08 Ament           Respond to e-mail from J. Lord re:         .20
                         Dec. monthly fee application and
                         quarterly fee application (.10);
                         e-mails with A. Muha re: same
                         (.10).

01/28/08 Lord            E-mail to S. Ament re: Reed Smith          .10
                         December monthly fee application.

01/28/08 Muha            Additional revisions to December          1.50
                         2007 monthly fee application
                         (1.3); e-mail to D. Cameron re:
                         same (0.2).

01/29/08 Ament           Meet with A. Muha re: Dec. monthly         .10
                         fee application.

01/30/08 Ament           Various e-mails and telephone              .50
                         calls re: billing matters relating
                         to Environ invoices, Dec. monthly
                         fee application and quarterly fee
                         application.

01/31/08 Ament           Review invoices relating to Dec.          2.30
                         monthly fee application and begin
                         calculating fees and expenses re:
                         same (1.0); prepare spreadsheet
                         re: same (.50); draft 78th monthly
                         fee application (.50); meet with
                         D. Cameron re: billing matters
                         (.10); follow-up e-mails re: same

172573 W. R. Grace & Co.                    Invoice Number   1666312
60029  Fee Applications-Applicant           Page    3
       February 28, 2008

       Date   Name                                            Hours
     -------- -----------                                      -----

                        (.10); provide 78th monthly fee
                        application to A. Muha (.10).

     01/31/08 Muha      Make final revisions to Dec. 2007         .60
                        monthly fee application and emails
                        to S. Ament re: same.

                                                              ------
                                        TOTAL HOURS           14.20


     TIME SUMMARY             Hours        Rate         Value
     ------------------------  ---------------------    -------
     Douglas E. Cameron       0.70  at  $  615.00  =      430.50
     Andrew J. Muha           6.50  at  $  385.00  =    2,502.50
     John B. Lord             0.90  at  $  230.00  =      207.00
     Sharon A. Ament          6.10  at  $  165.00  =    1,006.50

                        CURRENT FEES                         4,146.50

                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $4,146.50
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1666313
One Town Center Road                      Invoice Date      02/28/08
Boca Raton, FL    33486                    Client Number       172573

==============================================================================

Re: W. R. Grace & Co.

(60030)  Hearings

    Fees                              10,023.00
    Expenses                               0.00

                TOTAL BALANCE DUE UPON RECEIPT        $10,023.00
                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1666313
One Town Center Road                      Invoice Date        02/28/08
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60030

=========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 01/18/08 | Cameron | Review hearing transcripts (.9); review draft agenda (.7); review materials for omnibus hearing (.5). | 2.10 |
| 01/22/08 | Restivo | Prepare for omnibus hearing (2.7); emails (1.4); telephone calls re: same (.4). | 3.50 |
| 01/23/08 | Cameron | Review materials, agenda for hearing. | .70 |
| 01/23/08 | Rea | Preparation for January omnibus. | .40 |
| 01/24/08 | Cameron | Review agenda for hearing (0.4); meet with J. Restivo regarding same (0.5); multiple e-mails regarding same (0.9). | 1.80 |
| 01/24/08 | Rea | Preparation for omnibus hearing. | .10 |
| 01/25/08 | Cameron | Review materials from J. Restivo regarding hearing preparation (0.6); e-mails regarding same (0.7). | 1.30 |
| 01/26/08 | Cameron | Follow-up from calls and e-mails. | .40 |
| 01/27/08 | Cameron | Review e-mails regarding 1/28 hearing (0.4); review materials for hearing (0.5). | .90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1666313
60030  Hearings                             Page    2
       February 28, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/27/08 | Restivo | Emails and preparation for Items 6, 7 and 8 on 1/28/08 Omnibus Hearing. | 1.50 |
| 01/28/08 | Rea | Attend omnibus hearing to address issues at hearing that are within my primary area of responsibility. | 1.50 |
| 01/28/08 | Restivo | Telephonically participate in Omnibus Hearing. | 2.00 |

```
                                          ------
                            TOTAL HOURS    16.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 7.00 | at | $  675.00 | = | 4,725.00 |
| Douglas E. Cameron | 7.20 | at | $  615.00 | = | 4,428.00 |
| Traci Sands Rea | 2.00 | at | $  435.00 | = | 870.00 |

```
                      CURRENT FEES                    10,023.00


                                                    ------------
           TOTAL BALANCE DUE UPON RECEIPT            $10,023.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1666314
One Town Center Road                      Invoice Date        02/28/08
Boca Raton, FL    33486                   Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                              42,136.50
     Expenses                               0.00

                     TOTAL BALANCE DUE UPON RECEIPT       $42,136.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      1666314
One Town Center Road                          Invoice Date       02/28/08
Boca Raton, FL   33486                        Client Number        172573
                                              Matter Number         60033


========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 01/02/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 01/02/08 | Cameron | Meet with J. Restivo regarding mediation request (0.3); review materials regarding same (0.4); review T. Rea summaries (0.6); review hearing transcripts (0.3); review Allegheny Center motion (0.4); review Canadian claims and request for deposition issues (0.8). | 2.80 |
| 01/03/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 01/03/08 | Cameron | Telephone call with R. Finke regarding issues relating to Speights claims (0.4); review multiple Speights claims regarding potential discovery and negotiations (2.3); review product ID issues (0.6). | 3.30 |
| 01/03/08 | Flatley | Call with W. Sparks and follow-up (0.8); e-mails and replies (0.5). | 1.30 |
| 01/03/08 | Restivo | Update status report (1.0); receipt and review of in limine opposition papers (1.5). | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1666314
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       February 28, 2008


   Date   Name                                                  Hours
--------  -----------                                           -----

01/04/08 Ament           Assist team with various issues          .40
                         relating to PD claims (.10);
                         e-mails re: same (.10); review
                         e-mail and memo from J. Restivo
                         re: status (.20).

01/04/08 Cameron         Review materials from R. Finke          1.70
                         regarding appeal (0.8); attention
                         to issues from last omnibus (0.9).

01/04/08 Rea             Reviewed status memo.                    .20

01/04/08 Restivo         Update status report.                   1.00

01/07/08 Ament           Assist team with various issues         1.30
                         relating to PD claims (.40);
                         e-mails re: same (.10); prepare
                         for and attend team status meeting
                         (.70); review e-mail from J.
                         Restivo re: status (.10).

01/07/08 Cameron         Telephone call with R. Finke            3.40
                         regarding issues relating to PD
                         claims (0.6); meet with J. Restivo
                         regarding same (0.3); telephone
                         call with R. Finke and J. Restivo
                         regarding same (0.6); prepare for
                         (0.4) and participate in team
                         strategy meeting (0.6); review
                         Speights' claims issues (0.9).

01/07/08 Flatley         E-mails and calls (0.2); team            .90
                         meeting and follow-up (0.7).

01/07/08 Rea             Attend team meeting.                     .70

01/07/08 Restivo         Prepare for and strategy meeting        2.00
                         (1.0) ; telephone conference with
                         Finke and Cameron and follow-up
                         (1.0).

01/08/08 Ament           Assist team with various issues         .30
                         relating to PD claims (.20);
                         e-mails re: same (.10).

01/09/08 Ament           Assist team with various issues         .30
                         relating to PD claims (.20);
                         e-mails re: same (.10).

172573 W. R. Grace & Co.                          Invoice Number  1666314
60033  Claim Analysis Objection Resolution & Estimation Page   3
       (Asbestos)
       February 28, 2008


| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 01/09/08 | Cameron | Review materials relating to PD claims. | .90 |
| 01/10/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 01/10/08 | Cameron | Review claims materials. | .60 |
| 01/10/08 | Restivo | Correspondence re:  January Hearing. | .50 |
| 01/11/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 01/11/08 | Restivo | Review of FCR's motion to employ PD counsel (.6); telephone conference with R. Finke (.4). | 1.00 |
| 01/13/08 | Cameron | Review FCR Motion regarding PD claims. | .40 |
| 01/14/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mails re: same (.10). | .40 |
| 01/14/08 | Restivo | Correspondence with Esayian, Baer, et al. re: PD claims. | 1.00 |
| 01/15/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10); review memo from J. Restivo re: status (.20). | .40 |
| 01/15/08 | Restivo | Audit letter response and update work plan. | 1.00 |
| 01/16/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 01/16/08 | Cameron | Meet with J. Restivo regarding asbestos P.D. claim open issues (0.3); meet with R. Finke regarding same (0.4); review e-mails and transcripts (0.6). | 1.30 |

172573 W. R. Grace & Co.                          Invoice Number  1666314
60033  Claim Analysis Objection Resolution & Estimation Page   4
       (Asbestos)
       February 28, 2008


| Date | Name | | Hours |
|------|------|------|-------|
| 01/16/08 | Rea | Attention to remaining property claims. | .30 |
| 01/16/08 | Restivo | Meeting with R. Finke (.5); telephone conference with M. Shelnitz (.7); negotiations with D. Speights (.9); post-BI trial telephone conference (.9). | 3.00 |
| 01/17/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 01/17/08 | Cameron | Meet with J. Restivo regarding status of asbestos P.D. claims (0.5); review transcripts regarding same (0.7). | 1.20 |
| 01/17/08 | Rea | Attention to remaining property damage claims. | .30 |
| 01/17/08 | Restivo | Telephone conference with Finke, Speights and Baer (1.6); review November transcript re: Speights' Claim and related material (2.4). | 4.00 |
| 01/18/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mails re: same (.10). | .20 |
| 01/18/08 | Flatley | Revise "to do" list and address issues on list. | .50 |
| 01/21/08 | Cameron | Meet with J. Restivo re: Speights claims (.40); review transcripts re: same (.50); attention to certificate of limitations defense issues (.50). | 1.40 |
| 01/21/08 | Restivo | Two telephone conferences with R. Finke (.8); prepare for and negotiations with D. Speights (.9); review of supporting exhibits in prior motion relating to Speights' cases (1.3). | 3.00 |
| 01/22/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |

172573 W. R. Grace & Co.                              Invoice Number  1666314
60033  Claim Analysis Objection Resolution & Estimation Page   5
       (Asbestos)
       February 28, 2008

| Date | Name | | Hours |
|------|------|--|-------|

01/23/08 Ament      Assist team with various issues         .20
                    relating to PD claims (.10);
                    e-mails re: same (.10).

01/23/08 Cameron    Meet with J. Restivo regarding D.       2.10
                    Speights claims (0.5); review
                    draft argument regarding Allegheny
                    Center and provide comments (0.6);
                    meet with J. Restivo regarding
                    same (0.3); review materials
                    regarding settlement discussions
                    and meet with J. Restivo (0.7).

01/23/08 Restivo    Telephone calls with client and        3.00
                    Speights (.7); negotiations (1.1);
                    prepare for Argument re: mediation
                    and three buildings (1.2).

01/24/08 Ament      Assist team with various issues         .20
                    relating to PD claims (.10);
                    emails re: same (.10).

01/24/08 Cameron    Meet with J. Restivo regarding         1.40
                    issues for PD claims (0.6);
                    attention to Speights claims (0.8).

01/24/08 Flatley    E-mails re: expert's report issues     1.60
                    (0.4); call with R. Senftleben and
                    follow-up (0.4); with D. Cameron
                    (0.5); with R. Aten (0.3).

01/24/08 Restivo    Negotiations with Speights (.5);       1.50
                    emails with co-counsel (.5);
                    telephone calls with client (.5).

01/25/08 Ament      Assist team with various issues         .20
                    relating to PD claims (.10);
                    e-mail to team re: same (.10).

01/25/08 Restivo    Negotiations with Speights.             .80

01/26/08 Cameron    Review status of PD claims              .70
                    (Speights).

01/28/08 Ament      Assist team with various issues         .30
                    relating to PD claims (.20);
                    e-mails re: same (.10).

172573 W. R. Grace & Co.                        Invoice Number  1666314
60033  Claim Analysis Objection Resolution & Estimation Page   6
       (Asbestos)
       February 28, 2008


| Date | Name | | Hours |
|------|------|---|-------|
| 01/28/08 | Cameron | Telephone call with J. Restivo regarding preparation for omnibus hearing (0.4); telephone call with J. Restivo regarding report from omnibus hearing (0.6); review materials regarding Speights claims (0.6). | 1.60 |
| 01/28/08 | Muha | Research re: potential mediators for mediation with Speights and report to J. Restivo re: same. | .70 |
| 01/28/08 | Restivo | Telephone calls, negotiations and emails re: PD claims with K&E, Speights, Equity Committee attorneys and R. Finke. | 2.00 |
| 01/29/08 | Ament | Assist team with various issues relating to PD claims (.60); various e-mails re: same (.10): meet with T. Rea re: Allegheny Center motion (.10). | .80 |
| 01/29/08 | Cameron | Review Speights' motion for relief from order regarding Allegheny Center. | 1.60 |
| 01/29/08 | Rea | Reviewed Allegheny Center motion. | .40 |
| 01/29/08 | Restivo | Correspondence and emails re: FCR motion (.7); review U.S. Trustee response (.5); review information re: mediators (.3). | 1.50 |
| 01/30/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mails re: same (.10). | .40 |
| 01/30/08 | Cameron | Telephone call with J. Restivo and R. Finke (0.2); review materials from R. Finke regarding mediation (0.5); review Speights' motion regarding Allegheny Center (0.9). | 1.60 |
| 01/30/08 | Restivo | Emails and telephone calls (.3); review of Speights' Allegheny Center response (.7). | 1.00 |

172573  W. R. Grace & Co.                              Invoice Number  1666314
60033   Claim Analysis Objection Resolution & Estimation Page   7
        (Asbestos)
        February 28, 2008


    Date   Name                                                    Hours
    -------- -----------                                           -----


01/31/08 Ament           Assist team with various issues            .40
                         relating to PD claims (.30);
                         e-mail to team re: same (.10).


01/31/08 Cameron         Attention to materials relating to        2.20
                         Speights' motion (1.3); attention
                         to mediation (0.9).


01/31/08 Restivo         Miscellaneous telephone calls,             .50
                         emails and pleadings.

                                                                  ------
                                        TOTAL HOURS                72.00


TIME SUMMARY              Hours         Rate          Value
----------------------   ---------------------       -------
James J. Restivo Jr.     29.30  at  $  675.00  =   19,777.50
Lawrence E. Flatley       4.30  at  $  620.00  =    2,666.00
Douglas E. Cameron       28.20  at  $  615.00  =   17,343.00
Traci Sands Rea           1.90  at  $  435.00  =      826.50
Andrew J. Muha            0.70  at  $  385.00  =      269.50
Sharon A. Ament           7.60  at  $  165.00  =    1,254.00

                         CURRENT FEES                          42,136.50


                                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT                    $42,136.50
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1666315
One Town Center Road                      Invoice Date      02/28/08
Boca Raton, FL    33486                    Client Number       172573

==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

     Fees                              48,206.50
     Expenses                              0.00

               TOTAL BALANCE DUE UPON RECEIPT        $48,206.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1666315
One Town Center Road                      Invoice Date      02/28/08
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60035

===========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 01/01/08 | Cameron | Review of expert witness reports for supplemental materials and open tasks. | 2.90 |
| 01/02/08 | Cameron | Review materials from R.J. Lee Group and F. Pooley regarding supplemental and reliance materials (2.1); e-mails regarding same (0.2); review summary of action items and to-do list (0.9). | 3.20 |
| 01/02/08 | Sanner | Consider agency response to FOIA request (0.2); email correspondence with J. Taylor-Payne and A. Klapper re same (0.3); conference with J. Taylor-Payne re same (0.4). | .90 |
| 01/02/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.20 |
| 01/03/08 | Cameron | Telephone call with R. Finke regarding open issues and things-to-do (0.3); review materials for RJ Lee Group regarding same (1.5). | 1.80 |
| 01/03/08 | Taylor-Payne | Continue research and organization of key governmental documents. | 1.10 |

```
172573 W. R. Grace & Co.                         Invoice Number   1666315
60035  Grand Jury Investigation                  Page    2
       February 28, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 01/04/08 | Klapper | Continue work on development of cross of several government witnesses in advance of team meeting to discuss same in February. | 7.60 |
| 01/04/08 | Sanner | Consider, and email discussion with A. Klapper to clarify, parameters of firm role in litigation. | .30 |
| 01/04/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.50 |
| 01/05/08 | Cameron | Review materials from R. Finke regarding expert work (0.6); review materials from R. Finke regarding F. Pooley materials (0.9); review materials from R.J. Lee (0.9); review work list and outline of issues (0.9). | 3.30 |
| 01/06/08 | Cameron | Prepare for calls relating to expert work. | 1.60 |
| 01/07/08 | Cameron | Review materials from R. Finke (0.4); review Pooley materials (0.8). | 1.20 |
| 01/07/08 | Masal | Research and obtain records of congressional hearings. | 1.40 |
| 01/07/08 | Sanner | Continue work on historical records project (3.3); review draft paralegal FOIA correspondence (0.2) and conference with J. Taylor-Payne re same (0.2). | 3.70 |
| 01/07/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.20 |
| 01/08/08 | Cameron | Review materials from R.J. Lee Group (0.8); review EPA documents (0.8); review expert reports (0.8); review database materials (0.9). | 3.30 |
| 01/08/08 | Sanner | Continue work on historical records project. | 3.60 |

172573  W. R. Grace & Co.                        Invoice Number  1666315
60035   Grand Jury Investigation                 Page    3
        February 28, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 01/08/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .80 |
| 01/09/08 | Cameron | Attention to expert materials. | 1.60 |
| 01/09/08 | Sanner | Continue work on historical records project. | 3.60 |
| 01/09/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.60 |
| 01/10/08 | Sanner | Continue work on industry project. | 2.50 |
| 01/11/08 | Cameron | Review e-mails regarding criminal matter. | .50 |
| 01/11/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.90 |
| 01/14/08 | Cameron | Review materials from R. Finke (0.7); attention to expert reports (1.4). | 2.10 |
| 01/14/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.10 |
| 01/15/08 | Cameron | Attention to criminal case materials from experts. | .80 |
| 01/15/08 | Sanner | Continue work on historical records project. | .40 |
| 01/16/08 | Sanner | Review CPSC communications on outstanding requests for documents (0.3);  continue work on historical records project (7.1). | 7.40 |
| 01/16/08 | Taylor-Payne | Continue research and compilation of key governmental documents | 1.70 |
| 01/17/08 | Sanner | Work on historical records project. | 4.90 |
| 01/18/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.70 |
| 01/19/08 | Cameron | Review materials from R.J. Lee Group (1.5); review EPA database materials (1.1). | 2.60 |
| 01/20/08 | Cameron | Review materials from R. Finke. | 1.60 |

```
172573  W. R. Grace & Co.                      Invoice Number  1666315
60035   Grand Jury Investigation               Page    4
        February 28, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 01/21/08 | Cameron | Attention to expert report materials. | 1.30 |
| 01/22/08 | Cameron | E-mails re: expert witness materials (.30); review material from RJ Lee Group (.80); review database materials (.90); attention to Pooley materials (.40). | 2.40 |
| 01/22/08 | Sanner | Email (0.2) and telephone communications (0.3) with A. Klapper re scheduling issues on project. | .50 |
| 01/22/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.10 |
| 01/23/08 | Sanner | Assess project contours and timing (0.4); prepare memorandum on same (2.6); conference re same with A. Klapper (0.3). | 3.30 |
| 01/23/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.30 |
| 01/25/08 | Cameron | Review of materials from R. Finke and K&E. | 1.90 |
| 01/25/08 | Sanner | Review correspondence with MSHA re archived materials in historical records project (0.4); conference with J. Taylor-Payne re refined contours of project (0.3). | .70 |
| 01/25/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.80 |
| 01/27/08 | Cameron | Prepare draft response to K&E and expert regarding testimony. | 1.10 |
| 01/28/08 | Cameron | Review draft report and related materials from Libby sample analysis (0.9); e-mail regarding same (0.7); review Pooley materials (0.7). | 2.30 |
| 01/28/08 | Taylor-Payne | Continue research and organization of key governmental documents | 3.30 |

```
172573  W. R. Grace & Co.                    Invoice Number  1666315
60035   Grand Jury Investigation             Page    5
        February 28, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/29/08 | Cameron | Attention to R. Finke e-mail regarding expert report issues. | .40 |
| 01/29/08 | Sanner | Email correspondence with J. Taylor-Payne re records issues. | .20 |
| 01/29/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.60 |
| 01/30/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.50 |

```
                                                       ------
                                     TOTAL HOURS       113.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 35.90 | at $ | 615.00 | = | 22,078.50 |
| Antony B. Klapper | 7.60 | at $ | 575.00 | = | 4,370.00 |
| Margaret L. Sanner | 32.00 | at $ | 445.00 | = | 14,240.00 |
| Jennifer L. Taylor-Payne | 36.40 | at $ | 200.00 | = | 7,280.00 |
| Julie K. Masal | 1.40 | at $ | 170.00 | = | 238.00 |

```
                    CURRENT FEES                        48,206.50


                                                       ------------
           TOTAL BALANCE DUE UPON RECEIPT              $48,206.50
                                                       ============
```