REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number  1666331 |
| One Town Center Road | Invoice Date    02/28/08 |
| Boca Raton, FL 33486 | Client Number   172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                                0.00
    Expenses                     64,542.27

                TOTAL BALANCE DUE UPON RECEIPT      $64,542.27
                                                        =============

```
                    REED SMITH LLP
                    PO Box 360074M
                 Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number     1666331
One Town Center Road                     Invoice Date       02/28/08
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026


========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    IKON Copy Services                          66.80
    PACER                                       24.88
    Duplicating/Printing/Scanning               16.00
    Consulting Fees                         61,944.07
    Courier Service - Outside                   22.22
    Secretarial Overtime                        82.50
    Lodging                                    367.41
    Parking/Tolls/Other Transportation          51.00
    Air Travel Expense                       1,423.00
    Rail Travel Expense                        274.00
    Taxi Expense                               110.00
    Meal Expense                               160.39

                CURRENT EXPENSES                          64,542.27
                                                      --------------

                TOTAL BALANCE DUE UPON RECEIPT          $64,542.27
                                                      ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1666331 |
| One Town Center Road | Invoice Date    02/28/08 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/28/07 | Secretarial Overtime-WR Grace - prepare and revise fee applications. | 30.00 |
| 11/29/07 | Secretarial Overtime-WR Grace - prepare and revise fee applications. | 30.00 |
| 11/29/07 | Secretarial Overtime-WR Grace - revisions to October fee application. | 22.50 |
| 12/31/07 | PACER | 24.88 |
| 01/02/08 | Courier Service - Outside Courier Service ROB ARNETT on 12/26/07 | 7.77 |
| 01/02/08 | Courier Service - Outside Courier Service Cynthia Moore on 12/12/07 | 14.45 |
| 01/04/08 | Duplicating/Printing/Scanning ATTY # 4810; 22 COPIES | 2.20 |
| 01/07/08 | Duplicating/Printing/Scanning ATTY # 007015: 23 COPIES | 2.30 |
| 01/07/08 | Duplicating/Printing/Scanning ATTY # 4810; 65 COPIES | 6.50 |
| 01/15/08 | Duplicating/Printing/Scanning ATTY # 0710; 1 COPIES | .10 |
| 01/24/08 | IKON Copy Services - - Copying and mailing charges for service of fee application CNO. | 66.80 |
| 01/24/08 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |

```
172573  W. R. Grace & Co.                          Invoice Number   1666331
60026   Litigation and Litigation Consulting       Page     2
        February 28, 2008
```

| Date | Description | Amount |
|---|---|---:|
| 01/24/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 21 COPIES | 2.10 |
| 01/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 01/31/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 01/31/08 | Rail Travel Expense - - VENDOR: ANTONY B. KLAPPER CLIENT MEETING NYC 1/9/08 - - Rail travel from WDC to NYC and return. | 274.00 |
| 01/31/08 | Taxi Expense - - VENDOR: ANTONY B. KLAPPER CLIENT MEETING NYC 1/9/08 - - Taxis to/from train station relating to rail travel to NYC. | 50.00 |
| 01/31/08 | Meal Expense - - VENDOR: ANTONY B. KLAPPER TRAVEL RE: HEARING 1/14-1/16/08 - - Dinner with co-counsel and expert witness (3 persons total) during stay in relation to Hearings in Pittsburgh. | 160.39 |
| 01/31/08 | Lodging - -\ VENDOR: ANTONY B. KLAPPER TRAVEL RE: HEARING 1/14-1/16/08 - - Two nights stay in PIT for hearing ($159 room charge per night + taxes). | 367.41 |
| 01/31/08 | Air Travel Expense - - VENDOR: ANTONY B. KLAPPER TRAVEL RE: HEARING 1/14-1/16/08 - - Round trip coach-class flight from WDC to PIT. | 1423.00 |
| 01/31/08 | Taxi Expense - - VENDOR: ANTONY B. KLAPPER TRAVEL RE: HEARING 1/14-1/16/08 - - Taxis to/from PIT airport. | 60.00 |
| 01/31/08 | Parking/Tolls/Other Transportation - - VENDOR: ANTONY B. KLAPPER TRAVEL RE: HEARING 1/14-1/16/08 - - Parking at Reagan National Airport during travel to PIT. | 51.00 |
| 02/08/08 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - DOCUMENT REVIEW RE: DR. RODRICK'S DEPOSITION - Expert consultant fees for work on personal injury claims against W.R. Grace for December, 2007. | 20568.97 |
| 02/26/08 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - DOCUMENT REVIEW RE: DR. RODRICK'S DEPOSITION - Expert consultant fees for work on personal injury claims against W.R. Grace for January, 2008 | 41375.10 |

```
172573  W. R. Grace & Co.                      Invoice Number   1666331
 60026  Litigation and Litigation Consulting   Page    3
        February 28, 2008
```

|  |  |
|---|---:|
| CURRENT EXPENSES | 64,542.27 |
| TOTAL BALANCE DUE UPON RECEIPT | $64,542.27 |

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1666332
5400 Broken Sound Blvd., N.W.            Invoice Date       02/28/08
Boca Raton, FL 33487                     Client Number        172573
```

==============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

```
    Fees                                    0.00
    Expenses                              210.98

                    TOTAL BALANCE DUE UPON RECEIPT           $210.98
                                                        =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


  W. R. Grace                              Invoice Number      1666332
  5400 Broken Sound Blvd., N.W.            Invoice Date       02/28/08
  Boca Raton, FL 33487                     Client Number       172573
                                           Matter Number        60028
================================================================================
Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone Expense                          0.55
     Duplicating/Printing/Scanning              4.80
     Westlaw                                  205.63

                CURRENT EXPENSES                                 210.98
                                                            -------------

                TOTAL BALANCE DUE UPON RECEIPT                  $210.98
                                                            =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                                 Invoice Number      1666332
5400 Broken Sound Blvd., N.W.               Invoice Date       02/28/08
Boca Raton, FL 33487                        Client Number       172573
                                            Matter Number         60028
```

================================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 01/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 01/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/06/08 | Westlaw -- Legal research re: potential claims in various states. | 163.90 |
| 01/07/08 | Westlaw -- Legal research re: potential claims in various states. | 41.73 |
| 01/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 01/23/08 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/12 | .55 |

```
                        CURRENT EXPENSES                         210.98
                                                             -----------
                        TOTAL BALANCE DUE UPON RECEIPT          $210.98
                                                             ===========
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1666333
One Town Center Road                    Invoice Date       02/28/08
Boca Raton, FL   33486                  Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                    0.00
    Expenses                              269.83

                    TOTAL BALANCE DUE UPON RECEIPT          $269.83
                                                       =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      1666333
One Town Center Road                    Invoice Date        02/28/08
Boca Raton, FL    33486                 Client Number        172573
                                        Matter Number         60033
```

==========================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                            9.50
    PACER                                      111.92
    Duplicating/Printing/Scanning              141.40
    Postage Expense                              1.23
    General Expense                              5.78

            CURRENT EXPENSES                                    269.83
                                                            --------------

            TOTAL BALANCE DUE UPON RECEIPT                     $269.83
                                                            ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1666333 |
| One Town Center Road | Invoice Date    02/28/08 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number    60033 |

==============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 12/21/07 | PACER | 51.20 |
| 12/31/07 | PACER | 60.72 |
| 01/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 01/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 5 COPIES | .50 |
| 01/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 3 COPIES | .30 |
| 01/07/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 01/07/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/33 | 1.60 |
| 01/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 87 COPIES | 8.70 |
| 01/11/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 01/12/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 16 COPIES | 1.60 |
| 01/12/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 8 COPIES | .80 |
| 01/12/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 5 COPIES | .50 |

```
172573  W. R. Grace & Co.                             Invoice Number   1666333
 60033  Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        February 28, 2008
```

| Date | Description | Amount |
|---|---|---|
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 7 COPIES | .70 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 4 COPIES | .40 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 2 COPIES | .20 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 10 COPIES | 1.00 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 2 COPIES | .20 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 8 COPIES | .80 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 2 COPIES | .20 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 1 COPIES | .10 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 3 COPIES | .30 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 6 COPIES | .60 |
| 01/12/08 | Duplicating/Printing/Scanning ATTY # 003928: 17 COPIES | 1.70 |
| 01/14/08 | Duplicating/Printing/Scanning ATTY # 4810; 22 COPIES | 2.20 |
| 01/14/08 | Duplicating/Printing/Scanning ATTY # 0349; 10 COPIES | 1.00 |
| 01/14/08 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPIES | .10 |
| 01/14/08 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPIES | .10 |
| 01/14/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 01/15/08 | Duplicating/Printing/Scanning ATTY # 000349: 5 COPIES | .50 |

```
172573 W. R. Grace & Co.                              Invoice Number   1666333
 60033 Claim Analysis Objection Resolution & Estimation Page    3
       (Asbestos)
       February 28, 2008
```

| Date | Description | Amount |
|---|---|---|
| 01/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 01/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 01/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 01/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 01/16/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/37 | 1.80 |
| 01/16/08 | Telephone Expense<br>561-866-6803/BOCA RATON, FL/18 | .90 |
| 01/16/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 7 COPIES | .70 |
| 01/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/16/08 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Miller, Jas | .41 |
| 01/16/08 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Miller, Jas | .41 |
| 01/17/08 | General Expense - - VENDOR: ALL-STATE<br>INTERNATIONAL, INC.   TABS | 5.78 |
| 01/17/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 38 COPIES | 3.80 |
| 01/17/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 23 COPIES | 2.30 |
| 01/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 01/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |

```
172573  W. R. Grace & Co.                                    Invoice Number   1666333
 60033  Claim Analysis Objection Resolution & Estimation Page    4
        (Asbestos)
        February 28, 2008
```

| Date | Description | Amount |
|---|---|---|
| 01/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 01/17/08 | Telephone Expense<br>312-861-2162/CHICAGO, IL/18 | .90 |
| 01/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/21/08 | Telephone Expense<br>847-571-7632/NORTHBROOK, IL/28 | 1.40 |
| 01/22/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 3 COPIES | .30 |
| 01/22/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 01/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/23/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/3 | .15 |
| 01/23/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 4 COPIES | .40 |
| 01/24/08 | Telephone Expense<br>843-987-0794/LOWCOUNTRY, SC/17 | .80 |
| 01/24/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/15 | .75 |
| 01/24/08 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/14 | .65 |
| 01/25/08 | Postage Expense<br>Postage Expense: ATTY # 004810 User: Miller, Jas | .41 |
| 01/27/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 01/27/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 01/28/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/7 | .35 |

```
172573  W. R. Grace & Co.                            Invoice Number   1666333
60033   Claim Analysis Objection Resolution & Estimation Page    5
        (Asbestos)
        February 28, 2008
```

| Date | Description | Amount |
|---|---|---|
| 01/28/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 01/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 494 COPIES | 49.40 |
| 01/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 26 COPIES | 2.60 |
| 01/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 01/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4180; 342 COPIES | 34.20 |
| 01/29/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/3 | .10 |
| 01/29/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 109 COPIES | 10.90 |
| 01/29/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 48 COPIES | 4.80 |
| 01/30/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 1.40 |
| 01/31/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 01/31/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |

```
                              CURRENT EXPENSES                       269.83
                                                                 ------------
                              TOTAL BALANCE DUE UPON RECEIPT        $269.83
                                                                 ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | | |
|---|---|---:|
| W.R. Grace & Co. | Invoice Number | 1666334 |
| One Town Center Road | Invoice Date | 02/28/08 |
| Boca Raton, FL   33486 | Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.

(60035)   Grand Jury Investigation

    Fees                                                  0.00  
    Expenses                                        1,657.79

                  TOTAL BALANCE DUE UPON RECEIPT        $1,657.79
                                                                       =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1666334<br>Invoice Date        02/28/08<br>Client Number        172573<br>Matter Number         60035 |

==========================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Duplicating/Printing/Scanning | 163.00 |
| Courier Service | 6.55 |
| Transcript Expense | 415.00 |
| Courier Service - Outside | 8.07 |
| Secretarial Overtime | 29.05 |
| Telephone - Outside | 11.12 |
| Expense Advance | 1,025.00 |
| CURRENT EXPENSES | 1,657.79 |
| TOTAL BALANCE DUE UPON RECEIPT | $1,657.79 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                             Invoice Number      1666334
One Town Center Road                         Invoice Date       02/28/08
Boca Raton, FL   33486                       Client Number       172573
                                             Matter Number        60035

==============================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 12/13/07 | W.R.Grace - Transcription of Industry Submission Outline | 29.05 |
| 12/17/07 | Telephone - Outside Chorus Call Inv No: 0322583 -   CAMERON - | 11.12 |
| 12/19/07 | Courier Service | 6.55 |
| 01/02/08 | Duplicating/Printing/Scanning ATTY # 004995: 16 COPIES | 1.60 |
| 01/03/08 | Duplicating/Printing/Scanning ATTY # 004995: 375 COPIES | 37.50 |
| 01/04/08 | Duplicating/Printing/Scanning ATTY # 004995: 2 COPIES | .20 |
| 01/07/08 | Duplicating/Printing/Scanning ATTY # 007015: 6 COPIES | .60 |
| 01/07/08 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Reed Smith LLP - Richmond to Mr. Todd A. Stevenson U.S. CPSC (BETHESDA MD 20814). | 8.07 |
| 01/08/08 | Expense Advance - - VENDOR: MINE SAFETY & HEALTH ADMINISTRATION - ADVANCE OF 50% OF FEES FOR RESEARCH, RETRIEVAL AND COPY OF RECORDS. | 1025.00 |
| 01/08/08 | Duplicating/Printing/Scanning ATTY # 004995: 145 COPIES | 14.50 |
| 01/08/08 | Duplicating/Printing/Scanning ATTY # 004995: 405 COPIES | 40.50 |

```
172573  W. R. Grace & Co.                          Invoice Number   1666334
60035   Grand Jury Investigation                   Page    2
        February 28, 2008
```

| Date | Description | Amount |
|---|---|---|
| 01/09/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 405 COPIES | 40.50 |
| 01/18/08 | Transcript Expense - - VENDOR: IDEX RETRIEVAL OF TRANSCRIPTS & DEPOS. | 415.00 |
| 01/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 5 COPIES | .50 |
| 01/29/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 271 COPIES | 27.10 |
| | CURRENT EXPENSES | 1,657.79 |
| | TOTAL BALANCE DUE UPON RECEIPT | $1,657.79 |