UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., ET AL. | ) | CASE NO. 01-01139 |
| | ) | |
| DEBTORS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

MOTION FOR ADMISSION *PRO HAC VICE*

I, John Kevin Welch, a member in good standing of the Bar of the Commonwealth of Kentucky and of the Eastern and Western Federal Districts of Kentucky, respectfully request admission before this Court pursuant to Delaware Federal District Court, Local Rule 9010-1(b) and (c), to represent the Kentucky Environmental and Public Protection Cabinet (formerly the Natural Resources and Environmental Protection Cabinet), an agency of the Commonwealth of Kentucky.

I am admitted and in good standing in the following courts: the Supreme Court of the Commonwealth of Kentucky (admitted 11/03/89), the United States District Court for the Western District of Kentucky (admitted 03/05/02), and the United States District Court for the Eastern District of Kentucky (admitted 05/05/02).

I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submit to the disciplinary jurisdiction of this Court for alleged misconduct which occurs in the course of, or in the preparation of this action, and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

Chapter _____

Case No. _____ - _____ ( ____ )

Debtor:

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of _____ to represent _____ in this action.

_____
(Movant's Signature)
(Firm Name, Address and Telephone Number

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
(Admittee's Signature)
(Firm Name, Address and Telephone Number)

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy Judge

**Local Form 105**

## NOTICE

Please take notice that parties in interest shall have fifteen (15) days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed order may be entered by the Court without a hearing on the motion.

Respectfully submitted,

*John Kevin Welch*
John Kevin Welch
Environmental and Public Protection Cabinet
5th Floor Capital Plaza Tower
300 Mero Street
Frankfort, Kentucky 40601
Telephone: (502) 564-5576
Facsimile: (502) 564-6131
E-mail: Kevin.Welch@ky.gov

Motion Granted                    BY THE COURT:

Date _____      _____
                                  United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing motion was served by mailing a true copy of the same via first class mail, postage prepaid, to the addresses listed on the attached service list on this the 21st day of February, 2008.

*John Kevin Welch*
John Kevin Welch

U:\Higgins\Welch\WR Grace & Co. 01-01139\Motion for Admission Pro Hac Vice.doc

2