## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                      )          CHAPTER 11
                                            )
W.R. GRACE & CO., ET AL.                    )          CASE NO. 01-01139
                                            )
            DEBTORS                         )
                                            )
                                            )
                                            )
                                            )
                                            )

### AFFIDAVIT OF COUNSEL

COMMONWEALTH OF KENTUCKY          )
COUNTY OF FRANKLIN                )

1.      I am an attorney for the Environmental and Public Protection Cabinet of the Commonwealth of Kentucky (formerly the Natural Resources and Environmental Protection Cabinet).

2.      I am attempting to file a Motion for Admission *Pro Hac Vice* to practice before this Court in order to represent the interest of my client, the Kentucky Environmental and Public Protection Cabinet.

3.      I do not regularly practice before the United States Bankruptcy Court for the District of Delaware.

4.      I hereby submit this affidavit pursuant to my request for permission from the Clerk of the United States Bankruptcy Court for the District of Delaware to file matters in this matter via paper and regular U.S. Mail rather than through the electronic CM/ECF system.

Further Affiant sayeth naught.

_John Kevin Welch_
JOHN KEVIN WELCH

## NOTARY

SUBSCRIBED and SWORN to before me by John Kevin Welch on this the _20th_ day

of February, 2008.

_Tina Lee Fisher_

Notary Public

My Commission Expires: **My Commission expires on 9-15-2011**

2