# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 12, 2008
                                              MATTER : 0066609-000002
                                              INVOICE : 10085439


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

   RE:  ASSET DISPOSITION



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----  ----   -------------------------------                     -----

01/24/08 TC   Reviewed Motion to Authorize the Remedium            .50
              Closing Agreement with the IRS and all attached
              documents regarding this loss issue relating to
              the recapitalization of WRGrace stock

01/31/08 TC   Reviewed Debtors' Twenty-Sixth Quarterly Report      .10
              of Asset Sales from October 1, 2007 through
              December 31, 2007 in Accordance with that
              Certain Order Establishing Procedures for the
              Sale or Abandonment of De Minimis Assets

01/31/08 TC   Reviewed Debtors' Twenty-Sixth Quarterly Report      .20
              of Settlements from October 1, 2007 through
              December 31, 2007 in Accordance with that
              Certain Amended Order Authorizing and Approving
              an Omnibus Procedure for Settling Certain
              Claims and Causes of Action Brought by or
              Against the Debtors in a Judicial,
              Administrative, Arbitral or Other Action or
              Proceeding




                    T I M E   S U M M A R Y
                    -----------------------

                     RATE    HOURS         TOTALS
                     ----    -----         ------

  T. Currier        515.00    .80          412.00
              TOTALS          .80          412.00


              TOTAL FEES :                            412.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚴ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   FEBRUARY 12, 2008
MATTER  :   0066609-000002
INVOICE :   10085439

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

RE:  ASSET DISPOSITION

TOTAL DUE  :                              412.00

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :  FEBRUARY 12, 2008
                                              MATTER :  0066609-000003
                                              INVOICE :  10085440

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

    RE:  BUSINESS OPERATIONS


DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
----  ----   -------------------------------                      -----

01/02/08 TC    Reviewed monthly operating reports                   .40


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS          TOTALS
                          ----    -----          ------

    T. Currier           515.00    .40           206.00
                  TOTALS           .40           206.00


                  TOTAL FEES :                        206.00

                  TOTAL DUE  :                        206.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 12, 2008
                                            MATTER :  0066609-000004
                                            INVOICE : 10085441
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:   CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/08 | TC | Generally reviewed all ecf filings in the case for case management | .40 |
| 01/02/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/02/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 01/04/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/07/08 | TC | Reviewed updated docket in case | .50 |
| 01/07/08 | TC | Reviewed all ecf filings on a daily basis and distributed to counsel for equity committee | .50 |
| 01/07/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/08/08 | TC | Reviewed all ecf filings on a daily basis and distributed to counsel for equity committee | .50 |
| 01/08/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 12, 2008
                                              MATTER : 0066609-000004
                                              INVOICE : 10085441


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

    RE:   CASE ADMINISTRATION


01/09/08 MNF   Reviewed all ECF filings in the case as part of          .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates

01/10/08 MNF   Reviewed all ECF filings in the case as part of          .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates

01/11/08 MNF   Reviewed all ECF filings in the case as part of          .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates

01/14/08 MNF   Reviewed all ECF filings in the case as part of          .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates

01/15/08 MNF   Docketing litigation events in computerized              .50
               docketing system

01/16/08 TC    Reviewed all ecf filings in the case and                 .40
               distributed them to our team representing the
               equity committee

01/16/08 TC    Reviewed updated docket                                  .40

01/16/08 MNF   Reviewed all ECF filings in the case as part of          .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates

01/17/08 MNF   Reviewed all ECF filings in the case as part of          .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 12, 2008
MATTER : 0066609-000004
INVOICE : 10085441

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/22/08 | MNF | Docketing litigation in computerized docketing system | .50 |
| 01/25/08 | TC | Calendered all dates from today's filings | .40 |
| 01/25/08 | TC | Reviewed all ecf filings and distributed to counsel for equity committee | .50 |
| 01/25/08 | MNF | Docketing litigation events in computerized docketing system | .30 |
| 01/28/08 | TC | Reviewed all ecf filings from the weekend and shared them with our team representing the equity committee | .40 |
| 01/28/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/29/08 | TC | Reviewed all ecf filings in the case and circulated them to team of counsel for the equity committee | .30 |
| 01/29/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 01/30/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 01/31/08 | TC | Reviewed all ecf filings in the case and distributed to our team representing the equity committee | .60 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 12, 2008
MATTER :   0066609-000004
INVOICE :   10085441

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/31/08 | TC | Reviewed Joinder in the Debtors' Opposition to Application of Future Claimants' Representative to Employ Special Asbestos Property Damage Settlement Counsel Nunc Pro Tunc to January 4, 2008 Filed by Official Committee of Unsecured Creditors | .10 |
| 01/31/08 | MNF | Docketing litigation events in computerized docketing system | .50 |

### T I M E   S U M M A R Y
-------------------------

| | | RATE | HOURS | | TOTALS |
|---|---|---|---|---|---|
| T. Currier | | 515.00 | 5.00 | | 2575.00 |
| M. Flores | | 175.00 | 8.80 | | 1540.00 |
| | TOTALS | | 13.80 | | 4115.00 |

TOTAL FEES :                  4,115.00

TOTAL DUE  :                  4,115.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚘ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 12, 2008
MATTER : 0066609-000005
INVOICE : 10085442

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/08 | TC | Reviewed stipulation resolving pellett claims | .10 |
| 01/08/08 | TC | Reviewed notice of appeal in district court on speights and ryan claims expungements | .20 |
| 01/09/08 | TC | Rievewed future rep's application to retain special asbestos settlement counsel with expertise in property damage claims (and all attachments thereto) | .50 |
| 01/11/08 | TC | Reviewed Objection to Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters (objection to the extent that settlement with us about environmental issues prejudices or limits City of Cambridge's right to recover its claims) | .40 |
| 01/11/08 | TC | Reviewed Response to Debtors' Motion for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters Filed by Kaneb Pipe Line Operating Partnership | .10 |
| 01/11/08 | TC | Reviewed Response to Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environment Matters Filed by State of Montana Department of Environmental Quality | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 12, 2008
MATTER :   0066609-000005
INVOICE :   10085442

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 01/11/08 TC | Reviewed Limited Objection to Proposed Settlement Between Debtors and the United States Regarding Superfund Sites Filed by TYCO HEALTHCARE GROUP LP (objection to the extent that settlement with us about environmental issues prejudices or limits TYCO claims) | | .10 |
| 01/28/08 TC | Reviewed Memorandum in Support of Motion for Relief from Order of Dismissal Filed by Allegheny Center Associates | | .40 |
| 01/31/08 TC | Reviewed Response to Debtors' Opposition to Application of Future Claimants' Representative for Authorization to Employ Special Asbestos Property Damage Settlement Counsel Nunc Pro Tunc to January 4, 2008 Filed by W.R. Grace & Co., et al | | .50 |
| 01/31/08 TC | Reviewed Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue | | .60 |
| 01/31/08 TC | Reviewed Order (CONTINUATION) Regarding the Debtors' Eighteenth Omnibus Objection to Claims | | .10 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| T. Currier | 515.00 | 3.20 | 1648.00 |
| TOTALS | | 3.20 | 1648.00 |

TOTAL FEES :                                    1,648.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⋀ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 12, 2008
MATTER : 0066609-000005
INVOICE : 10085442

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


TOTAL DUE  :                          1,648.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoil.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 12, 2008
                                              MATTER : 0066609-000006
                                              INVOICE : 10085443


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                      HOURS
 ----  ----   -------------------------------                       -----

01/18/08 TC   Reviewed CSX Transportation, Inc's First               .60
              Request for Payment of Administrative Expense.


                      T I M E   S U M M A R Y
                      -----------------------

                       RATE    HOURS            TOTALS
                       ----    -----            ------

    T. Currier        515.00     .60            309.00
                 TOTALS          .60            309.00


                 TOTAL FEES :                            309.00

                 TOTAL DUE  :                            309.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 12, 2008
                                            MATTER : 0066609-000010
                                            INVOICE : 10085448


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

    RE:  EMPLOYMENT APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/11/08 | TC | Reviewed Statement of Amounts Paid to Ordinary Course Professionals | .20 |
| 01/24/08 | TC | Reviewed Order Authorizing the Debtors' Second Application Requesting the Approval of an Order Authorizing the Further Expansion of the Scope of Services to be Provided by Deloitte & Touche LLP to the Debtors to Include Certain Enterprise Risk Management Services and Crisis Management Planning Services | .10 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------
    T. Currier          515.00    .30           154.50
                TOTALS            .30           154.50


                TOTAL FEES :                          154.50


                TOTAL DUE  :                          154.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 12, 2008
                                            MATTER :  0066609-000011
                                            INVOICE : 10085444


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

    RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/08 | MNF | E-file and serve 73rd monthly fee app of BIR for Nov. 2007 (.8); Calendar dates (.1); convert and email same to fee auditor (.2) | 1.10 |
| 01/09/08 | MNF | Reviewed/make edits to prebills re: December 2007 time | .50 |
| 01/16/08 | MNF | Draft 74th monthly fee app of BIR for December 2007 | .50 |
| 01/16/08 | MNF | Review/Finalize bills for December 2007; send same to accting | .70 |
| 01/17/08 | MNF | Continue work on 74th Monthly fee app of BIR for December 2007 | 1.00 |
| 01/25/08 | TC | Reviewed and approved monthly certification of no objection; approved same for filing | .20 |
| 01/25/08 | MNF | Review docket re: objections to 73rd monthly fee app of BIR (.1); Draft CNO re: 73rd monthly fee app of BIR for November 2007 (.4); E-file and serve CNO (.4) | .90 |
| 01/29/08 | TC | Reviewed our fee application and notices and approved for filing | .50 |
| 01/29/08 | MNF | E-file and serve 74th monthly fee app of BIR (.8); calendar dates(.1); convert and send same to fee auditor(.3) | 1.20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 12, 2008
MATTER : 0066609-000011
INVOICE : 10085444

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

RE: FEE APPLICATIONS, APPLICANT

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | .70 | 360.50 |
| M. Flores | 175.00 | 5.90 | 1032.50 |
| TOTALS | | 6.60 | 1393.00 |

TOTAL FEES :                           1,393.00

TOTAL DUE  :                           1,393.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 12, 2008
                                             MATTER :  0066609-000012
                                             INVOICE : 10085445

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 01/07/08 | MNF | E-file & serve 76th monthly fee app of Kramer Levin (.8); calendar dates (.1); | .90 |
| 01/14/08 | TC | Conf with paralegal re lexecon's filing of multiple quarterlies and monthlies tomorrow; reviewed process and lexecon needs | .40 |
| 01/15/08 | TC | Reviewed and revised lexecon quarterly fee notice and conference with paralegal re changes to same and filing same | .30 |
| 01/15/08 | TC | Reviewed all completed lexecon (advisor to Equity Committee) filings on ecf system | .50 |
| 01/15/08 | MNF | E-file and serve Monthly fee apps for Lexecon for August 2007, Sept. 2007, Oct. 2007, and November 2007 | 2.00 |
| 01/15/08 | MNF | Draft Notice re: Quarterly fee app of Lexecon for July through Sept. 20007 (.2); E-file and serve Quarterly fee app (.8) | 1.00 |
| 01/25/08 | TC | Reviewed lexecon quarterly fee application in order to approve and finalize lexecon quarterly fee notice; revised and modified same; approved for filing | .40 |
| 01/25/08 | MNF | Draft Notice of Quarterly fee request of Lexecon for Oct-Dec. 2007 (.3); E-file and serve Quarterly fee app of Lexecon (.7) | 1.00 |
| 01/25/08 | MNF | E-file and serve Monthly fee app of Lexecon for December 2007 | .80 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 12, 2008
                                            MATTER :  0066609-000012
                                            INVOICE : 10085445


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

     RE:  FEE APPLICATIONS, OTHERS


| | | | |
|---|---|---|---|
| 01/29/08 MNF | Review docket re: objections to 76th monthly fee app of Kramer(.1); Draft CNO re: 76th monthly fee app of Kramer Levin(.3) | | .40 |
| 01/31/08 TC | Reviewed and approved cno for kramer levin fees; approved same for filing | | .20 |
| 01/31/08 MNF | E-file and serve CNO re: 76th monthly fee app of Kramer Levin | | .80 |


                    T I M E   S U M M A R Y
                    -----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
|  | ---- | ----- | ------ |
| T. Currier | 515.00 | 1.80 | 927.00 |
| M. Flores | 175.00 | 6.90 | 1207.50 |
| TOTALS |  | 8.70 | 2134.50 |


                    TOTAL FEES :          2,134.50


                    TOTAL DUE  :          2,134.50


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 12, 2008
MATTER :  0066609-000014
INVOICE :  10085446

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/09/08 | TC | Reviewed notice of agenda of matters scheduled for hearing | .30 |
| 01/11/08 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing | .20 |
| 01/18/08 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T. Currier | 515.00 | .70 | 360.50 |
| TOTALS | | .70 | 360.50 |

TOTAL FEES :                       360.50

TOTAL DUE  :                       360.50

# Buchanan Ingersoll ⚫ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 12, 2008
                                              MATTER :  0066609-000015
                                              INVOICE : 10085447


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08   6548

     RE:  LITIGATION AND LITIGATION CONSULTING
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/03/08 | TC | Reviewed tomorrow's deadlines from amended case management order (o.1); communication with our team regarding filings tomorrow if needed (0.1) | .20 |
| 01/03/08 | TC | Closer review of WRGrace's memorandum and materials filed on its Daubert Motion (boxes of materials delivered) | 2.30 |
| 01/04/08 | TC | Reviewed declaration of elizabeth anderson | .60 |
| 01/04/08 | TC | Reviewed Debtors' Order of Witnesses | .10 |
| 01/04/08 | TC | Reviewed The Official Committee of Asbestos Personal Injury Claimants' and The Future Claimants' Representative's Authenticity Objections and Stipulations Concerning Exhibits Identified by W.R. Grace & Company in Its Exhibit List for the Estimation Hearing (different document, 22 pages) | .80 |
| 01/04/08 | TC | Reviewed The Official Committee of Asbestos Personal Injury Claimants' and The Future Claimants' Representative's Statement Concerning Witness Order for the January 2008 Portion of the Estimation Hearing | .10 |
| 01/04/08 | TC | Reviewed The Official Committee of Asbestos Personal Injury Claimants' and The Future Claimants' Representative's Authenticity Objections and Stipulations Concerning Exhibits Identified by W.R. Grace & Company in Its Exhibit List for the Estimation Hearing | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 12, 2008
MATTER :  0066609-000015
INVOICE : 10085447

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/04/08 TC | Reviewed Debtors' Amended Exhibit List, Docket No. 17768 | | .70 |
| 01/04/08 TC | Reviewed Debtors' Authenticity Objections and Stipulation to the Admissibility of Certain Exhibits, Docket No. 17769 | | .90 |
| 01/08/08 TC | Reviewed joint reply brief for equity committee and wrgrace in support of daubert motions to exclude expert reports (40 pages) | | 1.10 |
| 01/08/08 TC | Reviewed WR Grace Motion in Limine to Strike Expert Reports | | .30 |
| 01/08/08 TC | Reviewed The Official Committee of Asbestos Personal Injury Claimants and Future Claimants Representative's Joint Reply in Support of Their Motions to Exclude Grace's Expert Testimony (documents sealed but delivered to us as counsel to the Equity Committee) | | .70 |
| 01/09/08 TC | Reviewed extensive exhibits to the joint reply memorandum | | 1.20 |
| 01/11/08 TC | Reviewed amended exhibits of ACC filed under seal in this proceeding | | .50 |
| 01/11/08 TC | Reviewed The Official Committee of Asbestos Personal Injury Claimants and Future Claimants' Representative's Joint Response to W.R. Grace's Motion in Limine and/or to Strike Expert Reports Offered into Evidence by PI Committee and Future Claimants' Representative | | .20 |
| 01/11/08 TC | Reviewed Objection to the Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay Filed by W.R. Grace & Co., et al., regarding eminent domain proceeding | | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 12, 2008
MATTER : 0066609-000015
INVOICE : 10085447

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/15/08 TC | Reviewed Future Claimants' Representative's Motion to Strike Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions Filed by David Austern | | .20 |
| 01/15/08 TC | Reviewed Debtors' Motion To Strike Untimely Stallard Declaration and for Sanctions and Debtors' Motion For Leave From Scheduling Order and To Shorten Notice Peirod of Debtors' Motion To Strike Untimely Stallard Declaration and for Sanctions (revised from earlier filed and dismissed motion) | | .50 |
| 01/15/08 TC | Reviewed Objection to Future Claimants' Representative's Oppostion to Grace's Motion to Strike as "Untimely" Professor Eric Stallard's Reply Declaration, and for Sanctions (along with all attachments thereto) | | .40 |
| 01/15/08 TC | Reviewed Order Dismissing Motion To Strike Untimely Stallard Declaration and for Sanctions (motion stricken for failure to file a proper order) and Order Denying as Moot Future Claimants' Representative's Motion To Strike Debtors' Motion to Strike Untimely Stallard Declaration and for Sanctions | | .10 |
| 01/15/08 TC | Reviewed Debtors' Motion For Leave From Scheduling Order And To Shorten Notice Period Of Debtors' Motion To Strike Untimely Stallard Declaration And For Sanctions (Re: January 14, 2008 hearing - Agenda Item 9) | | .40 |
| 01/18/08 TC | Reviewed Updated Notice of Debtors' Order of Witnesses | | .10 |

# Buchanan Ingersoll ᐳᐳ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 12, 2008
                                             MATTER :  0066609-000015
                                             INVOICE : 10085447


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:   LITIGATION AND LITIGATION CONSULTING


| Date | | Description | Hours |
|---|---|---|---|
| 01/24/08 | TC | Reviewed appellants joint statement of issues on appeal from the district court and designation of appropriate items for that appeal | .30 |
| 01/25/08 | TC | Reviewed Memorandum Regarding Pending Motions from District Court re lobby claimants appeal | .40 |
| 01/31/08 | TC | Reviewed Motion for Relief from Order of Dismissal | .60 |
| 01/31/08 | TC | Reviewed Notice of Amended Personal Injury Estimation Trial Dates and calendared and docketed same | .20 |


### T I M E   S U M M A R Y
-----------------------

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| | | ---- | ----- | ------ |
| T. Currier | | 515.00 | 13.80 | 7107.00 |
| | TOTALS | | 13.80 | 7107.00 |


TOTAL FEES :                    7,107.00

TOTAL DUE  :                    7,107.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   FEBRUARY 12, 2008
MATTER :   0066609-001000
INVOICE :   10085526

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/08    6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 11/29/07 Messenger/Delivery Service - Parcels 49001 | 10.00 |
| 01/02/08 Photocopies M. Flores | 0.45 |
| 01/03/08 Photocopies M. Flores | 29.85 |
| 01/11/08 Photocopies M. Flores | 116.70 |
| 01/15/08 Photocopies M. Flores | 17.40 |
| 01/18/08 Photocopies M. Flores | 8.70 |
| 01/25/08 Photocopies M. Flores | 0.30 |
| 01/25/08 Photocopies M. Flores | 3.90 |
| 01/25/08 Photocopies M. Flores | 0.60 |
| 01/29/08 Photocopies M. Flores | 14.55 |
| 01/31/08 Photocopies M. Flores | 7.50 |

TOTAL EXPENSE ADVANCES :          209.95

TOTAL DUE  :          209.95