**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., ET AL. | ) | CASE NO. 01-01139 |
| | ) | |
| DEBTORS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| NOTICE OF ENTRY OF APPEARANCE FOR | | |
| CREDITOR AND SUBSTITUTION OF COUNSEL | | |

The undersigned, John Kevin Welch, hereby enters his appearance in the above-styled action on behalf of the Creditor, Commonwealth of Kentucky, Environmental and Public Protection Cabinet (formerly the Natural Resources and Environmental Protection Cabinet), in substitution of previous counsel, Randall Royer. Counsel has filed a concurrent Motion for Admission *Pro Hac Vice*. All pleadings, motions, notices, orders and other papers required to be served on the Commonwealth of Kentucky, Environmental and Public Protection Cabinet should be served on the undersigned counsel.

*John Kevin Welch*
John Kevin Welch, awaiting approval of Motion
*Pro Hac Vice* filed with this Court
Counsel for the Kentucky Environmental and
Public Protection Cabinet
Office of Legal Services
Fifth Floor, Capital Plaza Tower
Frankfort, Kentucky 40601
(502) 564-5576 (Telephone)
(502) 564-6131 (Facsimile)
E-mail: kevin.welch@ky.gov

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Notice was served on the debtors' counsel, the United States Trustee, and counsel for all official committees listed below, by mailing a true copy of the same via first class mail, postage prepaid, to the address on the attached service list on this 21st day of February, 2008.

_____
John Kevin Welch

Wintz/Welch/WRGrace/EntryofAppearance-1-25-07

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Debt Acquisition Co of America V LLC
1565 Hotel Cir S, Suite 310
San Diego, CA 92108-3419

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY 10019-5818

Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY 10022

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA 70062-4032

Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY 10001

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mount Laurel, NJ 08054-0669

M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

John Preefer
128 Willow St Apt 6B
Brooklyn, NY 11201

Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT 84145

Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC 29465

David Jagolinzer, Esquire
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL 33146

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

| | | |
|---|---|---|
| Lynn K. Neuner, Esquire<br>Simpson, Thacher, & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017-3954 | Hillary Browning-Jones<br>Assistant City Attorney<br>P.O. Box 1631<br>Knoxville, TN 37901 | Brad N. Friedman<br>Rachel Fleishman<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165 |
| Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095 | Don C. Fletcher, Esquire<br>The Cavanagh Firm, P.A.<br>1850 North Central Avenue, Suite 2400<br>Phoenix, AZ 85004 | Xerox Capital Services, LLC<br>Attention: Cathy Flowers<br>800 Carillon Parkway<br>St. Petersburg, FL 33716-9876 |
| Jonathan D. Berger, Esquire<br>Russell Henkin, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | Mr. Harvey Schultz<br>The Schultz Organization<br>4 Woods End<br>Ocean, NJ 07712-4181 | Carl Pericone, Esquire<br>Wilson, Elser, Moskowitz, Edelman, Dicker LLP<br>150 East 42nd Street<br>New York, NY 10019-5639 |
| Noel C. Burnham, Esquire<br>Montgomery, McCracken, Walker & Rhoads LLP<br>123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109 | Barbara G. Billet, Esquire<br>Elaine Z. Cole, Esquire<br>New York State Department of Taxation and Finance<br>340 E. Main Street<br>Rochester, NY 14604 | Edward L. Jacobs, Esquire<br>Bankemper & Jacobs<br>The Shaw House<br>26 Audubon Place<br>P.O. Box 70<br>Fort Thomas, KY 41075-0070 |
| DACA V, LLC<br>Attn: Julie Bubnack<br>1565 Hotel Cir S, Ste 310<br>San Diego, CA 92108-3419 | James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 | Lori Gruver Robertson, Esquire<br>Linebarger Goggan Blair Pena & Sampson, LLP<br>1949 South I.H. 35 (78741)<br>P.O. Box 17428<br>Austin, TX 78760 |
| Ronald D. Gorsline<br>Chambliss, Bahner, & Stophel, P.C.<br>1000 Tallan Building, Ste. 1000<br>Two Union Square<br>Chattanooga, TN 37402-2552 | Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10400 Viking Drive, Suite 560<br>Eden Prairie, MN 55344 | Anthony F. Parise<br>Cornell University<br>Office of University Counsel<br>300 CCC Building, Garden Avenue<br>Ithaca, NY 14853-2601 |
| Jon Bauer<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 | Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829 | Daniel C. Cohn, Esquire<br>Christopher M. Candon, Esquire<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Boston, MA 02110 |
| Martha E. Romero, Esquire<br>6516 Bright Avenue<br>Whittier, CA 90601-4503 | Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environment & Natural Resource Division<br>Environmental Enforcement Section<br>1961 Stout Street – 8th Floor<br>Denver, CO 80294 | General Counsel<br>Enron Energy Services<br>P.O. Box 1188, Suite 1600<br>Houston, TX 77251-1188 |
| Michael S. Davis, Esquire<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Ann Beimdiek Kinsella<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2127 | Thomas O. Bean<br>McDermott, Will & Emery<br>28 State Street, 34th Floor<br>Boston, MA 02109-1706 |
| Richard A. O'Halloran, Esquire<br>Burns, White & Hickton, LLC<br>531 Plymouth Road, Suite 500<br>Plymouth Meeting, PA 19462 | Deborah L. Thorne, Esquire<br>FabelHaber LLC<br>55 East Monroe Street, 40th Floor<br>Chicago, IL 60603 | Jacob C. Cohn, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |

Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View - Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

Robert Cimino, Esq., Suffolk Co. Attorney
Attn: Diane Leonardo Beckmann
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI 48674

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View   Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY 10036-6524

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN 37243

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

James M. Garner, Esquire
Sher Garner Cahill Richter Klein & Hilbert,
L.L.C.
909 Poydras Street
Suite 2800
New Orleans, LA 70112-1033

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY 10036-4039

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626-7122

Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI 48909

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
200 Clarendon Street
27th Floor
Boston, MA 02116-5021

John W. Havins, Esquire
Havins & Associates PC
1001 McKinney Street, Suite 500
Houston, TX 77002-6418

Mark Browning, Esquire, Asst. Atty. Gen.
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

| | | |
|---|---|---|
| Daniel A. Speights, Esquire<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, SC 29924 | Darrell W. Scott<br>The Scott Law Group<br>926 W. Sprague Ave., Suite 583<br>Spokane, WA 99201 | Michael Selig<br>Westover Investments, L.L.C.<br>555 Old Garth Road<br>Charlottesville, VA 22901 |
| General Motors Acceptance Corporation<br>P.O. Box 5055<br>Troy, MI 48007-5055 | Missouri Department of Revenue<br>Bankruptcy Unit<br>Gary L. Barnhart<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Allan H. Ickowitz, Esquire<br>Nossaman, Guthner, Knox & Elliott, LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071 |
| Donna J. Petrone, Esquire<br>ExxonMobil Chemical Company<br>Law Department – Bankruptcy<br>13501 Katy Freeway, Room W1-562<br>Houston, TX 77079-1398 | Mr. Charles C. Trascher III, Esquire<br>Snellings, Breard, Sartor, Inabnett & Trascher, LLP<br>PO Box 2055<br>Monroe, LA 71207 | Oscar B. Fears, III<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, GA 30334 |
| David W. Wirt, Esquire<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, IL 60601 | Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Philip J. Ward<br>Victoria Radd Rollins<br>Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington, DC 20005 |
| Sander L. Esserman, Esquire<br>Robert T. Brousseau, Esquire<br>Van J. Hooker, Esquire<br>Stutzman Bromberg Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201 | Christopher R. Momjian<br>Senior Deputy Attorney General<br>I.D. No. 057482<br>Office of Attorney General<br>21 S. 12th Street, 3rd. Floor<br>Philadelphia, PA 19107-3603 | Margaret A. Holland, Esq., Dep Atty Gen<br>New Jersey Attorney General's Office<br>Division of Law<br>R.J. Hughes Justice Complex<br>P.O. Box 106<br>Trenton, NJ 08625 |
| Randall A. Rios<br>Floyd, Isgur, Rios & Wahrlich, P.C.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 | Denise A. Kuhn<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Rachel Jeanne Lehr<br>Deputy Attorney General<br>Office of the Attorney General<br>R.J. Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NJ 08625 |
| Elizabeth J. Cabraser, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA 94111 | Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 | Larry A. Feind<br>133 Peachtree Street, N.E.<br>7th Floor<br>Atlanta, GA 30303 |
| Thomas M. Sobol, Esquire<br>Hagens Berman LLP<br>One Main Street, 4th Floor<br>Cambridge, Massachusetts 02142 | Vahe Melkonian<br>Newco Management Company, LLC<br>6320 Canoga Avenue, Suite 1430<br>Woodland Hills, CA 91367 | Bryan Shapiro<br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, NY 10179 |
| Robert M. Fishman, Esquire<br>Shaw Gussis Domanskis Fishman & Glantz<br>321 N. Clark Street<br>Suite 800<br>Chicago, Illinois 60610 | Richard B. Specter, Esquire<br>Corbett, Steelman & Specter<br>18200 Von Karman Avenue, Suite 900<br>Irvine, CA 92612 | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1720<br>Dallas, TX 75201-2691 |
| Edward H. Tillinghast, III, Esquire<br>Sheppard, Mullin, Richter & Hampton LLP<br>Twenty-fourth Floor, 30 Rockefeller Plaza<br>New York, NY 10112 | Barry D. Kleban, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>Two Liberty Place<br>50 South 16th Street, 22nd Floor<br>Philadelphia, PA 19102 | Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 |

Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ 07407-1033

Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407

Joseph T. Kremer, Esquire
Lipsitz, Green, Fahringer, Roll, Salisbury &
Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX 76011

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Anton Volovsek
P.O. Box 99
Kooskia, ID 83539-0099

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH 43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Margaret Ann Nolan, County Solicitor
Camela Chapman, Sr. Asst. Cty. Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD 21043

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ 08736-1500

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Charles L. Finke, Asst General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY 10154

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX 75219-6403

Alan Kolod, Esquire
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

The Gibson Law Firm, PLLC
447 Northpark Drive
Ridgeland, MS 39157

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX 78520

Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801

David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmingotn, DE 19801

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Derrick C. Tay
Ogilvy Renault LLP
Suite 3800, P.O. Box 84
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario, Canada M5J 2Z4

Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger, Inc.
286, rue St-Paul Ouest, Bureau 100
Montreal (Quebec) H2Y 2A3

Jacqueline Dais-Visca, Senior Counsel
Business Law Section
Ontario Regional Office, Ste 2400, Box 34
The Exchange Tower, 130 King St. West
Toronto, Ontario M5X 1K6

Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, Ontario
M9C 5K1

William D. Sullivan, Esquire
Buchanan Ingersoll PC
P.O. Box 8791
Wilmington, DE 19899-8791

David B. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 212010

Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street
Floor 8
Denver, CO 80294-1961

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey
PC
745 South Main Street
Kalispel, MT 59901

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

| | | |
|---|---|---|
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Joseph Grey, Esquire<br>Stevens & Lee<br>1105 N. Market Street, Suite 700<br>Wilmington, DE 19801-1270 | Rachel B. Mersky, Esquire<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 |
| Parcels, Inc.<br>Vito I. DiMaio<br>10th & King Streets<br>Wilmington, DE 19801 | Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246 | Megan N. Harper, Esquire<br>Bifferato, Bifferato & Gentilotti<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899 |
| Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | Allison E. Reardon<br>Delaware Division of Revenue<br>820 N. French Street<br>8th Floor<br>Wilmington, DE 19801 |
| Marla Eskin, Esquire<br>Mark Hurford, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street #300<br>Wilmington, DE 19801 | David Klauder, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2311<br>Wilmington, DE 19801 | Steven K. Kortanek, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 |
| William H. Sudell, Jr., Esquire<br>Eric D. Schwartz, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Todd C. Schiltz, Esquire<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 N. Market Street, Suite 1001<br>Wilmington, DE 19801 | William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>Mellon Bank Center<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19899 |
| Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Kathleen Miller, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | Frederick B. Rosner, Esquire<br>Jaspan Schlesinger Hoffman, LLP<br>913 N. Market Street<br>Fl 12<br>Wilmington, DE 19801 |
| Jeffrey C. Wisler, Esquire<br>Michelle McMahon, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, 10th Floor<br>Wilmington, DE 19899 | Curtis Crowther, Esquire<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19801 | John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Francis A. Monaco, Jr., Esquire<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19801 | John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, Suite 700<br>Wilmington, DE 19801-1270 | Adam G. Landis, Esquire<br>Kerri K. Mumford, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1600<br>Wilmington, DE 19801 |
| Michael B. Joseph, Esquire<br>Theodore J. Tacconelli, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 | Thomas G. Whalen, Esquire<br>Stevens & Lee, P.C.<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801 | Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| Mark S. Chehi<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | Teresa K.D. Currier, Esquire<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 | James S. Yoder, Esquire<br>White and Williams LLP<br>824 Market Street, Suite 902<br>Wilmington, DE 19899-0709 |

John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA 50306


Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153


Jeffrey S. Hebrank, Esquire
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962-1981


Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022


Pryor Cashman LLP
Attn: Richard Levy, Jr., Esquire
410 Park Avenue
New York, NY 10022-4441


Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY 11106