**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
October 1, 2007 through December 31, 2007

1.  Asbestos: Claims Analysis & Evaluation – 25.0 ($15,025.00)

During the Application Period, the Applicant continued to review the data base, memos and expert//rebuttal reports provided by counsel for the PD Committee and basis for estimation. In addition, the Applicant reviewed, analyzed and attended to calls regarding motions, objections and any Court filings related to the property damage claims and exclusivity appeal.