# EXHIBIT "C"

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

November 6, 2007
Invoice No. HRA20070611

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of October, 2007.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz 10.5 hours @ $ 625 per hour | $ 6,562.50 |
| **TOTAL DUE:** | **$ 6,562.50** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

OCTOBER, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 10/01/07 | 3.8 | Review Dunbar rebuttal of Biggs (2.0); Review Heckman rebuttal of Peterson (1.0); Review Heckman rebuttal of Biggs and Literature Review (0.8). |
| 10/02/07 | 3.2 | Review Stallard report/rebuttal (2.5); Review Shapo report (0.7). |
| 10/03/07 | 3.5 | Review Biggs rebuttal report. (2.0); eview Jacoby report (1.0); Review Radecki report (0.5). |
| TOTAL: | 10.5 | |

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

December 11, 2007
Invoice No. HRA20071112

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of November, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>3.5 hours @ $ 625 per hour | $ 2,187.50 |
| Paul K. Honig<br>2.0 hours @ $ 325 per hour | 650.00 |
| TOTAL FEES: | $ 2,837.50 |

### EXPENSES

| | |
|---|---:|
| Courier | $    16.39 |
| **TOTAL DUE:** | **$ 2,853.89** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

NOVEMBER, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>     <u>TIME</u>    <u>TASK</u>

11/02/07   2.0     Quick review of Florence deposition and exhibits.

11/05/07   1.5     Quick review of Peterson deposition and exhibits.
TOTAL:     3.5

```
NOVEMBER, 2007 TIME LOG OF PAUL K. HONIG (PKH)

DATE       TIME   TASK

11/12/07   2.0    Sort through, box & ship hardcopy & electronic
                   source materials (except PIQ data).
TOTAL:     2.0
```

# HR&A                                                            INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

---

January 9, 2008
Invoice No. HRA20080109

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of December, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz 9.0 hours @ $ 625 per hour | $ 5,625.00 |

### EXPENSES

| | |
|---|---:|
| Courier | $   161.42 |
| **TOTAL DUE:** | **$ 5,786.42** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

DECEMBER, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR) BilzinAsb

| DATE | TIME | TASK |
|---|---|---|
| 12/06/07 | 2.00 | Review Biggs deposition. |
| 12/07/07 | 2.00 | Review Dunbar deposition. |
| 12/10/07 | 5.00 | Review Radecki deposition (1.0); Brief review of FCR Daubert motion (1.0); Brief review of ACC Daubert motion (1.0); Brief review of Grace Daubert motion (2.0); |
| TOTAL: | 9.00 | |