# HR&A                                                              INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
Policy, Financial & Management Consultants


February 4, 2008
Invoice No. HRA20080204


Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of January, 2008.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>6.0 hours @ $ 625 per hour | $ 3,750.00 |
| **TOTAL DUE:** | **$ 3,750.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

JANUARY, 2008 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
| --- | --- | --- |
| 01/08/08 | 2.00 | Brief review of Grace Reply Memorandum in support of Grace's Motion to Exclude Expert Opinions in Connection with Estimation. |
| 01/13/08 | 1.00 | Review of Kramer memo on issues in PI estimation. |
| 01/15/08 | 0.75 | Review of Kramer memo on arguments on Daubert motions. |
| 01/17/08 | 0.75 | Review of Kramer memo on testimony of Ory and Rodricks. |
| 01/23/08 | 1.00 | Review of Kramer memo on testimony of Weil and Henry. Look at some of the sources. |
| 01/24/08 | 0.50 | Review of Kramer memo on videotaped testimony of B readers. |
| TOTAL: | 6.00 | |