
ATTORNEYS AT LAW

February 14, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   134635

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH January 31, 2008

### CLIENT SUMMARY

**BALANCE AS OF- 01/31/08**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $76.00 | $39,886.17 | $39,962.17 |
| 02 - Debtors' Business Operations - .15538 | $1,830.00 | $0.00 | $1,830.00 |
| 03 - Creditors Committee - .15539 | $5,274.50 | $0.00 | $5,274.50 |
| 07 - Applicant's Fee Application - .15543 | $506.00 | $0.00 | $506.00 |
| 08 - Hearings - .15544 | $39,514.50 | $0.00 | $39,514.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $19,577.50 | $0.00 | $19,577.50 |
| 10 - Travel - .15546 | $4,902.00 | $0.00 | $4,902.00 |
| 18 - Plan & Disclosure Statement - .15554 | $1,012.50 | $0.00 | $1,012.50 |
| 30 - Fee Application of Others - .17781 | $440.00 | $0.00 | $440.00 |
| 38 - ZAI Science Trial - .17905 | $1,046.50 | $0.00 | $1,046.50 |
| ***Client Total*** | ***$74,179.50*** | ***$39,886.17*** | ***$114,065.67*** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 44.10 | $675.00 | $29,767.50 |
| Flores, Luisa M | 8.30 | $205.00 | $1,701.50 |
| Sakalo, Jay M | 27.70 | $455.00 | $12,603.50 |
| Snyder, Jeffrey I | 0.80 | $275.00 | $220.00 |
| Kramer, Matthew I | 89.60 | $325.29 | $29,146.00 |
| Lazarus, Shanon | 3.90 | $190.00 | $741.00 |
| | *TOTAL PROFESSIONAL FEES THIS PERIOD* | | *$74,179.50* |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| CD/DVD Duplication | $120.00 |
| Federal Express | $157.89 |
| Long Distance Telephone | $184.42 |
| Miscellaneous Costs | $39,326.56 |
| Copies | $97.30 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$39,886.17* |
| **TOTAL BALANCE DUE THIS PERIOD** | **$114,065.67** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

01/06/08      MIK      0.20        76.00    Review Grace emails.

**PROFESSIONAL SERVICES**                                                                $76.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 01/04/08 | Long Distance Telephone 1(302)426-9910; 6 Mins. | 8.33 |
| 01/04/08 | Long Distance Telephone 1(302)573-6491; 2 Mins. | 2.38 |
| 01/07/08 | Long Distance Telephone 1(212)478-7465; 33 Mins. | 39.27 |
| 01/08/08 | Long Distance Telephone 1(202)973-9374; 1 Mins. | 1.19 |
| 01/08/08 | Long Distance Telephone 1(813)690-5168; 26 Mins. | 11.93 |
| 01/10/08 | CD/DVD Duplication | 120.00 |
| 01/10/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 247872464 DATE: 1/14/2008 | 10.01 |
| 01/10/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 247872464 DATE: 1/14/2008 | 9.31 |
| 01/11/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 248183963 DATE: 1/15/2008 | 30.45 |
| 01/11/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 248366629 DATE: 1/16/2008 | 8.77 |
| 01/11/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 248366629 DATE: 1/16/2008 | 8.53 |
| 01/14/08 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 1.19 |
| 01/14/08 | Long Distance Telephone 1(803)943-4444; 5 Mins. | 5.95 |
| 01/16/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.19 |
| 01/16/08 | Long Distance Telephone 1(843)524-1242; 11 Mins. | 14.28 |
| 01/17/08 | Long Distance Telephone 1(803)943-4444; 4 Mins. | 5.95 |
| 01/18/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 249495546 DATE: 1/22/2008 | 30.45 |
| 01/18/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 249684878 DATE: 1/23/2008 | 8.77 |

| 01/18/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 249928424 DATE: 1/24/2008 | 23.94 |
|---|---|---|
| 01/18/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 249928424 DATE: 1/24/2008 | 8.53 |
| 01/18/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.19 |
| 01/18/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.19 |
| 01/22/08 | Long Distance Telephone 1(415)665-6533; 33 Mins. | 39.27 |
| 01/24/08 | Long Distance Telephone 1(843)987-0794; 14 Mins. | 17.85 |
| 01/24/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.19 |
| 01/24/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.19 |
| 01/24/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.19 |
| 01/24/08 | Long Distance Telephone 1(843)987-0794; 3 Mins. | 3.57 |
| 01/25/08 | Long Distance Telephone 1(813)690-5168; 6 Mins. | 3.51 |
| 01/25/08 | Long Distance Telephone 1(803)943-8094; 5 Mins. | 5.95 |
| 01/25/08 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.19 |
| 01/25/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 250881390 DATE: 1/30/2008 | 19.13 |
| 01/25/08 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 1.19 |
| 01/29/08 | Long Distance Telephone 1(843)524-5708; 8 Mins. | 10.71 |
| 01/31/08 | Long Distance Telephone 1(803)943-4444; 3 Mins. | 3.57 |
| 01/31/08 | Miscellaneous Costs / Professional/Expert fees related to PD Estimation for January 2008 $ 39,326.56 | 39,326.56 |
| 01/07/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/08/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/09/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/10/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/11/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/16/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/22/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 01/22/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/29/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/29/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/29/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/29/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/29/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/06/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/06/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/06/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 01/06/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/06/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/06/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/06/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/06/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/06/08 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/06/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/06/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/06/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/06/08 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 01/06/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/06/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 01/06/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/11/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/11/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/11/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/11/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/11/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/11/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/11/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/14/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/14/08 | Copies 66 pgs @ 0.10/pg | 6.60 |
| 01/15/08 | Copies 57 pgs @ 0.10/pg | 5.70 |
| 01/15/08 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 01/15/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/10/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/10/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/10/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/09/08 | Copies 12 pgs @ 0.10/pg | 1.20 |

| Date | Description | Amount |
|------|-------------|--------|
| 01/09/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/09/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/08/08 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 01/08/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 01/08/08 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 01/08/08 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 01/08/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 01/07/08 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 01/07/08 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 01/07/08 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 01/07/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 01/06/08 | Copies 69 pgs @ 0.10/pg | 6.90 |
| 01/06/08 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 01/06/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 01/06/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 01/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |

**TOTAL COSTS ADVANCED**                                        $39,886.17

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Kramer, Matthew I | 0.20 | $380.00 | $76.00 |
| **TOTAL** | **0.20** | | **$76.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|--|--|
| CD/DVD Duplication | $120.00 |
| Federal Express | $157.89 |
| Long Distance Telephone | $184.42 |
| Miscellaneous Costs | $39,326.56 |
| Copies | $97.30 |
| **TOTAL** | **$39,886.17** |

**CURRENT BALANCE DUE THIS MATTER**                            $39,962.17

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| 01/07/08 | SLB | 1.70 | 1,147.50 | Email from and to and review file to prepare response to G. George regarding status (.8); review debtor's proposed Remedium motion (.6); review debtor's monthly operating report (.3). |
| 01/07/08 | JMS | 0.50 | 227.50 | E-mails with G. Boyer regarding Remedium and review motion regarding same. |
| 01/11/08 | JMS | 1.00 | 455.00 | Telephone conference with Debtors regarding Remedium tax settlement and prepare for same (.7); review proposed closing agreement (.3). |

**PROFESSIONAL SERVICES**                                                                                   **$1,830.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.70 | $675.00 | $1,147.50 |
| Sakalo, Jay M | 1.50 | $455.00 | $682.50 |
| *TOTAL* | *3.20* | | *$1,830.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                   **$1,830.00**

**Atty – SLB**
**Client No.: 74817/15539**

RE: **03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 01/03/08 | JMS | 0.30 | 136.50 | E-mails with D. Speights regarding Committee call (.2); e-mail to Committee thereon (.1). |
| 01/10/08 | SLB | 0.50 | 337.50 | Committee meeting. |
| 01/10/08 | JMS | 0.50 | 227.50 | Committee call. |
| 01/10/08 | JIS | 0.50 | 137.50 | Committee call and follow up discussion with S. Baena and J. Sakalo. |
| 01/15/08 | SLB | 2.00 | 1,350.00 | Review committee memo regarding estimation of asbestos liabilities (.6); email exchange with committee members regarding issues concerning pendency of bankruptcy case (.8); telephone call from M. Dies regarding same (.6). |
| 01/16/08 | SLB | 0.20 | 135.00 | Memo to committee regarding 1/16 hearing on PI estimation. |
| 01/17/08 | SLB | 1.40 | 945.00 | Emails from and to D. Speights regarding requests for information (.3); prepare for and conduct committee meeting (1.1). |
| 01/17/08 | JMS | 0.90 | 409.50 | Prepare for and attend Committee call. |
| 01/17/08 | MIK | 0.70 | 266.00 | Prepare for committee call (.2); attend committee call (.5). |
| 01/22/08 | JMS | 0.20 | 91.00 | E-mail to Committee regarding 1/28 hearing. |
| 01/24/08 | SLB | 0.50 | 337.50 | Prepare for and conduct committee meeting. |
| 01/24/08 | JMS | 0.50 | 227.50 | Attend Committee call. |
| 01/24/08 | JMS | 0.30 | 136.50 | Telephone conference with D. Speights regarding matters on 1/28 hearing agenda. |
| 01/24/08 | MIK | 0.70 | 266.00 | Prepare for committee call and attend committee call (.7). |
| 01/31/08 | SLB | 0.20 | 135.00 | Interoffice conference with J. Sakalo regarding cancellation of meeting. |
| 01/31/08 | JMS | 0.30 | 136.50 | Conference with S. Baena regarding call (.1); e-mail to Committee regarding call (.2). |

PROFESSIONAL SERVICES                                                                                    $5,274.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 4.80 | $675.00 | $3,240.00 |
| Sakalo, Jay M | 3.00 | $455.00 | $1,365.00 |
| Kramer, Matthew I | 1.40 | $380.00 | $532.00 |
| Snyder, Jeffrey I | 0.50 | $275.00 | $137.50 |
| *TOTAL* | *9.70* | | *$5,274.50* |

CURRENT BALANCE DUE THIS MATTER                                                                          $5,274.50

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 01/02/08 | LMF | 0.70 | 143.50 | Review and confirm all revisions to Bilzin's November statement of fees and costs. |
| 01/04/08 | JMS | 0.30 | 136.50 | E-mail to S. Baena regarding time request from UST (.2); telephone conference with D. Klauder regarding same (.1). |
| 01/04/08 | JIS | 0.30 | 82.50 | Review and revise December prebill. |
| 01/23/08 | LMF | 0.70 | 143.50 | Prepare and attend to filing notice and summary for Bilzin's November fees and costs. |

**PROFESSIONAL SERVICES**                                                                   **$506.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $455.00 | $136.50 |
| Snyder, Jeffrey I | 0.30 | $275.00 | $82.50 |
| Flores, Luisa M | 1.40 | $205.00 | $287.00 |
| *TOTAL* | *2.00* | | *$506.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                         **$506.00**

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 01/08/08 | LMF | 0.80 | 164.00 | Arrange for various telephone appearances at PI Estimation Trial. |
| 01/09/08 | SLB | 0.20 | 135.00 | Attention to agenda for 1/14 and 1/16 hearings. |
| 01/09/08 | LMF | 1.10 | 225.50 | Arrange for various outside attorneys to appear at PI estimation trial. |
| 01/14/08 | SLB | 7.00 | 4,725.00 | Telephonic attendance at estimation hearing. |
| 01/14/08 | JMS | 4.50 | 2,047.50 | Attend PI estimation by telephone (4.5). |
| 01/14/08 | MIK | 10.00 | 3,800.00 | Attend hearing (7.5); summarize hearing (2.5). |
| 01/16/08 | SLB | 8.00 | 5,400.00 | Telephonic attendance at resumed PI estimation trial. |
| 01/16/08 | LMF | 0.90 | 184.50 | Arrange for telephone appearances at hearing for various parties. |
| 01/16/08 | MIK | 9.00 | 3,420.00 | Attend PI estimation hearing. |
| 01/17/08 | SLB | 0.30 | 202.50 | Interoffice conference with J. Sakalo regarding attendance/agendas at/for upcoming omnibus and PI estimation hearings. |
| 01/18/08 | JMS | 0.20 | 91.00 | Review hearing agenda. |
| 01/19/08 | JMS | 0.40 | 182.00 | Review agenda and e-mails with S. Baena regarding hearing. |
| 01/22/08 | SLB | 5.50 | 3,712.50 | Telephonic attendance at PI estimation hearing. |
| 01/22/08 | SLB | 0.20 | 135.00 | Attention to agenda for 1/28/08 hearing. |
| 01/22/08 | JMS | 1.60 | 728.00 | Participate in PI estimation (attended part of hearing) (1.6). |
| 01/22/08 | MIK | 10.40 | 3,952.00 | Attend hearing (7.5); summarize hearing (2.9). |
| 01/23/08 | SLB | 6.00 | 4,050.00 | Telephonic participation in estimation hearing. |
| 01/23/08 | LMF | 0.90 | 184.50 | Arrange for various parties to attend omnibus hearing via telephone. |
| 01/23/08 | MIK | 6.50 | 2,470.00 | Attend Grace hearing. |
| 01/28/08 | SLB | 3.70 | 2,497.50 | Preparation (review Lewis/ZAI pleadings) for and telephonically attend 1/28/08 omnibus hearing. |
| 01/28/08 | JMS | 0.40 | 182.00 | Attend part of omnibus hearing. |
| 01/28/08 | MIK | 2.70 | 1,026.00 | Attend hearing telephonically. |

PROFESSIONAL SERVICES                                                                                     $39,514.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 30.90 | $675.00 | $20,857.50 |
| Sakalo, Jay M | 7.10 | $455.00 | $3,230.50 |
| Kramer, Matthew I | 38.60 | $380.00 | $14,668.00 |
| Flores, Luisa M | 3.70 | $205.00 | $758.50 |
| *TOTAL* | *80.30* | | *$39,514.50* |

CURRENT BALANCE DUE THIS MATTER                                                                     $39,514.50

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 01/02/08 | JMS | 1.10 | 500.50 | E-mails with D. Speights regarding transcript questions and research thereon. |
| 01/06/08 | MIK | 2.10 | 798.00 | Review Daubert motions. |
| 01/07/08 | SLB | 0.20 | 135.00 | Review Grace motion in limine to strike expert reports. |
| 01/07/08 | JMS | 1.00 | 455.00 | Review Debtors' list of January witnesses, objections to exhibits (.7); review ACC list of January witnesses and objections to exhibits (.3). |
| 01/07/08 | MIK | 4.00 | 1,520.00 | Draft memorandum regarding PI estimation (3.5); telephone call with PD claimant regarding PI estimation (.5). |
| 01/07/08 | SL | 0.10 | 19.00 | Meet with J. Sakalo regarding research assignment. |
| 01/08/08 | SLB | 2.40 | 1,620.00 | Review FCR brief in opposition to motion exclude expert reports and Grace's reply brief. |
| 01/08/08 | JMS | 1.30 | 591.50 | E-mail exchange with L. Barclay regarding PI hearing (.2); telephone conference with M. Wolfson regarding PI estimation (.5); conference with S. Baena regarding Daubert briefs (.2); review agenda for 1/14-1/16 hearings and e-mail to Committee thereon (.3); voice mail from J. Guy regarding Hanly and Conroy (.1). |
| 01/08/08 | MIK | 8.80 | 3,344.00 | Draft memorandum regarding PI estimation. |
| 01/08/08 | SL | 1.60 | 304.00 | Research and analyze various cases and historical filings for J. Sakalo. |
| 01/09/08 | SLB | 1.10 | 742.50 | Attention to materials supporting Grace and FCR regarding exclusion of witnesses, etc. |
| 01/09/08 | JMS | 1.40 | 637.00 | Review M. Kramer memorandum regarding PI estimation (1.2); e-mails with M. Hurford regarding PI/FCR reply brief (.2). |
| 01/09/08 | MIK | 6.20 | 2,356.00 | Attend to PI estimation. |
| 01/10/08 | JMS | 0.90 | 409.50 | Review and revise final draft of memorandum regarding PI estimation and discuss with M. Kramer (.7); e-mail to D. Speights regarding Hass deposition (.2). |
| 01/10/08 | MIK | 1.20 | 456.00 | Edit PI estimation memorandum to committee. |
| 01/10/08 | SL | 0.50 | 95.00 | Attention to personal injury expert testimonies and document production. |
| 01/11/08 | LMF | 1.30 | 266.50 | Attend to various emails and attention to preparation of briefs regarding Daubert to submit to experts for review. |
| 01/11/08 | JMS | 0.40 | 182.00 | Telephone conference with M. Wolfson regarding PI estimation. |
| 01/11/08 | SL | 0.70 | 133.00 | Attention to PI document production. |
| 01/13/08 | JMS | 0.60 | 273.00 | E-mail exchange with M. Wolfson regarding PI estimation (.3); review Debtors' motion to strike Stallard declaration (.3). |
| 01/14/08 | JMS | 0.40 | 182.00 | Telephone conference with M. Wolfson regarding PI estimation hearing (.4). |
| 01/15/08 | SLB | 0.90 | 607.50 | Attention to Grace and FCR demonstratives for trial. |
| 01/15/08 | JMS | 0.40 | 182.00 | E-mail exchange with committee members regarding PI hearing (.4). |
| 01/16/08 | JMS | 0.30 | 136.50 | Review e-mails regarding status of PI trial. |
| 01/17/08 | LMF | 1.30 | 266.50 | Arrange to compile and obtain M. Peterson deposition and exhibits for M. Kramer's review. |
| 01/17/08 | JMS | 1.10 | 500.50 | Conference with S. Baena regarding PI hearing and upcoming matters (.2); research regarding historical filings and review same (.4); telephone conference with D. Speights thereon (.2); review M. Kramer memorandum regarding day 2 (.3). |
| 01/17/08 | MIK | 1.10 | 418.00 | Interoffice conference with J. Sakalo regarding hearing (.2); email Committee regarding same (.9). |
| 01/18/08 | JMS | 0.20 | 91.00 | Review updated order of witnesses. |
| 01/18/08 | SL | 0.60 | 114.00 | Attention to document production regarding Asbestos PI Expert Testimony. |
| 01/22/08 | JMS | 0.50 | 227.50 | Telephone conference with S. Baena, T. Edwards regarding questions concerning PI estimation (.5). |

| 01/23/08 | JMS | 1.10 | 500.50 | Review M. Kramer summary regarding Day 3 and e-mail exchange thereon with S. Baena and M. Kramer (.4); telephone conference with E. Westbrook regarding ZAI issues and Lewis adversary (.3); research regarding same (.2); conference with S. Baena regarding same (.2). |
| 01/24/08 | MIK | 0.20 | 76.00 | Attend to PI matters. |
| 01/24/08 | SL | 0.40 | 76.00 | Attention to adv. proceeding court docket for J. Sakalo. |
| 01/25/08 | JMS | 1.90 | 864.50 | Telephone conference with M. Wolfson regarding PI status (.3); telephone conference with K. Davis regarding claims history and review same (1.2); telephone conference with D. Speights regarding claims and results of review (.4). |
| 01/28/08 | SLB | 0.20 | 135.00 | Attention to order of J. Buchwalter regarding Libby claimants' appeal regarding preliminary injunction (.2). |
| 01/28/08 | JMS | 0.30 | 136.50 | Review S&R motion to vacate disallowance of Allegheny claim. |
| 01/29/08 | JMS | 0.20 | 91.00 | Telephone conference with D. Speights regarding results of hearing. |
| 01/31/08 | SLB | 0.20 | 135.00 | Attention to order rescheduling hearing dates. |

**PROFESSIONAL SERVICES**                                                      **$19,577.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 5.00 | $675.00 | $3,375.00 |
| Sakalo, Jay M | 13.10 | $455.00 | $5,960.50 |
| Kramer, Matthew I | 23.60 | $380.00 | $8,968.00 |
| Flores, Luisa M | 2.60 | $205.00 | $533.00 |
| Lazarus, Shanon | 3.90 | $190.00 | $741.00 |
| *TOTAL* | *48.20* | | *$19,577.50* |

**CURRENT BALANCE DUE THIS MATTER**                                           **$19,577.50**

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 01/13/08 | MIK | 4.50 | 855.00 | Non-working travel to hearing (4.5). |
| 01/16/08 | MIK | 7.50 | 1,425.00 | Non-working travel from hearing (7.5). |
| 01/21/08 | MIK | 4.80 | 912.00 | Non-working travel to hearing (4.8). |
| 01/23/08 | MIK | 9.00 | 1,710.00 | Non-working travel from hearing (9.0). |

**PROFESSIONAL SERVICES**                                                   **$4,902.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 25.80 | $190.00 | $4,902.00 |
| *TOTAL* | *25.80* | | *$4,902.00* |

**CURRENT BALANCE DUE THIS MATTER**                                         **$4,902.00**

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 01/16/08 | SLB | 0.70 | 472.50 | Email from and to D. Hilton regarding plan contour issues (.4); telephone call from D. Speights regarding plan issue (.3). |
| 01/22/08 | SLB | 0.80 | 540.00 | Email from and to T. Edwards regarding plan questions (.3); telephone conference with T. Edwards regarding same (.5). |

**PROFESSIONAL SERVICES**                                                                                  **$1,012.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.50 | $675.00 | $1,012.50 |
| *TOTAL* | *1.50* | | *$1,012.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                  **$1,012.50**

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| 01/04/08 | JMS | 0.20 | 91.00 | Telephone conference with M. Hurford regarding expert fees. |
| 01/15/08 | SLB | 0.20 | 135.00 | Email from and to G. George regarding FCR motion to retain Harley (.2). |
| 01/15/08 | JMS | 0.20 | 91.00 | E-mails with J. George regarding Hanly & Conroy retention (.2). |
| 01/23/08 | LMF | 0.60 | 123.00 | Attend to notice and summary for November fees for Hamilton Rabinovitz. |

**PROFESSIONAL SERVICES**                                                                 **$440.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Sakalo, Jay M | 0.40 | $455.00 | $182.00 |
| Flores, Luisa M | 0.60 | $205.00 | $123.00 |
| *TOTAL* | *1.20* | | *$440.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                     **$440.00**

**Atty – SLB**
**Client No.: 74817/17905**

**RE: 38 - ZAI Science Trial**

| 01/07/08 | JMS | 0.20 | 91.00 | Conference with S. Lazarus regarding ZAI filing information. |
| 01/08/08 | JMS | 0.30 | 136.50 | Review e-mail from S. Lazarus regarding filing information (.2); e-mail to D. Speights regarding same (.1). |
| 01/12/08 | JMS | 0.20 | 91.00 | E-mail exchange with D. Speights regarding ZAI claims. |
| 01/18/08 | JMS | 1.60 | 728.00 | Review file regarding ZAI claims and history (1.6). |

**PROFESSIONAL SERVICES**                                                                                    **$1,046.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.30 | $455.00 | $1,046.50 |
| *TOTAL* | *2.30* | | *$1,046.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$1,046.50**