## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE TWENTY-SIXTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in the capacity of fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Twenty-Sixth Interim Quarterly Period (collectively referred to hereafter as the "Applications").[1]

### BACKGROUND

1. Anderson Kill & Olick, P.C. ("AKO"), was retained as special insurance counsel to the official committee of asbestos personal injury claimants. AKO seeks approval of fees totaling $330,831.00 and expenses totaling $2,643.22 for its services during the Application Period.

2. David T. Austern ("Austern") was retained as representative to the Future Claimants. Austern seeks approval of fees totaling $18,650.00 and expenses totaling $1,499.89 for his services during the Application Period.

3. Blackstone Advisory Services L.P. (formerly known as The Blackstone Group L.P.) ("Blackstone") was retained as financial advisors to the Debtors. Blackstone seeks approval of fees

---

[1] The Twenty-Sixth Interim Period encompasses July 1, 2007 through September 30, 2007.

totaling $200,000.00[2] and expenses totaling $2,370.08 for its services during the Application Period.

4. BMC Group ("BMC") was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. BMC seeks approval of fees totaling $159,041.00 and expenses totaling $7,886.62 for its services during the Application Period.

5. Buchanan Ingersoll & Rooney PC ("Buchanan") was retained as co-counsel to the Official Committee of Equity Holders. Buchanan seeks approval of fees totaling $53,487.50 and expenses totaling $541.35 for its services during the Application Period.

6. Capstone Advisory Group, LLC ("Capstone"), was retained as financial advisors to the Official Committee of Unsecured Creditors. Capstone seeks approval of fees totaling $232,454.50 and expenses totaling $1,217.17 for its services during the Application Period.

7. Casner & Edwards, LLP ("Casner"), was retained as special litigation counsel to the Debtors. Casner seeks approval of fees totaling $41,508.00 and expenses totaling $40,554.43 for its services during the Application Period.

8. Charter Oak Financial Consultants, LLC ("Charter Oak"), was retained as financial advisor to the Official Committee of Asbestos Personal Injury Claimants. Charter Oak seeks approval of fees totaling $116,569.00 and expenses totaling $489.59 for its services during the Application Period. The order approving Charter Oak's retention was entered on August 29, 2007, *nunc pro tunc* to June 30, 2007. This is Charter Oak's first fee application in the case.

9. Duane Morris LLP ("Duane Morris") was retained as counsel to the official

---

[2] We note that Blackstone professionals spent a total of 315.30 hours for which fees totaling $200,000.00 are sought. Thus, the effective hourly rate is $634.32. We note that in the prior three interim periods, the effective hourly rates for Blackstone were $816.88, $739.90, and $811.69. We will continue to monitor Blackstone's fees and level of activity in the case.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg omnibus final report 26Q 7-9.07.wpd

committee of asbestos property damage claimants. Duane Morris seeks approval of fees totaling $103,117.00 and expenses totaling $2,899.55 for its services during the Application Period.

10. Foley Hoag LLP ("Foley Hoag") was retained as special environmental counsel to the debtor. Foley Hoag seeks approval of fees totaling $14,887.00 and expenses totaling $94.95 for its services during the Application Period.

11. Forman Perry Watkins Krutz & Tardy LLP ("Forman Perry ) was retained as an ordinary course professional[3] to provide legal services to the Debtors and Debtors-in-Possession regarding certain asbestos property damage claims. Forman Perry seeks approval of fees totaling $817,252.50 and expenses totaling $5,396.97 for its services during the Application Period.

12. Hamilton, Rabinovitz & Alschuler, Inc. ("HRA"), was retained as consultants to the Official Committee of Asbestos Property Damage Claimants. HRA seeks approval of fees totaling $20,062.50 and no expenses for its services during the Application Period.

13. Legal Analysis Systems, Inc. ("LAS"), was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants. LAS seeks approval of fees totaling $750,915.50 and no expenses for its services during the Application Period.

14. Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as special litigation and environmental counsel for the Debtors. Nelson Mullins seeks approval of fees totaling $1,605.50 and expenses totaling $53.45 for its services during the Application Period.

---

[3]On or about April 2, 2007, the Court entered its <u>Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Forman Perry Watkins Krutz & Tardy LLP</u> in which it authorized Forman Perry to seek compensation for its fees in excess of Forman Perry's monthly ordinary course professional ("OCP") cap.

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg omnibus final report 26Q 7-9.07.wpd

15.    The Official Committee of Asbestos Personal Injury Claimants (the "Committee") was formed on April 12, 2001 to represent the interests of the asbestos personal injury claimants in these cases. The Committee seeks approval of expenses totaling $420.10 for its services during the Application Period. All of the expenses were incurred by Motley Rice, LLC.

16.    Phillips, Goldman & Spence, P.A. ("PG&S"), was retained as local counsel to David T. Austern, Future Claimants' Representative. PG&S seeks approval of fees totaling $40,104.50 and expenses totaling $2,207.66 for its services during the Application Period.

17.    PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and auditors for the Debtors and Debtors in Possession. PwC seeks approval of fees totaling $382,124.55 and expenses totaling $3,291.24 for its services during the Application Period.

18.    Richardson Patrick Westbrook & Brickman LLC ("RPWB") was appointed as lead special counsel to ZAI Claimants. Richardson seeks approval of fees totaling $7,035.00 and no expenses for its services during the Application Period.[4]

19.    The Scott Law Group, P.S. ("Scott"), was appointed as additional special counsel to ZAI Claimants. Scott seeks approval of $1,091.00 in fees and no expenses for its services during the Application Period.[5]

---

[4] We note that pursuant to RPWB's Appointment Order, the Court initially set a total budget for ZAI counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the Science Trial. On July 28, 2003, the Court entered an order increasing the budget by $950,000 per side for additional attorney fees and expenses. On September 27, 2004, the Court entered an order further increasing the litigation budget in the ZAI Science Trial by $750,000.00 per side for additional attorneys' fees and expenses. We note that the fees and expenses of RPWB, combined with the other ZAI Claimants counsel, have not exceeded the budget limits set by the Court, and we have no objection to RPWB's fees on that basis.

[5] We note that the Court initially set a total budget for ZAI counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the Science Trial. On July 28, 2003, the Court entered an

20.     Steptoe & Johnson LLP ("Steptoe") was retained as special tax counsel to the Debtors. Steptoe seeks approval of fees totaling $15,293.50 and expenses totaling $102.55 for its services during the Application Period.

21.     Towers Perrin Tillinghast (Towers Perrin) was retained as actuarial consultants to David T. Austern, Future Claimants Representative. Towers Perrin seeks approval of fees totaling $679,996.50 and expenses totaling $3,647.52 for its services during the Application Period.

22.     Woodcock Washburn LLP ("Woodcock") was retained as special litigation counsel to the Debtor. Woodcock seeks approval of fees totaling $22,774.00 and expenses totaling $606.50 for its services during the Application Period.

23.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

---

Order increasing the budget by $950,000 per side for additional attorney fees and expenses. We note that an Order was entered on September 27, 2004, further increasing the litigation budget in the ZAI Science Trial by $750,000.00 per side for additional attorneys' fees and expenses. We note that the fees and expenses of Scott, combined with the other ZAI Claimants counsel, have not exceeded the budget limits set by the Court, and we have no objection to Scott's fees on that basis.

**DISCUSSION**

5.  We have no objections to, or issues with, any of the Applications.

**CONCLUSION**

6.  In summary, for the Application Period, we recommend approval of the following fees and expenses for these Applicants:

  a. AKO - $330,831.00 in fees and $2,643.22 in expenses;

  b. Austern - $18,650.00 in fees and $1,499.89 in expenses;

  c. Blackstone - $200,000.00 in fees and $2,370.08 in expenses;

  d. BMC - $159,041.00 in fees and $7,886.62 in expenses;

  e. Buchanan - $53,487.50 in fees and $541.35 in expenses;

  f. Capstone - $232,454.50 in fees and $1,217.17 in expenses;

  g. Casner - $41,508.00 in fees and $40,554.43 in expenses;

  h. Charter Oak - $116,569.00 in fees and $489.59 in expenses;

  i. Duane Morris - $103,117.00 in fees and $2,899.55 in expenses;

  j. Foley Hoag - $14,887.00 in fees and $94.95 in expenses;

  k. Forman Perry - $817,252.50 in fees and $5,396.97 in expenses;

  l. HRA - $20,062.50 in fees;

  m. LAS - $750,915.50 in fees;

  n. Nelson Mullins - $1,605.50 in fees and $53.45 in expenses;

  o. The Committee - $420.10 in expenses;

  p. PG&S - $40,104.50 in fees and $2,207.66 in expenses;

  q. PwC - $382,124.55 in fees and $3,291.24 in expenses;

r. Richardson - $7,035.00 in fees;

s. Scott - $1,091.00 in fees;

t. Steptoe - $15,293.50 in fees and $102.55 in expenses;

u. Towers Perrin - $679,996.50 in fees and $3,647.52 in expenses; and

v. Woodcock - $22,774.00 in fees and $606.50 in expenses.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 29th day of February, 2008.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicants**
Robert Y. Chung
Robert M. Horkovich
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Pamela D. Zilly
Senior Managing Director
Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154

Jeffrey R. Miller
BMC Group
720 Third Avenue, 23rd Floor
Seattle, Washington 98104

Teresa K.D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Edwin N. Ordway, Jr.
Capstone Advisory Group, LLC
Park 80 West, Plaza One
Saddle Brook, NJ 07663

Robert A. Murphy
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

Bradley Rapp
Charter Oak Financial Consultants, LLC
430 Center Avenue
Mamaroneck, NY 10543

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801-1246

Adam P. Kahn
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Marcy Bryan Croft
Forman Perry Watkins Krutz & Tardy, LLP
200 South Lamar Street, Suite 100
Jackson, MS 39201

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
P. O. Box 222681
Carmel, CA 93922

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

Bernard F. Hawkins, Jr.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street 17th Floor
Columbia, South Carolina 29201

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Kathleen Miller
Smith Katzenstein & Furlow LLP
Attorneys for PricewaterhouseCoopers LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P. O. Box 410
Wilmington, DE 19899

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, South Carolina 29401

Darrell W. Scott
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201

Anne E. Moran
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036

Jennifer L. Biggs
Towers Perrin Tillinghast
101 S. Hanley Rd.
St. Louis, MO 63105

Gary H. Levin
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801