**EXHIBIT "B"**

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
## OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007

1. **Case Administration – 15537 – .9 ($267.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Creditors Committee – 15539 – 25.2 ($12,132.50)**

This matter covers formation and membership issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

During the Application Period, the Applicant generally convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefore, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee, counsel to

the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4.  **Applicant's Fee Applications – 15543 – 23.5 ($5,363.50)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

5.  **Hearings – 15544 – 30.6 ($13,025.00)**

This matter covers preparation for and attendance at hearings.

6.  **Claims Analysis, Objection (asbestos) – 15545 –336.1 hours ($106,845.50)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections and research thereto. The matter covers all aspects of the Applicant's involvement in the estimations of asbestos property damage and personal injury claims and the on-going objections to property damage claims and settlements of same.

During the Application Period, the Applicant extensively reviewed and analyzed expert reports, document production, prepared for and attended various depositions and prepared various summaries of the deposition transcripts for review.

The Applicant continued its research and preparation regarding the Debtors' 15th Omnibus Objection to Claims, including review of expert reports, preparation for and attendance at depositions and review of documents produced, and addressed various issues regarding the

scheduling orders. The Applicant attended meetings regarding the property damage litigation and also prepared for and attended conferences with claimants' counsel and committee members. Additionally, the Applicant attended numerous depositions of witnesses in connection with the personal injury estimation trial and otherwise prepared for same.

7.  **Travel – 15546 – 171.4 hours ($31,552.50)**

The Applicant traveled to attend omnibus hearings and various depositions. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

8.  **Fee Applications of Others – 17781 – 10.1 hours ($2,553.50)**

The Applicant attended to the preparation of monthly statements and quarterly applications for Hamilton Rabinovitz & Alschuler. In addition, the Applicant reviewed various applications and reports from the fee auditor and assisted PD Committee experts and Committee members in processing their fees.

9.  **Plan & Disclosure Statement – 15554 – 38.0 hours ($19,390.00)**

The Applicant held various conferences, analyzed potential options for a plan of reorganization, and analyzed the Plan of Reorganization propounded by the future claimants' representative and the asbestos personal injury committee.

10. **Claims Analysis, Objection, Resolution & Estimation (Non- Asbestos) 15548- ($662.50)**

The Applicant analyzed the Debtors' proposed global settlement of environmental claims.