IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 18020)

On February 11, 2008, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Twenty Third Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from October 1, 2007 through December 31, 2007 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on February 29, 2008. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By: __/s/ Teresa K.D. Currier__
    Teresa K. D. Currier (No. 3080)
    The Brandywine Building
    1000 West St. - Suite 1410
    Wilmington, DE 19801

-and-

KRLS/Wilm 58403v1

                                    Kramer Levin Naftalis & Frankel LLP
                                    Philip Bentley, Esquire
                                    Douglas H. Mannal, Esquire
                                    1177 Avenue of the Americas
                                    New York, NY 10036

Dated: March 3, 2008                    Co-Counsel to the Official Committee
                                                of Equity Holders

KRLS/Wilm 58403v1