# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555   Fax:   (302) 575-1714

WR Grace PD Committee                                             January 1, 2008 to January 31, 2008

Invoice No. 26193

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 20.30 | 4,928.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 3.60 | 1,001.00 |
| B18 | Fee Applications, Others - | 5.80 | 649.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 22.10 | 5,018.00 |
| B25 | Fee Applications, Applicant - | 3.30 | 515.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.90 | 252.00 |
| B32 | Litigation and Litigation Consulting - | 38.90 | 10,892.00 |
| B37 | Hearings - | 31.30 | 8,764.00 |
| B40 | Employment Applications, Others - | 3.10 | 868.00 |
| B41 | Relief from Stay Litigation - | 0.30 | 84.00 |
| B45 | Professional Retention Issues - | 0.50 | 137.50 |
| | **Total** | **130.10** | **$33,109.00** |
| | **Grand Total** | **130.10** | **$33,109.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 215.00 | 1.90 | 408.50 |
| Rick S. Miller | 275.00 | 1.90 | 522.50 |
| Steven G. Weiler | 190.00 | 13.60 | 2,584.00 |
| Theodore J. Tacconelli | 280.00 | 101.80 | 28,504.00 |
| Legal Assistant - MH | 100.00 | 9.90 | 990.00 |
| Legal Assistant - NMC | 100.00 | 1.00 | 100.00 |
| **Total** | | **130.10** | **$33,109.00** |

## DISBURSEMENT SUMMARY

| Expenses - | 1,468.22 |
|---|---:|
| **Total Disbursements** | **$1,468.22** |

| | | | |
|---|---|---|---|
| **Invoice No. 26193** | **Page 2** of 14 | | **March 3, 2008** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-01-08 | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review K&E Oct. Fee Application | 0.30 | TJT |
| | *Case Administration* - Review BMC Group Aug. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing exhibits to PI Committee's Daubert motion | 1.60 | TJT |
| Jan-02-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Continue research re asbestos PI claims | 1.00 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re PD claim issues | 0.10 | TJT |
| | *Case Administration* - Review BMC Group Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BIR Nov. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing exhibits to PI Committee's Daubert motion | 3.60 | TJT |
| Jan-03-08 | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin 26th quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HR&A 21st quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HR&A October, 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin October, 2007 fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Complete research re certain asbestos PI claims and advise T. Tacconelli re results of same | 5.00 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re asbestos claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review stipulation between debtor and Pretlett | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with the EPA and briefly review attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review claims settlement notice re Pretlett | 0.10 | TJT |
| | *Case Administration* - Review Stroock 26th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for November 2007 | 0.30 | TJT |
| | *Case Administration* - Review e-mail from W. Smith re new auditor for Grace case | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Employment Applications, Others* - Review debtors' second application to expand the scope of retention of D&T with attachments | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review revised and amended CMO for estimation hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' memo in opposition to PI/FCR's Daubert motions | 0.40 | TJT |
| | *Hearings* - Prepare for 1/22 and 1/23 hearings | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's 26th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 26th Quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's July-Sept. Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's July-Sept. Quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's Oct. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Oct. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Oct. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Oct. Fee Application | 0.50 | MH |
| Jan-04-08 | *Case Administration* - Email from fee auditor re S. Bossay & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - conduct follow-up research re certain asbestos PI claims and advise T. Tacconelli re same | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Weiler re asbestos claims (x2) | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Continue review of debtors' memo in opposition to PI/FCR Daubert motions | 1.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 12/28/07, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Jan-05-08 | *Case Administration* - Review case status memo for week ending 12/28/07 | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson July, August, Sept. Fee Applications | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Finish review of debtors' memo in opposition to PI/FCR Daubert motions | 1.80 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from T. Cairns to Judge Fitzgerald re debtors' memo in support of Daubert motion | 0.10 | TJT |
| Jan-06-08 | *Case Administration* - Review Charter Oak Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Nov. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of withdrawal of filed document by PI Committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting PI Committee's motion to file certain documents re Daubert motion under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Start reviewing exhibits to debtors' memo in opposition to PI/FCR Daubert motions | 1.60 | TJT |
| Jan-07-08 | Review case management Memo re week ending 12/28/07 | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Continue follow-up research re certain asbestos PI claims and advise T. Tacconelli re same | 0.50 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re asbestos claims and review correspondence from S. Weiler re same | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re asbestos claim issues | 0.20 | TJT |
| | *Case Administration* - Review BMC Group Quarterly Fee Application for 26th interim period | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing debtors' exhibits to its opposition to PI/FCR's Daubert motion | 3.80 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.70 | NMC |
| Jan-08-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Continue follow-up research re certain asbestos PI claims and advise T. Tacconelli and other interested parties re same | 2.00 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review claims register re research re asbestos claims | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Weiler re research re asbestos claims and claims register | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with S. Weiler re research re asbestos claims | 0.20 | TJT |
| | *Case Administration* - Review Kramer Levine Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by the David Law Firm | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re estimation hearing coverage | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing exhibits to debtors' opposition to PI/FCR's Daubert motions | 1.90 | TJT |
| | *Hearings* - Review agenda for 1/14 - 1/16 hearings | 0.10 | TJT |
| Jan-09-08 | *Case Administration* - Review agenda re estimation hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal re Mission Towers appeal | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Cino Vaughn Firm | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 1/4/08 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' witness disclosures | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' exhibit list with comments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing debtors' exhibits to its opposition to PI/FCR's Daubert motions | 0.60 | TJT |
| | *Hearings* - Correspond with committee member re Feb. omnibus hearing | 0.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 1/4/08, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Jan-10-08 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.40 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Follow-up asbestos claims research and advise T. Tacconelli re same | 2.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | committee member re asbestos claim issues | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review prior hearing transcript re asbestos claim issues | 0.80 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's witness list for estimation hearing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's witness list with comments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from D. Felder to Judge Fitzgerald re FCR's opposition to Daubert motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Kramer re PI estimation hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo prepared by Bilzin re PI estimation issues | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing debtors' exhibits to its opposition to PI/FCR Daubert motions | 1.70 | TJT |
| Jan-11-08 | *Case Administration* - Review case management Memo re week ending 1/4/08 | 0.10 | LLC |
| | *Case Administration* - Review amended 2019 statement by Brayton Purcell | 0.10 | TJT |
| | *Employment Applications, Others* - Review affidavit of E. Landis re D&T retention motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from M. Hurford to Judge Fitzgerald re PI Committee's opposition to debtors' Daubert motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing debtors' exhibits to debtors' opposition to PI/FCR Daubert motions | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's opposition to debtors' Daubert motion with attached exhibits | 2.80 | TJT |
| | *Litigation and Litigation Consulting* - Review reply declaration of E. Anderson with attachment | 0.30 | TJT |
| Jan-12-08 | *Case Administration* - Review limited objection by Tyco to EPA settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's memorandum in opposition to debtors' Daubert motion with attachments | 1.50 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's joint reply in support of their Daubert motions with attachments | 1.40 | TJT |
| | *Relief from Stay Litigation* - Review debtors' objection to City of Charleston's motion for relief from stay | 0.30 | TJT |
| Jan-13-08 | *Case Administration* - Review TPT's Nov. 2007 Fee Application and 11th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with M. Kramer re estimation hearing coverage | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' reply memorandum in support of debtors' Daubert motion with attachments | 1.70 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' updated exhibits 2, 12, 23 to its Daubert memorandum | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of filing | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | exhibits 117-120 to debtors' memorandum in opposition to PI/FCR's Daubert motions | | |
| | *Hearings* - Review amended agenda for 12/14 - 12/16 hearings | 0.20 | TJT |
| Jan-14-08 | *Case Administration* - Review revised agenda re 1/14 & 16 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Follow-up asbestos claims research and advise T. Tacconelli re same | 0.30 | SGW |
| | *Case Administration* - Review PSZYJ 26th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to strike Stallard declaration with attachment | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR's motion to strike debtors' motion to strike Stallard declaration | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's motion to shorten notice re FCR's motion to strike debtors' motion to strike Stallard declaration | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to M. Kramer re debtors' motion to strike Stallard declaration | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's motion to strike debtors' motion to strike Stallard declaration | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order denying debtors' motion to strike Stallard declaration | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order denying FCR's motion to shorten notice re its motion to strike debtors' motion to strike Stallard declaration | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with M. Kramer re two orders entered by court re motions to strike | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order denying FCR's motion to strike debtors' motion to strike Stallard declaration as moot | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's amended exhibits 2, 7 and 21 re its opposition to debtors' Daubert motion | 0.40 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.40 | TJT |
| | *Case Administration* - Review docket re case status for week ending 1/11/08, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |
| Jan-15-08 | *Case Administration* - Review case management Memo re week ending 1/11/08 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with J. Baer re asbestos claims (.3); advise T. Tacconelli re results of same (.2) | 0.50 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re asbestos claim issues | 0.30 | TJT |
| | *Case Administration* - Review case status memo for week ending 1/11/08 | 0.10 | TJT |
| | *Case Administration* - Review KNEB Pipeline L.P.'s objection to EPA settlement motion | 0.10 | TJT |
| | *Case Administration* - Review Lexicon Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in Tersigni bankruptcy case and review motion to appoint chapter 11 trustee and order entered by court on same | 0.40 | TJT |
| | *Case Administration* - Review statement by debtors re amounts paid to ordinary course professionals for last quarter of 07 | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Employment Applications, Others* - Review FCR's motion to employ Hanly Conroy with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Kramer re oral argument on Daubert motions and related issues | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR/PI Committee's exhibit list for estimation hearing | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from committee member re oral argument on Daubert motion in estimation proceedings and related issues | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from S. Baena re oral argument on Daubert motions in estimation proceeding | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' amended exhibit list for estimation hearing | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Bilzin memo re PI estimation issues | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR statement re witness order for January hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' statement of proposed witness order for January hearing and topics | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion in limine to exclude expert reports by PI/FCR | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's joint response to debtors' motion in limine to exclude expert reports | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's objection to debtors' exhibits | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' objection to PI/FCR's exhibits | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mails from M. Kramer re demonstrative exhibits used by parties in oral argument on Daubert motions and review same | 0.50 | TJT |
| Jan-16-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Reply e-mail to K. Davis re asbestos claims and advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Weiler re asbestos claim issues | 0.10 | TJT |
| | *Case Administration* - Review Lexicon Sept. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to shorten notice re motion to strike Stallard declaration | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from S. Baena re PI estimation issues | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 8.10 | TJT |
| Jan-17-08 | *Committee, Creditors', Noteholders' or* -confer with T. Tacconelli re: Committee | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Follow-up e-mail to K. Davis re asbestos claims and advise T. Tacconelli re same | 0.10 | SGW |
| | *Case Administration* - Review objection by City of Cambridge to EPA settlement motion | 0.20 | TJT |
| | *Case Administration* - Review objection by State of Montana to EPA settlement motion | 0.20 | TJT |
| | *Case Administration* - Review Lexicon Oct. and Nov. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | pending 3rd circuit, district court and adversary proceedings | | |
| | *Case Administration* - Review statement of issues and record on appeal re Mission Towers' appeal to 3rd circuit | 0.30 | TJT |
| | *Case Administration* - Review 1/10/08 transcript re Tersigni examiner motion | 0.10 | TJT |
| | *Case Administration* - Review e-mail from T. Hilsee | 0.10 | TJT |
| | *Case Administration* - Prepare correspondence to J. Sakalo re Tersigni's last examiner motion and related issues | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Rampall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re committee conference today | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review order authorizing PI/FCR to file Daubert motion under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order denying debtors' motion to shorten notice re motion to strike Stallard declaration | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with RSM re status of estimation hearing and related issues | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re PI estimation issues | 0.50 | TJT |
| Jan-18-08 | *Case Administration* - Review PWC Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 13th Quarterly Fee Application of Baker Donaldson | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZYJ Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Group Oct. Fee Application | 0.10 | TJT |
| | *Hearings* - Review e-mail from M. Hurford re preliminary agenda for January omnibus hearing, review same | 0.20 | TJT |
| Jan-19-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re asbestos claims | 0.10 | TJT |
| | *Case Administration* - Review Beveridge and Diamond Nov. and Oct. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins' Oct. and Nov. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review PSZYJ Nov. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' renewed motion to strike Stallard declaration | 0.20 | TJT |
| | *Hearings* - Review final agenda for 1/28/07 hearing | 0.10 | TJT |
| Jan-20-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review document filed on Mission Towers' 3rd circuit appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re updated notice of order of witnesses for debtors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' updated notice of witness order for estimation hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's renewed opposition to debtors' motion to strike Stallard declaration with attachments | 1.70 | TJT |
| Jan-21-08 | *Case Administration* - Review agenda re 1/28/08 hearing | 0.10 | LLC |
| | *Case Administration* - Review case management Memo re week ending in 1/18/08 | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - conduct further research re asbestos claims and advise T. Tacconelli | 0.80 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re asbestos claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review asbestos claims filed in case | 0.60 | TJT |
| | *Case Administration* - Review debtors' motion to authorize stock purchase with Ceratch with attachments | 0.40 | TJT |
| | *Case Administration* - Review debtors' motion to authorize settlement with City of Cambridge with attachments | 0.40 | TJT |
| | *Case Administration* - Review debtors' motion to settle claim with IRS re Remedium with attachments | 0.40 | TJT |
| | *Case Administration* - Review e-mail from S. Spivey re CSX motion for admin claim | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins 26th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* -  Review docket re case status, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Jan-22-08 | *Case Administration* - Review 14th Quarterly Fee Application of D. Austern | 0.10 | TJT |
| | *Case Administration* - Review Lexecon Quarterly Fee Application for July-Sept. 07 | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 5.80 | TJT |
| Jan-23-08 | *Fee Applications, Applicant* - Review Certificate of No Objection re Nov., 2007 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Orrick's 7th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re PI estimation issues | 0.30 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 1/28/08 hearing coverage | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 4.90 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Nov. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Nov. Fee Application | 0.50 | MH |
| Jan-24-08 | *Fee Applications, Others* - Review HRA November, 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin November, 2007 fee app for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -confer with T. Tacconelli re: estimation hearing | 0.20 | RSM |
| | *Committee, Creditors', Noteholders' or* -Attend Committee teleconference | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement filed by asbestos creditor with attachments | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order requesting parties to show cause why adversary 01-8810 should not be dismissed | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in adversary 01-8810 and memorandum of law filed by debtors | 0.40 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review CSX motion for payment of administrative claim with attachments | 0.40 | TJT |
| | *Case Administration* - Review Woodcock Washburn Nov. Fee Application and Nelson Mullins' Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Nov. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re PI estimation issues | 0.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Nov. 07 Fee Application documents, prepare Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Nov. 07 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Nov. 07 Fee Application documents, prepare Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Nov. 07 Fee Application | 0.50 | MH |
| Jan-25-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' counter designation of record on appeal re Mission Towers appeal in 3rd circuit | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare memo to S. Weiler re Mission Towers appeal in 3rd circuit | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re decision in Libby Claimants' appeal in district court | 0.30 | TJT |
| | *Case Administration* - Review case status memo for week ending 1/18/08 | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| | *Case Administration* - Review various motions filed in L. Tersigni bankruptcy case with attachments | 0.80 | TJT |
| | *Case Administration* - Review memorandum opinion and order re Libby Claimants' appeal in district court | 0.50 | TJT |
| | *Employment Applications, Others* - Review order authorizing expanded scope of retention of D&T | 0.10 | TJT |
| Jan-26-08 | *Case Administration* - Review K&E Nov. Fee Application | 0.40 | TJT |
| | *Case Administration* - Review BMC Group Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Olgivey Renault Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - continue reviewing various motions with exhibits filed in L. Tersigni bankruptcy case | 0.70 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review PWC Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review  PSZY&J Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson Oct.-Dec. Fee Applications | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from D. Felder to J. | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Fitzgerald re FCR/PI's joint reply in support of Daubert motion | | |
| Jan-27-08 | *Case Administration* - Review LAS Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson 14th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re 1/28/08 hearing coverage | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 1/28/08 hearing | 1.80 | TJT |
| Jan-28-08 | *Case Administration* - Review case management Memo re week ending 1/25/08 | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re 1/28/08 hearing issues | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Dec., 07 fee app for filing | 0.10 | LLC |
| | *Case Administration* - 1/28/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re asbestos claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of No Objection re debtors' claim settlement notice dated 1/3/08 | 0.10 | TJT |
| | *Case Administration* - Review Stroock Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Research re cases cited in City of Charleston's motion for relief from stay | 0.70 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 1/28/08 hearing coverage | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 2.70 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Dec. prebill and confer with paralegal re revisions | 0.90 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 1/25/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Dec. 07 prebill | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Dec. 07 bill, prepare Fee Application and Certificate of Service re same | 0.70 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Dec. 07 Fee Application | 0.50 | MH |
| Jan-29-08 | *Case Administration* - Review amended Certificate of No Objection & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Alleghany Center Associates' motion for relief from order of dismissal with attachments | 1.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Alleghany Center Associates' memorandum of law in support of motion for relief from order of dismissal | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research cases cited in Alleghany Center Associates' motion for relief from order of dismissal | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Obtain and review response by One Alleghany Center Associates' to 15th omnibus objection to claim with attachments as referenced in Alleghany Center Associates' motion for relief from order of dismissal | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re | 0.10 | TJT |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| | 18th omnibus objection to claims | | |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re debtors' objection to Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 1/25/08 | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by S. Shackleford | 0.10 | TJT |
| | *Case Administration* - Review order amending case management order re courtroom deputy | 0.10 | TJT |
| | *Hearings* - Review correspondence from S. Weiler and confer with S. Weiler re 1/28/08 hearing follow-up | 0.20 | TJT |
| Jan-30-08 | *Professional Retention Issues* - confer with TJT re: FCR motion for PD expert | 0.50 | RSM |
| | *Case Administration* - Obtain and send order amending CMO re identification of Delaware courtroom deputy to co-counsel and other interested parties | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of memorandum in support of Alleghany Center Associates' motion for leave from order of dismissal | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re amended CMO for case regarding courtroom deputy | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review debtors' 26th quarterly report of asset sales | 0.10 | TJT |
| | *Case Administration* - Review debtors' 26th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review BIR Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Olgivey Renault Dec. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review UST's objection to FCR's motion to retain Hanly Conroy | 0.20 | TJT |
| | *Employment Applications, Others* - Correspond with committee member re UST's objection to FCR's motion to retain Hanly Conroy | 0.20 | TJT |
| | *Employment Applications, Others* - Review debtors' objection to FCR's motion to retain Hanly Conroy with attachments | 1.30 | TJT |
| | *Employment Applications, Others* - Review unsecured creditor's committee joinder in debtors' objection to FCR's motion to retain Hanly Conroy | 0.10 | TJT |
| Jan-31-08 | *Case Administration* - 1/28/08 hearing follow-up | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Mission Towers appeal in 3rd circuit | 0.10 | TJT |
| | *Case Administration* - Review TPT Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Prepare memo to paralegal re status memos re pending matters in the 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review 27th Quarterly Fee Application for Day Pitney | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Case Administration* - Review Duane Morris Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC 26th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak Dec. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of amended personal injury estimation trial dates and review and calendar same | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with M. Kramer re personal injury estimation trial dates and notice of amended dates | 0.20 | TJT |
| | *Hearings* - Correspond with S. Weiler re 1/28/08 hearing follow-up | 0.10 | TJT |
| | Totals | 130.10 | |

### DISBURSEMENTS

| | | |
|---|---|---:|
| Jan-03-08 | Blue Marble - cc $54.00; service $298.75 | 352.75 |
| | Photocopy Cost | 18.30 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.10 |
| | Postage 8 @ 0.58 | 4.64 |
| Jan-04-08 | Blue Marble - cc $27.00; service 298.75 | 325.75 |
| Jan-07-08 | Tristate Courier & Carriage - delivery charge (Inv # 24849) | 19.50 |
| Jan-08-08 | Photocopy Cost | 2.60 |
| Jan-09-08 | Blue Marble - hand deliveries | 328.00 |
| Jan-10-08 | J&J Court Transcribers | 63.00 |
| | Photocopy Cost | 4.00 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.30 |
| Jan-13-08 | Photocopy Cost | 0.80 |
| Jan-15-08 | West Law - Legal Research (Oct 07) Acct #1000634693; Inv # 814759490 | 75.85 |
| | Photocopy Cost | 1.60 |
| | Photocopy Cost | 0.50 |
| Jan-17-08 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.50 |
| Jan-18-08 | Pacer Service Center - 10/1/07 - 12/31/07 (SGW) Acct # FJ0321 | 34.88 |
| | Pacer Service Center - 10/1/07 - 12/31/07 (TJT) Acct# FJ0093 | 88.16 |
| Jan-21-08 | Photocopy Cost | 1.50 |
| | Photocopy Cost | 0.50 |
| Jan-22-08 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.50 |
| Jan-23-08 | Photocopy Cost | 4.50 |
| | Tristate Courier & Carriage - delivery charge (Inv #25036) | 39.00 |
| | Postage 8 @ 0.97 | 7.76 |
| Jan-24-08 | Photocopy Cost | 11.60 |
| | Postage | 1.82 |
| | Photocopy Cost | 0.80 |

**Invoice No. 26193**             **Page 14** of **14**                                    **March 3, 2008**

|           |                       |           |
|-----------|-----------------------|----------:|
|           | Photocopy Cost        |      1.70 |
|           | Photocopy Cost        |      2.30 |
|           | Photocopy Cost        |      1.00 |
| Jan-27-08 | Photocopy Cost        |      4.00 |
|           | Photocopy Cost        |      0.50 |
| Jan-28-08 | Photocopy Cost        |      5.70 |
|           | Postage               |      1.31 |
|           | Photocopy Cost        |     49.40 |
|           | Photocopy Cost        |      1.00 |
|           | Photocopy Cost        |      0.80 |
|           | Photocopy Cost        |      1.20 |
| Jan-29-08 | Photocopy Cost        |      0.50 |
|           | Photocopy Cost        |      0.80 |
| Jan-30-08 | Photocopy Cost        |      0.50 |
|           | Totals                | $1,468.22 |
|           | **Total Fees & Disbursements** | **$34,577.22** |
|           |                       |           |
|           | **Balance Due Now**   | **$34,577.22** |