## Exhibit III

**Fee Application for the period**

**November 1, 2007 through November 30, 2007**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.**[1]; | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**Objection Deadline:**
February 20, 2008 at 4:00 p.m.
Hearing date: To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Forty-Sixth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from November 1, 2007 through November 30, 2007 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $66,394.40, representing 80% of $82,993.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $407.99.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 20, 2008 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number

302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith and

Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.


(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

Dated: January 31, 2008
Wilmington, DE

**RESPECTFULLY SUBMITTED,**

_____
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:          mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:     (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:          wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:          lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & Co., <u>et al.</u>, ) | Case No.  01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors ) | |

**FORTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (<u>nunc pro tunc</u> to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | November 1, 2007 through November 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $82,993.00): | $  66,394.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 407.99 |
| Total Amount Due: | $  66,802.39 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, <u>nunc pro tunc</u> to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the September, October monthly fee statements and the Fifteenth Quarterly Fee Application is 7.8 hours and corresponding compensation requested is approximately $2,325.50.

This is the <u>Forty-sixth Interim Application</u> filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**FORTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007)**

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FORTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $  494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $  87,936.00 | $  435.16 | $  70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $  95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FORTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 . | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FORTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |

**FORTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FORTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 29, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 29, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |

**FORTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007)**

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 11/01/07 through 11/30/07

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 18.20 | $10,829.00 |
| S. Cunningham | Member | $595 | 51.70 | $30,761.50 |
| J. Dolan | Consultant | $375 | 109.10 | $40,912.50 |
| M. Desalvio | Research | $160 | 1.50 | $240.00 |
| N. Backer | Paraprofessional | $100 | 2.50 | $250.00 |
| **For the Period 11/01/07 through 11/30/07** | | | **183.00** | **$82,993.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 11/1/07 through 11/30/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios, and analyses of the Asbestos proposal and prepared a report to the Committee thereon. | 65.10 | $30,748.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including the PI/PD proposal and recovery analyses with counsel and Committee members. | 16.90 | $7,679.50 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant Analyzed the proposed EPA settlement and related Cash projections. | 7.80 | $4,091.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the September and October monthly Fee Statements and the 15th quarterly fee statement. | 7.80 | $2,325.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding September monthly results And 3Q07 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to Committee was prepared thereon. | 76.00 | $34,022.00 |
| 21. Research | During the Fee Application period, the Applicant Researched peer information. | 1.50 | $240.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in a discussions regarding cash projections and Q3 results. | 7.90 | $3,886.50 |
| For the Period 11/1/07 through 11/30/07 | | 183.00 | $82,993.00 |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 11/1/07 through 11/30/07

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| | | | 03. Claims Analysis & Valuation |
| 11/5/2007 | J. Dolan | 1.40 | Prepared questions for management regarding 2007 and 2008 cash projections. |
| 11/5/2007 | E. Ordway | 0.80 | Analyzed POR data from Owens-Corning. |
| 11/6/2007 | E. Ordway | 2.10 | Read and analyzed POR and accompanying documents and listed items for discussions with counsel and staff. |
| 11/6/2007 | J. Dolan | 0.40 | Internal discussion of cash projection issues. |
| 11/6/2007 | J. Dolan | 1.50 | Analysis of Asbestos POR recovery assumptions. |
| 11/6/2007 | J. Dolan | 3.00 | Read and analyzed Plan of Reorganization filed by Asbestos PI. |
| 11/7/2007 | E. Ordway | 0.70 | Read and analyzed counsels memo and related documents regarding PI settlements. |
| 11/7/2007 | J. Dolan | 1.60 | Prepared analysis of Asbestos POR. |
| 11/7/2007 | J. Dolan | 2.20 | Read and analyzed Asbestos POR. |
| 11/8/2007 | J. Dolan | 0.50 | Prepared issues memo related to Asbestos POR. |
| 11/8/2007 | S. Cunningham | 4.00 | Read and review draft plan of reorganization |
| 11/8/2007 | J. Dolan | 2.50 | Compared Asbestos POR to previously received term sheet and prepared analysis thereon. |
| 11/8/2007 | J. Dolan | 2.20 | Prepared recovery analysis regarding Asbestos POR. |
| 11/8/2007 | J. Dolan | 1.00 | Read and analyzed counsels memo regarding property damage settlements. |
| 11/8/2007 | E. Ordway | 0.40 | Directed staff in analyzing PI/PD term sheet. |
| 11/9/2007 | S. Cunningham | 2.30 | Read and analyzed recovery under various scenarios. |
| 11/12/2007 | S. Cunningham | 4.30 | Read and analyzed Asbestos filed Plan. |
| 11/13/2007 | J. Dolan | 2.00 | Reviewed and analyzed claims analysis received from Debtors and updated recovery analysis accordingly. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/14/2007 | J. Dolan | 1.40 | Comparison of Plan analysis to term sheet previously received. |
| 11/14/2007 | E. Ordway | 0.60 | Directed staff in analyzing PI/PD term sheet. |
| 11/14/2007 | E. Ordway | 1.70 | Prepared updated analysis of proceeds available for distribution. |
| 11/14/2007 | J. Dolan | 1.70 | Asbestos POR analysis including calculation of recovery according to terms. |
| 11/16/2007 | J. Dolan | 4.40 | Prepared various analysis and report to Committee chair including Asbestos plan analysis, assumptions, form of recovery. |
| 11/16/2007 | S. Cunningham | 3.20 | Review plan documents as filed and prepare recovery/claims analysis in preparation for review with committee chair. |
| 11/16/2007 | E. Ordway | 0.90 | Prepared/edited report to Committee on plan proposals and recoveries. |
| 11/17/2007 | J. Dolan | 2.40 | Prepared report of bank recovery using lower claim settlement assumptions and form of recovery at various market multiples. |
| 11/17/2007 | J. Dolan | 3.30 | Prepared report to Committee chair including Asbestos recovery analysis, bank recovery analysis with form of recovery, footnotes. |
| 11/19/2007 | E. Ordway | 0.50 | Read and analyzed counsels' memo regarding claim settlement procedures. |
| 11/20/2007 | S. Cunningham | 1.30 | Reviewed and prepared recovery analysis at various valuation levels. |
| 11/26/2007 | S. Cunningham | 2.40 | Read and analyzed recovery assumptions re: plan of reorganization. |
| 11/28/2007 | J. Dolan | 0.90 | Read and analyzed counsel's memo on contract claim settlement. |
| 11/29/2007 | J. Dolan | 1.80 | Prepared analysis and report for Committee call regarding Asbestos POR. |
| 11/30/2007 | S. Cunningham | 2.30 | Finalized draft recovery analysis of POR - identified key open issues. |
| 11/30/2007 | E. Ordway | 0.70 | Prepared/edited analysis of PI/PD proposal. |
| 11/30/2007 | E. Ordway | 0.60 | Read counsels' memo regarding settlement proposal of an adversary proceeding. |
| 11/30/2007 | J. Dolan | 2.10 | Prepared analysis for Committee call re: Asbestos POR. |
| Subtotal | | 65.10 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/1/2007 | J. Dolan | 1.50 | Read and analyzed docket submissions. |
| 11/6/2007 | J. Dolan | 0.90 | Read and analyzed docket submissions. |

Capstone Advisory Group, LLC
Invoice for the November 2007 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 11/7/2007 | S. Cunningham | 2.30 | Read and analyzed cash flow information and participated in call with Blackstone. |
| 11/8/2007 | J. Dolan | 0.50 | Read and analyzed docket submissions. |
| 11/12/2007 | E. Ordway | 0.40 | Read counsels' memo regarding NJEPA. |
| 11/19/2007 | S. Cunningham | 1.30 | Met with committee chair and staff to review plan recovery scenarios. |
| 11/19/2007 | J. Dolan | 3.70 | Prepared for and participated in meeting with Committee chair regarding Plan filed by Asbestos and our related analysis and report. |
| 11/27/2007 | J. Dolan | 0.70 | Read and analyzed docket submissions. |
| 11/29/2007 | J. Dolan | 1.70 | Prepared and participated in call with counsel regarding case status/issues. |
| 11/30/2007 | E. Ordway | 0.80 | Participated in call with Committee. |
| 11/30/2007 | S. Cunningham | 1.30 | Discuss recovery analysis with counsel and participate in call with committee |
| 11/30/2007 | J. Dolan | 1.80 | Prepared for and participated in Committee call to discuss Asbestos POR. |
| Subtotal | | 16.90 | |

06. Environmental Mtrs/Regs/Litig.

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 11/1/2007 | J. Dolan | 1.00 | Discussed provision of environmental settlement agreement and the related impact on claims. |
| 11/2/2007 | S. Cunningham | 2.30 | Reviewed EPA settlement agreement. |
| 11/5/2007 | S. Cunningham | 3.00 | Read and analyzed FY 2007 estimate and FY 2008 cash projections in preparation for call with Company and Advisor. |
| 11/5/2007 | J. Dolan | 1.50 | Analyzed 2007 and 2008 cash flow projection including environmental settlement and Optimization Plan. |
| Subtotal | | 7.80 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 11/7/2007 | J. Dolan | 0.50 | Prepared September fee app. |
| 11/8/2007 | N. Backer | 0.80 | Prepared October fee statement. |
| 11/12/2007 | J. Dolan | 1.40 | Prepared 3Q07 fee app. |
| 11/13/2007 | N. Backer | 0.40 | 15th Quarterly fee application. |

Capstone Advisory Group, LLC
Invoice for the November 2007 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/16/2007 | N. Backer | 1.30 | Prepared October fee statement. |
| 11/19/2007 | E. Ordway | 0.40 | Prepare fee application. |
| 11/27/2007 | J. Dolan | 1.00 | Prepared October 2007 fee application. |
| 11/27/2007 | J. Dolan | 1.40 | Reviewed and finalized 3Q fee application. Followed up on prior fee application status. |
| 11/29/2007 | J. Dolan | 0.60 | Prepared October 2007 fee application. |
| Subtotal | | 7.80 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 11/1/2007 | J. Dolan | 1.90 | Read and analyzed September monthly operating reports. |
| 11/1/2007 | S. Cunningham | 3.30 | Updated and reviewed competitor analysis. |
| 11/2/2007 | E. Ordway | 1.40 | Read and analyzed monthly financial package from Debtor and identified items for discussion/investigation. |
| 11/5/2007 | J. Dolan | 1.80 | Prepared analyses for 3Q results report to the Committee. |
| 11/5/2007 | J. Dolan | 0.90 | Summarized 3Q results for Committee member. |
| 11/12/2007 | J. Dolan | 1.90 | Prepared various analyses for 3Q07 report to the Committee including division analysis actual results vs. prior year vs. Plan. |
| 11/12/2007 | J. Dolan | 2.10 | Read and analyzed Financial briefing received by the Debtors in anticipated of 3Q Advisors call. |
| 11/13/2007 | J. Dolan | 2.90 | Prepared analyses for 3Q report to the Committee based on 10Q information, press release and financial briefing. |
| 11/13/2007 | J. Dolan | 2.50 | Prepared commentary on analysis for 3Q report to the Committee. |
| 11/13/2007 | S. Cunningham | 4.20 | Read and analyzed results of operations- Q3 10Q and internal statements. |
| 11/14/2007 | J. Dolan | 2.50 | Review of peer information and industry reports to assist in evaluating Grace results and market multiples. |
| 11/15/2007 | J. Dolan | 3.20 | Read and analyzed the Debtor's Executive Summary Financial Statements as of September 30, 2007. |
| 11/15/2007 | J. Dolan | 1.70 | Incorporated detailed financial information into 3Q Report. |
| 11/15/2007 | J. Dolan | 2.00 | Prepared analyses for 3Q report to the Committee including drivers of gross margin declines, inflation and production impact and volume/mix. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/19/2007 | J. Dolan | 1.80 | Prepared cash flow analysis for 3Q report to the Committee including commentary and latest estimate for 2007. |
| 11/19/2007 | S. Cunningham | 3.00 | Reviewed Q3 financial performance versus plan and prior year. |
| 11/20/2007 | J. Dolan | 2.00 | Prepared analysis for 3Q report to the Committee including EBITDA bridge actual to Plan for the 3rd quarter and year to date. |
| 11/20/2007 | J. Dolan | 1.80 | Prepared EBIT bridge actual to prior year for the 3rd quarter and year to date for the report to the Committee. |
| 11/20/2007 | J. Dolan | 2.40 | Prepared analysis for 3Q report to the Committee including EBITDA bridge actual to Plan for the 3rd quarter and year to date. |
| 11/21/2007 | J. Dolan | 1.80 | Prepared sales bridge analysis actual to prior year for the 3rd quarter and year to date for report to the Committee. |
| 11/21/2007 | J. Dolan | 3.10 | Continued review of peer and industry information and reviewed multiple analysis. |
| 11/21/2007 | E. Ordway | 1.80 | Analyzed peer group company 10-K's and 10-Q's to develop support for Debtor valuation assumptions. |
| 11/26/2007 | E. Ordway | 2.70 | Prepared/edited report regarding 3rd Quarter performance. |
| 11/26/2007 | S. Cunningham | 2.60 | Reviewed and analyzed Q3 results of operations |
| 11/26/2007 | J. Dolan | 3.40 | Reviewed analysis and prepared commentary on 3rd quarter results report to the Committee. |
| 11/26/2007 | J. Dolan | 1.20 | Summarized peer information for use in 3Q report to the Committee. |
| 11/26/2007 | J. Dolan | 1.10 | Prepared follow up questions for Company regarding 3Q results. |
| 11/27/2007 | E. Ordway | 1.10 | Computed foreign exchange impact on operating performance results. |
| 11/27/2007 | E. Ordway | 0.60 | Analyzed cash on hand at the end of 3rd Quarter to reassess assumptions regarding possible access cash. |
| 11/27/2007 | J. Dolan | 2.50 | Prepared commentary on 3q report to the Committee including f/x analysis. |
| 11/28/2007 | J. Dolan | 2.50 | Continued analysis of 3Q07 results for report to Committee and related commentary. |
| 11/29/2007 | S. Cunningham | 4.40 | Read and reviewed 10 Q as filed- reviewed historical operating performance. |
| 11/29/2007 | J. Dolan | 2.50 | Prepared commentary for report to Committee on 3Q07 results. |
| 11/30/2007 | J. Dolan | 1.40 | Continued preparing 3Q07 report to the Committee. |
| Subtotal | | 76.00 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **21. Research** | | | |
| 11/13/2007 | M. Desalvio | 1.50 | Researched Grace peer information for 3Q07. |
| Subtotal | | 1.50 | |
| **26. Meetings with Debtors/Advisors** | | | |
| 11/7/2007 | J. Dolan | 2.10 | Prepared for and participated in call with the Debtors and Blackstone regarding 2008 cash projection. |
| 11/16/2007 | S. Cunningham | 4.20 | Participate in quarterly update call with management and committees and prepare /review analysis of results of operation versus plan and prior year. |
| 11/16/2007 | J. Dolan | 1.60 | Prepared for and participated in Financial Advisors call with Debtors regarding 3Q results. |
| Subtotal | | 7.90 | |
| **Total Hours** | | **183.00** | |

Capstone Advisory Group, LLC
Invoice for the November 2007 Fee Application

Page 6 of 6

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 11/1/07 through 11/30/07

| Date | Professional | Detail | Amount |
|------|------|------|------|
| **Airfare/Train** | | | |
| 11/19/2007  J. Dolan | | | $26.50 |
| Subtotal - Airfare/Train | | | $26.50 |
| **Parking/Tolls** | | | |
| 11/19/2007  J. Dolan | | | $2.50 |
| Subtotal - Parking/Tolls | | | $2.50 |
| **Postage/FedEx** | | | |
| 11/29/2007  Capstone Expense | fed ex 2-291-14297 | | $16.06 |
| 11/29/2007  Capstone Expense | fed ex 2-317-19145 | | $11.10 |
| Subtotal - Postage/FedEx | | | $27.16 |
| **Research** | | | |
| 11/30/2007  Capstone Expense | Bloomberg | | $117.00 |
| 11/30/2007  Capstone Expense | Pacer | | $8.08 |
| Subtotal - Research | | | $125.08 |
| **Scans** | | | |
| 11/15/2007  Capstone Expense | 10 scans @ 1.00 ea | | $10.00 |
| Subtotal - Scans | | - | $10.00 |
| **Telecom** | | | |
| 11/30/2007  Capstone Expense | Saddle Brook office for Nov. | | $200.61 |
| 11/30/2007  Capstone Expense | ECI October Invoice | | $16.14 |
| Subtotal - Telecom | | | $216.75 |
| **For the Period 11/1/07 through 11/30/07** | | | $407.99 |

Capstone Advisory Group, LLC
Invoice for the November 2007 Fee Application

Page 1 of 1