Exhibit IV

Fee Application for the period

December 1, 2007 through December 31, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W. R. Grace & Co. et al.[1]; ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| | Objection Deadline: |
| | March 4, 2008 at 4:00 p.m. |
| | Hearing date: To be scheduled only if objections are timely filed and served. |

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served its Forty-Seventh Interim Application for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from December 1, 2007 through December 31, 2007 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $42,984.40, representing 80% of $53,730.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $308.15.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 4, 2008 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

2

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

Dated: February 13, 2008
Wilmington, DE

                  **RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:  wskatchen@duanemorris.com

                  and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006
E-mail:  lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

**FORTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | December 1, 2007 through December 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $53,730.50): | $ 42,984.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 308.15 |
| Total Amount Due: | $ 43,292.55 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the October and November monthly fee statements is 7.7 hours and corresponding compensation requested is approximately $2,134.00.

This is the Forty-seventh Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

DM3\671782.1

**FORTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007)**

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

# FORTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | $224,310.00 | $2,919.64 | $179,448.00 |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | $272,717.50 | $2,498.72 | $218,174,00 |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FORTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | $297,230.00 | $2,252.85 | $237,784.00 |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | $292,231.00 | $2,635.52 | $233,784.80 |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | $335,823.00 | $2,808.92 | $268,658.40 |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FORTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | $400,702.00 | $4,008.69 | $320,561.60 |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | $411,820.00 | $4,158.75 | $329,456.00 |
|  | Adjustment for July photocopies |  | $(6.55) |  |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | $288,706.50 | $1,698.54 | $230,965.20 |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |

**FORTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47,704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

DM3\671782.1

**FORTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | $232,454.50 | $1217.17 | $185,963.60 |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |

DM3\671782.1

**FORTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007)**

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

DM3\671782.1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 12/1/07 through 12/31/07

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 14.20 | $8,449.00 |
| S. Cunningham | Member | $595 | 25.70 | $15,291.50 |
| J. Dolan | Consultant | $375 | 79.20 | $29,700.00 |
| N. Backer | Paraprofessional | $100 | 2.90 | $290.00 |
| For the Period 12/1/07 through 12/31/07 | | | 122.00 | $53,730.50 |

Capstone Advisory Group, LLC
Invoice for the December 2007 Fee Application

Page 1 of 1

DM3\671782.1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 12/1/07 through 12/31/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and debt capacity, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios, and analyses of the PI proposal. | 45.50 | $20,384.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including environmental issues, acquisitions, COLI policies and settlements with counsel and Committee members. | 24.60 | $10,127.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the October and November Fee Statements. | 7.70 | $2,134.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q307 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to the Committee was prepared thereon. | 44.20 | $21,085.00 |
| **For the Period 12/1/07 through 12/31/07** | | **122.00** | **$53,730.50** |

Capstone Advisory Group, LLC
Invoice for the December 2007 Fee Application

Page 1 of 1

DM3\671782.1

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 12/1/07 through 12/31/07

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 12/4/2007 | J. Dolan | 0.80 | Read and analyzed counsel's memo re: claim settlements. |
| 12/5/2007 | J. Dolan | 1.70 | Updated recovery analysis for current stock prices and interest rates. |
| 12/7/2007 | J. Dolan | 1.50 | Preparation of claims analysis based on lower settlement of claims. |
| 12/10/2007 | J. Dolan | 5.30 | Read and analyzed briefs filed by the Debtors, ACC, FCR and equity to exclude certain expert testimony. |
| 12/11/2007 | J. Dolan | 1.10 | Read and analyzed briefs filed by Debtors. |
| 12/12/2007 | S. Cunningham | 2.20 | Review recovery scenario using market based pricing of equity. |
| 12/13/2007 | E. Ordway | 0.30 | Directed staff in updating interest calculations. |
| 12/13/2007 | J. Dolan | 1.00 | Review of analyst interest calculation. |
| 12/14/2007 | J. Dolan | 3.50 | Prepared recovery analysis based on various assumptions. |
| 12/17/2007 | J. Dolan | 2.50 | Updated recovery analysis including updated interest calculations, stock prices and other changes in assumptions. |
| 12/17/2007 | S. Cunningham | 2.30 | Review Interest rate calculation and claim assumptions. |
| 12/18/2007 | J. Dolan | 3.20 | Discussions with counsel regarding accrual of fees, proof of claim filed by banks, commitment fees and interest. Analysis thereon. |
| 12/18/2007 | J. Dolan | 3.30 | Read and analyzed prior memo regarding accrual of interest and fees and recalculated according to current terms. |
| 12/18/2007 | E. Ordway | 2.10 | Reviewed POR proposal from ACC/FCR and updated analysis thereof. |
| 12/19/2007 | S. Cunningham | 3.00 | Review interest Default interest provision - credit agreement. |
| 12/19/2007 | J. Dolan | 4.50 | Review interest Default interest and fees provisions in credit agreement and summarized for team. |
| 12/19/2007 | E. Ordway | 0.40 | Directed staff in analyzing credit agreement data regarding interest determination. |
| 12/20/2007 | S. Cunningham | 4.20 | Review Coli liquidation and insurance policy information. |

Capstone Advisory Group, LLC
Invoice for the December 2007 Fee Application

Page 1 of 4

DM3\671782.1

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/21/2007 | J. Dolan | 2.00 | Reflected interest accrual calculation into recovery analysis. |
| 12/21/2007 | E. Ordway | 0.60 | Analyzed cash position and recalculated our view of excess cash. |
| Subtotal | | 45.50 | |

**04. Creditor Committee Matters**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/4/2007 | E. Ordway | 0.40 | Read and analyzed counsel's memo regarding acquisitions and environmental matters. |
| 12/4/2007 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 12/4/2007 | E. Ordway | 0.80 | Read and analyzed counsel's memo regarding Del Taco settlement. |
| 12/6/2007 | J. Dolan | 1.30 | Updated work plan. |
| 12/6/2007 | J. Dolan | 0.70 | Read and analyzed recent docket submissions. |
| 12/7/2007 | J. Dolan | 0.50 | Updated contact list for distributions. |
| 12/10/2007 | E. Ordway | 1.20 | Call with a bank debt holder regarding exclusivity and case status. |
| 12/10/2007 | E. Ordway | 0.60 | Read and analyzed briefs, pleadings and Counsel's memo regarding expert testimony issues. |
| 12/11/2007 | J. Dolan | 1.40 | Committee Matters - Call with debt holder to discuss case. |
| 12/12/2007 | J. Dolan | 0.70 | Committee Matters - read and analyzed counsel's memos on acquisitions and environmental matters. |
| 12/14/2007 | E. Ordway | 0.40 | Call with committee member to discuss case status. |
| 12/14/2007 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| 12/17/2007 | E. Ordway | 0.30 | Read counsel's memo regarding: appointment of examiner regarding Tersigni. |
| 12/17/2007 | J. Dolan | 0.30 | Read and analyzed recent docket submissions. |
| 12/17/2007 | J. Dolan | 0.60 | Committee Matters - Distributed financial package to Committee. |
| 12/17/2007 | J. Dolan | 0.80 | Committee Matters - Prepared distribution memo to Committee and distributed report. |
| 12/20/2007 | J. Dolan | 2.90 | Read and analyzed draft motion regarding termination of COLI insurance policies. |
| 12/20/2007 | J. Dolan | 4.20 | Reviewed and analyzed COLI liquidation and insurance policy information. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/21/2007 | J. Dolan | 2.50 | Updated work plan. |
| 12/21/2007 | J. Dolan | 2.40 | Read and analyzed recent docket submissions. |
| 12/21/2007 | E. Ordway | 0.40 | Reviewed docket summary prepared by staff. |
| Subtotal | | 24.60 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/4/2007 | J. Dolan | 0.60 | Fee application analysis for the quarter. |
| 12/5/2007 | J. Dolan | 1.20 | Review of final fee applications filed by Stroock and update to receivable analysis. |
| 12/5/2007 | E. Ordway | 0.20 | Prepared fee application. |
| 12/6/2007 | N. Backer | 1.10 | Prepared October fee statement. |
| 12/6/2007 | J. Dolan | 1.00 | Prepared October fee application. |
| 12/11/2007 | N. Backer | 0.70 | Prepared October fee statement. |
| 12/13/2007 | J. Dolan | 1.30 | Reconciliation of Grace receivable. |
| 12/13/2007 | J. Dolan | 0.50 | Prepared October fee application. |
| 12/20/2007 | N. Backer | 1.10 | Prepared November fee application. |
| Subtotal | | 7.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/3/2007 | S. Cunningham | 4.10 | Reviewed Q3 financial performance versus plan and prior year. |
| 12/3/2007 | J. Dolan | 0.50 | Prepared 3rd quarter report to the Committee including update on subsequent events. |
| 12/3/2007 | E. Ordway | 1.10 | Prepared/edited report on 3Q performance for the Committee. |
| 12/3/2007 | J. Dolan | 0.50 | Prepared 3rd quarter report to Committee including analysis of peer reports. |
| 12/3/2007 | J. Dolan | 1.20 | Prepared 3rd quarter report to the Committee including cash flow analysis. |
| 12/3/2007 | J. Dolan | 1.00 | Prepared additional analysis for 3Q report related to cash flow estimate. |
| 12/3/2007 | J. Dolan | 0.80 | Prepared 3rd quarter report to the Committee including GM analysis. |
| 12/3/2007 | J. Dolan | 1.60 | Prepared 3rd quarter report to Committee including analysis of peer reports. |

Capstone Advisory Group, LLC  
Invoice for the December 2007 Fee Application

Page 3 of 4

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/3/2007 | J. Dolan | 1.30 | Prepared 3rd quarter report to the Committee including peer analysis. |
| 12/4/2007 | J. Dolan | 2.00 | Received comments on 3rd quarter report and incorporated changes into report. |
| 12/4/2007 | J. Dolan | 1.70 | Prepared 3rd quarter report to the Committee including quarterized Oct 07 results and comparison to latest estimate and Plan. |
| 12/5/2007 | E. Ordway | 0.70 | Directed staff in finalizing Quarterly report. |
| 12/5/2007 | J. Dolan | 1.00 | Reviewed final version of report before distribution and review. |
| 12/5/2007 | J. Dolan | 2.80 | Read and analyzed October monthly operating reports. |
| 12/6/2007 | E. Ordway | 0.90 | Read and analyzed Debtor's October operating report and summarized items to staff to further investigate. |
| 12/6/2007 | J. Dolan | 3.50 | Incorporated additional analysis into 3rd quarter report to the Committee. |
| 12/10/2007 | J. Dolan | 1.70 | Revisions to 3rd quarter report to the Committee. |
| 12/10/2007 | S. Cunningham | 4.10 | Reviewed analysis and draft report to committee re: Q3 |
| 12/10/2007 | E. Ordway | 0.50 | Continued to review October operating report. |
| 12/11/2007 | S. Cunningham | 3.40 | Reviewed and edit draft report to committee re: Q3 |
| 12/11/2007 | J. Dolan | 0.70 | Revisions to 3rd quarter report to the Committee. |
| 12/12/2007 | J. Dolan | 1.20 | Analysis of peer 10qs. |
| 12/12/2007 | S. Cunningham | 2.40 | Reviewed post petition interest calculation including fees. |
| 12/12/2007 | J. Dolan | 0.50 | Distributed 3rd quarter report to counsel and committee chair for review. |
| 12/13/2007 | E. Ordway | 0.60 | Analyzed peer group Q data and considered one-time items for developing normalized EBITDA. |
| 12/17/2007 | J. Dolan | 1.70 | Comments from counsel and agent incorporated into report. |
| 12/17/2007 | E. Ordway | 1.10 | Finalized 3rd Q report review. |
| 12/19/2007 | E. Ordway | 1.30 | Continued review of peer group data. |
| 12/21/2007 | E. Ordway | 0.30 | Call with a committee member regarding 3rd Q report. |
| Subtotal | | 44.20 | |
| **Total Hours** | | **122.00** | |

Capstone Advisory Group, LLC
Invoice for the December 2007 Fee Application

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 12/1/07 through 12/31/07

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Airfare/Train** | | | |
| 12/6/2007 | J. Dolan | Meeting in NY | $26.50 |
| Subtotal - Airfare/Train | | | $26.50 |
| **Copies** | | | |
| 12/31/2007 | Capstone Expense | Dec. copies, 331 @ .10 ea. | $33.10 |
| Subtotal - Copies | | | $33.10 |
| **Parking/Tolls** | | | |
| 12/6/2007 | J. Dolan | Meeting in NY | $2.50 |
| Subtotal - Parking/Tolls | | | $2.50 |
| **Postage/FedEx** | | | |
| 12/31/2007 | Capstone Expense | Fed Ex | $11.01 |
| Subtotal - Postage/FedEx | | | $11.01 |
| **Research** | | | |
| 12/1/2007 | Capstone Expense | Pacer research service | $3.20 |
| Subtotal - Research | | | $3.20 |
| **Scans** | | | |
| 12/31/2007 | Capstone Expense | Dec. scans, 43 @ 1.00 ea. | $43.00 |
| Subtotal - Scans | | | $43.00 |
| **Telecom** | | | |
| 12/31/2007 | Capstone Expense | Dec. Telecom Saddle Brook office | $188.84 |
| Subtotal - Telecom | | | $188.84 |
| For the Period 12/1/07 through 12/31/07 | | | $308.15 |

Capstone Advisory Group, LLC
Invoice for the December 2007 Fee Application

Page 1 of 1

DM3\671782.1