IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Objection Deadline: February 29, 2008 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: March 17, 2008 at 1:00 p.m. |
| | ) | Ref. No. 17799 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 17799

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourteenth Quarterly Interim Fee Application of David T. Austern, Future Claimants' Representative for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2007 through September 30, 2007 (the "Application"), filed with the Court on January 11, 2008, and entered on the Court's docket as Docket No. 17799. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than February 29, 2008.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: March 4, 2008    By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Columbia Center
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

## CERTIFICATE OF SERVICE

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on March 4, 2008, I caused a copy of the *Certification of No Objection Regarding Docket No. 17799* to be served upon those persons listed in the attached Service List.

      *[signature]*
Debra O. Fullem