**EXHIBIT A**

Professional services rendered through: October 31, 2007: Remedium

| Date | Person | Description | Hours |
|---|---|---|---|
| 10/02/07 | L.M. Zarlenga | Prepare closing agreement; review and revise insert for motion to Bankruptcy Court. | 1.80 |
| 10/02/07 | M.D. Lerner | Draft language for Bankruptcy motion. | 0.50 |
| 10/02/07 | M.D. Lerner | Draft language for pleading. | 0.20 |
| 10/03/07 | L.M. Zarlenga | Review Mr. Lerner's comments to draft closing agreement. | 0.20 |
| 10/03/07 | M.D. Lerner | Review closing agreement. | 0.10 |
| 10/05/07 | A.E. Moran | Do quarterly bill for April, May and June 2007. | 1.70 |
| 10/10/07 | M.D. Lerner | Forward Tolling Agreement. | 0.10 |
| 10/11/07 | A.E. Moran | Review and send email to C. Finke on policies. | 0.60 |
| 10/12/07 | A.E. Moran | Review C. Finke question on 72(v); check private letter rulings and IRS guidance. | 2.30 |
| 10/12/07 | L.M. Zarlenga | Revise closing agreement. | 0.80 |
| 10/13/07 | U.B. Jani | Research re tax rules regarding modified endowment contracts. | 3.00 |
| 10/14/07 | U.B. Jani | Research re tax rules regarding modified endowment contracts. | 3.00 |
| 10/15/07 | A.E. Moran | Review insurance tax and IRS reporting rules. | 2.00 |
| 10/15/07 | A.E. Moran | Office communication with U. Jani re research. | 0.40 |
| 10/15/07 | A.E. Moran | Telephone call to IRS re insurance tax issues. | 0.10 |
| 10/15/07 | L.M. Zarlenga | Review contract and memo re NOLs and relevant authorities. | 2.00 |
| 10/15/07 | L.M. Zarlenga | Review revisions to Remedium closing agreement and comment. | 0.30 |
| 10/15/07 | M.D. Lerner | Edit closing agreement. | 0.30 |
| 10/15/07 | U.B. Jani | Research tax treatises and IRS Forms regarding modified endowment contracts. | 4.60 |
| 10/15/07 | U.B. Jani | Office discussion with Anne Moran re policies. | .40 |
| 10/16/07 | A.E. Moran | Research old memos on life insurance contract sale issues. | 0.80 |
| 10/16/07 | A.E. Moran | Telephone conference with IRS re MEC taxation. | 0.20 |
| 10/16/07 | U.B. Jani | Research regarding sale of modified endowment contracts and tax consequences of sale of life insurance contracts. | 4.50 |
| 10/17/07 | U.B. Jani | Research caselaw regarding IRS treatment of sale of insurance policies. | 4.00 |
| 10/18/07 | A.E. Moran | Review U. Jani research on sale of policies. | 0.80 |
| 10/18/07 | U.B. Jani | Research caselaw regarding IRS treatment of sale of insurance policies. | 2.00 |

5

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/19/07 | A.E. Moran | Revise U.Jani email and send to C. Finke. | 1.00 |
| 10/24/07 | A.E. Moran | Telephone conference with C. Finke re pay agreement for individual. | 0.70 |
| 10/24/07 | A.E. Moran | Review tax rules on independent contractors and effective dates. | 1.20 |
| 10/25/07 | A.E. Moran | Review insurance contract issues. | 0.50 |
| 10/25/07 | A.E. Moran | Confer with Mr. Wellington re compensation issue. | 0.30 |
| 10/25/07 | D. Wellington | Conference with Ms. Moran re compensation issue. | 0.30 |
| 10/26/07 | A.E. Moran | Review of policies, service agreements and tax rules governing them. | 2.60 |
| 10/26/07 | A.E. Moran | Send email to C. Finke re service agreements. | .40 |
| 10/31/07 | A.E. Moran | Consider followup questions on loans. | 0.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 1.20 | 650.00 | 780.00 |
| L.M. Zarlenga | 5.10 | 535.00 | 2,728.50 |
| A.E. Moran | 16.40 | 525.00 | 8,610.00 |
| D. Wellington | 0.30 | 505.00 | 151.50 |
| U.B. Jani | 21.50 | 290.00 | 6,235.00 |
| Total | 44.50 | | 18,505.00 |

Total Fees    $18,505.00

Tax Litigation Audit Issue: Professional services rendered through: October 31, 2007

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/07 | M.D. Lerner | Deal with requests regarding Branerton letter. | 0.20 |
| 10/02/07 | M.D. Lerner | Fill in answers to IRS discovery requests. | 0.30 |
| 10/03/07 | C. Shepherd | Confer with Mr. Lerner re processing of documents for production. | 0.20 |
| 10/03/07 | M.D. Lerner | Respond to Branerton letter. | 0.80 |
| 10/04/07 | C. Shepherd | Prepare materials for production; confer with litigation support re processing of documents. | 0.50 |
| 10/09/07 | G. Gegenheimer | Create new security group in Active Directory, new database to house unbranded documents and images; and create shortcuts for both new databases. | 1.50 |
| 10/11/07 | C. Shepherd | Process additional documents for production. | 0.50 |
| 10/11/07 | G. Gegenheimer | Convert additional pdf document to tiff and create load files for Concordance and image collection. | 1.50 |
| 10/11/07 | M.D. Lerner | Edit answer to Branerton letter and send. | 0.80 |
| 10/11/07 | S.B. Teplinsky | Send 384 outline to Ms. Finke. | 0.40 |

6

| 10/19/07 | A.E. Moran | Review August and September bills. | 0.20 |
|---|---|---|---|

| Name | Hours | Rate | Value |
|---|---|---|---|
| S.B. Teplinsky | 0.40 | 650.00 | 260.00 |
| M.D. Lerner | 2.10 | 650.00 | 1,365.00 |
| A.E. Moran | 0.20 | 525.00 | 105.00 |
| C. Shepherd | 1.20 | 195.00 | 234.00 |
| G. Gegenheimer | 3.00 | 175.00 | 525.00 |
| Total | 6.90 | | 2,489.00 |

                                          Total Fees        $2,489.00

Disbursements:

| | |
|---|---|
| Overnight Messenger | 10.12 |
| Duplicating | 183.15 |
| Long Distance Telephone | 12.49 |

                              Total Disbursements        $205.76