**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 580034


012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost              Timekeepr
Code      Date    Number    Name                  Quantity    Rate    Amount
=============================================================================
LASR      10/04/07 00206    Moran, Anne E.          11.00     0.15     1.65
   LASR   10/04/07 00206    Moran, Anne E.          11.00     0.20     2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR      10/05/07 00206    Moran, Anne E.           6.00     0.15     0.90
   LASR   10/05/07 00206    Moran, Anne E.           6.00     0.20     1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR      10/05/07 00206    Moran, Anne E.           1.00     0.15     0.15
   LASR   10/05/07 00206    Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      10/05/07 00206    Moran, Anne E.           2.00     0.15     0.30
   LASR   10/05/07 00206    Moran, Anne E.           2.00     0.20     0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR      10/05/07 00206    Moran, Anne E.           1.00     0.15     0.15
   LASR   10/05/07 00206    Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      10/05/07 00206    Moran, Anne E.           1.00     0.15     0.15
   LASR   10/05/07 00206    Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      10/05/07 00206    Moran, Anne E.           1.00     0.15     0.15
   LASR   10/05/07 00206    Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      10/05/07 00206    Moran, Anne E.          11.00     0.15     1.65
   LASR   10/05/07 00206    Moran, Anne E.          11.00     0.20     2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR      10/05/07 00206    Moran, Anne E.           1.00     0.15     0.15
   LASR   10/05/07 00206    Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR      10/05/07 00206    Moran, Anne E.           7.00     0.15     1.05
   LASR   10/05/07 00206    Moran, Anne E.           7.00     0.20     1.40
PC/Network Printing
```

```
PC LASER    7 Pages Ward, Brenda
LASR        10/05/07 00206     Moran, Anne E.              7.00    0.15    1.05
   LASR     10/05/07 00206     Moran, Anne E.              7.00    0.20    1.40
PC/Network Printing

PC LASER    7 Pages Ward, Brenda
LASR        10/05/07 00206     Moran, Anne E.             11.00    0.15    1.65
   LASR     10/05/07 00206     Moran, Anne E.             11.00    0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR        10/05/07 00206     Moran, Anne E.             11.00    0.15    1.65
   LASR     10/05/07 00206     Moran, Anne E.             11.00    0.20    2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR        10/05/07 Total:                                9.00

LASR        10/26/07 00206     Moran, Anne E.              1.00    0.15    0.15
   LASR     10/26/07 00206     Moran, Anne E.              1.00    0.20    0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        10/26/07 00206     Moran, Anne E.              1.00    0.15    0.15
   LASR     10/26/07 00206     Moran, Anne E.              1.00    0.20    0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        10/26/07 00206     Moran, Anne E.              2.00    0.15    0.30
   LASR     10/26/07 00206     Moran, Anne E.              2.00    0.20    0.40
PC/Network Printing

PC LASER    2 Pages Moran, Anne
LASR        10/26/07 00206     Moran, Anne E.              2.00    0.15    0.30
   LASR     10/26/07 00206     Moran, Anne E.              2.00    0.20    0.40
PC/Network Printing

PC LASER    2 Pages Moran, Anne
LASR        10/26/07 00206     Moran, Anne E.              1.00    0.15    0.15
   LASR     10/26/07 00206     Moran, Anne E.              1.00    0.20    0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        10/26/07 00206     Moran, Anne E.              3.00    0.15    0.45
   LASR     10/26/07 00206     Moran, Anne E.              3.00    0.20    0.60
PC/Network Printing

PC LASER    3 Pages Ward, Brenda
LASR        10/26/07 Total:                                1.50

LASR                 Total:                               12.15

Total: 012046.00002 PROTEST OF REMEDIUM LOSS
                    DISALLOWANCE                         12.15


Report Total:                                            12.15
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  580035

012046.00003 TAX LITIGATION AUDIT ISSUE


Cost            Timekeepr
Code    Date    Number    Name                         Quantity    Rate     Amount
====================================================================================

DLFD    10/11/07 00206    Moran, Anne E.                  1.00    10.12      10.12
  DLFD  10/11/07 00206    Moran, Anne E.                  1.00               10.12

Federal Express from Matthew D. Lerner
to Lawrence C. Letkewicz, Esq.
on October 11, 2007.
Tracking Number 792579370366

DUPLDC   10/04/07 09066   Merrill,                      270.00     0.15      40.50
  DUPLDC 10/04/07 09066   Merrill,                      270.00     0.20      54.00
270 PHOTOCOPIES MADE BY 09066

DUPLDC   10/04/07 09066   Merrill,                      556.00     0.15      83.40
  DUPLDC 10/04/07 09066   Merrill,                      556.00     0.20     111.20
556 PHOTOCOPIES MADE BY 09066

DUPLDC   10/04/07 Total:                                123.90
DUPLDC   10/11/07 07530   Wieczorek, Joann E.             6.00     0.15       0.90
  DUPLDC 10/11/07 07530   Wieczorek, Joann E.             6.00     0.20       1.20
6 PHOTOCOPIES MADE BY 07530

DUPLDC            Total:                                124.95

LASR    10/11/07 00206    Moran, Anne E.                  2.00     0.15       0.30
  LASR  10/11/07 00206    Moran, Anne E.                  2.00     0.20       0.40
PC/Network Printing

PC LASER   2 Pages Lerner, Matthew
LASR    10/26/07 00206    Moran, Anne E.                  1.00     0.15       0.15
  LASR  10/26/07 00206    Moran, Anne E.                  1.00     0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR    10/26/07 00206    Moran, Anne E.                  1.00     0.15       0.15
  LASR  10/26/07 00206    Moran, Anne E.                  1.00     0.20       0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR    10/26/07 00206    Moran, Anne E.                  1.00     0.15       0.15
  LASR  10/26/07 00206    Moran, Anne E.                  1.00     0.20       0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR    10/26/07 00206    Moran, Anne E.                  3.00     0.15       0.45
  LASR  10/26/07 00206    Moran, Anne E.                  3.00     0.20       0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR    10/26/07 00206    Moran, Anne E.                  2.00     0.15       0.30
```

```
   LASR      10/26/07 00206    Moran, Anne E.         2.00    0.20         0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       10/26/07 00206    Moran, Anne E.           1.00    0.15         0.15
   LASR    10/26/07 00206    Moran, Anne E.           1.00    0.20         0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

LASR       10/26/07 Total:                            1.35

LASR                Total:                           46.05


TELCO      10/19/07  00206   Moran, Anne E.           1.00   12.49        12.49
   TELCO   10/19/07  00206   Moran, Anne E.           1.00                12.49
Southpath charge for Conferencing Services
On 10/19/07 for 132 minutes.
Moderator: Anne E. Moran
```

11