# EXHIBIT A

Professional services rendered through: November 30, 2007: Remedium

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/02/07 | A.E. Moran | Review bills. | 0.40 |
| 11/06/07 | M.D. Lerner | Respond re closing agreement. | 0.10 |
| 11/20/07 | A.E. Moran | Office communication with E. Kohn re insurance rules. | 0.30 |
| 11/20/07 | A.E. Moran | Review C. Finke responses on insurance. | 1.00 |
| 11/20/07 | E. Kohn | Conference with Ms. Moran re effect of insurance program. | 0.30 |
| 11/30/07 | A.E. Moran | Telephone conference with C. Finke re insurance issues. | 0.70 |
| 11/30/07 | M.D. Lerner | Review closing agreement. | 0.40 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 0.50 | 650.00 | 325.00 |
| E. Kohn | 0.30 | 545.00 | 163.50 |
| A.E. Moran | 2.40 | 525.00 | 1,260.00 |
| Total | 3.20 | | 1,748.50 |

Professional services rendered through: November 30, 2007: TAX Litigation Audit Issue

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/06/07 | A.E. Moran | Start work on July-September bills. | 0.40 |
| 11/12/07 | A.E. Moran | Work on bills for July and September. | 0.70 |
| 11/26/07 | A.E. Moran | Work on bills for July through September 2007. | 1.00 |
| 11/27/07 | A.E. Moran | Continue work on July through September 2007 bills. | 0.80 |
| 11/30/07 | A.E. Moran | Work on and send out bills. | 0.80 |
| 11/30/07 | M.D. Lerner | Edit continuance. | 0.20 |
| 11/30/07 | M.J. Silverman | Review appeals issues. | 1.00 |
| 11/30/07 | S.B. Teplinsky | Review Joint Motion and emails re same. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 1.00 | 825.00 | 825.00 |
| M.D. Lerner | 0.20 | 650.00 | 130.00 |
| S.B. Teplinsky | 0.50 | 650.00 | 325.00 |
| A.E. Moran | 3.70 | 525.00 | 1,942.50 |
| Total | 5.40 | | 3,222.50 |

Total Fees      $3,222.50

Disbursements:

    Duplicating      24.45