**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  580115

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost                Timekeepr
Code      Date      Number    Name                    Quantity    Rate     Amount
==================================================================================

LASR      11/02/07  00206     Moran, Anne E.            6.00      0.15      0.90
  LASR    11/02/07  00206     Moran, Anne E.            6.00      0.20      1.20
PC/Network Printing

PC LASER  6 Pages Moran, Anne
LASR      11/06/07  00206     Moran, Anne E.            6.00      0.15      0.90
  LASR    11/06/07  00206     Moran, Anne E.            6.00      0.20      1.20
PC/Network Printing

PC LASER  6 Pages Moran, Anne
LASR      11/06/07  00206     Moran, Anne E.            5.00      0.15      0.75
  LASR    11/06/07  00206     Moran, Anne E.            5.00      0.20      1.00
PC/Network Printing

PC LASER  5 Pages Moran, Anne
LASR      11/06/07  00206     Moran, Anne E.            6.00      0.15      0.90
  LASR    11/06/07  00206     Moran, Anne E.            6.00      0.20      1.20
PC/Network Printing

PC LASER  6 Pages Moran, Anne

LASR      11/06/07  Total:                              2.55

LASR      11/20/07  00206     Moran, Anne E.           10.00      0.15      1.50
  LASR    11/20/07  00206     Moran, Anne E.           10.00      0.20      2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR      11/20/07  00206     Moran, Anne E.           11.00      0.15      1.65
  LASR    11/20/07  00206     Moran, Anne E.           11.00      0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda

LASR      11/20/07  Total:                              3.15

LASR      11/27/07  00206     Moran, Anne E.            1.00      0.15      0.15
  LASR    11/27/07  00206     Moran, Anne E.            1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      11/27/07  00206     Moran, Anne E.           11.00      0.15      1.65
```

7

```
    LASR    11/27/07 00206    Moran, Anne E.          11.00   0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       11/27/07 00206    Moran, Anne E.           10.00   0.15    1.50
    LASR    11/27/07 00206    Moran, Anne E.          10.00   0.20    2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       11/27/07 00206    Moran, Anne E.            1.00   0.15    0.15
    LASR    11/27/07 00206    Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       11/27/07 00206    Moran, Anne E.           10.00   0.15    1.50
    LASR    11/27/07 00206    Moran, Anne E.          10.00   0.20    2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       11/27/07 00206    Moran, Anne E.            1.00   0.15    0.15
    LASR    11/27/07 00206    Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

LASR       11/27/07 Total:                             5.10

LASR       11/30/07 00206    Moran, Anne E.           10.00   0.15    1.50
    LASR    11/30/07 00206    Moran, Anne E.          10.00   0.20    2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       11/30/07 00206    Moran, Anne E.           11.00   0.15    1.65
    LASR    11/30/07 00206    Moran, Anne E.          11.00   0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       11/30/07 00206    Moran, Anne E.           10.00   0.15    1.50
    LASR    11/30/07 00206    Moran, Anne E.          10.00   0.20    2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       11/30/07 00206    Moran, Anne E.           11.00   0.15    1.65
    LASR    11/30/07 00206    Moran, Anne E.          11.00   0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       11/30/07 00206    Moran, Anne E.            2.00   0.15    0.30
    LASR    11/30/07 00206    Moran, Anne E.           2.00   0.20    0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       11/30/07 00206    Moran, Anne E.            1.00   0.15    0.15
    LASR    11/30/07 00206    Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing
```

```
PC LASER   1 Pages Ward, Brenda

LASR       11/30/07 00206      Moran, Anne E.           1.00   0.15      0.15
   LASR    11/30/07 00206      Moran, Anne E.           1.00   0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       11/30/07 00206      Moran, Anne E.           1.00   0.15      0.15
   LASR    11/30/07 00206      Moran, Anne E.           1.00   0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       11/30/07 00206      Moran, Anne E.           1.00   0.15      0.15
   LASR    11/30/07 00206      Moran, Anne E.           1.00   0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       11/30/07 00206      Moran, Anne E.           1.00   0.15      0.15
   LASR    11/30/07 00206      Moran, Anne E.           1.00   0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

LASR       11/30/07 Total:                              7.35

LASR                Total:                             19.05

Total: 012046.00002 PROTEST OF REMEDIUM LOSS
                    DISALLOWANCE                       19.05
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 580116

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost              Timekeepr
Code     Date     Number    Name              Quantity    Rate    Amount
========================================================================

LASR     11/06/07 00206     Moran, Anne E.      6.00      0.15     0.90
  LASR   11/06/07 00206     Moran, Anne E.      6.00      0.20     1.20
PC/Network Printing

PC LASER  6 Pages Moran, Anne
LASR     11/20/07 00206     Moran, Anne E.      9.00      0.15     1.35
  LASR   11/20/07 00206     Moran, Anne E.      9.00      0.20     1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR     11/27/07 00206     Moran, Anne E.      1.00      0.15     0.15
  LASR   11/27/07 00206     Moran, Anne E.      1.00      0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     11/27/07 00206     Moran, Anne E.      9.00      0.15     1.35
  LASR   11/27/07 00206     Moran, Anne E.      9.00      0.20     1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR     11/27/07 00206     Moran, Anne E.      1.00      0.15     0.15
  LASR   11/27/07 00206     Moran, Anne E.      1.00      0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda

LASR     11/27/07 Total:                        1.65

LASR     11/30/07 00206     Moran, Anne E.      9.00      0.15     1.35
  LASR   11/30/07 00206     Moran, Anne E.      9.00      0.20     1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR     11/30/07 00206     Moran, Anne E.      1.00      0.15     0.15
  LASR   11/30/07 00206     Moran, Anne E.      1.00      0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda

LASR     11/30/07 Total:                        1.50

LASR              Total:                        5.40

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE  5.40

Report Total:                                   5.40
```

10