**EXHIBIT A**

Professional services rendered through: December 31, 2007: Remedium

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/03/07 | G.N. Kidder | Review research and analysis on NOL. | 0.50 |
| 12/03/07 | K. Sieverding | Research carryover NOLs procedural questions. | 0.80 |
| 12/03/07 | M.D. Lerner | Prepare for and do call re Appeals. | 0.70 |
| 12/03/07 | M.J. Silverman | Call client re appeals issues. | 1.00 |
| 12/03/07 | S.B. Teplinsky | Teleconference with client re Appeals issues. | 1.00 |
| 12/04/07 | A.E. Moran | Confirm bills with auditor. | 0.60 |
| 12/04/07 | G.N. Kidder | Research application of statute of limitations to NOL carryforwards. | 1.50 |
| 12/04/07 | M.D. Lerner | Call with District Counsel. | 0.20 |
| 12/05/07 | A.E. Moran | Respond to auditor on number discrepancies. | 0.30 |
| 12/05/07 | M.D. Lerner | Sign and file joint motion. | 0.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 1.00 | 825.00 | 825.00 |
| S.B. Teplinsky | 1.00 | 650.00 | 650.00 |
| M.D. Lerner | 1.00 | 650.00 | 650.00 |
| A.E. Moran | 0.90 | 525.00 | 472.50 |
| G.N. Kidder | 2.00 | 395.00 | 790.00 |
| K. Sieverding | 0.80 | 370.00 | 296.00 |
| Total | 6.70 | | 3,683.50 |

Total Fees          $3,683.50

Professional services rendered through: December 31, 2007:  Tax litigation Audit Issue

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/03/07 | M.D. Lerner | Carryover issues; research and call with Ms. Finke. | 0.50 |
| 12/04/07 | M.D. Lerner | Evaluation DOL issue. | 0.20 |
| 12/12/07 | M.D. Lerner | Review memo re NOL. | 0.20 |
| 12/17/07 | M.D. Lerner | Call with C. Finke re closing agreement. | 0.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 1.00 | 650.00 | 650.00 |
| Total | 1.00 | | 650.00 |

Total Fees          $650.00

5

Disbursements:

| | |
|---|---:|
| Local Messenger | 21.16 |
| Duplicating | 3.60 |
| Long Distance Telephone | 10.59 |
| Overnight Messenger | 11.00 |
| Total Disbursements | $46.35 |