**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  580131

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost                 Timekeepr
Code      Date       Number   Name                   Quantity   Rate     Amount
================================================================================

DLFD      12/24/07   00206    Moran, Anne E.          1.00     11.00    11.00
  DLFD    12/24/07   00206    Moran, Anne E.          1.00              11.00
Federal Express from Matthew D. Lerner
to Carol M. Finke, Tax Counsel
on December 24, 2007.
Tracking Number 798338816310

LASR      12/03/07   00206    Moran, Anne E.          1.00      0.15     0.15
  LASR    12/03/07   00206    Moran, Anne E.          1.00      0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

Total: 012046.00002 PROTEST OF REMEDIUM LOSS
                    DISALLOWANCE                              11.15

Report Total:                                                 11.15
```

7

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  580132

012046.00003 TAX LITIGATION AUDIT ISSUE

Cost              Timekeepr
Code      Date    Number    Name                   Quantity    Rate    Amount
==============================================================================

DELMES    12/05/07 08174    DEFAULT ATTORNEY,          1.00   10.58     10.58
   DELMES 12/05/07 08174    DEFAULT ATTORNEY,          1.00             10.58
Local Messenger

Caller: WIECZOREK
Pick up company: STEPTOE JOHNSON
Pick up address: 1330 Connecticut Ave NW
Drop off company: US TAX COURT
Drop off address: 400 2nd St NW

DELMES    12/05/07 08174    DEFAULT ATTORNEY,          1.00   10.58     10.58
   DELMES 12/05/07 08174    DEFAULT ATTORNEY,          1.00             10.58
Local Messenger

Caller: WIECZOREK
Pick up company: US TAX COURT
Pick up address: 400 2nd St NW
Drop off company: STEPTOE JOHNSON
Drop off address: 1330 Connecticut Ave NW

DELMES    12/05/07 Total:                             21.16

DELMES             Total:                             21.16

DUPLDC    12/11/07 07530    Wieczorek, Joann E.        3.00    0.15      0.45
   DUPLDC 12/11/07 07530    Wieczorek, Joann E.        3.00    0.20      0.60
3 PHOTOCOPIES MADE BY 07530

DUPLDC    12/24/07 07530    Wieczorek, Joann E.       11.00    0.15      1.65
   DUPLDC 12/24/07 07530    Wieczorek, Joann E.       11.00    0.20      2.20
11 PHOTOCOPIES MADE BY 07530

DUPLDC             Total:                              2.10

LASR      12/05/07 00206    Moran, Anne E.             1.00    0.15      0.15
   LASR   12/05/07 00206    Moran, Anne E.             1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR      12/05/07 00206    Moran, Anne E.             2.00    0.15      0.30
   LASR   12/05/07 00206    Moran, Anne E.             2.00    0.20      0.40
PC/Network Printing

PC LASER  2 Pages Kidder, Gregory

LASR      12/05/07 Total:                              0.45
```

```
LASR       12/06/07 00206      Moran, Anne E.            1.00    0.15      0.15
   LASR    12/06/07 00206      Moran, Anne E.            1.00    0.20      0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR       12/07/07 00206      Moran, Anne E.            1.00    0.15      0.15
   LASR    12/07/07 00206      Moran, Anne E.            1.00    0.20      0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR       12/07/07 00206      Moran, Anne E.            1.00    0.15      0.15
   LASR    12/07/07 00206      Moran, Anne E.            1.00    0.20      0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
LASR       12/07/07 00206      Moran, Anne E.            2.00    0.15      0.30
   LASR    12/07/07 00206      Moran, Anne E.            2.00    0.20      0.40
PC/Network Printing

PC LASER   2 Pages Wieczorek, JoAnn

LASR       12/07/07 Total:                               0.60

LASR       12/11/07 00206      Moran, Anne E.            1.00    0.15      0.15
   LASR    12/11/07 00206      Moran, Anne E.            1.00    0.20      0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn

LASR                Total:                               1.35

TELECO     12/03/07 00008      Lerner, Matthew D.        1.00   10.59     10.59
   TELECO  12/03/07 00008      Lerner, Matthew D.        1.00             10.59
Soundpath charge for Conferencing Services
on 12/03/07 for 112 minutes.
Moderator: Matthew D. Lerner

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE         35.20

Report Total:                                          35.20
```