# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2008 - JANUARY 31, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 47.2 | $    28,766.50 |
| 0013 | Business Operations | 15.0 | 9,750.00 |
| 0014 | Case Administration | 65.9 | 15,622.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.3 | 2,145.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 61.5 | 41,107.50 |
| 0018 | Fee Application, Applicant | 12.6 | 3,839.00 |
| 0019 | Creditor Inquiries | 4.2 | 3,025.00 |
| 0020 | Fee Application, Others | 8.6 | 4,070.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 13.7 | 8,905.00 |
| 0028 | Insurance | 0.3 | 195.00 |
| 0035 | Travel - Non Working | 22.0 | 15,855.00 |
| 0036 | Plan and Disclosure Statement | 23.1 | 11,823.00 |
| 0037 | Hearings | 67.8 | 52,220.50 |
| 0040 | Employment Applications - Others | 5.8 | 3,770.00 |
| 0041 | Relief from Stay Proceedings | 1.6 | 1,040.00 |
| 0047 | Tax Issues | 10.9 | 7,266.00 |
| | | | |
| | Sub Total | 363.5 | $    209,400.00 |
| | Less 50% Travel | (11.0) | (7,927.50) |
| | Total | 352.5 | $    201,472.50 |

# STROOCK

## INVOICE

| DATE | February 29, 2008 |
|---|---|
| INVOICE NO. | 435157 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2008, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2008 | Attend to trial related arrangements. | Krieger, A. | 0.2 |
| 01/02/2008 | Attention to emails re estimation hearing logistics. | Pasquale, K. | 0.3 |
| 01/03/2008 | O/c KP re PI Estimation trial. | Krieger, A. | 0.2 |
| 01/03/2008 | Attend to deposition transcripts. | Palacios, G. | 1.0 |
| 01/04/2008 | Attend to PI Estimation materials (.6); attend to Declaration of Elizabeth Anderson (.3). | Krieger, A. | 0.9 |
| 01/04/2008 | Review testimony for Daubert hearing. | Kruger, L. | 0.6 |
| 01/07/2008 | Attend to Debtors and FCR/ACC witness statements, authenticity objections and exhibit information (1.3); t/c M. Lastowski re estimation (.2); attend to materials for PI Estimation (1.2). | Krieger, A. | 2.7 |
| 01/08/2008 | Attend to PI Estimation and Daubert response pleadings (3.7); exchanged memoranda with KP re PI Estimation (.3); exchanged | Krieger, A. | 4.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memoranda with M. Lyman re PI Estimation (.2). | | |
| 01/08/2008 | Attend to deposition transcripts for attorneys review. | Palacios, G. | 3.2 |
| 01/09/2008 | Attend to Daubert-related pleadings. | Krieger, A. | 4.3 |
| 01/10/2008 | Attend to Daubert-related pleadings, materials. | Krieger, A. | 3.6 |
| 01/11/2008 | Attend to Daubert, Estimation related pleadings. | Krieger, A. | 4.6 |
| 01/13/2008 | Prep for estimation hearing. | Pasquale, K. | 3.3 |
| 01/15/2008 | Attend to estimation-related depositions, transcripts. | Krieger, A. | 4.3 |
| 01/17/2008 | T/c and o/c LK re PI Estimation (.4); conf call LK, KP re same (.6); attend to transcript from estimation hearing and related materials (2.6). | Krieger, A. | 3.6 |
| 01/17/2008 | Office conf with K. Pasquale and A. Krieger re estimation (.8); review estimation hearing transcript (.4). | Kruger, L. | 1.2 |
| 01/17/2008 | Attend to deposition transcripts. | Palacios, G. | 1.5 |
| 01/17/2008 | Confer L. Kruger, A. Krieger re: estimation issues. | Pasquale, K. | 0.8 |
| 01/18/2008 | Attend to estimation materials for Committee's expert (.2); attend to Debtors' updated witness order and related emails (.1). | Krieger, A. | 0.3 |
| 01/23/2008 | Attend to deposition transcripts. | Palacios, G. | 1.8 |
| 01/24/2008 | Exchanged memoranda with KP re filing of Dr. Chambers report and exchanged memoranda with FCR counsel re same (.8); memoranda to Committee's expert re PI estimation hearings (.6); memorandum to M. Lastowski re same (.1). | Krieger, A. | 1.5 |
| 01/25/2008 | Attend to District Court's memorandum and order re pending Montana litigation. | Krieger, A. | 0.3 |
| 01/28/2008 | Attend to 1/22-23/08 trial materials (.6); memorandum to KP, LK re 1/22-23/08 exhibits and testimony binders (.2); o/c DM re same (.2); exchanged memoranda with KP, LK re | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | mediator for PD (.2); exchanged memoranda with J. Restivo re mediator (.2). | | |
| 01/29/2008 | Memoranda to Navigant re PI Estimation materials (.2); o/c LK re 1/28/08 hearings (.2); t/c with LK re M. Shelnitz re status and follow up o/c LK re same (.5). | Krieger, A. | 0.9 |
| 01/29/2008 | Review Grace opposition to FCR retention of special PD settlement counsel and Committee joinder. | Kruger, L. | 0.4 |
| 01/30/2008 | Attend to Court's order amending PI trial schedule. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 33.1 | $ 650 | $ 21,515.00 |
| Kruger, Lewis | 2.2 | 945 | 2,079.00 |
| Palacios, Gino D. | 7.5 | 235 | 1,762.50 |
| Pasquale, Kenneth | 4.4 | 775 | 3,410.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 28,766.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 28,766.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Business Operations<br>699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/04/2008 | T/c J. Dolan re status of acquisitions. | Krieger, A. | 0.1 |
| 01/23/2008 | Exchanged memoranda with J. Dolan re acquisition motion. | Krieger, A. | 0.2 |
| 01/24/2008 | Attend to memorandum from J. Dolan re conference call on acquisition and review motion, Capstone information request and response, and draft related agreements. | Krieger, A. | 0.9 |
| 01/25/2008 | T/c J. Baer re Project Chekhov. | Krieger, A. | 0.1 |
| 01/28/2008 | Attend to memorandum to S. Cunningham, J. Dolan re Project Chekhov. | Krieger, A. | 0.1 |
| 01/29/2008 | Exchanged memoranda with J. Dolan re status of overseas acquisition and Project Fly (.3); attend to Debtors' motion to acquire interest in Ceratech (.6). | Krieger, A. | 0.9 |
| 01/30/2008 | Attend to Debtors' motion re acquisition of stock of Ceratech and draft distribution agreement, purchase agreement and stockholder's agreement (7.7); exchanged memoranda with J. McFarland re transaction and additional documentation (.2); memorandum to I. DiBernardo re Distribution Agreement with Caretech, Inc. and equity investment (.2). | Krieger, A. | 8.1 |
| 01/31/2008 | Exchanged memoranda with J. Dolan and S. Cunningham re Project Fly analysis (.3); attend to revised purchase agreement and amended certificate of incorporation (2.4); exchanged memoranda with J. McFarland re call to review transaction questions (.1); exchanged memorandum with I. DiBernardo re IP review of distribution agreement (.1); extended t/c J. McFarland re Project Fly and notes thereon (1.7). | Krieger, A. | 4.6 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 15.0 | $ 650 | $ 9,750.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,750.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 9,750.00 | |
|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Case Administration<br>699843 0014 |
|----|-----------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2008 | Exchanged memoranda with W. Sparks re fee-related matters. | Krieger, A. | 0.2 |
| 01/02/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.3 |
| 01/03/2008 | Exchanged memoranda with J. Baer re status of Tersigni matters and pleadings filed (.2); attend to pleadings filed in LTC case seeking appointment of chapter 11 trustee and objection to stay relief motion and Grace's joinders thereto (.6). | Krieger, A. | 0.8 |
| 01/03/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); retrieve pleadings for attorney review (.4); review case file documents (.9). | Mohamed, D. | 2.6 |
| 01/04/2008 | Reviewed legal docket to update status (1.1); t/c Court call to arrange for Arlene Krieger to attend hearing on 1/10 telephonically. (Tersigni matter) (.3). | Holzberg, E. | 1.4 |
| 01/04/2008 | Attend status call re Tersigni matter. | Krieger, A. | 0.2 |
| 01/04/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2); obtain certain pleadings for attorney review (.4). | Mohamed, D. | 2.6 |
| 01/07/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 01/08/2008 | Call to Court Call to set up telephonic attendance for 1/14 and 1/16 for L. Kruger (.5); | Holzberg, E. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | reviewed legal docket to update status (1.0). | | |
| 01/08/2008 | Memorandum to EH re Court Call arrangements for PI Estimation for LK (.1); o/c EH re same and memorandum to J. Baer re: hearings on Tuesday, January 14, 2008 (.1) attend to PI Estimation hearing matters (.6). | Krieger, A. | 0.8 |
| 01/08/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); research case dockets and retrieval of certain pleadings re other asbestos debtor cases for attorney review (1.3). | Mohamed, D. | 2.9 |
| 01/09/2008 | Attend to Tersigni-related matters including multiple exchanges with Amon James, Assistant US Trustee, LK re agreement regarding the appointment of a chapter 11 examiner to investigate LTC and recommendations for that position. | Krieger, A. | 1.4 |
| 01/09/2008 | Emails re A. Krieger re Tersigni examiner. | Kruger, L. | 0.3 |
| 01/09/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.1 |
| 01/10/2008 | Attend to memorandum to Amon James re: recommendation for LTC examiner, and exchanged memoranda with potential examiner candidate. | Krieger, A. | 0.5 |
| 01/10/2008 | A. Krieger emails re Tersigni examiner. | Kruger, L. | 0.2 |
| 01/10/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); review case file documents (1.5); obtain certain pleadings for attorney review (.4). | Mohamed, D. | 3.6 |
| 01/11/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/14/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.5); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2); research and retrieve certain pleadings for attorney review (.8). | Mohamed, D. | 3.6 |
| 01/15/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9). | Mohamed, D. | 1.4 |
| 01/16/2008 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); prepare folders re: correspondence and pleadings (.5); retrieve certain pleadings for attorney review (.4); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.8 |
| 01/17/2008 | Call Court call to arrange for LK to attend hearing telephonically. | Holzberg, E. | 0.5 |
| 01/17/2008 | Memoranda to EH re court call arrangements for L. Kruger to attend PI Estimation (.2); attend to order directing appointment of examiner in LTC case (.1). | Krieger, A. | 0.3 |
| 01/17/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); obtain certain pleadings for attorney review (.5); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.6 |
| 01/18/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.9 |
| 01/18/2008 | Attend to travel arrangements for next week's PI Estimation hearings (.5); o/c EH re SSL's December 2007 fee statement (.1). | Krieger, A. | 0.6 |
| 01/22/2008 | Reviewed legal docket. Reviewed and retrieved motions and orders and distributed to parties in interest. | Holzberg, E. | 3.8 |
| 01/23/2008 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed | Mohamed, D. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (1.2); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | | |
| 01/24/2008 | Exchanged memoranda with J. Baer re status of appointment of examiner for Tersigni case (.1); attend to order re examiner appointment and related pleadings and memorandum to LK re same (.4). | Krieger, A. | 0.5 |
| 01/24/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); obtain certain pleadings for attorney review (.8); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 01-771 (.4). | Mohamed, D. | 2.6 |
| 01/25/2008 | Attend to pleadings from A. James including US Trustee's reply re access to Heller Report. | Krieger, A. | 0.2 |
| 01/25/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); research and retrieval of certain pleadings re objections to professionals retention applications (.9); review adv. pro. case docket nos. 02-1657, 04-55083 and 05-52724 (.5). | Mohamed, D. | 3.0 |
| 01/28/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.3); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); retrieve certain pleadings for attorney review (.7); review district court case docket no. 07-536 (.2). | Mohamed, D. | 3.3 |
| 01/29/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 01/29/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); review case file documents (1.7); obtain certain pleadings for attorney review (.6). | Mohamed, D. | 3.7 |
| 01/30/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case | Mohamed, D. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | docket no. 07-536 (.2); obtain certain pleadings for attorney review (.6). | | |
| 01/31/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.9); obtain certain pleadings for attorney review (.5). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 11.5 | $ 270 | $ 3,105.00 |
| Krieger, Arlene G. | 5.5 | 650 | 3,575.00 |
| Kruger, Lewis | 0.5 | 945 | 472.50 |
| Mohamed, David | 48.4 | 175 | 8,470.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,622.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,622.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/24/2008 | Memoranda to J. Dolan re motion re approval of City of Cambridge stipulation. | Krieger, A. | 0.1 |
| 01/25/2008 | T/c L. Sinanyan re Peletts' settlement, status of City of Cambridge and ELT transfer matter and upcoming real property tax and other motions (.3); attend to City of Cambridge case law (.3). | Krieger, A. | 0.6 |
| 01/28/2008 | Attend to CSX Transportation's request for payment of an administrative claim and draft memorandum to the Committee re: same (.4); attend to Debtors' stipulation re: City of Cambridge and exchanged memoranda with L. Sinanyan re underlying documentation on City of Cambridge stipulation and agreed upon interest rate (1.1). | Krieger, A. | 1.5 |
| 01/29/2008 | Attend to case law re Cambridge settlement. | Krieger, A. | 0.8 |
| 01/30/2008 | Exchanged memorandum with J. Baer re CSX administrative claim motion (.1); memorandum to J. Hughes re CSX administrative claim motion (.1); o/c LK re Cambridge stipulation and real property tax motion (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.3 | $ 650 | $ 2,145.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,145.00 | |
| TOTAL FOR THIS MATTER | | $ 2,145.00 | |

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/01/2008 | Attend to memorandum to the Committee re motion approving the multi-site settlement. | Krieger, A. | 3.8 |
| 01/02/2008 | Attend to memorandum to the Committee re motion approving the multi-site settlement (7.6); t/c S. Cunningham re agreement and recommendation for the Committee (.2). | Krieger, A. | 7.8 |
| 01/03/2008 | Attend to memoranda for the Committee re multi-site agreement (7.7); t/c S. Cunningham re recommendation from Capstone on the multi-site agreement and attend to Capstone's memo (.2); exchanged memoranda with M. Berg re Committee memo (.2). | Krieger, A. | 8.1 |
| 01/03/2008 | Review memo to Committee re: multi site argument. | Kruger, L. | 0.8 |
| 01/04/2008 | Memorandum to the Committee re Charleston motion for stay relief and impact on ELT matter (1.3); attend to memoranda re multi-site settlement (1.6). | Krieger, A. | 2.9 |
| 01/04/2008 | Review memo to Committee re Charleston (.2); review memo to Committee re multi site (.2). | Kruger, L. | 0.4 |
| 01/06/2008 | Attend to MB comments to Committee memorandum and revise memorandum re multi-site settlement (2.8); memorandum to S. Cunningham, J. Dolan re: memorandum (.1). | Krieger, A. | 2.9 |
| 01/07/2008 | Attend to memorandum to the Committee re multi-site agreement (1.6); t/c J. Dolan re same (.2); memorandum to C. Freedgood re same (.2); attend to Committee memorandum re Charleston relief from stay motion (.9); attend to memorandum to Committee members re PI Estimation hearings, status of ZAI litigation (.8). | Krieger, A. | 3.7 |
| 01/07/2008 | Review memo to Committee re environmental | Kruger, L. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | settlements. | | |
| 01/08/2008 | Conference with Grace representatives re PI Estimation plan discussions, pending matters, other (.6), and follow up o/c LK, KP re same (.1); t/c J. Dolan re pending matters (.2); attend to Committee memorandum re City of Charleston's motion (2.0). | Krieger, A. | 2.9 |
| 01/08/2008 | Office conf with A. Krieger and call with Baer, Shelnitz et al re status and strategy. | Kruger, L. | 0.6 |
| 01/14/2008 | Preparation of Committee memo re opening statements and Daubert arguments. | Krieger, A. | 2.4 |
| 01/15/2008 | Attend to memorandum to the Committee re 1/14/08 hearings. | Krieger, A. | 2.7 |
| 01/15/2008 | Review first day Court hearing (.3) and review memo to Committee re 1/14/08 hearing (.4). | Kruger, L. | 0.7 |
| 01/17/2008 | Attend to memorandum to the Committee re PI Estimation. | Krieger, A. | 4.3 |
| 01/18/2008 | Attend to memoranda to the Committee re PI Estimation and related demonstratives (3.4); preparation for Committee conf call (.6); Committee conf call and follow up o/c LK, KP re PI Estimation (.5). | Krieger, A. | 4.5 |
| 01/18/2008 | Review of materials for Committee call re: estimation. | Kruger, L. | 0.3 |
| 01/18/2008 | Prepare for conference call with committee re estimation issues. | Pasquale, K. | 0.8 |
| 01/22/2008 | Attend to memorandum to the Committee re Peletts' settlement and memorandum to LK, KP re: same. | Krieger, A. | 1.2 |
| 01/23/2008 | Memo to LK, KP re Peletts' memorandum (.1); memorandum for the Committee re Peletts'settlement (.2); memorandum from Committee member re same (.1). | Krieger, A. | 0.4 |
| 01/24/2008 | O/c A. Beale re plan treatment issues (.7); memorandum re FCR application to employ special asbestos property damage settlement counsel (1.3); memorandum to the Committee re PI Estimation hearings this week (1.4). | Krieger, A. | 3.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/25/2008 | Memorandum to the Committee re Hanly Conroy retention application, and outline objection (2.2); attend to transcript and prepare memorandum to the Committee re PI Estimation hearings on 1/22 and 1/23 (3.4); memorandum to C. Freedgood re Hanly Conroy retention (.1); attend to memorandum to the Committee re Hanly Conroy retention (.2). | Krieger, A. | 5.9 |
| 01/28/2008 | Memorandum to the Committee re 1/22-23/08 PI Estimation proceedings. | Krieger, A. | 0.3 |
| 01/29/2008 | Office conf with A. Krieger and call with Shelnitz re strategy. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 57.2 | $ 650 | $ 37,180.00 |
| Kruger, Lewis | 3.5 | 945 | 3,307.50 |
| Pasquale, Kenneth | 0.8 | 775 | 620.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 41,107.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 41,107.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843 0018               |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/04/2008 | Worked on November disbursements and bill. | Holzberg, E. | 1.0 |
| 01/08/2008 | Started to review time for December monthly bill. | Holzberg, E. | 1.3 |
| 01/11/2008 | Completed monthly application for November and had filed. | Holzberg, E. | 0.9 |
| 01/11/2008 | Memorandum to EH re filing of November 2007 fee statement. | Krieger, A. | 0.2 |
| 01/11/2008 | Review Stroock's eightieth monthly fee statement for November 2007 in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.8 |
| 01/17/2008 | Worked on 81st monthly fee application. | Holzberg, E. | 1.8 |
| 01/18/2008 | Worked on 81st monthly fee application for the month of December. | Holzberg, E. | 1.0 |
| 01/23/2008 | Attend to December 2007 fee statement. | Krieger, A. | 0.9 |
| 01/28/2008 | Worked on December monthly fee application and comparison charts. | Holzberg, E. | 2.3 |
| 01/28/2008 | O/cs EH re December 2007 fee statement. | Krieger, A. | 0.2 |
| 01/29/2008 | Reviewed and worked on December bill. | Holzberg, E. | 0.9 |
| 01/29/2008 | Attend to December 2007 fee statement. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 9.2 | $ 270 | $ 2,484.00 |
| Krieger, Arlene G. | 1.6 | 650 | 1,040.00 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 1.8 | 175 | 315.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,839.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,839.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Creditor Inquiries |
|----|--------------------|
|    | 699843  0019       |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/10/2008 | T/c bank debt holder re: PI Estimation and ZAI litigation status. | Krieger, A. | 0.2 |
| 01/15/2008 | T/c bank debt holder re estimation hearing (.1); t/c bank debt holder re estimation hearing and plan issues (.5). | Krieger, A. | 0.6 |
| 01/16/2008 | Conf. call with bank debtholder. | Kruger, L. | 0.2 |
| 01/24/2008 | T/c bank debt holder re PI Estimation. | Krieger, A. | 0.2 |
| 01/25/2008 | Memorandum to bank debt holder re PI Estimation materials. | Krieger, A. | 0.1 |
| 01/28/2008 | T/c and e-mail re bank debt holder re PI Estimation. | Krieger, A. | 0.6 |
| 01/29/2008 | Memoranda to bank debt holder (.2); t/c bank debt holder re plan terms, PI Estimation, status of Libby action, ZAI (5.); t/c creditor re status (.3). | Krieger, A. | 1.0 |
| 01/29/2008 | Creditor calls re interest rates (.3); creditor calls re purchase of LC (.2). | Kruger, L. | 0.5 |
| 01/30/2008 | T/c bank debt holder re interest issues (.3); t/c bank debt holder re status (.1); o/c LK re debt holder inquiry (.1). | Krieger, A. | 0.5 |
| 01/30/2008 | Calls with bank debt holders re status. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.2 | $ 650 | $ 2,080.00 |
| Kruger, Lewis | 1.0 | 945 | 945.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,025.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,025.00 |
|-----------------------|-----------|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2008 | Attend to Navigant's November 2007 invoice. | Krieger, A. | 0.1 |
| 01/03/2008 | Attend to fee related notices, certifications. | Krieger, A. | 0.2 |
| 01/04/2008 | Attend to Navigant's November 2007 invoice and backup information and memorandum to A. McIntosh re same (1.3); attend to recently filed fee applications (.9). | Krieger, A. | 2.2 |
| 01/08/2008 | Memorandum to M. Lyman re Navigant's November 2007 invoice. | Krieger, A. | 0.1 |
| 01/11/2008 | Attend to other professionals' fee applications (2.4); attend to Navigant's amended November 2007 fee invoice (.2). | Krieger, A. | 2.6 |
| 01/29/2008 | Memorandum to A. McIntosh re December 2007 invoice and review invoice. | Krieger, A. | 0.2 |
| 01/31/2008 | Review Capstone's fee statements for the months of October 2007 and November 2007 in preparation for filing (1.1); prepare notices and affidavits of service re same and forward to local counsel for filing (.8); prepare and effectuate service re fee statements (1.3). | Mohamed, D. | 3.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.4 | $ 650 | $ 3,510.00 |
| Mohamed, David | 3.2 | 175 | 560.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,070.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,070.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation 699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/04/2008 | Review and comment on draft memo to Committee regarding government settlement. | Berg, M. | 1.9 |
| 01/04/2008 | Memorandum to S. Cunningham, J. Dolan and t/c J. Dolan re: multi-site agreement. | Krieger, A. | 0.4 |
| 01/06/2008 | Exchanged memorandum with J. Baer re inquiry re public notice of settlement. | Krieger, A. | 0.1 |
| 01/10/2008 | Attend to proposed settlement with the Peletts and memorandum to J. Baer seeking underlying and supporting documentation and information. | Krieger, A. | 0.2 |
| 01/16/2008 | Exchanged memoranda with L. Sinanyan re: Peletts' settlement. | Krieger, A. | 0.2 |
| 01/18/2008 | Attend to Peletts' settlement (1.3); attend to proposed order re multi-site agreement and memorandum to J. Baer re same (.6). | Krieger, A. | 1.9 |
| 01/20/2008 | Attend to Peletts' settlement and memorandum to the Committee discussing same (2.2); exchanged memoranda with M. Berg and with L. Sinanyan re additional questions and information (.7). | Krieger, A. | 2.9 |
| 01/21/2008 | Review Peletts' proofs of claim (.4); email A. Krieger with discussion of claims (.2); emails and further review of additional materials (.4). | Berg, M. | 1.0 |
| 01/21/2008 | Attend to further information from Debtors' counsel re Peletts' settlement and revise Committee memorandum to reflect same (1.8); exchanged memoranda with M. Berg re Peletts' settlement information (.3); memorandum to Debtors' counsel re additional information (.1). | Krieger, A. | 2.2 |
| 01/29/2008 | Attend to responses received to multi-site agreement approval and proposed revised order and memoranda to M. Berg re same. | Krieger, A. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/30/2008 | Review objections to settlement with EPA; review revised order regarding settlement. | Berg, M. | 0.5 |
| 01/30/2008 | Exchanged memoranda with M. Berg re proposed revised order addressing responses to multi-site settlement motion and other comments (.2); prepare mark-up of comments to order and e-mail to J. Baer re same (.3). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 3.4 | $ 650 | $ 2,210.00 |
| Krieger, Arlene G. | 10.3 | 650 | 6,695.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,905.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 8,905.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 29.96 |
| Long Distance Telephone | 37.54 |
| Duplicating Costs-in House | 52.50 |
| Filing Fees | 50.00 |
| Word Processing | 102.00 |
| Lexis/Nexis | 491.75 |
| Facsimile Charges | 7.00 |
| Travel Expenses - Transportation | 566.55 |
| Travel Expenses - Lodging | 1340.48 |
| Travel Expenses - Meals | 275.17 |
| Westlaw | 329.85 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,282.80 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,282.80 |
|---|---|

# STROOCK

| RE | Insurance<br>699843  0028 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/07/2008 | Attend to Capstone memorandum re insurance coverage. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 650 | $ 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 195.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 195.00 | |
|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Travel - Non Working |
|----|----------------------|
|    | 699843  0035 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/13/2008 | Travel to Pittsburgh for PI Estimation. | Krieger, A. | 4.2 |
| 01/13/2008 | Travel to Pittsburgh for hearing. | Pasquale, K. | 3.0 |
| 01/16/2008 | Travel from Pittsburgh to New York. | Krieger, A. | 2.5 |
| 01/21/2008 | Travel to Pittsburgh for PI Estimation hearing on 1/22 and 1/23/08. | Krieger, A. | 4.4 |
| 01/23/2008 | Travel from Pittsburgh to New York. | Krieger, A. | 3.9 |
| 01/28/2008 | Travel to and from Delaware. | Kruger, L. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 15.0 | $ 650 | $ 9,750.00 |
| Kruger, Lewis | 4.0 | 945 | 3,780.00 |
| Pasquale, Kenneth | 3.0 | 775 | 2,325.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,855.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,855.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/08/2008 | O/cs DW re plan treatment issues (.3); memorandum to DM re pleadings (.1). | Krieger, A. | 0.4 |
| 01/08/2008 | T/c's and emails Pasquale and Krieger re plan treatment in WR Grace and instructive pleadings in other mass tort cases. | Wildes, D. | 0.3 |
| 01/09/2008 | Attend to plan related issues. | Krieger, A. | 1.6 |
| 01/10/2008 | Attend to potential plan issues. | Krieger, A. | 3.3 |
| 01/11/2008 | Attend to plan issues. | Krieger, A. | 1.2 |
| 01/24/2008 | Discuss issues relating to plan treatment with A. Krieger (.7); read memos regarding plan treatment issues and begin research regarding same (2.5). | Beal, A. | 3.2 |
| 01/25/2008 | Research issues relating to plan treatment for various creditor types and review case law and recent decisions regarding same. | Beal, A. | 5.6 |
| 01/28/2008 | Discuss and update A. Krieger on plan treatment issues and research. | Beal, A. | 2.7 |
| 01/28/2008 | O/c A. Beal re plan related issues. | Krieger, A. | 0.3 |
| 01/29/2008 | Research issues relating to treatment for unsecured creditors. | Beal, A. | 1.6 |
| 01/29/2008 | Attend to case law re plan treatment issues. | Krieger, A. | 0.7 |
| 01/30/2008 | O/c LK re plan inquiries. | Krieger, A. | 0.1 |
| 01/31/2008 | Research plan treatment issues. | Beal, A. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Beal, Abigail M. | 15.2 | $ 440 | $ 6,688.00 |
| Krieger, Arlene G. | 7.6 | 650 | 4,940.00 |
| Wildes, Denise K. | 0.3 | 650 | 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,823.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 11,823.00 | |
|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/10/2008 | Attend (telephonically) hearing re Tersigni matter. | Krieger, A. | 0.3 |
| 01/14/2008 | Attend PI Estimation hearing. | Krieger, A. | 7.2 |
| 01/14/2008 | Attend (telephonically) Daubert estimation hearing with Bernick, Lockwood et al. | Kruger, L. | 7.5 |
| 01/14/2008 | Preparation for and participation in estimation hearing. | Pasquale, K. | 8.8 |
| 01/16/2008 | Attend PI Estimation. | Krieger, A. | 9.7 |
| 01/16/2008 | Listen (telephonically) to estimation trial. | Kruger, L. | 5.8 |
| 01/22/2008 | Attend PI Estimation trial (6.4); attend to memorandum re hearings (1.1). | Krieger, A. | 7.5 |
| 01/22/2008 | Listen to Court hearing on estimation. | Kruger, L. | 5.6 |
| 01/23/2008 | Attend PI Estimation. | Krieger, A. | 6.9 |
| 01/23/2008 | Attend (telephonically) Court hearing re estimation. | Kruger, L. | 1.8 |
| 01/24/2008 | Attend to notice of 1/28/08 omnibus hearing and memorandum to LK, KP re agenda (.4); exchanged memoranda with J. Baer re PI matters on the 1/28/08 omnibus (.1); t/c LK re 1/28/08 hearings and 1/23/08 hearings (.1). | Krieger, A. | 0.6 |
| 01/24/2008 | Call with A. Krieger re estimation hearing on 1/23 (.2) and agenda for 1/28/08 (.2). | Kruger, L. | 0.4 |
| 01/25/2008 | T/c J. Baer re 1/28/08 hearing (.2); memoranda to LK re 1/28/07 hearing (.2). | Krieger, A. | 0.4 |
| 01/28/2008 | Attend (telephonically) 1/28/08 omnibus hearing re PI Estimation discovery issues, PD claims, City of Charleston motion. | Krieger, A. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/28/2008 | Attend Court hearing re PD issues, lawyer expert testimony, agenda of items. | Kruger, L. | 2.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 35.1 | $ 650 | $ 22,815.00 |
| Kruger, Lewis | 23.9 | 945 | 22,585.50 |
| Pasquale, Kenneth | 8.8 | 775 | 6,820.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 52,220.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 52,220.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Employment Applications - Others<br>699843 0040 |
|----|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/24/2008 | Attend to FCR's application to retain Hanly Conroy firm and case law re nunc pro tunc retention. | Krieger, A. | 2.3 |
| 01/25/2008 | T/c J. Baer re Hanly Conroy retention application. | Krieger, A. | 0.3 |
| 01/28/2008 | Memorandum to J. Baer re Hanly Conroy matter in view of PD mediator ruling (.1); exchanged memoranda with L. Esayian re same (.1); attend to draft objection and memorandum to LK, KP re same (.5); attend to Committee joinder to Debtors' objection (1.2). | Krieger, A. | 1.9 |
| 01/29/2008 | Attend to Committee joinder and memorandum to LK, KP re same (.2); exchanged memoranda with L. Esayian re revised objection (.2); attend to revised objection (.3); memoranda to M. Lastowski re Committee joinder to be filed (.2); memoranda with J. O'Neill and A. Ash re filing of pleading in opposition to FCR's retention application (2.); attend to US Trustee's objection to FCR's retention application (.2). | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.8 | $ 650 | $ 3,770.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,770.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,770.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| RE | Relief from Stay Proceedings<br>699843 0041 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2008 | T/c S. Cunningham re stay relief motion by Charleston to proceed with eminent domain proceeding (.1); attend to memorandum from J. Dolan re: Charleston motion (.1). | Krieger, A. | 0.2 |
| 01/04/2008 | Attend to motion by The City of Charleston for stay relief to proceed with eminent domain proceedings (.8); and J. Dolan information thereon (.2); exchanged memoranda with J. Baer re Charleston motion (.2); t/c L. Sinanyan re Charleston motion and impact on ELT matter (.2). | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 650 | $ 1,040.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,040.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,040.00 |
|---|---|

# STROOCK

| RE | Tax Issues |
|----|------------|
|    | 699843 0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/07/2008 | Attend to J. Baer memorandum re Tax Settlement motion and memorandum to M. Greenberg, M. Eichler re same. | Krieger, A. | 0.2 |
| 01/08/2008 | Attend to draft Remedium tax settlement motion (.3); memorandum to J. Baer re same (.1); t/c J. Dolan re tax motion (.1). | Krieger, A. | 0.5 |
| 01/10/2008 | Reviewing Remedium settlement motion (.5); research re: transaction that gave rise to disputed loss (2.1); conference call with Capstone re: same (.3). | Eichler, M. | 2.9 |
| 01/10/2008 | Conference call MG, ME and Capstone re: Tax Settlement motion. | Krieger, A. | 0.3 |
| 01/11/2008 | Conference call with Company re: Remedium settlement motion (.5); conference call with Capstone re: same (.3). | Eichler, M. | 0.8 |
| 01/11/2008 | Call with Company re settlement motion and follow up call with Committee advisors re same (.5); review description of settlement (.5). | Greenberg, M. | 1.0 |
| 01/11/2008 | O/c MG, ME re conf call with Grace representatives to discuss Remedium Tax Settlement and memorandum to S. Cunningham re same (.2); conf call S. Cunningham, MG, and ME re settlement and notices thereon (.5). | Krieger, A. | 0.7 |
| 01/23/2008 | Exchanged memoranda with J. Dolan re Remedium tax settlement motion. | Krieger, A. | 0.1 |
| 01/24/2008 | Memoranda to M. Eichler and M. Greenberg re Remedium Tax settlement motion. | Krieger, A. | 0.2 |
| 01/29/2008 | Exchanged memoranda with J. Dolan re Cambridge and other real property tax matters (.4); memorandum to M. Eichler re memorandum on Remedium tax motion (.1). | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/30/2008 | Reviewing motion filed by Company re: Remedium settlement with IRS (.6); reviewing and commenting on memo prepared by Capstone (2.3). | Eichler, M. | 2.9 |
| 01/30/2008 | Exchanged memoranda with J. Dolan re tax memorandum (.1); o/c M. Eichler re memorandum for the Committee (.1). | Krieger, A. | 0.2 |
| 01/31/2008 | Review, analysis and comment re Remedium summary. | Greenberg, M. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Eichler, Mark | 6.6 | $ 635 | $ 4,191.00 |
| Greenberg, Mayer | 1.6 | 825 | 1,320.00 |
| Krieger, Arlene G. | 2.7 | 650 | 1,755.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,266.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 7,266.00 |
|-----------------------|------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 209,400.00 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 3,282.80 |
| TOTAL BILL | $ 212,682.80 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1