# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2008 - JANUARY 31, 2008**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 29.96 |
| Long Distance Telephone | | 37.54 |
| Duplicating Costs-in House | | 52.50 |
| Filing Fees | | 50.00 |
| Word Processing | | 102.00 |
| Lexis/Nexis | | 491.75 |
| Facsimile Charges | | 7.00 |
| Travel Expenses - Transportation | | 566.55 |
| Travel Expenses - Lodging | | 1,340.48 |
| Travel Expenses - Meals | | 275.17 |
| Westlaw | | 329.85 |
| | | |
| **TOTAL** | **$** | **3,282.80** |

NY 71318933v1

# STROOCK

## Disbursement Register

| DATE | February 29, 2008 |
|---|---|
| INVOICE NO. | 435157 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through January 31, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| **Outside Messenger Service** | | |
| 01/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827038; DATE: 01/19/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196852509 on 01/11/2008 | 6.78 |
| 01/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827038; DATE: 01/19/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198215122 on 01/11/2008 | 6.78 |
| 01/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827038; DATE: 01/19/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196123332 on 01/11/2008 | 6.78 |
| 01/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827038; DATE: 01/19/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270198524146 on 01/11/2008 | 9.62 |
| **Outside Messenger Service Total** | | **29.96** |
| **Long Distance Telephone** | | |
| 01/04/2008 | EXTN.5431, TEL.973-424-2000, S.T.09:55, DUR.00:05:30 | 2.81 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04/2008 | EXTN.5544, TEL.213-680-8209, S.T.15:11, DUR.00:08:06 | 4.22 |
| 01/04/2008 | EXTN.5562, TEL.973-424-2031, S.T.16:23, DUR.00:00:12 | 0.47 |
| 01/04/2008 | EXTN.5562, TEL.973-424-2031, S.T.16:40, DUR.00:03:24 | 1.88 |
| 01/07/2008 | EXTN.5544, TEL.201-587-7144, S.T.11:30, DUR.00:00:30 | 0.47 |
| 01/08/2008 | EXTN.5544, TEL.201-587-7144, S.T.10:44, DUR.00:12:30 | 6.10 |
| 01/11/2008 | EXTN.5544, TEL.201-587-7111, S.T.10:33, DUR.00:00:36 | 0.47 |
| 01/17/2008 | EXTN.5430, TEL.410-531-4212, S.T.12:28, DUR.00:00:18 | 0.47 |
| 01/17/2008 | EXTN.5544, TEL.267-321-7021, S.T.15:47, DUR.00:00:30 | 0.47 |
| 01/25/2008 | EXTN.5544, TEL.847-256-6695, S.T.12:05, DUR.00:24:48 | 11.73 |
| 01/29/2008 | EXTN.5431, TEL.410-531-4212, S.T.17:15, DUR.00:13:24 | 6.57 |
| 01/29/2008 | EXTN.5431, TEL.203-485-8858, S.T.17:32, DUR.00:00:24 | 0.47 |
| 01/30/2008 | EXTN.5544, TEL.203-862-8231, S.T.11:05, DUR.00:02:48 | 1.41 |
| | **Long Distance Telephone Total** | **37.54** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 01/07/2008 | | 0.20 |
| 01/07/2008 | | 20.40 |
| 01/08/2008 | | 8.40 |
| 01/08/2008 | | 7.90 |
| 01/09/2008 | | 7.50 |
| 01/10/2008 | | 2.10 |
| 01/11/2008 | | 4.30 |
| 01/18/2008 | | 0.50 |
| 01/18/2008 | | 1.00 |
| 01/23/2008 | | 0.20 |
| | **Duplicating Costs-in House Total** | **52.50** |

**Filing Fees**

| | | |
|---|---|---|
| 01/14/2008 | VENDOR: Chase Card Services; INVOICE#: 010208; DATE: 1/2/2008 - visa charge 12/10/07 Court Call LLC | 25.00 |
| 01/14/2008 | VENDOR: Chase Card Services; INVOICE#: 010208; DATE: | 25.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

**PAGE: 3**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 1/2/2008 - visa charge 12/21/07 Court Call LLC | |
| **Filing Fees Total** | | **50.00** |
| **Lexis/Nexis** | | |
| 01/25/2008 | Research on 01/25/2008 | 471.75 |
| 01/28/2008 | Research on 01/28/2008 | 20.00 |
| **Lexis/Nexis Total** | | **491.75** |
| **Facsimile Charges** | | |
| 01/08/2008 | Fax # 312-277-3931 | 4.00 |
| 01/22/2008 | Fax # 412-497-1001 | 3.00 |
| **Facsimile Charges Total** | | **7.00** |
| **Travel Expenses - Transportation** | | |
| 12/06/2007 | VENDOR: Lawyers Travel; INVOICE#: 112707; DATE: 11/27/2007 - after svcs call for OCT 2007 J Arnett 10/11 | 18.00 |
| 01/14/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE on 12/11/2007 | 32.25 |
| 01/14/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE BWI PIT on 12/11/2007 | 120.40 |
| 01/14/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE PIT LGA on 12/11/2007 | 79.40 |
| 01/29/2008 | VENDOR: Ken Pasquale; INVOICE#: KP012508; DATE: 1/29/2008 - 01/13 - 01/14   Estimation hearing in Pittsburgh, PA - cabfares | 124.50 |
| 01/31/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK013108; DATE: 1/31/2008 - 01/21 - 01/23   Business trip to Pittsburgh, PA - cabfares | 102.00 |
| 01/31/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK013008; DATE: 1/31/2008 - 01/13 - 01/16   Business trip to Pittsburgh, PA - cabfares | 90.00 |
| **Travel Expenses - Transportation Total** | | **566.55** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Travel Expenses - Lodging** | | |
| 01/29/2008 | VENDOR: Ken Pasquale; INVOICE#: KP012508; DATE: 1/29/2008 - 01/13 - 01/14   Estimation hearing in Pittsburgh, PA - hotel | 421.25 |
| 01/31/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK013108; DATE: 1/31/2008 - 01/21 - 01/23   Business trip to Pittsburgh, PA  - hotel | 362.52 |
| 01/31/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK013008; DATE: 1/31/2008 - 01/13 - 01/16   Business trip to Pittsburgh, PA  - hotel | 556.71 |
| **Travel Expenses - Lodging Total** | | **1,340.48** |
| **Travel Expenses - Meals** | | |
| 01/31/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK013008; DATE: 1/31/2008 - 01/13 - 01/16   Business trip to Pittsburgh, PA  - meals | 113.11 |
| 01/31/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK013108; DATE: 1/31/2008 - 01/21 - 01/23   Business trip to Pittsburgh, PA - meals | 162.06 |
| **Travel Expenses - Meals Total** | | **275.17** |
| **Westlaw** | | |
| 01/29/2008 | Transactional search by Krieger, Arlene G. | 18.77 |
| 01/29/2008 | Transactional search by Krieger, Arlene G. | 180.30 |
| 01/31/2008 | Transactional search by by Beal, Abigail M. | 130.78 |
| **Westlaw Total** | | **329.85** |
| **Word Processing - Logit** | | |
| 01/22/2008 | | 66.00 |
| 01/22/2008 | | 36.00 |
| **Word Processing - Logit Total** | | **102.00** |

| | |
|---|---|
| Outside Messenger Service | $ 29.96 |
| Long Distance Telephone | 37.54 |
| Duplicating Costs-in House | 52.50 |
| Filing Fees | 50.00 |
| Word Processing | 102.00 |
| Lexis/Nexis | 491.75 |
| Facsimile Charges | 7.00 |
| Travel Expenses - Transportation | 566.55 |
| Travel Expenses - Lodging | 1340.48 |
| Travel Expenses - Meals | 275.17 |
| Westlaw | 329.85 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71318933v1

# STROOCK

| PAGE: 5 | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 3,282.80 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.