# Navigant Consulting, Inc. Invoice

# January 2008



```
                                            1801 K St. NW
                                            Suite 500
                                            Washington, DC 20006
                                            202-973-2400 phone
                                            202-973-2401 fax
```

February 27, 2008

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

---

*For Services Rendered For*
*WR Grace Creditor's Committee - January 2008*

---

**Professional Fees:**

| | | |
|---|---|---|
| PB | 9.00 hrs. @ $650 | $5,850.00 |
| LC | 20.00 hrs. @ $550 | 11,000.00 |
| BW | 49.25 hrs. @ $550 | 27,087.50 |
| ML | 5.75 hrs. @ $325 | 1,868.75 |
| JM | 4.75 hrs. @ $325 | 1,543.75 |
| JS | 4.50 hrs. @ $325 | 1,462.50 |
| AM | 6.00 hrs. @ $275 | 1,650.00 |
| LC | 117.00 hrs. @ $275 | 32,175.00 |
| TC | 3.50 hrs. @ $225 | 787.50 |
| AH | 0.25 hrs. @ $200 | 50.00 |
| JF | 10.50 hrs. @ $200 | 2,100.00 |

**Total Professional Fees** ............................................................................. **$85,575.00**

**Expenses:**
   Overnight Delivery/Courier     $     30.39
   Research     464.87

**Total Expenses** ............................................................................................. **$495.26**

**Total Amount Due for January Services and Expenses** .......................... **$86,070.26**

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 232979 | December 21, 2007 | $162,394.93 |
| Inv No. | 234808 | January 17, 2008 | 47,444.43 |

**Total Outstanding Invoices** ........................................................................ **$209,839.36**

**Total Amount Due For January Services, Expenses and Outstanding Invoices** ....... **$295,909.62**

Navigant Consulting, Inc. Project No.: 113758            Invoice No.: 237238





1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| BRAITHWAITE, PAUL | 1/3/2008 | 1.00 | Project planning and document review. |
| BRAITHWAITE, PAUL | 1/4/2008 | 3.25 | Document review. |
| BRAITHWAITE, PAUL | 1/10/2008 | 1.50 | Document review and discussion. |
| BRAITHWAITE, PAUL | 1/25/2008 | 3.25 | Conference call with DLA Piper and report drafting. |
| CARROLL, THOMAS | 1/23/2008 | 2.50 | Peer review of actuary's work |
| CARROLL, THOMAS | 1/24/2008 | 1.00 | Finished peer review of Actuary's work |
| CAVANAUGH, LAUREN | 1/11/2008 | 5.75 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/12/2008 | 3.25 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/14/2008 | 8.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/15/2008 | 8.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/16/2008 | 8.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/17/2008 | 6.75 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/18/2008 | 8.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/21/2008 | 7.50 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/22/2008 | 8.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/23/2008 | 8.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/24/2008 | 8.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/25/2008 | 8.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/28/2008 | 7.00 | Actuarial Review of Ms Biggs Supplemental Report and Work Papers. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CAVANAUGH, LAUREN | 1/29/2008 | 8.00 | Actuarial Review of Ms Biggs Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/30/2008 | 7.00 | Actuarial Review of Ms Biggs Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 1/31/2008 | 7.75 | Actuarial Review of Ms Biggs Supplemental Report and Work Papers. |
| CHAMBERS, LETITIA | 1/3/2008 | 6.00 | Read Daubert motions and responses. |
| CHAMBERS, LETITIA | 1/4/2008 | 3.00 | Read Daubert responses. |
| CHAMBERS, LETITIA | 1/7/2008 | 3.00 | Discussion with staff; memo to attorneys. |
| CHAMBERS, LETITIA | 1/9/2008 | 5.00 | Work on rebuttal issues. |
| CHAMBERS, LETITIA | 1/11/2008 | 3.00 | Call with actuaries and review of case info. |
| FUNG, JOANNE | 1/3/2008 | 4.00 | Prepared case materials. Reviewed expert materials. |
| FUNG, JOANNE | 1/14/2008 | 1.00 | Prepared case materials. Participated in call. |
| FUNG, JOANNE | 1/15/2008 | 3.50 | Programmed Spreadsheet. Reviewed case materials. |
| FUNG, JOANNE | 1/17/2008 | 1.00 | Reviewed case materials. |
| FUNG, JOANNE | 1/21/2008 | 0.50 | Reviewed expert materials. |
| FUNG, JOANNE | 1/24/2008 | 0.50 | Reviewed case materials. |
| HLAVIN, ANDREW | 1/3/2008 | 0.25 | Audit deliverables. |
| LYMAN, MARY | 1/3/2008 | 0.25 | Project administration |
| LYMAN, MARY | 1/7/2008 | 0.50 | Phone call w/expert; project administration |
| LYMAN, MARY | 1/8/2008 | 0.50 | Call from expert; project administration |
| LYMAN, MARY | 1/10/2008 | 1.00 | Phone calls, project administration |
| LYMAN, MARY | 1/11/2008 | 0.50 | Conference call with expert and NCI actuary |
| LYMAN, MARY | 1/14/2008 | 0.50 | Team meeting |
| LYMAN, MARY | 1/17/2008 | 0.25 | Project administration |
| LYMAN, MARY | 1/18/2008 | 0.25 | Project administration |
| LYMAN, MARY | 1/21/2008 | 0.25 | Project administration |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 1/22/2008 | 0.25 | Reviewed report on trial |
| LYMAN, MARY | 1/23/2008 | 0.25 | Project administration |
| LYMAN, MARY | 1/29/2008 | 0.25 | Project administration |
| LYMAN, MARY | 1/30/2008 | 0.25 | Phone discussion |
| LYMAN, MARY | 1/31/2008 | 0.75 | Document review and project administration |
| MCINTIRE, JAMES | 1/10/2008 | 0.75 | Review actuary work |
| MCINTIRE, JAMES | 1/11/2008 | 1.25 | Prep and conference call with actuaries. |
| MCINTIRE, JAMES | 1/25/2008 | 2.75 | Review trial transcripts. |
| MHATRE, ARCHANA | 1/4/2008 | 6.00 | Reviewing responses to Daubert Motions. |
| SIRGO, JORGE | 1/2/2008 | 1.50 | Review case materials. |
| SIRGO, JORGE | 1/3/2008 | 1.50 | Review case materials. |
| SIRGO, JORGE | 1/4/2008 | 1.50 | Review case materials. |
| WARE, BRYAN | 1/3/2008 | 1.00 | Plan & discuss internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/4/2008 | 3.25 | Plan & discuss internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/5/2008 | 3.50 | Plan & discuss internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/6/2008 | 3.00 | Plan & discuss internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/7/2008 | 5.00 | Plan & discuss internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/8/2008 | 2.50 | Plan & discuss internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/10/2008 | 6.25 | Plan & discuss internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/11/2008 | 3.75 | Plan & discuss internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/13/2008 | 1.75 | Review internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/14/2008 | 1.75 | Review internal analysis of J. Biggs supplemental report |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| WARE, BRYAN | 1/16/2008 | 4.00 | Review internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/21/2008 | 2.50 | Review internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/27/2008 | 2.25 | Review internal analysis of J. Biggs supplemental report |
| WARE, BRYAN | 1/28/2008 | 2.50 | Review internal analysis & Biggs methodology from supplemental report |
| WARE, BRYAN | 1/29/2008 | 2.50 | Review Biggs benchmark analysis |
| WARE, BRYAN | 1/30/2008 | 3.75 | Review of internal analysis, discuss w/ Lauren Cavanaugh |