# EXHIBIT B

NY 71318933v1

## WR GRACE & CO
## SUMMARY OF FEES
## JANUARY 1, 2008 - JANUARY 31, 2008

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 1.6 | $ 825 | $ 1,320.00 |
| Kruger, Lewis | 35.1 | 945 | 33,169.50 |
| Pasquale, Kenneth | 17 | 775 | 13,175.00 |
| | | | |
| **Associates** | | | |
| Beal, Abigail M. | 15.2 | 440 | 6,688.00 |
| Berg, Madelaine | 3.4 | 650 | 2,210.00 |
| Eichler, Mark | 6.6 | 635 | 4,191.00 |
| Krieger, Arlene G. | 202.7 | 650 | 131,755.00 |
| Wildes, Denise K. | 0.3 | 650 | 195.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 20.7 | 270 | 5,589.00 |
| Mohamed, David | 53.4 | 175 | 9,345.00 |
| Palacios, Gino D. | 7.5 | 235 | 1,762.50 |
| | | | |
| **Sub Total** | 363.5 | | $ 209,400.00 |
| **Less 50% Travel** | (11.0) | | (7,927.50) |
| **Total** | 352.5 | | $ 201,472.50 |

NY 71318933v1