...

**United States Bankruptcy Court**
**District of Delaware**
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | |
| W. R. Grace & Co., et al. | : Chapter 11 |
| | : Case No. 01-01139 et al. (Jointly Administered under Case No. 01-01139) |
| | : |
| | : Amount $20,118.63 |
| Debtor | |

-----------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTE that the transfer of claim from:

> Heritage Environmental Services LLC
> Melissa Head
> 7901 W Morris St+-
> Indianapolis, IN  46231

On docket # 18205

IS HEREBY WITHDRAWN BY

> Fair Harbor Capital, LLC
> 875 Avenue of the Americas, Suite 2305
> New York, NY  10001


DATED:  March 4, 2008                        _____/s/_____
                                                               Fredric Glass
                                                               Fair Harbor Capital, LLC
                                                               (212) 967-4035