# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 4, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | July 1, 2007 through July 31, 2007 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 615.00 |
| Amount of Expenses Reimbursement: | $ 0.00 |

This is a: X monthly  _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the twelfth application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 18 | Bankruptcy | $300.00 | 1.9 | $570.00 |
| Elihu E. Allinson, III | Associate | 11 | Bankruptcy | $225.00 | 0.2 | $45.00 |
| TOTALS | | | | | 2.1 | $615.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.8 | $240 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 1.3 | $375.00 |
| TOTALS | 2.1 | $615.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $0.00 |
| Courier Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $0.00 |

Dated: November 14, 2007
Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 4, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2007 THROUGH JULY 31, 2007

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tax ID # 20-5238500**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

August 21, 2007
Invoice #    10234

**In Reference To:**    **W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/3/2007 | WDS | Review agenda for hearing on July 5 | 0.10 | 30.00 |
| 7/11/2007 | WDS | Correspondence with E. Westbrook re: ZAI meeting in Charlotte for July 24 | 0.20 | 60.00 |
|  | EEA | Telephone call from Ed Westbrook re: Charlotte meeting | 0.10 | 22.50 |
| 7/17/2007 | WDS | Review agenda for July 23 hearing; status conference going forward | 0.20 | 60.00 |
| 7/18/2007 | WDS | Telephone conversation with Ed Westbrook re: status of scheduling matters, intent to postpone conference | 0.30 | 90.00 |
| 7/20/2007 | WDS | Revise, file and serve fee application for William D. Sullivan, LLC for March | 0.30 | 90.00 |
|  | WDS | Review, revise, file and serve fee applications for Richardson Patrick Westbrook and Brickman for January, February and March | 0.50 | 150.00 |
|  | WDS | Review amended agenda for hearing | 0.10 | 30.00 |
| 7/23/2007 | EEA | Review agenda letter; e-mail and discuss status conference coverage with Ed Westbrook | 0.10 | 22.50 |
| 7/31/2007 | WDS | Telephone conversation with co-counsel re: status of settlement proposals | 0.20 | 60.00 |
|  |  | For professional services rendered | 2.10 | $615.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 1.90 | 300.00 | $570.00 |
| Zeke Allinson | 0.20 | 225.00 | $45.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:  December 4, 2007** |
|  | ) | **Hearing Date:  TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
### FROM JULY 1, 2007 THROUGH JULY 31, 2007

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From July 1, 2007 Through July 31,

2007:

1.    I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.    I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.    I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: November 14, 2007
       Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  December** |
| | ) | **Hearing Date:  TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

Name of Applicant:                                        William D. Sullivan, LLC

Authorized to Provide Professional Services to:          Zonolite Attic Insulation Claimants

Date of Appointment:                                     July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                                 August 1, 2007 through
                                                         August 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                               $ 960.00

Amount of Expenses Reimbursement:                        $ 690.00

This is a:  X monthly    _ quarterly  _ final application

Prior Application filed: Yes.

---

[1]  William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

Docket No. 17367
Date   11|14|2007

This is the thirtheenth application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 18 | Bankruptcy | $320.00 | 3.0 | $960.00 |
| Elihu E. Allinson, III | Associate | 11 | Bankruptcy | $260.00 | 0.0 | $0.00 |
| TOTALS | | | | | 0.0 | $960.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 1.9 | $608.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 1.1 | $352.00 |
| TOTALS | 3.0 | $960.00 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $690.00 |
| Courier Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $690.00 |

Dated: November 14, 2007
    Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  December 4, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
AUGUST 1, 2007 THROUGH AUGUST 31, 2007**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tel:(302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

September 28, 2007
Invoice #    10258

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

**In Reference To:**   **W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/7/2007 | WDS | Conference with counsel for P.D. Committee re: status | 0.20 | 64.00 |
| 8/10/2007 | WDS | Review miscellaneous pleadings in case | 0.20 | 64.00 |
| 8/24/2007 | WDS | Review agenda for August 29th hearing | 0.10 | 32.00 |
| 8/27/2007 | WDS | Review amended agenda letter for August 29th hearing | 0.10 | 32.00 |
|  | WDS | Correspondence with co-counsel re: status conference | 0.10 | 32.00 |
|  | WDS | Review miscellaneous pleadings filed in case, including Examiner's motion | 0.30 | 96.00 |
| 8/28/2007 | WDS | Review fee applications; correspondence with E. Westbrook re: same | 0.30 | 96.00 |
|  | WDS | Revise, file and serve Richardson Patrick Westbrook and Brickman 24th Quarterly Fee Application | 0.40 | 128.00 |
|  | WDS | Prepare, file and serve William D. Sullivan, LLC 24th Quarterly Fee Application | 1.20 | 384.00 |
| 8/29/2007 | WDS | Review second amended agenda for hearing | 0.10 | 32.00 |
|  |  | For professional services rendered | 3.00 | $960.00 |
|  |  | Additional Charges : |  |  |
| 8/28/2007 | Copying and Service of Richardson Patrick Westbrook & Brickman monthly fee applications |  |  | 354.03 |
|  | Copying and service of William D. Sullivan, LLC monthly fee applications |  |  | 336.66 |
|  |  | Total additional charges |  | $690.69 |

ZAI Claimants                                                          Page      2

|                          |          | Amount      |
|--------------------------|----------|-------------|
| Total amount of this bill |          | $1,650.69   |

Timekeeper Summary

| Name              | Hours | Rate   | Amount    |
|-------------------|-------|--------|-----------|
| William D Sullivan | 3.00  | 320.00 | $960.00   |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 4, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
### FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From August 1, 2007 Through August

31, 2007:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: November 14, 2007
        Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  December 4, 2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007

Name of Applicant:                                        William D. Sullivan, LLC

Authorized to Provide Professional Services to:          Zonolite Attic Insulation Claimants

Date of Appointment:                                     July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                                 September 1, 2007 through
                                                         September 30, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                               $ 544.00

Amount of Expenses Reimbursement:                        $ 0.00

This is a:  X monthly  _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlow and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the fourteenth application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | Pending | Pending |
| 11/14/07 | 8/1/07-8/31/07 | $960.00 | $690.00 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 18 | Bankruptcy | $320.00 | 1.7 | $544.00 |
| Elihu E. Allinson, III | Associate | 11 | Bankruptcy | $260.00 | 0.0 | $0.00 |
| TOTALS | | | | | 0.0 | $544.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.0 | $0.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 1.7 | $544.00 |
| TOTALS | 1.7 | $544.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $0.00 |
| Courier Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $0.00 |

Dated: November 14, 2007
     Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  December 4, 2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007</u>**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tax ID # 20-5238500**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

November 13, 2007
Invoice #    10294

**In Reference To:**   **W.R. Grace - ZAI Claimants**
**C.A.  01-01139 (JKF)**

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/6/2007 | WDS | Review agenda for September 10 hearing, no matters involving ZAI | 0.10 | 32.00 |
| | WDS | Review transcript of August hearing | 0.30 | 96.00 |
| 9/11/2007 | WDS | Review fee auditor's report of fees of William D. Sullivan, LLC and The Scott Law Group | 0.20 | 64.00 |
| | WDS | Review pleadings re: confidentiality provisions | 0.20 | 64.00 |
| 9/19/2007 | WDS | Review agenda re: ZAI status conference, interim fee applications | 0.20 | 64.00 |
| 9/21/2007 | WDS | Correspondence with counsel for Canadian ZAI Claimants; follow-up teleconference | 0.30 | 96.00 |
| | WDS | Correspondence with E. Westbrook re: hearing | 0.10 | 32.00 |
| 9/25/2007 | WDS | Review Order re: telephonic appearances; forward to co-counsel | 0.30 | 96.00 |
| | | For professional services rendered | 1.70 | $544.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 1.70 | 320.00 | $544.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 4, 2007 @ 4:00 pm** |
| | ) | **Hearing Date:  TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
<u>**FROM SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**</u>

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From September 1, 2007 Through

September 30, 2007:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: November 14, 2007
     Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants