IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 18027)

On February 12, 2008, Buchanan Ingersoll & Rooney PC, ("Buchanan"), co-counsel to the Official Committee of Equity Holders, filed its Twenty-Seventh Quarterly Fee Application of Buchanan Ingersoll & Rooney, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from October 1, 2007 through December 31, 2007 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on March 3, 2008. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Buchanan respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By     /s/ Teresa K.D. Currier
       Teresa K. D. Currier (No. 3080)
       The Brandywine Building
       1000 West St. - Suite 1410
       Wilmington, DE 19801

       -and-

KRLS/Wilm 58748v1

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                              Philip Bentley, Esquire
                              Robert T. Schmidt, Esquire
                              919 Third Avenue
                              New York, NY 10022
                              (212) 715-9100
                              Counsel to the Official Committee of
                              Equity Holders

Dated: March 5, 2008                Co-Counsel to the Official Committee
                                              of Equity Holders

KRLS/Wilm 58748v1
#1011256-v1