# EXHIBIT 2

# for WR Grace & Co. et al

**Total number of parties: 2**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 27972 | ARCHER & GREINER PC, JOHN V FIORELLA, (RE: NL INDUSTRIES), 300 DELAWARE AVE, STE 1370, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 27972 | NL INDUSTRIES INC, C/O JOHN V FIORELLA ESQUIRE, ARCHER & GREINER PC, PO BOX 3000, HADDONFIELD, NJ, 08033-0968 | US Mail (1st Class) |

**Subtotal for this group: 2**