### `IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Hearing Date: June 23, 2008 at 1:00 p.m.** |
| | ) | **Objection Deadline: June 6, 2008 at 4:00 p.m.** |

## NOTICE OF FILING OF QUARTERLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders; and (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtors and debtors in possession

in the above-captioned chapter 11 cases, filed and served the Twenty-Seventh Quarterly Fee

Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Reimbursement of Expenses for the services rendered during the period October 1, 2007 through December 31, 2007, seeking compensation in the amount of $654,871.50 and reimbursement for actual and necessary expenses in the amount of $112,822.90 and payment of the fees and expenses of the Asbestos Issues Expert employed by the Committee during the period September 1, 2007 through December 31, 2007 in the amount of $535,348.99 (the "Quarterly Fee Application").

Objections or responses to the Quarterly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 6, 2008 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following: (i) co-counsel for the Debtors, Janet S. Baer, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite

2

904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel

to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire,

Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number

212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre,

15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-

9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears

Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder,

Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware

19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders,

Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New

York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States

Trustee, Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren Smith, Warren H. Smith &

Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201 (fax number

214-722-0081).

PURSUANT TO AN ORDER OF THE COURT DATED NOVEMBER 26, 2007, A

HEARING ON THE QUARTERLY FEE APPLICATION WILL BE HELD BEFORE THE

HONORABLE JUDITH K. FITZGERALD ON **JUNE 23, 2008 AT 1:00 P.M.**

NY 71276504v2

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE,

THE COURT MAY GRANT THE RELIEF REQUESTED IN THE QUARTERLY FEE

APPLICATION WITHOUT FURTHER NOTICE OR HEARING.


Dated: Wilmington, DE
       March 5, 2008

                              **RESPECTFULLY SUBMITTED,**

                              Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                              Richard W. Riley (DE I.D. No. 4052)
                              DUANE MORRIS LLP
                              1100 North Market Street, Suite 1200
                              Wilmington, DE 19801
                              Telephone:    (302) 657-4900
                              Facsimile:    (302) 657-4901
                              E-mail:       mlastowski@duanemorris.com
                                            rwriley@duanemorris.com


                              William S. Katchen, Esquire (Admitted in NJ Only)
                              DUANE MORRIS LLP
                              744 Broad Street, Suite 1200
                              Newark, New Jersey 07102-3889
                              Telephone:    (973) 424-2000
                              Facsimile:    (973) 424-2001
                              E-mail:       wskatchen@duanemorris.com


                                            And
                              Lewis Kruger, Esquire
                              Kenneth Pasquale, Esquire
                              STROOCK & STROOCK & LAVAN LLP
                              180 Maiden Lane
                              New York, New York 10038-4982
                              Telephone:    (212) 806-5400
                              Facsimile:    (212) 806-6006
                              E-mail:       lkruger@Stroock.com
                                            kpasquale@Stroock.com

                              Co-Counsel for the Official Committee of Unsecured Creditors of
                              W. R. Grace & Co., et al.