# EXHIBIT B

# WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 1, 2007 - DECEMBER 31, 2007

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 780.9 | $ 433,141.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.3 | 181.50 |
| 0013 | Business Operations | 2.8 | 1,694.00 |
| 0014 | Case Administration | 189.8 | 42,563.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 48.5 | 29,597.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 30.7 | 19,418.00 |
| 0018 | Fee Application, Applicant | 70.9 | 25,773.50 |
| 0019 | Creditor Inquiries | 2.6 | 1,795.00 |
| 0020 | Fee Application, Others | 26.2 | 11,891.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 67.4 | 42,715.00 |
| 0028 | Insurance | 0.6 | 409.00 |
| 0035 | Travel - Non Working | 64.8 | 44,095.00 |
| 0036 | Plan and Disclosure Statement | 13.0 | 8,715.50 |
| 0037 | Hearings | 21.3 | 13,841.00 |
| 0041 | Relief from Stay Proceedings | 0.4 | 242.00 |
| 0047 | Tax Issues | 1.4 | 847.00 |
| | Sub Total | 1,321.6 | $ 676,919.00 |
| | Less 50% Travel | (32.4) | (22,047.50) |
| | Total | 1,289.2 | $ 654,871.50 |

NY 71276504v2