# EXHIBIT C

NY 71276504v2

**WR GRACE & CO**
**SUMMARY OF FEES**
**OCTOBER 1, 2007 - DECEMBER 31, 2007**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 32.1 | $ 860 | $ 27,606.00 |
| Pasquale, Kenneth | 267.8 | 720 | 192,816.00 |
| Speiser, Mark A. | 8.5 | 815 | 6,927.50 |
| | | | |
| **Associates** | | | |
| Ambroise, Serge | 18.5 | 335 | 6,197.50 |
| Arnett, Jennifer | 42.7 | 465 | 19,855.50 |
| Balk, Heidi | 19.1 | 555 | 10,600.50 |
| Berg, Madelaine | 9.0 | 605 | 5,445.00 |
| Cutler, Ilana | 27.0 | 335 | 9,045.00 |
| Eichler, Mark | 0.5 | 605 | 302.50 |
| Krieger, Arlene G. | 540.3 | 605 | 326,881.50 |
| Melendres, Linda M. | 44.6 | 260 | 11,596.00 |
| | | | |
| **Paraprofessionals** | | | |
| Green, Carol P. | 1.5 | 175 | 262.50 |
| Holzberg, Ethel H. | 51.3 | 255 | 13,081.50 |
| Kaufman, Eric M. | 0.5 | 210 | 105.00 |
| Mohamed, David | 173.8 | 165 | 28,677.00 |
| Palacios, Gino D. | 71.9 | 225 | 16,177.50 |
| Rodriguez, Peter J. | 12.0 | 105 | 1,260.00 |
| Sperber, Doug | 0.5 | 165 | 82.50 |
| | | | |
| **Sub Total** | 1,321.6 | | $ 676,919.00 |
| **Less 50% Travel** | (32.4) | | (22,047.50) |
| **Total** | 1,289.2 | | $ 654,871.50 |

-4-