# EXHIBIT D

NY 71276504v2

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## OCTOBER 1, 2007 - DECEMBER 31, 2007

| | |
|---|---:|
| Outside Messenger Service | $ 556.22 |
| Meals | 21.73 |
| Local Transportation | 1,242.99 |
| Long Distance Telephone | 174.92 |
| Duplicating Costs-in House | 1,431.00 |
| Duplicating Costs-Outside | 519.80 |
| Postage | 5.18 |
| Filing Fees | 50.00 |
| Court Reporting Services | 92,885.13 |
| Miscellaneous | 123.37 |
| O/S Information Services | 544.53 |
| Word Processing | 264.00 |
| In House Messenger Service | 163.75 |
| Lexis/Nexis | 480.00 |
| Facsimile Charges | 5.00 |
| Travel Expenses - Transportation | 9,391.64 |
| Travel Expenses - Lodging | 3,892.99 |
| Travel Expenses - Meals | 136.64 |
| Westlaw | 463.56 |
| Word Processing - Logit | 300.00 |
| Color Copying - In House | 170.45 |
| | |
| TOTAL | $ 112,822.90 |

-6-

NY 71276504v2