# Navigant Consulting, Inc. Invoice

# December 2007

-



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

January 17, 2008

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee – December 2007*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 31.50 hrs. @ $550 | $17,325.00 |
| ML | 5.00 hrs. @ $325 | 1,625.00 |
| JM | 5.25 hrs. @ $325 | 1,706.25 |
| JS | 27.50 hrs. @ $270 | 7,425.00 |
| AM | 62.50 hrs. @ $200 | 12,500.00 |
| JF | 28.00 hrs. @ $200 | 5,600.00 |

**Total Professional Fees** ........................................................................................ $46,181.25

**Expenses:**

Copying / Reproduction          $      1,263.18

**Total Expenses** ........................................................................................................ $1,263.18

**Total Amount Due for December Services and Expenses** ......................................... $47,444.43

**Outstanding Invoices:**

Inv No.    232979          December 21, 2007          $162,394.93

**Total Outstanding Invoices** .................................................................................... $162,394.93

**Total Amount Due For December Services, Expenses and Outstanding Invoices** ... $209,839.36

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 234808



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 12/3/2007 | 4.50 | Review interrogatories and other case materials. |
| CHAMBERS, LETITIA | 12/7/2007 | 5.50 | Review staff analysis of supplemental report by opposing expert; review impacts on rebuttal issues. |
| CHAMBERS, LETITIA | 12/10/2007 | 5.00 | Review filings in case. |
| CHAMBERS, LETITIA | 12/13/2007 | 2.00 | Case admin. |
| CHAMBERS, LETITIA | 12/14/2007 | 3.00 | Review other bankruptcy cases in prep for rebuttal. |
| CHAMBERS, LETITIA | 12/19/2007 | 4.00 | Identified in-house actuaries with asbestos experience, review quals; arranged for review of Biggs supplemental report. |
| CHAMBERS, LETITIA | 12/20/2007 | 3.00 | Review supplemental materials received 12/20. |
| CHAMBERS, LETITIA | 12/21/2007 | 4.50 | Internal communications with staff and actuaries and review EPA settlement. |
| FUNG, JOANNE | 12/3/2007 | 3.00 | Programmed spreadsheet. Reviewed expert report. |
| FUNG, JOANNE | 12/4/2007 | 8.00 | Programmed spreadsheet. Reviewed expert materials. |
| FUNG, JOANNE | 12/5/2007 | 8.00 | Programmed spreadsheet. Reviewed expert materials. |
| FUNG, JOANNE | 12/6/2007 | 9.00 | Programmed spreadsheet. Reviewed expert materials. |
| LYMAN, MARY | 12/4/2007 | 0.25 | Project administration |
| LYMAN, MARY | 12/10/2007 | 0.50 | Reviewed Daubert motions |
| LYMAN, MARY | 12/27/2007 | 0.50 | Project administration |
| LYMAN, MARY | 12/28/2007 | 2.50 | Reviewed Daubert motions and responses |
| LYMAN, MARY | 12/29/2007 | 1.25 | Reviewed response to Daubert motion and other documents. |
| MCINTIRE, JAMES | 12/3/2007 | 1.00 | Review debtor response to interrogatories |
| MCINTIRE, JAMES | 12/3/2007 | 1.50 | Review effects of estimation expert supplemental report changes |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 12/10/2007 | 2.25 | Review Daubert motions |
| MCINTIRE, JAMES | 12/18/2007 | 0.50 | Team communications regarding follow-up to supplemental reports |
| MHATRE, ARCHANA | 12/3/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/4/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/5/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/6/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/7/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/10/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/13/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/14/2007 | 3.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 12/19/2007 | 3.50 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| SIRGO, JORGE | 12/3/2007 | 4.00 | Assist with review of other experts' revised reports and rebuttal reports. |
| SIRGO, JORGE | 12/4/2007 | 4.00 | Assist with review of other experts' revised reports and rebuttal reports. |
| SIRGO, JORGE | 12/5/2007 | 4.00 | Assist with review of other experts' revised reports and rebuttal reports. |
| SIRGO, JORGE | 12/6/2007 | 1.50 | Assist with review of other experts' revised reports and rebuttal reports. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 12/10/2007 | 1.50 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/11/2007 | 1.00 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/12/2007 | 1.00 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/13/2007 | 1.00 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/14/2007 | 3.50 | Assist with deposition analyses. |
| SIRGO, JORGE | 12/17/2007 | 1.00 | Review case materials. |
| SIRGO, JORGE | 12/18/2007 | 1.50 | Review case materials. |
| SIRGO, JORGE | 12/19/2007 | 1.00 | Review case materials. |
| SIRGO, JORGE | 12/20/2007 | 1.50 | Review case materials. |
| SIRGO, JORGE | 12/21/2007 | 1.00 | Review case materials. |

# Navigant Consulting, Inc. Invoice

## November 2007



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

December 21, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

## REVISED INVOICE

*For Services Rendered For*
*WR Grace Creditor's Committee – November 2007*

**Professional Fees:**

| | | | |
|---|---|---|---|
| LC | 113.00 hrs. @ $550 | $62,150.00 | |
| RF | 1.00 hrs. @ $350 | 350.00 | |
| ML | 52.75 hrs. @ $325 | 17,143.75 | |
| JM | 73.00 hrs. @ $325 | 23,725.00 | |
| JS | 20.50 hrs. @ $270 | 5,535.00 | |
| AM | 137.00 hrs. @ $200 | 27,400.00 | |
| JF | 76.00 hrs. @ $200 | 15,200.00 | |

**Total Professional Fees** ........................................................................................ **$151,503.75**

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 3,490.99 |
| Ground Transportation / Auto Expense | | 471.00 |
| Lodging | | 5,074.64 |
| Meals | | 422.10 |
| Overnight Delivery/Courier | | 36.84 |
| Per Diems | | 406.00 |
| Research | | 989.61 |

**Total Expenses** ...................................................................................................... **$10,891.18**

**Total Amount Due for November Services and Expenses** ...................................... **$162,394.93**

**Outstanding Invoices:**

| Inv No. | 227055 | October 22, 2007 | $204,015.35 |
|---|---|---|---|
| Inv No. | 230057 | November 19, 2007 | 121,494.28 |

**Total Outstanding Invoices** ................................................................................ **$325,509.63**

**Total Amount Due For November Services, Expenses and Outstanding Invoices** .. **$487,904.56**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 232979



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 11/1/2007 | 1.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 11/2/2007 | 3.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 11/4/2007 | 4.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 11/5/2007 | 8.00 | Attend deposition of Future's expert; communicate with client and staff. |
| CHAMBERS, LETITIA | 11/6/2007 | 8.00 | Attend deposition of Deebtor's expert by teleconference |
| CHAMBERS, LETITIA | 11/7/2007 | 10.00 | Prepare for deposition. |
| CHAMBERS, LETITIA | 11/8/2007 | 8.00 | Met with K. Pasquale, A. Krieger and staff. |
| CHAMBERS, LETITIA | 11/9/2007 | 8.00 | Prepare for deposition. |
| CHAMBERS, LETITIA | 11/12/2007 | 11.00 | Preparing for Deposition. |
| CHAMBERS, LETITIA | 11/13/2007 | 9.00 | Preparing for deposition. |
| CHAMBERS, LETITIA | 11/14/2007 | 11.00 | Deposition. |
| CHAMBERS, LETITIA | 11/15/2007 | 3.00 | Review transcripts of other depositions |
| CHAMBERS, LETITIA | 11/16/2007 | 1.00 | Reviewed documents for future use in rebuttal |
| CHAMBERS, LETITIA | 11/19/2007 | 2.00 | Review my deposition transcript |
| CHAMBERS, LETITIA | 11/20/2007 | 5.00 | Review transcripts of other depositions |
| CHAMBERS, LETITIA | 11/21/2007 | 7.00 | Reviewed supplemental filings |
| CHAMBERS, LETITIA | 11/27/2007 | 4.00 | Work on rebuttal modification |
| CHAMBERS, LETITIA | 11/28/2007 | 6.00 | Prepare for and meet with staff to give instructions for further analysis; further review and analysis of estimates |
| CHAMBERS, LETITIA | 11/29/2007 | 2.50 | Read case materials |
| FARRELL, RICHARD | 11/13/2007 | 1.00 | Review Libby/vermiculite issues for deposition preparation |
| FUNG, JOANNE | 11/1/2007 | 8.00 | Audited case materials. Reviewed expert materials. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FUNG, JOANNE | 11/2/2007 | 8.00 | Reviewed case materials. Programmed spreadsheet. |
| FUNG, JOANNE | 11/5/2007 | 6.50 | Reviewed expert materials. Gathered case materials. |
| FUNG, JOANNE | 11/6/2007 | 8.00 | Programmed SAS. Reviewed expert materials. |
| FUNG, JOANNE | 11/7/2007 | 10.00 | Programmed Spreadsheet. Programmed SAS. Attended W.R. Grace meeting. |
| FUNG, JOANNE | 11/8/2007 | 5.00 | Attended client meeting. Programmed Spreadsheet. |
| FUNG, JOANNE | 11/9/2007 | 4.00 | Prepared case materials. Reviewed expert materials. |
| FUNG, JOANNE | 11/12/2007 | 4.50 | Programmed Spreadsheet. Prepared case materials. |
| FUNG, JOANNE | 11/13/2007 | 8.00 | Attended client briefing meeting. Reviewed case materials. |
| FUNG, JOANNE | 11/14/2007 | 3.00 | Attended Chambers deposition (telephonically). |
| FUNG, JOANNE | 11/28/2007 | 3.00 | Participated in meeting. Reviewed expert materials. |
| FUNG, JOANNE | 11/30/2007 | 8.00 | Programmed Excel spreadsheet. Reviewed expert documents and materials. |
| LYMAN, MARY | 11/1/2007 | 3.50 | Reviewed depositions, briefing materials |
| LYMAN, MARY | 11/2/2007 | 6.00 | Reviewed depositions, briefing material, project administration |
| LYMAN, MARY | 11/5/2007 | 3.00 | Reviewed depositions; helped prepare materials for depo prep |
| LYMAN, MARY | 11/6/2007 | 5.25 | Assisted with deposition prep |
| LYMAN, MARY | 11/7/2007 | 7.25 | Preparation for deposition |
| LYMAN, MARY | 11/8/2007 | 6.50 | Deposition prep; reviewed depositions |
| LYMAN, MARY | 11/12/2007 | 2.75 | Preparation for deposition; project administration |
| LYMAN, MARY | 11/13/2007 | 6.50 | Deposition prep |
| LYMAN, MARY | 11/14/2007 | 6.50 | Attended Chambers deposition (telephonically) |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 11/15/2007 | 1.25 | Reviewed deposition |
| LYMAN, MARY | 11/16/2007 | 2.25 | Reviewed deposition; project administration |
| LYMAN, MARY | 11/27/2007 | 0.75 | Project administration |
| LYMAN, MARY | 11/28/2007 | 1.00 | Prep for and meeting with expert and team |
| LYMAN, MARY | 11/28/2007 | 0.25 | Reviewed deposition |
| MCINTIRE, JAMES | 11/1/2007 | 5.00 | Peterson deposition |
| MCINTIRE, JAMES | 11/1/2007 | 1.00 | Deposition preparation |
| MCINTIRE, JAMES | 11/1/2007 | 2.50 | Half travel time b/w LA and Seattle |
| MCINTIRE, JAMES | 11/2/2007 | 3.50 | Review expert testimony |
| MCINTIRE, JAMES | 11/2/2007 | 1.00 | Follow-up briefing for staff on deposition |
| MCINTIRE, JAMES | 11/4/2007 | 3.25 | Review expert testimony |
| MCINTIRE, JAMES | 11/4/2007 | 2.00 | Prepare deposition briefing materials |
| MCINTIRE, JAMES | 11/6/2007 | 4.25 | Prepare deposition briefing information |
| MCINTIRE, JAMES | 11/7/2007 | 8.50 | Deposition preparation |
| MCINTIRE, JAMES | 11/8/2007 | 6.50 | Deposition preparation |
| MCINTIRE, JAMES | 11/8/2007 | 3.00 | Half travel time DC/Seattle |
| MCINTIRE, JAMES | 11/9/2007 | 1.00 | Deposition preparation |
| MCINTIRE, JAMES | 11/12/2007 | 1.00 | Half travel Chicago/DC |
| MCINTIRE, JAMES | 11/12/2007 | 6.00 | Heckman deposition |
| MCINTIRE, JAMES | 11/12/2007 | 1.00 | Deposition preparation |
| MCINTIRE, JAMES | 11/13/2007 | 8.50 | Deposition preparation |
| MCINTIRE, JAMES | 11/14/2007 | 6.00 | Attended Chambers deposition (telephonically) |
| MCINTIRE, JAMES | 11/14/2007 | 3.00 | Half travel DC/Seattle |
| MCINTIRE, JAMES | 11/19/2007 | 3.25 | Review expert testimony |
| MCINTIRE, JAMES | 11/28/2007 | 1.25 | Estimation team meeting, follow-up |
| MCINTIRE, JAMES | 11/30/2007 | 1.50 | Review expert supplemental materials, results |
| MHATRE, ARCHANA | 11/1/2007 | 6.00 | Data Analysis & Reporting. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 11/2/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/5/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/6/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/7/2007 | 7.25 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/8/2007 | 7.25 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 11/12/2007 | 6.50 | Data Analysis & Reporting. Deposition Prep. |
| MHATRE, ARCHANA | 11/13/2007 | 7.50 | Data Analysis & Reporting. Deposition Prep. |
| MHATRE, ARCHANA | 11/15/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/16/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/19/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/20/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/21/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts Review. |
| MHATRE, ARCHANA | 11/26/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 11/27/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 11/28/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 11/29/2007 | 6.50 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| MHATRE, ARCHANA | 11/30/2007 | 8.00 | Data Analysis & Reporting. Deposition Transcripts & Supplemental Reports Review. |
| SIRGO, JORGE | 11/15/2007 | 3.00 | Review deposition testimony. |
| SIRGO, JORGE | 11/16/2007 | 3.50 | Review deposition testimony. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 11/19/2007 | 3.00 | Review expert depositions. |
| SIRGO, JORGE | 11/20/2007 | 2.50 | Review expert depositions. |
| SIRGO, JORGE | 11/27/2007 | 2.50 | Assist with review of revised other expert reports. |
| SIRGO, JORGE | 11/28/2007 | 1.50 | Assist with post deposition review. |
| SIRGO, JORGE | 11/29/2007 | 2.00 | Assist with post deposition review. |
| SIRGO, JORGE | 11/30/2007 | 2.50 | Assist with post deposition review. |

Navigant Consulting, Inc. Invoice

September 2007



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

October 22, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - September 2007*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 98.00 hrs. @  $550 | $53,900.00 |
| RC | 6.00 hrs. @  $450 | 2,700.00 |
| PM | 15.50 hrs. @  $400 | 6,200.00 |
| RF | 26.50 hrs. @  $350 | 9,275.00 |
| JH | 6.50 hrs. @  $350 | 2,275.00 |
| ML | 87.50 hrs. @  $325 | 28,437.50 |
| JM | 83.50 hrs. @  $325 | 27,137.50 |
| JS | 73.00 hrs. @  $270 | 19,710.00 |
| AH | 4.00 hrs. @  $200 | 800.00 |
| AM | 141.00 hrs. @  $200 | 28,200.00 |
| JF | 65.50 hrs. @  $200 | 13,100.00 |
| MF | 8.00 hrs. @  $175 | 1,400.00 |
| SC | 10.50 hrs. @  $120 | 1,260.00 |
| CP | 2.50 hrs. @  $100 | 250.00 |

**Total Professional Fees** ...................................................................................... **$194,645.00**

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 3,272.72 |
| Ground Transportation / Auto Expense | | 15.00 |
| Lodging | | 4,837.70 |
| Meals | | 93.34 |
| Per Diems | | 986.00 |
| Research | | 165.59 |

**Total Expenses** ...................................................................................... **$9,370.35**

**Total Amount Due for September Services and Expenses** ........................................ **$204,015.35**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 227055

Outstanding Invoices:

| Inv No. | 222436 | August 22, 2007 | $208,116.54 |
| Inv No. | 225327 | September 26, 2007 | 210,152.54 |

Total Outstanding Invoices ................................................................................................ $418,269.08

Total Amount Due For September Services, Expenses and Outstanding Invoices .. $622,284.43

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 227055



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 9/13/2007 | 4.50 | Reviewed expert reports for estimation analysis. |
| CANTOR, ROBIN | 9/14/2007 | 1.50 | Reviewed expert reports for estimation analysis. |
| CHAMBERS. LETITIA | 9/4/2007 | 2.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/5/2007 | 6.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/6/2007 | 4.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/7/2007 | 5.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/10/2007 | 8.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/11/2007 | 4.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS. LETITIA | 9/12/2007 | 6.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/13/2007 | 9.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/14/2007 | 3.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/17/2007 | 7.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/18/2007 | 5.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/19/2007 | 4.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/20/2007 | 6.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/21/2007 | 3.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/24/2007 | 10.00 | Analysis and rebuttal of other expert reports. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 9/25/2007 | 11.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/26/2007 | 1.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 9/28/2007 | 1.50 | Analysis and rebuttal of other expert reports. |
| CLANCY, SIOBAHN | 9/24/2007 | 2.75 | Meeting with Supervisor |
| CLANCY, SIOBAHN | 9/25/2007 | 7.25 | Working on compilation of site facts |
| CLANCY, SIOBAHN | 9/27/2007 | 0.50 | Meeting with Supervisor |
| FARRELL, RICHARD | 9/4/2007 | 7.00 | Analysis of Grace media coverage. |
| FARRELL, RICHARD | 9/5/2007 | 5.00 | Analysis of Grace media coverage. |
| FARRELL, RICHARD | 9/6/2007 | 5.00 | Analysis of Grace media coverage. |
| FARRELL, RICHARD | 9/7/2007 | 4.00 | Analysis of Grace media coverage. |
| FARRELL, RICHARD | 9/20/2007 | 1.00 | Research and analysis of EPA report |
| FARRELL, RICHARD | 9/21/2007 | 2.00 | Research and analysis of EPA report |
| FARRELL, RICHARD | 9/24/2007 | 2.00 | Research and analysis of EPA report |
| FARRELL, RICHARD | 9/25/2007 | 0.50 | Research and analysis of EPA report |
| FRAGALE, MATTHEW | 9/24/2007 | 4.00 | Audited rebuttal analyses |
| FRAGALE, MATTHEW | 9/24/2007 | 4.00 | Prepared list of materials considered |
| FUNG, JOANNE | 9/5/2007 | 3.00 | Reviewed rebuttal draft. Made recommendations to rebuttal draft. |
| FUNG, JOANNE | 9/6/2007 | 9.00 | Reviewed expert report. RE-Programmed spreadsheet. |
| FUNG, JOANNE | 9/10/2007 | 2.00 | Re-programmed spreadsheet. Reviewed Rebuttal Report. |
| FUNG, JOANNE | 9/11/2007 | 7.00 | Reviewed expert materials. Programmed SAS Chi Test. |
| FUNG, JOANNE | 9/12/2007 | 3.50 | Reviewed/edited rebuttal report. Reviewed expert materials. |
| FUNG, JOANNE | 9/13/2007 | 3.50 | Reviewed/made comments on rebuttal report. Programmed SAS. Reviewed expert materials. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FUNG, JOANNE | 9/14/2007 | 3.00 | Reviewed expert materials. Reviewed rebuttal report draft. |
| FUNG, JOANNE | 9/17/2007 | 1.00 | Reviewed rebuttal draft. Prepared spreadsheet for audit. |
| FUNG, JOANNE | 9/19/2007 | 4.00 | Reviewed expert materials. |
| FUNG, JOANNE | 9/20/2007 | 3.00 | Reviewed and corrected rebuttal draft. Reviewed expert materials. |
| FUNG, JOANNE | 9/21/2007 | 3.00 | Made changes to draft rebuttal report. Helped Matt with spreadsheet audit. Reviewed expert materials. |
| FUNG, JOANNE | 9/23/2007 | 3.00 | Put together work paper and materials. Programmed spreadsheet. |
| FUNG, JOANNE | 9/24/2007 | 8.00 | Reviewed rebuttal report. Made corrections to rebuttal report. |
| FUNG, JOANNE | 9/25/2007 | 12.50 | Programmed spreadsheet. Reviewed rebuttal draft. Corrected rebuttal draft. Put together Materials Considered. |
| HLAVIN, ANDREW | 9/6/2007 | 1.00 | Review matching summaries. |
| HLAVIN, ANDREW | 9/24/2007 | 1.00 | Update tables for report. |
| HLAVIN, ANDREW | 9/25/2007 | 2.00 | Audit tables for report. |
| HOREWITZ, JESSICA | 9/24/2007 | 1.25 | Reviewed draft report. |
| HOREWITZ, JESSICA | 9/25/2007 | 5.25 | Reviewed draft report. |
| LYMAN, MARY | 9/4/2007 | 1.25 | Worked on rebuttal report and project administration |
| LYMAN, MARY | 9/5/2007 | 0.50 | Staff discussions and project administration |
| LYMAN, MARY | 9/7/2007 | 4.25 | Project administration and work on rebuttal report |
| LYMAN, MARY | 9/10/2007 | 8.00 | Worked on rebuttal report |
| LYMAN, MARY | 9/11/2007 | 5.00 | Worked on rebuttal report; project administration |
| LYMAN, MARY | 9/12/2007 | 6.50 | Worked on rebuttal report |
| LYMAN, MARY | 9/13/2007 | 3.50 | Worked on rebuttal report |
| LYMAN, MARY | 9/14/2007 | 6.50 | Worked on rebuttal report |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 9/18/2007 | 0.25 | Project administration |
| LYMAN, MARY | 9/19/2007 | 5.50 | Conference call with counsel; worked on rebuttal report |
| LYMAN, MARY | 9/20/2007 | 8.75 | Worked on rebuttal report. |
| LYMAN, MARY | 9/21/2007 | 8.50 | Conference call with counsel; worked on rebuttal report |
| LYMAN, MARY | 9/24/2007 | 12.00 | Worked on rebuttal report |
| LYMAN, MARY | 9/25/2007 | 12.00 | Worked on and transmitted rebuttal report, materials considered |
| LYMAN, MARY | 9/26/2007 | 2.75 | Forwarded and downloaded other expert reports, began reviewing; project administration |
| LYMAN, MARY | 9/27/2007 | 2.00 | Reviewed other expert reports |
| LYMAN, MARY | 9/28/2007 | 0.25 | Project administration |
| MCGRATH, PATRICK J. | 9/19/2007 | 3.25 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/20/2007 | 4.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/21/2007 | 0.75 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/24/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/25/2007 | 2.75 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/26/2007 | 3.25 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 9/27/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCINTIRE, JAMES | 9/4/2007 | 6.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/5/2007 | 12.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/6/2007 | 9.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/7/2007 | 4.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/8/2007 | 5.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/9/2007 | 4.50 | Work on rebuttal report |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 9/10/2007 | 5.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/11/2007 | 3.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/18/2007 | 1.25 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/19/2007 | 1.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/21/2007 | 0.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/22/2007 | 2.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/23/2007 | 4.75 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/24/2007 | 7.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/25/2007 | 9.50 | Work on rebuttal report |
| MCINTIRE, JAMES | 9/26/2007 | 1.50 | Review expert supplemental reports |
| MCINTIRE, JAMES | 9/27/2007 | 1.75 | Review expert supplemental reports |
| MCINTIRE, JAMES | 9/28/2007 | 1.50 | Review expert supplemental reports |
| MHATRE, ARCHANA | 9/4/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/5/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/6/2007 | 9.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/7/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/10/2007 | 11.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/11/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/12/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/13/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/14/2007 | 6.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/17/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/18/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/19/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/20/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/21/2007 | 6.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/24/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/25/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 9/26/2007 | 8.00 | Data Analysis & Reporting. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 9/27/2007 | 8.00 | Data Analysis & Reporting. |
| PADUCH, CHRISTINE | 9/6/2007 | 0.50 | W.R. Grace media research. |
| PADUCH, CHRISTINE | 9/20/2007 | 1.00 | Track EPA report and supporting materials. |
| PADUCH, CHRISTINE | 9/21/2007 | 0.50 | Track EPA report and supporting materials. |
| PADUCH, CHRISTINE | 9/24/2007 | 0.50 | Track EPA report and supporting materials. |
| SIRGO, JORGE | 9/4/2007 | 5.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 9/5/2007 | 5.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 9/6/2007 | 1.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 9/7/2007 | 1.00 | Assist with rebuttal analyses. |
| SIRGO, JORGE | 9/10/2007 | 1.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/11/2007 | 3.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/12/2007 | 6.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/13/2007 | 6.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/14/2007 | 4.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/17/2007 | 7.50 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/18/2007 | 7.00 | Assist with rebuttal report analyses. |
| SIRGO, JORGE | 9/21/2007 | 5.50 | Assist with rebuttal report analyses. |
| SIRGO. JORGE | 9/24/2007 | 4.50 | Assist with rebuttal report. |
| SIRGO, JORGE | 9/25/2007 | 4.50 | Assist with rebuttal report. |
| SIRGO, JORGE | 9/26/2007 | 4.00 | Review other expert reports. |
| SIRGO, JORGE | 9/27/2007 | 3.50 | Review other expert reports. |
| SIRGO, JORGE | 9/28/2007 | 3.50 | Review other expert reports. |

Navigant Consulting, Inc. Invoice

October 2007



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

November 19, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee – October 2007*

**Professional Fees:**

| | | | |
|---|---|---|---|
| LC | 57.50 hrs. @ | $550 | $31,625.00 |
| PM | 17.50 hrs. @ | $400 | 7,000.00 |
| RF | 9.50 hrs. @ | $350 | 3,325.00 |
| ML | 32.00 hrs. @ | $325 | 10,400.00 |
| JM | 54.75 hrs. @ | $325 | 17,793.75 |
| JS | 28.00 hrs. @ | $270 | 7,560.00 |
| AM | 151.00 hrs. @ | $200 | 30,200.00 |
| JF | 52.00 hrs. @ | $200 | 10,400.00 |
| SC | 3.50 hrs. @ | $120 | 420.00 |

**Total Professional Fees** ........................................................................................ **$118,723.75**

**Expenses:**

| | |
|---|---|
| Airfare | $ 1,038.80 |
| Lodging | 1,369.44 |
| Overnight Delivery/Courier | 73.79 |
| Per Diems | 174.00 |
| Research | 114.50 |

**Total Expenses** ...................................................................................................... **$2,770.53**

**Total Amount Due for October Services and Expenses** ........................................... **$121,494.28**

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 222436 | August 22, 2007 | 208,116.54 |
| Inv No. | 225327 | September 26, 2007 | 210,152.54 |
| Inv No. | 227055 | October 22, 2007 | 204,641.20 |

**Total Outstanding Invoices** ................................................................................... **$622,910.28**

**Total Amount Due For October Services, Expenses and Outstanding Invoices** ....... **$744,404.56**

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 230057



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 10/1/2007 | 2.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/4/2007 | 6.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/9/2007 | 1.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/10/2007 | 5.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/11/2007 | 3.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/12/2007 | 2.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/15/2007 | 4.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/18/2007 | 3.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/24/2007 | 1.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/25/2007 | 4.50 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/26/2007 | 6.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/29/2007 | 4.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/30/2007 | 9.00 | Analysis and rebuttal of other expert reports. |
| CHAMBERS, LETITIA | 10/31/2007 | 5.50 | Analysis and rebuttal of other expert reports. |
| CLANCY, SIOBAHN | 10/3/2007 | 1.75 | 11 sites updated |
| CLANCY, SIOBAHN | 10/5/2007 | 0.75 | Fixing excel file to incorporate 11sites, and research for Fusrap site |
| CLANCY, SIOBAHN | 10/9/2007 | 1.00 | Research for Fusrap percentage |
| FARRELL, RICHARD | 10/9/2007 | 1.00 | Identify GAO Report on Asbestos Clean-up; initial assessment and communication |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FARRELL, RICHARD | 10/10/2007 | 1.00 | Research regarding GAO Asbestos clean-up report and implications for claims |
| FARRELL, RICHARD | 10/15/2007 | 5.00 | Review GAO report on hazardous materials and EPA; initiate draft of memo |
| FARRELL, RICHARD | 10/16/2007 | 2.50 | Finalize and transmit memo concerning GAO report on EPA handling of Libby-related sites |
| FUNG, JOANNE | 10/5/2007 | 2.50 | Reviewed Biggs supplemental report/materials. |
| FUNG, JOANNE | 10/8/2007 | 1.00 | Reviewed Biggs' work papers. |
| FUNG, JOANNE | 10/9/2007 | 2.50 | Reviewed expert rebuttal report (Stallard). Browsed expert work materials. |
| FUNG, JOANNE | 10/17/2007 | 2.00 | Reviewed expert report. Wrote summary report of Biggs/Stallard. |
| FUNG, JOANNE | 10/18/2007 | 7.50 | Reviewed expert rebuttal reports. Drafted memo to summarize changes in reports. |
| FUNG, JOANNE | 10/25/2007 | 9.00 | Put together and gathered materials for briefing binder. |
| FUNG, JOANNE | 10/26/2007 | 1.00 | Added contents to briefing binder. Reviewed potential contents of briefing binder. |
| FUNG, JOANNE | 10/29/2007 | 8.50 | Assembled briefing binder for briefing(s). Attended briefing session. |
| FUNG, JOANNE | 10/30/2007 | 10.00 | Reviewed expert materials. Prepared for briefing session. Added to briefing binders. |
| FUNG, JOANNE | 10/31/2007 | 8.00 | Participated in briefing session . Finished and sent off briefing binders. |
| LYMAN, MARY | 10/1/2007 | 1.00 | Discussions with staff; project administration |
| LYMAN, MARY | 10/3/2007 | 2.50 | Project administration, reviewed rebuttal reports and materials |
| LYMAN, MARY | 10/4/2007 | 1.50 | Reviewed rebuttal reports and materials; project administration |
| LYMAN, MARY | 10/5/2007 | 2.50 | Reviewed rebuttal reports and materials; phone con. |
| LYMAN, MARY | 10/9/2007 | 1.00 | Document review, project administration |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 10/10/2007 | 0.25 | Project administration |
| LYMAN, MARY | 10/11/2007 | 2.75 | Conference call with counsel; prepared and sent additional workpapers |
| LYMAN, MARY | 10/12/2007 | 5.50 | Worked on reliance materials request; project administration |
| LYMAN, MARY | 10/15/2007 | 2.50 | Worked on production to plaintiffs |
| LYMAN, MARY | 10/17/2007 | 0.75 | Worked on production to plaintiffs |
| LYMAN, MARY | 10/18/2007 | 0.25 | Call with counsel |
| LYMAN, MARY | 10/22/2007 | 0.25 | Project administration |
| LYMAN, MARY | 10/23/2007 | 1.00 | Calls; begin organizing briefing material |
| LYMAN, MARY | 10/24/2007 | 0.50 | Organizing briefing material |
| LYMAN, MARY | 10/25/2007 | 1.25 | Organizing briefing material |
| LYMAN, MARY | 10/29/2007 | 0.75 | Team meeting |
| LYMAN, MARY | 10/30/2007 | 6.25 | Staff discussion, preparation of briefing material |
| LYMAN, MARY | 10/31/2007 | 1.50 | Staff discussions, work on briefing materials, project administration |
| MCGRATH, PATRICK J. | 10/4/2007 | 1.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/5/2007 | 1.00 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/7/2007 | 2.25 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/8/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/22/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/23/2007 | 3.25 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/24/2007 | 7.50 | Review and analysis of proposed multi-site EPA settlement |
| MCGRATH, PATRICK J. | 10/30/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCGRATH, PATRICK J. | 10/31/2007 | 0.50 | Review and analysis of proposed multi-site EPA settlement |
| MCINTIRE, JAMES | 10/1/2007 | 2.50 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/2/2007 | 1.75 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/3/2007 | 2.00 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/4/2007 | 1.50 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/5/2007 | 2.50 | Review rebuttal materials |
| MCINTIRE, JAMES | 10/8/2007 | 2.25 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/10/2007 | 1.25 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/11/2007 | 2.50 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/12/2007 | 2.00 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/15/2007 | 2.25 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/16/2007 | 1.50 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/17/2007 | 1.75 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/18/2007 | 2.00 | Review rebuttal materials and prepare reliance documents |
| MCINTIRE, JAMES | 10/22/2007 | 3.50 | Review expert materials and deposition prep |
| MCINTIRE, JAMES | 10/23/2007 | 6.00 | Review expert materials and deposition prep |
| MCINTIRE, JAMES | 10/24/2007 | 8.50 | Deposition support and 1/2 travel time back to WA |
| MCINTIRE, JAMES | 10/25/2007 | 0.50 | Scheduling and administration |
| MCINTIRE, JAMES | 10/26/2007 | 0.50 | Scheduling and administration |
| MCINTIRE, JAMES | 10/29/2007 | 2.50 | Review expert materials and deposition preparation |
| MCINTIRE, JAMES | 10/30/2007 | 3.00 | Review expert materials and deposition preparation |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 10/31/2007 | 4.50 | Review expert materials and deposition preparation |
| MHATRE, ARCHANA | 10/4/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/5/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/8/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/9/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/10/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/11/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/12/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/15/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/16/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/17/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/18/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/19/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/22/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/23/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/24/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/25/2007 | 8.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/26/2007 | 7.00 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/29/2007 | 5.50 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/30/2007 | 5.50 | Data Analysis & Reporting. |
| MHATRE, ARCHANA | 10/31/2007 | 8.00 | Data Analysis & Reporting. |
| SIRGO, JORGE | 10/1/2007 | 3.00 | Review expert reports. |
| SIRGO, JORGE | 10/2/2007 | 2.50 | Review expert reports. |
| SIRGO, JORGE | 10/3/2007 | 2.00 | Review expert reports. |
| SIRGO, JORGE | 10/4/2007 | 2.50 | Review expert reports. |
| SIRGO, JORGE | 10/5/2007 | 2.50 | Review expert reports. |
| SIRGO, JORGE | 10/8/2007 | 3.00 | Review expert reports. |
| SIRGO, JORGE | 10/9/2007 | 1.50 | Review expert reports. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|------------|-----------|-------|-----------|
| SIRGO, JORGE | 10/22/2007 | 2.50 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/23/2007 | 1.50 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/24/2007 | 2.00 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/25/2007 | 1.50 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/26/2007 | 2.00 | Assist with deposition review and preparation. |
| SIRGO, JORGE | 10/29/2007 | 1.50 | Assist with preparation for depositions. |