# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                               MATTER:    100055.WRG01

February 11, 2008                                            INVOICE:        223312


c/o Peter Van N. Lockwood, Esq.                              DATE:      February 11, 2008
Caplin & Drysdale                                            MATTER:    100055.WRG01
One Thomas Circle                                            INVOICE:        223312
Washington, DC 20005


**MATTER:** CLAIMANTS COMMITTEE                                                Robert M
                                                                                Horkovich


## PROFESSIONAL SERVICES through 01/31/08

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/02/08 | Attention to revisions to analysis for premises coverage. | W001 | RYC | **2.50** |
| 01/03/08 | Libby memo. | W001 | RMH | **3.00** |
| 01/03/08 | Conference regarding coverage analysis and follow-up additional analysis (1.30); attention to pollution exclusion issues (.50); work on available premises insurance memorandum (1.00); review allocation data (.50). | W001 | RYC | **3.30** |
| 01/04/08 | Finalize Remaining Limits Memo. | W001 | RYC | **3.50** |
| 01/07/08 | Prepare review and analysis to committee inquiries regarding remaining limits memo. | W001 | RYC | **1.80** |
| 01/08/08 | Update insurance valuation. | W001 | RMH | **4.00** |
| 01/08/08 | Draft memo regarding executive summary of chart and response to committee inquiries. | W001 | RYC | **3.70** |
| 01/09/08 | Reviewed and revised time entries. | W011 | ACS | **0.30** |
| 01/09/08 | Revisions to pollution exclusion memo (2.00); follow-up regarding Libby claimants comments regarding allocation (1.40). | W001 | RYC | **3.40** |
| 01/11/08 | Policy research and spreads adjusted to properly reflect CEAI participation in Lloyd's policies and potential need for claim filing (3.30); R. Horkovich and client notified (.20). | W001 | HEG | **3.50** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| February 11, 2008 | | INVOICE: | 223312 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/11/08 | Research additional legal issues including direct action and statute of limitations in connection with settlement issues. | W001 | RYC | **3.20** |
| 01/14/08 | Additional research and correspondence re CEAI participation in Lloyd's policies and possible need to file claim form. | W001 | HEG | **0.50** |
| 01/14/08 | Estimation hearing. | W001 | RMH | **6.50** |
| 01/14/08 | Research regarding issues involving prior settlements (2.30); attention to current settlement issues (.50). | W001 | RYC | **2.80** |
| 01/15/08 | Follow-up research regarding issues involving prior settlements. | W001 | RYC | **3.70** |
| 01/16/08 | Estimation hearing with Judge Fitzgerald. | W001 | RMH | **8.20** |
| 01/16/08 | Review and comment upon fee applications. | W011 | RYC | **0.40** |
| 01/17/08 | Update, research and digest case status. | W001 | RYC | **0.80** |
| 01/18/08 | Work on pollution exclusion issues. | W001 | RYC | **0.50** |
| 01/22/08 | Finalized invoice. | W011 | ACS | **0.20** |
| 01/22/08 | Finalize memo regarding pollution exclusion. | W001 | RYC | **2.70** |
| 01/23/08 | Assisted R. Chung in work product review and reproduction in preparation for upcoming meeting | W001 | HEG | **2.00** |
| 01/23/08 | Research re: Final Insurance Policy Analysis for GL Premises and Products Coverages (3.40); Gave materials to and discuss with Robert Chung (.10). | W001 | IF | **3.50** |
| 01/23/08 | Work on memo regarding issues concerning prior settlement. | W001 | RYC | **4.10** |
| 01/24/08 | Continue work on memo regarding issues concerning prior settlement. | W001 | RYC | **3.80** |
| 01/25/08 | Additional historic spreadsheet and work product review and reproduction to assist R. Chung in upcoming meeting | W001 | HEG | **2.00** |
| 01/28/08 | Omnibus hearing with Judge Fitzgerald. | W001 | RMH | **2.50** |
| 01/28/08 | Analysis and digest of allocation models. | W001 | RYC | **4.30** |
| 01/29/08 | Continued analysis and digest of allocation models. | W001 | RYC | **4.50** |
| 01/30/08 | Finalized monthly billing. | W011 | ACS | **1.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                               MATTER:        100055.WRG01

February 11, 2008                                            INVOICE:           223312

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/30/08 | Review email and memo re: allocation and potential insurance claim values (.20); conferences with R. Chung re: same (.20); review allocation spreadsheets re same (.70); prepare for meeting with Cohn (.40). | W001 | MG | **1.50** |
| 01/30/08 | Prepare for, participate in, and follow-up regarding meeting with Libby claimants counsel. | W001 | RYC | **5.80** |
| 01/31/08 | Review email and memo re: allocation and potential insurance claim values (.50); review allocation spreadsheets re: same (.40); brief attendance at meeting with Cohn (.30). | W001 | MG | **1.20** |
| 01/31/08 | Meeting with Dan Cohn re: Libby Claims (3.50). Prepare for same (3.00). | W001 | RMH | **6.50** |
| 01/31/08 | Draft post-meeting analysis and begin responses to inquiries and requests for information. | W001 | RYC | **4.50** |

**TOTAL FEES:**                                                                                     **59,660.50**

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 210.00 | 1.50 | **315.00** |
| Harris E Gershman | 245.00 | 8.00 | **1,960.00** |
| Izak Feldgreber | 255.00 | 3.50 | **892.50** |
| Mark Garbowski | 520.00 | 2.70 | **1,404.00** |
| Robert M Horkovich | 790.00 | 30.70 | **24,253.00** |
| Robert Y Chung | 520.00 | 59.30 | **30,836.00** |
| **TOTAL FEES:** | | | **59,660.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                                   MATTER:    100055.WRG01

February 11, 2008                                                                 INVOICE:    223312

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001       Asset Analysis and Recovery

|                      | HOURS  | TOTALS    |
|----------------------|--------|-----------|
| Harris E Gershman    | 8.00   | **1,960.00**  |
| Izak Feldgreber      | 3.50   | **892.50**    |
| Mark Garbowski       | 2.70   | **1,404.00**  |
| Robert M Horkovich   | 30.70  | **24,253.00** |
| Robert Y Chung       | 58.90  | **30,628.00** |
| **TOTAL:**           | 103.80 | **59,137.50** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

|                  | HOURS | TOTALS   |
|------------------|-------|----------|
| Anne C Suffern   | 1.50  | **315.00**   |
| Robert Y Chung   | 0.40  | **208.00**   |
| **TOTAL:**       | 1.90  | **523.00**   |

{D0107257.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

February 11, 2008                             INVOICE:            223312

**COSTS through 01/31/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges- December 1 - 31, 2007 | E106 | 469.55 |
| 01/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges- December 1 - 31, 2007 | E106 | 280.51 |
| 01/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges- December 1 - 31, 2007 | E106 | 207.22 |
| 01/23/08 | DI - PHOTOCOPYING - | E101 | 12.25 |
| 01/29/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 01/29/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 01/30/08 | DI - FAX CHARGES - | E104 | 3.00 |
| 01/31/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| **TOTAL COSTS:** | | | **975.03** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| FX | DI - FAX CHARGES - | 3.00 |
| LB | LIBRARY & LEGAL RESEARCH | 957.28 |
| XE | DI - PHOTOCOPYING - | 14.75 |
| | **TOTAL COSTS:** | **975.03** |

**TOTAL DUE:**                                       $60,635.53

{D0107257.1 }