## EXHIBIT A

## Case Administration (14.10 Hours; $ 7,271.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | .20 | $920 | 184.00 |
| Peter Van N. Lockwood | 2.00 | $840 | 1,680.00 |
| Trevor W. Swett | 1.50 | $660 | 990.00 |
| Rita C. Tobin | .80 | $530 | 424.00 |
| James P. Wehner | 7.50 | $475 | 3,562.50 |
| Andrew D. Katznelson | 2.10 | $205 | 430.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 01/01/08 | JPW | 475.00 | 0.40 | (Late entry dated 12/3/07) - Meet and confer with UST (.2); telephone conference with M. Hurford re UST call (.1); e-mails re UST motions in LTC case (.1). |
| 01/01/08 | JPW | 475.00 | 0.40 | (Late entry dated 12/10/07) --- Meet and confer with UST (.2); follow-up call with Debtors group (.1); telephone conference with M. Hurford re same (.1). |
| 01/01/08 | JPW | 475.00 | 0.60 | (late entry dated 12/11/07) - Telephone conference with M. Hurford re hearing (.2) ; hearing on LTC issues (.2); e-mail summary of hearing (.2). |
| 01/01/08 | JPW | 475.00 | 0.50 | (Late entry dated 12/13/07) -Telephone conference with M. Hurford re debtor action (.4); e-mail re LTC Chapter 11 (.1). |
| 01/01/08 | JPW | 475.00 | 0.50 | (Late Entry dated 1/14/07) - E-mails re LTC bankruptcy (.1); telephone conference with M. Hurford re debtor inquiry (.4). |
| 01/01/08 | JPW | 475.00 | 0.50 | (Late entry dated 12/20/07) - Telephone conference with UST offie re Heller Ehrman (.1); meet with TWS re Heller Ehrman Report (.2); review proposal (.2). |
| 01/01/08 | JPW | 475.00 | 0.40 | (Late entry dated 12/21/07) Draft proposed order (.3); e-mails re proposed order (.1). |
| 01/01/08 | JPW | 475.00 | 0.40 | (Late entry dated 12/28/07) - Revise draft language (.3); e-mails re draft language (.1). |
| 01/03/08 | PVL | 840.00 | 0.60 | Teleconference Brumby. |

| 01/03/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 01/04/08 | JPW | 475.00 | 1.00 | Telephone conference with Debtors and UST (.3); telephone conference with G. Zipes re Heller Ehrman Report (.5); e-mails re Heller Ehrman Report (.2). |
| 01/07/08 | TWS | 660.00 | 0.20 | Telephone call from G. Zipes - LTC disclosure matters |
| 01/07/08 | TWS | 660.00 | 0.10 | Attention to LTC bankruptcy filings |
| 01/07/08 | TWS | 660.00 | 0.10 | E-mail to/from E. Austin re LTC hearing; conference with JPW re same |
| 01/07/08 | ADK | 205.00 | 0.50 | Prepared all necessary materials for upcoming conference call for EI. |
| 01/07/08 | JPW | 475.00 | 1.00 | Telephone conference with E. Austin re Heller Ehrman Report (.4); telephone conference with G. Zipes re Heller Ehrman Repo (.3); e-mails re Heller Ehrman Repor (.3). |
| 01/08/08 | PVL | 840.00 | 0.10 | Review 6 filings. |
| 01/08/08 | TWS | 660.00 | 0.60 | Prepare proposed disclosure and protective order in LTC bankruptcy |
| 01/10/08 | TWS | 660.00 | 0.20 | E-mails from Zipes and Goldberg re LTC bankruptcy (.1) e-mail to UST re same (.1). |
| 01/10/08 | JPW | 475.00 | 0.80 | Multicase status conference with Judge Fitzgerald (.5); review LTC docket (.3). |
| 01/11/08 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 01/14/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 01/17/08 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 01/17/08 | TWS | 660.00 | 0.30 | Conference with NDF re update on estimation trial |
| 01/17/08 | EI | 920.00 | 0.20 | Confs. Rice re: status. |
| 01/18/08 | PVL | 840.00 | 0.30 | Teleconference Horkovich (.2); review draft agenda and email Hurford (.1). |

| 01/18/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 01/18/08 | ADK | 205.00 | 0.10 | EI binder update. |
| 01/23/08 | PVL | 840.00 | 0.40 | Review 4 miscellaneous filings (.1); review docs. for filing (.3). |
| 01/23/08 | JPW | 475.00 | 0.50 | Review and edit objection (.3); meet with TWS re filing (.2). |
| 01/24/08 | PVL | 840.00 | 0.30 | Review docs for filing. |
| 01/25/08 | PVL | 840.00 | 0.10 | Teleconference Hurford. |
| 01/25/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 01/25/08 | ADK | 205.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 01/28/08 | ADK | 205.00 | 0.50 | Review, classify and annotate relevant material from committee meeting for EI. |
| 01/31/08 | ADK | 205.00 | 0.50 | Retrieved and reviewed committee meeting materials for local counsel, tc, re: same. |
| 01/31/08 | JPW | 475.00 | 0.50 | Review Heller Ehrman report for privilege |

**Total Task Code .04**        **14.10**


### Claim Analysis Objection & Resolution (Asbestos) (68.90 Hours; $ 57,876.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 68.90 | $840 | 57,876.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/01/08 | PVL | 840.00 | 3.90 | Review 6/17/07 and 9/25/07 Dunbar report and supplement report (1.6); review 9/25/07 Dunbar rebuttal report (1); review 11/6/07 Dunbar depo (1.3). |
| 01/02/08 | PVL | 840.00 | 0.40 | Teleconference EI (.2); review email (.2). |

| | | | | |
|---|---|---|---|---|
| 01/04/08 | PVL | 840.00 | 2.00 | Teleconference EI (.1); review email and reply (.3); confer NDF (1.1); trial prep (.3); review Anderson decl (.2). |
| 01/05/08 | PVL | 840.00 | 3.40 | Review draft ACC/FCR Daubert reply brief (1.9); teleconference Frankel, Ansbro, WBS, NDF, JPN (1.5). |
| 01/06/08 | PVL | 840.00 | 3.60 | Teleconference WBS (.3); review revised ACC/FCR reply brief (1.9); review email (.1); teleconference Frankel, Anshro, WBS, NDF, JPW et al (1); teleconference JPW (.3). |
| 01/07/08 | PVL | 840.00 | 5.40 | Review Grace MIL (.1); review draft Stallard decl (.3); review email (.3); work on ACC/FCR Daubert reply brief (3.9); confer NDF and JPW (.2); confer NDF (.6). |
| 01/08/08 | PVL | 840.00 | 5.60 | Review email (.1); review NKF arg outline (.2); review Grace Daubert reply (.9); prep for 1/14 hearing (2.8); teleconference Mullady, Ansbro, EI, NDF, JPW et al (1.6). |
| 01/09/08 | PVL | 840.00 | 0.20 | Review email and reply. |
| 01/10/08 | PVL | 840.00 | 5.40 | Review email and reply (.3); review Sinclair memo re env. cls (.1); confer WBS and NDF re trial prep (1.2); teleconference EI re same (.4); confer JMR re arg prep (.3); review Mullady arg outline (.2); prep for 1/14 arg (2.8); review draft MIL opposition (.1). |
| 01/11/08 | PVL | 840.00 | 9.00 | Review email (.1); review revised MIL response (.1); prep for 1/14 arg (8.6); review 4 miscellaneous objs to U.S. env settlement motion (.1); review JAL memo re same (.1). |
| 01/12/08 | PVL | 840.00 | 3.00 | Prep for 1/14 arg (1.3); teleconference WBS and NDF re same (1.5); review email and reply (.2). |
| 01/13/08 | PVL | 840.00 | 5.90 | Prep for 1/14  argument. |
| 01/15/08 | PVL | 840.00 | 4.50 | Prep for trial (.8); review 1/14/08 transcript (1.6); review JAL memo re env. cls. (.2); confer NDF (.4); confer EI, WBS, NDF, BSB, JPW and ALV re trial prep (1.5). |

| 01/16/08 | PVL | 840.00 | 9.90 | Attend estimation trial (8.1); confer co-counsel re trial prep (1); confer EI re same (.8). |
| 01/17/08 | PVL | 840.00 | 2.00 | Review 14 miscellaneous filings re est. hearing (.2); confer NDF and WBS re trial prep (.8); review email re same (.2); confer NDF re trial prep (.7); review NDF memo re same (.1). |
| 01/18/08 | PVL | 840.00 | 1.40 | Teleconference EI (.4); confer NDF (1). |
| 01/21/08 | PVL | 840.00 | 0.20 | Teleconference EI (.1); review email (.1). |
| 01/22/08 | PVL | 840.00 | 0.10 | Review email. |
| 01/23/08 | PVL | 840.00 | 0.60 | Teleconference Snyder (.2); review 1/22 tr. (.1); teleconference NDF and JAL (.3). |
| 01/24/08 | PVL | 840.00 | 0.30 | Review Buckwalter opinion re Libby stay (.1); review email and reply (.1); review 1/29 tr. excerpt (.1). |
| 01/25/08 | PVL | 840.00 | 0.10 | Review email re est. trial prep. |
| 01/29/08 | PVL | 840.00 | 0.20 | Review email and reply. |
| 01/30/08 | PVL | 840.00 | 0.10 | Teleconference NDF. |
| 01/31/08 | PVL | 840.00 | 1.70 | Review email and reply (.5); review revised drafts of PIQ brief and email comments re same (1.2). |

**Total Task Code .05        68.90**

## Claim Analysis Objection & Resolution (Non-Asbestos) (29.40 Hours; $ 14,587.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |
| Jeffrey A. Liesemer | 29.30 | $495 | 14,503.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/08 | JAL | 495.00 | 1.80 | Teleconf. w/M. Hurford and J. Sinclair re: proposed multi-site environmental settlement (.60); further review and analysis of proposed multi-site environmental settlement (.40); review and analysis of materials relating to environmental claims issues (.80). |

| | | | | |
|---|---|---|---|---|
| 01/03/08 | JAL | 495.00 | 4.80 | Further review and analysis of proposed multi-site settlement agreement relating to environmental claims. |
| 01/04/08 | JAL | 495.00 | 0.80 | Tele. call w/M. Hurford re: proposed multi-site environmental settlement (.2); reviewed materials from M. Hurford re: proposed multi-site environmental settlement (.3); drafted and revised memo relating to proposed multi-site environmental settlement (.3). |
| 01/08/08 | JAL | 495.00 | 0.90 | Telephone call and voice message to M. Hurford re: proposed multi-site environmental settlement (.10); tele. conf. w/M. Hurford re: proposed multi-site environmental settlement (.30); tele. conf. w/M. Hurford and J. Sinclair re: proposed multi-site environmental settlement (.40); further discussion by telephone w/M. Hurford re: proposed environmental settlement (.10). |
| 01/09/08 | JAL | 495.00 | 1.20 | Drafted e-mail to M. Hurford re: proposed environmental settlement (.10); telephone conf. w/M. Hurford re: proposed environmental settlement (.10); telephone call and voice message to D. Felder re: proposed environmental settlement (.10); review and analysis of memo from J. Sinclair re: proposed environmental settlement (.20); telephone call w/D. Felder re: proposed environmental settlement (.10); further tele. conf. w/M. Hurford re: proposed multi-site environmental settlement (.30); further review of materials and exchange of e-mails w/M. Hurford re: proposed environmental settlement (.30). |
| 01/10/08 | JAL | 495.00 | 4.00 | Tele. conf. w/R. Wyron re: proposed environmental settlement (.30); reviewed e-mails from M. Hurford re: proposed environmental settlement (.10); drafted and revised memo to Committee re: proposed multi-site environmental settlement (3.60). |
| 01/11/08 | JAL | 495.00 | 7.60 | Further drafting and revisions to memo to Committee re: proposed multi-site environmental settlement (7.10); review and analysis of responses filed by other parties to the proposed multi-site environmental settlement (.40); telephone call w/R. Wyron re: proposed multi-site environmental settlement (.10). |

| | | | | |
|---|---|---|---|---|
| 01/14/08 | JAL | 495.00 | 4.30 | Further drafting and revisions to memo to Committee re: proposed environmental settlement. |
| 01/15/08 | JAL | 495.00 | 0.60 | Drafted e-mail to R. Wyron re: proposed multi-site environmental settlement (.10); review and analysis of materials relating to proposed multi-site environmental settlement (.50). |
| 01/17/08 | JAL | 495.00 | 0.40 | E-mail exchanges w/R. Wyron re: proposed environmental settlement (.10); drafted response e-mail to M. Hurford re: proposed environmental settlement (.10); telephone call w/R. Wyron re: proposed multi-site environmental settlement (.20). |
| 01/21/08 | PVL | 840.00 | 0.10 | Review CSX motion re admin claim. |
| 01/23/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL and NDF re: CSX motion for allowance and payment of administrative expense. |
| 01/24/08 | JAL | 495.00 | 1.30 | Review and analysis of modified proposed order approving environmental settlement (1.10); tele. call and voice message to R. Wyron re: proposed multi-site environmental settlement (.20). |
| 01/25/08 | JAL | 495.00 | 1.00 | Reviewed e-mail exchanges from J. Baer and R. Wyron re: proposed multi-site environmental settlement (.20); tele. conf. w/R. Wyron re: changes to proposed order approving environmental settlement (.30); reviewed R. Wyron's proposed clarifying language to order approving environmental settlement (.10); telephone call w/EI re: proposed multi-site environmental settlement (.10); reviewed e-mail from R. Wyron re: proposed environmental settlement and drafted response e-mail to R. Wyron and J. Baer re: same (.30); |
| 01/30/08 | JAL | 495.00 | 0.40 | Tele. call w/D. Felder re: proposed multi-site environmental settlement agreement (.10); tele. call w/M. Hurford re: proposed multi-site environmental settlement agreement (.20); reviewed e-mail exchanges between J. Baer and M. Hurford re: proposed environmental multi-site agreement and extension of objection deadline (.10) |

**Total Task Code .06        29.40**

**Committee, Creditors', Noteholders' or Equity Holders (5.00 Hours; $ 4,600.00)**

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Inselbuch | | 5.00 | | $920 | 4,600.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/09/08 | EI | 920.00 | 4.00 | Committee meeting (3.5); prep (.5). |
| 01/24/08 | EI | 920.00 | 1.00 | Memo to Committee re: status (1.0). |

**Total Task Code .07          5.00**

**Fee Applications, Applicant (6.30 Hours; $ 2,689.00)**

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Rita C. Tobin | | 4.30 | | $530 | 2,279.00 |
| Andrew D. Katznelson | | 2.00 | | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/08 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 01/08/08 | RCT | 530.00 | 0.20 | Review fee schedules for January (.2) |
| 01/11/08 | RCT | 530.00 | 1.00 | Review Prebills (1.0) |
| 01/15/08 | RCT | 530.00 | 0.80 | Review exhibits (.8) |
| 01/21/08 | RCT | 530.00 | 1.50 | Review fee apps. (1.5) |
| 01/22/08 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 01/23/08 | RCT | 530.00 | 0.50 | Address fee issue (.5) |
| 01/23/08 | ADK | 205.00 | 0.50 | Worked on fee application. |

| 01/30/08 | RCT | 530.00 | 0.30 | Emails TWS re fee issues (.3) |
| 01/31/08 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |

**Total Task Code .12**        **6.30**

## Hearings (50.20 Hours; $ 45,264.00)

| Attorney | | Number of Hours | Billing Rate | Value |
|---|---|---|---|---|
| Elihu Inselbuch | | 38.70 | $920 | 35,604.00 |
| Peter Van N. Lockwood | | 11.50 | $840 | 9,660.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/06/08 | PVL | 840.00 | 0.80 | Review 12/17/07 transcript. |
| 01/14/08 | PVL | 840.00 | 10.70 | Attend hearing (6.8); prep for hearing (.4); confer Frankel, Mullady, Ansbro, EI, WBS, NDF et al re hearing (3.5). |
| 01/14/08 | EI | 920.00 | 8.00 | Estimation hearing Daubert/openings and conferences (8.0). |
| 01/16/08 | EI | 920.00 | 9.00 | Hearing and prep (9.0). |
| 01/21/08 | EI | 920.00 | 7.20 | Trip to Pittsburgh reviewing witness outlines (4.2); conf. NDF/BSB re: witnesses Weill and Henry and other hearing issues (2.5); dinner conf. NDF, Mullady, Frankel re: trial prep (.5). |
| 01/22/08 | EI | 920.00 | 7.50 | Hearing. |
| 01/23/08 | EI | 920.00 | 6.00 | Hearing. |
| 01/24/08 | EI | 920.00 | 1.00 | Reviewing trial documents (1.0). |

**Total Task Code .15**        **50.20**

## Litigation and Litigation Consulting (1,700.90 Hours; $ 735,102.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 14.10 | $920 | 12,972.00 |
| Walter B. Slocombe | 149.50 | $720 | 107,640.00 |
| Trevor W. Swett | 14.70 | $660 | 9,702.00 |
| Bernard S. Bailor | 180.60 | $630 | 113,778.00 |
| Nathan D. Finch | 271.60 | $610 | 165,676.00 |
| Leslie M. Kelleher | .20 | $510 | 102.00 |
| Jeffrey A. Liesemer | 33.40 | $495 | 16,533.00 |
| James P. Wehner | 219.20 | $475 | 104,120.00 |
| Adam L. Vangrack | 206.50 | $320 | 66,080.00 |
| Jeanna M. Rickards | 89.80 | $270 | 24,246.00 |
| Andrew J. Sackett | 14.50 | $255 | 3,697.50 |
| Todd E. Phillips | 30.90 | $255 | 7,879.50 |
| Erroll G. Butts | 38.00 | $235 | 8,930.00 |
| David B. Smith | 208.90 | $235 | 49,091.50 |
| Samira A. Taylor | 53.40 | $195 | 10,413.00 |
| Connie J. Kim | 17.70 | $195 | 3,451.50 |
| Sarah Z. Emamjomeh | 38.90 | $195 | 7,585.50 |
| Marissa A. Fanone | 119.00 | $195 | 23,205.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/08 | BSB | 630.00 | 6.90 | Cross examination preparation |
| 01/02/08 | WBS | 720.00 | 6.10 | Telephone conference with FCR representatives re allocation of work and take on Reply (1.2); conferences with JPW re assignment of work, status, schedule (0.3); draft on Reply (4.6). |
| 01/02/08 | SAT | 195.00 | 4.00 | Edit database to reflect attorney descriptions and notes re exhibits. |
| 01/02/08 | NDF | 610.00 | 8.50 | Trial preparation and work on Daubert reply brief. |
| 01/02/08 | DBS | 235.00 | 10.20 | Compile and review trial exhibits, deposition transcripts, hearing transcripts, court orders, and expert reports for inclusion into court presentation database (3.6); review objections to debtor's exhibit list and draft objections pleading for attorney review (6.6). |
| 01/02/08 | JPW | 475.00 | 10.60 | Research Daubert reply (2.7); meet with WBS re reply (.5); draft Daubert outline (1.8); e-mails re Daubert reply (1.3); telephone conference with FCR re reply (1.0); meet with BSB re Moolgavkar (.6); |

|          |     |        |       | telephone conference with J. Ansboro re reply (.2); meet with JMR re reply (.3); draft Daubert reply (2.2) |
|----------|-----|--------|-------|------------------------------------------|
| 01/02/08 | EGB | 235.00 | 5.00  | Work on database issues; fix load files; review and edit materials. |
| 01/02/08 | JMR | 270.00 | 3.50  | Conference call regarding Daubert reply brief; research regarding state application of Daubert and other standards; research regarding trial verdicts for plaintiff's in federal courts; coordinate finalization of the exhibit authenticity objections |
| 01/02/08 | SZE | 195.00 | 1.00  | Assist D. Smith in updating opposing counsel's trial exhibit spreadsheet with C&D attorney comments |
| 01/03/08 | BSB | 630.00 | 7.30  | Cross examination preparation |
| 01/03/08 | WBS | 720.00 | 5.50  | Work on Daubert Reply, including Anderson section. |
| 01/03/08 | EI  | 920.00 | 0.80  | Bylaws inquiry (.1); trial prep (.5); meeting prep (.2). |
| 01/03/08 | SAT | 195.00 | 0.20  | Analyze data and compile spreadsheets for use in trial re x-ray profusion study. |
| 01/03/08 | NDF | 610.00 | 10.50 | Trial preparation and work on Daubert reply brief. |
| 01/03/08 | DBS | 235.00 | 6.60  | Compile and review trial exhibits, deposition transcripts, hearing transcripts, court orders, and expert reports for inclusion into court presentation database (2.0); review objections to debtor's exhibit list and draft objections pleading for attorney review (.4); discuss trial logistics with vendors (2.0); research and compile documents for attorney use in drafting Daubert reply brief (2.2). |
| 01/03/08 | JPW | 475.00 | 9.70  | Telephone conference with M. Hurford re trial issues (.3); meet with JMR re Lee (.6); e-mails re draft brief (1.2); meet with BSB re cross outlines (.4); research and draft reply brief (7.0); meet with NDF re brief (.2) |
| 01/03/08 | EGB | 235.00 | 7.50  | Quality-check medical chart for B. Baylor; review and check data that was input. |
| 01/03/08 | JMR | 270.00 | 6.30  | Review materials submitted by expert; prepare section of brief regarding expert |

| | | | | |
|---|---|---|---|---|
| 01/03/08 | AJS | 255.00 | 5.90 | Legal research regarding creditors comittees. |
| 01/03/08 | AJS | 255.00 | 0.10 | Meeting with JPW regarding creditors committee research. |
| 01/04/08 | BSB | 630.00 | 7.40 | Trial preparation - telephone conference with D. Relles - Moolgavkar research; Ory outline |
| 01/04/08 | WBS | 720.00 | 5.80 | Continue work on Daubert Reply, including review of depositions, cases cited by Debtor, FCR comment, inputs, probability issues. |
| 01/04/08 | EI | 920.00 | 0.20 | Trial prep issues. |
| 01/04/08 | SAT | 195.00 | 3.70 | Analyze data and compile spreadsheets for use in trial re x-ray profusion study. |
| 01/04/08 | NDF | 610.00 | 9.90 | Trial preparation - exhibit list review, etc. (8.8); work on Daubert reply brief (1.1). |
| 01/04/08 | DBS | 235.00 | 5.80 | Compile and review trial exhibits, deposition transcripts, hearing transcripts, court orders, and expert reports for inclusion into court presentation database (1.8); discuss trial logistics with vendors (.8); research and compile documents for attorney use in drafting Daubert reply brief (1.2); draft contact list for estimation hearing (2.0). |
| 01/04/08 | ALV | 320.00 | 7.30 | Prepare for trial and upcoming pretrial matters (5.3); review pleadings and organize files (0.7); research regarding Reply to Debtors' Opposition to ACC's Motion to Exclude Experts (1.3). |
| 01/04/08 | JPW | 475.00 | 10.00 | Meet with NDF and WBS re reply brief (.8); telephone conference with J. Ansboro re reply (x2) (.5); telephone conference with T. Kim re reply (.2); meet with AJS re research (.1); research and draft reply brief (8.4) |
| 01/04/08 | EGB | 235.00 | 6.00 | Quality-check medical chart for B. Baylor; review and check data that was input. |
| 01/04/08 | JMR | 270.00 | 2.30 | Research regarding the standards states apply for causation in asbestos cases, and evidence sufficient to support that standard |
| 01/05/08 | BSB | 630.00 | 7.10 | Trial preparation - cross examination - Henry |

| 01/05/08 | WBS | 720.00 | 4.40 | Conference call with FCR counsel to go over draft (1.4); revise draft to conform and include new matter as agreed (3.0). |
| 01/05/08 | NDF | 610.00 | 3.50 | Telephone conference with PVNL and Frankel, et al. re reply brief (2.5); review edits to same (1.0). |
| 01/05/08 | ALV | 320.00 | 4.40 | Research regarding Reply to Debtors' Opposition to ACC's Motion to Exclude Experts. |
| 01/05/08 | JPW | 475.00 | 5.90 | Telephone conference with FCR re brief (1.5); e-mails re brief (.6); revise Daubert reply (3.8) |
| 01/05/08 | JPW | 475.00 | 9.30 | Telephone conference with J. Ansboro, WBS re reply (.2); revise reply (5.1); telephone conference re reply with FCR (.9); e-mails re reply (1.3); telephone conference re reply with briefing team (1.0); telephone conference with WBS re revisions (.4); telephone conference with PVNL re revisions (.4) |
| 01/06/08 | WBS | 720.00 | 7.80 | Continue work on Reply, including incorporation of overnight comments, new sections, review of statistical issues, and conference call with FCR counsel, and drafting introduction. |
| 01/06/08 | TWS | 660.00 | 0.10 | E-mail to/from PVNL re LTC hearing |
| 01/06/08 | NDF | 610.00 | 3.60 | Telephone conference with PVNL and Ansbro, et al. re reply brief edits (1.5); review various revised drafts of reply brief (2.1). |
| 01/06/08 | ALV | 320.00 | 8.40 | Prepare for trial and upcoming pretrial matters (2.0); research regarding Reply to Debtors' Opposition to ACC's Motion to Exclude Experts (2.9); edit Reply to Debtors' Opposition to ACC's Motion to Exclude Experts (3.5). |
| 01/06/08 | JMR | 270.00 | 6.80 | Cite check, proof, and edit Daubert reply brief |
| 01/07/08 | BSB | 630.00 | 8.30 | General trial preparation; review Henry x-ray (4.1); study work on cross examination outlines (4.2) |
| 01/07/08 | WBS | 720.00 | 9.50 | Finalize Reply, including review of FCR comments; research on Daubert standards, statistical issues (8.3); start preparation for early witnesses as listed by Debtor (1.2). |

| 01/07/08 | SAT | 195.00 | 5.40 | Analyze data and compile spreadsheets for use in trial re X-ray profusion study. |
|---|---|---|---|---|
| 01/07/08 | NDF | 610.00 | 11.50 | Review FCR edits to reply brief (1.5); edit same (0.8); trial preparation - Rodricks cross exam (3.5); trial preparation - attention to openings (4.5); email correspondence to Grace counsel re various trial issues (0.7); email to FCR counsel re openings (0.5). |
| 01/07/08 | DBS | 235.00 | 14.60 | Cite check and prepare exhibits for filing of Daubert reply brief (13.4); compile, review, and prepare potential exhibits and other documents for use at estimation hearing (1.2). |
| 01/07/08 | JPW | 475.00 | 12.90 | Telephone conference with M. Hurford re Reply (x3) (.8); revise and finalize Reply brief (10.8); telephone conference with J. Ansboro re Reply brief (.2); telephone conferences with WBS re Reply brief (1.1) |
| 01/07/08 | EGB | 235.00 | 5.50 | Quality-check medical chart for B. Baylor; review and check data that was input. |
| 01/07/08 | JMR | 270.00 | 14.60 | Revise brief, cite check and proof, assist with finalizing and filing |
| 01/07/08 | SZE | 195.00 | 0.40 | Assist D. Smith in creating exhibit cover pages and converting to PDF format |
| 01/07/08 | MAF | 195.00 | 5.00 | Collect, review and prepare trial exhibits. |
| 01/08/08 | BSB | 630.00 | 8.60 | Telephone conference with D. Relles (.3); meet with Grace Team (1.2); revise chart (.6); cross examination outlines (6.5) |
| 01/08/08 | WBS | 720.00 | 6.60 | Review Debtor's reply (1.5); conference call with FCR re initial stage of trial, including Daubert arguments allocation of work for Op. Statements (1.3); work on Rodricks cross issues (3.8). |
| 01/08/08 | EI | 920.00 | 2.10 | Conf. call trial team re: prep (1.7); t/cs NDF re: prep (.3); Peterson memo (.1) |
| 01/08/08 | SAT | 195.00 | 7.80 | Analyze data and compile spreadsheets for use in trial re X-ray profusion study. |
| 01/08/08 | NDF | 610.00 | 12.90 | Trial preparation. |
| 01/08/08 | DBS | 235.00 | 7.30 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing (5.7); |

| | | | | attend meeting re trial logistics (1.0); discuss trial logistics with vendors (.6). |
|---|---|---|---|---|
| 01/08/08 | ALV | 320.00 | 6.90 | Review pleadings (1.0); prepare for trial and upcoming pretrial matters and pleadings (5.8); meet with NDF, JPW, WBS, BSB, DBS, and MAF regarding pretrial matters (1.1). |
| 01/08/08 | JPW | 475.00 | 5.80 | Telephone conference with FCR re openings (1.5); meeting with trial team re assignments (1.0); review Grace Reply Brief (2.0); review Motion in Limine (1.0); meet with BSB re demonstratives (.3) |
| 01/08/08 | EGB | 235.00 | 3.50 | Prepare documents on hard drive for D. Smith review and quality-check all work. |
| 01/08/08 | JMR | 270.00 | 1.20 | Research regulations |
| 01/08/08 | MAF | 195.00 | 6.00 | Collect, review and prepare trial exhibits. |
| 01/09/08 | BSB | 630.00 | 8.30 | Trial preparation - prepare cross examination outlines (7.7); meetings with JPW and NDF (.6) |
| 01/09/08 | WBS | 720.00 | 5.00 | Meeting with NDF and DBS re preparation for Debtor's first four witnesses as identified (1.5); review Rodricks deposition and publications and develop outline for cross (3.5). |
| 01/09/08 | SAT | 195.00 | 2.60 | Retrieve documents re preparation of trial exhibits. |
| 01/09/08 | SAT | 195.00 | 0.70 | Analyze data and compile spreadsheets for use in trial re X-ray profusion study. |
| 01/09/08 | NDF | 610.00 | 15.00 | Trial preparation (14.5); telephone conference with ACC lawyers re settlement (0.5). |
| 01/09/08 | DBS | 235.00 | 9.80 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing (9.5); discuss trial logistics with vendors (.3). |
| 01/09/08 | ALV | 320.00 | 5.70 | Editing and drafting of opposition to Debtors' Motion in limine (2.4); prep. for estimation hearing (3.3). |
| 01/09/08 | JPW | 475.00 | 9.20 | Meet with BSB re Ory cross examination (.3); review cross examination outlines (2.2); research and draft response to motion in limine (5.9); meet with JMR re motion in limine (.8) |

| 01/09/08 | EGB | 235.00 | 2.00 | Prepare documents on hard drive for D. Smith review and quality-check all work. |
| 01/09/08 | JMR | 270.00 | 10.40 | Legal research for reply in support of motion in limine regarding admission of expert reports, revise draft of reply brief |
| 01/09/08 | SZE | 195.00 | 7.50 | Flag exhibits, create new exhibit list for cross-examination, index, assign new numbers, create labels and tab documents; create boxes for four witnesses obtaining cross-examination materials, pull originals, copy and quality check; copy and quality check exhibits for attorney opening statement; organize original exhibits and labeling all boxes; create box for D. Smith's trial materials and war room supplies for D. Smith |
| 01/09/08 | MAF | 195.00 | 8.50 | Collect, review and prepare trial exhibits. |
| 01/10/08 | BSB | 630.00 | 8.40 | Meeting with NDF and JPW re Ory and Henry (1.1); read Grace Motion in Limine (.7); continue work on trial preparation and exhibits (6.6) |
| 01/10/08 | WBS | 720.00 | 5.00 | Rodricks outline (1.5); Longo/Hays summary (2.5); conference with PVNL, NDF re strategy (1.0). |
| 01/10/08 | EI | 920.00 | 1.60 | T/c Peterson re: TDP and trial prep (.1); t/c Frankel re: various calls and status (.3); sorting for trip (1.0); t/c PVNL re: prep (.2). |
| 01/10/08 | SAT | 195.00 | 5.60 | Create deposition designations for attorney review re trial. |
| 01/10/08 | NDF | 610.00 | 12.00 | Trial preparation (11.5); telephone conference with Grace lawyers re trial logistics (0.5). |
| 01/10/08 | DBS | 235.00 | 9.70 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing. |
| 01/10/08 | ALV | 320.00 | 7.60 | Editing and drafting of opposition to debtors' motion in limine (3.2); prep. for estimation hearing (4.4). |
| 01/10/08 | JPW | 475.00 | 9.00 | Meet with NDF and BSB re Ory (.8); e-mails re trial preparation (1.2); revise and research motion in limine response (4.8); review Rodericks Report (1.0); telephone conference with M. Hurford re filing (.6); trial preparation (.6) |

| 01/10/08 | JMR | 270.00 | 12.40 | Continue legal research and preparing reply brief (2.6); legal research regarding the bases for expert testimony, prepare brief summarizing findings (9.8) |
| 01/10/08 | SZE | 195.00 | 5.00 | Create labels for exhibits; organize witness cross-examination materials into redwells, label each redwell, pull original exhibits and copy per original, and quality check for D. Smith |
| 01/10/08 | MAF | 195.00 | 6.00 | Collect, review and prepare trial exhibits. |
| 01/11/08 | BSB | 630.00 | 9.40 | Work with SEER data (3.8); read deposition transcripts (2.7); revise cross examination outlines (2.9) |
| 01/11/08 | WBS | 720.00 | 6.00 | Longo outline (2.3); Rodricks outline (2.4); organize trial materials (1.3). |
| 01/11/08 | EI | 920.00 | 1.00 | Prep for trip. |
| 01/11/08 | SAT | 195.00 | 2.40 | Retrieve documents re trial exhibits. |
| 01/11/08 | NDF | 610.00 | 10.50 | Trial preparation. |
| 01/11/08 | DBS | 235.00 | 8.50 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing (7.5); cite check brief for attorney review (1.0). |
| 01/11/08 | ALV | 320.00 | 8.60 | Editing and filing of Opposition to Debtors' Motion in Limine (2.3); prep. for estimation hearing (6.3). |
| 01/11/08 | JPW | 475.00 | 8.20 | Revise and finalize Response to Motion in Limine (2.1); telephone conference with M. Hurford (.2); Rodericks witness preparation (1.6); trial preparation (4.3) |
| 01/11/08 | JMR | 270.00 | 9.40 | Continue legal research regarding bases for expert testimony and preparing brief summarizing findings |
| 01/11/08 | SZE | 195.00 | 6.50 | Pull original exhibits for witness cross-examinations, copy 11 times, organize into redwells, create labels for each redwell, and quality check; organize trial boxes with supplies, create labels for each box and quality check all boxes in order to ensure all supplies are shipped to trial for D. Smith |
| 01/11/08 | MAF | 195.00 | 6.50 | Collect, review and prepare trial exhibits. |

| 01/12/08 | WBS | 720.00 | 2.50 | Review opening outline; conference call re opening; review medical articles in preparation for Ory. |
| 01/12/08 | EI | 920.00 | 1.50 | Memo JAL re: environmental settlement issues (.5); reviewed PVNL/NDF outlines (1.0). |
| 01/12/08 | NDF | 610.00 | 8.50 | Prepare for opening with PVNL and WBS (2.5); prepare for opening alone (5.5); emails to Bernick re various issues (0.5). |
| 01/12/08 | DBS | 235.00 | 12.50 | Set up and organize war room and coordinate logistics with vendors in preparation for estimation hearing. |
| 01/12/08 | ALV | 320.00 | 7.00 | Prep. for estimation hearing. |
| 01/13/08 | BSB | 630.00 | 4.30 | Meeting with co-counsel - trial preparation (4.3) |
| 01/13/08 | WBS | 720.00 | 6.70 | Review Ory deposition (1.2); trial preparation in Pittsburgh, including outline for openings/Daubert argument; cases on procedure for estimation; meeting with FCR counsel; exhibits assembly (5.5) |
| 01/13/08 | EI | 920.00 | 3.50 | Memos re: argument time (.5); prep session all hands in Pittsburgh (3.0). |
| 01/13/08 | NDF | 610.00 | 12.50 | Trial preparation. |
| 01/13/08 | DBS | 235.00 | 13.00 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing. |
| 01/13/08 | ALV | 320.00 | 14.90 | Prep. for estimation hearing. |
| 01/13/08 | JPW | 475.00 | 10.10 | Deposition cross designations (4.2); travel to Pittsburgh, PA (3.0); trial preparation (2.9) |
| 01/14/08 | BSB | 630.00 | 8.20 | Estimation trial |
| 01/14/08 | WBS | 720.00 | 8.50 | Trial day openings and Daubert motion; conferences with PVNL, NDF re adjustments to outlines in light of Bernick opening. |
| 01/14/08 | NDF | 610.00 | 11.00 | Prepare for estimation hearing (1.5); attend estimation hearing (8.0); prepare for trial witnesses (1.5). |
| 01/14/08 | DBS | 235.00 | 11.00 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing (1.9); attend estimation hearing (9.1). |

| 01/14/08 | ALV | 320.00 | 16.10 | Prep. for estimation hearing (7.8); attendance at (and duties related to) estimation hearing (8.3). |
|---|---|---|---|---|
| 01/14/08 | JPW | 475.00 | 9.10 | Estimation trial - openings (8.5); meet with trial team re openings (.6) |
| 01/14/08 | MAF | 195.00 | 9.50 | Attend Estimation Hearing. |
| 01/15/08 | BSB | 630.00 | 9.20 | Meetings with co-counsel; research; trial and witness preparation |
| 01/15/08 | WBS | 720.00 | 10.00 | Preparation for Rodricks cross. |
| 01/15/08 | NDF | 610.00 | 15.80 | Trial preparation (Ory, Rodricks) (14.8); confer with PVNL and EI re case strategy (0.5); confer with Mullady re same (0.5). |
| 01/15/08 | DBS | 235.00 | 13.00 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing. |
| 01/15/08 | JAL | 495.00 | 0.90 | E-mail exchanges w/David Dixon re: estimation trial (.30); review and analysis of materials relating to estimation trial (.60). |
| 01/15/08 | ALV | 320.00 | 12.60 | Preparation for estimation hearing. |
| 01/15/08 | JPW | 475.00 | 9.40 | Prepare cross examination of Rodricks and Ory; trial preparation (6.0); meet with NDF and WBS re Rodricks (.5); cross designations (2.9) |
| 01/15/08 | MAF | 195.00 | 12.50 | Compile, review and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 01/16/08 | BSB | 630.00 | 8.90 | Estimation trial |
| 01/16/08 | WBS | 720.00 | 10.80 | Trial day (8:45 am - 6:15 pm) (9.5); discuss strategy for next week with JPW, NDF (1.3). |
| 01/16/08 | NDF | 610.00 | 14.00 | Trial preparation (2.5); participate in trial (estimation hearing) (9.0); confer with WBS and JPW re trial strategy and preparation (2.5). |
| 01/16/08 | DBS | 235.00 | 12.00 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing (1.5); attend estimation hearing (10.5). |
| 01/16/08 | ALV | 320.00 | 14.20 | Preparation for estimation hearing (5.1); attendance at (and duties related to) estimation hearing (9.1). |

| 01/16/08 | JPW | 475.00 | 12.20 | Trial of estimation issues (10.0); meet with NDF and WBS re trial issues (2.2). |
| 01/16/08 | EGB | 235.00 | 3.50 | Conference calls with various vendors regarding internet connectivity issues. |
| 01/16/08 | MAF | 195.00 | 10.50 | Attend Estimation Hearing. |
| 01/17/08 | BSB | 630.00 | 3.80 | Trial preparation (3.8) |
| 01/17/08 | WBS | 720.00 | 5.20 | Conference with PVNL and NDF re strategy on not everyone is average issue, 408, PIQs, overall cross approach (1.1); work on Lees cross preparation (4.1). |
| 01/17/08 | NDF | 610.00 | 12.00 | Trial preparation (10.5); memo to EI and PVNL re case strategy (1.5). |
| 01/17/08 | DBS | 235.00 | 3.00 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing (1.7); compile official trial transcript for attorney review (.8); discuss trial logistics with vendors (.5). |
| 01/17/08 | JAL | 495.00 | 1.90 | Office conf. w/NDF re: estimation hearing issues (.20); review and analysis of materials relating to estimation trial (.90); office conf. w/PVNL, NDF and WBS re: estimation trial (.80). |
| 01/17/08 | ALV | 320.00 | 4.50 | Prep. for estimation hearing. |
| 01/17/08 | JPW | 475.00 | 4.10 | Telephone conference with ALV re trial logistics (.2); review opening transcripts (1.7); research evidence issue (2.2) |
| 01/17/08 | EGB | 235.00 | 5.00 | Collect, copy and review material to be used for trial for N. Finch and W. Slocombe. |
| 01/18/08 | BSB | 630.00 | 8.30 | Meet with FCR and NDF (2.1); continue work on trial preparation (5.2); planning meeting with NDF, WBS and JPW (1.0) |
| 01/18/08 | WBS | 720.00 | 6.00 | Conference with NDF, JPW re preparation for next set of witnesses, MILs (0.7); work on Lees and Anderson preparation for cross, including analysis of overlap issue (5.3). |
| 01/18/08 | EI | 920.00 | 1.00 | Conf. NDF re: prep and staffing. |

| 01/18/08 | SAT | 195.00 | 13.50 | Quality-check Profusion readings data analysis worksheets re trial exhibits as per BSB instructions (11.5); edit Profusion worksheets (2.0). |
| 01/18/08 | NDF | 610.00 | 14.20 | Trial preparation (7.5); confer with EI re case strategy (0.5); confer with Mullady re same (1.1); confer with BSB re Henry and Weill (1.0); read Parker and Henry depositions (1.5); review statistics textbook (0.9); revise cross outlines (1.2); telephone conference with Harding re case issue (0.5). |
| 01/18/08 | DBS | 235.00 | 7.40 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing (5.6); compile and send deposition counter-designations to co-counsel for review (1.3); discuss trial logistics with vendors (.5). |
| 01/18/08 | JAL | 495.00 | 1.30 | Review and analysis of materials relating to estimation trial issues (1.2); reviewed notice of agenda for omnibus hearing on Jan. 28 (.10). |
| 01/18/08 | ALV | 320.00 | 8.20 | Prep. for estimation hearing. |
| 01/18/08 | JPW | 475.00 | 10.40 | Telephone conference with J. Ansboro re cross designations (.5); research PIQ issues (1.9); meet with WBS (.8); draft demonstratives (4.0); research cross issues (2.7); meet with ALV re trial logistics (.5) |
| 01/18/08 | CJK | 195.00 | 17.70 | Assist S. Taylor in quality checking exhibits |
| 01/18/08 | SZE | 195.00 | 18.50 | Assist S. Taylor in inserting data regarding Claimants Radiograph forms into Excel spreadsheet and quality check each document |
| 01/18/08 | MAF | 195.00 | 20.00 | Review marked deposition transcripts and draft counter-designation pleading for attorney (2.0); quality-check Profusion readings data analysis worksheets re trial exhibits as per BSB instructions and edit Profusin reading worksheets (18.0). |
| 01/19/08 | BSB | 630.00 | 6.00 | Prepare for Tuesday's trial session |
| 01/19/08 | WBS | 720.00 | 4.50 | Research and task outline for MILs (1.4); work on Lees cross materials (3.1). |
| 01/19/08 | SAT | 195.00 | 7.50 | Quality-check Profusion readings data analysis worksheets re trial exhibits as per BSB instructions (4.0); edit Profusion worksheets (3.5). |

| 01/19/08 | NDF | 610.00 | 8.20 | Review deposition counter designations (1.5); review Weill cross exhibits (1.0); prepare for trial (Weill, miscellaneous) (5.1); review counter designation pleading (0.1); emails re various (0.3); confer with WBS re bench memos (0.2). |
| 01/19/08 | DBS | 235.00 | 9.00 | Compile, review, and prepare potential exhibits and other documents for use at estimation hearing (8.4); draft estimation hearing admitted exhibit list for attorney review (.6). |
| 01/19/08 | ALV | 320.00 | 5.10 | Prep. for estimation hearing (4.8); review documents for relevance related to the estimation hearing (.30). |
| 01/19/08 | JPW | 475.00 | 7.60 | Create demonstrative exhibits (4.1); deposition cross designations (2.7); meet with NDF re demonstratives (.5); e-mails re cross designations (.3) |
| 01/20/08 | ALV | 320.00 | 2.20 | Prep. for estimation hearing. |
| 01/21/08 | BSB | 630.00 | 4.10 | Trial preparation (4.1) |
| 01/21/08 | WBS | 720.00 | 2.70 | Work on Lees, other cross outlines. |
| 01/21/08 | NDF | 610.00 | 8.70 | Trial preparation (8.2); confer with Grace lawyers re deposition designations (0.5). |
| 01/21/08 | DBS | 235.00 | 9.50 | Compile, review and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 01/21/08 | JAL | 495.00 | 2.60 | Review and analysis of materials pertaining to estimation trial. |
| 01/21/08 | ALV | 320.00 | 8.90 | Prep. for estimation hearing. |
| 01/21/08 | MAF | 195.00 | 7.00 | Compile, review and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 01/22/08 | BSB | 630.00 | 9.50 | Estimation trial (8.3); preparation (1.2) |
| 01/22/08 | WBS | 720.00 | 3.10 | Draft MIL re 408 contingency (1.8); conference with JPW re work to be done, assignments, line of argument (0.8); review day three transcript (0.5). |
| 01/22/08 | TWS | 660.00 | 7.10 | Drafting papers for LTC bankruptcy - privilege issues; legal research re same (.5); telephone conference with Clerk in LTC bankruptcy re pending ECF registration; prepare motion for exemption |

| | | | | |
|---|---|---|---|---|
| | | | | (1.5); e-mails to Asarco ACC and CE Trust re LTC client privilege issues (.2); drafting papers for LTC bankruptcy re client privilege issues; legal research re same (4.9) |
| 01/22/08 | NDF | 610.00 | 13.80 | Trial preparation (2.5); estimation trial (8.3); review counter designations and designations (1.5); telephone conference with Grace lawyers re deposition designations (0.5); review exhibits for objections (1.0). |
| 01/22/08 | DBS | 235.00 | 13.00 | Compile, review, and prepare potential exhibits, deposition designations, and other documents for use at Estimation Hearing (4.3); attend Estimation Hearing (8.7). |
| 01/22/08 | JAL | 495.00 | 0.50 | Review and analysis of materials relating to estimation trial (.2); meeting w/PVNL re: issues pertaining to estimation trial (.3). |
| 01/22/08 | ALV | 320.00 | 8.20 | Prep.  for estimation hearing (7.8); meet and confer conf. w/NDF, counsel for the future claimants' representative and counsel for the debtors (.04). |
| 01/22/08 | ALV | 320.00 | 7.80 | Attendance at (and duties related to estimation hearing. |
| 01/22/08 | JPW | 475.00 | 8.20 | Meet with WBS re bench memos (.8); research product issues (4.7); e-mails re PIQ issue (1.0); meet with JMR re bench memo (.5); review transcript of day 3 (1.2) |
| 01/22/08 | JMR | 270.00 | 4.40 | Research regarding the admissibility of studies experts rely on for expert opinions (2.0); research regarding the admissibility of party admissions (2.0); prepare memorandums regarding same (.4) |
| 01/22/08 | AJS | 255.00 | 0.10 | Meeting with JPW regarding hearing research. |
| 01/22/08 | MAF | 195.00 | 13.00 | Attend Estimation Hearing (9.0); compile, review and prepare potential exhibits and other documents for use at Estimation Hearing (4.0). |
| 01/23/08 | BSB | 630.00 | 5.00 | Estimation trial (5.0). |
| 01/23/08 | WBS | 720.00 | 2.90 | Review Day Four transcript (0.5); work on MIL re 408 (2.4). |

| 01/23/08 | TWS | 660.00 | 2.30 | Revise papers for submission in LTC bankruptcy - ACC privilege issues |
| 01/23/08 | NDF | 610.00 | 7.80 | Estimation trial (6.5); telephone conference with PVNL and JAL re hearsay brief (0.5); draft insert for same (0.8). |
| 01/23/08 | DBS | 235.00 | 10.00 | Compile, review, and prepare potential exhibits, deposition designations, and other documents for use at Estimation Hearing (.5); attend Estimation Hearing (7.3); clean-up war room and organize trial materials for transport (2.2). |
| 01/23/08 | JAL | 495.00 | 0.30 | Teleconf. w/PVNL and NDF re: prep. of brief in support of evidentiary objection at trial. |
| 01/23/08 | ALV | 320.00 | 9.40 | Prep. for estimation hearing (3.1); attendance at (and duties related to) estimation hearing (6.3). |
| 01/23/08 | JPW | 475.00 | 7.70 | Research product issues (3.0); meet with TEP (.5); telephone conference with ALV re trial (.6); review trial transcript (1.2); meet with JMR re bench memo (.2); telephone conference with D. Relles re analysis; e-mails re products analysis (.4); memo re claims analysis (1.8) |
| 01/23/08 | JMR | 270.00 | 8.60 | Continue research regarding the admissibility of studies and party admissions; continue preparing memorandum regarding same (5.8); review documents to locate all documents featured in presentation prepared by witness (2.8) |
| 01/23/08 | TEP | 255.00 | 5.90 | Meet with JPW re legal question re admissibility of testimony (.30); legal research re same (5.6). |
| 01/24/08 | BSB | 630.00 | 7.20 | Transcript review (2.9); research - Moolgavkar issues (4.3) |
| 01/24/08 | WBS | 720.00 | 3.20 | Work on Lees and 408 issues. |
| 01/24/08 | NDF | 610.00 | 0.50 | Confer with JPW and WBS re trial planning issues. |
| 01/24/08 | DBS | 235.00 | 4.80 | Draft Estimation Hearing admitted exhibit list for attorney review (3.0); review materials brought back from Estimation Hearing for attorney review and case files (1.8). |
| 01/24/08 | LMK | 510.00 | 0.20 | Review email re: PIQ admissibility issue. |

| 01/24/08 | ALV | 320.00 | 6.20 | Prep. for estimation hearing (5.9); meeting w/JMR re: research for the estimation hearing (.03). |
|----------|-----|--------|------|---|
| 01/24/08 | JPW | 475.00 | 9.20 | Meet with BSB re cross-exams (.3); draft products memo (3.9); e-mails re PIQ analysis (1.1); meet with NDF and WBS re trial plan (.4); memo on trial plan (.5); research PIQ issues (2.7); meet with TEP re bench memo (.3) |
| 01/24/08 | JMR | 270.00 | 4.00 | Obtain documents for estimation hearing (.8); research for hearsay objections to exhibits used at estimation hearing (3.2) |
| 01/24/08 | AJS | 255.00 | 1.40 | Legal research regarding hearsay exceptions. |
| 01/24/08 | MAF | 195.00 | 4.00 | Organize and review document productions and case files to be sent offsite. |
| 01/24/08 | TEP | 255.00 | 6.20 | Legal research on Westlaw re admissibility of testimony (4.7); prepare memo re admissibility of testimony (1.1); confer with JPW re same (.4). |
| 01/25/08 | BSB | 630.00 | 5.70 | Trial preparation (5.0); review of Moolgavkar notes and motions (.7). |
| 01/25/08 | WBS | 720.00 | 4.30 | Review Lees and Anderson source materials, including e-mails to experts for assistance (3.1); conferences with NDF, JPW re handling PIQ issues (1.2). |
| 01/25/08 | TWS | 660.00 | 0.10 | Read memo re estimation trial |
| 01/25/08 | EI | 920.00 | 0.50 | T/c NDF re: trial plan (.5). |
| 01/25/08 | NDF | 610.00 | 9.10 | Trial planning (7.0); telephone conference with EI re same (0.5); telephone conference with Mullady re discovery issue (0.3); plan for medical testimony (0.8); review products memo (0.5). |
| 01/25/08 | DBS | 235.00 | 5.70 | Draft estimation hearing admitted exhibit list for attorney review (1.7); collect Estimation Hearing exhibits for attorney review (1.0); compile official Estimation Hearing transcripts for attorney review (1.5); review and compile previous trial testimony of upcoming witness for attorney review and case files (1.5). |
| 01/25/08 | JAL | 495.00 | 2.00 | Reviewed memo from EI re: estimation trial (.30); office conf. w/TEP re: legal research relating to |

|  |  |  |  | evidentiary issue at estimation trial (.50); review and analysis of materials relating to prep. of brief on evidentiary issue in estimation trial (1.2). |
|---|---|---|---|---|
| 01/25/08 | ALV | 320.00 | 2.10 | Research for bench memoranda related to specific evidentiary issues (1.1); prep. for estimation hearing (1.0). |
| 01/25/08 | JPW | 475.00 | 8.80 | Meet with NDF re product research (.2); e-mails re PIQ analysis (1.0); memo re PIQ analysis (2.2); product research (2.7); meet with WBS re Lees issues (.5); review FCR proposal (.3); cross exam preparation (1.9) |
| 01/25/08 | JMR | 270.00 | 3.60 | Continue drafting memorandum regarding hearsay objections to exhibits used at estimation hearing |
| 01/25/08 | MAF | 195.00 | 5.50 | Compile and organize Estimation Hearing admitted exhibits. |
| 01/25/08 | TEP | 255.00 | 3.90 | Legal research on Westlaw re admissibility of testimony (1.0); prepare memo re admissibility of testimony (.6); confer with JAL re research on hearsay (.3); legal research on Westlaw re definition of party in contested matter (2.0). |
| 01/26/08 | JAL | 495.00 | 5.70 | Review and analysis of materials relating to prep. of brief on evidentiary issue. |
| 01/27/08 | TEP | 255.00 | 1.90 | Legal research on Westlaw re hearsay. |
| 01/28/08 | BSB | 630.00 | 5.60 | Legal research -- causation (2.9); read NDF memo (.2); research Moolgavkar audits and Daubling DOSE (2.5). |
| 01/28/08 | WBS | 720.00 | 3.40 | Research re British asbestosis registry and incidence issues (1.3); possible use of historical occupational exposure studies (2.1). |
| 01/28/08 | TWS | 660.00 | 1.20 | Telephone conference with D. Banker re former clients (3x) (.4); conference with AJS re privilege issue pertaining to examiner (2x) - assignment and results (.5); telephone conference with D. Baker and P. Goodman re upcoming LTC hearing (.3) |
| 01/28/08 | EI | 920.00 | 0.20 | T/c NDF re: hearing (.2). |
| 01/28/08 | NDF | 610.00 | 7.40 | Prepare for omnibus hearing (2.4); attend omnibus and argue lawyer discovery issue (2.5); confer with |

| | | | | Mullady re case issues (1.0); draft memo to committee (1.5). |
|---|---|---|---|---|
| 01/28/08 | DBS | 235.00 | 3.70 | Research deposition testimony of witness in relevant proceeding (1.0); review and organize documents collected from Estimation Hearing for hard and electronic case files (1.7); collect Estimation Hearing exhibits for attorney review (1.0). |
| 01/28/08 | JAL | 495.00 | 4.30 | Drafted and revised brief in support of objection to certain Grace exhibits offered into evidence. |
| 01/28/08 | ALV | 320.00 | 7.20 | Research for bench memoranda related to specific evidentiary issues (6.9); responding request and correspondence regarding recent pleadings (.30). |
| 01/28/08 | JPW | 475.00 | 7.80 | Expert cross-exam preparation (6.0); review draft and meet with TEP re bench memo (.6); telephone conference with M. Hurford re hearing (.5); meet with WBS re Lees (.4); meet with BSB re witness preparation (.3) |
| 01/28/08 | AJS | 255.00 | 1.70 | Legal research regarding hearsay exceptions. |
| 01/28/08 | AJS | 255.00 | 0.10 | Meeting with JPW regarding hearsay exceptions research. |
| 01/28/08 | AJS | 255.00 | 2.50 | Legal research regarding privilege and duties of examiner. |
| 01/28/08 | AJS | 255.00 | 0.20 | Meeting with KCM regarding research regarding privilege and duties of examiner. |
| 01/28/08 | AJS | 255.00 | 0.10 | Meeting with TWS regarding duties of examiner research (2x). |
| 01/28/08 | AJS | 255.00 | 0.50 | Preparation of memo regarding duties of examiner. |
| 01/28/08 | MAF | 195.00 | 3.00 | Compile and organize Estimation Hearing admitted exhibits. |
| 01/28/08 | TEP | 255.00 | 5.50 | Legal research on Westlaw re hearsay (3.0); review and edit bench memo re admissibility (2.5). |
| 01/29/08 | BSB | 630.00 | 5.90 | Trial preparation - medical |

| 01/29/08 | WBS | 720.00 | 5.30 | Work on Lees, Anderson and PIQ issues (4.9); review newly found MKT3 report (0.2); review note on misclassified product (0.1); review UCC and UST filings on FCR consultant application (0.1). |
| 01/29/08 | TWS | 660.00 | 2.90 | Multiple telephone calls to/from D. Baker re hearing on ACC privilege issues in LTC case (.3); read caselaw on privilege issues pertaining to examiner, prepare for hearing (1.0); in court on limited objections to subpoena to LTC (1.6) |
| 01/29/08 | EI | 920.00 | 0.60 | Trial material from Rice (.2); hearing issues (.1); t/c NDF re: trial issues (.3). |
| 01/29/08 | NDF | 610.00 | 8.10 | Working on memo to ACC (2.5); working on trial prep. (4.3); e-mail correspondence to Mullady and EI re: various (.50); e-mail correspondence w/Hurford re: various (.30); tele. conf. re: various grace issues (.5). |
| 01/29/08 | DBS | 235.00 | 4.30 | Compile expert reports and deposition exhibits for attorney use in preparing cross examination of witness (1.5); review and organize documents collected from Estimation Hearing for hard and electronic case files (2.8) |
| 01/29/08 | JAL | 495.00 | 7.90 | Further drafting and revisions to brief in support of ACC's objection to admitting certain evidence (.7.7); reviewed memo from NDF re: yesterday's omnibus hearing (.10); office conf. w/TEP re: ACC's objection to admitting certain evidence (.10). |
| 01/29/08 | ALV | 320.00 | 8.60 | Research for bench memoranda related to specific evidentiary issues (8.0); prep. for estimation hearing (.60). |
| 01/29/08 | JPW | 475.00 | 8.30 | Prepare cross-exam of experts (4.4); review epidemiological studies (2.7); meet with BSB re witnesses (.9); e-mails re report backup (.3) |
| 01/29/08 | JMR | 270.00 | 1.20 | Organize documents for estimation hearing |
| 01/29/08 | AJS | 255.00 | 1.10 | Legal research regarding hearsay exceptions. |
| 01/29/08 | TEP | 255.00 | 4.40 | Prepare and edit and revise argument re:  hearsay (2.7); prepare and edit and revise bench memo (.4); legal research on Westlaw re:  hearsay (1.2); emails to Jeff Liesemer re:  same (.1) |

| 01/30/08 | BSB | 630.00 | 8.70 | Preparation for meeting with Welch (3.7); read trial excerpt (2.9); medical witness preparation (2.1) |
|---|---|---|---|---|
| 01/30/08 | WBS | 720.00 | 5.30 | Work on Lees, Anderson and Moolgavkar cross preparation (5.1); review memo on January 28 hearing (0.2). |
| 01/30/08 | TWS | 660.00 | 1.00 | Work on form of order resolving limited objections to production of Heller report:  multiple telephone calls to/from D. Baker and E. Austin; edit drafts; e-mails to/from multiple counsel re same |
| 01/30/08 | EI | 920.00 | 0.50 | Call Mullady, NDF re: trial prep. |
| 01/30/08 | NDF | 610.00 | 9.60 | Revise and edit hearsay brief (2.2); review FCR commens on same (.40); trial planning re: Welch and Moogavkar (4.2); tele. conf. w/Mullady and EI re: case issues (.40); read Cooney depo. (1.0); read draft e-mail re: order of proof (.20); draft e-mail re: case issues and overview (.50); e-mail experts re: dates (.20); teleconf. w/Steve Snyder re: case issues (.50). |
| 01/30/08 | JAL | 495.00 | 1.20 | Reviewed and analysis of legal research provided by TEP re: brief in support of ACC's evidentiary objection on grounds of hearsay and relevance (.40); reviewed and edited insert drafted by TEP for brief in support of evidentiary objection (.20); office conf. w/ALV re: brief in support of evidentiary objection (.30); reviewed comments and mark-ups of draft brief in support of evidentiary objection (.30). |
| 01/30/08 | ALV | 320.00 | 6.50 | Research for bench memoranda related to specific evidentiary. |
| 01/30/08 | JPW | 475.00 | 8.00 | Telephone conference with W. Cleveland (.5); cross examination preparation (4.9); meet with BSB and NDF re Welch (.4); analysis of Moolgavkar (2.2) |
| 01/30/08 | JPW | 475.00 | 0.50 | Review order and e-mails to TWS |
| 01/30/08 | AJS | 255.00 | 0.80 | Legal research regarding hearsay objections. |
| 01/30/08 | TEP | 255.00 | 2.30 | Legal research re:  hearsay |
| 01/31/08 | BSB | 630.00 | 8.50 | Meeting with Dr. Welch, NDF and JPW (5.4); review articles from Welch (3.1) |

| 01/31/08 | WBS | 720.00 | 3.40 | Continue work on estimation analysis and industrial hygiene, exposure materials for cross of Grace witness and direct of ours. |
|----------|-----|--------|------|------|
| 01/31/08 | EI | 920.00 | 0.60 | T/c NDF re: brief (.1); read draft brief (.5). |
| 01/31/08 | NDF | 610.00 | 12.50 | Trial planning re: reding Moolgavkar and Welch materials (6.5); meeting w/Welch, JPW, BSB re: trial prep. (5.5); editing hearsay object brief (.50). |
| 01/31/08 | DBS | 235.00 | 4.50 | Create calendar of witness availability for Estimation Hearing (1.0); review and compile previous trial testimony of upcoming witness for attorney review and case files (.5); review incoming pleadings and correspondence for hard and electronic case files (3.0). |
| 01/31/08 | JAL | 495.00 | 4.80 | Drafted e-mail to TEP re: brief in support of evidentiary objection (.10); reviewed memo from TEP re: brief in support of evidentiary (.10); reviewed memo from ALV re: brief in support of evidentiary objection (.10); further editing and revisions to brief in support of hearsay objection (3.2); office conf. w/NDF re: brief in support of hearsay objection (.20); review and analysis of materials relating to brief in support of hearsay objection (.60); reviewed memo from PVNL re: comments on brief in support of hearsay objection (.20); e-mail exchanges w/PVNL re: brief in support of hearsay objection (.30). |
| 01/31/08 | ALV | 320.00 | 7.90 | Prep. for estimation hearing (.80); research for bench memoranda related to specific evidentiary issues (7.1). |
| 01/31/08 | JPW | 475.00 | 7.20 | Meet with L. Welch, NDF and BSB re cross and direct testimony (5.0); research epidemiology issues (1.9); meet with NDF re Anderson (.3) |
| 01/31/08 | JMR | 270.00 | 1.10 | Assist with finalization of brief, organize exhibits |
| 01/31/08 | MAF | 195.00 | 2.00 | Organize and review document productions and case files to be sent offsite. |
| 01/31/08 | TEP | 255.00 | 0.80 | Legal research on Lexis re: hearsay |

**Total Task Code.16**      **1,700.90**

**Plan & Disclosure Statement (31.00 Hours; $ 20,288.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.10 | $920 | 5,612.00 |
| Peter Van N. Lockwood | .90 | $840 | 756.00 |
| Ann C. McMillan | 24.00 | $580 | 13,920.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/08 | PVL | 840.00 | 0.10 | Confer ACM. |
| 01/02/08 | EI | 920.00 | 0.10 | Frankel inquiry. |
| 01/03/08 | ACM | 580.00 | 0.30 | Exchange e-mails with M. Peterson re TDP issues. |
| 01/04/08 | PVL | 840.00 | 0.10 | Review Horkovich memo. |
| 01/07/08 | PVL | 840.00 | 0.10 | Review Sinclair email. |
| 01/07/08 | EI | 920.00 | 1.40 | T/c Baron, Budd re: status (.3); memos re: Horkovich memo (.3); Rice memos (.2); t/cs ACM re: memo to Committee (.5); arranged call (.1). |
| 01/07/08 | ACM | 580.00 | 4.30 | Draft Agenda for Committee meeting; draft memo to Committee; teleconference EI re same; exchange e-mails with M. Peterson re TDP issues. |
| 01/08/08 | EI | 920.00 | 1.10 | T/c Baron re: call (.1); memo Kazan re: status (.5); dinner conf. Frankel (.5). |
| 01/08/08 | ACM | 580.00 | 0.50 | Exchange e-mails with M. Peterson re TDP issues. |
| 01/09/08 | ACM | 580.00 | 4.10 | Attend (telephonically) Committee meeting re TDP, Trust Agreement and other matters; prepare for meeting. |
| 01/10/08 | EI | 920.00 | 1.20 | T/c Jan Baker re: Sealed Air plan comments (.2); memos to Negotiating Subcommittee re: status (1.0). |
| 01/10/08 | ACM | 580.00 | 3.90 | Revise Trust Agreement; send e-mail to R. Frankel re Trustee nominees; review M. Peterson memo on collars; revise TDP. |
| 01/11/08 | EI | 920.00 | 0.30 | Memos re: Sealed Air (.1); meeting possibility (.2). |

{D0107238.1 }

| 01/11/08 | ACM | 580.00 | 3.30 | Revise Trust Agreement and TDP; draft memo to Committee. |
| 01/13/08 | EI | 920.00 | 1.00 | Work on figures (1.0). |
| 01/13/08 | ACM | 580.00 | 0.80 | Exchange e-mails with J. Cooney re TDP arbitration provision (.7); send e-mail to Committee re same (.1). |
| 01/14/08 | EI | 920.00 | 0.10 | T/c Rice and conf. Frankel re: status (.1). |
| 01/15/08 | PVL | 840.00 | 0.20 | Confer Salzman. |
| 01/15/08 | EI | 920.00 | 0.30 | T/c Rice re: status (.2); t/c PVNL re: status (.1). |
| 01/24/08 | PVL | 840.00 | 0.30 | Review Sealed Air comments re POR. |
| 01/24/08 | EI | 920.00 | 0.20 | Reviewing Baker materials (.2). |
| 01/25/08 | PVL | 840.00 | 0.10 | Review email re POR. |
| 01/25/08 | EI | 920.00 | 0.10 | T/c ACM re: TDP status (.1). |
| 01/25/08 | ACM | 580.00 | 0.40 | Review Committee minutes. |
| 01/27/08 | ACM | 580.00 | 1.20 | Exchange e-mails with S. Baron and Committee Co-Chairs re claims payment ratio; review M. Peterson memo re same. |
| 01/28/08 | EI | 920.00 | 0.20 | T/c Cohn re: Libby status (.2). |
| 01/28/08 | ACM | 580.00 | 1.80 | Review M. Peterson memos and TDP re necessary changes resulting from claims ratio parameters. |
| 01/29/08 | EI | 920.00 | 0.10 | TDP and TAC matters (.1). |
| 01/29/08 | ACM | 580.00 | 0.70 | Exchange e-mails with Committee members re TDP issues. |
| 01/30/08 | ACM | 580.00 | 1.70 | Revise TDP. |
| 01/31/08 | ACM | 580.00 | 1.00 | Revise TDP. |

**Total Task Code .17        31.00**

**Tax Issues (2.30 Hours; $ 1,345.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Christopher S. Rizek | 2.30 | $585 | 1,345.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/08/08 | CSR | 585.00 | 0.40 | Review Remedium motion. |
| 01/09/08 | CSR | 585.00 | 0.80 | Research re contingent liability shelter, emails re same. |
| 01/11/08 | CSR | 585.00 | 0.90 | Conference call re IRS settlement, prepare and follow up re same, email re same. |
| 01/25/08 | CSR | 585.00 | 0.20 | Emails re IRS settlement motion, review same. |

**Total Task Code .19**          **2.30**

**Travel Non-Working (119.50 Hours; $ 29,455.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 12.50 | $460 | 5,750.00 |
| Peter Van N. Lockwood | 7.00 | $420 | 2,940.00 |
| Walter B. Slocombe | 8.60 | $360 | 3,096.00 |
| Trevor W. Swett | 1.00 | $330 | 330.00 |
| Bernard S. Bailor | 18.90 | $315 | 5,953.50 |
| Nathan D. Finch | 12.10 | $305 | 3,690.50 |
| James P. Wehner | 2.00 | $237.50 | 475.00 |
| Adam L. Vangrack | 19.90 | $160 | 3,184.00 |
| David B. Smith | 19.00 | $117.50 | 2,232.50 |
| Marissa A. Fanone | 18.50 | $97.50 | 1,803.75 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/11/08 | DBS | 117.50 | 4.50 | Travel from Washington, DC to Pittsburgh, PA in advance of estimation hearing. |
| 01/11/08 | MAF | 97.50 | 5.00 | Travel to Pittsburgh, PA in advance of Estimation Hearing. |

| 01/12/08 | ALV | 160.00 | 4.70 | Travel to Pittsburgh, PA for Estimation hearing. |
| 01/13/08 | BSB | 315.00 | 4.50 | Travel to Pittsburgh (4.5). |
| 01/13/08 | PVL | 420.00 | 4.60 | Travel to Pittsburgh for hearing. |
| 01/13/08 | WBS | 360.00 | 4.00 | Travel DC to Pittsburgh for trial. |
| 01/13/08 | EI | 460.00 | 6.00 | Travel to Pittsburgh (6.0). |
| 01/13/08 | NDF | 305.00 | 2.10 | Travel to Pittsburgh for trial. |
| 01/16/08 | PVL | 420.00 | 2.40 | Return travel to DC. |
| 01/16/08 | WBS | 360.00 | 4.60 | Return travel Pittsburgh to DC. |
| 01/16/08 | EI | 460.00 | 3.50 | Travel to DC. |
| 01/16/08 | NDF | 305.00 | 2.00 | Travel home from Pittsburgh. |
| 01/16/08 | JPW | 237.50 | 2.00 | Travel to Washington, DC (2.0) |
| 01/17/08 | BSB | 315.00 | 4.90 | Travel to DC (4.9). |
| 01/17/08 | DBS | 117.50 | 4.50 | Travel from Pittsburgh, PA to Washington, DC. |
| 01/17/08 | ALV | 160.00 | 5.50 | Travel from Pittsburgh, PA for estimation hearing. |
| 01/17/08 | MAF | 97.50 | 4.00 | Travel to DC following Estimation Hearing in Pittsburgh, PA. |
| 01/21/08 | BSB | 315.00 | 4.50 | Travel to Pittsburgh, PA (4.5). |
| 01/21/08 | DBS | 117.50 | 4.00 | Travel from Washington, DC to Pittsburgh, PA in advance of Estimation Hearing. |
| 01/21/08 | ALV | 160.00 | 4.20 | Travel to Pittsburgh, PA for estimation hearing. |
| 01/21/08 | MAF | 97.50 | 4.00 | Travel to Pittsburgh, PA in advance of Estimation Hearing. |
| 01/23/08 | BSB | 315.00 | 5.00 | Travel to Washington, DC (5.0) |
| 01/23/08 | EI | 460.00 | 3.00 | Return to NY. |
| 01/23/08 | NDF | 305.00 | 5.50 | Travel back to D.C. |
| 01/23/08 | DBS | 117.50 | 6.00 | Travel from Pittsburgh, PA to Washington, DC |

| 01/23/08 | ALV | 160.00 | 5.50 | Travel from Pittsburgh for estimation hearing. |
| 01/23/08 | MAF | 97.50 | 5.50 | Travel to DC following Estimation Hearing in Pittsburgh, PA. |
| 01/28/08 | NDF | 305.00 | 2.50 | Travel to Wilmington, DE for hearing (1.0); return to DC from Wilmington (1.5). |
| 01/29/08 | TWS | 330.00 | 1.00 | Travel to Bridgeport, CT for LTC hearing on ACC privilege issues |

**Total Task Code.21**     **119.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,359.12 |
| Air Freight & Express Mail | 172.94 |
| Charge of Cell and/or Home Phone Useage | 10.28 |
| Conference Meals | 796.49 |
| Court Reporting/Transcript Service | 547.20 |
| Database Research | 21,768.11 |
| Local Transportation - DC | 1,824.24 |
| Long Distance-Equitrac In-House | 20.65 |
| Meals Related to Travel | 705.74 |
| Miscellaneous: Client Advances | 7,206.96 |
| Outside Local Deliveries | 150.57 |
| Outside Photocopying/Duplication Service | 24,400.44 |
| Postage & Air Freight | 1,509.72 |
| Professional Fees & Expert Witness Fees | 26,640.18 |
| Research Material | 57.04 |
| Travel Expenses - Ground Transportation | 3,046.79 |
| Travel Expenses - Miscellaneous | 20.00 |
| Xeroxing | 4,447.40 |

**Total:    $ 98,683.87**