**EXHIBIT B**

**Case Administration (14.10 Hours; $ 7,271.00)**

       Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**       14.10

**Claim Analysis Objection & Resolution (Asbestos) (68.90 Hours; $ 57,876.00)**

       Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**       68.90

**Claim Analysis Objection & Resolution (Non-Asbestos) (29.40 Hours; $ 14,587.50)**

       Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06**       29.40

**Committee, Creditors', Noteholders' or Equity Holders' (5.00 Hours; $ 4,600.00)**

       Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**       5.00

**Fee Applications, Applicant (6.30 Hours; $ 2,689.00)**

       Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**       6.30

**Hearings (50.20 Hours; $ 45,264.00)**

{D0107239.1 }
DOC#151898

- 2 -

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**            **50.20**

**Litigation and Litigation Consulting (1,700.90 Hours; $ 735,102.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**            **1,700.90**

**Plan & Disclosure Statement (31.00 Hours; $ 20,288.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**            **31.00**

**Tax Issues (2.30 Hours; $ 1,345.50)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19**            **2.30**

**Travel – Non Working (119.50 Hours; $ 29,455.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**            **119.50**

{D0107239.1 }