**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,359.12 |
| Air Freight & Express Mail | 172.94 |
| Charge of Cell and/or Home Phone Useage | 10.28 |
| Conference Meals | 796.49 |
| Court Reporting/Transcript Service | 547.20 |
| Database Research | 21,768.11 |
| Local Transportation - DC | 1,824.24 |
| Long Distance-Equitrac In-House | 20.65 |
| Meals Related to Travel | 705.74 |
| Miscellaneous: Client Advances | 7,206.96 |
| Outside Local Deliveries | 150.57 |
| Outside Photocopying/Duplication Service | 24,400.44 |
| Postage & Air Freight | 1,509.72 |
| Professional Fees & Expert Witness Fees | 26,640.18 |
| Research Material | 57.04 |
| Travel Expenses - Ground Transportation | 3,046.79 |
| Travel Expenses - Miscellaneous | 20.00 |
| Xeroxing | 4,447.40 |

                **Total:**    **$ 98,683.87**

{D0107240.1 }