# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139-JKF |
| | ) | And all related actions |
| Debtor. | ) | |
| | ) | |

## NOTICE OF FILING AMENDED
## STATEMENT UNDER BANKRUPTCY RULE 2019

**TO ALL PARTIES ON THE OFFICIAL SERVICE LIST:**

PLEASE TAKE NOTICE that LeBlanc & Waddell, LLP has filed its Amended Statement Under Bankruptcy Rule 2019.

In compliance with the Court's order, copies of this Notice are being served via electronic mail and/or United States mail, postage prepaid, upon the parties on the Official Service List.

DATED: March _5_ , 2008.

**LeBLANC & WADDELL, LLP**

Chris Colley
6955 Perkins Rd., Ste. 100
Baton Rouge, LA 70808-4267
225-768-2222; 225-768-7999 fax

By:  _/s/_
Natalie F. Duncan, Of Counsel
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
214-521-3605; 214-520-1181 fax

ATTORNEYS FOR CERTAIN ASBESTOS PLAINTIFFS

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139-JKF |
| | ) | And all related actions |
| Debtor. | ) | |
| | ) | |

---

## AMENDED STATEMENT OF LeBlanc & Waddell, LLP
## UNDER BANKRUPTCY RULE 2019

---

I, Chris Colley, a representative of LeBlanc & Waddell, LLP, declare as follows:

1.      I am an associate of the law firm of LeBlanc & Waddell, LLP (hereinafter the "Firm"). I am a member in good standing of the bar of the State of Louisiana.

2.      I have personal knowledge of the facts set forth herein. I make this Amended Statement ("Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and the Court's order of October 22, 2004.[1]

3.      The Firm is a professional corporation organized under the laws of the state of Louisiana, with offices for the practice of law located at 6955 Perkins Rd., Ste. 100, Baton Rouge, LA 70808-4267.

4.      As of the date of this Amended Statement, the Firm represents thousands of personal injury claimants (the "Claimants" or individually "Claimant") who have been injured by asbestos products manufactured, marketed, distributed, sold, or produced by Debtor and others, and thus hold claims against, *inter alia*, the Debtor.

---

[1]      LeBlanc & Waddell, LLP's Eleventh Amended Statement under Rule 2019, docket number 17604, was filed on December 11, 2007.

**AMENDED STATEMENT OF LeBlanc & Waddell, LLP UNDER BANKRUPTCY RULE 2019** - Page 1

5.      Pursuant to the Court's Order this Statement is filed without the exhibits, which are being provided in CD format to the Clerk of the Court, counsel for the Debtor and the United States Trustee. The exhibits consist of (a) blank, but unredacted, exemplars, of each form of agreement or instrument whereby the Firm is empowered to act on behalf of Claimants, and (b) an Excel spreadsheet in electronic format containing the following data: the name and address of each Claimant, a space reserved for the social security number, the identification of the exemplars, the amount of each liquidated claim or indication that the claim is unliquidated, the date of acquisition of the claim, the type of disease giving rise to the claim, and the pertinent facts related to employment of the Firm.

6.      The nature of the claim held by each Claimant is a personal injury tort claim for damages caused by asbestos products manufactured by the Debtor.

7.      Since the Claimants were exposed to asbestos products manufactured by the Debtor more than one year prior to the filing of the above-captioned bankruptcy case, each of the Claimants may have "acquired" his or her claim more than one year prior to the filing of this bankruptcy case. The Claimants affirmatively assert that the statutes of limitations applicable to their claims did not begin to run on the date of exposure and reserve all procedural and substantive rights pertaining to their claims.

8.      The Claimants are represented by the Firm under a fee agreement which is subject to the attorney-client privilege.  The Firm holds each such instrument as executed between the parties.

9.      The Firm does not hold any claims against or interests in the Debtor, excepting what some could characterize as a beneficial interest (a contingent fee) in certain claims, settlements and/or judgments for asbestos personal injuries of some of the Firm's clients.

10.     The filing of the Firm's Amended Statement does not waive any rights including (i) the Claimants' rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Claimants' rights to trial by jury in any proceeding and any trial on their claims, (iii) the

Claimants' rights to have the reference withdrawn by the District court in any matter subject to mandatory

or discretionary withdrawal or abstention to the extent not previously directed; (iv) the Claimants' rights

in not submitting themselves to the jurisdiction of the Bankruptcy Court; or (v) any other rights, claims,

actions, defenses, reclamations, setoffs, or recoupments to which the Claimants are or may be entitled

under any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations,

setoffs, and recoupments the Firm's Claimants expressly reserve.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

       Executed on: March _5_ , 2008. _____

                                         Chris Colley

                                         Respectfully submitted,

                                         **LeBLANC & WADDELL, LLP**

                                         _____

                                         Chris Colley
                                         6955 Perkins Rd., Ste. 100
                                         Baton Rouge, LA 70808-4267
                                         225-768-2222; 225-768-7999 fax

                                         AND

                                         By:____/s/_____
                                         Natalie F. Duncan, Of Counsel
                                         3102 Oak Lawn Ave., Ste. 1100
                                         Dallas, TX 75219
                                         214-521-3605; 214-520-1181 fax

                                         ATTORNEYS FOR CERTAIN ASBESTOS PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of LeBlanc & Waddell, LLP's Amended

2019 Statement was served upon all parties on the service list electronically and/or via United States mail,

postage prepaid, on this __5__ day of March, 2008.

**LeBLANC & WADDELL, LLP**

_____

Chris Colley
6955 Perkins Rd., Ste. 100
Baton Rouge, LA 70808-4267
225-768-2222; 225-768-7999 fax

AND

By:___/s/_____
Natalie F. Duncan, Of Counsel
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
214-521-3605; 214-520-1181 fax

ATTORNEYS FOR CERTAIN ASBESTOS PLAINTIFFS