IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No.18026** |
| | ) | **March 17, 2008 Agenda Item No. 7** |

### CERTIFICATE OF COUNSEL RE ORDER AUTHORIZING DEBTORS TO FURTHER EXTEND AND MODIFY DEBTOR-IN-POSSESSION FINANCING

1.  On February 11, 2008 the Debtors filed their Motion for Authority to Further Extend and Modify Debtor-in-Possession Financing (the "Motion")(Docket No. 18026). The objection deadline with respect to the Motion was February 29, 2008 and no objections to the Motion were received or filed.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.  Attached to the Motion was (i) a copy of the unsigned Sixth DIP Amendment[2] for which the Debtors were seeking approval to enter into pursuant to the Motion and (ii) a draft order granting the Motion.

3.  In reviewing the draft order, the Debtors and the Agent realized that the order requires slight modifications to clarify that the Sixth DIP Amendment being approved will be substantially similar to the draft attached to the Motion. The actual final Sixth DIP Amendment will not be executed until March 31, 2008 and thus could not be attached to the Motion or draft order attached thereto.

4.  The Agent also requested that the draft order be revised to be consistent with Section 3(b)(vi) of the Sixth DIP Amendment which requires the order contain an explicit authorization of the Debtors' payment of the Amendment Fees described in the Motion.

*[Remainder of Page Intentionally Left Blank]*

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

2

91100-001\DOCS_DE:135821.1

5. As a result, the Debtors attach a slightly revised version of the Order and request the Court enter this Order granting the Motion and approving the transaction outlined in the Motion and the Sixth DIP Amendment.

Dated: March 5, 2008

                              Respectfully submitted,

                              KIRKLAND & ELLIS LLP
                              David M. Bernick, P.C.
                              Janet S. Baer
                              200 East Randolph Drive
                              Chicago, Illinois 60601
                              (312) 861-2000

                              and

                              PACHULSKI STANG ZIEHL & JONES LLP

                              */s/ James E. O'Neill*
                              Laura Davis Jones (Bar No. 2436)
                              James E. O'Neill (Bar No. 4240)
                              919 North Market Street, 17th Floor
                              P. O. Box 8705
                              Wilmington, Delaware 19899-8705
                              Telephone: (302)-652-4100
                              Facsimile: (302)-652-4400

                              Co-Counsel for the Debtors and Debtors in Possession