# EXHIBIT A

## W.R. Grace
### PJC Time Records
### January-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 1/11/2008 | 1.0 | Business Operations | Review of Remedium closing agreement |
| Desiree Davis | 1/11/2008 | 0.5 | Business Operations | Conference call re: Remedium |
| Desiree Davis | 1/11/2008 | 1.5 | Financial Analysis | POR documentation |
| Jason Solganick | 1/11/2008 | 1.0 | Business Operations | Review of Remedium closing agreement |
| Jason Solganick | 1/11/2008 | 0.5 | Business Operations | Conference call re: Remedium |
| Jason Solganick | 1/11/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/11/2008 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/11/2008 | 1.0 | Business Operations | Review of Remedium closing agreement |
| Jonathan Brownstein | 1/11/2008 | 0.5 | Business Operations | Conference call re: Remedium |
| Jonathan Brownstein | 1/11/2008 | 3.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/11/2008 | 0.5 | Business Operations | Review of Remedium closing agreement |
| Joseph Radecki | 1/11/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/11/2008 | 1.0 | Business Operations | Review of Remedium closing agreement |
| Maika Hemphill | 1/11/2008 | 0.5 | Business Operations | Conference call re: Remedium |
| Maika Hemphill | 1/11/2008 | 1.0 | Financial Analysis | POR documentation |
| Jason Solganick | 1/14/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 1/14/2008 | 7.5 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 1/14/2008 | 7.5 | Hearings | Telephonic court hearing |
| Desiree Davis | 1/15/2008 | 1.5 | Financial Analysis | POR analyses |
| Jason Solganick | 1/15/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/15/2008 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 1/15/2008 | 2.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 1/15/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/15/2008 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 1/16/2008 | 2.0 | Business Operations | Review of Project Fly materials |
| Desiree Davis | 1/16/2008 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 1/16/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/16/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 1/16/2008 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/16/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Jonathan Brownstein | 1/16/2008 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/16/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Joseph Radecki | 1/16/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/16/2008 | 2.0 | Business Operations | Review of Project Fly materials |
| Maika Hemphill | 1/16/2008 | 1.5 | Financial Analysis | POR documentation |
| Desiree Davis | 1/17/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Desiree Davis | 1/17/2008 | 1.0 | Business Operations | Conference call re: Project Fly |
| Desiree Davis | 1/17/2008 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 1/17/2008 | 1.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/17/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/17/2008 | 1.0 | Business Operations | Conference call re: Project Fly |
| Jason Solganick | 1/17/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/17/2008 | 1.0 | Financial Analysis | POR analyses |
| Jason Solganick | 1/17/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 1/17/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jonathan Brownstein | 1/17/2008 | 1.0 | Business Operations | Conference call re: Project Fly |
| Jonathan Brownstein | 1/17/2008 | 1.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 1/17/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 1/17/2008 | 1.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 1/17/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 1/17/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Maika Hemphill | 1/17/2008 | 1.0 | Business Operations | Conference call re: Project Fly |
| Maika Hemphill | 1/17/2008 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/17/2008 | 3.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/18/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/18/2008 | 0.2 | Case Administration | Review court docket |
| Maika Hemphill | 1/18/2008 | 3.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/22/2008 | 2.0 | Business Operations | Preparation of update memo re: Project Fly |
| Desiree Davis | 1/22/2008 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/22/2008 | 2.0 | Business Operations | Preparation of update memo re: Project Fly |
| Jason Solganick | 1/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/22/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 1/22/2008 | 1.0 | Business Operations | Preparation of update memo re: Project Fly |
| Jonathan Brownstein | 1/22/2008 | 1.5 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 1/22/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 1/22/2008 | 3.0 | Business Operations | Preparation of update memo re: Project Fly |
| Maika Hemphill | 1/22/2008 | 4.0 | Financial Analysis | Valuation analyses |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
#### January-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 1/23/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 1/23/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/23/2008 | 5.0 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 1/23/2008 | 3.5 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 1/23/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 1/23/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Desiree Davis | 1/24/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/24/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/24/2008 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 1/24/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Maika Hemphill | 1/24/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/25/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/28/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 1/28/2008 | 2.5 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 1/28/2008 | 2.5 | Hearings | Telephonic court hearing |
| Desiree Davis | 1/29/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 1/29/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/29/2008 | 3.0 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 1/29/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 1/29/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 1/29/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Desiree Davis | 1/30/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Desiree Davis | 1/30/2008 | 0.5 | Business Operations | Review of Q4 earnings release |
| Desiree Davis | 1/30/2008 | 3.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 1/30/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/30/2008 | 1.0 | Business Operations | Review of Q4 earnings release |
| Jason Solganick | 1/30/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/30/2008 | 3.5 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 1/30/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jonathan Brownstein | 1/30/2008 | 1.0 | Business Operations | Review of Q4 earnings release |
| Jonathan Brownstein | 1/30/2008 | 3.0 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 1/30/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 1/30/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Maika Hemphill | 1/30/2008 | 0.5 | Business Operations | Review of Q4 earnings release |
| Maika Hemphill | 1/30/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 1/31/2008 | 0.3 | Case Administration | Review court docket |