# EXHIBIT B

<u>W.R. Grace</u>
<u>Detail of expenses (January 1, 2008 – January 31, 2008)</u>

<u>Research</u>
Jason Solganick         01/23/08              $ 144.88
                        **Total Research:**                  **$ 144.88**

<u>Telephone</u>
Jason Solganick         01/23/08              $  23.85
                        **Total Telephone:**                 **$  23.85**

**TOTAL EXPENSES:**                                   $ 168.73