**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 28, 2007

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #       10907

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 7/2/2007 | SLB | revise draft of 24th Interim initial report - K&E (3.4) | 3.40 | 476.00 |
|  | MSH | Update database with Kirkland 5.07, Foley 5.07 (.1); Capstone 3.07, 4.07, Buchanan 5.07 (.1); Towers 4.07, 5.07 (.1) | 0.30 | 12.00 |
|  | MSH | Update database with e-detail for Piper 5.07, 4.07, and Kramer 5.07 | 0.10 | 4.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | SLB | PACER research regarding Forman Perry app. - order re Forman Perry, U.S. Trustee objection, P.I. Committee objection (3.5) | 3.50 | 490.00 |
| 7/3/2007 | SLB | review of 24th Interim app. - Forman Perry (4.7) | 4.70 | 658.00 |
|  | SLB | draft e-mails (2) to M. Croft @ Forman Perry re 24th Interim application (.3) | 0.30 | 42.00 |
|  | SLB | begin draft of 24th Interim initial report - Forman Perry (2.8) | 2.80 | 392.00 |

W.R. Grace & Co.                                                                Page   2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/3/2007 | MSH | Update database with Reed 5.07, Hilsoft 4-5.07 (.1); Hamilton 5.07, Ferry 5.07 (.1); Bilzin 5.07, Beveridge 5.07 (.1); Blackstone 2.07, 3.07 (.1); Piper 4.07, 5.07 (.1); Kramer 5.07, Beveridge 24th interim application (.1); Campbell 5.07, Caplin 5.07, and AKO 5.07 (.1) | 0.70 | 28.00 |
| | JAW | detailed review of Forman Perry April 1, 2006 to March 31, 2007 invoice (8.6) | 8.60 | 1,161.00 |
| 7/4/2007 | JAW | detailed review of Forman Perry April 1, 2006 to March 31, 2007 invoice (6.0) | 6.00 | 810.00 |
| 7/5/2007 | WHS | receive and review PWC CNO | 0.10 | 27.50 |
| | SLB | draft e-mail to R. Tobin @ Caplin re 24th Interim app. (.1); e-mail to A. Kreiger @ Stroock re 24th Interim final report (.2); e-mail to M. Croft @ Forman Perry re 24th Interim initial report (.2) | 0.50 | 70.00 |
| | SLB | complete draft of 24th Interim initial report - Forman Perry (3.2) | 3.20 | 448.00 |
| | MSH | Update database with Blackstone 24th interim initial report (.1) | 0.10 | 4.00 |
| | JAW | detailed review of Forman Perry April 1, 2006 to March 31, 2007 invoice (5.7); draft summary of same (3.2). | 8.90 | 1,201.50 |
| | SLB | telephone conference with M. Croft @ Forman Perry re 24th Interim app. (.2) | 0.20 | 28.00 |
| | SLB | begin review of 24th Interim app. - Caplin (2.9) | 2.90 | 406.00 |
| 7/6/2007 | SLB | complete review and begin draft of 24th Interim initial report - Caplin (3.0) | 3.00 | 420.00 |
| | MSH | Update database with e-detail for Ogilvy 5.07 | 0.10 | 4.00 |
| | MSH | Update database with Casner 5.07 | 0.10 | 4.00 |

W.R. Grace & Co.             Page 3

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/6/2007 | SLB | telephone conference with M. Croft @ Forman Perry re additions to 24th Interim initial report (.2) | 0.20 | 28.00 |
|  | SLB | revise draft of 24th Interim initial report - Forman Perry (1.9) | 1.90 | 266.00 |
|  | JAW | detailed review of PwC February 2007 monthly invoice (4.2) | 4.20 | 567.00 |
|  | JAW | draft summary of Kirkland & Ellis March 2007 monthly invoice (6.0) | 6.00 | 810.00 |
| 7/9/2007 | SLB | draft e-mail to R. Tobin re 24th Interim initial report (.1); e-mail to M. Stanton @ K&E re 24th Interim applications of Forman Perry and Socha Perczak (.2) | 0.30 | 42.00 |
|  | SLB | complete draft of 24th Interim initial report - Caplin (6.7) | 6.70 | 938.00 |
|  | SLB | telephone conference with K&E re 24th Interim apps. of Forman Perry and Socha Perczak (.2) | 0.20 | 28.00 |
|  | JAW | draft summary of PwC February 2007 monthly invoice (0.6) | 0.60 | 81.00 |
|  | JAW | detailed review of PwC March 2007 monthly invoice (1.5); draft summary of same (0.5) | 2.00 | 270.00 |
|  | JAW | detailed review of Bilzin April 2007 monthly invoice (2.1); draft summary of same (1.0) | 3.10 | 418.50 |
|  | MSH | Update database with Ogilvy 5.07 | 0.10 | 4.00 |
| 7/10/2007 | MSH | Update database with LAS 5.07 and Day Pitney 5.07 | 0.10 | 4.00 |
|  | JBA | draft of WHS 6.07 application | 0.20 | 22.00 |
|  | SLB | complete review of 24th Interim app. - Reed Smith (2.6) | 2.60 | 364.00 |

W.R. Grace & Co.                                                          Page    4

| Date | Initials | Description | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 7/10/2007 | SLB | begin draft of 24th Interim initial report - Reed Smith (4.1) | 4.10 | 574.00 |
| 7/11/2007 | MSH | prepare Forman 24th interim initial report for service (.1), same re Orrick (.1) | 0.20 | 8.00 |
| | MSH | prepare Kirkland 24th interim initial report for service (.1) | 0.10 | 4.00 |
| | MSH | Update database with e-detail for Capstone 5.07 | 0.10 | 4.00 |
| | SLB | complete review of 24th Interim application - RPWB (3.2) | 3.20 | 448.00 |
| | DTW | Review and revise Forman Perry and Orrick initial reports for the 24th interim (.1); review and revise K&E initial report (.1). | 0.20 | 29.00 |
| | SLB | complete draft of 24th Interim initial report - Reed Smith (2.9) | 2.90 | 406.00 |
| 7/12/2007 | SLB | complete draft of 24th Interim final report - RPWB (2.7) | 2.70 | 378.00 |
| | SLB | complete review of 24th Interim app. - Scott Law (3.3) | 3.30 | 462.00 |
| | SLB | draft e-mail to A. Muha @ Reed Smith re 24th Interim initial report (.1); e-mail to J. Sakalo @ Bilzin re 24th Interim app. (.1) | 0.20 | 28.00 |
| | SLB | begin draft of 24th Interim final report - Scott Law (2.2) | 2.20 | 308.00 |
| | MSH | prepare Caplin 24th interim initial report for service (.1) | 0.10 | 4.00 |
| | MSH | Update database with Capstone 5.07 and Nelson 6.07 | 0.10 | 4.00 |
| | WHS | Conference with Steve Bossay re Foreman Perry | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                                    Page     5

|            |     |                                                                                                 | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------|-------|--------|
| 7/12/2007  | JAW | detailed review of Forman Perry April 2007 monthly invoice (5.5)                                | 5.50  | 742.50 |
|            | JAW | detailed review of Orrick April 2007 monthly invoice (5.3)                                      | 5.30  | 715.50 |
| 7/13/2007  | SLB | telephone conference with M. Croft @ Forman Perry re 24th Interim response (.2)                 | 0.20  | 28.00  |
|            | SLB | begin review of 24th Interim app. - Bilzin (2.9)                                                | 2.90  | 406.00 |
|            | JBA | complete draft of WHS 6.07 app/invoice                                                          | 0.10  | 11.00  |
|            | MSH | Update database with e-detail for Duane 4.07, 5.07                                              | 0.10  | 4.00   |
|            | JAW | detailed review of Caplin April 2007 monthly invoice (3.4)                                      | 3.40  | 459.00 |
|            | JAW | draft summary of Forman Perry April 2007 monthly invoice (0.7)                                  | 0.70  | 94.50  |
|            | JAW | draft summary of Orrick April 2007 monthly invoice (1.4)                                        | 1.40  | 189.00 |
|            | SLB | complete draft of 24th Interim final report - Scott Law (2.7)                                   | 2.70  | 378.00 |
| 7/16/2007  | JAW | detailed review of Caplin April, 2007, monthly invoice (2.4); draft summary of same (0.5)       | 2.90  | 391.50 |
|            | SLB | review of 24th Interim quarterly application - Ogilvy Renault (6.6)                             | 6.60  | 924.00 |
|            | MSH | Update database with Capstone 24th interim application, Woodcock 5.07 (.1); Duane 4.07, 5.07 (.1) | 0.20  | 8.00   |
|            | MSH | Prepare Reed 24th interim initial report for service                                            | 0.10  | 4.00   |

W.R. Grace & Co. Page 6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/16/2007 | MSH | Update database with e-detail for Capstone 24th interim application (.1) | 0.10 | 4.00 |
| | SLB | draft e-mail to F. Childress @ Baker re filing of 24th Interim quarterly app. (.1); e-mail to B. Sullivan @ Sullivan re same (.2); e-mails (2) to M. Croft @ Forman Perry re response to 24th Interim initial report (.2); e-mail to R. Green @ Protiviti re 24th Interim app. (.2); e-mail to T. Walsh @ Ogilvy re conflict checks and date of retention (.2) | 0.90 | 126.00 |
| | SLB | telephone conference with K. Green @ Protiviti re 23rd and 24th Interim quarterlies (.1); t/c with T. Walsh @ Ogilvy re retention documents (.2); t/c with A. Muha @ Reed Smith re 24th Interim response (.1) | 0.40 | 56.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| | DTW | Review and revise Reed Smith 24th initial report (.1); conference with S. Bossay regarding special Canadian counsel (.1). | 0.20 | 29.00 |
| 7/17/2007 | JBA | electronic filing with court WHS June 2007 app/invoice | 0.20 | 8.00 |
| | JAW | detailed review of Reed Smith April, 2007, monthly invoice (10.8) | 10.80 | 1,458.00 |
| | SLB | complete review and draft of 24th Interim initial report - Ogilvy (5.3) | 5.30 | 742.00 |
| | SLB | PACER research regarding 24th Interim filings and docket numbers (1.9) | 1.90 | 266.00 |
| | DTW | Begin review of PwC summaries and expenses for 24th interim (.2); review summaries for Bilzen 24th interim application (.1); begin review of Bilzin February invoice (.3). | 0.60 | 87.00 |
| | MSH | Electronic filing of WHS CNO for May 2007 Invoice | 0.10 | 4.00 |
| 7/18/2007 | MSH | Update database with Stroock 5.07 | 0.10 | 4.00 |
| | DTW | Pacer research regarding January PwC invoice (.3); review and revise 24th interim initial report for Ogilvy (.1). | 0.40 | 58.00 |

W.R. Grace & Co. Page 7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/18/2007 | SLB | draft e-mail to P. Adams @ Ogilvy re 24th Interim initial report (.2) | 0.20 | 28.00 |
| | SLB | complete review and draft of 24th Interim initial report - Protiviti (6.2) | 6.20 | 868.00 |
| | JAW | draft summary of Reed Smith April, 2007, monthly invoice (2.9) | 2.90 | 391.50 |
| | MSH | Update database with e-detail for Stroock 5.07 | 0.10 | 4.00 |
| | MSH | Prepare Ogilvy 24th interim initial report for service | 0.10 | 4.00 |
| 7/19/2007 | MSH | Update database with Latham 3.07, 4.07, 5.07 | 0.10 | 4.00 |
| | SLB | begin draft of 24th Interim initial report - Socha (1.7) | 1.70 | 238.00 |
| | DTW | Continue review of Bilzin February invoice (1.2); review expense portions of January and March invoices for Bilzin (.5). | 1.70 | 246.50 |
| | SLB | review of 24th Interim application - Socha Perczak (5.7) | 5.70 | 798.00 |
| | SLB | draft e-mail to M. McCarthy @ K&E re Socha application and Socha contact (.1); e-mail to D. Setter @ Socha re 24th Interim app. (.2) | 0.30 | 42.00 |
| | SLB | telephone conference with D. Setter @ Socha re 24th Interim app.(.1) | 0.10 | 14.00 |
| 7/20/2007 | SLB | complete draft of 24th Interim initial report - Socha (4.4); begin draft of 24th Interim initial report - PwC (2.2) | 6.60 | 924.00 |
| | DTW | Drafting initial report for Bilzin 24th interim (2.9). | 2.90 | 420.50 |
| | WHS | receive and review amended agenda | 0.10 | 27.50 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | Page | 8 |
| 7/23/2007 | SLB | complete draft of 24th Interim initial report - PwC (3.8); complete draft of 24th Interim final report - Socha (2.7); complete draft of 24th Interim final report - Baker Donelson (1.3) | 7.80 | 1,092.00 |
| | MSH | Prepare Socha 24th interim initial report for service (.1), same re PwC (.1) | 0.20 | 8.00 |
| | MSH | Update database with Socha 24th interim application, Richardson 1.07 (.1); Richardson 2.07, 3.07 (.1); Sullivan 3.07 (.1) | 0.30 | 12.00 |
| | DTW | Continue drafting Bilzin 24th initial report (3.4); telephone call with S. Bossay regarding same (.1); review and revise 24th interim initial reports for PwC and Socha (.1). | 3.60 | 522.00 |
| 7/24/2007 | MSH | Update database with Socha response to 24th interim initial report, Baker 1.07 (.1); Baker 2.07, 3.07 (.1) | 0.20 | 8.00 |
| 7/25/2007 | MSH | Update database with e-detail for Holme 1.07 | 0.10 | 4.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 7/26/2007 | MSH | Update database with Baker 24th interim application, Nelson 25th interim application (.1); Holme 1.07, Forman 5.07 (.1) | 0.20 | 8.00 |
| | JAW | detailed review of K&E April, 2007, monthly invoice (7.1). | 7.10 | 958.50 |
| 7/27/2007 | WHS | receive and review K&E's response | 0.10 | 27.50 |
| | JAW | detailed review of K&E April, 2007, monthly invoice (6.7). | 6.70 | 904.50 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| | MSH | Update database with Kirkland response to 24th interim initial report, Pachulski 5.07 | 0.10 | 4.00 |
| | MSH | Update database with e-detail for Kirkland response to 24th interim initial report (.1) | 0.10 | 4.00 |

W.R. Grace & Co.     Page 9

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/30/2007 | CR | Update database with Day Pitney 6.07 | 0.10 | 4.00 |
| | SLB | begin draft of 24th Interim final report - Forman Perry (7.7) | 7.70 | 1,078.00 |
| | CR | Update database with e-detail of Buchanan 6.07, Kramer 6.07 (.1) | 0.10 | 4.00 |
| | CR | Update database with e-detail non-pdf of Buchanan 6.07 | 0.10 | 4.00 |
| | JAW | detailed review of K&E April, 2007, monthly invoice (9.5). | 9.50 | 1,282.50 |
| 7/31/2007 | SLB | draft e-mail to M. Croft re Forman Perry retention documents (.2); e-mail to J. Baer @ K&E re same (.1) | 0.30 | 42.00 |
| | SLB | telephone conference with M. Croft @ Forman Perry re retention order and ordinary course professional caps (.2) | 0.20 | 28.00 |
| | SLB | complete draft of 24th Interim final report - Forman Perry (7.1) | 7.10 | 994.00 |
| | CR | Update database with Protiviti 24th interim app | 0.10 | 4.00 |
| | CR | Update database with e-detail of PWC 4.07, Ferry 6.07 (.1), Hamilton 6.07, Bilzin 6.07 (.1) | 0.20 | 8.00 |
| | JAW | detailed review of K&E April, 2007, monthly invoice (3.3). | 3.30 | 445.50 |

**For professional services rendered**      **234.70 $32,004.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| Pacer charges for July 07 | 31.44 | 31.44 |

W.R. Grace & Co.     Page 10

|  | **Amount** |
|---|---:|
| **Total costs** | $31.44 |
| **Total amount of this bill** | $32,035.44 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Cherie Rogers | 0.60 | 40.00 | $24.00 |
| Doreen T Williams | 9.60 | 145.00 | $1,392.00 |
| James A. Wehrmann | 98.90 | 135.00 | $13,351.50 |
| Jeff B. Allgood | 0.30 | 110.00 | $33.00 |
| Jeff B. Allgood | 0.20 | 40.00 | $8.00 |
| Melinda S Helsley | 4.40 | 40.00 | $176.00 |
| Stephen L. Bossay | 119.80 | 140.00 | $16,772.00 |
| Warren H Smith | 0.90 | 275.00 | $247.50 |