# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 06, 2008

In Reference To:          Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #          10968

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/2/2007 | WHS | receive and review agenda | 0.10 | 27.50 |
| | SLB | PACER research regarding Forman Perry app. - order re Forman Perry, U.S. Trustee objection, P.I. Committee objection (3.5) | 3.50 | 490.00 |
| | MSH | Update database with Kirkland 5.07, Foley 5.07 (.1); Capstone 3.07, 4.07, Buchanan 5.07 (.1); Towers 4.07, 5.07 (.1) | 0.30 | 12.00 |
| | MSH | Update database with e-detail for Piper 5.07, 4.07, and Kramer 5.07 | 0.10 | 4.00 |
| | SLB | revise draft of 24th Interim initial report - K&E (3.4) | 3.40 | 476.00 |
| 7/3/2007 | SLB | review of 24th Interim app. - Forman Perry (4.7) | 4.70 | 658.00 |
| | SLB | draft e-mails (2) to M. Croft @ Forman Perry re 24th Interim application (.3) | 0.30 | 42.00 |
| | SLB | begin draft of 24th Interim initial report - Forman Perry (2.8) | 2.80 | 392.00 |

W.R. Grace & Co.                                                                                    Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/3/2007 | MSH | Update database with Reed 5.07, Hilsoft 4-5.07 (.1); Hamilton 5.07, Ferry 5.07 (.1); Bilzin 5.07, Beveridge 5.07 (.1); Blackstone 2.07, 3.07 (.1); Piper 4.07, 5.07 (.1); Kramer 5.07, Beveridge 24th interim application (.1); Campbell 5.07, Caplin 5.07, and AKO 5.07 (.1) | 0.70 | 28.00 |
|  | JW | detailed review of Forman Perry April 1, 2006 to March 31, 2007 invoice (8.6) | 8.60 | 1,161.00 |
| 7/4/2007 | JW | detailed review of Forman Perry April 1, 2006 to March 31, 2007 invoice (6.0) | 6.00 | 810.00 |
| 7/5/2007 | SLB | complete draft of 24th Interim initial report - Forman Perry (3.2) | 3.20 | 448.00 |
|  | SLB | draft e-mail to R. Tobin @ Caplin re 24th Interim app. (.1); e-mail to A. Kreiger @ Stroock re 24th Interim final report (.2); e-mail to M. Croft @ Forman Perry re 24th Interim initial report (.2) | 0.50 | 70.00 |
|  | WHS | receive and review PWC CNO | 0.10 | 27.50 |
|  | MSH | Update database with Blackstone 24th interim initial report (.1) | 0.10 | 4.00 |
|  | JW | detailed review of Forman Perry April 1, 2006 to March 31,  2007 invoice (5.7); draft summary of same (3.2). | 8.90 | 1,201.50 |
|  | SLB | telephone conference with M. Croft @ Forman Perry re 24th Interim app. (.2) | 0.20 | 28.00 |
|  | SLB | begin review of 24th Interim app. - Caplin (2.9) | 2.90 | 406.00 |
| 7/6/2007 | SLB | complete review and begin draft of 24th Interim initial report - Caplin (3.0) | 3.00 | 420.00 |
|  | MSH | Update database with e-detail for Ogilvy 5.07 | 0.10 | 4.00 |
|  | MSH | Update database with Casner 5.07 | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                    Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/6/2007 | SLB | telephone conference with M. Croft @ Forman Perry re additions to 24th Interim initial report (.2) | 0.20 | 28.00 |
|  | SLB | revise draft of 24th Interim initial report - Forman Perry (1.9) | 1.90 | 266.00 |
|  | JW | detailed review of PwC February 2007 monthly invoice (4.2) | 4.20 | 567.00 |
|  | JW | draft summary of Kirkland & Ellis March 2007 monthly invoice (6.0) | 6.00 | 810.00 |
| 7/9/2007 | SLB | draft e-mail to R. Tobin re 24th Interim initial report (.1); e-mail to M. Stanton @ K&E re 24th Interim applications of Forman Perry and Socha Perczak (.2) | 0.30 | 42.00 |
|  | SLB | complete draft of 24th Interim initial report - Caplin (6.7) | 6.70 | 938.00 |
|  | SLB | telephone conference with K&E re 24th Interim apps. of Forman Perry and Socha Perczak (.2) | 0.20 | 28.00 |
|  | MSH | Update database with Ogilvy 5.07 | 0.10 | 4.00 |
|  | JW | draft summary of PwC February 2007 monthly invoice (0.6) | 0.60 | 81.00 |
|  | JW | detailed review of PwC March 2007 monthly invoice (1.5); draft summary of same (0.5) | 2.00 | 270.00 |
|  | JW | detailed review of Bilzin April 2007 monthly invoice (2.1); draft summary of same (1.0) | 3.10 | 418.50 |
| 7/10/2007 | SLB | begin draft of 24th Interim initial report - Reed Smith (4.1) | 4.10 | 574.00 |
|  | JBA | draft of WHS 6.07 application | 0.20 | 22.00 |
|  | SLB | complete review of 24th Interim app. - Reed Smith (2.6) | 2.60 | 364.00 |

W.R. Grace & Co.

Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/10/2007 | MSH | Update database with LAS 5.07 and Day Pitney 5.07 | 0.10 | 4.00 |
| 7/11/2007 | MSH | prepare Forman 24th interim initial report for service (.1), same re Orrick (.1) | 0.20 | 8.00 |
| | MSH | prepare Kirkland 24th interim initial report for service (.1) | 0.10 | 4.00 |
| | MSH | Update database with e-detail for Capstone 5.07 | 0.10 | 4.00 |
| | SLB | complete draft of 24th Interim initial report - Reed Smith (2.9) | 2.90 | 406.00 |
| | | Review and revise Forman Perry and Orrick initial reports for the 24th interim (.1); review and revise K&E initial report (.1). | 0.20 | 29.00 |
| | SLB | complete review of 24th Interim application - RPWB (3.2) | 3.20 | 448.00 |
| 7/12/2007 | SLB | complete draft of 24th Interim final report - RPWB (2.7) | 2.70 | 378.00 |
| | SLB | complete review of 24th Interim app. - Scott Law (3.3) | 3.30 | 462.00 |
| | SLB | draft e-mail to A. Muha @ Reed Smith re 24th Interim initial report (.1); e-mail to J. Sakalo @ Bilzin re 24th Interim app. (.1) | 0.20 | 28.00 |
| | SLB | begin draft of 24th Interim final report - Scott Law (2.2) | 2.20 | 308.00 |
| | MSH | prepare Caplin 24th interim initial report for service (.1) | 0.10 | 4.00 |
| | MSH | Update database with Capstone 5.07 and Nelson 6.07 | 0.10 | 4.00 |
| | WHS | Conference with Steve Bossay re Foreman Perry | 0.20 | 55.00 |

W.R. Grace & Co.                                                                    Page      5

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/12/2007 | JW | detailed review of Forman Perry April 2007 monthly invoice (5.5) | 5.50 | 742.50 |
| | JW | detailed review of Orrick April 2007 monthly invoice (5.3) | 5.30 | 715.50 |
| 7/13/2007 | SLB | telephone conference with M. Croft @ Forman Perry re 24th Interim response (.2) | 0.20 | 28.00 |
| | SLB | begin review of 24th Interim app. - Bilzin (2.9) | 2.90 | 406.00 |
| | JBA | complete draft of WHS 6.07 app/invoice | 0.10 | 11.00 |
| | MSH | Update database with e-detail for Duane 4.07, 5.07 | 0.10 | 4.00 |
| | SLB | complete draft of 24th Interim final report - Scott Law (2.7) | 2.70 | 378.00 |
| | JW | detailed review of Caplin April 2007 monthly invoice (3.4) | 3.40 | 459.00 |
| | JW | draft summary of Forman Perry April 2007 monthly invoice (0.7) | 0.70 | 94.50 |
| | JW | draft summary of Orrick April 2007 monthly invoice (1.4) | 1.40 | 189.00 |
| 7/16/2007 | MSH | Update database with e-detail for Capstone 24th interim application (.1) | 0.10 | 4.00 |
| | MSH | Prepare Reed 24th interim initial report for service | 0.10 | 4.00 |
| | SLB | review of 24th Interim quarterly application - Ogilvy Renault (6.6) | 6.60 | 924.00 |
| | JW | detailed review of Caplin April, 2007, monthly invoice (2.4); draft summary of same (0.5) | 2.90 | 391.50 |

W.R. Grace & Co.                                                                                    Page      6

|            |     |                                                                                                                                                                                                                                                                                                                       | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/16/2007  | MSH | Update database with Capstone 24th interim application, Woodcock 5.07 (.1); Duane 4.07, 5.07 (.1)                                                                                                                                                                                                                      | 0.20  | 8.00   |
|            | SLB | telephone conference with K. Green @ Protiviti re 23rd and 24th Interim quarterlies (.1); t/c with T. Walsh @ Ogilvy re retention documents (.2); t/c with A. Muha @ Reed Smith re 24th Interim response (.1)                                                                                                           | 0.40  | 56.00  |
|            | SLB | draft e-mail to F. Childress @ Baker re filing of 24th Interim quarterly app. (.1); e-mail to B. Sullivan @ Sullivan re same (.2); e-mails (2) to M. Croft @ Forman Perry re response to 24th Interim initial report (.2); e-mail to R. Green @ Protiviti re 24th Interim app. (.2); e-mail to T. Walsh @ Ogilvy re conflict checks and date of retention (.2) | 0.90  | 126.00 |
|            | WHS | receive and review agenda                                                                                                                                                                                                                                                                                             | 0.10  | 27.50  |
|            |     | Review and revise Reed Smith 24th initial report (.1); conference with S. Bossay regarding special Canadian counsel (.1).                                                                                                                                                                                              | 0.20  | 29.00  |
| 7/17/2007  | SLB | PACER research regarding 24th Interim filings and docket numbers (1.9)                                                                                                                                                                                                                                                 | 1.90  | 266.00 |
|            | MSH | Electronic filing of WHS CNO for May 2007 Invoice                                                                                                                                                                                                                                                                     | 0.10  | 4.00   |
|            | JW  | detailed review of Reed Smith  April, 2007, monthly invoice (10.8)                                                                                                                                                                                                                                                    | 10.80 | 1,458.00 |
|            |     | Begin review of PwC summaries and expenses for 24th interim (.2); review summaries for Bilzen 24th interim application (.1); begin review of Bilzin February invoice (.3).                                                                                                                                              | 0.60  | 87.00  |
|            | SLB | complete review and draft of 24th Interim initial report - Ogilvy (5.3)                                                                                                                                                                                                                                                | 5.30  | 742.00 |
|            | JBA | electronic filing with court WHS June 2007 app/invoice                                                                                                                                                                                                                                                                 | 0.20  | 8.00   |
| 7/18/2007  | SLB | draft e-mail to P. Adams @ Ogilvy re 24th Interim initial report (.2)                                                                                                                                                                                                                                                  | 0.20  | 28.00  |
|            | SLB | complete review and draft of 24th Interim initial report - Protiviti (6.2)                                                                                                                                                                                                                                             | 6.20  | 868.00 |

W.R. Grace & Co.                                                                                          Page    7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/18/2007 | JW | draft summary of Reed Smith April, 2007, monthly invoice (2.9) | 2.90 | 391.50 |
|  | MSH | Update database with e-detail for Stroock 5.07 | 0.10 | 4.00 |
|  | MSH | Prepare Ogilvy 24th interim initial report for service | 0.10 | 4.00 |
|  | MSH | Update database with Stroock 5.07 | 0.10 | 4.00 |
|  |  | Pacer research regarding January PwC invoice (.3); review and revise 24th interim initial report for Ogilvy (.1). | 0.40 | 58.00 |
| 7/19/2007 | SLB | review of 24th Interim application - Socha Perczak (5.7) | 5.70 | 798.00 |
|  | SLB | draft e-mail to M. McCarthy @ K&E re Socha application and Socha contact (.1); e-mail to D. Setter @ Socha re 24th Interim app. (.2) | 0.30 | 42.00 |
|  | SLB | telephone conference with D. Setter @ Socha re 24th Interim app.(.1) | 0.10 | 14.00 |
|  | SLB | begin draft of 24th Interim initial report - Socha (1.7) | 1.70 | 238.00 |
|  | MSH | Update database with Latham 3.07, 4.07, 5.07 | 0.10 | 4.00 |
|  |  | Continue review of Bilzin February invoice (1.2); review expense portions of January and March invoices for Bilzin (.5). | 1.70 | 246.50 |
| 7/20/2007 | WHS | receive and review amended agenda | 0.10 | 27.50 |
|  | SLB | complete draft of 24th Interim initial report - Socha (4.4); begin draft of 24th Interim initial report - PwC (2.2) | 6.60 | 924.00 |
|  |  | Drafting initial report for Bilzin 24th interim (2.9). | 2.90 | 420.50 |

W.R. Grace & Co.                                                                                    Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/23/2007 |  | Continue drafting Bilzin 24th initial report (3.4); telephone call with S. Bossay regarding same (.1); review and revise 24th interim initial reports for PwC and Socha (.1). | 3.60 | 522.00 |
|  | SLB | complete draft of 24th Interim initial report - PwC (3.8); complete draft of 24th Interim final report - Socha (2.7); complete draft of 24th Interim final report - Baker Donelson (1.3) | 7.80 | 1,092.00 |
|  | MSH | Update database with Socha 24th interim application, Richardson 1.07 (.1); Richardson 2.07, 3.07 (.1); Sullivan 3.07 (.1) | 0.30 | 12.00 |
|  | MSH | Prepare Socha 24th interim initial report for service (.1), same re PwC (.1) | 0.20 | 8.00 |
| 7/24/2007 | MSH | Update database with Socha response to 24th interim initial report, Baker 1.07 (.1); Baker 2.07, 3.07 (.1) | 0.20 | 8.00 |
| 7/25/2007 | MSH | Update database with e-detail for Holme 1.07 | 0.10 | 4.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
| 7/26/2007 | JW | detailed review of K&E April, 2007, monthly invoice (7.1). | 7.10 | 958.50 |
|  | MSH | Update database with Baker 24th interim application, Nelson 25th interim application (.1); Holme 1.07, Forman 5.07 (.1) | 0.20 | 8.00 |
| 7/27/2007 | WHS | receive and review K&E's response | 0.10 | 27.50 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | MSH | Update database with Kirkland response to 24th interim initial report, Pachulski 5.07 | 0.10 | 4.00 |
|  | MSH | Update database with e-detail for Kirkland response to 24th interim initial report (.1) | 0.10 | 4.00 |
|  | JW | detailed review of K&E April, 2007, monthly invoice (6.7). | 6.70 | 904.50 |

W.R. Grace & Co.                                                                                            Page      9

|            |     |                                                                                                  | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------|-------|----------|
| 7/30/2007  | CR  | Update database with e-detail of Buchanan 6.07, Kramer 6.07 (.1)                                 | 0.10  | 4.00     |
|            | CR  | Update database with Day Pitney 6.07                                                             | 0.10  | 4.00     |
|            | JW  | detailed review of K&E April, 2007, monthly invoice (9.5).                                        | 9.50  | 1,282.50 |
|            | SLB | begin draft of 24th Interim final report - Forman Perry (7.7)                                     | 7.70  | 1,078.00 |
|            | CR  | Update database with e-detail non-pdf of Buchanan 6.07                                            | 0.10  | 4.00     |
| 7/31/2007  | JW  | detailed review of K&E April, 2007, monthly invoice (3.3).                                        | 3.30  | 445.50   |
|            | SLB | telephone conference with M. Croft @ Forman Perry re retention order and ordinary course professional caps (.2) | 0.20  | 28.00    |
|            | SLB | complete draft of 24th Interim final report - Forman Perry (7.1)                                  | 7.10  | 994.00   |
|            | SLB | draft e-mail to M. Croft re Forman Perry retention documents (.2); e-mail to J. Baer @ K&E re same (.1) | 0.30  | 42.00    |
|            | CR  | Update database with e-detail of PWC 4.07, Ferry 6.07 (.1), Hamilton 6.07, Bilzin 6.07 (.1)       | 0.20  | 8.00     |
|            | CR  | Update database with Protiviti 24th interim app                                                   | 0.10  | 4.00     |
| 8/1/2007   | SLB | telephone conference with P. Adams @ Ogilvy re 24th Interim response and possible refiling of app. (.2) | 0.20  | 28.00    |
|            | MSH | draft e-mail to M. McCarthy re Kirkland's April 2007 e-detial                                     | 0.10  | 4.00     |
|            | SLB | begin draft of 24th Interim final report - Reed Smith (6.8)                                       | 6.80  | 952.00   |

W.R. Grace & Co.

Page    10

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/1/2007 | SLB | draft e-mail to Forman Perry re 24th Interim response (.2); e-mail to T. Walsh @ Ogilvy re same (.1) | 0.30 | 42.00 |
| | CR | Update database with e-detail Reed 6-07, Duane 6-07 (.1) | 0.10 | 4.00 |
| | CR | Update database with Kramer 6-07, Buchanan 6-07, (.1); Foley 6-07, Kirkland 6-07, (.1) | 0.20 | 8.00 |
| | CR | Update database with Morris 6-07 | 0.10 | 4.00 |
| 8/2/2007 | SLB | complete draft of 24th Interim final report - Reed Smith (3.7); begin draft of 24th Interim final report - K&E(3.3) | 7.00 | 980.00 |
| | CR | Update database with PWC 4-07, Hamilton 6-07, (.1); Ferry 6-07, Bilzin 6-07 (.1) | 0.20 | 8.00 |
| | CR | Update database with e-detail Campbell 6-07, Caplin 6-07, (.1); AKO 6-07 (.1) | 0.20 | 8.00 |
| 8/3/2007 | CR | Update database with e-detail Holme 2-07 | 0.10 | 4.00 |
| | SLB | complete draft of 24th Interim final report - K&E(5.5) | 5.50 | 770.00 |
| 8/6/2007 | CR | Update database with Holme 2-07, Ogilvy 6-07 (.1) | 0.10 | 4.00 |
| | SLB | begin draft of 24th Interim final report - Ogilvy (4.6) | 4.60 | 644.00 |
| | SLB | draft e-mail to Caplin, Bilzin, LAS, HRA, Hilsoft, Socha, Protiviti re 24th Interim apps. (.8) | 0.80 | 112.00 |
| | CR | Update database with Steptoe 1-1-07/3-31-07  24th interim , Pitney 4-1-07/6-30-07 25th interim | 0.10 | 4.00 |
| | BSR | receive and review, per WHS's request, the Forman Perry file, as well as Steve Bossay's draft final report and the UST's objection to the application (.5); brief legal research re inadequate detail in time entries (.3); draft email to Warren Smith re same (.4) | 1.20 | 276.00 |

W.R. Grace & Co.

Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/6/2007 | SLB | complete review of 24th Interim app. - Campbell (2.2) | 2.20 | 308.00 |
| 8/7/2007 | SLB | complete drafts of 24th Interim final reports - Ogilvy (3.4) and Campbell (2.9) | 6.30 | 882.00 |
|  | CR | Update database with e-detail for LAS 6-07 | 0.10 | 4.00 |
|  | JW | draft summary of K&E April, 2007, monthly invoice (6.6) | 6.60 | 891.00 |
|  | CR | Update database with Reed 6-07, Campbell 6-07 (.1); AKO 6-07, Caplin 6-07 (.1) | 0.20 | 8.00 |
| 8/8/2007 | JW | detailed review of Forman Perry, May, 2007, monthly invoice (1.9); draft summary of same (0.2) | 2.10 | 283.50 |
|  | SLB | complete review of 24th Interim apps. - AKO(2.5); Austern (2.3) and Beveridge (1.9) | 6.70 | 938.00 |
|  | CR | Update database with Steptoe 4.07, 5.07 & 6.07; Forman 6.07 | 0.10 | 4.00 |
|  | CR | Update database with Piper 17th interim; Towers 25th interim | 0.10 | 4.00 |
| 8/9/2007 | MSH | Update database with e-detail of Towers 6.07, Piper 6.07 (.1); Piper 24th interim application, Orrick 5.07 (.1); Orrick 6.07, Orrick 24th interim application (.1) | 0.30 | 12.00 |
|  | CR | detailed review of Ogilvy 24th interim initial report | 0.10 | 4.00 |
|  | CR | Update database with Piper 6.07, Towers 6.07 | 0.10 | 4.00 |
|  | JW | detailed review of Reed Smith May, 2007, monthly invoice (5.7) | 5.70 | 769.50 |
|  | SLB | complete draft of 24th Interim final report - AKO (3.0); Beveridge (3.8) | 6.80 | 952.00 |

W.R. Grace & Co.                                                                                                Page    12

|            |      |                                                                                                                          | **Hours** | **Amount** |
|------------|------|--------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 8/10/2007  | CR   | Update database with e-detail Stroock 6.07                                                                               | 0.10      | 4.00       |
|            | JW   | draft summary of Reed Smith May, 2007, monthly invoice (1.2)                                                             | 1.20      | 162.00     |
|            | SLB  | complete draft of 24th Interim final report - Austern (2.2) ; begin draft of 24th Interim final report - Capstone (3.3)  | 5.50      | 770.00     |
|            | JW   | detailed review of Caplin May, 2007, monthly invoice (1.9)                                                               | 1.90      | 256.50     |
| 8/13/2007  | SLB  | complete draft of 24th Interim final report - Capstone (2.6); complete draft of 24th Interim final report - Buchanan (3.7) | 6.30      | 882.00     |
|            | BSR  | telephone conferences (2) with Warren Smith re additional research needed for issues in Forman Perry final report (24th) | 0.10      | 23.00      |
|            | CR   | Update database with Ogilvie 24th interim initial report response                                                        | 0.10      | 4.00       |
|            | CR   | Update database with Orrick, 5.07 & 6.07, LAS 6.07, (.1); Stroock 6.07, Deloitte Tax 4.07, (.1); Orrick 1/1/07-3/31/07 24th interim, Piper 1/1/07-3/31/07 24th interim, (.1) | 0.30      | 12.00      |
|            | CR   | Update database with e-detail Bilzin 4-1-07/6-30-07, Hamilton 4-1-07/6-30-07, 15th Interim                               | 0.10      | 4.00       |
|            | JW   | detailed review of Caplin May, 2007, monthly invoice (4.1); draft summary of same (2.3).                                 | 6.40      | 864.00     |
|            | BSR  | review of our draft final report re Forman Perry in preparation for telephone conference with Warren Smith re same       | 0.20      | 46.00      |
|            | BSR  | legal research regarding the issue of duplicative time entries in relation to Forman Perry fee application (24th period) | 1.70      | 391.00     |
| 8/14/2007  | CR   | draft Project Category Spreadsheet for 24th int                                                                          | 3.00      | 330.00     |
|            | CR   | Update database with e-detail Foley 4/1/07-6/30/07 25th int                                                              | 0.10      | 4.00       |

W.R. Grace & Co.                                                                                          Page    13

|            |     |                                                                                                                                                                                                              | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 8/14/2007  | CR  | Update database with e-detail PWC 5.07 and 6.07                                                                                                                                                              | 0.10  | 4.00     |
|            | CR  | Update database with e-detail Kramer 4/1/07-6/30/07 and Buchanan 4/1/07-6/30/07 25th interim                                                                                                                | 0.10  | 4.00     |
|            | CR  | Update database with Pachulski 6.07                                                                                                                                                                         | 0.10  | 4.00     |
|            | CR  | Update database with e-detail Hilsoft 4/1/07-6/30/07 25th interim                                                                                                                                           | 0.10  | 4.00     |
|            | BSR | legal research re appropriate fee reduction for similar time entries which fail to distinguish work performed by different attorneys                                                                         | 4.60  | 1,058.00 |
|            | SLB | review and draft of 24th Interim final report - Casner (3.5); complete review and draft of 24th Interim final report - Deloitte Tax (2.6); begin draft of 24th Interim final report - Duane Morris (1.5)    | 7.60  | 1,064.00 |
| 8/15/2007  | BSR | draft revised version of final report re Forman Perry for the 24th interim period                                                                                                                           | 5.70  | 1,311.00 |
|            | JW  | detailed review of Kirkland & Ellis May, 2007, monthly fee application (7.8)                                                                                                                                 | 7.80  | 1,053.00 |
|            | BSR | research regarding reduction for insufficiency of fee descriptions                                                                                                                                          | 4.00  | 920.00   |
|            | SLB | review of 24th Interim applications - RPWB(2.6); Towers(1.9); L&W(2.8)                                                                                                                                       | 7.30  | 1,022.00 |
| 8/16/2007  | CR  | Update database with Ogilvy 4/1/07-6/30/07 25th interim application, Bilzin 4/1/07-6/30/07 25th interim application; (.1); Hamilton 4/1/07-6/30/07 25th interim application  and Reed 4/1/07-6/30/07 25th interim application (.1) | 0.20  | 8.00     |
|            | CR  | Update database with e-detail Conway 1/1/07-6/30/07 24th interim                                                                                                                                            | 0.10  | 4.00     |
|            | CR  | Update database with Casner 6.07                                                                                                                                                                            | 0.10  | 4.00     |

W.R. Grace & Co.

Page    14

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/16/2007 | SLB | review of 24th Interim apps. - Ferry Joseph (1.9); HRA (2.5); Foley Hoag (3.3) | 7.70 | 1,078.00 |
| | BSR | draft e-mail to Warren Smith and Steve Bossay re research of repetitive time entries and revisions made to draft final report re Forman Perry for the 24th period | 0.60 | 138.00 |
| | BSR | draft final report re Forman Perry for the 24th interim period | 2.00 | 460.00 |
| | BSR | legal research repetitive or generic time entries | 0.20 | 46.00 |
| | LMH | telephone conference with J. Allgood re: exhibit for Foreman Perry's final report for Foreman Perry's twenty-fourth interim period application. | 0.10 | 13.50 |
| | JW | detailed review of Kirkland & Ellis May, 2007, monthly fee application (9.7) | 9.70 | 1,309.50 |
| | WHS | detailed review of, and respond to, e-mails re Final Report re Forman Perry | 0.20 | 55.00 |
| 8/17/2007 | CR | Update database with PWC 5.07 and 6.07; Hillsoft 4/1/07-6/30/07 25th interim application (.1) | 0.10 | 4.00 |
| | SLB | review of 24th Interim applications - Hilsoft (1.5); HRO (2.2) ; Lexicon (3.3) | 7.00 | 980.00 |
| | BSR | telephone conferences and meeting with Lisa Hamm re exhibit of repetitive time entries to be prepared in connection with Forman Perry's application for the 24th interim period | 0.20 | 46.00 |
| | LMH | receive and review e-mails (x2) from S. Bossay re: exhibit for Foreman Perry's final report for the twenty-fourth interim period. | 0.10 | 13.50 |
| | JW | detailed review of Kirkland & Ellis May, 2007, monthly fee application (10.1) | 10.10 | 1,363.50 |
| | CR | Update database with e-detail Austern 5.07 and 6.07 | 0.10 | 4.00 |
| 8/20/2007 | SLB | complete draft of 24th Interim final report - Ferry Joseph (1.8); HRA (2.4) ; revise draft of 24th Interim initial report - Caplin (2.7) | 6.90 | 966.00 |

W.R. Grace & Co.                                                                                         Page    15

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/20/2007 | LMH | telephone conference with S. Bossay re: exhibit for Foreman Perry's final report for the twenty-fourth interim period. | 0.10 | 13.50 |
|  | JW | detailed review of Orrick May, 2007, monthly fee application (4.5) | 4.50 | 607.50 |
|  | SLB | draft e-mail to R. Tobin @ Caplin re 24th Interim initial report (.1); e-mail J. Sakalo re 24th Interim response (.1) | 0.20 | 28.00 |
|  | CR | Update database with Austern 5.07 and 6.07 fee application | 0.10 | 4.00 |
| 8/21/2007 | SLB | begin review of 24th Interim application - BMC (1.4) | 1.40 | 196.00 |
|  | CR | Update database with 25th interim applications 4/1/07-6/30/07   Asbestos Committee 25th interim application, Foley 25th interim application (.1); Forman 25th interim application, Casner 25th interim application, (.1); K&E 25th interim application, Campbell 25th interim application (.1); LAS 25th interim application, AKO 25th interim application (.1); Hilsoft 25th interim application (.1) | 0.50 | 20.00 |
|  | CR | Update database with Caplin 25th interim application 4/1/07-6/30/07 | 0.10 | 4.00 |
|  | CR | Update database with Reed 25th interim application 4/1/07-6/30/07; Ferry 25th interim application 4/1/07-6/30/07; (.1); Conway 25th interim application 4/1/07-6/30/07; Conway 24th interim application 1/1/07-3/31/07 (.1) | 0.20 | 8.00 |
|  | SLB | complete draft of 24th Interim final reports - Lexicon (1.6); HRO (2.3); Woodcock (2.8) | 6.70 | 938.00 |
|  | LMH | receive and review second e-mail from J. Allgood re: draft exhibit for Foreman Perry's preliminary draft final report for the twenty-fourth interim period. | 0.10 | 13.50 |
|  | LMH | draft exhibit for Foreman Perry's final report for the twenty-fourth interim period. | 2.30 | 310.50 |
|  | LMH | receive, review, and respond to e-mail from J. Allgood re: draft exhibit for Foreman Perry's preliminary draft final report for the twenty-fourth interim period. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                          Page    16

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/21/2007 | JW | detailed review of PwC April, 2007, monthly fee application (3.4) | 3.40 | 459.00 |
|  | LMH | receive, review, and respond to e-mail from J. Allgood re: draft exhibit for Foreman Perry's preliminary final report for the twenty-fourth interim period. | 0.10 | 13.50 |
|  | LMH | draft e-mail to S. Bossay and J. Allgood re: draft exhibit for Foreman Perry's preliminary draft final report for the twenty-fourth interim period. | 0.20 | 27.00 |
|  | LMH | draft e-mail to J. Allgood re: revisions to draft exhibit to preliminary draft final report for Foreman Perry's quarterly application for the twenty-fourth interim period. | 0.10 | 13.50 |
|  | LMH | draft revisions to exhibit to preliminary draft final report for Foreman Perry's quarterly application for the twenty-fourth interim period. | 0.30 | 40.50 |
| 8/22/2007 | CR | Update database with PWC 1/1/07-3/31/07 24th interim application | 0.10 | 4.00 |
|  | CR | draft Project Category Summary Detail Spreadsheet for 24th interim | 1.50 | 165.00 |
|  | SLB | complete draft of 24th Interim final report - BMC (2.6) | 2.60 | 364.00 |
|  | LMH | Second telephone conference with B. Ruhlander re: exhibit for preliminary draft final report for Foreman Perry's twenty-fourth interim period. | 0.10 | 13.50 |
|  | LMH | telephone conference with B. Ruhlander re: exhibit for preliminary draft final report for Foreman Perry's twenty-fourth interim period. | 0.10 | 13.50 |
|  | LMH | telephone conference with S. Bossay re: U.S. Trustee and Committee objections to Foreman Perry's quarterly application for the twenty-fourth interim period. | 0.10 | 13.50 |
|  | WHS | detailed review of, and revisions to, Final Report re Forman Perry | 0.40 | 110.00 |
|  | SLB | complete review of 24th Interim app. - BMC (4.6) | 4.60 | 644.00 |
|  | BSR | receive and review draft final report re Forman Perry for the 24th period and make revisions to same | 1.50 | 345.00 |

W.R. Grace & Co.                                                                                    Page    17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/22/2007 | LMH | receive, review, and respond to e-mail from S. Bossay re: U.S. Trustee and Committee objections to Foreman Perry's quarterly application for the twenty-fourth interim period. | 0.10 | 13.50 |
| 8/23/2007 | SLB | draft e-mail to Baker (.1) and Day Pitney (.1) regarding final reports | 0.20 | 28.00 |
|  | SLB | complete drafts of 24th Interim final reports - Steptoe (1.7); Baker (3.3); Day Pitney (2.5) | 7.50 | 1,050.00 |
|  | CR | draft Project Category Summary Detail Spreadsheet 24th interim | 2.00 | 220.00 |
|  | CR | Update database with Pachulski 4/1/07-6/30/07 25th interim application | 0.10 | 4.00 |
| 8/24/2007 | WHS | receive and review agenda | 0.10 | 27.50 |
|  | CR | Update database with Woodcock 6.07 fee application and Beveridge 6.07 fee application | 0.10 | 4.00 |
|  | CR | draft Project Category Spreadsheet for 24th interim | 2.50 | 275.00 |
| 8/27/2007 | CR | Update database with Nelson 7.07 fee application, Holme 3.07 fee application (.1) and BMC 01.07, 02.07, 03.07 fee applications (.1) | 0.20 | 8.00 |
| 8/28/2007 | SLB | complete drafts of 24th Interim final reports - RPWB (2.4); Towers Perrin (3.3) and L&W (2.5) | 8.20 | 1,148.00 |
|  | CR | Update database with Latham 1/1/07-3/31/07 24th interim application and BMC 1/1/07-3/31/07 24th interim application | 0.20 | 8.00 |
|  | CR | Update database with Holme 3.07 fee application | 0.10 | 4.00 |
| 8/29/2007 | SLB | revise draft of 24th Interim final report - K&E (2.8) ; complete 24th Interim final report - Orrick (3.5) | 6.30 | 882.00 |
|  | SLB | telephone conference with M. Araki @ BMC re 24th Interim app. (.2); t/c with D. Felder @ Orrick re 24th Interim response (.1) | 0.30 | 42.00 |

W.R. Grace & Co.                                                                                          Page    18

|            |     |                                                                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/29/2007  | SLB | draft e-mails to Towers (.2); Lexicon (.2) re 24th Interim apps.                                                                                      | 0.40  | 56.00  |
|            | JBA | Electronic filing with court of 24th Interim Final Reports re: Ogilvy Renault (.2), and Reed Smith (.3)                                               | 0.50  | 20.00  |
|            | CR  | Update database with Holme 1/1/07-3/31/07 24th interim application, Foley 7.07 fee application (.1); Ogilvy 7.07, Day Pitney 7.07 fee application (.1) and K&E 7.07 fee application (.1) | 0.30  | 12.00  |
|            | WHS | detailed review of Richardson 24th Int FR                                                                                                            | 0.10  | 27.50  |
|            | WHS | detailed review of Sullivan 24th Int FR                                                                                                              | 0.10  | 27.50  |
|            | WHS | receive, review, and revise final report re Reed Smith                                                                                                | 0.30  | 82.50  |
|            | JW  | draft summary of Orrick May 2007 monthly invoice (2.0).                                                                                               | 2.00  | 270.00 |
|            | CR  | Update final report database and check calculations for 23rd interim                                                                                  | 1.00  | 110.00 |
|            | CR  | Update database with e-detail Holme 1/1/07-3/31/07 24th interim application                                                                           | 0.10  | 4.00   |
|            | CR  | Update database with e-detail Buchanan 7.07 fee application, Kramer 7.07 fee application (.1)                                                          | 0.20  | 8.00   |
|            | WHS | receive and review amended agenda                                                                                                                     | 0.10  | 27.50  |
|            | WHS | detailed review of, and revisions to, Ogilvy 24th Int FR                                                                                              | 0.30  | 82.50  |
|            | WHS | detailed review of Scott Law 24th Int FR                                                                                                              | 0.10  | 27.50  |
|            | CR  | Update final report database and check calculations for 23rd interim                                                                                  | 1.50  | 165.00 |

W.R. Grace & Co.                                                                    Page    19

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/29/2007 | CR | Update database with e-detail Ogilvy 7.07 fee application | 0.10 | 4.00 |
| 8/30/2007 | JW | draft summary of PwC April 2007 monthly invoice (1.2). | 1.20 | 162.00 |
|  | CR | Update database with Kramer 7.07 and Buchanan 7.07 fee applications | 0.10 | 4.00 |
|  | JBA | Electronic filing with court of 24th Interim Final Reports re: Richardson Patrick (.2), The Scott Law Group (.2), and Sullivan (.2) | 0.60 | 24.00 |
|  | SLB | revise draft of 24th Interim final report - Reed Smith (1.8); revise Socha 24th Interim final report (1.4); complete 24th Interim final report - LAS (1.7); revise 23rd and 24th Interim final reports - Protiviti (2.2) | 7.10 | 994.00 |
|  | CR | Update database with e-detail Pachulski 4.07, 5.07, 6.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail Bilzin 7.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail Morris 4-1-07/6-30-07 25th interim application and Stroock 4-1-07/6-30-07 25th interim application (.1) | 0.10 | 4.00 |
|  | CR | Update database with e-detail Reed 7.07 fee application | 0.10 | 4.00 |
| 8/31/2007 | JBA | Electronic filing with court of 24th Interim Final Reports re: K&E (.3), Piper Jaffray (.3), and Protiviti (.3) | 0.90 | 36.00 |
|  | CR | Update database with Richardson 1/1/07-3/31/07 24th Interim application and Sullivan 1/1/07-3/31/07 24th interim application (.1) | 0.10 | 4.00 |
|  | CR | Update database with Ferry 7.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with Ferry 7.07 fee application | 0.10 | 4.00 |
|  | WHS | detailed review of, and revisions to, K&E final report for 24th interim period | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                    Page    20

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/31/2007 | CR | Update database with Richardson 1/1/07-3/31/07 24th Interim application and Sullivan 1/1/07-3/31/07 24th interim application (.1) | 0.10 | 4.00 |
|  | WHS | detailed review of Piper 24th Int FR | 0.10 | 27.50 |
|  | CR | Update database with Morris 4/1/07-6/30/07 25th interim application, (.1) Stroock 25th interim application (.1) | 0.20 | 8.00 |
|  | CR | Update database with e-detail Hilsoft 7.07 and Hamilton 7.07 fee applications | 0.10 | 4.00 |
|  | SLB | complete drafts of 24th Interim final reports - Philips (2.2); Nelson Mullins (1.7); Pachulski (2.9) | 6.80 | 952.00 |
|  | WHS | detailed review of, and revisions to,  Protiviti 23rd Int FR | 0.10 | 27.50 |
|  | SLB | draft e-mails to Bilzin (.1); Caplin (.1) re 24th Interim responses; e-mail to Lexicon re filing of past application (.2); e-mail to Towers re 24th Interim expense detail (.1) | 0.50 | 70.00 |
| 9/4/2007 | CR | Update database with e-detail PWC 7.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail K&E 5.07 fee app | 0.10 | 4.00 |
|  | SLB | complete draft of revised 24th Interim final report - Baker (1.7) ; complete draft of revised 24th Interim final report - Orrick (2.4) ; begin draft of 24th Interim final report - Bilzin (3.6) | 7.70 | 1,078.00 |
|  | CR | Update database with e-detail K&E 5.07 fee app | 0.10 | 4.00 |
|  | CR | Update database with e-detail PWC 7.07 fee application | 0.10 | 4.00 |
| 9/5/2007 | SLB | draft e-mail to D. Setter @ Socha re 24th Interim response (.1); e-mail to R. Tobin @ Caplin re same (.1) | 0.20 | 28.00 |

W.R. Grace & Co.                                                                                       Page      21

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/5/2007 | CR | Update database with fee applications Bilzin 7.07, Hamilton 7.07 (.1); Hilsoft 7.07, Reed 7.07 (.1); Caplin Initial report response 24th interim, Woodcock 4/1/07-6/30/07 25th interim application (.1) | 0.30 | 12.00 |
| | CR | Update database with e-detail Lexecon 2/1/07-3/31/07 24th interim application and PWC 7.07 fee application | 0.10 | 4.00 |
| | WHS | detailed review of, and revisions to, Baker final report | 0.30 | 82.50 |
| | CR | Update database with e-detail Lexecon 2/1/07-3/31/07 24th interim application and PWC 7.07 fee application | 0.10 | 4.00 |
| | CR | Update database with fee applications Bilzin 7.07, Hamilton 7.07 (.1); Hilsoft 7.07, Reed 7.07 (.1); Caplin Initial report response 24th interim, Woodcock 4/1/07-6/30/07 25th interim application (.1) | 0.30 | 12.00 |
| | SLB | telephone conference with T. Scoles @ Deloitte re 24th quarterly filing (.1); t/c with M. Zumbach @ Lexicon re same (.1); t/c (2) with J. Sakalo re 24th Interim response (.3) | 0.70 | 98.00 |
| | SLB | complete draft of 24th Interim final report - Bilzin (6.8) | 6.80 | 952.00 |
| 9/6/2007 | CR | Update database with lexecon 2/1/07-3/31/07 24th interim application | 0.10 | 4.00 |
| | CR | Update database with lexecon 2/1/07-3/31/07 24th interim application | 0.10 | 4.00 |
| | SLB | complete draft of 24th Interim final report - Caplin (5.4); complete revision of 24th Interim final report - Socha (.9); begin draft of 24th Interim final report - No Objections (.8) | 7.10 | 994.00 |
| | JBA | Electronic filing with court of 24th Interim Fina Reports re: Baker (.2), Orrick (.2) | 0.40 | 16.00 |
| | CR | Update database with e-detail Casner 5.07 fee application | 0.10 | 4.00 |
| | CR | Update database with e-detail Casner 5.07 fee application | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                    Page    22

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/6/2007 | WHS | receive and review e-mail re E&Y | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, Orrick final report | 0.10 | 27.50 |
|  | LMH | research regarding comparitive airfare charges for itineraries questioned in initial report for Bilzin's twenty-fourth interim period application. | 0.50 | 67.50 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
| 9/7/2007 | JW | draft summary of Kirkland & Ellis May 2007 monthly invoice (4.7) | 4.70 | 634.50 |
|  | CR | Update database with e-detail fee applications Orrick 7.07, Austern 7.07 (.1); Piper 7.07 (.1) | 0.20 | 8.00 |
|  | WHS | draft e-mail to Lisa Hamm re Bilzen airfare | 0.20 | 55.00 |
|  | WHS | detailed review of, and revisions to, Socha final report | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, Caplin 24th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, Bilzin 24th Int FR | 0.30 | 82.50 |
|  | CR | Update database with e-detail fee applications Orrick 7.07, Austern 7.07 (.1); Piper 7.07 (.1) | 0.20 | 8.00 |
|  | CR | Update database with Caplin 7.07 fee application, LAS 7.07 fee application (.1), AKO 7.07 fee application, Campbell 7.07 fee application (.1) | 0.20 | 8.00 |
|  | SLB | complete draft of 24th Interim final report - Blackstone (2.4) ; complete draft of 24th Interim final report - Kramer (2.0); continue draft of 24th Interim final report - No Objections (2.9) | 7.30 | 1,022.00 |

W.R. Grace & Co.

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 9/7/2007 | CR | Update database with Caplin 7.07 fee application, LAS 7.07 fee application (.1), AKO 7.07 fee application, Campbell 7.07 fee application (.1) | 0.20 | 8.00 |
| | LMH | receive, review, and respond to e-mail from W. Smith re: questioned airfare charges in Bilzen's twenty-fourth quarterly period final report. | 0.10 | 13.50 |
| | LMH | Revisions to preliminary draft of final report re Bilzen for the twenty-fourth interim period regarding questioned airfare charges. | 0.50 | 67.50 |
| 9/8/2007 | JW | draft summary of Kirkland & Ellis May 2007 monthly invoice (2.1) | 2.10 | 283.50 |
| 9/10/2007 | CR | Update database with Orrick 7.07 fee application, Piper 7.07 fee application, D. Austern 7.07 fee application (.2) | 0.20 | 8.00 |
| | CR | draft draft project category spreadsheet for 24th interim | 0.30 | 33.00 |
| | SLB | complete draft of 24th Interim final report - No Objections (5.3) | 5.30 | 742.00 |
| | WHS | detailed review of Omnibus 24th Int FR | 0.20 | 55.00 |
| | WHS | detailed review of, and reivisions to, Blackstone 24th Int FR | 0.10 | 27.50 |
| | CR | draft draft project category spreadsheet for 24th interim | 0.30 | 33.00 |
| | CR | Update database with Orrick 7.07 fee application, Piper 7.07 fee application, D. Austern 7.07 fee application (.2) | 0.20 | 8.00 |
| | CR | Update database with e-detail of Orrick May 07 Summaries; PwC March 07 Summaries (.1); Sidley May Summaries (.1) | 0.20 | 8.00 |
| | CR | Update database with e-detail of Orrick May 07 Summaries; PwC March 07 Summaries (.1); Sidley May Summaries (.1) | 0.20 | 8.00 |
| 9/11/2007 | CR | Draft Project category spreadsheet for 24th interim | 2.00 | 220.00 |

W.R. Grace & Co.

Page    24

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/11/2007 | CR | Draft Project category spreadsheet for 24th interim | 2.00 | 220.00 |
| | SLB | begin draft of 24th Interim fee and expense charts (5.5) | 5.50 | 770.00 |
| 9/12/2007 | CR | draft project category spreadsheet for 24th interim | 4.00 | 440.00 |
| | CR | update database with e-detail Capston 6.07 fee application | 0.10 | 4.00 |
| | JW | detailed review of Caplin June 2007 monthly invoice (3.1); draft summary of same (1.0) | 4.10 | 553.50 |
| | JW | detailed review of Reed Smith June 2007 monthly invoice (3.5); draft summary of same (0.1) | 3.60 | 486.00 |
| | CR | update database with e-detail Capston 6.07 fee application | 0.10 | 4.00 |
| | CR | draft project category spreadsheet for 24th interim | 4.00 | 440.00 |
| | WHS | telephone conference with Jay Sakalo re time entries and expenses | 0.20 | 55.00 |
| | SLB | draft of 24th Interim Amended Final Report - Bilzin (1.8) | 1.80 | 252.00 |
| | SLB | telephone conference with M. Croft @ Forman Perry re 24th Interim objection (.2) | 0.20 | 28.00 |
| | SLB | complete draft of 24th Interim fee and expense charts (4.8) | 4.80 | 672.00 |
| | WHS | detailed review of, and revisions to, Bilzin  Amended final report | 0.20 | 55.00 |
| | JW | detailed review of Forman Perry June 2007 monthly invoice (2.0); draft summary of same (0.3) | 2.30 | 310.50 |

W.R. Grace & Co.                                                                                          Page    25

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/12/2007 | LMH | telephone conference with W. Smith re: questioned air fare in Bilzin's application for the twenty-fourth interim period. | 0.10 | 13.50 |
| 9/13/2007 | CR | Completed draft project category spreadsheet for 24th interim | 0.20 | 22.00 |
|  | CR | Update database with Casner 7.07 fee application | 0.10 | 4.00 |
|  | WHS | detailed review of research re Bilzen airfare, draft e-mail to Bilzen re same | 0.40 | 110.00 |
|  | CR | Update database with Casner 7.07 fee application | 0.10 | 4.00 |
|  | JW | detailed review of Orrick June 2007 monthly invoice (4.6); draft summary of same (1.2) | 5.80 | 783.00 |
|  | LMH | research regarding Bilzin's request to reconsider recommended airfare reductions based on concept of "peak season" travel. | 0.30 | 40.50 |
|  | LMH | draft e-mail to W. Smith re: Bilzin's request to reconsider recommended reductions for airfare in its final report for the twenty-fourth interim period. | 0.20 | 27.00 |
|  | LMH | receive and review e-mail from W. Smith re: Bilzin's request to reconsider recommended reductions in airfare for the twenty-fourth interim period. | 0.10 | 13.50 |
|  | SLB | revised draft of 24th Interim fee and expense charts (3.6) | 3.60 | 504.00 |
|  | CR | Completed draft project category spreadsheet for 24th interim | 0.20 | 22.00 |
| 9/17/2007 | SLB | final review and corrections of 24th Interim charts (2.7) | 2.70 | 378.00 |
|  | SLB | draft e-mail to Forman Perry re objection (.1); e-mail final 24th Interim charts to J. O'Neill @ Pachulski (.2) | 0.30 | 42.00 |
|  | SLB | review of Forman Perry 24th Interim objection (2.1) | 2.10 | 294.00 |

W.R. Grace & Co.                                                                                    Page    26

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/17/2007 | SLB | PACER research regarding 24th Interim apps and possible objections (2.8) | 2.80 | 392.00 |
|  | CR | Update database with Strook 7.07 | 0.10 | 4.00 |
|  | CR | draft project category spreadsheet for 24th interim | 0.40 | 44.00 |
| 9/18/2007 | CR | Update database with e-detail Strook 7.07 | 0.10 | 4.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | SLB | Review of 25th Interim application - Blackstone (5.3) | 5.30 | 742.00 |
|  | SLB | draft e-mail to J. O'Neill @ Pachulski re 24th Interim charts (.2) | 0.20 | 28.00 |
|  | SLB | telephone conference with J. O'Neill @ Pachulski re 24th Interim charts (.1) | 0.10 | 14.00 |
| 9/19/2007 | WHS | receive and review agenda | 0.10 | 27.50 |
|  | SLB | Review of 25th Interim app. - Buchanan (4.2); begin review of 25th Interim app. - Capstone (2.2) | 6.40 | 896.00 |
| 9/20/2007 | SLB | Complete review of 25th Interim app. - Capstone (2.6) ; begin review of 25th Interim app. - Casner (3.3) | 5.90 | 826.00 |
| 9/21/2007 | SLB | Complete review of 25th Interim app. - Casner (3.2) | 3.20 | 448.00 |
|  | CR | Update database with Blackstone 4.07, 5.07, 6.07 | 0.20 | 8.00 |
|  | SLB | Final PACER research regarding 24th Interim apps for Sept. 24th fee hearing (1.5) | 1.50 | 210.00 |

W.R. Grace & Co.                                                                                      Page    27

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/24/2007 | SLB | Review of 25th Interim app. - Conway (5.2) | 5.20 | 728.00 |
| | CR | Update database with e-detail Ogilvy 8.07 | 0.10 | 4.00 |
| | CR | Update database with e-detail Ogilvy 8.07 | 0.10 | 4.00 |
| 9/25/2007 | CR | Update database with Ogilvy 8.07 and Nelson 8.07 | 0.10 | 4.00 |
| | CR | Update database with Ogilvy 8.07 and Nelson 8.07 | 0.10 | 4.00 |
| | SLB | PACER research regarding Kazan application (1.8) | 1.80 | 252.00 |
| | SLB | Review expenses of Kazan McClain for 2005 application never sent to us and never approved by Court (2.4) | 2.40 | 336.00 |
| | SLB | draft e-mail to K. Hemming @ Kazan re review process (.2); e-mail M. Hurford @ Campbell re same (.1) | 0.30 | 42.00 |
| | JW | detailed review of Kirkland & Ellis June 2007 monthly invoice (8.8) | 8.80 | 1,188.00 |
| 9/26/2007 | SLB | Review of 25th Interim app. - Deloitte Tax (4.4) | 4.40 | 616.00 |
| | JW | detailed review of Kirkland & Ellis June 2007 monthly invoice (9.1) | 9.10 | 1,228.50 |
| | CR | Update database with Blackstone 4/1/07-6/30/07 25th interim | 0.10 | 4.00 |
| | WHS | receive, review, and forward notice from Nelson Mullins | 0.10 | 27.50 |
| | CR | Update database with Blackstone 4/1/07-6/30/07 25th interim | 0.10 | 4.00 |

W.R. Grace & Co.                                                                          Page    28

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/27/2007 | SLB | Complete review of 25th Interim app. - Ferry Joseph (3.8); begin review of 25th Interim application - Kramer (2.8) | 6.60 | 924.00 |
| 9/28/2007 | SLB | Complete review of 25th Interim app. - Kramer (3.6) | 3.60 | 504.00 |
|  | JBA | Draft of WHS 8.07 Monthly application and invoice | 0.50 | 55.00 |
|  | CR | Update database with e-detail  Reed 8.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with Pachulski 7.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail Ferry 8.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail  Reed 8.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with Pachulski 7.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail Ferry 8.07 fee application | 0.10 | 4.00 |

**For professional services rendered**                                       **664.80 $92,016.50**

Additional Charges :

|  | Price |  |
|---|---|---|
| Pacer charges for July 07 | 31.44 | 31.44 |
| Pacer charges Aug.07 | 39.68 | 39.68 |

W.R. Grace & Co.                                                                                    Page      29

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup for June 2007 | 823.57 | 823.57 |
| Third party copies & document prep/setup for July 2007 | 264.86 | 264.86 |
| Pacer charges for Sept. 2007 | 20.16 | 20.16 |

| | |
|---|---|
| **Total costs** | **$1,179.71** |
| **Total amount of this bill** | **$93,196.21** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 22.00 | 230.00 | $5,060.00 |
| Cherie Rogers | 24.90 | 110.00 | $2,739.00 |
| Cherie Rogers | 12.90 | 40.00 | $516.00 |
| Doreen Williams | 9.60 | 145.00 | $1,392.00 |
| James Wehrmann | 202.00 | 135.00 | $27,270.00 |
| Jeff B. Allgood | 0.80 | 110.00 | $88.00 |
| Jeff B. Allgood | 2.60 | 40.00 | $104.00 |
| Lisa M Hamm | 5.70 | 135.00 | $769.50 |
| Melinda S Helsley | 4.80 | 40.00 | $192.00 |
| Stephen L. Bossay | 373.90 | 140.00 | $52,346.00 |
| Warren H Smith | 5.60 | 275.00 | $1,540.00 |