# Exhibit A

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

March 7, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

FILE # K0248-00001          INVOICE # 1374969          IRS # 23-1392502

CURRENT INVOICE                                              $83,929.36

PRIOR BALANCE DUE

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/20/05 | 1106877 | $16,073.78 | $13,063.45 | $3,010.33 |
| 8/23/05 | 1113770 | $27,810.97 | $24,216.89 | $3,594.08 |
| 9/19/05 | 1119402 | $15,547.15 | $15,328.65 | $218.50 |
| 10/20/05 | 1126956 | $13,850.24 | $13,631.74 | $218.50 |
| 11/17/05 | 1134169 | $18,054.22 | $17,473.62 | $580.60 |
| 12/13/05 | 1139393 | $13,479.64 | $13,259.54 | $220.10 |
| 1/31/06 | 1149194 | $22,030.84 | $21,770.24 | $260.60 |
| 1/31/07 | 1233826 | $37,039.30 | $36,619.95 | $419.35 |
| 8/17/07 | 1327089 | $44,918.49 | $36,243.79 | $8,674.70 |
| 9/7/07 | 1330087 | $25,045.67 | $20,297.77 | $4,747.90 |
| 10/4/07 | 1337300 | $36,052.39 | $28,851.59 | $7,200.80 |
| 11/20/07 | 1349873 | $31,329.67 | $25,712.57 | $5,617.10 |
| 12/28/07 | 1357962 | $30,315.54 | $24,424.54 | $5,891.00 |
| 1/23/08 | 1364188 | $50,328.80 | $0.00 | $50,328.80 |
| | | | | $90,982.36 |

TOTAL BALANCE DUE                                           $174,911.72

Wire payments to:
Bank Name: Wachovia Bank, NA
Swift Code: PNBPUS33

Please reference the File Number
and Invoice Number in the

Duane Morris
March 7, 2008
Page 2

| Account No. 2000650585614 | REMARK section. |
|---|---|
| ABA Number 031201467 | |

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

March 7, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1374969              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 67.20 | hrs. at | $645.00 | /hr. = | $43,344.00 |
| MR LASTOWSKI | PARTNER | 0.30 | hrs. at | $550.00 | /hr. = | $165.00 |
| MR LASTOWSKI | PARTNER | 2.10 | hrs. at | $495.00 | /hr. = | $1,039.50 |
| MR LASTOWSKI | PARTNER | 0.90 | hrs. at | $445.00 | /hr. = | $400.50 |
| RW RILEY | PARTNER | 17.00 | hrs. at | $520.00 | /hr. = | $8,840.00 |
| WS KATCHEN | OF COUNSEL | 20.50 | hrs. at | $705.00 | /hr. = | $14,452.50 |
| WS KATCHEN | OF COUNSEL | 1.70 | hrs. at | $650.00 | /hr. = | $1,105.00 |
| BA GRUPPO | PARALEGAL | 3.50 | hrs. at | $250.00 | /hr. = | $875.00 |
| R LAGRAVENIS | PARALEGAL | 0.90 | hrs. at | $145.00 | /hr. = | $130.50 |
| TJ SANTORELLI | PARALEGAL | 3.20 | hrs. at | $145.00 | /hr. = | $464.00 |
| EM O'BYRNE | PARALEGAL | 9.00 | hrs. at | $195.00 | /hr. = | $1,755.00 |
| AT ASH | LEGAL ASSISTANT | 3.00 | hrs. at | $190.00 | /hr. = | $570.00 |
| ST TATE | LEGAL ASSISTANT | 0.50 | hrs. at | $150.00 | /hr. = | $75.00 |
| | | | | | | $73,216.00 |

DISBURSEMENTS
| | |
|---|---|
| AIR TRAVEL | 281.00 |
| DEPOSITION TRANSCRIPT | 123.20 |
| DINNER - LOCAL | 553.65 |
| DOCKET UPDATES | 14.22 |
| DOCUMENT E-FILING | 94.75 |
| DOCUMENT RETRIEVAL | 83.30 |
| MEETING EXPENSE | 365.74 |
| MESSENGER SERVICE | 1821.49 |
| MISCELLANEOUS | 80.00 |
| OVERNIGHT MAIL | 234.24 |
| POSTAGE | 104.41 |
| PRINTING & DUPLICATING | 176.85 |
| PRINTING & DUPLICATING - EXTERNAL | 5494.33 |
| PRINTING & DUPLICATING - INTERNAL | 44.85 |

Duane Morris
March 7, 2008
Page 2

DISBURSEMENTS
TAXI FARES                                    83.00
TELECOPY                                       9.50
TELEPHONE                                   1021.83
TRAVEL - LOCAL                               127.00
TOTAL DISBURSEMENTS                                        $10,713.36

BALANCE DUE THIS INVOICE                                   $83,929.36


PREVIOUS BALANCE                                           $90,982.36

TOTAL BALANCE DUE                                         $174,911.72

Duane Morris
March 7, 2008
Page 3

File # K0248-00001                                          INVOICE # 1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/6/2003 | 003 | MR LASTOWSKI | REVIEW UNEXPIRED LEASE REJECTION NOTICE | 0.10 | $44.50 |
| 6/11/2004 | 003 | MR LASTOWSKI | REVIEW APRIL MONTHLY OPERATING REPORT | 0.80 | $396.00 |
| 1/22/2008 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO ACQUIRE INTEREST IN CERATECH, INC. | 0.30 | $193.50 |
| 1/22/2008 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO TO ENTER INTO REMEDIUM CLOSING AGREEMENT WITH THE IRS | 0.30 | $193.50 |
| | | | Code Total | 1.50 | $827.50 |

Duane Morris
March 7, 2008
Page 4

File # K0248-00001                                    INVOICE # 1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/30/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, FILE, AND INDEX CORRESPONDENCE AND PLEADINGS. RELOCATE FILES TO LARGER SHELVING UNITS. | 0.90 | $130.50 |
| 1/3/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/4/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/7/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/8/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/9/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/10/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |

Duane Morris
March 7, 2008
Page 5

File # K0248-00001                                    INVOICE # 1374969
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/11/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/15/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/16/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/17/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/17/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEETS; SCAN AND FORWARD TO W KATCHEN | 0.30 | $58.50 |
| 1/18/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/18/2008 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 1/22/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/22/2008 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
March 7, 2008
Page 6

File # K0248-00001                                      INVOICE # 1374969
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 1/23/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/24/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/24/2008 | 004 | EM O'BYRNE | REVIEW COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 1/25/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/25/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 1/28/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/28/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 1/29/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/29/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 1/30/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
March 7, 2008
Page 7

File # K0248-00001                                                    INVOICE #  1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/31/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 1/31/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/1/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/1/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/4/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD NEW ENTRIES AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/5/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/5/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/6/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/7/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/7/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/8/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |

Duane Morris
March 7, 2008
Page 8

File # K0248-00001                                          INVOICE #  1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/8/2008 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/11/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/11/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN; DOWNLOAD AND SCAN DOCUMENT PURSUANT TO W KATCHEN'S EMAIL AND FORWARD SAME | 0.50 | $97.50 |
| 2/12/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/12/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET AND DOWNLOAD; FORWARD TO W KATCHEN; DOWNLOAD SPECIFIC REQUESTED DOCUMENTS AND FORWARD SAME | 0.40 | $78.00 |
| 2/13/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/13/2008 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN; DOWNLOAD SPECIFIC DOCUMENTS FROM DOCKET SHEET AND FORWARD | 0.40 | $78.00 |
| 2/14/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/14/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
March 7, 2008
Page 9

File # K0248-00001                                      INVOICE # 1374969
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/15/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/15/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/19/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/19/2008 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD DOCKET SHEET AND TWO DOCUMENTS FOR W KATCHEN; SCAN AND EMAIL SAME | 0.40 | $78.00 |
| 2/20/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/21/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/21/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/22/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/22/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET FOR VARIOUS PLEADINGS; DOWNLOAD PLEADINGS AND DOCKET SHEET AND FORWARD TO W KATCHEN | 0.40 | $78.00 |

Duane Morris
March 7, 2008
Page 10

File # K0248-00001                                    INVOICE # 1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/25/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/25/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/26/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/26/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD PLEADINGS PURSUANT TO W KATCHEN'S REQUEST; SCAN AND FORWARD SAME | 0.40 | $78.00 |
| 2/27/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/27/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 2/28/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 2/28/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD, SCAN AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| | | | Code Total | 11.20 | $2,331.50 |

Duane Morris
March 7, 2008
Page 11

File # K0248-00001                                          INVOICE # 1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 1/3/2008 | 005 | MR LASTOWSKI | REVIEW STALLARD REPLY DECLARATION | 0.20 | $129.00 |
| 1/4/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' E-BRIEF IN SUPPORT OF MOTION TO EXCLUDE CERTAIN ESTIMATION TESTIMONY | 2.10 | $1,354.50 |
| 1/4/2008 | 005 | MR LASTOWSKI | REVIEW EVIDENTIARY ISSUES RELATING TO THE ESTIMATION HEARING | 0.80 | $516.00 |
| 1/8/2008 | 005 | MR LASTOWSKI | REVIEW MOTIONS IN LIMINE | 2.80 | $1,806.00 |
| 1/8/2008 | 005 | RW RILEY | REVIEWING DEBTORS' REPLY MEMORANDUM REGARDING EXCLUSION OF EXPERT TESTIMONY | 0.70 | $364.00 |
| 1/9/2008 | 005 | MR LASTOWSKI | REVIEW E-BRIEF OF FUTURE CLAIMANTS' REPRESENTATIVE IN OPPOSITION TO MOTION OF THE DEBTORS' TO EXCLUDE EXPERT TESTIMONY | 2.40 | $1,548.00 |
| 1/14/2008 | 005 | MR LASTOWSKI | REVIEW MOTION TO STRIKE STALLARD DECLARATION AND OPPOSITION THERETO | 0.60 | $387.00 |
| 1/14/2008 | 005 | RW RILEY | REVIEWING FUTURE CLAIMANTS' REPRESENTATIVE'S MOTION TO STRIKE DEBTORS' MOTION TO STRIKE UNTIMELY STALLARD DECLARATION AND FOR SANCTIONS AND FUTURE CLAIMANTS' REPRESENTATIVE'S OPPOSTION TO GRACE'S MOTION TO STRIKE AS "UNTIMELY" PROFESSOR ERIC STALLARD'S REPLY DECLARATION, AND FOR SANCTIONS | 0.60 | $312.00 |
| 1/15/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' E-BRIEF IN REPLY TO OPPOSITION TO DEBTROS' MOTION TO EXCLUDE EXPERT OPINIONS RELATING TO EXISTING AND FUTURE ASBESTOS LIABILITY | 1.90 | $1,225.50 |
| 1/17/2008 | 005 | MR LASTOWSKI | REVIEW MISSION TOWERS APPELLATE FILINGS | 0.20 | $129.00 |
| 1/22/2008 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO SETTLEMENT AGREEMENT WITH CITY OF CAMBRIDGE | 0.20 | $129.00 |
| 1/22/2008 | 005 | MR LASTOWSKI | REVIEW CSX' REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM | 0.10 | $64.50 |
| 1/22/2008 | 005 | RW RILEY | PREPARATION FOR CONTINUATION OF ASBESTOS CLAIMS ESTIMATION TRIAL | 1.90 | $988.00 |

Duane Morris
March 7, 2008
Page 12

File # K0248-00001                                        INVOICE # 1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/23/2008 | 005 | RW RILEY | ATTENDING ASBESTOS CLAIMS ESTIMATION TRIAL (6.3); TRAVEL TO/FROM PITTSBURGH (2.5 HOURSS REFLECTING 1/2 TIME) | 8.80 | $4,576.00 |
| 1/24/2008 | 005 | MR LASTOWSKI | REVIEW REPLY E-BRIEF IN SUPPORT OF FUTURE CLAIMANTS AND PERSONAL INJURY CLAIMANTS IN SUPPORT OF THEIR MOTION TO EXCLUDE THE DEBTOR'S EXPERT TESTIMONY | 2.10 | $1,354.50 |
| 1/24/2008 | 005 | RW RILEY | REVIEWING RECENT FILINGS RELATED TO ESTIMATION TRIAL | 1.30 | $676.00 |
| 1/30/2008 | 005 | MR LASTOWSKI | REVIEW ALLEGHENY MEDICAL ASSOCIATES' MOTION FOR RELIEF FROM DISMISSAL | 0.60 | $387.00 |
| 2/4/2008 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDUM IN SUPPORT OF ADMISSIBILITY OF PERSONAL INJURY QUESTIONNAIRES | 0.30 | $193.50 |
| 2/5/2008 | 005 | RW RILEY | REVIEWING BRIEFS ON ADMISSIBILITY OF PERSONAL INJURY QUESTIONNAIRES | 1.60 | $832.00 |
| 2/8/2008 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: STALLARD DECLARATION, INCLUDING FUTURE CLAIMANTS' REPRESENTATIVE'S SUPPLEMENTAL OPPOSITION TO DEBTORS' MOTION | 1.30 | $838.50 |
| 2/12/2008 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: PERSONAL INJURY QUESTIONNAIRES | 1.20 | $774.00 |
| 2/19/2008 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO EXHIBITS AND RELATED EVIDENTIARY ISSUES | 1.10 | $709.50 |
| | | | Code Total | 32.80 | $19,293.50 |

Duane Morris
March 7, 2008
Page 13

File # K0248-00001                                    INVOICE # 1374969
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/19/2004 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S CLAIM OBJECTION REPORT | 0.20 | $99.00 |
| 1/3/2008 | 006 | RW RILEY | LEGAL RESEARCH AND REVIEWING CASE LAW ON TORWICO ELECTRONICS AND PROGENY RELATED TO ENVIRONMENTAL CLAIMS/DISCHARGE IN 3D CIRCUIT | 1.70 | $884.00 |
| 2/26/2008 | 006 | MR LASTOWSKI | REVIEW PROPOSED EPA SETTLEMENT,SUPPORTING MOTION AND RELATED ISSUES | 1.30 | $838.50 |
| | | | Code Total | 3.20 | $1,821.50 |

Duane Morris
March 7, 2008
Page 14

File # K0248-00001                                      INVOICE # 1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/11/2004 | 007 | MR LASTOWSKI | REVIEW ORDERS REQUIRING COMMITTEE STATUS REPORT | 0.20 | $99.00 |
| 11/10/2004 | 007 | MR LASTOWSKI | REVIEW APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR AN ORDER AUTHORIZING THE RETENTION OF LEXECON LLC AS ASBESTOS CLAIMS CONSULTANT TO THE COMMITTEE | 0.50 | $247.50 |
| 1/29/2008 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM UNSECURED CREDITOR RE: CASE STATUS | 0.20 | $129.00 |
| 1/29/2008 | 007 | MR LASTOWSKI | REVIEW AND SIGN UNSECURED CREDITORS' COMMITTEE'S OPPOSITION TO APPLICATION OF THE FUTURE CLAIMS REPRESENTATIVE TO RETAIN SPECIAL PROPERTY DAMAGE SETTLEMENT COUNSEL AND REVIEW UNDERLYING APPLICATION | 0.30 | $193.50 |
| 1/30/2008 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM UNSECURED CREDITOR RE: CASE STATUS | 0.20 | $129.00 |
| 1/30/2008 | 007 | MR LASTOWSKI | REVIEW DEBTORS' OPPOSITION TO APPLICATION OF THE FUTURE CLAIMS REPRESENTATIVE TO RETAIN SPECIAL PROPERTY DAMAGE SETTLEMENT COUNSEL | 0.20 | $129.00 |
| 1/30/2008 | 007 | MR LASTOWSKI | REVIEW OFFICE OF THE UNITED STATES TRUSTEE'S' OPPOSITION TO APPLICATION OF THE FUTURE CLAIMS REPRESENTATIVE TO RETAIN SPECIAL PROPERTY DAMAGE SETTLEMENT COUNSEL | 0.10 | $64.50 |
| | | | Code Total | 1.70 | $991.50 |

Duane Morris
March 7, 2008
Page 15

File # K0248-00001                                    INVOICE # 1374969
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 2/11/2008 008 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO MAKE PENSION PLAN CONTRIBUTIONS | 0.10 | $64.50 |
| | | Code Total | 0.10 | $64.50 |

Duane Morris
March 7, 2008
Page 16

File # K0248-00001                                      INVOICE # 1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/29/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 58TH MONTHLY FEE APPLICATION | 0.30 | $165.00 |
| 1/2/2008 | 012 | AT ASH | DRAFT SEVENTY-FIRST MONTHLY APPLICATION OF DUANE MORRIS. | 0.80 | $152.00 |
| 1/2/2008 | 012 | RW RILEY | REVIEWING DOCKET REGARDING OBJECTIONS AND REVIEWING CERTIFICATE OF NO OBJECTION REGARDING DM 70TH APPLICATION | 0.20 | $104.00 |
| 1/3/2008 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 71ST MONTHLY FEE APPLICATION | 0.30 | $193.50 |
| 1/28/2008 | 012 | AT ASH | DRAFT DUANE MORRIS' 72ND MONTHLY APPLICATION. | 1.00 | $190.00 |
| 1/31/2008 | 012 | AT ASH | DRAFT DUANE MORRIS 27TH QUARTERLY APPLICATION. | 1.20 | $228.00 |
| 2/5/2008 | 012 | EM O'BYRNE | PREPARE CERTIFICATE OF SERVICE; SCAN AND EFILE DUANE MORRIS LLP'S TWENTY-SEVENTH QUARTERLY FEE APPLICATION; COPY AND EFFECTUATE SERVICE OF SAME | 1.00 | $195.00 |
| | | | Code Total | 4.80 | $1,227.50 |

Duane Morris
March 7, 2008
Page 17

File # K0248-00001                                    INVOICE # 1374969
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/2/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: CAPLIN & DRYSDALE'S SEVENTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 5/2/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: L. TERSIGNNI 'S SEVENTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 5/2/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: KRAMER LEVIN 'S SEVENTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 1/2/2008 | 013 | RW RILEY | REVIEWING DOCKET REGARDING OBJECTIONS AND REVIEWING CERTIFICATE OF NO OBJECTION REGARDING STROOCK AMENDED 79TH APPLICATION | 0.20 | $104.00 |
| 2/7/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION REGARDING STROOCK & STROOCK & LAVAN'S EIGHTIETH FEE APPLICATION AND FILE WITH COURT | 0.40 | $78.00 |
| 2/13/2008 | 013 | EM O'BYRNE | SCAN AND EFILE CAPSTONE'S FORTY SEVENTH FEE APPLICATION; FORWARD FILED DOCUMENTS BACK TO OUT OF STATE COUNSEL FOR SERVICE | 0.30 | $58.50 |
| 2/21/2008 | 013 | EM O'BYRNE | REVIEW DOCKET SHEET FOR OBJECTIONS TO CAPSTONES' FORTY-FOURTH AND FORTY-FIFTH FEE APPLICATIONS; PREPARE CERTIFICATE OF NO OBJECTION | 0.30 | $58.50 |
| 2/21/2008 | 013 | EM O'BYRNE | REVIEW DOCKET SHEET FOR OBJECTIONS TO STROOCK'S FEE APPLICATION; PREPARE CERTIFICATE OF NO OBJECTION FOR SAME (.2) | 0.20 | $39.00 |
| 2/21/2008 | 013 | ST TATE | EFILE CAPSTONE'S CNO'S FOR THEIR 45TH AND 46TH FEE APPS. | 0.20 | $30.00 |
| 2/22/2008 | 013 | MR LASTOWSKI | SIGN CNO FOR STROOCK 12/07 FEE APPLICATION | 0.10 | $64.50 |
| 2/22/2008 | 013 | ST TATE | DRAFTED CERTIFICATE OF NO OBJECTION; SCANNED AND EFILED. | 0.30 | $45.00 |
| | | | Code Total | 2.30 | $611.00 |

Duane Morris
March 7, 2008
Page 18

File # K0248-00001                                    INVOICE # 1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|------|-------|-------|
| 2/11/2008 | 014 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO EXTEND DIP FINANCING | 0.40 | $258.00 |
| 2/11/2008 | 014 | MR LASTOWSKI | REVIEW MOTION FOR AUTHORITY TO EXTEND CREDIT AGREEMENT WITH ADVANCED REFINING TECHNOLOGIES, INC. | 0.20 | $129.00 |
| | | | Code Total | 0.60 | $387.00 |

Duane Morris
March 7, 2008
Page 19

File # K0248-00001                                          INVOICE #  1374969
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/2/2003 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT 4/23/03 HEARING | 0.10 | $44.50 |
| 3/26/2004 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 3/22/04 AND 3/24/04 | 0.20 | $99.00 |
| 6/11/2004 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 6/9/04 | 0.20 | $99.00 |
| 1/13/2008 | 015 | MR LASTOWSKI | PREPARE FOR ESTIMATION HEARING | 3.10 | $1,999.50 |
| 1/14/2008 | 015 | MR LASTOWSKI | ESTIMATION HEARING | 7.70 | $4,966.50 |
| 1/15/2008 | 015 | MR LASTOWSKI | TELEPHONE CALL FROM ARLENE KRIEGER RE: 1/14/08 HEARING | 0.40 | $258.00 |
| 1/15/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND CONTINUED ESTIMATION HEARING | 8.20 | $5,289.00 |
| 1/16/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND ESTIMATION HEARING | 9.20 | $5,934.00 |
| 1/20/2008 | 015 | MR LASTOWSKI | PREPARE FOR CONTINUED ESTIMATION HEARING | 2.50 | $1,612.50 |
| 1/28/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 4.20 | $2,709.00 |
| 2/15/2008 | 015 | MR LASTOWSKI | REVIEW NOTICE OF AGENDA FOR 2/25/08 HEARING AND ITEMS IDENTIFIED THEREON | 3.20 | $2,064.00 |
| 2/25/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 5.30 | $3,418.50 |
| | | | Code Total | 44.30 | $28,493.50 |

Duane Morris
March 7, 2008
Page 20

File # K0248-00001

INVOICE # 1374969

      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/3/2008 | 017 | MR LASTOWSKI | REVIEW ENVIRONMENTAL ISSUES | 1.30 | $838.50 |
| 1/7/2008 | 017 | MR LASTOWSKI | TELEPHONE CALL TO A. KREIGER RE: ESTIMATION ISSUES | 0.20 | $129.00 |
| | | | Code Total | 1.50 | $967.50 |

Duane Morris
March 7, 2008
Page 21

File # K0248-00001                                          INVOICE #  1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/2/2008 | 019 | WS KATCHEN | REVIEW CAPSTONE MEMO TAX ISSUES; ATTENTION TO ESTIMATION ISSUE | 1.60 | $1,128.00 |
| | | | Code Total | 1.60 | $1,128.00 |

Duane Morris
March 7, 2008
Page 22

File # K0248-00001                                    INVOICE #  1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/30/2007 | 025 | WS KATCHEN | EMAILS TO STROOCK (.2); ADDITIONAL REVIEW NJDCP ISSUE (.3); ESTIMATION ISSUE (1.2) | 1.70 | $1,105.00 |
| 1/3/2008 | 025 | WS KATCHEN | REVIEW STIPULATION OF PELETT CLAIMS. | 0.10 | $70.50 |
| 1/4/2008 | 025 | WS KATCHEN | REVIEW OPERATING REPORT. | 0.30 | $211.50 |
| 1/7/2008 | 025 | WS KATCHEN | REVIEW SMOOCK MEMO AND EPA STATEMENT. | 0.30 | $211.50 |
| 1/7/2008 | 025 | WS KATCHEN | REVIEW FINANCIAL STATEMENT (MANAGEMENT DISCUSSION 9/30/07); | 0.30 | $211.50 |
| 1/8/2008 | 025 | WS KATCHEN | REVIEW STROOCK JANUARY 8, 2008 MEMO REGARDING CITY OF CHARLESTON. | 0.10 | $70.50 |
| 1/9/2008 | 025 | TJ SANTORELLI | REVIEW AND PRINT DISTRICT OF DELAWARE DOCKET FOR MOTION FOR RELIEF FROM STAY FILED BY CITY OF CHARLESTON, SOUTH CAROLINA | 0.50 | $72.50 |
| 1/11/2008 | 025 | WS KATCHEN | EMAIL K. PASQUALE. | 0.10 | $70.50 |
| 1/11/2008 | 025 | WS KATCHEN | ESTIMATION ISSUE. | 1.40 | $987.00 |
| 1/14/2008 | 025 | TJ SANTORELLI | LEGAL RESEARCH | 0.30 | $43.50 |
| 1/14/2008 | 025 | TJ SANTORELLI | FILE MAINTENANCE - ORGANIZE PLEADINGS | 2.40 | $348.00 |
| 1/14/2008 | 025 | WS KATCHEN | REVIEW FCR'S REPLY ON DANBEAT ISSUE (ANDERSON/.STALLARD REPLY). | 0.90 | $634.50 |
| 1/14/2008 | 025 | WS KATCHEN | REVIEW OF THIRD CIRCUIT ANTITRUST CITED BY FCR 35 3RD 717 (PAOLI RY YARD PCB LIT) | 0.90 | $634.50 |
| 1/14/2008 | 025 | WS KATCHEN | REVIEW 3RD CIR. AUTHORITIES ON SECTION 702 RULES OF EVIDENCE (POST IN RE: PAOLI R.R. YARD PCB) | 2.10 | $1,480.50 |
| 1/15/2008 | 025 | WS KATCHEN | REVIEW ORDER REGARDING TERSIGNI CASE DIRECTING APPOINTMENT OF EXAMINER; FORWARD TO STROOCK. | 0.20 | $141.00 |
| 1/17/2008 | 025 | WS KATCHEN | REVIEW FUTURE REP'S OPPOSITION TO MOTION TO STRIKE AND ORDER. | 0.20 | $141.00 |
| 1/18/2008 | 025 | WS KATCHEN | REVIEW ESTIMATION TRIAL EXHIBITS (2D SERIES PDF) | 0.30 | $211.50 |
| 1/18/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $141.00 |
| 1/18/2008 | 025 | WS KATCHEN | COMMITTEE CONFERENCE CALL - CASE STATUS. | 0.40 | $282.00 |
| 1/18/2008 | 025 | WS KATCHEN | REVIEW TRIAL EXHIBITS. | 0.40 | $282.00 |
| 1/22/2008 | 025 | WS KATCHEN | REVIEW JANUARY 28 DOCKET AGENDA. | 0.20 | $141.00 |
| 1/25/2008 | 025 | WS KATCHEN | REVIEW STROOCK EMAIL. | 0.50 | $352.50 |
| 1/25/2008 | 025 | WS KATCHEN | REVIEW MOTION REGARDING REMEDIUM CLOSING AGREEMENT. | 0.50 | $352.50 |
| 1/25/2008 | 025 | WS KATCHEN | REVIEW MOTION WITH IRS. | 0.20 | $141.00 |
| 1/25/2008 | 025 | WS KATCHEN | REVIEW MOTION REGARDING CITY OF CAMBRIDGE CLAIM. | 0.10 | $70.50 |

Duane Morris
March 7, 2008
Page 23

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1374969

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 1/25/2008 | 025 | WS KATCHEN | REVIEW MOTION REGARDING PFD STOCK IN CEMATECH, INC. | 0.20 | $141.00 |
| 1/28/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO REGARDING WELL/HENRY TESTIMONY. | 0.20 | $141.00 |
| 2/5/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO RE PROJECT FLY | 0.20 | $141.00 |
| 2/6/2008 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO | 0.20 | $141.00 |
| 2/8/2008 | 025 | WS KATCHEN | REVIEW CLAIM SETTLEMENT NOTICE #15 (STATE OF MICHIGAN) | 0.10 | $70.50 |
| 2/8/2008 | 025 | WS KATCHEN | REVIEW WR GRACE OPPOSITION TO FCR APPLICATION TO EMPLOY SPECIAL COUNSEL | 0.20 | $141.00 |
| 2/8/2008 | 025 | WS KATCHEN | REVIEW DECISIONS MEMO ON PIQ ADMISSIBILITY ISSUE | 0.20 | $141.00 |
| 2/8/2008 | 025 | WS KATCHEN | REVIEW ACC AND FCR'S BRIEFS ON CLAIM RESPONSES AND ADMISSIBILITY/EXCERPTS OF TRANSCRIPT | 0.90 | $634.50 |
| 2/8/2008 | 025 | WS KATCHEN | REVIEW RECENT OPINION - CONGOLEUM CORP. ON ABOVE | 0.30 | $211.50 |
| 2/11/2008 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO - OPEN MATTERS | 0.20 | $141.00 |
| 2/11/2008 | 025 | WS KATCHEN | REVIEW IRS OBJECTION TO REMEDIATION AGREEMENT | 0.10 | $70.50 |
| 2/11/2008 | 025 | WS KATCHEN | EMAIL STROOCK | 0.10 | $70.50 |
| 2/11/2008 | 025 | WS KATCHEN | REVIEW FUTURE'S REP. SUPPLEMENTAL OPPOSITION TO GRACE'S MOTION | 0.40 | $282.00 |
| 2/11/2008 | 025 | WS KATCHEN | REVIEW EXHIBITS TO SUPPLEMENTAL OPPOSITION | 1.00 | $705.00 |
| 2/12/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTIONS; 1) TO EXTEND TERM OF CREDIT AGREEMENT - ADVANCE REFINANCING TECHNOLOGIES, LLC | 0.20 | $141.00 |
| 2/12/2008 | 025 | WS KATCHEN | ALLOW MINIMUM CONTRIBUTION TO DEFINED BENEFIT PENSION PLAN | 0.20 | $141.00 |
| 2/12/2008 | 025 | WS KATCHEN | MOTION TO EXTEND D & P FINANCING | 0.20 | $141.00 |
| 2/19/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S SUBMISSION EVIDENCE. | 0.50 | $352.50 |
| 2/19/2008 | 025 | WS KATCHEN | REVIEW ACC/FUTURE'S REP'S EVIDENCE. | 0.40 | $282.00 |
| 2/19/2008 | 025 | WS KATCHEN | REIVEW NOTICE OF AGENDA 2/25. | 0.20 | $141.00 |
| 2/21/2008 | 025 | WS KATCHEN | RESEARCH FOR PLAN - NO JURISDICTION TO ENJOIN; DIRECT CLAIMS V. INSURERS IN RE JOHN MANVILLE, 2008 WL 399010 (2 CIR.). | 0.90 | $634.50 |
| 2/21/2008 | 025 | WS KATCHEN | EMAIL STROOCK. | 0.10 | $70.50 |
| 2/22/2008 | 025 | WS KATCHEN | REVIEW OBJECTIONS TO PLAN/PLAN TRUST IN DC&S, INC. | 0.20 | $141.00 |
| 2/22/2008 | 025 | WS KATCHEN | FORWARD TO STROOCK. | 0.10 | $70.50 |
| 2/22/2008 | 025 | WS KATCHEN | REVIEW AMENDED AGENDA. | 0.10 | $70.50 |

Duane Morris
March 7, 2008
Page 24

File # K0248-00001                                    INVOICE # 1374969
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/25/2008 | 025 | WS KATCHEN | REVIEW MOTION FOR AUTHORIZATION TO TRANSFER ENVIRONMENTAL LIABILITIES/LIABILITY TRANSFER AGREEMENT 2/22/08. | 0.60 | $423.00 |
| 2/25/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S REQUEST FOR DISCOVERY - PETER KRAUS. | 0.10 | $70.50 |
| 2/26/2008 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING REMEDIUM CLOSING. | 0.10 | $70.50 |
| 2/26/2008 | 025 | WS KATCHEN | REVIEW PEPPER HAMILTON LETTER TO COURT. | 0.10 | $70.50 |
| 2/26/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO RE: MINIMUM PENSION PLAN CONTRIBUTIONS. | 0.20 | $141.00 |
| 2/26/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO SETTLEMENT TAX REFUND. | 0.20 | $141.00 |
| 2/26/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO - DIP FUNDING EXTENSION. | 0.20 | $141.00 |
| 2/28/2008 | 025 | WS KATCHEN | REVIEW RECIPIENT PI AWARD; FORWARD TO STROOCK. | 0.30 | $211.50 |
| | | | Code Total | 23.80 | $14,893.50 |

Duane Morris
March 7, 2008
Page 25

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1374969

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/7/2003 | 030 | MR LASTOWSKI | LETTER FROM OFFICIAL COMMITTEE OF ASBESTOS PROPERTY CLAIMANTS RE: STAYING BRIEFING SCHEDULE | 0.40 | $178.00 |
| | | | Code Total | 0.40 | $178.00 |

Duane Morris
March 7, 2008
Page 26

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1374969

TOTAL SERVICES        129.80   $73,216.00

Duane Morris
March 7, 2008
Page 27

INVOICE #  1374969

File # K0248-00001
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 10/31/2002 | PRINTING & DUPLICATING - EXTERNAL | | 580.31 |
| 6/30/2003 | PRINTING & DUPLICATING - EXTERNAL | | 623.14 |
| 9/30/2003 | PRINTING & DUPLICATING - EXTERNAL | | 257.17 |
| 11/30/2003 | PRINTING & DUPLICATING - EXTERNAL | | 215.64 |
| 12/31/2003 | PRINTING & DUPLICATING - EXTERNAL | | 592.32 |
| 1/31/2004 | PRINTING & DUPLICATING - EXTERNAL | | 30.00 |
| 2/29/2004 | PRINTING & DUPLICATING - EXTERNAL | | 3,195.75 |
| | | Total: | $5,494.33 |
| 6/30/2003 | TELEPHONE | | 4.93 |
| 10/31/2003 | TELEPHONE | | 20.40 |
| 11/30/2006 | TELEPHONE | | 360.00 |
| 1/31/2008 | TELEPHONE | | 25.00 |
| 2/28/2008 | TELEPHONE | | 611.50 |
| | | Total: | $1,021.83 |
| 5/31/2003 | POSTAGE | | 1.20 |
| 2/28/2008 | POSTAGE | | 103.21 |
| | | Total: | $104.41 |
| 10/31/2006 | DINNER - LOCAL | | 277.40 |
| 11/30/2006 | DINNER - LOCAL | | 60.20 |
| 1/31/2007 | DINNER - LOCAL | | 49.73 |
| 1/31/2008 | DINNER - LOCAL | | 84.34 |
| 2/28/2008 | DINNER - LOCAL | | 81.98 |
| | | Total: | $553.65 |
| 8/31/2006 | TRAVEL - LOCAL | | 39.00 |
| 10/31/2006 | TRAVEL - LOCAL | | 48.00 |
| 1/31/2007 | TRAVEL - LOCAL | | 23.00 |
| 2/28/2008 | TRAVEL - LOCAL | | 17.00 |
| | | Total: | $127.00 |
| 4/30/2003 | MEETING EXPENSE | | 31.50 |
| 10/31/2003 | MEETING EXPENSE | | 66.01 |
| 12/31/2003 | MEETING EXPENSE | | 45.64 |
| 2/29/2004 | MEETING EXPENSE | | 222.59 |
| | | Total: | $365.74 |
| 8/24/2002 | OVERNIGHT MAIL  (SAH050 HOLLINGHEAD) PACKAGE SENT TO WARREN H. SMITH AT WARREN H. SMITH&ASSOCIATES, - DALLAS, TX FROM (TRACKING #1Z9AT0680141893892) | | 8.45 |
| 3/21/2003 | OVERNIGHT MAIL PACKAGE SENT TO WARREN H SMITH AT WARREN H SMITH & ASCOC P - DALLAS, TX FROM MICHAEL R LASTOWSKI ESQ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #837201530980) | | 18.65 |

Duane Morris
March 7, 2008
Page 28

File # K0248-00001                                              INVOICE #  1374969
    W.R. GRACE & CO.

| | | |
|---|---|---|
| 7/21/2003 | OVERNIGHT MAIL [PSSHIP: K0248/00001 ] PACKAGE SENT TO WARREN H SMITH AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790354264951) | 11.63 |
| 7/21/2003 | OVERNIGHT MAIL [PSSHIP: K0248/00001 ] PACKAGE SENT TO DAVID B. SIEGEL AT SENIOR VICE PRESIDENT AND GENE - COLUMBIA, MD FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790354252844) | 9.66 |
| 8/15/2003 | OVERNIGHT MAIL [K0248 00001 ] PACKAGE SENT TO LEWIS KRUGER ESQ AT STROOCK & STROOK & LAVAN LLP - NEW YORK, NY FROM WILLIAM S KATCHEN ESQ AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #841297469931) | 9.71 |
| 8/28/2003 | OVERNIGHT MAIL [K0248 00001 ] PACKAGE SENT TO LEWIS KEUGER ESQ AT STROOCK & STROOCK & LAVAN LLP - NEW YORK, NY FROM WILLIAM S KATCHEN ESQ AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #841297470020) | 11.41 |
| 9/18/2003 | OVERNIGHT MAIL [PSSHIP: K0248/00001 ] PACKAGE SENT TO DAVID B SIEGEL ESQUIRE AT SENIOR VP AND GENERAL COUNSEL - COLUMBIA, MD FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, (TRACKING #791005255085) | 9.59 |
| 9/18/2003 | OVERNIGHT MAIL [PSSHIP: K0248/00001 ] PACKAGE SENT TO WARREN H SMITH ESQUIRE AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790905419183) | 16.30 |
| 9/18/2003 | OVERNIGHT MAIL [PSSHIP: K0248/00001 ] PACKAGE SENT TO DAVID B SIEGEL ESQUIRE AT SENIOR VICE PRESIDENT AND GENE - COLUMBIA, MD FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, (TRACKING #790904680402) | 10.51 |
| 9/18/2003 | OVERNIGHT MAIL [PSSHIP: K0248/00001 ] PACKAGE SENT TO WATRREN H SMITH ESQUIRE AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790413157905) | 18.29 |
| 11/22/2006 | OVERNIGHT MAIL PACKAGE SENT TO LEWIS KRUGERESQ. AT STROOCKSTROOCK & LAVAN LLP - NEW YORK CITY, NY FROM WILLIAM KATCHEN AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #790122464176) | 6.81 |
| 11/22/2006 | OVERNIGHT MAIL PACKAGE SENT TO KENNETH PASQUALEESQ. AT STROOCKSTROOCK & LAVAN LLP - NEW YORK CITY, NY FROM WILLIAM KATCHEN AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #798549393958) | 6.81 |
| 11/22/2006 | OVERNIGHT MAIL PACKAGE SENT TO ARLENE G. KRIEGERESQ. AT STROOCKSTROOCK & LAVAN LLP - NEW YORK CITY, NY FROM WILLIAM KATCHEN AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #798049438200) | 6.81 |
| 11/30/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798554006401) | 13.68 |
| 11/30/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B.SIEGELESQUIRE AT SR. VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798553992939) | 6.81 |

Duane Morris
March 7, 2008
Page 29

File # K0248-00001                                          INVOICE # 1374969
     W.R. GRACE & CO.

| | | |
|---|---|---|
| 1/3/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQ. AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798344256942) | 19.06 |
| 1/3/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791469352470) | 6.23 |
| 1/29/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798361956782) | 6 73 |
| 1/29/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQ. AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790926786680) | 9.95 |
| 2/5/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B.SIEGELESQUIRE AT SR. VPGENERAL COUNSEL - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791492667263) | 9.75 |
| 2/5/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790440654535) | 17.40 |

                                                                    Total:    $234.24

| | | |
|---|---|---|
| 3/2/2003 | DEPOSITION TRANSCRIPT | 123.20 |

                Total:    $123.20

| | | |
|---|---|---|
| 2/1/2008 | TAXI FARES PITTSBURGH AIRPORT TO COURTHOUSE | 45.00 |
| 2/1/2008 | TAXI FARES COURTHOUSE TO PITTSBURGH AIRPORT | 38.00 |

                Total:    $83 00

| | | |
|---|---|---|
| 12/9/2002 | MESSENGER SERVICE W.R. GRACE | 5.05 |
| 5/31/2003 | MESSENGER SERVICE | 679.56 |
| 9/30/2003 | MESSENGER SERVICE | 348.54 |
| 10/31/2003 | MESSENGER SERVICE | 10.00 |
| 2/29/2004 | MESSENGER SERVICE | 16.50 |
| 3/31/2007 | MESSENGER SERVICE | 171.00 |
| 2/28/2008 | MESSENGER SERVICE | 590.84 |

                Total:    $1,821.49

| | | |
|---|---|---|
| 9/8/2006 | MRL/TELEPHONICAPPEARANCE@COURTCALL/OMNIBUSHEARIN G | 80.00 |

                Total:    $80.00

| | | |
|---|---|---|
| 1/22/2008 | AIR TRAVEL - R RILEY TRANSPORTATION ON 1/23/2008 FROM PITTSBURGH TO PHILADELPHIA, PA TKT: 235903 3565 | 140.50 |
| 1/23/2008 | AIR TRAVEL - R RILEY TRANSPORTATION ON 1/23/2008 FROM PHILADELPHIA, PA TO PITTSBURGH TKT: 710621 6774 | 140.50 |

                Total:    $281.00

Duane Morris
March 7, 2008
Page 30

File # K0248-00001
      W.R. GRACE & CO.

INVOICE # 1374969

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 10/31/2003 | PRINTING & DUPLICATING - INTERNAL | | 44.85 |
| | | Total: | $44.85 |
| 9/30/2003 | TELECOPY | | 9.50 |
| | | Total: | $9.50 |
| 2/26/2003 | DOCUMENT RETRIEVAL W.R. GRACE | | 4.42 |
| 9/30/2003 | DOCUMENT RETRIEVAL | | 26.84 |
| 10/31/2003 | DOCUMENT RETRIEVAL | | 18.18 |
| 1/31/2004 | DOCUMENT RETRIEVAL | | 33.86 |
| | | Total: | $83.30 |
| 10/31/2002 | DOCUMENT E-FILING | | 94.75 |
| | | Total: | $94.75 |
| 10/31/2002 | DOCKET UPDATES | | 14.22 |
| | | Total: | $14.22 |
| 1/31/2008 | PRINTING & DUPLICATING | | 13.05 |
| 2/28/2008 | PRINTING & DUPLICATING | | 163.80 |
| | | Total: | $176.85 |
| | TOTAL DISBURSEMENTS | | $10,713.36 |