# Exhibit A

91100-001\DOCS_DE:135748.1

## W.R. Grace - 26th Interim (July - September, 2007)
## Fee and Expense Chart with Recommendations

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17378 | TOTAL: | $330,831.00 | $2,643.22 | $330,831.00 | $2,643.22 |

| DAVID T. AUSTERN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17799 | TOTAL: | $18,650.00 | $1,499.89 | $18,650.00 | $1,499.89 |

| BAKER DONELSON | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17751 | TOTAL: | $90,000.00 | $27,993.91 | $90,000.00 | $12,279.49 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17619 | TOTAL: | $159,041.00 | $7,886.62 | $159,041.00 | $7,886.62 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17580 | TOTAL: | $80,522.50 | $1,128.12 | $79,547.50 | $1,128.12 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17608 | TOTAL: | $231,644.00 | $73,650.97 | $231,307.00 | $73,590.97 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |

| #17401 | TOTAL: | $200,000.00 | $2,370.08 | $200,000.00 | $2,370.08 |
|---|---|---|---|---|---|

| BUCHANAN INGERSOLL & ROONEY PC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17346 | TOTAL: | $53,487.50 | $541.35 | $53,487.50 | $541.35 |

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17381 | TOTAL: | $133,826.00 | $29,271.75 | $133,455.50 | $29,243.08 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17382 | TOTAL: | $1,264,562.75 | $632,911.60 | $1,259,272.50 | $627,824.70 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17490 | TOTAL: | $232,454.50 | $1,217.17 | $232,454.50 | $1,217.17 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17327 | TOTAL: | $41,508.00 | $40,554.43 | $41,508.00 | $40,554.43 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17380 | TOTAL: | $116,569.00 | $489.59 | $116,569.00 | $489.59 |

| DAY PITNEY | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17188 | TOTAL: | $86,255.50 | $2,976.44 | $85,900.50 | $2,976.44 |

| DELOITTE TAX LLP (25th and 26th) ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18097 | TOTAL: | $88,297.00 | $3,676.00 | $87,547.00 | $2,571.00 |

| DUANE MORRIS LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17492 | TOTAL: | $103,117.00 | $2,899.55 | $103,117.00 | $2,899.55 |

| FERRY JOSEPH & PEARCE, P.A. ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17375 | TOTAL: | $59,923.50 | $6,170.34 | $59,923.50 | $6,036.36 |

| FOLEY HOAG LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17365 | TOTAL: | $14,887.00 | $94.95 | $14,887.00 | $94.95 |

| FORMAN PERRY WATKINS KRUTZ & TARDY LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17996 | TOTAL: | $817,252.50 | $5,396.97 | $817,252.50 | $5,396.97 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17612 | TOTAL: | $20,062.50 | $0.00 | $20,062.50 | $0.00 |

| KIRKLAND & ELLIS, LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17370 | TOTAL: | $6,025,266.00 | $6,648,308.35 | $6,009,675.50 | $6,648,308.35 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #17347 | TOTAL: | $208,619.50 | $9,223.40 | $206,837.50 | $7,651.40 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17377 | TOTAL: | $750,915.50 | $0.00 | $750,915.50 | $0.00 |

| LEXECON LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17845 | TOTAL: | $801,368.00 | $9,426.58 | $801,368.00 | $9,426.58 |

| NELSON MULLINS RILEY & SCARBOROUGH, LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17789 | TOTAL: | $1,605.50 | $53.45 | $1,605.50 | $53.45 |

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17376 | TOTAL: | $0.00 | $420.10 | $0.00 | $420.10 |

| OGILVY RENAULT LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17326 | TOTAL: | $265,184.00 CDN | $105,203.23 CDN | $265,184.00 CDN | $105,203.23 CDN |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17801 TOTAL: | $1,318,928.25 | $506,330.27 | $1,318,928.25 | $494,922.82 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17775 TOTAL: | $137,911.75 | $129,144.39 | $137,286.25 | $129,144.39 |

| PERKINS COIE LLP (24th) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17997 TOTAL: | $316,932.25 | $18,417.99 | $316,932.25 | $18,417.99 |

| PHILLIPS GOLDMAN & SPENCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17512 TOTAL: | $40,104.50 | $2,207.66 | $40,104.50 | $2,207.66 |

| PIPER JAFFREY & CO. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17402 TOTAL: | $300,000.00 | $857.11 | $300,000.00 | $832.11 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17937 TOTAL: | $382,124.55 | $3,291.24 | $382,124.55 | $3,291.24 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17371 TOTAL: | $1,174,226.00 | $105,794.21 | $1,173,193.50 | $105,756.21 |

| RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17404 | TOTAL: | $7,035.00 | $0.00 | $7,035.00 | $0.00 |

| SCOTT LAW GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17972 | TOTAL: | $1,091.00 | $0.00 | $1,091.00 | $0.00 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18253 | TOTAL: | $92,008.50 | $1,179.71 | $92,008.50 | $1,179.71 |

| STEPTOE & JOHNSON LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17959 | TOTAL: | $15,293.50 | $102.55 | $15,293.50 | $102.55 |

| STROOCK & STROOCK & LAVAN LLP[i] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17625 | TOTAL: | $510,043.50 | $428,702.23 | $508,758.50 | $428,702.23 |

| WILLIAM D. SULLIVAN LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18212 | TOTAL: | $2,119.00 | $690.00 | $2,119.00 | $690.00 |

| TOWERS PERRIN TILLINGHAST | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17800 | TOTAL: | $679,996.50 | $3,647.52 | $679,996.50 | $3,647.52 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17639 | TOTAL: | $22,774.00 | $606.50 | $22,774.00 | $606.50 |

---

¹Stroock's expense award includes $418,269.08 for fees and expenses of Navigant Consulting, Inc.