Date: 03/10/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
01/03/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.8  3040.00
 #3103    Review Dunbar pamphlet and other documents        800.00

01/03/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.3  2640.00
 #3105    Review Moolgavkar documents                       800.00

01/04/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.3   240.00
 #3106    Telephone Relles re: Moolgavkar reports           800.00

01/04/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 3.5  2800.00
 #3107    Read  Moolgavkar reports                          800.00

01/04/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.3   142.50
 #3306    Telephone Peterson re: Moolgavkar reports         475.00

01/04/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 3.5  1662.50
 #3307    Read  Moolgavkar reports                          475.00

01/05/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 3.8  1805.00
 #3309    Review Moolgavkar reports                         475.00

01/05/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.2   570.00
 #3310    Review Florence data shipment                     475.00

01/06/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 2.0   950.00
 #3311    Review Moolgavkar reports                         475.00

01/06/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.4   665.00
 #3312    Replicate Moolgavkar computations                 475.00

01/07/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.4   320.00
 #3112    Telephone Relles re: Florence's six meso cases    800.00

01/07/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 0.4   190.00
 #3314    Telephone Peterson re: Florence's six meso cases  475.00

01/07/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) 1.5   712.50
 #3315    Review Florence's six meso cases                  475.00

01/08/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) 0.3   240.00
 #3121    Telephone Relles re: Florence's 21 meso cases     800.00

Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

            W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
01/08/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    142.50
#3318     Telephone Peterson re: Florence's 21 meso cases     475.00

01/09/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.5   1662.50
#3327     Develop comments on Moolgavkar reports          475.00

01/09/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    285.00
#3328     Review Anderson's report for dependencies on    475.00
          Moolgavkar

01/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.4   1615.00
#3329     Develop comments on Moolgavkar reports          475.00

01/12/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3   1092.50
#3333     Develop comments on Moolgavkar reports          475.00

01/13/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2   2560.00
#3136     Review Heckman issues                           800.00

01/13/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  6.0   2850.00
#3334     Develop comments on Moolgavkar reports          475.00

01/14/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.6   1710.00
#3335     Finalize comments on Moolgavkar reports         475.00

01/14/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5    712.50
#3336     Review depositions and Exponent reports         475.00

01/14/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3    617.50
#3337     Review ARPC materials                           475.00

01/15/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3    617.50
#3338     Read Anderson report                            475.00

01/16/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.5   1187.50
#3344     Develop comments on Exponent's lack of science  475.00

01/17/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0    950.00
#3348     Review epidemiological literature for Exponent  475.00
          rebuttal

01/18/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    400.00
#3146     Telephone Relles re: Exponent rebuttal          800.00

{D0107613.1 }

Date: 03/10/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 3

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 01/18/08 #3349 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) Assess information available to Exponent re: exposure to others' products | 3.5 475.00 | 1662.50 |
| 01/18/08 #3350 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) Assemble summary of Exponent weaknesses for Peterson discussion | 2.0 475.00 | 950.00 |
| 01/18/08 #3351 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) Telephone Peterson re: Exponent rebuttal | 0.5 475.00 | 237.50 |
| 01/19/08 #3149 | Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest) Review Exponent materials | 4.9 800.00 | 3920.00 |
| 01/24/08 #3360 | Relles    / (05) Claims Anal Objectn/Resolutn (Asbest) Email Wehner and Eveland re: coding of Grace products | 0.5 475.00 | 237.50 |

```
Date: 03/10/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
01/03/08  Relles   / (07) Committee, Creditors'           1.0    475.00
#3302     Review Moolgavkar calculations; email Bailor  475.00
          (Caplin-Drysdale) re: same

01/04/08  Relles   / (07) Committee, Creditors'           1.0    475.00
#3304     Review Moolgavkar calculations; email Bailor  475.00
          (Caplin-Drysdale) re: same

01/04/08  Relles   / (07) Committee, Creditors'           0.3    142.50
#3305     Telephone Bailor re: Moolgavkar reports       475.00

01/04/08  Relles   / (07) Committee, Creditors'           1.2    570.00
#3308     Respond to Finch request for Florence's six mesos  475.00

01/07/08  Peterson  / (07) Committee, Creditors'          1.3   1040.00
#3114     Memo to Finch re: six cases                   800.00

01/08/08  Peterson  / (07) Committee, Creditors'          0.5    400.00
#3116     Review Kazan and Inselbuch memos              800.00

01/08/08  Relles   / (07) Committee, Creditors'           0.2     95.00
#3324     Telephone Bailor re: Moolgavkar               475.00

01/09/08  Peterson  / (07) Committee, Creditors'          3.5   2800.00
#3126     Grace committee call and preparation          800.00

01/11/08  Relles   / (07) Committee, Creditors'           1.0    475.00
#3331     Respond to Finch questions about Price and Ware  475.00

01/15/08  Relles   / (07) Committee, Creditors'           0.8    380.00
#3339     Locate published Seer-13 rates for Finch, summarize  475.00
          Seer

01/22/08  Relles   / (07) Committee, Creditors'           0.5    237.50
#3354     Correspondence with Wehner re: PIQ coding errors  475.00

01/23/08  Relles   / (07) Committee, Creditors'           3.7   1757.50
#3359     Summarize Verus mesothelioma sample information  475.00
          about Grace products, email Wehner

01/25/08  Relles   / (07) Committee, Creditors'           1.8    855.00
#3363     Categorize types of Grace products identified in  475.00
          meso sample using latest Verus tables; email results
          to Wehner
```

{D0107613.1 }

Date: 03/10/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 5

          W. R. Grace

```
Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 01/25/08  Relles    / (07) Committee, Creditors'             0.3    142.50
 #3365     Email correspondence with Wehner                475.00
```

{D0107613.1 }

Date: 03/10/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 6

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
01/07/08  Peterson  / (14) Hearings                      5.8   4640.00
#3115     Review reports and depositions for Grace experts  800.00

01/10/08  Peterson  / (14) Hearings                      5.6   4480.00
#3132     Read Daubert briefs                         800.00

01/10/08  Relles    / (14) Hearings                      2.5   1187.50
#3330     Read memos on Daubert motions               475.00

01/11/08  Relles    / (14) Hearings                      2.0    950.00
#3332     Read Daubert motions                        475.00

01/12/08  Peterson  / (14) Hearings                      4.3   3440.00
#3135     Review Daubert filings                      800.00

01/13/08  Peterson  / (14) Hearings                      3.6   2880.00
#3137     Review Daubert filings; draft and send memo to  800.00
          counsel

01/14/08  Peterson  / (14) Hearings                      7.3   5840.00
#3138     Review report and depositions to prepare for trial  800.00

01/27/08  Peterson  / (14) Hearings                      4.4   3520.00
#3160     Review depositions and reports to prepare for trial  800.00

```
Date: 03/10/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
01/02/08  Peterson  / (16) Plan and Disclosure Statement    2.8  2240.00
#3101     Review materials related to TDP           800.00

01/03/08  Peterson  / (16) Plan and Disclosure Statement    0.4   320.00
#3104     Telephone Relles re: TDP values           800.00

01/03/08  Relles    / (16) Plan and Disclosure Statement    1.7   807.50
#3301     Review TDP numbers and sources in Peterson memo  475.00

01/03/08  Relles    / (16) Plan and Disclosure Statement    0.4   190.00
#3303     Telephone Peterson re: TDP values         475.00

01/08/08  Peterson  / (16) Plan and Disclosure Statement    0.7   560.00
#3117     Telephone McMillan re: TDP; memo to Relles  800.00

01/08/08  Peterson  / (16) Plan and Disclosure Statement    1.0   800.00
#3118     Review TDP analysis and send memo to McMillan  800.00

01/08/08  Peterson  / (16) Plan and Disclosure Statement    1.4  1120.00
#3120     Review TDP statistics                     800.00

01/08/08  Peterson  / (16) Plan and Disclosure Statement    0.2   160.00
#3123     Telephone Relles re: collars for Grace TDP  800.00

01/08/08  Relles    / (16) Plan and Disclosure Statement    0.2    95.00
#3320     Telephone Peterson re: collars for Grace TDP  475.00

01/08/08  Relles    / (16) Plan and Disclosure Statement    0.8   380.00
#3321     Develop collars for Grace TDP             475.00

01/09/08  Peterson  / (16) Plan and Disclosure Statement    2.6  2080.00
#3129     Work on Trust liability analysis under TDP  800.00

01/10/08  Peterson  / (16) Plan and Disclosure Statement    1.7  1360.00
#3131     Analysis and memo to Inselbuch on TDP issues  800.00

01/11/08  Peterson  / (16) Plan and Disclosure Statement    1.6  1280.00
#3134     Review TDP and Trust Agreement drafts     800.00
```

{D0107613.1 }

```
Date: 03/10/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                     Page 8

              W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
01/02/08  Peterson  / (28) Data Analysis                  3.3   2640.00
#3102     Review materials to prepare for hearing       800.00

01/04/08  Peterson  / (28) Data Analysis                  4.2   3360.00
#3108     Review documents to prepare for testimony     800.00

01/05/08  Peterson  / (28) Data Analysis                  5.9   4720.00
#3109     Review reports/exhibits for Grace proposed experts  800.00

01/06/08  Peterson  / (28) Data Analysis                  3.7   2960.00
#3110     Review reports/exhibits for Grace proposed experts  800.00

01/06/08  Peterson  / (28) Data Analysis                  4.8   3840.00
#3111     Review current asbestos claims data; review analyses  800.00
          for LAS report

01/07/08  Peterson  / (28) Data Analysis                  3.6   2880.00
#3113     Review six cases                               800.00

01/07/08  Relles    / (28) Data Analysis                  1.4    665.00
#3313     Check computation of female vs male mesothelioma  475.00
          rates

01/08/08  Peterson  / (28) Data Analysis                  5.4   4320.00
#3119     Review sampled meso claims                     800.00

01/08/08  Peterson  / (28) Data Analysis                  1.6   1280.00
#3122     Telephone Relles re: rebuttal of Grace experts  800.00

01/08/08  Peterson  / (28) Data Analysis                  0.5    400.00
#3124     Telephone Relles re: Worthington claims        800.00

01/08/08  Peterson  / (28) Data Analysis                  1.6   1280.00
#3125     Review filings by law firms                    800.00

01/08/08  Relles    / (28) Data Analysis                  1.4    665.00
#3316     Read Price and Ware                            475.00

01/08/08  Relles    / (28) Data Analysis                  1.7    807.50
#3317     Investigate trends in SEER mesothelioma rates  475.00

01/08/08  Relles    / (28) Data Analysis                  1.6    760.00
#3319     Telephone Peterson re: rebuttal of Grace experts  475.00

01/08/08  Relles    / (28) Data Analysis                  2.5   1187.50
#3322     Investigate Worthington claims                 475.00
```

```
Date: 03/10/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 9

          W. R. Grace


Date/Slip# Description                                HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
01/08/08  Relles   / (28) Data Analysis                    0.5    237.50
#3323     Telephone Peterson re: Worthington claims      475.00

01/09/08  Peterson  / (28) Data Analysis                   0.6    480.00
#3127     Telephone Relles (2 calls) re: revisions to Trust 800.00
          simulation

01/09/08  Peterson  / (28) Data Analysis                   0.3    240.00
#3128     Review Ebener comments on jury trends           800.00

01/09/08  Peterson  / (28) Data Analysis                   2.8   2240.00
#3130     Review experts' reports                         800.00

01/09/08  Relles   / (28) Data Analysis                    0.6    285.00
#3325     Telephone Peterson (2 calls) re: revisions to Trust 475.00
          simulation

01/09/08  Relles   / (28) Data Analysis                    2.5   1187.50
#3326     Revise Trust simulation                         475.00

01/11/08  Peterson  / (28) Data Analysis                   3.6   2880.00
#3133     Research issue of female meso incidence         800.00

01/14/08  Peterson  / (28) Data Analysis                   3.3   2640.00
#3139     Plan trial exhibits                             800.00

01/15/08  Peterson  / (28) Data Analysis                   1.1    880.00
#3140     Review incidence estimates for meso             800.00

01/15/08  Peterson  / (28) Data Analysis                   3.4   2720.00
#3141     Review sampled meso claims                      800.00

01/15/08  Peterson  / (28) Data Analysis                   2.8   2240.00
#3142     Review trial transcript                         800.00

01/15/08  Relles   / (28) Data Analysis                    4.7   2232.50
#3340     Compute risks posed by various exposure pattern 475.00

01/15/08  Relles   / (28) Data Analysis                    2.5   1187.50
#3341     Read transcript of Jan 14 trial                 475.00

01/16/08  Peterson  / (28) Data Analysis                   0.5    400.00
#3143     Telephone Relles re: trial transcript           800.00

01/16/08  Peterson  / (28) Data Analysis                   3.0   2400.00
#3144     Review trial transcript                         800.00
```

```
Date: 03/10/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 10

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
01/16/08  Relles   / (28) Data Analysis                   0.5    237.50
#3342     Telephone Peterson re: Bernick arguments      475.00

01/16/08  Relles   / (28) Data Analysis                   1.4    665.00
#3343     Select items to comment on from transcript of Jan 14  475.00
          trial

01/17/08  Peterson / (28) Data Analysis                   6.7   5360.00
#3145     Prepare for testimony and trial graphics      800.00

01/17/08  Relles   / (28) Data Analysis                   0.3    142.50
#3345     Telephone Totten re: status of Access databases 475.00

01/17/08  Relles   / (28) Data Analysis                   1.5    712.50
#3346     Review contents of Access databases, compare with   475.00
          other available information

01/17/08  Relles   / (28) Data Analysis                   2.5   1187.50
#3347     Examine fraction of payments made by Grace across   475.00
          multiple defendants

01/17/08  Totten   / (28) Data Analysis                   3.5    700.00
#4001     Analyze Access data bases received to determine   200.00
          additional information available to Exponent and its
          experts

01/17/08  Totten   / (28) Data Analysis                   0.3     60.00
#4002     Telephone Relles re: status of Access databases  200.00

01/18/08  Peterson / (28) Data Analysis                   5.8   4640.00
#3147     Work on trial graphics                         800.00

01/18/08  Peterson / (28) Data Analysis                   2.7   2160.00
#3148     Review sampled meso claims                     800.00

01/19/08  Peterson / (28) Data Analysis                   2.8   2240.00
#3150     Work on trial graphics                         800.00

01/19/08  Relles   / (28) Data Analysis                   2.7   1282.50
#3352     Review graphics for trial preparation          475.00

01/20/08  Peterson / (28) Data Analysis                   5.4   4320.00
#3151     Work on trial graphics and testimony           800.00

01/20/08  Relles   / (28) Data Analysis                   1.9    902.50
#3353     Work on graphics                               475.00
```

```
Date: 03/10/08          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 11

          W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 01/21/08 #3152 | Peterson / (28) Data Analysis<br>Work on trial graphics and testimony | 3.7<br>800.00 | 2960.00 |
| 01/21/08 #3153 | Peterson / (28) Data Analysis<br>Review data on verdicts | 2.2<br>800.00 | 1760.00 |
| 01/22/08 #3154 | Peterson / (28) Data Analysis<br>Revise documents for trial | 4.6<br>800.00 | 3680.00 |
| 01/22/08 #3155 | Peterson / (28) Data Analysis<br>Review coding of POC and PIQ forms | 4.5<br>800.00 | 3600.00 |
| 01/22/08 #3355 | Relles / (28) Data Analysis<br>Investigate coding errors | 2.3<br>475.00 | 1092.50 |
| 01/22/08 #3356 | Relles / (28) Data Analysis<br>Summarize PIQ information about Grace products | 2.0<br>475.00 | 950.00 |
| 01/22/08 #3357 | Relles / (28) Data Analysis<br>Update analysis | 1.5<br>475.00 | 712.50 |
| 01/22/08 #3358 | Relles / (28) Data Analysis<br>Summarize Verus random sample information about<br>Grace products | 2.0<br>475.00 | 950.00 |
| 01/23/08 #3156 | Peterson / (28) Data Analysis<br>Working on trial materials and preparation | 6.3<br>800.00 | 5040.00 |
| 01/24/08 #3157 | Peterson / (28) Data Analysis<br>Working on trial materials and preparation | 7.8<br>800.00 | 6240.00 |
| 01/24/08 #3361 | Relles / (28) Data Analysis<br>Categorize types of Grace products identified in<br>meso sample | 1.8<br>475.00 | 855.00 |
| 01/24/08 #3362 | Relles / (28) Data Analysis<br>Develop materials for hearing | 2.0<br>475.00 | 950.00 |
| 01/25/08 #3158 | Peterson / (28) Data Analysis<br>Working on trial materials and preparation | 5.7<br>800.00 | 4560.00 |
| 01/25/08 #3364 | Relles / (28) Data Analysis<br>Develop materials for hearing | 1.2<br>475.00 | 570.00 |
| 01/26/08 #3159 | Peterson / (28) Data Analysis<br>Review hearing transcripts | 4.4<br>800.00 | 3520.00 |

{D0107613.1 }

```
Date: 03/10/08           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 12

              W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
01/26/08  Relles   / (28) Data Analysis                      1.5    712.50
#3366     Review transcripts and reports                  475.00

01/27/08  Peterson  / (28) Data Analysis                     3.2   2560.00
#3161     Work on materials for hearing                   800.00

01/27/08  Relles   / (28) Data Analysis                      1.8    855.00
#3367     Archive and back up all Grace data             475.00

01/28/08  Peterson  / (28) Data Analysis                     8.8   7040.00
#3162     Working on trial materials and preparation     800.00

01/29/08  Peterson  / (28) Data Analysis                     8.8   7040.00
#3163     Working on trial materials and preparation     800.00

01/30/08  Peterson  / (28) Data Analysis                     4.4   3520.00
#3164     Review transcripts                             800.00

01/30/08  Peterson  / (28) Data Analysis                     5.8   4640.00
#3165     Working on trial materials and preparation     800.00

01/31/08  Peterson  / (28) Data Analysis                     6.8   5440.00
#3166     Working on trial materials and preparation     800.00
--------------------------------------------------------------------------
```

{D0107613.1 }

```
Date: 03/10/08           Legal Analysis Systems, Inc.
Time: 10:00am                                                Page 13

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                   January 2008 - January 2008


MONTH      ACTIVITY                                  HOURS    AMOUNT
----------------------------------------------------------------------
January    - (05) Claims Anal Objectn/Resolutn (Asbest)   69.1  39387.50
January    - (07) Committee, Creditors'                   17.1   9845.00
January    - (14) Hearings                                35.5  26937.50
January    - (16) Plan and Disclosure Statement           15.5  11392.50
January    - (28) Data Analysis                          206.5 147872.50
January    - (99) Total                                  343.7 235435.00

Total      - (05) Claims Anal Objectn/Resolutn (Asbest)   69.1  39387.50
Total      - (07) Committee, Creditors'                   17.1   9845.00
Total      - (14) Hearings                                35.5  26937.50
Total      - (16) Plan and Disclosure Statement           15.5  11392.50
Total      - (28) Data Analysis                          206.5 147872.50
Total      - (99) Total                                  343.7 235435.00
```
----------------------------------------------------------------------------------

```
Date: 03/10/08           Legal Analysis Systems, Inc.
Time: 10:00am                                                Page 14

           W. R. Grace

           Summary Of Time Charges, By Month and Person
                  January 2008 - January 2008

MONTH       PERSON                              HOURS    AMOUNT
-----------------------------------------------------------------------
January    - Relles                            114.6  54435.00
January    - Peterson                          225.3 180240.00
January    - Totten                              3.8    760.00
January    - Total                             343.7 235435.00

Total      - Relles                            114.6  54435.00
Total      - Peterson                          225.3 180240.00
Total      - Totten                              3.8    760.00
Total      - Total                             343.7 235435.00

-------------------------------------------------------------------------------
```

{D0107613.1 }

```
Date: 03/10/08           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 15

          W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                    January 2008 - January 2008

MONTH       PERSON                        HOURS   RATE    AMOUNT
---------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

January   - Relles                         48.9   475.  23227.50
January   - Peterson                       20.2   800.  16160.00

(07) Committee, Creditors'

January   - Relles                         11.8   475.   5605.00
January   - Peterson                        5.3   800.   4240.00

(14) Hearings

January   - Relles                          4.5   475.   2137.50
January   - Peterson                       31.0   800.  24800.00

(16) Plan and Disclosure Statement

January   - Relles                          3.1   475.   1472.50
January   - Peterson                       12.4   800.   9920.00

(28) Data Analysis

January   - Relles                         46.3   475.  21992.50
January   - Peterson                      156.4   800. 125120.00
January   - Totten                          3.8   200.    760.00


-------------------------------------------------------------------------
```