IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD JANUARY 1, 2008, THROUGH JANUARY 31, 2008**

787753-1

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 01/03//2008 | GHL | Further consideration of response to be made to outstanding Office Action including review of the Action and references cited therein, review of the pending specification and claims, consideration of possible claim amendments and arguments to be made to overcome the claim rejections. | 1.10 |
|---|---|---|---|

SERVICES $ 583.00

| | GHL | GARY H. LEVIN | 1.10 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **583.00**

787753-1

## WRG-0085
## EVALUATION OF THIRD-PARTY PATENTS
## RELATING TO CONSTRUCTION MEMBRANE PRODUCTS

| 01/03/2008 | HDP | Continued work on drafting of opinion; | 1.80 |
|---|---|---|---|
| 01/04/2008 | GHL | Further work with Mr. Parker on non-infringement and validity analyses; | 0.80 |
| 01/04/2008 | HDP | Continued work on drafting of opinions and consideration of specific issues as to invalidity and the two third-party patents; meeting with Mr. Levin to discuss substance of opinion; | 1.80 |
| 01/07/2008 | GHL | Further analysis of non-infringement and invalidity issues, and telephone conference with Mr. Williams for further discussion of preliminary results of the analyses; | 1.40 |
| 01/08/2008 | HDP | Detailed analysis of particular pieces of prior art as they may affect validity of third-party patent; | 2.30 |
| 01/09/2008 | HDP | Re-considering in-depth certain aspects of potential opinions in view of newly-proposed version of Grace product; further drafting of opinions related thereto; | 3.80 |
| 01/11/2008 | HDP | Continued work on developing opinion and drafting portions of written opinions related thereto; | 2.90 |
| 01/15/2008 | GHL | Review of further information on proposed building wraps as received from Mr. Williams and consideration with Mr. Parker of infringement analysis of same; | 0.50 |
| 01/15/2008 | HDP | Considering new versions of potential product as received from Mr. Williams; | 1.50 |
| 01/16/2008 | HDP | In-depth consideration of validity issues relating to dependent claims of third-party patent; further drafting of opinions related thereto; | 4.00 |
| 01/17/2008 | HDP | Continued work on analyzing third-party patents versus potential Grace products, including new versions of products, analyzing opinion structures in view of permutations of patents and products; communication with Mr. Levin thereon; | 1.00 |
| 01/18/2008 | GHL | Further consideration with Mr. Parker of invalidity and non-infringement positions on further variations of proposed house-wrap product as received from Mr. Williams; telephone conference with Mr. Williams regarding same; | 1.30 |
| 01/18/2008 | HDP | Meeting with Mr. Levin to discuss substance of opinions and issued surrounding newly proposed alternative products; | 1.00 |
| 01/29/2008 | HDP | Further drafting of series of opinions relating to possible new Grace products, including detailed review and analysis of potential prior art; | 2.50 |
| 01/30/2008 | HDP | Further drafting of series of opinions relating to possible new Grace products, including detailed review and analysis of potential prior art; | 1.30 |

787753-1

| 01/31/2008 | HDP | Further drafting of series of opinions relating to possible new Grace products, including detailed review and analysis of potential prior art. | 1.90 |
|---|---|---|---|

SERVICES $ 15,020.00

| | GHL | GARY H. LEVIN | 4.00 | hours @ | $530.00 |
|---|---|---|---|---|---|
| | HDP | HENRIK D. PARKER | 25.80 | hours @ | $500.00 |

**INVOICE TOTAL** $ 15,020.00

787753-1

## WRG-0086
## DUE DILIGENCE RELATING TO PROPOSED PURCHASE OF INTEREST IN THIRD-PARTY OPERATION (CEMENT FORMULATIONS)

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/02/2008 | GHL | Further work on due diligence project related to proposed grace purchase of certain cement-product business from third-party, including review of product listing and formulations received from third-party, initial review of results of freedom-to-operate search report, and begin comparison of products to patents identified in the search; telephone conference with Mr. Leon regarding same; | 2.40 |
| 01/02/2008 | JCS | Meeting with Mr. Levin to discuss project and analysis of patent claims in search report; | 1.00 |
| 01/03/2008 | GHL | Continued work on freedom-to-operate evaluation, including further review of patents identified in search result; telephone conference with Mr. Leon and with representative of third-party company and review of further formulation of interest as received from third-party; | 1.20 |
| 01/03/2008 | JCS | Analysis of patents in search report; | 4.20 |
| 01/04/2008 | JCS | Analysis of claims of patents cited in search report; | 3.00 |
| 01/07/2008 | GHL | Further review of patents identified in freedom-to-operate search and consideration of possible applicability to proposed cement formulations; | 2.00 |
| 01/08/2008 | GHL | Further evaluation of freedom-to-operate issues with review of patents identified in search, consideration of claim scope, and comparison against proposed cement formulations; | 4.50 |
| 01/09/2008 | GHL | Further review and evaluation of potential relevance of patents identified in freedom-to-operate search; | 0.80 |
| 01/10/2008 | JCS | Review of patent applications from search report and meeting with Mr. Levin to discuss analysis of patents and applications; | 2.00 |
| 01/11/2008 | GHL | Further review of patents and published applications arising from search and consideration of freedom to operate issues in view of same. | 0.50 |

SERVICES $ 8,997.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 11.40 | hours @ | $570.00 |
| JCS | JOSHUA C. SANDERS | 10.20 | hours @ | $245.00 |

**INVOICE TOTAL** $ **8,997.00**

787753-1

## WRG-GEN

| 01/21/2008 | GHL | Preparation of letter to Grace auditor in connection with examination of accounts for 2007. | 0.80 |
|---|---|---|---|

|  |  | SERVICES | $ | 456.00 |
|---|---|---|---|---|

| | GHL | GARY H. LEVIN | 0.80 | hours @ | $570.00 |
|---|---|---|---|---|---|

SERVICE TOTAL                                           $     456.00

**INVOICE TOTAL**                                       $     **456.00**

787753-1