IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| W.R. GRACE & CO., et al., | : CIVIL ACTION NO. 07-536 |
| Debtors. | : |
| STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : BANKRUPTCY CASE NO. 01-1139 (JKF) |
| Appellants, | : |
| v. | : |
| W.R. GRACE & CO., et al., | : |
| Appellees. | : |

## ORDER

AND NOW, this 11th day of March, 2008, upon consideration of Appellants' Brief (Docket No. 9), Appellees' Brief (Docket No. 15), and Appellants' Reply Brief (Docket No. 16), it is hereby **ORDERED** that the August 2, 2007, Bankruptcy Court Order Denying the State of New Jersey, Department of Environmental Protection, for Leave to File a Late Proof of Claim is **AFFIRMED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.