## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al[1]** | ) | |
| | ) | **Case No. 01-1139 (JKF)** |
| **Debtors** | ) | **Jointly Administered** |
| | ) | Objection deadline: April 2, 2008 at 4:00 p.m. |

## APPLICATION OF LAWSON LUNDELL LLP FOR REIMBURSEMENT OF EXPENSES AND COMPENSATION FOR SERVICES IN EXCESS OF THE ORDINARY COURSE PROFESSIONAL CAP FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

Name of Applicant:                                  Lawson Lundell LLP

Authorized to Provide Professional Services to:     W.R. Grace & Co., et al
                                                    Debtors and Debtors-in-Possession

Date of Retention:                                  April 30, 2003

Period for which Compensation and
Reimbursement is Sought:                            August 1, 2007 through August 31, 2007

Amount of Compensation Sought as
Actual, Reasonable and Necessary:                   U.S. $59,369.99 (fees) $0.00 (expenses)


This is a X monthly ____ interim _____ final application.

---

[1]  The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Speciality Chemicals, Inc.), W.R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almay, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd, GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thompsonville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2

This is a monthly application of Lawson Lundell LLP (LL) for reimbursement of expenses and compensation for services in excess of the Ordinary Course Professional (OCP) cap for the fee period August 1, 2007, through August 31, 2007. LL has never before filed a fee application in this matter.

LL's invoice (no. 388077) for August 1 through August 31, 2007 (copy attached as Exhibit A) was in the total amount of U.S. $109,369.99. The invoice sets out the particulars of the services rendered and itemizes the expenses (disbursements) and taxes incurred. Attached as Exhibit B is a "fee detail" giving a breakdown of the time spent on the items of work carried out by each lawyer with respect to invoice no. 388077.

W.R. Grace & Co has paid U.S. $50,000.00 with respect to invoice no. 388077. Attached as Exhibit C is a copy of a check from W.R. Grace & Co. payable to LL in the amount of U.S. $98,288.42, along with a check reference slip showing that, of the total amount, U.S. $50,000.00 was paid on account of invoice no. 388077. Of that U.S. $50,000.00 amount, U.S. $10,766.16 was applied by LL to expenses (disbursements) and taxes, and U.S. $39,233.84 was applied by LL to fees. No additional amount has been paid with respect to invoice no. 388077. Accordingly, the sum of U.S. $59,369.99 (U.S. $109,369.99 – U.S. $50,000.00) remains unpaid with respect to invoice no. 388077. The U.S. $59,369.99 refers to fees only, since all of the expenses (disbursements) and taxes have been paid.

The following is a chart setting out the positions, years admitted to practice, hourly billing rate, and total hours of the individuals who carried out the legal work particularized in invoice no. 388077:

## LAWSON LUNDELL LLP PROFESSIONALS

| Name of Professional Individual | Position | Years Admitted to the Practice | Hourly Billing Rate | Hours Spent |
|---|---|---|---|---|
| Rodney Hayley | Partner | 24 | CDN $500.00 | 145.50 |
| Lisa Peters | Research Partner | 19 | CDN $375.00 | 22.10 |
| Jude Samson | Associate | 5 | CND $260.00 | 2.60 |
| Heather Cane | Associate | 6 | CDN $250.00 | 10.70 |
| Nick Ellegood | Associate | 3 | CDN $220.00 | 1.50 |
| Chris Dafoe | Associate | 1 | CDN $200.00 | 49.50 |
| Gwendoline Hoar | Researcher /Librarian | N/A | CDN $145.00 | 1.10 |

During the period of August 1, 2007 through August 31, 2007, which is the billing period of LL invoice no. 388077, LL carried out extensive and important legal work on this matter, involving urgent deadlines, and relating to W.R. Grace's pending summary judgement application, including attending and conducting depositions in Winnipeg and Atlanta.

WHEREFORE, LL respectfully requests that this Court (a) approve payment of U.S. $59,369.99 as reasonable and necessary fees in the amount of $59,369.99 and expenses

4

(disbursements) of $0.00 rendered by LL to W.R. Grace & Co., and (b) grant such further relief

as is equitable and just.


Vancouver, B.C., Canada                    Respectfully submitted,
Dated: March 13, 2008


                                           LAWSON LUNDELL LLP

                                           Rodney L. Hayley
                                           (of the bars of British Columbia and
                                           Saskatchewan, and admitted *pro hac vice* to
                                           the bar of Delaware)
                                           Lawson Lundell LLP
                                           1600 Cathedral Place
                                           925 West Georgia Street
                                           Vancouver, BC  V6C 3L2, Canada
                                           Telephone:  (604) 631-9211
                                           Facsimile:  (604) 669-1620