# **EXHIBIT B**

# EXHIBIT B

Lawson Lundell LLP

W.R Grace & Co.

Invoice No. 388077
September 30, 2007
Page 1

## FEE DETAIL

| Date (M/D/Y) | Lawyer | Description | Time Spent |
|---|---|---|---|
| 01/08/2007 | HMC | Reviewing law regarding Professor Irvine's report and regarding his expertise; obtaining and reviewing his publications; | 6.2 |
| 01/08/2007 | CMD | Assembling boxes of exhibits from trial; reviewing index against document production list; reviewing law on tolling of limitation periods under Canadian class action law; | 4.4 |
| 01/08/2007 | RLH | E-mail from M. Dierkes; considering memo on procedural history of Anderson Memorial Hospital case; considering implications of same; working on memos regarding "bullets" for Irvine deposition and regarding his Anderson theory; reviewing law regarding all relevant Canadian provincial class proceedings statutes regarding same; | 7.6 |
| 02/08/2007 | RLH | Working on memo regarding Professor Irvine's report; considering law regarding same; e-mails from and to D. Cameron; | 6.5 |
| 02/08/2007 | CMD | Researching case law considering tolling provisions for R. Hayley opinion; | 3.1 |
| 02/08/2007 | HMC | Further review of law regarding Irvine's report, and reporting to R. Hayley regarding same; | 0.5 |
| 02/08/2007 | LP | Reviewing portions of Professor Irvine's Report; conference with R. Hayley regarding same; | 0.5 |
| 03/08/2007 | CMD | Further review of class proceedings statutes and research on statutory interpretation and reporting to R. Hayley regarding same; | 4.9 |
| 03/08/2007 | RLH | Continuing review of law concerning tolling under Canadian class actions statute; completing memo on same, and regarding rebuttal of Professor Irvine's conclusions on Anderson case; e-mails to and from D. Cameron regarding | 9.8 |

**Lawson Lundell LLP**  
**W.R Grace & Co.**

Invoice No. 388077  
September 30, 2007  
Page 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | same; | |
| 06/08/2007 | RLH | E-mail from D. Cameron regarding memo; working on "bullets" memo for Irvine deposition; | 0.8 |
| 07/08/2007 | RLH | Working on "bullets" regarding various issues to raise on Irvine's deposition; | 2.5 |
| 07/08/2007 | LP | Review portions of Professor Irvine's report and outline potential grounds of attack; | 1.0 |
| 07/08/2007 | GAH | Obtaining materials regarding Irvine report; | 0.2 |
| 08/08/2007 | CMD | Reviewing exhibits list and exhibits from from Privest trial; | 1.4 |
| 08/08/2007 | RLH | Working on document production issues; working on "bullets" for Irvine deposition; | 2.7 |
| 09/08/2007 | RLH | Working on various legal issues arising from Professor Irvine's report to provide "bullets" for D. Cameron regarding Professor Irvine's deposition; | 2.2 |
| 09/08/2007 | HMC | Conduct search regarding expiration of limitation period provisions and action commenced in different jurisdiction; | 0.3 |
| 09/08/2007 | CMD | Reviewing exhibit lists from Privest trial; discussing same with R. Hayley | 0.5 |
| 09/08/2007 | LP | Considering legal issues regarding draft list of deposition questions for Professor Irvine; | 4.4 |
| 10/08/2007 | CMD | Providing law to R. Hayley to assist in examination of Professor Irvine; reviewing exhibit lists; | 0.6 |
| 10/08/2007 | LP | Working on law regarding list of questions for Professor Irvine; | 1.8 |
| 10/08/2007 | RLH | Telephone conference with D. Cameron regarding Professor Irvine's deposition; working on issues for his deposition; | 2.9 |
| 12/08/2007 | RLH | Working on memo to assist D. Cameron with the deposition of Professor Irvine; e-mails from | 6.5 |

**Lawson Lundell LLP**

**W.R Grace & Co.**

Invoice No. 388077
September 30, 2007
Page 3

|  |  |  |  |
|---|---|---|---|
|  |  | and to D. Cameron regarding same; considering additional law relevant to Professor Irvine's opinion; |  |
| 12/08/2007 | LP | Discussing potential area of questioning for Professor Irvine with R. Hayley; | 0.9 |
| 13/08/2007 | LP | Reviewing and suggesting edits to master list of areas of questioning for Professor Irvine; | 0.6 |
| 13/08/2007 | RLH | Finishing memo to D. Cameron/M. Dierkes regarding Professor Irvine's deposition; further review of relevant legal issues; telephone conference with M. Dierkes; e-mails to and from Grace team regarding same; working on document production issues; | 3.5 |
| 14/08/2007 | HMC | Reviewing law regarding Canadian limitations periods and reporting to R. Hayley regarding same; | 1.3 |
| 14/08/2007 | RLH | Revising memo regarding Professor Irvine's forthcoming deposition; e-mail to D. Cameron regarding same; | 4.2 |
| 20/08/2007 | RLH | Considering law regarding Irvine report; | 1.8 |
| 21/08/2007 | GAH | Online research for class action legislation; | 0.9 |
| 21/08/2007 | LP | Reviewing law regarding limitation issues; | 0.4 |
| 21/08/2007 | CMD | Reviewing development of Alberta limitations of actions statutes; discussing same with R. Hayley; | 2.3 |
| 21/08/2007 | RLH | E-mails from and to D. Cameron regarding Professor Irvine's report; preparing for and participating in conference call regarding Professor Irvine's deposition; preparing for further questions for D. Cameron to use on deposition; sending to D. Cameron copies of the Canadian provincial class actions statutes; considering further comments on Professor Irvine's report for his deposition; obtaining copy of the Manitoba Law Reform Commission | 2.8 |

**Lawson Lundell LLP**

**W.R Grace & Co.**

Invoice No. 388077
September 30, 2007
Page 4

|  |  |  |  |
|---|---|---|---|
|  |  | Report on Class Actions for D. Cameron; instruction to L. Peters regarding obtaining copy of Professor Irvine article for D. Cameron; |  |
| 22/08/2007 | RLH | Receiving and reviewing Professor Irvine's revised report and new memorandum; reviewing relevant law regarding same; obtaining Privest factum on limitations and sending same to D. Cameron; numerous e-mails (approx 40) to and from D. Cameron and Grace team regarding legal and factual issues arising from Professor Irvine's new material and to assist D. Cameron on Professor Irvine's deposition; further research on Professor Irvine's background and expertise; | 7.2 |
| 22/08/2007 | JPS | Gathering and reviewing cases on limitations law; reviewing history of Winnipeg Condominium cases; | 2.3 |
| 22/08/2007 | LP | Assembling materials for use in the deposition of Professor Irvine; | 2.1 |
| 22/08/2007 | CMD | Researching qualifications and teaching history of J. Irvine and related information; providing results to R. Hayley | 0.8 |
| 22/08/2007 | NPE | Reviewing and considering law on pure economic loss and limitation periods; reviewing Privest decision for constructive knowledge arguments; | 1.5 |
| 23/08/2007 | CMD | Reviewing trial exhibits for potentially relevant documents for disclosure; | 0.9 |
| 24/08/2007 | LP | Reviewing transcript of first day of deposition of Professor Irvine and considering legal issues arising from same; assemble materials to assist in second day of deposition of Professor Irvine; | 5.9 |
| 24/08/2007 | CMD | Reviewing law regarding deposition of J. Irvine in Winnipeg with R. Hayley; | 0.6 |
| 24/08/2007 | RLH | Receiving and reviewing 250 plus page transcript of Irvine's deposition; e-mails from and to D. Cameron and M. Dierkes regarding same; receiving instructions from D. Cameron to | 4.2 |

10123.82803.RLH.3087671.1

| | | | |
|---|---|---|---|
| **Lawson Lundell LLP** | | | **Invoice No. 388077** |
| | | | **September 30, 2007** |
| **W.R Grace & Co.** | | | **Page 5** |

| | | | |
|---|---|---|---|
| | | conduct Irvine deposition; making arrangements for deposition in Winnipeg; preparing for same; considering Irvine's new report; | |
| 26/08/2007 | CMD | Reviewing law on limitations and ultimate limitation periods; providing materials to R. Hayley to assist in deposition of Professor Irvine; | 7.6 |
| 26/08/2007 | LP | Assembling materials to assist in continued deposition of Professor Irvine; | 4.5 |
| 26/08/2007 | RLH | Continuing review of Professor Irvine's new memorandum and revised report; preparing for continuation of Professor Irvine's deposition; e-mails to and from D. Cameron regarding same; | 7.8 |
| 27/08/2007 | RLH | E-mail from and telephone conferences with T. Rea regarding Grace Canada documents; reviewing status of Grace Lists of Documents in B.C. Museum, Privest, Bentall and Laurelton actions; instructing C. Dafoe regarding same; reviewing lists of exhibits in Privest trial; numerous e-mails to and from D. Cameron regarding Irvine deposition No. 2 and new report; receiving and reviewing Irvine's new report; preparing materials for Irvine deposition; reviewing further case law and, law reform reports in British Columbia and Alberta; | 8.2 |
| 27/08/2007 | CMD | Assisting R. Hayley in preparation for deposition of Professor Irvine; assembling lists of documents produced in Privest, Bentall, Royal Museum and Laurelton Actions; | 7.5 |
| 27/08/2007 | JPS | Searching for articles on limitations issues; | 0.3 |
| 27/08/2007 | HMC | Receiving instructions from R. Hayley regarding Professor Irvine's deposition; providing legislation and other material to R. Hayley to use in deposing Irvine; reviewing Mew's text re onus and providing findings to R. Hayley; | 1.5 |
| 28/08/2007 | HMC | Reporting to R. Hayley regarding duty to warn and judge's comments in Privest; provide extracts from decision in Privest to R. Hayley for use in deposing Professor Irvine; note up | 0.9 |

| Lawson Lundell LLP | | | Invoice No. 388077 September 30, 2007 |
|---|---|---|---|
| W.R Grace & Co. | | | Page 6 |

| | | | |
|---|---|---|---|
| | | and provide case law to R. Hayley; | |
| 28/08/2007 | CMD | Assisting R. Hayley in preparation for deposition of Professor Irvine; reviewing and briefing Manitoba law on ultimate limitation periods; assembling law reform commentary on ultimate limitation periods; briefing B.C. cases; | 3.7 |
| 28/08/2007 | RLH | Preparing for Irvine deposition; reviewing new cases regarding same; various e-mails to and from D. Cameron regarding deposition strategy; traveling to Winnipeg for Irvine deposition; | 15.8 |
| 29/08/2007 | RLH | Preparing for and attending deposition No. 2 of Professor Irvine; making submissions on record regarding M. Fairey's refusal to continue the deposition; numerous discussions and phone calls with Speights' office and M. Fairey; telephone conferences and voice-mails to Professor Irvine regarding possible continuance; voice-mails and telephone conferences with D. Cameron, K. Williams and T. Rea regarding same; obtaining and sending transcript of counsel's submissions; e-mails from and to D. Cameron and T. Rea regarding re-scheduling Irvine's deposition; | 16.0 |
| 29/08/2007 | CMD | Providing case law to R. Hayley for deposition; assisting R. Hayley in resetting the deposition; | 2.4 |
| 30/08/2007 | CMD | Assembling further materials for R. Hayley for deposition of J. Irvine; further research to assist R. Hayley in deposition; | 4.1 |
| 30/08/2007 | RLH | Preparing for deposition of Professor Irvine; numerous e-mails to and from and telephone conferences with D. Cameron and T. Rea; traveling to Atlanta for the deposition; | 16.5 |
| 31/08/2007 | RLH | Preparing for and conducting deposition of Professor Irvine in Atlanta; numerous e-mails from and to D. Cameron and T. Rea regarding same; traveling from Atlanta to Vancouver; | 16.0 |
| 31/08/2007 | CMD | Reviewing transcript of Irvine deposition for admissions of lack of expertise; providing | 4.7 |

Lawson Lundell LLP                                                    Invoice No. 388077
                                                                      September 30, 2007
W.R Grace & Co.                                                                    Page 7

_____results to R. Hayley_____

      BILLED TOTALS:  WORK:      233.0  $ 94,778.00
      BILLED TOTALS:  BILL:       233.0  $ 94,778.00

      GRAND TOTALS:  WORK:      233.0  $ 94,778.00
      GRAND TOTALS:  BILL:       233.0  $ 94,778.00