# **EXHIBIT C**

**EXHIBIT C**

W. R. Grace & Co.-Conn.  
P. O. Box 3247  
Lake Charles, LA 70602-3247  
337-583-8700

| Date | Invoice Number | Gross Amount | Discount Amount | Net Amount |
|---|---|---|---|---|
| 09/30/07 | 388077 | | 0.00 | 50000.00 |
| 10/31/07 | 389850 | | 0.00 | 48288.42 |

Check No./Date: 00470596  11/20/2007  
Vendor Number: 69366

Total  98,288.42

PLEASE DETACH BELOW BEFORE DEPOSITING

---

W. R. Grace & Co.-Conn.  
DIP  
P. O. Box 3247  
Lake Charles, LA 70602-3247  
337-583-8700

WACHOVIA BANK, NA  
CHAPEL HILL 27514

No. 00470596  
65-156/531

Date: 11/20/2007

Check Amount: *******98,288.42*

Pay NINETY-EIGHT THOUSAND TWO HUNDRED EIGHTY-EIGHT 42/100 USD

To The Order Of:  
LAWSON LUNDELL LAWSON & McINTOSH  
1600 CATHEDRAL PLACE  
925 WEST GEORGIA STREET  
VANCOUVER BRITISH COLUM BC V6C 3L2  
CANADA

Void Over $98,288.42  
Not Valid For Payment After 90 Days From Date Hereon

W.R. Grace & Co.-Conn.  
Branch Office Account  
Authorized Signatures

⑈00470596⑈ ⑆053101561⑆ 20799 2000576 ⑈

---

@ .9855    50000.00 > 49275.00  
           48288.42 > 47588.23  
           $3 515.391 to Interest