# Blackstone Advisory Services L.P.

March 13, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of October 1, 2007 through October 31, 2007: | | | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (20,000.00) |

Out-of-pocket expenses processed for the period through October 31, 2007:[1]

| | | | | |
|---|---|---|---|---|
| Airfare | $ | 511.40 | | |
| Ground Transportation | | 206.58 | | |
| Communications | | 134.50 | | |
| Meals | | 216.87 | | |
| Lodging | | 240.90 | | |
| Document Production | | 23.55 | | |
| Research | | 185.05 | | 1,518.85 |
| **Total Amount Due** | | | $ | **81,518.85** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 19275

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 19275**

|  | GL Detail Oct-07 | Total Expenses |
|---|---:|---:|
| Airfare | $ 511.40 | $ 511.40 |
| Ground Transportation - Car Service - Elite | 74.58 | 74.58 |
| Ground Transportation - Railroad | 132.00 | 132.00 |
| Communications - Teleconferencing | 134.50 | 134.50 |
| Employee Meals | 216.87 | 216.87 |
| Lodging | 240.90 | 240.90 |
| Document Production | 23.55 | 23.55 |
| Internal Research | 142.50 | 142.50 |
| External Research - Thomson Analytics | 20.23 | 20.23 |
| External Research - Online Database | 22.32 | 22.32 |
| **Total Expenses** | $ 1,518.85 | $ 1,518.85 |

| | |
|---|---:|
| **Airfare** | $ 511.40 |
| **Ground Transportation** | 206.58 |
| **Communications** | 134.50 |
| **Meals** | 216.87 |
| **Lodging** | 240.90 |
| **Document Production** | 23.55 |
| **Research** | 185.05 |
| **Total Expenses** | $ 1,518.85 |

**W.R. Grace & Co.**
Detail of Expenses Processed
Through October 31, 2007
Invoice No. 19275

### Airfare

| | | | |
|---|---|---:|---:|
| Istvan (travel agency fee for booking of one-way flight to Baltimore, MD from Queens, NY) | 07/18/07 | 20.00 | |
| Istvan (one-way coach class flight to Baltimore, MD from Queens, NY) | 07/18/07 | 491.40 | |
| | Subtotal - Airfare | | $ 511.40 |

### Ground Transportation - Car Service - Elite

| | | | |
|---|---|---:|---:|
| Istvan (credit issued by vendor) | 07/18/07 | (16.00) | |
| O'Connell (car home from Blackstone after working late) | 09/04/07 | 90.58 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 74.58 |

### Ground Transportation - Railroad

| | | | |
|---|---|---:|---:|
| Istvan (one-way coach class trip to New York, NY from Baltimore, MD) | 07/19/07 | 132.00 | |
| | Subtotal - Ground Transportation - Railroad | | 132.00 |

### Communications - Teleconferencing

| | | | |
|---|---|---:|---:|
| O'Connell (fee for attending Court hearing telephonically) | 09/11/07 | 77.00 | |
| O'Connell (fee for attending Court hearing telephonically) | 10/02/07 | 57.50 | |
| | Subtotal - Communications - Teleconferencing | | 134.50 |

### Employee Meals

| | | | |
|---|---|---:|---:|
| Istvan (meal @ LaGuardia Airport in Queens, NY) | 07/18/07 | 34.72 | |
| Istvan (in-room meal @ hotel during stay in Columbia, MD) | 07/19/07 | 20.18 | |
| Istvan (weekend working meal @ Blackstone) | 07/21/07 | 14.24 | |
| Istvan (weekend working meal @ Blackstone) | 07/21/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 07/23/07 | 22.73 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 07/31/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 08/28/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 09/04/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 09/13/07 | 25.00 | |
| | Subtotal - Employee Meals | | 216.87 |

### Lodging

| | | | |
|---|---|---:|---:|
| Istvan (1 day hotel stay in Columbia, MD) | 07/18/07 - 07/19/07 | 240.90 | |
| | Subtotal - Lodging | | 240.90 |

### Document Production

| | | | |
|---|---|---:|---:|
| Istvan | 09/26/07 - 10/01/07 | 23.55 | |
| | Subtotal - Document Production | | 23.55 |

### Internal Research

| | | | |
|---|---|---:|---:|
| Istvan (online data research) | 10/22/07 - 10/29/07 | 142.50 | |
| | Subtotal - Internal Research | | 142.50 |

### External Research - Thomson Analytics

| | | | |
|---|---|---:|---:|
| Istvan (online data research) | 10/14/07 - 10/20/07 | 20.23 | |
| | Subtotal - External Research - Thomson Analytics | | 20.23 |

### External Research - Online Database

| | | | |
|---|---|---:|---:|
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 07/03/07 | 11.92 | |
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 07/09/07 | 3.52 | |
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 08/17/07 | 4.48 | |
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 09/20/07 | 2.40 | |
| | Subtotal - External Research - Online Database | | 22.32 |
| | **Total Expenses** | | **$ 1,518.85** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 44.2 |
| Jamie O'Connell | Vice President | 41.9 |
| Benjamin Istvan | Analyst | 30.7 |
| | Total | 116.8 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/01/07 | 0.5 | Business Analysis | Call with C. Schult regarding various matters |
| Jamie O'Connell | 10/01/07 | 0.1 | Business Analysis | Review correspondence from J. Baer regarding environmental matters |
| Pamela Zilly | 10/02/07 | 0.6 | Business Analysis | Read correspondence; review analysis re: Optimization Plan |
| Pamela Zilly | 10/02/07 | 0.2 | Business Analysis | Call with E. Filon, J. Baer, J. O'Connell re: Optimization Plan Motion |
| Pamela Zilly | 10/02/07 | 1.0 | Business Analysis | Review environmental matters presentation |
| Jamie O'Connell | 10/02/07 | 0.3 | Business Analysis | Review environmental claims presentation |
| Jamie O'Connell | 10/02/07 | 0.1 | Business Analysis | Correspondence to B. Istvan regarding environmental claims presentation |
| Jamie O'Connell | 10/02/07 | 0.2 | Business Analysis | Correspondence to L. Duff regarding environmental claims presentation |
| Jamie O'Connell | 10/02/07 | 0.2 | Business Analysis | Correspondence to J. Dolan regarding committee information requests |
| Jamie O'Connell | 10/02/07 | 0.1 | Business Analysis | Correspondence regarding optimization plan conference call |
| Jamie O'Connell | 10/02/07 | 0.2 | Business Analysis | Call with P. Zilly, E. Filon and J. Baer regarding optimization plan |
| Benjamin Istvan | 10/02/07 | 0.1 | Business Analysis | Correspondence with J. O'Connell |
| Jamie O'Connell | 10/03/07 | 0.3 | Business Analysis | Research of interest rates and correspondence to R. Lapidario regarding findings |
| Benjamin Istvan | 10/03/07 | 0.5 | Business Analysis | Updated financial analysis with new options data |
| Benjamin Istvan | 10/03/07 | 0.1 | Business Analysis | Correspondence with J. O'Connell |
| Jamie O'Connell | 10/04/07 | 0.1 | Business Analysis | Call with C. Schult regarding conference call logistics |
| Jamie O'Connell | 10/04/07 | 0.5 | Business Analysis | Call with C. Schult and J. Dolan regarding business development initiatives |
| Jamie O'Connell | 10/04/07 | 0.1 | Business Analysis | Review correspondence to R. Lapidario regarding interest rates |
| Jamie O'Connell | 10/04/07 | 2.0 | Business Analysis | Dinner meeting with B. Tarola and B. Istvan |
| Benjamin Istvan | 10/04/07 | 1.5 | Business Analysis | Dinner meeting with B. Tarola and J. O'Connell (did not attend entire meeting) |
| Pamela Zilly | 10/05/07 | 0.2 | Business Analysis | Review correspondence re: interest rate levels |
| Jamie O'Connell | 10/05/07 | 0.7 | Business Analysis | Analysis of interest rates |
| Jamie O'Connell | 10/05/07 | 0.3 | Business Analysis | Correspondence to E. Filon, R. Lapidario and P. Zilly regarding interest rates |
| Benjamin Istvan | 10/09/07 | 0.1 | Business Analysis | Correspondence with J. O'Connell regarding third quarter review meeting |
| Pamela Zilly | 10/15/07 | 0.7 | Business Analysis | Call with G. Poling, G. Young re: various potential transactions |
| Pamela Zilly | 10/15/07 | 0.7 | Business Analysis | Review material re: potential transactions |
| Jamie O'Connell | 10/15/07 | 0.2 | Business Analysis | Call with C. Schult regarding various matters |
| Jamie O'Connell | 10/15/07 | 0.7 | Business Analysis | Call with G. Poling, G. Young, C. Schult, P. Zilly and B. Istvan regarding various matters |
| Benjamin Istvan | 10/15/07 | 0.7 | Business Analysis | Call with G. Poling, G. Young, C. Schult, P. Zilly and J. O'Connell regarding various matters |
| Benjamin Istvan | 10/15/07 | 0.3 | Business Analysis | Correspondence with C. Schult re: comparable chemical M&A transaction |
| Pamela Zilly | 10/17/07 | 0.2 | Business Analysis | Status meeting with J. O'Connell |
| Pamela Zilly | 10/17/07 | 0.5 | Business Analysis | Option analysis |
| Jamie O'Connell | 10/17/07 | 0.1 | Business Analysis | Review correspondence regarding financial analysis |
| Jamie O'Connell | 10/17/07 | 0.1 | Business Analysis | Call with T. Dyer regarding phantom equity compensation units |
| Jamie O'Connell | 10/17/07 | 1.0 | Business Analysis | Analysis of option value of phantom equity compensation units |
| Benjamin Istvan | 10/17/07 | 0.2 | Business Analysis | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 10/17/07 | 0.7 | Business Analysis | Call with B. Dockman and T. Dyer regarding phantom equity compensation units |
| Jamie O'Connell | 10/17/07 | 0.3 | Business Analysis | Research equity volatility during third quarter |
| Jamie O'Connell | 10/17/07 | 0.3 | Business Analysis | Correspondence to B. Dockman and T. Dyer regarding equity volatility during third quarter |
| Benjamin Istvan | 10/17/07 | 0.1 | Business Analysis | Review correspondence regarding financial analysis |
| Benjamin Istvan | 10/17/07 | 0.8 | Business Analysis | Research equity volatility in connection with options |
| Pamela Zilly | 10/18/07 | 1.2 | Business Analysis | Review financial model and cash flow forecast |
| Pamela Zilly | 10/18/07 | 0.8 | Business Analysis | Review environmental meeting material |
| Jamie O'Connell | 10/18/07 | 0.1 | Business Analysis | Review correspondence from B. Istvan to B. Dockman and T. Dyer |
| Jamie O'Connell | 10/18/07 | 0.5 | Business Analysis | Prepare presentation regarding environmental claims |
| Jamie O'Connell | 10/18/07 | 0.2 | Business Analysis | Call with J. Baer regarding environmental claims presentation |
| Jamie O'Connell | 10/18/07 | 0.1 | Business Analysis | Correspondence to J. Baer regarding environmental claims presentation |
| Benjamin Istvan | 10/18/07 | 0.3 | Business Analysis | Correspondence to B. Dockman and T. Dyer |
| Jamie O'Connell | 10/19/07 | 0.3 | Business Analysis | Correspondence regarding various matters |
| Jamie O'Connell | 10/22/07 | 0.1 | Business Analysis | Correspondence to L. Gardner regarding environmental meeting |
| Pamela Zilly | 10/23/07 | 0.2 | Business Analysis | Read correspondence re: revisions to financial model |
| Jamie O'Connell | 10/23/07 | 0.1 | Business Analysis | Call with J. Baer regarding environmental meeting |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/23/07 | 1.5 | Business Analysis | Meeting with management and K&E to prepare for environmental meetings |
| Pamela Zilly | 10/24/07 | 1.5 | Business Analysis | Review cash flow forecast and environmental agreements |
| Pamela Zilly | 10/24/07 | 1.8 | Business Analysis | Post meeting debriefing with Grace management |
| Pamela Zilly | 10/24/07 | 1.4 | Business Analysis | Review revised financial model |
| Pamela Zilly | 10/24/07 | 0.2 | Business Analysis | Status meeting with J. O'Connell |
| Jamie O'Connell | 10/24/07 | 1.8 | Business Analysis | Meeting with management regarding environmental matters |
| Jamie O'Connell | 10/24/07 | 0.3 | Business Analysis | Call with E. Filon regarding various matters |
| Jamie O'Connell | 10/24/07 | 0.2 | Business Analysis | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 10/25/07 | 0.1 | Business Analysis | Call with J. Box regarding pricing of pre-petition bank debt |
| Jamie O'Connell | 10/25/07 | 0.1 | Business Analysis | Correspondence to R. Lapidario regarding pricing of pre-petition bank debt |
| Jamie O'Connell | 10/25/07 | 0.5 | Business Analysis | Financial analysis review with B. Istvan |
| Benjamin Istvan | 10/25/07 | 0.5 | Business Analysis | Financial analysis review with J. O'Connell |
| Pamela Zilly | 10/26/07 | 1.0 | Business Analysis | Call with E. Filon, D. Nakashige, R. Lapidario, J. O'Connell, B. Istvan re: financial analysis |
| Pamela Zilly | 10/26/07 | 0.4 | Business Analysis | Review cash flow summary |
| Pamela Zilly | 10/26/07 | 0.2 | Business Analysis | Meeting with J. O'Connell, B. Istvan |
| Jamie O'Connell | 10/26/07 | 1.0 | Business Analysis | Call with P. Zilly, B. Istvan, E. Filon, D. Nakashige and R. Lapidario regarding financial analysis |
| Jamie O'Connell | 10/26/07 | 0.2 | Business Analysis | Meeting with P. Zilly and B. Istvan regarding various matters |
| Jamie O'Connell | 10/26/07 | 0.1 | Business Analysis | Review email correspondence regarding conference call |
| Benjamin Istvan | 10/26/07 | 1.0 | Business Analysis | Call with P. Zilly, J. O'Connell, E. Filon, D. Nakashige and R. Lapidario regarding financial analysis |
| Benjamin Istvan | 10/26/07 | 0.2 | Business Analysis | Meeting with P. Zilly and J. O'Connell regarding various matters |
| Benjamin Istvan | 10/26/07 | 0.5 | Business Analysis | Research regarding environmental and legacy liabilities |
| Pamela Zilly | 10/29/07 | 0.3 | Business Analysis | Call with M. Shelnitz, R. Tarola re: financial analysis |
| Pamela Zilly | 10/29/07 | 1.5 | Business Analysis | Call with E. Filon re: financial analysis |
| Pamela Zilly | 10/29/07 | 0.3 | Business Analysis | Call with F. Festa re: financial analysis |
| Pamela Zilly | 10/29/07 | 1.0 | Business Analysis | Review scenario analyses |
| Jamie O'Connell | 10/29/07 | 0.5 | Business Analysis | Calls with L. Gardner and B. Istvan regarding environmental claims |
| Benjamin Istvan | 10/29/07 | 0.5 | Business Analysis | Calls with L. Gardner and J. O'Connell regarding environmental claims |
| Benjamin Istvan | 10/29/07 | 0.2 | Business Analysis | Call with D. Nakashige regarding cash flow analysis |
| Benjamin Istvan | 10/29/07 | 1.6 | Business Analysis | Cash flow analysis |
| Benjamin Istvan | 10/29/07 | 0.5 | Business Analysis | Research regarding environmental and legacy liabilities |
| Pamela Zilly | 10/30/07 | 0.3 | Business Analysis | Meeting with J. O'Connell |
| Pamela Zilly | 10/30/07 | 0.8 | Business Analysis | Review, compare financial analyses; model for Tarola call |
| Pamela Zilly | 10/30/07 | 1.0 | Business Analysis | Call with R. Tarola re: financial analysis |
| Pamela Zilly | 10/30/07 | 0.6 | Business Analysis | Meeting with J. O'Connell, B. Istvan |
| Jamie O'Connell | 10/30/07 | 0.5 | Business Analysis | Review financial analysis prepared by management |
| Jamie O'Connell | 10/30/07 | 0.3 | Business Analysis | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 10/30/07 | 0.5 | Business Analysis | Meeting with B. Istvan to discuss cash flow analysis, environmental claims and other analyses |
| Jamie O'Connell | 10/30/07 | 0.1 | Business Analysis | Call with S. Smith regarding Project Nike |
| Jamie O'Connell | 10/30/07 | 1.0 | Business Analysis | Call with B. Tarola, P. Zilly and B. Istvan regarding financial analysis and other matters |
| Jamie O'Connell | 10/30/07 | 0.6 | Business Analysis | Meeting with P. Zilly and B. Istvan regarding various matters |
| Benjamin Istvan | 10/30/07 | 0.5 | Business Analysis | Meeting with J. O'Connell to discuss cash flow analysis, environmental claims and other analyses |
| Benjamin Istvan | 10/30/07 | 0.4 | Business Analysis | Cash flow analysis |
| Benjamin Istvan | 10/30/07 | 0.2 | Business Analysis | Correspondence with D. Nakashige, E. Filon, P. Zilly, J. O'Connell |
| Benjamin Istvan | 10/30/07 | 1.0 | Business Analysis | Call with B. Tarola, P. Zilly and J. O'Connell regarding financial analysis and other matters |
| Benjamin Istvan | 10/30/07 | 0.6 | Business Analysis | Meeting with P. Zilly and J. O'Connell regarding various matters |
| Benjamin Istvan | 10/30/07 | 0.4 | Business Analysis | Research regarding environmental and legacy liabilities |
| Pamela Zilly | 10/31/07 | 1.5 | Business Analysis | Review cash flow analysis revisions |
| Pamela Zilly | 10/31/07 | 0.5 | Business Analysis | Call with E. Filon, management re: Optimization Plan |
| Jamie O'Connell | 10/31/07 | 0.5 | Business Analysis | Call with P. Zilly and management regarding financial analysis and other matters |
| Jamie O'Connell | 10/31/07 | 0.1 | Business Analysis | Correspondence to B. Tarola regarding various work requests |
| Jamie O'Connell | 10/31/07 | 0.3 | Business Analysis | Status meetings B. Istvan to discuss various analyses |
| Benjamin Istvan | 10/31/07 | 0.3 | Business Analysis | Cash flow analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 10/31/07 | 0.3 | Business Analysis | Status meetings J. O'Connell to discuss various analyses |
| | | 54.1 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/03/07 | 0.8 | Committee | Call with investor |
| Jamie O'Connell | 10/03/07 | 0.1 | Committee | Correspondence to J. Dolan regarding committee information request |
| Jamie O'Connell | 10/05/07 | 0.3 | Committee | Manage committee information request |
| Jamie O'Connell | 10/08/07 | 0.1 | Committee | Correspondence to J. Sinclair regarding committee information request |
| Jamie O'Connell | 10/09/07 | 0.3 | Committee | Call with B. Corcoran regarding committee meeting on environmental matters |
| Jamie O'Connell | 10/09/07 | 0.1 | Committee | Correspondence to B. Istvan regarding third quarter review meeting |
| Pamela Zilly | 10/15/07 | 0.2 | Committee | Call with J. Radecki re: various matters |
| Jamie O'Connell | 10/15/07 | 0.2 | Committee | Call with J. Radecki and P. Zilly regarding various matters |
| Jamie O'Connell | 10/22/07 | 0.1 | Committee | Correspondence to J. Dolan regarding various matters |
| Jamie O'Connell | 10/23/07 | 0.1 | Committee | Call with J. Brownstein regarding environmental matters |
| Jamie O'Connell | 10/23/07 | 0.1 | Committee | Follow-up call with J. Brownstein regarding environmental matters |
| Jamie O'Connell | 10/23/07 | 0.2 | Committee | Call with J. Sinclair regarding environmental meeting |
| Jamie O'Connell | 10/23/07 | 0.1 | Committee | Call with G. Boyer regarding environmental meeting |
| Pamela Zilly | 10/24/07 | 2.0 | Committee | Meeting with Grace, Remedium management, ACC advisors re: environmental update |
| Pamela Zilly | 10/24/07 | 2.5 | Committee | Meeting with Grace, Remedium management, GUC, Equity advisors re: environmental update |
| Jamie O'Connell | 10/24/07 | 4.5 | Committee | Meetings with management, K&E and various committee advisors regarding environmental matters |
| | | 11.7 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/31/07 | 0.5 | Financing | Review credit rating methodologies |
| Jamie O'Connell | 10/31/07 | 0.1 | Financing | Call with R. Lapidario regarding credit ratings |
| Benjamin Istvan | 10/31/07 | 0.2 | Financing | Review credit rating methodologies |
| Benjamin Istvan | 10/31/07 | 0.6 | Financing | Review credit rating methodologies |
| Benjamin Istvan | 10/31/07 | 3.2 | Financing | Prepare credit rating methodologies memo |
| | | 4.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/03/07 | 0.5 | Plan and Disclosure Statement | Read expert rebuttal report |
| Jamie O'Connell | 10/07/07 | 0.5 | Plan and Disclosure Statement | Review expert report in related matter |
| Pamela Zilly | 10/08/07 | 1.0 | Plan and Disclosure Statement | Read Stallard Rebuttal report, FCR Objection to PD Settlements, Motion re: Preliminary Injunction |
| Pamela Zilly | 10/09/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions |
| Jamie O'Connell | 10/10/07 | 0.5 | Plan and Disclosure Statement | Review expert report of J. Radecki |
| Pamela Zilly | 10/15/07 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein, J. O'Connell re: expert report |
| Pamela Zilly | 10/15/07 | 0.3 | Plan and Disclosure Statement | Research re: Radecki expert report |
| Pamela Zilly | 10/15/07 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: expert report analysis |
| Jamie O'Connell | 10/15/07 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein, P. Zilly and B. Istvan regarding expert reports |
| Jamie O'Connell | 10/15/07 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly regarding expert reports |
| Jamie O'Connell | 10/15/07 | 0.5 | Plan and Disclosure Statement | Review expert reports |
| Benjamin Istvan | 10/15/07 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein, P. Zilly and J. O'Connell regarding expert report |
| Benjamin Istvan | 10/15/07 | 0.5 | Plan and Disclosure Statement | Review expert report of J. Radecki |
| Pamela Zilly | 10/16/07 | 4.0 | Plan and Disclosure Statement | Read Radecki expert report; rebuttal report, analysis of same, correspondence with E. Leibenstein |
| Jamie O'Connell | 10/16/07 | 2.5 | Plan and Disclosure Statement | Review and analysis of expert reports |
| Jamie O'Connell | 10/16/07 | 0.1 | Plan and Disclosure Statement | Review correspondence from J. Baer regarding expert reports |
| Benjamin Istvan | 10/16/07 | 0.5 | Plan and Disclosure Statement | Prepared list of questions on expert report |
| Pamela Zilly | 10/17/07 | 2.5 | Plan and Disclosure Statement | Further analysis of Radecki; other rebuttal reports |
| Pamela Zilly | 10/17/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 10/18/07 | 2.0 | Plan and Disclosure Statement | Research re: Radecki expert report |
| Jamie O'Connell | 10/21/07 | 0.5 | Plan and Disclosure Statement | Review various expert reports |
| Jamie O'Connell | 10/22/07 | 0.2 | Plan and Disclosure Statement | Correspondence to B. Harding regarding expert reports |
| Pamela Zilly | 10/22/07 | 0.3 | Plan and Disclosure Statement | Read correspondence re: Radecki deposition |
| Jamie O'Connell | 10/22/07 | 0.2 | Plan and Disclosure Statement | Meeting with E. Leibenstein regarding J. Radecki deposition |
| Jamie O'Connell | 10/22/07 | 3.8 | Plan and Disclosure Statement | Assist counsel during deposition of J. Radecki regarding expert report |
| Jamie O'Connell | 10/22/07 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding J. Radecki deposition |
| Jamie O'Connell | 10/22/07 | 0.1 | Plan and Disclosure Statement | Review correspondence from P. Zilly regarding J. Radecki deposition |
| Benjamin Istvan | 10/22/07 | 3.2 | Plan and Disclosure Statement | Assist counsel during deposition of J. Radecki regarding expert report (did not attend entire deposition) |
| Jamie O'Connell | 10/23/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 10/24/07 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 10/25/07 | 1.1 | Plan and Disclosure Statement | Read Radecki deposition transcript |
| Pamela Zilly | 10/25/07 | 1.3 | Plan and Disclosure Statement | Review ACC/FCR Competing Plan |
| Pamela Zilly | 10/25/07 | 0.4 | Plan and Disclosure Statement | Call with E. Filon re: FCR/ACC Plan |
| Pamela Zilly | 10/25/07 | 0.5 | Plan and Disclosure Statement | Read various motions re: Prejudgment Interest, Discovery Cut-off Date |
| Pamela Zilly | 10/25/07 | 1.8 | Plan and Disclosure Statement | Analysis of competing POR terms |
| Jamie O'Connell | 10/25/07 | 0.1 | Plan and Disclosure Statement | Correspondence to P. Zilly and B. Istvan |
| Pamela Zilly | 10/26/07 | 0.5 | Plan and Disclosure Statement | Review summary of ACC/FCR Plan |
| Pamela Zilly | 10/26/07 | 1.0 | Plan and Disclosure Statement | Read various motions re: Opposition of ACC to Cut-Off Date, Libby Claimants |
| Pamela Zilly | 10/30/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions |
| Jamie O'Connell | 10/30/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 10/30/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 10/30/07 | 2.5 | Plan and Disclosure Statement | Settlement comparables analysis |
| Benjamin Istvan | 10/31/07 | 2.5 | Plan and Disclosure Statement | Settlement comparables analysis |
| | | **40.9** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/15/07 | 0.3 | Valuation | Research transaction multiple in comparable chemical M&A transaction |
| Benjamin Istvan | 10/15/07 | 0.3 | Valuation | Research transaction multiple in comparable chemical M&A transaction |
| Jamie O'Connell | 10/16/07 | 0.1 | Valuation | Review comparable chemical M&A transaction analysis |
| Benjamin Istvan | 10/30/07 | 2.0 | Valuation | Precedent transaction analysis |
| Pamela Zilly | 10/31/07 | 0.8 | Valuation | Review valuation analysis |
| Jamie O'Connell | 10/31/07 | 0.8 | Valuation | Analysis of precedent transaction multiples |
| Jamie O'Connell | 10/31/07 | 0.2 | Valuation | Correspondence to B. Tarola regarding precedent transaction analysis |
| Benjamin Istvan | 10/31/07 | 0.8 | Valuation | Precedent transaction analysis |
| Benjamin Istvan | 10/31/07 | 0.2 | Valuation | Correspondence to B. Tarola regarding precedent transaction analysis |
| | | 5.5 | | |