# Blackstone Advisory Services L.P.

March 13, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of November 1, 2007 through November 30, 2007: | | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (15,000.00) |
| Out-of-pocket expenses processed for the period through November 30, 2007:[1] | | | |
|     Document Production | 74.25 | | |
|     Research | 58.98 | | |
|     Publishing Services | 108.50 | | 241.73 |
| **Total Amount Due** | | $ | **60,241.73** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 19316

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 19316

|  | GL Detail Nov-07 | Total Expenses |
|---|---:|---:|
| Document Production | $ 74.25 | $ 74.25 |
| Internal Research | 25.00 | 25.00 |
| External Research - Thomson Analytics | 33.98 | 33.98 |
| Publishing Services | 108.50 | 108.50 |
| **Total Expenses** | $ 241.73 | $ 241.73 |
| | | |
| **Document Production** | | $ 74.25 |
| **Research** | | 58.98 |
| **Publishing Services** | | 108.50 |
| | | |
| **Total Expenses** | | $ 241.73 |

W.R. Grace & Co.
Detail of Expenses Processed
Through November 30, 2007
Invoice No. 19316

| | | | |
|---|---|---:|---:|
| **Document Production** | | | |
| Istvan | 10/02/07 | 43.20 | |
| Istvan | 11/28/07 | 31.05 | |
| Subtotal - Document Production | | $ | 74.25 |
| | | | |
| **Internal Research** | | | |
| Istvan (online data research) | 11/12/07 - 11/18/07 | 25.00 | |
| Subtotal - Internal Research | | | 25.00 |
| | | | |
| **External Research - Thomson Analytics** | | | |
| Istvan (online data research) | 11/04/07 - 11/10/07 | 14.56 | |
| Istvan (online data research) | 11/11/07 - 11/17/07 | 19.42 | |
| Subtotal - External Research - Thomson Analytics | | | 33.98 |
| | | | |
| **Publishing Services** | | | |
| Istvan | 10/29/07 | 108.50 | |
| Subtotal - Publishing Services | | | 108.50 |
| | | | |
| **Total Expenses** | | $ | 241.73 |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 31.2 |
| Jamie O'Connell | Vice President | 20.6 |
| Benjamin Istvan | Analyst | 35.0 |
| | Total | **86.8** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/01/07 | 0.5 | Business Analysis | Review revised cash flows re: Optimization Plan |
| Jamie O'Connell | 11/01/07 | 0.3 | Business Analysis | Call with B. Dockman, K. Blood and B. Istvan regarding pension accounting |
| Jamie O'Connell | 11/01/07 | 0.2 | Business Analysis | Review correspondence from B. Istvan regarding financial analysis |
| Jamie O'Connell | 11/01/07 | 0.2 | Business Analysis | Review correspondence regarding various matters |
| Jamie O'Connell | 11/01/07 | 0.1 | Business Analysis | Call with R. Lapidario and B. Istvan regarding 10-Q analysis |
| Benjamin Istvan | 11/01/07 | 0.3 | Business Analysis | Call with B. Dockman, K. Blood and J. O'Connell regarding pension accounting |
| Benjamin Istvan | 11/01/07 | 0.1 | Business Analysis | Call with R. Lapidario and J. O'Connell regarding 10-Q analysis |
| Benjamin Istvan | 11/01/07 | 0.6 | Business Analysis | Prepare cash flow analysis |
| Pamela Zilly | 11/02/07 | 1.0 | Business Analysis | Call with B. Tarola, E. Filon re: financial analysis |
| Pamela Zilly | 11/02/07 | 0.3 | Business Analysis | Review revised cash flows re: Optimization Plan |
| Jamie O'Connell | 11/02/07 | 1.0 | Business Analysis | Call with B. Tarola, E. Filon, P. Zilly and B. Istvan regarding financial analysis |
| Benjamin Istvan | 11/02/07 | 1.0 | Business Analysis | Call with B. Tarola, E. Filon, P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 11/02/07 | 0.2 | Business Analysis | Correspondence with B. Tarola, M. Shelnitz re: comparable asbestos bankruptcies |
| Pamela Zilly | 11/05/07 | 0.5 | Business Analysis | Review revised cash flows re: Optimization Plan |
| Jamie O'Connell | 11/05/07 | 0.3 | Business Analysis | Review correspondence regarding various matters |
| Jamie O'Connell | 11/05/07 | 0.1 | Business Analysis | Review cash flow analysis |
| Benjamin Istvan | 11/05/07 | 0.2 | Business Analysis | Correspondence with D. Nakashige |
| Pamela Zilly | 11/06/07 | 0.4 | Business Analysis | Call with F. Festa |
| Pamela Zilly | 11/06/07 | 0.3 | Business Analysis | Call with J. O'Connell, B. Istvan re: various matters |
| Pamela Zilly | 11/06/07 | 0.5 | Business Analysis | Review revised comparable settlement analysis |
| Pamela Zilly | 11/06/07 | 0.3 | Business Analysis | Review agenda for 11/19 meeting |
| Jamie O'Connell | 11/06/07 | 0.3 | Business Analysis | Call with P. Zilly and B. Istvan regarding various matters |
| Jamie O'Connell | 11/06/07 | 0.2 | Business Analysis | Call with B. Corcoran regarding various environmental matters |
| Benjamin Istvan | 11/06/07 | 0.3 | Business Analysis | Call with P. Zilly and J. O'Connell regarding various matters |
| Benjamin Istvan | 11/06/07 | 0.2 | Business Analysis | Correspondence with E. Filon, D. Nakashige, R. Lapidario regarding credit rating methodology memo |
| Jamie O'Connell | 11/07/07 | 0.4 | Business Analysis | Call with J. Dolan, D. Nakashige and B. Istvan regarding 2008 cash flow forecast |
| Jamie O'Connell | 11/07/07 | 0.1 | Business Analysis | Review of correspondence regarding segment financial information |
| Benjamin Istvan | 11/07/07 | 0.4 | Business Analysis | Call with J. Dolan, D. Nakashige and J. O'Connell regarding 2008 cash flow forecast |
| Benjamin Istvan | 11/07/07 | 0.1 | Business Analysis | Correspondence with B. Sarikas regarding financial information |
| Benjamin Istvan | 11/07/07 | 2.5 | Business Analysis | Financial analyses |
| Jamie O'Connell | 11/08/07 | 0.1 | Business Analysis | Review correspondence from B. Sarikas regarding financial information |
| Jamie O'Connell | 11/08/07 | 0.3 | Business Analysis | Status meeting with B. Istvan regarding various matters |
| Benjamin Istvan | 11/08/07 | 0.1 | Business Analysis | Correspondence with B. Sarikas regarding financial information |
| Benjamin Istvan | 11/08/07 | 0.3 | Business Analysis | Status meeting with J. O'Connell regarding various matters |
| Jamie O'Connell | 11/09/07 | 0.6 | Business Analysis | Review financial analysis |
| Jamie O'Connell | 11/09/07 | 0.7 | Business Analysis | Meeting with B. Istvan to review financial analysis |
| Jamie O'Connell | 11/09/07 | 0.6 | Business Analysis | Follow-up meeting with B. Istvan to review financial analysis |
| Benjamin Istvan | 11/09/07 | 0.7 | Business Analysis | Meeting with J. O'Connell to review financial analysis |
| Benjamin Istvan | 11/09/07 | 0.6 | Business Analysis | Follow-up meeting with J. O'Connell to review financial analysis |
| Pamela Zilly | 11/12/07 | 0.9 | Business Analysis | Review financial analysis |
| Pamela Zilly | 11/12/07 | 0.5 | Business Analysis | Review valuation analysis |
| Pamela Zilly | 11/12/07 | 0.5 | Business Analysis | Meeting with J. O'Connell |
| Jamie O'Connell | 11/12/07 | 0.5 | Business Analysis | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 11/12/07 | 0.3 | Business Analysis | Review of financial analyses with B. Istvan |
| Benjamin Istvan | 11/12/07 | 0.3 | Business Analysis | Review of financial analyses with J. O'Connell |
| Benjamin Istvan | 11/12/07 | 0.3 | Business Analysis | Updated financial analyses |
| Benjamin Istvan | 11/12/07 | 0.4 | Business Analysis | Q3 claims analyses |
| Jamie O'Connell | 11/14/07 | 0.5 | Business Analysis | Review of financial analyses with B. Istvan |
| Benjamin Istvan | 11/14/07 | 0.5 | Business Analysis | Review of financial analyses with J. O'Connell |
| Pamela Zilly | 11/16/07 | 0.5 | Business Analysis | Call with E. Filon re: various matters |
| Pamela Zilly | 11/16/07 | 0.2 | Business Analysis | Update meeting with B. Istvan |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 11/16/07 | 0.2 | Business Analysis | Update with P. Zilly |
| Pamela Zilly | 11/26/07 | 0.9 | Business Analysis | Call with E. Filon, J. O'Connell, B. Istvan re: various projects |
| Jamie O'Connell | 11/26/07 | 0.9 | Business Analysis | Call with E. Filon, P. Zilly and B. Istvan regarding various work streams |
| Jamie O'Connell | 11/26/07 | 0.1 | Business Analysis | Status meeting with B. Istvan regarding various matters |
| Jamie O'Connell | 11/26/07 | 0.3 | Business Analysis | Call and correspondence with P. Hanlon regarding GPC business development |
| Benjamin Istvan | 11/26/07 | 0.9 | Business Analysis | Call with E. Filon, P. Zilly and J. O'Connell regarding various work streams |
| Benjamin Istvan | 11/26/07 | 0.1 | Business Analysis | Status meeting with J. O'Connell regarding various matters |
| Pamela Zilly | 11/27/07 | 0.2 | Business Analysis | Call with R. Tarola |
| Benjamin Istvan | 11/27/07 | 2.4 | Business Analysis | Cash flow analysis |
| Benjamin Istvan | 11/27/07 | 0.2 | Business Analysis | Correspondence with D. Nakashige |
| Pamela Zilly | 11/28/07 | 0.3 | Business Analysis | Call with F. Festa |
| Benjamin Istvan | 11/30/07 | 0.1 | Business Analysis | Correspondence with B. Sarikas regarding financial information |
| | | 28.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/05/07 | 0.2 | Committee | Correspondence to Capstone regarding business development activities |
| Benjamin Istvan | 11/05/07 | 0.2 | Committee | Correspondence with professionals to unsecured creditor committee |
| Jamie O'Connell | 11/07/07 | 0.1 | Committee | Call with D. Nakashige and B. Istvan regarding committee call |
| Benjamin Istvan | 11/07/07 | 0.1 | Committee | Call with D. Nakashige and J. O'Connell regarding committee call |
| Benjamin Istvan | 11/12/07 | 0.2 | Committee | Correspondence with financial advisors regarding Q3 review call |
| Benjamin Istvan | 11/15/07 | 0.5 | Committee | Manage information request |
| Benjamin Istvan | 11/16/07 | 1.0 | Committee | Q3 financial briefing with Grace and committee advisors |
| Benjamin Istvan | 11/16/07 | 0.2 | Committee | Correspondence with J. Brownstein regarding claims |
| Jamie O'Connell | 11/21/07 | 0.3 | Committee | Manage e-mail correspondence |
| Jamie O'Connell | 11/27/07 | 0.5 | Committee | Manage e-mail correspondence |
| Pamela Zilly | 11/28/07 | 0.6 | Committee | Call with equity holder |
| Jamie O'Connell | 11/29/07 | 0.1 | Committee | Correspondence to G. Boyer regarding information request |
| Jamie O'Connell | 11/29/07 | 0.2 | Committee | Correspondence to B. Istvan regarding information request |
| Jamie O'Connell | 11/29/07 | 0.1 | Committee | Correspondence to B. Sarikas regarding management meeting |
| Jamie O'Connell | 11/29/07 | 0.2 | Committee | Manage Capstone information request |
| Benjamin Istvan | 11/29/07 | 0.3 | Committee | Call with G. Boyer regarding environmental matters |
| | | 4.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/04/07 | 1.2 | Financing | Review of memo regarding unfunded benefit obligations and environmental liabilities |
| Benjamin Istvan | 11/05/07 | 0.5 | Financing | Draft credit rating methodologies memo |
| Jamie O'Connell | 11/06/07 | 0.8 | Financing | Review of memo regarding unfunded benefit obligations and environmental liabilities |
| Benjamin Istvan | 11/06/07 | 1.2 | Financing | Draft credit rating methodologies memo |
| Pamela Zilly | 11/12/07 | 1.0 | Financing | Review analysis of treatment of pension, environmental liabilities |
| | | 4.7 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/19/07 | 4.0 | Non-Working Travel Time | Travel to New York |
| | | 4.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/07/07 | 0.4 | Other | Call with third party re: case status |
| Pamela Zilly | 11/27/07 | 0.4 | Other | Call with third party re: case status |
| | | 0.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/07 | 0.1 | Plan and Disclosure Statement | Correspondence to E. Leibenstein regarding estimation reports |
| Jamie O'Connell | 11/01/07 | 3.7 | Plan and Disclosure Statement | Analysis of comparable asbestos bankruptcies |
| Benjamin Istvan | 11/01/07 | 6.7 | Plan and Disclosure Statement | Analysis of comparable asbestos bankruptcies |
| Pamela Zilly | 11/02/07 | 0.3 | Plan and Disclosure Statement | Review comparable settlement analysis |
| Pamela Zilly | 11/05/07 | 0.5 | Plan and Disclosure Statement | Correspondence with M. Shelnitz re: competing plan |
| Pamela Zilly | 11/05/07 | 0.2 | Plan and Disclosure Statement | Read various orders re: Optimization Plan, PD Settlements |
| Jamie O'Connell | 11/05/07 | 0.2 | Plan and Disclosure Statement | Meeting with B. Istvan regarding analysis of comparable asbestos bankruptcies |
| Benjamin Istvan | 11/05/07 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding analysis of comparable asbestos bankruptcies |
| Benjamin Istvan | 11/05/07 | 3.6 | Plan and Disclosure Statement | Settlement comparables analysis |
| Pamela Zilly | 11/06/07 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions |
| Pamela Zilly | 11/06/07 | 0.4 | Plan and Disclosure Statement | Call with D. Bernick |
| Jamie O'Connell | 11/06/07 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 11/06/07 | 0.3 | Plan and Disclosure Statement | Meeting with B. Istvan regarding analysis of comparable asbestos bankruptcies |
| Jamie O'Connell | 11/06/07 | 0.2 | Plan and Disclosure Statement | Review analysis of comparable asbestos bankruptcies |
| Benjamin Istvan | 11/06/07 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 11/06/07 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding analysis of comparable asbestos bankruptcies |
| Pamela Zilly | 11/07/07 | 0.2 | Plan and Disclosure Statement | Call with D. Bernick |
| Pamela Zilly | 11/07/07 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 11/10/07 | 1.5 | Plan and Disclosure Statement | Read ACC/FCR Plan of Reorganization |
| Pamela Zilly | 11/13/07 | 0.8 | Plan and Disclosure Statement | Review comparable asbestos bankruptcies analyses |
| Pamela Zilly | 11/15/07 | 0.3 | Plan and Disclosure Statement | Call with D. Bernick |
| Pamela Zilly | 11/19/07 | 4.0 | Plan and Disclosure Statement | Travel to Columbia, MD; review financial analyses; other materials for meeting |
| Pamela Zilly | 11/19/07 | 4.0 | Plan and Disclosure Statement | Meeting with management, counsel |
| Jamie O'Connell | 11/19/07 | 1.0 | Plan and Disclosure Statement | Call with management and counsel regarding estimation process (did not attend entire call) |
| Benjamin Istvan | 11/19/07 | 2.5 | Plan and Disclosure Statement | Call with management and counsel regarding estimation process |
| Pamela Zilly | 11/20/07 | 1.2 | Plan and Disclosure Statement | Review materials from 11/19/07 meeting |
| Pamela Zilly | 11/26/07 | 0.4 | Plan and Disclosure Statement | Read various motions re: PD, Insurers' Settlements |
| Pamela Zilly | 11/27/07 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions |
| Benjamin Istvan | 11/27/07 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
|  |  | 36.8 |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/06/07 | 0.2 | Valuation | Meeting with B. Istvan to discuss valuation analysis |
| Benjamin Istvan | 11/06/07 | 0.2 | Valuation | Meeting with J. O'Connell to discuss valuation analysis |
| Jamie O'Connell | 11/07/07 | 1.4 | Valuation | Valuation analysis of comparable companies |
| Jamie O'Connell | 11/07/07 | 0.2 | Valuation | Review valuation analyses with B. Istvan |
| Benjamin Istvan | 11/07/07 | 0.2 | Valuation | Review valuation analyses with J. O'Connell |
| Benjamin Istvan | 11/07/07 | 2.1 | Valuation | Update valuation analyses |
| Jamie O'Connell | 11/08/07 | 0.8 | Valuation | Valuation analysis of comparable companies |
| Benjamin Istvan | 11/08/07 | 0.2 | Valuation | Update valuation analyses |
| Benjamin Istvan | 11/08/07 | 0.1 | Valuation | Update valuation analyses |
| Pamela Zilly | 11/10/07 | 0.8 | Valuation | Review valuation analysis |
| Pamela Zilly | 11/13/07 | 0.6 | Valuation | Review valuation analysis |
| | | **6.8** | | |