# Blackstone Advisory Services L.P.

March 13, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly advisory fee for the period of December 1, 2007 through December 31, 2007: | $ | 50,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (10,000.00) |

Out-of-pocket expenses processed for the period through December 31, 2007:[1]

| | | | |
|---|---:|---|---:|
| Ground Transportation | $  98.74 | | |
| Communications | 53.07 | | |
| Meals | 118.63 | | 270.44 |
| **Total Amount Due** | | $ | **40,270.44** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 20204

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 20204

|  | GL Detail Dec-07 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Car Service - Elite | $ 98.74 | $ 98.74 |
| Communications - Federal Express | 53.07 | 53.07 |
| Employee Meals | 118.63 | 118.63 |
| **Total Expenses** | **$ 270.44** | **$ 270.44** |
| Ground Transportation |  | $ 98.74 |
| Communications |  | 53.07 |
| Meals |  | 118.63 |
| **Total Expenses** |  | **$ 270.44** |

W.R. Grace & Co.
Detail of Expenses Processed
Through December 31, 2007
Invoice No. 20204

**Ground Transportation - Car Service - Elite**
| | | | |
|---|---|---|---|
| O'Connell (car home from Blackstone after working late) | 11/01/07 | 98.74 | |
| Subtotal - Ground Transportation - Car Service - Elite | | $ | 98.74 |

**Communications - Federal Express**
| | | | |
|---|---|---|---|
| Arnold | 11/26/07 | 53.07 | |
| Subtotal - Communications - Federal Express | | | 53.07 |

**Employee Meals**
| | | | |
|---|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 10/24/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 10/30/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 11/01/07 | 18.63 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 11/12/07 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 10/30/07 | 25.00 | |
| Subtotal - Employee Meals | | | 118.63 |
| **Total Expenses** | | $ | **270.44** |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 31.9 |
| Jamie O'Connell | Vice President | 15.4 |
| Benjamin Istvan | Analyst | 20.6 |
| | Total | 67.9 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/04/07 | 0.3 | Business Analysis | Call with J. Baer re: various matters |
| Pamela Zilly | 12/04/07 | 0.7 | Business Analysis | Call with M. Conran re: potential transactions |
| Pamela Zilly | 12/04/07 | 1.2 | Business Analysis | Read Rights Agreement |
| Pamela Zilly | 12/05/07 | 0.2 | Business Analysis | Call with J. O'Connell, J. Baer |
| Pamela Zilly | 12/05/07 | 0.4 | Business Analysis | Prepare materials to send to J. Baer |
| Jamie O'Connell | 12/05/07 | 0.2 | Business Analysis | Call with P. Zilly and J. Baer regarding various matters |
| Jamie O'Connell | 12/06/07 | 0.2 | Business Analysis | Review financial analysis with B. Istvan |
| Jamie O'Connell | 12/06/07 | 0.1 | Business Analysis | Review correspondence regarding financial analysis |
| Benjamin Istvan | 12/06/07 | 0.2 | Business Analysis | Review financial analysis with J. O'Connell |
| Pamela Zilly | 12/07/07 | 1.0 | Business Analysis | Call with M. Conran, J. Baer, outside counsel re: various legal matters |
| Pamela Zilly | 12/12/07 | 9.0 | Business Analysis | Attend Operating plan meetings |
| Pamela Zilly | 12/12/07 | 0.8 | Business Analysis | Meeting with C. Shult re: potential transaction |
| Benjamin Istvan | 12/12/07 | 10.0 | Business Analysis | Operating plan meetings in Columbia, MD |
| Jamie O'Connell | 12/17/07 | 0.1 | Business Analysis | Call with J. Solganick regarding claims |
| Jamie O'Connell | 12/17/07 | 0.2 | Business Analysis | Call with P. Hanlon regarding Project Fly |
| Jamie O'Connell | 12/17/07 | 0.5 | Business Analysis | Review Davison AOP materials |
| Pamela Zilly | 12/18/07 | 2.0 | Business Analysis | Read Ceratech materials, call with management re: status and next steps |
| Pamela Zilly | 12/18/07 | 0.3 | Business Analysis | Meeting with J. O'Connell re: Ceratech status |
| Jamie O'Connell | 12/18/07 | 0.3 | Business Analysis | Meeting with B. Istvan to discuss various matters |
| Jamie O'Connell | 12/18/07 | 0.1 | Business Analysis | Call with J. Solganick regarding claims |
| Jamie O'Connell | 12/18/07 | 0.8 | Business Analysis | Review Project Fly materials |
| Jamie O'Connell | 12/18/07 | 0.2 | Business Analysis | Call with P. Hanlon regarding Project Fly |
| Jamie O'Connell | 12/18/07 | 0.2 | Business Analysis | Review various e-mail correspondence |
| Jamie O'Connell | 12/18/07 | 0.3 | Business Analysis | Follow-up call with P. Hanlon regarding Project Fly |
| Jamie O'Connell | 12/18/07 | 0.1 | Business Analysis | Follow-up call with P. Hanlon regarding Project Fly |
| Benjamin Istvan | 12/18/07 | 0.3 | Business Analysis | Meeting with J. O'Connell to discuss various matters |
| Jamie O'Connell | 12/19/07 | 0.1 | Business Analysis | Correspondence to P. Hanlon regarding Project Fly |
| Jamie O'Connell | 12/19/07 | 0.2 | Business Analysis | Call with P. Hanlon regarding Project Fly and Project Air |
| Jamie O'Connell | 12/19/07 | 0.1 | Business Analysis | Call with M. Conron regarding Project Fly |
| Jamie O'Connell | 12/19/07 | 0.2 | Business Analysis | Call with C. Shult regarding various business development initiatives |
| | | 30.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 12/03/07 | 0.3 | Committee | Correspondence with B. Sarikas and J. Dolan regarding information request |
| Jamie O'Connell | 12/10/07 | 0.5 | Committee | Call with B. Tarola, B. Sarikas, J. Dolan and B. Istvan regarding 3rd quarter diligence questions |
| Benjamin Istvan | 12/10/07 | 0.5 | Committee | Call with B. Tarola, B. Sarikas, J. Dolan and J. O'Connell regarding 3rd quarter diligence questions |
| Jamie O'Connell | 12/11/07 | 0.5 | Committee | Manage committee information request |
| Benjamin Istvan | 12/11/07 | 0.2 | Committee | Correspondence with committee advisors |
| Jamie O'Connell | 12/17/07 | 0.1 | Committee | Respond to information request from J. Dolan |
| Jamie O'Connell | 12/18/07 | 0.2 | Committee | Manage committee information request |
| Jamie O'Connell | 12/19/07 | 0.1 | Committee | Correspondence to L. Sinanyan regarding secured claim |
| Jamie O'Connell | 12/19/07 | 0.2 | Committee | Review documentation relating to secured claim |
| Jamie O'Connell | 12/19/07 | 0.1 | Committee | Correspondence to J. Solganick regarding secured claim |
| | | **2.7** | | |

Page 3 of 8

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/11/07 | 3.0 | Non-Working Travel Time | Travel to Columbia, MD |
| Benjamin Istvan | 12/11/07 | 3.0 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Pamela Zilly | 12/12/07 | 3.0 | Non-Working Travel Time | Travel to NYC |
| Benjamin Istvan | 12/12/07 | 3.0 | Non-Working Travel Time | Travel from Columbia, MD to New York |
| | | 12.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/18/07 | 0.2 | Other | Call with E. Filon and B. Istvan regarding treasury matter |
| Benjamin Istvan | 12/18/07 | 0.2 | Other | Call with E. Filon and J. O'Connell regarding treasury matter |
| Jamie O'Connell | 12/19/07 | 0.2 | Other | Conference call regarding treasury matter |
| Jamie O'Connell | 12/19/07 | 0.2 | Other | Follow-up call regarding treasury matter |
| Jamie O'Connell | 12/19/07 | 0.1 | Other | Correspondence to E. Filon regarding treasury matter |
| Jamie O'Connell | 12/19/07 | 0.3 | Other | Coordinate call with corporate debt personnel and Grace management |
| Jamie O'Connell | 12/19/07 | 0.2 | Other | Call with E. Filon regarding treasury matter |
| Jamie O'Connell | 12/20/07 | 0.2 | Other | Review materials regarding treasury matter |
| Jamie O'Connell | 12/20/07 | 0.7 | Other | Call with B. Tarola, E. Filon, B. Harsh, J. Serrano and B. Istvan regarding treasury matter |
| Benjamin Istvan | 12/20/07 | 0.7 | Other | Call with B. Tarola, E. Filon, B. Harsh, J. Serrano and J. O'Connell regarding treasury matter |
| | | **3.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/11/07 | 0.5 | Plan and Disclosure Statement | Call with Management, counsel re: Court hearings, motions |
| Jamie O'Connell | 12/11/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 12/13/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 12/13/07 | 1.1 | Plan and Disclosure Statement | Read Memorandums re: Expert Testimony |
| Pamela Zilly | 12/18/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court motions, hearings |
| Jamie O'Connell | 12/18/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 12/18/07 | 0.2 | Plan and Disclosure Statement | Edit materials regarding financial analysis |
| Benjamin Istvan | 12/18/07 | 0.5 | Plan and Disclosure Statement | Meeting with B. Istvan to discuss materials |
| Benjamin Istvan | 12/18/07 | 0.2 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 12/18/07 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss financial analysis materials |
| Pamela Zilly | 12/19/07 | 1.5 | Plan and Disclosure Statement | Draft memo materials |
| Pamela Zilly | 12/19/07 | 0.9 | Plan and Disclosure Statement | Read materials re: financial analysis; markup |
| Jamie O'Connell | 12/19/07 | 0.9 | Plan and Disclosure Statement | Review financial analysis |
| Jamie O'Connell | 12/19/07 | 0.1 | Plan and Disclosure Statement | Edit materials regarding financial analysis |
| Pamela Zilly | 12/20/07 | 3.0 | Plan and Disclosure Statement | Review correspondence from J. Baer regarding motions |
| Pamela Zilly | 12/21/07 | 0.4 | Plan and Disclosure Statement | Revise materials re: financial analysis |
| Benjamin Istvan | 12/21/07 | 0.5 | Plan and Disclosure Statement | Call with M. Shelnitz |
| | | 12.4 | | Revisions to financial analysis |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/20/07 | 1.5 | Tax Issues | Read materials, research historical precedents re: Remedium tax issues |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 12/18/07 | 0.5 | Valuation | Valuation analysis |
| Pamela Zilly | 12/19/07 | 0.2 | Valuation | Status meeting with J. O'Connell |
| Jamie O'Connell | 12/19/07 | 0.9 | Valuation | Prepare valuation analysis of comparable companies |
| Jamie O'Connell | 12/19/07 | 0.2 | Valuation | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 12/19/07 | 0.1 | Valuation | Review correspondence from C. Shult and B. Istvan regarding valuation analysis |
| Jamie O'Connell | 12/19/07 | 0.6 | Valuation | Revisions to valuation analysis and correspondence to C. Schult, B. Dockman and T. Dyer |
| Benjamin Istvan | 12/19/07 | 0.1 | Valuation | Correspondence with J. O'Connell regarding valuation analysis |
| Jamie O'Connell | 12/20/07 | 0.2 | Valuation | Correspondence to C. Schult, B. Dockman, T. Dyer and B. Istvan regarding valuation analysis |
| Benjamin Istvan | 12/20/07 | 0.2 | Valuation | Correspondence to C. Schult, B. Dockman, T. Dyer and J. O'Connell regarding valuation analysis |
| Jamie O'Connell | 12/20/07 | 3.0 | Valuation | Revisions to financial analysis |
|  |  | **6.0** |  |  |