**EXHIBIT A**

# Blackstone Advisory Services L.P.

March 13, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of October 1, 2007 through October 31, 2007:       $       100,000.00

Out-of-pocket expenses processed for the period through October 31, 2007:[1]

| | | | |
|---|---|--:|--:|
| Airfare | $ | 511.40 | |
| Ground Transportation | | 206.58 | |
| Communications | | 134.50 | |
| Meals | | 216.87 | |
| Lodging | | 240.90 | |
| Document Production | | 23.55 | |
| Research | | 185.05 | 1,518.85 |
| **Total Amount Due** | | $ | **101,518.85** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 19275

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 19275**

| | GL Detail Oct-07 | | Total Expenses |
|---|---|---|---|
| Airfare | $ | 511.40 | $ 511.40 |
| Ground Transportation - Car Service - Elite | | 74.58 | 74.58 |
| Ground Transportation - Railroad | | 132.00 | 132.00 |
| Communications - Teleconferencing | | 134.50 | 134.50 |
| Employee Meals | | 216.87 | 216.87 |
| Lodging | | 240.90 | 240.90 |
| Document Production | | 23.55 | 23.55 |
| Internal Research | | 142.50 | 142.50 |
| External Research - Thomson Analytics | | 20.23 | 20.23 |
| External Research - Online Database | | 22.32 | 22.32 |
| **Total Expenses** | $ | 1,518.85 | $ 1,518.85 |

| | | |
|---|---|---|
| **Airfare** | $ | 511.40 |
| **Ground Transportation** | | 206.58 |
| **Communications** | | 134.50 |
| **Meals** | | 216.87 |
| **Lodging** | | 240.90 |
| **Document Production** | | 23.55 |
| **Research** | | 185.05 |
| **Total Expenses** | $ | 1,518.85 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through October 31, 2007**
**Invoice No. 19275**

**Airfare**

| | | | |
|---|---|---|---|
| Istvan (travel agency fee for booking of one-way flight to Baltimore, MD from Queens, NY) | 07/18/07 | 20.00 | |
| Istvan (one-way coach class flight to Baltimore, MD from Queens, NY) | 07/18/07 | 491.40 | |
| | **Subtotal - Airfare** | | $ 511.40 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| Istvan (credit issued by vendor) | 07/18/07 | (16.00) | |
| O'Connell (car home from Blackstone after working late) | 09/04/07 | 90.58 | |
| | **Subtotal - Ground Transportation - Car Service - Elite** | | 74.58 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| Istvan (one-way coach class trip to New York, NY from Baltimore, MD) | 07/19/07 | 132.00 | |
| | **Subtotal - Ground Transportation - Railroad** | | 132.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| O'Connell (fee for attending Court hearing telephonically) | 09/11/07 | 77.00 | |
| O'Connell (fee for attending Court hearing telephonically) | 10/02/07 | 57.50 | |
| | **Subtotal - Communications - Teleconferencing** | | 134.50 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Istvan (meal @ LaGuardia Airport in Queens, NY) | 07/18/07 | 34.72 | |
| Istvan (in-room meal @ hotel during stay in Columbia, MD) | 07/19/07 | 20.18 | |
| Istvan (weekend working meal @ Blackstone) | 07/21/07 | 14.24 | |
| Istvan (weekend working meal @ Blackstone) | 07/21/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 07/23/07 | 22.73 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 07/31/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 08/28/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 09/04/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 09/13/07 | 25.00 | |
| | **Subtotal - Employee Meals** | | 216.87 |

**Lodging**

| | | | |
|---|---|---|---|
| Istvan (1 day hotel stay in Columbia, MD) | 07/18/07 - 07/19/07 | 240.90 | |
| | **Subtotal - Lodging** | | 240.90 |

**Document Production**

| | | | |
|---|---|---|---|
| Istvan | 09/26/07 - 10/01/07 | 23.55 | |
| | **Subtotal - Document Production** | | 23.55 |

**Internal Research**

| | | | |
|---|---|---|---|
| Istvan (online data research) | 10/22/07 - 10/29/07 | 142.50 | |
| | **Subtotal - Internal Research** | | 142.50 |

**External Research - Thomson Analytics**

| | | | |
|---|---|---|---|
| Istvan (online data research) | 10/14/07 - 10/20/07 | 20.23 | |
| | **Subtotal - External Research - Thomson Analytics** | | 20.23 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 07/03/07 | 11.92 | |
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 07/09/07 | 3.52 | |
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 08/17/07 | 4.48 | |
| de Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R.) | 09/20/07 | 2.40 | |
| | **Subtotal - External Research - Online Database** | | 22.32 |

| | | | |
|---|---|---|---|
| | **Total Expenses** | | $  1,518.85 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 44.2 |
| Jamie O'Connell | Vice President | 41.9 |
| Benjamin Istvan | Analyst | 30.7 |
| | **Total** | **116.8** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/01/07 | 0.5 | Business Analysis | Call with C. Schuh regarding various matters |
| Jamie O'Connell | 10/01/07 | 0.1 | Business Analysis | Review correspondence from J. Baer regarding environmental matters |
| Pamela Zilly | 10/02/07 | 0.6 | Business Analysis | Read correspondence; review analysis re: Optimization Plan |
| Pamela Zilly | 10/02/07 | 0.2 | Business Analysis | Call with E. Filon, J. Baer, J. O'Connell re: Optimization Plan Motion |
| Pamela Zilly | 10/02/07 | 1.0 | Business Analysis | Review environmental matters presentation |
| Jamie O'Connell | 10/02/07 | 0.3 | Business Analysis | Review environmental claims presentation |
| Jamie O'Connell | 10/02/07 | 0.1 | Business Analysis | Correspondence to B. Istvan regarding environmental claims presentation |
| Jamie O'Connell | 10/02/07 | 0.2 | Business Analysis | Correspondence to L. Duff regarding environmental claims presentation |
| Jamie O'Connell | 10/02/07 | 0.2 | Business Analysis | Correspondence to J. Dolan regarding committee information requests |
| Jamie O'Connell | 10/02/07 | 0.1 | Business Analysis | Correspondence regarding optimization plan conference call |
| Jamie O'Connell | 10/02/07 | 0.2 | Business Analysis | Call with P. Zilly, E. Filon and J. Baer regarding optimization plan |
| Benjamin Istvan | 10/02/07 | 0.1 | Business Analysis | Correspondence with J. O'Connell |
| Benjamin Istvan | 10/03/07 | 0.3 | Business Analysis | Research of interest rates and correspondence to R. Lapidario regarding findings |
| Jamie O'Connell | 10/03/07 | 0.5 | Business Analysis | Updated financial analysis with new options data |
| Benjamin Istvan | 10/03/07 | 0.1 | Business Analysis | Correspondence with J. O'Connell |
| Jamie O'Connell | 10/04/07 | 0.1 | Business Analysis | Call with C. Schuh regarding conference call logistics |
| Jamie O'Connell | 10/04/07 | 0.5 | Business Analysis | Call with C. Schuh and J. Dolan regarding business development initiatives |
| Jamie O'Connell | 10/04/07 | 0.1 | Business Analysis | Review correspondence to R. Lapidario regarding interest rates |
| Jamie O'Connell | 10/04/07 | 2.0 | Business Analysis | Dinner meeting with B. Tarola and B. Istvan |
| Benjamin Istvan | 10/04/07 | 1.5 | Business Analysis | Dinner meeting with B. Tarola and J. O'Connell (did not attend entire meeting) |
| Pamela Zilly | 10/05/07 | 0.2 | Business Analysis | Review correspondence re: interest rate levels |
| Jamie O'Connell | 10/05/07 | 0.7 | Business Analysis | Analysis of interest rates |
| Jamie O'Connell | 10/05/07 | 0.3 | Business Analysis | Correspondence to E. Filon, R. Lapidario and P. Zilly regarding interest rates |
| Benjamin Istvan | 10/09/07 | 0.1 | Business Analysis | Correspondence with J. O'Connell regarding third quarter review meeting |
| Pamela Zilly | 10/15/07 | 0.7 | Business Analysis | Call with G. Poling, G. Young re: various potential transactions |
| Pamela Zilly | 10/15/07 | 0.7 | Business Analysis | Review material re: potential transactions |
| Jamie O'Connell | 10/15/07 | 0.2 | Business Analysis | Call with C. Schuh regarding various matters |
| Jamie O'Connell | 10/15/07 | 0.7 | Business Analysis | Call with G. Poling, G. Young, C. Schuh, P. Zilly and B. Istvan regarding various matters |
| Benjamin Istvan | 10/15/07 | 0.7 | Business Analysis | Call with G. Poling, G. Young, C. Schuh, P. Zilly and J. O'Connell regarding various matters |
| Benjamin Istvan | 10/15/07 | 0.3 | Business Analysis | Correspondence with C. Schuh re: comparable chemical M&A transaction |
| Pamela Zilly | 10/17/07 | 0.2 | Business Analysis | Status meeting with J. O'Connell |
| Pamela Zilly | 10/17/07 | 0.5 | Business Analysis | Option analysis |
| Jamie O'Connell | 10/17/07 | 0.1 | Business Analysis | Review correspondence regarding financial analysis |
| Jamie O'Connell | 10/17/07 | 0.1 | Business Analysis | Call with T. Dyer regarding phantom equity compensation units |
| Jamie O'Connell | 10/17/07 | 1.0 | Business Analysis | Analysis of option value of phantom equity compensation units |
| Jamie O'Connell | 10/17/07 | 0.2 | Business Analysis | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 10/17/07 | 0.3 | Business Analysis | Call with B. Dockman and T. Dyer regarding phantom equity compensation units |
| Jamie O'Connell | 10/17/07 | 0.3 | Business Analysis | Research equity volatility during third quarter |
| Jamie O'Connell | 10/17/07 | 0.1 | Business Analysis | Correspondence to B. Dockman and T. Dyer regarding equity volatility during third quarter |
| Benjamin Istvan | 10/17/07 | 0.8 | Business Analysis | Review correspondence regarding financial analysis |
| Benjamin Istvan | 10/17/07 | 0.1 | Business Analysis | Research equity volatility in connection with options |
| Pamela Zilly | 10/18/07 | 1.2 | Business Analysis | Review financial model and cash flow forecast |
| Pamela Zilly | 10/18/07 | 0.8 | Business Analysis | Review environmental meeting material |
| Jamie O'Connell | 10/18/07 | 0.1 | Business Analysis | Review correspondence from B. Istvan to B. Dockman and T. Dyer |
| Jamie O'Connell | 10/18/07 | 0.5 | Business Analysis | Prepare presentation regarding environmental claims |
| Jamie O'Connell | 10/18/07 | 0.2 | Business Analysis | Call with J. Baer regarding environmental claims presentation |
| Jamie O'Connell | 10/18/07 | 0.1 | Business Analysis | Correspondence to J. Baer regarding environmental claims presentation |
| Benjamin Istvan | 10/18/07 | 0.3 | Business Analysis | Correspondence to B. Dockman and T. Dyer |
| Jamie O'Connell | 10/19/07 | 0.3 | Business Analysis | Correspondence regarding various matters |
| Jamie O'Connell | 10/22/07 | 0.1 | Business Analysis | Correspondence to L. Gardner regarding environmental meeting |
| Pamela Zilly | 10/23/07 | 0.2 | Business Analysis | Read correspondence re: revisions to financial model |
| Jamie O'Connell | 10/23/07 | 0.1 | Business Analysis | Call with J. Baer regarding environmental meeting |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/23/07 | 1.5 | Business Analysis | Meeting with management and K&E to prepare for environmental meetings |
| Pamela Zilly | 10/24/07 | 1.5 | Business Analysis | Review cash flow forecast and environmental agreements |
| Pamela Zilly | 10/24/07 | 1.8 | Business Analysis | Post meeting debriefing with Grace management |
| Pamela Zilly | 10/24/07 | 1.4 | Business Analysis | Review revised financial model |
| Pamela Zilly | 10/24/07 | 0.2 | Business Analysis | Status meeting with J. O'Connell |
| Jamie O'Connell | 10/24/07 | 1.8 | Business Analysis | Meeting with management regarding environmental matters |
| Jamie O'Connell | 10/24/07 | 0.3 | Business Analysis | Call with E. Filon regarding various matters |
| Jamie O'Connell | 10/24/07 | 0.2 | Business Analysis | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 10/25/07 | 0.1 | Business Analysis | Call with J. Box regarding pricing of pre-petition bank debt |
| Jamie O'Connell | 10/25/07 | 0.1 | Business Analysis | Correspondence to R. Lapidario regarding pricing of pre-petition bank debt |
| Jamie O'Connell | 10/25/07 | 0.5 | Business Analysis | Financial analysis review with B. Istvan |
| Benjamin Istvan | 10/25/07 | 0.5 | Business Analysis | Financial analysis review with J. O'Connell |
| Pamela Zilly | 10/26/07 | 1.0 | Business Analysis | Call with E. Filon, D. Nakashige, R. Lapidario, J. O'Connell, B. Istvan re: financial analysis |
| Pamela Zilly | 10/26/07 | 0.4 | Business Analysis | Review cash flow summary |
| Pamela Zilly | 10/26/07 | 0.2 | Business Analysis | Meeting with J. O'Connell, B. Istvan |
| Jamie O'Connell | 10/26/07 | 1.0 | Business Analysis | Call with P. Zilly, B. Istvan, E. Filon, D. Nakashige and R. Lapidario regarding financial analysis |
| Jamie O'Connell | 10/26/07 | 0.2 | Business Analysis | Meeting with P. Zilly and B. Istvan regarding various matters |
| Jamie O'Connell | 10/26/07 | 0.1 | Business Analysis | Review email correspondence regarding conference call |
| Benjamin Istvan | 10/26/07 | 1.0 | Business Analysis | Call with P. Zilly, J. O'Connell, E. Filon, D. Nakashige and R. Lapidario regarding financial analysis |
| Benjamin Istvan | 10/26/07 | 0.2 | Business Analysis | Meeting with P. Zilly and J. O'Connell regarding various matters |
| Benjamin Istvan | 10/26/07 | 0.5 | Business Analysis | Research regarding environmental and legacy liabilities |
| Pamela Zilly | 10/29/07 | 0.3 | Business Analysis | Call with M. Shelnitz, R. Tarola re: financial analysis |
| Pamela Zilly | 10/29/07 | 1.5 | Business Analysis | Call with E. Filon re: financial analysis |
| Pamela Zilly | 10/29/07 | 0.3 | Business Analysis | Call with F. Festa re: financial analysis |
| Pamela Zilly | 10/29/07 | 1.0 | Business Analysis | Review scenario analyses |
| Jamie O'Connell | 10/29/07 | 0.5 | Business Analysis | Calls with L. Gardner and B. Istvan regarding environmental claims |
| Benjamin Istvan | 10/29/07 | 0.5 | Business Analysis | Calls with L. Gardner and J. O'Connell regarding environmental claims |
| Benjamin Istvan | 10/29/07 | 0.2 | Business Analysis | Call with D. Nakashige regarding cash flow analysis |
| Benjamin Istvan | 10/29/07 | 1.6 | Business Analysis | Cash flow analysis |
| Benjamin Istvan | 10/29/07 | 0.5 | Business Analysis | Research regarding environmental and legacy liabilities |
| Pamela Zilly | 10/30/07 | 0.3 | Business Analysis | Meeting with J. O'Connell |
| Pamela Zilly | 10/30/07 | 0.8 | Business Analysis | Review, compare financial analyses; model for Tarola call |
| Pamela Zilly | 10/30/07 | 1.0 | Business Analysis | Call with R. Tarola re: financial analysis |
| Pamela Zilly | 10/30/07 | 0.6 | Business Analysis | Meeting with J. O'Connell, B. Istvan |
| Jamie O'Connell | 10/30/07 | 0.5 | Business Analysis | Review financial analysis prepared by management |
| Jamie O'Connell | 10/30/07 | 0.3 | Business Analysis | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 10/30/07 | 0.5 | Business Analysis | Meeting with B. Istvan to discuss cash flow analysis, environmental claims and other analyses |
| Jamie O'Connell | 10/30/07 | 0.1 | Business Analysis | Call with S. Smith regarding Project Nike |
| Jamie O'Connell | 10/30/07 | 1.0 | Business Analysis | Call with B. Tarola, P. Zilly and B. Istvan regarding financial analysis and other matters |
| Jamie O'Connell | 10/30/07 | 0.6 | Business Analysis | Meeting with P. Zilly and B. Istvan regarding various matters |
| Benjamin Istvan | 10/30/07 | 0.5 | Business Analysis | Meeting with J. O'Connell to discuss cash flow analysis, environmental claims and other analyses |
| Benjamin Istvan | 10/30/07 | 0.4 | Business Analysis | Cash flow analysis |
| Benjamin Istvan | 10/30/07 | 0.2 | Business Analysis | Correspondence with D. Nakashige, E. Filon, P. Zilly, J. O'Connell |
| Benjamin Istvan | 10/30/07 | 1.0 | Business Analysis | Call with B. Tarola, P. Zilly and J. O'Connell regarding financial analysis and other matters |
| Benjamin Istvan | 10/30/07 | 0.6 | Business Analysis | Meeting with P. Zilly and J. O'Connell regarding various matters |
| Benjamin Istvan | 10/30/07 | 0.4 | Business Analysis | Research regarding environmental and legacy liabilities |
| Pamela Zilly | 10/31/07 | 1.5 | Business Analysis | Review cash flow analysis revisions |
| Pamela Zilly | 10/31/07 | 0.5 | Business Analysis | Call with E. Filon, management re: Optimization Plan |
| Jamie O'Connell | 10/31/07 | 0.5 | Business Analysis | Call with P. Zilly and management regarding financial analysis and other matters |
| Jamie O'Connell | 10/31/07 | 0.1 | Business Analysis | Correspondence to B. Tarola regarding various work requests |
| Jamie O'Connell | 10/31/07 | 0.3 | Business Analysis | Status meetings B. Istvan to discuss various analyses |
| Benjamin Istvan | 10/31/07 | 0.3 | Business Analysis | Cash flow analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 10/31/07 | 0.3 | Business Analysis | Status meetings J. O'Connell to discuss various analyses |
| | | 54.1 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/03/07 | 0.8 | Committee | Call with investor |
| Jamie O'Connell | 10/03/07 | 0.1 | Committee | Correspondence to J. Dolan regarding committee information request |
| Jamie O'Connell | 10/05/07 | 0.3 | Committee | Manage committee information request |
| Jamie O'Connell | 10/08/07 | 0.1 | Committee | Correspondence to J. Sinclair regarding committee information request |
| Jamie O'Connell | 10/09/07 | 0.3 | Committee | Call with B. Corcoran regarding committee meeting on environmental matters |
| Jamie O'Connell | 10/09/07 | 0.1 | Committee | Correspondence to B. Istvan regarding third quarter review meeting |
| Pamela Zilly | 10/15/07 | 0.2 | Committee | Call with J. Radecki re: various matters |
| Jamie O'Connell | 10/15/07 | 0.2 | Committee | Call with J. Radecki and P. Zilly regarding various matters |
| Jamie O'Connell | 10/22/07 | 0.1 | Committee | Correspondence to J. Dolan regarding various matters |
| Jamie O'Connell | 10/23/07 | 0.1 | Committee | Call with J. Browstein regarding environmental matters |
| Jamie O'Connell | 10/23/07 | 0.1 | Committee | Follow-up call with J. Browstein regarding environmental matters |
| Jamie O'Connell | 10/23/07 | 0.2 | Committee | Call with J. Sinclair regarding environmental meeting |
| Jamie O'Connell | 10/23/07 | 0.1 | Committee | Call with G. Boyer regarding environmental meeting |
| Pamela Zilly | 10/24/07 | 2.0 | Committee | Meeting with Grace, Remedium management, ACC advisors re: environmental update |
| Pamela Zilly | 10/24/07 | 2.5 | Committee | Meeting with Grace, Remedium management, GUC, Equity advisors re: environmental update |
| Jamie O'Connell | 10/24/07 | 4.5 | Committee | Meetings with management, K&E and various committee advisors regarding environmental matters |
| | | 11.7 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/31/07 | 0.5 | Financing | Review credit rating methodologies |
| Jamie O'Connell | 10/31/07 | 0.1 | Financing | Call with R. Lapidario regarding credit ratings |
| Benjamin Istvan | 10/31/07 | 0.2 | Financing | Review credit rating methodologies |
| Benjamin Istvan | 10/31/07 | 0.6 | Financing | Review credit rating methodologies |
| Benjamin Istvan | 10/31/07 | 3.2 | Financing | Prepare credit rating methodologies memo |
| | | 4.6 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/03/07 | 0.5 | Plan and Disclosure Statement | Read expert rebuttal report |
| Jamie O'Connell | 10/07/07 | 0.5 | Plan and Disclosure Statement | Review expert report in rebuttal matter |
| Pamela Zilly | 10/08/07 | 1.0 | Plan and Disclosure Statement | Read Stallard Rebuttal report, FCR Objection to PD Settlements, Motion re: Preliminary Injunction |
| Pamela Zilly | 10/09/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions |
| Jamie O'Connell | 10/10/07 | 0.5 | Plan and Disclosure Statement | Review expert report of J. Radecki |
| Pamela Zilly | 10/15/07 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein, J. O'Connell re: expert report |
| Pamela Zilly | 10/15/07 | 0.3 | Plan and Disclosure Statement | Research re: Radecki expert report |
| Pamela Zilly | 10/15/07 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: expert report analysis |
| Jamie O'Connell | 10/15/07 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein, P. Zilly and B. Istvan regarding expert reports |
| Jamie O'Connell | 10/15/07 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly regarding expert reports |
| Jamie O'Connell | 10/15/07 | 0.5 | Plan and Disclosure Statement | Review expert reports |
| Benjamin Istvan | 10/15/07 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein, P. Zilly and J. O'Connell regarding expert report |
| Benjamin Istvan | 10/15/07 | 0.5 | Plan and Disclosure Statement | Review expert report of J. Radecki |
| Pamela Zilly | 10/16/07 | 4.0 | Plan and Disclosure Statement | Read Radecki expert report rebuttal report, analysis of same, correspondence with E. Leibenstein |
| Jamie O'Connell | 10/16/07 | 2.5 | Plan and Disclosure Statement | Review and analysis of expert reports |
| Jamie O'Connell | 10/16/07 | 0.1 | Plan and Disclosure Statement | Review correspondence from J. Baer regarding expert reports |
| Benjamin Istvan | 10/16/07 | 0.5 | Plan and Disclosure Statement | Prepared list of questions on expert report |
| Pamela Zilly | 10/17/07 | 2.5 | Plan and Disclosure Statement | Further analysis of Radecki; other rebuttal reports |
| Pamela Zilly | 10/17/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 10/18/07 | 2.0 | Plan and Disclosure Statement | Research re: Radecki expert report |
| Jamie O'Connell | 10/21/07 | 0.5 | Plan and Disclosure Statement | Review various expert reports |
| Jamie O'Connell | 10/21/07 | 0.2 | Plan and Disclosure Statement | Correspondence to B. Harding regarding expert reports |
| Pamela Zilly | 10/22/07 | 0.3 | Plan and Disclosure Statement | Read correspondence re: Radecki deposition |
| Jamie O'Connell | 10/22/07 | 0.2 | Plan and Disclosure Statement | Meeting with E. Leibenstein regarding J. Radecki deposition |
| Jamie O'Connell | 10/22/07 | 3.8 | Plan and Disclosure Statement | Assist counsel during deposition of J. Radecki regarding expert report |
| Jamie O'Connell | 10/22/07 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding J. Radecki deposition |
| Jamie O'Connell | 10/22/07 | 0.1 | Plan and Disclosure Statement | Review correspondence from P. Zilly regarding J. Radecki deposition |
| Benjamin Istvan | 10/22/07 | 3.2 | Plan and Disclosure Statement | Assist counsel during deposition of J. Radecki regarding expert report (did not attend entire deposition) |
| Jamie O'Connell | 10/23/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 10/24/07 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 10/25/07 | 1.1 | Plan and Disclosure Statement | Read Radecki deposition transcript |
| Pamela Zilly | 10/25/07 | 1.3 | Plan and Disclosure Statement | Review ACC/FCR Competing Plan |
| Pamela Zilly | 10/25/07 | 0.4 | Plan and Disclosure Statement | Call with E. Filon re: FCR/ACC Plan |
| Pamela Zilly | 10/25/07 | 0.5 | Plan and Disclosure Statement | Read various motions re: Prejudgment Interest, Discovery Cut-off Date |
| Jamie O'Connell | 10/25/07 | 1.8 | Plan and Disclosure Statement | Analysis of competing POR terms |
| Jamie O'Connell | 10/25/07 | 0.1 | Plan and Disclosure Statement | Correspondence to P. Zilly and B. Istvan |
| Pamela Zilly | 10/26/07 | 0.5 | Plan and Disclosure Statement | Review summary of ACC/FCR Plan |
| Pamela Zilly | 10/26/07 | 1.0 | Plan and Disclosure Statement | Read various motions re: Opposition of ACC to Cut-Off Date, Libby Claimants |
| Pamela Zilly | 10/30/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions |
| Jamie O'Connell | 10/30/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 10/30/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 10/30/07 | 2.5 | Plan and Disclosure Statement | Settlement comparables analysis |
| Benjamin Istvan | 10/31/07 | 2.5 | Plan and Disclosure Statement | Settlement comparables analysis |
| | | **40.9** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/15/07 | 0.3 | Valuation | Research transaction multiple in comparable chemical M&A transaction |
| Benjamin Istvan | 10/15/07 | 0.3 | Valuation | Research transaction multiple in comparable chemical M&A transaction |
| Jamie O'Connell | 10/16/07 | 0.1 | Valuation | Review comparable chemical M&A transaction analysis |
| Benjamin Istvan | 10/30/07 | 2.0 | Valuation | Precedent transaction analysis |
| Pamela Zilly | 10/31/07 | 0.8 | Valuation | Review valuation analysis |
| Jamie O'Connell | 10/31/07 | 0.8 | Valuation | Analysis of precedent transaction multiples |
| Jamie O'Connell | 10/31/07 | 0.2 | Valuation | Correspondence to B. Tarola regarding precedent transaction analysis |
| Benjamin Istvan | 10/31/07 | 0.8 | Valuation | Precedent transaction analysis |
| Benjamin Istvan | 10/31/07 | 0.2 | Valuation | Correspondence to B. Tarola regarding precedent transaction analysis |
| | | 5.5 | | |

# Blackstone Advisory Services L.P.

March 13, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of November 1, 2007 through November 30, 2007:    $         75,000.00

Out-of-pocket expenses processed for the period through November 30, 2007:[1]

|  |  |  |
|---|---|---|
| Document Production | 74.25 | |
| Research | 58.98 | |
| Publishing Services | 108.50 | 241.73 |
| **Total Amount Due** | | $    **75,241.73** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 19316

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 19316**

|  | GL Detail Nov-07 | | Total Expenses | |
|---|---|---|---|---|
| Document Production | $ | 74.25 | $ | 74.25 |
| Internal Research |  | 25.00 |  | 25.00 |
| External Research - Thomson Analytics |  | 33.98 |  | 33.98 |
| Publishing Services |  | 108.50 |  | 108.50 |
| **Total Expenses** | **$** | **241.73** | **$** | **241.73** |

| **Document Production** | $ | 74.25 |
|---|---|---|
| **Research** |  | 58.98 |
| **Publishing Services** |  | 108.50 |
| **Total Expenses** | $ | 241.73 |

W.R. Grace & Co.
Detail of Expenses Processed
Through November 30, 2007
Invoice No. 19316

**Document Production**

| | | | |
|---|---|---|---|
| Istvan | 10/02/07 | 43.20 | |
| Istvan | 11/28/07 | 31.05 | |
| | Subtotal - Document Production | | $ 74.25 |

**Internal Research**

| | | | |
|---|---|---|---|
| Istvan (online data research) | 11/12/07 - 11/18/07 | 25.00 | |
| | Subtotal - Internal Research | | 25.00 |

**External Research - Thomson Analytics**

| | | | |
|---|---|---|---|
| Istvan (online data research) | 11/04/07 - 11/10/07 | 14.56 | |
| Istvan (online data research) | 11/11/07 - 11/17/07 | 19.42 | |
| | Subtotal - External Research - Thomson Analytics | | 33.98 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Istvan | 10/29/07 | 108.50 | |
| | Subtotal - Publishing Services | | 108.50 |

| | | |
|---|---|---|
| **Total Expenses** | $ | **241.73** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 31.2 |
| Jamie O'Connell | Vice President | 20.6 |
| Benjamin Istvan | Analyst | 35.0 |
| | Total | 86.8 |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 1/01/07 | 0.5 | Business Analysis | Review revised cash flows re: Optimization Plan |
| Jamie O'Connell | 1/01/07 | 0.3 | Business Analysis | Call with B. Dockman, K. Blood and B. Istvan regarding pension accounting |
| Jamie O'Connell | 1/01/07 | 0.2 | Business Analysis | Review correspondence from B. Istvan regarding financial analysis |
| Jamie O'Connell | 1/01/07 | 0.2 | Business Analysis | Review correspondence regarding various matters |
| Jamie O'Connell | 1/01/07 | 0.3 | Business Analysis | Call with R. Lapidario and B. Istvan regarding 10-Q analysis |
| Benjamin Istvan | 1/01/07 | 0.3 | Business Analysis | Call with B. Dockman, K. Blood and J. O'Connell regarding pension accounting |
| Benjamin Istvan | 1/01/07 | 0.1 | Business Analysis | Call with R. Lapidario and J. O'Connell regarding 10-Q analysis |
| Benjamin Istvan | 1/01/07 | 0.6 | Business Analysis | Prepare cash flow analysis |
| Pamela Zilly | 1/02/07 | 1.0 | Business Analysis | Call with B. Tarola, E. Filon re: financial analysis |
| Pamela Zilly | 1/02/07 | 0.3 | Business Analysis | Review revised cash flows re: Optimization Plan |
| Jamie O'Connell | 1/02/07 | 1.0 | Business Analysis | Call with B. Tarola, E. Filon, P. Zilly and B. Istvan regarding financial analysis |
| Benjamin Istvan | 1/02/07 | 1.0 | Business Analysis | Call with B. Tarola, E. Filon, P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 1/02/07 | 0.2 | Business Analysis | Correspondence with B. Tarola, M. Shefnitz re: comparable asbestos bankruptcies |
| Pamela Zilly | 1/05/07 | 0.5 | Business Analysis | Review revised cash flows re: Optimization Plan |
| Jamie O'Connell | 1/05/07 | 0.3 | Business Analysis | Review correspondence regarding various matters |
| Jamie O'Connell | 1/05/07 | 0.1 | Business Analysis | Review cash flow analysis |
| Benjamin Istvan | 1/05/07 | 0.2 | Business Analysis | Correspondence with D. Nakashige |
| Pamela Zilly | 1/06/07 | 0.4 | Business Analysis | Call with F. Festa |
| Pamela Zilly | 1/06/07 | 0.3 | Business Analysis | Call with J. O'Connell, B. Istvan re: various matters |
| Pamela Zilly | 1/06/07 | 0.5 | Business Analysis | Review revised comparable settlement analysis |
| Pamela Zilly | 1/06/07 | 0.3 | Business Analysis | Review agenda for 11/19 meeting |
| Jamie O'Connell | 1/06/07 | 0.3 | Business Analysis | Call with P. Zilly and B. Istvan regarding various matters |
| Jamie O'Connell | 1/06/07 | 0.2 | Business Analysis | Call with B. Corcoran regarding various environmental matters |
| Benjamin Istvan | 1/06/07 | 0.3 | Business Analysis | Call with P. Zilly and J. O'Connell regarding various matters |
| Benjamin Istvan | 1/06/07 | 0.2 | Business Analysis | Correspondence with E. Filon, D. Nakashige, R. Lapidario regarding credit rating methodology memo |
| Jamie O'Connell | 1/07/07 | 0.4 | Business Analysis | Call with J. Dolan, D. Nakashige and B. Istvan regarding 2008 cash flow forecast |
| Jamie O'Connell | 1/07/07 | 0.1 | Business Analysis | Review of correspondence regarding segment financial information |
| Benjamin Istvan | 1/07/07 | 0.4 | Business Analysis | Call with J. Dolan, D. Nakashige and J. O'Connell regarding 2008 cash flow forecast |
| Benjamin Istvan | 1/07/07 | 0.1 | Business Analysis | Correspondence with B. Sarikas regarding financial information |
| Benjamin Istvan | 1/07/07 | 2.5 | Business Analysis | Financial analyses |
| Jamie O'Connell | 1/08/07 | 0.1 | Business Analysis | Review correspondence from B. Sarikas regarding financial information |
| Jamie O'Connell | 1/08/07 | 0.3 | Business Analysis | Status meeting with B. Istvan regarding various matters |
| Benjamin Istvan | 1/08/07 | 0.1 | Business Analysis | Correspondence with B. Sarikas regarding financial information |
| Benjamin Istvan | 1/08/07 | 0.3 | Business Analysis | Status meeting with J. O'Connell regarding various matters |
| Jamie O'Connell | 1/09/07 | 0.6 | Business Analysis | Review financial analysis |
| Jamie O'Connell | 1/09/07 | 0.7 | Business Analysis | Meeting with B. Istvan to review financial analysis |
| Jamie O'Connell | 1/09/07 | 0.6 | Business Analysis | Follow-up meeting with B. Istvan to review financial analysis |
| Benjamin Istvan | 1/09/07 | 0.7 | Business Analysis | Meeting with J. O'Connell to review financial analysis |
| Benjamin Istvan | 1/09/07 | 0.6 | Business Analysis | Follow-up meeting with J. O'Connell to review financial analysis |
| Pamela Zilly | 1/12/07 | 0.9 | Business Analysis | Review financial analysis |
| Pamela Zilly | 1/12/07 | 0.5 | Business Analysis | Review valuation analysis |
| Pamela Zilly | 1/12/07 | 0.3 | Business Analysis | Meeting with J. O'Connell |
| Jamie O'Connell | 1/12/07 | 0.5 | Business Analysis | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 1/12/07 | 0.3 | Business Analysis | Review of financial analyses with B. Istvan |
| Benjamin Istvan | 1/12/07 | 0.3 | Business Analysis | Review of financial analyses with J. O'Connell |
| Benjamin Istvan | 1/12/07 | 0.3 | Business Analysis | Updated financial analyses |
| Benjamin Istvan | 1/12/07 | 0.4 | Business Analysis | Q3 claims analyses |
| Jamie O'Connell | 1/14/07 | 0.5 | Business Analysis | Review of financial analyses with B. Istvan |
| Benjamin Istvan | 1/14/07 | 0.5 | Business Analysis | Review of financial analyses with J. O'Connell |
| Pamela Zilly | 1/16/07 | 0.5 | Business Analysis | Call with E. Filon re: various matters |
| Pamela Zilly | 1/16/07 | 0.2 | Business Analysis | Update meeting with B. Istvan |

Page 2 of 9

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 11/16/07 | 0.2 | Business Analysis | Update with P. Zilly |
| Pamela Zilly | 11/26/07 | 0.9 | Business Analysis | Call with E. Filon, J O'Connell, B. Istvan re: various projects |
| Jamie O'Connell | 11/26/07 | 0.9 | Business Analysis | Call with E. Filon, P. Zilly and B. Istvan regarding various work streams |
| Jamie O'Connell | 11/26/07 | 0.1 | Business Analysis | Status meeting with B. Istvan regarding various matters |
| Jamie O'Connell | 11/26/07 | 0.3 | Business Analysis | Call and correspondence with P. Hanlon regarding GPC business development |
| Benjamin Istvan | 11/26/07 | 0.9 | Business Analysis | Call with E. Filon, P. Zilly and J. O'Connell regarding various work streams |
| Benjamin Istvan | 11/26/07 | 0.1 | Business Analysis | Status meeting with J. O'Connell regarding various matters |
| Pamela Zilly | 11/27/07 | 0.2 | Business Analysis | Call with R. Tarola |
| Benjamin Istvan | 11/27/07 | 2.4 | Business Analysis | Cash flow analysis |
| Benjamin Istvan | 11/27/07 | 0.2 | Business Analysis | Correspondence with D. Nakashige |
| Pamela Zilly | 11/28/07 | 0.3 | Business Analysis | Call with F. Festa |
| Benjamin Istvan | 11/30/07 | 0.1 | Business Analysis | Correspondence with B. Sarikas regarding financial information |
| | | 28.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/05/07 | 0.2 | Committee | Correspondence to Capstone regarding business development activities |
| Benjamin Istvan | 11/05/07 | 0.2 | Committee | Correspondence with professionals to unsecured creditor committee |
| Jamie O'Connell | 11/07/07 | 0.1 | Committee | Call with D. Nakashige and B. Istvan regarding committee call |
| Benjamin Istvan | 11/07/07 | 0.1 | Committee | Call with D. Nakashige and J. O'Connell regarding committee call |
| Benjamin Istvan | 11/12/07 | 0.2 | Committee | Correspondence with financial advisors regarding Q3 review call |
| Benjamin Istvan | 11/15/07 | 0.5 | Committee | Manage information request |
| Benjamin Istvan | 11/16/07 | 1.0 | Committee | Q3 financial briefing with Grace and committee advisors |
| Benjamin Istvan | 11/16/07 | 0.2 | Committee | Correspondence with J. Brownstein regarding claims |
| Jamie O'Connell | 11/21/07 | 0.3 | Committee | Manage e-mail correspondence |
| Jamie O'Connell | 11/27/07 | 0.5 | Committee | Manage e-mail correspondence |
| Pamela Zilly | 11/28/07 | 0.6 | Committee | Call with equity holder |
| Jamie O'Connell | 11/29/07 | 0.1 | Committee | Correspondence to G. Boyer regarding information request |
| Jamie O'Connell | 11/29/07 | 0.2 | Committee | Correspondence to B. Istvan regarding information request |
| Jamie O'Connell | 11/29/07 | 0.1 | Committee | Correspondence to B. Sarikas regarding management meeting |
| Jamie O'Connell | 11/29/07 | 0.2 | Committee | Manage Capstone information request |
| Benjamin Istvan | 11/29/07 | 0.3 | Committee | Call with G. Boyer regarding environmental matters |
| | | 4.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 1/04/07 | 1.2 | Financing | Review of memo regarding unfunded benefit obligations and environmental liabilities |
| Benjamin Istvan | 11/05/07 | 0.5 | Financing | Draft credit rating methodologies memo |
| Jamie O'Connell | 11/06/07 | 0.8 | Financing | Review of memo regarding unfunded benefit obligations and environmental liabilities |
| Benjamin Istvan | 11/06/07 | 1.2 | Financing | Draft credit rating methodologies memo |
| Pamela Zilly | 11/12/07 | 1.0 | Financing | Review analysis of treatment of pension, environmental liabilities |
| | | 4.7 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/19/07 | 4.0 | Non-Working Travel Time | Travel to New York |
| | | 4.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/07/07 | 0.4 | Other | Call with third party re: case status |
| Pamela Zilly | 11/27/07 | 0.4 | Other | Call with third party re: case status |
| | | 0.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/07 | 0.1 | Plan and Disclosure Statement | Correspondence to E. Leibenstein regarding estimation reports |
| Jamie O'Connell | 11/01/07 | 3.7 | Plan and Disclosure Statement | Analysis of comparable asbestos bankruptcies |
| Benjamin Istvan | 11/01/07 | 6.7 | Plan and Disclosure Statement | Analysis of comparable asbestos bankruptcies |
| Pamela Zilly | 11/02/07 | 0.3 | Plan and Disclosure Statement | Review comparable settlement analysis |
| Pamela Zilly | 11/05/07 | 0.5 | Plan and Disclosure Statement | Correspondence with M. Shelnitz re: competing plan |
| Pamela Zilly | 11/05/07 | 0.2 | Plan and Disclosure Statement | Read various orders re: Optimization Plan, PD Settlements |
| Jamie O'Connell | 11/05/07 | 0.2 | Plan and Disclosure Statement | Meeting with B. Istvan regarding analysis of comparable asbestos bankruptcies |
| Benjamin Istvan | 11/05/07 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding analysis of comparable asbestos bankruptcies |
| Benjamin Istvan | 11/05/07 | 3.6 | Plan and Disclosure Statement | Settlement comparables analysis |
| Pamela Zilly | 11/06/07 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions |
| Pamela Zilly | 11/06/07 | 0.4 | Plan and Disclosure Statement | Call with D. Bernick |
| Jamie O'Connell | 11/06/07 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 11/06/07 | 0.3 | Plan and Disclosure Statement | Meeting with B. Istvan regarding analysis of comparable asbestos bankruptcies |
| Benjamin Istvan | 11/06/07 | 0.2 | Plan and Disclosure Statement | Review analysis of comparable asbestos bankruptcies |
| Benjamin Istvan | 11/06/07 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 11/06/07 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding analysis of comparable asbestos bankruptcies |
| Pamela Zilly | 11/07/07 | 0.2 | Plan and Disclosure Statement | Call with D. Bernick |
| Pamela Zilly | 11/07/07 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 11/10/07 | 1.5 | Plan and Disclosure Statement | Read ACC/FCR Plan of Reorganization |
| Pamela Zilly | 11/13/07 | 0.8 | Plan and Disclosure Statement | Review comparable asbestos bankruptcies analyses |
| Pamela Zilly | 11/15/07 | 0.3 | Plan and Disclosure Statement | Call with D. Bernick |
| Pamela Zilly | 11/19/07 | 4.0 | Plan and Disclosure Statement | Travel to Columbia, MD; review financial analyses; other materials for meeting |
| Pamela Zilly | 11/19/07 | 4.0 | Plan and Disclosure Statement | Meeting with management, counsel |
| Jamie O'Connell | 11/19/07 | 1.0 | Plan and Disclosure Statement | Call with management and counsel regarding estimation process (did not attend entire call) |
| Benjamin Istvan | 11/19/07 | 2.5 | Plan and Disclosure Statement | Call with management and counsel regarding estimation process |
| Pamela Zilly | 11/20/07 | 1.2 | Plan and Disclosure Statement | Review materials from 11/19/07 meeting |
| Pamela Zilly | 11/26/07 | 0.4 | Plan and Disclosure Statement | Read various motions re: PD, Insurers' Settlements |
| Pamela Zilly | 11/27/07 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings and motions |
| Benjamin Istvan | 11/27/07 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| | | **36.8** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/06/07 | 0.2 | Valuation | Meeting with B. Istvan to discuss valuation analysis |
| Benjamin Istvan | 11/06/07 | 0.2 | Valuation | Meeting with J. O'Connell to discuss valuation analysis |
| Jamie O'Connell | 11/07/07 | 1.4 | Valuation | Valuation analysis of comparable companies |
| Jamie O'Connell | 11/07/07 | 0.2 | Valuation | Review valuation analyses with B. Istvan |
| Benjamin Istvan | 11/07/07 | 0.2 | Valuation | Review valuation analyses with J. O'Connell |
| Benjamin Istvan | 11/07/07 | 2.1 | Valuation | Update valuation analyses |
| Jamie O'Connell | 11/08/07 | 0.8 | Valuation | Valuation analysis of comparable companies |
| Benjamin Istvan | 11/08/07 | 0.2 | Valuation | Update valuation analyses |
| Benjamin Istvan | 11/08/07 | 0.1 | Valuation | Update valuation analyses |
| Pamela Zilly | 11/10/07 | 0.8 | Valuation | Review valuation analysis |
| Pamela Zilly | 11/13/07 | 0.6 | Valuation | Review valuation analysis |
| | | **6.8** | | |

# Blackstone Advisory Services L.P.

March 13, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of December 1, 2007 through December 31, 2007:    $          50,000.00

Out-of-pocket expenses processed for the period through December 31, 2007:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 98.74 | |
| Communications | | 53.07 | |
| Meals | | 118.63 | 270.44 |
| **Total Amount Due** | | | $   **50,270.44** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 20204

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 20204**

|  | GL Detail Dec-07 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 98.74 | $ | 98.74 |
| Communications - Federal Express | | 53.07 | | 53.07 |
| Employee Meals | | 118.63 | | 118.63 |
| **Total Expenses** | **$** | **270.44** | **$** | **270.44** |

| | | |
|---|---|---|
| **Ground Transportation** | **$** | **98.74** |
| **Communications** | | **53.07** |
| **Meals** | | **118.63** |
| **Total Expenses** | **$** | **270.44** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through December 31, 2007**
**Invoice No. 20204**

**Ground Transportation - Car Service - Elite**

| | | | | |
|---|---|---|---|---|
| O'Connell (car home from Blackstone after working late) | 11/01/07 | 98.74 | | |
| | **Subtotal - Ground Transportation - Car Service - Elite** | | $ | 98.74 |

**Communications - Federal Express**

| | | | | |
|---|---|---|---|---|
| Arnold | 11/26/07 | 53.07 | | |
| | **Subtotal - Communications - Federal Express** | | | 53.07 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 10/24/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 10/30/07 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 11/01/07 | 18.63 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 11/12/07 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 10/30/07 | 25.00 | |
| | **Subtotal - Employee Meals** | | 118.63 |
| | **Total Expenses** | $ | 270.44 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 31.9 |
| Jamie O'Connell | Vice President | 15.4 |
| Benjamin Istvan | Analyst | 20.6 |
| | Total | 67.9 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/04/07 | 0.3 | Business Analysis | Call with J. Baer re: various matters |
| Pamela Zilly | 12/04/07 | 0.7 | Business Analysis | Call with M. Conran re: potential transactions |
| Pamela Zilly | 12/04/07 | 1.2 | Business Analysis | Read Rights Agreement |
| Pamela Zilly | 12/05/07 | 0.2 | Business Analysis | Call with J. O'Connell, J. Baer |
| Pamela Zilly | 12/05/07 | 0.4 | Business Analysis | Prepare materials to send to J. Baer |
| Jamie O'Connell | 12/05/07 | 0.2 | Business Analysis | Call with P. Zilly and J. Baer regarding various matters |
| Jamie O'Connell | 12/06/07 | 0.2 | Business Analysis | Review financial analysis with B. Istvan |
| Jamie O'Connell | 12/06/07 | 0.1 | Business Analysis | Review correspondence regarding financial analysis |
| Benjamin Istvan | 12/06/07 | 0.2 | Business Analysis | Review financial analysis with J. O'Connell |
| Pamela Zilly | 12/07/07 | 1.0 | Business Analysis | Call with M. Conran, J. Baer, outside counsel re: various legal matters |
| Pamela Zilly | 12/12/07 | 9.0 | Business Analysis | Attend Operating plan meetings |
| Pamela Zilly | 12/12/07 | 0.8 | Business Analysis | Meeting with C. Shall re: potential transaction |
| Benjamin Istvan | 12/12/07 | 10.0 | Business Analysis | Operating plan meetings in Columbia, MD |
| Jamie O'Connell | 12/17/07 | 0.1 | Business Analysis | Call with J. Solganick regarding claims |
| Jamie O'Connell | 12/17/07 | 0.2 | Business Analysis | Call with P. Hanlon regarding Project Fly |
| Jamie O'Connell | 12/17/07 | 0.5 | Business Analysis | Review Davison AOP materials |
| Pamela Zilly | 12/18/07 | 2.0 | Business Analysis | Read Ceratech materials, call with management re: status and next steps |
| Pamela Zilly | 12/18/07 | 0.3 | Business Analysis | Meeting with J. O'Connell re: Ceratech status |
| Jamie O'Connell | 12/18/07 | 0.3 | Business Analysis | Meeting with B. Istvan to discuss various matters |
| Jamie O'Connell | 12/18/07 | 0.1 | Business Analysis | Call with J. Solganick regarding claims |
| Jamie O'Connell | 12/18/07 | 0.8 | Business Analysis | Review Project Fly materials |
| Jamie O'Connell | 12/18/07 | 0.2 | Business Analysis | Call with P. Hanlon regarding Project Fly |
| Jamie O'Connell | 12/18/07 | 0.2 | Business Analysis | Review various e-mail correspondence |
| Jamie O'Connell | 12/18/07 | 0.3 | Business Analysis | Follow-up call with P. Hanlon regarding Project Fly |
| Jamie O'Connell | 12/18/07 | 0.1 | Business Analysis | Follow-up call with P. Hanlon regarding Project Fly |
| Benjamin Istvan | 12/18/07 | 0.3 | Business Analysis | Meeting with J. O'Connell to discuss various matters |
| Jamie O'Connell | 12/19/07 | 0.1 | Business Analysis | Correspondence to P. Hanlon regarding Project Fly |
| Jamie O'Connell | 12/19/07 | 0.2 | Business Analysis | Call with P. Hanlon regarding Project Fly and Project Air |
| Jamie O'Connell | 12/19/07 | 0.1 | Business Analysis | Call with M. Conran regarding Project Fly |
| Jamie O'Connell | 12/19/07 | 0.2 | Business Analysis | Call with C. Shall regarding various business development initiatives |
| | | **30.3** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 12/03/07 | 0.3 | Committee | Correspondence with B. Sarikas and J. Dolan regarding information request |
| Jamie O'Connell | 12/10/07 | 0.5 | Committee | Call with B. Tarola, B. Sarikas, J. Dolan and B. Istvan regarding 3rd quarter diligence questions |
| Benjamin Istvan | 12/10/07 | 0.5 | Committee | Call with B. Tarola, B. Sarikas, J. Dolan and J. O'Connell regarding 3rd quarter diligence questions |
| Jamie O'Connell | 12/11/07 | 0.5 | Committee | Manage committee information request |
| Benjamin Istvan | 12/11/07 | 0.2 | Committee | Correspondence with committee advisors |
| Jamie O'Connell | 12/17/07 | 0.1 | Committee | Respond to information request from J. Dolan |
| Jamie O'Connell | 12/18/07 | 0.2 | Committee | Manage committee information request |
| Jamie O'Connell | 12/19/07 | 0.1 | Committee | Correspondence to L. Sinanyan regarding secured claim |
| Jamie O'Connell | 12/19/07 | 0.2 | Committee | Review documentation relating to secured claim |
| Jamie O'Connell | 12/19/07 | 0.1 | Committee | Correspondence to J. Solganick regarding secured claim |
| | | **2.7** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/11/07 | 3.0 | Non-Working Travel Time | Travel to Columbia, MD |
| Benjamin Istvan | 12/11/07 | 3.0 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Pamela Zilly | 12/12/07 | 3.0 | Non-Working Travel Time | Travel to NYC |
| Benjamin Istvan | 12/12/07 | 3.0 | Non-Working Travel Time | Travel from Columbia, MD to New York |
| | | 12.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/18/07 | 0.2 | Other | Call with E. Filon and B. Istvan regarding treasury matter |
| Benjamin Istvan | 12/18/07 | 0.2 | Other | Call with E. Filon and J. O'Connell regarding treasury matter |
| Jamie O'Connell | 12/19/07 | 0.2 | Other | Conference call regarding treasury matter |
| Jamie O'Connell | 12/19/07 | 0.2 | Other | Follow-up call regarding treasury matter |
| Jamie O'Connell | 12/19/07 | 0.1 | Other | Correspondence to E. Filon regarding treasury matter |
| Jamie O'Connell | 12/19/07 | 0.3 | Other | Coordinate call with corporate debt personnel and Grace management |
| Jamie O'Connell | 12/19/07 | 0.2 | Other | Call with E. Filon regarding treasury matter |
| Jamie O'Connell | 12/20/07 | 0.2 | Other | Review materials regarding treasury matter |
| Jamie O'Connell | 12/20/07 | 0.7 | Other | Call with B. Tarola, E. Filon, B. Harsh, J. Serrano and B. Istvan regarding treasury matter |
| Benjamin Istvan | 12/20/07 | 0.7 | Other | Call with B. Tarola, E. Filon, B. Harsh, J. Serrano and J. O'Connell regarding treasury matter |
| | | **3.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/11/07 | 0.5 | Plan and Disclosure Statement | Call with Management, counsel re: Court hearings, motions |
| Jamie O'Connell | 12/11/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 12/13/07 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 12/13/07 | 1.1 | Plan and Disclosure Statement | Read Memorandums re: Expert Testimony |
| Pamela Zilly | 12/18/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court motions,hearings |
| Jamie O'Connell | 12/18/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 12/18/07 | 0.5 | Plan and Disclosure Statement | Edit materials regarding financial analysis |
| Jamie O'Connell | 12/18/07 | 0.2 | Plan and Disclosure Statement | Meeting with B. Istvan to discuss materials |
| Benjamin Istvan | 12/18/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 12/18/07 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss financial analysis materials |
| Benjamin Istvan | 12/18/07 | 0.2 | Plan and Disclosure Statement | Draft memo materials |
| Pamela Zilly | 12/19/07 | 1.5 | Plan and Disclosure Statement | Read materials re: financial analysis; markup |
| Pamela Zilly | 12/19/07 | 0.9 | Plan and Disclosure Statement | Review financial analysis |
| Jamie O'Connell | 12/19/07 | 0.9 | Plan and Disclosure Statement | Edit materials regarding financial analysis |
| Jamie O'Connell | 12/19/07 | 0.1 | Plan and Disclosure Statement | Review correspondence from J. Baer regarding motions |
| Pamela Zilly | 12/20/07 | 3.0 | Plan and Disclosure Statement | Revise materials re: financial analysis |
| Pamela Zilly | 12/21/07 | 0.4 | Plan and Disclosure Statement | Call with M. Shelnitz |
| Benjamin Istvan | 12/21/07 | 0.5 | Plan and Disclosure Statement | Revisions to financial analysis |
| | | 12.4 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/20/07 | 1.5 | Tax Issues | Read materials, research historical precedents re: Remedium tax issues |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 12/18/07 | 0.5 | Valuation | Valuation analysis |
| Pamela Zilly | 12/19/07 | 0.2 | Valuation | Status meeting with J. O'Connell |
| Jamie O'Connell | 12/19/07 | 0.9 | Valuation | Prepare valuation analysis of comparable companies |
| Jamie O'Connell | 12/19/07 | 0.2 | Valuation | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 12/19/07 | 0.1 | Valuation | Review correspondence from C. Shult and B. Istvan regarding valuation analysis |
| Jamie O'Connell | 12/19/07 | 0.6 | Valuation | Revisions to valuation analysis and correspondence to C. Schult, B. Dockman and T. Dyer |
| Benjamin Istvan | 12/19/07 | 0.1 | Valuation | Correspondence with J. O'Connell regarding valuation analysis |
| Jamie O'Connell | 12/20/07 | 0.2 | Valuation | Correspondence to C. Schult, B. Dockman, T. Dyer and B. Istvan regarding valuation analysis |
| Benjamin Istvan | 12/20/07 | 0.2 | Valuation | Correspondence to C. Schult, B. Dockman, T. Dyer and J. O'Connell regarding valuation analysis |
| Jamie O'Connell | 12/20/07 | 3.0 | Valuation | Revisions to financial analysis |
|  |  | 6.0 |  |  |