# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JANUARY 1, 2008 THROUGH
# JANUARY 31, 2008

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

March 4, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   74736

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 01/31/08     $29,925.00
        Subtotal for COSTS only: 01/31/08        $236.90
                                             --------------
   CURRENT PERIOD FEES AND COSTS: 01/31/08    $30,161.90
                                             --------------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

March 4, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   74736

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 76.8 | 28,795.00 |
| CASE ADMINISTRATION | 0.4 | 60.00 |
| FEE/EMPLOYMENT APPLICATIONS | 5.8 | 1,070.00 |
| Subtotal for FEES only: 01/31/08 | 83.0 | $29,925.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 69.90 | 69.90 | 27,960.00 | 0.00 | 0.00 |
| 150.00 | CAH | 13.10 | 13.10 | 1,965.00 | 0.00 | 0.00 |
| Totals | | 83.00 | 83.00 | 29,925.00 | 0.00 | 0.00 |

```
WRG-AUS                                                                                    03/04/08  Page 1

                                    LEGALMASTER MIRC For Transactions
                                                 -Fees-

         Sort Fields:
              Grouping code                      (Paginate)
              Client code
              Actual employee code               (Subtotals)
              Transaction date

         Range Fields:
              Client code                        I  WRG  -  WRG
              Invoice Number                     I  74736  -  74736


WRG             Act  Trans                                                       Billable    Billable  Grp
    Code Grouping code description        Emp  Date     Transaction description      Hours     Dollars  Cd

    CASE ADMINISTRATION                   CAH  01/08/08 Update docket to system.       0.20       30.00  Ca
                                                                                  --------  ----------
                                                                                      0.20       30.00

    CASE ADMINISTRATION                   CAH  01/28/08 Update docket to system.       0.20       30.00
                                                                                  --------  ----------
                                                                                      0.40       60.00
                                                                                  --------  ----------
                                                                                      0.40       60.00
```

WRG-AUS                                                LEGALMASTER MIRC For Transactions                                    03/04/08 Page 2
                                                                      -Fees-

| Cl Code Grouping code description | | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 01/04/08 | Print out exhibits to FCR's Daubert Opposition. | 0.40 | 60.00 | Li |
| WRG | LITIGATION | CAH | 01/08/08 | Download and e-mail Motion to File under seal and Certificate of No Objection; e-mail to J. Johnston and PAWB Chambers. | 0.40 | 60.00 | |
| WRG | LITIGATION | CAH | 01/09/08 | Download and file Application to Employ Hanly Firm as estimation counsel; e-mail information to D. Felder. | 0.40 | 60.00 | |
| WRG | LITIGATION | CAH | 01/13/08 | Assist with preparation of filing of Response and Motion to Strike Debtor's Motion to strike. | 4.00 | 600.00 | |
| WRG | LITIGATION | CAH | 01/13/08 | Update docket to system and merge signed documents into filed pleadings. | 0.30 | 45.00 | |
| WRG | LITIGATION | CAH | 01/14/08 | Download and file five Certificates of Service for documents filed yesterday and Orders entered today. | 0.80 | 120.00 | |
| WRG | LITIGATION | CAH | 01/14/08 | Review of and revise Opposition to Motion to Strike Stallards' testimony and file as reviewed. | 0.70 | 105.00 | |
| WRG | LITIGATION | CAH | 01/15/08 | Download and file Certificate of Service to renewed Opposition. | 0.30 | 45.00 | |
| WRG | LITIGATION | CAH | 01/22/08 | E-mail to R. Barancia (2x) re: filing of documents tomorrow. | 0.20 | 30.00 | |
| WRG | LITIGATION | CAH | 01/25/08 | E-mail to D. Felder (2x) re: filing of document today. | 0.20 | 30.00 | |
| | | | | | 7.70 | 1,155.00 | |
| WRG | LITIGATION | JCP | 01/03/08 | Review of Certificate of No Objection re: Personal Injury Committee's Motion to File Daubert Brief Under Seal (.1); review of proposed Order for same (.1); review of Pelett Claim 12/17/07 Hearing Transcript (.1); review of Dr. Anderson's Settlement Notice (.1); review of Stallard's 12/7/07 Declaration Declaration in response to Stallard's 12/7/07 Declaration (.1); e-mail from Debbie Felder with enclosure (.1); review of draft of Personal Injury Committee's/Future Claims Representative's Objections and stipulations re: Debtors' miscellaneous pleadings (.3); e-mail from Debbie Felder with enclosure (.1); review of Exhibits to Future Claims Representative's Opposition to Debtors' and Equity Committee's Motion to Exclude Future Claims Representative's Expert Witnesses (voluminous)(1.5). | 2.10 | 840.00 | |
| WRG | LITIGATION | JCP | 01/04/08 | Review of 1/3/07 Order Authorizing Filing of Personal Injury Committee's Daubert Brief Under Seal (.1); review of Estimation Exhibits (.1); review of list of Exhibits (.5); e-mail from and e-mail to local counsel for Personal Injury Committee (2x) re: signing same (.1); e-mail from and e-mail to Debbie Felder (2x) re: signing same (.2); e-mail | 2.30 | 920.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

03/04/08 Page 3

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 01/07/08 | letter from counsel for Debtor to Judge Fitzgerald forwarding e-brief version of Debtors' 12/21/07 Memo in Support of Daubert Motion to Exclude Claimants' Experts (.1); review of file re: due date of Reply Daubert brief (.1); e-mail to and e-mail from Debbie Felder re: same (2x) (.1); conference with Celeste A. Hartman re: same (.1); review of Notice of Withdrawal of Service re: Personal Injury Committee's and Future Claims Representative's Objections/Stipulations re: Debtors' Exhibits (.1); review of Debtors' Notice re: Order of Witnesses (.1); review of Debtors' Amended Exhibit List (.1); review of Debtors' Objections/Stipulations re: Personal Injury Committee's and Future Claims Representative's Exhibits with three exhibits (.1); review of Exhibits (voluminous) (.1); e-mail from Debbie Felder (2x) with enclosure (.1); review of enclosure (.1); review of Personal Injury Committee's and Future Claims Representative's draft Joint Reply in Support of Their Motions to Exclude (2.2); review of Stallard Affidavit with Exhibits in Support of Joint Reply (1.4); review of Speights & Runyan's Joint Notice of Appeal to Third Circuit (.1); phone conference with local counsel for Personal Injury Committee re: filing Joint Reply (.1); e-mail to local counsel for Personal Injury Committee forwarding Stallard affidavit and exhibits (.1); e-mail from local counsel for Personal Injury Committee re: additional exhibits (.1); e-mail from counsel for Personal Injury Committee re: same (.1); review of Debtors' Motion to Strike Expert Reports Offered by Personal Injury Committee and Future Claims Representative (.1); e-mail from counsel for Personal Injury Committee with enclosure (4x) (.1); review of Exhibits 1-9 and 11-16 (.7); review of and revise revised Joint Reply (1.1); e-mail to local counsel for Personal Injury Committee re: revision to revised Joint Reply (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of Face Sheet, letter to Judge Fitzgerald and Certificates of Service (.1); e-mail from counsel for Personal Injury Committee (2x) re: missing exhibits (.1); e-mail from Ray Mullady approving Face Sheet, etc.; review of Future Claims | 11.20 | 4,480.00 | |

(Earlier entry, above JCP row:)

from local counsel for Personal Injury Committee with enclosure (.1); review of Personal Injury Committee's/Future Claims Representative's Statement re: Witness Order for January 2008 Estimation Hearing (.2); e-mail from and e-mail to local counsel for Personal Injury Committee re: signing same (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of final version of Objections/Stipulations re: Debtors' Estimation Exhibits (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of revised Statement re: Witness Order (.1); review of "as filed" versions of Personal Injury Committee's/Future Claims Representative's objection/stipulation re: Debtors and Witness Statement (.1).

LEGALMASTER MIRC For Transactions
-Fees-

WRG-AUS                                                                                              03/04/08  Page 4

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 01/08/08 | Review of Debtors' Reply Daubert Brief to Exclude Claimants' Estimation Experts and exhibits thereto. | 3.60 | 1,440.00 | WRG |
| LITIGATION | JCP | 01/09/08 | Review of Personal Injury Committee's and Future Claims Representative's "as filed" Joint Reply in Support of Motion to Exclude Debtors' Expert Testimony (.2); review of Future Claims Representative's Application to Employ Hanly Conroy as Property Damage Settlement Counsel (.1); review of Agenda for 1/14/ and 1/16/08 Hearings (.1); e-mail from counsel for Debtors with enclosure (.1); review of Debtors' Exhibits 117, 118, 119 and 120 (voluminous) (1.3); conference with paralegal re: arranging 1/16/08 telephonic appearance (.1); e-mail to and e-mail from Ray Mullady re: 1/14 and 1/16/08 Hearings (.1); letter from counsel for Debtors to Judge Fitzgerald forwarding eBrief of Debtors' Opposition to Motion to Exclude Debtors' Witnesses (.1). | 2.10 | 840.00 | WRG |
| LITIGATION | JCP | 01/10/08 | Review of Landry Affidavit in Support of Debtors' Second Application to Expand Deloitte & Touche's Scope of Services; e-mail from local counsel for Personal Injury Committee with enclosure; review of and revise Personal Injury Committee's and Future Claims Representative's Joint Response to Debtors' Motion to Strike Expert Reports; e-mail to local counsel for Personal Injury Committee re: same. | 0.50 | 200.00 | WRG |
| LITIGATION | JCP | 01/11/08 | Letter from local counsel for Personal Injury Committee to Judge Fitzgerald forwarding eBrief (.1); e-mail to and e-mail from Debbie Felder (2x) re: forwarding Future Claims Representative's eBrief (.1); e-mail from local counsel for Personal Injury Committee with enclosure (3x)(.2); review of revised version of Personal Injury Committee's and Future Claims Representative's Joint Response to Debtors' Motion to Strike Expert Reports (.2); review of and revise further revised version of same (.2); e-mail to and e-mail from local counsel for Personal Injury Committee re: further revisions (2x) (.2); e-mail from Ray Mullady re: same (.1); phone conference with local counsel for Personal Injury Committee re: same (.1); e-mail from Debbie Felder (2x) re: approving final versions (.1); e-mail to local counsel for Personal Injury Committee re: approving filing | 1.80 | 720.00 | WRG |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 01/12/08 | Review of Debtors' Objection to Charleston's Motion for Relief from Stay (.1); review of Debtors' Updated Notice of Debtors' Order of Witnesses and compare to original (.2); review of Debtors' Motion to Strike Stallard Declaration and for Sanctions (.1); review of Amended Agenda for 1/14/08 and 1/16/08 Hearings (.1). | 0.60 | 240.00 | |
| LITIGATION | JCP | 01/13/08 | Phone conference with John Ansbro re: 1/13/08 filing (.1); phone calls to line up paralegal for 1/13/08 filing (.2); phone conference with Celeste A. Hartman (2x) re: filing (.1); e-mail to and e-mail from John Ansbro re: 1/13/08 filing (.2); assist with filings (3.4); e-mail from and e-mail to Debbie Felder (4x) re: filing (.2); e-mail from Emily Somers with enclosure (3x) (.2); review of and revise Motion to Strike Debtors' Motion to Strike Untimely Stallard Declaration, Notice of Motion and proposed Order (.4); review of and revise Motion and proposed Order (.2); e-mail from Motion to Strike, Notice of Motion and proposed Order (.2); e-mail from John Ansbro re: his revisions (2x); e-mail from Celeste A. Hartman to Debbie Felder (2x) (.2); e-mail from Debbie Felder to Celeste A. Hartman (2x) (.2); e-mail from James Cangialosi with enclosure (.1); review of John Ansbro's handwritten revisions and compare to John C. Phillips, Jr.'s (.1); e-mail to and e-mail from John Ansbro re: Opposition to Debtors' Motion to Strike (.1); review of revised Motion to Strike Debtors' Motion to Strike, Notice and Order (.3); review of revised Motion to Shorten Time, Notice and Order (.3); e-mail from John Ansbro with enclosure (.1); review of draft Opposition to Debtors' Motion to Strike (.1); e-mail from Debbie Felder with enclosure (.1); review of as filed Motion to Shorten and Motion to Strike (.1); e-mail from John Ansbro with enclosure; review of final version of Opposition to Debtors' Motion to Strike (.3); review of Exhibits thereto (.2); conference with Celeste A. Hartman (2x) approving filings (.1); e-mail from Celeste A. Hartman to all counsel forwarding Opposition (.1); review of as filed Opposition (.1); e-mail from Celeste A. Hartman to Judge Fitzgerald's chambers forwarding Opposition (.1). | 7.70 | 3,080.00 | |
| LITIGATION | JCP | 01/14/08 | Review of Tyco Healthcare Group's Objection to Proposed Settlement Between Debtors and U.S. re: Superfund Sites (.2); review of Cambridge, Massachusetts' Objection to same (.1); review of Montana's Objection to same (.1); review of Kaneb Pipe Line's Objection to same; phone conference with Judge Fitzgerald and all counsel re: estimation hearing (3.0 hrs. a.m. and 3.4 hrs. p.m. for a total of 6.4 hrs); | 7.60 | 3,040.00 | |

WRG-AUS                                                              03/04/08  Page 6

LEGALMASTER MIRC For Transactions
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 01/15/08 | Review of Order Denying FCR's Motion to Shorten Time re: review of dismissal of Grace's Motion to Strike (.1); review of Grace's refiled Motion to Strike (.1); review of Debtors' Motion to Shorten Time re: refiled Motion to Strike (.1); e-mail from and e-mail to Debbie Felder (2x) re: same (.1); conference with Celeste A. Hartman re: refiling Opposition to Grace's refiled Motion to Strike (.1); letter from Debbie Felder (2x) with enclosure forwarding Future Claims Representative's 12/8/07 Daubert Brief and Future Claims Representative's 12/21/07 Opposition to Debtors' Daubert Brief (.1); review of revised Opposition to Debtors' Motion to Strike (.1); conference with Celeste A. Hartman re: same (.1). | 0.50 | 200.00 | |
| LITIGATION | JCP | 01/16/08 | Review of Order Denying FCR's Motion to Strike Debtors' Motion to Strike Stallard; review of Order Denying Debtors' Motion to Strike as Moot; review of Order Denying Debtors' Motion to Shorten Time re: Re-Filed Motion to Strike Stallard; letter from counsel for Debtors to Judge Fitzgerald forwarding 1/8/08 E-Brief in Support of Daubert Motion; review of miscellaneous pleadings. | 8.20 | 3,280.00 | |
| LITIGATION | JCP | 01/17/08 | Review of Debtors' Notices of Hearing re: Debtors' Revised Request to Expand Scope of Deloitte's Services; review of Appellants' (Speights and Runyan) Joint Statement of Issues on Appeal and Designation of Items to be Included in record; review of miscellaneous pleadings; memorandum to paralegal re: telephonic participation in 1/22 and 23/08 Hearings. | 0.40 | 160.00 | |
| LITIGATION | JCP | 01/18/08 | Review of 1/10/08 Hearing Transcript; review of Agenda for 1/28/08 Hearing; Re-calendar due to change in time. | 0.40 | 160.00 | |
| LITIGATION | JCP | 01/19/08 | Review of Debtors' Motion to Authorize Settlement with City of Cambridge; review of Debtors' Motion Authorizing Remedium Closing Agreement with IRS; review of Debtors' Motion to Authorize Purchase of Ceratech Preferred Stock; review of miscellaneous pleadings. | 0.40 | 160.00 | |
| LITIGATION | JCP | 01/21/08 | Review of Debtors' Updated Notice of Order of Witnesses. | 0.10 | 40.00 | |
| LITIGATION | JCP | 01/22/08 | Review of CSX's First Request for Payment of Administrative Expenses (.1); review of miscellaneous pleadings (.1); phone conference with Judge Fitzgerald and all counsel re: Estimation Hearing (9:00 a.m. - 12:30 p.m. and 1:30 p.m. - 4:15 p.m.) (6.2). | 6.40 | 2,560.00 | |
| LITIGATION | JCP | 01/23/08 | Phone conference with Judge Fitzgerald and all counsel re: Estimation Hearing (9 a.m. - 12:30 p.m. and 1:30 p.m. - | 5.00 | 2,000.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                03/04/08  Page 7
                                                         -Fees-

| Cl Code Grouping code description | Emp | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| LITIGATION | WRG | JCP | 01/24/08 | Review of Charlotte Schauss claim materials (.1); review of Judge Buckwalter's 1/22/08 Memorandum Dismissing without Prejudice Libby Claimants' Appeal of 8/29/07 Stay Order (.1); review of Judge Buckwalter's 1/22/08 Order (.1); review of miscellaneous pleadings (.2); phone conference with Debbie Felder re: filing new Response to Debtors' Motion to strike Stallard Affidavit (.1). 3:00 p.m.) (5.0 hrs). | 0.60 | 240.00 | |
| LITIGATION | WRG | JCP | 01/25/08 | Review of Order Authorizing Further Expansion of Scope of Deloitte & Touche's Services; letter from Debbie Felder to Judge Fitzgerald forwarding ebrief of 1/7/08 filing; e-mail from and e-mail to Debbie Felder re: possible 1/25/08 filing (3x); e-mail from Debbie Felder re: no filing on 1/25/08; conference with Celeste A. Hartman re: same. | 0.50 | 200.00 | |
| LITIGATION | WRG | JCP | 01/28/08 | Review of Certificate of No Objection re: Claim Settlement Notice (.1); preliminary review of 1/22/08 (.5 hr) and 1/23/08 (.5 hr) Hearing Transcripts (voluminous); review of Agenda for 1/28/08 Hearing (.1); court appearance for Omnibus Hearing (2.6); travel to and from Courthouse (.8); review of Debtors' Counter-Designations on Mission Towers Appeal (.1); review of Alleghany Center Associates Memo in Support of Motion for Relief from Order of Dismissal (.2). | 4.90 | 1,960.00 | |
| LITIGATION | WRG | JCP | 01/29/08 | Review of Allegheny Center Associates' Motion for Relief from Order of Dismissal with Exhibits (voluminous) (.2); review of 1/28/08 Continuation Order re: debtors' 18th Omnibus Objection to Claims (.1); review of 1/28/08 Order re: Debtors' Objection to Massachusetts Department of Revenue Claim (.1); review of Notice of Withdrawal of Allegheny Center Associates' Memo in Support of Motion for Relief from Order of Dismissal (.1); e-mail from Debbie Felder re: filing Certificate of No Objection on 1/29/08 (.1). | 0.60 | 240.00 | |
| LITIGATION | WRG | JCP | 01/30/08 | Review of U.S. Trustee's Objection to Future Claims Representatives' Motion to Retain Hanley Conroy as Special Property Damage Counsel (.2); review of Creditors Committee's Joinder in to same (.2); review of Order re: Judge Fitzgerald's Courtroom Deputy (.1); review of miscellaneous pleadings (.1); review of Debtors' 26th Quarterly Report re: Asset Sales (.1); review of Debtors' 26th Quarterly Report re: Settlement (.2); e-mail from Debbie Felder re: noticing Application to Employ Hanley Conrol (.2); e-mail from Rick Wyron re: same (.1). | 1.20 | 480.00 | |
| LITIGATION | WRG | JCP | 01/31/08 | Review of Notice of Amended Personal Injury Estimation Trial Dates; memorandum to file re: same; memorandum to | 0.40 | 160.00 | |

WRG-AUS                                              03/04/08  Page 8

LEGALMASTER MIRC For Transactions
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| | | | paralegal re: same; e-mail from (2x) and e-mail to Rick Wyron re: filing Reply in Support of Motion to Employ Hanly Conrou; e-mail from Debbie Felder re: same. | | | |
| | | | | 69.10 | 27,640.00 | |
| | | | | 76.80 | 28,795.00 | |

WRG-AUS                              LEGALMASTER MIRC For Transactions                              03/04/08  Page 9
                                                  -Fees-

| Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/11/08 | Download and file 30th Monthly Fee Application for Towers Perrin. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/11/08 | Download and file 14th Quarterly Fee Application for David T. Austern. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/11/08 | Download and file 11th Quarterly Fee Application for Towers Perrin. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/11/08 | Download and file 7th Quarterly Fee Application for Orrick Herrington. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/22/08 | Reconcile Fee check to invoices. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/23/08 | Download and file November Fee Applications for Piper Jaffray and Orrick Herrington. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/23/08 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence November Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/28/08 | E-mail to R. Barancia (2x) re: filings related to Fee Applications for 2/29. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/28/08 | Begin Fee Application for Phillips, Goldman & Spence for December. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/29/08 | Compute draft December Fee Application for Phillips, Goldman & Spence. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/29/08 | Download, print and file Certificate of No Objection for Piper Jaffray's October and Towers Perrin's October Fee Application. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/29/08 | Download, print and file Towers Perrin's December Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/29/08 | Scan, file and serve Phillips, Goldman & Spence December Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/30/08 | E-mail on Fee Applications. | 0.20 | 30.00 | |
| | | | | | ----- | ------ | |
| | | | | | 5.00 | 750.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/23/08 | Review of and execute Certificate of No Objection re: PG&S' 42nd Montly Fee App; conference with Celeste A. Hartman re: same; review of and revise PG&S' December prebill. | 0.50 | 200.00 | |

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 01/29/08 | Review of, revise and execute PG&S' 43rd Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 120.00 | fa |
| | | | | 0.80 | 320.00 | |
| | | | | 5.80 | 1,070.00 | |
| | | | | 83.00 | 29,925.00 | |

52 records printed.