# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JANUARY 1, 2008 THROUGH
# JANUARY 31, 2008

Phillips, Goldman & Spence, P.A.

Page   2

March 4, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   74736

Re:  W. R. Grace & Co.
     David T. Austern


COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 01/09/08 | Facsimile | 1.00 |
| 01/11/08 | Check No.: 36283 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 5.00 |
| 01/11/08 | Check No.: 36283 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 20.00 |
| 01/11/08 | Check No.: 36283 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 125.00 |
| 01/11/08 | Check No.: 36283 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 20.00 |
| 01/11/08 | Check No.: 36283 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 01/14/08 | Check No.: 36296 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 01/18/08 | Check No.: 36352 - Parcels, inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 01/24/08 | Photocopies | 35.90 |

Subtotal for COSTS only: 01/31/08    $236.90