IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 17, 2008, AT 1:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, MARCH 13, 2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

## CONTINUED MATTERS

1. Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.  [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 1/28/08] (Docket No. 17904)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

a.  Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: The parties continue to work on the form of a stipulation resolving the Debtors' objection to the claims of NL Industries, Inc. This matter is continued to April 21, 2008, at 1:00 p.m.

2.  Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

Related Documents:

a.  [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 12/17/07] (Docket No. 17641)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.  Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to April 21, 2008, at 1:00 p.m.

**QUARTERLY FEE APPLICATIONS**

3.  Twenty-Sixth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2007 through September 30, 2007.

Related Documents:

a.  Certification of Counsel Regarding Twenty-Sixth Quarter Project Category Summary [Filed: 3/10/08] (Docket No. 18260)

b.  Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Twenty-Sixth Period [Filed: 3/10/08] (Docket No. 18261)

c. [Signed] Order Approving Fee Applications for the Twenty-Sixth Period [Filed: 3/12/08] (Docket No. 18270)

Status: The Court has entered an order approving the twenty-sixth quarterly fee applications, therefore this matter will not go forward.

## UNCONTESTED MATTERS

4. CSX Transportation, Inc.'s First Request for Payment of Administrative Expense [Filed: 1/18/08] (Docket No. 17854)

   Related Documents:

   a. Notice of CSX Transportation, Inc.'s First Request for Payment of Administrative Expense [Filed: 1/18/08] (Docket No. 17855)

   Response Deadline: March 7, 2008, at 4:00 p.m. (*extended until April 4, 2008 for the Debtors*)

   Responses Received: None as of the date of this Notice of Agenda.

   Status: **The parties have agreed to continue this matter until April 21, 2008, at 1:00 p.m.**

5. Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2008 [Filed: 2/11/08] (Docket No. 18023)

   Response Deadline:

   a. [Proposed] Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2008 [Filed: 2/11/08] (Docket No. 18023)

   b. Certification of No Objection Regarding Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2008 [Filed: 3/3/08] (Docket No. 18189)

   c. [Signed] Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2008 [Filed: 3/10/08] (Docket No. 18258)

   Response Deadline: February 29, 2008, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: The Court has entered an order approving the motion, therefore this matter will not go forward.

6. Debtors' Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 2/11/08] (Docket No. 18024)

   Related Documents:

   a. [Proposed] Order Authorizing Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 2/11/08] (Docket No. 18024)

   b. Certification of No Objection Regarding Debtors' Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 3/3/08] (Docket No. 18190)

   c. [Signed] Order Authorizing Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 3/10/08] (Docket No. 18259)

   Response Deadline: February 29, 2008, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: The Court has entered an order approving the motion, therefore this matter will not go forward.

7. Motion of Debtors for Authority to Further Extend and Modify Debtor-In-Possession Financing [Filed: 2/11/08] (Docket No. 18026)

   Related Documents:

   a. [Proposed] Order Authorizing Debtors to Further Extend and Modify Debtor-In-Possession Financing [Filed: 2/11/08] (Docket No. 18026)

   b. Certificate of Counsel Re Order Authorizing Debtors to Further Extend and Modify Debtor-in-Possession Financing [Filed: 3/5/08] (Docket No. 18232)

      (i) [Proposed] Order Authorizing Debtors to Further Extend and Modify Debtor-in-Possession Financing [Filed: 3/5/08] (Docket No. 18232)

   Response Deadline: February 29, 2008, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: This matter will go forward.

**CONTESTED MATTERS**

8. Motion of the Debtors for Entry of an Order Authorizing the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17670)

Related Documents:

a. [Proposed] Order Authorizing the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17670, Exhibit B)

b. United States' Notice of Lodging Settlement Agreement Pending Solicitation of Public Comment [Filed: 12/19/07] (Docket No. 17651)

  (i) Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17651)

c. [Proposed] Revised Order with attached Revised Settlement Agreement [Filed: TBD] (Docket No. TBD)

Response Deadline: January 11, 2008, at 4:00 p.m. *(extended to February 8, 2008 for the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative)*

Responses Received:

a. Objection of the City of Cambridge, Massachusetts to Motion of Debtors for Entry of an order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17804)

b. Limited Objection By Tyco Healthcare Group LP to Proposed Settlement Between Debtors and the United States Regarding Superfund Sites [Filed: 1/11/08] (Docket No. 17805)

c. Response of the State of Montana, Department of Environmental Quality to Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17806)

d. Kaneb Pipe Line Operating Partnership, L.P.'s and Support Terminal Services, Inc.'s Response to Debtors' Motion for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17814)

Status: The parties have requested this matter be continued until April 21, 2008, at 1:00 p.m.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

9. Briefing on Admissibility of W.R. Grace Asbestos Personal Injury Questionnaires

  a. Debtors' Memorandum In Support of the Admissibility of W.R. Grace Asbestos Personal Injury Questionnaires [Filed: 2/4/08] (Docket No. 17967)

    b.    Brief of the Official Committee of Asbestos Personal Injury Claimants in Support of its Objection to the Admissibility of Personal Injury Questionnaires and Proof of Claim Responses [Filed: 2/4/08] (Docket No. 17968)

    c.    Brief of the Future Claimants' Representative in Support of Objection to Admissibility of Personal Injury Questionnaires and Proof-of-Claims Forms [Filed: 2/4/08] (Docket No. 17965)

Status: Argument will go forward on this matter.

10.    Status Conference on PI Estimation Issues

**Status: A status conference will go forward on this matter including issues related to the testimony of Peter Kraus and Steve Snyder.**

## MATTERS RELATING TO ASBESTOS PD CLAIMS

11.    Debtors' Motion to Disallow and Expunge the Allegheny Center Duplicate Claims [Filed: 11/9/07] (Docket No. 17328)

Related Documents:

    a.    [Proposed] Order [Filed: 11/9/07] (Docket No. 17328)

Response Deadline: November 30, 2007, at 4:00 p.m.

Responses Received:

    a.    Memorandum in Opposition to Debtors' Motion to Disallow and Expunge Claim Nos. 11036 and 11037 as Duplicate Claims [Filed: 11/30/07] (Docket No. 17506]

Status: Argument will go forward on this matter

12.    Claimant Allegheny Center Associates' Motion for Relief From Order of Dismissal [Filed: 1/28/08] (Docket No. 17903)

Responses:

    a.    Debtors Response to Claimant Allegheny Center Associates' Motion for Relief From Order of Dismissal [Filed: 2/29/08] (Docket No. 18174)

Status: Argument will go forward on this matter.

13.    Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

Related Documents:

    a.    Memorandum Opinion [Filed: 4/17/07] (Docket No. 15209)

    b.    [Signed] Order [Filed: 4/27/07] (Docket No. 15210)

c.   [Proposed] Order Granting the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

d.   Debtors' Emergency Motion for Time to File Response to Speights' Motion to Supplement Record [Filed: 7/5/07] (Docket No. 16239)

   (i)   [Signed] Order Granting Debtors' Emergency Motion for Time to File Response to Speights' Motion to Supplement Record [Filed: 7/9/07] (Docket No. 16249)

e.   Speights & Runyan's Summary of Record Re: Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc Nos. 15209, 15210) and Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 8/1/07] (Doc No. 16466)

f.   [Signed] Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2002 [Filed: 8/29/07] (Docket No. 16673)

g.   Speights & Runyan's Motion for Extension of Time for Three Claimants to File a Memorandum Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 as Directed by the court at the November 26, 2007 and January 25, 2008 Omnibus Hearings [Filed: 2/25/08] [Docket No. 18120]

   (i)   Debtors' Opposition to Speights & Runyan's Motion for Extension of Time for Three Claimants to File a Memorandum Regarding Motion to Alter or Amend the Court's Order [Filed: 3/7/08] [Docket No. 18249]

Response Deadline: June 8, 2007, at 4:00 p.m. *(extended until July 13, 2007)*

Responses Received:

a.   Debtors' Response to Speights & Runyan's Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 6/8/07] (Docket No. 15998)

b.   Debtors' Response to Speights & Runyan's "Summary of Record" [Filed: 8/8/07] (Docket No. 16509)

c.   Debtors' Supplemental Brief in Response to the Court's September 6, 2007 Amended Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 10/1/07] (Docket No. 16962)

Status: Argument will go forward on this matter.

14. Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

    Related Documents:

    a. [Proposed] Order Granting the Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

    b. Speights & Runyan's Summary of Record Re: Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc Nos. 15209, 15210) and Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc No. 16466)

    c. [Signed] Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2002 [Filed: 8/29/07] (Docket No. 16673)

    Response Deadline: July 6, 2007, at 4:00 p.m.

    Responses Received:

    a. Debtors' Response to Speights & Runyan's Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/13/07] (Docket No. 16287)

    b. Debtors' Response to Speights & Runyan's "Summary of Record" [Filed: 8/8/07] (Docket No. 16509)

    c. Debtors' Supplemental Brief in Response to the Court's September 6, 2007 Amended Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 10/1/07] (Docket No. 16962)

*[Remainder of Page Intentionally Left Blank]*

Status: Argument will go forward on this matter.

Dated: March 14, 2008

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet S. Baer
        200 East Randolph Drive
        Chicago, IL 60601
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

        -and-

        PACHULSKI STANG ZIEHL & JONES LLP

        /s/ Laura Davis Jones
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        Wilmington, DE 19801
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession