IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 17550** |
| | ) | **3/24/08 Agenda Item 5** |

## UPDATED NOTICE OF DEBTORS' ORDER OF WITNESSES

In accordance with the Court's December 5, 2007 Revised and Amended Case Management Order For The Estimation Of Asbestos Personal Injury Liabilities ("Revised CMO") (Dkt. No. 17550), the Debtors hereby submit their list of the witnesses expected to be called during the March portion of the Estimation Hearing, in the order in which the Debtors expect to call them.

| Witness Name | Topic |
|---|---|
| Dr. Peter Lees | Dr. Lees will testify about Grace's asbestos-containing products and the magnitude of claimants' potential exposure to such products. |
| Dr. Suresh Moolgavkar | Dr. Moolgavkar will testify about principles of epidemiology, the epidemiology of asbestos-related disease, and the impact of exposure to Grace products on a person's risk of disease based on the epidemiological literature. |
| Dr. Elizabeth Anderson | Dr. Anderson will testify about risk assessment techniques, claimants' exposure to Grace products, and whether such exposures could have caused disease. |
| Andrew Harron (by deposition designation) | Dr. Harron will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Walter Allen Oaks (by deposition designation) | Dr. Oaks will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Jay Segarra (by deposition designation) | Dr. Segarra will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |

DOCS_DE:136057.1

| Alvin Schonfeld (by deposition designation) | Dr. Schonfeld will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
|---|---|
| David Austern (by deposition designation) | Mr. Austern will testify regarding the practices and criteria of the Manville trust in accepting or denying claims and the lack of a nexus between claim criteria and claim trends and either (1) validity of claims under state law, (2) valid medical criteria, or (3) valid exposure criteria. |
| Patricia Houser (by deposition designation) | Ms. Houser will testify regarding the practices and criteria of the Manville Trust in accepting or denying claims. |
| John Mekus (by deposition designation) | Mr. Mekus will testify regarding the practices and criteria of the Celotex Trust in accepting or denying claims. |
| William Nurre (by deposition designation) | Mr. Nurre will testify regarding the practices and criteria of the Eagle-Picher, UNR and Keene trusts in accepting or denying claims. |
| Dr. B. Thomas Florence | Dr. Florence will testify about the estimate of Grace's current and future asbestos personal injury claims and liabilities. The Debtors intend to call Dr. Florence on March 31, 2008 and not before this date. |

The "Topic" of the testimony identified above is meant to be summary in nature. In addition, each witness may testify as to all topics identified in their expert report (if any), in discovery, and to other appropriate topics about which they are competent and knowledgeable. The Debtors do not intend to play or read deposition designations in open court. When offering witnesses by deposition designation, the Debtors will submit summaries pursuant to Federal Rule of Evidence 1006, with the designated testimony provided to the court in hard copy.

Dated: March 14, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen Therese Ahern
Scott A. McMillin
200 East Randolph Drive
Chicago, Illinois 60601
Telephone (312) 861-2000
Facsimile  (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone (202) 879-5000
Facsimile  (202) 879-5200

*and*

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

3