# EXHIBIT A

County of Los Angeles         )
                              )     Affidavit of Brian D. Huben
State of California           )

AFTER BEING DULY SWORN, THE AFFIANT DEPOSES AS FOLLOWS:

1. My name is Brian D. Huben. I am over the age of eighteen (18) years and am competent to testify to the matters contained in this affidavit of my own personal knowledge.

2. I am an attorney licensed in the State of California and the District of Columbia. I practice with the firm of Katten Muchin Rosenman LLP in Los Angeles.

3. I represented Allegheny Center Associates, Claim No. 9778 in the W. R. Grace & Company bankruptcy proceedings This claim was originally filed by Andrew Raynovich of Allegheny Center Associates. I was retained after the claim had been filed to respond to certain objections filed by the Debtors to Claim No. 9778 including the Fifteenth Omnibus Objection.

4. As counsel, I corresponded in writing and by telephone with an attorney with Kirkland & Ellis (Chris Lane) who represented the Debtors in an effort to resolve the Debtors' Second Omnibus Objection. During these communications, I identified myself to Debtors' counsel as counsel for Allegheny Center Associates for Claim No. 9778.

5. Later, I filed a formal pleading styled "Response of Allegheny Center Associates to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims" in defense of Claim No. 9778. (See, Dk. No. 10523). In this pleading I again identified myself as counsel for Allegheny Center Associates, Claim No. 9778.

6. It was my expectation, based upon the Rules of Procedure, custom and my professional experience that after making a formal appearance through filing a pleading

on behalf of Allegheny Center Associates for Claim No. 9778, I would be served with any further pleadings or motions relating to Claim No. 9778.

7. I was recently contacted by a South Carolina attorney, Bud Fairey, to determine whether or not I had received a Notice of Motion and Memorandum for an Order Pursuant to Rule F.R.B.P. 7056 Disallowing and Expunging Sixteen (16) Time-Barred Asbestos Property Damage Claims on or about February 16, 2007. Until this contact, I was unaware that the Debtors had filed any motions regarding Claim No. 9778, let alone a motion for summary judgment and have no record of receiving such a motion.

8. After speaking with Mr. Fairey, I personally reviewed my file to determine if a copy of this motion had been received by my firm. I found no reference to any motion for summary judgment as described in ¶7 and no copy of any such motion in the file.

9. Based upon my personal recollection, the contents of my file and absence of any reference to the motion described in ¶7 in our file, it is my testimony that neither I nor my firm received this pleading.

FURTHER, THE AFFIANT SAYETH NOT.

_____
Brian D. Huben

2

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th day of March, 2008 by Brian D. Huben, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)    Signature F Osante Jr



F. OSANTE JR.
Commission # 1788849
Notary Public - California
Los Angeles County
My Comm. Expires Jul 26, 2011