**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
AND THE FUTURE CLAIMANTS' REPRESENTATIVE'S  STATEMENT
CONCERNING WITNESS ORDER FOR THE MARCH AND APRIL
<u>PORTIONS OF THE ESTIMATION HEARING</u>**

Pursuant to the Revised and Amended Case Management Order for the Estimation of

Asbestos Personal Injury Liabilities ("CMO"), dated December 5, 2007, the parties are required

to file a list of the witnesses expected to be called during their case in chief during the Estimation

Hearing, in the order in which the parties calling the witnesses expect to call them.  The Official

Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, the Court-

appointed legal representative for future asbestos personal injury claimants (the "FCR") hereby

disclose the witnesses they expect to call in the March and April portions of the Estimation

Hearing, in the order set forth below.   Per agreement with the Debtors, this list also includes

those witnesses who are expected to be called in May.  This list assumes that the Debtors will

complete their case-in-chief on March 26 or March 31.  The ACC/FCR witnesses will be

presented in the following order:

> <u>**March Witneses**</u>
>
> Dr. Arnold Brody
>
> Dr. Laura Welch
>
> Dr. Victor Roggli

**April Witnesses**

Steve Hays

Dr. John Parker

Jay Hughes (by deposition)

Robert Beber (by deposition)

Marshall Shapo

Steve Snyder

Joseph Radecki

Peter Kraus

Jeff Posner (by deposition)

David Siegel (by deposition)

Dr. Mark Peterson

Jacob Jacoby

Jennifer  Biggs

**May Witnesses**

William Longo (Mr. Longo is only available May 5 or May 6)

Daniel Myer

Prof. Eric Stallard (Prof. Stallard is only available May 5 or May 6)

The ACC and FCR also expect to present testimony by deposition or prior trial from

Donald Prouty,  Braxton Colley and representatives of Rust Consulting and BMC.  That

testimony, as well as the deposition testimony of Messrs. Beber, Hughes, Siegel and Posner, will

be designated 14 days in advance of presentation as required by the CMO and will be presented

to the Court during the Estimation Hearing when time is available between live witness testimony.

The order of witnesses will be updated weekly and could change if Grace does not complete its case in chief by March 31.  This list does not include rebuttal witnesses.

Dated: March 14, 2008

| | |
|---|---|
| CAMPBELL & LEVINE, LLC | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| */s/ Mark T. Hurford* | */s/ John C. Phillips* |
| Marla R. Eskin (DE ID No. 2989) | John C. Phillips, Jr. (DE ID No. 110) |
| Mark T. Hurford (DE ID No. 3299) | 1200 North Broom Street |
| 800 N. King Street, Suite 300 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Telephone: (302) 655-4200 |
| Telephone: (302) 426-1900 | |
| | – and – |
| – and – | |
| CAPLIN & DRYSDALE, CHARTERED | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Elihu Inselbuch | Roger Frankel |
| 375 Park Avenue, 35th Floor | Richard Wyron |
| New York, NY 10022-4614 | Raymond G. Mullady, Jr. |
| Telephone: (212) 319-7125 | 1152 15th Street, N.W. |
| | Washington, DC 20005 |
| Peter Van N. Lockwood | Telephone: (202) 339-8400 |
| Nathan D. Finch | |
| Walter B. Slocombe | John Ansbro |
| One Thomas Circle, NW | 666 Fifth Avenue |
| Washington, DC  20005 | New York, NY 10103 |
| Tel: (202) 862–5000 | (212) 506-5000 |
| *Counsel to the Official Committee of Asbestos Personal Injury Claimants* | *Counsel to David T. Austern, Future Claimants' Representative* |