**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 01-1139 (JKF)<br>) Jointly Administered<br>)<br>) **Objection Deadline: March 21, 2008 @ 12:00 p.m.**<br>) **Hearing Date: March 24, 2008 @ 9:00 a.m. in Pittsburgh, Pennsylvania** |

## NOTICE OF MOTION

TO:  All Parties on the Attached List

  PLEASE TAKE NOTICE, that on March 14, 2008, the Official Committee of Asbestos Personal Injury Claimants, filed and served the attached **Motion in Limine of The Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Future Claimants' Representative Relating to Settlement Information Subject to the Debtors' Rule 408 Argument** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

  PLEASE TAKE FURTHER NOTICE that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **March 21, 2008 @ 12:00 p.m.**

  PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel so that it is received on or before **March 21, 2008 @ 12:00 p.m.**

  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

  **IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION**

*[Remainder of page intentionally left blank]*

**WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, 5490 U.S. STEEL TOWER, 600 GRANT STREET, PITTSBURGH, PENNSYLVANIA 15219.**

| | |
|---|---|
| Dated: March 14, 2008 | Respectfully submitted, |
| CAMPBELL & LEVINE, LLC | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| _/s/ Mark T. Hurford_____ | _/s/ John C. Phillips_____ |
| Marla R. Eskin (DE ID No. 2989) | John C. Phillips, Jr. (DE ID No. 110) |
| Mark T. Hurford (DE ID No. 3299) | 1200 North Broom Street |
| 800 N. King Street, Suite 300 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Telephone: (302) 655-4200 |
| Telephone: (302) 426-1900 | |
| – and – | – and – |
| CAPLIN & DRYSDALE, CHARTERED | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Elihu Inselbuch | Roger Frankel |
| 375 Park Avenue, 35th Floor | Richard Wyron |
| New York, NY 10022-4614 | Raymond G. Mullady, Jr. |
| Telephone: (212) 319-7125 | 1152 15th Street, N.W. |
| | Washington, DC 20005 |
| Peter Van N. Lockwood | Telephone: (202) 339-8400 |
| Nathan D. Finch | |
| Walter B. Slocombe | John Ansbro |
| One Thomas Circle, NW | 666 Fifth Avenue |
| Washington, DC  20005 | New York, NY 10103 |
| Tel: (202) 862–5000 | (212) 506-5000 |
| *Counsel to the Official Committee of Asbestos Personal Injury Claimants* | *Counsel to David T. Austern, Future Claimants' Representative* |