**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Re: Docket No.** |

**ORDER GRANTING THE MOTION IN LIMINE OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS RELATING TO SETTLEMENT INFORMATION SUBJECT TO THE DEBTORS' RULE 408 ARGUMENT**

Upon consideration of the Motion in Limine of The Official Committee of Asbestos Personal Injury Claimants Relating to Settlement Information Subject to the Debtors' Rule 408 Argument (the "Motion"), for the entry of an order requiring equivalent treatment of settlement information under Federal Rule of Evidence 408 regardless of which party relies on or introduces such evidence; and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and after a hearing on the Motion; and after due deliberation;

It is hereby ORDERED that the motion is GRANTED; and

It is FURTHER ORDERED that, under Rule 408, evidence of past settlements and settlement criteria are admissible for the purpose of estimating pending and future asbestos personal injury claims.

It is FURTHER ORDERED that, under Rule 703, evidence of past settlements and settlement criteria may serve as the basis for expert testimony in this proceeding. To the extent that Grace's *Daubert* motion [D.I. 17586] asserts that the ACC and FCR cannot

{D0107772.1 }

use Grace's past settlements and settlement criteria to estimate pending and future asbestos personal injury claims or to rebut Grace's contention that the tort system compelled Grace to settle certain claims, such motion is denied.

Dated: _____, 2008

                                                The Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge