**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 14, 2008, I caused a copy of **Motion in Limine of The Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Future Claimants' Representative Relating to Settlement Information Subject to the Debtors' Rule 408 Argument**, to be served upon the individuals on the attached service list, in the manner indicated.

CAMPBELL & LEVINE, LLC


*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street
Suite 300
Wilmington, DE  19801
(302) 426-1900


Dated: March 14, 2008

{D0107779.1 }