# Exhibit E

```
               UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE


OWENS CORNING, et al.,         . Case No.  04-CV-905
                               .
                  Plaintiffs,  .
           v.                  . 601 Market Street
                               . Philadelphia, PA  19106
CREDIT SUISSE FIRST BOSTON,    .
et al.,                        .
                               .
                  Defendants.  . January 13, 2005
. . . . . . . . . . . . . . .  . 9:29 a.m.

                    TRANSCRIPT OF HEARING
              BEFORE HONORABLE JOHN P. FULLAM
           UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

Special Counsel for          Debevoise & Plimpton, LLP
the Debtors:                 By:  ROGER E. PODESTA, ESQ.
                             919 Third Avenue
                             New York, New York  10022-3904

                             Skadden Arps
                             By:  D.J. BAKER, ESQ.
                             Four Times Square
                             New York, New York  10036

                             Skadden Arps
                             By:  MARK S. CHEHI, ESQ.
                                  DAVID R. HURST, ESQ.
                             One Rodney Square
                             P.O. Box 636
                             Wilmington, Delaware  19899

Audio Operator:              Michael Baker

   Proceedings recorded by electronic sound recording, transcript
                 produced by transcription service.
```

**DIANA DOMAN TRANSCRIBING**
P. O. Box 129
Gibbsboro, NJ 08026
Office:  (856) 435-7172
Fax.:  (856) 435-7124
E-Mail:  Dianadoman@comcast.net

1  opponent's arguments in a derogatory fashion. I'm much more
2  interested in what your position is, and I'm much more
3  interested in evidence as to what the proper estimation figures
4  should be than I am in this kind of carping back and forth.
5              MR. INSELBUCH: I'll be guided by that. Thank you,
6  Your Honor. What our evidence will be -- who will we put on?
7  We will show through a series of witnesses what the facts are,
8  what the historical facts are with respect to the asbestos
9  cases against Owens Corning and Fiberboard. The debtor's
10 counsel will put on Clyde Leff, Bruce Tucker, and Steven
11 Snyder, three very experienced defense lawyers who spent many
12 years defending Owens Corning, Fiberboard, or both, developing
13 a strategy to deal with the claims against these companies, and
14 they will be able to testify to Your Honor about the reality of
15 the claims against Owens Corning and Fiberboard, and how they
16 were resolved.
17             We will put on Dr. Laura Welsh, a physician, who will
18 testify about the medical science issues that are raised by the
19 parties in this litigation, and to give Your Honor our point of
20 view about what the medical issues are and how they should be
21 evaluated. We will put on -- and with the futures'
22 representative put on two short witnesses that are accounting
23 and investment banking experts to discuss how, once you
24 estimate the future values of claims against someone, you would
25 discount them back through present value.