US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 208

1    I haven't seen it in 10 years.

2        **Q.  That was certainly your intent, was it**

3    **not, that Grace would drop the whole subject of**

4    **that briefing document.  Correct?**

5        A.  I would agree that was one of the

6    intended terms of the settlement, that we get

7    back on a standard litigant posture in the

8    asbestos litigation and quit going after each

9    other in that way.

10        **Q.  Going after each other.  There was only**

11    **one -- strike that.**

12        **By the end of 1997, Baron & Budd had**

13    **successfully neutralized -- pick any other word**

14    **you want -- stopped all efforts by Grace to**

15    **conduct discovery with respect to the briefing**

16    **document.  Correct?**

17        A.  Grace had stopped.  Grace made whatever

18    decision they were going to make to stop for

19    whatever reason Grace decided to.

20        **Q.  But you had asked for that decision,**

21    **had you not?**

22        A.  Correct, and they agreed to it.

23        **Q.  And you had asked for that decision**

24    **after having taken Grace to trial in part as a**

25    **result of the fact that they had sought that**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 209

1        **discovery to begin with.  Correct?**

2                MR. FINCH:  Object to the form.

3                MS. RAMSEY:  Object to form.

4                MR. ESSERMAN:  I will object to the

5        question as to the internal processes of

6        Baron & Budd on what case to take to trial, what

7        case not to take to trial.

8                That is privileged.  I instruct the

9        witness not to answer that.

10               BY MR. BERNICK:

11          **Q.  Isn't it true, Mr. Kraus, that**

12       **Baron & Budd retaliated against Grace for having**

13       **sought discovery with respect to the briefing**

14       **document?**

15               MR. ESSERMAN:  I will object to that

16       question.

17               MR. BERNICK:  Are you going to instruct

18       him not to answer it?

19               MR. ESSERMAN:  I was objecting to the

20       form of the question.

21               BY MR. BERNICK:

22          **Q.  Isn't it a fact that in 1997,**

23       **Baron & Budd had retaliated against Grace for**

24       **seeking discovery with respect to the briefing**

25       **document?**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 210

1       A.   The way -- I would not -- not exactly.

2   I would not use those terms.

3           The way I would put it is that Grace

4   had raised the stakes, the transaction costs,

5   had changed the dynamic in the overall

6   relationship with Baron & Budd such that it did

7   not make sense for Baron & Budd to recommend to

8   its clients that those cases settle for the sums

9   of money that Grace was willing to pay.

10      **Q.   But your clients had zero -- the value**

11  **of your client's cases didn't turn on whether**

12  **Baron & Budd did something right or wrong, did**

13  **it?**

14      MR. FINCH:  Object to the form.

15      MR. ESSERMAN:  I will object to the

16  question.  Value of how a client's case is

17  valued internally by Baron & Budd or in

18  conversations with a client is clearly

19  attorney-client privilege, should not be

20  testified about, and the witness is instructed

21  not to answer.

22      BY MR. BERNICK:

23      **Q.   Certainly when it came to settlement**

24  **opportunities, you had a responsibility to your**

25  **client to settle cases if Grace offered fair**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 211

1        **value in that settlement.  Correct?**

2            A.   If in my judgment based on the facts of

3        the case a settlement offer was fair, I would

4        recommend to the client that they take it.

5            **Q.  Isn't it true that whether Baron & Budd**

6        **had engaged in some kind of wrongdoing or not**

7        **with respect to the briefing memo was a factor**

8        **that should have played no role in deciding for**

9        **your clients whether to settle the cases --**

10           MR. ESSERMAN:  I will object to the

11       question.

12           Whatever factors Baron & Budd took into

13       consideration or didn't take into consideration

14       is a matter that's between Baron & Budd and

15       their clients and is a matter of privilege.  And

16       I instruct the witness not to answer.

17           MS. RAMSEY:  I will join in that

18       objection on behalf of Mr. Kraus personally.

19           MR. FINCH:  Is this a good time to take

20       a break?

21           MR. BERNICK:  In a couple minutes.  I

22       will get to it soon.

23           BY MR. BERNICK:

24           **Q.   Did you discuss with -- strike that.**

25           **Is it your testimony, Mr. Kraus, that**

US District Court - Delaware                FINAL - March 4, 2008
Chapter 11 - W.R. Grace                        Peter Kraus, Esquire

Page 212

1    **the fact that Grace was conducting this**
2    **discovery regarding the briefing document played**
3    **no role in the decisions that Baron & Budd made**
4    **and that you made with regard to whether to take**
5    **those cases to trial in 1997?**
6            MR. ESSERMAN:  I am going to object and
7    instruct the witness not to answer.
8            What factors Baron & Budd took into
9    consideration in the litigation as to what cases
10   to bring to trial is a matter of privilege,
11   attorney-client and work product.
12           I instruct the witness not to answer
13   that.
14           MS. RAMSEY:  Join.
15           MR. BERNICK:  Would your instruction be
16   the same if I asked him that same question with
17   regard to the other cases that Baron & Budd
18   settled while he was there against Grace?
19           MR. ESSERMAN:  Absolutely.
20           MR. BERNICK:  If we then talk to
21   Waters & Kraus, would your instruction be the
22   same, Ms. Ramsey, with regard to any other
23   question that I asked about the reasons why
24   Waters & Kraus settled asbestos claims against
25   Grace?

US District Court - Delaware               FINAL - March 4, 2008
Chapter 11 - W.R. Grace                     Peter Kraus, Esquire

---

Page 213

1          MS. RAMSEY:  It would be.

2          MR. BERNICK:  And if you have then --

3          THE WITNESS:  Can we take a break?  Can

4     we take a break?

5          MR. BERNICK:  In a second, unless you

6     have to go to the bathroom.

7          THE WITNESS:  I do, but I can wait.

8          MR. BERNICK:  I appreciate that.

9          BY MR. BERNICK:

10         **Q.  When Mr. --**

11         A.   I may not want to follow my counsel's

12    advice here.  That's why I want to take a break.

13         **Q.  You don't need to do a break to take**

14    **that up.  You can take that up in a couple**

15    **minutes when I finish this line of questioning.**

16         **You can certainly decide what it is you**

17    **want to do.**

18         **Do you have any personal stake in what**

19    **the scope of your testimony is today?**

20         A.  No.

21         **Q.  You couldn't care less as long as you**

22    **are asked questions and you give truthful**

23    **answers?**

24         MS. RAMSEY:  Object to form.

25         THE WITNESS:  The scope in terms of

---

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 214

1    what I am allowed to testify to at trial in this

2    matter?

3         BY MR. BERNICK:

4    **Q.  Yes.**

5         A.   I represent asbestos victims who have

6    claims in the W.R. Grace bankruptcy, and I'm

7    also being called as a witness on the history of

8    the litigation conduct and the factors that went

9    into that.

10        So to the extent that would help the

11   Asbestos Creditors Committee prevail, I guess I

12   have a stake there in that it would help them

13   obtain more money for the asbestos victims.

14   **Q.  What you want to do is talk with your**

15   **counsel about whether you should be permitted to**

16   **talk about more in order to foster their**

17   **prospects in the estimation trial?**

18        A.   I would want to talk to my counsel

19   about privileged matters.

20   **Q.  But that is the reason you want to take**

21   **the break, isn't it?**

22        A.   I want to talk to my counsel about

23   privileged matters.

24   **Q.  How much money do you have tied up?**

25   **You have about 400 claims against Grace that**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 215

1    **were filed as of the time of the Chapter 11 and**
2    **still pending in this case?**
3        A.  Sounds about right.
4        **Q.  What do you believe is the value --**
5    **using prebankruptcy tort values, what is the**
6    **value of those claims?**
7        MR. MULLADY:  Objection to form.
8        BY MR. BERNICK:
9        **Q.  In the area of 2- or $300 million?**
10       A.  No.  I wish.
11       **Q.  Was it more like 100 to 200?**
12       A.  To go back to your prior question about
13   the value of all the money I got from W.R. Grace
14   in the five years, I would use that.  We never
15   got to that question.  You went away from it.
16       We checked, and in five years my firm
17   generated legal fees of $3.1 million resolving
18   claims against W.R. Grace.
19       **Q.  Which?  Waters & Kraus?**
20       A.  Yes.  After payment of referral fees of
21   Waters & Kraus's gross fees.
22       **Q.  I want to know about the revenues that**
23   **your firm achieved in the two years that you**
24   **were prosecuting -- actually, year and a half**
25   **that you were prosecuting claims against**

US District Court - Delaware                FINAL - March 4, 2008
Chapter 11 - W.R. Grace                        Peter Kraus, Esquire

Page 216

1    **W.R. Grace.**

2        A.   The revenues that my firm and the

3    Waters law firm got was $3.1 million.

4        **Q.   And after consideration of the settled**

5    **claims, there are claims you had that were also**

6    **settled.  Right?**

7            MR. FINCH:  I think that's what he just

8    answered.

9            MR. BERNICK:  That's the money he

10   received, not the money you are entitled to get

11   at settlement.

12           THE WITNESS:  You are right.  It is the

13   Waters & Kraus share of the attorneys' fee and

14   claims that were settled.

15           BY MR. BERNICK:

16       **Q.   Now let's talk about the same number.**

17   **That is, if your 400 claims are paid out at**

18   **prebankruptcy settlement values, what is roughly**

19   **the client recovery in that process?**

20       A.   I don't know the answer to that.  I'm

21   just giving you the five-year range to sort of

22   give you an idea that the range that we are

23   talking about is not in the hundreds of millions

24   of dollars.

25       **Q.   We are now sitting here in 2008.  Grace**

US District Court - Delaware                    FINAL - March 4, 2008
Chapter 11 - W.R. Grace                          Peter Kraus, Esquire

Page 217

1     has been in bankruptcy for seven years.

2            You also had in the pipeline as of the

3     time of filing roughly two years' worth of

4     claims.  So you have nine years' worth of claims

5     against Grace in the pipeline.

6            How much do you believe the total

7     recovery would be on nine years' worth of claims

8     that your clients would get from Grace?

9            And then we will figure out how to

10    whack it out between you and the clients.  On an

11    aggregate basis, what would all those claims

12    over nine years be worth?

13           MS. RAMSEY:  Objection to form.

14           THE WITNESS:  It would be millions of

15    dollars.

16           BY MR. BERNICK:

17        Q.  It would not be millions of dollars.

18    It would be at least tens of millions of

19    dollars.  Correct?

20        A.  I would say it would be --

21        Q.  For the clients.

22           MR. FINCH:  Talking about meso and lung

23    cancer cases.

24           BY MR. BERNICK:

25        Q.  Meso and lung cancer cases for Waters

US District Court - Delaware          FINAL - March 4, 2008
Chapter 11 - W.R. Grace                    Peter Kraus, Esquire

Page 218

1    **& Kraus over a nine-year period of time, what**
2    **would Grace have to pay out on those claims if**
3    **they were resolved at prebankruptcy values?**
4        A.   Probably somewhere between 10 and
5    $30 million would be my guess.
6        **Q.   And then we also know that of course**
7    **the argument will be that they have increased in**
8    **value over time.  Right?**
9        A.   In the bankruptcy context, based on my
10   practice, they have radically decreased in
11   value.
12       MR. FINCH:  You mean the bankruptcy
13   values.
14       THE WITNESS:  What would happen in a
15   bankruptcy historically is that my claims
16   receive substantially less money than they
17   receive in the tort system.
18       BY MR. BERNICK:
19       **Q.   Fred Baron, when he said all the things**
20   **he did to the press about the briefing memo and**
21   **the fact that he was going to retaliate, did you**
22   **read the press that covered what he was saying?**
23       A.   Some of it.
24       **Q.   You certainly read the Dallas Observer,**
25   **did you not?**

US District Court - Delaware          FINAL - March 4, 2008
Chapter 11 - W.R. Grace               Peter Kraus, Esquire

Page 219

1      A.  I did read the Dallas Observer article.
2          **Q.  Did you see anything that was reported**
3      **in the Dallas Observer that was factually**
4      **incorrect?**
5          A.  You know, it has been -- the answer is
6      yes.
7              I do recall that there were some
8      details of that very lengthy article that were
9      wrong.  But I haven't read it for many, many
10     years and couldn't tell you what details were
11     wrong.
12         **Q.  Was there a quote from Fred Baron that**
13     **was wrong?**
14         MR. FINCH:  Objection; lack of
15     foundation.
16         THE WITNESS:  I couldn't tell you.  I
17     don't recall.  If you want me to review the
18     article, I will be happy to tell you whether I
19     think any of it is wrong.
20         MR. BERNICK:  Want to take your break?
21         (Recess.)
22         MS. RAMSEY:  Mr. Bernick, during the
23     break, Mr. Kraus and I conferred over the
24     privilege, and with respect to the question that
25     you raised with him concerning settlement of

US District Court - Delaware                  FINAL - March 4, 2008
Chapter 11 - W.R. Grace                       Peter Kraus, Esquire

Page 220

1       cases, I am amending my objection to relate only

2       to the processes and practices of

3       Waters & Kraus.

4               To the extent that Mr. Kraus is being

5       asked in general terms how he approaches

6       settlement and the criteria that he considers,

7       he will answer those questions.

8               MR. BERNICK:  But you are standing by

9       your instruction that he not answer any

10      questions that are specific to Waters & Kraus?

11              MS. RAMSEY:  That's correct.  I'm

12      standing by my instruction throughout that the

13      practices and policies of Waters & Kraus as a

14      law firm are privileged.

15              MR. BERNICK:  To the extent that he

16      personally participates in that process

17      personally with respect to specific clients or

18      with respect to general procedure, are you

19      instructing him that way as well?

20              MS. RAMSEY:  I don't think I can answer

21      that question in general terms.  I think that is

22      a question-by-question analysis I have to go

23      through.

24              MR. BERNICK:  Give me a break.

25              If I asked him right now, Mr. Kraus, I

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 221

1    want you to set aside what everybody else at
2    Waters & Kraus does and I want to know what you
3    at Waters & Kraus do with respect to settling
4    Grace cases, will you allow him to answer that
5    question?
6         MS. RAMSEY:  In general terms without
7    reference to any particular client.
8         MR. BERNICK:  The only thing that it is
9    based upon as it relates to from my client's
10    point of view are the particular clients.
11         How does he distinguish the Peter Kraus
12    that goes through the process to answer my
13    question from the Peter Kraus that went through
14    the process with respect to particular claimants
15    who filed suits against my client?  I don't
16    understand your instruction.
17         MS. RAMSEY:  Why don't you ask him the
18    question.
19         MR. BERNICK:  Okay.
20         BY MR. BERNICK:
21         **Q.  I want to know in the case of cases**
22    **that you resolved against Grace from 1999 and**
23    **2001 exactly what your thought process was in**
24    **resolving each and every one of those individual**
25    **cases.**

US District Court - Delaware          FINAL - March 4, 2008
Chapter 11 - W.R. Grace              Peter Kraus, Esquire

Page 222

1          MS. RAMSEY:  Objection on the basis of

2     attorney-client privilege.

3          MR. ESSERMAN:  To the extent he was at

4     Baron & Budd during that point in time, that's

5     attorney-client privilege.

6          MR. BERNICK:  Sandy has been definitely

7     awake, although I have to tell you that we have

8     been told by this reliable person that he

9     started at Waters & Kraus on January 1, 1999.

10          MR. FINCH:  But he was at Baron & Budd

11     from midnight until 6:00 a.m.

12          MR. BERNICK:  I'm sure he wasn't

13     working.

14          BY MR. BERNICK:

15     **Q.   It is true, is it not, that your**

16     **experience at Waters & Kraus -- strike that.**

17          **Your experience at Baron & Budd took a**

18     **turn for the worse in the mid-1990s; that is,**

19     **you decided that you wanted to find something**

20     **else to do because the practice at Baron & Budd**

21     **had changed.  Correct?**

22          MS. RAMSEY:  Objection to form.

23          THE WITNESS:  No.  What I intended to

24     say and that the reporter did not correctly

25     record was that the nonmalignant practice had

US District Court - Delaware                FINAL - March 4, 2008
Chapter 11 - W.R. Grace                     Peter Kraus, Esquire

Page 223

1    changed over time and that the disease was much
2    less serious and significant and that in my
3    later years at Baron & Budd I had focused my
4    personal efforts on the malignancy cases.
5         And the reporter butchered the quote
6    and said that I wanted to change.  That quote
7    that you are reading from from the article is
8    not correct.  That's not what I said or
9    intended.
10        BY MR. BERNICK:
11        **Q.   Were there cases at Baron & Budd while**
12   **you were there where the claimants had mild,**
13   **nonspecific changes in their lungs that could be**
14   **caused by any number of things?**
15        A.   Yes.
16        **Q.   And is it true that in your view, their**
17   **exposure history to asbestos was questionable?**
18        MR. ESSERMAN:  I will object as to
19   Peter Kraus's evaluation of any case while he
20   was at Baron & Budd and his internal thought
21   processes on that.
22        That's attorney-client work product,
23   and I instruct the witness not to answer.
24        BY MR. BERNICK:
25        **Q.   Did you, Mr. Kraus, make the statement**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 224

1    **publicly while you were at Baron & Budd before**
2    **you left that there were people being**
3    **represented by Baron & Budd who had mild,**
4    **nonspecific changes in their lungs that could be**
5    **caused by any number of things?**
6         A.   That's true for any mild nonmalignant
7    asbestos case, including many of those that were
8    represented by Baron & Budd in my later years
9    there.
10        **Q.   Is it true that you told the press at**
11   **that time, that is, after you left Baron & Budd,**
12   **that the exposure history of those people to**
13   **asbestos was questionable?**
14        A.   I think I told the Dallas Observer
15   reporter that some of the clients with that
16   level of disease had what I termed questionable
17   exposure histories.
18        **Q.   And when you made --**
19        A.   What I will say as a general statement,
20   Mr. Bernick, is --
21        **Q.   You have to be very careful if you make**
22   **a general statement, because your counsel,**
23   **counsel for Baron & Budd, was very exacting that**
24   **I stick to what was said publicly.**
25             **So I have done that.  If you now want**

US District Court - Delaware                FINAL - March 4, 2008
Chapter 11 - W.R. Grace                      Peter Kraus, Esquire

Page 225

1      to go beyond what was --
2          A.   That's fine.
3          Q.   The question is when you made those
4      statements to the press, that is, the exposure
5      history of some of those claimants was
6      questionable, were you speaking accurately?
7          A.   I did make that statement, yes.
8          Q.   Were you speaking accurately when you
9      made that statement -- could you put it on mute,
10     please.
11         MR. ESSERMAN:  It is not me.
12         MR. RICH:  I can hear a pin drop in
13     here.
14         MR. GREENBERG:  This is Bob Greenberg.
15         MR. ESSERMAN:  Bob is the counsel for
16     Baron & Budd, outside special counsel for
17     Baron & Budd.
18         And, Bob, the deposition has been going
19     on for several hours, and there has been various
20     issues that has been raised.  I think we are in
21     about the last half hour of the deposition.
22         MR. GREENBERG:  My recommendation --
23     and I apologize to everyone.  I was in an
24     airplane and knew nothing about this.
25         If you could take a 10-minute recess

US District Court - Delaware          FINAL - March 4, 2008
Chapter 11 - W.R. Grace                Peter Kraus, Esquire

Page 226

1      and let me visit with the witness, then I think
2      the rest of your deposition will go fairly
3      smoothly.
4              MR. BERNICK:  Why don't you visit with
5      Sandy Esserman by e-mail and then Sandy can
6      relay whatever it is that you have to say.
7              But right now we have already taken
8      multiple breaks to deal with issues relating to
9      Baron & Budd.
10             We got two different lawyers purporting
11     to represent Baron & Budd on the telephone.  And
12     it is wasting my time and interrupting the
13     deposition.
14             So I'm not prepared to have another
15     recess for 10 minutes.  And I would like you to
16     hang up your telephone.  Otherwise, we will
17     disconnect everybody, because I can't hear a
18     thing.
19             MR. ESSERMAN:  Can you put it on mute
20     while you are not talking?
21             MR. GREENBERG:  I don't have that
22     facility with this phone.  I am in an airport
23     and can't stop the public address system from
24     doing whatever it is they do.
25             MR. BERNICK:  Bob, I'm sorry.  We are

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 227

1  going to proceed with the deposition.  You will
2  have to talk with Sandy.
3      Otherwise, if you don't hang up, we
4  will hang up everybody.
5      MR. GREENBERG:  I'm trying to be
6  helpful to not only my client but helpful to
7  facilitate what you all are trying to do.
8      I can't believe that five or 10 minutes
9  would affect your ability to do what you want to
10  do, and I can do what I need to do in five or 10
11  minutes.
12      So I would respectfully encourage you
13  to allow me that time, and then Mr. Esserman
14  might stay on the phone and I won't be on the
15  phone anymore.
16      MR. BERNICK:  We will take a break for
17  10 minutes and give you that opportunity.
18      THE WITNESS:  Mr. Greenberg, you want
19  me to call you?
20      MR. GREENBERG:  Yes, please.
21      I appreciate that.  Thank you very
22  much, sir.
23      (Recess.)
24      MR. BERNICK:  Is there some change?
25      MR. ESSERMAN:  One of his colleagues

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 228

1    may join the deposition as an observer, but Bob
2    is not going to be on the phone.
3         BY MR. BERNICK:
4         **Q.  Let's try to get through the rest of**
5    **this, Mr. Kraus.**
6         **I think where we left off, we were**
7    **talking a little bit about your post**
8    **Baron & Budd reflections on your years at**
9    **Baron & Budd.  Do you recall that?**
10        A.   You were asking me some questions about
11   quotes attributed to me in an article in the
12   Dallas Observer in 2001 or 2002, I think,
13   somewhere in that range.  I don't know the date.
14        **Q.   The Observer further quoted you as**
15   **saying, "As the '90s went on, you got and more**
16   **and more people with marginal exposure to the**
17   **stuff.  You went from insulators and pipefitters**
18   **to having the maintenance guys in the paper**
19   **mill.  Yes, there was asbestos in the mill, but**
20   **they didn't work with it, and the medical**
21   **evidence you get reflects that."**
22        **Is that an accurate quote?**
23        A.   He didn't get me exactly right word for
24   word.
25        But the sentiment I think was generally

US District Court - Delaware                    FINAL - March 4, 2008
Chapter 11 - W.R. Grace                              Peter Kraus, Esquire

Page 229

1    what I expressed, is that the exposures as the
2    '90s went on in the cases I saw, the
3    nonmalignant cases I saw generally was of lesser
4    intensity.
5         **Q.   Incidentally, are you aware of any**
6    **change that took place in Baron & Budd's client**
7    **review and acceptance process after you left?**
8         A.   No.
9         MR. ESSERMAN:  I jumped in too fast.
10   Did you qualify that by saying after he left?
11        THE WITNESS:  He did, and I said "no,"
12   Sandy.
13        MR. ESSERMAN:  Thank you.
14        BY MR. BERNICK:
15        **Q.   You then go on to say, "I was pushing**
16   **for more of a focus on the cancer cases.  When I**
17   **left, I started a malignancy-based practice.**
18   **And they went the other way.  They bought Silber**
19   **Pearlman.  Once they did that, their economic**
20   **incentives were set," essentially that they**
21   **couldn't change without firing a bunch of people**
22   **and that's hard to do.**
23        **Was that again an accurate quote?**
24        A.   Could you read it to me rather than
25   paraphrase?

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 230

1      **Q.  He goes on to quote you as saying, "I**
2      **was pushing for more of a focus on the cancer**
3      **cases.  When I left, I started a**
4      **malignancy-based practice.  And they went the**
5      **other way.  They bought Silber Pearlman.  Once**
6      **they did that, their economic incentives were**
7      **set.  They couldn't change now if they wanted**
8      **to.  They would have had to let go of hundreds**
9      **of employees and scores of lawyers and radically**
10     **restructure.  Nobody wants to bite that bullet."**
11         **Was that again an accurate quote?**
12         A.  I can't say that it is accurate word
13     for word.  But I certainly expressed sentiments
14     along those lines.  They did bite that bullet.
15         **Q.  Eventually they did, right?**
16         A.  Yes.
17         **Q.  So in light of the instructions that**
18     **have been given, I think I can move over.**
19         **With respect to a lung cancer case, how**
20     **much exposure to asbestos must there be before**
21     **asbestos exposure creates a risk of cancer in**
22     **smokers?**
23         A.  In recent articles --
24         **Q.  Again, I want to focus back on the --**
25     **go ahead.**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 231

1      A.   In recent articles, the threshold for

2 total asbestos exposure in attributing a lung

3 cancer in part to asbestos has dropped to

4 showing an association with asbestos exposure

5 cumulatively down to between 1 and 2 fiber years

6 of total exposure.

7      **Q.   So before you can say that an exposure**

8 **is contributory with respect to lung cancer and**

9 **a smoker, there has to be some quantity of**

10 **exposures, not just any exposure.  There must be**

11 **a certain magnitude of exposure.  Right?**

12      MS. RAMSEY:  Objection to form.

13      THE WITNESS:  Are you asking for my

14 personal opinion or my view of the medical

15 literature?

16      BY MR. BERNICK:

17      **Q.   Whatever you used back in '99 and 2001.**

18      A.   If the client related a substantial

19 occupational history to exposure which we felt

20 might justify a physician linking their disease

21 to the exposure, we would usually accept that

22 case and then send it off for medical review.

23      **Q.   So what was a substantial occupational**

24 **exposure history?  Again, we are talking about**

25 **lung cancer cases for people who are smokers.**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 232

1    **Right?**

2        A.   It would vary.  It would depend on the

3    duration and intensity of the exposure.

4            In other words, if it was a very

5    intense exposure, it could be relatively short.

6    If it was a light intermittent exposure, it

7    would take more time.

8        **Q.   Did you in the course of any of the**

9    **work that you did on cases against Grace ever**

10   **actually quantify exposure to Grace asbestos?**

11           MS. RAMSEY:  Objection to form.

12           THE WITNESS:  Quantify how?

13           BY MR. BERNICK:

14       **Q.   Determine how many fiber years'**

15   **exposure they had to Grace product.**

16       A.   I don't believe that is possible in any

17   given case.

18       **Q.   I didn't ask you that.  I asked you**

19   **whether you did it.**

20       A.   No.

21       **Q.   Did you in any case against Grace ever**

22   **quantify in fiber years' exposure to a Grace**

23   **product?**

24           MS. RAMSEY:  Objection to form.

25           THE WITNESS:  Not that I can recall,

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 233

1        no.  It is impossible.
2            BY MR. BERNICK:
3        **Q.   In dealing with the exposure history or**
4    **determining the exposure history for clients**
5    **that you represented against Grace, I take it**
6    **that there were various sources of evidence that**
7    **were available to you, one being what the**
8    **claimant himself said.  Correct?**
9        A.   Correct.
10            MS. RAMSEY:  Objection to form.
11            BY MR. BERNICK:
12        **Q.   Another would be what people who worked**
13    **with the claimant said.  Correct?**
14        A.   Correct.
15        **Q.   Another being information about**
16    **shipments of Grace product to the job site where**
17    **the claimant worked.  Correct?**
18        A.   In rare instances, there was evidence
19    of that.
20        **Q.   And then were there any other sources**
21    **of evidence that the claimants against Grace**
22    **were exposed to Grace product other than those**
23    **three types of evidence, that is, their own**
24    **recollection, the testimony of co-workers and**
25    **purchasing and shipment records?**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 234

1      A.   Yes.  There would sometimes other Grace

2      documents would evidence exposure at a given

3      site.

4           Grace often bragged in their brochures

5      about buildings and plants where their products

6      were used.

7      **Q.   Any other sources of evidence?**

8      A.   I guess -- no.  I think you could do

9      constituent analysis of asbestos products,

10     samples of asbestos products in place.

11          But I don't recall us ever linking up

12     product ID in any of our cases, doing that.

13     **Q.   Now, discovery was conducted against**

14     **Grace on an ongoing basis when it was in the**

15     **tort system regarding documents and, for that**

16     **matter, depositions of Grace people in order to**

17     **identify sites that had received Grace asbestos.**

18     **Right?**

19     A.   I don't agree with that.  Almost no

20     discovery was done of Grace on that topic.

21          A fair amount of discovery was done

22     against Grace with respect to their knowledge of

23     the hazards of asbestos.

24          But we were only just getting into

25     site-based discovery of Grace and the individual

US District Court - Delaware           FINAL - March 4, 2008
Chapter 11 - W.R. Grace                      Peter Kraus, Esquire

Page 235

1    cases at the time of the Baron & Budd settlement

2    and then after I left and started my own firm in

3    my individual cases when Grace filed for

4    bankruptcy.

5         Almost no discovery -- Grace produced

6    very, very little individual site-specific

7    discovery of their products at locations.

8         **Q.  I see.**

9         A.   I need to amend my prior answer too.

10        There is one other source of

11   information about Grace exposure at given sites.

12   Grace often sold to contractors, and sometimes

13   the records of third parties would reflect the

14   presence or absence of Grace products at a given

15   site.

16        **Q.  So did you actually look to see -- did**

17   **you or your firm ever go to the repository of**

18   **Grace documents that was kept in Cambridge?**

19        A.   I did not personally go there.  My

20   recollection is Baron & Budd went there and did

21   a document production at some point in time.

22   But I didn't participate in it.

23        It was, again, general in nature rather

24   than specific to the exposure facts in a given

25   case.

Page 236

1      **Q.  But that repository was open to any**
2   **litigant who wanted to look through it in order**
3   **to find evidence of site-specific Grace product.**
4   **Correct?**
5      A.  Yes and no.  It was open, but the
6   documents were extraordinarily voluminous, and
7   Grace did not provide easy access in a way that
8   it was practical for individual plaintiffs to
9   conduct discovery on their specific sites out of
10  the repository.
11     **Q.  When you represented people who were**
12  **suing Grace at Waters & Kraus, didn't you go to**
13  **the repository to identify documents that would**
14  **help you establish whether Grace product was at**
15  **the site where they worked?**
16     A.  We were in the process of attempting to
17  negotiate the parameters of that type of
18  document discovery from Grace.
19         We also were attempting to compel Grace
20  to produce depositions and witness statements
21  from other litigants in other litigation
22  identifying Grace products at our client's site
23  with limited success.
24     **Q.  But the document repository, you were**
25  **at Waters & Kraus before Grace filed for Chapter**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 237

1    **11 for 2-1/2 years, right?**

2        A.   Probably two years and two months, I

3    think.

4        **Q.   During any of that time, did you ever**

5    **actually ask somebody from your firm to go up to**

6    **the repository to see what could be obtained**

7    **that would be of value to the Grace cases that**

8    **you were prosecuting?**

9        A.   I don't recall if we went up there or

10   someone from Waters & Kraus went up there during

11   that two years.

12          I do recall we attempted to compel

13   discovery from Grace in specific cases.

14       **Q.   I see.  So the idea was that you would**

15   **have preferred -- not blaming you -- to have**

16   **Grace produce specifically to you those portions**

17   **of their historical records that would be**

18   **relevant to given sites?**

19       A.   It was my position that Grace's

20   document repository in Cambridge wasn't the

21   production of its historic responsive records in

22   the ordinary course of business and, therefore,

23   Grace was compelled to produce the documents by

24   category.

25          And therefore, yes, we were involved in

US District Court - Delaware                    FINAL - March 4, 2008
Chapter 11 - W.R. Grace                          Peter Kraus, Esquire

Page 238

1    that litigation.
2        **Q.   But there is nothing during the period**
3    **of time that you were pursuing claims against**
4    **Grace, either at Baron & Budd or at Waters**
5    **& Kraus, that prevented your firm from going up**
6    **to the repository and reviewing the documents**
7    **that were there, correct?**
8        A.   Just the sheer volume and lack of
9    organization in any meaningful way.
10       **Q.   Do you know whether or not there are**
11   **indices at the repository?**
12       A.   There were some indices, as I recall.
13       **Q.   Did you ever look at the indices or ask**
14   **other people at your firm to look at them?**
15       A.   I do recall looking at the available
16   indices during some discovery litigation against
17   Grace while at Baron & Budd.
18       **Q.   You looked at them personally?**
19       A.   Some of them, I think I did.  I think
20   that's correct.
21       **Q.   Did you ask to look at all of them?**
22       A.   I'm certain that I asked to look at all
23   of them that Baron & Budd had been able to
24   obtain at that time.
25       **Q.   Did you make any follow-up efforts to**

US District Court - Delaware          FINAL - March 4, 2008
Chapter 11 - W.R. Grace                    Peter Kraus, Esquire

Page 239

1      **see if there were more?**

2          A.   I think we were engaged in discovery to

3      obtain additional indices at the time of the

4      Baron & Budd group settlement with Grace in late

5      1997.

6              I don't think there were any further

7      discovery efforts in the remaining time I was at

8      Baron & Budd.

9          **Q.   You are familiar that that repository**

10     **has remained open during the pendency of the**

11     **bankruptcy case?**

12         MR. FINCH:  Object to form.

13         THE WITNESS:  I wasn't aware of that.

14         BY MR. BERNICK:

15         **Q.   Did you ever make any requests to get**

16     **access to Grace's repository during the pendency**

17     **of this bankruptcy case?**

18         A.   No.  There would be no need.

19         **Q.   But you never made the request.**

20     **Correct?**

21         A.   That would be correct.  There would be

22     no need.

23         **Q.   To see whether there was or not.**

24             **Are you aware of anyone else from**

25     **Waters & Kraus who made request to get access to**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 240

1    the Grace repository during the pendency of this

2    case?

3        A.   I doubt anyone else at Waters & Kraus

4    was aware it was open.  So no.  If I didn't

5    know, I don't think anyone else did.

6        Q.   Do you know whether transcripts are

7    actually at the repository?

8        A.   I don't know that.

9        Q.   Do you know whether transcripts from

10    prior cases against Grace have been made

11    available in this bankruptcy case?

12        A.   I don't know that either.

13        Q.   Are you aware of any impediment that

14    the stay has imposed, the bankruptcy stay has

15    imposed on your ability to get access to

16    documents that are in the possession of

17    W.R. Grace?

18        A.   My general experience is that it is

19    difficult to obtain discovery from a company in

20    Chapter 11, though I have not made specific

21    attempts to do so in the Grace Chapter 11.

22        Q.   So, again, to be very specific, because

23    I don't -- it is not a question of art.

24        Is it true, Mr. Kraus, that when it

25    comes to Grace specifically, you have no

US District Court - Delaware                FINAL - March 4, 2008
Chapter 11 - W.R. Grace                     Peter Kraus, Esquire

Page 241

1      evidence that the stay in the bankruptcy case

2      has prevented you or your firm from getting

3      access to Grace historical records or litigation

4      files?  True or not?

5          MS. RAMSEY:  Object to form.

6          MR. FINCH:  Objection to form.

7          THE WITNESS:  I would say correct, I

8      don't have evidence of that because I haven't

9      attempted it in the course of this.

10         BY MR. BERNICK:

11         Q.   What about information from your

12     clients who have claims against Grace?

13         Is there anything that has prevented

14     you from getting access to those of your clients

15     who have pending claims against Grace, getting

16     access to them for purposes of finding out about

17     their exposure to Grace product?

18         A.   No.  We did that in filling out PIQs.

19         Q.   So, again, if we were to ask about

20     evidence that the stay, the bankruptcy stay has

21     limited your access or affected your access to

22     exposure information from your clients

23     themselves, you don't have any evidence of an

24     impact from the stay.  Right?

25         MS. RAMSEY:  Objection to form.

US District Court - Delaware                    FINAL - March 4, 2008
Chapter 11 - W.R. Grace                          Peter Kraus, Esquire

Page 242

1          THE WITNESS:  My understanding is that
2     the stay does not prevent me from communicating
3     with my clients, that's correct.
4          BY MR. BERNICK:
5          **Q.  Would the same thing be true about**
6     **communications with co-workers who would help**
7     **you muster evidence of your clients' exposure to**
8     **Grace product?**
9          **Has anything about the stay affected**
10    **your ability to reach out to co-workers in order**
11    **to find evidence that your clients were exposed**
12    **to Grace product?**
13         MS. RAMSEY:  Objection to form.
14         THE WITNESS:  I think that ability, no.
15    I think I would be able to do that were it
16    required.
17         BY MR. BERNICK:
18         **Q.  And then you also made reference to**
19    **documents that sometimes are obtained from third**
20    **parties.**
21         **Are there any efforts that you have**
22    **undertaken to obtain documents from third**
23    **parties which would reflect the presence of**
24    **Grace product at sites where your clients**
25    **worked?**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 243

1      **Is there anything about your efforts to**
2      **obtain those documents from third parties that**
3      **has been limited by the pendency of the Grace**
4      **stay?**
5          MS. RAMSEY:  Objection to form.
6          THE WITNESS:  Just that there is no
7      relevant proceeding which would require or
8      compel me to initiate that discovery on third
9      parties on behalf of my clients.
10         They may resist it for that reason on
11     the basis of relevance.  But I could initiate
12     such discovery in some proceeding.  It is
13     probably fair.
14         BY MR. BERNICK:
15         **Q.   You have never actually tested to see**
16     **or gathered evidence that the bankruptcy stay**
17     **itself has prevented you from gathering evidence**
18     **regarding your clients' exposure to Grace**
19     **products.  True?**
20         MS. RAMSEY:  Objection to the form.
21         MR. FINCH:  Object to form.
22         THE WITNESS:  I have not researched the
23     issue.
24         I guess in the Grace bankruptcy, it
25     might be legally feasible for my clients to

JANE ROSE REPORTING
1-800-825-3341   janerosereporting.com

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 244

1    initiate third-party discovery.

2         If the case against the joint

3    tort-feasors were settled, there wouldn't be any

4    vehicle for me to issue process on a third

5    party.  And I don't know whether it is possible

6    for my clients to initiate discovery on third

7    parties about potential Grace exposure, and it

8    is not ripe for such discovery anyway at this

9    point.

10        BY MR. BERNICK:

11        **Q.   As you sit here today, you don't have**

12   **any evidence that the bankruptcy stay in the**

13   **Grace case has actually limited your access to**

14   **information regarding your clients' exposure to**

15   **Grace product.  Correct?**

16        MS. RAMSEY:  Objection to form.

17        THE WITNESS:  I would say as a general

18   matter it has, but I don't have evidence to

19   suggest that process to compel that discovery is

20   impossible in some forum.

21        BY MR. BERNICK:

22        **Q.   You don't have evidence to suggest that**

23   **any limitation that has been imposed by reason**

24   **of the bankruptcy stay in this case has been**

25   **imposed on your ability to gather exposure**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 245

1    **information with respect to Grace product.**

2    **Correct?**

3            MS. RAMSEY:  Objection as to form.

4            MR. FINCH:  Objection to form.

5            THE WITNESS:  I don't know --

6            BY MR. BERNICK:

7        **Q.  It is a pretty simple question.**

8        A.   I'm not a bankruptcy practitioner.  I

9    don't know what process is available in the

10   bankruptcies.

11       **Q.   This is all purely your personal**

12   **knowledge.**

13           **You don't have any personal knowledge,**

14   **you don't have evidence that you can point to**

15   **that says that the stay of the bankruptcy stay**

16   **in the Grace case has actually limited your**

17   **ability to gain access to exposure information**

18   **with regard to Grace products?**

19           MS. RAMSEY:  Objection to form.

20           THE WITNESS:  It certainly has in the

21   underlying lawsuits.  I can't do discovery in

22   the underlying lawsuits.

23           With respect to the bankruptcy, I'm not

24   a bankruptcy practitioner.  I haven't researched

25   or attempted that.  So I don't know the answer

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 246

1      there.

2          BY MR. BERNICK:

3          Q.   Fair enough.  If we then talk a little

4      bit about the -- isn't it true that with respect

5      to the claims, the Grace claimants that you

6      represent who have claims pending against Grace

7      as of the date of the bankruptcy, that with

8      respect to those clients, they continued to

9      litigate against other companies that were not

10     in Chapter 11?  True?

11         MS. RAMSEY:  Objection to form.

12         THE WITNESS:  As a general rule, that's

13     correct.

14         BY MR. BERNICK:

15         Q.   And as they have litigated against

16     other companies not in Chapter 11, they have

17     literally had years to do that.  Correct?

18         MS. RAMSEY:  Objection to form.

19         THE WITNESS:  That's correct.

20         BY MR. BERNICK:

21         Q.   So that with respect to all the people

22     who filled out PIQs in this case, all those

23     people were asked to fill out PIQs pretty much

24     after they had already had the opportunity to

25     conduct litigation over a period of years

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 247

1      **against other defendants.  Right?**

2             MS. RAMSEY:  Objection to form.

3             THE WITNESS:  Yes.

4             BY MR. BERNICK:

5          **Q.   In connection with that process, their**

6      **depositions were taken.  True?**

7             MS. RAMSEY:  Objection to form.

8             THE WITNESS:  In many instances, yes.

9             BY MR. BERNICK:

10         **Q.   In most instances, correct, if they**

11     **were still living at the time the deposition was**

12     **initiated?**

13         A.   If they were still living, in most

14     instances they were deposed in the course of

15     their lawsuit.

16         **Q.   Isn't it true with respect to the**

17     **claimants that you represented with pending**

18     **claims against Grace that filled out the PIQs**

19     **that by the time the PIQs were filled out, there**

20     **was a deposition where they were asked pretty**

21     **exhaustively for all of the exposures that they**

22     **had had to asbestos.  Correct?**

23            MS. RAMSEY:  Objection to form.

24            MR. FINCH:  Objection to form.

25            THE WITNESS:  If they were deposed.

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 248

1    What they would be asked would vary from
2    deposition to deposition.
3        Whether they were asked about all or
4    some of the products would vary from deposition
5    to deposition.
6        BY MR. BERNICK:
7        **Q.  With respect to all the people who**
8    **filled out PIQs, they had lawsuits that were**
9    **pending.  Correct?**
10       A.  I think that's correct for all of them.
11       **Q.  And in all cases where they had**
12   **lawsuits pending, they had interrogatory answers**
13   **where they were required to lay out their work**
14   **history.  Right?**
15       MS. RAMSEY:  Objection to form.
16       THE WITNESS:  Yes.
17       BY MR. BERNICK:
18       **Q.  That work history had to be laid out**
19   **under the interrogatory requirements as**
20   **completely as it reasonably could be laid out.**
21   **Correct?**
22       A.  Yes.  You had to give full and complete
23   exposure information concerning work related to
24   asbestos exposures.
25       **Q.  And those interrogatories pretty much**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 249

1    **had been filled out or -- by the time the PIQs**
2    **were filled out, those interrogatories had been**
3    **completed pretty much with respect to all the**
4    **claimants that you represent against Grace.**
5    **Correct?**
6        A.  I think that's correct.
7        **Q.  In those interrogatories, you would**
8    **have reflected information obtained from the**
9    **claimants themselves as well as from co-workers;**
10   **correct?**
11       A.   Usually, yes.  Always from the claimant
12   if he was living or well enough to give
13   testimony and in many instances from co-workers,
14   if we were able to locate some with knowledge of
15   relevant facts.
16       **Q.  With respect to the claimants that you**
17   **represented against Grace who filled out the**
18   **PIQs, when they sat for depositions in the**
19   **ongoing litigation, lawyers for the other**
20   **companies would have the opportunity to explore**
21   **based upon the interrogatory answers all**
22   **asbestos products those claimants were exposed**
23   **to.  Correct?**
24       MS. RAMSEY:  Objection to form.
25       THE WITNESS:  I would agree they would

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 250

1　have the opportunity.  I would not agree they

2　always did explore all the asbestos products to

3　which they were exposed.

4　　　　BY MR. BERNICK:

5　　　**Q.   That was a fairly common and routine**

6　**practice in these depositions, is that the other**

7　**lawyers look to find out sources of exposure**

8　**that the claimant had to asbestos really pretty**

9　**much from other defendants.  Correct?**

10　　　　MS. RAMSEY:  Objection to form.

11　　　　THE WITNESS:  It would depend on the

12　jurisdiction and the applicable law.

13　　　　In joint and several jurisdictions, not

14　so much.  In several jurisdictions, there would

15　be more of a focus on other products.

16　　　　In joint and several jurisdictions,

17　typically the defendants would only be concerned

18　with the strength of the evidence against their

19　client's product.

20　　　　BY MR. BERNICK:

21　　　**Q.   If we talk about Waters & Kraus**

22　**claimant files with respect to people who filled**

23　**out the PIQs, as we have seen -- we have looked**

24　**through more of them than I ever care to see,**

25　**frankly.**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 251

1          But you all, it appears, included in
2      the PIQ submissions interrogatory answers, if
3      there were interrogatory answers.  Correct?
4          A.   Yes.
5          Q.   And that would also include the work
6      history.  Correct?
7          A.   Correct.
8          Q.   You also included depositions if there
9      were depositions.  Correct?
10         A.   Correct.
11         Q.   To the extent that the depositions or
12     the interrogatory answers postdated the date of
13     Grace's filing for bankruptcy, you would still
14     include those in your claimant files and include
15     them as attachments to the PIQs.  Correct?
16         A.   That was my direction and should have
17     happened and did happen in the ones I reviewed.
18         Q.   So as far as you know with respect to
19     the PIQs that were filled out, you provided as
20     attachments all the interrogatory answers that
21     your firm had and all the depositions that your
22     firm had with respect to co-workers and
23     claimants.  Correct?
24         MS. RAMSEY:  Objection to form.
25         THE WITNESS:  Yes, to some of the named

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 252

1    co-workers.  Obviously not all of the co-workers
2    at the site, but the ones that we could locate
3    that helped substantiate exposure to the
4    products at issue in the case.
5         BY MR. BERNICK:
6         **Q.   The answer would be yes?**
7         A.   With those qualifications.
8         MS. RAMSEY:  Objection.
9         BY MR. BERNICK:
10        **Q.   Would it be fair to say that with**
11   **respect to the PIQs for your clients that were**
12   **filled out, that the attachments to those PIQs**
13   **contained by your direction all of the**
14   **information that your firm had pre or post**
15   **bankruptcy filing relating to the exposure of**
16   **the claimant to Grace asbestos?  Correct?**
17        MS. RAMSEY:  Objection to form.
18        BY MR. BERNICK:
19        **Q.   That particular claimant.**
20        MS. RAMSEY:  Objection to form.
21        THE WITNESS:  Certainly it would have
22   included all of the evidence that we had
23   developed from the plaintiff or any of the
24   co-workers identified in his lawsuit.
25        It would not have included any other

US District Court - Delaware          FINAL - March 4, 2008
Chapter 11 - W.R. Grace                    Peter Kraus, Esquire

Page 253

1    potential co-workers out there who may have been

2    able to identify additional products.

3          For example, if the co-workers in his

4    lawsuit did not identify Grace products but had

5    identified the products at issue in the case, we

6    may not have gone out to search further for

7    additional co-workers in the case.

8          There may be additional co-workers from

9    a site who can identify other products that we

10   haven't looked for and are not aware of, and

11   those would not be included in the discovery.

12         BY MR. BERNICK:

13       **Q.   As we sit here today with respect to**

14   **your clients at Waters & Kraus who filled out a**

15   **PIQ, for whom a PIQ was submitted, the PIQ**

16   **submission, including attachments, includes all**

17   **evidence of exposure of those claimants to Grace**

18   **product that your firm is aware of as you sit**

19   **here today.  Correct?**

20         MS. RAMSEY:  Objection to form.

21         MR. FINCH:  Object to form.

22         THE WITNESS:  Not exactly.  I am

23   certain that there is additional evidence of

24   Grace exposure out there, and it is a snapshot

25   of everything that was in our file.

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 254

1    If there was Grace identification in

2    our file from the witnesses who were located in

3    that case, we provided it.  And obviously we

4    asked our clients about all the products that

5    they remembered.  So if they remembered it, we

6    provided it.

7        But it does not involve an exhaustive

8    search of all the evidence at every work site

9    where the client was to determine whether any

10   witness anywhere has identified Grace products

11   at that site in the vicinity of the claim.

12       BY MR. BERNICK:

13       **Q.  You don't know as you sit here today of**

14   **any exposure evidence that is additional**

15   **exposure evidence that actually exists with**

16   **respect to the PIQ claimants.  Correct?**

17       MR. FINCH:  Object to the form,

18   mischaracterizes prior testimony.

19       MS. RAMSEY:  Join.

20       THE WITNESS:  I'm certain such evidence

21   exists.  I don't believe such evidence exists in

22   our files.

23       BY MR. BERNICK:

24       **Q.  Fair enough.  Now, Mr. Kraus --**

25       A.  I'm unaware of any such evidence in our

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 255

1    files that we did not produce in the PIQs.

2        **Q.  That's fine.**

3        A.   If you know of some, let me know and I

4    will supplement.

5        **Q.  One day maybe we will make a deal.**

6        **I want to ask you --**

7        A.   Run my job sites through that Grace

8    database and give me the list of witnesses who

9    identify your products and all those sites where

10   Grace has settled claims.

11       **Q.  What Grace database?  Your guys got the**

12   **database.  Mark Peterson has pushed and pulled**

13   **and poked that database to kingdom come.**

14       MR. FINCH:  Different database.

15       THE WITNESS:  Thank you.

16       BY MR. BERNICK:

17       **Q.   Isn't it true that with respect to many**

18   **of the claimants who filled out PIQs, many of**

19   **your clients who filled out PIQs, if we look**

20   **through the PIQ and all the attachments, we**

21   **don't find product ID evidence for Grace**

22   **product?**

23       A.   That's true.

24       MS. RAMSEY:  Objection.

25       BY MR. BERNICK:

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 256

1      **Q.  Roughly what percentage of the meso**
2  **claimants that have filled out Grace PIQs do not**
3  **have product ID?**
4      A.  I don't know.
5      **Q.  You don't have any clue at all?**
6      A.  No.
7      **Q.  Is it also true with respect to the**
8  **people who filled out the PIQ that for many of**
9  **them there is no evidence that they actually**
10 **worked with or in proximity to Grace asbestos?**
11      MR. FINCH:  Object to form.
12      MS. RAMSEY:  Join.
13      THE WITNESS:  No evidence at all or no
14  evidence in the PIQ submissions?
15      BY MR. BERNICK:
16      **Q.  No evidence at all.**
17      A.   I would agree that there is no evidence
18  in the PIQ submissions.
19      I would agree on some percentage there
20  will be no evidence at all.  I don't agree that
21  on many of those with no evidence in the PIQ
22  submissions that there is no evidence at all.
23      I strongly believe there is evidence,
24  and when the time comes to look for that
25  evidence, that more exposure will be uncovered.

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 257

1      **Q.  Well, as we sit here today, with**
2  **respect to -- what percentage of the PIQ**
3  **submitters do they at this point lack evidence**
4  **that they actually worked with or in proximity**
5  **to Grace asbestos?**
6      A.  I don't know that.  I don't know what
7  percentage.  We have learned of additional Grace
8  exposures since the bankruptcy and since the
9  PIQs were filled out based on their supply of
10  vermiculite to other asbestos-containing product
11  makers.
12      **Q.  I understand you are making that**
13  **statement, Mr. Kraus.  But I asked -- as you**
14  **know and you would acknowledge, Grace diligently**
15  **sought to get any and all exposure evidence that**
16  **the Waters & Kraus firm had relating to the PIQ**
17  **claimants.  Correct?**
18      MS. RAMSEY:  Objection to form.
19      MR. FINCH:  Object to form.
20      THE WITNESS:  Yes, they did seek that
21  diligently.
22      BY MR. BERNICK:
23      **Q.  At a certain point the judge said the**
24  **matter is closed, we are not going to go and**
25  **have more evidence submitted in connection with**

US District Court - Delaware                          FINAL - March 4, 2008
Chapter 11 - W.R. Grace                                Peter Kraus, Esquire

Page 258

1    the PIQs.  Are you aware of that?

2         MR. FINCH:  Objection; foundation.

3         THE WITNESS:  I'm not aware.  I didn't

4    attend any of those hearings, and I don't know

5    what the judge said.

6         BY MR. BERNICK:

7    **Q.  Your able representative, Natalie**

8    **Ramsey, actually insisted -- I'm sure you are**

9    **aware of this -- that as a precondition for**

10   **answering the third set of interrogatories that**

11   **I personally promise not to seek any further PIQ**

12   **evidence.**

13        **Are you familiar with that?**

14   A.  I would believe that to be the case

15   simply because it was an extraordinarily onerous

16   and burdensome process on my clients and my

17   firm.

18   **Q.  So as we sit here today, you don't**

19   **know -- let me just ask you.**

20        **Do you know the percentage of the PIQ**

21   **claimants who you represent who actually did**

22   **work with Grace asbestos?**

23   A.  I don't know that as I sit here today.

24   We have learned since then that --

25   **Q.  I don't want what you have learned**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 259

1       since then.

2          A.   Well, this bears on the answer to the

3       question, which is why I'm explaining it.

4          **Q.   I will be focused on what was**

5       **submitted, and let's be clear.  I'm focused on**

6       **this because this is all I have and all I will**

7       **ever get.**

8          **I'm focused on the information that was**

9       **submitted in connection with the PIQs.**

10         A.   And my response to you, Mr. Bernick, is

11      if you are attempting to do that calculation

12      yourself, you will have to include not only the

13      Grace products that are identified but the

14      Quiggly products that are identified and the

15      Kaiser products that are identified and the

16      Harbison-Walker products that are identified

17      with Libby vermiculite as their base, because

18      those contain Grace asbestos-containing products

19      as well.

20         **Q.   Is that something you have learned**

21      **since the PIQs were submitted?**

22         A.   Yes.

23         **Q.   Again, I would love to explore all**

24      **these different things, Mr. Kraus.**

25         A.   I would suggest you go into Grace's

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 260

1    records of where they sent their vermiculite and

2    what manufacturer included Grace vermiculite in

3    their product.

4        **Q.   I would suggest you answer the**

5    **question.  The questions focused on the answers**

6    **to the PIQs.**

7        **With respect to what percentage of the**

8    **PIQs do you have evidence that your PIQ clients**

9    **actually worked with or in proximity to Grace**

10   **asbestos?**

11       A.   I don't know the answer to that,

12   Mr. Bernick.

13       **Q.   That's fair.**

14       **Is there anywhere -- with respect to**

15   **what percentage of the client, the PIQ clients**

16   **where you have lung cancer claims, with respect**

17   **to what percentage of those do you have evidence**

18   **that they had a substantial work exposure**

19   **history to asbestos?**

20       A.   All of them.

21       **Q.   With respect to which ones of them,**

22   **what percentage of them did they have a**

23   **significant work exposure history to Grace**

24   **asbestos?**

25       MR. FINCH:  Objection to form.

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 261

1      THE WITNESS:  I don't know the answer
2  to that.
3      BY MR. BERNICK:
4      **Q.  I think that you said you wouldn't be**
5  **surprised if it turned out that about half of**
6  **the PIQ claims that you represent worked in the**
7  **shipyards at some point.**
8      A.  Yes.  I would not be.  I did say that
9  earlier.
10      We have a lot of either shipyard or --
11  not necessarily -- well, yes, shipyard or Navy
12  cases where the predominant exposure would be
13  during shipyard overhauls.
14      **Q.  During shipyard overhauls it would be**
15  **safe to say that was a very substantial and**
16  **intense exposure to asbestos?**
17      A.  It could be.
18      **Q.  Well, it often was.  Correct?**
19      A.  Yes, I would agree with that.
20      **Q.  Is it true that in the shipyard**
21  **exposure context, for the most part the only**
22  **product that has been identified as a Grace**
23  **product is high-temperature cement?**
24      A.  That's not correct.  That's the only
25  product that we commonly saw identified with

US District Court - Delaware                FINAL - March 4, 2008
Chapter 11 - W.R. Grace                          Peter Kraus, Esquire

Page 262

1    commercially added asbestos.  But Zonolite
2    vermiculite, which we all know was contaminated
3    with tremolite, was also on the Navy qualified
4    products list.
5        **Q.   Do you have any evidence whatsoever**
6    **over what kind of exposure could result to**
7    **somebody who was working with a product --**
8    **strike that.**
9        **Do you have any actual data that tells**
10   **you what somebody would be exposed to by way of**
11   **tremolite associated with vermiculite where the**
12   **vermiculite is incorporated into somebody else's**
13   **product?**
14       A.   I do have evidence of the levels of
15   dust, tremolite asbestos dust produced when
16   working with Libby vermiculite.
17       And my assumption would be that Libby
18   vermiculite incorporated into somebody else's
19   product would still produce similar levels of
20   dust.
21       **Q.   And that is -- as you have properly**
22   **said, that is an assumption on your part.**
23   **Correct?**
24       A.   I don't have -- I haven't done those
25   measurements and aren't aware of those

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 263

1    measurements.

2    **Q.   That's fair enough.  Now, going back to**

3    **my question about the shipyards, you have**

4    **high-temperature cement, and high-temperature**

5    **cement has been a product identified in**

6    **connection with the shipyard work.**

7    **Would you agree with me that for people**

8    **who worked on ship overhauls in a shipyard that**

9    **their exposures to non-Grace asbestos would have**

10   **been much, much greater, at least two orders of**

11   **magnitude greater than any exposure they had to**

12   **asbestos through high-temperature cement?**

13   MR. FINCH:  Object to form.

14   THE WITNESS:  In many instances, that's

15   correct.  But it would depend on the job duties

16   of that particular plant.

17   If the job duties were mixing Zonolite

18   cement, that would be true.

19   BY MR. BERNICK:

20   **Q.   Let's set aside people who actually**

21   **said that they worked with Zonolite cement and**

22   **put those people to one side and simply talk**

23   **about other people who didn't say that they**

24   **worked with Zonolite cement.**

25   **Would you agree with me that with**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 264

1    respect to those people, the proportion of any

2    asbestos exposure they have to Grace-source

3    asbestos is extremely small by comparison to

4    other non-Grace asbestos that they would have

5    been exposed to?

6        MS. RAMSEY:  Objection to form.

7        MR. FINCH:  Objection.

8        THE WITNESS:  In many instances that is

9    undoubtedly true.

10        I can see other instances where it

11   would not be true, again, depending on the job

12   duties and not just limiting it to those people

13   who mixed the Zonolite cement.

14        Many of my sailors had as their duty

15   cleaning up after this work.  They would have

16   very, very high exposures in the sweep-up

17   process, often higher than the mixing, according

18   to the industrial hygiene data at the time.

19        BY MR. BERNICK:

20        Q.  They would be sweeping up asbestos from

21   a huge number of different products and sources.

22   Correct?

23        A.  They may be.

24        Q.  So you don't know what portion of the

25   dust they were sweeping up was due to Grace

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 265

1      **asbestos.  Correct?**
2             MS. RAMSEY:  Objection to form.
3             THE WITNESS:  That's true.  I don't
4      personally know that.
5             BY MR. BERNICK:
6         **Q.  Do you ever have any evidence that**
7      **would enable you -- for somebody sweeping up**
8      **asbestos dust after the job, you never had any**
9      **evidence where somebody would quantify what**
10     **portion of that dust was due to Grace asbestos,**
11     **do you?**
12            MS. RAMSEY:  Objection to form.
13            THE WITNESS:  I don't think that is
14     scientifically possible.
15            BY MR. BERNICK:
16        **Q.  Is there any way it is scientifically**
17     **possible to ascertain with respect to shipyard**
18     **workers how much their actual exposure was to**
19     **asbestos that came from Grace products?**
20            MS. RAMSEY:  Objection to form.
21            THE WITNESS:  I don't think it is
22     scientifically possible to ascertain how much of
23     their exposure came from any product, including
24     Grace's.
25            BY MR. BERNICK:

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 266

1        **Q.   You certainly never saw any of that**
2    **evidence when you were litigating cases at**
3    **Waters & Kraus against Grace.  Correct?**
4        A.   I'm not aware of any scientific study
5    anywhere that determines how much exposure any
6    given worker had from any given product during
7    his work career.
8        **Q.   You are not aware of any evidence in**
9    **any of the cases that you have ever litigated**
10    **that actually applies scientific methodology to**
11    **determining what the exposure was of any of your**
12    **clients to Grace asbestos.  Correct?**
13        MR. FINCH:  Object to form.
14        THE WITNESS:  I have seen defense
15    experts attempt to do it.  I don't believe it is
16    a sound, reliable methodology.
17        BY MR. BERNICK:
18        **Q.   You certainly haven't seen any**
19    **plaintiffs' experts even attempt to do it in any**
20    **of the cases you have litigated.  Correct?**
21        A.   I have seen plaintiffs' experts attempt
22    to give very broad ranges or minimum exposures
23    based on a described work practice.
24        I have never seen plaintiffs' experts
25    try to put any specific or approximate number on

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 267

1  a given exposure to a given defendant's product.

2      **Q.  Let's be focused on that.  Have you**

3  **ever seen any plaintiffs' experts attempt to**

4  **gauge scientifically your client's exposure to a**

5  **Grace product specifically?**

6      A.  No.  I would think that is science --

7  that whole area of science quantification has

8  mostly come into vogue since Grace declared

9  Chapter 11.

10      To clarify my earlier answer, I have

11  seen plaintiffs' experts say, based on an

12  exposure pattern, in my opinion the exposure to

13  this product would be at least .X fiber years.

14      But I have not seen such a calculation

15  specifically with respect to Grace.  I have seen

16  defense calculations with respect to Grace

17  products and exposure recreations since Grace

18  went into bankruptcy.

19      **Q.  With respect to all the people who have**

20  **submitted -- all the clients of yours who**

21  **submitted PIQs, you have never seen in**

22  **litigation or otherwise any scientific effort by**

23  **plaintiffs' experts to quantify or put a range**

24  **on their exposure to Grace asbestos.  Correct?**

25      MR. FINCH:  Object to form.

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 268

1          MS. RAMSEY:  Object to form.

2          THE WITNESS:  That is correct.

3          BY MR. BERNICK:

4          **Q.   You have been a very cooperative guy**

5     **here, Mr. Kraus, and I'm going to finish up.**

6          A.   Thank you.

7          MR. FINCH:  I will have about 10 or 15

8     minutes.

9          MR. BERNICK:  At your peril there,

10    mate.

11         BY MR. BERNICK:

12         **Q.   It is true, is it not, that you have**

13    **taken the position and taken the position in**

14    **your statements to the court in this case -- to**

15    **avoid misunderstanding, let me strike that.**

16         **The position you have taken**

17    **historically in litigating claims involving**

18    **Grace asbestos, the position you have taken**

19    **historically is that any exposure to Grace**

20    **asbestos constitutes a substantial contributing**

21    **factor for disease.  Correct?**

22         A.   Correct, in a person who has been

23    diagnosed with an asbestos-related disease.

24         If they have a documented exposure

25    above background, I believe that the science

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 269

1    supports the notion that that exposure

2    contributed in some way to the risk of the

3    development of that disease, and it is a jury

4    issue as to what level.

5         **Q.   And that also is the same position that**

6    **you have taken with respect to the particular**

7    **folks who were PIQ claimants.  Correct?**

8         MS. RAMSEY:  Object to the form.

9         THE WITNESS:  I take that position with

10   respect to all my claimants.

11        BY MR. BERNICK:

12        **Q.   In light of that position, it is not**

13   **really necessary from your point of view in**

14   **putting together -- it has not been necessary**

15   **from your point of view in putting together**

16   **claims against Grace to do any quantification of**

17   **what the asbestos exposure is.  Correct?**

18     A.   Correct.

19        MR. BERNICK:  I'm done.

20        I will say that when I say "I'm done,"

21   I'm done to the extent that I was able to get

22   answers to my questions, and I don't attribute

23   that qualification to the witness in any way,

24   shape or form.

25        But in light of the pendency of the

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 270

1    estimation at trial as a practical matter, there

2    is no ability I have to pursue any further

3    examination.

4                    EXAMINATION

5        BY MR. FINCH:

6        **Q.  Mr. Kraus, my name is Nathan Finch.  I**

7    **represent the Asbestos Claimants Committee in**

8    **the Grace bankruptcy.  Good afternoon.**

9        A.  Good afternoon.

10       **Q.  Were there documents that you offered**

11   **to make available to Grace in response to the**

12   **document requests that Grace decided that it did**

13   **not want to see?**

14       A.  Yes.

15       **Q.  About how much was the volume of that**

16   **material?**

17       A.  It was in the vicinity of 100 boxes.

18       **Q.  And what did that material consist of?**

19       A.  It consisted of depositions and other

20   product ID materials generally that my firm has

21   collected with respect to exposures at various

22   of the sites where the PIQ plaintiffs were.

23       **Q.  The PIQs were directed at people who**

24   **had filed a lawsuit against Grace prior to going**

25   **into bankruptcy.  Is that your understanding?**

US District Court - Delaware          FINAL - March 4, 2008
Chapter 11 - W.R. Grace                  Peter Kraus, Esquire

Page 271

1        A.  Yes.

2          **Q.  The questionnaires were first served in**

3    **the last quarter of 2005.**

4        A.  That's generally my recollection.  I

5    thought it was 2006.  But I know it was about

6    that time.

7          **Q.  For people who had filed a mesothelioma**

8    **claim against Grace prior to April of 2001, how**

9    **many of them are still alive in August of 2005?**

10       A.  I don't know if any of them were still

11   alive at that point in time.

12         **Q.  Would you expect the vast majority of**

13   **them to be dead at the time your firm was**

14   **filling out the questionnaires?**

15       A.  Yes.  Because the average

16   mesothelioma --

17         MR. BERNICK:  Let me interject an

18   objection.

19         I have not received -- the only

20   information we have received with respect to the

21   death of folks that you represent is as

22   attachments to the PIQs.

23         So if that question asks for anything

24   beyond what is contained in the attachments to

25   the PIQs, I object to it because we have not had

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 272

1    the opportunity to get access to the

2    information.

3          MR. FINCH:  That's fine.

4          BY MR. FINCH:

5      **Q.  Mr. Kraus, to continue with your**

6    **answer, what percentage of your mesothelioma**

7    **claimants who filled out PIQs were still alive**

8    **in the fall of 2005?**

9      A.  I think, as reflected in our responses

10   to the PIQs, including the death certificates

11   that we provided with them, almost none or none

12   of the mesotheliomas were still alive at that

13   point in time.

14     **Q.   What about the lung cancer claimants?**

15   **How many if any of them were still alive four**

16   **years after the time they filed a lawsuit**

17   **against Grace?**

18     A.   I haven't done that analysis.  But

19   relatively speaking, a small percentage of them,

20   only those who were able to have their lung

21   cancer fully excised and get a cure.

22        Those who weren't had almost all

23   proceeded and progressed to death at the time

24   the PIQ process began.

25     **Q.  And the PIQ asked if the claimant was**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 273

1    **living or dead at the time.**

2        A.  Correct.

3        **Q.  So to the extent that that information**

4    **was available, you would have provided it to**

5    **Grace?**

6        A.  Yes.

7        **Q.  Mr. Kraus, has --**

8        A.  In addition, many of the co-workers

9    died during that period of time too.  It is the

10   World War II generation.

11       MR. BERNICK:  What?

12       THE WITNESS:  Clients and co-workers.

13   I clarified the answer not only the clients but

14   many of their co-workers had passed away during

15   the interim by virtue of the fact they were

16   elderly gentlemen.

17       BY MR. FINCH:

18       **Q.  Since Grace went bankruptcy, has any**

19   **court set a case down for trial in which Grace**

20   **would be an asbestos defendant, your clients'**

21   **cases?**

22       A.  In which they would be a defendant?

23       **Q.  Yes.**

24       MR. BERNICK:  For purpose of the

25   verdict form?

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 274

1      BY MR. FINCH:

2          **Q.   For purposes of being able to proceed**

3      **to judgment against Grace, to try the case**

4      **against Grace.**

5          A.   No.  All the claims against Grace were

6      stayed, and the Grace claims were severed and

7      the claims proceeded without Grace.

8          **Q.   Have you ever been able to do any**

9      **discovery against Grace in the underlying state**

10     **lawsuit since Grace went into bankruptcy?**

11         A.   No.

12         **Q.   Were you aware that the Motley Rice**

13     **firm had served discovery on Grace in this**

14     **bankruptcy case and Grace objected on the**

15     **grounds of the automatic stay?**

16         MR. BERNICK:  Objection.  This goes

17     beyond the scope of his personal knowledge and

18     therefore is beyond the notice of this

19     deposition in the capacity in which the witness

20     is appearing.

21         BY MR. FINCH:

22         **Q.   You may answer.**

23         A.   I was not aware that that had been

24     attempted unsuccessfully.

25         MR. BERNICK:  I will have him testify

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 275

1    in a minute about the famous fire in the Motley

2    Rice warehouse.

3         BY MR. FINCH:

4    **Q.   When you settled the cases with Grace,**

5    **Mr. Kraus, were there any internal documents**

6    **that you would rely on in assessing the case or**

7    **was it primarily a matter of your judgment and**

8    **experience in resolving asbestos cases?**

9         MR. BERNICK:  Objection.  A, lack of

10   foundation; B, it is leading; and C, he has been

11   instructed not to answer those same questions

12   earlier in the deposition.

13        So to the extent he now answers them, I

14   am assuming there is going to be a waiver.

15        MS. RAMSEY:  I do object to the extent

16   that it calls for the disclosure of the internal

17   work product of Waters & Kraus.

18        MR. BERNICK:  Are you going to follow

19   the instruction, first of all?

20        THE WITNESS:  I'm going to follow the

21   instruction and answer.

22        Without revealing any internal work

23   product or attorney-client privilege, I can

24   state that my evaluation of the facts of a given

25   case to determine settlement value are not based

Page 276

1     on any internal memoranda.

2          It is based on the evidence developed

3     in the case.  It is based on the type and nature

4     of the product ID evidence that's developed.  It

5     is based on the medical evidence that's

6     developed.  And it is based on the evidence of

7     damage that the plaintiff and/or their family

8     have suffered as a result of the asbestos

9     disease.

10         Using my experience as a lawyer in this

11    litigation, putting those factors into the

12    calculation that we all do as lawyers, looking

13    at where the case is postured, I would arrive at

14    what I thought would be a good target value for

15    the case and would initiate a negotiation

16    designed to reach the target value for the case.

17         MR. BERNICK:  You may not have intended

18    this, but I think the witness in giving that

19    answer has now opened the door to inquiry.

20         I cannot test that proposition without

21    having access to that part of his testimony

22    which is not being revealed.  He said I can

23    without revealing.

24         I can't test the veracity of that

25    assertion without having access to what it is

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 277

1      that's not being revealed.

2           So if it is your intention, Ms. Ramsey,

3      to allow me to inquire and be able to

4      cross-examine the testimony that was just now

5      given, that's fine.  Otherwise, I move to strike

6      the answer and would expect you to agree with

7      me.

8           THE WITNESS:  There are no internal

9      documents that I rely upon for that.

10          MR. BERNICK:  That's your say-so.

11     That's the problem, Mr. Kraus.  I don't know

12     what the internal documents are.  They are not

13     being logged.

14          I can't test the veracity of what you

15     are saying.  You can't say there is nothing that

16     really would help you.  The discovery process is

17     all about finding out what is actually there.

18          That's the problem with this whole

19     thing.  Go ahead.  It is your decision,

20     Ms. Ramsey.

21          MS. RAMSEY:  Can I ask to have the

22     witness's answer read back.

23          MR. BERNICK:  Up to you guys.

24          MS. RAMSEY:  And the question

25     (Whereupon, the record was read back as follows:

US District Court - Delaware          FINAL - March 4, 2008
Chapter 11 - W.R. Grace                    Peter Kraus, Esquire

Page 278

1    "Question:  When you settled the cases with
2    Grace, Mr. Kraus, were there any internal
3    documents that you would rely on in assessing
4    the case or was it primarily a matter of your
5    judgment and experience in resolving asbestos
6    cases?"
7    "Answer:  I'm going to follow the instruction
8    and answer.  Without revealing any internal work
9    product or attorney-client privilege, I can
10   state that my evaluation of the facts of a given
11   case to determine settlement value are not based
12   on any internal memoranda.
13        "It is based on the evidence developed
14   in the case.  It is based on the type and nature
15   of the product ID evidence that's developed.  It
16   is based on the medical evidence that's
17   developed.  And it is based on the evidence of
18   damage that the plaintiff and/or their family
19   have suffered as a result of the asbestos
20   disease.
21        "Using my experience as a lawyer in
22   this litigation, putting those factors into the
23   calculation that we all do as lawyers, looking
24   at where the case is postured, I would arrive at
25   what I thought would be a good target value for

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 279

1    the case and would initiate a negotiation

2    designed to reach the target value for the

3    case.")

4          MR. ESSERMAN:  As far as the answer

5    goes for Baron & Budd, I think I do have to

6    instruct the witness not to answer the internal

7    workings of how cases were settled.

8          On the other hand, I did not interpret

9    that question as asking him how cases were

10   settled at Baron & Budd.

11         MS. RAMSEY:  I think your reaction,

12   Sandy, is the same as mine.

13         I would agree that the answer be

14   stricken.  But I think that there is a question

15   that Mr. Finch could phrase that would not get

16   into the realm of privilege, work product

17   privilege as relates to law firm.

18         MR. BERNICK:  It is now on your

19   shoulders.  You have to figure out the right

20   question to ask.

21         How many more of these questions are

22   there?

23         MR. FINCH:  Five to 10, less maybe.

24         BY MR. FINCH:

25   **Q.  Mr. Kraus, I take it that since Grace**

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 280

1   **has gone into bankruptcy you have not prepared**
2   **any individual of your client's cases for trial,**
3   **for a trial against Grace.  Correct?**
4      A.   That's correct.
5      **Q.   What additional steps would you take to**
6   **prepare the cases that you submitted**
7   **questionnaires for for trial that you have not**
8   **done in responding to the questionnaires?**
9         MR. BERNICK:  That is the wackiest
10   thing I have ever heard of, Nate.
11         You have already now got him saying
12   that the people are all mostly dead.
13         Therefore, the only thing that he can
14   do is to talk about the general procedures that
15   he would follow and then talk about each
16   claimant, because the answer would mean nothing
17   unless it is tied to each claimant.
18         He has been instructed not to talk
19   about the internal procedures that Waters &
20   Kraus follows.  You can't have him talk about
21   the individual claimants without implicating the
22   files of the individual claimants.
23         So your question was the question that
24   you all should have asked before you described
25   what his testimony was going to be and committed

US District Court - Delaware            FINAL - March 4, 2008
Chapter 11 - W.R. Grace                 Peter Kraus, Esquire

Page 281

1    him to talking about that area.

2         I object to the question on the grounds

3    that I was foreclosed from getting answers to

4    those same questions on grounds of privilege.

5         MR. FINCH:  Let me ask it this way.

6         BY MR. FINCH:

7    **Q.  Mr. Kraus, in response to Mr. Bernick's**

8    **questions which you answered about other**

9    **evidence that existed of exposure to Grace**

10   **products for your clients that was not produced**

11   **in response to the questionnaire, what, in your**

12   **view, evidence is out there and what would you**

13   **do to get it that you haven't done because of**

14   **Grace's bankruptcy status?**

15        MR. BERNICK:  I'm sorry, Nate.  The

16   judge has specifically said that we are

17   foreclosed from opening up the question of what

18   further information might be out there to

19   supplement the PIQs.

20        She said that in words of one syllable.

21   I have not opened that door.  I made very clear

22   that I was asking for the information that

23   existed as of the time PIQs were filled out.

24        The deposition was noticed by me alone.

25   To the extent that you want to get into another

US District Court - Delaware                    FINAL - March 4, 2008
Chapter 11 - W.R. Grace                          Peter Kraus, Esquire

Page 282

1      subject matter, you can notice him up yourself,

2      and maybe in advance of that we can take up the

3      issue with the Court.

4            MR. FINCH:  Can I have the question

5      back, please.

6      (Whereupon, the record was read back as follows:

7      "Question:  Mr. Kraus, in response to

8      Mr. Bernick's questions which you answered about

9      other evidence that existed of exposure to Grace

10     products for your clients that was not produced

11     in response to the questionnaire, what, in your

12     view, evidence is out there and what would you

13     do to get it that you haven't done because of

14     Grace's bankruptcy status?")

15           MR. BERNICK:  Same objection.

16           BY MR. FINCH:

17        **Q.  You can answer.**

18        A.   If I were preparing a case for trial

19     against Grace, I would conduct discovery on

20     Grace of what documents or evidence they have of

21     product exposure at any of the sites where the

22     plaintiff worked, and I would do additional

23     investigation of any remaining co-workers at any

24     of those sites to determine if any of them

25     recall the use of Grace products around the

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 283

1    plaintiff.

2         I would look to see if there are any

3    third-party contractors in the area who may have

4    supplied Grace products to the site as well.

5         MR. BERNICK:  It would be fair to say

6    all those things are things you weren't

7    prevented from doing during the pendency case

8    itself through the bankruptcy case?

9         MR. FINCH:  Object to the question.

10         MR. MULLADY:  Have you finished your

11    examination?

12         MR. FINCH:  No.

13         MR. MULLADY:  Hold that thought.

14         MR. BERNICK:  He already answered it

15    before, actually.

16         THE WITNESS:  Asked and answered.

17         MR. BERNICK:  Nate is looking --

18         BY MR. FINCH:

19         **Q.  Mr. Kraus, prior to the time it went**

20    **into bankruptcy, did Grace pay mesothelioma**

21    **claims brought by your clients even if the**

22    **person did not personally mix or install**

23    **asbestos-containing product?**

24         MR. BERNICK:  We will stipulate to that

25    for purpose of this deposition, that yes, there

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 284

1       were claims that lacked merit that we had no

2       choice but to pay under the circumstances, and

3       that is a leading question.

4              THE WITNESS:  Yes.  Grace paid claims

5       where co-workers testified to the plaintiffs'

6       exposure to their product.

7              That's common in the litigation with

8       respect to all defendants and with respect to

9       the legal standard that the clients are required

10      to meet.

11             BY MR. FINCH:

12         Q.  Even though --

13             MR. BERNICK:  That I would move to

14      strike as expert testimony.  It is not within

15      the scope of the deposition.

16             BY MR. FINCH:

17         Q.  Even though the client did not mix or

18      personally install a Grace asbestos product?

19             MR. BERNICK:  Objection as leading.

20             THE WITNESS:  Yes, that's correct.

21      Clients often were exposed as bystanders to

22      Grace products.  That is well established in the

23      literature as being a risk.

24             MR. FINCH:  Can I have one minute to

25      confer with Ms. Ramsey?

US District Court - Delaware

Chapter 11 - W.R. Grace

FINAL - March 4, 2008

Peter Kraus, Esquire

Page 285

1          MR. BERNICK:  Absolutely.  Take a

2  minute and a half.

3          (Recess.)

4          MR. FINCH:  I have no further

5  questions.

6          MR. BERNICK:  Did you have anything?

7          MR. MULLADY:  I have no questions.

8               EXAMINATION

9          BY MR. BERNICK:

10      **Q.  The hundred boxes of documents you said**

11  **were made available to Grace, when is the first**

12  **time those were offered up to Grace?**

13      A.   In the last 10 days.  I can't tell you

14  exactly when.

15          MR. BERNICK:  That's all that I have.

16          (Whereupon, at 4:32 p.m., the

17  deposition was concluded.)

18

19

20

21

22

23

24

25

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 286

1      DISTRICT OF COLUMBIA, to wit:
2
3           I, Brenda Smonskey, the officer before
       whom the foregoing deposition was taken, do
4      hereby certify that the within-named witness
       personally appeared before me at the time and
5      place herein set out, and after having been duly
       sworn by me, according to law, was examined by
6      counsel.
            I further certify that the examination
7      was recorded stenographically by me and this
       transcript is a true record of the proceedings.
8           I further certify that I am not of
       counsel to any of the parties, nor an employee
9      of counsel, nor related to any of the parties,
       nor in any way interested in the outcome of this
10     action.
            As witness my hand and notarial seal
11     this
12     _____ day of _____, 2008.
13
14
15
16
            Brenda Smonskey, ELECTRONICALLY SIGNED
17          Notary Public
18
19     MY COMMISSION EXPIRES:
20          2/29/10
21
22
23
24
25

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 287

1          ACKNOWLEDGMENT OF DEPONENT

2

3          I, PETER KRAUS,

4     do hereby certify that I have read the

5     foregoing pages and that the same is a

6     correct transcription of the answers given

7     by me to the questions therein propounded,

8     except for the corrections or changes in form

9     or substance, if any, noted in the attached

10    Errata Sheet.

11

12

13    _____

14          PETER KRAUS

15    Signed this _____ day of _____,2008.

16

17              ---

18          E R R A T A

19              ---

20    PAGE  LINE   CHANGE      REASON THEREFOR

21    _____

22    _____

23    _____

24    _____

25    _____

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire

Page 288

```
 1              ---
 2          E R R A T A
 3              ---
 4      PAGE  LINE  CHANGE        REASON THEREFOR
 5      _____
 6      _____
 7      _____
 8      _____
 9      _____
10      _____
11      _____
12      _____
13      _____
14      _____
15      _____
16      _____
17      _____
18      _____
19      _____
20      _____
21      _____
22      _____
23      _____
24      _____
25      _____
```

US District Court - Delaware                    FINAL - March 4, 2008
Chapter 11 - W.R. Grace                              Peter Kraus, Esquire

Page 289

1          NOTICE TO READ AND SIGN

2

3          A copy of this deposition transcript

4    is being provided to counsel for the witness

5    by JANE ROSE REPORTING for signature.

6

7

8

9

10   _____

11          JANE ROSE REPORTING

            74 Fifth Avenue

12      New York, New York 10011

            1-800-825-3341

13

14

15

16

17

18

19

20

21

22

23

24

25

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 290

**A**

**ability** 36:1 39:24 40:8
63:20 69:3 71:2 74:5
114:18 156:8,24
157:14 168:3,21
169:2,6 227:9
240:15 242:10,14
244:25 245:17 270:2
**able** 30:10 38:15 49:9
50:14,18,19 55:25
60:4 66:15 69:24
108:3 110:20 138:11
157:16 161:23
175:10 238:23
242:15 249:14 253:2
258:7 269:21 272:20
274:2,8 277:3
**ably** 136:19
**absence** 235:14
**absent** 22:15
**absolutely** 174:24
189:24 203:20
212:19 285:1
**ACC** 16:10 30:15,19
31:6,14,25 63:17
67:3 99:9 115:2
**accept** 88:4 112:1,4
160:7 178:4,7
231:21
**acceptance** 229:7
**access** 36:1,2 60:12
60:20 65:15,21
68:13 69:5,15 71:4
71:11 153:12 170:8
172:8,12 175:15
236:7 239:16,25
240:15 241:3,14,16
241:21,21 244:13
245:17 272:1 276:21
276:25
**accommodate** 142:16
144:5
**accountants** 21:17
**accounted** 47:12
**accounts** 103:17
**accuracy** 12:14 82:25
**accurate** 42:6 130:13
181:4 228:22 229:23
230:11,12
**accurately** 17:23
225:6,8
**accusations** 194:1
195:7,11,16
**accuse** 197:22 198:2
**accused** 183:16 191:4
197:24
**accusing** 193:16,17
197:19
**accustomed** 42:19

**ACC/FCR** 120:4
134:21
**achieved** 215:23
**acknowledge** 257:14
**ACKNOWLEDGMENT**
287:1
**acquitted** 136:11
**act** 118:6 184:18,22,22
184:23 185:4,21,24
**acting** 115:25
**action** 117:22 188:18
286:10
**actions** 194:21 203:17
206:18
**active** 106:2
**acts** 195:1
**actual** 23:21 262:9
265:18
**added** 262:1
**addition** 27:2 273:8
**additional** 13:21 14:3
27:16 33:18,22
35:18 65:2,4 90:21
90:25 109:25 239:3
253:2,7,8,23 254:14
257:7 280:5 282:22
**additionally** 64:12
65:1
**address** 48:2 63:19
67:1,5 69:10 143:21
226:23
**Administered** 1:9
**admitted** 100:17
103:16
**adopted** 24:2 29:2,15
34:5 35:8
**adoption** 22:20 23:23
30:21
**advance** 205:16 282:2
**advantage** 189:1
**adverse** 197:6
**advice** 117:22 213:12
**advising** 205:14
**affair** 189:17,20
**affect** 157:14 227:9
**affiliated** 116:18
**affiliation** 109:1
**afternoon** 141:1 270:8
270:9
**aggregate** 53:12,17
54:6,8,9 56:25
109:16 217:11
**ago** 13:9 139:12
149:15 181:12
188:13 191:24 192:3
202:2
**agony** 40:23
**agree** 21:24 31:6,14
34:3,7 35:22 36:4

39:19 40:17 44:15
44:20 54:21 61:21
92:1,11 93:7 154:25
155:6 190:13 195:14
208:5 234:19 249:25
250:1 256:17,19,20
261:19 263:7,25
277:6 279:13
**agreed** 204:24 208:22
**agreement** 18:6 26:14
53:2 190:3 207:15
207:18,20,21,25
**agreements** 23:3,21
24:19 25:13 26:2,11
26:15 27:19,21 28:6
28:14 56:23
**ahead** 230:25 277:19
**Ahearn** 180:21 182:6
182:22 183:2,6
**aim** 144:4
**airplane** 225:24
**airport** 226:22
**al** 1:6
**Alabama** 103:20,21
**Alexandria** 100:23
**alive** 271:9,11 272:7
272:12,15
**allegations** 102:12
193:22 198:16,19
**Allen** 4:6 139:10,11
143:13 178:16
**allow** 98:17 156:16
221:4 227:13 277:3
**allowed** 214:1
**alternative** 47:9
**alternatives** 73:2,5,8
73:10,13
**Amanda** 2:8 114:12
137:4
**amend** 235:9
**amending** 66:3 220:1
**amount** 20:12 22:2
56:10 58:19 102:25
164:22 165:2,4
167:6,7 169:19
234:21
**amounts** 19:21 52:7
53:1,11,22 54:16,17
56:8,15 60:17
**analysis** 100:5 220:22
234:9 272:18
**Andrew** 6:13
**and/or** 24:2 170:4
276:7 278:18
**annual** 19:20
**answer** 9:17,19 15:7
22:14,15 26:1,3,7,10
32:5 43:25 44:10
45:7,18 49:10 69:19

69:21,23 70:13,13
70:15,16,21 76:4
80:5,17 84:2 85:4
95:21 96:16,25
97:21 109:21,23
111:19,24 113:17
115:8,11,21 116:8
122:7 123:23 126:24
127:17,24 128:19
134:6 136:4,13
144:14 146:7 150:20
151:22 153:22 160:9
163:16,17,21,25
164:3 171:19 176:11
177:12,15 180:14
184:25 189:23
195:21 196:6,16,18
199:14 209:9,18
210:21 211:16 212:7
212:12 216:20 219:5
220:7,9,20 221:4,12
223:23 235:9 245:25
252:6 259:2 260:4
260:11 261:1 267:10
272:6 273:13 274:22
275:11,21 276:19
277:6,22 278:7,8
279:4,6,13 280:16
282:17
**answered** 58:1 64:14
81:22 108:20 216:8
281:8 282:8 283:14
283:16
**answering** 23:11
98:18 129:6 258:10
**answers** 53:7 80:21
81:5,18 82:4,15,22
83:1 85:24 86:13,22
88:13,15 89:9,17
95:12 96:5 111:8,11
128:22 129:4,15,18
151:11 152:7,9
213:23 248:12
249:21 251:2,3,12
251:20 260:5 269:22
275:13 281:3 287:6
**anticipating** 8:11
**anticipation** 6:15 7:8
8:1 10:3,15 12:1
**antsy** 135:24
**anybody** 9:6 77:16
141:8,10 148:16
188:4 203:22
**anymore** 191:3 227:15
**anyway** 244:8
**AP** 126:6
**apart** 10:3 79:1 151:21
**apologize** 144:17
225:23

69:21,23 70:13,13 (duplicate already)

**apparently** 31:18
63:18
**appear** 15:18
**appearance** 78:18
143:8
**appearances** 79:4
**appeared** 115:14
142:19 286:4
**appearing** 14:11,13,15
14:18,23,23 15:1,3
16:2 115:18 143:14
274:20
**appears** 23:22 25:6
36:18,22 37:4 43:1,3
74:20 86:19 251:1
**appellate** 191:6,9,11
191:15 192:5
**applicable** 250:12
**application** 80:16
**applied** 31:9,12,17
33:11 34:5 35:8
166:21
**applies** 266:10
**apply** 117:16
**appreciate** 24:21
144:3 213:8 227:21
**approached** 151:5
**approaches** 53:8
220:5
**appropriate** 13:5,18
14:6 16:25 75:25
116:21 117:2 187:3
203:11 205:4
**approximate** 266:25
**approximately** 101:18
130:4
**April** 23:5,5 77:18
271:8
**area** 8:16 31:1 32:6,11
34:4 35:7 59:25
60:18 63:25 142:3
215:9 267:7 281:1
283:3
**areas** 18:22 31:25
37:21 38:7 68:23
99:9 115:3 131:25
**argument** 60:11 218:7
**argumentative** 57:13
60:24 61:19 65:24
66:5 175:18
**arguments** 25:1
**ARLENE** 3:4
**arose** 194:6 195:11
**array** 194:20
**arrive** 26:24 29:9
276:13 278:24
**arrived** 31:10
**arriving** 58:22
**art** 87:19 240:23

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 84 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 291

**article** 181:3,11 182:7
200:12 219:1,8,18
223:7 228:11
**articles** 230:23 231:1
**asbestos** 2:13 6:22
15:18 19:23 20:25
41:3,5,19 50:25 70:8
72:4 73:9,11 87:17
102:22 103:20
106:25 108:23 110:8
110:21,25 118:2,5
121:25 122:20 123:9
132:21 137:14,23
145:5 150:4 155:2
162:8 173:17 181:19
187:18 208:8 212:24
214:5,11,13 223:17
224:7,13 228:19
230:20,21 231:2,3,4
232:10 234:9,10,17
234:23 247:22
248:24 249:22 250:2
250:8 252:16 256:10
257:5 258:22 260:10
260:19,24 261:16
262:1,15 263:9,12
264:2,3,4,20 265:1,8
265:10,19 266:12
267:24 268:18,20
269:17 270:7 273:20
275:8 276:8 278:5
278:19 284:18
**asbestos-containing**
72:6 75:12 257:10
259:18 283:23
**asbestos-related**
268:23
**ascertain** 265:17,22
**aside** 53:1 221:1
263:20
**asked** 9:23 15:17
16:18,24 19:8 25:18
50:18 57:25 65:6
67:10 68:8 70:7
71:18 73:22 74:1
75:13 84:9 87:23
106:16 111:5 135:1
141:20 152:3 158:8
160:4 186:20 191:2
200:17,20 205:12,17
208:20,23 212:16,23
213:22 220:5,25
232:18 238:22
246:23 247:20 248:1
248:3 254:4 257:13
272:25 280:24
283:16
**asking** 8:10 14:21 16:1
18:25 19:3,9 20:6

21:23 25:1,2,3 28:3
28:7,21 34:24 36:11
43:22 47:16 60:14
73:6,12 76:13 98:14
109:17 133:6 135:2
136:8 169:5 174:9
183:19,20 203:12
207:10 228:10
231:13 279:9 281:22
**asks** 19:19 23:20
271:23
**aspect** 87:17
**assert** 80:19 113:12
113:19 115:6
**asserted** 18:18 187:25
**asserting** 187:24
**assertion** 276:25
**assertions** 13:13
**asserts** 113:3 187:22
**assessing** 275:6 278:3
**assessment** 163:6
**assist** 92:6
**assistance** 48:13
**associated** 262:11
**associates** 21:8
**associating** 74:15
**association** 231:4
**assume** 8:2 46:24 58:3
83:4,23 158:18
166:7,25
**assuming** 138:1
158:17,18 178:10
275:14
**assumption** 170:24
262:17,22
**assure** 91:9
**attached** 62:4 96:4
287:9
**attaches** 115:22
**attachments** 138:22
251:15,20 252:12
253:16 255:20
271:22,24
**attack** 187:3
**attacked** 186:21
**attacking** 186:14
**attempt** 266:15,19,21
267:3
**attempted** 179:24
237:12 241:9 245:25
274:24
**attempting** 203:18
236:16,19 259:11
**attempts** 240:21
**attend** 115:4 258:4
**attention** 94:18
**attorney** 58:9 78:10
112:22 151:13
156:13,14 187:11

**attorneys** 24:9 76:22
200:7 203:7 216:13
**attorney-client** 9:15
12:21 26:5 38:9
69:18 117:7 149:25
153:19 160:3 177:10
186:18 191:20
194:18 196:7,13
199:14 203:19
210:19 212:11 222:2
222:5 223:22 275:23
278:9
**attribute** 269:22
**attributed** 228:11
**attributing** 231:2
**August** 271:9
**Austin** 100:15
**author** 7:19
**authority** 113:17
115:10 117:18
136:24 206:5
**authors** 147:4
**automatic** 274:15
**availability** 67:22
132:14 145:25
146:12 147:17
151:16 162:17
**available** 37:12,25
38:17 39:9,11,19
40:12 50:23 53:23
56:17 57:1 60:3 64:4
64:11,18,25 66:14
67:6,18,25 68:2,11
68:20,24 69:4,11
76:9,12 77:23,24
78:9 83:16 85:22
99:2 132:7 133:12
134:3,12,23 135:9
141:19 145:4,9,19
147:14 150:10,23
151:18,19 152:5,6
152:14,20,22 157:20
169:11,14,18 170:5
175:22 233:7 238:15
240:11 245:9 270:11
273:4 285:11
**Avenue** 4:12 289:11
**average** 54:2,11 56:1
57:3,6 109:13,23,24
158:24 271:15
**avoid** 268:15
**awake** 222:7
**awarded** 167:14
170:23 171:6
**awards** 165:5
**aware** 47:21 97:5
99:20 144:25 172:5
202:3,4 229:5
239:13,24 240:4,13

253:10,18 258:1,3,9
262:25 266:4,8
274:12,23
**a.m** 222:11

_____

**B**

**B** 41:4 62:22,24 201:3
275:10
**back** 40:23 44:11 50:8
81:19 82:24 84:11
90:16 98:4,5 99:7
102:22 103:7 106:16
107:15 140:21 143:9
144:11 154:20
177:23 188:20 190:1
194:25 208:7 215:12
230:24 231:17 263:2
277:22,25 282:5,6
**background** 100:10
137:7 268:25
**backsliding** 120:6
**bad** 161:5,25 189:9
**Baltimore** 102:2
**bankrupt** 174:16
**bankruptcies** 245:10
**bankruptcy** 1:1 41:20
42:22 44:5 51:21,21
63:19 64:6,18,21
65:18 66:17 77:18
77:22 101:25 166:12
170:4 174:19,21
175:3 214:6 217:1
218:9,12,15 235:4
239:11,17 240:11,14
241:1,20 243:16,24
244:12,24 245:8,15
245:23,24 246:7
251:13 252:15 257:8
267:18 270:8,25
273:18 274:10,14
280:1 281:14 282:14
283:8,20
**bar** 100:17,22 102:17
102:18 103:17 164:7
186:11
**Barnett** 121:13
**Baron** 3:16 14:24
35:19,20 36:2 76:3
76:13,16,19 79:7,9
102:14 103:1,3,8,12
103:25 104:10,11,19
105:2,17,24 107:1
108:11 109:1,19
110:7,16,23 112:7
112:14,15,18,19,22
113:2,3,9,11 114:10
114:16,19,25 115:14
115:22 116:9,24
117:8,17 118:1,4,10

119:13 120:19
121:20,21,24 122:2
122:15,24 123:1,11
123:21 126:15,16
127:5,8 128:6,11,16
128:24 129:25,25
131:10,16,21 132:7
132:8,15,20,23
133:1,4,12,17,22
134:1,3,12,23 135:3
135:8 136:10,15,18
136:20,25 137:22
138:5 139:1,7,12,17
139:18 140:7 141:22
142:5,7,17 143:14
144:20 145:4,8,9,19
145:24 146:6,11
147:15,16,23 148:2
148:7,11,18,20,25
149:16 150:4,7,10
150:17,24 151:18
152:15,21,25 153:9
153:13 154:3,9,13
154:24 155:19
159:13,15 163:7,12
164:20 167:3 171:22
173:20,25 175:5,11
175:15 176:12,18
177:6,17 178:7
179:5,10,16 180:8
180:11,17,20,25
182:2,11 183:12,20
185:17,23,25 186:7
186:13 187:7,10,18
188:3,3,10 189:15
189:21 190:4,16
191:22 192:7,21
193:6,12,16,17,21
193:21 194:6,16,19
194:21 195:15,19,25
196:9 199:1,8,13,22
200:5,7,21 201:1,7
202:21 204:1,12
205:25 208:12 209:6
209:12,23 210:6,7
210:12,17 211:5,12
211:14 212:3,8,17
218:19 219:12 222:4
222:10,17,20 223:3
223:11,20 224:1,3,8
224:11,23 225:16,17
226:9,11 228:8,9
229:6 235:1,20
238:4,17,23 239:4,8
279:5,10
**base** 259:17
**based** 30:14 31:22
34:25 37:15,18,20
37:21 38:16 53:22

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 85 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 292

55:19 57:23 58:8
59:10 60:1,19 61:5
72:12 82:13 90:22
96:21 110:2 193:18
202:11 203:19 211:2
218:9 221:9 249:21
257:9 266:23 267:11
275:25 276:2,3,5,6
278:11,13,14,16,17
**bases** 157:19
**basic** 73:18 74:25 82:7
**basically** 62:11 63:5
74:22 136:8 202:12
**basis** 19:20 24:3 29:22
29:25 30:11,12 35:3
39:20 54:8,8 60:3
61:11,12 78:6 80:3
80:13 95:20 96:14
97:21 111:24 115:21
117:5,6 122:5 134:6
146:3 151:9 160:3
171:19 191:21
217:11 222:1 234:14
243:11
**Basta** 2:8 13:25 17:11
**bathroom** 213:6
**battle** 181:1,9,14
182:1,20 183:1,7
**bear** 34:1 44:10 91:22
92:5 174:7
**bearing** 117:15
**bears** 259:2
**Beaumont** 159:4
**Beckhorn** 101:15
**beer** 144:8
**began** 10:8 103:22
126:9 272:24
**beginning** 81:23
101:20 103:13
**behalf** 2:2,13,20 3:2,9
3:16 14:18 15:17
110:21 143:14 185:3
211:18 243:9
**belief** 84:6
**believe** 17:21 37:25
114:22 115:5,7,13
139:24 164:13
201:10 203:17 215:4
217:6 227:8 232:16
254:21 256:23
258:14 266:15
268:25
**believed** 204:25
**believes** 117:20
**belong** 117:4
**Bernick** 1:16 2:3 5:6,8
6:9 7:12,15,18 9:16
9:20 11:3,12 14:1
15:6,12 17:4,7,12

19:15 22:4,7 23:7,14
23:15 24:7 25:21
28:20 31:2 32:4 33:2
33:19 35:4,17 37:2,9
37:17 38:3,22 39:7
39:23 40:5,20 42:23
43:5,15 44:8 45:5,20
46:13,20 47:8 49:2
49:24 51:9,23 52:18
54:5,22 55:7,14 57:5
57:17 58:10,15
59:17 60:9 61:1,11
61:24 64:15 65:5
66:1,10,11,23 67:11
68:9,18 69:12 70:1
70:12,20 71:9 73:7
76:1,2 78:3,7,12,14
80:9,18 81:11 83:22
84:8,24 85:21 86:6
86:11 89:5,15,24
91:6,18 92:4,16
93:12 95:7,25 96:19
97:2,23 98:12
104:17 105:1,7
106:14,24 110:5
112:3,17,24 113:10
113:16,24 114:4,8
115:20 117:1,25
120:6,8 122:8,11
126:25 127:12,18,22
128:2,9,20 129:2
131:18 132:2,12
133:19 134:8 135:17
135:21 137:9 138:16
139:6,13,18 140:10
140:17 141:7,25
142:9,15 143:5,11
143:18,23 144:2
145:15 146:8 147:1
147:10 148:5 150:2
151:14 153:21,24
160:6,13 163:18
164:1,6,15 166:6,24
168:13 169:9 171:21
172:1,6 173:3,22
175:9,21 176:4,21
177:5,11,14,20
178:1,4,12,20 179:7
180:16 182:16 184:7
184:24 185:10,19
187:6,16 188:9,16
189:3,11,22,25
192:9 193:9 195:2
195:13,20,23 196:8
196:15,19 197:2,12
199:7,15,20 200:9
200:13,24 202:24
203:8,24 204:7,17
205:3,10 206:1,11

207:7,19 209:10,17
209:21 210:22
211:21,23 212:15,20
213:2,5,8,9 214:3
215:8 216:9,15
217:16,24 218:18
219:20,22 220:8,15
220:24 221:8,19,20
222:6,12,14 223:10
223:24 224:20 226:4
226:25 227:16,24
228:3 229:14 231:16
232:13 233:2,11
239:14 241:10 242:4
242:17 243:14
244:10,21 245:6
246:2,14,20 247:4,9
248:6,17 250:4,20
252:5,9,18 253:12
254:12,23 255:16,25
256:15 257:22 258:6
259:10 260:12 261:3
263:19 264:19 265:5
265:15,25 266:17
268:3,9,11 269:11
269:19 271:17
273:11,24 274:16,25
275:9,18 276:17
277:10,23 279:18
280:9 281:15 282:15
283:5,14,17,24
284:13,19 285:1,6,9
285:15
**Bernick's** 281:7 282:8
**best** 91:22 141:11
180:18,22
**beyond** 15:24 19:1
20:16 23:20 25:8,12
25:19 26:1,3,10
27:16 28:13 33:25
36:17,21 37:3 69:22
159:11 160:25 164:5
207:20 225:1 271:24
274:17,18
**big** 45:22 106:15
158:24 202:16
**biggest** 105:10,13,17
**bill** 186:4,4
**bird's** 108:11
**bit** 18:9 81:19 98:19
99:7,8 100:9 101:23
120:2 153:25 228:7
246:4
**bite** 230:10,14
**blaming** 237:15
**blank** 72:24 73:15
**Blankenship** 121:13
**blanks** 73:17
**blocked** 119:22

**Blue** 120:25
**blunt** 152:11
**boasted** 199:15
**Bob** 141:14 197:14
198:23 203:11
225:14,15,18 226:25
228:1
**book** 81:12
**Borg-Warner** 180:1
**bought** 229:18 230:5
**bound** 178:6
**bounds** 12:23
**boxes** 270:17 285:10
**bragged** 234:4
**brand** 70:9
**brands** 74:3
**breach** 187:10
**breaching** 113:23
**break** 75:24 78:12
80:15 112:21 211:20
213:3,4,12,13
214:21 219:20,23
220:24 227:16
**breakfast** 103:9
**breaks** 226:8
**Brenda** 4:11 286:3,16
**brief** 194:14
**briefing** 187:9 188:4
188:19 190:11,14
192:14 194:8 199:24
207:3,13,23 208:4
208:15 209:13,24
211:7 212:2 218:20
**briefly** 103:5
**bring** 91:22 92:5 94:17
156:9,25 212:10
**broad** 3:13 26:14
64:19 101:4 194:16
266:22
**broader** 25:4,6 62:24
**broadly** 24:18 26:18
33:17 126:3
**brochures** 234:4
**Bromberg** 3:18
**brought** 46:15 109:11
126:15 133:3 144:21
145:21 153:9 157:13
160:16 161:2 167:2
283:21
**Bryan** 3:19
**Budd** 3:16 14:24 35:19
35:20 36:2 76:3,13
76:16,19 79:7,9
102:14 103:1,3,6,12
103:25 104:11,15
105:17 107:1 108:11
109:1,19 110:7,16
110:23 112:7,15,18
112:19,22 113:2,3,9

113:11 114:10,16,19
114:25 115:14,22
116:9,24 117:8,17
118:1,4,10 119:13
120:19 121:20 122:2
122:15,24 123:1,11
123:21 126:15,16
127:5,8 128:6,11,16
128:24 129:25,25
131:10,16,21 132:7
132:8,15,20,23
133:1,4,12,17,22
134:1,3,12,23 135:3
135:8 136:10,15,18
136:20,25 137:22
138:5 139:1,7,12
140:7,10 141:22
142:5,7,17 143:14
144:20 145:4,8,9,19
145:24 146:6,11
147:15,16,23 148:2
148:7,11,18,20,25
149:16 150:4,7,10
150:17,24 151:18
152:15,21,25 153:9
153:13 154:3,9,13
154:24 155:19
159:13,15 163:7,12
164:20 167:3 171:22
173:20,25 175:5,11
175:15 176:12,18
177:6,17 178:7
179:5,10,16 180:8
180:11 183:12
185:17,25 187:7
188:3 189:15,21
190:4,16 191:22
192:7,21 193:6,12
193:16,17,21 194:16
194:19,21 195:15,19
195:25 196:9 199:1
199:8,13 200:5,7,21
201:7 202:21 204:1
204:12 205:25
206:16 208:12 209:6
209:12,23 210:6,7
210:12,17 211:5,12
211:14 212:3,8,17
222:4,10,17,20
223:3,11,20 224:1,3
224:8,11,23 225:16
225:17 226:9,11
228:8,9 235:1,20
238:4,17,23 239:4,8
279:5,10
**Budd's** 112:14 121:21
121:24 187:10 229:6
**buildings** 234:5
**bullet** 230:10,14

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 86 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 293

**bunch** 20:2 90:14
111:5 116:4 135:1
229:21
**burden** 25:9 35:1
**burdensome** 258:16
**business** 101:2
186:12,16 237:22
**butchered** 223:5
**bystanders** 284:21

**C**

**C** 2:1,8 3:1 4:1 6:1
201:4 275:10
**calculation** 259:11
267:14 276:12
278:23
**calculations** 41:21
267:16
**call** 74:12 127:18,19
137:16 140:13,21
227:19
**called** 6:5 9:9 11:16
17:14 95:17 96:16
100:24 119:8 120:12
214:7
**calling** 114:4
**calls** 9:15 15:5 66:7
69:18,22 70:10
275:16
**Cambridge** 235:18
237:20
**cancer** 23:4 43:23
217:23,25 229:16
230:2,19,21 231:3,8
231:25 260:16
272:14,21
**capable** 15:7
**capacity** 14:15,22
274:19
**Caplin** 2:16
**captured** 17:23
**care** 213:21 250:24
**career** 266:7
**careful** 224:21
**case** 1:8 7:1 22:3
24:13 25:19 26:23
33:1,24 34:18,21
52:25 53:6,8 55:20
56:12 57:2 58:7 59:2
61:6 63:21 74:8,16
74:20 75:1 85:1 87:6
88:10 89:12,23,23
90:10 91:12 92:7
107:15 109:15,24
115:15 118:11 119:1
119:10,25 120:1,9
120:12,23 121:3
123:6 127:4 131:3,7
131:8 134:25 139:15

142:18,20 148:3
151:1,2 153:1,2,4,5
154:6 155:5,23
156:16 157:3,15
160:21 161:1,25
164:25 165:3,19
167:2 168:8,17,18
173:2 180:23 183:2
183:3 185:17 207:23
209:6,7 210:16
211:3 215:2 221:21
223:19 224:7 230:19
231:22 232:17,21
235:25 239:11,17
240:2,11 241:1
244:2,13,24 245:16
246:22 252:4 253:5
253:7 254:3 258:14
268:14 273:19 274:3
274:14 275:6,25
276:3,13,15,16
278:4,11,14,24
279:1,3 282:18
283:7,8
**cases** 18:5,6 27:4,6
31:19,20 33:4 34:6
34:23 35:14,19
38:24 39:3 44:6,6,14
44:22,22 46:4 47:6
48:24 49:4,18 51:2
51:15 55:13,15
58:17 59:8 67:15
78:16 103:2 106:25
107:1,10,18,21,23
108:1,4 109:10,12
109:24 110:3,4,8,12
118:19 119:2,11,14
119:18 120:17
121:17,19,22,25
122:18,20,21 123:13
123:20,24 124:4,6
124:10,13,16,19,25
125:9,9,21 126:7,8
126:15 130:4,18
137:23 144:20
149:23 151:23 154:2
154:5 155:19 157:13
157:22 158:1,11
159:6 160:15,20,23
161:2,5,9,16,17,22
161:25 162:20,20,21
162:23,25 163:1,4
164:16,20 165:11
166:19 168:1,2
170:15 177:1,6,22
178:9,11,13,22,23
179:3,4 180:21
182:7 186:2 189:5
189:16 190:5 192:12

192:21 194:17
195:25 196:22,24
197:3,4,5,15,20
199:5 203:18 204:10
204:13,19,23 207:21
210:8,11,25 211:9
212:5,9,17 217:23
217:25 220:1 221:4
221:21,25 223:4,11
229:2,3,16 230:3
231:25 232:9 234:12
235:1,3 237:7,13
240:10 248:11
261:12 266:2,9,20
273:21 275:4,8
278:1,6 279:7,9
280:2,6
**case-specific** 149:17
**category** 237:24
**Caudle** 121:13
**cause** 11:24
**caused** 41:15 223:14
224:5
**caveat** 149:11
**cement** 261:23 263:4
263:5,12,18,21,24
264:13
**central** 87:20
**certain** 6:20 18:15
26:25 27:25 28:1
39:9 44:17 48:8 77:6
129:22 191:1 231:11
238:22 253:23
254:20 257:23
**certainly** 49:16,20
55:25 57:2 86:17
88:16 89:6 106:21
107:17 138:3 139:4
140:3 160:21 169:2
183:10 184:17 187:4
191:18 206:20 208:2
210:23 213:16
218:24 230:13
245:20 252:21 266:1
266:18
**certificates** 272:10
**certify** 286:4,6,8 287:4
**change** 49:3 223:6
227:24 229:6,21
230:7 287:20 288:4
**changed** 101:23
109:25 210:5 222:21
223:1
**changes** 22:20 23:23
223:13 224:4 287:8
**Chapter** 1:4 15:20
19:22 99:24 215:1
236:25 240:20,21
246:10,16 267:9

**charges** 195:4
**Chartered** 2:16
**check** 73:3,5,13
**checked** 215:16
**Cheney** 120:9
**Chicago** 2:6
**choice** 168:16 284:2
**choose** 157:2,3
**Circle** 2:17
**circumstances** 165:9
199:10,24 203:13
284:2
**city** 158:25
**claim** 24:4 27:24 28:1
29:7 41:3,16 64:13
77:16,19,22 79:19
162:6 170:2 173:11
191:17 254:11 271:8
**claimant** 79:12,13,20
83:6,23 149:6
164:20 169:22 233:8
233:13,17 249:11
250:8,22 251:14
252:16,19 272:25
280:16,17
**claimants** 2:14,21
19:24 21:1 23:25
24:10 43:23,23 45:3
45:11,17,21,23 48:9
48:12 64:3 67:14
68:1,2,12 77:4,7,11
78:17 79:18 92:23
92:24 99:17,23
122:15 123:10
126:14,18 127:6
128:4 130:22 132:16
137:15 149:2 150:12
169:12,20 170:19
221:14 223:12 225:5
233:21 246:5 247:17
249:4,9,16,22
251:23 253:17
254:16 255:18 256:2
257:17 258:21 269:7
269:10 270:7 272:7
272:14 280:21,22
**claimant's** 75:4 95:17
149:4
**claimed** 142:11
**claims** 14:19 19:24
21:1 23:4 24:14
26:20 28:23 29:11
29:23 30:9 35:9,15
42:22 43:7,8,17
44:13,16 45:10
46:10,15 47:13,24
50:19 61:11,13
66:16 68:3 98:1,8
99:12,23 110:21,25

122:3,4 133:3
147:14 148:8 150:11
150:25 152:17 155:3
168:20 171:2,13,17
173:12,18 174:20
181:20,21 212:24
214:6,25 215:6,18
215:25 216:5,5,14
216:17 217:4,4,7,11
218:2,15 238:3
241:12,15 246:5,6
247:18 255:10
260:16 261:6 268:17
269:16 274:5,6,7
283:21 284:1,4
**clarified** 273:13
**clarify** 21:3 267:10
**class** 14:5
**cleaning** 264:15
**clear** 124:19 133:5
147:11 169:16 259:5
281:21
**clearer** 145:17
**clearest** 136:3
**clearly** 12:23 14:20
15:7 48:7 147:5
149:25 199:13
204:22 210:18
**client** 26:25 27:25
32:24 34:16 36:2,9
39:17 49:11 71:15
72:1,2,15,19 74:1,5
74:10,17 80:24
82:10,11,24 84:6,9
84:12,16,19 85:2,9
85:15,18 86:19,23
86:25 87:10,16,21
88:9,17 90:1,16,22
91:1,2,4,8,10,17,20
93:8 94:6,22 95:11
95:15 96:10 97:4,11
97:15,21 117:5
119:7 129:14 130:17
131:5,20,21 141:13
145:14,14 156:15
168:2 170:12 210:18
210:25 211:4 216:19
221:7,15 227:6
229:6 231:18 254:9
260:15 284:17
**clients** 14:18 32:18,21
38:5,8,13 46:12 48:9
48:19 49:1 50:2
57:11 67:8 69:14,16
69:25 71:13,22,23
72:13 73:25 74:1
75:11,14,14,22 76:7
76:17,23 82:6 86:15
86:21 87:3 90:6

US District Court - Delaware
Chapter 11 - W.R. Grace

92:19 100:2 101:7
110:22 111:6,7,8,15
111:17 112:8 115:23
116:16 117:17
123:17 125:8,17
126:22 128:11 129:7
129:25 130:10
131:11 132:8,20,22
132:24 133:13,17,18
134:4,13 135:10
145:5,20 150:7
153:14 158:4,12,16
159:23 167:17 170:2
171:1 179:16 189:9
194:20 205:2 210:8
210:10 211:9,15
217:8,10,21 220:17
221:10 224:15 233:4
241:12,14,22 242:3
242:7,11,24 243:9
243:18,25 244:6,14
246:8 252:11 253:14
254:4 255:19 258:16
260:8,15 266:12
267:20 273:12,13,20
281:10 282:10
283:21 284:9,21
**client's** 33:24 82:25
85:17 87:8 91:3 94:3
94:18 125:14 141:14
204:9 210:11,16
221:9 236:22 250:19
267:4 280:2
**closed** 257:24
**closure** 204:12
**club** 11:4
**clue** 256:5
**coached** 193:13
**coaching** 192:22
193:5
**colleagues** 227:25
**collected** 165:3
170:24 171:6 270:21
**collecting** 62:25
166:16 175:7
**collections** 81:16
**collectively** 62:3
**COLUMBIA** 286:1
**combined** 170:4
**come** 15:22 29:6 44:10
48:9 50:12 69:15
71:22,23 84:19 85:7
102:19 133:20,25
207:8 255:13 267:8
**comes** 34:4 60:16
67:22 74:10,23
88:10 97:13 132:13
162:10 240:25
256:24

**comfortable** 12:13
**coming** 161:5
**commercial** 100:24
101:3
**commercially** 262:1
**COMMISSION** 286:19
**COMMITEE** 2:13
**committed** 280:25
**committee** 3:2 15:18
41:20 137:14 138:12
140:8 214:11 270:7
**common** 250:5 284:7
**commonly** 261:25
**communicating**
194:19 242:2
**communication** 72:1
**communications**
32:18 38:5,10 242:6
**companies** 54:0 55:1
55:2 101:7 110:16
124:11,21,22,24
125:18,23 179:21,21
179:24 183:25 184:9
246:9,16 249:20
**company** 55:10 68:3
84:17 102:4,5
174:20 240:19
**compare** 54:3,15 57:2
57:18
**compared** 52:13 53:18
**comparison** 57:22
264:3
**compel** 236:19 237:12
243:8 244:19
**compelled** 83:15
85:11 237:23
**compensatory** 165:4
171:2
**compilation** 99:14,21
**compiled** 129:18
**complaint** 52:1
**complaints** 51:19
126:11
**complete** 114:17
248:22
**completed** 103:23
249:3
**completely** 248:20
**compliments** 144:3
**complying** 21:21
**compound** 91:24
**conceivable** 52:3
**conceivably** 49:22
**concern** 158:6,7
170:16
**concerned** 250:17
**concerning** 136:14
198:10 219:25
248:23

**concluded** 285:17
**conclusion** 15:5
**concrete** 152:10
176:22
**condition** 190:20
196:10 206:22
**conditions** 72:10
190:8,9 192:11,13
**conduct** 15:19 52:22
52:23 192:14 196:3
200:5 201:14 208:15
214:8 236:9 246:25
282:19
**conducted** 77:3
154:18 192:21 194:8
199:8 201:15 234:13
**conducting** 164:9
184:10 194:13 212:1
**confer** 80:15,20
284:25
**conferred** 219:23
**confidential** 38:9 53:2
200:15,18
**confidentiality** 53:4
56:23
**confine** 37:10
**Congress** 186:3
**connected** 105:25
106:5,12,18
**connection** 8:8 10:6
13:2 17:18,24 35:24
60:15 64:2 65:17
68:11 78:15,17 79:3
80:12 81:13 114:19
128:4,14 130:19
139:14 142:18
148:23 181:21
182:13 184:18 185:3
185:13,21 186:22
190:10,16 204:2
207:11 247:5 257:25
259:9 263:6
**consequence** 9:24
88:2 133:8
**conservative** 158:24
**consider** 21:21 162:5
**considerably** 25:6
168:11
**consideration** 174:24
211:13,13 212:9
216:4
**considered** 158:19,21
158:24 174:18
**considers** 220:6
**consist** 270:18
**consisted** 270:19
**consistent** 201:19
**consolidated** 162:21
163:3

**consolidation** 162:19
162:20
**consternation** 136:17
**constituent** 234:9
**constitutes** 268:20
**consulted** 141:13
**contact** 9:6 51:11,20
133:21 143:16,22
**contacting** 51:25
**contain** 12:20 88:20
150:9 259:18
**contained** 62:5 63:7
252:13 271:24
**contains** 137:17
**contaminated** 262:2
**content** 147:21
**contents** 150:20
**context** 29:18 42:21
182:19,24 206:21
218:9 261:21
**continue** 116:19
138:13 272:5
**continued** 3:1 4:1
144:1 246:8
**contractors** 235:12
283:3
**contrast** 136:19
**contributed** 41:2
269:2
**contributing** 268:20
**contributory** 231:8
**control** 143:3 156:9
164:8
**controversial** 179:9
**controversy** 192:20
193:2
**conversation** 8:23
9:13 22:10 23:9
164:7 203:6
**conversations** 31:23
210:18
**convey** 206:12
**conveyed** 142:25
206:15,16
**cookies** 135:23
**cooperative** 136:2
268:4
**copies** 23:2
**copy** 1:24 17:10 289:3
**Cordis** 102:6
**corners** 25:13 26:2
28:13
**Corning** 125:24,25
**corporate** 141:14,22
**correct** 12:16 14:10
17:25 27:9 30:17,22
31:17,20 32:1,6,12
33:14 34:10 35:20
36:6,19 37:5 38:1,17

38:25 39:13 40:1,13
41:11,17 42:19 43:1
44:17 46:5,18 48:10
48:16 50:21 54:1
55:11 56:11,18
57:15,24 58:18
59:14 60:4 61:17
64:6 68:4,14 71:5,15
77:13 78:1 82:16
83:18 85:25 88:8,23
89:9 92:7 93:14,15
93:19 100:16,20
104:9,23 105:18,19
105:21 106:6 108:5
111:14 118:24,25
119:3,16,20 127:25
130:1,6 131:13,23
132:9 140:1 160:22
167:10 168:4 172:8
176:8,13 177:2
178:3,24 181:16,22
182:9,17 184:18
185:4,14 186:8
189:6 192:22 193:14
193:23,24 194:9
195:5 199:1 201:8,9
204:3,13 205:6,13
206:14 207:24 208:4
208:16,22 209:1
211:1 217:19 220:11
222:21 223:8 233:8
233:9,13,14,17
236:4 238:7,20
239:20,21 241:7
242:3 244:15 245:2
246:13,17,19 247:10
247:22 248:9,10,21
249:5,6,10,23 250:9
251:3,6,7,9,10,15,23
252:16 253:19
254:16 257:17
261:18,24 262:23
263:15 264:22 265:1
266:3,12,20 267:24
268:2,21,22 269:7
269:17,18 273:2
280:3,4 284:20
287:6
**corrections** 287:8
**correctly** 165:10
222:24
**correspondence**
32:20
**costs** 210:4
**counsel** 113:1 115:14
115:18 116:1,1,13
116:14 117:22 118:6
118:12,20 123:14,24
138:12 140:9 141:14

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 88 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 295

170:15 191:3 196:11
199:6,9,23 200:22
201:3 202:23 203:21
205:15 206:19
214:15,18,22 224:22
224:23 225:15,16
286:6,8,9 289:4
counsel's 112:2
213:11
count 50:10
country 50:25 167:4
county 119:8,9,15,19
120:1,14 121:11
156:1,4 158:21,23
178:17
couple 76:1 211:21
213:14
course 24:9 41:19
60:11 79:19 123:7
130:14 148:8 165:14
203:2 218:6 232:8
237:22 241:9 247:14
court 1:1 4:11 21:25
22:15 143:15,20
197:19 198:17,20
268:14 273:19 282:3
courts 191:6,9,11,12
191:15 192:6
cover 139:1
covered 115:3 218:22
cozy 135:22
co-worker 82:19 93:25
94:12 95:3
co-workers 92:14
93:17 233:24 242:6
242:10 249:9,13
251:22 252:1,1,24
253:1,3,7,8 273:8,12
273:14 282:23 284:5
create 161:10,12
created 61:4
creates 230:21
creating 151:25
credit 165:15
Creditors 3:3 15:18
41:20 214:11
crime 191:19
criteria 22:21 23:24
24:1 26:8 29:2,4,5
29:15,17 30:8,12,17
30:22 31:3,8,11,13
31:16 33:10,16 34:5
34:12 35:2,8 67:13
67:16 154:1,4,7
186:4,4 220:6
critical 139:21
criticism 182:2
criticisms 180:9
183:21

cross-examination
39:10 40:11 60:22
cross-examine 38:16
40:19 69:3 277:4
crowd 135:22
cumulatively 231:5
cure 272:21

D

D 2:15 3:10 5:1 6:1
Dallas 3:20 102:16
103:4 119:14 120:10
120:12,21,22,23
158:21,23 178:15
181:2 186:8 194:2,4
199:16,18,18 200:10
201:1 218:24 219:1
219:3 224:14 228:12
damage 171:2 172:24
276:7 278:18
damages 162:9,13,15
162:17 167:13
170:10,21,23 171:5
171:15 172:18
data 262:9 264:18
database 127:5,8,15
127:23 128:3 150:3
150:6,9,14 255:8,11
255:12,13,14
date 7:21 77:17,22
147:4 228:13 246:7
251:12
dated 13:12
David 1:16 2:3
day 135:18 140:24
255:5 286:12 287:15
days 13:9 135:20
285:13
dead 271:13 273:1
280:12
deal 12:21 27:1 38:3
197:6 202:15 226:8
255:5
dealing 35:19 183:5
233:3
deals 22:19
death 271:21 272:10
272:23
Debtors 1:7
decade 107:25
decide 42:15 116:20
163:24 177:6 213:16
decided 45:17 49:8
178:23 185:11
189:15 195:25
203:10 206:25
208:19 222:19
270:12
deciding 47:10 211:8

decision 18:13 19:6
116:3 163:19 175:14
176:5,19,23,24
177:22 205:15,18,24
205:25 206:13
208:18,20,23 277:19
decisionmaking
175:24 178:21 179:2
decisions 116:11
212:3
declared 166:12 267:8
decline 18:20
declined 144:9
decreased 218:10
defend 131:6
defendant 42:16 49:5
50:2 51:3 52:4,25
53:3 57:7 59:2,22,24
88:2 110:23 123:4
123:12,21 124:1,8
124:12 157:13
160:17 161:10,13,18
161:24 162:16
165:11,16 166:8,16
167:21,25 168:15
173:4,8,19 174:6,7
174:21,25 175:12
179:21 196:10
273:20,22
defendants 24:14 41:5
46:24 47:11 48:14
48:15 49:13,19 50:4
50:11,20 51:4,12,14
51:20,25 52:11,14
52:22 53:6,13,19
54:3,7,10 55:17 56:2
56:10,17 57:1,4,21
58:17 59:12 60:18
72:21 109:11,18,25
110:3,6,12,16 122:4
122:21 123:2 124:16
125:5,12 126:2,12
157:20 164:18,21
165:1,6,21,24 166:1
167:9,12,15,16,20
168:8,17,18,19
169:13 173:10,13,23
174:10 247:1 250:9
250:17 284:8
defendant's 157:23
267:1
defended 123:17
129:23 132:23
defense 101:5 102:23
119:3,6,10,19,22,23
120:18 156:5 157:8
167:21 266:14
267:16
define 198:11

definitely 47:15 222:6
definition 42:17,18
degrees 136:16
DELAWARE 1:2
delivered 13:20
demand 207:1,11,17
demands 54:24,25
55:1,5,9 171:16
demonstrating 172:15
denial 193:25 194:1
denying 193:22
depend 16:17 20:21
85:1 89:12 166:15
168:14 232:2 250:11
263:15
depended 101:8 153:4
154:11
depending 74:9 81:24
89:1 90:10 109:14
138:6 160:19 264:11
depends 74:7 198:11
deponent 3:9 6:24
10:21 141:23 287:1
deponents 10:18
deposed 10:22 11:9
11:11 247:14,25
deposition 1:12 5:2
6:14,15 7:8 8:1,6,14
9:4,7,11 10:3,7,15
12:1 14:14 17:19,25
22:11 61:10 79:4,5,9
79:10,21,22 80:23
81:2 86:20 87:1,8,22
87:22 88:11 89:1,7
89:22 91:2,9 92:19
94:17,24 112:16
114:5,13,20 115:5
120:4 122:9,25
123:5,17,25 129:8
129:14 130:17 131:5
135:25 136:22
138:13,18,25 140:23
141:11,16 142:2,23
143:4 149:11 164:9
179:14,18 182:8,20
193:7,8 225:18,21
226:2,13 227:1
228:1 247:11,20
248:2,2,4,5 274:19
275:12 281:24
283:25 284:15
285:17 286:3 289:3
depositions 27:3,14
78:18 80:12 81:14
90:6 111:9,16,20
122:16,23 123:10
126:14,22 128:5
129:24 130:9,22
131:11 133:10

148:23,24 149:12,15
149:23 234:16
236:20 247:6 249:18
250:6 251:8,9,11,21
270:19
describe 70:3,6 72:2
75:23 138:20
described 10:4 33:17
59:4 63:17 99:11
101:22 266:23
280:24
describing 61:22
115:2
description 152:12
deserved 203:22
designated 31:1
designed 200:2
276:16 279:2
detail 72:3 74:1 192:2
details 219:8,10
determination 117:11
172:23
determinations 59:10
determine 32:17,22,23
39:24 40:8,18 54:2,6
54:14 56:3 60:16
65:3,19 68:24 153:7
153:10 169:17
232:14 254:9 275:25
278:11 282:24
determined 12:5 14:6
170:18
determines 266:5
determining 27:5
171:15 172:14 173:1
233:4 266:11
developed 24:2 34:13
85:19 168:3 252:23
276:2,4,6 278:13,15
278:17
development 269:3
diagnosed 44:22
74:14 268:23
diagnoses 44:18
dial 113:25
died 273:9
difference 65:19
202:16
different 48:15 52:24
57:10,10 66:15
68:23 75:21 76:5,6
78:22,23 84:13
96:11 98:20 109:17
110:3,4,6,15,22,25
111:10 115:12 117:9
122:2 123:5,9 138:6
140:20 142:16 155:9
155:10,11 164:17
189:4,12,13 191:23

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 89 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 296

226:10 255:14
259:24 264:21
**differing** 82:17 131:2
**difficult** 62:15 240:19
**diligently** 257:14,21
**dimension** 88:6
**direct** 69:19,21 96:25
97:20 111:23 122:6
123:18 171:18
**directed** 11:18,19,22
12:7 14:8 270:23
**directing** 113:6
**direction** 251:16
252:13
**disagree** 47:13
**disagreed** 193:10
**discarded** 154:22
**disclosed** 90:6 179:20
193:19
**disclosing** 147:21
**disclosure** 86:8
116:23 146:24
179:14 180:9,10
181:15 275:16
**disconnect** 226:17
**discoverable** 189:21
**discovery** 27:3,15
62:3,6,10,14 63:3,7
63:11 65:2 72:12
85:15 89:4 90:14
95:24 96:4 108:20
110:1 179:22,25
183:11,25 184:10
188:19 189:18
190:14,23 191:14
192:14 194:8,13
196:3 203:12 207:2
207:6,13,15,22
208:15 209:1,13,24
212:2 234:13,20,21
234:25 235:5,7
236:9,18 237:13
238:16 239:2,7
240:19 243:8,12
244:1,6,8,19 245:21
253:11 274:9,13
277:16 282:19
**discovery/trial** 67:17
**discuss** 9:7 41:14 48:4
63:6 65:7 72:4 73:19
152:13 211:24
**discussed** 12:4 115:1
173:20
**discussing** 41:1 62:5
**discussion** 22:6 32:25
114:7 127:21 173:24
175:4
**discussions** 24:3
27:25 179:2 195:18

**disease** 223:1 224:16
231:20 268:21,23
269:3 276:9 278:20
**disposal** 93:2
**dispute** 184:13 188:14
188:17,22
**disputing** 182:18
**disqualification** 189:2
**Disqualifying** 189:8
**disregard** 172:3
**dissatisfied** 102:24
**distinction** 136:12
**distinguish** 221:11
**DISTRICT** 1:2 286:1
**divide** 54:9
**dockets** 50:25
**document** 7:19 10:11
10:14,19 11:18,25
12:17 13:3,17 17:16
17:17 18:16,17,22
19:4,7 24:6 47:22
58:24 59:4 61:25
75:2 95:16 96:7,12
96:20 97:3,18 98:2,9
98:16 138:19 150:22
151:25 172:4,10
187:9,22 188:4,20
188:25 207:13,23
208:4,16 209:14,25
212:2 235:21 236:18
236:24 237:20
270:12
**documentation**
171:12,14
**documented** 268:24
**documents** 6:16,18,21
7:11 10:5 11:23,24
12:6,8 13:21,24 14:3
14:5,9 16:9 18:6
19:8,19 20:4,8 22:19
23:13,22 24:18 25:7
26:9,16 27:7,10,16
27:17 32:10 33:7,7
33:15,18,25 34:8,14
35:1,3,6,13,23,23
36:5,7,12,14,18,23
36:25 37:4,12,16,23
39:25 40:9,18,25
41:11,12,14,24 42:2
42:8 47:17 48:1,3,5
49:25 50:5,7,13
56:14,15,21 58:4,9
58:11,18,22 59:13
59:20 60:3,20 62:4
63:6,13 64:24 65:7
71:5,11 87:5 95:14
97:24 98:6,21,24
99:1,19 132:19
133:20,22,23,24,25

134:9,14,15 135:7
145:7,24 146:10,17
146:19,20,23 147:16
147:18,22,22 148:1
149:1 151:9,15
152:4 154:12,15
159:13,21,25 163:5
164:4 172:8,9,11,13
176:10,12,17,19
234:2,15 235:18
236:6,13 237:23
238:6 240:16 242:19
242:22 243:2 270:10
275:5 277:9,12
278:3 282:20 285:10
**Doe** 95:3
**doing** 14:20 38:14
46:11 47:2 59:11
100:24 102:2,11,25
190:21 198:7 199:1
226:24 234:12 283:7
**dollar** 52:10 53:22
**dollars** 53:13 216:24
217:15,17,19
**domain** 41:23
**door** 276:19 281:21
**doubled** 46:16,16,21
46:24
**doubt** 240:3
**dozens** 48:15
**draft** 97:8
**dramatically** 43:9 44:1
44:23
**drawn** 24:6 155:23
**Drive** 2:5
**drop** 190:13 192:13
207:1,12 208:3
225:12
**dropped** 231:3
**drove** 57:9
**Drysdale** 2:16
**due** 56:9,10 114:17
170:9,20 172:17
264:25 265:10
**Duke** 100:13
**duly** 6:6 141:5 286:5
**Duncan** 139:17
**duration** 232:3
**dust** 262:15,15,20
264:25 265:8,10
**duties** 263:15,17
264:12
**duty** 264:14
**dynamic** 210:5
**D.C** 1:15 2:11,18,25
144:4

_____
E
_____
**E** 2:1,1 3:1,1 4:1,1 5:1

6:1,1 287:18 288:2
**earlier** 7:1 130:20
147:19 261:9 267:10
275:12
**early** 103:7 130:16
**earn** 20:24
**earned** 19:21 22:2
**easier** 100:3 166:25
**East** 2:5
**Easter** 103:5
**Eastern** 141:19
**easy** 19:17 236:7
**economic** 204:11
229:19 230:6
**edge** 36:10
**effect** 88:14 165:23
185:11
**effectively** 165:1
**effort** 145:16 190:23
267:22
**efforts** 88:21 114:8,10
173:12 179:20 185:3
186:18 187:5 192:13
208:14 223:4 238:25
239:7 242:21 243:1
**eight** 18:10 107:3
**either** 30:14 55:8,8
72:14 76:15 97:14
116:15,24 123:17
155:19,25 160:19
161:4 162:5 167:3
169:8 174:19 238:4
240:12 261:10
**elderly** 273:16
**election** 115:4
**Electric** 125:25
**ELECTRONICALLY**
286:16
**elements** 108:7
**elevator** 140:20
**eleventh** 168:10
**Ellis** 1:17 2:4,9
**else's** 148:16 202:18
262:12,18
**emphasized** 173:11
**employee** 286:8
**employees** 108:19
230:9
**enable** 265:7
**encompassed** 28:8,17
**encourage** 227:12
**encouraging** 141:10
**engage** 64:12
**engaged** 204:23 211:6
239:2
**enormous** 88:1
**ensure** 116:15
**entail** 146:16
**entered** 23:24 24:19

190:3
**entering** 192:11
**entire** 44:16 88:15
104:11
**entirety** 142:2
**entities** 101:17
**entitled** 146:14 147:5
216:10
**entity** 180:3 194:22
**Errata** 287:10
**ESQ** 2:3,8,15,22 3:4
3:10,17
**Esquire** 1:13,16 4:5,6
**essence** 63:9 64:16
**essentially** 19:20
62:24 63:25 101:21
180:12 194:21 197:7
229:20
**Esserman** 3:17,18
114:13 135:13,16,16
135:19 137:2 138:3
139:2,11,16 140:2
140:15,19 141:12,12
142:6,13,25 145:11
146:2,18 147:8,25
149:24 151:12
153:18,23 160:2,10
163:15,22,24 171:23
177:9,13 178:3
179:1 180:13 184:2
185:5 186:25 187:15
189:19,24 192:25
195:17,22 196:5,12
196:17 199:11,17
200:6,11,17 203:5
204:5 205:9 209:4
209:15,19 210:15
211:10 212:6,19
222:3 223:18 225:11
225:15 226:5,19
227:13,25 229:9,13
279:4
**Esserman's** 113:15
**establish** 47:23
236:14
**established** 284:22
**establishing** 35:1
**estimation** 137:16
214:17 270:1
**et** 1:6
**evaluating** 162:5
**evaluation** 58:6,7
223:19 275:24
278:10
**event** 117:23 142:21
168:19 200:3
**events** 198:9
**Eventually** 230:15
**everybody** 74:23 94:2

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 297

138:1 141:7 221:1
226:17 227:4
**evidence** 24:13 31:12
34:19,21,22 55:20
61:5,6,17,23 64:5,10
65:4 67:15,18 68:14
68:22 86:3 90:3,11
93:8 96:9 152:14
191:7,17,19 228:21
233:6,18,21,23
234:2,7 236:3 241:1
241:8,20,23 242:7
242:11 243:16,17
244:12,18,22 245:14
250:18 252:22
253:17,23 254:8,14
254:15,20,21,25
255:21 256:9,13,14
256:16,17,20,21,22
256:23,25 257:3,15
257:25 258:12 260:8
260:17 262:5,14
265:6,9 266:2,8
276:2,4,5,6 278:13
278:15,16,17 281:9
281:12 282:9,12,20
**evidently** 141:18
**exact** 123:16 205:5
**exacted** 190:8
**exacting** 52:9 53:22
224:23
**exactly** 43:20 60:14
71:18 152:20 210:1
221:23 228:23
253:22 285:14
**examination** 5:5 6:8
123:18 144:1 270:3
270:4 283:11 285:8
286:6
**examine** 36:6
**examined** 6:6 141:5
286:5
**example** 19:17 74:11
74:12 253:3
**examples** 42:7
**exceedingly** 105:24
**exception** 142:3
191:20
**exceptions** 157:25
158:10
**excised** 272:21
**exclude** 34:2
**exemplars** 14:9
**exhaustive** 254:7
**exhaustively** 247:21
**exhibit** 5:13,14 17:6,8
17:14 24:24 62:4
120:5 138:15,17,17
138:18,20,22

**exhibited** 125:17
**EXHIBITS** 5:11
**exist** 50:7,13 154:15
**existed** 45:12 75:21
96:21 135:7 145:7
146:10,21 147:22
281:9,23 282:9
**existence** 36:25
171:24
**existing** 194:22
**exists** 21:16,19 58:4
76:24 254:15,21,21
**expect** 68:8 271:12
277:6
**expecting** 7:15
**experience** 37:19,20
37:21,24 38:2 40:10
58:8 59:10 60:2,19
73:17 170:22 171:3
171:4 201:18 222:16
222:17 240:18 275:8
276:10 278:5,21
**experiences** 38:15
**expert** 284:14
**experts** 266:15,19,21
266:24 267:3,11,23
**EXPIRES** 286:19
**explaining** 259:3
**explanation** 45:6
**explore** 249:20 250:2
259:23
**exposed** 70:8 72:25
73:9,23 74:2 75:5
82:12 84:6 86:15
87:24 93:10 94:2
96:10 97:16 233:22
242:11 249:22 250:3
262:10 264:5 284:21
**exposure** 34:21 65:4
65:13,16 66:17 67:7
67:23,25 68:14
71:13,19,24 74:18
83:5 85:25 87:11
88:17 89:8,19 97:16
97:25 98:8 125:14
125:16 126:8,9
130:24 131:23 132:7
132:17,20 134:4,13
134:24 135:10 145:5
145:10,20 146:1,12
146:24 147:13
148:15 149:2,4,6
150:11,16,24 151:17
152:5,16,21 153:3
166:20 223:17
224:12,17 225:4
228:16 230:20,21
231:2,4,6,7,10,11,19
231:21,24 232:3,5,6

232:10,15,22 233:3
233:4 234:2 235:11
235:24 241:17,22
242:7 243:18 244:7
244:14,25 245:17
248:23 250:7 252:3
252:15 253:17,24
254:14,15 256:25
257:15 260:18,23
261:12,16,21 262:6
263:11 264:2 265:18
265:23 266:5,11
267:1,4,12,12,17,24
268:19,24 269:1,17
281:9 282:9,21
284:6
**exposures** 68:4 72:4
97:19 125:8,10
133:13 229:1 231:10
247:21 248:24 257:8
263:9 264:16 266:22
270:21
**expressed** 188:3
206:17,20 229:1
230:13
**extension** 198:3,4
**extent** 15:4 18:19
22:13 28:11 29:4
34:24 38:6 39:16
43:21 53:21 57:8
63:24 64:4 66:6
69:17,22 76:24
96:15 117:19 139:3
140:6 156:8 214:10
220:4,15 222:3
251:11 269:21 273:3
275:13,15 281:25
**extra** 17:10
**extraordinarily** 236:6
258:15
**extraordinary** 194:20
195:1
**extremely** 167:22
264:3
**eye** 108:11
**e-mail** 8:25 32:20
114:12 137:4 143:15
143:21,21,24 226:5
**e-mailed** 141:17

**F**

**facilitate** 22:10 227:7
**facility** 226:22
**fact** 15:18 56:8 61:14
87:20 90:5 105:12
105:16 114:25 116:7
122:22 134:9 136:17
137:19 138:25
146:20 151:15 158:8

181:13 183:23
189:14 193:10
195:24 196:2 200:25
208:25 209:22 212:1
218:21 273:15
**factor** 162:2,10,18
211:7 268:21
**factors** 41:1 48:1 56:9
56:11 57:9,19,21
157:5 162:4 163:13
211:12 212:8 214:8
276:11 278:22
**facts** 55:19 110:2
153:8,11 211:2
235:24 249:15
275:24 278:10
**factual** 207:10
**factually** 219:3
**fair** 16:8 28:15 30:3
64:21 88:14 130:15
148:21 156:22
157:24 167:5 184:18
184:22,22,23 185:4
185:21,24 210:25
211:3 234:21 243:13
246:3 252:10 254:24
260:13 263:2 283:5
**fairly** 14:17 204:25
226:2 250:5
**fairness** 24:4 29:22
30:2,4
**faith** 84:6
**fall** 103:14 181:16
182:10 272:8
**false** 195:8,12
**falsely** 193:18
**familiar** 16:12 87:10
111:2 121:21 126:17
126:21 127:13
128:10,21,25 129:3
129:6 130:23,25
132:4,6 133:11
134:10 148:7 149:2
151:24 178:19
199:21 239:9 258:13
**familiarity** 107:17
121:23
**family** 276:7 278:18
**famous** 275:1
**far** 12:15 13:6 251:18
279:4
**fashion** 9:1 20:7
**fast** 88:14 89:25 229:9
**faster** 62:19
**fault** 165:17
**favor** 162:13 204:9
**favorable** 156:11,15
156:24 158:3,12,15
158:17,19,22 159:2

**FCR** 16:10 30:15,19
31:7,15,25 63:17
67:4 99:10 115:2
**feasible** 243:25
**February** 13:12
**fee** 216:13
**feel** 143:2 195:3,10
197:18
**fees** 21:5,6,10 215:17
215:20,21
**felt** 12:22 158:3,12
191:5 197:18 198:22
198:25 205:4 206:12
231:19
**fiber** 231:5 232:14,22
267:13
**Fiberboard** 125:24
**Fifteenth** 2:10
**Fifth** 4:12 289:11
**fight** 194:25
**fighter** 181:1,8,14,25
182:12,13
**figure** 51:1 53:20,21
217:9 279:19
**file** 26:19 45:10,17
48:12,13 59:8 95:17
107:1 126:20 131:4
149:18,18,21 150:18
150:21 151:21
156:14,19 157:3
174:19,20 253:25
254:2
**filed** 43:7 44:13,16
50:9,20 51:19 64:6
81:20 99:25 109:24
128:22 158:1 159:6
164:20 166:20
174:21 215:1 221:15
235:3 236:25 270:24
271:7 272:16
**files** 27:3,11,21 28:6
28:15 32:16 34:9,16
35:13,19 36:2,3,9
38:5,10,17 39:12,18
40:10 50:15,16,17
59:5 64:24 65:3
68:13 69:6 83:10
84:14 126:18,19
152:25 153:13
154:23 163:7,11
175:16 241:4 250:22
251:14 254:22 255:1
280:22
**filing** 15:20 20:13
46:21,23 77:17,21
115:1 138:2 217:3
251:13 252:15
**filings** 19:22 24:4
29:24 30:9 41:3,16

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 91 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 298

47:19 107:12
**fill** 64:18 65:22 70:2
72:16,19 73:8,10,15
74:5,21 128:12
137:6 246:23
**filled** 63:9 65:8 66:19
68:1 71:12 74:8,19
77:5,7,12,15 79:12
79:18,21 98:23
100:2 128:13 148:14
246:22 247:18,19
248:8 249:1,2,17
250:22 251:19
252:12 253:14
255:18,19 256:2,8
257:9 272:7 281:23
**filling** 64:2 65:9,11
66:14 68:12 98:2,9
111:7 241:18 271:14
**FINAL** 1:24
**Finch** 2:15 5:7 11:6,9
15:4,9,17 16:22
17:10 22:1 25:16
28:19 30:23 32:3,13
34:11 35:10 36:20
37:6 38:19 39:6,15
40:2,14 43:10,19
44:25 46:7 49:21
51:6 52:16 54:20
55:12 56:20 57:12
57:25 58:13 59:15
60:5,23 61:18 64:7
65:23 66:2 68:6 69:7
71:6,8 75:24 83:20
84:22 91:13,24 92:8
93:4 98:3 104:25
105:5 106:7 109:20
112:10 120:4 140:16
163:17,24 164:3
166:3,14 168:5,23
172:19 173:21
175:17 176:14
177:18,25 178:16
184:4 186:24 187:13
188:6 189:7 191:25
192:23 194:10
196:24 199:3 202:19
203:15 204:4,16,21
205:8,22 209:2
210:14 211:19 216:7
217:22 218:12
219:14 222:10
239:12 241:6 243:21
245:4 247:24 253:21
254:17 255:14
256:11 257:19 258:2
260:25 263:13 264:7
266:13 267:25 268:7
270:5,6 272:3,4

273:17 274:1,21
275:3 279:15,23,24
281:5,6 282:4,16
283:9,12,18 284:11
284:16,24 285:4
**find** 49:9 84:12 139:10
150:15,15 152:24
175:10 186:15,21
200:2,7 222:19
236:3 242:11 250:7
255:21
**finding** 191:10 241:16
277:17
**findings** 191:16,18
**fine** 17:3 34:1 35:5
112:24 138:16
152:10 160:25
199:19 200:12 225:2
255:2 272:3 277:5
**finish** 141:11 213:15
268:5
**finished** 283:10
**fire** 190:12,22 196:11
205:15 275:1
**fired** 197:14 203:12
206:9,14
**firing** 190:18 229:21
**firm** 1:17 9:6 15:25
16:3 19:21 20:12,24
22:2 32:11 44:1,3
47:2,17,23,25 48:4,9
48:19 50:18 51:15
53:21 54:16 59:13
61:15,22 66:14,16
66:20 67:6 68:11,20
69:5,11,15 71:23,23
74:10,16 80:7 83:2
83:16,25 85:23 87:5
87:9,10,14,15,16
88:20 90:1 95:10
96:8 97:6,25 98:7,16
98:22 99:15 100:23
101:2,4,11,13,14,14
101:24 104:15
105:18,20 107:10,18
108:14,15,19,23,24
109:9 113:9,21
115:12 116:24,25
118:21,23 130:23
131:1 137:20,21,22
138:2 149:8 151:24
152:1 160:16 174:1
181:22 182:3 186:16
187:21 197:24 199:4
203:7 215:16,23
216:2,3 220:14
235:2,17 237:5
238:5,14 241:2
251:21,22 252:14

253:18 257:16
258:17 270:20
271:13 274:13
279:17
**firms** 105:11,14
173:16 174:15
188:18,24
**firmwide** 111:14
**firm's** 59:4 71:11
86:20 93:2 97:7
113:20 132:4 136:13
206:13
**first** 6:5 52:20 62:2,21
68:25 121:16 137:3
137:10 164:18 271:2
275:19 285:11
**Fiske** 100:24 101:15
**Fitzgerald** 6:25 10:9
**five** 19:21 20:13 22:3
28:24 34:18 101:17
139:12 215:14,16
227:8,10 279:23
**five-minute** 112:21
**five-year** 26:21 216:21
**flowed** 180:10
**focal** 144:18,22
**focus** 164:18 183:18
229:16 230:2,24
250:15
**focused** 53:16 75:8
133:1 173:11,14,15
201:3 223:3 259:4,5
259:8 260:5 267:2
**focusing** 132:17
173:18
**folks** 77:25 269:7
271:21
**follow** 59:3,11 71:16
127:1 160:11 213:11
275:18,20 278:7
280:15
**followed** 8:8,19 65:15
75:18 99:4 110:24
111:13 137:22
**following** 79:21
**follows** 6:7 98:5 141:6
277:25 280:20 282:6
**follow-up** 238:25
**foreclosed** 281:3,17
**foregoing** 286:3 287:5
**form** 9:8 19:13 25:16
28:18,19 30:23,24
32:3,13,14 33:12
34:11 35:10,11
36:20 37:6,8,14
38:18,19 39:6,14
40:2,14,16 42:20
43:10,19 44:24,25
45:14 46:6,7,19 47:4

48:22 49:21 51:5,6
51:17 52:16,17
53:25 54:19,20 55:4
55:12 56:19,20
57:12,14,25 58:13
58:14 59:15 60:5,7
60:23 61:18 64:7,22
65:23 66:4,22 67:9
68:5,16 69:7 71:6
72:15,19,23,23 73:2
73:4 74:6,7,8,18,21
74:22,24 78:2,20,24
79:12,20 82:7,8
83:19,20 84:3,22,23
85:5 86:1,9 89:10
90:8 91:13,14,24,25
92:8,9 93:4,5 94:20
95:19 104:13,25
106:7,20 109:20
128:15,16 131:14,24
132:10 133:15
145:12 164:5 166:3
166:14 168:4,5,24
168:25 172:19
173:21 175:2,17,19
176:1,14 177:3
178:25 182:15 184:2
184:4,19 185:5,15
186:24 187:1,13,15
188:6,21 189:7
191:25 192:23,24
193:1 195:9 197:8
199:2,3 202:19
203:14,15 204:4,5
204:16,20,21 205:7
205:8,21,22 206:3
207:4 209:2,3,20
210:14 213:24 215:7
217:13 222:22
231:12 232:11,24
233:10 239:12 241:5
241:6,25 242:13
243:5,20,21 244:16
245:3,4,19 246:11
246:18 247:2,7,23
247:24 248:15
249:24 250:10
251:24 252:17,20
253:20,21 254:17
256:11 257:18,19
260:25 263:13 264:6
265:2,12,20 266:13
267:25 268:1 269:8
269:24 273:25 287:8
**forms** 70:2,5,19 71:12
73:13,17 79:18,19
111:11 128:12,13
148:6,10,13,13,20
**forth** 40:24 170:1

48:22 49:21 51:5,6
**forum** 156:9 244:20
**forward** 176:25 177:7
177:23 197:7
**foster** 214:16
**found** 49:16 153:3
165:12,16 166:1,17
191:6
**foundation** 25:17 37:7
40:2,15 43:11,19
45:1 58:13 60:6,8,24
61:19 64:8 66:4 69:7
71:6,8 105:5 112:11
187:14 188:7 194:11
219:15 258:2 275:10
**founded** 44:2
**Founding** 105:13
**four** 25:12 26:2 28:13
66:3 139:12 272:15
**frames** 149:13
**frankly** 14:16 62:16
119:22 250:25
**fraud** 191:19
**Fred** 103:8 104:10,19
105:2,24 180:17,20
180:25 182:2,11
183:20 184:5,8
185:23 186:7,9,13
187:17 188:3,10
193:21 194:6,23
199:15,22 201:1
202:21 218:19
219:12
**frequency** 49:11,12
50:1,3
**friend** 102:20
**friendly** 157:8,8
**front** 12:20 120:24
**full** 6:11 248:22
**fully** 272:21
**fundamental** 88:6
**funds** 169:22
**further** 9:21 23:8
79:11 141:5 228:14
239:6 253:6 258:11
270:2 281:18 285:4
286:6,8
**FUTURE** 2:20

―――――――
**G**
―――――――
**G** 2:22 3:4 6:1
**gain** 245:17
**gather** 11:23 63:20
244:25
**gathered** 11:24 63:21
153:17 243:16
**gathering** 243:17
**gauge** 267:4
**general** 3:2 59:19
71:25 81:3,17 93:6

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 92 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 299

93:10 107:9,19,20
108:24 121:23,25
125:25 137:21
141:14 145:11,13
151:24 152:1 156:13
192:4 220:5,18,21
221:6 224:19,22
235:23 240:18
244:17 246:12
280:14
**generally** 26:7 28:23
29:6 33:23 34:13,23
34:25 38:11 48:4
63:2 107:22 122:20
129:5,10 130:25
132:23 133:17 151:8
153:2 156:5 182:21
201:14 228:25 229:3
270:20 271:4
**generated** 159:14
203:20 215:17
**generation** 273:10
**gentlemen** 273:16
**Georgene** 180:21
182:7,22 183:2,6
**getting** 47:5 52:19
60:12,20 69:5 87:20
111:6 135:23 138:7
234:24 241:2,14,15
281:3
**give** 19:16 31:22 42:7
55:2,8 74:11 90:22
91:11 92:19 108:10
119:25 123:16,22
124:2 143:16 213:22
216:22 220:24
227:17 248:22
249:12 255:8 266:22
**given** 11:13 42:15
44:19 50:20 52:25
57:2 59:1,2,2,22
71:4,10 72:15,19
73:15,21 84:17 90:1
107:21,23 125:13
131:3 134:25 136:23
136:23 149:9 151:1
151:2 153:1,2,4
160:16,17 164:14
169:19 173:2,19
174:20 175:12
179:16 230:18
232:17 234:2 235:11
235:14,24 237:18
266:6,6 267:1,1
275:24 277:5 278:10
287:6
**giving** 8:14 15:7 73:2
87:21 216:21 276:18
**go** 11:10 18:2,9 22:4

22:12 23:7 26:1
27:24 28:22 37:3
40:21 50:8,24 65:1
81:19 90:16 99:7
100:4 102:13 118:11
131:5 137:5,11
144:10,11 150:14,15
152:23 168:9 175:6
175:23 213:6 215:12
220:22 225:1 226:2
229:15 230:8,25
235:17,19 236:12
237:5 257:24 259:25
277:19
**goal** 11:10 164:21
**goes** 25:12 36:17,21
164:25 221:12 230:1
274:16 279:5
**going** 8:12 13:11
16:11,14,23 18:11
20:7,20 22:8,22
37:10 38:7,11 39:2,4
63:18 67:5 70:12
87:21,23 112:4
114:1 116:4,19
127:1,18 134:22
138:4,25 140:6,20
141:18 142:9 143:9
147:6 153:21 160:2
160:7 164:8,10
169:3 172:3 178:4
184:8,15 189:22
192:25 197:7 207:15
208:8,10,18 209:17
212:6 218:21 225:18
227:1 228:2 238:5
257:24 263:2 268:5
270:24 275:14,18,20
278:7 280:25
**good** 6:10 7:25 46:11
48:21,25 84:5 144:6
156:2 161:24 174:25
211:19 270:8,9
276:14 278:25
**gotten** 168:11
**Grace** 1:6 2:2 6:19,21
10:6 12:11 14:19
15:20 17:18 19:24
21:1 23:25 24:11,19
26:20 27:13 28:23
29:7,9,11 30:20 31:3
31:20,21,23 33:16
34:17,20 35:2,9,15
41:4,16,22 43:17,24
44:7 45:10,17,24
46:5,16,22,25 47:10
47:13,19,24 49:5,9
49:12,18 50:2,10
51:3,19 52:5,9,12,21

52:24 53:3,22 54:4
54:12,15,16,24
55:11,18,21 56:1,9
57:3,16,19 59:9
60:17 64:3,5,11,13
64:17,20 65:4,14,16
66:17 67:7,13,25
68:12,15 71:19 75:8
75:16 76:9,12 77:4,7
77:11,15,17,20
78:16 80:24 83:25
84:14,21 85:11 87:6
88:10 90:3,13,17
92:23,24 93:17 94:1
94:16 95:4,5 97:14
98:1,9 99:2,13,17,18
99:20,24 118:15,16
118:17,21,22,23
119:9,12 121:4,7,17
121:19,22 122:3,18
122:21,23 123:1,4
123:11,15,21,25
124:4,7 125:15,25
126:16 128:5,11,23
130:3,11 131:21
132:8,16 133:3,13
133:23 134:4,13,16
134:19,24 135:11
144:21 145:5,6,10
145:22 146:23
147:13,15 148:3,9
148:12,15,25 149:3
149:6,23 150:12,12
150:25 151:17
152:17 153:9 154:2
154:9 155:8,17,20
156:6 160:24 161:6
169:13,21 170:3,7,9
170:19 171:13,17
172:22 175:25 177:1
180:1 189:16 190:3
190:8,9,13,22,24,25
191:2 192:13 193:15
196:1,2,22 197:10
197:13,14 203:11
204:1,9,11 205:12
205:19 206:9 207:1
207:11,12,22 208:3
208:14,17,17,19,24
209:12,23 210:3,9
210:25 212:1,18,25
214:6,25 215:13,18
216:1,25 217:5,8
218:2 221:4,22
232:9,10,15,21,22
233:5,16,21,22
234:1,4,14,16,17,20
234:22,25 235:3,5
235:11,12,14,18

236:3,7,12,14,18,19
236:22,25 237:7,13
237:16,23 238:4,17
239:4 240:1,10,17
240:21,25 241:3,12
241:15,17 242:8,12
242:24 243:3,18,24
244:7,13,15 245:1
245:16,18 246:5,6
247:18 249:4,17
252:16 253:4,17,24
254:1,10 255:7,10
255:11,21 256:2,10
257:5,7,14 258:22
259:13,18 260:2,9
260:23 261:22
264:25 265:10,19
266:3,12 267:5,8,15
267:16,17,24 268:18
268:19 269:16 270:8
270:11,12,24 271:8
272:17 273:5,18,19
274:3,4,5,6,7,9,10
274:13,14 275:4
278:2 279:25 280:3
281:9 282:9,19,20
282:25 283:4,20
284:4,18,22 285:11
285:12
**Grace's** 19:22 20:13
22:3 44:4 53:17
55:22,23 64:23 83:9
173:1 189:17 191:13
237:19 239:16
251:13 259:25
265:24 281:14
282:14
**Grace-source** 264:2
**graduated** 100:13
**graduation** 100:18
**granted** 191:11,12
**great** 12:21 27:1 34:21
34:22 38:3 47:3
164:8 202:14
**greater** 169:7 263:10
263:11
**greatest** 136:12
**Green** 126:6
**Greenberg** 141:15
225:14,14,22 226:21
227:5,18,20
**Greenburg** 4:5
**grew** 44:1,3 195:7,16
**gross** 21:5,6,10
215:21
**grounds** 117:2 274:15
281:2,4
**group** 120:11 121:15
125:5,11 151:6

178:14,15 196:25
197:1 239:4
**grow** 107:7
**growing** 47:2,7
**growth** 47:24,25 48:4
**guess** 16:17 20:21
49:22 92:12 105:14
109:14 123:3 139:9
144:8,13 178:6
198:11 214:11 218:5
234:8 243:24
**guy** 268:4
**guys** 228:18 255:11
277:23
**Gypsum** 126:1,1

---

**H**

**Haines** 101:15
**half** 215:24 225:21
261:5 285:2
**hand** 279:8 286:10
**handed** 131:4
**handle** 74:21 108:3
**handled** 107:18 112:9
120:25 124:20
173:17
**handling** 107:10
109:19
**hang** 226:16 227:3,4
**happen** 95:6 218:14
251:17
**happened** 52:1 83:3
189:14 251:17
**happy** 29:7,10,13 30:5
62:17 138:8 142:15
219:18
**Harbison-Walker**
126:5 259:16
**hard** 88:13 89:24
229:22
**hazards** 234:23
**Hazel** 101:15,16
**hear** 139:25 225:12
226:17
**heard** 137:3 173:6
188:10,12 280:10
**hearings** 258:4
**heartless** 110:19
**help** 40:19 93:3,8
178:16 214:10,12
236:14 242:6 277:16
**helped** 252:3
**helpful** 40:11 227:6,6
**Herrington** 2:23
**hesitant** 80:20
**high** 264:16
**higher** 52:9 53:22
54:24 55:23 264:17
**high-temperature**

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 93 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 300

261:23 263:4,4,12
**hire** 45:3
**hired** 103:25
**historic** 6:20 237:21
**historical** 10:5 237:17
241:3
**historically** 218:15
268:17,19
**histories** 71:13,24
81:4 151:3 224:17
**history** 57:16,19 70:3
70:6 72:3,11 82:2,13
83:5 87:11 88:16
90:21 93:14 94:8,10
94:23 95:9,13,14,18
95:22 96:2,3 97:4,8
97:9,11,12,18 98:1,8
111:19 130:24 131:7
150:11,16,24 152:16
152:21 153:4 214:7
223:17 224:12 225:5
231:19,24 233:3,4
248:14,18 251:6
260:19,23
**hit** 167:25
**hold** 72:25 135:12
164:12 283:13
**Holder** 121:12
**holiday** 103:5
**home** 103:4
**honestly** 202:8
**honesty** 119:25
**Hooker** 113:14
**Hopefully** 15:14
**hot** 194:1,3
**hour** 225:21
**hours** 225:19
**huge** 32:9,16 161:8
179:9 264:21
**Hughes** 120:4 205:14
206:17,21,23
**hundred** 108:18
285:10
**hundreds** 26:20 32:16
32:21 33:6,14 34:16
216:23 230:8
**hygiene** 264:18
**hypothetical** 90:12
94:6 168:23 176:17

_____

**I**

**ID** 64:25 77:21 92:21
93:1 131:23 148:19
151:8 234:12 255:21
256:3 270:20 276:4
278:15
**idea** 21:11 52:8 154:23
216:22 237:14
**identifiable** 76:24

**identification** 108:22
146:16 254:1
**identified** 13:21 17:6
88:3 90:17,24 94:7
106:23 110:1 138:15
252:24 253:5 254:10
259:13,14,15,16
261:22,25 263:5
**identify** 88:21 146:9
146:23 147:4,20
234:17 236:13 253:2
253:4,9 255:9
**identifying** 236:22
**II** 273:10
**Illinois** 2:6 126:7
**impact** 23:23 24:4
29:3,23 205:12
241:24
**impacted** 30:9,13
**impediment** 240:13
**impinge** 142:8
**implicate** 136:5
**implicated** 125:7,12
125:13,16
**implicating** 280:21
**important** 14:17
202:10
**imposed** 240:14,15
244:23,25
**impossible** 233:1
244:20
**impressions** 24:8
61:23 63:14
**impressive** 100:11
**inadvertent** 179:13
**inappropriate** 186:19
194:24 203:21
206:18
**incentive** 204:12,14
204:19
**incentives** 229:20
230:6
**incident** 44:21 201:4,6
**incidentally** 159:11
229:5
**include** 24:7 82:1
93:14,16 136:21
138:22 251:5,14,14
259:12
**included** 38:23 251:1
251:8 252:22,25
253:11 260:2
**includes** 138:23 139:4
139:6 253:16
**including** 18:18 24:1
53:3 70:9 87:4
122:20 134:19 157:6
167:13 224:7 253:16
265:23 272:10

**incorporated** 262:12
262:18
**incorrect** 7:9 219:4
**increase** 45:19,24
**increased** 41:2,15
43:8,9,17 44:23
45:12 46:5,10 48:20
48:24 218:7
**increasing** 42:14 45:2
47:12,19
**indicate** 70:6,7
**indicated** 26:13 32:9
67:4 99:10 114:15
**indicating** 114:13
**indices** 238:11,12,13
238:16 239:3
**individual** 24:10 34:22
35:14 36:9 39:17
53:1,10 54:8,18
55:19,20 56:12,22
57:7,9,10,11 58:16
58:21 61:6 74:13
85:1 110:2 142:19
160:25 200:4 221:24
234:25 235:3,6
236:8 280:2,21,22
**individuals** 94:7
186:15
**industrial** 264:18
**industries** 99:11,16
**influence** 186:7
**information** 21:15,16
21:18,24 22:1 50:22
51:22 53:23 57:23
58:4 64:18,25 65:12
65:16 66:8,8,13,15
66:20 67:6,23,24
68:10 70:11,18
72:21 73:18 75:1
82:7,7,10 83:9,13,14
83:17,25 84:5,7,20
85:2,8,9,10,11,14,20
85:22,24 86:14
88:20 89:3,7,13 92:6
93:11,13,19 94:4,15
94:22,24 97:13,17
111:7 116:22 129:17
130:24 131:2 132:6
132:15 133:11 134:2
134:11,22 135:6,9
143:16 145:3,19
146:1,12 147:6,12
147:17 148:14,19
149:5 150:10,23
151:7,10,16,18,20
152:4,14,20,24
153:17 170:1,13
175:22 233:15
235:11 241:11,22

244:14 245:1,17
248:23 249:8 252:14
259:8 271:20 272:2
273:3 281:18,22
**informed** 113:2
**initial** 70:18 97:12
**Initially** 103:4
**initiate** 243:8,11 244:1
244:6 276:15 279:1
**initiated** 247:12
**inject** 205:18
**injury** 2:14,20 19:23
20:25 41:3 101:10
118:5 137:15,23
155:3 165:10
**input** 83:7
**inputs** 96:23
**inquire** 277:3
**inquiry** 8:16 68:24
276:19
**insisted** 196:9 258:8
**insolvency** 174:14
**insolvent** 174:15
**install** 283:22 284:18
**instance** 18:12 32:24
58:7 83:3
**instances** 48:17 58:6
70:4,17,23 72:17,18
74:16 75:6,11 80:7
80:10 81:15 82:10
83:12,21 85:9,18
94:5 95:2 129:13
233:18 247:8,10,14
249:13 263:14 264:8
264:10
**institution** 116:17
**instruct** 9:18 70:12
95:21 115:7,10
116:20 134:5 146:7
153:21 163:15
164:11 179:5 180:14
189:22 196:6,17
199:14 209:8,17
211:16 212:7,12
223:23 279:6
**instructed** 25:20
127:24 136:3 160:9
178:2 200:7 210:20
275:11 280:18
**instructing** 9:16
163:20 177:11,14
195:20 196:15
220:19
**instruction** 71:17
112:4 116:1 117:3,6
117:15 126:24 127:2
127:16 128:8,19
136:13 144:13,14
150:19 160:8,12

164:8,13 172:2
178:5,7 212:15,21
220:9,12 221:16
275:19,21 278:7
**instructions** 136:23
200:20 230:17
**insulators** 228:17
**intake** 70:2,5,18 72:19
72:23 73:17 74:6,7,8
74:18,24,25 76:17
76:18 82:6,8 107:14
111:6 112:9 121:21
121:24 122:1,3
128:12,14 148:6,10
148:17,20
**intend** 12:16 13:1
25:10 29:14 31:25
56:8 60:19 86:7
99:10
**intended** 86:2 194:25
208:6 222:23 223:9
276:17
**intends** 16:22 137:16
**intense** 232:5 261:16
**intensity** 229:4 232:3
**intent** 31:7,15 208:2
**intention** 129:9 277:2
**interested** 74:15 286:9
**interesting** 135:18,20
**interim** 273:15
**interject** 271:17
**intermittent** 232:6
**internal** 24:12 26:22
27:23 32:17,25 33:7
35:14 38:4 59:20
61:3,15,22 63:13
68:13 69:6,10,13
71:11,14 95:23
96:12,20 97:3,7,17
97:24 98:6 99:3
102:3,11 113:4,8
133:20,22,25 134:9
134:15,17 136:14
141:21 145:23 146:5
147:16 148:3 149:1
149:8 152:3,25
153:13 154:12
159:15 171:14
175:24 176:11 179:2
189:20 195:18 199:8
199:12,23 200:8,21
201:2 209:5 223:20
275:5,16,22 276:1
277:8,12 278:2,8,12
279:6 280:19
**internally** 32:10 48:2
49:25 71:19 96:8
135:8 145:7 146:11
148:2 173:20,24

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 301

210:17
interpret 279:8
interrogatories 53:7
  62:3,22 72:22 81:6
  81:18,22 82:1,18
  88:19 95:9,12
  111:20 151:4 248:25
  249:2,7 258:10
interrogatory 53:12
  61:8 82:4,15,22 84:2
  85:3,24 86:13,22
  88:12,15 89:9,17
  96:5 111:8 128:22
  129:4,15,17 151:11
  151:21 152:6,8
  248:12,19 249:21
  251:2,3,12,20
interrupting 226:12
interview 69:25 72:14
  72:17,18 73:24 74:4
  74:17 75:19 77:24
  77:25 82:11,13
  84:12 111:18 201:16
  202:25 203:1
interviewed 75:15
  77:8,12,20 78:17
  82:6 94:22 97:12
  112:9
interviewing 75:17,22
  76:7,23 79:3
interviews 69:16
  72:13 75:19 77:3
invade 186:18 194:18
  200:18 203:18
invading 191:21
inventory 190:4 197:6
investigate 153:6
investigated 153:5
investigation 102:3,11
  199:9,23 200:1,8,23
  201:2,5,15,20,22,25
  202:3,5 203:4
  282:23
investigations 82:19
invited 103:9
invoices 90:14
involve 118:15 125:10
  141:21 142:6 254:7
involved 35:20 44:7
  76:18 79:2,8 102:22
  107:14,15 108:21
  112:16 118:16
  120:21 122:1 123:14
  129:20 130:5,8,21
  133:10 144:25
  148:17 149:12 155:9
  158:1 166:20 176:3
  179:17 190:23
  196:20 197:9 198:9

198:12 237:25
involvement 33:5
  130:8 131:8 133:2
  181:18
involves 142:4
involving 78:16
  122:18 130:11 138:5
  268:17
in-house 190:12,19
irrelevant 154:22
isolated 200:3,4 201:4
  201:6
issue 33:15 53:1 55:17
  66:17 89:20 117:10
  138:6 180:6 182:13
  193:11,11,14 194:6
  198:9 243:23 244:4
  252:4 253:5 269:4
  282:3
issues 121:1 141:21
  161:10,12 192:2
  225:20 226:8
item 137:17,18

J
JANE 1:25 4:10 289:5
  289:11
January 44:2 222:9
Jay 206:17,21,23
JFK 1:8
job 46:11 47:3 48:25
  73:19 83:24 84:1,13
  88:22 90:2,4 100:23
  103:11 180:21,22
  233:16 255:7 263:15
  263:17 264:11 265:8
jobs 72:9,10,25 73:19
  96:11
John 95:3
join 39:15 40:3 58:2
  61:20 64:9 68:6 69:8
  71:7 106:8 141:24
  172:21 176:15 184:3
  211:17 212:14 228:1
  254:19 256:12
joined 108:13 180:7
joint 162:1,3 165:8,13
  165:25 244:2 250:13
  250:16
Jointly 1:9
JR 2:22
judge 6:25 10:8
  257:23 258:5 281:16
judges 166:21
judgment 203:10
  211:2 274:3 275:7
  278:5
jumped 229:9
juries 156:1,4

jurisdiction 81:24,25
  81:25 119:6 156:24
  157:14 250:12
jurisdictions 85:15
  156:10 158:2,11,14
  159:2,3,7 250:13,14
  250:16
jury 120:24 121:2
  155:22 156:11
  158:19,25 163:9,13
  165:12 269:3
justify 231:20

K
Kaiser 126:5 259:15
kept 154:17 235:18
Keski 120:25
kicking 165:25
kind 11:13 65:12 70:2
  73:11 75:19 78:20
  79:11,25 81:19,21
  101:2 110:19 137:1
  145:3 146:9 147:22
  148:1 211:6 262:6
kinds 110:4 112:17
  135:7 136:9 146:10
  146:17,19,23 148:19
  155:9 187:25
kingdom 255:13
Kirkland 1:17 2:4,9
knees 161:7
knew 8:14,16 89:18
  90:1 132:5 201:19
  225:24
know 7:22 8:2 12:15
  13:7,10 14:15 15:24
  15:25 16:4,6,21
  18:19 21:2,13,20
  30:5,25 31:21 32:15
  33:20,21 38:3 39:25
  40:4,6 46:2,8 48:23
  50:19 51:14,24
  53:17 54:12,23 55:1
  66:19 68:10,19
  76:10,19 84:14,20
  85:2,8 87:22 91:5
  100:4 104:24 105:22
  107:6 109:21 114:24
  117:8 120:20 126:3
  127:19 131:6 134:1
  134:21 135:4,22
  136:18 139:16 142:9
  152:20 154:15,17
  170:14 172:11 176:5
  176:10 184:5 185:6
  186:1 187:2,21
  188:8 198:18 201:12
  201:21 202:2 204:14
  206:24 215:22

216:20 218:6 219:5
  221:2,21 228:13
  238:10 240:5,6,8,9
  240:12 244:5 245:5
  245:9,25 251:18
  254:13 255:3,3
  256:4 257:6,6,14
  258:4,19,20,23
  260:11 261:1 262:2
  264:24 265:4 271:5
  271:10 277:11
knowing 172:25
knowledge 33:5 34:7
  36:24 58:8 80:25
  81:9 83:25 85:17
  92:14 122:12,14,19
  129:12 133:2 142:20
  201:12 234:22
  245:12,13 249:14
  274:17
knowledgeable 127:7
known 15:25
knows 16:3 91:4
Kraus 1:13 5:2,13,14
  6:4,10,13 10:12
  11:20 13:21 14:10
  14:12 15:2,3 16:7
  17:4,6,8,14,15 22:13
  23:2,11 24:8 33:4,8
  34:6,9 36:4 40:6
  43:7 44:21 45:4,9
  48:6 51:15 60:11
  66:13 75:15 76:14
  76:21 78:16 79:6,11
  80:24 88:9 95:15
  100:2,11 111:6,14
  111:22 113:7,22
  115:3,20 116:13,25
  117:9,19 118:2
  121:6 122:6 124:6,7
  124:13,20 129:12
  131:17 134:23 135:2
  136:1,6,24 137:17
  137:19 138:4,15
  141:3 142:5,7,11
  144:7,17,19,24
  145:21 146:9 147:11
  152:15 155:20
  164:16,19 167:3
  175:4,12,15 176:12
  176:18 180:19 185:1
  203:6 207:8 209:11
  211:18,25 212:21,24
  215:19 216:13 218:1
  219:23 220:3,4,10
  220:13,25 221:2,3
  221:11,13 222:9,16
  223:25 228:5 236:12
  236:25 237:10 238:5

239:25 240:3,24
  250:21 253:14
  254:24 257:13,16
  259:24 266:3 268:5
  270:6 272:5 273:7
  275:5,17 277:11
  278:2 279:25 280:20
  281:7 282:7 283:19
  287:3,14
Kraus's 43:16 62:1
  116:14 140:5 215:21
  223:19
KRIEGER 3:4

L
lack 25:16 37:6 112:10
  162:15 187:13 188:6
  194:10 219:14 238:8
  257:3 275:9
lacked 284:1
laid 248:18,20
Lane 3:6
large 108:6
late 103:10,14 176:25
  177:7 182:3 183:12
  183:23 196:22 239:4
latest 85:7
Lavan 3:5
law 44:3 100:14
  102:20 103:20 113:9
  113:20,21 116:24,25
  136:13 156:16
  166:18 173:16
  188:23 216:3 220:14
  250:12 279:17 286:5
laws 166:22
lawsuit 52:4 79:19
  81:20,23 86:3 89:2
  155:16 156:9,14
  247:15 252:24 253:4
  270:24 272:16
  277:10
lawsuits 24:10 48:12
  48:13 50:8 110:17
  124:18 128:23
  135:11 145:21
  156:19,21 245:21,22
  248:8,12
lawyer 7:4 12:4,22
  16:22 25:19 38:2,23
  74:12,16 91:16
  104:23 105:10,25
  106:19 131:16 159:2
  161:6 176:17 178:8
  180:18 189:8 190:12
  190:19 193:7,15
  276:10 278:21
lawyering 180:22
lawyers 6:21 10:6

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 302

31:23 47:6 75:17,21
76:7 78:22,24 79:1
80:25 105:3 106:5
106:12 108:9,14,15
120:24 137:19,21
142:17 161:14 162:4
176:2,6,7 183:17
190:22 193:15
202:22 226:10 230:9
249:19 250:7 276:12
278:23
lay 248:13
lead 1:16 104:14
118:20 180:6
leader 104:10
leading 275:10 284:3
284:19
leads 102:7
learn 85:10 175:13
learned 85:19 87:11
87:16 88:21 257:7
258:24,25 259:20
leave 72:24 163:23
leaving 52:25
LeBlanc 109:7
led 120:18 175:11
207:17
left 9:2,3 102:1 104:8
108:14 109:8,9
139:11 143:6 224:2
224:11 228:6 229:7
229:10,17 230:3
235:2
legal 15:5,7 121:1
157:3 194:4 215:17
284:9
legally 243:25
legislation 185:9,13
186:3
legislative 185:18
lengthy 219:8
Leslie 7:20
lesser 180:7 229:3
letter 51:13 102:10,12
147:3
let's 19:16 22:4 41:25
42:6,10 78:12 81:18
83:4,23 133:5
152:10 166:7,25
176:22 216:16 228:4
259:5 263:20 267:2
level 64:4 224:16
269:4
levels 131:2 262:14,19
leverage 155:9,12,13
155:21,24 156:3,6
159:9 160:14,18,22
160:24 161:3,19,24
162:13,16,18,22

163:13 204:1
liability 6:19 10:4
162:1,4 165:8,14,18
165:25 205:1
liable 166:17
Libby 259:17 262:16
262:17
lie 198:6
life 11:10,10
light 97:14 116:7
182:4 230:17 232:6
269:12,25
likelihood 90:15
Likewise 31:19
limitation 244:23
limited 24:1 36:24
63:19 144:24 162:18
181:18 236:23
241:21 243:3 244:13
245:16
limiting 264:12
line 135:14 198:23
213:15 287:20 288:4
lines 230:14
linking 231:20 234:11
Lisa 120:25
list 10:20 53:6 120:3
137:25 138:23,23
139:8 255:8 262:4
listed 37:22 140:6
lists 126:12
literally 246:17
literature 231:15
284:23
litigant 208:7 236:2
litigants 236:21
litigate 246:9
litigated 34:17 246:15
266:9,20
litigating 150:25 266:2
268:17
litigation 6:22 10:7
12:24 15:19 24:9
27:3,11,12,17,21
28:6,14,24 44:6,16
51:1 56:6 64:13
65:18,20 72:22
87:17 88:6 89:13
99:18 100:25 101:3
101:25 102:23
103:21 109:18 110:1
125:6 134:25 150:5
150:8 152:22 153:8
162:8 170:3 171:5
173:9,17 174:17
176:3 181:19 182:22
187:18 189:1 203:21
203:23 208:8 212:9
214:8 236:21 238:1

238:16 241:3 246:25
249:19 267:22
276:11 278:22 284:7
little 18:8 46:2 81:19
98:19 99:7,8 100:9
101:23 120:2 135:24
153:25 171:8 178:18
228:7 235:6 246:3
living 247:11,13
249:12 273:1
LLP 2:4,9,23 3:5,12
lobby 186:3
locate 249:14 252:2
located 254:2
locations 235:7
log 147:2
logged 277:13
Loggins 121:14
logistical 161:10,12
long 26:4 101:13
143:9 213:21
look 19:17 22:18 26:21
50:8 55:25 62:18
68:21 90:17 126:11
235:16 236:2 238:13
238:14,21,22 250:7
255:19 256:24 283:2
looked 63:3 98:15,17
238:18 250:23
253:10
looking 238:15 276:12
278:23 283:17
lose 140:20
lot 26:15 72:20 104:18
159:6 160:23 161:16
261:10
lots 112:18 161:25
love 259:23
low 107:25 167:22
lower 55:22
lunch 144:4
lung 23:4 43:23
217:22,25 230:19
231:2,8,25 260:16
272:14,20
lungs 223:13 224:4

———————
M
———————
M 1:16 2:3
magnitude 231:11
263:11
Maiden 3:6
maintained 95:16
159:14
maintains 187:21
maintenance 228:18
majority 170:25
271:12
makers 257:11

making 39:9,11,19
54:24,25 135:19
182:19 184:15
198:15 206:22
257:12
malignancy 223:4
malignancy-based
229:17 230:4
mandamus 191:11
192:3
manufacturer 260:2
manufacturers 54:18
110:23
March 1:14 5:3
marginal 228:16
mark 17:4 255:12
marked 5:11 17:13
market 46:4,9
marshalled 89:3
mate 268:10
material 12:22 27:2
270:16,18
materials 10:2 23:20
28:8,9,12 39:9,11,17
41:18 60:12 63:1,20
75:3 76:5,8 77:25
79:23 80:1,11 81:7
149:18,19,21 270:20
matter 19:1 20:10,18
22:17,24 25:11,25
26:12 32:6 33:9 35:7
36:13,16,17 37:11
38:12 39:3,8,13,21
59:19 62:9 70:25
71:25 80:7 81:3,17
87:14,15 88:1 90:12
96:9 132:17 154:8
179:9,11,12 200:19
207:10 211:14,15
212:10 214:2 234:16
244:18 257:24 270:1
275:7 278:4 282:1
matters 16:11,15,23
16:24 17:1 18:15
19:7 28:16 34:10
121:1 142:10 182:22
214:19,23
maximize 164:22
maximum 165:22
167:6,12
McCovery 121:12
McCracken 3:11
McLean 7:20 8:5,21
9:9,13,24 10:10 12:5
mean 20:8 29:5 34:1
46:9 79:25 173:8,15
218:12 280:16
meaning 62:15 139:21
173:5

meaningful 238:9
measure 52:12
measured 44:12 45:10
measurements 262:25
263:1
media's 187:18
medical 34:22 61:9
102:3 108:10,21
228:20 231:14,22
276:5 278:16
meet 31:4,12 67:14,16
76:17 284:10
meetings 153:14,16
member 41:19 173:16
memo 7:10,12 8:22
9:5,25 10:9 147:3
151:6 179:19,22,25
180:9,10 181:16,21
182:4,8,21 183:12
183:22 184:1 186:23
187:9 190:11,14
191:13 192:8,14
194:9,14 195:15
196:4 198:10,13
199:10,24 200:2
201:4,5 203:13,19
207:3 211:7 218:20
memoranda 24:12
26:22 27:23 32:18
33:22 34:18 35:14
59:20 61:4 69:10,14
71:15 81:8 95:23
97:7,8 99:3 134:17
276:1 278:12
memorandum 8:18
179:15 193:3,19
195:8,11
memos 61:15,22
182:14
mental 24:8 61:23
63:14
merged 101:14
merit 284:1
meso 23:4 43:6,8,17
44:14,18 45:10,11
45:21,23 46:4,9,15
48:8,19 67:15
217:22,25 256:1
mesothelioma 43:22
44:21,22 45:3,17
74:14 271:7,16
272:6 283:20
mesotheliomas
272:12
met 14:4 103:6 154:6
180:18
methodology 266:10
266:16
mid 108:11

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 303

midnight 222:11
mid-1990s 222:18
Mike 120:25
mild 223:12 224:3,6
mill 228:19,19
million 168:9 215:9,17
  216:3 218:5
millions 216:23
  217:14,17,18
mind 44:10 143:10
mine 102:20 279:12
minimum 266:22
minute 275:1 284:24
  285:2
minutes 76:1 137:7
  142:4 191:24 211:21
  213:15 226:15 227:8
  227:11,17 268:8
mischaracterizes
  172:20 254:18
miscommunication
  46:3
missing 42:9
misunderstanding
  268:15
mix 283:22 284:17
mixed 264:13
mixing 263:17 264:17
moment 137:6 169:23
money 20:12,24 22:2
  159:23 164:22 165:2
  166:10 169:11,20
  170:2,25 172:23
  174:6 175:1 210:9
  214:13,24 215:13
  216:9,10 218:16
moneys 170:6,9,14
Montgomery 3:11
months 102:1 139:12
  237:2
morning 6:10 13:20,25
  136:2
motion 157:23
motives 189:20
Motley 274:12 275:1
move 102:19 230:18
  277:5 284:13
moved 101:24 102:17
  102:21
MULLADY 2:22 11:1
  30:24 215:7 283:10
  283:13 285:7
multidefendant 168:2
multiple 226:8
muster 242:7
mute 225:9 226:19
mutual 207:14

_____

N

N 2:1 3:1 4:1 5:1 6:1
name 6:11 119:7,25
  139:10 140:5 143:13
  270:6
named 49:4 50:2,3
  51:3 52:1 124:7,12
  251:25
names 70:9 73:1
naming 49:17,18
NARCO 126:5
Natalie 3:10 7:13
  70:13 139:17 140:18
  177:15 258:7
Nate 140:13,15,17
  280:10 281:15
  283:17
Nathan 2:15 270:6
national 126:1 186:4
nationally 194:4
nationwide 108:2
nature 52:23 74:9,17
  90:10 195:4 235:23
  276:3 278:14
Navy 261:11 262:3
necessarily 142:8
  261:11
necessary 269:13,14
need 60:13 108:4
  126:10,11 213:13
  227:10 235:9 239:18
  239:22
needed 11:1 12:8
needs 127:19
negotiate 29:8 155:4
  236:17
negotiated 155:3
  175:8
negotiation 56:16
  154:8 155:1,16
  159:10,12 197:10
  206:10 207:12
  276:15 279:1
negotiations 154:14
  154:18,20 155:8,14
  155:22 171:16
  196:21 204:24 205:5
  205:19 206:23
neutral 157:8 161:18
  161:23
neutralized 208:13
never 11:9,16 50:17
  50:19 106:21 142:19
  174:18 188:10
  198:13 215:14
  239:19 243:15 265:8
  266:1,24 267:21
new 3:7,4 4:13,13
  94:15,21 97:13
  103:23 289:12,12

newspaper 200:12
newspapers 200:10
nice 135:22
nine 75:7 124:3,9,12
  124:17,25 125:20
  126:3,6,7 130:4
  167:19 217:4,7,12
nine-year 218:1
noncollectability
  165:24 166:5
nonequity 21:8
nonlawyer 108:18
nonmalignant 222:25
  224:6 229:3
nonprivileged 27:10
  36:14,18,22
nonpublic 16:24 17:1
nonspecific 223:13
  224:4
non-Grace 263:9
  264:4
normal 70:25
Norsworthy 120:11
Northwest 2:10,17,24
notarial 286:10
Notary 286:17
noted 287:9
notes 154:17,21
  159:11 160:1
notice 18:3 114:25
  137:24 138:2,9,24
  139:3,19,23,25
  140:4 274:18 282:1
  289:1
noticed 281:24
notion 92:13 269:1
November 103:15
Nueces 119:8,9,19
  120:1,14 121:11
  178:17
number 18:4 19:18
  20:15 22:18,25
  23:16,20 25:4,11,15
  25:25 26:17 27:8
  28:8,17 36:14,17
  37:12 39:21 40:21
  41:13,15 42:24 43:1
  44:14,18 45:11 46:9
  46:15 47:12,17 48:8
  48:18 50:10,11,12
  54:10 57:1 58:23
  61:25 63:5 65:6
  107:10,18 108:3
  109:24 113:24
  118:17 123:16
  125:20 141:17 161:2
  161:5,9 169:4,7
  204:25 216:16
  223:14 224:5 264:21

266:25
numbers 21:12 32:10
  32:16

_____

O

O 6:1
object 25:16 26:1 32:3
  32:13 33:12 34:11
  35:10,11 36:20
  37:14 38:18,19 39:6
  39:14 40:2,14,16
  43:10,19 44:24
  45:14 46:19 47:4
  48:22 49:21 51:5,6
  51:17 52:16,17
  53:25 54:19,20 55:4
  55:12 56:19 57:25
  58:13,14 59:15
  64:22 66:6,22 67:9
  68:5,16 69:7,17 71:6
  73:4 78:2 80:3 84:3
  85:5 86:1,9 91:13,14
  91:24,25 92:8,9 93:4
  93:5 94:20 96:14
  104:13,25 106:7,20
  109:20 113:17 122:5
  145:12 146:2 149:24
  151:12 153:20 160:2
  166:14 168:5 172:19
  173:21 175:2,17,19
  176:1,14 177:3,9
  179:1 180:13 184:2
  184:4 185:5,15
  186:25 187:15 188:6
  188:21 189:7,19
  191:25 192:23,24,25
  195:9,17 196:5,12
  199:3,11 200:6
  202:19 203:5,14
  204:4,5,16 205:7,8,9
  206:3 207:4 209:2,3
  209:4,15 210:14,15
  211:10 212:6 213:24
  223:18 239:12 241:5
  243:21 253:21
  254:17 256:11
  257:19 263:13
  266:13 267:25 268:1
  269:8 271:25 275:15
  281:2 283:9
objected 274:14
objecting 209:19
objection 9:14 15:4,9
  19:10,13 24:24
  28:18,19 30:23,24
  32:14 37:6,8 42:20
  43:2,12 44:25 46:6,7
  56:20 57:12,14 60:5
  60:7,23,25 61:18

64:7 65:23 66:4
  70:10 78:10 80:13
  83:19,20 84:22,23
  88:24 89:10 90:8
  95:19,20 96:24
  97:20 105:5,6
  111:23 112:10
  122:10 126:23 127:9
  127:10,16 128:7,18
  128:18 131:14,24
  132:10 133:15
  146:14,15 147:7,9
  166:3 168:23,25
  171:18,23 178:25
  182:15 184:19
  186:24 187:13
  194:10 197:8 199:2
  200:14 203:15
  204:20,21 205:21,22
  211:18 215:7 217:13
  219:14 220:1 222:1
  222:22 231:12
  232:11,24 233:10
  241:6,25 242:13
  243:5,20 244:16
  245:3,4,19 246:11
  246:18 247:2,7,23
  247:24 248:15
  249:24 250:10
  251:24 252:8,17,20
  253:20 255:24
  257:18 258:2 260:25
  264:6,7 265:2,12,20
  271:18 274:16 275:9
  282:15 284:19
objections 10:12
  12:10,14,17 13:2,5
  13:13,15 17:9,14
  18:3,18,20 19:1,4,5
  20:3 23:1,12 24:20
  27:18 35:16 41:9
objective 159:22
objectives 159:16,18
obligated 12:7 86:12
obligation 91:7,9 92:2
  92:3 116:14,16
  131:9 156:14 159:24
obligations 91:16,19
  131:16
obliged 200:13,14
observed 181:24
  182:9
observer 45:8 181:3
  182:11 186:8 199:16
  199:18,19 200:10
  201:1 218:24 219:1
  219:3 224:14 228:1
  228:12,14
obstructionist 7:4

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 97 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 304

**obtain** 51:21 74:25
179:22,24 214:13
238:24 239:3 240:19
242:22 243:2
**obtained** 57:3 89:3,8
90:13 94:21 99:19
163:9 189:1 237:6
242:19 249:8
**obvious** 36:11
**obviously** 53:16 88:11
200:1 252:1 254:3
**occasion** 9:13
**occupational** 231:19
231:23
**occupations** 99:12,16
**occur** 95:3
**occurred** 95:1 109:9
154:14,14
**occurring** 81:10
**October** 103:15
**odd** 125:9
**offer** 18:21 20:9 25:12
36:15 39:2 60:1 67:4
211:3
**offered** 103:10 144:8
210:25 270:10
285:12
**offers** 38:24
**office** 101:24 102:2
103:10 113:15 167:3
**officer** 286:3
**Official** 2:13 3:2
137:14
**offset** 165:14
**off-the-record** 22:9
23:8
**oh** 10:24 93:25 139:13
**Okay** 14:10 35:5 61:25
67:21 68:25 80:22
86:17 88:19 97:24
98:6 118:9 127:15
137:2 142:13 143:25
147:11 177:25
180:17 221:19
**Once** 168:1 229:19
230:5
**onerous** 258:15
**ones** 11:7 125:16
251:17 252:2 260:21
**one-page** 6:24 10:20
**ongoing** 234:14
249:19
**open** 198:16 236:1,5
239:10 240:4
**opened** 276:19 281:21
**opening** 281:17
**open-ended** 73:14
**opinion** 206:17,20
231:14 267:12

**opinions** 30:7 184:21
192:2
**opportunities** 210:24
**opportunity** 73:21
88:12 167:17 227:17
246:24 249:20 250:1
272:1
**opposed** 11:20 49:19
174:14
**opposite** 195:9
**Orange** 159:4
**order** 21:22,25 22:10
22:15 40:22 60:13
60:21 110:18,20
126:12 205:5 214:16
234:16 236:2 242:10
**ordered** 21:17,20
**orders** 56:24 263:10
**ordinary** 237:22
**organization** 16:7
108:4,6,8 238:9
**oriented** 156:5
**originally** 99:20
**originated** 133:23
**Orrick** 2:23
**ought** 112:15 164:11
164:12
**outcome** 201:5 286:9
**outline** 6:20 10:4
**outlines** 78:23
**output** 82:14
**outside** 12:23 65:2,18
66:16 121:2 190:22
196:11 198:20
202:23 225:16
**outtake** 107:16
**out-of-state** 156:19,21
**overall** 131:1 200:5
203:17 210:5
**overhauls** 261:13,14
263:8
**overriding** 158:6
**owe** 38:13
**Owens** 125:24 126:7
**owes** 116:16

---

**P**

**P** 2:1,1 3:1,1 4:1,1 6:1
**pacemaker** 102:7
**pacemakers** 102:8
**package** 77:24 79:25
**packages** 80:10
**packet** 74:25 75:19,23
**page** 5:5,11 144:16
287:20 288:4
**pages** 138:20 287:5
**paid** 31:4 53:18 54:16
54:17 56:2,9,10 57:3
57:8 67:14 169:20

170:6,9,15 216:17
284:4
**paper** 228:18
**paralegal** 82:9,11
179:15
**paralegals** 79:2,2,8
108:10,19,20,21
129:20
**paralegal's** 181:16
**parameters** 236:17
**paraphrase** 229:25
**part** 11:4 24:23 68:7
72:11 95:9 96:1,3
108:23 111:17 151:3
166:8 181:15 182:1
186:6 196:2 201:17
208:24 231:3 261:21
262:22 276:21
**participants** 201:16
**participate** 114:23
138:8,11 141:15
235:22
**participates** 220:16
**particular** 132:18
133:13,16 137:17
145:2,14 150:22
170:11 193:21 221:7
221:10,14 252:19
263:16 269:6
**particularly** 34:19
**parties** 235:13 242:20
242:23 243:2,9
244:7 286:8,9
**partner** 7:10 10:9
102:2 104:1,3,14
105:8,13 197:24
199:5
**partners** 183:15
**party** 52:5 244:5
**passed** 100:21 273:14
**passing** 136:12
**patch** 114:9
**pattern** 267:12
**patterns** 125:16
**Pause** 114:3,6 135:15
**pay** 166:10,10 172:23
173:2 204:25 210:9
218:2 283:20 284:2
**paying** 21:7
**payment** 215:20
**Pearlman** 109:2
229:19 230:5
**pejorative** 193:5
**pendency** 239:10,16
240:1 243:3 269:25
283:7
**pending** 77:16,19,22
99:24 107:21,23
108:2 215:2 241:15

246:6 247:17 248:9
248:12
**Pennsylvania** 3:14
**people** 42:15 44:5
48:24 71:18 75:18
77:4,6,11,15 98:1,8
99:12 113:11 128:22
135:22 148:24
149:22 152:16 155:7
183:7,11 185:20
186:2,21 197:13
201:15 224:2,12
228:16 229:21
231:25 233:12
234:16 236:11
238:14 246:21,23
248:7 250:22 256:8
263:7,20,22,23
264:1,12 267:19
270:23 271:7 280:12
**perceived** 156:11
157:7 158:15
**percent** 46:14 49:17
49:18 99:22 100:1
124:15,22,23 125:4
165:12,17 166:2
**percentage** 45:16,23
123:22 124:2,6
256:1,19 257:2,7
258:20 260:7,15,17
260:22 272:6,19
**performance** 182:21
**peril** 268:9
**period** 23:4 26:21 43:7
44:4,19 45:4,13,25
46:11,17 47:20
48:10,20 50:9,21
52:14 75:8,10 77:9
85:7 92:22 104:11
105:3,16 106:16
107:2,24 110:17
122:16 125:19 136:5
136:10 144:19
154:19,21 155:7
157:25 165:7,11
179:8 218:1 238:2
246:25 273:9
**periods** 76:6 157:21
**perjury** 191:4 197:20
197:23 198:1,2
**permitted** 156:18
214:15
**person** 150:16 164:10
222:8 268:22 283:22
**personal** 2:14,20
19:23 20:25 33:5
34:7 41:3 73:16
80:25 81:9 85:17
100:10 101:10 118:5

129:11,16 130:7
133:2 137:14,23
155:3 170:22 183:1
183:4,6,8,10 198:16
198:18 201:18
205:12 213:18 223:4
231:14 245:11,13
274:17
**personally** 15:3,23,25
16:4,6 17:22 121:5
129:8 130:8 144:25
183:15,24,24 184:6
185:2 196:20 197:13
197:22 198:5 203:3
205:6,20 211:18
220:16,17 235:19
238:18 258:11 265:4
283:22 284:18 286:4
**perspective** 159:16
**Peter** 1:13 5:2 6:4,13
13:7 17:15 136:1
137:17 140:5 141:3
203:6 221:11,13
223:19 287:3,14
**Peterson** 255:12
**Peterson's** 41:21
**Philadelphia** 3:14
**phone** 3:17 4:4,14
114:1 138:9 142:18
143:17 144:7 226:22
227:14,15 228:2
**phrase** 279:15
**physician** 231:20
**pick** 156:10,24 208:13
**picked** 26:16 27:8
158:14
**picking** 52:8 55:11
**picture** 81:12
**pictures** 75:12,13
81:16,17
**piece** 78:25
**pin** 225:12
**pipefitters** 228:17
**pipeline** 217:2,5
**PIQ** 8:8,13 62:11 65:20
66:15,19 251:2
253:15,15,15 254:16
255:20 256:8,14,18
256:21 257:2,16
258:11,20 260:8,15
261:6 269:7 270:22
272:24,25
**PIQs** 53:15 63:1,9 64:2
64:14,19 65:9,11,22
68:1,12,23 77:5,7,12
77:15 98:2,10,18,22
100:2 241:18 246:22
246:23 247:18,19
248:8 249:1,18

US District Court - Delaware
Chapter 11 - W.R. Grace

250:23 251:15,19
252:11,12 255:1,18
255:19 256:2 257:9
258:1 259:9,21
260:6,8 267:21
270:23 271:22,25
272:7,10 281:19,23
**Pittsburgh** 7:1 125:24
**place** 89:21,22 90:7
139:14 153:14 229:6
234:10 286:5
**places** 97:16 159:4
**plaintiff** 85:13,14
104:22 119:24
120:15 123:14,25
149:10 156:3,12,23
157:1,2,7 159:1
160:22 161:6,13,18
162:14 164:17 165:3
165:22 166:7 170:11
252:23 276:7 278:18
282:22 283:1
**plaintiffs** 6:21 10:5
31:4 101:5 105:3,10
105:11,14,18,20
119:1,4,15 120:13
121:12 122:22,25
156:2,8 158:20,22
176:6,7 236:8
266:19,21,24 267:3
267:11,23 270:22
284:5
**plaintiff's** 156:13
164:23
**plane** 141:18
**plant** 263:16
**plants** 234:5
**play** 162:10
**played** 30:21 211:8
212:2
**pleadings** 27:4,14
**please** 6:11 51:14 98:4
184:25 225:10
227:20 282:5
**Plifka** 3:18
**plus** 165:5
**pocket** 164:24
**point** 7:16 8:6 45:8
59:7 66:12 82:16
84:15,19 103:19
104:3 123:3 139:9
141:24 144:18,22
146:9 170:17 173:7
187:20 221:10 222:4
235:21 244:9 245:14
257:3,23 261:7
269:13,15 271:11
272:13
**pointed** 166:19

**points** 75:21 82:17
155:13 173:9
**poked** 255:13
**policies** 220:13
**policy** 80:8 87:9,14,15
95:11 97:6
**politically** 105:25
106:5,12,18
**politicians** 106:10
**politics** 106:2
**pool** 155:22 156:11
158:19,25
**portion** 130:15 166:5
170:8,20 172:16
264:24 265:10
**portions** 81:5 86:24
126:19,20 128:3
237:16
**pose** 22:16
**position** 19:10 20:19
22:14 27:22 65:10
114:15,22 116:12
117:9 185:12,18
187:8 188:2 203:25
237:19 268:13,13,16
268:18 269:5,9,12
**positions** 192:6
**possession** 240:16
**possible** 136:3 159:23
167:23 232:16 244:5
265:14,17,22
**post** 228:7 252:14
**postdated** 251:12
**postponed** 141:22
**posture** 208:7
**postured** 276:13
278:24
**potential** 71:23 72:4
72:15 73:25 75:14
244:7 253:1
**Pounders** 121:13
**powerful** 104:22,22
105:2,9 106:18
**PowerPoint** 6:25 10:8
**practical** 236:8 270:1
**practice** 86:20 101:21
108:25 130:15
218:10 222:20,25
229:17 230:4 250:6
266:23
**practiced** 174:2
**practices** 113:8 220:2
220:13
**practicing** 103:20
**practitioner** 245:8,24
**pre** 126:8,8 252:14
**prebankruptcy** 215:5
216:18 218:3
**precondition** 258:9

**predecessor** 184:23
185:4
**predicates** 146:15
**predominant** 261:12
**predominantly** 104:15
**preferred** 237:15
**premise** 52:20
**preparation** 6:14
67:17 79:5,9,22
81:14 86:25 88:18
122:9 123:5 148:23
174:4 179:14 182:8
**prepare** 7:25 8:3 72:11
78:23 82:12 97:6
111:19,20 122:22
131:5 148:2 149:10
151:6 193:13 280:6
**prepared** 8:18 9:25
18:14 20:9 21:14,24
25:3,14,23 28:16,22
29:1,21 32:5 35:24
36:5,8,12,15 37:24
40:12 58:5 60:1,2
76:11 78:8 82:23
88:10 94:8,23 97:25
98:7 122:15,25
126:14,21 129:13
131:12,22 149:22
179:15 193:6 226:14
280:1
**prepares** 193:7
**preparing** 63:21 64:13
81:1 87:3 97:9 99:5
111:8,15,17 128:4
129:8 130:21 148:24
151:10 174:1 179:17
282:18
**prerogative** 115:24
**presence** 121:2
235:14 242:23
**present** 4:4 7:2,3
80:23 90:4 163:6,7
**presented** 6:25 7:3
131:11 191:21 192:3
**presenting** 91:8
**preserve** 23:18
**preserved** 200:16
**press** 176:25 177:7,23
194:2,3,4 199:22
201:8 218:20,22
224:10 225:4
**pretrial** 120:22 121:1
**pretty** 7:25 36:11 88:6
126:3 183:8 191:1
194:23 245:7 246:23
247:20 248:25 249:3
250:8
**prevail** 214:11
**prevent** 194:18 242:2

**prevented** 238:5 241:2
241:13 243:17 283:7
**previously** 13:23 14:7
86:22 90:16 141:4
**primarily** 275:7 278:4
**prior** 8:6 15:20 19:22
20:13 22:3 77:20
94:17,23 95:11 97:8
137:22 156:17,22
157:10 165:15,19
167:2 168:1 171:3
172:20 174:23
215:12 235:9 240:10
254:18 270:24 271:8
283:19
**private** 138:13
**privilege** 9:14,15
12:22 13:14 25:9
26:5,6,9 34:8,25
36:8 66:9 69:18 78:6
80:4,14,16,19 96:15
96:25 97:22 98:16
111:25 112:14 113:3
113:12,21,23 115:6
115:11,22 117:4,8
126:24 127:17 134:7
138:5 141:22 142:8
142:12 146:4,25
147:2 148:1 149:25
153:19,20 171:20
177:10 186:18
187:10,21,25 191:20
191:21 194:18 196:7
196:13,14 203:19
210:19 211:15
212:10 219:24 222:2
222:5 275:23 278:9
279:16,17 281:4
**privileged** 27:9,22
28:2,10,12 32:23
36:22 38:1,4 39:17
117:13 150:1 176:20
188:25 209:8 214:19
214:23 220:14
**privileges** 18:19 38:12
116:15 117:16,20
136:5 140:7 187:25
**probably** 32:9 33:6
35:21 43:13 75:11
103:14 106:3 107:24
108:1,13,15 118:7
118:14 119:21 120:2
123:19 124:3,9,9,15
125:22 126:6 130:13
138:11 139:9 142:3
155:15 181:3,10
186:9 218:4 237:2
243:13
**problem** 277:11,18

**procedure** 83:2 122:3
151:24 152:2 220:18
**procedures** 8:7,19
75:17 99:4 110:24
111:3,13,21 112:8
121:21,24 138:9
280:14,19
**proceed** 140:13 143:2
143:3 156:16 227:1
274:2
**proceeded** 134:25
272:23 274:7
**proceeding** 114:14
243:7,12
**proceedings** 286:7
**process** 10:24 56:16
58:6,7,22 59:3,8,11
59:16 62:11 63:19
64:12 65:8,10,14,20
65:21 67:17 73:24
76:17,18 78:21 79:6
79:9,22 82:14,20
87:2,3 88:7 89:2,13
92:5 103:18,22
107:14,15 110:2,18
111:18 114:23 116:6
122:1 128:14 129:20
136:22 137:21
148:18 152:23 155:2
155:3 159:10,12,16
159:17,19,20 160:1
160:15 161:3 162:2
164:22 173:1 179:2
189:21 190:10,17
203:2 204:2 207:12
216:19 220:16
221:12,14,23 229:7
236:16 244:4,19
245:9 247:5 258:16
264:17 272:24
277:16
**processes** 63:14
113:4,8 199:12
209:5 220:2 223:21
**produce** 12:7 14:2,7
18:6 20:4,8 21:18,21
23:2 24:16 25:14
26:14 36:5,9,13
41:10 53:5,5 63:13
83:14 236:20 237:16
237:23 255:1 262:19
**produced** 7:13,16 12:8
12:9,24 13:23 14:7
25:8,14 27:11,11
68:22 71:14 76:20
83:12 99:5,15,19
235:5 262:15 281:10
282:10
**product** 7:17 12:21

US District Court - Delaware
Chapter 11 - W.R. Grace

24:15 26:6,23 38:10
59:21 64:25 66:7,9
69:10,14 70:11,18
73:1 75:20 76:22,25
77:1,21 78:6,25 80:4
80:14 83:10,11,17
84:1,14,17,21 85:12
85:24 89:8,18 90:4
90:15,17 92:21 93:1
93:18,22,23 94:1,7
94:16 95:20 96:15
96:24 97:17,22 99:6
108:21 111:25
112:14 113:3,9
116:23 117:2,6
122:6 126:23 127:17
131:22 132:8 134:6
134:13,24 136:14
146:3,6,14 148:4,15
148:16,19 149:3,9
149:18,20 151:8,13
151:17 153:19 160:3
163:16 171:20
177:10 179:4 195:18
196:7,14 199:13
202:1 212:11 223:22
232:15,23 233:16,22
234:12 236:3,14
241:17 242:8,12,24
244:15 245:1 250:19
253:18 255:21,22
256:3 257:10 260:3
261:22,23,25 262:7
262:13,19 263:5
265:23 266:6 267:1
267:5,13 270:20
275:17,23 276:4
278:9,15 279:16
282:21 283:23 284:6
284:18
**production** 7:10 13:24
23:13 76:25 235:21
237:21
**products** 65:14,16
66:18 67:7 68:1,15
70:7,8 71:19 72:6
73:1,6,11,20,22,23
74:2 75:4,12 80:2
81:12 82:12 84:7
86:14 88:22 90:18
90:25 94:13 95:4,5
97:15 102:3 125:7
125:13 133:14 134:4
134:18 145:6,10
147:13 149:7,7
234:5,9,10 235:7,14
236:22 243:19
245:18 248:4 249:22
250:2,15 252:4

253:2,4,5,9 254:4,10
255:9 259:13,14,15
259:16,18 262:4
264:21 265:19
267:17 281:10
282:10,25 283:4
284:22
**Professor** 41:21
**profited** 21:7
**progressed** 272:23
**prolong** 116:6
**promise** 258:11
**proof** 59:22
**propensity** 41:2 42:11
42:25 43:16 44:12
45:3,9,12,16
**proper** 157:4
**properly** 262:21
**proportion** 42:14 49:4
51:2 264:1
**proposed** 63:16 67:1,2
67:12 115:2 184:18
**proposition** 93:6
276:20
**propounded** 17:18
287:7
**prosecute** 110:20
**prosecuted** 157:15
158:2,11 167:4
171:13
**prosecuting** 66:16
215:24,25 237:8
**prosecution** 92:7
110:24 194:17
**prospect** 174:18
**prospects** 214:17
**protect** 114:21 117:20
**protected** 199:13
203:7
**provide** 14:8 21:14,24
73:13 160:22,24
162:13,16,22 236:7
**provided** 37:5 53:14
251:19 254:3,6
272:11 273:4 289:4
**provides** 72:20
**providing** 90:3
**proximity** 256:10
257:4 260:9
**proxy** 115:6,7
**prudently** 144:9
**public** 16:12,16,23
27:2 37:4 41:23
133:24 169:25
184:15 186:10,14
187:8 193:20 226:23
286:17
**publicly** 37:12 50:23
169:10,14,18 170:5

175:22 184:8 186:13
186:17 187:4 188:17
194:7 195:4 224:1
224:24
**pull** 32:19
**pulled** 255:12
**punitive** 162:7,9,12,15
162:17 165:5 167:13
170:10,20,23 171:5
171:15 172:17,24
**purchasing** 233:25
**purely** 245:11
**purporting** 226:10
**purpose** 24:3 29:22,25
30:11 40:13 142:20
200:22 273:24
283:25
**purposes** 161:20
167:1 241:16 274:2
**pursuant** 7:11 35:16
174:22
**pursue** 18:8 32:1
68:23 145:18 207:22
270:2
**pursuing** 68:3 238:3
**push** 34:20,20
**pushed** 255:12
**pushing** 229:15 230:2
**put** 13:19 23:9 36:10
56:4 66:24 82:5
85:23 97:12,17
129:4 144:12 145:16
161:23 210:3 225:9
226:19 263:22
266:25 267:23
**putting** 269:14,15
276:11 278:22
**p.m** 140:22,24 141:1
141:19 285:16

_____
        Q
_____
**qualification** 70:21
269:23
**qualifications** 252:7
**qualified** 262:3
**qualify** 229:10
**quantification** 267:7
269:16
**quantify** 232:10,12,22
265:9 267:23
**quantity** 231:9
**quarter** 271:3
**question** 12:25 15:15
15:22 18:11,24
19:14 20:22,23 21:3
25:10,22 42:5 46:1
47:18 48:2 49:14,20
52:21 60:15 65:25
66:3,7 67:2,5 80:21

86:10 87:18 96:1
97:1 98:3,6,19,21
112:13 115:11 128:1
129:7 131:22 135:12
138:9 144:11,14
145:2,12,23 146:3
147:24 150:20
152:19 163:21 164:2
164:4 166:5 167:1
169:15 176:9 177:12
177:15,16,18,21
180:14 183:18
184:25 189:20,23
195:21 196:6 199:12
200:18 204:6 209:5
209:16,20 210:16
211:11 212:16,23
215:12,15 219:24
220:21 221:5,13,18
225:3 240:23 245:7
259:3 260:5 263:3
271:23 277:24 278:1
279:9,14,20 280:23
280:23 281:2,17
282:4,7 283:9 284:3
**questionable** 223:17
224:13,16 225:6
**questioner** 143:4
**questioning** 213:15
**questionnaire** 281:11
282:11
**questionnaires** 7:11
8:17,20 271:2,14
280:7,8
**questions** 14:22 16:18
16:21 19:12 20:17
22:16 23:11 25:18
25:24 26:1,3,4,10
31:8,16 32:5 71:18
71:21,22 72:24
73:14 111:5 112:18
112:19 115:21 116:5
116:8 117:24 132:25
135:1,3 136:4,8,9,14
144:18,23 213:22
220:7,10 228:10
260:5 269:22 275:11
279:21 281:4,8
282:8 285:5,7 287:7
**question-by-question**
220:22
**Quiggly** 259:14
**quit** 208:8
**quite** 14:15 126:3
144:6
**quote** 174:10 181:3
200:11 219:12 223:5
223:6 228:22 229:23
230:1,11

**quoted** 228:14
**quotes** 228:11
**quoting** 181:2

_____
        R
_____
**R** 2:1 3:1 4:1 6:1
287:18,18 288:2,2
**Rabestos** 180:3,3
**radically** 218:10 230:9
**raise** 112:12
**raised** 23:12 24:20
182:14 187:23
193:12 210:4 219:25
225:20
**Ramsey** 3:10 7:14,17
9:10,14,18 13:19
14:4 19:13 23:7
28:18 32:14 33:12
35:11 37:8,14 38:18
39:14 40:3,16 42:3
42:20 43:2,12 44:24
45:14 46:6,19 47:4
48:22 51:5,17 52:17
53:25 54:19 55:4
56:19 57:14 58:2,14
60:7,25 61:20 64:9
64:22 66:6,22 67:9
68:5,16 69:8,17,21
70:10,16 71:7 73:4
78:2,5 80:3,13 83:19
84:3,23 85:5 86:1,9
88:24 89:10 90:8
91:14,25 92:9 93:5
94:20 95:19 96:14
96:24 97:20 104:13
105:6 106:8,20
111:23 112:12,20
113:1,14,20 114:15
114:18 115:9,13,17
116:12 117:15 122:5
122:10 126:23 127:9
127:16,25 128:7,18
128:25 131:14,24
132:10 133:15 134:5
135:12 136:11,17
137:5 168:25 171:18
172:2,21 175:2,19
176:1,15 177:3,16
178:25 182:15 184:3
184:19 185:15
188:21 192:24 195:9
197:8 199:2 203:14
204:20 205:7,21
206:3 207:4 209:3
211:17 212:14,22
213:1,24 217:13
219:22 220:11,20
221:6,17 222:1,22
231:12 232:11,24

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 307

233:10 241:5,25
242:13 243:5,20
244:16 245:3,19
246:11,18 247:2,7
247:23 248:15
249:24 250:10
251:24 252:8,17,20
253:20 254:19
255:24 256:12
257:18 258:8 264:6
265:2,12,20 268:1
269:8 275:15 277:2
277:20,21,24 279:11
284:25
**Ramsey's** 71:16
**ran** 104:15
**Randolph** 2:5
**range** 103:15 108:16
216:21,22 228:13
267:23
**ranges** 266:22
**rare** 157:25 158:10
233:18
**rarely** 170:23,24 171:6
171:6
**rate** 46:21,23
**ratio** 44:13,15 45:12
**Ray** 140:17
**Raymark** 180:2
**RAYMOND** 2:22
**reach** 59:1 204:12
242:10 276:16 279:2
**reached** 59:9 170:19
**reacted** 182:2
**reacting** 195:15
**reaction** 180:8,11
279:11
**read** 9:5,24 32:21
40:22 42:24 98:4,5
198:13 200:9 202:21
218:22,24 219:1,9
229:24 277:22,25
282:6 287:4 289:1
**reading** 26:18 144:15
223:7
**reads** 62:22,25
**ready** 161:15
**real** 181:1,8,14,25
**Realistically** 40:6
**realized** 14:4
**really** 16:21 18:8 19:3
21:11 25:23 30:3
66:1 73:12 107:13
109:17 113:18
120:20 121:15 146:8
148:17 149:19 250:8
269:13 277:16
**realm** 279:16
**reason** 15:21 47:1,24

52:9 139:24 174:10
174:19 208:19
214:20 243:10
244:23 287:20 288:4
**reasonably** 248:20
**reasons** 173:10 174:5
212:23
**recall** 7:9 11:15,17,19
11:22 12:19 13:4,6
49:7 62:16,21 63:2
63:22 72:6 73:22
90:18 94:9 102:9
103:24 104:7 120:12
120:14,16 121:10
134:16 139:2 140:3
140:5 148:19 149:8
149:17,18 150:5
152:8 157:22 165:10
174:13 180:1,5
181:17 182:5,8,19
184:11,12 187:20
188:12 190:6,18,19
190:20,21 191:1
192:18 193:17
197:16 198:6,8,15
202:8,14 205:14,23
206:4,7 207:14,18
219:7,17 228:9
232:25 234:11 237:9
237:12 238:12,15
282:25
**recalled** 75:13 88:17
96:22
**receive** 149:9 171:1
218:16,17
**received** 41:18 114:24
137:12,13 169:12
170:3 216:10 234:17
271:19,20
**receiving** 140:3
**recess** 78:13 112:25
138:14 219:21
225:25 226:15
227:23 285:3
**recessed** 140:23
**recipient** 139:19
140:11
**recipients** 147:4
**recognize** 17:16 32:8
38:14
**recollection** 62:20
75:4 79:24 80:11
92:20 93:1,9 94:3,25
119:5 149:20 184:14
188:15 192:4,17
233:24 235:20 271:4
**recollections** 80:2
**recommend** 210:7
211:4

**recommendation**
26:24 225:22
**recommended** 205:1
**reconvened** 140:23
**record** 6:12 13:20 22:4
22:6,24 23:10 24:23
24:24,25 40:22 98:5
114:7,16 116:10
123:14 127:20,21
137:5,7,8,11 138:12
138:17 141:9 143:7
143:9 191:8 203:20
222:25 277:25 282:6
286:7
**recorded** 286:7
**records** 21:15 90:2,23
233:25 235:13
237:17,21 241:3
260:1
**recover** 165:22 167:17
167:23 168:3
**recovered** 167:6 168:4
**recovery** 216:19 217:7
**recreations** 267:17
**refer** 11:5 63:6 65:7
154:20 186:2 207:25
**reference** 56:14
126:11 129:7 137:19
182:1,6 185:23
221:7 242:18
**referenced** 63:11
65:24 134:18
**referral** 186:12 215:20
**referrals** 185:12,22,24
**referred** 44:5 47:6
138:19 150:3,6
185:17
**referring** 41:1 62:1,5
104:24
**reflect** 19:5,20 50:1,5
61:16 71:12 90:21
96:22 148:15 152:4
154:13 159:15 160:1
175:23 235:13
242:23
**reflected** 13:15 20:10
58:11,17,21,23 59:3
59:13 82:15 84:2,7
87:5 88:16 96:8
134:2 135:8 139:18
149:2 171:14 200:4
249:8 272:9
**reflecting** 58:20
151:15
**reflections** 228:8
**reflects** 18:13 22:14
57:16 228:21
**reformulate** 87:18
**refractory** 126:2

**refresh** 62:20 75:3
79:23 80:1,11 92:20
92:25 93:8 94:3
119:5 192:17
**refreshed** 94:25
**refusal** 19:5
**refused** 188:25
**regard** 28:9 36:16
92:20 117:12 131:19
132:3,5,15 133:12
135:9 145:13 146:6
179:22,25 188:19
195:19 196:3 207:2
207:13,23 212:4,17
212:22 245:18
**regarding** 28:16 29:14
30:20 31:8 65:16
67:6,23,25 69:3
71:13,24 89:7 93:1
96:10 97:15,25 98:7
112:8 130:24 132:7
134:3,12,24 137:15
145:4,20 147:13
149:6 150:4,11,24
151:16 152:5,16,21
200:22 212:2 234:15
243:18 244:14
**relate** 16:11 19:1
32:11 33:8 34:9 35:6
36:13 37:23 39:12
40:10 41:15 47:18
48:5 49:13,20 55:18
55:18 56:15 62:22
98:24 145:8,25
146:11 147:17
148:15 163:5,13
220:1
**related** 33:15 41:20
62:11,24 97:3,18
132:19 134:2,10
147:18 176:10
177:16 182:6 205:19
231:18 248:23 286:9
**relates** 115:11 142:10
221:9 279:17
**relating** 22:19 23:22
24:3 35:1,14 40:25
63:8 65:13 190:10
190:14 194:8,13
226:8 252:15 257:16
**relationship** 51:1
210:6
**relationships** 106:10
109:9
**relative** 59:21 61:4
**relatively** 106:11
232:5 272:19
**relay** 226:6
**release** 58:20 183:22

**relevance** 243:11
**relevant** 237:18 243:7
249:15
**reliable** 222:8 266:16
**relied** 176:18 202:12
**relief** 191:12,14
194:15,16
**rely** 38:15 86:2,7 275:6
277:9 278:3
**remain** 101:21
**remained** 239:10
**remaining** 239:7
282:23
**remark** 182:20,25
**remember** 77:14 93:24
94:19 95:4 119:4,23
119:24 120:11,20
121:11,15 159:21
182:24 202:1 206:15
**remembered** 90:25
94:13 95:4 254:5,5
**rendered** 44:18
**rent** 21:8
**repeated** 135:13
182:10
**repeating** 40:23
**rephrase** 169:15
**report** 199:21 200:25
201:24 202:5,9,17
202:22
**reported** 201:23 219:2
**reporter** 4:11 143:15
143:20 181:11
182:11 187:19
222:24 223:5 224:15
**REPORTING** 1:25 4:10
289:5,11
**reports** 61:9
**repository** 235:17
236:1,10,13,24
237:6,20 238:6,11
239:9,16 240:1,7
**represent** 14:19 23:25
92:11 99:23 114:19
123:10 136:18,19
203:22 214:5 226:11
246:6 249:4 258:21
261:6 270:7 271:21
**representation** 38:8
**representative** 2:21
14:12,24 15:2 16:6
112:15 258:7
**represented** 26:21
43:24 45:22,24
46:10 99:13 122:15
135:10 142:17
145:21 169:13,21
190:24,25 205:1
224:3,8 233:5

Case 01-01139-AMC    Doc 18309-5    Filed 03/17/08    Page 101 of 106

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 308

236:11 247:17
249:17
representing 19:23
20:25 91:20 150:17
155:7 191:8
represents 74:13
114:9
request 8:3,5 10:14
11:18,21,25 12:4
13:3 17:17 18:13,17
18:18 19:17 20:10
20:11 22:14,18,23
22:25 23:16,19 24:6
24:22,22 25:4,11,15
25:25 26:13,17 27:8
28:5,8,17 34:15
36:14,17 37:11
39:18,21 40:21 41:9
41:13 42:24 43:1
47:16 61:25 63:5,12
65:6,24,25 66:3
138:14 141:20
142:14 143:1 190:21
191:13 207:1 239:19
239:25
requested 14:6 24:17
141:23
requests 10:11 12:6
12:18,19 13:4,22
18:5,10,22 19:4,7
22:13 62:10 66:2
207:2 239:15 270:12
require 32:19 116:23
243:7
required 242:16
248:13 284:9
requirements 29:19
29:22 154:6,7
190:15 248:19
researched 243:22
245:24
residents 156:19
resist 243:10
resolution 196:21
197:5,11
resolve 204:9,19,23
resolved 218:3 221:22
resolving 171:1
215:17 221:24 275:8
278:5
respect 16:1,15 18:15
19:6,11 20:11,15,18
22:16 25:11,24 26:8
26:12 30:17 33:24
35:8 36:3 38:4 39:8
39:21 46:25 55:16
59:1,12 67:7 68:14
69:4 71:25 73:6,8,10
75:16 76:16,21 77:3

78:11 79:15,17
82:21 91:12,16
92:23,24 95:12,15
95:17 99:4 105:15
113:4 114:17 115:23
117:7,10 118:5,9
124:19,23 126:13
127:6 132:16,25
133:2,9 136:9 145:3
148:22 153:8 164:16
171:12,16,21 172:15
175:5,7 177:21
178:13,21 184:1
189:18 190:4 191:13
192:7,21 198:17,19
200:3 208:15 209:13
209:24 211:7 219:24
220:17,18 221:3,14
230:19 231:8 234:22
245:1,23 246:4,8,21
247:16 248:7 249:3
249:16 250:22
251:18,22 252:11
253:13 254:16
255:17 256:7 257:2
260:7,14,16,21
264:1 265:17 267:15
267:16,19 269:6,10
270:21 271:20 284:8
284:8
respected 105:9
respectfully 227:12
respond 20:19,20
25:20 63:15 179:6
responded 42:4
respondent 143:4
responding 8:19
280:8
response 8:17 13:3
17:17 18:13,17
22:25 23:6,16 24:25
25:5,7,15 28:5 41:8
43:21 68:22 112:2
137:10 181:15
259:10 270:1 281:7
281:11 282:7,11
responses 10:12
12:11,14 13:15 17:9
17:15,23 27:15 53:7
53:12,15 61:9 62:2,4
62:6,10 63:7,11
72:12 95:24 96:4
272:9
responsibility 210:24
responsible 166:2
responsive 11:25 12:6
13:22 15:14 27:17
32:19,22 33:23,25
34:15 35:13 39:18

41:12,24 42:2 56:22
72:21 147:23 237:21
rest 22:22 142:2 226:2
228:4
restructure 230:10
result 19:23 20:25
113:5 163:2 185:12
186:6 196:2 202:6
208:25 262:6 276:8
278:19
resulted 119:15,19
197:5
results 82:19 201:19
201:21 202:3,4
203:4
resumed 141:4
retaliate 184:9,16
188:5 194:7 218:21
retaliated 184:17
185:2,7 209:12,23
retaliating 189:4
retaliation 187:11,20
189:17
return 188:25
reveal 116:22
revealed 276:22 277:1
revealing 275:22
276:23 278:8
revenues 215:22
216:2
reverse 169:6
reversed 191:12
review 6:16,18 8:7
11:21 12:10 22:22
26:19 72:15 86:21
88:12 95:11 100:5
128:4 129:14 188:23
192:1,16 219:17
229:7 231:22
reviewed 6:19,20,23
6:24 7:7 10:2,11
17:22 21:12 81:4,7
251:17
reviewing 21:15 238:6
Rhoads 3:12
Rice 274:12 275:2
Rich 4:6 139:11 143:7
143:13,13,20,25
178:17 225:12
richest 105:20
Rich's 139:10
right 8:15 20:4 23:21
26:17 31:9 33:11,20
37:13 42:16 44:19
47:3 48:21 49:5 50:6
51:4,10,25 52:2
54:18 55:3 57:11
58:12 62:12 65:22
66:19 67:8 69:6 83:7

87:24,25 88:3 93:3
96:6 100:6,15
104:12 105:8 106:19
119:21 125:2 130:5
130:10 160:23
162:14 166:13
168:22 175:16 176:7
181:6 182:14 184:10
200:5 202:14 210:12
215:3 216:6,12
218:8 220:25 226:7
228:23 230:15
231:11 232:1 234:18
237:1 241:24 247:1
248:14 279:19
ripe 244:8
risk 172:24 175:3
230:21 269:2 284:23
road 206:10
Robert 4:5 190:25
205:13
robust 64:19
role 15:11 30:20 52:10
171:15 180:7 185:21
198:17,19 211:8
212:3
room 7:5 135:23
140:15
ROSE 1:25 4:10 289:5
289:11
roughly 7:23,24
106:25 109:12 110:6
123:9 216:18 217:3
256:1
routine 86:20 250:5
rule 88:14 89:25 107:9
246:12
rules 6:23 10:7,18
11:2 77:1 86:4
156:18 164:25
Run 255:7
runs 115:12
Russell 103:6 104:15
140:10 202:21
206:16

S

S 2:1 3:1 4:1 6:1
safe 261:15
sailors 264:14
samples 234:10
Sandy 3:17 114:4
135:16,17 137:6,12
141:12 144:11 147:1
163:20 164:3 171:22
178:2 199:15 200:9
222:6 226:5,5 227:2
229:12 279:12
sat 249:18

save 40:23
saw 81:1,16 132:19
181:6,7 201:24
202:2,14,17 229:2,3
261:25 266:1
saying 61:13 63:25
66:24 71:1 90:5
138:24 161:17
191:15 206:23
218:22 228:15
229:10 230:1 277:15
280:11
says 31:3 40:21,25
62:1 63:6 67:13
83:23 93:25 94:16
100:13 103:16
134:21 245:15
say-so 202:18 277:10
school 100:14 102:20
science 267:6,7
268:25
scientific 266:4,10
267:22
scientifically 265:14
265:16,22 267:4
scope 20:16 213:19,25
274:17 284:15
scores 230:9
seal 286:10
search 50:25 253:6
254:8
second 22:5 62:2
213:5
secret 88:5 106:15
see 20:2 22:24 23:6,16
41:6 55:10 62:7,19
67:2 94:18,25
112:21 141:25 142:1
163:5 192:2 202:5
206:12 219:2 235:8
235:16 237:6,14
239:1,23 243:15
250:24 264:10
270:13 283:2
seeing 49:10 139:2
202:8
seek 12:20 25:7 26:8
257:20 258:11
seeking 183:11,25
186:15 189:17
209:24
seen 96:3 99:14 125:6
162:24,25 163:1
180:23 181:13
182:12,23 202:13
208:1 250:23 266:14
266:18,21,24 267:3
267:11,14,15,21
selection 157:6

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 309

**send** 51:13 114:12
143:24 185:11
231:22
**sense** 155:11 183:5
210:7
**sent** 8:25 9:4 12:11
48:24 260:1
**sentiment** 228:25
**sentiments** 230:13
**separately** 140:14
**series** 23:1 41:9 56:9
56:11 84:13
**serious** 223:2
**seriously** 147:1
**served** 271:2 274:13
**service** 137:25 138:23
138:23
**services** 101:4
**SESSION** 141:1
**set** 62:2,23 75:3,16
81:21 111:13 119:2
119:14,18 221:1
229:20 230:7 258:10
263:20 273:19 286:5
**sets** 62:21 119:11
170:1
**settle** 38:24 39:3 167:8
167:11 168:1,8,17
169:7 170:15 177:1
177:8,22 189:17
197:15 210:8,25
211:9
**settled** 23:3 53:6,13
57:19,20 58:16
154:7 155:19 167:15
167:19 178:22
212:18,24 216:4,16
216:14 244:3 255:10
275:4 278:1 279:7
279:10
**settlement** 22:20 23:3
23:21,24 24:18
25:13 26:2,11,15,25
27:19,21 28:5,14
29:2,14,19,23 30:8
30:17,21 31:8 33:6
33:10,16 34:4 35:2,7
52:7 53:1,11,12 54:2
54:7,11,16,17 56:1
56:15,16,23 57:3,16
57:18 58:19,20,21
59:1 60:17 67:15
137:23 154:11 155:2
155:8,17 159:10,17
159:19 160:15 161:3
161:19 162:2,22
167:22 170:7 171:16
190:3,10,17 192:11
192:16,17 196:10,25

**197**:1,10 204:2,24
206:6,8,10,22
207:21 208:6 210:23
211:1,3 216:11,18
219:25 220:6 235:1
239:4 275:25 278:11
**settlements** 23:24
24:5 27:6 29:8,25
30:1,10,13,13 31:10
31:16 52:10,12,13
53:9 54:4 55:6,9,17
55:21,22,23,24 56:1
57:10 155:1,4
165:15,20 170:19,20
172:16,17 175:7
**settling** 54:3,10 57:1
59:8 154:1,5 168:19
169:4 189:5 221:3
**seven** 101:1 126:4
217:1
**severed** 274:6
**shape** 9:7 269:24
**share** 35:24 44:21,22
46:4,9 53:17,18 93:7
94:24 216:13
**shared** 91:1 136:16
**shareholder** 102:10
**sheer** 238:8
**sheet** 6:23,24 287:10
**shift** 49:4,6
**ship** 263:8
**shipment** 233:25
**shipments** 233:16
**shipped** 83:10,11,18
84:1,15
**shipyard** 100:3 261:10
261:11,13,14,20
263:6,8 265:17
**shipyards** 261:7 263:3
**short** 22:9 232:5
**shortly** 102:1
**short-circuit** 129:21
**shoulders** 279:19
**show** 10:8 50:1 62:17
95:8
**showed** 150:23
**showing** 17:8 90:14
231:4
**shown** 17:13 75:11
82:24 87:4 97:4
**shut** 194:16 203:18
**sick** 42:15
**side** 86:5 102:23 103:2
162:5 164:7 184:21
185:9 263:22
**sides** 161:14,15
**SIGN** 289:1
**signature** 289:5
**Signed** 286:16 287:15

**significant** 49:6 93:23
130:15 192:19 223:2
260:23
**sign-off** 82:25
**Silber** 109:2 229:18
230:5
**similar** 96:9 262:19
**simple** 12:25 13:7
19:16 60:10 86:12
245:7
**simpler** 42:1
**simply** 22:12 25:2,3
47:25 53:16 193:13
200:3 202:6,13
207:18 258:15
263:22
**sincerity** 180:25
**single** 164:17 180:23
**singled** 54:13,15 56:4
**sir** 227:22
**sit** 244:11 253:13,18
254:13 257:1 258:18
258:23
**site** 83:24 84:1,17
85:12 88:22 90:2,5
90:15,25 93:23 94:8
94:16 100:11 233:16
234:3 235:15 236:15
236:22 252:2 253:9
254:8,11 283:4
**sites** 73:19 83:11
84:13 234:17 235:11
236:9 237:18 242:24
255:7,9 270:22
282:21,24
**site-based** 234:25
**site-specific** 235:6
236:3
**sitting** 135:21 149:15
204:8 216:25
**six** 126:4
**size** 108:12
**small** 44:3 142:3 264:3
272:19
**smaller** 125:11 169:4
**smiled** 69:1
**smoker** 231:9
**smokers** 230:22
231:25
**Smonskey** 4:11 286:3
286:16
**smoothly** 226:3
**snapshot** 253:24
**sold** 83:17 235:12
**solely** 96:21
**solicit** 73:18
**solvency** 174:6,9
**somebody** 136:24
139:13 188:5 202:6

**202**:17 237:5 262:7
262:10,12,18 265:7
265:9
**somewhat** 144:8
157:8
**soon** 211:22
**sorry** 69:20 71:20
159:18 226:25
281:15
**sort** 137:2 216:21
**sought** 188:19 190:9
190:16 194:15 196:3
208:25 209:13
257:15
**sound** 100:6 266:16
**sounding** 178:18
**sounds** 110:19 215:3
**source** 85:23 90:13
155:12,24 156:3,5
159:9 160:14,18
161:3,4 169:21
170:1 235:10
**sources** 97:14 151:10
155:21 169:18,22
233:6,20 234:7
250:7 264:21
**South** 3:13
**speak** 103:1 136:25
**speaking** 63:2 73:16
95:10 106:11 225:6
225:8 272:19
**special** 225:16
**specialty** 125:13
**specific** 26:4 33:24
38:8,9 55:10 72:1,2
75:23 123:4 131:2
132:22 134:16
137:18 145:13
148:12 149:4,6
157:11 182:5 184:14
185:22 188:15 193:3
206:25 220:10,17
235:24 236:9 237:13
240:20,22 266:25
**specifically** 11:22
33:15 57:21 62:16
121:22 129:6 148:18
189:15 197:16 198:6
237:16 240:25 267:5
267:15 281:16
**spend** 101:13
**spent** 9:10 103:19
**spoke** 187:4 202:23
**spoken** 113:1 129:19
**sponsor** 92:3,13 94:12
94:15
**staff** 75:18
**stake** 213:18 214:12
**stakes** 210:4

**stand** 12:16 13:1,8
78:10 141:4 147:6,8
207:15
**standard** 81:21 128:16
208:7 284:9
**standing** 13:10,18
197:19 220:8,12
**stands** 15:9
**stand-down** 207:6
**start** 121:7,16 168:1
**started** 103:18 107:25
118:7,17 222:9
229:17 230:3 235:2
257:15
**state** 6:11 100:18
105:11,14,18,21,25
106:6,13,19 165:9
188:10 274:9 275:24
278:10
**stated** 30:16 31:7,15
186:17
**statement** 24:21
137:10,13 140:1
171:8 187:17 223:25
224:19,22 225:7,9
257:13
**statements** 16:9 64:24
141:8 184:15 186:10
186:10,14 193:20
194:24 195:3,5,6
225:4 236:20 268:14
**states** 1:1 126:1
166:21,22,23
**stating** 198:8
**status** 281:14 282:14
**stay** 174:22 227:14
240:14,14 241:1,20
241:20,24 242:2,9
243:4,16 244:12,24
245:15,15 274:15
**stayed** 274:6
**stenographically**
286:7
**step** 84:11
**steps** 153:5,11 195:14
280:5
**Steve** 139:17,18
**stick** 224:24
**stipulate** 283:24
**stop** 174:22 194:17
208:18 226:23
**stopped** 208:14,17
**story** 186:22
**street** 2:10,24 3:13,19
181:1,8,14,25
182:12,13
**strength** 24:13 55:20
59:21 61:5 160:19
250:18
**stricken** 279:14

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 310

**strike** 9:21 82:20,21
83:4 86:18 99:25
102:10 118:3 122:13
132:4 155:1 171:8
208:11 211:24
222:16 262:8 268:15
277:5 284:14
**strong** 34:19 160:21
161:1 162:21 163:3
184:20 185:7 194:24
204:11,18
**stronger** 24:14
**strongest** 91:11
**strongly** 191:5 197:18
198:22 256:23
**Stroock** 3:5,5
**struggling** 29:16
**study** 266:4
**stuff** 228:17
**Stutzman** 3:18
**subject** 19:1,7 20:10
20:14,18 22:17
25:11,25 26:12
27:18 32:6 33:8 35:7
36:13,16,16 37:11
38:12 39:3,8,13,21
53:4 56:23 62:9 66:8
76:25 88:18 96:9
132:14,17 134:11
145:8,18 147:12
165:25 173:24 174:3
189:1 208:3 282:1
**submission** 253:16
**submissions** 251:2
256:14,18,22
**submitted** 16:10 86:23
128:23 253:15
257:25 259:5,9,21
267:20,21 280:6
**submitters** 257:3
**suborning** 191:4
197:20,23,25 198:2
**subsequent** 154:20
197:1
**subsequently** 94:11
97:10 191:6
**substance** 9:12 287:9
**substantial** 108:4,24
231:18,23 260:18
261:15 268:20
**substantially** 44:4
218:16
**substantiate** 252:3
**substantive** 166:22
**success** 236:23
**successful** 114:11
**successfully** 110:21
208:13
**sudden** 49:17

**sue** 42:15 43:16 110:7
175:5
**sued** 43:24 45:24
49:11,12 50:10,11
51:15 52:4 80:24
101:8 109:12,15,16
110:3,13 124:4,16
124:17,24,25 125:8
125:20 126:2,6,7
130:3 164:17
**suffered** 276:8 278:19
**suggest** 48:7 112:20
244:19,22 259:25
260:4
**suggested** 103:1
188:24
**suggesting** 90:3 92:17
92:18 191:19
**suggestion** 139:22
**suggestions** 10:20
**suing** 101:8 128:11
131:21 148:25 155:8
174:22 236:12
**suit** 102:10 156:25
**suits** 221:15
**sum** 172:23
**summarizing** 151:7
**summary** 99:15
**summer** 103:8,10
**sums** 210:8
**supervised** 130:18
**supplement** 86:13
89:17 90:20 255:4
281:19
**supplemental** 13:24
**supplementation**
89:21
**supplemented** 82:18
85:14 86:4 89:4,14
**supplied** 57:23 67:16
283:4
**supplies** 143:21
**supply** 257:9
**support** 191:17
**supports** 269:1
**suppose** 115:23
**sure** 8:2 15:13,16
17:22 18:23 21:17
21:18 23:9,19 29:5
29:12,17 30:2 34:14
41:25 42:6,10 46:14
69:2 78:22 86:24
87:9 91:21 92:19,25
95:1,8 126:10
131:10,19 134:17
139:20 144:15
159:22 181:11 186:1
186:17 193:24 203:1
222:12 258:8

**surprise** 100:7 197:17
**surprised** 106:22
261:5
**surrounding** 183:22
192:20 196:21
199:10,24 203:13
**sustained** 180:22
**Sutcliffe** 2:23
**sweeping** 264:20,25
265:7
**sweep-up** 264:16
**sworn** 6:6 11:13 95:12
141:5 286:5
**syllable** 281:20
**synthesized** 82:9
**system** 218:17 226:23
234:15

---

**T**

**T** 287:18 288:2
**take** 19:10 20:19 22:18
26:25 51:18 67:23
73:2 75:24 78:12
80:15 84:11 112:21
116:4 117:24 130:22
132:3,5 139:4 142:4
149:21 159:12
178:23 179:3,4
189:16 194:20
202:11 203:9 205:2
209:6,7 211:4,13,19
212:4 213:3,4,12,13
213:14 214:20
219:20 225:25
227:16 232:7 233:5
269:9 279:25 280:5
282:2 285:1
**taken** 14:14 87:9 89:1
89:7 139:14 153:5
153:12 176:6 188:18
208:24 226:7 247:6
268:13,13,16,18
269:6 286:3
**takes** 89:21,22 187:7
**talk** 8:21 29:1,8,10,21
30:1,6 39:4 100:9
103:3 113:12 126:15
130:7 134:22 137:20
138:12 140:8 153:25
176:22 212:20
214:14,16,18,22
216:16 227:2 246:3
250:21 263:22
280:14,15,18,20
**talked** 113:14 178:9
186:7
**talking** 21:4 33:3,9
45:21 65:25 83:5
122:17 129:10,11

132:22 133:23
134:20 146:17,22
149:14 176:11
183:18 187:24 188:2
188:13 196:24
198:24,25 216:23
217:22 226:20 228:7
231:24 281:1
**target** 47:10 49:9
173:4,8,23 175:12
175:14,14,24 276:14
276:16 278:25 279:2
**targeted** 174:8,10
**targeting** 52:21
**technically** 34:15
**telephone** 112:23
113:11 226:11,16
**tell** 11:4 15:10 28:22
29:13 30:4 33:22
37:1 42:9 50:18 57:7
71:17 78:4 81:9
89:24 91:21 92:2
98:22 99:16 106:17
107:7,13,22 108:7
170:8 182:17 185:20
197:13 202:6,22
203:3,11 204:15
219:10,16,18 222:7
285:13
**telling** 91:22 102:24
172:9 193:17
**tells** 83:6 262:9
**tend** 47:23
**tended** 124:24
**tens** 217:18
**term** 29:5,16 30:9 56:5
110:19 173:4,6,8
174:11 192:15 193:4
206:6,8
**termed** 224:16
**terms** 58:20 89:21
107:19 108:12
125:19 136:4 151:7
157:16 161:19 208:6
210:2 213:25 220:5
220:21 221:6
**terrible** 183:16
**test** 57:8 60:4,13,21
61:14 66:13,18 71:3
171:7,10 172:7,12
276:20,24 277:14
**tested** 243:15
**testified** 6:6 63:24
79:16 141:5 210:20
284:5
**testify** 15:23,24 16:3,4
16:5,14,23,25 17:1
18:14 19:6 28:16
29:14 30:11,16,20

37:21,22 38:7,11
56:8 58:5 60:19 91:3
91:8 97:7 99:11
113:7,22 152:13
193:18 214:1 274:25
**testimony** 11:14 16:11
18:21 19:2,11 20:9
20:14,16 25:12 31:1
35:25 36:15 37:3,11
37:15,18 38:24 39:2
39:20 57:9 58:25
60:1,4,13,15,21
61:10 63:16,16 64:1
64:17 67:1,3,3,12,24
69:4 71:2 79:17 87:3
90:22 91:10,11,23
94:12 115:3 123:19
130:2 132:1 134:21
138:21 171:11
172:20 211:25
213:19 233:24
249:13 254:18
276:21 277:4 280:25
284:14
**testing** 56:13
**Texas** 3:20 81:23
100:14,19 102:16,17
102:18,22 103:17
104:23 105:3,21
106:1,6,19 156:18
156:20,23,25 157:13
158:2 164:25 165:9
165:20 166:18,20
188:23
**Thank** 100:12 227:21
229:13 255:15 268:6
**Thaxton** 190:25 191:2
197:14 198:23
203:12 205:6,13,15
205:20 206:8,13
**THEREFOR** 287:20
288:4
**thing** 59:12 77:2 87:19
99:17 116:21 163:11
189:9 221:8 226:18
242:5 277:19 280:10
280:13
**things** 18:3 41:22
183:16 185:7 201:19
218:19 223:14 224:5
259:24 283:6,6
**think** 8:18 13:5,17
15:6 22:8 26:7 27:1
33:13,14 41:8 42:8
46:2 47:12 48:6,25
50:7,22 53:14 98:15
105:19,23 111:10,12
113:17,19 114:17
115:9,20,25 117:1,5

117:14,18,21 118:25
119:9,21 120:9
130:2 137:12,24
139:6,23 140:1,2
143:6,8 146:5,13,18
146:19,22 147:8,25
152:17 159:1 160:4
160:4 161:23 169:1
169:5,25 170:5
180:2 181:2,3
183:14 185:16 186:9
188:23 192:15 193:4
193:4 194:12,23
200:18 204:18 206:5
206:7 207:5 216:7
219:19 220:20,21
224:14 225:20 226:1
228:6,12,25 230:18
234:8 237:3 238:19
238:19 239:2,6
240:5 242:14,15
248:10 249:6 261:4
265:13,21 267:6
272:9 276:18 279:5
279:11,14
thinking 49:8 173:18
third 62:2,23 69:1
142:19 235:13
242:19,22 243:2,8
244:4,6 258:10
third-party 244:1
283:3
Thomas 2:17 100:24
101:15,16
thoroughly 131:12,22
thought 89:16 135:17
136:21 143:11
162:25 163:2 173:1
189:20 206:18
221:23 223:20 271:5
276:14 278:25
283:13
thoughts 24:7 30:7
thousand 109:10
thousands 107:25
110:12,22
threat 170:10,21
172:17
three 120:13 180:2,5
191:6,9,11 192:5
233:23
threshold 231:1
tied 214:24 280:17
time 7:16 9:10 44:4,19
45:4,13,25 46:11,17
47:20 48:20 50:9,21
52:15 60:11 63:4
75:21,25 76:6 79:18
82:17,17 84:15 85:7

86:17 87:8 89:6
92:18,22 99:8,24
101:23 104:4,11,16
105:4,16 106:4,16
107:2,8,21,23,24
109:25 110:17
111:12 120:17
122:17 124:17
125:19 136:5,10
137:3 141:9,24,24
144:19 149:13
154:18,19,21 155:7
164:7 165:11 169:23
174:23 179:8 180:4
181:19 183:8,9
188:1,24 201:8
206:9 211:19 215:1
217:3 218:1,8 222:4
223:1 224:11 226:12
227:13 232:7 235:1
235:21 237:4 238:3
238:24 239:3,7
247:11,19 249:1
256:24 264:18 271:6
271:11,13 272:13,16
272:23 273:1,9
281:23 283:19
285:12 286:4
times 50:10,11 118:18
121:9,10 131:7
183:3
timing 89:20
today 6:15,16 10:16
14:11 25:24 115:19
137:4 168:7 169:18
169:23 187:8 213:19
244:11 253:13,19
254:13 257:1 258:18
258:23
told 14:14 31:3 42:3
67:13 84:16 87:16
88:11 94:6 106:21
111:10,12 127:4
135:5 181:11 198:5
222:8 224:10,14
toll 205:5
topic 63:11 98:25
122:20 175:4 182:7
194:2,3 234:20
topics 62:5 63:7,8,18
tort 108:25 215:5
218:17 234:15
tort-feasors 241:2
total 44:13 45:11 53:8
54:10 56:25 101:17
110:12 164:22 165:2
165:4,13 168:21
169:19 217:6 231:2
231:6

totality 169:11
totally 133:5
touch 38:7
toxic 108:24 165:10
track 110:7
transaction 210:4
transcript 286:7 289:3
transcription 287:6
transcripts 240:6,9
transfer 140:19 157:16
157:19
transferred 157:22
tremolite 262:3,11,15
trial 11:16 16:15 53:8
63:22 102:25 118:6
118:7,12,17,20
119:12,18 120:10,17
120:21,22 121:7
151:5,6 155:23
160:16 161:2,6,16
162:20 163:3 165:1
165:19,21 166:8
169:3 174:1,3,3
176:25 177:7,23
178:10,14,14,15,24
179:3,4 189:5,16
191:12 196:1,22
208:24 209:6,7
212:5,10 214:1,17
270:1 273:19 280:2
280:3,7 282:18
trials 118:2,6,10 190:2
tried 7:2,3 119:14
120:23 121:3 130:18
192:12 204:13
trip 100:25
trouble 92:12
true 39:1 40:7 42:10
43:6,14,18 46:25
47:15 49:10 59:6
61:2,3 63:15,23 71:3
77:2,10 99:22 100:1
104:19,20 132:13,18
133:8 154:4 155:15
155:16,18 156:7,17
157:10,12 158:8,13
159:7 161:1,8
167:16 168:6,7,11
168:12 169:2,6
179:19 180:17,24
181:23,24 187:7
190:1,7,15 192:10
193:22,25 194:5
195:24 201:10,13
209:11 211:5 222:15
223:16 224:6,10
240:24 241:4 242:5
243:19 246:4,10
247:6,16 255:17,23

256:7 261:20 263:18
264:9,11 265:3
268:12 286:7
truly 182:18
trusted 202:20
trusting 202:17
trusts 51:21 170:4
truth 91:21,22 92:3
202:22 204:15
truthful 91:10 213:22
truthfully 94:9
try 92:20 94:2,11,14
94:17 116:6 117:21
129:21 168:17
195:25 228:4 266:25
274:3
trying 36:25 89:16,23
227:5,7
Tuck 121:12
turn 210:11 222:18
turned 261:5
twice 118:24
two 13:20 14:2 62:21
68:25 119:11,12
137:7 142:16 190:9
190:15 215:23 217:3
226:10 237:2,2,11
263:10
type 31:12 67:15
236:17 276:3 278:14
typed 82:23
types 74:3 99:11,16
108:10 233:23
typically 53:2 72:20
83:13 84:4 93:20
95:2,5,10 96:18
156:2 159:3 250:17

U

ubiquitous 125:15
ubiquitously 125:6
ultimate 167:18
207:18
ultimately 169:8 190:2
204:24
unavailable 142:21
unaware 48:3 172:10
254:25
uncovered 256:25
underlying 23:13
245:21,22 274:9
understand 15:21
18:23 22:8 23:14,19
24:17 25:22 29:17
30:2,4,15,19 31:24
32:2 37:22 38:20
42:11 44:9 45:15
52:19 63:12 66:10
86:10 166:4 193:16

197:3 221:16 257:12
understanding 10:17
15:11 16:19 31:22
77:1 81:21 107:20
192:5 242:1 270:25
understood 42:25
102:9
undertaken 242:22
undertaking 20:3 23:2
25:5 41:10
undoubtedly 186:11
264:9
United 1:1 126:1
universe 77:14
University 100:14
UNSECURED 3:3
unsuccessfully
274:24
urge 48:6
use 31:11 39:10 56:5
60:21 63:1 74:24,25
148:2 174:11 187:8
191:2 193:11 205:4
210:2 215:14 282:25
uses 187:12 188:4
usually 231:21 249:11
utilize 93:18
utilized 6:21 82:8
86:25 148:11

---

V

Valley 159:4
valuation 26:24 32:25
35:15
value 26:23 27:5,24
28:1 29:11 53:8 54:2
54:7,11 162:5
210:10,16 211:1
215:4,6,13 218:8,11
237:7 275:25 276:14
276:16 278:11,25
279:2
valued 31:19,20,21
34:6 210:17
values 29:9 30:14
52:12,13 215:5
216:18 218:3,13
valuing 28:23 29:7
61:11,12
Van 113:14
variation 107:7
varied 81:25 107:3,12
166:23
variety 48:14 132:18
155:13 157:5 173:10
various 75:20 110:7
173:9,12 225:19
233:6 270:21
vary 89:23 232:2 248:1

US District Court - Delaware
Chapter 11 - W.R. Grace

FINAL - March 4, 2008
Peter Kraus, Esquire
Page 312

248:4
**varying** 136:16
**vast** 170:25 271:12
**vehicle** 244:4
**venue** 156:15,18 157:2
157:3,4,9,17,20
**venues** 157:6
**veracity** 276:24
277:14
**verdict** 118:11,20,21
118:23 119:6,10,12
121:4,5 164:5 165:5
165:23 166:9,11
167:7,13,18,20,21
167:22,24 168:1,4,9
168:10,10,21 169:7
175:6 196:25 197:4
197:6,11 204:8
273:25
**verdicts** 119:2,3,4,15
119:19 120:18 163:9
163:14
**verify** 84:9 85:16
98:13,17
**verifying** 100:8
**vermiculite** 257:10
259:17 260:1,2
262:2,11,12,16,18
**versus** 24:15 47:25
49:12 50:2 51:4
54:17 56:1 60:17
89:22 122:3
**vicinity** 254:11 270:17
**victims** 214:5,13
**view** 108:11 170:17
173:7 203:23 221:10
223:16 231:14
269:13,15 281:12
282:12
**vigorously** 91:20
194:25
**vindicated** 192:6
**violate** 116:15 146:25
**violating** 26:5,9 38:12
**Virginia** 100:18,24
**virtue** 273:15
**visit** 103:10 226:1,4
**vogue** 267:8
**volume** 160:15 161:17
161:22 238:8 270:15
**voluminous** 236:6

**W**

**wackiest** 280:9
**Waddell** 109:7
**wage** 180:11
**wait** 142:22 213:7
**waived** 102:18
**waiver** 275:14

**waive-in** 103:18
**waiving** 23:12 113:5
113:21
**Walker** 3:12
**want** 11:5 13:7,10 18:8
18:19 23:9 30:16,20
44:9 53:17 54:12
57:18 67:19 80:19
99:7 100:9 113:19
114:12,21 115:21
131:19 134:20 135:4
139:20 140:13
143:23 144:15
145:18 146:8 147:20
153:25 164:6 172:12
176:5 199:17 200:11
208:14 213:11,12,17
214:14,18,20,22
215:22 219:17,20
221:1,2,21 224:25
227:9,18 230:24
255:6 258:25 270:13
281:25
**wanted** 17:24 66:13
66:18 68:10 152:19
175:10 176:9 186:21
197:14 204:9,22
222:19 223:6 230:7
236:2
**wants** 117:19 230:10
**war** 180:12 273:10
**warehouse** 275:2
**Washington** 1:15 2:11
2:18,25 9:3 101:24
102:21 103:7 144:4
**wasn't** 49:3 76:18
85:16 87:13,15
107:13 122:1 148:17
151:8 166:9 178:2
222:12 237:20
239:13
**wasting** 226:12
**Waters** 10:12 11:20
14:12 15:2 16:7 24:8
33:4,8 34:6,9 36:4
43:7,16 44:2,21 45:4
45:9 51:15 62:1
75:15 76:14,21
78:16 79:6,11 80:24
88:9 95:15 100:2,11
111:6,14,22 116:25
121:6 124:5,7,13,20
131:17 134:23 135:2
136:6 142:5,7,11
152:15 155:20
164:19 167:3 175:4
175:12,15 176:12,18
212:21,24 215:19,21
216:3,13 217:25

220:3,10,13 221:2,3
222:9,16 236:12,25
237:10 238:4 239:25
240:3 250:21 253:14
257:16 266:3 275:17
280:19
**way** 7:6 9:7 16:20
18:21 27:25 28:1
51:7,10 52:11 54:14
56:13 57:22 58:16
61:14 66:25 75:18
98:13 100:8 129:22
153:7,10 155:25
160:19 161:4 164:23
169:8,17 171:7,10
172:14,15,25 175:13
192:20 200:17
207:20 208:9 210:1
210:3 220:19 229:18
230:5 236:7 238:9
262:10 265:16 269:2
269:23 281:5 286:9
**ways** 56:3 162:11,24
207:6,16
**weak** 160:23 161:1,9
162:20,22,25 163:1
**weakness** 59:21 61:5
**Web** 100:11
**week** 7:24
**weeks** 101:1
**weighing** 61:16
**welcome** 10:24
**went** 8:12 30:14 62:25
65:8,11 66:20 101:1
102:14 103:4,7,12
107:11 108:1 118:20
118:21,23 119:11,18
120:10,17 137:25
149:10 155:23 157:6
165:19,21 166:7
167:20 172:25
178:10,13 183:24
196:1,22,25 197:4
207:20 214:8 215:15
221:13 228:15,17
229:2,18 230:4
235:20 237:9,10
267:18 273:18
274:10 283:19
**weren't** 86:12 103:16
154:11 174:16
198:23 272:22 283:6
**Westinghouse** 125:25
**whack** 217:10
**whatsoever** 117:16
262:5
**wide** 48:14
**widely** 107:3
**willing** 210:9

**wipe** 194:21
**wish** 215:10
**wit** 286:1
**withdraw** 13:12 71:8
127:9
**withdrawing** 13:14
**withheld** 25:9 35:16
36:7 40:19 62:23
78:5
**withholding** 34:25
35:3,6
**within-named** 286:4
**witness** 6:5 11:7,16
15:6,10,19 25:18
30:25 32:15 33:13
34:12 35:12 36:21
37:15 38:20 39:16
40:4,17 42:21 43:3
43:13,20 45:2,15
46:8 47:5 48:23
49:22 51:7,18 54:1
54:21 55:5,13 56:21
57:15 58:3 59:16
61:21 64:10,23,24
67:10 68:7,17 69:9
69:20,24 70:15,17
73:5 80:1,6,11,20,22
81:13 83:21 84:4
85:6 86:2,18,19
88:25 89:11 90:9,24
91:15 92:1,10 93:6
94:21 95:21,22
96:18,22,25 97:6
98:11 104:14 106:9
106:21 109:21
111:24 112:1 115:8
115:10 127:11 129:1
131:15,25 132:11
133:16 134:5 136:2
138:4 143:3 144:12
146:7,13 160:11
163:16,23 164:11
166:4,15 168:6
169:1 171:19,24
172:3,22 175:3,20
176:2,16 177:4
178:6,18 179:5
180:14 184:5,20
185:6,16 187:2
188:8,22 189:8
192:1 193:2 194:12
195:10 196:6 197:9
198:6 199:4 202:20
203:16 204:22
205:23 206:4 207:5
209:9 210:20 211:16
212:7,12 213:3,7,25
214:7 216:12 217:14
218:14 219:16

222:23 223:23 226:1
227:18 229:11
231:13 232:12,25
236:20 239:13 241:7
242:1,14 243:6,22
244:17 245:5,20
246:12,19 247:3,8
247:25 248:16
249:25 250:11
251:25 252:21
253:22 254:10,20
255:15 256:13
257:20 258:3 261:1
263:14 264:8 265:3
265:13,21 266:14
268:2 269:9,23
273:12 274:19
275:20 276:18 277:8
279:6 283:16 284:4
284:20 286:4,10
289:4
**witnesses** 73:25 78:23
79:3 81:16 91:4
122:13,16 137:15
153:15 192:22 193:5
193:6,8,13,18 254:2
255:8
**witness's** 79:24
277:22
**word** 31:11 42:11,25
139:4 187:3 193:11
208:13 228:23,24
230:12,13
**words** 18:16 19:8
22:23 24:22 44:15
166:11 232:4 281:20
**work** 7:17 9:21 12:21
24:15 26:5,22 38:10
59:20 60:12 66:7,8
68:25 69:10,13 70:3
70:6,10 72:3,11
75:20 76:22,25 77:1
78:6,15,25 80:4,14
81:4 82:2,13 88:16
90:21 93:14 94:8,10
94:23 95:9,13,14,18
95:20,22 96:2,3,15
96:24 97:4,8,9,11,12
97:17,21 99:6 101:1
101:5,6,10 102:14
102:25 111:19,24
112:14 113:3,8
116:23 117:1,6
120:22 121:16 122:6
123:8 126:23 127:17
130:17,19 133:9
134:6 136:14 146:3
146:5,14 148:3,8
149:8,17,20 151:3

US District Court - Delaware
Chapter 11 - W.R. Grace

151:13 153:19 160:3
162:24 163:16
171:19 177:10 179:4
195:18 196:7,13
199:13 202:1 212:11
223:22 228:20 232:9
248:13,18,23 251:5
254:8 258:22 260:18
260:23 263:6 264:15
266:7,23 275:17,22
278:8 279:16
**worked** 72:8,9 83:24
84:13 90:2 93:23
101:11 102:1 121:19
233:12,17 236:15
242:25 256:10 257:4
260:9 261:6 263:8
263:21,24 282:22
**worker** 266:6
**workers** 100:3 265:18
**working** 72:7 102:21
144:20 147:14
197:25 222:13 262:7
262:16
**workings** 279:7
**workup** 108:21
**world** 100:25 138:1
273:10
**worse** 222:18
**worth** 163:1,2 166:9
217:3,4,7,12
**wouldn't** 49:14,20
50:14 51:24 85:4
90:5 93:21 94:2,11
94:17 100:7 202:18
244:3 261:4
**written** 8:11 75:17
104:18 111:13,21
112:8 202:9,15
**wrong** 115:16,17
139:23 210:12 219:9
219:11,13,19
**wrongdoing** 211:6
**W.R** 1:6 2:2 6:19 15:20
20:13 26:20 33:16
34:17,20 44:7 51:19
52:24 53:3 55:18
118:15,16,17 123:15
130:11 148:3 175:25
177:1 180:1 190:22
197:10 214:6 215:13
215:18 216:1 240:17

---

**X**

**X** 5:1 83:24 267:13

---

**Y**

**year** 106:25 107:1,12
107:13 197:7 215:24

**years** 19:22 20:13
21:12 22:3 28:24
34:18 72:9 75:7
93:24 94:1,1 101:17
107:4 130:16,17,20
130:20 149:14
157:21 181:12
188:13 192:3 202:2
208:1 215:14,16,23
217:1,3,4,7,12
219:10 223:3 224:8
228:8 231:5 232:14
232:22 237:1,2,11
246:17,25 267:13
272:16
**Year's** 103:23
**yesterday** 9:9 13:22
42:3
**York** 3:7,7 4:13,13
289:12,12

---

**Z**

**Zahnd** 121:12
**zealously** 92:10
**zero** 210:10
**Zonolite** 262:1 263:17
263:21,24 264:13

---

**$**

**$100,000** 168:10
**$2** 168:9
**$3.1** 215:17 216:3
**$30** 218:5
**$300** 215:9

---

**0**

**01** 52:15 75:9,10,16
77:18 124:14,20
125:19 165:7
**01-1139** 1:8
**02** 186:5

---

**1**

**1** 5:13 17:5,6,8,14
22:18,25 23:17,20
25:4,12,15,25 26:13
26:17 27:8 28:5,9,17
36:14,17 37:12
39:22 44:2 62:4
138:17,17 222:9
231:5
**1-800-825-3341** 1:25
4:14 289:12
**1:14** 140:24 141:1
**10** 6:23 10:7,18 124:3
124:10,13,17,25
125:20 126:4,4,7,8
130:4 164:21 165:6

168:8 169:3 192:3
202:2 208:1 218:4
226:15 227:8,10,17
268:7 279:23 285:13
**10-minute** 138:14
225:25
**100** 46:14 51:13 110:9
123:19 130:2 149:11
215:11 270:17
**10011** 4:13 289:12
**10038** 3:7
**11** 1:4 15:20 19:22
99:25 138:20 188:13
215:1 237:1 240:20
240:21 246:10,16
267:9
**12** 101:25 138:20
**12:45** 140:22
**123** 3:13
**13** 138:20
**138** 5:14
**144** 120:5
**144A** 120:5
**15** 101:25 108:14
118:14 125:22
149:14 165:12,16
166:2 268:7
**15th** 2:24
**1512** 2:24
**16-page** 13:17
**17** 5:13
**18** 149:14
**180** 3:6
**19109** 3:14
**1982** 100:14
**1985** 100:15,19
**1990** 101:19 103:8,14
103:15 107:11
121:18 149:12
**1990-1991** 102:13
**1991** 103:19
**1993** 149:13 157:12,25
**1995** 107:5
**1996** 23:5
**1997** 156:18,23 157:10
157:12,25 176:25
177:7,24 178:10,14
179:9 181:16 182:3
182:10 183:12,23
186:14 188:20
189:15 190:2 192:12
192:19 196:1,23
208:12 209:22 212:5
239:5
**1998** 104:8
**1999** 41:4,16 43:8,17
44:2,23 46:5,17
48:10 51:3,16 52:15
165:7 221:22 222:9

---

**2**

**2** 5:14 23:5,5 40:21
41:13 42:24 43:1
47:17 138:15,18,20
215:9 231:5
**2-1/2** 237:1
**2/29/10** 286:20
**20** 109:13 142:4
**200** 2:5 110:9 215:11
**2000** 21:1
**20005** 2:11,18,25
**2001** 23:5 41:4,16 43:8
43:18 44:23 46:5,17
48:10 51:4,16 76:23
77:8,12 165:20
167:2 168:2 171:3
186:5 221:23 228:12
231:17 271:8
**2002** 228:12
**2005** 271:3,9 272:8
**2006** 271:5
**2008** 1:14 5:3 13:12
216:25 286:12
287:15
**2323** 3:19
**25** 13:12
**270** 5:7
**285** 5:8

---

**3**

**3** 61:25 63:5,12 65:7
65:24 66:2,3
**3:00** 141:19 142:22,24
**300** 110:9

---

**4**

**4** 1:14 5:3 65:25 66:2
**4:32** 285:16
**40** 109:13
**400** 214:25 216:17
**45** 130:9

---

**5**

**50** 49:17,17 99:22
100:1 108:16 110:15
110:22 118:8,16
123:19 124:15,21,22
124:23 129:24 130:2
149:11 166:23
**58** 126:8,8,9

---

**6**

**6** 5:6
**6:00** 222:11
**60** 108:15
**60601** 2:6
**655** 2:10

---

**7**

**7** 108:1
**70** 108:15,16 125:4
**74** 4:12 289:11
**75** 110:15,22 124:15
125:4
**75201** 3:20

---

**8**

**8** 19:18 20:10,11,15
137:17,18
**8,000** 108:1

---

**9**

**90** 101:20 130:9
**90s** 108:11 110:8
166:20 228:15 229:2
**91** 101:20 103:19
**92** 100:19 103:17,23
**93** 104:7
**98** 107:11
**99** 75:8,10,15 76:23
77:8 124:14,20
125:19 231:17