**CERTIFICATE OF SERVICE**

I, David M. Fournier, hereby certify that on the 18th day of March, 2008, I caused the foregoing **Limited Objection of UniFirst Corporation to Motion of Debtors for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties** to be served upon the parties on the attached service list by facsimile and first-class mail, postage prepaid, or in the manner indicated.

    /s/ David M. Fournier
David M. Fournier

#9449738 v1

| | |
|---|---|
| Janet S. Baer, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Counsel for the Debtors<br>Fax: 312-861-2200 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor<br>New York, NY  10152-3500<br>Counsel to the Official Committee of Personal Injury Claimants<br>Fax: 212-644-6755 |
| James E. O'Neill, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor, P.O. Box 8705<br>Wilmington, DE  19899-8705<br>Counsel for the Debtors<br>**Hand Deliver** | Mark Hurford, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE  19801<br>Counsel to the Official Committee of Personal Injury Claimants<br>**Hand Deliver** |
| Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY  10038-4982<br>Counsel to the Official Committee of Unsecured Creditors<br>Fax: 212-806-6006 | Philip Bentley, Esq.<br>Gregory Horowitz, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022<br>Counsel to the Official Committee of Equity Holders<br>Fax: 212-715-8000 |
| Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE  19801-1246<br>Counsel to the Official Committee of Unsecured Creditors<br>**Hand Deliver** | Teresa K.D. Currier, Esq.<br>Buchanan, Ingersoll & Rooney, PC<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE  19899-1397<br>Counsel to the Official Committee of Equity Holders<br>**Hand Deliver** |
| Scott L. Baena, Esq.<br>Bilzin, Sumberg, Dunn, Baena, Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL  33131<br>Counsel to the Official Committee of Property Damage Claimants<br>Fax: 305-374-7593 | Richard H. Wyron, Esq.<br>Orrick, Herrington & Sutcliffer LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C.  20005-1706<br>Counsel to the Future Claimants' Representative<br>Fax: 202-424-7643 |
| Michael B. Joseph, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street<br>Suite 904<br>P.O. Box 1351<br>Wilmington, DE  19899<br>Counsel to the Official Committee of Property Damage Claimants<br>**Hand Deliver** | John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>Counsel to the Future Claimants' Representative<br>**Hand Deliver** |
| | David Klauder, Esq.<br>Office of the United States Trustee<br>844 King Street<br>Wilmington, DE  19801<br>**Hand Deliver** |

#9449738 v1