UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>DEBTORS. | CHAPTER 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Objection Deadline: April 9, 2008**<br>**Reply Deadline: April 14, 2008**<br>Hearing Date: April 21, 2008 |

## ZAI CLAIMANTS' MOTION FOR ORDER RECOGNIZING AND PERMITTING FILING OF A WASHINGTON CLASS PROOF OF CLAIM

Pursuant to Fed. R. Bankr. P. 3001, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7023, the ZAI Claimants respectfully move the Court for an Order recognizing and permitting the filing of a Washington Class Proof of Claim by appointed Class Representatives Marco Barbanti and Ralph Busch. The grounds for the motion are set forth in the accompanying Memorandum in Support.

Dated: March 18, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ William D. Sullivan

William D. Sullivan (2820)
Elihu E. Allinson, III (3476)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191

-- and --

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, Washington 99201
Telephone: (509) 455-3966

-1-

-- and --

RICHARDSON, PATRICK, WESTBROOK
 & BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina  29464
Telephone:  (843) 727-6500

*Special Counsel for ZAI Claimants*