IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 9, 2008 |
| | ) | Reply Deadline: April 14, 2008 |
| | ) | Hearing Date: April 21, 2008 @ 12:00 p.m. |

## NOTICE OF MOTION

ZAI Claimants have filed the attached *ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim* (the "**Motion**").

The Motion seeks Court recognition of a Washington Class Proof of Claim by Marco Barbanti and Ralph Busch, as agents for the Class.

If you wish to file a response to the Motion, you must do so on or before **APRIL 9, 2008 at 4:00 p.m. EDT.**

At the same time, you must also serve a copy of the response upon Movant's attorneys at the addresses set forth in the signature block below.

HEARING ON THE MOTION will be held on **APRIL 21, 2008 at 12:00 P.M. EDT.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELEIF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 18, 2008
Wilmington, Delaware

          RICHARDSON, PATRICK,
          WESTBROOK & BRICKMAN, LLC
          Edward J. Westbrook
          Robert M. Turkewitz
          1037 Chuck Dawley Blvd., Bldg. A
          Mt. Pleasant, South Carolina 29464
          Telephone: (843) 727-6500

          - and -

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 583
Spokane, Washington 99201
Telephone: (509) 455-3966

-and-

WILLIAM D. SULLIVAN, LLC

_____
William D. Sullivan (2820)
Elihu E. Allinson, III (3476)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191

*Special Counsel for ZAI Claimants*