IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: |
| | ) | |

### ORDER GRANTING
### ZAI CLAIMANTS' MOTION FOR ORDER RECOGNIZING AND
### PERMITTING FILING OF A WASHINGTON CLASS PROOF OF CLAIM

Upon the *ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim* (the "Motion"), and any response thereto by the Debtors or any other party in interest, and it being found that this Court has jurisdiction, and it appearing that good and sufficient notice of the Motion having been given and no further notice of the Motion or entry of this Order need be provided, and the Court having held a hearing on the Motion, and upon the hearing and the entire record and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby determined that the Motion is hereby GRANTED in all respects and it is further ORDERED, ADJUDGED, and DECREED that:

1.  The Court will recognize a Washington Class Proof of Claim filed by Class Representatives Marco Barbanti and Ralph Busch.

IT IS SO ORDERED, this _____ day of _____, 2007.

Honorable Judith K. Fitzgerald<br>
United States Bankruptcy Judge