IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 9, 2008 |
| | ) | Reply Deadline: April 14, 2008 |
| | ) | Hearing Date: April 21, 2008 @ 12:00 p.m. |

## NOTICE OF MOTION

ZAI Claimants have filed the attached *ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion* (the "**Motion**").

The Motion seeks dismissal of a single ZAI claim, or in the alternative, a Rule 54(b) determination with respect to a claim affected by the ZAI Opinion to permit immediate appeal to the District Court.

If you wish to file a response to the Motion, you must do so on or before **APRIL 9, 2008 at 4:00 p.m. EDT.**

At the same time, you must also serve a copy of the response upon Movant's attorneys at the addresses set forth in the signature block below.

HEARING ON THE MOTION will be held on **APRIL 21, 2008 at 12:00 P.M. EDT.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELEIF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 18, 2008
      Wilmington, Delaware

                                        RICHARDSON, PATRICK,
                                        WESTBROOK & BRICKMAN, LLC
                                        Edward J. Westbrook
                                        Robert M. Turkewitz
                                        1037 Chuck Dawley Blvd., Bldg. A
                                        Mt. Pleasant, South Carolina 29464
                                        Telephone: (843) 727-6500

- and -

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 583
Spokane, Washington 99201
Telephone: (509) 455-3966

-and-

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*

William D. Sullivan (2820)
Elihu E. Allinson, III (3476)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191

*Counsel for ZAI Claimants*