ATTACHMENT 3

Appeal Transcript.txt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - -

IN RE:                          : CIVIL ACTION NO. 06-689
                                :
                                :
                                :
                                :
                                :
                                :
                                : Philadelphia, Pennsylvania
W.R. GRACE & COMPANY,           : January 22, 2006
et al.                          : 4:02 pm

- - - -

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE RONALD L. BUCKWALTER
UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

| | |
|---|---|
| For the Debtor:<br>W.R. Grace<br>& Co., et al: | DAVID M. BERNICK, ESQUIRE<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY   10022 |
| For the Official<br>Committee of<br>Asbestos Property<br>Damage Claimants: | SCOTT L. BAENA, ESQUIRE<br>Bilzin Sumberg Baena<br>Price & Axelrod LLP<br>200 South Biscayne Boulevard<br>Suite 2500600<br>Miami, FL   33131 |
| For the Official<br>Committee of<br>Asbestos Personal<br>Injury Claimants: | ELIHU INSELBUCH, ESQUIRE<br>Caplin & Drysdale<br>375 Park Avenue<br>New York, NY   10152 |

Page 1

Appeal Transcript.txt

10  steadily has addressed all of these different issues.
11      For example, if you take a look at page
12  sixteen of their brief, they insist that Grace is
13  denying liability for virtually all of the asbestos
14  liabilities.  That's just not true.  What we've said
15  is that we'll pay the good stuff, the question is what
16  is the good stuff?
17      So they list -- they say Grace is denying
18  liability for ZAI, which is a certain kind of property
19  damage claim.  Grace is saying that other property
20  claims are barred by the statute of limitations.
21  Grace is saying, oh, there was this huge spike in
22  personal injury claims and that's what forced them, and
23  they say Grace denies all of that.
24      The interesting thing is that in each and
25  every one of these areas, Judge Fitzgerald has worked

40

1   hard and is now deciding every single one of those
2   issues.
3       So that after this brief was filed, she said
4   that the ZAI claims, which they negotiated a deal
5   thinking that they might be worth billions of dollars,
6   she's saying that they don't even pass a Dalbert
7   standard.
8       With respect to statute of limitations, she's
9   now granting statute of limitations defenses.  She's

Appeal Transcript.txt

10   now resolved a huge bunch of claims brought by
11   Prudential, very old claims.  She said that they are
12   barred by the statute of limitations.
13               And, what about that enormous personal injury
14   spike?  Well, that was a hundred and twenty thousand
15   claims that were pending against Grace when Grace went
16   into Chapter 11.
17               Just as a result of the questionnaire process
18   where those claimants had to file a questionnaire, only
19   half of them filed the questionnaire by the deadline
20   for submitting questionnaires.  So, the spike goes
21   from a hundred and twenty thousand now down to
22   sixty-four thousand.
23               So, beneath the surface of these broad
24   claims, that somehow this is kind of flogging a dead
25   horse and nothing is happening in the very areas where

                                                        41

1    they have highlighted issues of liability, Judge
2    Fitzgerald has been working incredibly hard to actually
3    decide these issues.
4                Now what she's saying is, we're going to have
5    a hearing in April on certain property damage defenses,
6    like the statute of limitations.  We're going to have
7    a hearing in May on other property damage issues, like
8    is there really a sufficient hazard with the product,

Appeal Transcript.txt

9   and in June we're going to have an estimation with
10  respect to personal injury.
11          So that by April, May, June she is going to
12  have had contested hearings, to say nothing of
13  resolving summary judgment motions, on virtually every
14  single one of the central liability issues in this
15  case.  I mean, it's an absolutely spectacular
16  undertaking in terms of the amount of work that she is
17  doing.
18          So, what is she saying?  She says, guess
19  what, estimation is necessary.  Progress is being
20  made.  Do I want, during this period of time before
21  the hearings, to be messing around with competing
22  plans, absolutely not.
23          I know that they're going to be contested,
24  there's no point in having plans that are filed unless
25  you do something with them.  I know from what's

                                                                42

1   already been said about this plan, that they're now
2   suggesting that they want to file, it will be
3   contested, and I'll talk about that in a minute.
4   Who needs it?
5           She works -- it's all that we can do to get
6   the matters scheduled so that we can maintain this
7   pretrial schedule.  So she extended exclusivity to
8   say, I want to get through all of these hearings and in

Appeal Transcript.txt

9   July I'll take it up, and that's all that I am
10  deciding, and that is what they've decided to appeal
11  on.
12              Why have they decided to take that appeal?
13  They want to have Your Honor consider all kinds of
14  matters that are near and dear to them, but that are
15  not really focused on the central holding that she made
16  regarding cost.
17              For example, they say, well, our plan is not
18  confirmable.  Well, has she decided that our plan is
19  confirmable, no.  She decided two years ago to defer
20  that issue until she could complete the estimation
21  process.
22              When she made that decision, did they take an
23  appeal, and bring before Your Honor the question of
24  whether our plan was confirmable, or whether
25  exclusivity should be extended given the fact that they

43

1   found our plan not to be confirmable, no.
2               They didn't take any appeal regarding
3   exclusivity during that period of time, and there were
4   exclusivity extensions decided during that period of
5   time.  So, the question of whether the plan is
6   confirmable or not, hasn't been crossed by the Judge.
7               Interestingly, the issue that they raise

Appeal Transcript.txt

8   concerning confirmability, that is, are they impaired
9   within the meaning of the code, is an issue that she
10  herself has recognized, and we -- actually is, in fact,
11  in the same exclusivity hearing, could easily be
12  resolved by amending the plan.  It's not as if this
13  plan is inherently unconfirmable in all respects,
14  there's an issue concerning it, just as there are
15  issues concerning their plan, which then brings me to
16  the second point.
17           Not only has she not decided that our plan is
18  confirmable, she hasn't reached that issue, has she
19  decided that their plan either is good or bad, that is
20  the plan that they say that they're going to file.
21  Well, she hasn't reached that either.  She hasn't
22  considered that.  But, one thing that's very important
23  is, that she's already pointed out some of the huge
24  problems with that plan.
25           Just to be clear, this was -- she created a

44

1   period of mediation for all parties to get together.
2   Well, all parties did get together, but there were no
3   negotiations with the debtor or with Equity.
4            The folks sitting here at this table decided
5   they weren't going to have any negotiations that were
6   substantive, because as far as they were concerned,
7   there was no equity, Grace was wiped out and didn't

Page 44

Appeal Transcript.txt

8   have the say in the process.
9       So, they used this period of time of
10  mediation, where the whole case was put on hold, to
11  make their own deal, a deal that Equity wouldn't sign
12  on, and there's an active market that says that Equity
13  is worth lots and lots -- hundreds of millions of
14  dollars, that the unsecured creditors, the commercial
15  creditors weren't going to sign on.
16      In that deal, they said, we don't care what
17  the judge decides as between the relative value of
18  property damage and personal injury, we're just going
19  to divide it up eighty-five-fifteen, no matter what she
20  says.
21      Now, obviously, at the time they did that
22  deal, ZAI was still a claim that they thought was worth
23  perhaps billions of dollars.  So, of course, on that
24  deal they made a lot of room, fifteen percent of total
25  value for property damage.  Then it turns out, ZAI may

                                                      45

1   not be worth anything at all.
2       That doesn't affect their deal.  Under their
3   deal they could still pay ZAI.  Under their deal the
4   allocation itself would not change, and she -- when she
5   heard about this, and I said -- I argued that this is a
6   lockup.  This is an agreement that discourages

Appeal Transcript.txt

7 settlement.
8 They say settlement with us, this is an
9 agreement that discourages settlement because it
10 assures that no matter what progress is made in the
11 evaluation of these claims, they've got it all sown up
12 on their own. She expressed skepticism.
13 If Your Honor would read the transcript in
14 exclusivity as -- at pages forty-nine through fifty,
15 it's a very interesting dialogue that she has with Mr.
16 Frankel where she says, "Wait a minute. The problem
17 is if the Court has actually made a determination that
18 there are no allowable property damage claims, that's
19 the end. I don't think I can confirm a plan that says
20 you're going to pay value when I've determined that
21 there's no value that's owed, I don't think that plan
22 is confirmable." This is at page forty-nine and
23 fifty.
24 Mr. Frankel says, "Well, Your Honor, if the
25 plan is not confirmable on that basis, then obviously

46

1 the agreement would fall apart." Well, of course it
2 would fall apart.
3 Of course, as well -- there's the problem,
4 because right now what I'm assuming that Mr. Bernick
5 has correctly articulated, that there's a form of
6 lockup agreement -- incidentally, nobody took issue

Page 46

Appeal Transcript.txt

7   with what I said in that regard, to divide up those
8   assets regardless of what the Court's valuations are,
9   then you can't propose a confirmable plan at this point
10  either.
11          So, Mr. Frankel then, and as he always is
12  very candid says, "But, Your Honor, I think that our
13  plan would be subject to what the Court orders."
14  Well, God bless, that's right.
15          So was our plan, subject to what the Court
16  orders.  All of the plans at this point, are subject
17  to what the Court orders on the central issue of what
18  claims are legitimate claims.  He can't put the cart
19  before the horse.
20          THE COURT:  Your arguments are very winded
21  here on a very simple issue, I think.
22          MR. BERNICK:    Yes.
23          THE COURT:   To be honest with you.   You
24  know, I'm trying to find out whether it's simply the
25  decision she made again on this ninth request here was

47

1   rational, reasonable, and not just some kind of a
2   fanciful or arbitrary decision
3           MR. BERNICK:   That is a -- I'm sorry, Your
4   Honor.
5           THE COURT:   And, I mean, the question is

Page 47

Appeal Transcript.txt

```
 6      what supported that decision, and that's what I'm
 7      looking for, is the support for her decision there.
 8                MR. BERNICK:    Yes.   Well, I would say --
 9                THE COURT:    Some of it you pointed out, and
10      other points of what you said doesn't necessarily help
11      in the decision before me.    Okay.   What is --
12                MR. BERNICK:    Yes.   Well, I come back to
13      those three basic propositions --
14                THE COURT:    Yes.
15                MR. BERNICK:    -- because they are really the
16      essence.  She says, it's necessary to get a confirmable
17      plan, that is supported and our papers point out by the
18      words from the plaintiffs' -- claimants' own lips that
19      you have the estimation.
20                Number two, that progress has been made,
21      can't be gainsaid, all the decisions that she's now
22      made on key issues such as ZAI, and the pretrial order
23      that she's now put in place that calls for the hearing
24      in June, is the best evidence that progress is being
25      made, and that the -- that the end of the day is at
```

                                                              48

```
 1      hand.
 2                The third point is that lifting exclusivity
 3      and filing competing plans will impede rather that
 4      facilitate the estimation process that comes right out
 5      of the fact of -- the fact that there will be
```

Page 48

Appeal Transcript.txt

```
 6    litigation over it, and she already knows enough about
 7    it to have spotted it, as I indicated to you, the
 8    issues that are going to be litigated, and during the
 9    period of time when her docket is absolutely chocked
10    full of the estimation activities that are necessary
11    for estimation.
12            Now, somebody might say, well, what's the
13    harm?  So we file the plan and it kind of sits out
14    there and lays there on the shelf and we can all go do
15    estimation, that's not what's going on here.
16            First of all, she knows that as soon as that
17    plan is filed, if it were to be filed, there would be a
18    lot of discussion about the impact that that plan
19    actually has on the case, and that that would be a very
20    long and hotly contested process.
21            So, to say the plan just kind of gets filed
22    and nothing happens is, if that were really true, they
23    wouldn't be here today.  The reason they want to file
24    the plan, is that they want to make it into a
25    foundation of further proceedings in the case.
```

                                                            49

```
 1            After the estimation is done in June, and the
 2    omnibus comes up in July for the exclusivity -- where
 3    the exclusivity will be considered as she has said, at
 4    that point in time, they can go make their pitch at
```