IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: |
| | ) | |

**ORDER GRANTING ZAI CLAIMANTS'**
**MOTION FOR DISMISSAL OF AN INDIVIDUAL ZAI CLAIM**

Upon the *ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion* (the "Motion"), and any response thereto by the Debtors or any other party in interest, and it being found that this Court has jurisdiction, and it appearing that good and sufficient notice of the Motion having been given and no further notice of the Motion or entry of this Order need be provided, and the Court having held a hearing on the Motion, and upon the hearing and the entire record and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby determined that the Motion is hereby GRANTED in all respects and it is further ORDERED, ADJUDGED, and DECREED that:

1. An appropriate ZAI Claim shall be dismissed.

2. Within fifteen (15) days of the entry of this order, counsel for the ZAI Claimants shall submit a ZAI claim for dismissal and a proposed form of order dismissing the claim to counsel for the Debtors and the respective Committees.

3. With five days thereafter, any party objecting to the proposed form of order shall notify counsel to the ZAI Claimants.

4. If there is no objection to the proposed form of order, counsel for the ZAI Claimants shall submit it to the Court under certification of counsel.

5. Any dispute regarding the proposed form of order shall be noticed for a hearing at the Court's regularly scheduled omnibus hearing on May 19, 2008.

IT IS SO ORDERED, this _____ day of _____, 2007.

Honorable Judith K. Fitzgerald<br>
United States Bankruptcy Judge