## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W.R. GRACE & CO., *et al.*,<br><br>DEBTORS. | ) Chapter 11<br>)<br>) Case No. 01-01139 (JKF)<br>) (Jointly Administered)<br>)<br>) Objection Deadline: April 4, 2008<br>) Hearing Date: April 21, 2008 |

### ORDER GRANTING ZAI CLAIMANTS' MOTION FOR ORDER TO SHOW CAUSE WHY COURT APPOINTED EXPERT WITNESS SHOULD NOT BE DESIGNATED (RELATED DOCKET ITEM NO. ___)

Upon consideration of the *ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not be Designated*, dated March 18, 2008 (the "Motion") and the accompanying *Memorandum in Support of Motion* (the "Memorandum"); and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it appearing based on the evidence presented in the Declaration filed along with the Memorandum in Support of the Motion that the relief is warranted; and after consideration of any responses, objections, answers, and replies to the Motion and the Memorandum; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is Granted in all respects; and it is further

ORDERED that a neutral Court-appointed expert witness shall be appointed pursuant to Fed.R.Evid. 706 for the purpose of ascertaining the population of ZAI claimants and to estimate the damages associated with their claims; and it is further

ORDERED that within 15 business days after entry of this Order, the Debtors shall nominate one such expert witness and the ZAI claimants shall nominate another such witness and that within 15 business days therefrom the two nominees shall nominate a third witness, whose appointment shall be subject to approval by the Court; and it is further

ORDERED that such neutral expert witness shall be compensated from the Debtors' estate, subject to the provisions of 11 U.S.C. § 328; and its is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: _____      _____
                                                The Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge