UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: W.R. GRACE & CO., et al., | ) | CHAPTER 11 |
| | ) | |
| | ) | BANKRUPTCY NO. 01-01139 (JKF) |
| DEBTORS. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: April 9, 2008** |
| | ) | **Reply Deadline: April 14, 2008** |
| | | **Hearing Date: April 21, 2008** |

### DECLARATION OF DARRELL W. SCOTT IN SUPPORT OF ZAI CLAIMANTS' MOTION FOR ORDER TO SHOW CAUSE WHY EXPERT WITNESSES SHOULD NOT BE APPOINTED

DARRELL W. SCOTT makes the following declaration:

1.     My name is Darrell W. Scott. I am over the age of 18 and am competent to testify in Court. I am co-special ZAI counsel with respect to ZAI Science Trial; attorney for Washington Class Representatives Marco Barbanti and Ralph Busch, Class Counsel in the pending certified class action *Barbanti v. Grace et al.*

2.     Attached hereto as Exhibit A is a true and correct copy of Grace's May 17, 1976, R. H. Locke Binder Development Program

3.     Attached hereto as Exhibit B is a true and correct copy of a Grace Memo from B.A. Blessington to B.R. Williams dated March 16, 1977.

4.     Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition of Morton Corn, Ph.D. taken on September 15, 2000 in the *Barbanti v. W.R. Grace, et al.*, Cause No. 00-2-01756-6, Washington state class action.

-1-

5.      Attached hereto as Exhibit D is a true and correct copy of the final Summary Report dated October 2000, of a Washington State Survey conducted by GMA Research Corporation in the *Barbanti v. W.R. Grace* Washington state class action.

6.      Attached hereto as Exhibit E is a true and correct copy of a Declaration signed by William D. Robinson attaching a copy of a Washington State Awareness Study Executive Summary Report prepared by his company in September of 200 in the *Barbanti v. W.R. Grace* Washington state class action.

7.      Attached hereto as Exhibit F is a true and correct copy of exemplar business records produced by W.R. Grace pertinent to ZAI production, sales, and distribution.

8.      Attached hereto as Exhibit G are true and correct copies of exemplar governmental materials pertaining to housing stocks, including residential housing numbers, structure ages, square footage, structure life cycles, and improvements/repair activities.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this ⁄⁄⁵⁄ day of March, 2008, in Spokane, Washington.

DARRELL W. SCOTT

-2-