# EXHIBIT E

Darrell Scott Declaration in Support of ZAI Claimants' Motion for Order to Show
Cause Why Expert Witnesses Should Not be Appointed

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: W.R. GRACE & CO., et al., | ) | CHAPTER 11 |
| | ) | |
| | ) | BANKRUPTCY NO. 01-01139 (JKF) |
| DEBTORS. | ) | |
| | ) | (Jointly Administered) |

## DECLARATION OF WILLIAM D. ROBINSON
## IN SUPPORT OF CLAIMANTS' MOTION

WILLIAM D. ROBINSON, makes the following declaration:

1.    My name is William D. Robinson.  I am competent to testify and provide the

following information of my own personal knowledge and/or belief.

2.    I am the President of Robinson Research.

3.    Attached as Exhibit A is a true and correct copy of the Washington State

Awareness Study Executive Summary Report, September 2000, prepared by Robinson Research,

Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct and that this Declaration was executed this 16th day of March, 2008, in
Spokane, Washington.

WILLIAM D. ROBINSON

-1-

**Lukins & Annis, PS**

**Washington State Awareness Study**

**Executive Summary Report**

**September 2000**

**Prepared by:**

**Robinson Research, Inc.**
**524 West Indiana**
**Spokane, Washington  99205**
**(509) 325-8080**
**Fax:  (509) 235-8068**
**E-mail:  robinsonresearch@icehouse.net**

## Table of Contents

Statement of Methodology ........................................................................................3

Executive Summary ................................................................................................5

**Statement of Methodology**

## Statement of Methodology

Robinson Research, Inc. was commissioned by Lukins & Annis, PS to conduct a 400-sample telephone survey with adults in randomly-selected households throughout Washington State. The purpose of this research was to evaluate awareness of potential asbestos hazards, particularly those associated with Zonolite Attic Insulation.

Respondents were screened to be eighteen years or older, to reside in Washington State, and to not be employed in the following industries: An attorney, a building materials manufacturer, a building materials wholesaler or retailer, a company that builds or remodels houses, the Environmental Protection Agency (EPA), or for the Washington State Department of Health. County and gender quotas were established to ensure a cross-section of participants proportionate to statewide populations. Sample lists of randomly-selected households were purchased from Scientific Telephone Sampling.

Telephone interviews were conducted at our facility between September 8 and September 13, 2000. Fifteen percent (15%) of the interviews were monitored in their entirety, and an additional ten percent (10%) were called back by a supervisor for verification of key points of the data. Numbers resulting in no answer, busy signal, or respondent not available were set aside for subsequent attempts before a replacement was issued.

A 400-sample survey has a margin of error of +/- 4.9%, which means that, in theory, results have a ninety-five percent (95%) chance of coming within +/- 4.9 percentage points of results that would have been obtained if all respondents within Washington State had been interviewed.

Interviewing was conducted using a computer-aided interviewing system which controls question sequencing, skip patterns, and rotation of questions. The data were tabulated using Robinson Research systems.

Questions regarding this study may be directed to:

William D. Robinson
President
Robinson Research, Inc.
524 West Indiana
Spokane, Washington  99205
(509) 325-8080
Fax:  (509) 325-8068
E-mail:  robinsonresearch@icehouse.net

**Q.1    To the best of your knowledge, are any of the materials used in the construction or remodeling of your residence known to pose a potential asbestos hazard to occupants?**

*This question was asked of all 400 respondents.*



**Q.2    What building materials used in the construction of your residence are known to pose a potential asbestos hazard to occupants?**

*This unaided question was asked of the fourteen respondents aware of asbestos in the home in Q.1. Participants were not read a list from which to select a response.  Multiple responses were accepted.*



**Q.3    Are you aware of any recent warnings issued by the Environmental Protection Agency or EPA regarding potential health hazards of living in a dwelling with a specific type of attic insulation?**

*All 400 respondents were asked this question.*



Q.3 Are you aware of any recent warnings issued by the Environmental Protection Agency or EPA regarding potential health hazards of living in a dwelling with a specific type of attic insulation?
*(Asked of all 400 respondents)*

Uncertain 1%
Yes 24%
No 75%

**Q.4    To the best of your recollection, what type of attic insulation was mentioned in the EPA warning?**

*The 96 respondents who claimed awareness of EPA insulation warnings in Q.3 were asked this question in an unaided manner. Multiple responses were allowed.*



Q.4 To the best of your recollection, what type of attic insulation was mentioned in the EPA warning? *(Asked of the 96 respondents claiming awareness of EPA insulation warnings in Q.3)*

Loose
fiberglass 4%
Asbestos 16%
Vermiculite 7%
Other 1%
Radon 2%
Zonolite 2%
Uncertain 70%

*Due to rounding and the fact that multiple responses were allowed, percentages may not add to 100%*

**Q.5**   **Do you know what type of insulation is in the attic of your current residence?**

*This unaided question was asked of all 400 respondents.  Multiple responses were allowed.*



**Q.6**   **Have you ever heard of a type of attic insulation called Zonolite Attic Insulation?**

*All 400 respondents were asked this question.*



**Q.7    Would you recognize Zonolite Attic Insulation if you saw it?**

*This question was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*





**Q.8    Are you aware of any special precautions that should be taken when handling or disturbing Zonolite Attic Insulation?**

*This question was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*





## Q.9    Can you describe those precautions?

*This open-ended question was asked of 24 respondents claiming awareness of special precautions regarding handling of Zonolite Attic Insulation in Q.8.  All responses were captured verbatim and subsequently coded for ease of interpretation.  Verbatim responses can be found under separate cover and are recommended reading.*



**Q.9 Can you describe these precautions?** *(Asked of the 24 respondents aware of Zonolite Attic Insulation and special precautions used when handling or disturbing Zonolite Attic Insulation. Responses were captured verbatim and coded for tabulation.)*

| Precaution | % |
|---|---|
| Mask | 67% |
| Gloves | 63% |
| Hire a professional | 25% |
| Respirator | 17% |
| Keep yourself/others away | 13% |
| Coveralls/overalls | 13% |
| Safety glasses | 13% |
| Normal hazardous precautions | 8% |
| Clothing (unspecified) | 8% |

*Due to rounding and the fact that multiple responses were allowed, percentages may not add to 100%*



**Q.9 Can you describe these precautions?** *(Percentages of all 400 respondents.  Responses were captured verbatim and coded for tabulation.)*

| Precaution | % |
|---|---|
| Mask | 4% |
|  | 4% |
| Hire a professional | 2% |
|  | 1% |
| Keep yourself/others away | 1% |
|  | 1% |
| Safety glasses | 1% |
|  | 1% |
| Clothing (unspecified) | 1% |

*Due to rounding and the fact that multiple responses were allowed, percentages may not add to 100%*

**Q.10    Have you visited the W.R. Grace web site for information regarding Zonolite Attic Insulation?**

*This question was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*



**Q.11    Have you visited the EPA website for information regarding Zonolite Attic Insulation?**

*This question was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*



**Q.12** **Have you been made aware of any EPA warnings specifically concerning Zonolite Attic Insulation and potential contamination of homes and exposure of household occupants to airborne asbestos?**

*This was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*





**Q.13** **Have you been made aware of any Washington State Department of Health warnings concerning Zonolite Attic Insulation and potential exposure to asbestos?**

*This was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*





**Q.14** **Have you been advised by any other sources that Zonolite Attic Insulation contains asbestos?**

*This question was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*



**Q.14 Have you been advised by any other sources that Zonolite Attic Insulation contains asbestos?**
*(Asked of the 51 respondents who indicated an awareness of Zonolite Attic Insulation in Q.6)*

Uncertain 2%
Yes 18%
No 80%



**Q.14 Have you been advised by any other sources that Zonolite Attic Insulation contains asbestos?** *(Percentages of all 400 respondents)*

Yes 2%
No 10%
Uncertain 1%
Unaware of Zonolite Attic Insulation 86%

*Due to rounding, percentages may not equal 100%*

**Q.15** **Have you been advised by any other sources of dangers associated with the disturbance of Zonolite Attic Insulation?**

*This was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*



**Q.15 Have you been advised by any other sources of dangers associated with the disturbance of Zonolite Attic Insulation?**
*(Asked of the 51 respondents who indicated an awareness of Zonolite Attic Insulation in Q.6)*

Uncertain 2%
Yes 10%
No 88%



**Q.15 Have you been advised by any other sources of dangers associated with the disturbance of Zonolite Attic Insulation?**
*(Percentages of all 400 respondents)*

Yes 1%
No 11%
Uncertain 1%
Unaware of Zonolite Attic Insulation 86%

*Due to rounding, percentages may not equal 100%*

**Q.16  To the best of your knowledge, would wearing a cloth or paper dust mask provide the necessary protection for a person handling Zonolite Attic Insulation, or not?**

*This was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*





**Q.17  Have you been advised by any sources about precautions that should be taken regarding Zonolite Attic Insulation?**

*This question was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*





**Q.18** **Have you been advised by any sources that the disturbance of Zonolite Attic Insulation could result in airborne exposure to asbestos and contamination of your home?**

*This question was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*





**Q.19** **Have you been advised by any sources that activities that involve the disturbance of Zonolite Attic Insulation should be conducted by individuals who are specially trained and certified to work around asbestos?**

*This was asked of 51 respondents who claimed to have heard of Zonolite Attic Insulation in Q.6.*





**Q.20 – Q.25 Series**

Now I will read a list of home activities and after I read each one, please indicate whether you, other members of your household, or a person hired by you have engaged in that activity in your residence in the past five years by just saying yes or no.  The first one is…

- **Removing or installing a window**
- **Removing or installing a cupboard**
- **Removing or installing moldings around a door, window or ceiling**
- **Removing or replacing a light fixture in a ceiling**
- **Upgrading insulation**
- **Storing or retrieving items from the attic**

*This series was asked of all 400 respondents in a randomized manner.*



**Q.26 – Q.31 Series**

**I will now read the same list of activities and after I read each one, please state the likelihood that you, other members of your household, or a person hired by you will engage in that activity in your residence within the next few years.   Please tell me whether you would be very likely, somewhat likely, somewhat unlikely, or not at all likely.  The first one is…**

- **Removing or installing a window**
- **Removing or installing a cupboard**
- **Removing or installing moldings around a door, window or ceiling**
- **Removing or replacing a light fixture in a ceiling**
- **Upgrading insulation**
- **Storing or retrieving items from the attic**

*This series was asked of all 400 respondents in a randomized manner.  To develop a mean (average) score, responses were assigned the following values:  Very likely (3.00), somewhat likely (2.00), somewhat unlikely (1.00), and not at all likely (0.00).*



Q.26 - Q.31 What is the likelihood that you, other members of your household, or a person hired by you will engage in that activity in your residence within the next few years.
*Mean (average) scores - Very likely = 3.00, Not at all = 0.00*
*(Asked of all 400 respondents)*

| Activity | Score |
|---|---|
| Q.29 Removing or replacing a light fixture in a ceiling | 1.28 |
| Q.28 Removing or installing moldings around a door, window or ceiling | 1.01 |
| Q.26 Removing or installing a window | 0.90 |
| Q.31 Storing or retrieving items from your attic | 0.82 |
| Q.27 Removing or installing a cupboard | 0.66 |
| Q.30 Upgrading insulation | 0.49 |

**Q.26    Removing or installing a window**



**Q.26 What is the likelihood that you, other members of your household, or a person hired by you will engage in that activity in your residence within the next few years:  Removing or installing a window.** *(Asked of all 400 respondents)*

**Q.27    Removing or installing a cupboard**



**Q.27 What is the likelihood that you, other members of your household, or a person hired by you will engage in that activity in your residence within the next few years:  Removing or installing a cupboard.** *(Asked of all 400 respondents)*

**Q.28**    **Removing or installing moldings around a door, window or ceiling**



**Q.28 What is the likelihood that you, other members of your household, or a person hired by you will engage in that activity in your residence within the next few years:  Removing or installing moldings around a door, window or ceiling.**

*(Asked of all 400 respondents)*

**Q.29**    **Removing or replacing a light fixture in a ceiling**



**Q.29 What is the likelihood that you, other members of your household, or a person hired by you will engage in that activity in your residence within the next few years:  Removing or replacing a light fixture in a ceiling.**

*(Asked of all 400 respondents)*

**Q.30    Upgrading insulation**



**Q.31    Storing or retrieving items from the attic**



**Q.32** **Zonolite Attic Insulation is comprised of slightly glittery, pinkish-gray, spongy granules up to about the size of a pencil eraser. It is generally poured in between the ceiling joist boards that support the ceiling of the living area and serve as the floor of the attic. To the best of your knowledge, have you personally ever been exposed to Zonolite Attic Insulation, or not?**

*All 400 respondents were asked this question.*



**Q.33** **Do you believe that you have adequate information concerning the precautions necessary to avoid asbestos exposure from Zonolite Attic Insulation, or not?**

*This question was asked of all 400 respondents.*



**Q.34   If additional information concerning potential health hazards associated with Zonolite Attic Insulation were available, would it be of interest to you?**

*This question was asked of all 400 respondents.*



**Q.34 If additional information concerning potential health hazards associated with Zonolite Attic Insulation were available, would it be of interest to you?** *(Asked of all 400 respondents)*

Uncertain 2%

Yes 47%

No 52%

*Due to rounding, percentages may not equal 100%*



**Q.20 - Q.31 Likelihood of having performed potentially asbestos-exposing activities within past five years/Likelihood of performing potentially asbestos-exposing activities within next few years** *(Asked of all 400 respondents)*

| | |
|---|---|
| Q.20 - Q.25 Have done one or more within past five years | 64% |
| Q.26 - Q.31 Likely to do one or more in next few years (includes very likely) | 68% |
| Q.26 - Q.31 Very likely to do one or more in next few years | 44.50% |
| Q.20 - Q.31 Have done one or more in past five years/Likely to do one or more in next few years (includes very likely) | 79.50% |
| Q.20 - Q.31 Have done one or more in past five years/Very likely to do one or more in next few years | 71% |

20%  30%  40%  50%  60%  70%  80%  90%  100%

*Due to rounding, percentages may not equal 100%*

## Respondent Profile

- The average respondent was 48.00 years old.  The median age (those claiming to be older or younger) was comparable at 47.00 years old.

- Twenty-one percent (21%) had no dependent children.

- Sixty-nine percent (69%) owned or were buying their current residence.

- Half (50%) were male.