# EXHIBIT F

Darrell Scott Declaration in Support of ZAI Claimants' Motion for Order to Show
Cause Why Expert Witnesses Should Not be Appointed

I

ZONOLITE ATTIC INSULATION

BAG SALES - (4 cu. ft. equiv.)

```
1962 - 1,206,046
1963 - 1,343,812
1964 - 1,156,995
1965 - 1,071,090
1966 - 1,488,482
1967 - 1,490,399
1968 - 1,516,496
1969 - 1,509,412
1970 - 2,000,000 (est.)
```

II

## Market

80-90% of Zonolite Attic Insulation is sold by retail
lumber dealers to do-it-yourselfers.  The balance is
bought for insulating new construction, and for miscel-
laneous uses such as charcoal base, soil conditioning,
packaging, etc.

Although Zonolite has emphasized do-it-yourself attic
re-insulation for about 15 years, a huge market still
exists.

For example, we estimate that of the 20 million owner-
occupied units in the colder states, about 10 million
have inadequate attic insulation.  Assuming that an
average re-insulation job requires 75 bags, Zonolite's
1970 volume of 2,000,000 bags could have insulated 30,000
attics, 0.3% of the potential.  At that rate, 95% of the
market would still exist after 15 years.

Historically, Attic Insulation sales have been negligible
in the area south of the line Denver - St. Louis -
Philadelphia.  In the South, the economics of re-insula-
tion are not nearly as favorable as in the North.  In the
North, a homeowner who adds 2" of Attic Insulation over
an existing 2" of old insulation will receive 4-5 times
more savings (heating & cooling combined) than would a
southern homeowner under the same situation.

In the spring of 1968, the Atlanta district held a three-
month promotion of Attic Insulation.  They increased
volume by several thousand bags, but afterward it was
judged that the effort would have been better spent pro-
moting Masonry Fill and Roof Decks.

Another factor is that Zonolite has relatively poor dis-
tribution among retail dealers in the South.

III

## Competition

Competitive products are glass fiber, pouring wool,
vermiculite, rock wool, cellulose and shredded wood
fibers.

Reliable sales figures for loose fill are not available,
but we estimate annual sales by other manufacturers are
about two million dollars.  In addition, glass fiber
blanket is used for re-insulating attics, although instal-
lation is difficult.

The following price comparison shows why Zonolite Attic
Insulation is rarely used in new houses.  Our relative
weight and bulk also come under fire from some customers.
However, Zonolite offers dealers greater profit per
insulation job.

## COMPARISON OF INSULATION PRODUCTS OF EQUAL INSULATION VALUE

### TO INSULATE 1,000 SQ. FT.

| | Whol. Price | Total Wgt. | Bulk (equiv. to 3 cu. ft. bags) | Retail price per attached advertisement |
|---|---|---|---|---|
| 5 Bags of Full-Thik Glass Fiber Spinsulation, 3 7/8" Thick (R-11) | $ 52.70 | 150# | 20 | $ 55.00* |
| 122 Bags of Attic Insula-tion, 4.4" Thick (R-11) | 126.88 | 1830# | 122 | 193.98 |
| 60 Bags of Kool & Heat, 3" Thick (R-11) | 54.00 | 600# | 60 | 83.40 |

\* Current wholesale price for F. T. Foil is
$55.60, so this price is either a mistake
or a real loss leader.  Retail should be
about $70.00.



IV

Factors Which Affect Attic Insulation Sales:

Favorable

1.  Strong dealer distribution

2.  Brand acceptance

3.  Coordinated advertising promotions

4.  Rising fuel costs

5.  Fuel shortages

6.  Pollution control

7.  Electric heat conversions

8.  Growing demand for comfort

9.  Best quality loose fill

10. Current housing shortage will foster home improvement

Unfavorable

1.  High Price

2.  Bulky

3.  New building systems which eliminate conventional attic

4.  Low cost blower not available

V

Summary

The preceeding data indicates that the future of Attic Insulation will depend upon effective selling to dealers and strong consumer advertising at the local level, which we have had for many years in the northern states.

Vermiculite may appear to have severe competitive limitations in price, bulk, etc. It has always faced such competition, but nonetheless responds to promotion. Consumers must be informed of its unique benefits through local advertising - it does not sell itself.

T. A. Bjorklund, Manager
Insulation Products

TAB/jlp
12/28/70



## STOP THE GREAT HEAT ESCAPE!

**nolite® Do-it-yourself Attic & Wall Insulation**

In the bag, pour, then level right over others. Zonolite® won't burn, resists rot. Pours freely. Won't cause skin irritation. Needs replacing. 3 cubic ft. bag covers 1 thick.

Save up to your heat this winter e next . . . next.

**Reg. $1.89**
**$1.59**
per bag



## MATERIALS

Cement, 94 lb. bag   $1.64

k. 4x8 ft, 3/8" thick   $1.29

## LUMBER

1S – 6 ft. long



**ONLY**
**39¢**
each

NI-
3S"

## FRAZER

60,000 Sq. Ft.
SERVICE, DRIVE-IN
E/STORE

Shop's Frazer store is Route 30 (Lancaster veen Routes 352 and er, Pa. (About 5 miles

---

Bothered by drafts? Choose from the WOOD SHOP'S many varieties of door and window weather stripping. Easy to install.


## INSULATION



Enjoy year-round comfort. Save on heating and cooling bills. Stay warmer in winter, cooler in summer. The money you save will help pay for the insulation.

Full Thick Owens Corning Fiberglas — 16" wide, foil-backed in standard rolls or packages.

**ONLY**
**5½¢**
per sq. ft.


## PLYWOOD

**½" plywood sheathing**
**4' x 8' irregulars**

These irregulars are not the squarest panels, but are ideal and cost less for many uses around the house, attic, or garage. You are welcome to sort the pile.

Save $1.00 or more per sheet!   **ONLY $3.00**   each

## THE LARGEST BUILDING MATERIAL DEALER IN THE TRI-COUNTY AREA 2 YARDS TO SERVE YOU

Easy to get to . . . Plenty of free parking!

PRICES SHOWN ARE PAY-AND-TAKE (Traditional credit and delivery

---



## KOOL-N-HEAT®
### CELLULOSE
### LOOSE-POURING INSULATION

Check your attic insulation. Maybe it has settled, losing its insulating value. Top it up with this light, easy-to-handle, easy-to-pour cellulose material. Safe to handle. Won't scratch or irritate. Fire retardant, rodent resistant. Deadens sound. Keeps you warm in winter . . . cool in summer.

Keep Warm in Winter . . . Keep Cool in Summer!

**5 cubic ft. bag**
**$1.39**



## PANELING

Here are a few leaders out of our large selection.

BUTTER WALNUT
—A Georgia Pacific Vinyl, 4' x 8' . . . . . . . .   $4.29

MEDITERRANEAN-FINISH LAUAN
—By Weyerhaeuser, 4mm, 4' x 8' . . . . . . . .   $3.99

DRY SHERRY
—By Boise Cascade, 4' x 8' . . . . . . . . . . . .   $3.45

**Ask For Our Free Paneling Booklet**




Prices start as low as
**$2.79**
per panel

## ROSEMONT
### NOT AS LARGE AS FRAZER STORE . . . SAME LOW PRICES.

The WOOD SHOP's Rosemont store is located on Route 30 (Lancaster Pike) between Bryn Mawr and Villanova. . . .

ZONOLITE ATTIC INSULATION

RECAST BY SELLING SEASON

| YEAR | BAG VOLUME (000 - 3 CU.FT.) | AVERAGE SELLING PRICE | GROSS SALES $(000) |
|------|------|------|------|
| 7/72-6/73 | 2,677 | $ 1.12 | $ 2,995 |
| 7/73-6/74 | 2,885 | 1.22 | 3,526 |
| 7/74-6/75 | 1,669 | 1.54 | 2,576 |
| 7/75-6/76 | 1,523 | 1.78 | 2,713 |
| 7/76-6/77 | 2,105 | 1.93 | 4,070 |
| 7/77-6/78 | 3,696 | 2.06 | 7,623 |
| 7/78-6/79 | 1,477 | 2.26 | 3,339 |
| 7/79-6/80 | 2,022 | 2.36 | 4,762 |

JHW/sjs
6/80

WRG00012125



ZONOLITE ATTIC INSULATION

KEY FINANCIAL DATA

| | YEAR | (1) Volume (000 Bags – 3 c.f.) | (2) AVG. S.P. | (3) GROSS SALES ($000) |
|---|---|---|---|---|
| (1) | 1975 | 1659 | 1.742 | 2890 |
| (2) | 1976 | 1608 | 1.866 | 3000 |
| (3) | 1977 | 3831 | 2.019 | 7735 |
| (4) | 1978 | 1844 | 2.237 | 4127 |
| (5) | 1979 | 1886 | 2.299 | 4336 |
| | | | | |
| (6) | 1980NYB | 1620 | 2.58 | 4180 |
| (7) | 1980IB | 1800 | 2.58 | 4644 |
| (8) | 1980MYE | 1800 | 2.63 | 4734 |
| | | | | |
| (9) | 1981F | 1800 | 2.89 | 5202 |
| (10) | 1982F | 1800 | 3.13 | 5634 |
| (11) | 1983F | 1800 | 3.39 | 6102 |
| (12) | 1984F | 1800 | 3.67 | 6606 |
| (13) | 1985F | 1800 | 3.98 | 7164 |
| | Avg. Annual % Change Fav/(Unfav.) | | | |
| (14) | 1975A – 1980MYE | 1.6% | 8.6% | 10.4% |
| (15) | 1980MYE–1985F | --- | 8.6% | 8.6% |
| | % Variance Fav./(Unfav.) | | | |
| (16) | 1980 MYE vs. 1979A | (4.6)% | 14.4% | 9.2% |
| (17) | 1980MYE vs. 1980 NYB | 11.1% | 1.9 | 13.3 |
| (18) | 1980MYE vs. 1980IB | --- | 1.9 | 1.9 |
| (19) | 1981F vs. 1980MYE | --- | 9.9 | 1.9 |

JHW/sjs
6/80

WRG00012123

ZONOLITE ATTIC INSULATION

RECAST BY SELLING SEASON

| YEAR | BAG VOLUME (000 - 3 CU.FT.) | AVERAGE SELLING PRICE | GROSS SALES $(000) |
|------|------|------|------|
| 7/72-6/73 | 2,677 | $ 1.12 | $ 2,995 |
| 7/73-6/74 | 2,885 | 1.22 | 3,526 |
| 7/74-6/75 | 1,669 | 1.54 | 2,576 |
| 7/75-6/76 | 1,523 | 1.78 | 2,713 |
| 7/76-6/77 | 2,105 | 1.93 | 4,070 |
| 7/77-6/78 | 3,696 | 2.06 | 7,623 |
| 7/78-6/79 | 1,477 | 2.26 | 3,339 |
| 7/79-6/80 | 2,022 | 2.36 | 4,762 |

JHW/sjs
6/80

WRG00012125



CONSUMER PRODUCTS
OBJECTIVES AND WORK PLANS
1979 - 1980

| TASK MAJOR EFFORTS | ESTIMATED COMPLETION DATE | STATUS |
|---|---|---|
| 1. IMPLEMENT 1980-81 CONSUMER INSULATION MERCHANDISING SUPPORT PACKAGE. | 4th QUARTER,1979 | COMPLETED |
| 2. IDENTIFY ADDITIONAL ACQUISITION CANDI-DATES. | 3rd QUARTER,1979 | COMPLETED |
| 3. REINITIATE AND MONITOR ATTIC BINDER EVALUATION. | 2nd QUARTER,1980 | COMPLETED |
| 4. DEVELOP EFFECTIVE, COMPREHENSIVE NATIONAL ACCOUNTS AND COOPERATIVE ADVERTISING POLICY. | 1st QUARTER,1980 | POSTPONED |
| 5. ESTABLISH RELATION WITH GRACE RETAIL UNITS FOR INCREASED SALES AND MARKET-ING INTELLIGENCE. | 3rd QUARTER,1979 | COMPLETED |
| 6. BROADEN UNDERSTANDING ON WHY RESELLERS AND CONSUMERS BUY ZONOLITE ATTIC INSULA-TION. | 2nd QUARTER,1979 | CANCELLED |

OTHER EFFORTS

| | | |
|---|---|---|
| 1. COMPLY WITH NUMEROUS REGULATORY REQUIRE-MENTS. | ON-GOING | COMPLETED |
| 2. ASSIST DEVELOPMENT OF RETAIL CHANNELS OF DISTRIBUTION IN SOUTHERN, FLORIDA, AND PACIFIC REGIONS FOR NEW PRODUCT OPPOR-TUNITIES. | 4th QUARTER,1980 | CANCELLED |
| 3. EVALUATE OPPORTUNITIES FOR VERSATILE VERMICULITE IN NON-ATTIC SALES AREAS. | 1st QUARTER,1980 | CANCELLED |

WRG00012128

ZONOLITE ATTIC INSULATION
RECAST BY SELLING SEASON

| YEAR | BAG VOLUME (000 – 3 CU. FT.) | AVERAGE SELLING PRICE | GROSS SALES $(000) |
|------|------|------|------|
| 7/72–6/73 | 2,676.6 | $ 1.12 | $ 2,995.0 |
| 7/73–6/74 | 2,884.7 | 1.22 | 3,526.0 |
| 7/74–6/75 | 1,669.5 | 1.54 | 7,576.5 |
| 7/75–6/76 | 1,523.5 | 1.78 | 2,712.7 |
| 7/76–6/77 | 2,104.7 | 1.93 | 4,070.2 |
| 7/77–6/78 | 3,695.6 | 2.06 | 7,623.1 |
| 7/78–6/79 | 1,477.2 | 2.26 | 3,339.2 |

JBW:doc
6/28/79

WRG05233152

1981 - 1982 BUSINESS PLAN REVIEW

CONSUMER PRODUCTS

| | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| | | Unit Volume | | |
| | Attic (000 Bags) | Panelfoam (MBF) | Polycel (000 lbs.) | Total |
| 1976A | 1,618 | 7,035 | NA | NA |
| 1977A | 3,831 | 9,449 | NA | NA |
| 1978A | 1,844 | 6,817 | NA | NA |
| 1979A | 1,886 | 6,046 | 470 | NA |
| 1980A | 1,509 | 4,967 | 248 | NA |
| 1981B | 1,741 | 9,870 | 391 | NA |
| 1981MYE | 1,350 | 4,500 | 325 | NA |
| 1982BP | 1,253 | 3,800 | 517 | NA |
| 1983BP | 1,163 | 3,400 | 612 | NA |
| 1984BP | 1,088 | 3,200 | 686 | NA |
| 1985BP | 1,003 | 3,000 | 738 | NA |
| 1986BP | 931 | 2,800 | 781 | NA |
| Annual % (Unfav.) | | | | |
| 1976A - 1981E | ( 3.6)% | 8.8% | ND | NA |
| 1981E - 1986BP | ( 7.2) | ( 9.1) | 19.2 | NA |
| iance (Unfav.) | | | | |
| 1981E vs. 1980A | (10.5)% | ( 9.4)% | 31.0% | NA |
| 1981E vs. 1981B | (22.5) | (54.4) | (16.9) | NA |
| 1982BP vs. 1981E | ( 7.2) | (15.6) | 59.1 | NA |
| | Average Selling Price | | | |
| | ($/Bag) | ($/MBF) | ($/lb.) | |
| 1976A | 1.85 | 102.49 | NA | NA |
| 1977A | 2.02 | 100.75 | NA | NA |
| 1978A | 2.24 | 104.30 | NA | NA |
| 1979A | 2.30 | 105.69 | 4.01 | NA |
| 1980A | 2.63 | 114.76 | 4.53 | NA |
| 1981B | 3.00 | 117.73 | 5.38 | NA |
| 1981MYE | 2.86 | 110.22 | 4.74 | NA |
| 1982BP | 3.10 | 119.59 | 5.14 | NA |
| 1983BP | 3.34 | 128.56 | 5.53 | NA |
| 1984BP | 3.59 | 138.20 | 5.94 | NA |
| 1985BP | 3.85 | 148.56 | 6.39 | NA |
| 1986BP | 4.14 | 159.71 | 6.87 | NA |

Checked by: RJB
Date: 6/23/81

WRG05233130

1981 - 1987 BUSINESS PLAN REVIEW

CONSUMER PRODUCTS

|  |  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|
|  |  | | Gross Margin ($000) | | |
|  |  | Attic | Panelfoam | Polycel | Total |
| 1) | 1976A | 1,563 | 186 | 53 | 1,802 |
| 2) | 1977A | 4,044 | 197 | 235 | 4,476 |
| 3) | 1978A | 2,227 | 134 | 494 | 2,855 |
| 4) | 1979A | 2,194 | 80 | 813 | 3,087 |
| 5) | 1980A | 1,964 | 75 | 485 | 2,524 |
| 6) | 1981B | 2,524 | 154 | 954 | 3,632 |
| 7) | 1981MYE | 1,774 | 73 | 700 | 2,547 |
| 8) | 1982BP | 1,783 | 67 | 1,209 | 3,059 |
| 9) | 1983BP | 1,783 | 64 | 1,540 | 3,387 |
| 10) | 1984BP | 1,793 | 65 | 1,854 | 3,712 |
| 11) | 1985BP | 1,773 | 66 | 2,146 | 3,985 |
| 12) | 1986BP | 1,768 | 66 | 2,441 | 4,275 |
| Avg. Annual %<br>Fav./(Unfav.) | | | | | |
| 13) | 1976A - 1981E | 2.6% | (17.1)% | 67.6% | 7.2% |
| 14) | 1981E - 1986BP | ( .1) | ( 2.0) | 28.4 | 10.9 |
| % Variance<br>Fav./(Unfav.) | | | | | |
| 15) | 1981E vs. 1980A | ( 9.7)% | ( 2.7)% | 44.3% | .9% |
| 16) | 1981E vs. 1981B | (29.7) | (52.6) | (26.6) | (29.9) |
| 17) | 1982BP vs. 1981E | .5 | ( 8.2) | 72.7 | 20.1 |
|  |  | | Gross Margin as % of Total | | |
| 18) | 1976A | 86.8% | 10.3% | 2.9% | 100.00% |
| 19) | 1977A | 90.3 | 4.4 | 5.3 | 100.00 |
| 20) | 1978A | 78.0 | 4.7 | 17.3 | 100.00 |
| 21) | 1979A | 71.1 | 2.6 | 26.3 | 100.00 |
| 22) | 1980A | 77.8 | 3.0 | 19.2 | 100.00 |
| 23) | 1981B | 69.5 | 4.2 | 26.3 | 100.00 |
| 24) | 1981MYE | 69.6 | 2.9 | 27.5 | 100.00 |
| 25) | 1982BP | 58.3 | 2.2 | 39.5 | 100.00 |
| 26) | 1983BP | 52.5 | 1.9 | 45.6 | 100.00 |
| 27) | 1984BP | 48.3 | 1.8 | 49.9 | 100.00 |
| 28) | 1985BP | 44.5 | 1.7 | 53.8 | 100.00 |
| 29) | 1986BP | 41.4 | 1.5 | 57.1 | 100.00 |

Checked by:  RJB
Date:  6/23/81

WRG05233132

02301856

ATTACHMENT I.

REGIONAL SALES & VOLUME ANALYSIS

### ATTIC INSULATION

| REGION | GROSS SALES (000) | | | VOLUME (000) | | |
|--------|-------|-------|-------|-------|-------|-------|
|        | 1978A | 1979B | 1979A | 1978A | 1979B | 1979A |
| EASTERN | 2404.7 | 3194.4 | 2652.4 | 1072.1 | 132.0 | 1150.6 |
| MIDWEST | 1438.3 | 2610.8 | 1463.2 | 642.4 | 107.0 | 639.3 |
| SOUTHERN | 51.3 | 49.2 | 37.6 | 22.0 | 20.0 | 15.2 |
| TEXAS | 21.8 | --- | 11.6 | 9.8 | — | 4.7 |
| PACIFIC | 204.6 | 216.0 | 166.8 | 92.0 | 90.0 | 74.2 |
| FLORIDA | 6.6 | --- | .9 | 2.9 | — | .3 |
| TOTAL | 4127.3 | 6070.4 | 4335.7 | 1841.1 | 250.0 | 1885.6 |

### ZONOLITE MASONRY INSULATION

| REGION | GROSS SALES (000) | | | VOLUME (000) | | |
|--------|-------|-------|-------|-------|-------|-------|
|        | 1978A | 1979B | 1979A | 1978A | 1979B | 1979A |
| EASTERN | 2563.9 | 2646.0 | 2888.9 | 938.1 | 945.0 | 1030.3 |
| MIDWEST | 1692.5 | 1842.8 | 2113.1 | 650.3 | 680.0 | 795.2 |
| SOUTHERN | 1621.0 | 1702.4 | 1508.9 | 619.1 | 640.0 | 547.7 |
| TEXAS | 527.4 | 567.0 | 484.6 | 202.2 | 210.0 | 173.4 |
| PACIFIC | 727.1 | 752.2 | 773.2 | 289.9 | 290.0 | 283.6 |
| FLORIDA | 246.0 | 278.0 | 312.4 | 89.9 | 100.0 | 108.2 |
| TOTAL | 7391.6 | 7788.4 | 8081.2 | 2793.0 | 2865.0 | 2938.3 |

WRG05247736

## ATTIC INSULATION SALES

| Year | Total | Midwest | Eastern | All Other |
|------|-------|---------|---------|-----------|
| 1969 | 2065 | -- | -- | — |
| 1970 | 2403 | — | -- | -- |
| 1971 | 2420 | 1030 | 1163 | 227 |
| 1972 | 2458 | 1025 | 1217 | 216 |
| 1973 | 3015 | 1383 | 1396 | 236 |
| 1974 | 1963 | 834 | 937 | 192 |
| 1975 | 1659 | 758 | 782 | 119 |
| 1976 | 1608 | 680 | 827 | 101 |
| 1977 | 3823 | 1501 | 2078 | 244 |
| 1978 | 1845 | 642 | 1072 | 131 |
| 1979 | 1886 | 639 | 1151 | 96 |
| 1980 | 1508 | 483 | 949 | 76 |

Checked by:  RJB
Date:  2/4/81

BUILDING PRODUCTS DEPARTMENT
Brazil
Gross Sales (000)

| Line # | (1) Product | (2) 1975A | (3) Volume 1976A | (4) 1977B | (5) 1977E | (6) 1975A | (7) Average Selling Price ($) 1976A | (8) 1977B | (9) 1977E | (10) 1975A | (11) Gross Sales ($) 1976A | (12) 1977B | (13) 1977E | Line # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ( 1) | Attic | 2.639 | 3.609 | 2.500 | 1.850 | 1.74 | 1.87 | 3.08 | 1.97 | 2.891 | 3.000 | 4.802 | 3.038 | ( 1) |
| ( 2) | Canal A2 | 4.245 | 3.671 | 4.400 | 3.975 | 1.95 | 2.14 | 2.28 | 2.15 | 8.296 | 7.842 | 10.037 | 8.858 | ( 2) |
| ( 3) | Masonry | 3.256 | 2.404 | 2.666 | 2.605 | 2.15 | 2.31 | 2.47 | 2.45 | 6.835 | 5.560 | 6.587 | 6.376 | ( 3) |
| ( 4) | Monokote | 3.655 | 2.874 | 7.950 | 7.825 | 3.28 | 3.53 | 3.88 | 3.20 | 11.997 | 10.154 | 10.820 | 10.735 | ( 4) |
| ( 5) | Insulperm | 10.195 | 14.579 | 28.600 | 27.650 | 50.21 | 94.56 | 94.15 | 92.60 | 1.786 | 2.329 | 2.834 | 2.562 | ( 5) |
| ( 6) | Spirited | 67.046 | 69.336 | 71.007 | 73.675 | 57.30 | 75.54 | 41.10 | 79.39 | 5.560 | 5.237 | 5.435 | 5.807 | ( 6) |
| ( 7) | T Stud | 456 | 2.359 | 4.592 | 4.592 | 134.70 | 119.70 | 146.14 | 146.34 | 60 | 329 | 672 | 672 | ( 7) |
| ( 8) | 3300 | -- | 25 | 45 | 45 | -- | 10.95 | 8.00 | 8.00 | -- | 237 | 360 | 360 | ( 8) |
| ( 9) | Glass | -- | -- | -- | -- | -- | -- | -- | -- | 1.355 | 1.239 | 1.282 | 1.240 | ( 9) |
| (10) | Dy Foams | -- | -- | -- | -- | -- | -- | -- | -- | 1.691 | 7.164 | 7.864 | 7.864 | (10) |
| (11) | Other | -- | -- | -- | -- | -- | -- | -- | -- | 5.030 | 8.142 | 6.963 | 6.779 | (11) |
| (12) | Subtotal | -- | -- | -- | -- | -- | -- | -- | -- | 43.551 | 49.732 | 51.864 | 49.947 | (12) |
| (13) | - Canal A2 | -- | -- | -- | -- | -- | -- | -- | -- | (791) | (1.057) | (1.329) | (1.329) | (13) |
| (14) | Total | -- | -- | -- | -- | -- | -- | -- | -- | 42.780 | 43.265 | 50.533 | 48.418 | (14) |

EAN/GJT
2/8/77

WRG00396713

00205030

COMPLETE AFTER DEMOLITION
NET PROJECTED DATA

02090715

| | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| | | VOLUME | AVG. $ P. | UNITS SALES |
| | YEAR | (000 PCS - 3 ST.) | PER UNIT | (000) |

*R. A. BLEICH*

# ZONOLITE COMPANY

135 SOUTH LA SALLE STREET  •  CHICAGO 3. ILLINOIS  •  TELEPHONE CENTRAL 6-5885  06075093



January 24, 1963

To Messrs:    F. W. Rupp
              J. A. Kelley
              R. W. Sterrett
              D. L. Prouty
              A. E. Wise
              R. A. Bleich
              O. F. Stewart

Subject:    NOVEMBER, 1962 SALES

Gentlemen:

Total sales for November were up from 1,072,412 bags to
1,252,772.  Licensees were up from 592,761 to 765,441
and Zonolite was up from 479,651 to 487,331.  Year-to-
date sales are up from 7,785,863 to almost 8,000,000
bags.  Licensees are up a mere 20,000 bags . . . Zonolite
the balance.

A most significant gain is in ATTIC INSULATION.  Last
year, #1 sales were 487,008 bags.  This year they are
470,904 plus 84,247 (4 cu. ft.) bags of Econo-Fill, for
a total of 571,255.

Practically all other products except Plaster Aggregate,
Zono-Coustic, and Spra-Insulation were up.  Even though
Plaster Aggregate was down, Water Repellent Plaster
Aggregate was up over 3,000 bags.

For the year-to-date, Attic Insulation was up from
813,000 bags to more than 900,000 (773,000 #1 and 129,000
Econo-Fill).  Masonry Fill, Concrete Aggregate, Mono-Kote,
"Z" Crete, and agricultural sales are up.

For the month, Zonolite's Southern Region, Detroit and
Chicago districts were up.  Every licensee except Texas
and Vermiculite Northwest were up.  Western Mineral
Products, with their Econo-Fill and Cal Zo Co's Concrete and
Mono-Kote showed biggest gains.

Very truly yours,

Daniel J. Boone

DJB:mz

25178789



# ZONOLITE

### DIVISION W. R. GRACE & CO.



RECEIVED
MAR 13 1969

INTER-OFFICE CORRESPONDENCE

C. R. B.
ZONOLITE DIVISION
W. R. GRACE & CO.

Date _____ March 12, 1969 _____

To ____ R. W. Sterrett ____ at ____ Cambridge ____

From ____ D. J. Boone ____ at ____ Chicago ____

Subject: __ COMPARATIVE VERMICULITE SALES 1967 - 1968 __ 8413553
Zonolite and Processors

MAR 2 6 1969

COPY TO:    R. Vining
            C. R. Babb
            A. E. Wise
            P. Strand

Bob:

Attached is a summary of last year's sales compared to 1967.
We only show product figures for Attic Insulation, Masonry
Fill, Concrete Aggregate and MonoKote.  All other products
are figured in "Total All Products" which includes -

|              | 1967    | 1968      |
|--------------|---------|-----------|
| Terra Lite   | 401,000 | 510,000   |
| Agriculture  | 826,636 | 1,043,358 |

Processors, as a group, would have been below the previous
year if California and North West were not included in their
totals.

Extra copies are enclosed in case you want them for addition-
al distribution.

Daniel J. Boone

DJB:ais

Encl.

20261249

1967 - 1968  INDUSTRY-WIDE  S A L E S          08413554

| | | Attic Insulation | Masonry Fill | Concrete Aggregate | Mono-Kote | TOTAL All Products |
|---|---|---|---|---|---|---|
| California Zonolite | 1968 | 59,022 | 117,270 | 529,610 | 568.263 | 1,726,073 |
| | 1967 | 58,661 | 66,176 | 458,867 | 461,203 | 1,408,193 |
| Robinson Insulation | 1968 | 61,100 | 19,722 | 7,773 | 2,712 | 99,917 |
| | 1967 | 66,227 | 30,162 | 3,015 | 3,447 | 111,554 |
| So.West Vermiculite | 1968 | - - | 21,021 | 64,458 | - - | 108,739 |
| | 1967 | 4,237 | 40,016 | 75,510 | - - | 133,107 |
| Texas Vermiculite | 1968 | 73,101 | 84,864 | 377.256 | 14,332 | 656,329 |
| | 1967 | 64,899 | 78,240 | 445,376 | 16,159 | 721,620 |
| Vermiculite Intermountn | 1968 | - - - | 23,181 | 24,087 | 13,716 | 121,261 |
| | 1967 | - - | 22,496 | 20,491 | 4,623 | 106,954 |
| Vermiculite Northwest | 1968 | 116,739 | 48,955 | 50,673 | 35,999 | 429,007 |
| | 1967 | 125,871 | 52,294 | 22,402 | 8,060 | 339,253 |
| Vermiculite Products | 1968 | 1,411 | 2,785 | 312,361 | 34,129 | 394,981 |
| | 1967 | 1,946 | 1,403 | 310,341 | 43,814 | 409,401 |
| Grant Industries | 1968 | 482,524 | 254,584 | 8,365 | 11,861 | 831,597 |
| | 1967 | 553,118 | 286,098 | 18,212 | 3,588 | 920,383 |
| F.Hyde &Co. | 1968 | 354,201 | 89,867 | 79,503 | 31,905 | 728,781 |
| | 1967 | 340,809 | 105,685 | 68,279 | 16,961 | 722,705 |
| Vermiculite of JAPAN | 1968 | 3,030 | - - | 3,152 | 2,643 | 64,369 |
| | 1967 | 6,884 | - - | 11,429 | 15 | 110,875 |
| McArthur Co. | 1968 | 44,495 | 10,615 | 955 | - - | 59,082 |
| | 1967 | 46,767 | 25,749 | 8,992 | | 86,171 |
| Total Processors | 1968 | 1,195,623 | 672,864 | 1,458,193 | 715,560 | 5,220,121 |
| | 1967 | 1,269,420 | 708,319 | 1,442,914 | 557,870 | 5,070,195 |
| Zonolite Div. | 1968 | 1,516,496 | 1,718,383 | 2,840,356 | 532,240 | 9,296,419 |
| | 1967 | 1,499,894 | 1,562,476 | 2,683,272 | 379,857 | 7,989,230 |
| GRAND TOTAL | 1968 | 2,712,119 | 2,391,247 | 4,293,549 | 1,247,800 | 14,520,540 |
| | 1967 | 2,769,314 | 2,270,795 | 4,126,186 | 937,727 | 13,059,425 |

* All products includes plaster, acoustical, industrial, agriculture, etc.

31269a

20261250

*Board Copy 11/3/62*

ACD 130 E

## REQUEST FOR CAPITAL APPROPRIATION

Originating Unit **DEWEY AND ALMY CHEMICAL DIVISION**    RCA NO. **225**

Title of Project **ACQUISITION OF ZONOLITE COMPANY**

| | | | |
|---|---|---|---|
| Amount Budgeted for Equity Investment $ None | | Amount to be Authorized for Equity Investment | $9,625,000 |
| Total Capital Employed $ 8,750,000 | | Return on Total Capital Employed. | 7.9% |
| Grace Equity (100%) Net of Borrowings $ 8,750,000 | | Payout of Total Capital Employed | 7.5 Yrs. |

| | 1963 | 1964 | 1965 | 1966 |
|---|---|---|---|---|
| Projected Zonolite Earnings per Grace Acquisition Share | $2.76 | $3.12 | $3.44 | $3.84 |

Description, Justification, and Financing:

This RCA provides for the acquisition of the assets and business of the Zonolite Company, a Montana corporation, organized in 1922, whose over-the-counter stock is owned by about 3,500 stockholders. Zonolite is one of the free world's leading producers of vermiculite, a mica-type mineral which expands when heated. The principal current use of expanded vermiculite is in the construction industry as thermal and acoustical insulation and as an aggregate for lightweight insulative concrete. The one large commercial deposit of vermiculite in the western hemisphere is in northwestern Montana and is Zonolite owned. The other significant western hemisphere commercial deposits are in scattered small mines in the northwestern part of South Carolina and are largely Zonolite owned.

The acquisition is to be effected by the issuance of one share of W. R. Grace & Co. common stock for each four Zonolite common shares outstanding. It will require issuance of 275,000 Grace shares at closing (presently planned for Jan. 31, 1963) based on the 1,100,000 shares of Zonolite stock estimated to be outstanding at that time.

The acquisition agreement is subject to the approval of the Boards of Directors of Grace and Zonolite and of the Zonolite stockholders for which a meeting is planned around January 10, 1963.

## APPROVALS

| | Date | | | Date |
|---|---|---|---|---|
| Division Manager | | ACD | | 11/30/62 |
| Asst. Treasurer *R.W. Samuels* | 11-21-62 | Group Executive | | 11/30/62 |
| Executive Vice President *W L Taggart* | 11-21-62 | President | | |
| President *George W Blackwood* | 11/21/62 | Board of Directors | | |

WRG00129015

2.

Since the incumbent, Joseph A. Kelley, became
President of Zonolite in February 1958 the company has demonstrated
its ability to generate a solid base of earnings despite changing
market and mining conditions which will be discussed in detail
later in this RCA.  Its sales and earnings, consolidated on a
basis consistent with Grace, have been as follows in the four
full years since Mr. Kelley (age 42, and who will continue to
run Zonolite after the acquisition) has been President.

| Fiscal Year Ended 3/31 | Net Sales (000) | Net Profit After Taxes | |
| --- | --- | --- | --- |
| | | Total (000) | Per Zonolite Share |
| 1959 | $ 8,920 | $ 481 | $ .46 |
| 1960 | 10,019 | 713 | .67 |
| 1961 | 9,462 | 428 | .40 |
| 1962 | 9,872 | 594 | .54 |

The above excludes Zonolite's equity in the undistributed
earnings of four minority owned non-consolidated subsidiaries which,
over the period, averaged about $50,000 or 5¢ per Zonolite share.

WRG00129016

The following table shows estimated Zonolite earnings for the current fiscal year ending 3/31/63 and forecasts for the four calendar years 1963 through 1966.

| Year | Net Sales (000) | Zonolite Consolidated Net Profit After Taxes | |
|------|-----------------|----------------|----------------|
| | | Total (000) | Per Share on 250,000 Grace Acq. Shares * |
| 3/31/63 ** | $10,600 | $600 | $ 2.40 |
| 1963 *** | 11,300 | 690 | 2.76 X |
| 1964 *** | 12,000 | 780 | 3.12 |
| 1965 *** | 12,500 | 860 | 3.44 |
| 1966 *** | 13,200 | 960 | 3.84 |

   * This excludes 25,000 Grace acquisition shares equivalent in market value at $35/share to $875,000 excess cash to be withdrawn from the Zonolite business.

   ** Fiscal Year Ending.

   *** Calendar Year.

The above Zonolite earnings per acquisition share compare with estimated Grace earnings in 1962 of $2.11 a share. The basis for the Zonolite forecasts is discussed in detail later in this RCA.

The Zonolite Company is in an exceptionally strong financial condition. As previously indicated, at 3/31/63 it is expected to have $875,000 cash in excess of its requirements as a division of Dewey and Almy and there is no long term indebtedness. In addition to providing us with the

4.

$875,000 excess cash, the Zonolite acquisition is estimated to increase Grace's overall and senior debt leeways by approximately $7,500,000 and $6,000,000 respectively.

The book value of Zonolite at 3/31/63 is estimated at $8,140,000 or $7.40 per Zonolite share. Zonolite carries its large reserves of vermiculite ore on its books at cost of only $325,000 or 30¢ a share. This is equivalent to less than one cent per ton on the commercially recoverable vermiculite contained in its mines. For comparison, the refined ore sells at an average price of $15.20 per ton.

Taking Grace stock at $35 per share as has been assumed throughout this RCA, the price we are paying for Zonolite is equivalent to $8.75 a Zonolite share. This is a premium of 18% (or $1,485,000 equal to $1.35 a share) over its estimated net worth at 3/31/63 which carries its ore reserves at cost. There is no doubt that the potential value of Zonolite's vermiculite reserves exceeds the value at which they are carried on Zonolite's books by an amount at least equal the $1,485,000 premium we are paying over net worth.

For purposes of accounting, this transaction qualifies for a pooling of interests. Consequently, the $1,485,000 indicated premium does not require treatment as goodwill on our books of account. Also, since the transaction involves, in effect, an exchange of Grace shares for Zonolite stock,

-5.

it is not subject to Federal taxes so there is no basis for
a tax write-up of Zonolite's assets by Grace.

The following table summarizes the projected
Zonolite earnings, Grace capital employed and
the return on invested Grace capital.

*INCLUDED PREMIUM of $1,490,000*

| Year | Net Sales (000) | Net Profit After Taxes (000) | Total Capital Employed at beginning of year (000) | Return on Total Capital Employed |
|------|------|------|------|------|
| 3/31/63 * | $10,600 | $600 | $ 8,190 | 7.3% |
| 1963 ** | 11,300 | 690 | 8,750 | 7.9 |
| 1964 ** | 12,000 | 780 | 9,220 | 8.5 |
| 1965 ** | 12,500 | 860 | 9,530 | 9.0 |
| 1966 ** | 13,200 | 960 | 9,960 | 9.6 |

    * Fiscal Year Ending.
    ** Calendar Year.

As will be discussed later in this RCA, Zonolite
is now involved in a major program of capital expenditures
to upgrade profits through improvement of mining efficiencies
and by better balancing its sales mix with run of the mine
vermiculite. However, its cash generation for the period
shown above is projected to be in excess of its new
fixed and working capital requirements.

It should be pointed out here that the foregoing
earnings projections completely exclude any possible earnings
benefits from consolidation of organizations, sales outlets
or plant locations which several years hence seem a possibility.

WRG00129019

Also, although we have not counted on them in our projections, we see in Zonolite's prominent position in vermiculite a number of blue sky possibilities of opening up new and larger outlets for this unique mineral. In one group of these uses (carriers for nutrients and as bulking agents and ion exchange media for cattle and poultry feeds) there is such a large potential (i.e. at least double the present U.S.A. vermiculite consumption by the construction industry of 150,000 tons) that a 10% to 20% penetration of the market could increase Zonolite sales of vermiculite by at least 25% and profits by a larger increment. It is expected that the know-how and resources of Dewey and Almy, Davison, Nitrogen Products, Overseas Chemical and Research and Development Divisions will materially improve Zonolite's chances of success in these new areas.

Despite the attraction of the aforementioned added earnings potential, the prime purpose of the Zonolite acquisition is to provide the Dewey and Almy Division with a profitable new business which, on the one hand, supplements the A. C. Horn and Dewey and Almy construction specialties combination and, on the other hand, has its own solid base of earnings with a good outlook for a healthy earnings growth.

WRG00129020

7.

### Plans for Zonolite's Stockholders Approval and Appraisal Rights of Dissenting Stockholders

As a Montana corporation, a two-thirds vote of Zonolite stockholders is required to authorize the proposed transaction. Under the terms of the acquisition agreement, Grace has reserved the right to withdraw if the holders of 10% or more of the Zonolite shares demand appraisal. While we do not anticipate that the number of dissenters will reach that level, the agreement does provide us the option of withdrawing if a 10% or higher opposition arises. This right to withdraw should serve as a deterrent to dissention because our withdrawal would undoubtedly cause the market price of Zonolite shares to drop assuming there isn't a competing bid being tendered for the Zonolite shares.

As far as we have been able to tell there is little likelihood of a competitive bid for Zonolite. It is our opinion that one Grace for four Zonolite shares exchange ratio is sufficiently attractive to avoid a significant dissenting vote. For example, the average daily NYSE closing price of Grace stock for the eight months of 1962 prior to our acquisition proposal was,

WRG00129021

8.

at a one for four exchange ratio, equal to $9.28 a share
of Zonolite.  During the same period, Zonolite's O-T-C
daily bid price, as published in THE WALL STREET JOURNAL,
averaged $5.02 per share.  On the basis of these averages,
the proposed exchange price amounts to an 85% premium
for Zonolite shareholders.

No provisions have been made in the RCA
financial figures for cash awards to dissenting Zonolite
stockholders.  However, the strong cash position of
Zonolite (as discussed elsewhere in this RCA) could
absorb some awards without materially impairing the
attractiveness of the acquisition although, as previously
indicated, we do not expect significant opposition to
arise.

Request for Authorization for Purchases of up to
$100,000 of Miscellaneous Mining Property

Since 1958 Zonolite's Board has granted authorization
(which has been renewed about every two years) to management
for the purchase of miscellaneous parcels of vermiculite ore
containing properties with a cumulative ceiling of $100,000
within each two year period. Presently, the untapped portion
of this blanket authority is approximately $90,000. It is
considered very desirable to continue a comparable authority
after the acquisition because it provides management with the
flexibility to move quickly in acquiring small ore deposits
whenever new ones are discovered.

It is, therefore, requested that in connection with
the Zonolite acquisition the Board of Directors grant special
authorization for miscellaneous vermiculite ore property
purchases aggregating up to $100,000 for the 23 month period
following the acquisition, through December 1964. This
authority will be administered by, and expenditures subject
to, the approval of the President of the Dewey and Almy Chemical
Division.

WRG00129023

Brief History of Zonolite's Operations

The Zonolite Company was organized in 1922 under Montana laws to exploit the vermiculite ore reserves discovered in northwestern Montana during World War I as the result of government explorations for new sources of potash.

Commercial mining in that location which is nine miles northeast of Libby, Montana began in 1923. Operations continued at a very slow pace and only reached the $200,000 annual sales level in 1940.

The following table summarizes its sales and profits for the period 1939 - 1962.

(See Table I on following page)

11

TABLE  I

ZONOLITE COMPANY
HISTORICAL SALES AND PROFITS
1939 - 1962

($000)

| Fiscal Year Ending March 31 | Net Sales | Net Profit (Loss) After Taxes | Profit As % Of Sales |
|---|---|---|---|
| 1939 | $    193 | $    (47) | (24.4) % |
| 1940 | 254 | ( 2) | ( .8) |
| 1941 | 230 | 15 | 6.5 |
| 1942 | 465 | 12 | 2.6 |
| 1943 | 819 | 83 | 10.1 |
| 1944 | 823 | 67 | 8.1 |
| 1945 | 799 | 53 | 6.6 |
| 1946 | 1,237 | 102 | 8.3 |
| 1947 | 1,800 | 220 | 12.2 |
| 1948 | 2,818 | 356 | 12.6 |
| 1949 | 4,182 | 521 | 12.5 |
| 1950 | 4,653 | 646 | 13.9 |
| 1951 | 6,270 | 776 | 12.4 |
| 1952 | 5,978 | 445 | 7.4 |
| 1953 | 5,942 | 463 | 7.8 |
| 1954 | 5,961 | 374 | 6.3 |
| 1955 | 6,355 | 366 | 5.7 |
| 1956 | 7,969 | 326 | 4.1 |
| 1957 | 7,577 | 141 | 1.9 |
| 1958 | 8,046 | 55 | .7 |
| 1959 | 8,920 | 481 (1) | 5.4 |
| 1960 | 10,019 | 713 | 7.1 |
| 1961 | 9,462 | 428 | 4.5 |
| 1962 | 9,872 | 594 | 6.0 |

(1)  Zonolite share of after-tax earnings
     of Texas Vermiculite, a wholly owned
     subsidiary, included in
     fiscal years 1959 - 1962.

WRG00129025

In 1946 Zonolite started mining and milling opera-
tions in and around Kearney, South Carolina where a group of
small (generally less than 100,000 tons) vermiculite deposits
had been acquired by Zonolite.  This development improved
Zonolite's ability to service eastern markets and was timely
in providing additional capacity to supply the growing
demand which followed the end of World War II.  In 1946,
Zonolite's sales passed the one million dollar mark and
profit after taxes reached the $100,000 mark for the first
time.

From 1946 through 1951 Zonolite's sales and profits
soared to $6,270,000 and $776,000 respectively reflecting the
building boom of the post-war and Korean eras.  There literally
was a sellers market in vermiculite.  However, this gave rise
to the commercial development of perlite by undersupplied
customers of Zonolite who had been using vermiculite for
making proprietary plaster mixes.

Perlite is a silicate mineral found throughout
many parts of the western U.S.A.  It can be "popped" much
like popcorn by heating in red-hot furnaces and in the
exploded form is a lightweight, snow-white, friable, bead-
sized material.  In this form it now is vermiculite's chief
concrete aggregate competition.  Perlite made its major in-
roads in the plaster mix markets in the post-Korea years and

WRG00129026

vermiculite has apparently permanently lost position
because most producers of plaster mixes now produce their
own perlite requirements.  Over the decade 1951 to 1961,
Zonolite's sales of expanded vermiculite for plaster aggregate
dropped from about 35,300 tons to 8,300 tons.  As a matter of
interest, Zonolite's sales projections anticipate a continuing
decrease to 2,800 tons by 1966.  In part, this loss of vermiculite
sales for plaster mix reflects the downtrend in plaster wall
construction.

Zonolite's business encountered major difficulties
in 1957-58 when profits dropped to the lowest level ($141,000
and $55,000 respectively) in over ten years.  This was despite
an average sales increase of 17% per year over the twelve
year period 1946 - 58 and 7.8% a year over the four year
period 1954 - 58.  Zonolite's Directors recognized the need
for a change in direction of the company and, at this point
(Feb. 1958), Joseph A Kelley was elected President and Chief
Executive Officer.  He immediately embarked on a three-pronged
program of cost reduction, shifting the sales mix around to
more evenly balance run-of-the-mine material and increasing
sales volume.  Steps also were taken to reduce Zonolite's depend-
ence on the building industry by developing new uses for
vermiculite.  It was through these efforts that vermiculite
usage developed into large tonnage (over 30,000 tons/year in
1961) as a carrier for lightweight lawn and garden fertilizers,

14.

insecticides and herbicides.  This usage created an especially
valuable demand because it consumed finer sizes of vermiculite
ores which had not been recovered in earlier Zonolite
operations.

In retrospect, Zonolite's past operations were
typical of the early and rather lush years of most extractive
industries.  The richest and lowest cost ores were used
first and markets developed around the select grades.  As
the highest quality ore reserves were depleted, costs rose,
profit margins shrank, and new markets had to be developed
to utilize more of the total run-of-the-mine vermiculite.
Presently, Zonolite seems to have completed the major shift-
ing of gears and appears to be headed for increasing profit-
ability through the previously mentioned programs initiated
around 1958.

Around this same period in the late 1950's,
Zonolite increased its efforts on reselling fiberglass
insulation, aluminum siding and polystyrene foam insulation
to broaden its sales base in the building products line.
Total volume of these resale items by 1960 reached the 2
to $2\frac{1}{2}$ million dollar level where it has plateaued.  The
addition of these lower margin sales is noticeable in the
percent profit on sales figures shown in the preceding table.
Presently, Zonolite is dropping aluminum siding resales and
the trend is generally away from this type business due to
its low profitability.

WRG00129028

Description of Zonolite's Existing Business

Zonolite's existing business may be grouped as follows:

1. Vermiculite mines and milling operations at Libby, Montana and Kearney, S. C. which ship concentrated unexpanded vermiculite to the groups listed below and to miscellaneous industrial and agricultural customers.

2. Building Products Division which operates 18 vermiculite expanding plants and warehouses throughout the U.S.A.  It sells bagged expanded vermiculite and certain resale items to the building industry.

3. Agricultural Products Sales Division which sells expanded vermiculite obtained from above for soil conditioning and lawn/garden fertilizers, insecticides, herbicides, etc.

4. Licensee - Customer Group with plants throughout the U.S.A. and Canada.  They conduct businesses generally similar to (2) and (3) above.  Included in this group are five minority owned U.S.A. affiliates.   Products of this entire group are sold under Zonolite brand names.

The chart on the following page shows a breakdown of Zonolite ore shipments, expanded vermiculite products sales and resale product volumes for the current fiscal year ending 3/31/63.

WRG00129029



# APPROXIMATE COMPOSITION OF ZONOLITE'S SALES IN FISCAL YEAR ENDING 3/31/63

16.

**MINE AND MILL**
**LIBBY, MONTANA**
**140,800 TONS ORE**
**$ 2,090,000 SALES VALUE**

**MINE AND MILL**
**KEARNEY, S. C.**
**73,400 TONS ORE**
**$ 1,320,000 SALES VALUE**

| | Tons | Dollars (000) |
|---|---|---|
| Ore Sales to Licensees | 97,900 | $ 1,400 |
| Ore Sales to Agric. Expanders | 26,300 | 460 |
| Misc. Industrial Ore Sales | 9,000 | 160 |
| Sub Total | 133,200 | $ 2,020 |

[81,000 Tons Ore, Value $ 1,390,000

[Operated By Building Products Division

## 18 ZONOLITE OWNED VERMICULITE EXPANSION & BAGGING PLANTS

[Sold By Building Products Division

| | | |
|---|---|---|
| Concrete Aggregate | 23,800 | $ 1,900 |
| Attic Insulation | 21,200 | 1,720 |
| Masonry Fill Insulation | 8,200 | 740 |
| Plaster Aggregate | 4,800 | 390 |
| Mixed Construction Products | 3,400 | 540 |
| Misc. | 2,700 | 390 |
| Sub Total | 64,100 | $ 5,680 |

[Sold By Agric. Products Division

| | | |
|---|---|---|
| Carrier for Agric. Chemicals | 13,300 | $ 900 |
| Terralite (Soil Conditioner) | 3,600 | 320 |
| Sub Total | 16,900 | $ 1,220 |

| TOTAL VERMICULITE PRODUCTS | 214,200 | $ 8,920 |

## RESALE PRODUCTS

[Sold By Building Products Division

| | |
|---|---|
| Glass Fiber Home Insulation | $ 1,800 |
| Dyfoam Polystyrene Home Insulation | 200 |
| Perlite | 200 |
| Aluminum Siding | 140 |
| Total Resale Products | $ 2,340 |
| Less: Sales Deductions | ( 660) |
| TOTAL ZONOLITE COMPANY SALES | $10,600 |

WRG00129030

The summary breakdown of current year Zonolite shipments and sales shown on the previous page has been rounded off for simplicity of presentation. A more detailed analysis of sales by products showing history, current year and forecasts appears on page 43 and is followed by comments on sales trends and their relationship to the forecasted earnings.

With Zonolite's prominent position in vermiculite ore reserves, its greatest opportunities for profits lies in the development of new and larger markets for vermiculite in product (i.e. particle size) distributions that correspond with the run of the mine production. As indicated earlier, a program emphasizing this approach was started around 1958. On the mining end of the business, Zonolite's chief objectives are to lower operating cost per ton of ore by improving efficiencies and increasing the recovery of vermiculite contained in the mill feed. At Libby, Montana, about 6% of the total mined material ends up as salable ore which represents about 50-55% recovery of the vermiculite fed into the mills. As this recovery is increased to the 70-85% level as is planned, the amount of fine particle size ore will go up, requiring more emphasis on development of markets for finer sizes. Fortunately, Zonolite's marketing efforts have recognized this and considerable progress has been made. In addition, Zonolite has reasonable flexibility over a longer period of time to shift present consumption of vermiculite to finer size material. This program of greater vermiculite recovery is not dictated

by a shortage of total ore deposits in Montana, but the
limited (5 to 20 years supply) reserves at South Carolina do
place more of a premium on higher recoveries for reasons other
than reduction of mining and milling costs.

Zonolite's largest mining operation is in northwestern
Montana, nine miles to the northeast of the town of Libby,
population 2,800.   The entire operation employs 130 people on
a year round basis.   Hourly workers are represented by the
Operating Engineers Union.   Mining operations now are around
the 4,000' elevation.   The vast reserve at Libby, described
later, is one of the largest deposits of vermiculite in the world.
Mining is entirely open pit.   The present gross mining rate
is 2.2 million tons per year.   Self-propelled drilling machines
and light blasting are used to loosen the deposits which are
power-shovel loaded and truck-hauled to conveyors which carry
it to storage bins at the mill located at 3,600' above sea
level.

The milling operation at Libby has evolved over the
years from a rather simple drying, crushing and screening
process utilizing high grade pockets to a large mining
operation involving an increasingly complicated beneficiation
of run-of-the-mine reserves.   Unexpanded vermiculite ore,
separated according to particle size, is conveyed down the
mountain to storage bins beside the Kootenai River at 2,000'
above sea level.   From these bins bulk loading into box and
special hopper rail cars is done by conveyor.   Ore concentrates

weighing around 60-70 pounds a cubic foot are shipped to
about 50 expansion plants throughout the U.S.A. and Canada.

    The photograph on the following page, taken in 1960,
shows the main body of the ore reserves, the mining pattern,
the mill, related conveyors and tailings and waste dumps.

(See Photo Following Page)

WRG00129033

Zonolite Vermiculite Ore Reserves at Libby, Montana

In order to have an outside check on Zonolite's
vermiculite ore reserves and milling operations at Libby,
Montana, we obtained the services of the Davison Division's
mining and mineral concentration consultants, Barr & Associates
of Washington, D. C.  Barr's thorough investigation supported
by factual data led to their conclusions reported to us by
letter dated November 15th, 1962 which may be summarized as
follows with regard to the magnitude of the known vermiculite
ore reserves at Libby, Montana, all of which are Zonolite owned.

| | Knolls 1, 2 and 3 | | |
| | Contained Mineable Commercial Grade Vermiculite Ore | Equivalent Recoverable* Vermiculite Ore | |
| | Million Tons | Million Tons | Years Supply ** |
| Above Elevation 3,900' | 12 | 9 | 33 |
| Between 3,300' and 3,900' | 24 | 18 | 67 |
| Minimum Between 3,000' and 3,300' | 12 | 9 | 33 |
| Above 3,000' Elevation | 48 | 36 | 133 |

    \*  An overall 75% recovery of the contained
vermiculite ore was assumed to be conservative.
Barr & Associates believe 85-90% recoveries
are economically feasible.

   \*\*  This assumes that 100% of Zonolite's vermiculite
ore shipments will be supplied from Libby and
was based on the projected 1966 total Zonolite
ore volume of 271,000 tons whereas Zonolite's
current annual ore shipments total approximately
214,000 tons.

WRG00129035

22

The photograph on page 20 and the rough sketch of the Zonolite vermiculite ore body at Libby as shown on the following page might help to visualize the configuration in which the reserves are contained.

(See Sketch on the following page)

WRG00129036



# SKETCH OF LIBBY ZONOLITE-OWNED VERMICULITE DEPOSITS



TABLE IV

## ZONOLITE COMPANY SALES --- BY INDUSTRY AND APPLICATION
### (Fiscal years ending March 31st)

*(Tonnage columns: Ore / Ex‑panded / Total. "M's $" = thousands of dollars. The "Avg. Annual Percent Change" block carries values only under the '63 and '67 year groups; the '59 Tons/$ columns are blank.)*

| | 1959 Actual Ore | Ex‑panded | Total | M's $ | 1963 Est. Ore | Ex‑panded | Total | M's $ | 1967 Fcst. Ore | Ex‑panded | Total | M's $ | Avg. Ann. % Chg. '63 Tons | '63 $ | '67 Tons | '67 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Construction** | | | | | | | | | | | | | | | | |
| Housefill | 39,300 | 24,000 | 63,300 | 2,417 | 34,500 | 17,100 | 51,600 | 1,895 | 31,000 | 15,900 | 46,900 | 1,710 | -5.0 | -5.9 | -2.4 | -2.5 |
| Econofill | 12,600 | 23,500 | 36,100 | 2,026 | 6,930 | 4,100 | 11,030 | 424 | 11,600 | 5,900 | 17,500 | 614 | -25.7 | -32.4 | 12.2 | 9.7 |
| Concrete Agg. | 16,810 | 16,600 | 33,410 | 1,524 | 17,700 | 23,800 | 41,500 | 2,154 | 18,400 | 27,200 | 45,500 | 2,314 | 5.6 | 9.0 | 2.3 | 1.8 |
| Plaster Agg. | 700 | 600 | 1,300 | 58 | 7,700 | 4,800 | 12,500 | 501 | 3,900 | 2,800 | 6,700 | 276 | 76.1 | 71.4 | -14.4 | -13.8 |
| Masonry Fill | 6,718 | 3,600 | 10,318 | 576 | 11,600 | 8,200 | 19,800 | 996 | 24,700 | 20,400 | 45,100 | 2,154 | 17.7 | 14.7 | 22.9 | 21.3 |
| Mixed Prods. | | | | | 10,400 | 3,400 | 13,800 | 700 | 10,600 | 3,500 | 14,100 | 710 | | | 0.5 | 0.4 |
| **Total** | 76,128 | 68,300 | 144,428 | 6,601 | 88,830 | 61,400 | 150,230 | 6,580 | 100,200 | 75,700 | 175,900 | 7,843 | 1.0 | -0.1 | 4.0 | 4.5 |
| **Agriculture** | | | | | | | | | | | | | | | | |
| Expanded | 700 | 5,800 | 6,500 | 405 | 4,200 | 13,300 | 17,500 | 962 | 5,400 | 18,960 | 24,360 | 1,364 | 28.0 | 24.0 | 8.6 | 9.1 |
| Agric. Ore | 22,052 | | 22,052 | 400 | 22,000 | | 22,000 | 400 | 35,000 | | 35,000 | 650 | 0.0 | 0.0 | 12.3 | 12.9 |
| Terralite | 1,400 | 4,600 | 6,000 | 380 | 1,500 | 3,600 | 5,100 | 342 | 1,400 | 2,800 | 4,200 | 270 | -4.0 | -2.6 | -4.7 | -5.7 |
| #5 | | | | | 1,800 | | 1,800 | 25 | 10,000 | | 10,000 | 144 | | | 53.3 | 54.7 |
| Verxite* | | | | | | | | | 4,000 | | 4,000 | 55 | | | | |
| **Total** | 24,152 | 10,400 | 34,552 | 1,185 | 29,500 | 16,900 | 46,400 | 1,729 | 55,800 | 21,760 | 77,560 | 2,483 | 7.7 | 9.9 | 13.7 | 9.5 |
| **Other** | | | | | | | | | | | | | | | | |
| Indus. Ore | 9,000 | | 9,000 | 160 | 9,000 | | 9,000 | 160 | 9,000 | | 9,000 | 160 | 0.0 | 0.0 | 0.0 | 0.0 |
| Misc. | 1,130 | 3,100 | 4,230 | 255 | 5,900 | 2,700 | 8,600 | 454 | 6,000 | 2,800 | 8,800 | 457 | 19.4 | 15.5 | 0.6 | 0.2 |
| **Total** | 10,130 | 3,100 | 13,230 | 415 | 14,900 | 2,700 | 17,600 | 614 | 15,000 | 2,800 | 17,800 | 617 | 7.4 | 10.3 | 0.3 | 0.1 |
| **Total Vermiculite** | 110,410 | 81,800 | 192,210 | 8,201 | 133,230 | 81,000 | 214,230 | 8,923 | 171,000 | 100,260 | 271,260 | 10,943 | 2.7 | 2.1 | 6.1 | 5.2 |
| **Other Products (Construction)** | | | | | | | | | | | | | | | | |
| Perlite | | | | 169 | | | | 197 | | | | 257 | | 3.9 | | 6.9 |
| Glass Fibre | | | | 1,331 | | | | 1,800 | | | | 2,000 | | 7.8 | | 2.7 |
| Dy‑Foam | | | | | | | | 200 | | | | 750 | | | | 39.2 |
| Al. Siding | | | | | | | | 145 | | | | | | | | |
| **Total** | | | | 1,500 | | | | 2,342 | | | | 3,007 | | 11.8 | | 6.4 |
| **Total Sales** | | | | 9,701 | | | | 11,265 | | | | 13,950 | | 3.8 | | 5.5 |
| Less Del. etc.‑ Mfg. Prods. | | | | (778) | | | | (665) | | | | (750) | | | | |
| **NET SALES** | | | | 8,923 | | | | 10,600 | | | | 13,200 | | 4.4 | | 5.6 |

\* Verxite sales of 2,500 tons in 1963 included in bag sales to licensees.

WRG001291134