THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: April 9, 2008 at 4:00 p.m.**
**Reply Deadline: April 14, 2008 at 4:00 p.m.**
**Hearing Date: April 21, 2008 at 12:00 p.m.**

**NOTICE OF DEBTORS' MOTION FOR AN ORDER (A) ESTABLISHING
A PROOF OF CLAIM BAR DATE FOR ZONOLITE ATTIC INSULATION
CLAIMS, AND (B) APPROVING THE RELATED PROOF OF CLAIM
FORM, BAR DATE NOTICES, AND NOTICE PROGRAM**

TO:    Parties on the attached service list.

On March 18, 2008, the above-captioned debtors and debtors in possession

(collectively, the "Debtors") filed the *Debtors' Motion for an Order (A) Establishing a Proof of*

*Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of*

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.),
W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon,
Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc.,
Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC
(f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a
Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC
Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary
Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe,
Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc.
(f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace
Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc.,
W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-
Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH,
Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings
Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA
Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental
Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin &
Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Claim Form, Bar Date Notices, and Notice Program* (the "Motion") with the United States

Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801

(the "Bankruptcy Court").

Objections or other responses to the relief requested (if any, each a "Response",

and collectively, the "Responses") in the Motion, if any, must be in writing and be filed with the

Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time) on **April 9, 2008**.

At the same time, you must also serve a copy of each Response, if any, upon the

following: (i) co-counsel for the Debtors, Janet Baer, Kirkland & Ellis LLP, 200 East Randolph

Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and James E. O'Neill, Pachulski

Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE

19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee

of Unsecured Creditors, Lewis Kruger, Stroock & Stroock & Lavan, 180 Maiden Lane, New

York, NY 10038-4982 (fax 212-806-6006), and Michael R. Lastowski, Duane, Morris &

Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246 (fax 302-

657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L.

Baena, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South

Biscayne Boulevard, Suite 2500, Miami, FL 33131 (fax 305-374-7593), and Michael B. Joseph,

Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899 (fax

302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu

Inselbuch, Caplin & Drysdale, Chartered, 375 Park Avenue, 35th Floor, New York, NY 10152-

3500 (fax 212-644-6755), and Mark Hurford, Campbell & Levine, LLC, 800 N. King Street,

Suite 300, Wilmington, DE 19801 (fax 302-426-9947); (v) counsel to the Official Committee of

2

Equity Holders, Philip Bentley and Gregory Horowitz, Kramer Levin Naftalis & Frankel LLP,

919 Third Avenue, New York, NY  10022 (fax 212-715-8000), and Teresa K.D. Currier,

Buchanan, Ingersoll & Rooney PC, 1000 West Street, Suite 1410, P.O. Box 1397, Wilmington,

DE  19899-1397 (fax 302-552-4220); (vi) counsel to the Future Claimants' Representative,

Richard H. Wyron, Orrick, Herrington & Sutcliffe LIP, Columbia Center, 1152 15th Street,

N.W., Washington, DC  20005-1706 (fax 202-424-7643), and John C. Phillips, Jr., Phillips,

Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE  19806 (fax 302-655-

4210); and (vii) the Office of the United States Trustee, Attn: David Klauder, 844 N. King Street,

Wilmington, DE  19801 (fax 302-573-6497).

Any replies to the Responses, if any, must be in writing and be filed with the

Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time) on **April 14, 2008**.

IF NO RESPONSES ARE TIMELY FILED AND SERVED IN ACCORDANCE

WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF

REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT RESPONSES ARE FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL

WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED

STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DELAWARE

ON **APRIL 21, 2007 AT 12:00 P.M.** PREVAILING EASTERN TIME.

Dated: March 18, 2008            KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lori S. Sinanyan
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

                        and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302)-652-4400

Co-Counsel for the Debtors and
Debtors in Possession

4