# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF LAST DAY TO FILE A CLAIM CONCERNING ZONOLITE ATTIC INSULATION ("ZAI")[2]

> This is a notice of the last day to file proofs of claim in the chapter 11 case of W. R. Grace & Co. and its related debtors for claims concerning Zonolite Attic Insulation. Zonolite Attic Insulation is a loose-fill, non-roll vermiculite home attic insulation, which may contain naturally occurring asbestos. It was sold from the 1920/1930s to 1984. Zonolite may have a glittery granular appearance. The granules are shaped like a small nugget and expanded like an accordion and may have a silvery, gold translucent or brownish cast. After years in the attic, however, the granules may darken to black or gray. Zonolite may be found underneath subsequently installed insulation of other types such as rolled fiberglass insulation. ZAI generally looks like this:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not defined herein are described in the General Instructions for Completing the W. R. Grace & Co. ZAI Proof of Claim Form.



PLEASE TAKE NOTICE THAT on _____, 2008 the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware (the "Court"), having jurisdiction over the chapter 11 cases of W. R. Grace & Co. and certain of its affiliates (collectively, the "Debtors" or "Grace"), entered a ZAI Bar Date Order in the above-referenced bankruptcy cases.

The Court has established _____, 2008 at 5:00 P.M. Eastern Time (the "ZAI Bar Date") as the last date and time for all persons and entities including without limitation, each individual, partnership, joint venture, corporation, estate, trust and governmental unit who have ZAI Claims (as defined herein) against any of the Debtors or their predecessors-in-interest, to file a ZAI Proof of Claim.

1. WHO MUST FILE A ZAI PROOF OF CLAIM:

You MUST file a ZAI Proof of Claim if you have a ZAI Claim. A ZAI Claim is defined as:

Claims that relate to the cost of removal, diminution of property value or economic loss allegedly caused by Zonolite Attic Insulation manufactured by the Debtors and installed in buildings that are located in the United States of America. Zonolite Attic Insulation Claims are those claims against, or any debt, obligation or liability of, one or more of the Debtors, creating a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, and whether such claim, debt, obligation or liability is in the nature of or sounding in tort, contract, warranty or any other theory of law or equity, relating to or arising by reason of, directly or indirectly, property damage, including, but not limited to, diminution in the value thereof, or environmental damage or economic loss caused or allegedly caused, directly or indirectly, by the Zonolite Attic Insulation sold, supplied, produced, specified, selected, distributed or in any way marketed by one of the Debtors -- and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors, including, but not limited to, all claims, debts, obligations or liabilities for compensatory and punitive damages. Zonolite Attic Insulation is a loose-fill, non-roll vermiculite home attic insulation, which may contain naturally occurring asbestos. It was sold from the 1920/1930s to 1984. Zonolite may have a glittery granular appearance. The granules are shaped like a small nugget and expanded

2

like an accordion and may have a silvery, gold translucent or brownish cast. After years in the attic, however, the granules may darken to black or gray. Zonolite may be found underneath subsequently installed insulation of other types such as rolled fiberglass insulation. For purposes of the ZAI Bar Date, the defined term "Zonolite Attic Insulation Claim" does not include claims regarding property located outside of the United States or any claims relating to personal injury.

You MUST file your ZAI Proof of Claim, on or before the ZAI Bar Date of _____, 2008.

**IN THE EVENT THAT PRIOR TO THE ZAI BAR DATE, YOU FILED A PROOF OF CLAIM FOR A ZAI CLAIM USING OFFICIAL FORM 10 OR ANY OTHER PROOF OF CLAIM FORM, YOU MUST REFILE YOUR CLAIM ON THE SPECIALIZED, COURT-APPROVED ZAI PROOF OF CLAIM FORM ON, OR BEFORE, THE ZAI BAR DATE OR YOUR CLAIM SHALL BE BARRED AND DISALLOWED. IF A CLASS PROOF OF CLAIM WAS FILED ON YOUR BEHALF, YOU MUST STILL FILE AN INDIVIDUAL CLAIM ON THE SPECIALIZED, COURT-APPROVED ZAI PROOF OF CLAIM FORM ON, OR BEFORE, THE ZAI BAR DATE OR YOUR CLAIM SHALL BE BARRED AND DISALLOWED.**

In the event that prior to the ZAI Bar Date you filed a proof of claim for any claim in these cases that you may have **other than** your ZAI Claim, you do **not** need to refile your other non-ZAI Claims.

Under Section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means, among other things, (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

2. WHO DOES <u>NOT</u> NEED TO FILE A PROOF OF CLAIM

   (a) The ZAI Bar Date, and the need to file a ZAI Proof of Claim, applies only to holders of ZAI Claims. You do not need to file a proof of claim if you have claims affecting property located outside of the United States or any claims relating to personal injury.

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT NECESSARILY MEAN THAT YOU HAVE A ZAI CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE YOU HAVE SUCH A CLAIM.**

3. WHEN AND WHERE TO FILE

   To file a claim, do the following:

   (a) File your claim by completing a ZAI Proof of Claim, a copy of which is attached hereto.

3

(b) For additional copies of the ZAI Proof of Claim:

- Contact Rust Consulting, Inc., the Claims Processing Agent, toll-free at 1-877-465-4817, 9:00 a.m. - 5:00 p.m., Eastern Time, Monday through Friday. Claimants will not be charged for this call.

- Visit the Grace chapter 11 website at www.graceclaims.com to obtain a ZAI Proof of Claim and/or General Instructions for Completing the W. R. Grace & Co. ZAI Proof of Claim.

(c) ZAI Proofs of Claim must be mailed or hand-delivered so as to be received on or before the ZAI Bar Date at the following address:

If mailed, to:

Rust Consulting, Inc.
Claims Processing Agent
Re: W. R. Grace & Co. Bankruptcy
P.O. Box 1620
Faribault, MN 55021-1620

If hand delivered, to:

Rust Consulting, Inc.
Claims Processing Agent
Re: W. R. Grace & Co. Bankruptcy
201 S. Lyndale Ave.
Faribault, MN 55021

(between the hours of 9:00 a.m. and 5:00 p.m., Eastern Time, on business days).

ZAI Proofs of Claim will be deemed filed only when they have been actually received by the Claims Processing Agent. ZAI Proofs of Claim that are submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed. If you are returning your ZAI Proof of Claim by mail, allow sufficient mailing time so that the document is received on or before the ZAI Bar Date. ZAI Proofs of Claim that are postmarked before that date, but are received thereafter, will be considered late.

(d) ZAI Proofs of Claim <u>must</u> be signed by the claimant or the party submitting the document on behalf of the claimant.

(e) Do not file or send copies of the ZAI Proof of Claim to the Debtors, counsel for the Debtors, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel.

4

    (f)    Upon receipt of your claim, the Claims Processing Agent will send an acknowledgment card with the appropriate claim number noted thereon.

4. WHAT TO FILE

    (a)    To file an ZAI Claim, you must use the court-ordered ZAI Proof of Claim, which is supplied with this notice. Attach any supporting or backup documents that relate to the questions asked on the ZAI Proof of Claim.

    (b)    Your ZAI Proof of Claim must be written in English.

5. CLAIMS AGAINST MULTIPLE DEBTORS/OTHER NAMES

If you assert claims against more than one Debtor, you do not need to file a separate ZAI Proof of Claim against each applicable Debtor. The Debtors' Chapter 11 Plan currently contemplates a consolidation of the Debtors for Plan purposes whereby claims will be paid by the consolidated Debtors' estates. If consolidation for Plan purposes is not ultimately allowed by the Court, you will have the opportunity to assert your claim against the applicable Debtor or Debtors.

6. EFFECT OF NOT PROPERLY FILING A ZAI PROOF OF CLAIM

ANY HOLDER OF A ZAI CLAIM IS REQUIRED TO FILE A PROOF OF CLAIM ON THE COURT-APPROVED PROOF OF CLAIM FORM. ANY SUCH HOLDER WHO FAILS TO FILE HIS OR HER PROOF OF CLAIM ON OR BEFORE THE ZAI BAR DATE, **SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED** FROM ASSERTING ANY SUCH CLAIMS (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIMS) AGAINST ANY OF THE DEBTORS OR THEIR PREDECESSORS-IN-INTEREST, INSURANCE CARRIERS OR THEIR PROPERTY OR ESTATES. IF ANY SUCH CLAIMS ARE SO BARRED, EACH OF THE DEBTORS AND ITS PROPERTY SHALL BE FOREVER DISCHARGED FROM ALL INDEBTEDNESS AND LIABILITIES WITH RESPECT TO SUCH CLAIMS AND THE HOLDERS OF SUCH CLAIMS SHALL NOT BE ENTITLED TO RECEIVE ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIMS, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIMS OR REGARDING THESE CHAPTER 11 CASES.

7. QUESTIONS REGARDING COMPLETION OF PROOF OF CLAIM FORM

If you have any questions concerning whether or not you need to file a ZAI Proof of Claim, then you should consult your attorney. If you have questions concerning how to complete a ZAI Proof of Claim or for additional information regarding this notice or to obtain a ZAI Proof of Claim, contact the Claims Processing Agent toll-free at 1-877-465-4817 between 9:00 a.m. and 5:00 p.m. (Eastern Time), Monday through Friday, or write to the Claims Processing Agent at the address outlined herein. You may also obtain a ZAI Proof of Claim via Grace's chapter 11 website, at www.graceclaims.com.

BY ORDER OF THE COURT

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

**EXHIBIT 1**

# If You Have a Home with Zonolite Loose-Fill Attic Insulation

## Your Rights May Be Affected by this Bankruptcy Notice

W. R. Grace, its predecessors, subsidiaries, and other related entities ("Grace") have filed for protection under Chapter 11 of the U.S. Bankruptcy Code. All individuals and entities with Zonolite Attic Insulation Claims against Grace must file these claims ON OR BEFORE Month, Date, Year.

**What Is Zonolite Loose-Fill Attic Insulation?**
Zonolite Attic Insulation is a loose-fill, non-roll vermiculite home attic insulation. It was sold from the 1920/1930s to 1984. Zonolite may have a glittery granular appearance. The granules are small, accordian-shaped nuggets and may have a silvery, gold translucent or brownish cast. After years in the attic, however, the granules may darken to black or gray. Zonolite may be found underneath subsequently installed insulation of other types such as rolled fiberglass insulation.

**Zonolite Loose-Fill Attic Insulation Claims**
Grace mined, produced and marketed Zonolite loose-fill attic insulation, some of which may have contained naturally-occurring asbestos.

Zonolite Attic Insulation Claims could include, among others, the cost of removal, the diminution of property value or economic loss, or other property-related claims caused by Zonolite Attic Insulation manufactured by Grace.

 

To preserve your claim, you must file the appropriate Proof of Claim Form to be received by Month, Date, Year.

For complete information including what constitutes a Claim, the Claims Bar Date Notice, Proof of Claim Forms, and instructions for filing a claim:

Write to: Claims Agent, Re: W. R. Grace, P.O. Box xxx, City, State, Zip

or

**Call: 1-800-XXX-XXXX or visit: www.xxxxxxxx.com**

## 30-SECOND W. R. GRACE BAR DATE SPOT
(Visual treatment to be determined.)



This is a court-ordered legal announcement.

If you have a home with Zonolite loose-fill attic insulation, you may have a property claim in the W.R. Grace bankruptcy.

Zonolite is loose-fill, non-roll home attic insulation. It is composed of small, expanded nuggets of vermiculite in colors from silver, brown and gold. Granules may also darken to black or gray. Zonolite may be found underneath subsequently installed insulation.

For information on identifying Zonolite, filing claims and deadlines call 1-800-XXX-XXXX.