# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### Affidavit of Katherine Kinsella

I, Katherine Kinsella, being first duly sworn, on oath, state as follows:

1. I am an adult and competent to submit this affidavit. I make this affidavit based on my own personal knowledge and belief.

2. I am the President of Kinsella/Novak Communications, LLC ("KNC") a nationally recognized advertising and communications firm specializing in the design, preparation and implementation of legal notification programs in class action and bankruptcy cases. I have developed and consulted on some of the largest and most complex national notification programs in the country including media-based notification programs in cases involving consumer fraud, asbestos, breast implants, tobacco, infant formula, polybutylene plumbing, home siding products, antitrust, securities, and Holocaust restitution claims.

3. On July 19, 2001, the Court entered an Order authorizing the employment and retention of KNC as Notice Consultants for the Debtors. Since that time, I have drafted and submitted various materials to the Debtors and the Court with respect to the Debtors' July 27, 2001 *Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Claim Forms and Approval of the Notice Program* and corresponding Reply dated November 9, 2001. Among the materials I submitted to the Court in connection with these matters was (i) an Affidavit dated October 29, 2001 in support of the Debtors' Reply, which I prepared for the Debtors, (ii) an Affidavit dated February 11, 2002 in support of the *Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case Management Order, Establishment of a Bar Date, Approval of Proof of the Claim Forms and of the*

*Notice Program*, and an Affidavit dated December 20, 2004 in support of the *Debtors' Supplement to their Estimation Motion and Request for Related Relief.*

4.      I submit this affidavit in support of the *Debtors' Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program* ("the Motion"). This affidavit addresses the merits of the notice program to reach holders and potential holders of Zonolite Attic Insulation Claims ("ZAI Claimants") set forth in the ZAI Bar Date Notice Plan ("Notice Plan"), which is attached to the Motion at Exhibit C.

5.      The Notice Plan outlines procedures to provide fair and adequate notice, consistent with due process requirements, to ZAI Claimants in the United States.

6.      The Notice Plan is consistent with notice programs KNC designed and implemented in other asbestos bankruptcies and class actions, as well as consumer class actions, all of which have met with court approval. It is my opinion that the Notice Plan provides cost-effective, adequate and thorough notice to all claimants.

7.      The Notice Plan, both in terms of the media selected and the creative execution of the notice itself, accomplishes the objective of providing adequate and effective notice to all ZAI Claimants.

8.      Although notice through direct mail to claimants for whom names and addresses are available in this matter is possible, a large percentage of claimants are not readily identifiable, requiring a media-based notice program to reach them. Media-based notice programs designed by KNC and directed to unidentified claimants: (1) identify the demographics of claimants and establish a target audience or audiences; (2) outline the methodology for selecting the media and other plan elements and how they relate to product usage or exposure, or the claims at hand, and (3) provide results that quantify for the court the percentage of the target audience(s) reached and the frequency of

opportunity to see the media notice. This approach to designing media-based notice programs has been repeatedly validated and approved by courts.

9. For purposes of developing profiles of the demographics and media habits of ZAI Claimants, KNC analyzed syndicated data available from the *2007 Doublebase Survey*[1] from MediaMark Research, Inc. ("MRI"). MRI is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media including broadcast, magazines, newspapers, and outdoor advertising. MRI provides a single-source measurement of major media, products, services, and in-depth consumer demographic and lifestyle/psychographic characteristics.

10. The demographic target measured by MRI selected for ZAI Claimants is Adults 35 years of age and older ("Adults 35+"). 77.9% of this demographic group are Homeowners.

11. The Notice Plan calls for multiple notices: (i) in eight national consumer magazines, (ii) in three newspaper supplements, (iii) on network and cable television and (iv) on the Internet. In addition, a press release will be distributed nationally and sent to 13 "do-it-yourself" publications requesting coverage in their magazines. Information will also be provided on the W.R. Grace Bankruptcy Web site, established at www.graceclaims.com, and sponsored links to the Web site will appear on the results page of keyword/phrase searches on the Google and Yahoo! search engines.

12. With respect to the notices themselves, the print and television advertising attached as Exhibit B to the Motion, clearly and adequately provide the notice message with a single creative execution in each type of media. The notices target and address the

---

[1] MRI produces an annual Doublebase, a study of 50,000+ adults consisting of two full years of data. The MediaMark sample consists of 26,000+ respondents. Fieldwork is done in two waves per year, each lasting six months and consisting of 13,000 interviews. At the end of the interview, the fieldworker presents a self-administered questionnaire that measures approximately 500 product/service categories, 6,000 brands, and various lifestyle activities. Resulting data is weighted to reflect the probabilities of selection inherent in the sample design and then balanced so that major study demographics match the most recent independent estimates.

claimants, calling their attention to the importance of the notice, and they have clear visuals assisting the claimant to self-identify as an individual who may need to file a claim. Both print and television executions describe ZAI, including visuals of Zonolite.

13. The Notice Plan delivers an estimated unduplicated reach of Adults 35+ of 90.7% with an estimated average frequency of 3.7 times.

14. The estimated cost for the Notice Plan if it were executed in 3rd quarter 2008 is $3,064,380. If it were executed in 4th quarter 2008, the estimated cost is $3,266,325.00.

March 17, 2008                                                                 *Katherine Kinsella*
                                                                                          Katherine Kinsella

Signed and Sworn before me this 17th day of March, 2008.

*Debra L. Vaughan*
Notary Public:

Debra L. Vaughan
Notary Public
District of Columbia
My Commission Expires 03-14-2013