# CERTIFICATE OF SERVICE

I, David M. Fournier hereby certify that, on this the 19th day of March, 2008, I caused to be served the **Motion and Order for Admission Pro Hac Vice of Gregory A. Bibler**, by first-class mail, postage prepaid, on the following parties.

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
*Counsel for the Debtors*

David M. Bernick, P.C.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel for the Debtors*

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Counsel to the Official Committee of Unsecured Creditors*

          /s/ David M. Fournier
          David M. Fournier

#9434721 v1