## **CERTIFICATE OF SERVICE**

I, David M. Fournier hereby certify that, on this the 19th day of March, 2008, I caused to be served the **Motion and Order for Admission Pro Hac Vice of Jonathan P. Olsson**, by first-class mail, postage prepaid, on the following parties.

| | |
|---|---|
| Laura Davis Jones, Esq. | David M. Bernick, P.C. |
| James E. O'Neill, Esq. | Janet S. Baer, Esq. |
| Timothy P. Cairns, Esq. | Kirkland & Ellis LLP |
| Pachulski Stang Ziehl & Jones LLP | 200 East Randolph Drive |
| 919 North Market Street, 17th Floor | Chicago, IL 60601 |
| Wilmington, DE 19801 | *Counsel for the Debtors* |
| *Counsel for the Debtors* | |
| | |
| David Klauder, Esq. | Michael R. Lastowski, Esq. |
| Office of the United States Trustee | Duane Morris LLP |
| 844 King Street | 1100 North Market Street, Suite 1200 |
| Room 2207 | Wilmington, DE 19801-1246 |
| Wilmington, DE 19801 | *Counsel to the Official Committee of Unsecured Creditors* |

                                                      /s/ David M. Fournier
                                                      David M. Fournier

#9434778 v1