## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF MICHAEL J. PAPPONE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission pro hac vice of Michael J. Pappone, Esq., to represent Unifirst Corporation in the above-captioned matter.

Dated: March 14, 2008
Wilmington, Delaware

Respectfully submitted,
Pepper Hamilton LLP

/s/ David M. Fournier
David M. Fournier (ID No. 2812)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, the United States Supreme Court, the United States Court of Appeals for the First Circuit, the Third Circuit, Fourth Circuit, and Eleventh Circuit, and, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By:
Michael J. Pappone
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: (617) 570-1000
Fax: (617) 523-1231
mpappone@goodwinprocter.com

#9434582 v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____

Judith K. Fitzgerald
United States Bankruptcy Judge