**Attachment B**
**To Fee Application**

Summary of PwC's Fees By Professional
January 2008

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended January 31, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 40.3 | $ 27,609.93 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $904.05 | 1.0 | $ 904.05 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 25.0 | $ 14,700.00 |
| James Prettyman | Tax Partner | 16 | Integrated Audit | $614.25 | 6.0 | $ 3,685.50 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $455.10 | 2.0 | $ 910.20 |
| Jesse Reed Tracey | Director | 11 | Integrated Audit | $455.10 | 3.0 | $ 1,365.30 |
| Jennifer A James | Director | 16 | Integrated Audit | $627.30 | 25.0 | $ 15,682.50 |
| Lisa Slotznick | Director | 20+ | Integrated Audit | $576.87 | 0.3 | $ 173.06 |
| Trevor Bowler | Director | 13 | Integrated Audit | $525.00 | 10.0 | $ 5,250.00 |
| Matias Pedevilla | Director | 13 | Integrated Audit | $519.76 | 2.0 | $ 1,039.52 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 50.5 | $ 19,884.38 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 80.5 | $ 31,684.80 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $393.60 | 9.0 | $ 3,542.40 |
| Frank Gaetano | Audit Senior Manager | 9 | Integrated Audit | $685.11 | 1.0 | $ 685.11 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $375.15 | 2.5 | $ 937.88 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $313.65 | 48.5 | $ 15,212.03 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $267.75 | 134.2 | $ 35,932.05 |
| Pamela Barkley | Audit Senior | 3 | Integrated Audit | $217.71 | | $ 37,446.12 |

(02411)

| Name | Title | Years | Service | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 172.0 |  |
| Keith Palmer | Associate | 5 | Integrated Audit | $297.66 | 6.6 | $ 1,964.56 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 42.0 | $ 8,885.52 |
| Brett Czajokowski | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 35.5 | $ 7,510.38 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $205.41 | 112.0 | $ 23,005.92 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $307.50 | 29.0 | $ 8,917.50 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | $189.00 | 22.5 | $ 4,252.50 |
| Mariana Espinoza | Tax Senior Associate | 4 | Integrated Audit | $267.75 | 20.0 | $ 5,355.00 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | 215.0 | $ 25,387.20 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $193.11 | 181.0 | $ 34,952.91 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 225.5 | $ 34,115.90 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $151.29 | 17.5 | $ 2,647.58 |
| Cassandre Saint-Louis | Audit Associate | 2 | Integrated Audit | $138.99 | 64.0 | $ 8,895.36 |
| Leah Morelle | Audit Associate | 1 | Integrated Audit | $118.08 | 74.0 | $ 8,737.92 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $138.99 | 177.5 | $ 24,670.73 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 215.2 | $ 29,910.65 |
| Andrew Tremble | Audit Associate | 1 | Integrated Audit | $138.99 | 129.0 | $ 17,929.71 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | $147.60 | 52.3 | $ 7,719.48 |
| Thomas Duncan | Tax Associate | <1 | Integrated Audit | $239.85 | 12.1 | $ 2,902.19 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | $141.75 | 86.0 | $ 12,190.50 |
| Jose A Nunez | Tax Associate | <1 | Integrated Audit | $141.75 | 22.0 | $ 3,118.50 |
| **TOTAL** |  |  |  |  | 2,351.5 | $ 489,714.80 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals  21.5  $  3,224.45

{02411}

## Summary of PwC's Fees By Project Category:
### January 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 21.5 | $3,224.45 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |

{02411}

| | | |
|---|---|---|
| 24-Other | | |
| 25-Accounting/Auditing | 2,351.5 | $489,714.80 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,373.0 | $492,939.25 |

**Expense Summary**
**January 2008**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $5,181.32 |
| Lodging | N/A | $326.90 |
| Sundry | N/A | $90.57 |
| Business Meals | N/A | $798.82 |
| TOTAL: | | $6,397.61 |

{02411}