# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended January 31, 2008

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **William T Bishop** | | | | | | |
| Integrated Audit | 1/17/08 | | | $ 18.00 | | Parking for audit committee meeting |
| Integrated Audit | 1/23/08 | $ 406.19 | | | | Airfare to Boston for visit to Grace Cambridge |
| Integrated Audit | 1/23/08 | | $ 174.42 | | | Hotel - 1 night - visit to Grace Cambridge |
| Integrated Audit | 1/23/08 | 50.00 | | | | Taxi from Boston airport to hotel in Cambridge |
| Integrated Audit | 1/23/08 | | | | 110.65 | Audit team lunch with V Leo (Grace), P Barkley, L Signori, K Geurg, A Tremble and C Saint-Louis (PwC) at Bertucci's |
| Integrated Audit | 1/23/08 | | | $ 30.00 | | Airport parking - 2 days |
| **Bonnie Shub-Geyer** | | | | | | |
| Integrated Audit | 1/24/08 | | | | 18.04 | W.R. Grace Meeting re Provision |
| **George Baccash** | | | | | | |
| Integrated Audit | 1/17/08 | $ 55.56 | | | | Mileage to/from Client. Total roundtrip 55 miles. |
| Integrated Audit | 1/22/08 | $ 55.56 | | | | Mileage to/from Client. Total roundtrip 55 miles. |
| **Mariana Espinoza** | | | | | | |
| Integrated Audit | 1/17/08 | $ 52.52 | | | | Mileage for trip to and from Grace Boca Raton location (starting point is PwC office in Miami) - Aprox. 52 miles each way |
| **Doug Parker** | | | | | | |
| Integrated Audit | 1/9/08 | $ 1,652.70 | | | | Airfare for site visit to Grace facility in Worms, Germany (including meetings with PwC team and Grace management) |
| **Catherine Rusnyiak** | | | | | | |
| Integrated Audit | 1/3/08 | $ 31.87 | | | | USP Grace reporting package |
| **Pamela Barkley** | | | | | | |
| Integrated Audit | 1/22/08 | $ 839.00 | | | | Flight from DC to Boston |
| Integrated Audit | 1/22/08 | | | | 6.29 | Dinner for out of town travel |
| Integrated Audit | 1/22/08 | 4.75 | | | | Tolls from Airport in Boston to Cambridge |
| Integrated Audit | 1/22/08 | 130.78 | | | | Rental car for two days in Boston |
| Integrated Audit | 1/22/08 | | $ 152.48 | | | Lodging for one night in Boston |
| Integrated Audit | 1/22/08 | 20.00 | | | | Parking at DC Airport for 2 days |
| Integrated Audit | 1/22/08 | 9.10 | | | | Excess mileage from office to airport round trip |
| Integrated Audit | 1/26/08 | 44.44 | | | | Excess mileage to the client site from office |
| **Lynda Keorlet** | | | | | | |
| Integrated Audit | 1/26/08 | | | | 39.44 | Team breakfast during weekend work (L Keorlet, A Lueck, E Margolus, P Barkley, P Katsiak, S Rahmani) |
| Integrated Audit | 1/26/08 | $ 20.20 | | | | Twenty Miles each way to Grace to work on weekend |
| **Karen Geurg** | | | | | | |
| Integrated Audit | 1/7/08 | $ 23.00 | | | | Parking at Boston PwC office to pick up binders for the commencement of field work |
| Integrated Audit | 1/16/08 | | | | 68.25 | Overtime meal during year-end field work; present team members - Karen Geurg, Lyndsay Signori, Andrew Tremble, and Cassandre Saint-Louis |
| Integrated Audit | 1/17/08 | | | | 64.60 | Overtime meal during year-end field work; present team members - Karen Geurg, Lyndsay Signori, Andrew Tremble, and Cassandre Saint-Louis |
| **Cassandre Saint-Louis** | | | | | | |
| Integrated Audit | 1/10/08 | $ 11.22 | | | | daily commute to Grace in excess of drive to office 20 miles |
| Integrated Audit | 1/11/08 | $ 11.22 | | | | daily commute to Grace in excess of drive to office 20 miles |
| Integrated Audit | 1/14/08 | $ 11.22 | | | | daily commute to Grace in excess of drive to office 20 miles |
| Integrated Audit | 1/15/08 | $ 11.22 | | | | daily commute to Grace in excess of drive to office 20 miles |
| Integrated Audit | 1/16/08 | $ 11.22 | | | | daily commute to Grace in excess of drive to office 20 miles |
| Integrated Audit | 1/17/08 | $ 11.22 | | | | daily commute to Grace in excess of drive to office 20 miles |
| Integrated Audit | 1/18/08 | $ 11.22 | | | | daily commute to Grace in excess of drive to office 20 miles |
| Integrated Audit | 1/22/08 | $ 11.23 | | | | daily commute to Grace in excess of drive to office 20 miles |
| Integrated Audit | 1/23/08 | $ 11.23 | | | | daily commute to Grace in excess of drive to office 20 miles |
| **Lyndsay Signori** | | | | | | |
| Integrated Audit | 1/15/08 | $ 23.00 | | | | Parking to pickup workpapers in the office. |
| **Pavel Katsiak** | | | | | | |
| Integrated Audit | 1/4/08 | $ 24.65 | | | | Parking when in Chicago on Inventory Count |
| Integrated Audit | 1/7/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/8/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/10/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/11/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/15/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/16/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/16/08 | | | | 124.69 | Overtime meals for W.R. Grace audit team (L Keorlet, S Rahmani, A. Lueck, E. Margolius, P. Barkley, P. Katsiak) |
| Integrated Audit | 1/17/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/21/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/22/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/22/08 | | | | 159.82 | Overtime meals for W.R. Grace audit team (L Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, P. Katsiak) |
| Integrated Audit | 1/23/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Integrated Audit | 1/23/08 | | | | $ 176.28 | Overtime meals for W.R. Grace audit team (L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Bakrley, P. Katsiak) |
| Integrated Audit | 1/24/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/25/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/28/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/29/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/29/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/30/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 1/31/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| **Cindy Chen** | | | | | | |
| Integrated Audit | 1/16/08 | $ 8.08 | | | | 16 miles reimbursement to the client site. (mileage over normal commute to the pwc office) |
| **Shahin Rahmani** | | | | | | |
| Integrated Audit | 1/2/08 | $ 3.80 | | | | excess mileage |
| Integrated Audit | 1/3/08 | | | $ 9.70 | | Bought Stamps to send out confirms. |
| Integrated Audit | 1/3/08 | | | $ 22.62 | | Audit Committee Booklets |
| Integrated Audit | 1/3/08 | $ 3.81 | | | | excess mileage |
| Integrated Audit | 1/4/08 | $ 3.81 | | | | excess mileage |
| **Erica Margolius** | | | | | | |
| Integrated Audit | 1/3/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/4/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/7/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/8/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/9/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/10/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/11/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/15/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/16/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/17/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/18/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/19/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/22/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/23/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/24/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/25/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/26/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/28/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/29/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/30/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 1/31/08 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
| **Molly McCall** | | | | | | |
| Integrated Audit | 1/3/08 | $ 36.36 | | | | Traveling from Falls Church, VA to Columbia, MD. Total trip mileage less normal mileage to the Tyson's office. |
| **Adam Lueck** | | | | | | |
| Integrated Audit | 1/7/08 | | | $ 10.25 | | Postal fees for mailing confirmations. |
| **Joel Ping Own** | | | | | | |
| Integrated Audit | 1/9/08 | $ 29.24 | | | | mileage & tolls |
| Integrated Audit | 1/9/08 | $ 29.24 | | | | mileage & tolls |
| Integrated Audit | 1/10/08 | $ 29.24 | | | | mileage & tolls |
| Integrated Audit | 1/15/08 | $ 29.24 | | | | mileage & tolls |
| Integrated Audit | 1/16/08 | $ 29.24 | | | | mileage & tolls |
| Integrated Audit | 1/24/08 | $ 29.24 | | | | mileage & tolls |
| Integrated Audit | 1/25/08 | $ 29.24 | | | | mileage & tolls |
| Integrated Audit | 1/28/08 | $ 29.24 | | | | mileage & tolls |
| Integrated Audit | 1/29/08 | $ 29.24 | | | | mileage & tolls |
| **Jose Nunez** | | | | | | |
| Integrated Audit | 1/16/08 | $ 64.64 | | | | Business Mileage, Total = 128 Miles |
| Integrated Audit | 1/14/08 | $ 64.64 | | | | Business Mileage, Total = 128 Miles |
| **Todd Chesla** | | | | | | |
| Integrated Audit | 1/9/08 | $ 46.46 | | | | Travel to Grace |
| Integrated Audit | 1/10/08 | $ 46.46 | | | | Travel to Grace |
| Integrated Audit | 1/22/08 | $ 46.46 | | | | Travel to Grace |
| Integrated Audit | 1/23/08 | $ 46.46 | | | | Travel to Grace |
| Integrated Audit | 1/24/08 | $ 46.46 | | | | Travel to Grace |
| Integrated Audit | 1/25/08 | $ 46.46 | | | | Travel to Grace |
| Integrated Audit | 1/28/08 | $ 46.46 | | | | Travel to Grace |
| Integrated Audit | 1/29/08 | $ 46.46 | | | | Travel to Grace |
| **Leah Morelle** | | | | | | |
| Integrated Audit | 1/21/08 | | | | $ 30.46 | Dinner with Lyndsay Signorl [PwC] & Andy Tremble [PwC] |
| Integrated Audit | 1/21/08 | $ 8.08 | | | | Commute to and from W.R. Grace [10 Faxon Ave Quincy, MA to Whitmore Ave Cambridge, MA] |

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Integrated Audit | 1/18/08 | $ 8.08 | | | | Commute to and from W. R. Grace [10 Faxon Ave Quincy, MA to Whitmore Ave Cambridge, MA] |
| Integrated Audit | 1/17/08 | $ 8.08 | | | | Commute to and from W. R. Grace [10 Faxon Ave Quincy, MA to Whitmore Ave Cambridge, MA] |
| Integrated Audit | 1/16/08 | $ 8.08 | | | | Commute to and from W. R. Grace [10 Faxon Ave Quincy, MA to Whitmore Ave Cambridge, MA] |
| Integrated Audit | 1/15/08 | $ 8.08 | | | | Commute to and from W. R. Grace [10 Faxon Ave Quincy, MA to Whitmore Ave Cambridge, MA] |
| Integrated Audit | 1/14/08 | $ 8.08 | | | | Commute to and from W. R. Grace [10 Faxon Ave Quincy, MA to Whitmore Ave Cambridge, MA] |
| Integrated Audit | 1/11/08 | $ 8.08 | | | | Commute to and from W. R. Grace [10 Faxon Ave Quincy, MA to Whitmore Ave Cambridge, MA] |
| Integrated Audit | 1/10/08 | $ 8.08 | | | | Commute to and from W. R. Grace [10 Faxon Ave Quincy, MA to Whitmore Ave Cambridge, MA] |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 6,397.61 | $ 5,181.32 | $ 326.90 | $ 90.57 | $ 798.82 |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended January 31, 2008**

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| **William T. Bishop** | 1/17/08 | Audit Partner | $ | 18.00 | Parking for audit committee meeting |
| | 1/23/08 | Audit Partner | $ | 406.19 | Airfare to Boston for visit to Grace Cambridge |
| | 1/23/08 | Audit Partner | $ | 174.42 | Hotel - 1 night - visit to Grace Cambridge |
| | 1/23/08 | Audit Partner | $ | 50.00 | Taxi from Boston airport to hotel in Cambridge |
| | 1/23/08 | Audit Partner | $ | 110.65 | Audit team lunch with V Leo (Grace), P Barkley, L Signori, K Geung, A Tremble and C Saint-Louis (PwC) at Bertucci's |
| | 1/23/08 | Audit Partner | $ | 30.00 | Airport parking - 2 days |
| | | | $ | 789.26 | |
| **Bonnie Shub-Gayer** | 1/24/08 | Director | $ | 18.04 | W.R. Grace Meeting re Provision |
| | | | $ | 18.04 | |
| **George Baccash** | 1/17/08 | Tax Partner | $ | 55.56 | Mileage to/from Client. Total roundtrip 55 miles. |
| | 1/22/08 | Tax Partner | $ | 55.56 | Mileage to/from Client. Total roundtrip 55 miles. |
| | | | $ | 111.12 | |
| **Pamela Barkley** | 1/22/08 | Audit Senior Associate | $ | 839.00 | Flight from DC to Boston |
| | 1/22/08 | Audit Senior Associate | $ | 6.29 | Dinner for out of town travel |
| | 1/22/08 | Audit Senior Associate | $ | 4.75 | Tolls from Airport in Boston to Cambridge |
| | 1/22/08 | Audit Senior Associate | $ | 130.78 | Rental car for two days in Boston |
| | 1/22/08 | Audit Senior Associate | $ | 152.48 | Lodging for one night in Boston |
| | 1/22/08 | Audit Senior Associate | $ | 20.00 | Parking at DC Airport for 2 days |
| | 1/22/08 | Audit Senior Associate | $ | 9.10 | Excess mileage from office to airport round trip |
| | 1/26/08 | Audit Senior Associate | $ | 44.44 | Excess mileage to the client site from office |
| | | | $ | 1,206.84 | |
| **Mariana Espinoza** | 1/17/08 | Tax Senior Associate | $ | 52.52 | Mileage for trip to and from Grace Boca Raton location (starting point is PwC office in Miami) - Aprox. 52 miles each way |
| | | | $ | 52.52 | |
| **Doug Parker** | 1/9/08 | Audit Senior Manager | $ | 1,562.70 | Airfare for site visit to Grace facility in Worms, Germany (including meetings with PwC team and Grace management) |
| | | | $ | 1,562.70 | |
| **Catherine Rusyniak** | 1/3/08 | Associate | $ | 31.87 | USP Grace reporting package |
| | | | $ | 31.87 | |
| **Cindy Chen** | 1/16/08 | Audit Senior Associate | $ | 8.08 | 16 miles reimbursement to the client site. (mileage over normal commute to the pwc office) |
| | | | $ | 8.08 | |
| **Lynda Keorlet** | 1/26/08 | Audit Associate | $ | 39.44 | Team breakfast during weekend work (L.Keorlet, A.Lueck, E.Margolius, P.Barkley, P.Katsiak, S.Rahmani) |
| | 1/26/08 | Audit Associate | $ | 20.20 | Twenty Miles each way to Grace to work on weekend |
| | | | $ | 59.64 | |
| **Karen Geung** | 1/7/08 | Audit Associate | $ | 23.00 | Parking at Boston PwC office to pick up binders for the commencement of field work. |
| | 1/16/08 | Audit Associate | $ | 68.25 | Overtime meal during year-end field work; present team members - Karen Geung, Lyndsay Signori, Andrew Tremble, and Cassandra Saint-Louis |
| | 1/17/08 | Audit Associate | $ | 64.60 | Overtime meal during year-end field work; present team members - Karen Geung, Lyndsay Signori, Andrew Tremble, and Cassandra Saint-Louis |
| | | | $ | 155.85 | |
| **Cassandre Saint-Louis** | 1/10/08 | Audit Associate | $ | 11.22 | daily commute to Grace in excess of drive to office 20 miles |
| | 1/11/08 | Audit Associate | $ | 11.22 | daily commute to Grace in excess of drive to office 20 miles |
| | 1/14/08 | Audit Associate | $ | 11.22 | daily commute to Grace in excess of drive to office 20 miles |
| | 1/15/08 | Audit Associate | $ | 11.22 | daily commute to Grace in excess of drive to office 20 miles |
| | 1/16/08 | Audit Associate | $ | 11.22 | daily commute to Grace in excess of drive to office 20 miles |
| | 1/17/08 | Audit Associate | $ | 11.22 | daily commute to Grace in excess of drive to office 20 miles |
| | 1/18/08 | Audit Associate | $ | 11.22 | daily commute to Grace in excess of drive to office 20 miles |
| | 1/22/08 | Audit Associate | $ | 11.23 | daily commute to Grace in excess of drive to office 20 miles |
| | 1/23/08 | Audit Associate | $ | 11.23 | daily commute to Grace in excess of drive to office 20 miles |
| | | | $ | 101.00 | |
| **Lyndsay Signori** | 1/15/08 | Audit Senior Associate | $ | 23.00 | Parking to pick-up workpapers in the office. |
| | | | $ | 23.00 | |
| **Pavel Katsiak** | 1/1/08 | Audit Associate | $ | 24.65 | Parking when in Chicago on Inventory Count |
| | 1/7/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/9/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/10/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/11/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/14/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/15/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/16/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/16/08 | Audit Associate | $ | 124.99 | Overtime meals for W.R. Grace audit team (L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, P. Katsiak) |
| | 1/17/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/21/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/22/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/22/08 | Audit Associate | $ | 159.82 | Overtime meals for W.R. Grace audit team (L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, P. Katsiak) |
| | 1/23/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/23/08 | Audit Associate | $ | 176.26 | Overtime meals for W.R. Grace audit team (L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, P. Katsiak) |
| | 1/24/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/25/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/26/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/28/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/29/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/30/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 1/31/08 | Audit Associate | $ | 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |

|  |  |  | | |  |
|---|---|---|---|---|---|
|  |  |  | $ | 983.14 |  |
| Shahin Rahmani | 1/2/08 | Audit Associate | $ | 3.80 | excess milage |
|  | 1/3/08 | Audit Associate | $ | 9.70 | Bought Stamps to send out confirms. |
|  | 1/3/08 | Audit Associate | $ | 22.62 | Audit Committee Booklets |
|  | 1/3/08 | Audit Associate | $ | 3.81 | excess milage |
|  | 1/4/08 | Audit Associate | $ | 3.81 | excess milage |
|  |  |  | $ | 43.74 |  |
| Erica Margolius | 1/3/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/4/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/7/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/8/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/9/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/10/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/11/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/15/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/16/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/17/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/18/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/19/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/22/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/23/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/24/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/25/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/26/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/28/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/29/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/30/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  | 1/31/08 | Audit Associate | $ | 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) Roundtrip to Columbia Headquarters |
|  |  |  | $ | 315.74 |  |
| Molly McCall | 1/3/08 | Audit Associate | $ | 36.36 | Traveling from Falls Church, VA to Columbia, MD.  Total trip mileage less normal mileage to the Tyson's office. |
|  |  |  | $ | 36.36 |  |
| Adam Lueck | 1/7/08 | Audit Associate | $ | 10.25 | Postal fees for mailing confirmations. |
|  |  |  | $ | 10.25 |  |
| Juel Ping Own | 1/8/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  | 1/9/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  | 1/10/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  | 1/15/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  | 1/18/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  | 1/21/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  | 1/24/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  | 1/25/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  | 1/28/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  | 1/29/08 | Tax Manager | $ | 29.24 | mileage & tolls |
|  |  |  | $ | 292.40 |  |
| Jose Nunez | 1/18/08 | Tax Associate | $ | 64.64 | Business Mileage, Total = 128 Miles |
|  | 1/14/08 | Tax Associate | $ | 64.64 | Business Mileage, Total = 128 Miles |
|  |  |  | $ | 129.28 |  |
| Todd Chesla | 1/9/08 | Tax Associate | $ | 46.46 | Travel to Grace |
|  | 1/10/08 | Tax Associate | $ | 46.46 | Travel to Grace |
|  | 1/22/08 | Tax Associate | $ | 46.46 | Travel to Grace |
|  | 1/23/08 | Tax Associate | $ | 46.46 | Travel to Grace |
|  | 1/24/08 | Tax Associate | $ | 46.46 | Travel to Grace |
|  | 1/25/08 | Tax Associate | $ | 46.46 | Travel to Grace |
|  | 1/28/08 | Tax Associate | $ | 46.46 | Travel to Grace |
|  | 1/29/08 | Tax Associate | $ | 46.46 | Travel to Grace |
|  |  |  | $ | 371.68 |  |
| Leah Morelle | 1/21/08 | Audit Associate | $ | 30.46 | Dinner with Lyndsay Signori (PwC) & Andy Tremble (PwC) |
|  | 1/21/08 | Audit Associate | $ | 8.08 | Commute to and from W. R. Grace (10 Faxon Ave Quincy, MA to Whittmore Ave Cambridge, MA) |
|  | 1/18/08 | Audit Associate | $ | 8.08 | Commute to and from W. R. Grace (10 Faxon Ave Quincy, MA to Whittmore Ave Cambridge, MA) |
|  | 1/17/08 | Audit Associate | $ | 8.08 | Commute to and from W. R. Grace (10 Faxon Ave Quincy, MA to Whittmore Ave Cambridge, MA) |
|  | 1/16/08 | Audit Associate | $ | 8.08 | Commute to and from W. R. Grace (10 Faxon Ave Quincy, MA to Whittmore Ave Cambridge, MA) |
|  | 1/15/08 | Audit Associate | $ | 8.08 | Commute to and from W. R. Grace (10 Faxon Ave Quincy, MA to Whittmore Ave Cambridge, MA) |
|  | 1/14/08 | Audit Associate | $ | 8.08 | Commute to and from W. R. Grace (10 Faxon Ave Quincy, MA to Whittmore Ave Cambridge, MA) |
|  | 1/11/08 | Audit Associate | $ | 8.08 | Commute to and from W. R. Grace (10 Faxon Ave Quincy, MA to Whittmore Ave Cambridge, MA) |
|  | 1/10/08 | Audit Associate | $ | 8.08 | Commute to and from W. R. Grace (10 Faxon Ave Quincy, MA to Whittmore Ave Cambridge, MA) |
|  |  |  | $ | 95.10 |  |
|  |  | Grand Total | $ | 6,397.61 |  |