IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 8, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S**
**SEVENTY-SIXTH MONTHLY FEE APPLICATION**
**FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

March 11, 2008

Bill Number  15831
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through January 31, 2008

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/02/08 | MTM | Prepare repository for review by counsel from Holme Roberts and new Kirkland & Ellis counsel. | 0.40 Hrs | $102.00 |
| 01/03/08 | RAM | Read emails re: preparing for document review by K&E attorney; conference with MTM re: same. | 0.20 Hrs | $59.00 |
| 01/03/08 | DBM | Discussion with MTM re: Searchlink information in preparation for his meeting with new K&E lawyer. | 0.10 Hrs | $26.00 |
| 01/03/08 | MTM | Continue to prepare repository for review tomorrow by Holme Roberts and K&E counsel (2.2); email to Holme Roberts and K&E counsel re: same (.2); telephone call to in-house counsel re: same (.1); telephone call to K&E counsel re: Boston document review (.1). | 2.60 Hrs | $663.00 |
| 01/04/08 | RAM | Conference with MTM re: status of document review by K&E attorney. | 0.20 Hrs | $59.00 |
| 01/04/08 | MTM | Meeting with K&E and Holme Roberts counsel re: defense of obstruction of justice charge in Grace criminal matter (4.4); conference with RAM re: same (.2); review repository with K&E and Holme Roberts counsel re: same (2.0). | 6.60 Hrs | $1,683.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/04/08 | ARA | Per MTM's request, review files/inventories to determine if Libby common exhibits were copied for EPA review (1.5). Locate and review EPA review sheets and attorney review indices for K&E (.5). | 2.00 Hrs | $220.00 |
| 01/05/08 | RAM | Email from in-house counsel re: proposed rent increase at Winthrop Square; forward to PM. | 0.05 Hrs | No charge |
| 01/07/08 | RAM | Email to in-house counsel with information re: rent increase at Winthrop Square. Emails from MTM re: possible "obstruction of justice" document review. | 0.10 Hrs | $29.50 |
| 01/07/08 | MTM | Gather indices and memos for K&E counsel re: possible document review for criminal defense matter. (.5); email to him re: same (.3). | 0.80 Hrs | $204.00 |
| 01/07/08 | ARA | Quality control property damage ledgers. | 3.00 Hrs | $330.00 |
| 01/08/08 | ARA | Quality control property damage ledgers. | 6.50 Hrs | $715.00 |
| 01/09/08 | ARA | Quality control property damage ledgers. | 6.70 Hrs | $737.00 |
| 01/10/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $59.00 |
| 01/10/08 | ARA | Quality control property damage ledgers. | 7.10 Hrs | $781.00 |
| 01/11/08 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $295.00 |
| 01/11/08 | ARA | Quality control property damage ledgers. | 6.00 Hrs | $660.00 |
| 01/13/08 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $118.00 |
| 01/14/08 | ARA | Quality control property damage ledgers. | 6.60 Hrs | $726.00 |
| 01/15/08 | ARA | Quality control property damage ledgers. | 6.50 Hrs | $715.00 |
| 01/16/08 | ARA | Quality control property damage ledgers (3.2). Document control (.3). | 3.50 Hrs | $385.00 |
| 01/17/08 | ARA | Quality control property damage ledgers (4.0). Quality control documents reviewed by criminal defense attorney (2.5). | 6.50 Hrs | $715.00 |
| 01/18/08 | ARA | Quality control documents reviewed by criminal defense attorney. | 6.50 Hrs | $715.00 |
| 01/22/08 | ARA | Quality control documents reviewed by criminal defense attorney. | 6.10 Hrs | $671.00 |
| 01/23/08 | ARA | Inventory boxes of some of the documents reviewed by criminal defense attorney to return them to WRG, Cambridge (4.8). Document control (1.3). | 6.10 Hrs | $671.00 |
| 01/24/08 | MTM | Email from in-house counsel re: Libby personnel file (.1); review index and telephone call to ARA re: same (.1) | 0.20 Hrs | $51.00 |
| 01/24/08 | ARA | Organize documents/indices to return to WRG, Cambridge (1.7). Per MTM's request, locate and review Libby personnel file for in-house counsel (1.1); have file copied by Merrill Corp (.5). Quality control documents reviewed by criminal defense attorney (3.5). | 6.80 Hrs | $748.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/25/08 | ARA | Quality control documents reviewed by criminal defense attorney (5.5). Receipt of originals and copies of Libby personnel file from copy service (.3). | 5.80 Hrs | $638.00 |
| 01/28/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.80 Hrs | $748.00 |
| 01/29/08 | RAM | Email from/to PM re: Winthrop Square rent issue. | 0.05 Hrs | No charge |
| 01/29/08 | MTM | Email from criminal defense paralegal re: personnel file for former Libby employee (.1); review index and respond to paralegal re: same (.1). | 0.20 Hrs | $51.00 |
| 01/29/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 5.80 Hrs | $638.00 |
| 01/30/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 01/31/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.70 Hrs | $737.00 |
| | | TOTAL LEGAL SERVICES | | $15,664.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 2.10 Hrs | 295/hr | $619.50 |
| ROBERT A. MURPHY | 0.10 Hrs | 295/hr | No charge |
| DONNA B. MACKENNA | 0.10 Hrs | 260/hr | $26.00 |
| MATTHEW T. MURPHY | 10.80 Hrs | 255/hr | $2,754.00 |
| ANGELA R. ANDERSON | 111.50 Hrs | 110/hr | $12,265.00 |
| | 124.60 Hrs | | $15,664.50 |

TOTAL THIS BILL    $15,664.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

March 11, 2008

Bill Number  15832
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through January 31, 2008

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/08/08 | RAM | Work on November fee application. | 1.10 Hrs | $324.50 |
| 01/09/08 | RAM | Work on November fee application (.3); send it to in-house counsels to review (.1). | 0.40 Hrs | $118.00 |
| 01/10/08 | RAM | Telephone call from in-house counsel that fee application may be filed. | 0.05 Hrs | No charge |
| 01/13/08 | RAM | Finalize November fee application and send it to Delaware counsel to file. | 0.20 Hrs | $59.00 |
| 01/31/08 | RAM | Work on December fee application. | 0.70 Hrs | $206.50 |
| | | TOTAL LEGAL SERVICES | | $708.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.40 Hrs | 295/hr | $708.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 295/hr | No charge |

Mark A. Shelnitz

|  |  |
|---|---|
| 2.45 Hrs | $708.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $708.00 |

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062


March 11, 2008

Bill Number  15833
File Number 0052000-0000043


Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044


**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting


**DISBURSEMENTS**

Through January 31, 2008

EXCESS POSTAGE                                                              $4.60


FEDERAL EXPRESS

| 01/18/08 | To 7500 Grace Dr, W R Grace & Co. from Casner and Edwards on December 18, 2007 by MTM. | 10.00 |
|---|---|---|
| | | $10.00 |


PACER ONLINE SEARCH

| 01/16/08 | 12/05/2007 | 0.08 |
|---|---|---|
| 01/16/08 | 12/06/2007 | 1.92 |
| 01/16/08 | 11/21/2007 | 0.72 |
| 01/16/08 | 11/15/2007 | 0.08 |
| 01/16/08 | 12/27/2007 | 0.08 |
| 01/16/08 | 12/19/2007 | 0.32 |
| 01/16/08 | 12/07/2007 | 0.08 |
| 01/16/08 | 11/07/2007 | 0.16 |
| 01/16/08 | 12/28/2007 | 0.88 |
| 01/16/08 | 12/20/2007 | 0.88 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through January 31, 2008

PACER ONLINE SEARCH

| | | |
|---|---|---|
| 01/16/08 | 10/26/2007 | 0.32 |
| 01/16/08 | 10/01/2007 | 1.36 |
| 01/16/08 | 10/09/2007 | 0.32 |
| 01/16/08 | 12/06/2007 | 0.16 |
| 01/16/08 | 10/10/2007 | 0.40 |
| 01/16/08 | 10/25/2007 | 0.08 |
| 01/16/08 | 10/11/2007 | 0.24 |
| 01/16/08 | 10/25/2007 | 0.08 |
| 01/16/08 | 10/22/2007 | 0.16 |
| 01/16/08 | 11/06/2007 | 1.52 |
| 01/16/08 | 10/17/2007 | 0.08 |

$9.92

RENT REIMBURSEMENT

01/02/08   Rent and utilities for document repository at One Winthrop          11,518.19
Square- January 2008.

$11,518.19

MISCELLANEOUS

01/10/08   RECORDKEEPER ARCHIVE-Storage 1/1/08 through          402.60
1/31/08

$402.60

TOTAL DISBURSEMENTS          $11,945.31

TOTAL THIS BILL          $11,945.31

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

March 11, 2008

Bill Number  15834
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through January 31, 2008

FEDERAL EXPRESS

| | | |
|---|---|---|
| 01/18/08 | To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on December 14, 2007 by RAM. | 15.44 |
| | | $15.44 |
| | TOTAL DISBURSEMENTS | $15.44 |
| | TOTAL THIS BILL | $15.44 |