**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/2/2008 | 5.0 | $1,050.00 | Analysis of Plan-PD settlement status claims in b-Linx (2.0); verify claim data (1.5); revise b-Linx per analysis (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2008 | 2.5 | $525.00 | Analysis of e-mail from M Rosenberg re confirmation of asbestos PD numbers for 4th Qtr SEC reporting (.2); continue analysis of Plan-PD settlement status claims in b-Linx (1.0); verify claim data (.7); revise b-Linx as necessary (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2008 | 3.0 | $630.00 | Continue analysis of Plan-PD settlement status claims in b-Linx (1.5); verify claim data (.8); revise b-Linx per analysis (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2008 | 3.0 | $630.00 | Continue analysis of Plan-PD settlement status claims in b-Linx (1.5); verify claim data (.8); revise b-Linx per analysis (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2008 | 2.7 | $567.00 | Continue analysis of Plan-PD settlement status claims in b-Linx (1.3); verify claim data (.7); revise b-Linx per analysis (.5); analysis of e-mail from J Miller re 4th Qtr 2007 SEC numbers and draft language (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/9/2008 | 2.5 | $525.00 | Telephone from A Hammond re new active open report (.1); prepare e-mail to G Kruse re A Hammond request (.1); analysis of first draft report from G Kruse (.7); prepare e-mail to G Kruse re revisions (.1); analysis of second draft report from G Kruse (.9); begin preparation of by attorney report for A Hammond (.5); prepare e-mail to G Kruse re other issues arising during attorney report preparation (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2008 | 2.0 | $420.00 | Analysis of e-mail from G Kruse re revised data for A Hammond (.1); analysis of revised data (.8); prepare reports by counsel for A Hammond (1.0); prepare e-mail to A Hammond re requested reports of active open by counsel with supps (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/10/2008 | 0.6 | $66.00 | Analyze docket numbers 17197 to 17642 and related docket entries (.3); audit b-Linx re claim updates (.2); revise b-Linx per audit results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2008 | 2.0 | $420.00 | Continue analysis of Plan-PD settlement status claims in b-Linx (1.0); verify claim data (.5); revise b-Linx per analysis (.5) |
| | | | Asbestos Claims Total: | 23.3 | $4,833.00 | |

## January 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/1/2008 | 2.3 | $483.00 | E-mails from IT Dept re issues with ART report through-out day (.5); e-mail to G Kruse re ART report issue (.1); e-mail to S Cohen re environmental orders for SEC reporting (.2); analysis of b-Linx re new claims received from Rust Consulting (.2); revise b-Linx re new claims received from Rust Consulting (.2); e-mail to L Ruppaner re DRTT image issue (.1); analysis of Rust Consulting data re invalid claims (.8); prepare e-mail to J Miller, J Conklin, S Cohen re invalid claim data from Rust Consulting (.2) |
| BRIANNA TATE - CAS | | $45.00 | 1/2/2008 | 0.1 | $4.50 | Telephone with Anthony at (212) 889-9700 re purchase of current claims register - referred to Rust Consulting. |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Case Administration

| Name Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| ELLEN DORS - REC_TEAM | $110.00 | 1/2/2008 | 0.8 | $88.00 | Analysis of Docket 17630 and related docket entries (.3); update b-Linx claim/objection data (.3); discussions with M Booth re b-Linx updates (.2) |
| ELLEN DORS - REC_TEAM | $110.00 | 1/2/2008 | 1.1 | $121.00 | Analysis of Docket 17632 and related docket entries (.6); update b-Linx claim/objection data (.4); discussions with M Booth re b-Linx updates (.1) |
| LEILA HUGHES - REC_TEAM | $75.00 | 1/2/2008 | 1.5 | $112.50 | Review Court docket Nos 17655 to 17706 (.7); categorize and flag docket entries for analysis (.8) |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/2/2008 | 0.3 | $28.50 | Read (.1) and respond (.2) to e-mails re repair of DRTT images |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/2/2008 | 0.7 | $66.50 | Read (.2) and respond (.2) to numerous e-mail re updates to docket and issues with DRTT; perform associated research re docket updates (.2); final determination for all missing docket entries (.1) |
| MIKE BOOTH - MANAGER | $165.00 | 1/2/2008 | 0.1 | $16.50 | Discussion with L Ruppaner re DRTT and recent Court docket activity |
| MIKE BOOTH - MANAGER | $165.00 | 1/2/2008 | 0.6 | $99.00 | Work with L Ruppaner to resolve missing docket items and images for docket range 17655 - 17727 |
| MYRTLE JOHN - MANAGER | $195.00 | 1/2/2008 | 0.2 | $39.00 | Read (.1) and respond (.1) to memos from M Araki re document review and analysis |
| JAMES MYERS - CAS | $65.00 | 1/3/2008 | 0.2 | $13.00 | Dkt 17643 18th Omni Order - prepare draft of Declaration of Service |
| JAMES MYERS - CAS | $65.00 | 1/3/2008 | 0.1 | $6.50 | Dkt 17643 Omni 18 Order - finalize Declaration of Service |
| LEILA HUGHES - REC_TEAM | $75.00 | 1/3/2008 | 1.4 | $105.00 | Review Court docket Nos 17707 to 17727 (.7); categorize and flag docket entries for analysis (.7) |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/3/2008 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new case correspondence |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/3/2008 | 0.3 | $28.50 | Update BMC website per J Miller request (.2); verify hyperlinks re changes made (.1) |
| YVETTE KNOPP - CAS | $90.00 | 1/3/2008 | 0.1 | $9.00 | Review Declaration of Service re Dkt No 17643 Continuation Order re 18th Omni Objection served on 12/21/2007 |
| ELLEN DORS - REC_TEAM | $110.00 | 1/4/2008 | 0.1 | $11.00 | Analysis of recent docket activity re Docket 17281 |
| LEILA HUGHES - REC_TEAM | $75.00 | 1/4/2008 | 0.2 | $15.00 | Review Court dockets Nos 17741 to 17758 to verify documents |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 1/4/2008 | 0.9 | $189.00 | E-mail from S Cohen re 4th Qtr non-asbestos claims change report (.2); analysis of reports (.4); analysis of e-mail from J Miller re asbestos pd numbers (.1); analysis of J Miller 4th Qtr SEC report re asbestos pd numbers (.1); prepare e-mail to J Miller confirming asbestos pd numbers for 4th Qtr SEC reporting (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 1/5/2008 | 0.4 | $84.00 | Analysis of e-mails from S Cohen re audit of DRTT re motions/orders affecting asbestos pd claims, impacts on supplements (.2); prepare e-mails to S Cohen re audit and supplements (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 1/6/2008 | 0.8 | $168.00 | E-mails from S Cohen re est allowed amts on settled PD claims (.2); prepare e-mail to S Cohen re est allowed amts for settled PD claims (.2); prepare e-mail to L Ruppaner re billing entries (.2); prepare e-mail to M Booth and S Cohen re DRTT billing entries (.2) |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Case Administration

| Name — Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/7/2008 | 0.3 | $28.50 | Read (.1) and respond (.2) to all new correspondence including e-mail from M Araki |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/7/2008 | 0.4 | $38.00 | Review Court docket report for any updates to MML and new requests for claim transfers (.3); update DRTT to reflect all transfers updated and processed (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 1/7/2008 | 0.8 | $168.00 | Analysis of finalized Nov 07 invoice amts (.2); telephone with S Fritz re Nov invoice amts (.2); analysis of e-mail from S Fritz re payment received (.1); analysis of Order re 25th Qtrly fees approved (.2); prepare e-mail to S Fritz re confirmation no other funds received (.1) |
| LEILA HUGHES - REC_TEAM | $75.00 | 1/8/2008 | 0.6 | $45.00 | Review Court docket Nos 17759 to 17779 (.3); categorize and flag docket entries for analysis (.3) |
| LILIANA ANZALDO - CAS | $45.00 | 1/8/2008 | 0.1 | $4.50 | Append letter and change of address notification to claims per E Dors request |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/8/2008 | 0.2 | $19.00 | Read (.1) and respond (.1) to e-mail from J Miller re case correspondence |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/8/2008 | 0.2 | $19.00 | Revise b-Linx re change of address update to Claim No 334 (.1); prepare request to Claims Imaging Department re appending change of address notification and copy of death certificate records to claim image (.1) |
| MIKE BOOTH - MANAGER | $165.00 | 1/8/2008 | 0.3 | $49.50 | Various discussions with team re recent docket activity and categorization of document types (.1); update b-Linx per discussions (.2) |
| CORAZON DEL PILAR - CAS | $45.00 | 1/9/2008 | 0.1 | $4.50 | Process 1 piece returned mail, No COA |
| JEFF MILLER - SR_MANAGER | $210.00 | 1/9/2008 | 3.8 | $798.00 | Prepare final reports of 4th Qtr 2007 ending claim counts for non-asbestos and asbestos PD for review by counsel and inclusion in 10-K filing |
| LEILA HUGHES - REC_TEAM | $75.00 | 1/9/2008 | 0.1 | $7.50 | Review Court docket Nos 17780 to 17787 to verify documents |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/9/2008 | 0.2 | $19.00 | Read (.1) and respond (.1) to e-mails from M Booth and S Cohen re status of all pending claim transfer requests and questions re certain claims |
| BRIANNA TATE - CAS | $45.00 | 1/10/2008 | 0.2 | $9.00 | Telephone with Pat Cheek of Central Fiber Corp at (785) 883-4600 x217 re status of their claim |
| JAMES MYERS - CAS | $65.00 | 1/10/2008 | 0.1 | $6.50 | Notarize Transfer Declarations of Service |
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 1/10/2008 | 0.3 | $28.50 | Prepare Certificate of Service for transfer served re Docket no 17782 (.1); finalize Certificate of Service (.1); electronically file Certificate of Service with the Court (.1) |
| LEILA HUGHES - REC_TEAM | $75.00 | 1/11/2008 | 0.3 | $22.50 | Review Court docket Nos 17788 to 17806 (.2); categorize and flag docket entries for analysis (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 1/11/2008 | 1.5 | $315.00 | Continue analysis of first batch of detail reports of claim flags re claim flag normalization and revisions to be made to b-Linx |
| LEILA HUGHES - REC_TEAM | $75.00 | 1/14/2008 | 0.2 | $15.00 | Review Court docket Nos 17807 to 17817 (.1); categorize and flag docket entries for analysis (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 1/14/2008 | 0.4 | $84.00 | Telephone with K Pachulski and F Zaremby at WR Grace re doc production request (.2); e-mails to J Miller, A Dalsass re doc production request (.1); emails from J Miller and A Dalsass re doc production add'l info (.1) |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/14/2008 | 2.0 | $420.00 | Further analysis of first batch of detail reports of claim flags re claim flag normalization and revisions to be made to b-Linx |
| MIKE BOOTH - MANAGER | | $165.00 | 1/14/2008 | 0.6 | $99.00 | Research corrupted documents in DRTT (.3); modify corrupted images (.2); prepare memo to B Daniel re reassignment of corrupted images for further review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/15/2008 | 0.3 | $45.00 | Conference call with project team to review case status |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/15/2008 | 0.2 | $15.00 | Review Court docket Nos 17818 to 17839 (.1); categorize and flag docket entries for analysis (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/15/2008 | 0.3 | $28.50 | Weekly conference call re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2008 | 1.9 | $399.00 | Weekly team conf call with J Miller, S Cohen, S Kjontvedt, L Ruppaner (.3); analysis of e-mail from J Miller to A Dalsass re F Zaremby PI call (.1); continue analysis of first batch of detail reports of claim flags re claim flag normalization and revisions to be made to b-Linx (1.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/15/2008 | 0.3 | $33.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 1/15/2008 | 0.4 | $56.00 | Weekly team status call |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/16/2008 | 0.1 | $7.50 | Review Court docket Nos 17840 to 17845 to verify documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2008 | 2.0 | $420.00 | Analysis of second batch of detail reports of claim flags re claim flag normalization and revisions to be made to b-Linx |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2008 | 2.0 | $420.00 | Analysis of e-mail from J Weerbrouck re claim transfer confirmation for transfer agent auditors (.1); prepare e-mail to J Weerbrouck re same (.1); prepare draft Dec 07 consultant summary (.3); prepare e-mail to S Fritz re hours/amts for Dec 07 (.1); analysis of Court docket re case status (1.4) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 1/17/2008 | 4.0 | $840.00 | Audit of 4th Qtr 2007 claim counts for non-asbestos and asbestos PD claims (2.3); review process for 1st Qtr 2008 audit of claim counts (1.2); determine tools and esources needed to update reporting mechanisms (.5) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/17/2008 | 0.1 | $7.50 | Review Court Dockets 17846 to 17848 to verify documents |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/17/2008 | 0.2 | $19.00 | Communications with J Miller and S Cohen re claims reports and status of transfer reports |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/17/2008 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence including ECF notifications re claim transfer requests |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/17/2008 | 0.1 | $9.50 | Communications with S Cohen re status of transfer reports and claim reconciliation reports sent to Rust Consulting and verification of tracked information |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/17/2008 | 0.3 | $28.50 | Review Court docket report re new claim transfer notices |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2008 | 1.2 | $252.00 | Telephone with J Miller re Rust Consulting download issues including conf call with J Conklin (.6); analysis of e-mail from J Weerbrouck at Davidson re transfer claim confirmation and Rust Consulting directed them to BMC (.1); e-mail to J Miller re J Weerbrouck e-mail (.1); telephone from J Miller re J Weerbrouck e-mail (.1); telephone from J Miller re telecon with L Sinanyan re Rust Consulting issues and case status (.2); conference call wtih J Miller to K Davis at Rust Consulting re flat file, left message (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2008 | 2.5 | $525.00 | Continue analysis of second batch of detail reports of claim flags re claim flag normalization and revisions to be made to b-Linx |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2008 | 1.6 | $336.00 | Analysis of e-mail from J Miller re claims affected by order/stip report (.5); analysis of e-mail from J Conklin re requested report (.1); analysis of J Conklin report (.6); analysis of e-mail from L Ruppaner re transfer reports to Rust Consulting (.1); analysis of last reports sent to K Davis at Rust re active/inactives and transfer (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/17/2008 | 0.1 | $19.50 | Review notice re filing exhibits under seal forwarded to BMC from plaintiffs' counsel and forward copy of document to M Araki for review and disposition |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/18/2008 | 0.1 | $7.50 | Review Court Dockets 17849 to 17852 to verify documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2008 | 0.8 | $168.00 | Analysis of final Dec invoice numbers from S Fritz (.2); prepare invoice and production invoice for transmission to R Tarola at WR Grace (.2); prepare e-mail to R Tarola re Dec invoice and production numbers (.1); prepare e-mail to B Ruhlander at WH Smith re Oct and Nov 07 fee app documents for Fee Examiner (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2008 | 3.0 | $630.00 | Further analysis of second batch of detail reports of claim flags re claim flag normalization and revisions to be made to b-Linx |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/21/2008 | 0.1 | $7.50 | Review Court Dockets 17853 to 17860 to verify documents |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/21/2008 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2008 | 0.5 | $105.00 | Analysis of e-mail from B Sarikas at WR Grace re monthly invoices to R Tarola (.1); analysis of e-mail from K Davis at Rust Consulting re new claim received (.1); prepare e-mail to J Miller re B Sarikas inquiry (.1); prepare e-mail to B Sarikas at WR Grace re monthly invoices transmitted per info from K&E (.1); analysis of e-mail from B Sarikas re transmit future invoices to M Shelnitz (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/22/2008 | 0.4 | $60.00 | Weekly conference call with project team re case status |
| JEFF MILLER - SR_MANAGER | | $210.00 | 1/22/2008 | 0.7 | $147.00 | Prepare for (.3) and lead (.4) team status call related to asbestos PD and non-asbestos claims |
| JEFF MILLER - SR_MANAGER | | $210.00 | 1/22/2008 | 1.5 | $315.00 | Follow-up with S Cohen re L Sinanyan reconciliation of 4th Qtr 2007 claims |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/22/2008 | 0.1 | $7.50 | Review Court docket No. 17861 to verify document |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/22/2008 | 0.3 | $28.50 | Read (.1) and respond (.2) to e-mail from S Cohen re DRTT projects |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/22/2008 | 1.0 | $210.00 | Telephone from J Miller re claims filed after bar date calculations (.2); weekly team conf call with J Miller, S Cohen, S Kjontvedt, G Cruse re case status (.4); telephone with L Sinanyan re BMC invoices (fee apps) to J Monahan and W Sparks instead of R Tarola or M Shelnitz (.2); analysis of e-mail from L Sinanyan confirming telecon (.1); prepare e-mail to L Sinanyan clarifying fee apps to be transmitted, not invoices (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/22/2008 | 1.0 | $210.00 | Analysis of e-mail from L Sinanyan re 4th Qtr 2007 asbestos PD language for SEC filing (.3); prepare e-mail to L Sinanyan re agreement with language (.1); prepare e-mail to J Miller re asbestos PD language in agreement (.1); e-mails to/from J Miller re status of K Davis/J Weerbrouck transfer info issue (.3); analysis of e-mails from L Ruppaner and J Conklin re new Rust Consulting upload received (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/22/2008 | 0.4 | $44.00 | Status call led by J Miller re pending issues (.3); follow-up discussion with J Miller (.1) |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 1/22/2008 | 0.3 | $42.00 | Weekly team status call |
| JAMES MYERS - CAS | | $65.00 | 1/23/2008 | 0.2 | $13.00 | Notarize 4 Transfer Declarations of Service |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/23/2008 | 0.2 | $15.00 | Review Court Dockets 17862 to 17875 (.1); categorize and flag docket entries for analysis (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/23/2008 | 0.5 | $47.50 | Prepare Certificates of Service for transfers served re Docket nos 17847, 17849, 17852 and 17869 (.2); finalize Certificates of Service (.2); file electronically with the Court (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2008 | 1.2 | $252.00 | Prepare e-mail to L Sinanyan, J Monahan, W Sparks re BMC Oct and Nov 07 fee apps filed (.1); e-mail from J Weerbrouck re transfer info request (.1); analysis of e-mail from S Cohen re docket 17423 (.1); analysis of docket 17423 and b-Linx (.3); prepare e-mail to S Cohen re docket 17423 (.2); analysis of e-mail from S Cohen re Notice of Settlement filed (.2); analysis of e-mail from J Miller re newsarticle re ruling in PI trial (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/23/2008 | 1.1 | $181.50 | Conference call with S Cohen and L Ruppaner re processes and procedures for analysis of docket entries |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/24/2008 | 0.1 | $7.50 | Review Court Dockets 17876 to 17881 to verify documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2008 | 1.3 | $273.00 | E-mails to/from J Weerbrouck re claim transfer info for auditors (.3); analysis of Court docket re recent filings (1.0) |
| BRIANNA TATE - CAS | | $45.00 | 1/25/2008 | 0.1 | $4.50 | Telephone with Michael Pappone of Goodwin Procter LLP at (617) 570-1940 re claim status |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/25/2008 | 0.1 | $7.50 | Review Court docket Nos 17882 to 17886 to verify documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2008 | 1.0 | $210.00 | Analysis of e-mail from M Graeb at Cohen Law re proofs of claims filed by Bayer entities (.1); prepare e-mail to M Graeb re referral to Rust Consulting as official claims agent (.1); review WR Grace website re inquiry page (.1); analysis of Court docket re recent filings (.7) |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/28/2008 | 1.5 | $165.00 | Analysis of categorization updates for 109 docket items related to Court Dockets 16931-17875 (1.1); flag any pleadings impacting claims or 2002 List for further action and follow up as needed (.4) |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/28/2008 | 0.1 | $7.50 | Review Court docket Nos 17887 to 17898 to verify documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2008 | 0.7 | $147.00 | E-mails from/to S Kjontvedt re L Manent of DK Acquisitions inquiry re trade claim verifications (.2); e-mailts to/from J Miller re DK Acquisition inquiry and Rust Consulting response last week (.2); telephone call with J Miller re Rust Consulting (.1); analysis of e-mail from J Miller to K Davis re DK Acquisition inquiry and status (.1); analysis of e-mail from K Davis re status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2008 | 1.5 | $315.00 | Analysis of BERT exception and detail reports from J Conklin |
| BRIANNA TATE - CAS | | $45.00 | 1/29/2008 | 0.1 | $4.50 | Telephone with John Lutz of Atofina Chemicals at (215) 419-5628 re request for e-mail confirmation of claim amount and classification - referred to Rust Consulting |
| BRIANNA TATE - CAS | | $45.00 | 1/29/2008 | 0.1 | $4.50 | Telephone with Brad Max of Long Acre at (212) 259-4318 re inquiry if certain claim was listed on any objections filed by Debtors |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/29/2008 | 0.4 | $44.00 | Analysis of categorization updates for 13 docket items related to Court Dockets 17876 - 17897 (.3); flag any pleadings impacting claims or 2002 List for further action and follow up as needed (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/29/2008 | 2.4 | $264.00 | Analysis of categorization updates for 146 docket items related to Court Dockets 17325 - 17603 (1.9); flag any pleadings impacting claims or 2002 List for further action and follow up as needed (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/29/2008 | 2.7 | $567.00 | Weekly team conference call with J Miller, S Kjontvedt, S Cohen (.5); analysis of BERT reports and details re data normalizations and rule exceptions to be made (1.5); e-mail from (.2) / to (.1) S Cohen re docket 17423 Pellett Order; analysis of e-mail from S Cohen re RMQ order (.1); analysis of e-mail from T Feil re Goldman Sachs inquiry (.1); analysis of e-mails from J Miller and S Cohen re Goldman Sachs inquiry (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/29/2008 | 0.5 | $55.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 1/29/2008 | 0.5 | $70.00 | Weekly team status call |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/30/2008 | 2.1 | $231.00 | Analysis of categorization updates for 142 docket items related to Court Dockets 17325 - 17603 (1.7); flag any pleadings impacting claims or 2002 List for further action and follow up as needed (.4) |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/30/2008 | 0.3 | $33.00 | Review Court Docket Nos 17325, 17423 and 17742 (.2); categorize each new docket entry and flag for further action and follow up as needed (.1) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/30/2008 | 0.7 | $52.50 | Review Court Dockets 17899 to 17935 (.4); categorize and flag docket entries for analysis (.3) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/30/2008 | 0.4 | $38.00 | Read (.1) and respond (.2) to all new electronic from S Cohen re new pleadings filed; prepare list of all new orders impacting claims and new transfers to be processed (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/30/2008 | 0.4 | $38.00 | Review Court docket report for any new claim transfer notices (.1); review status of pending transfers to process (.2); update transfer tracking report (.1) |

# BMC Group
### WR GRACE
### Monthly Invoice

## January 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/30/2008 | 0.7 | $147.00 | Analysis of e-mail from S Cohen re Goldman Sachs inquiry (.1); analysis of e-mail from S Cohen re Rust Consulting and claims 18494 and 18497 (.1); analysis of claims 18494 and 18497 and prior e-mails re Rust Consulting claims docketing error and fix (.3); prepare e-mail to S Cohen re Rust Consulting claims docketing error and fix and current creditors assigned to claims (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/30/2008 | 3.0 | $630.00 | Continue analysis of BERT summary and detail reports (1.5); analysis of claims in b-Linx from BERT detail reports (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/30/2008 | 0.8 | $168.00 | Analysis of Court docket re recent pleadings filed |
| BRIANNA TATE - CAS | | $45.00 | 1/31/2008 | 0.1 | $4.50 | Telephone with BJ Grish of Fair Liquidity Partners at (408) 203-6854 re request for claims register - referred to Rust Consulting |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/31/2008 | 0.1 | $7.50 | Review Court docket Nos 17936 to 17941 to verify documents |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/31/2008 | 0.5 | $47.50 | Respond to Creditor Inquiry re defective claim transfer notice and scheduled records |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2008 | 1.0 | $210.00 | Analysis of e-mail from L Ruppaner re Imes Engineering inquiry re claims and Rust Consulting info received (.2); analysis of b-Linx re Imes Engineering claims/schedules (.3); analysis of S Herrschaft exit memo re amended schedules (.2); prepare e-mail to L Ruppaner re Imes Engineering claim in system vs Rust Consulting info to transmit to Imes (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2008 | 0.7 | $147.00 | Analysis of e-mail from S Cohen re recently filed Certifications of Counsel re asbestos PD claims (.1); analysis of DRTT re recently filed Certifications of Counsel (.3); prepare e-mail to S Cohen re Certifications of Counsel (.1); revise DRTT re approval status (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2008 | 0.6 | $126.00 | Analysis of e-mail and attachs from L Ruppaner re transfers from Fair Harbor to Longacre Master Fund and issues re attachments (.4); prepare e-mail to L Ruppaner re resolution of issues from attachments (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2008 | 2.2 | $462.00 | Continue analysis of BERT summary and detail reports (1.0); analysis of claims in b-Linx from BERT detail reports (1.2) |
| | Case Administration Total: | | | 83.3 | $14,394.00 | |

## January 2008 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ALICIA MARKOE - SR_ANALYST | | $110.00 | 1/1/2008 | 2.0 | $220.00 | Assist M Araki with ART data needs for reporting |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/3/2008 | 0.1 | $11.00 | Update list provided by S Cohen with claims number based on DeemID |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/3/2008 | 1.5 | $165.00 | Prepare report at request of S Cohen |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/3/2008 | 0.8 | $120.00 | Review/troubleshoot Advanced Reporting Tool issues per M Araki |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/4/2008 | 0.5 | $75.00 | Create worksheet of selected DeemIds, DeemNbrs and DeemTypes per S Cohen request |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/4/2008 | 1.8 | $270.00 | Continue to review/troubleshoot Advanced Reporting Tool issues per M Araki |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ANNA WICK - SR_ANALYST | | $110.00 | 1/7/2008 | 1.0 | $110.00 | Troubleshoot report on PLAN-PD SETTLEMENT claims for M Araki |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/7/2008 | 0.1 | $9.50 | Handle inquiry re proofs of claim verification and claims status report |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 1/8/2008 | 3.2 | $560.00 | Prepare (2.0) and revise (1.2) claim data change tracking/audit reports for 4th Qtr 2007 reporting |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 1/8/2008 | 0.7 | $122.50 | Assist S Cohen with reconciliation of 4th Qtr 2007 claim counts and dollar figures |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 1/8/2008 | 0.6 | $105.00 | Audit claims liability reporting tool and reports for 4th Qtr 2007 claim counts |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/9/2008 | 0.1 | $11.00 | Add new clain flag to look up table called Claim updates pending direction at request of S Cohen |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/9/2008 | 1.0 | $150.00 | Prepare worksheet of all Active PD claims per M Araki request |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/9/2008 | 0.4 | $60.00 | Create updated Active claims worksheet limited to only PD and Supplement claims |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 1/9/2008 | 1.2 | $210.00 | Assist S Cohen with reconciliation of 4th Qtr 2007 claim counts and dollar figures |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/10/2008 | 2.5 | $375.00 | Audit property damage claims party address data (.8); parse and normalize address data for claimant, attorney and properties (.9); modify address fields by ensuring data is in the correct field and state and country names are uniform (.8) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/10/2008 | 1.1 | $165.00 | Prepare worksheet of active and inactive claims per S Cohen |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/10/2008 | 0.9 | $135.00 | Update worksheet with additional criteria per M Araki request (.4); re-run asbestos and supplement claims listing(.4); forward to M Araki (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/10/2008 | 0.1 | $9.50 | Update returned mail records to b-Linx |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 1/10/2008 | 2.3 | $402.50 | Continue to prepare claim data change tracking/audit reports for 4th Qtr 2007 (1.2); analysis of reports for accuracy (1.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/11/2008 | 0.3 | $33.00 | Assist M Araki with report based on claims flag |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/14/2008 | 0.1 | $9.50 | Review and update b-Linx creditor records with returned mail information |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/15/2008 | 0.3 | $33.00 | Conference call led by J Miller |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/17/2008 | 1.0 | $110.00 | SQL database maintenance - review logs (.4); update tables fields (.3); views and user defined functions (.3) |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/17/2008 | 1.0 | $110.00 | SQL database maintenance - review logs (.3); update tables fields (.4); views and user defined functions (.3) (PI) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/17/2008 | 0.1 | $9.50 | Correspondence with J Miller re verification of proofs of claim and claim states |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/17/2008 | 0.5 | $47.50 | Prepare (.2) and verify (.2) report of the claim status of proofs of claim on Rust Consulting GRCBKF.txt file; prepare memo to J Miller for further review (.1) |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 1/17/2008 | 3.0 | $525.00 | Discussion with S Cohen re revisions to 4th Qtr 2007 reports (.3); revise claim data change tracking/audit reports for 4th Qtr 2007 (2.0); prepare revised reports for 4th Qtr 2007 (.7) |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/22/2008 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/22/2008 | 0.1 | $9.50 | Prepare Claims Register for todays claims upload |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/22/2008 | 0.1 | $9.50 | Migration bankruptcy claims data to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/22/2008 | 0.1 | $9.50 | Append bankruptcy claims data to tblOutput for migration to b-Linx |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/22/2008 | 0.1 | $9.50 | Migrate bankruptcy claims images from CD to server |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/28/2008 | 0.8 | $76.00 | Prepare report verifying creditor, docket, amount and objection information grouping |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/28/2008 | 0.3 | $28.50 | PI: prepare report verifying creditor information grouping |
| | | | Data Analysis Total: | 29.8 | $4,315.50 | |

## January 2008 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2008 | 1.3 | $273.00 | Review of Dec 07 billers for S Fritz (.2); review/revise Oct 07 billing descriptions re fee app compliance (1.0); analysis of e-mail from W Smith re new Fee Examiner in case (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2008 | 2.3 | $483.00 | Prepare Oct 07 time detail report (.3); analysis of Oct 07 time detail report (.5); revise Oct 07 time entries per time detail review (1.0); analysis of expense and production data for Oct 07 fee app (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/6/2008 | 4.5 | $945.00 | Draft Oct 07 fee app (2.0); prepare category summary and time detail exhibits for Oct fee app (.4); prepare expense and production exhibits for Oct 07 fee app (.4); revise/finalize Oct 07 fee app and exhibits (1.5); prepare e-mail to J Miller re Oct 07 fee app (.1); prepare e-mail to L Oberholzer re filing Oct 07 fee app (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/7/2008 | 5.0 | $1,050.00 | Prepare draft billing detail reports for Nov 07 (.5); begin analysis of draft reports for Nov 07 for prof billing reqts and Court imposed categories (2.0); begin revision of Nov 07 billing entries for fee app compliance (2.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/8/2008 | 4.5 | $945.00 | Continue analysis of Nov 07 billing entries for fee app compliance (2.0); continue revision of Nov 07 billing entries for fee app compliance (2.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/9/2008 | 5.0 | $1,050.00 | Further analysis of Nov 07 billing entries for fee app compliance (2.3); further revision of Nov 07 billing entries for fee app compliance (2.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2008 | 4.6 | $966.00 | Prepare Nov 07 time detail report (.3); analysis of Nov 07 time detail (.5); revise Nov 07 time entries per time detail report (.9); analysis of expense data for Nov 07 (.3); draft Nov 07 fee app (2.0); prepare category summary and time detail exhibits for Nov 07 (.4); prepare Nov 07 expense exhibit (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2008 | 2.0 | $420.00 | Revise/finalize Nov 07 fee app and exhibits (1.8); prepare e-mail to J Miller re Nov 07 fee app (.1); prepare e-mail to L Oberholzer re Nov 07 fee app filing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2008 | 1.5 | $315.00 | Prepare excel time and expense details for Fee Examiner for Oct and Nov 07 fee apps |

# BMC Group
### WR GRACE
Monthly Invoice

## January 2008 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/21/2008 | 2.5 | $525.00 | Prepare draft billing detail reports for Dec 07 (.5); begin analysis of draft reports for Dec 07 for prof billing reqts and Court imposed categories (1.0); begin revision of Dec 07 billing entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/22/2008 | 2.5 | $525.00 | Continue analysis of Dec 07 billing entries for fee app compliance (1.2); continue revision of Dec 07 billing entries for fee app compliance (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2008 | 3.0 | $630.00 | Further analysis of Dec 07 billing entries for fee app compliance (1.5); further revision of Dec 07 billing entries re fee app compliance (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2008 | 3.3 | $693.00 | Continue analysis of Dec 07 billing entries for fee app compliance (1.2); continue revision of Dec 07 billing entries for fee app compliance (1.3); prepare Dec 07 time detail report (.3); analysis of expenses and production for Dec 07 (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2008 | 2.0 | $420.00 | Draft Dec 07 fee app |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/28/2008 | 1.7 | $357.00 | Prepare category summary and time detail exhibits for Dec 07 (.5); review master bio data (.4); revise master bio data (.3); revise Dec 07 fee app re bios (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/29/2008 | 2.1 | $441.00 | Revise/finalize Dec 07 fee app and exhibits (1.0); prepare excel extracts of time, expense and production details for Fee Examiner (1.0); prepare e-mail to J Miller re review/sign Dec 07 fee app (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2008 | 0.5 | $105.00 | Analysis of e-mail from J Miller re sig pages (.1); finalize Dec 07 fee app (.3); prepare e-mail to L Oberholzer re filing Dec 07 fee app (.1) |
| | Fee Applications Total: | | | 48.3 | $10,143.00 | |

## January 2008 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/2/2008 | 4.5 | $337.50 | Review claims updates related to 10/1/07 to 12/31/07 docket report per S Cohen request (2.0); update tracking spreadsheet and claims database (2.0); various discussions with M Booth re review (.5) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/2/2008 | 0.6 | $99.00 | Various discussions with E Dors re pending claims issues related to Weatherford International Inc docket item and Del Taco settlement agreement and related docket entries (.4); update b-Linx re related claims issues (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/2/2008 | 1.5 | $247.50 | Coordinate review of claims updates re 10/1/07 to 12/31/07 docket report per S Cohen request (.2); discussions with L Hughes re review (.2); audit claims updates from docket report (.6); update tracking spreadsheet and b-Linx (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/2/2008 | 0.4 | $44.00 | Review (.2) and reply (.2) to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/2/2008 | 0.6 | $66.00 | Prepare environmental claim reports per L Gardner request (.5); prepare follow-up memo to L Gardner re reports (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/2/2008 | 0.3 | $33.00 | Analyze recently docketed claims and related claim (.1); update b-Linx (.1); prepare follow-up memo to M Araki re new claim (.1) |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/2/2008 | 1.1 | $121.00 | Analyze recently filed Stipulations, Orders, Notices of Claim Settlements (.5); audit claim updates and update claim database per analysis (.4); prepare follow-up memos to L Sinanyan, J Miller, M Araki, M Booth, L Ruppaner re same (.2) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/3/2008 | 1.9 | $142.50 | Continue review of claims updates related to 10/1/07 to 12/31/07 docket report per S Cohen request (1.0); update tracking spreadsheet and claims database (.9) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/3/2008 | 0.9 | $67.50 | Discussion with M Booth to finalize pending issues related to 10/01 - 12/31 docket report review (.2); update claims database per discussion (.7) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/3/2008 | 0.7 | $66.50 | Analyze claim transfer request (.1); research corresponding claim in b-Linx (.1); revise b-Linx re claim transfer (.1); prepare transfer notice (.2); prepare notice for service (.1); file transfer notice with Court (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/3/2008 | 0.3 | $28.50 | Review Court docket report for all new claim transfer notices and corresponding certificates of service (.1); verify claims information related to transfers current in b-Linx (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/3/2008 | 0.2 | $33.00 | Discussion with S Cohen re analysis and review of recent docket entries and claim updates required |
| MIKE BOOTH - MANAGER | | $165.00 | 1/3/2008 | 0.9 | $148.50 | Discussion with L Hughes re pending issues related to 10/01 - 12/31 docket report review (.3); audit claims with issues raised by L Hughes (.3); update b-Linx re audit (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2008 | 0.2 | $22.00 | Discussion with M Booth re analysis and review of recent docket entries and claim updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2008 | 1.8 | $198.00 | Analyze claims data related to claims inactivated and resolved in 4th Qtr 2007 per J Miller request (1.5); prepare follow-up memos to J Miller, A Wick re analysis (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/4/2008 | 3.1 | $341.00 | Continue analysis of claims data related to claims inactivated and resolved in 4th Qtr 2007 per J Miller request (2.4); prepare follow-up memos to J Miller, M Grimmett, G Kruse re analysis (.4); discussion with J Miller re analysis and reporting (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/4/2008 | 0.3 | $33.00 | Prepare revised environmental claim reports per L Gardner request (.2); prepare follow-up memos to L Gardner re revised reports (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/4/2008 | 1.2 | $132.00 | Further analysis of claims data related to claims inactivated and resolved in 4th Qtr 2007 per J Miller request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/5/2008 | 1.1 | $121.00 | Analyze Docket nos 16703 to 17195 and related docket entries (.5); audit b-Linx re claims updates (.5); prepare follow-up memo to M Araki re additional analysis and possible claim updates required (.1) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/7/2008 | 1.0 | $75.00 | Review recent docket activity related to Notice of Transfers (.3); verify data in b-Linx (.4); update tracking tool (.3) |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/7/2008 | 0.8 | $76.00 | Analysis of Court docket re new claim transfers (.1); analysis of b-Linx re claims transferred (.1); revise b-Linx re claims transferred (.1); prepare claim transfer notices (.2); prepare notices for service on all effected parties (.1); prepare Certificate of Service (.1); electronically file Certificate of Service with the Court (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/7/2008 | 0.3 | $28.50 | Analysis of Court docket re objections to transfers after 20 day notice expiration (.1); revise b-Linx to finalize claim transfers and reconciliation notes (.1); revise transfer tracking worksheet re claims updated (.1) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 1/8/2008 | 1.4 | $154.00 | Analysis of claim transfers on docket to verify transfer detail accuracy in b-Linx and appropriate notices served |
| LEILA HUGHES - REC_TEAM | | $75.00 | 1/8/2008 | 1.0 | $75.00 | Continue review of recent docket activity related to Notice of Transfers (.3); verify data in b-Linx (.3); update tracking tool (.4) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/8/2008 | 0.3 | $28.50 | Analysis of Court docket re objections to transfers after 20 day notice expiration (.1); revise b-Linx to finalize claim transfers and reconciliation notes (.1); revise transfer tracking worksheet re claims updated (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/8/2008 | 0.5 | $47.50 | Analysis of Court docket re new claim transfers (.1); analyze and revise b-Linx re claims transferred (.1); prepare claim transfer notices (.2); prepare notices for service on all effected parties (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/8/2008 | 1.1 | $121.00 | Analyze docket numbers 17196 to 17440 and related docket entries (.5); audit b-Linx re claim updates (.3); revise b-Linx per audit (.3) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/9/2008 | 0.1 | $16.50 | Discussion with S Cohen re final analysis of Q4 reports and related claims data per J Miller request |
| MIKE BOOTH - MANAGER | | $165.00 | 1/9/2008 | 0.2 | $33.00 | Review pending claims/transfer issues (.1); draft memo to L Ruppaner re update status of pending transfers (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/9/2008 | 0.1 | $11.00 | Discussion with M Booth re final analysis of 4th Qtr 2007 reports and related claims data per J Miller request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/9/2008 | 0.9 | $99.00 | Analyze final 4th Qtr 2007 reports and related claims data per J Miller request (.7); prepare follow-up memos to J Miller, M Grimmett re issues noted on reports (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/9/2008 | 0.8 | $88.00 | Initialize preparation and analysis of monthly reports (.6); discussion with J Miller re additional analysis required (.2); prepare follow-up memos to M Grimmett, L Ruppaner re monthly report preparation (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/9/2008 | 0.1 | $11.00 | Review and reply to e-mails re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/10/2008 | 0.4 | $44.00 | Finalize preparation and analysis of monthly reports (.3); prepare follow-up memos to K Davis re reports (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/14/2008 | 0.2 | $22.00 | Discussion with M Booth re analysis and review of recent docket entries and claim updates required |

# BMC Group
WR GRACE
Monthly Invoice

## January 2008 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/15/2008 | 0.4 | $44.00 | Research claim information per L Sinanyan request (.1); prepare claim reports (.1); discussion with J Miller (.1); prepare follow-up memo to L Sinanyan re findings (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/17/2008 | 0.1 | $16.50 | Discussion with S Cohen re analysis and review of recent docket entries and claim updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/17/2008 | 0.7 | $77.00 | Research e-mails, files and reports per discussion with L Ruppaner re transfers (.5); prepare follow-up memo to L Ruppaner re research results (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/17/2008 | 0.1 | $11.00 | Discussion with M Booth re analysis and review of recent docket entries and claim updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/22/2008 | 1.3 | $143.00 | Prepare (.4) and analyze (.5) late filed claims data per L Sinanyan request; discussions with J Miller re additional analysis required (.2); prepare follow-up memo to J Miller re analysis (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/22/2008 | 0.2 | $22.00 | Analyze RMQ and BMW claims per L Sinanyan e-mails (.1); prepare follow-up memos to J Miller re same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/22/2008 | 0.9 | $99.00 | Audit categorization updates related to Court docket nos 16938 to 17861 (.7); flag pleadings impacting claims or 2002 List for further action and follow up (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 1/23/2008 | 0.7 | $147.00 | Discuss RMQ and BMW claims issues with S Cohen |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/23/2008 | 0.8 | $76.00 | Analysis of Court docket re new claim transfers (.2); analysis of b-Linx re claims transferred (.2); revise b-Linx to reflect transfers (.1); prepare claim transfer notices (.2); prepare notices for service on all effected parties (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/23/2008 | 0.4 | $44.00 | Research claims and Orders per L Gardner request (.2); prepare documents (.1); prepare follow-up memo to L Gardner (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/23/2008 | 2.6 | $286.00 | Audit categorization updates related to Court docket nos 16930 to 17323 (2.2); flag any pleadings impacting claims or 2002 List for further action and follow up as needed (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/23/2008 | 0.1 | $11.00 | Discussion with J Miller re BMW claim and updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/28/2008 | 0.3 | $33.00 | Review (.1) and reply (.2) to e-mails and correspondence re claims review/reconciliation |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 1/28/2008 | 0.3 | $42.00 | E-mail from L Manent at DK Acquisition re claim report (.2); prepare e-mail to J Miller and M Araki re DK Acquisition inquiry(.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 1/29/2008 | 0.7 | $147.00 | Research claim per request from Lehman Bros contact |
| LAURI BOGUE - REC_TEAM | | $110.00 | 1/29/2008 | 0.2 | $22.00 | Link response document Court docket 17325 to related claim 66 in b-Linx per request from S Cohen |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/29/2008 | 0.8 | $88.00 | Audit claim updates pursuant to recently filed Orders, Motions, Stipulations (.6); update claims database (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/29/2008 | 0.5 | $55.00 | Research claim information per T Feil request (.2); discussions with T Feil, J Miller (.2); prepare follow-up memos to T Feil, J Miller (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/30/2008 | 2.1 | $231.00 | Generate (.8) and analyze (1.0) updated active open and reconciled reports for claims with interest components per discussion with J Miller; prepare follow-up memo to L Sinanyan re results of audit and additional analysis required (.3) |

# BMC Group
### WR GRACE
#### Monthly Invoice

## January 2008 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/30/2008 | 0.3 | $33.00 | Research possible duplication of claims 18494 and 18497 per L Sinanyan request (.1); prepare follow-up memos to L Sinanyan, M Araki re same (.2) |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 1/31/2008 | 0.6 | $120.00 | Discuss creditor inquiry re Imes Engineering with S Cohen (.2); analysis of issues related to schedules/claims of Imes Engineering (.3); prepare e-mail to S Cohen re analysis of Imes Engineering issues (.1) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 1/31/2008 | 0.2 | $22.00 | Analysis of docket 17869 to verify transfer details and notice served |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 1/31/2008 | 2.0 | $190.00 | Analysis of Court docket re new claim transfers (.4); analysis of b-Linx re claims transferred (.5); revise b-Linx to reflect transfers (.4); prepare claim transfer notices (.5); prepare notices for service on all effected parties (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/31/2008 | 1.3 | $143.00 | Analyze docket numbers 17423 to 17935 (.6); update claims database (.6); prepare follow-up memo to L Sinanyan re claim updates required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/31/2008 | 0.2 | $22.00 | Discussion with B Daniel, L Ruppaner re Imes Engineering schedule records and further analysis required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/31/2008 | 1.2 | $132.00 | Audit categorization updates related to Court docket Nos 17000 to 17574 (.8); flag pleadings impacting claims or the 2002 List for further action and follow up (.3); prepare follow-up memo to M Araki re additional analysis required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/31/2008 | 0.1 | $11.00 | Discussion with M Booth re analysis and review of recent docket entries and claim updates required |
| | Non-Asbestos Claims Total: | | | 49.9 | $5,479.00 | |

## January 2008 -- WRG Asbestos PI Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| ALAN DALSASS - DIRECTOR | | $275.00 | 1/14/2008 | 0.5 | $137.50 | Analysis of e-mail from M Araki re F Zaremby inquiry re discovery request at PI trial (.1); analysis of e-mail from J Miller re Zaremby discovery request (.1); analysis of M Araki response re discovery request (.1); analysis of e-mail from J Miller re status of Zaremby inquiry (.1); prepare response to J Miller re Zaremby inquiry (.1) |
| ALAN DALSASS - DIRECTOR | | $275.00 | 1/15/2008 | 0.5 | $137.50 | Discussion with J Miller re PI trial issues and Zaremby inquiry (.3); analysis of PI trial status (.2) |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 1/15/2008 | 0.1 | $14.00 | E-mail from J Miller re document production |
| ALAN DALSASS - DIRECTOR | | $275.00 | 1/16/2008 | 0.5 | $137.50 | Work on Subpoena issues from PI trial inquiry |
| JEFF MILLER - SR_MANAGER | | $210.00 | 1/16/2008 | 1.2 | $252.00 | Review subpoenas forwarded from E Eller (.5); determine scope of requests (.5); follow-up with D Mendelson of K&E re necessary response (.2) |
| | WRG Asbestos PI Claims Total: | | | 2.8 | $678.50 | |
| | | | January 2008 Total: | 237.4 | $39,843.00 | |

# BMC Group
WR GRACE
Monthly Invoice

| | | |
|---|---|---|
| Grand Total: | 237.4 | $39,843.00 |

## BMC Group
WR GRACE
Professional Activity Summary
Date Range: 1/1/2008 thru 1/31/2008

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Asbestos Claims** | | | |
| REC_TEAM | | | |
|     Steffanie Cohen | $110.00 | 0.6 | $66.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 22.7 | $4,767.00 |
| | Total: | 23.3 | $4,833.00 |
| **Case Administration** | | | |
| CAS | | | |
|     Brianna Tate | $45.00 | 0.7 | $31.50 |
|     Corazon Del Pilar | $45.00 | 0.1 | $4.50 |
|     James Myers | $65.00 | 0.6 | $39.00 |
|     Liliana Anzaldo | $45.00 | 0.1 | $4.50 |
|     Yvette Knopp | $90.00 | 0.1 | $9.00 |
| SR_MANAGER | | | |
|     Jeff Miller | $210.00 | 10.0 | $2,100.00 |
| MANAGER | | | |
|     Mike Booth | $165.00 | 2.7 | $445.50 |
|     Myrtle John | $195.00 | 0.3 | $58.50 |
| SR_CONSULTANT | | | |
|     Stephenie Kjontvedt | $140.00 | 1.2 | $168.00 |
| CONSULT_DATA | | | |
|     Gunther Kruse | $150.00 | 0.7 | $105.00 |
| REC_TEAM | | | |
|     Ellen Dors | $110.00 | 8.7 | $957.00 |
|     Leila Hughes | $75.00 | 6.3 | $472.50 |
|     Steffanie Cohen | $110.00 | 1.2 | $132.00 |
| CASE_SUPPORT | | | |
|     Lisa Ruppaner | $95.00 | 6.6 | $627.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 44.0 | $9,240.00 |
| | Total: | 83.3 | $14,394.00 |
| **Data Analysis** | | | |
| SR_CONSULT_DATA | | | |
|     Mike Grimmett | $175.00 | 11.0 | $1,925.00 |
| CONSULT_DATA | | | |
|     Gunther Kruse | $150.00 | 9.0 | $1,350.00 |
| SR_ANALYST | | | |
|     Alicia Markoe | $110.00 | 2.0 | $220.00 |
|     Anna Wick | $110.00 | 5.3 | $583.00 |
|     Jacqueline Conklin | $95.00 | 2.5 | $237.50 |
| | Total: | 29.8 | $4,315.50 |
| **Fee Applications** | | | |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 48.3 | $10,143.00 |
| | Total: | 48.3 | $10,143.00 |

# BMC Group
## WR GRACE
### Professional Activity Summary
### Date Range: 1/1/2008 thru 1/31/2008

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Non-Asbestos Claims** | | | |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 1.4 | $294.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 3.6 | $594.00 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 0.6 | $120.00 |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 0.3 | $42.00 |
| REC_TEAM | | | |
| Lauri Bogue | $110.00 | 1.8 | $198.00 |
| Leila Hughes | $75.00 | 9.3 | $697.50 |
| Steffanie Cohen | $110.00 | 27.2 | $2,992.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 5.7 | $541.50 |
| Total: | | 49.9 | $5,479.00 |
| **WRG Asbestos PI Claims** | | | |
| DIRECTOR | | | |
| Alan Dalsass | $275.00 | 1.5 | $412.50 |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 1.2 | $252.00 |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 0.1 | $14.00 |
| Total: | | 2.8 | $678.50 |
| Grand Total: | | 237.4 | $39,843.00 |