# EXHIBIT 2

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080131**

| Period Ending | 1/31/2008 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Conference Call | $31.49 |
| | | Document Storage | $600.30 |
| | | Notary | $1.00 |
| | | Postage/Shipping | $23.44 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $264.48 |
| | | **Total** | **$2,370.71** |

*Tax ID #:*        *52-2083477*

EXHIBIT 2

BMC GROUP

WR GRACE EXPENSE DETAIL

JANUARY 2008

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080131 | WR Grace | BMC10, BMC | DHL | 23.44 | 1/3/08 | Postage/Shipping | 12/12/07 |
| 21_080131 | WR Grace | BMC10, BMC | ConferenceCall.com | 31.49 | 1/8/08 | Conference Call | ConferenceCall.com Inv# B1-11152809 12/31/07 |
| 21_080131 | WR Grace | BMC10, BMC | BMC | 250.00 | 1/31/08 | Website Hosting | Website Hosting |
| 21_080131 | WR Grace | BMC10, BMC | BMC | 850.00 | 1/31/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080131 | WR Grace | BMC10, BMC | BMC | 350.00 | 1/31/08 | B-linx User Fee | B-linx User Fee |
| 21_080131 | WR Grace | zcCAMEX-Jmiller, jmiller | UPS | 1.00 | 1/31/08 | Notary | Notary for December 2007 Monthly Fee Application |
| 21_080131 | WR Grace | BMC10, BMC | BMC | 600.30 | 1/31/08 | Document Storage | 414 boxes |
| 21_080131 | WR Grace | BMC10, BMC | BMC | 264.48 | 1/31/08 | Website Storage/Traffic | 128 docs |
| | | | | 2,370.71 | | | |

EXHIBIT 2