IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W. R. Grace & Co., *et al*.　　　　　　　Bankruptcy No. 01-1139-JKF
　　Debtor(s)

　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　**Related to Dkt. No. 17941, Notice of Amended Personal Injury Estimation Trial Dates**; **Doc. Nos. 16140, Order Scheduling Personal Injury Estimation Trial Dates**

**ORDER RESCHEDULING TWO PERSONAL INJURY ESTIMATION TRIAL HEARING DATES**

　　AND NOW, this **20th** day of **March, 2008**, it is **ORDERED** that the final personal injury estimation trial dates scheduled for May 13 and 14, 2008, are **CANCELLED**.

　　It is **FURTHER ORDERED** that the final personal injury estimation trial dates are **June 3 and 4, 2008,** at **9:00 a.m.**, prevailing Eastern time, in Courtroom A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. The trial dates listed at Doc. No. 17941 are otherwise unchanged.

　　It is **FURTHER ORDERED** that counsel for Debtors shall serve a copy of this Order on all parties in interest who do not receive electronic notice.

　　　　　　　　　　　　　　　　　　　*Judith K. Fitzgerald*　　rmab
　　　　　　　　　　　　　　　　　　　Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge