# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related Docket No. 18332 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF RICHARD A. OETHEIMER

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission pro hac vice of Richard A. Oetheimer, Esq., to represent Unifirst Corporation in the above-captioned matter.

Dated: March 13, 2008  
Wilmington, Delaware

Respectfully submitted,

Pepper Hamilton LLP

/s/ David M. Fournier  
David M. Fournier (ID No. 2812)  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, DE 19899-1709  
Tel: (302) 777-6500  
Fax: (302) 421-8390

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, the Supreme Judicial Court of Massachusetts, the United States Supreme Court, the United States Courts of Appeals for the First Circuit, the Fifth Circuit, and the Ninth Circuit, and the United States District Court for the District of Massachusetts and the Northern District of New York, and, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By: Richard A. Oetheimer  
Richard A. Oetheimer  
Goodwin Procter LLP  
Exchange Place  
53 State Street  
Boston, MA 02109  
Tel: (617) 570-1000  
Fax: (617) 523-1231  
roetheimer@goodwinprocter.com

#9434436 v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: March 20th, 2008

_Judith K. Fitzgerald_  SAJ
Judith K. Fitzgerald
United States Bankruptcy Judge

#9434436 v1