## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | Related Docket No. 18333 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JONATHAN P. OLSSON

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission pro hac vice of Jonathan P. Olsson, Esq., to represent Unifirst Corporation in the above-captioned matter.

Dated: March 13, 2008  
Wilmington, Delaware

Respectfully submitted,  
Pepper Hamilton LLP

/s/ David M. Fournier  
David M. Fournier (ID No. 2812)  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, DE 19899-1709  
Tel: (302) 777-6500  
Fax: (302) 421-8390

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts and the State of New York, and, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By: _____  
Jonathan P. Olsson  
Goodwin Procter LLP  
Exchange Place  
53 State Street  
Boston, MA 02109  
Tel: (617) 570-1000  
Fax: (617) 523-1231  
jolsson@goodwinprocter.com

#9434778 v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: March 20th, 2008

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge    SAJ

#0434778 v1