# EXHIBIT A

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | July | August | September | Total Comp. |
| Enriquez, Theresa | Practice Support | $    75.00 | 0.5 | 0 | 0 | $    37.50 |
| | | | | | | |
| TOTAL | | | $    0.50 | $    - | $    - | $    37.50 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | July | | August | | September | | Total | |
|---|---|---|---|---|---|---|---|---|
| Parking | $ | - | $ | - | $ | - | $ | - |
| Photocopies | $ | - | $ | - | $ | - | $ | - |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | - | $ | - | $ | - |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Overtime | $ | - | $ | - | $ | - | $ | - |
| Other Expenses | $ | 425.74 | $ | 215.87 | $ | 213.20 | $ | 854.81 |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | - | $ | - | $ | - | $ | - |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| Velo Binding | $ | - | $ | - | $ | - | $ | - |
| Color Copies | $ | - | $ | - | $ | - | $ | - |
| Outside Reproduction | $ | - | $ | - | $ | - | $ | - |
| Document Production | $ | - | $ | - | $ | - | $ | - |
| Tab Stock | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | $ | - |
| TOTAL | $ | 425.74 | $ | 215.87 | $ | 213.20 | $ | 854.81 |

Holme Roberts & Owen LLP

August 22, 2007

W.R. Grace

Page     5
Invoice No.:   777735
Client  No.:   04339
Matter  No.:   00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 07/16/07 | TME | Prepare, scan, QC and import images into IPRO. | 0.50 | $ | 37.50 |

**Total Fees Through July 31, 2007:** 0.50 $ 37.50

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| TME | Theresa M Enriquez | Practice Support | $75.00 | 0.50 | $ | 37.50 |

**Total Fees:** 0.50 $ 37.50

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 06/27/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: HB22408; March 2007 Storage | $ | 212.54 |
| 06/27/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: HN71035; May 2007 Storage | | 213.20 |

**Total Disbursements:** $ 425.74

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 425.74 |
| **Total Disbursements:** | $ | 425.74 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |

Holme Roberts & Owen LLP

September 19, 2007

W.R. Grace

Page          5
Invoice No.:   781878
Client  No.:   04339
Matter  No.:   00300

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 08/03/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: HX69611; June 2007 Storage | $ | 215.87 |
| | | **Total Disbursements:** | $ | 215.87 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 215.87 |
| **Total Disbursements:** | $ | **215.87** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $   **219.96** |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | 06/13/07 | Write Off | -70.34 |
| | 06/13/07 | Write Off Cancellation | 70.34 |
| | | *Outstanding Balance on Invoice 679369:* | $   **70.34** |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

Holme Roberts & Owen LLP

October 10, 2007

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 784722 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/03/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: JB55270; July 2007 Monthly Storage | $ | 213.20 |
| | | **Total Disbursements:** | $ | 213.20 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 213.20 |
| **Total Disbursements:** | $ | 213.20 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $ 219.96 |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | $ 70.34 |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | $ 271.48 |
| 760134 | 02/20/07 | Bill | 345.00 |
| | 10/08/07 | Cash Receipt | -345.00 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | July | August | September | Total Comp. |
| Flaagan, Elizabeth | Partner | $ 360.00 | 0.2 | 0.7 | 0 | $ 324.00 |
| Haag, Susan | Paralegal | $ 160.00 | 0.6 | 3.8 | 0 | $ 704.00 |
| | | | | | 0 | |
| TOTAL | | | 0.8 | 4.5 | 0 | $ 1,028.00 |

**Bankruptcy Matters - 00390**

| Description | July | August | September | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $ 4.65 | $ 3.75 | | $ 8.40 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ 670.20 | $ 102.65 | $ 919.43 | $ 1,692.28 |
| Postage | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ 674.85 | $ 106.40 | $ 919.43 | $ 1,700.68 |

Holme Roberts & Owen LLP

August 22, 2007

W.R. Grace

Page          9
Invoice No.:   777735
Client   No.:   04339
Matter No.:    00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 07/24/07 | EKF | Review and finalize January 2007 Monthly Fee Application. | 0.20 | $ | 72.00 |
| 07/24/07 | SH | Draft January 2007 monthly fee application. | 0.60 | | 96.00 |
| | | **Total Fees Through July 31, 2007:** | **0.80** | **$** | **168.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EKF | Elizabeth Flaagan | Partner | $360.00 | 0.20 | $ | 72.00 |
| SH | Susan Haag | Paralegal | 160.00 | 0.60 | | 96.00 |
| | | **Total Fees:** | | **0.80** | **$** | **168.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 07/06/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 304601; DATE: 7/6/2007 - Professional Services through June 30, 2007 | $ | 670.20 |
| 07/25/07 | 31 | Document Reproduction | | 4.65 |
| | | **Total Disbursements:** | **$** | **674.85** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 670.20 |
| Document Reproduction | | 4.65 |
| **Total Disbursements:** | **$** | **674.85** |

Holme Roberts & Owen LLP

September 19, 2007

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 781878 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 08/02/07 | EKF | Review and finalize February 2007 Monthly Fee Application. | 0.20 | $ | 72.00 |
| 08/02/07 | SH | Draft February 2007 fee application. | 0.60 | | 96.00 |
| 08/23/07 | SH | Draft March 2007 fee application. | 0.60 | | 96.00 |
| 08/24/07 | SH | Calculate and draft 24th interim fee application. | 2.60 | | 416.00 |
| 08/27/07 | EKF | Review, revise and finalize Twenty-Fourth Interim Quarterly Fee Application. | 0.50 | | 180.00 |
| | | **Total Fees Through August 31, 2007:** | **4.50** | **$** | **860.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $360.00 | 0.70 | $ | 252.00 |
| SH | Susan Haag | Paralegal | 160.00 | 3.80 | | 608.00 |
| | | **Total Fees:** | | **4.50** | **$** | **860.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/24/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 306277; DATE: 8/24/2007 - Professional Services through July 31, 2007 | $ | 102.65 |
| 08/24/07 | 25 | Document Reproduction | | 3.75 |
| | | **Total Disbursements:** | $ | **106.40** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 102.65 |
| Document Reproduction | | 3.75 |
| **Total Disbursements:** | $ | **106.40** |

Holme Roberts & Owen LLP

October 10, 2007

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 784722 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/12/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 306780; DATE: 9/12/2007  -  Professional Services through August 31, 2007 | $ | 919.43 |
| | | **Total Disbursements:** | $ | **919.43** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 919.43 |
| **Total Disbursements:** | $ | **919.43** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $  *16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | $  *67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | $  *2.66* |
| 684108 | 11/01/04 | Bill | 1,924.09 |

**Boston Document Production - 00400**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Service of Process | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Travel Expense | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Other Expenses | $ 215.87 | $ - | $ - | $ 215.87 |
| Consulting Fee | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ 215.87 | $ - | $ - | $ 215.87 |

Holme Roberts & Owen LLP

August 22, 2007

W.R. Grace

Page        12
Invoice No.:   777735
Client  No.:   04339
Matter  No.:   00400

**Regarding: Boston Document Production**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 06/27/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: HJ74536; April 2007 Storage | $ | 215.87 |
| | | **Total Disbursements:** | $ | 215.87 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 215.87 |
| **Total Disbursements:** | $ | 215.87 |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 766084 | 04/12/07 | Bill | | 58.70 |
| | *Outstanding Balance on Invoice 766084:* | | $ | *58.70* |
| | | **Total Outstanding Invoices:** | $ | 58.70 |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 215.87 |
| **Total Balance Due This Matter** | $ | 274.57 |

### Ninth Circuit Appeal - 00420

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
| | | | July | August | September | |
|------|----------|-------------|------|--------|-----------|-------------|
| McCarthy, Jay | Partner | $ 375.00 | 2.8 | 0 | 2.8 | $ 2,100.00 |
| 0 | | | | | | |
| TOTAL | | | 2.8 | - | 2.8 | $ 2,100.00 |

**Boston Document Production - 00400**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Service of Process | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | | $ - |
| Travel Expense | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Other Expenses | $ 215.87 | $ - | $ - | $ - |
| Consulting Fee | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ 215.87 | $ - | $ - | $ - |

Holme Roberts & Owen LLP

August 22, 2007

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 777735 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 07/13/07 | JDM | Review Ninth Circuit opinion; outline salient points for witness outlines. | 1.80 | $ | 675.00 |
| 07/23/07 | JDM | Review Aubrey Miller materials. | 1.00 | | 375.00 |
| | | **Total Fees Through July 31, 2007:** | **2.80** | **$** | **1,050.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| JDM | Jay D. McCarthy | Partner | $375.00 | 2.80 | $ | 1,050.00 |
| | | **Total Fees:** | | **2.80** | **$** | **1,050.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | $   *1,529.83* |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |
| | 10/19/04 | Cash Receipt | -3,457.23 |
| | *Outstanding Balance on Invoice 661254:* | | $   *606.53* |
| 679369 | 09/24/04 | Bill | 655.54 |

Holme Roberts & Owen LLP

October 10, 2007

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 784722 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 09/28/07 | JDM | Review mortality study, Dearwent deposition and outline related cross-examination for A. Miller. | 2.80 | $ | 1,050.00 |
| | | **Total Fees Through September 30, 2007:** | **2.80** | **$** | **1,050.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| JDM | Jay D. McCarthy | Partner | $375.00 | 2.80 | $ | 1,050.00 |
| | | | **Total Fees:** | **2.80** | **$** | **1,050.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | **$    1,529.83** |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |
| | 10/19/04 | Cash Receipt | -3,457.23 |
| | *Outstanding Balance on Invoice 661254:* | | **$    606.53** |
| 679369 | 09/24/04 | Bill | 655.54 |
| | 01/04/05 | Cash Receipt | -526.74 |
| | 04/22/05 | Cash Receipt | -125.08 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth K. Flaagan | Partner | Bankruptcy | $360.00 | 0.9 | $324.00 |
| Jay McCarthy | Partner | Environmental | $375.00 | 5.6 | $2,100.00 |
| Susan Haag | Paralegal | Bankruptcy | $160.00 | 4.4 | $704.00 |
| Theresa Enriquez | Prac. Support | Litigation | $75.00 | 0.5 | $37.50 |
| **TOTAL** | | | | **11.4** | **$3,165.50** |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $8.40 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.00 |
| Other Expenses | $1,070.68 |
| Meal Expenses | $0.00 |
| Westlaw | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $1,692.28 |
| Velo Binding | $0.00 |
| **TOTALS** | **$2,771.36** |