THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-1139 (JFK) |
| | (Jointly Administered) |
| Debtor: | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1(e)(i) regarding the *pro hac vice* admission of government attorneys, I certify that I am eligible to appear *pro hac vice* to represent the New York State Department of Environmental Conservation in this matter as:

    1. I am employed by the State of New York, Department of Law, Office of the Attorney General and represent the New York State Department of Environmental Conservation.

    2. I am admitted to practice and in good standing in the States of New York (active) and Colorado (inactive).

In addition, I acknowledge that I am bound by the Local Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

Dated: March 20, 2008

              By: /s/ Linda E. White
              Linda E. White
              Assistant Attorney General
              New York State Department of Law
              Environmental Protection Bureau
              107 Delaware Avenue, 4th Fl.
              Buffalo, New York  14202
              (716) 853-8466