THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| / | |

## RESPONSE TO MOTION FOR ENTRY OF AN ORDER AUTHORIZING LIABILITY TRANSFER AGREEMENT FOR CERTAIN ENVIRONMENTAL LIABILITIES AND PROPERTIES AND REQUEST TO MAKE MORE DEFINITE AND CERTAIN

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF ERIE      )ss.:
CITY OF BUFFALO     )

Rowena Pelenio, being duly sworn, says:

I am over eighteen years of age and am a Law Department Document Specialist in the Office of the Attorney General of the State of New York, attorneys for the State of New York.

On the 20th day of March, 2008, in the City of Buffalo, County of Erie, I personally mailed a copy of the Response to Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties and Request to Make More Definite and Certain to the attorneys listed below by overnight mail at the address designated by them for that purpose as follows:

Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY 10152-3500

Mark Hurford
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, De 19801

Philip Bentley
Gregory Horowitz
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier
Buchanan, Ingersoll & Rooney, PC
1000 West Street
Suite 1410
Wilimington, DE 19801

Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005-1706

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Office of the United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, DE 19801

Jonathan Alden
Assistant General Counsel
State of Florida Department of Environmental
Protection
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida 32399-3000

_____
ROWENA PELENIO
Law Department Document Specialist

Sworn to before me this
20th day of March, 2008.

_____
LINDA E. WHITE
Assistant Attorney General