UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 (JFK) <br> ) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David M. Turetsky to represent the Sealed Air Corporation.

DATED: March 20, 2008

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

_/s/ M. Chehi_____
Mark S. Chehi (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

Counsel for Sealed Air Corporation

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: March ___, 2008        _____
                                                    United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court for the District Court upon the filing of this motion.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

/s/ David M. Turetsky
David M. Turetsky
Four Times Square
New York, NY 10036-6522
Telephone:(212) 735-3000
Facsimile: (212) 735-2000