CERTIFICATE OF SERVICE

I, Mark S. Chehi, hereby certify that on the 20th day of March, 2008, I caused to be served the **Motion and Order for Admission Pro Hac Vice of David M. Turetsky**, by first-class mail, postage prepaid, on the following parties:

| | |
|---|---|
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl<br>& Jones LLP<br>919 North Market St., 17th Floor<br>Wilmington, DE 19801<br>*Counsel for the Debtors* | David Klauder, Esq.<br>Office of the United States Trustee<br>844 King Street<br>Room 2207<br>Wilmington, DE 19801 |
| David M. Bernick, P.C.<br>Janet S. Baer, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*Counsel for the Debtors* | Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>*Counsel to the Official Committee of Unsecured Creditors* |

_____
Mark S. Chehi