**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket Nos. 18341, 18342, 18343, 18344** |

## DECLARATION OF SERVICE

I, David M. Fournier, hereby declare that on the 20th day of March, 2008, I caused the following to be served upon the parties on the attached service list by first-class mail, postage prepaid.

**Signed Order for Admission Pro Hac Vice of Richard A. Oetheimer (Docket No. 18341)**

**Signed Order for Admission Pro Hac Vice of Michael J. Pappone (Docket No. 18342)**

**Signed Order for Admission Pro Hac Vice of Jonathan P. Olsson (Docket No. 18343)**

**Signed Order for Admission Pro Hac Vice of Gregory A. Bibler (Docket No. 18344)**

Dated: March 20, 2008
Wilmington, Delaware

Pepper Hamilton LLP

/s/ David M. Fournier
David M. Fournier (ID No. 2812)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390

and

Michael J. Pappone
Richard A. Oetheimer
Gregory A. Bibler
Jonathan P. Olsson
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

*Counsel for UniFirst Corporation*

#9456776 v1

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
*Counsel for the Debtors*

David Klauder, Esq.
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801

David M. Bernick, P.C.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel for the Debtors*

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Counsel to the Official Committee of Unsecured Creditors*

#9456776 v1