IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March 2008, the foregoing **UNITED STATES' OBJECTION TO MOTION FOR ENTRY OF ORDER AUTHORIZING TRANSFER AGREEMENT FOR CERTAIN ENVIRONMENTAL LIABILITIES AND PROPERTIES** was filed with the Court electronically and served upon the following via facsimile:

**Counsel for Debtors:**

Janet S. Baer
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601
Fax: 312-861-2200

James E. O'Neill
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
P.O. Box 8705
Wilmington, DE 19899-8705
Fax: 302-652-4400

**Counsel to the Official Committee of Unsecured Creditors:**

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Fax: 212-806-6006

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Fax: 302-657-4901

**Counsel to the Official Committee of Property Damage Claimants:**

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131
Fax: 305-374-7593

Michael B. Joseph
Ferry & Joseph, P.A.
P.O. Box 1351
Wilmington, DE 19899
Fax: 302-575-1714

**Counsel to the Official Committee of Personal Injury Claimants:**

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Fax: 212-644-6755

Mark Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947

**Counsel to the Official Committee of Equity Holders:**

Philip Bentley and Gregory Horowitz
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Fax: 212-715-8000

Teresa K.D. Currier
Buchanan, Ingersoll & Rooney, PC
PO Box 1397
Wilmington, DE 19899-1397
Fax: 302-552-4220

**Counsel to the Future Claimants' Representative:**

Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Fax: 202-424-7643

John C. Phillips, Jr.
Phillips, Goldman & Spense, P.A.
1200 North Broom Street
Wilmington, DE 19806
Fax: 302-655-4210

**Office of the U.S. Trustee:**

Office of the U.S. Trustee
Attn: David Klauder
844 N. King Street
Wilmington, DE 19801
Fax: 302-573-6497

*/s/ Corrine A. Lill*
Corrine A. Lill, CP
Paralegal Specialist
U.S. Department of Justice/ENRD/EES