IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

### AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 25, 2008, AT 8:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA

AT THIS TIME NO MATTERS ARE SCHEDULED TO GO FORWARD AT HEARING ON MARCH 25, 2008 AT 8:30 A.M., THEREFORE THE HEARING HAS BEEN CANCELLED.

### PLEASE TAKE NOTICE THAT THE PERSONAL INJURY ESTIMATION TRIAL ON MARCH 25, 2008 SHALL COMMENCE AT 9:00 A.M.

**CONTINUED MATTERS**

1. Motion of Debtors' for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 2/22/08] (Docket No. 18110)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:135867.3

Related Documents:

a. [Proposed] Order Authorizing Liability Transfer Agreement [Filed: 2/22/08] (Docket No. 18110)

b. Notice of Motion and Hearing on Debtors' Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 2/29/08] (Docket No. 18177)

Response Deadline: March 19, 2008, at 4:00 p.m. *(Extended for several parties by agreement with the Debtor)*

Responses Received:

a. **Limited Objection of Unifirst Corporation to Motion of Debtors for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 3/18/08] (Docket No. 18317)**

b. **Limited Objection of Hampshire Chemical Corp. to the Debtors' Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 3/19/08] (Docket No. 18335)**

c. **Response to Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties and Request to Make More Definite and Certain** *(Filed by the Florida Department of Environmental Protection)* **[Filed: 3/19/08] (Docket No. 18349)**

d. **Response to Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties and Request to Make More Definite and Certain** *(Filed by the New York Department of Environmental Conservation)* **[Filed: 3/20/08] (Docket No. 18353)**

e. **United States' Objection to Motion for Entry of Order Authorizing Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 3/21/08] (Docket No. 18361)**

Status: **The parties have agreed to continue this matter until April 21, 2008, at 12:00 p.m.**

**CONTESTED MATTERS**

2. Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay [Filed: 12/21/08] (Docket No. 17685)

Related Documents:

a. [Proposed] Order Granting Motion of City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

Response Deadline: January 11, 2008, at 4:00 p.m.

<u>Responses Received:</u>

a.   Debtors' Objection to the Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

**<u>Status:</u> The parties have agreed to continue this matter until April 21, 2008, at 12:00 p.m.**

Dated: March ___, 2008

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet S. Baer
        200 East Randolph Drive
        Chicago, IL 60601
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

        -and-

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        Wilmington, DE 19801
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession