IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the ___ day of March, 2008, I caused a

copy of the following document to be served on the individuals on the attached service list in the

manner indicated:

> **AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 25, 2008, AT 8:30 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA.**

_James E. O'Neill (Bar No. 4042)_

91100-001\DOCS_DE:134674.9

W.R. Grace – PI Estimation Overnight
Service List
Case Number:  01-1139(JKF)
Document Number:  133422
05 – Hand Delivery
08 – Overnight Delivery


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE  19801

*Hand Delivery*
Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*Overnight Delivery*
(FCR)
Raymond Mullady, Esquire
Garret Rasmussen, Esquire
John Ansbro, Esquire
Debra Felder, Esquire
Catharine Zurbrugg, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005

*Overnight Delivery*
(Libby)
John Heberling, Esquire
Tom Lewis, Esquire
Mark Kovacich, Esquire
John Lacey, Esquire
Dan Cohn, Esquire
Chris Candon, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main
Kalispell, MT 59901-5399

91100-001\DOCS_DE:133422.1

*Overnight Delivery*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*Overnight Delivery*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

*Overnight Delivery*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Matt Kramer, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*Overnight Delivery*
(Equity Committee Counsel)
Philip Bentley, Esquire
Peggy Farber, Esquire
Gregory Horowitz, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*Overnight Delivery*
(Counsel for ACC)
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*Overnight Delivery*
(Counsel to David T. Austern, Future
Claimant's Representative)
John C. Phillips, Jr. , Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

W.R. Grace – PI Estimation Email Service
List Case Number: 01-1139
(JKF) Document Number: 133415
13 – Electronic Delivery


(Counsel to Debtors and Debtors in
Possession) Laura Davis Jones, Esquire
James E. O'Neill, Esquire Pachulski Stang
Ziehl & Jones LLP 919 North Market Street,
17th Floor P.O. Box 8705 Wilmington, DE
19899-8705

*Electronic Delivery*
*ghorowitz@kramerlevin.com;*
*pfarber@kramerlevin.com*
*pbentley@kramerlevin.com*
(Equity Committee) Gregory Horowitz,
Esquire Peggy Farber, Esquire
Philip Bentley, Esquire Kramer Levin
Naftalis & Frankel LLP

*Electronic Delivery*
*lkruger@stroock.com;*
*kpasquale@stroock.com;*
*akrieger@stroock.com*
(Unsecured Creditors' Committee) Lewis
Kruger, Esquire Kenneth Pasquale, Esquire
Arlene Krieger, Esquire Stroock & Stroock
& Lavan LLP

*Electronic Delivery*
*rmullady@orrick.com;*
*grasmussen@orrick.com;*
*jansbro@orrick.com dfelder@orrick.com;*
*czurbrugg@orrick.com*
(FCR) Raymond Mullady, Esquire Garret
Rasmussen, Esquire John Ansbro, Esquire
Debra Felder, Esquire Catharine Zurbrugg,
Esquire Orrick, Herrington & Sutcliffe LLP

*Electronic Delivery*
*ndf@capdale.com; wbs@capdale.com;*
*jpw@capdale.com bsb@capdale.com;*
*dbs@capdale.com mhurford@camlev.com*
(ACC) Nathan Finch, Esquire Walter
Slocombe, Esquire James Wehner, Esquire
Bernie Bailor, Esquire David Smith, Esquire
Mark Hurford, Esquire Caplin & Drysdale

*Electronic Delivery*
*sbaena@bilzin.com; jsakalo@bilzin.com;*
*mkramer@bilzin.com*
(PD) Scott Baena, Esquire Jay Sakalo,
Esquire Matt Kramer, Esquire Bilzin
Sumberg Dunn Baena Price & Axelrod LLP

*Electronic Delivery*
*jheberling@mcgarveylaw.com;*
*tom@lsklaw.net; mark@lsklaw.net;*
*jlacey@mcgarveylaw.com;*
*cohn@cwg11.com candon@cwg11.com*
(Libby) Jon Heberling, Esquire Tom Lewis,
Esquire Mark Kovacich, Esquire John
Lacey, Esquire Dan Cohn, Esquire Chris
Candon, Esquire McGarvey, Heberling,
Sullivan & McGarvey PC

*Electronic Delivery*
*mlastowski@duanemorris.com*
*rriley@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors) Michael R. Lastowski,
Esquire Richard W. Riley, Esquire Duane,
Morris & Heckscher LLP

*Electronic Delivery*
*meskin@del.camlev.com*
*mhurford@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire Mark T. Hurford
Campbell & Levine

*Electronic Delivery*
*mjoseph@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire Ferry & Joseph,
P.A.

*Electronic Delivery*
*david.klauder@usdoj.gov*
(United States Trustee) David Klauder,
Esquire Office of the United States Trustee

*Electronic Delivery*
*currier@klettrooney.com*
(Equity Committee Counsel) Teresa K. D.
Currier Klett Rooney Lieber & Schorling

*Electronic Delivery*
*ei@capdale.com rct@capdale.com*
(Official Committee of Personal Injury
Claimants) Elihu Inselbuch, Esquire Rita
Tobin, Esquire Caplin & Drysdale,
Chartered

*Electronic Delivery*
*jcp@pgslaw.com*
(Counsel to David T. Austern, Future
Claimant's Representative) John C. Phillips,
Jr. Phillips, Goldman & Spence, P.A.