# Exhibit B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              . Case No. 01-1139(JKF)
                                    .
                                    .
W.R. GRACE & CO.,                   . 5414 USX Tower Building
                                    . Pittsburgh, PA  15222
                                    .
        Debtor.                     .
                                    . October 25, 2007
. . . . . . . . . . . . . . . . . . . 2:07 p.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:             Kirkland & Ellis, LLP
                            By:  JANET BAER, ESQ.
                                 LISA ESAYIAN, ESQ.
                                    (telephonic appearance)
                                 DAVID M. BERNICK, P.C., ESQ.
                                 AMANDA BASTA, ESQ.
                                 BARBARA HARDING, ESQ.
                                    (telephonic appearance)
                                 ELLEN AHERN, ESQ.
                                    (telephonic appearance)
                            Aon Center
                            200 East Randolph Drive
                            Chicago, IL  60601

For the Debtor:             Reed Smith, LLP
                            By:  JAMES J. RESTIVO, JR., ESQ.
                            435 Sixth Avenue
                            Pittsburgh, PA  15219

Audio Operator:             Janet Heller

Proceedings recorded by electronic sound recording, transcript
         produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311   Fax No.  (609) 587-3599

Case 01-01139-AMC    Doc 18364-2    Filed 03/22/08    Page 3 of 3

90

1     MR. BERNICK: Absolutely.

2     THE COURT: Well, then how is anybody going to argue
3 that there is, in fact, an admission of liability?

4     MR. BERNICK: I don't know.

5     THE COURT: Okay.

6     MR. BERNICK: But if they're going --

7     THE COURT: Well, neither do I.

8     MR. BERNICK: I -- well, you know, that is an
9 argument that Your Honor may be able to dispose of --

10    THE COURT: I think I just did.

11    MR. BERNICK: -- and dispose of this whole --

12    THE COURT: I just did dispose of it. If the
13 settlement agreements say that no one is admitting any
14 liability, nobody's going to tell me that the settlement
15 process is an admission of liability. That's it. I'm not
16 going to hear about it if that's the case.

17    Now, with respect to the discovery, I think you've
18 gotten as much from the ACC and the FCR in terms of the fact --
19 the facts that they intend to use the lawyers for as you can
20 possibly get. This whole discussion for the past hour and a
21 half has been about that. I think you've got their general
22 parameters about what they intend to call these witnesses for.
23 It is to show what the settlement negotiation process was all
24 about, and that -- whether it's relevant or not, I don't know
25 at this point. I can't make a determination of relevance now.