# Exhibit C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                         .      Case No. 01-1139(JFK)
                               .
                               .
W. R. GRACE & CO.,             .
                               .      5414 USX Tower Building
                               .      Pittsburgh, PA  15222
                               .
            Debtor.            .
                               .      December 5, 2006
. . . . . . . . . . . . . ..          8:21 a.m.

TRANSCRIPT OF HEARING
ARGUMENT ON MOTION TO COMPEL
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:              Kirkland & Ellis, LLP
                             By: DAVID. M. BERNICK, P.C., ESQ.
                                 AMANDA BASTA, ESQ.
                                 DAVID MENDELSON, ESQ.
                             Aon Center
                             200 East Randolph Drive
                             Chicago, IL  60601

Unsecured Creditors'         Stroock & Stroock & Lavan, LLP
Committee:                   By: KENNETH PASQUALE, ESQ.
                             180 Maiden Lane
                             New York, NY  10048-4982

For the FCR:                 Orrick
                             By: RAY MULLADY, ESQ.
                             Washington Harbour
                             3050 K Street, N.W.
                             Washington, D.C. 20007-5135

Audio Operator:              Janet Heller

Proceedings recorded by electronic sound recording, transcript
                produced by transcription service

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

**(609) 586-2311    Fax No. (609) 587-3599**

1 exposure to the tort system, that equals liability, legal

2 liability for insolvency purposes.  And that's what they sought

3 to pursue.

4      THE COURT:  Of course you're settling because you

5 think you have some exposure in the tort system.  But that

6 doesn't mean that you were legally liable.

7      MR. BERNICK:  That's the whole point.  And Rule 408

8 prevents that second argument from being made.  That is the

9 argument, however, that they are making.  That's why they want

10 to say that Rule 408 does not apply, but it does.  We have to -

11 - we go down this road, not because of the settlement terms,

12 they're coming out, they're being used.  But because they want

13 to use the settlements to solve the problem of being able to

14 demonstrate legal liability.  There's not a question of value

15 in claims, it is which claims should be paid based upon the

16 legal grounds before you get to the question of how much to pay

17 for them?

18      We have to  have -- we only have to pay what we're

19 obligated to pay.  We don't have to pay anything more than what

20 we're obligated to pay.

21      THE COURT:  The legal liability aspects in the past

22 are sort of irrelevant, aren't they, to the current claims and

23 the pending future claims?

24      MR. BERNICK:  We would agree with that too.

25      THE COURT:  So the purpose of the settlements would

**J&J COURT TRANSCRIBERS, INC.**