IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Just For Feet, Inc.** <br> Debtor(s) | **Chapter 7** <br> **Case No.: 99-4110** |
| **Access Beyond Techologies, Inc.** <br> Debtor(s) | **Chapter 7** <br> **Case No.: 98-2276** |
| **The Flintkote Company** <br> Debtor(s) | **Chapter 11** <br> **Case No.: 04-11300** |
| **US Office Products Company** <br> Debtor(s) | **Chapter 11** <br> **Case No.: 01-646** |
| **ACandS, Inc.** <br> Debtor(s) | **Chapter 11** <br> **Case No.: 02-12687** |
| **Armstrong World Industries, Inc.** <br> Debtor(s) | **Chapter 11** <br> **Case No.: 00-4471** |
| **W.R. Grace & Co.** <br> Debtor(s) | **Chapter 11** <br> **Case No.: 01-1139** |
| **Kaiser Aluminum Corporation** <br> Debtor(s) | **Chapter 11** <br> **Case No.: 02-10429** |

### NOTICE OF DATE CHANGE

All hearings that were scheduled for May 19, 2008, in Wilmington, Delaware have been cancelled and moved to June 2, 2008. These hearings will be held in Pittsburgh, Pennsylvania starting at your normal scheduled time.

March 24, 2008
Date

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald

SAJ