# UNITED STATES BANKRUPTCY COURT
# DSTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: ) | Case No. 01-01140 (JKF) |
| ) |  |
| W.R. GRACE & CO. – CONN., ) |  |
| ) | Chapter 11 |
| Debtor. ) |  |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Donna Angiulo, hereby certify that:

1. I am over 18 years of age, and reside in Suffolk County, New York.

2. On March 24, 2008, a true and correct copy of the *Notice of Partial Transfer of Claim Other Than for Security* and *Evidence of Transfer of Claim*, in the above captioned proceeding, has been caused to be served on the parties, by first class mail of the United States Postal Service, on the attached Service List.


By: */s/ Donna Angiulo*
Donna Angiulo

Sworn to before me this
24th day of March, 2008.

*/s/ Anthony B. Stumbo*
Notary Public

Anthony B. Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2011

1

{00340160.DOC;}

**SERVICE LIST**

W.R. GRACE & CO. – CONN.
7500 Grace Drive
Columbia, MD 21044


Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street , 17th Floor
Wilmington, DE 19899-8705


Rust Consulting, Inc.
Claims Processing Agent
Re: W. R. Grace & Co. Bankruptcy
PO Box 1620
Faribault, MN 55021-1620


Motion Industries, Inc.
Kimberly J. Robinson
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606-3465