**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 20, 2008 at 4:00 p.m.** |

**CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 18168**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Sixty-Sixth Interim Application of Hamilton, Rabinovitz & Alschuler, Inc. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2008 through and including January 31, 2008 (the "Application").  The undersigned further certifies that she caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 20, 2008.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $3,000.00 which represents 80% of the fees ($3,750.00) and $0.00 which represents 100% of the expenses requested in the Application for the period

January 1, 2008 through and including January 31, 2008, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated:  March 24, 2008

        Scott L. Baena, Esquire
        Jay M. Sakalo, Esquire
        BILZIN, SUMBERG, BAENA, PRICE
         & AXELROD, LLP
        2500 Wachovia Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336
        Tel:    (305) 374-7580
        Fax:   (305) 374-7593

        -and-

        FERRY, JOSEPH & PEARCE, P.A.

        /s/ Lisa L. Coggins
        Michael B. Joseph (No. 392)
        Theodore J. Tacconelli (No. 2678)
        Lisa L. Coggins (No. 4234)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE. 19899
        Tel:    (302) 575-1555
        Fax:   (302) 575-1714

        *Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*