# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 13, 2008
Invoice 861279  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 02/29/08 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 02/01/08 | Message from Ms. Duff regarding appraisal review issue and conference call with team on strategy for City call on property (1.0); review final agenda (0.3). | | | |
| | N.J. SMITH | 1.30 hrs. | 320.00/hr | $416.00 |
| 02/04/08 | Conference call with team and City on property issues, process and negotiations for same (0.7); message from Mr. Bucens with draft covenant from DHEC, brief review of same (0.2). | | | |
| | N.J. SMITH | 0.90 hrs. | 320.00/hr | $288.00 |
| 02/05/08 | Review issues with Mr. Bucens concerning possible environmental recordkeeping issues for site and follow-up on same. | | | |
| | B.F. HAWKINS, JR. | 1.10 hrs. | 320.00/hr | $352.00 |
| 02/05/08 | Confer with Attorney Hawkins and client regarding various reporting requirements (0.4); brief review of statutes and regulations pertinent to same (0.7); confer with Attorney Smith regarding his understanding of same (0.1); review electronic mail memoranda from client with additional details (0.6); confer with client regarding details (0.3). | | | |
| | R.T. CARLISLE | 2.10 hrs. | 280.00/hr | $588.00 |
| 02/06/08 | Review various messages with revisions to restrictive covenants, analyze same and mark up comments (0.3); message from Attorney Hawkins and various messages with Mr. Bucens and Attorney Carlisle regarding recordkeeping issues (0.3); telephone conference with Ms. Marshtein regarding practice in field, coordination between sections of DHEC on same (0.4); telephone conference with Attorney Carlisle on information needed to complete analysis and coordination of information to prepare for submittal with past reports (0.4). | | | |
| | N.J. SMITH | 1.40 hrs. | 320.00/hr | $448.00 |
| 02/06/08 | Follow-up on consideration of recordkeeping issues for site. | | | |
| | B.F. HAWKINS, JR. | 1.10 hrs. | 320.00/hr | $352.00 |
| 02/06/08 | Research regarding applicability of state reporting requirements to soils removed from site (1.2); conferences with Attorneys Hawkins and Smith regarding same (0.5); review manifests provided by client (0.1); review forms provided by client (0.4); identify all relevant requirements to be evaluated (1.3). | | | |
| | R.T. CARLISLE | 3.50 hrs. | 280.00/hr | $980.00 |
| 02/07/08 | Continue review of selected documentation from Mr. Bucens, discuss compliance and fee schedule for DHEC with Attorney Carlisle (0.5); revise covenant and prepare for conference call with Ms. Duff and team to address issues in same (1.1); conference call with team on covenant (0.5); review revisions and make final revisions to distribute for final approval (.04). | | | |
| | N.J. SMITH | 2.50 hrs. | 320.00/hr | $800.00 |

W. R. Grace & Co.
March 13, 2008
Invoice 861279  Page 2

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/07/08 | Review recordkeeping issue for environmental site conditions. | B.F. HAWKINS, JR. | 0.60 hrs. | 320.00/hr | $192.00 |
| 02/08/08 | Message from Mr. Bucens regarding restrictive covenants and contact DHEC regarding same. | N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |
| 02/11/08 | Message from Mr. Obradovic regarding conference call schedule, reply, and calendar. | N.J. SMITH | 0.10 hrs. | 320.00/hr | $32.00 |
| 02/13/08 | Office conference with Mr. Stewart's staff, Ms. Vincent, at DHEC regarding review and approval of deed restriction, discuss background and review revisions made in draft supplied by Department with Ms. Vincent. | N.J. SMITH | 0.40 hrs. | 320.00/hr | $128.00 |
| 02/13/08 | Review and provide input on recordkeeping issues for communication to DHEC. | B.F. HAWKINS, JR. | 0.60 hrs. | 320.00/hr | $192.00 |
| 02/14/08 | Review disclosure correspondence and discuss comments with Attorney Carlisle (0.6); call from Mr. Shissias regarding information on groundwater and call planned for Friday, refer to Attorney Carlisle (0.2); message from Ms. Duff and Mr. Bucens regarding deed restrictions, reply (0.2). | N.J. SMITH | 1.00 hrs. | 320.00/hr | $320.00 |
| 02/14/08 | Review information to be provided to DHEC on recordkeeping. | B.F. HAWKINS, JR. | 0.40 hrs. | 320.00/hr | $128.00 |
| 02/14/08 | Review regulations relating to fee requirements (0.4); confer with Attorney Smith regarding same (0.2); communications with client regarding stormwater permit requirements (0.2); revise draft disclosure letter (0.3); evaluate information provided by client relating to reporting issues (0.7); confer with Attorney Smith regarding same (0.3); draft letter for client signature to accompany report filings (0.4); confer with client regarding same (0.2). | R.T. CARLISLE | 2.70 hrs. | 280.00/hr | $756.00 |
| 02/15/08 | Conference call with City and Company on environmental issues at site (0.4); message from Ms. Duff with summary (0.1); provide contact information for appraisers as requested by Mr. Yoder (0.3); message from Mr. Bucens regarding status of restrictive covenants, contact Ms. Vincent to thank her for assistance in expediting review (0.2); review comments on final form of disclosure and coordination with Attorney Carlisle on same (0.3). | N.J. SMITH | 1.30 hrs. | 320.00/hr | $416.00 |
| 02/15/08 | Review client comments concerning disclosure letter (0.1); confer with client regarding his questions on letter (0.2); review attachments for completeness (0.6); confer with client regarding same and regarding questions as to report completion (0.2); review client's revised forms (0.3); review final version of letter (0.3). | R.T. CARLISLE | 1.70 hrs. | 280.00/hr | $476.00 |
| 02/20/08 | Call from Ms. Vincent regarding exhibit for restrictive covenant, status of effort to execute by Department (0.2); retrieve information requested and provide to Ms. Vincent (0.2); review revisions made to covenant by Department and prepare message to team (0.2); message from Mr. Fink regarding audit letter, pull letter and return call (0.2); call to Mr. Leueck regarding current status of matters referenced in audit letter, confirm same status as of today (0.2); various messages regarding covenant, and follow up with DHEC on final form (0.2). | N.J. SMITH | 1.20 hrs. | 320.00/hr | $384.00 |

W. R. Grace & Co.

March 13, 2008
Invoice 861279  Page 3

| | | | | |
|---|---|---|---|---|
| 02/21/08 | Phone call to Ms. Vincent regarding status of signature on deed restrictions (0.2); conference call with team and City on property issues (0.3). | | | |
| | N.J. SMITH | 0.50 hrs. | 320.00/hr | $160.00 |
| 02/21/08 | Email from Ms. Vincent regarding W. R. Grace Covenants and Restrictions, DHEC revisions, analyze description changes as discussed (0.4); review property description from Mr. Bucens (0.2). | | | |
| | N.J. SMITH | 0.60 hrs. | 320.00/hr | $192.00 |
| 02/25/08 | Follow up with DHEC on status of deed restriction, request coordination on return for expedited filing (0.2); message from Ms. Duff regarding restriction, return call and discuss (0.1); review Grace executed restriction and contact Mr. King's office again (0.3). | | | |
| | N.J. SMITH | 0.60 hrs. | 320.00/hr | $192.00 |
| 02/27/08 | Telephone conference with Ms. Vincent regarding executed deed restriction, provide delivery service number (0.1); review executed restriction from Ms. Duff and coordination for delivery of same, review property description (0.2). | | | |
| | N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |
| 02/28/08 | Review fully executed deed restriction, property descriptions and prepare for filing (0.3); discuss documentation for DHEC and client on filing, instruct assistant on same (0.2). | | | |
| | N.J. SMITH | 0.50 hrs. | 320.00/hr | $160.00 |

**Fees for Legal Services** .................................................................................... **$8,144.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 12.90 | 320.00 | 4,128.00 |
| B.F. HAWKINS, JR. | 3.80 | 320.00 | 1,216.00 |
| R.T. CARLISLE | 10.00 | 280.00 | 2,800.00 |
| TOTAL | 26.70 | $305.02 | $8,144.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/15/2008 | Telephone 1-617-498-2667 | 0.25 |
| 02/28/2008 | PAYEE: Charleston County RMC; REQUEST#: 300567; DATE: 2/28/2008. | 13.00 |
| **Total Charges for Other Services Provided/Expenses Incurred** | | **$13.25** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Filing Fee | 13.00 |
| Telephone | 0.25 |
| TOTAL | $13.25 |

**Net current billing for this invoice** ............................................................. **$8,157.25**

**GRAND TOTAL** ............................................................................................... **$8,157.25**

W. R. Grace & Co.
                                          March 13, 2008
                                      Invoice 861279  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/29/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $8,144.00 |
| Charges for Other Services Provided/Expenses Incurred | $13.25 |
| **Net current billing for this invoice**................................................................... | **$8,157.25** |
| **GRAND TOTAL** ................................................................................................. | **$8,157.25** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

March 5, 2008  
Invoice 859708   Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 02/29/08 |
| Name of Matter: | Fee Applications | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/14/08 | Prepare and draft fee application for January.<br>B. WRIGHT | 1.60 hrs. | 110.00/hr | $176.00 |
| 02/19/08 | Revise January fee application and send corrected page to Attorney Hawkins for review; send final application for filling.<br>B. WRIGHT | 0.60 hrs. | 110.00/hr | $66.00 |

**Fees for Legal Services** ............................................................................................ **$242.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B. WRIGHT | 2.20 | 110.00 | 242.00 |
| TOTAL | 2.20 | 110.00 | 242.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/05/2008 | Telephone 1-617-498-2667 | 1.00 |

**Total Charges for Other Services Provided/Expenses Incurred** .................... **$1.00**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.00 |
| TOTAL | $1.00 |

**Net current billing for this invoice** ........................................................................ **$243.00**

**GRAND TOTAL** ........................................................................................................ **$243.00**

W. R. Grace & Co.

March 5, 2008
Invoice 859708  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/29/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---|
| Fees for Professional Services | $242.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.00 |
| **Net current billing for this invoice**............................................................ | **$243.00** |
| **GRAND TOTAL** ............................................................................................... | **$243.00** |

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701