## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Related Docket No. 17369 |
| | ) | No Order Required |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 17369

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Application of William D. Sullivan, LLC[1] for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from October 1, 2007 through October 31, 2007 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed no later than December 4, 2008.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals or Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay $1,757.46[2] upon the filing of this certification and without the need for entry of a Court order approving the application.

---

[1] William D. Sullivan, LLC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Buchanan Ingersoll PC ("BIPC") previously served as Delaware Bankruptcy Counsel through July 23, 2006. The matter was transferred to William D. Sullivan, LLC when William D. Sullivan, the attorney representing the ZAI Claimants at BIPC, moved his practice to William D. Sullivan, LLC.
[2] The aggregate total is a result of the addition of 80% of the fees sought ($1,056.00) and 100% of expenses sought ($912.66) equaling $1,757.46 during the time frame of October 1, 2007 through October 31, 2007.

Dated: March 26, 2008
          Wilmington, Delaware

SULLIVAN · HAZELTINE  ALLINSON LLC

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX:   (302) 428-8195
bill@williamdsullivanllc.com

*Delaware Counsel for*
*the ZAI Claimants*