# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# FEBRUARY 1, 2008 THROUGH
# FEBRUARY 29, 2008

```
                 Phillips, Goldman & Spence, P.A.
                       1200 N. Broom Street
                       Wilmington, DE  19806
                          (302) 655-4200
                        EI #: 51-0328786
```

March 26, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135

File    WRG-AUS/JCP
Invoice number   75341

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
           Subtotal for FEES only: 02/29/08      $8,083.00
           Subtotal for COSTS only: 02/29/08       $219.58
                                                 ---------
    CURRENT PERIOD FEES AND COSTS: 02/29/08      $8,302.58
                                                 ---------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

March 26, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   75341

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 17.2 | 6,553.00 |
| FEE/EMPLOYMENT APPLICATIONS | 6.4 | 1,260.00 |
| CASE ADMINISTRATION | 1.8 | 270.00 |
| Subtotal for FEES only: 02/29/08 | 25.4 | $8,083.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 17.10 | 17.10 | 6,840.00 | 0.00 | 0.00 |
| 150.00 | CAH | 8.20 | 8.20 | 1,230.00 | 0.00 | 0.00 |
| 130.00 | TLB | 0.10 | 0.10 | 13.00 | 0.00 | 0.00 |
| Totals | | 25.40 | 25.40 | 8,083.00 | 0.00 | 0.00 |

WRG-AUS
LEGALMASTER MIRC For Transactions
-Fees-
03/26/08   Page 6

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/05/08 | Reconcile payment to Fee Application. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/05/08 | E-mail (2x) to R. Barainca re: filing of Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/06/08 | Download, print and file Piper Jaffray's December Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/08/08 | Draft 15th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.90 | 135.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/11/08 | Review of and revise 15th Quarterly Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/11/08 | Further review of and revise Fee Application for Phillips, Goldman & Spence. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/11/08 | Scan file and serve 15th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/13/08 | Download and file Austern's December Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/13/08 | Download and file Certificate of No Objection for Piper Jaffray's, Orrick Herrington and Towers Perrin's November Fee Application. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/25/08 | Code January pre-bill to comply with local rules. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/28/08 | File Certificate of No Objection for Orrick Herrington's, Piper's and Tillinghast's Fee Applications after downloading and scanning. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/29/08 | Draft Certificate of No Objection for December Fee Application and for 14th Quarterly Fee Application of Phillips, Goldman & Spence. | 0.50 | 75.00 | |
| | | | | | 5.20 | 780.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/09/08 | Review of and revise Phillips, Goldman & Spence, P.A.'s 15th Quarterly Fee Application. | 0.30 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/11/08 | Review of and revise Phillips, Goldman & Spence, P.A.'s 15th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/14/08 | Review of and revise (downward) January 2008 pre-bill. | 0.30 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/29/08 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence, P.A.'s 43rd Monthly Fee | 0.30 | 120.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                    03/26/08  Page 7
                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| | | | Application; review of and execute Certificate of No Objection re: Phillips, Goldman & Spence, P.A.'s 14th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 1.20 | 480.00 | |
| | | | | 6.40 | 1,260.00 | |
| | | | | 25.40 | 8,083.00 | |
| | | | | ============ | ============ | |

65 records printed.

WRG-AUS                          LEGALMASTER MIRC For Transactions                          03/26/08  Page 1
                                              -Fees-

Sort Fields:
  Grouping code                (Paginate)
  Client code
  Actual employee code         (Subtotals)
  Transaction date

Range Fields:
  Client code          I  WRG    -  WRG
  Invoice Number       I  75341  -  75341

| Grp Cd | Act Code Grouping code description | Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars |
|---|---|---|---|---|---|---|
| Ca | CASE ADMINISTRATION | CAH | 02/08/08 | Update docket to system. | 0.20 | 30.00 |
| WRG | CASE ADMINISTRATION | CAH | 02/11/08 | Merge original signatures into filed documents and e-mail group (3x) on still missing documents. | 0.70 | 105.00 |
| WRG | CASE ADMINISTRATION | CAH | 02/22/08 | Merge signatures into signed documents. | 0.30 | 45.00 |
| WRG | CASE ADMINISTRATION | CAH | 02/26/08 | Update docket; obtain Court Hearing Date. | 0.30 | 45.00 |
| WRG | CASE ADMINISTRATION | CAH | 02/29/08 | Update docket to system. | 0.30 | 45.00 |
|  |  |  |  |  | -------- | -------- |
|  |  |  |  |  | 1.80 | 270.00 |
|  |  |  |  |  | -------- | -------- |
|  |  |  |  |  | 1.80 | 270.00 |
|  |  |  |  |  | -------- | -------- |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                          03/26/08  Page 2
                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  LITIGATION | CAH | 02/05/08 | E-mail to D. Felder (2x) re: filing for Friday. | 0.20 | 30.00 | Li |
| WRG  LITIGATION | CAH | 02/08/08 | Print and download supplemental position of FCR to Motion to Strike Stallard declaration and file same; e-mail filing to D. Felder. | 0.40 | 60.00 | |
| WRG  LITIGATION | CAH | 02/11/08 | Draft Notice of Withdrawal of duplicative filing. | 0.30 | 45.00 | |
| WRG  LITIGATION | CAH | 02/11/08 | Scan file and serve Notice of Withdrawal. | 0.30 | 45.00 | |
| | | | | 1.20 | 180.00 | |
| WRG  LITIGATION | JCP | 02/04/08 | Review of miscellaneous pleadings (.1); e-mail from and e-mail to Debbie Felder (3x) re: 2/4/08 filing (.1); review of and revise Future Claimants Representative's Brief Objecting to Admissibility of Personal Injury Questionnaires and Proof of Claim Forms (.1); e-mail to and e-mail from Debbie Felder re: suggested revisions (.1); revise and execute revised Brief (.1); e-mail to Debbie Felder forwarding as filed version of Brief (.1); conference with paralegal re: filing same (.1). | 0.70 | 280.00 | |
| WRG  LITIGATION | JCP | 02/05/08 | E-mail from and e-mail to Debbie Felder (2x) re: 2/8/08 filing(.1); review of Debtors' Memo in Support of Admissibility of Personal Injury Questionnaire Forms (.3); review of Personal Injury Committee's Brief Objecting to Admissibility of Personal Injury Questionnaires and Proof of Claim Forms (.3). | 0.70 | 280.00 | |
| WRG  LITIGATION | JCP | 02/06/08 | Review of 1/28/08 Hearing Transcript. | 0.20 | 80.00 | |
| WRG  LITIGATION | JCP | 02/07/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG  LITIGATION | JCP | 02/08/08 | Review of Debtors' 15th Claim Settlement Notice (.1); e-mail from and e-mail to Debbie Felder re: deadline for today's filing (.2); e-mail from Celeste A. Hartman re: same (.1); e-mail from John Ansbro re: same (.1); e-mail from Debbie Felder with enclosure (.1); review of Future Claimants Representative's Supplemental Objection to Grace's Motion to Strike Stallard Reply Declaration and Exhibits thereto (.1); e-mail from Debbie Felder re: additional revision (.1); e-mail from Debbie Felder with enclosure (.1); review of revised Supplemental Objection; conference with paralegal re: filing same (.1); e-mail to Debbie Felder forwarding as filed Supplemental Objection (.1); e-mail from Debbie Felder (2x) re: confusion over filing; phone conference with Debbie Felder re: same (.1); e-mail to paralegal re: same (.1). | 1.30 | 520.00 | |
| WRG  LITIGATION | JCP | 02/11/08 | Review of e-mails to and from Debbie Felder and Celeste A. Hartman re: 2/8/08 filings (.1); review of, revise and | 0.80 | 320.00 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 02/12/08 | Review of Debtors' Motion to Authorize Pension Plan Contributions (.1); review of Debtors' Motion to Extend Credit Agreement with Advanced Refining Technologies (.1); review of Certificate of No Objection re: Stipulation to Settle Cambridge's Claim (.1); review of Debtors' Motion to Extend DIP Financing (.1); e-mail from Rick Wyron re: staffing changes (.1); e-mail to Celeste A. Hartman and Tanya L. Birdsell re: same (.1); e-mail from Debbie Felder (2x) re: 2/18/08 filing (.1); e-mail from Celeste A. Hartman re: same (.1); e-mail to Debbie Felder re: same (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of draft Agenda for 2/25/08 Hearing (.1); execute Notice of Withdrawal of Docket No. 8011 (.1); review of IRS' Objection to Debtors' Motion to Authorize Remedium Closing Agreement with IRS (.2); review of miscellaneous pleadings (.1); e-mail from Debbie Felder with enclosure (.1); review of letter to Judge Fitzgerald forwarding 2/4/08 Brief Objecting to Admissibility of Personal Injury Questionnaires (.1); letter from counsel for Personal Injury Committee to Judge Fitzgerald forwarding Personal Injury Committee's Brief re: same (.1). | 1.10 | 440.00 | |
| LITIGATION | JCP | 02/13/08 | E-mail from counsel for Debtor with enclosure (.1); review of Debtors' letter to Judge Fitzgerald forwarding Debtors' Memo in Support of Admissibility of Personal Injury Questionnaires (.1); review of miscellaneous pleadings (.1); review of Speights' Entry of Appearance in Third Circuit Appeal (.1); e-mail to and e-mail from Debbie Felder re: 2/19/08 filing (.1); e-mail from Debbie Felder to John Ansbro re: same (.1); e-mail from and e-mail to Celeste A. Hartman re: same (.1); review of Future Claimants Representative's enclosure (.1); review of Future Claimants Representative's Objections and Stipulations re: Debtors' Exhibits (w/o Exhibits)(.1); e-mail to local counsel for Personal Injury Committee re: same (.1); e-mail from Debbie Felder with enclosure; review of revised version of Future Claimants Representative's Objections (.1); e-mail to local counsel for Personal Injury Committee re: same (.1); e-mail from and e-mail to local counsel for Personal Injury Committee re: same (.1). | 1.30 | 520.00 | |
| LITIGATION | JCP | 02/14/08 | Review of multiple e-mails re: filing Future Claimants Representative's Objections to Debtors' Exhibits; e-mail from local counsel for Personal Injury Committee re: same (2x). | 0.40 | 160.00 | |
| LITIGATION | JCP | 02/15/08 | Review of Certificate of No Objection re: Motion Authorizing Purchase of Ceratech Preferred Stock. | 0.10 | 40.00 | |
| LITIGATION | JCP | 02/19/08 | Review of Notice of Debtors' Substantive Objections to ACC/FCR Trial Exhibits (voluminous)(.3); review of Agenda for 2/25/08 Hearing (.1); review of Order Authorizing | 0.90 | 360.00 | |

WRG-AUS
LEGALMASTER MIRC For Transactions
-Fees-
03/26/08  Page 4

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 02/21/08 | Review of Notice of Withdrawal of IRS' Objection to Remedium Closing Argument; review of miscellaneous pleadings. | 0.20 | 80.00 | WRG |
| LITIGATION | JCP | 02/22/08 | Review of Order Authorizing Debtor to Buy Preferred Stock in Ceratech (.1); review of miscellaneous pleadings (.1); review of Entry of Appearance for Debtor (.1); review of Debtors' Motion to Authorize Liability Transfer Agreement re: Certain Environmental Liabilities (.1); preliminary review of Transfer Agreement (voluminous)(.5). | 0.90 | 360.00 | WRG |
| LITIGATION | JCP | 02/23/08 | Review of Reed Smith's Supplemental Rule 2014 verification. | 0.10 | 40.00 | WRG |
| LITIGATION | JCP | 02/25/08 | E-mail from local counsel for Debtor with enclosure (.1); review of blacklined version of Ceratech Purchase Agreement and proposed Amended Order (.1); review of Amended Agenda for 2/25/08 Hearing (.1); review of miscellaneous pleadings (.1); court appearance re: Omnibus Motions Hearing (5.2). | 5.60 | 2,240.00 | WRG |
| LITIGATION | JCP | 02/26/08 | Review of Order Dismissing Adversary; review of Order Authorizing Remedium Closing Agreement with IRS; review of Motion to Extend Time for three Claimants (Bayshore, Children's and Jameson hospitals) to File a Memo re: Motion to Alter or Amend its 4/17/07 Opinion; review of Entry of Appearance for BNSF; letter from counsel for BNSF to Judge Fitzgerald. | 0.50 | 200.00 | WRG |
| LITIGATION | JCP | 02/27/08 | Review of miscellaneous pleadings; review of letter from counsel for Libby Claimants to Judge Fitzgerald. | 0.20 | 80.00 | WRG |
| LITIGATION | JCP | 02/28/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | WRG |
| LITIGATION | JCP | 02/29/08 | Review of Order Authorizing Filing Ceratech documents under Seal (.1); review of Amended Order Authorizing Purchase of Ceratech Stock (.1); review of Order re: Relief Sought in Debtors' Objection to Massachusetts Department of Revenue Claim (.1); review of Continuation Order re: Debtors' 18th Omnibus Objection to Claims (.1); review of miscellaneous pleadings (.1); review of Stipulation Resolving Tennessee's Superfund Claim (.1); review of Debtors' Notice of Motion and Hearing on Motion for Order Authorizing Liability Transfer Agreement with Exhibits (.1). | 0.70 | 280.00 | WRG |

|  |  |  |  | --------- | --------- |  |
|  |  |  |  | 15.90 | 6,360.00 |  |

Settlement with Cambridge (.1); review of Certification of Counsel re: Settlement and Dismissal of Adversary Action(.1); e-mail from Debbie Felder re: 2/19/08 filing (.1); e-mail from Ray Mullady re: same (.1); e-mail from Celeste A. Hartman re: same (.1).

WRG-AUS                                                    LEGALMASTER MIRC For Transactions                                03/26/08 Page 5
                                                                          -Fees-

                                              Act  Trans                                                                        Billable   Billable Grp
Cl Code Grouping code description             Emp  Date      Transaction description                                            Hours      Dollars  Cd

WRG  LITIGATION                               TLB  02/04/08  E-file Future Claims Representative's Brief in Support of            0.10       13.00  Li
                                                             Objection to Admissibility of Personal Injury Questionnaire
                                                             and Proof of Claim Forms.
                                                                                                                              ----------  ----------
                                                                                                                                  0.10       13.00
                                                                                                                              ----------  ----------
                                                                                                                                 17.20    6,553.00
                                                                                                                              ==========  ==========