# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## FEBRUARY 1, 2008 THROUGH
## FEBRUARY 29, 2008

Phillips, Goldman & Spence, P.A.

March 26, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   75341

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 01/29/08 | Postage | 2.96 |
| 02/01/08 | Federal Express | 113.67 |
| 02/01/08 | Long distance phone charges | 1.71 |
| 02/01/08 | On-line docket research | 41.84 |
| 02/06/08 | Photocopies | 36.40 |
| 02/08/08 | Check No.: 36570 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 5.00 |
| 02/08/08 | Check No.: 36570 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 5.00 |
| 02/20/08 | Check No.: 36679 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 5.00 |
| 02/29/08 | Check No.: 36753 - John C. Phillips, Jr. - reimbursement for parking (1/28/08). | 8.00 |

Subtotal for COSTS only: 02/29/08    $219.58