# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) RE: 18370 |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Walter Slocombe, Esquire of the law firm of Caplin & Drysdale, Chartered, One Thomas Circle, N.W. 12th Floor, Washington, D.C. 20005, to represent the Official Committee of Asbestos Personal Injury Claimants in this matter.

Dated: March 24, 2008

Respectfully submitted,

CAMPBELL & LEVINE, LLC

By: /s/ Mark T. Hurford

Mark T. Hurford (DE ID No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900
Email: mhurford@camlev.com
*Delaware and Associated Counsel for the Official Committee of Asbestos Claimants*

3/24/08
D.I. 18370

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Walter Slocombe
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
(202) 862-5000
*Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: March 27, 2008

Judith K. Fitzgerald
United States Bankruptcy Judge