UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 (JFK) ) |
| | ) (Jointly Administered) |
| Debtors. | ) ) RE: 18358 ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David M. Turetsky to represent the Sealed Air Corporation.

DATED: March 20, 2008

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

_____
Mark S. Chehi (I.D. No. 2855)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

Counsel for Sealed Air Corporation

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: March 27 2008

_____
United States Bankruptcy Judge