IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 18228** |

**NO ORDER REQUIRED**
**TWENTY-SEVENTH MONTHLY APPLICATION OF**
**ANDERSON, KILL, & OLICK, P.C., FOR SERVICES RENDERED**
**AND REIMUBURSEMENT OF EXPENSES AS SPECIAL**
**INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF**
**PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF**
**JANUARY 1, 2008 THROUGH JANUARY 31, 2008 (DOCKET NO. 18228)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Anderson, Kill, & Olick, P.C. ("Anderson, Kill, & Olick"), submitted on March 5, 2008 a Twenty-Seventh monthly application ("Application") [Docket No. 18228] for services rendered and reimbursement of expenses incurred as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before March 25, 2008. No objections to the Application have been received by the undersigned.

{D0108449.1 }

Moreover, the Court's docket reflects that no objections to the Application were filed.

In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

    ANDERSON, KILL, & OLICK, P.C.
    Robert Y. Chung
    1251 Avenue of the Americas
    New York, NY 10020-1182
    (212) 278-1039

    -and-

    CAMPBELL & LEVINE, LLC

    */s/Kathleen Campbell Davis*
    Kathleen Campbell Davis (I.D. #4229)
    800 N. King Street
    Suite 300
    Wilmington, DE 19801
    (302) 426-1900

    Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: March 27, 2008