REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1677549 |
| Invoice Date | 03/26/08 |
| Client Number | 172573 |

==============================================================================

Re:  W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | | |
|---|---|---|
| Fees | 41,616.50 | |
| Expenses | 0.00 | |
| | TOTAL BALANCE DUE UPON RECEIPT | $41,616.50 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1677549
One Town Center Road                      Invoice Date       03/26/08
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026


===========================================================================

Re:  (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2008

|    Date    | Name    |                                                       | Hours |
| -------- | ----------- | --- | ----- |
| 02/01/08 | Klapper | Continue preparing cross examination materials for use on claimants' experts. | 4.10 |
| 02/04/08 | Klapper | Continue preparing cross examination materials for use on claimants' experts. | 1.50 |
| 02/05/08 | Klapper | Continue preparing cross examination materials for use on claimants' experts. | 4.70 |
| 02/06/08 | Ament | Circulate 1/28/08 transcript to team. | .10 |
| 02/07/08 | Klapper | Participate on team call re expert prep issues. | 2.10 |
| 02/07/08 | Lord | Research docket and update 2002 Service List. | .30 |
| 02/08/08 | Ament | E-mails re: 2/25/08 hearing. | .30 |
| 02/08/08 | Klapper | Review exhibits and double-check admissibility chart per Kirkland's request (3.7); continue preparing cross examination materials for use on claimants' experts (3.2). | 6.90 |
| 02/10/08 | Cameron | Review PI estimation material. | .80 |
| 02/11/08 | Klapper | Participate in team meeting re experts. | 3.20 |

172573 W. R. Grace & Co.                          Invoice Number  1677549
60026  Litigation and Litigation Consulting       Page   2
March 26, 2008


| Date | Name | | Hours |
|------|------|------|------|
| 02/12/08 | Klapper | Continue preparing cross examination materials for use on claimants' experts. | 6.80 |
| 02/13/08 | Klapper | Meet with B. Harding re projects (.2); continue work on expert cross issues (6.2). | 6.40 |
| 02/14/08 | Ament | E-mails re: 2/25/08 hearing. | .10 |
| 02/14/08 | Klapper | Continue preparing cross examination materials for use on claimants' experts. | 7.10 |
| 02/15/08 | Klapper | Continue preparing cross examination materials for use on claimants' experts. | 3.20 |
| 02/18/08 | Ament | Review agenda for 2/25/08 hearing (.10); review e-mails re: said hearing (.10); circulate said agenda to team (.10). | .30 |
| 02/18/08 | Klapper | Continue work on cross-examination outlines for estimation hearing. | 4.60 |
| 02/19/08 | Klapper | Continue work on cross-examination outlines for estimation hearing. | 4.00 |
| 02/20/08 | Klapper | Continue work on cross-examination outlines for estimation hearing, including review of additional materials forwarded by Kirkland re prior writings. | 6.30 |
| 02/21/08 | Cameron | Review PI estimation materials. | .60 |
| 02/21/08 | Klapper | Continue work on cross-examination outlines for estimation hearing, including review of additional materials forwarded by Kirkland re prior writings. | 5.20 |
| 02/22/08 | Ament | Various e-mails re: supplemental 2014 statement. | .50 |
| 02/22/08 | Klapper | Continue work on cross-examination outlines for estimation hearing, including review of additional materials forwarded by Kirkland re prior writings. | 4.20 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
March 26, 2008

Invoice Number  1677549
Page    3

| Date | Name | | Hours |
|------|------|---|-------|

02/29/08 Ament        Review agenda for 3/17/08 hearing     .30
                      (.10); e-mails re: same (.20).

                                                          ------
                                        TOTAL HOURS      73.60

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|-------|---|--------|
| Douglas E. Cameron | 1.40 | at $ | 615.00 | = | 861.00 |
| Antony B. Klapper | 70.30 | at $ | 575.00 | = | 40,422.50 |
| John B. Lord | 0.30 | at $ | 230.00 | = | 69.00 |
| Sharon A. Ament | 1.60 | at $ | 165.00 | = | 264.00 |

                      CURRENT FEES                    41,616.50
                                                      ------------

                      TOTAL BALANCE DUE UPON RECEIPT    $41,616.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number     1677550
5400 Broken Sound Blvd., N.W.        Invoice Date       03/26/08
Boca Raton, FL 33487                 Client Number       172573


========================================================================

Re:  W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                      33,873.00
        Expenses                       0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $33,873.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number    1677550
5400 Broken Sound Blvd., N.W.            Invoice Date      03/26/08
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60028



======================================================================

Re:  (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 02/01/08 | Cameron | Attention to bar date issues and e-mails re: same. | 1.40 |
| 02/02/08 | Cameron | Review materials from K&E re: bar date. | 3.00 |
| 02/03/08 | Cameron | Review materials from K&E regarding bar date issues. | 2.80 |
| 02/04/08 | Cameron | Review material from K&E for conference call. | 1.30 |
| 02/04/08 | Himmel | Conference with J. Restivo regarding summarizing pertinent ZAI pleadings (.6); review ZAI pleadings (1.3). | 1.90 |
| 02/04/08 | Rea | Revisions to research memo. | .60 |
| 02/04/08 | Restivo | Receipt and review of prior bar notice pleadings and assignment to B. Himmel. | 1.00 |
| 02/05/08 | Cameron | Review pleadings and related materials re: preparation for conference call concerning strategy issues (2.10); emails regarding same (.60). | 2.70 |
| 02/05/08 | Himmel | Review ZAI pleadings and draft summary regarding same. | 5.00 |

172573 W. R. Grace & Co.                          Invoice Number  1677550
60028  ZAI Science Trial                          Page    2
March 26, 2008


| Date | Name | | Hours |
|------|------|------|-------|
| 02/05/08 | Restivo | Prepare for telephone conference on ZAI. | .40 |
| 02/06/08 | Cameron | Prepare for (1.6) and participate in conference call with W.R. Grace and K&E regarding ZAI status of strategy issues (1.1); follow-up from call regarding additional materials from K&E (0.8). | 3.50 |
| 02/06/08 | Flatley | Review T. Rea draft memorandum and related materials (1.9); prepare for conference call (0.6); participate in part of conference call and follow-up with J. Restivo and D. Cameron (1.4). | 3.90 |
| 02/06/08 | Himmel | Draft memo summarizing ZAI pleadings. | .70 |
| 02/06/08 | Metropulos | Conference with T. Rea re: research project concerning damages. | .40 |
| 02/06/08 | Rea | Attention to research memo. | .50 |
| 02/06/08 | Restivo | Prepare for and telephone conference with K&E and clients (2.5); telephone call with R. Finke (.5). | 3.00 |
| 02/08/08 | Cameron | Follow-up from conference call. | .80 |
| 02/08/08 | Metropulos | Begin research on damages, contamination, and physical damage to property. | 1.60 |
| 02/13/08 | Cameron | Review materials relating to notice and legal research issues. | 1.30 |
| 02/13/08 | Metropulos | Legal research on damages and contamination (1.2); review and analyze case law (2). | 1.40 |
| 02/14/08 | Cameron | Review ZAI discovery materials. | 1.10 |
| 02/14/08 | Metropulos | Review and analyze case law on damages. | .50 |
| 02/15/08 | Cameron | Review emails re:  ZAI issues. | .30 |

172573 W. R. Grace & Co.
60028 ZAI Science Trial
March 26, 2008

Invoice Number  1677550
Page    3

| Date | Name | | Hours |
|------|------|------|-------|
| 02/16/08 | Cameron | Review materials from call and things to do for Omnibus Hearing. | .90 |
| 02/17/08 | Cameron | Review legal research and analysis re:  status and options (0.9); review bar date pleadings and summaries of same (1.0). | 1.90 |
| 02/18/08 | Metropulos | Continue to review and analyze cases concerning damages and contamination. | 2.50 |
| 02/18/08 | Restivo | Telephone call with D. Hogan. | .30 |
| 02/19/08 | Cameron | Follow-up review of materials for hearing. | .60 |
| 02/19/08 | Metropulos | Legal research re:  alleged injury (.5); review and analyze cases re: same (2.7). | 3.20 |
| 02/20/08 | Metropulos | Legal research re:  injury (.6); review and analyze case law re: same (1.7). | 2.30 |
| 02/20/08 | Restivo | Correspondence re:  inquiry from counsel for Canada ZAI (.4); reports to client and K&E (.6). | 1.00 |
| 02/21/08 | Metropulos | Research on damages, injury and contamination. | 1.90 |
| 02/21/08 | Restivo | Telephone calls and emails re: report on Canadian claims and prepare for potential ZAI issues at Omnibus Hearing. | 1.00 |
| 02/22/08 | Metropulos | Review and analyze cases concerning damages, injury and contamination. | 5.00 |
| 02/22/08 | Rea | E-mail re: research. | .10 |
| 02/25/08 | Cameron | Review bar date notice materials (0.9); review materials relating to Class Action filings (0.8). | 1.70 |
| 02/25/08 | Metropulos | Analyze and summarize various cases for T. Rea's review. | 2.80 |

172573 W. R. Grace & Co.           Invoice Number  1677550
60028 ZAI Science Trial            Page    4
March 26, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 02/26/08 | Cameron | Review materials relating to briefing for ZAI bar date. | 1.20 |
| 02/26/08 | Metropulos | Summarize additional cases re: injury and contamination. | 1.40 |
| 02/26/08 | Restivo | Analyze potential next steps in ZAI litigation. | .50 |
| 02/27/08 | Cameron | Review materials relating to bar date notice and Court's suggestions from hearing. | .90 |
| 02/27/08 | Metropulos | Review and analyze remaining cases collected so far on damages and contamination, and summarize same. | 2.30 |
| 02/29/08 | Cameron | Attention to follow-up from hearing regarding ZAI bar date issues. | .80 |

TOTAL HOURS    71.40

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 3.90 | at $ | 620.00 | = | 2,418.00 |
| Douglas E. Cameron | 26.20 | at $ | 615.00 | = | 16,113.00 |
| James J. Restivo Jr. | 7.20 | at $ | 675.00 | = | 4,860.00 |
| Traci Sands Rea | 1.20 | at $ | 435.00 | = | 522.00 |
| Brian T. Himmel | 7.60 | at $ | 445.00 | = | 3,382.00 |
| Natalie C. Metropulos | 25.30 | at $ | 260.00 | = | 6,578.00 |

CURRENT FEES             33,873.00

TOTAL BALANCE DUE UPON RECEIPT    $33,873.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1677551
5400 Broken Sound Blvd., N.W.        Invoice Date        03/26/08
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re:  W. R. Grace & Co.


(60029)  Fee Applications-Applicant

          Fees                        5,862.50
          Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,862.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1677551
5400 Broken Sound Blvd., N.W.        Invoice Date        03/26/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029

==============================================================================

Re:  (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/08 | Ament | E-mails with A. Muha re: Dec. monthly fee application (.10); attend to billing matters relating to Jan. monthly fee application (.20); revisions to Dec. monthly fee application (.40); begin spreadsheet for 27th quarterly fee application (1.0); begin drafting summary and narrative to 27th quarterly fee application (.50).. | 2.20 |
| 02/01/08 | Cameron | Attention to fee applications and billing materials. | .90 |
| 02/01/08 | Lord | Revise, e-file and perfect service of Reed Smith December monthly fee application. | 1.30 |
| 02/04/08 | Ament | Prepare spreadsheet re: fees for 27th quarterly fee application (.80); continue drafting summary and narrative for same (.20). | 1.00 |
| 02/05/08 | Ament | Continue calculating fees and expenses relating to 27th quarterly fee application and preparing spreadsheet of same (2.5); continue drafting summary and narrative for 27th quarterly fee application (.50). | 3.00 |

172573 W. R. Grace & Co.                          Invoice Number  1677551
60029 Fee Applications-Applicant                  Page    2
March 26, 2008

| Date | Name | | Hours |
|------|------|--|-------|

| 02/06/08 | Ament | Finalize spreadsheet re: same (1.0); various e-mails and meet with A. Muha re: same (.20). | 1.20 |
| 02/07/08 | Lord | Prepare exhibits for Reed Smith Oct-December 2007 quarterly fee application (.2); research docket for hearing information for same (.2). | .40 |
| 02/08/08 | Ament | Attend to billing matters relating to Environ (.20); various e-mails re: same (.10); respond to e-mail from J. Lord re: 27th quarterly fee application (.10). | .40 |
| 02/08/08 | Lord | Communicate with S. Ament re: Grace quarterly fee application. | .10 |
| 02/09/08 | Muha | Review and revise 27th Quarterly fee application. | .90 |
| 02/11/08 | Ament | Review notes from A. Muha re: 27th quarterly fee application (.10); revisions to same (.20); e-mail 27th quarterly fee application narrative and summary to J. Lord for DE filing (.10); follow-up e-mails with J. Lord re: same (.10). | .50 |
| 02/11/08 | Lord | Draft notice for Reed Smith 27th quarterly fee application (.2); revise, e-file and perfect service of application (1.3). | 1.50 |
| 02/12/08 | Ament | Attend to billing matters relating to Jan. fees and expenses (.30); various e-mails re: same (.20). | .50 |
| 02/13/08 | Ament | E-mails with J. Lord re: 27th quarterly fee application. | .10 |
| 02/14/08 | Muha | Continue review and revisions to January 2008 fee and expense details for monthly fee application (1.3); multiple e-mails to billing department re: same (0.5). | 1.80 |

172573 W. R. Grace & Co.                        Invoice Number  1677551
60029  Fee Applications-Applicant               Page   3
March 26, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 02/18/08 | Muha | Continue revisions and review of January 2008 fee and expense details for monthly application. | 1.10 |
| 02/21/08 | Muha | Multiple e-mails to/from T. Klapper re: changes to fee application, and incorporate changes and additions to explanations in expense detail (0.5); e-mails from P. Sanner and changes to her time entries in fee application (0.2). | .70 |
| 02/22/08 | Ament | E-mails with A. Muha re: Jan. monthly fee application. | .10 |
| 02/25/08 | Lord | Research docket and draft CNO to Reed Smith December monthly fee application. | .30 |
| 02/26/08 | Ament | E-mails with A. Muha re: Jan. monthly fee application (.10); attend to billing matters relating to Environ (.40). | .50 |
| 02/26/08 | Lord | E-file and perfect service of CNO to Reed Smith December monthly fee application (.2); correspondence to R. Finke re: same (.1). | .30 |
| 02/27/08 | Ament | Attend to billing matters relating to Environ consultant fees. | .60 |
| 02/28/08 | Ament | E-mails and meet with A. Muha re: Jan. monthly fee application (.20); e-mails with J. Lord re: same (.10); review invoices and calculate fees and expenses for Jan. monthly fee application (2.0); draft 79th monthly fee application (.50). | 2.80 |
| 02/28/08 | Muha | Make final review of and revisions to January 2008 monthly fee application. | .50 |
| 02/29/08 | Ament | Provide Jan. monthly fee application to A. Muha (.10); finalize and e-mail 79th fee application, fee and expense details to J. Lord for DE filing | .50 |

172573 W. R. Grace & Co.                Invoice Number  1677551
60029  Fee Applications-Applicant      Page   4
March 26, 2008

| Date | Name | | Hours |
|------|------|---|-------|

(.40).

| 02/29/08 | Lord | Revise, e-file and perfect service of Reed Smith January monthly fee application. | 1.20 |

|  | | TOTAL HOURS | 24.40 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 0.90 at $ 615.00 = | | 553.50 |
| Andrew J. Muha | 5.00 at $ 385.00 = | | 1,925.00 |
| John B. Lord | 5.10 at $ 230.00 = | | 1,173.00 |
| Sharon A. Ament | 13.40 at $ 165.00 = | | 2,211.00 |

CURRENT FEES             5,862.50

TOTAL BALANCE DUE UPON RECEIPT    $5,862.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1677552
One Town Center Road                      Invoice Date        03/26/08
Boca Raton, FL    33486                   Client Number        172573

===============================================================================

Re:  W. R. Grace & Co.


(60030)  Hearings

          Fees                              7,344.00
          Expenses                              0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $7,344.00
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1677552
One Town Center Road                      Invoice Date       03/26/08
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60030

===============================================================================

Re:  (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 02/18/08 | Cameron | Review agenda and materials for hearing. | .80 |
| 02/22/08 | Cameron | Review agenda. | .40 |
| 02/24/08 | Cameron | Review materials for hearing. | 1.10 |
| 02/25/08 | Cameron | Prepare for (0.4) and participate in portions of Omnibus Hearing (2.4); meet with J. Restivo regarding same (0.4); follow-up from call (0.6). | 3.80 |
| 02/25/08 | Restivo | Omnibus hearing (telephone) and telephone call with client. | 3.50 |
| 02/26/08 | Cameron | Follow-up from hearing (0.8); telephone call with R. Finke : hearing issues (0.3). | 1.10 |
| 02/29/08 | Cameron | Attention to hearing and agenda issues and multiple e-mails regarding same. | .90 |

                                                         ------
                                        TOTAL HOURS      11.60

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 8.10 | at | $  615.00 | = | 4,981.50 |
| James J. Restivo Jr. | 3.50 | at | $  675.00 | = | 2,362.50 |

                     CURRENT FEES                      7,344.00
                                                  ------------
                     TOTAL BALANCE DUE UPON RECEIPT    $7,344.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number    1677553
One Town Center Road                  Invoice Date      03/26/08
Boca Raton, FL   33486                Client Number      172573


================================================================================

Re:  W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                            61,935.50
         Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $61,935.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1677553
One Town Center Road                      Invoice Date     03/26/08
Boca Raton, FL    33486                   Client Number     172573
                                          Matter Number      60033

================================================================================

Re:  (60033)  Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 02/01/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 02/01/08 | Cameron | Review Speights' claims issues. | .90 |
| 02/04/08 | Ament | Prepare for and attend team status meeting (.50); assist team with various issues relating to PD claims (.50); various e-mails with team re: same (.20). | 1.20 |
| 02/04/08 | Aten | Attend PD team meeting. | .40 |
| 02/04/08 | Flatley | E-mail re: meeting (0.1); team meeting and follow-up (0.5). | .60 |
| 02/04/08 | Rea | Team meeting (.3); draft brief re: Allegheny Center (4.1). | 4.40 |
| 02/04/08 | Restivo | Emails with Equity Committee and Speights (.6); telephone call with R. Finke (.4); telephone conference with Speights and memo to file re: same (.5). | 1.50 |
| 02/05/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 02/05/08 | Rea | Drafting of response to Allegheny Center motion. | 2.70 |

172573 W. R. Grace & Co.
60033 Claim Analysis Objection Resolution
       & Estimation (Asbestos)
March 26, 2008

Invoice Number  1677553
Page    2

| Date | Name | | Hours |
|--------|----------|----------|-----|
| 02/06/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10); meet with T. Rea re: brief relating to Anderson Memorial (.10). | .50 |
| 02/06/08 | Flatley | E-mail re: information for expert witness. | .20 |
| 02/06/08 | Rea | Drafting of response to Allegheny Center Associates' Motion. | 3.60 |
| 02/06/08 | Restivo | Emails, correspondence and review of Speights' claim. | 1.00 |
| 02/07/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 02/07/08 | Cameron | Attention to Speights' motion and related claims (.60); review material relating to mediation (.80). | 1.40 |
| 02/07/08 | Rea | Drafting of response to Allegheny Center Motion. | 7.90 |
| 02/07/08 | Restivo | Emails and telephone calls with Speights, Finke, K&E, et al. | 1.20 |
| 02/08/08 | Ament | Assist T. Rea with various issues relating to PD claims (.80); various e-mails re: same (.20). | 1.00 |
| 02/08/08 | Cameron | Meeting with T. Rea regarding response to Motion (.30); review emails and drafts regarding same (.90); telephone call with J. Restivo (.20); review materials from mediation (.90); review Speights' claims materials (.70). | 3.00 |
| 02/08/08 | Rea | Drafting of response to Allegheny Center Motion. | 9.50 |
| 02/09/08 | Cameron | Review draft reply to Speights' Motion (1.20); review mediation materials (1.10). | 2.30 |

172573  W. R. Grace & Co.
60033   Claim Analysis Objection Resolution
        & Estimation (Asbestos)
March 26, 2008

Invoice Number  1677553
Page   3

| Date | Name | | Hours |
|------|------|------|------|
| 02/10/08 | Cameron | Review of draft reply brief and related materials. | 1.20 |
| 02/10/08 | Rea | Drafting of Response to Allegheny Center Motion. | 1.00 |
| 02/11/08 | Ament | Assist T. Rea with various issues relating to PD claims (.50); e-mails and meet with T. Rea re: same (.20). | .70 |
| 02/11/08 | Cameron | Review of draft response (0.8); multiple e-mails and calls regarding same (0.8); review transcript regarding service issues (0.6); review materials from R. Finke relating to mediation (0.9). | 3.10 |
| 02/11/08 | Rea | Drafting of Response to Allegheny Center Motion. | 7.80 |
| 02/11/08 | Restivo | Review Allegheny Center Brief (.7); meeting with T. Rea (.3); correspondence with D. Speights (.3). | 1.30 |
| 02/12/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 02/12/08 | Cameron | Meet with J. Restivo and e-mails regarding status of discussion with Speights (0.3); review claims summaries (0.9). | 1.20 |
| 02/12/08 | Rea | E-mails re: Allegheny Center motion. | .30 |
| 02/13/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 02/13/08 | Cameron | Attention to mediation issues (0.9); review materials relating to service issues to Allegheny Center (0.8). | 1.70 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
March 26, 2008

Invoice Number  1677553
Page    4

| Date | Name | | Hours |
|------|------|------|------|
| 02/13/08 | Restivo | Telephone conference with D. Speights. | .70 |
| 02/14/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 02/14/08 | Cameron | Meeting with J. Restivo re: mediation issue (.30); review Speights' material (.40). | .70 |
| 02/14/08 | Muha | Research re: proposed mediators for PD cases. | .30 |
| 02/14/08 | Restivo | Telephone calls and emails with Speights, Esayian, Finke, et al (1.2); research potential mediators (.8). | 2.00 |
| 02/15/08 | Cameron | Review materials for service issues (.90); meeting with T. Rea (.20); review mediation materials (.40). | 1.50 |
| 02/15/08 | Rea | Research for response to Allegheny Center motion. | 2.80 |
| 02/16/08 | Cameron | Review RCF PD claims summaries (1.10); review Speights' claim materials (.80). | 1.90 |
| 02/17/08 | Cameron | Review mediation materials. | .80 |
| 02/18/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10); compile PD claim documents for D. Cameron and assemble hearing binder relating to Allegheny Center argument (.90); various e-mails with D. Cameron re: same (.10). | 1.30 |
| 02/18/08 | Rea | Revisions to response to Allegheny Center motion. | .20 |
| 02/18/08 | Restivo | Emails and correspondence re: 2/25 Agenda items. | .80 |

```
172573 W. R. Grace & Co.                      Invoice Number  1677553
60033  Claim Analysis Objection Resolution    Page    5
       & Estimation (Asbestos)
March 26, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/19/08 | Restivo | Review and comment on Third Circuit mediation, and emails re: same. | .50 |
| 02/20/08 | Cameron | Meet with J. Restivo regarding mediation issues (0.3); attention to Speights' claims (0.6); review Allegheny Center materials (0.6). | 1.50 |
| 02/20/08 | Muha | Research re: mediators. | .20 |
| 02/20/08 | Restivo | Negotiations with Speights (1.1); research mediation (.6); reports to client (.3). | 2.00 |
| 02/21/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10); finalize Allegheny Center argument binder and provide to D. Cameron (.30). | .50 |
| 02/21/08 | Rea | Review of status memo. | .20 |
| 02/21/08 | Restivo | Telephone calls, emails and research re: mediation (1.0); review individual building analysis (1.0); update status report (.5). | 2.50 |
| 02/22/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 02/22/08 | Cameron | Review claims for mediation (0.8); review Allegheny Center materials (0.8); review materials for omnibus hearing (0.5). | 2.10 |
| 02/22/08 | Muha | Call with J. Restivo re: mediators (0.2); research re: proposed mediators and prepare information packet for J. Restivo re: same (1.8). | 2.00 |
| 02/22/08 | Restivo | Teleconference with D. Speights (.4); research new proposed mediations (.6). | 1.00 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
March 26, 2008

Invoice Number  1677553
Page    6

| Date | Name | | Hours |
|------|------|---|-------|
| 02/23/08 | Flatley | Review J. Restivo "to do" list and respond. | .20 |
| 02/25/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 02/25/08 | Cameron | Attention to mediation issues (0.4); review Allegheny Center materials (0.7). | 1.10 |
| 02/25/08 | Muha | Attention to issues relating to proposed mediators, and e-mail to J. Restivo and R. Finke re: same. | .30 |
| 02/25/08 | Restivo | Telephone calls and e-mails with D. Speights, D. Cameron, R. Finke re: mediations. | 1.00 |
| 02/26/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 02/26/08 | Cameron | Review materials relating to mediation. | .90 |
| 02/26/08 | Rea | Revisions to Response to Allegheny Center Motion. | .70 |
| 02/26/08 | Restivo | Mediator analysis. | .50 |
| 02/27/08 | Ament | Assist T. Rea with various issues relating to PD claims (1.20); various e-mails and meetings with T. Rea re: same (.30). | 1.50 |
| 02/27/08 | Cameron | Meet with J. Restivo regarding Speights' claims (0.3); review draft response (0.6); review materials from T. Rea regarding Allegheny Center claims (0.9); review materials relating to Canadian claims (0.8). | 2.60 |
| 02/27/08 | Rea | Revisions to Response to Allegheny Center Motion. | 4.40 |

172573 W. R. Grace & Co.                          Invoice Number  1677553
60033  Claim Analysis Objection Resolution        Page    7
       & Estimation (Asbestos)
March 26, 2008


| Date | Name | | Hours |
|------|------|------|-------|
| 02/27/08 | Restivo | Emails and correspondence re: Speights' Motion for Extension (.7); draft opposition thereto (2.3); telephone calls and emails re: mediation (.5). | 3.50 |
| 02/27/08 | Restivo | Correspondence and emails re: briefs. | .50 |
| 02/28/08 | Ament | Assist T. Rea with various issues relating to PD claims (.40); e-mails with T. Rea re: same (.10). | .50 |
| 02/28/08 | Cameron | Review and revise response to Allegheny Center Motion (0.7); meet with T. Rea regarding same (0.2); review and revise draft response to Speights & Runyan motion (0.8); meet with J. Restivo regarding same (0.2); telephone call with R. Finke regarding same (0.3); review S&R motion and transcripts regarding lack of authority claims (1.4). | 3.60 |
| 02/28/08 | Rea | Revisions to Response to Allegheny Center Motion. | 2.10 |
| 02/28/08 | Restivo | Brief in Opposition to Speights' Motion for Extension of Time (2.3); emails re:  Omnibus agenda (.2). | 2.50 |
| 02/29/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). | .40 |
| 02/29/08 | Cameron | Review and revise Allegheny Center response (.5); e-mails regarding same (0.3); review and revise response to Speights motion regarding lack of authority claims (0.7); telephone call with R. Finke regarding same (0.2). | 1.70 |
| 02/29/08 | Rea | Finalization and filing of Response to Allegheny Center Motion. | 4.30 |

172573 W. R. Grace & Co.                        Invoice Number   1677553
60033  Claim Analysis Objection Resolution      Page    8
       & Estimation (Asbestos)
March 26, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 02/29/08 | Restivo | Telephone calls and emails. | .50 |

```
                                                         ------
                                        TOTAL HOURS     121.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 1.00 | at $ | 620.00 | = | 620.00 |
| Douglas E. Cameron | 33.20 | at $ | 615.00 | = | 20,418.00 |
| James J. Restivo Jr. | 23.00 | at $ | 675.00 | = | 15,525.00 |
| Traci Sands Rea | 51.90 | at $ | 435.00 | = | 22,576.50 |
| Andrew J. Muha | 2.80 | at $ | 385.00 | = | 1,078.00 |
| Rebecca E. Aten | 0.40 | at $ | 335.00 | = | 134.00 |
| Sharon A. Ament | 9.60 | at $ | 165.00 | = | 1,584.00 |

```
                    CURRENT FEES                          61,935.50
                                                        ------------

                    TOTAL BALANCE DUE UPON RECEIPT       $61,935.50
                                                        =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1677554
One Town Center Road                      Invoice Date       03/26/08
Boca Raton, FL    33486                   Client Number      172573


=============================================================================

Re:  W. R. Grace & Co.


(60035)  Grand Jury Investigation

           Fees                              14,147.00
           Expenses                               0.00

                         TOTAL BALANCE DUE UPON RECEIPT      $14,147.00
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1677554
One Town Center Road                      Invoice Date      03/26/08
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60035

================================================================================

Re:  (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2008

|   Date   | Name        |                                                  | Hours |
| -------- | ----------- | ------------------------------------------------ | ----- |
| 02/03/08 | Cameron     | Review expert report materials.                  | 1.10  |
| 02/04/08 | Cameron     | Review expert summaries re: discovery issue.     | .90   |
| 02/04/08 | Taylor-Payne| Continue research and compilation of key governmental documents. | .30 |
| 02/06/08 | Taylor-Payne| Continue research and compilation of key governmental documents. | .40 |
| 02/12/08 | Cameron     | Review expert publications (0.5); review reliance materials (0.9). | 1.40 |
| 02/12/08 | Taylor-Payne| Continue research and compilation of key governmental documents. | 1.20 |
| 02/16/08 | Cameron     | Review expert reliance materials (.80); review EPA materials (1.30). | 2.10 |
| 02/18/08 | Cameron     | Prepare and revise draft letter regarding Pooley materials (0.8); e-mails regarding same (0.3); review reliance materials (0.9). | 2.00 |
| 02/20/08 | Cameron     | Prepare for and participate in call with R. Finke and R.J. Lee Group (1.2); begin preparation of summary of projects (0.8); review additional report materials (1.1); review EPA data base materials (0.9). | 4.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1677554
60035  Grand Jury Investigation             Page    2
March 26, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/21/08 | Cameron | Follow-up on call with Grace and consultant (0.7); review research materials and recently published materials (2.4). | 3.10 |
| 02/23/08 | Cameron | Review materials from RJ Lee Group. | 1.20 |
| 02/26/08 | Cameron | Review memo regarding expert call discussing status of projects. | .70 |
| 02/27/08 | Cameron | Review e-mails and materials from RJ Lee Group (0.9); review materials from defense counsel calls (1.2). | 2.10 |
| 02/28/08 | Cameron | Review additional materials from RJ Lee Group (0.9); follow-up from conference call (0.6). | 1.50 |
| 02/28/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .60 |
| 02/29/08 | Cameron | Review materials from RJ Lee Group (1.4); e-mails regarding same (0.3). | 1.70 |
| 02/29/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.20 |

```
                                            TOTAL HOURS   25.50
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 21.80 at | $ 615.00 = | 13,407.00 |
| Jennifer L. Taylor-Payne | 3.70 at | $ 200.00 = | 740.00 |

```
                      CURRENT FEES                    14,147.00
                                                     ------------

                      TOTAL BALANCE DUE UPON RECEIPT   $14,147.00
                                                     =============
```