```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1677562
One Town Center Road                     Invoice Date        03/26/08
Boca Raton, FL   33486                   Client Number        172573



===========================================================================

Re:  W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                                    0.00
         Expenses                             2,597.64

                    TOTAL BALANCE DUE UPON RECEIPT          $2,597.64
                                                           =================
```

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number     1677562
One Town Center Road                     Invoice Date      03/26/08
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026
```

===========================================================================

Re:  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    IKON Copy Services                       67.40
    PACER                                    22.40
    Duplicating/Printing/Scanning           130.80
    Consulting Fees                       2,351.28
    Courier Service - Outside                25.76

              CURRENT EXPENSES                              2,597.64
                                                        --------------

              TOTAL BALANCE DUE UPON RECEIPT              $2,597.64
                                                        ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL  33486 | Invoice Number   1677562<br>Invoice Date     03/26/08<br>Client Number     172573<br>Matter Number      60026 |

===============================================================================

Re:  (60026)   Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 01/18/08 | PACER | 3.36 |
| 01/22/08 | PACER | .64 |
| 01/25/08 | PACER | 18.40 |
| 02/01/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 02/01/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 24 COPIES | 2.40 |
| 02/01/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 304 COPIES | 30.40 |
| 02/01/08 | Courier Service - Shipped from Pittsburgh<br>Mailroom Reed Smith LLP - Pittsburgh to<br>SHARON AMENT (WEST LEECHBURG PA 15656) | 25.76 |
| 02/04/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 02/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 52 COPIES | 5.20 |
| 02/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 02/13/08 | IKON Copy Services - - COPYING OF CNO FOR<br>MONTHLY FEE APP. | 67.40 |
| 02/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0710; 21 COPIES | 2.10 |

```
172573  W. R. Grace & Co.                              Invoice Number  1677562
60026   Litigation and Litigation Consulting           Page    2
March 26, 2008
```

| Date | Description | Amount |
|---|---|---|
| 02/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 135 COPIES | 13.50 |
| 02/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 127 COPIES | 12.70 |
| 02/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 02/26/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 14 COPIES | 1.40 |
| 02/27/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 20 COPIES | 2.00 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | 1.20 |
| 02/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 50 COPIES | 5.00 |
| 02/29/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 455 COPIES | 45.50 |
| 03/19/08 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - DOCUMENT REVIEW RE: DR. RODRICK'S DEPOSITION - Additional expert consultant fees for work on personal injury claims against W.R. Grace for January, 2008 | 2351.28 |

```
                          CURRENT EXPENSES                    2,597.64
                                                            ------------

                          TOTAL BALANCE DUE UPON RECEIPT     $2,597.64
                                                            ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      1677563
5400 Broken Sound Blvd., N.W.              Invoice Date        03/26/08
Boca Raton, FL 33487                       Client Number        172573
```

================================================================================

Re:  W. R. Grace & Co.

(60028)  ZAI Science Trial

```
        Fees                                          0.00
        Expenses                                  3,504.28

                        TOTAL BALANCE DUE UPON RECEIPT       $3,504.28
                                                             ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number   1677563 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date     03/26/08 |
| Boca Raton, FL 33487 | Client Number     172573 |
| | Matter Number       60028 |

===========================================================================

Re:  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 0.45 |
| Duplicating/Printing/Scanning | 54.30 |
| Westlaw | 3,449.53 |
| CURRENT EXPENSES | 3,504.28 |
| TOTAL BALANCE DUE UPON RECEIPT | $3,504.28 |

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number     1677563
5400 Broken Sound Blvd., N.W.            Invoice Date      03/26/08
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60028
```

==============================================================================

Re: (60028)   ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 02/05/08 | Duplicating/Printing/Scanning ATTY # 004195: 4 COPIES | .40 |
| 02/05/08 | Duplicating/Printing/Scanning ATTY # 004195: 5 COPIES | .50 |
| 02/05/08 | Duplicating/Printing/Scanning ATTY # 004195: 8 COPIES | .80 |
| 02/05/08 | Duplicating/Printing/Scanning ATTY # 004195: 7 COPIES | .70 |
| 02/06/08 | Duplicating/Printing/Scanning ATTY # 004195: 27 COPIES | 2.70 |
| 02/06/08 | Duplicating/Printing/Scanning ATTY # 004195: 9 COPIES | .90 |
| 02/13/08 | Westlaw - Legal research on damages, injury, and contamination. | 568.18 |
| 02/13/08 | Westlaw - Legal research on damages, injury, and contamination. | 7.11 |
| 02/14/08 | Telephone Expense 312-861-2162/CHICAGO, IL/4 | .20 |
| 02/17/08 | Duplicating/Printing/Scanning ATTY # 0559; 464 COPIES | 46.40 |
| 02/19/08 | Westlaw - Legal research on damages, injury, and contamination. | 1361.03 |
| 02/20/08 | Westlaw - Legal research on damages, injury, and contamination. | 707.21 |

| | | |
|---|---|---|
| 172573  W. R. Grace & Co. | | Invoice Number  1677563 |
| 60028   ZAI Science Trial | | Page    2 |
| March 26, 2008 | | |

| | | |
|---|---|---|
| 02/21/08 | Telephone Expense<br>302-656-7540/WILMINGTON, DE/5 | .25 |
| 02/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 02/22/08 | Westlaw - Legal research on damages, injury, and contamination. | 699.48 |
| 02/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/25/08 | Westlaw - Legal research on damages, injury, and contamination. | 106.52 |
| | CURRENT EXPENSES | 3,504.28 |
| | TOTAL BALANCE DUE UPON RECEIPT | $3,504.28 |

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1677564<br>Invoice Date      03/26/08<br>Client Number     172573 |

================================================================================

Re:  W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

   Fees               0.00
   Expenses            694.25

        TOTAL BALANCE DUE UPON RECEIPT    $694.25
                           =============

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number   1677564<br>Invoice Date     03/26/08<br>Client Number    172573<br>Matter Number     60033 |

===========================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 7.95 |
| PACER | 40.88 |
| Duplicating/Printing/Scanning | 42.80 |
| Westlaw | 479.12 |
| Telephone - Outside | 109.50 |
| General Expense | 14.00 |

```
              CURRENT EXPENSES                          694.25
                                                    --------------

              TOTAL BALANCE DUE UPON RECEIPT          $694.25
                                                    ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1677564<br>Invoice Date      03/26/08<br>Client Number      172573<br>Matter Number       60033 |

================================================================================

Re:  (60033)  Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 01/30/08 | PACER | 3.52 |
| 01/31/08 | PACER | 37.36 |
| 02/01/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.00 |
| 02/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 02/04/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 8 COPIES | .80 |
| 02/04/08 | Westlaw - Legal research for preparation of<br>response to Allegheny Center motion. | 34.17 |
| 02/06/08 | Duplicating/Printing/Scanning<br>ATTY # 0886; 54 COPIES | 5.40 |
| 02/06/08 | Westlaw - Legal research for preparation of<br>response to Allegheny Center motion. | 125.35 |
| 02/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 02/07/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 02/07/08 | Westlaw - Legal research for preparation of<br>response to Allegheny Center motion. | 18.00 |
| 02/08/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |

```
172573 W. R. Grace & Co.                              Invoice Number  1677564
60033  Claim Analysis Objection Resolution            Page     2
       & Estimation (Asbestos)
March 26, 2008
```

| Date | Description | Amount |
|---|---|---|
| 02/08/08 | Westlaw - Legal research for preparation of response to Allegheny Center motion. | 24.00 |
| 02/11/08 | Telephone - Outside - - VENDOR: JAMES J. RESTIVO, JR. GRACE COURT CALL 11/26/07 | 109.50 |
| 02/11/08 | Telephone Expense 561-362-1959/BOCA RATON, FL/2 | .10 |
| 02/11/08 | Duplicating/Printing/Scanning ATTY # 0559; 7 COPIES | .70 |
| 02/11/08 | Westlaw - Legal research for preparation of response to Allegheny Center motion. | 81.00 |
| 02/14/08 | Telephone Expense 410-531-4355/COLUMBIA, MD/14 | .70 |
| 02/14/08 | Telephone Expense 803-943-8094/HAMPTON, SC/20 | 1.00 |
| 02/14/08 | Telephone Expense 410-531-4355/COLUMBIA, MD/2 | .10 |
| 02/15/08 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 02/15/08 | Westlaw - Legal research for preparation of response to Allegheny Center motion. | 24.07 |
| 02/17/08 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPY | .10 |
| 02/17/08 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPY | .10 |
| 02/17/08 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPY | .10 |
| 02/17/08 | Duplicating/Printing/Scanning ATTY # 000559: 6 COPIES | .60 |
| 02/18/08 | Duplicating/Printing/Scanning ATTY # 0559; 6 COPIES | .60 |
| 02/18/08 | Duplicating/Printing/Scanning ATTY # 0559; 5 COPIES | .50 |
| 02/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 4 COPIES | .40 |

```
172573  W. R. Grace & Co.                              Invoice Number   1677564
60033   Claim Analysis Objection Resolution            Page    3
        & Estimation (Asbestos)
March 26, 2008
```

| Date | Description | Amount |
|---|---|---|
| 02/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 02/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 02/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 02/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 02/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 02/19/08 | Duplicating/Printing/Scanning ATTY # 0349; 4 COPIES | .40 |
| 02/20/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/50 | 2.50 |
| 02/20/08 | Telephone Expense 724-387-1869/EXPORT, PA/44 | 2.15 |
| 02/20/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/22 | 1.10 |
| 02/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 02/21/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/6 | .30 |
| 02/21/08 | Duplicating/Printing/Scanning ATTY # 0559; 6 COPIES | .60 |
| 02/21/08 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 02/22/08 | Duplicating/Printing/Scanning ATTY # 000710: 21 COPIES | 2.10 |
| 02/27/08 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 02/27/08 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 02/27/08 | Duplicating/Printing/Scanning ATTY # 4810; 172 COPIES | 17.20 |

```
172573  W. R. Grace & Co.                              Invoice Number  1677564
60033   Claim Analysis Objection Resolution            Page    4
        & Estimation (Asbestos)
March 26, 2008
```

| | | |
|---|---|---:|
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 02/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 02/29/08 | General Expense - - VENDOR: THE BOX COMPANY.COM STORAGE BOXES | 7.00 |
| 02/29/08 | General Expense - - VENDOR: THE BOX COMPANY.COM STORAGE BOXES | 7.00 |
| 02/29/08 | Westlaw  - Legal research for preparation of response to Allegheny Center motion. | 172.53 |
| 02/29/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 18 COPIES | 1.80 |
| 02/29/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 38 COPIES | 3.80 |

```
                            CURRENT EXPENSES                     694.25
                                                            -------------
                            TOTAL BALANCE DUE UPON RECEIPT      $694.25
                                                            =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1677565<br>Invoice Date        03/26/08<br>Client Number        172573 |

======================================================================

Re:  W. R. Grace & Co.

(60035)  Grand Jury Investigation

          Fees                                        0.00
          Expenses                                   16.66

                  TOTAL BALANCE DUE UPON RECEIPT           $16.66
                                                      =============

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1677565
One Town Center Road                     Invoice Date       03/26/08
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60035

==========================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Courier Service - Outside                       16.66


                        CURRENT EXPENSES                          16.66
                                                          -------------

                        TOTAL BALANCE DUE UPON RECEIPT           $16.66
                                                          =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      1677565
One Town Center Road                          Invoice Date       03/26/08
Boca Raton, FL   33486                        Client Number       172573
                                              Matter Number        60035

=========================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     02/01/08   Courier Service - Outside                           8.33
                Courier Service on 01/06/08 Rob Arnett

     02/01/08   Courier Service - Outside                           8.33
                Courier Service on 01/07/08 Rob Arnett

                          CURRENT EXPENSES                         16.66
                                                              ------------

                          TOTAL BALANCE DUE UPON RECEIPT          $16.66
                                                              ============
```