**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | | **Related Docket No.: 18304** |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'**
**AND THE FUTURE CLAIMANTS' REPRESENTATIVE'S STATEMENT**
**CONCERNING WITNESS ORDER FOR THE APRIL AND MAY**
**PORTIONS OF THE ESTIMATION HEARING**

Pursuant to the Revised and Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("CMO"), dated December 5, 2007, and the Court's directive at the March 26, 2008 hearing, the Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR") hereby disclose the witnesses they expect to call in the April and May portions of the Estimation Hearing, in the order set forth below.  We have also listed the date on which we estimate we will call each witness. This list assumes the following:

That the testimony of Debtors' final "live" witness, Dr. Thomas Florence, will be completed March 31.   On April 1, the ACC and FCR will call Dr. Arnold Brody, whose direct examination is expected to last two hours; the remainder of the day will revert to the Debtors' case and will result in the completion of the deposition readings and introduction into evidence of any remaining materials by the Debtors in their case, at which point the Debtors will rest. This list also assumes that no significant time will be required to resolve objections nor will be devoted to any extended colloquies about the witnesses or the evidence.

The ACC/FCR witnesses will be presented in the order set forth below.  In the case of most ACC/FCR expert witnesses, we expect to call two witnesses per day.  The testimony of Dr. Mark Peterson and Ms. Jennifer Biggs is expected to consume two full days.

**<u>April Witnesses</u>**

Dr. Arnold Brody      April 1 (per agreement with the Debtors)

Dr. Victor Roggli      (only available April 7)[1]

Dr. Laura Welch      (April 7 or 8)

Steve Hays      (April 8)

Mr. Jay Hughes (by deposition) (April 8 or as time permits)

Mr. Robert Beber (by deposition)(April 8 or as time permits)

Prof. Marshall Shapo  (April 9)

Mr. Steve Snyder      (April 9 or April 14)

Mr. Joseph Radecki    (April 9 or 14)[2]

Mr. Peter Kraus      (April 14)

Mr. Jeff Posner (by deposition)(as time permits)

Mr. David Siegel (by deposition)(as time permits)

Dr. Mark Peterson      (April 15)

Ms. Jennifer Biggs      (April 16)

---

[1]      As Dr. Roggli is only available April 7, and Dr. Welch is available either April 7 or 8, the ACC and FCR have reversed the order of these two witnesses to ensure that Dr. Roggli's testimony can be completed on April 7.

[2]      The ACC and FCR do not need to call Mr. Radecki if the opposing parties will stipulate that the inflation and discount rates which Mr. Radecki calculated for Ms. Biggs and Dr. Peterson are reasonable and appropriate and that it is permissible for Ms. Biggs and Dr. Peterson to rely on Mr. Radecki's work even if he does not testify.

**May Witnesses**

Dr. William Longo      (May 5 or 6)[3]

Mr. Daniel Myer        (May 5 or 6)

Prof. Eric Stallard       (May 7)

The ACC and FCR also expect to present testimony by deposition or prior trial from Donald Prouty, Braxton Colley and representatives of Rust Consulting and BMC. That testimony, the deposition testimony of Messrs. Beber, Hughes, Siegel and Posner, and any other deposition testimony the ACC or FCR intend to offer, will be designated 14 days in advance of presentation as required by the CMO and will be presented to the Court during the Estimation Hearing when time is available between live witness testimony.

The order of witnesses and expected date of testimony could change if Grace spends more time in cross-examination than anticipated.   This list does not include rebuttal witnesses.

Dated: March 28, 2008

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Marla R. Eskin (DE ID No. 2989)
Mark T. Hurford (DE ID No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

– and –

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10022-4614
Telephone: (212) 319-7125

Peter Van N. Lockwood

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (DE ID No. 110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

– and –

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard Wyron
Raymond G. Mullady, Jr.
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8400

---

[3]      Mr. Longo is only available May 5 or 6.

Nathan D. Finch
Walter B. Slocombe
James P. Wehner
One Thomas Circle, NW
Washington, DC  20005
Tel: (202) 862–5000

*Counsel to the Official Committee of Asbestos
Personal Injury Claimants*

John Ansbro
666 Fifth Avenue
New York, NY 10103
(212) 506-5000

*Counsel to David T. Austern, Future Claimants'
Representative*