**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

     I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 28, 2008, I caused a copy of *The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representative's Statement Concerning Witness Order for the March and April Portions of the Estimation Hearing* to be served upon the individuals on the attached service list, in the manner indicated.

                                     CAMPBELL & LEVINE, LLC

                                     */s/Mark Hurford*
                                     Mark T. Hurford (No. 3299)
                                     800 N. King Street
                                     Suite 300
                                     Wilmington, DE  19801
                                     (302) 426-1900

Dated: March 28, 2008

{D0108494.1 }