IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 28, 2008 I caused a copy of the *The Official Committee Of Asbestos Personal Injury Claimants Response To Debtors' Motion In Limine To Exclude The Expert Testimony Of Stephen M. Snyder* to be served upon the individuals on the 2002 service list via first-class mail unless otherwise indicated.

Dated: March 28, 2008                             CAMPBELL & LEVINE, LLC


                                                  */s/Mark Hurford*
                                                  Mark T. Hurford (DE No. 3299)
                                                  800 North King Street
                                                  Suite 300
                                                  Wilmington, DE 19801
                                                  (302) 426-1900

{D0108490.1 }