IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED

2008 MAR 28 AM 9:59

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO | ) | Case Number 01-01139 |
| | ) | |
| Debtor | ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR CESSATION OF SERVICE OF PAPERS

Please take notice that Westover Investments, L.L.C., a party-in-interest, hereby appears in the above-captioned case under Chapter 11 of the United States Bankruptcy Code and requests to be removed from the service list. The undersigned requests that copies of all papers, including but not limited to, all notices, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein, whether formal or informal, in the above captioned case and any other cases consolidated herewith, **NO LONGER** be given and to and duly served upon the undersigned at the address set forth below:

Dated: March 24th, 2008

> Michael Selig
> Westover Investments, L.L.C.
> 555 Old Garth Road
> Charlottesville, VA 22901
> Telephone: 804 989 0344
> Telecopier: 804 923 8562

cc:
Laura Davis Jones, Esq.
Pachulski, Stand, Ziehl, Young & Jones
PO Box 8705
Wilmington DE 19899-8705

James H.M. Sprayregan, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601