# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Matter 88 - Acton Site OU3

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 2.2 | $1,243.00 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 2.2 | $1,243.00 |



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 28, 2008
Invoice No.: 410702
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through February 29, 2008

                Fees                 $1,243.00

            **Total Fees and Disbursements**      **$1,243.00**

Matter No.: 08743.00088  Invoice No.: 410702
Re: Acton Site OU3  March 28, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/06/08 | Jaffe | Review, revise draft sediment report and email to Ms. Johns regarding same (2.2). | 2.2 |
| | | **Total Hours** | **2.2** |

Matter No.: 08743.00088  Invoice No.: 410702
Re: Acton Site OU3  March 28, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 2.2 |

| | |
|---|---|
| Total Fees | $1,243.00 |
| | |
| | |
| Total Fees | $1,243.00 |
| Total Fees and Disbursements | $1,243.00 |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 28, 2008
Invoice No.: 410702
Matter No.: 08743.00088

Re:   Acton Site OU3

Total Fees and Disbursements           $1,243.00

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 410702
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 0.9 | $508.50 |
| Adam P. Kahn | Partner | Environmental | $565.00 | 0.7 | $395.50 |
| Elizabeth A. Rice | Paralegal | Environmental | $225.00 | 2.7 | $607.50 |
| TOTAL | | | | 4.3 | $1,511.50 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $57.36 |
| Computer Research (PACER) | $ 2.40 |
| TOTAL | $59.76 |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 28, 2008
Invoice No.: 410703
Matter No.: 08743.00101

Re: **Bankruptcy Matters**

For Professional Services rendered through February 29, 2008

| | |
|---|---|
| Fees | $1,511.50 |
| Disbursements | <u>59.76</u> |
| **Total Fees and Disbursements** | **$1,571.26** |

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/11/08 | Rice | Review and revise and arrange for filing and service of monthly fee application for November 2007 (0.5). | 0.5 |
| 02/11/08 | Kahn | Attention to quarterly application (0.4). | 0.4 |
| 02/12/08 | Rice | Review and revise and arrange for filing and service of monthly fee application for December 2007 (0.4). | 0.4 |
| 02/13/08 | Rice | Review and revise quarterly fee application for October 2007 -December 2007 (0.4). | 0.4 |
| 02/13/08 | Jaffe | Prepare quarterly fee application (0.9). | 0.9 |
| 02/14/08 | Kahn | Attention to quarterly filing (0.3). | 0.3 |
| 02/14/08 | Rice | Review and revise and arrange for filing and service of quarterly fee application for October - December 2007 (0.6). | 0.6 |
| 02/28/08 | Rice | Review, revise and arrange for filing and service of monthly fee application for January 2008 (0.8). | 0.8 |
| | | **Total Hours** | **4.3** |

To ensure proper credit to your account,
please include remittance page with your payment.

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Kahn | 0.7 |
| Rice | 2.7 |
| Jaffe | 0.9 |

| | |
|---|---|
| **Total Fees** | $1,511.50 |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/29/08 | In-House Photocopying | 57.36 |
| 02/29/08 | Computer Research, PACER | 2.40 |
| | **Total Disbursements** | **$59.76** |

| | |
|---|---|
| **Total Fees** | $1,511.50 |
| **Total Disbursements** | <u>59.76</u> |
| **Total Fees and Disbursements** | <u>$1,571.26</u> |

To ensure proper credit to your account,
please include remittance page with your payment.


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 28, 2008
Invoice No.: 410703
Matter No.: 08743.00101

Re:   Bankruptcy Matters

Total Fees and Disbursements                $1,571.26

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00101, **Invoice #:** 410703
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 5.7 | $3,220.50 |
| Elisabeth M. DeLisle | Associate | Environmental | $565.00 | 8.1 | $3,321.00 |
| | | | | | |
| TOTAL | | | | 13.8 | $6,541.50 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $1.75 |
| | |
| TOTAL | $1.75 |



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

March 28, 2008
Invoice No.: 410704
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

For Professional Services rendered through February 29, 2008

|                                | |
|---|---|
| Fees | $6,541.50 |
| Disbursements | 1.75 |
| **Total Fees and Disbursements** | **$6,543.25** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP     BOSTON     WASHINGTON, DC     www.foleyhoag.com

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 02/08/08 | Jaffe | Telephone call with Ms. Duff, telephone call to Mr. Campbell, and emails with team regarding meeting with Covidien (0.6). | 0.6 |
| 02/11/08 | DeLisle | Discussions with S. Jaffe regarding drafting of settlement agreement (0.3). | 0.3 |
| 02/11/08 | Jaffe | Office conference with E. DeLisle and emails with Ms. Duff and Mr. Campbell regarding Covidien settlement (0.8). | 0.8 |
| 02/12/08 | DeLisle | Review drafts of agreements (0.7); review site background information (1.0); work on drafting stipulation (1.0). | 2.7 |
| 02/13/08 | DeLisle | Review example agreements (0.6); review site background information (0.5); draft and edit settlement stipulation (2.2); discussions with S. Jaffe regarding same (0.3). | 3.6 |
| 02/14/08 | DeLisle | Work on editing settlement stipulation (1.5). | 1.5 |
| 02/14/08 | Jaffe | Office conference with E. DeLisle regarding settlement issues and reviewing draft stipulation (0.8). | 0.8 |
| 02/15/08 | Jaffe | Review draft settlement and email to Ms. Duff regarding same (0.4). | 0.4 |
| 02/26/08 | Jaffe | Review Covidien settlement issues (0.9). | 0.9 |
| 02/27/08 | Jaffe | Review draft Covidien settlement (0.4); document review for same (0.4). | 0.8 |
| 02/28/08 | Jaffe | Work on draft settlement with Covidien (0.6). | 0.6 |
| 02/29/08 | Jaffe | Review Grace / Covidien settlement issues (0.8). | 0.8 |
| | | **Total Hours** | **13.8** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| DeLisle | 8.1 |
| Jaffe | 5.7 |

**Total Fees** $6,541.50

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/29/08 | Telephone | 1.75 |

**Total Disbursements** $1.75

Total Fees $6,541.50
Total Disbursements 1.75
**Total Fees and Disbursements** **$6,543.25**

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

March 28, 2008
Invoice No.: 410704
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**             **$6,543.25**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 410704
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company