## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: April 17, 2008 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### EIGHTIETH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**[2]

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 01/31/08 | Correspond with W. Hatfield regarding motion in; Revise legal argument for motion in limine; Incorporate statement of facts and procedural history brief points form partial summary judgment brief into motion in limine against Weja and Teich; Compose legal argument for motion in limine against Weja and Teich. | | |
|---|---|---|---|
| 3 | H. Clayton | 5.3 | 1,245.50 |
| 02/01/08 | Call with B. Miller on Weja case issues and pre-trial and trial issues. | | |
| 3 | W. Hatfield | 0.5 | 200.00 |
| 02/01/08 | Memo to R Rose on Miller issues and UST certification. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 02/01/08 | Review and revise motions in limine seeking declaratory judgment against Weja/Teich and Richards/Sunrich based on terms of respective leases. | | |
| 3 | C. Otero | 4.5 | 1,642.50 |
| 02/01/08 | Research New Jersey case law regarding interpretation of contract language; Research in motion in limine against Richards/Sunrich; Draft and edit preliminary statement for motion in limine against Richards/Sunrich; Draft preliminary statement for motion in limine against Weja/Teich. | | |
| 3 | H. Clayton | 4.9 | 1,151.50 |
| 02/02/08 | Memos with R. Rose on B. Miller issues. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |
| 02/03/08 | Follow up regarding settlement strategies. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 02/04/08 | Memo from Sun counsel and address bankruptcy approval issues. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 02/04/08 | Address Miller transcript request and prepare cover letter to B. Miller. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

83033743A01031908

| 02/04/08 3 | Address draft motions in limine and argument/strategy issues for same. W. Hatfield | 1.6 | 640.00 |

| 02/04/08 3 | Strategize and consider arguments to be made in motions in limine seeking declaratory judgment. C. Otero | 0.8 | 292.00 |

| 02/04/08 3 | Further revisions to motion in limine. C. Otero | 1.7 | 620.50 |

| 02/04/08 3 | Correspond with C. Otero regarding motions in limine against Richards/Sunrich and Weja; Edit motion papers to incorporate changes. H. Clayton | 1.6 | 376.00 |

| 02/04/08 3 | Attention to filing date of motions in limine. J. Spielberg | 0.4 | 134.00 |

| 02/04/08 14 | Worked with W. Hatfield regarding case status and retrieval of trial testimony for W. Miller. S. Parker | 0.2 | 30.00 |

| 02/04/08 14 | Reviewed file indices and corresponding files in order to compile trial testimony of W. Miller and made copies of same S. Parker | 0.9 | 135.00 |

| 02/04/08 14 | Worked with W. Hatfield regarding trial testimony of W. Miller. S. Parker | 0.1 | 15.00 |

| 02/05/08 14 | Review Teich/Weja brief in opposition to motion for partial summary judgment. R. Rose | 0.8 | 396.00 |

| 02/05/08 14 | Follow up with W. Hatfield and R. Rose regarding handling of summary judgment motion and strategy. A. Marchetta | 0.5 | 310.00 |

| 02/05/08 3 | Address Weja/Tiech opposition papers and outline of argument for reply. W. Hatfield | 0.7 | 280.00 |

| 02/05/08 3 | Finalize revisions to motion in limine seeking declaratory judgment against Weja. C. Otero | 2.1 | 766.50 |

| 02/05/08 | Review Defendant's Brief in Opposition to W.R. Grace's Motion for Partial Summary Judgment and Defendant's response to W.R. Grace's Statement of |

3

Material Facts;   Correspond with W. Hatfield and J. Spielberg regarding response to Defendant's opposition papers;   Correspond with R. Rose regarding same.

| | | | |
|---|---|---|---|
| 3 | H. Clayton | 2.8 | 658.00 |
| 02/05/08 | Continued to draft motion in limine. | | |
| 3 | J. Spielberg | 5.0 | 1,675.00 |
| 02/05/08 | Strategize w/ W. Hatfield and H. Clayton regarding Reply Brief. | | |
| 3 | J. Spielberg | 0.4 | 134.00 |
| 02/06/08 | Follow up regarding letter from Weja's counsel re property in Hamptons. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |
| 02/06/08 | Review Weja opposition brief and papers and formulate reply arguments. | | |
| 3 | W. Hatfield | 1.8 | 720.00 |
| 02/06/08 | Review and comment on draft motion in limine papers. | | |
| 3 | W. Hatfield | 2.5 | 1,000.00 |
| 02/06/08 | Review letter from Weja counsel on Teich transfer and memo on same. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |
| 02/06/08 | Review Teich counsel confirmation letter concerning reconveyance of Long Island property. | | |
| 14 | R. Rose | 0.1 | 49.50 |
| 02/06/08 | Telephone conference with Court regarding status. | | |
| 3 | J. Borg | 0.1 | 40.50 |
| 02/06/08 | Continued to draft and revise motion in limine. | | |
| 3 | J. Spielberg | 2.9 | 971.50 |
| 02/06/08 | Review Appellate Division Decision regarding remand of contract claims for trial by jury; Draft legal argument of reply brief regarding remand of contract claims for trial by jury; Review cases cited by defendants in opposition brief regarding veil piercing issues; Review Appellate Briefs and Supreme Court Briefs regarding veil piercing issues; Draft legal argument regarding veil piercing issues and defendant's failure to cross appeal relevant issues; Review defendants response to Grace's Statement of Material Fact regarding same. | | |
| 3 | H. Clayton | 6.5 | 1,527.50 |
| 02/07/08 | Follow up regarding issues in case and review re strategy. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |

4

| 02/07/08 | Address Teich NYS motion issues and memo to J. Borg with letter from defense counsel. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.3 | 120.00 |

| 02/07/08 | Reply to Sunoco counsel on status of matter. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.2 | 80.00 |

| 02/07/08 | Address reply arguments to Weja's opposition brief on PSJ motion and review and revise initial draft of papers. | | |
|---|---|---|---|
| 3 | W. Hatfield | 6.0 | 2,400.00 |

| 02/07/08 | Address revisions to motions in limine. | | |
|---|---|---|---|
| 3 | W. Hatfield | 4.6 | 1,840.00 |

| 02/07/08 | Review/Analysis correspondence from W. Hatfield regarding request to reconvey property to W. Teich. | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 121.50 |

| 02/07/08 | Telephone conference with Court regarding status. | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 121.50 |

| 02/07/08 | Draft and revise motions in limine for declaratory judgment against Weja/Teich and Sunrich; strategize and consider legal arguments to be made in Grace's Reply to Weja's Opposition to Partial Summary Judgment Motion. | | |
|---|---|---|---|
| 3 | C. Otero | 5.8 | 2,117.00 |

| 02/07/08 | Draft reply brief Legal Argument regarding UST registration and removal costs; Review defendants' response to Grace's Statement of Material Facts regarding same; Draft reply brief preliminary statement. | | |
|---|---|---|---|
| 3 | H. Clayton | 4.9 | 1,151.50 |

| 02/07/08 | Drafted W. Hatfield Cert. for Motion in Limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.9 | 301.50 |

| 02/07/08 | Strategize with W. Hatfield regarding motion in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.6 | 536.00 |

| 02/07/08 | Conducted additional research on reopening discovery for trial on remand. | | |
|---|---|---|---|
| 3 | J. Spielberg | 3.0 | 1,005.00 |

| 02/08/08 | E-mails and telephone call with R. Rose regarding adjournment of New York proceedings and Teich transfer. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 02/08/08 | E-mail from J. Borg concerning N.Y. fraudulent conveyance proceeding; | | |

5

|  |  |  |  |
|---|---|---|---|
| | telephone call from A. Marchetta concerning same. | | |
| 14 | R. Rose | 0.2 | 99.00 |
| 02/08/08 | Address motion in limine revisions and expert issues. | | |
| 3 | W. Hatfield | 0.5 | 200.00 |
| 02/08/08 | Review and revise reply brief and address research issues. | | |
| 3 | W. Hatfield | 1.6 | 640.00 |
| 02/08/08 | Address status of NYS motion on Teich transfer; call and memos with J. Borg on matter. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 02/08/08 | Numerous telephone conferences with W. Hatfield regarding status. | | |
| 3 | J. Borg | 0.2 | 81.00 |
| 02/08/08 | Preparation of correspondence to W. Hatfield regarding status. | | |
| 3 | J. Borg | 0.3 | 121.50 |
| 02/08/08 | Telephone conference with Court regarding status of Petition. | | |
| 3 | J. Borg | 0.2 | 81.00 |
| 02/08/08 | Strategize with W. Hatfield and H. Clayton regarding reply brief and motions in limine. | | |
| 3 | J. Spielberg | 1.7 | 569.50 |
| 02/08/08 | Reviewed and revised memorandum in support of motion in limine. | | |
| 3 | J. Spielberg | 3.2 | 1,072.00 |
| 02/08/08 | Prepared filing letter for reply brief to Clerk. | | |
| 3 | J. Spielberg | 0.2 | 67.00 |
| 02/08/08 | Prepared certificate of service for reply brief. | | |
| 3 | J. Spielberg | 0.1 | 33.50 |
| 02/08/08 | Correspond with W. Hatfield regarding revised version of reply brief; Incorporate comments and edits into brief; Create Table of Contents and Table of Authorities section of reply brief; Respond to additional disputed statements of fact; Correspond with W. Hatfield and J. Spielberg regarding revised version of reply brief. | | |
| 3 | H. Clayton | 3.8 | 893.00 |
| 02/09/08 | Reviewed and revised 3 motions in limine and reply brief. | | |
| 3 | J. Spielberg | 3.7 | 1,239.50 |
| 02/10/08 | Review draft of Grace's reply brief on motion for pretrial summary | | |

6

| | | | |
|---|---|---|---|
| 14 | judgment and discuss with J. Spielberg.<br>R. Rose | 0.8 | 396.00 |
| 02/10/08<br>3 | Address research on motions and law of the case doctrine.<br>W. Hatfield | 0.4 | 160.00 |
| 02/10/08<br>3 | Researched issue of law of the case.<br>J. Spielberg | 1.2 | 402.00 |
| 02/11/08<br>14 | Revise and edit revisions to Grace's reply brief on motion for partial summary judgment.<br>R. Rose | 0.9 | 445.50 |
| 02/11/08<br>3 | Review and revise reply brief for filing.<br>W. Hatfield | 2.2 | 880.00 |
| 02/11/08<br>3 | Address revisions to limine motion on expert issues.<br>W. Hatfield | 1.2 | 480.00 |
| 02/11/08<br>3 | Review and revise motion in limine on Richards/Sunrich and 1970 Lease allocation of liability.<br>W. Hatfield | 1.0 | 400.00 |
| 02/11/08<br>3 | Correspond with W. Hatfield regarding changes to Motion In Limine against Richards/Sunrich; Incorporate changes into same.<br>H. Clayton | 1.8 | 423.00 |
| 02/11/08<br>3 | Revised motion in limine to preclude expert material.<br>J. Spielberg | 3.1 | 1,038.50 |
| 02/11/08<br>3 | Prepared filing letter to court, notice of motion, certificate of service and proposed form of order for each of the three motions in limine.<br>J. Spielberg | 2.0 | 670.00 |
| 02/11/08<br>3 | Finalized filing letter to Court.<br>J. Spielberg | 0.1 | 33.50 |
| 02/11/08<br>3 | Finalized Certificate of Service.<br>J. Spielberg | 0.1 | 33.50 |
| 02/11/08<br>3 | Continued to revise and finalize Reply Brief.<br>J. Spielberg | 1.9 | 636.50 |
| 02/11/08<br>3 | Strategize with W. Hatfield and H. Clayton regarding motions in limine.<br>J. Spielberg | 0.3 | 100.50 |

7

| 02/12/08 | Review and revise motion in limine on 1982 Lease against Weja/Teich. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.5 | 600.00 |

| 02/12/08 | Address revisions to motion in limine against Richards/Sunrich. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.9 | 360.00 |

| 02/12/08 | Review and edit Grace motion in limine to establish Richards' liability under terms of 1970 Lease; review draft of motion in limine concerning Weja's use of Shell's expert. | | |
|---|---|---|---|
| 14 | R. Rose | 1.3 | 643.50 |

| 02/12/08 | Correspond with W. Hatfield regarding changes to Motion In Limine against Weja/Teich; Incorporate changes into Motion In Limine. Correspond with R. Rose and J. Spielberg regarding current drafts of Motion In Limine against Weja/ Teich and Richards/Sunrich; Incorporate R. Rose changes into same; Draft Certification of W. Hatfield for Motion in Limine against Weja/Teich; Draft Certification of W. Hatfield for Motion In Limine against Richards/Sunrich. | | |
|---|---|---|---|
| 3 | H. Clayton | 5.2 | 1,222.00 |

| 02/12/08 | Strategize with B. Rose and H. Clayton regarding motions in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.3 | 100.50 |

| 02/12/08 | Strategize with W. Hatfield and H. Clayton regarding motions in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.9 | 636.50 |

| 02/12/08 | Revised motions in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 3.1 | 1,038.50 |

| 02/13/08 | Review and finalize limine motion and papers against Weja/Teich. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.5 | 600.00 |

| 02/13/08 | Review and finalize limine motion and papers against Richards/Sunrich. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.5 | 600.00 |

| 02/13/08 | Prepare argument outline for R. Rose on PSJ motion hearing. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.3 | 520.00 |

| 02/13/08 | Review information regarding resolution of New York litigation. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 02/13/08 | Edit revised drafts of in limine motions and discuss with W. Hatfield; begin review of motion papers for partial summary judgment against Teich. | | |
|---|---|---|---|
| 14 | R. Rose | 2.4 | 1,188.00 |

| 02/13/08 | Telephone conference with W. Hatfield regarding status and strategy. | | |
|---|---|---|---|

8

| | | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 40.50 |

| | | | |
|---|---|---|---|
| 02/13/08 | Telephone conference with Court regarding status of Petition. | | |
| 3 | J. Borg | 0.3 | 121.50 |

| | | | |
|---|---|---|---|
| 02/13/08 | Preparation of numerous correspondence to W. Hatfield regarding status and strategy. | | |
| 3 | J. Borg | 0.2 | 81.00 |

| | | | |
|---|---|---|---|
| 02/13/08 | Review/Analysis numerous correspondence from W. Hatfield regarding status and strategy. | | |
| 3 | J. Borg | 0.2 | 81.00 |

| | | | |
|---|---|---|---|
| 02/13/08 | Finalized motion in limine brief, certifications, notice of motions, proposed forms of order, filing letters to court. | | |
| 3 | J. Spielberg | 5.7 | 1,909.50 |

| | | | |
|---|---|---|---|
| 02/14/08 | Complete review of motion papers in preparation for oral argument on Grace's motion for partial summary judgment; address outline of oral argument; attention e-mails to trial experts and witnesses. | | |
| 14 | R. Rose | 3.2 | 1,584.00 |

| | | | |
|---|---|---|---|
| 02/14/08 | E-mail regarding New York proceeding versus Teich. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |

| | | | |
|---|---|---|---|
| 02/14/08 | Memos to expert witnesses and call with C. Tsentas on trial schedule and prep issues and memos with J. Trela on prep schedule and contract issues. | | |
| 3 | W. Hatfield | 0.9 | 360.00 |

| | | | |
|---|---|---|---|
| 02/14/08 | Address NYS matter and memo from J. Borg. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |

| | | | |
|---|---|---|---|
| 02/14/08 | Prepare letters to client with PSJ opposition and reply motion papers and motions in limine. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

| | | | |
|---|---|---|---|
| 02/14/08 | Prepare outline of oral argument for PSJ motion and discuss hearing strategy with R. Rose and preparations for same. | | |
| 3 | W. Hatfield | 1.8 | 720.00 |

| | | | |
|---|---|---|---|
| 02/14/08 | Telephone conference with Court regarding status of Petition. | | |
| 3 | J. Borg | 0.3 | 121.50 |

| | | | |
|---|---|---|---|
| 02/14/08 | Preparation of correspondence to W. Hatfield regarding Court's willingness to adjourn Petition. | | |
| 3 | J. Borg | 0.1 | 40.50 |

9

| 02/14/08 3 | Attention to e-mail to expert witnesses. J. Spielberg | 0.1 | 33.50 |

| 02/14/08 3 | Strategize regarding Motion of Partial Summary Judgment oral argument; Prepare sections of Appellate and Supreme Court briefs for oral argument. H. Clayton | 1.1 | 258.50 |

| 02/15/08 14 | Final review of briefs in preparation for oral argument; travel to Hudson County Court House in Jersey City and argue Grace's motions for partial summary judgment; return to Morristown; e-mail to client concerning same. R. Rose | 3.0 | 1,485.00 |

| 02/15/08 14 | Follow up regarding summary judgment argument. A. Marchetta | 0.6 | 372.00 |

| 02/15/08 3 | Memos on witness preparations for trial. W. Hatfield | 0.4 | 160.00 |

| 02/15/08 3 | Review memos on PSJ argument. W. Hatfield | 0.2 | 80.00 |

| 02/21/08 14 | Review Richards/Sunrich brief in opposition to in limine motions. R. Rose | 1.1 | 544.50 |

| 02/21/08 3 | Address Teich NYS motion issues. W. Hatfield | 0.2 | 80.00 |

| 02/21/08 3 | Address motion status issues and memos. W. Hatfield | 0.4 | 160.00 |

| 02/21/08 3 | Preparation of correspondence to W. Hatfield regarding motion. J. Borg | 0.1 | 40.50 |

| 02/21/08 3 | Reviewed opposition papers to Sunrich motion in limine. J. Spielberg | 0.7 | 234.50 |

| 02/21/08 3 | Reviewed issue of liability for spills at property during Sunrich period under lease. J. Spielberg | 3.4 | 1,139.00 |

| 02/21/08 3 | Strategize w/ H. Clayton regarding motions in limine and trial issues. J. Spielberg | 0.9 | 301.50 |

| 02/21/08 | Review Richards/Sunrich brief in opposition to Grace's Motion in Limine; Correspond with R. Rose and J. Spielberg regarding same; Research cases |

10

| | | | |
|---|---|---|---|
| 3 | involving pre-CERCLA and pre-Spill contracts.<br>H. Clayton | 3.7 | 869.50 |
| 02/22/08<br>14 | E-mail to W. Hatfield concerning status.<br>R. Rose | 0.1 | 49.50 |
| 02/22/08<br>14 | Follow up regarding trial and settlement.<br>A. Marchetta | 0.3 | 186.00 |
| 02/22/08<br>3 | Address Teich deed issues and preparations for trial.<br>W. Hatfield | 0.4 | 160.00 |
| 02/22/08<br>3 | Draft Reply Brief for Motion in Limine against Richards/Sunrich for allocation of liability for spills and contamination under the 1970 Lease.<br>H. Clayton | 3.7 | 869.50 |
| 02/22/08<br>3 | Review and scan trial transcripts for witnesses at 2000 trial (Tsentas, Goddard, Echevaria, Trela, Peterson).<br>H. Clayton | 3.1 | 728.50 |
| 02/22/08<br>3 | Assisted in preparation of reply to Sunrich response to motion in limine.<br>J. Spielberg | 2.4 | 804.00 |
| 02/22/08<br>3 | Strategize with H. Clayton regarding motion in limine and trial preparation.<br>J. Spielberg | 0.8 | 268.00 |
| 02/22/08<br>3 | Tel. call to F. Biehl.<br>J. Spielberg | 0.1 | 33.50 |
| 02/22/08<br>3 | Tel. conf. w/ clerk regarding opposition to motion in limine.<br>J. Spielberg | 0.2 | 67.00 |
| 02/22/08<br>3 | Reviewed Fischer case and associated cases.<br>J. Spielberg | 0.3 | 100.50 |
| 02/23/08<br>14 | Review, edit and revise draft reply brief to Richards/Sunrich opposition to Grace motion in limine.<br>R. Rose | 1.2 | 594.00 |
| 02/23/08<br>3 | Edit and revise Reply Brief for Motion in Limine against Richards/Sunrich for allocation of liability for spills and contamination under the 1970 Lease.<br>H. Clayton | 1.7 | 399.50 |
| 02/25/08<br>14 | Review Opinion from Court denying Grace's motion for partial summary judgment against Teich.<br>R. Rose | 0.6 | 297.00 |

11

| 02/25/08 | Review court opinion and follow up with attorneys regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.2 | 744.00 |

| 02/25/08 | Work with W. Hatfield and R. Rose and telephone conference with client regarding strategy in light of summary judgment decision. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.0 | 620.00 |

| 02/25/08 | Prepare for and attend strategy call with clients and A. Marchetta and R. Rose on PSJ decision; limine motions; settlement and trial issues. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.0 | 400.00 |

| 02/25/08 | Address memos with witnesses and experts on trial preparations. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.4 | 160.00 |

| 02/25/08 | Review and edit draft of reply brief on Richards/Sunrich motion in limine. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.5 | 200.00 |

| 02/25/08 | Review Weja/Teich opposition papers on limine motion and evaluate reply issues. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.5 | 200.00 |

| 02/25/08 | Review and analyze PSJ opinion and memo to clients on same. | | |
|---|---|---|---|
| 3 | W. Hatfield | 2.2 | 880.00 |

| 02/25/08 | Discuss same with W. Hatfield and review e-mail to client concerning same. | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 148.50 |

| 02/25/08 | Discuss strategy with A. Marchetta and W. Hatfield. | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 148.50 |

| 02/25/08 | Conference call with client concerning same. | | |
|---|---|---|---|
| 14 | R. Rose | 0.5 | 247.50 |

| 02/25/08 | Telecomm from Weja's counsel concerning settlement. | | |
|---|---|---|---|
| 14 | R. Rose | 0.4 | 198.00 |

| 02/25/08 | Review and sign reply brief on Grace's motion in limine directed at Richards/Sunrich. | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 148.50 |

| 02/25/08 | Review letter brief filed by Weja/Teich in opposition to Grace's in limine motion on terms of 1982 Lease. | | |
|---|---|---|---|
| 14 | R. Rose | 0.4 | 198.00 |

12

| 02/25/08 | Edit and revise Reply Brief in support of motion in limine against Richards/Sunrich. | | |
|---|---|---|---|
| 3 | H. Clayton | 1.2 | 282.00 |
| 02/25/08 | Prepared filing letter to Court and Cert. of Service. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |
| 02/25/08 | Strategize with W. Hatfield and H. Clayton regarding motion in limine, partial summary judgment ruling and trial issues. | | |
| 3 | J. Spielberg | 1.3 | 435.50 |
| 02/25/08 | Reviewed Court's Partial Summary Judgment Order and memorandum. | | |
| 3 | J. Spielberg | 0.4 | 134.00 |
| 02/25/08 | Reviewed Weja's opposition brief. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |
| 02/25/08 | Strategize with W. Hatfield regarding Weja's opposition papers. | | |
| 3 | J. Spielberg | 0.2 | 67.00 |
| 02/25/08 | Tel. conf. w/ Law Clerk regarding motions in limine. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |
| 02/25/08 | Tel. conf. w/ J. Trela regarding trial. | | |
| 3 | J. Spielberg | 0.4 | 134.00 |
| 02/26/08 | Telecomm from Weja counsel concerning settlement discussions with carrier. | | |
| 14 | R. Rose | 0.1 | 49.50 |
| 02/26/08 | Draft Reply brief on Weja/Teich motion in limine. | | |
| 3 | W. Hatfield | 3.1 | 1,240.00 |
| 02/26/08 | Address Weja settlement issues. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |
| 02/26/08 | Review and edit reply brief and in limine motion concerning 1982 Lease. | | |
| 14 | R. Rose | 0.5 | 247.50 |
| 02/27/08 | Telephone Weja counsel concerning settlement status. | | |
| 14 | R. Rose | 0.3 | 148.50 |
| 02/27/08 | Address edits to reply brief on Weja motion in limine. | | |
| 3 | W. Hatfield | 0.9 | 360.00 |
| 02/27/08 | Address strategy on Weja and Richards settlement issues and call with Weja | | |

13

|  |  |  |  |
|---|---|---|---|
|  | counsel. |  |  |
| 3 | W. Hatfield | 1.1 | 440.00 |
|  |  |  |  |
| 02/27/08 | Telephone from F. Biehl concerning same and discuss with W. Hatfield. |  |  |
| 14 | R. Rose | 0.3 | 148.50 |
|  |  |  |  |
| 02/27/08 | Telephone from F. Biehl concerning discussions with carriers. |  |  |
| 14 | R. Rose | 0.2 | 99.00 |
|  |  |  |  |
| 02/27/08 | Telephone conference with W. Hatfield regarding status. |  |  |
| 3 | J. Borg | 0.1 | 40.50 |
|  |  |  |  |
| 02/27/08 | Preparation of numerous correspondence to W. Hatfield regarding status and strategy. |  |  |
| 3 | J. Borg | 0.3 | 121.50 |
|  |  |  |  |
| 02/27/08 | Review/Analysis numerous correspondence from W. Hatfield regarding status and strategy. |  |  |
| 3 | J. Borg | 0.2 | 81.00 |
|  |  |  |  |
| 02/27/08 | Prepared letter to counsel enclosing order and letter opinion. |  |  |
| 3 | J. Spielberg | 0.2 | 67.00 |
|  |  |  |  |
| 02/27/08 | Tel. conf. w/ Judge's Law clerk regarding motion in limine. |  |  |
| 3 | J. Spielberg | 0.2 | 67.00 |
|  |  |  |  |
| 02/27/08 | Prepared filing letter to court and cert. of service. |  |  |
| 3 | J. Spielberg | 0.2 | 67.00 |
|  |  |  |  |
| 02/27/08 | Reviewed and finalized filing of response papers to motion in limine. |  |  |
| 3 | J. Spielberg | 0.6 | 201.00 |
|  |  |  |  |
| 02/28/08 | Telecomm with Weja counsel concerning settlement position and discuss with W. Hatfield concerning same. |  |  |
| 14 | R. Rose | 0.8 | 396.00 |
|  |  |  |  |
| 02/28/08 | Address settlement issues and memo to clients on same. |  |  |
| 3 | W. Hatfield | 0.6 | 240.00 |
|  |  |  |  |
| 02/28/08 | Telephone conference with K. Schwartz regarding status of transfer deed. |  |  |
| 3 | J. Borg | 0.1 | 40.50 |
|  |  |  |  |
| 02/28/08 | Prepared letter to Court re: motions in limine. |  |  |
| 3 | J. Spielberg | 0.3 | 100.50 |
|  |  |  |  |
| 02/28/08 | Tel. conf. w/ F. Biehl's office re: motion in limine. |  |  |

14

| | | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.1 | 33.50 |

| | | | |
|---|---|---|---|
| 02/28/08 | Tel. conf. w/ C. Miller's office re: motion in limine. | | |
| 3 | J. Spielberg | 0.1 | 33.50 |

| | | | |
|---|---|---|---|
| 02/29/08 | Several telecomms with Weja counsel concerning settlement position and settlement proposal. | | |
| 14 | R. Rose | 0.7 | 346.50 |

| | | | |
|---|---|---|---|
| 02/29/08 | Numerous e-mails and follow up regarding settlement. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |

| | | | |
|---|---|---|---|
| 02/29/08 | Address settlement issues and negotiation strategy; calls with adversary and client on matter; memo to clients on settlement approval. | | |
| 3 | W. Hatfield | 2.2 | 880.00 |

| | | | |
|---|---|---|---|
| 02/29/08 | Memos and calls to trial witnesses on case status and settlement. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |

| | | | |
|---|---|---|---|
| 02/29/08 | Discuss with W. Hatfield. | | |
| 14 | R. Rose | 0.3 | 148.50 |

| | | | |
|---|---|---|---|
| 02/29/08 | Telephone R. Senftleben for approval. | | |
| 14 | R. Rose | 0.3 | 148.50 |

| | | | |
|---|---|---|---|
| 02/29/08 | Attention e-mails to client. | | |
| 14 | R. Rose | 0.1 | 49.50 |

| | | | |
|---|---|---|---|
| 02/29/08 | Telephone Weja counsel concerning Grace approval and arrangements for court appearance. | | |
| 14 | R. Rose | 0.3 | 148.50 |

| | | | |
|---|---|---|---|
| 02/29/08 | Revise/Finalize correspondence to Court regarding status. | | |
| 3 | J. Borg | 0.4 | 162.00 |

| | | | |
|---|---|---|---|
| 02/29/08 | Telephone conference with K. Schwartz regarding deed. | | |
| 3 | J. Borg | 0.1 | 40.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| H. Clayton | 3 | 51.3 | 235.00 | 12,055.50 |
| R. Rose | 14 | 21.8 | 495.00 | 10,791.00 |
| A. Marchetta | 14 | 6.0 | 620.00 | 3,720.00 |
| W. Hatfield | 3 | 51.9 | 400.00 | 20,760.00 |
| J. Borg | 3 | 3.9 | 405.00 | 1,579.50 |

15

| | | | | |
|---|---|---|---|---|
| C. Otero | 3 | 14.9 | 365.00 | 5,438.50 |
| J. Spielberg | 3 | 56.6 | 335.00 | 18,961.00 |
| S. Parker | 14 | 1.2 | 150.00 | 180.00 |
| TOTAL | | 207.6 | | 73,485.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 02/11/08 | Attention to fee application for January 2008. | | |
| 18 | K. Piper | 0.2 | 67.00 |
| 02/20/08 | Attention to CNO for December 2007. | | |
| 18 | K. Piper | 0.2 | 67.00 |
| 02/22/08 | Begin drafting January 2008 fee application. | | |
| 18 | K. Piper | 0.5 | 167.50 |
| 02/25/08 | Continue drafting fee application for January 2007. | | |
| 18 | K. Piper | 1.9 | 636.50 |
| 02/26/08 | Review and revise Day Pitney's January, 2008 Fee Application. | | |
| 18 | S. Zuber | 0.3 | 144.00 |
| 02/27/08 | Revised January 2008 fee application and attention to filing same. | | |
| 18 | K. Piper | 0.5 | 167.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 480.00 | 144.00 |
| K. Piper | 18 | 3.3 | 335.00 | 1,105.50 |
| TOTAL | | 3.6 | | 1,249.50 |

Client: 430423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 LANDFILL CLOSURE ISSUES (GLOUCESTER)

| | | | |
|---|---|---|---|
| 02/15/08 | Review memo from B. Bowe on subdivision and deed notice issues on sewer line and buffer area. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |
| 02/18/08 | Prepare memo to B. Bowe on landfill buffer issues and sewer line. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER
TASK

83033743A01031908

| Timekeeper | CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 3 | 0.6 | 400.00 | 240.00 |
| TOTAL | | 0.6 | | 240.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 02/04/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 60.00 |

| 02/08/08 | Follow up regarding appeal and information to court. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 186.00 |

| 02/13/08 | Conference with B. Moffitt and follow up regarding information for client on status. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 372.00 |

| 02/13/08 | Review case update forwarded by W. Sparks; confer with A. Marchetta regarding same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 80.00 |

| 02/14/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant article to A. Marchetta and B. Moffitt. | | |
|---|---|---|---|
| 14 | S. Parker | 0.5 | 75.00 |

| 02/18/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 45.00 |

| 02/20/08 | Follow up regarding Judge Bongiovanni status request. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 02/20/08 | Follow up regarding auditor's request for information; telephone call with R. Finke. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 310.00 |

| 02/25/08 | Follow up regarding injunction and court hearing. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 434.00 |

| 02/25/08 | Review J. Baer e-mail re pending ruling by Bankruptcy Court and respond re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 80.00 |

| 02/25/08 | Searched regarding compilation of information on current status of | | |
|---|---|---|---|

17

|    |    | investigation of Hamilton plant and related issues. |    |    |
|----|----|-----|-----|-----|
| 14 |    | S. Parker |    | 0.4 | 60.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| A. Marchetta | 14 | 2.5 | 620.00 | 1,550.00 |
| B. Moffitt | 3 | 0.4 | 400.00 | 160.00 |
| S. Parker | 14 | 1.6 | 150.00 | 240.00 |
| TOTAL |  | 4.5 |  | 1,950.00 |

18

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

Engagement Costs – WEJA, INC.

| | | |
|---|---|---|
| 02/22/08 | UPS 1/9-10/08 | 65.90 |
| | Express Delivery | 37.33 |
| | Photocopying | 541.60 |
| | Matter Total Engagement Cost | 644.83 |

19

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: April 17, 2008 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.  I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: March 28, 2008

Respectfully submitted,
DAY PITNEY LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2

83033744A01032708