# **EXHIBIT A**

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 3-Jan-08 | MacDonald | G-Bel-C | $850.00 | $42.50 | $892.50 |
| 14-Jan-08 | Libanati, Christian | G-Bel-P | $3,350.00 | $251.50 | $3,601.50 |
| 31-Jan-08 | Silva, Regis | LI-B | $1,600.00 | $114.00 | $1,714.00 |
| 31-Jan-08 | Murnin, Kevin | RFE | $750.00 | $48.00 | $798.00 |
| 31-Jan-08 | Goswami, Subho | PERM | $4,200.00 | $168.00 | $4,368.00 |
| 31-Jan-08 | Sundareswar, Sadanand | PERM | $4,200.00 | $168.00 | $4,368.00 |
| 31-Jan-08 | Sundareswar, Sadanand | EVAL | $0.00 | $175.00 | $175.00 |
| | USD/Totals for W.R. Grace & CO. | | $14,950.00 | $967.00 | $15,917.00 |

      80%    $11,960.00

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID  3-January-2008
W. R. GRACE CO.
C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: ALISTAIR MACDONALD

Invoice Number: IN-US00056669

Manager: GRAHAM LEES

Case Number: 92672

Client: W. R. GRACE CO.

Total Legal Fees:      0.00

Total Disbursements: 892.50

Invoice Total: (USD)   892.50

| | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS (work carried out by FRAGOMEN - BRUSSELS) | |
| Advice to obtain a residence card for a EU employee and three dependants. | 850.00 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 42.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W. R. GRACE CO.

Assignee: ALISTAIR MACDONALD

| | |
|---|---|
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 18 Oct 2007 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID  14-January-2008
W. R. GRACE CO.
C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: CHRISTIAN LIBANATI

Invoice Number: IN-US00057009

Manager: GRAHAM LEES

Case Number: 92670

Client: W. R. GRACE CO.

Total Legal Fees:     0.00

Total Disbursements: 3,601.50

Invoice Total: (USD)   3,601.50

|  | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS)<br><br>Assistance with obtaining work authorization and residence permit on behalf of employee (USD 1950) and assistance with obtaining residence permit for 4 dependants (USD 350 each = USD 1400). | 3,350.00 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 167.50 |
| Other-Disbursements (including registered mail to send the application to the authorities, administrative fees, express courier to collect the work permit and to deliver it to the employee) | 84.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W. R. GRACE CO.

Assignee: CHRISTIAN LIBANATI

| | |
|---|---|
| Application Approval Date: | |
| Application File Date: | 06 Dec 2007 |
| Authorizing Manager: | |
| Case Initiation Date: | 18 Oct 2007 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

January 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Regis SILVA
Invoice #: 08.40299112

Preparation of L-1B visa application for temporary nonimmigrant classification as a specialized knowledge intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the specialized knowledge possessed by the beneficiary based on employment abroad. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

| | |
|---|---:|
| **Total Legal Fees** | $1,600.00 |
| **Disbursements** | |
| Federal Express (international) | $50.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $64.00 |
| **Total Disbursements** | $114.00 |
| **Please Remit** | **$1,714.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:** For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

January 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Kevin MURNIN
Invoice #:   08.40299980

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested regarding Petition for Immigrant Worker, Form I-140. Transmittal of draft letter to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

|   |   |
|---|---:|
| **Total Legal Fees** | $750.00 |
| **Disbursements** | |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $30.00 |
| **Total Disbursements** | $48.00 |
| **Please Remit** | **$798.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

January 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:     Subho GOSWAMI
Invoice #:    08.40299981

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report outlining the results of recruitment including a detailed analysis of all resumes received and explanation of the business related reasons for rejection of any applicants. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---:|
| **Total Legal Fees** | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | **$4,368.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     For billing questions please call (305)774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

January 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:     Sadanand SUNDARESWAR
Invoice #:    08.40301049

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the appropriate State Workforce Agency. Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report outlining the results of recruitment including a detailed analysis of all resumes received and explanation of the business related reasons for rejection of any applicants. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

| | |
|---|---:|
| **Total Legal Fees** | $4,200.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $168.00 |
| **Total Disbursements** | $168.00 |
| **Please Remit** | **$4,368.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     For billing questions please call (305)774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

January 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:     Sadanand SUNDARESWAR
Invoice #:     08.40302449

| | |
|---|---:|
| **Total Legal Fees** | $0.00 |
| **Disbursements** | |
| Education evaluation | $175.00 |
| **Total Disbursements** | $175.00 |
| **Please Remit** | **$175.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     For billing questions please call (305)774-5800.