# **EXHIBIT A**

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 29-Feb-08 | Buvat, Anne | L-1B | $1,300.00 | $88.00 | $1,388.00 |
| 29-Feb-08 | Wu, Chun-jen | H1-B | $1,850.00 | $164.00 | $2,014.00 |
| 29-Feb-08 | Rene, Marc-Andre | H1-B | $1,850.00 | $128.00 | $1,978.00 |
| 29-Feb-08 | Babooram, Nalini | AUD | $1,250.00 | $68.00 | $1,318.00 |
| | USD/Totals for W.R. Grace & CO. | | $6,250.00 | $448.00 | $6,698.00 |

        80%        $5,000.00

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 29, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Anne BUVAT
Invoice #:   08.40316750

Preparation of Nonimmigrant Visa Petition requesting extension of L-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and Petition for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,300.00 |
| **Disbursements** | |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $52.00 |
| **Total Disbursements** | $88.00 |
| **Please Remit** | **$1,388.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 29, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Chun-jen WU
Invoice #:   08.40312004

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

| | |
|---|---:|
| **Total Legal Fees** | $1,850.00 |
| **Disbursements** | |
| Federal Express (domestic) | $90.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.00 |
| **Total Disbursements** | $164.00 |
| **Please Remit** | **$2,014.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 29, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE: Marc-Andre RENE
Invoice #: 08.40312005

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |
| **Disbursements** | |
| Federal Express (domestic) | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.00 |
| **Total Disbursements** | $128.00 |
| **Please Remit** | **$1,978.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

February 29, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Nalini BABOORAM
Invoice #: 08.40312337

Preparation of detailed response to the Regional Office of the U.S. Department of Labor for the Application for Alien Employment Certification under Program Electronic Review Management (PERM). Strategy discussions regarding the issues raised by the Department of Labor. Preparation of detailed draft response to be submitted to the Department of Labor, setting forth an in-depth discussion and argument within the framework of Department of Labor regulations. Telephonic discussions regarding factual data and related recruitment data, review documents, and analysis for strategy determination. Final preparation and submission of response and supporting documentation to the Regional Office of the Department of Labor.

| | |
|---|---:|
| **Total Legal Fees** | $1,250.00 |
| **Disbursements** | |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $50.00 |
| **Total Disbursements** | $68.00 |
| **Please Remit** | **$1,318.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For all billing inquiries, please call (305)774-5800.