# EXHIBIT 2

| WR Grace<br>Personal Injury Proof of Claim (POC)<br>**Final Cover Sheet** |
|---|



Doc ID: <u>58474</u>           Rust ID:    <u>401494</u>

Date Received: <u>11-13-2006</u>     Party ID:   <u>445558</u>

Confirmed Form Type: <u>POC</u>    BMC Footer Number: <u>248085784</u>

*******************************************************************************

Firm #: <u>55123</u>     Firm Name: <u>WATERS & KRAUS</u>

Attorney #:     Attorney Name:

*******************************************************************************

Page Count Information:

Verified Form Count:    [ 2 ]     Verified Attach. Count:    [ 3 ]

**Total Pages submitted Incl. Cover Sheet: <u>6</u>**

*******************************************************************************

| Other Comments: |
|---|
| •<br>•<br>•<br>• Other: |





EXHIBIT
Florence - C4
10-30-07

000401494-100001

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below, for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products
(b) A worker who personally removed or cut Grace asbestos-containing products
(c) A worker who personally installed Grace asbestos-containing products
(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

**Site of Exposure:**

Site Name: _____ Location: _____

Site Type: ☐ Residence ☐ Business   Site Owner: _____

Employer During Exposure: _____   Unions of which you were a member during your employment: _____

| Job | Dates of Employment | Occupation | Industry | Site Details | Product(s) | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | Supp. Discovery | Please see attached Pgs. 89. Please note this document was previously provided in the exhibits sent with the initial questionnaire on July 7, 2006. We are providing the document(s) again for your convenience. |
| Job 2 Description: | | | | | | Please see attached Work History Sheets. Please note this document was previously provided in the exhibits sent with the initial questionnaire on July 7, 2006. We are providing the document(s) again for your convenience. |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | Due To The Bankruptcy Automatic Stay, For The Past Five Years This Claimant Has Been Prevented From Doing Site-Specific And Individual-Specific Discovery Of W.R. Grace And Related Debtors. Had Such Discovery Been Permitted, It Is Likely That The Claimant Would Have Obtained Evidence (Or Additional Evidence) Of Substantial Exposure To Hazardous Asbestos Fibers Emitted From Products Manufactured, Sold, Or Distributed By W.R. Grace Or Other Debtors, Or To Asbestos Fibers For Which Grace Has Legal Responsibility. |
| Job 5 Description: | | | | | | 30 |
| Job 6 Description: | | | | | | 109 |

WR GRACE SDA   005790-0014

000401494-300015