# EXHIBIT 4

## Nathan Finch

| | |
|---|---|
| From: | Amanda Basta [ABasta@kirkland.com] |
| Sent: | Wednesday, February 27, 2008 7:21 PM |
| To: | Ramsey, Natalie |
| Cc: | David Bernick; Nathan Finch |
| Subject: | Re: W. R. Grace |

Natalie--

I have had an opportunity to discuss your response with David. At this stage of the litigation, there is no utility in producing 100 boxes worth of materials. Therefore, we do not wish to receive those materials from Mr. Kraus.

Regards,

Amanda
Amanda C. Basta
Kirkland & Ellis LLP
655 Fifteenth St., N. W.
Washington, D. C. 20005


----- Original Message -----
From: "Ramsey, Natalie" [NRamsey@mmwr.com]
Sent: 02/27/2008 05:12 PM EST
To: Amanda Basta
Cc: David Bernick; "Nathan Finch" <NDF@Capdale.com>
Subject: W. R. Grace



Dear Amanda,

Please find attached correspondence.

    Regards, Natalie

Natalie D. Ramsey
Montgomery, McCracken, Walker & Rhoads, LLP
123 S Broad Street, Ste 2538
Philadelphia, PA  19109
direct dial: 215-772-7354
e-mail:  nramsey@mmwr.com

***************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***************************************************************