IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 28, 2008 I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants Response To Debtors' Motion In Limine To Exclude Testimony From Claimants' Witness Peter Kraus* to be served upon the individuals on the 2002 service list via first-class mail unless otherwise indicated.

Dated: March 28, 2008                    CAMPBELL & LEVINE, LLC

                        */s/Mark Hurford*
                        Mark T. Hurford (DE No. 3299)
                        800 North King Street
                        Suite 300
                        Wilmington, DE 19801
                        (302) 426-1900

{D0108491.1 }