

March 13, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   135925

FOR PROFESSIONAL SERVICES RENDERED
THROUGH February 29, 2008

## CLIENT SUMMARY

**BALANCE AS OF- 02/29/08**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $0.00 | $16,360.25 | $16,360.25 |
| 02 - Debtors' Business Operations - .15538 | $135.00 | $0.00 | $135.00 |
| 03 - Creditors Committee - .15539 | $2,104.50 | $0.00 | $2,104.50 |
| 07 - Applicant's Fee Application - .15543 | $4,013.00 | $0.00 | $4,013.00 |
| 08 - Hearings - .15544 | $9,638.50 | $0.00 | $9,638.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $3,860.00 | $0.00 | $3,860.00 |
| 10 - Travel - .15546 | $2,025.00 | $0.00 | $2,025.00 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) - .15548 | $45.50 | $0.00 | $45.50 |
| 27 - Litigation Consulting - .15563 | $270.00 | $0.00 | $270.00 |
| 30 - Fee Application of Others - .17781 | $1,109.50 | $0.00 | $1,109.50 |
| 31 - Retention of Others - .17782 | $475.50 | $0.00 | $475.50 |
| 38 - ZAI Science Trial - .17905 | $2,411.50 | $0.00 | $2,411.50 |
| ***Client Total*** | ***$26,088.00*** | ***$16,360.25*** | ***$42,448.25*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340   Tel 305.374.7580   Fax 305.374.7593                                                                                           www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 21.30 | $579.93 | $12,352.50 |
| Flores, Luisa M | 10.50 | $205.00 | $2,152.50 |
| Sakalo, Jay M | 14.90 | $455.00 | $6,779.50 |
| Snyder, Jeffrey I | 8.90 | $275.00 | $2,447.50 |
| Kramer, Matthew I | 2.10 | $380.00 | $798.00 |
| Lazarus, Shanon | 4.60 | $190.00 | $874.00 |
| Rojas, Susana | 3.60 | $190.00 | $684.00 |
| ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | | | ***$26,088.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Airfare | $3,032.89 |
| Archival/Retrieval Services | $124.20 |
| Fares, Mileage, Parking | $539.25 |
| Internet Connection (Outside Services) | $117.84 |
| Long Distance Telephone | $20.23 |
| Long Distance Telephone-Outside Services | $4,025.78 |
| Lodging | $1,419.30 |
| Meals | $192.41 |
| Miscellaneous Costs | $4,996.00 |
| Parking | $60.00 |
| Transcript of Deposition | $1,773.05 |
| Copies | $59.30 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$16,360.25*** |
| ***TOTAL BALANCE DUE THIS PERIOD*** | ***$42,448.25*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

**PROFESSIONAL SERVICES** $0.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 01/10/08 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 12/27/07-01/25/08; DATE: 1/25/2008 - Acct. #5306-2200-2539-5504 | 159.50 |
| 01/10/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01223849; DATE: 1/31/2008 - Account# 306300 | 11.34 |
| 01/13/08 | Fares, Mileage, Parking Taxi fares - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 45.00 |
| 01/13/08 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 12/27/07-01/25/08; DATE: 1/25/2008 - Acct. #5306-2200-2539-5504 | 1,353.00 |
| 01/14/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 43.52 |
| 01/14/08 | Internet Connection (Outside Services) Travel to Pitttsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 46.34 |
| 01/15/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 46.93 |
| 01/15/08 | Meals Travel to Pitttsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 9.67 |
| 01/15/08 | Internet Connection (Outside Services) Travel to Pitttsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 34.94 |
| 01/16/08 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 851.58 |
| 01/16/08 | Internet Connection (Outside Services) Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 15.41 |
| 01/16/08 | Fares, Mileage, Parking Taxi fares - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 65.00 |
| 01/16/08 | Meals Travel to Pitttsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 18.65 |
| 01/17/08 | Parking Airport parking - Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/16/08; DATE: 1/16/2008 - Client - 15537 | 60.00 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 01/17/08 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 12/27/07-01/25/08; DATE: 1/25/2008 - Acct. #5306-2200-2539-5504 | 1,047.00 |
| 01/17/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01223849; DATE: 1/31/2008 - Account# 306300 | 17.18 |
| 01/17/08 | Archival/Retrieval Services | 45.00 |
| 01/17/08 | Archival/Retrieval Services | 43.40 |
| 01/18/08 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 12/27/07-01/25/08; DATE: 1/25/2008 - Acct. #5306-2200-2539-5504 | 1,437.00 |
| 01/22/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/23/08; DATE: 1/23/2008 - Client - 15537 | 67.65 |
| 01/22/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01223849; DATE: 1/31/2008 - Account# 306300 | 5.46 |
| 01/22/08 | Archival/Retrieval Services | 35.80 |
| 01/23/08 | Airfare Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/23/08; DATE: 1/23/2008 - Client - 15537 | 282.00 |
| 01/23/08 | Fares, Mileage, Parking Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/23/08; DATE: 1/23/2008 - Client - 15537 | 86.00 |
| 01/23/08 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/23/08; DATE: 1/23/2008 - Client - 15537 | 567.72 |
| 01/23/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/23/08; DATE: 1/23/2008 - Client - 15537 | 5.99 |
| 01/23/08 | Internet Connection (Outside Services) Computer usage at hotel - travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-01/23/08; DATE: 1/23/2008 - Client - 15537 | 21.15 |
| 01/23/08 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 12/27/07-01/25/08; DATE: 1/25/2008 - Acct. #5306-2200-2539-5504 | 729.50 |
| 01/23/08 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 12/27/07-01/25/08; DATE: 1/25/2008 - Acct. #5306-2200-2539-5504 | 1,397.89 |
| 01/24/08 | Long Distance Telephone-Outside Services COURT CALL LLC - VENDOR: DINERS CLUB; INVOICE#: 12/27/07-01/25/08; DATE: 1/25/2008 - Acct. #5306-2200-2539-5504 | 594.00 |
| 01/24/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01223849; DATE: 1/31/2008 - Account# 306300 | 17.98 |
| 01/24/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01223849; DATE: 1/31/2008 - Account# 306300 | 6.82 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 02/07/08 | Long Distance Telephone 1(843)524-5708; 16 Mins. | 19.04 |
| 02/11/08 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.19 |
| 02/15/08 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064906; DATE: 3/4/2008  -  Clients | 1,773.05 |
| 02/25/08 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 107803; DATE: 2/29/2008  -  Clients | 343.25 |
| 02/29/08 | Miscellaneous Costs     Professional/Expert fees related to PD Estimation for February 2008     $ 4,996.00 | 4,996.00 |
| 02/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/22/08 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 02/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/07/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 02/11/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/11/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/06/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 02/06/08 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 02/06/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 02/06/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/06/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/22/08 | Copies 110 pgs @ 0.10/pg | 11.00 |
| 02/22/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/22/08 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 02/22/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/22/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/22/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/22/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 02/25/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 02/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/25/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 02/25/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 02/25/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/25/08 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 02/26/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 02/28/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 02/28/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 02/28/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 02/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/12/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/18/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 02/18/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 02/18/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 02/21/08 | Copies 13 pgs @ 0.10/pg | 1.30 |

| Date | Description | Amount |
|---|---|---|
| 02/21/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 02/05/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/05/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/05/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 02/05/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/05/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 02/05/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 02/05/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 02/05/08 | Copies 4 pgs @ 0.10/pg | 0.40 |

**TOTAL COSTS ADVANCED** $16,360.25

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| TOTAL | 0 | | $0.00 |

### MATTER SUMMARY OF COSTS ADVANCED

| Description | Amount |
|---|---|
| Airfare | $3,032.89 |
| Archival/Retrieval Services | $124.20 |
| Fares, Mileage, Parking | $539.25 |
| Internet Connection (Outside Services) | $117.84 |
| Long Distance Telephone | $20.23 |
| Long Distance Telephone-Outside Services | $4,025.78 |
| Lodging | $1,419.30 |
| Meals | $192.41 |
| Miscellaneous Costs | $4,996.00 |
| Parking | $60.00 |
| Transcript of Deposition | $1,773.05 |
| Copies | $59.30 |
| **TOTAL** | **$16,360.25** |

**CURRENT BALANCE DUE THIS MATTER** $16,360.25

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15538

**RE: 02 - Debtors' Business Operations**

02/01/08    SLB    0.20    135.00    Attention to Grace's reports on settlements and asset sales (.2).

**PROFESSIONAL SERVICES** $135.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| *TOTAL* | *0.20* | | *$135.00* |

**CURRENT BALANCE DUE THIS MATTER** $135.00

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| Date | Tk | Hours | Amount | Description |
|---|---|---|---|---|
| 02/07/08 | JMS | 0.20 | 91.00 | E-mails with D. Scott regarding committee call. |
| 02/14/08 | JMS | 0.20 | 91.00 | E-mail to Committee regarding call. |
| 02/20/08 | JMS | 0.30 | 136.50 | E-mail to D. Speights regarding call (.2); conference with S. Baena thereon (.1). |
| 02/27/08 | JIS | 0.10 | 27.50 | Attention to emails regarding Friday committee call. |
| 02/28/08 | SLB | 1.20 | 810.00 | Prepare for and conduct committee meeting (1.2). |
| 02/28/08 | JMS | 0.30 | 136.50 | E-mail exchange with S. Simatos regarding filing deadlines (.2); e-mail to Committee regarding call (.1). |
| 02/28/08 | JMS | 1.20 | 546.00 | Prepare for and attend Committee call (.9); e-mails with M. Dies thereon (.3). |
| 02/28/08 | MIK | 0.70 | 266.00 | Committee call (.7). |

**PROFESSIONAL SERVICES** $2,104.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.20 | $675.00 | $810.00 |
| Sakalo, Jay M | 2.20 | $455.00 | $1,001.00 |
| Kramer, Matthew I | 0.70 | $380.00 | $266.00 |
| Snyder, Jeffrey I | 0.10 | $275.00 | $27.50 |
| **TOTAL** | **4.20** | | **$2,104.50** |

**CURRENT BALANCE DUE THIS MATTER** $2,104.50

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 02/04/08 | JIS | 1.00 | 275.00 | Review and revise January prebill. |
| 02/05/08 | LMF | 0.70 | 143.50 | Attend to preparing and submitting notice and summary of Bilzin's December fees and costs. |
| 02/05/08 | JIS | 0.30 | 82.50 | Confer with S. Lazarus regarding January prebill and finalize revisions to same. |
| 02/06/08 | SL | 2.70 | 513.00 | Attention to 27th Quarterly Fee Application and exhibits. |
| 02/15/08 | LMF | 1.20 | 246.00 | Attend to review of draft of application and begin preparing description of services. |
| 02/25/08 | LMF | 1.30 | 266.50 | Finalize quarterly application and update description of all services. |
| 02/26/08 | JMS | 2.30 | 1,046.50 | Prepare response to 26th interim report. |
| 02/27/08 | LMF | 0.60 | 123.00 | Attend to backup to fee auditor's request. |
| 02/27/08 | JMS | 1.20 | 546.00 | Finalize response to fee auditor report (.8); e-mails with B. Ruhlander thereon (.2); e-mails with L. Flores regarding fee application (.2). |
| 02/28/08 | LMF | 0.40 | 82.00 | Finalize and send out Bilzin's monthly notice and summary for fees |
| 02/28/08 | JIS | 1.40 | 385.00 | Review and revise 27th quarterly fee application. |
| 02/28/08 | SR | 1.10 | 209.00 | Prepare notice and summaries of filing of fee application for BSBPA and HR & A(1.1). |
| 02/29/08 | SL | 0.50 | 95.00 | Attention to 27th Interim Quarterly Fee Application |

**PROFESSIONAL SERVICES** $4,013.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.50 | $455.00 | $1,592.50 |
| Snyder, Jeffrey I | 2.70 | $275.00 | $742.50 |
| Flores, Luisa M | 4.20 | $205.00 | $861.00 |
| Lazarus, Shanon | 3.20 | $190.00 | $608.00 |
| Rojas, Susana | 1.10 | $190.00 | $209.00 |
| **TOTAL** | **14.70** | | **$4,013.00** |

**CURRENT BALANCE DUE THIS MATTER** $4,013.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 02/04/08 | SLB | 0.60 | 405.00 | Review portions of transcript of 1/28/08 hearing (.6). |
| 02/08/08 | LMF | 0.80 | 164.00 | Meet with docketing clerk and secretary regarding calendar entries for all trial dates on PI estimation. |
| 02/12/08 | SLB | 0.20 | 135.00 | Attention to 2/25/08 preliminary agenda (.2). |
| 02/18/08 | JMS | 0.50 | 227.50 | Review hearing agenda and e-mail to Committee thereon (.3); e-mails with C. Plaza thereon (.2). |
| 02/19/08 | LMF | 0.30 | 61.50 | Review Agenda for hearing and attend to emails regarding attendance. |
| 02/19/08 | JMS | 0.30 | 136.50 | E-mails with E. Westbrook regarding hearing. |
| 02/20/08 | LMF | 0.90 | 184.50 | Arrange for telephone appearance at the 2/25/08 Omnibus hearing for various parties and submit all confirmations for same. |
| 02/22/08 | SLB | 1.00 | 675.00 | Telephone call from E. Westbrook regarding 2/25 omnibus hearing (.2); prepare for hearing [review ZAI materials and class certification materials] (.8). |
| 02/22/08 | JMS | 0.70 | 318.50 | Review hearing notebook and e-mails to S. Rojas thereon. |
| 02/22/08 | SR | 2.50 | 475.00 | Prepare hearing notebook. |
| 02/25/08 | SLB | 8.00 | 5,400.00 | Prepare for 2/25 omnibus hearing [review ZAI opinions, case law, etc.] (3.0); attend omnibus hearing (3.5); conference with E. Westbrook and D. Scott in preparation for hearing and after hearing regarding ZAI issues to be heard (1.5). |
| 02/25/08 | JMS | 3.20 | 1,456.00 | Attend omnibus hearing (3.0); telephone conference with S. Baena regarding same (.2). |

**PROFESSIONAL SERVICES** $9,638.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 9.80 | $675.00 | $6,615.00 |
| Sakalo, Jay M | 4.70 | $455.00 | $2,138.50 |
| Flores, Luisa M | 2.00 | $205.00 | $410.00 |
| Rojas, Susana | 2.50 | $190.00 | $475.00 |
| TOTAL | 19.00 | | $9,638.50 |

**CURRENT BALANCE DUE THIS MATTER** $9,638.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/04/08 | JMS | 0.30 | 136.50 | Telephone conference with and e-mails with K. Davis regarding Anderson Memorial claims. |
| 02/05/08 | SL | 0.20 | 38.00 | Analyze pleadings for J. Sakalo. |
| 02/07/08 | SLB | 1.20 | 810.00 | Telephone call from D. Speights regarding selection of mediator, etc. (.3); review file and email to Speights regarding plan mediators (.9). |
| 02/07/08 | JMS | 0.30 | 136.50 | Telephone conference with S. Baena, D. Speights regarding potential mediators. |
| 02/08/08 | MIK | 0.10 | 38.00 | Send PI schedule to committee. |
| 02/14/08 | JIS | 0.20 | 55.00 | Telephone conference with M. Kramer regarding 2/15 S. Snyder deposition and attention to same (0.2). |
| 02/15/08 | JIS | 4.30 | 1,182.50 | Telephonic attendance at deposition of S. Snyder. |
| 02/18/08 | JMS | 0.40 | 182.00 | Review Debtors and ACC's objection to exhibits. |
| 02/19/08 | SLB | 0.70 | 472.50 | Review ACC/FCR objections to trial exhibits (.3); review Grace memo in support of admissibility (.4). |
| 02/19/08 | SLB | 0.20 | 135.00 | Review OCUC joinder in objection to special counsel for PD claims (.2). |
| 02/19/08 | JMS | 1.10 | 500.50 | Telephone conference with C. Kelsh regarding Madison complex amended claims (.5); review 1/28 transcript in preparation for hearing (.6). |
| 02/22/08 | JIS | 0.30 | 82.50 | Legal research regarding class proofs of claim, etc. |
| 02/29/08 | JMS | 0.20 | 91.00 | Telephone conference with D. Speights regarding question from prior hearings. |

**PROFESSIONAL SERVICES** $3,860.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.10 | $675.00 | $1,417.50 |
| Sakalo, Jay M | 2.30 | $455.00 | $1,046.50 |
| Kramer, Matthew I | 0.10 | $380.00 | $38.00 |
| Snyder, Jeffrey I | 4.80 | $275.00 | $1,320.00 |
| Lazarus, Shanon | 0.20 | $190.00 | $38.00 |
| **TOTAL** | **9.50** | | **$3,860.00** |

**CURRENT BALANCE DUE THIS MATTER** $3,860.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

02/25/08    SLB    6.00    2,025.00    Non-working travel (6.0).

**PROFESSIONAL SERVICES**                                                                                  **$2,025.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 6.00 | $337.50 | $2,025.00 |
| **TOTAL** | **6.00** |  | **$2,025.00** |

**CURRENT BALANCE DUE THIS MATTER**                                                        **$2,025.00**

Atty – SLB
Client No.: 74817/15548

**RE: 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)**

02/09/08   JMS   0.10   45.50   Review IRS objection to Remedium settlement.

**PROFESSIONAL SERVICES** $45.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.10 | $455.00 | $45.50 |
| *TOTAL* | *0.10* | | *$45.50* |

**CURRENT BALANCE DUE THIS MATTER** $45.50

**Atty – SLB**
**Client No.: 74817/15563**

**RE: 27 - Litigation Consulting**

| | | | | |
|---|---|---|---|---|
| 02/26/08 | SLB | 0.40 | 270.00 | Email exchange with E. Westbrook and D. Scott regarding ZAI questionnaires. |

**PROFESSIONAL SERVICES** $270.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| *TOTAL* | *0.40* | | *$270.00* |

**CURRENT BALANCE DUE THIS MATTER** $270.00

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 02/05/08 | LMF | 0.70 | 143.50 | Prepare and submit for filing notice and summary for Hamilton Rabinovitz's fees and costs for December. |
| 02/12/08 | SL | 1.20 | 228.00 | Attention to 22nd quarterly fee application of HR&A. |
| 02/25/08 | LMF | 0.60 | 123.00 | Finalize quarterly application for Hamilton Rabinovitz. |
| 02/28/08 | LMF | 1.60 | 328.00 | Finalize quarterly application for Hamilton and submit with notice and summary for monthly fees to local counsel. |
| 02/29/08 | LMF | 1.40 | 287.00 | Review trust account, compile all back up and attend to reimbursement of funds to LECG. |

**PROFESSIONAL SERVICES** $1,109.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 4.30 | $205.00 | $881.50 |
| Lazarus, Shanon | 1.20 | $190.00 | $228.00 |
| **TOTAL** | **5.50** | | **$1,109.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,109.50

Atty – SLB
Client No.: 74817/17782

**RE: 31 - Retention of Others**

| | | | | |
|---|---|---|---|---|
| 02/05/08 | JMS | 0.60 | 273.00 | E-mail to S. Lazarus regarding Debtor's objection to Hanly Conroy (.2); review same (4). |
| 02/07/08 | SLB | 0.30 | 202.50 | Review objection of Grace to Hanly and Conroy regarding S&R claims (.3). |

**PROFESSIONAL SERVICES** $475.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Sakalo, Jay M | 0.60 | $455.00 | $273.00 |
| **TOTAL** | **0.90** | | **$475.50** |

**CURRENT BALANCE DUE THIS MATTER** $475.50

Atty – SLB
Client No.: 74817/17905

**RE: 38 - ZAI Science Trial**

| | | | | |
|---|---|---|---|---|
| 02/22/08 | JMS | 0.30 | 136.50 | Telephone conference with S. Baena, E. Westbrook regarding 2/25 hearing. |
| 02/25/08 | JMS | 0.20 | 91.00 | Telephone conference with S. Baena regarding class claim. |
| 02/29/08 | SLB | 1.30 | 877.50 | Telephone call with D. Scott and E. Westbrook regarding ZAI issues (1.3). |
| 02/29/08 | JMS | 1.00 | 455.00 | Partial attendence at telephone conference with S. Baena, E. Westbrook regarding ZAI issues (.8); e-mails with K. Bergland thereon (.2). |
| 02/29/08 | JIS | 1.30 | 357.50 | Telephone conference with D. Scott and E. Westbrook regarding ZAI bar date/noticing program and strategy in respect of same. |
| 02/29/08 | MIK | 1.30 | 494.00 | Telephone call with E. Westbrook, D. Scott regarding ZAI (1.3). |

**PROFESSIONAL SERVICES** $2,411.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.30 | $675.00 | $877.50 |
| Sakalo, Jay M | 1.50 | $455.00 | $682.50 |
| Kramer, Matthew I | 1.30 | $380.00 | $494.00 |
| Snyder, Jeffrey I | 1.30 | $275.00 | $357.50 |
| **TOTAL** | **5.40** | | **$2,411.50** |

**CURRENT BALANCE DUE THIS MATTER** $2,411.50