## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555          Fax:    (302) 575-1714

WR Grace PD Committee                                       February 1, 2008 to February 29, 2008

                                                                          Invoice No. 26538

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 17.30 | 3,958.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.90 | 252.00 |
| B18 | Fee Applications, Others - | 8.40 | 955.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 2.60 | 728.00 |
| B25 | Fee Applications, Applicant - | 9.90 | 1,765.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.00 | 253.00 |
| B32 | Litigation and Litigation Consulting - | 7.70 | 2,156.00 |
| B37 | Hearings - | 7.50 | 2,100.00 |
| | **Total** | **55.30** | **$12,168.00** |
| | **Grand Total** | **55.30** | **$12,168.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 215.00 | 5.60 | 1,204.00 |
| Steven G. Weiler | 190.00 | 0.80 | 152.00 |
| Theodore J. Tacconelli | 280.00 | 32.90 | 9,212.00 |
| Legal Assistant - MH | 100.00 | 13.90 | 1,390.00 |
| Legal Assistant - NMC | 100.00 | 2.10 | 130.00 |
| **Total** | | **55.30** | **$12,168.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                 **$2,186.89**

| | | | |
|---|---|---|---|
| **Invoice No. 26538** | **Page 2 of 10** | | **March 28, 2008** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-08 | *Case Administration* - Review Caplin Drysdale Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re PI estimation amended notice of trial dates | 0.10 | TJT |
| Feb-02-08 | *Case Administration* - Review LAS Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Anderson Kill Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Forman Perry Aug. Fee Application | 0.10 | TJT |
| Feb-03-08 | *Case Administration* - Review Capstone Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Forman Perry Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Quarterly Fee Application for Steptoe & Johnson for 26th interim period | 0.10 | TJT |
| Feb-04-08 | *Case Administration* - Review notice of appearance & forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with T. Tacconelli; re: fee auditor comments regarding 26th quarterly | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review fee auditor response; re: response due date | 0.10 | LLC |
| | *Case Administration* - 1/28/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - Review Forman Perry Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by State of Kentucky and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of Stroock Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Dec. 07 | 0.40 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 1/28/08 hearing follow-up | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Fee Auditor's Final Report re Ferry, Joseph & Pearce's 26th Quarterly Fee Application and confer with L. Coggins | 0.20 | TJT |
| | *Case Administration* - e-mail from S. Weiler re 1/28/08 transcript, download same | 0.10 | MH |
| | *Case Administration* - Determine allocation of Fee Application payment | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 2/1/08, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Feb-05-08 | *Case Administration* - Review case status memo for week ending 2/1/08 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI Committee's brief re admissibility of PIQs and POCs | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' brief in support of admissibility of PIQs and POCs | 0.40 | TJT |
| Feb-06-08 | *Fee Applications, Others* - Review Bilzin December, 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA December, 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Legal research & prepare response to fee auditor initial report | 1.40 | LLC |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Fee Applications, Applicant* - Confer with T. Tacconelli; response to fee auditor initial report | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - Review PI Committee's brief re admissibility of PIQs/POCs with attachments | 1.00 | TJT |
| | *Fee Applications, Applicant* - Confer with L. Coggins re Fee Auditor's Final Report initial report re Ferry, Joseph & Pearce's 26th Quarterly Fee Application and review proposed response | 0.30 | TJT |
| | *Case Administration* - Confer with T. Tacconelli and L. Coggins re service expenses for Fee Applications | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Dec. Fee Application notice and summary, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and arrange for service of HRA's Dec. Fee Application | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Dec. Fee Application notice and summary, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and arrange for service of Bilzin's Dec. Fee Application | 0.40 | MH |
| Feb-07-08 | *Case Administration* - Confer with T. Tacconelli; re: committee tele-conference | 0.10 | LLC |
| | *Case Administration* - Review case management Memo ; re: week ending 2/1/08 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Finalize and email to fee auditor's office; re: response to initial report | 0.20 | LLC |
| | *Case Administration* - Review 26th Quarterly Fee Application of Scott Law Group | 0.10 | TJT |
| | *Case Administration* - Review Woodcock and Washburn Dec. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| Feb-08-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 15th notice of claim settlements with attachment | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Notice of Service and Request for Production to S. Snyder by debtors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Kramer re PI estimation | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.80 | NMC |
| Feb-09-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review IRS's objection to remedium closing agreement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Prepare correspondence to S. Baena re IRS's objection to remedium closing agreement | 0.30 | TJT |
| | *Case Administration* - Review Campbell Levine Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Dec. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR brief re admissibility PIQs and POCs | 0.40 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| Feb-10-08 | *Case Administration* - Review BMC Group Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris 27th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's supplemental opposition to debtors' motion to strike Stallard declaration with attachments | 1.20 | TJT |
| Feb-11-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket re Mission Towers appeal in 3rd circuit | 0.20 | TJT |
| | *Case Administration* - Review Kramer Levine Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of document filed by FCR | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR's brief re admissibility of PIQs and POCs | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's Quarterly Fee Application status | 0.10 | TJT |
| Feb-12-08 | *Case Administration* - Review debtors' motion to extend credit agreement with ART | 0.30 | TJT |
| | *Case Administration* - Review Kramer Levine 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to authorize 2008 pension contributions with attachments | 0.40 | TJT |
| | *Case Administration* - Review Casner Edwards Dec. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from D. Felder to Judge Fitzgerald re FCR's brief re re admissibility of PIQs and POCs | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI Committee's brief re admissibility of PIQs and POCs | 0.10 | TJT |
| | *Hearings* - Review e-mail from M. Hurford re preliminary agenda for 2/25 hearing and review same | 0.20 | TJT |
| Feb-13-08 | *Fee Applications, Applicant* - Confer with M. Hedden; re: 27th quarterly fee app preparation | 0.20 | LLC |
| | *Case Administration* - Review BIR 27th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 2/8/08 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from M. Hurford re Judge Fitzgerald re PI Committee's brief regarding admissibility of PIQs and POCs | 0.10 | TJT |
| | *Case Administration* -   Review case docket re case status for week ending 2/8/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Feb-14-08 | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin November, 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* -   Review Certificate of No Objection; re: HR&A November, 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with T. Tacconelli; re: 27th quarterly & hearing schedule | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member and correspond with committee member re PD claim issues and local rule issues | 0.30 | TJT |
| | *Case Administration* - Review Piper Jaffery Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Nov. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and arrange for service re Certificate of No Objection re Bilzin's Nov. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's Nov. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and arrange for service of Certificate of No Objection re HRA's Nov. Fee Application | 0.30 | MH |
| Feb-15-08 | *Case Administration* - Review various filed quarterly fee apps & confer with T. Tacconelli; re: same | 0.30 | LLC |
| | *Case Administration* - Review PG&S 15th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | NMC |
| Feb-16-08 | *Case Administration* - Review Casner 27th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith 27th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J 27th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Review agenda for 2/25/08 hearing | 0.20 | TJT |
| Feb-17-08 | *Case Administration* - Review Orrick Dec. Fee Application | 0.20 | TJT |
| | *Case Administration* - Review Deloitte July, Aug., and Sep. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Dec. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's joint objection and stipulations to debtors' trial exhibits | 1.40 | TJT |
| Feb-18-08 | *Case Administration* - Review agenda; re: 2/25/08 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving settlement with City of Cambridge | 0.10 | TJT |
| | *Case Administration* - Review PWC Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Foley Hoag 10th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of objections to PI/FCR's joint trial exhibits | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' objection to PI/FCR's trial exhibits | 0.40 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 2/25/08 hearing coverage | 0.10 | TJT |
| Feb-19-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Mission Towers appeal in 3rd circuit | 0.10 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case in Connecticut | 0.20 | TJT |
| | *Case Administration* - Review Forman Perry Quarterly Fee Application for July-Oct. 07 | 0.10 | TJT |
| | *Case Administration* - Review Deloitte FAS 1st Quarterly Fee | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Application | | |
| | *Litigation and Litigation Consulting* - Finish reviewing debtors' objection to PI/FCR's trial exhibits | 1.80 | TJT |
| | *Fee Applications, Applicant* - Confer with L. Coggins re Ferry, Joseph & Pearce's 27th Quarterly Fee Application | 0.10 | TJT |
| Feb-20-08 | *Fee Applications, Applicant* - Review Certificate of No Objection; re: December, 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review fee auditor report & confer with T. Tacconelli; re: same | 0.30 | LLC |
| | *Case Administration* - Review Anderson Kill 10th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak 2nd Quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Fee Auditor's Final Report re Ferry, Joseph & Pearce's 26th Quarterly Fee Application | 0.20 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's 27th Quarterly Fee Application status | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 2/15/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re FJP's Dec. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and arrange for service re Certificate of No Objection re Ferry, Joseph & Pearce's Dec. Fee Application | 0.30 | MH |
| Feb-21-08 | *Case Administration* - Review case management Memo ; re: week ending 2/15/08 | 0.10 | LLC |
| | *Case Administration* - Review notice of address change & forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 27th quarterly & confer with M. Hedden | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of objection by IRS to remedium closing agreement | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 2/15/08 | 0.10 | TJT |
| | *Case Administration* - Review affidavit of W. Fish | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re possible objection to debtors' motion to make pension contribution | 0.10 | TJT |
| | *Case Administration* - Review notice of address change for Scott Law Group and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtor to acquire stock in Ceratech with attachments | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Day Pitney 26th interim period | 0.10 | TJT |
| | *Case Administration* - Review LAS 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - | 0.00 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 27th quarterly period; draft Fee Application, Notice and Certificate of Service re same | 3.20 | MH |

| Invoice No. 26538 | Page 7 of 10 | | March 28, 2008 |
|---|---|---|---|
| Feb-22-08 | *Fee Applications, Applicant* - Review 27th quarterly fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re PD claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' status report re pending motions re injunctive relief | 0.40 | TJT |
| | Case Administration - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review PI Committee's 27th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Perkins Coie 1st Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and arrange for service of Ferry, Joseph & Pearce's 27th Quarterly Fee Application and Notice thereof upon 2002 service list | 0.60 | MH |
| Feb-23-08 | *Case Administration* - Review affidavit by Reed Smith | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to transfer environmental liabilities with exhibits | 1.40 | TJT |
| | *Case Administration* - Review Caplin Drysdale 27th Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' Notice of Service of request for production to P. Kraus | 0.10 | TJT |
| | *Hearings* - Review amended notice of agenda | 0.20 | TJT |
| Feb-24-08 | *Case Administration* - Continue reviewing attachments to debtors' motion to authorize transfer of environmental liabilities | 0.60 | TJT |
| | *Case Administration* - Review Campbell Levine 27th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC 27th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 2/25/08 hearing except ZAI | 0.80 | TJT |
| Feb-25-08 | *Case Administration* - Review notice of appearance & forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Prepare and send transcript form to Bankruptcy Court re today's hearing and advise T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - Review 1st Quarterly Fee Application of Fragomen Del Ray | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn 27th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Correspond with committee member re agenda for hearing today | 0.10 | TJT |
| | *Hearings* - Teleconference with committee member re agenda for hearing today and related issues | 0.20 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 4.60 | TJT |
| | *Hearings* - Correspond with committee member re results of hearing today | 0.20 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 2/25/08 hearing follow-up | 0.10 | TJT |
| Feb-26-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Prepare Certificate of Service re objection to debtors' pension motion to be filed on 2/29/08 | 0.20 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - 2/25/08 hearing follow-up and advise T. Tacconelli re same | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review letter to J. Fitzgerald from BNSF with enclosed Manville opinion and review same | 0.90 | TJT |
| | *Case Administration* - calendar objection deadline for debtors' motion to transfer liabilities | 0.10 | TJT |
| | *Case Administration* - Review amended request for service of documents by BNSF and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review order authorizing remedium closing agreement with IRS | 0.10 | TJT |
| | *Case Administration* - Review notice of substitution of counsel for State of Kentucky and forward to paralegal | 0.10 | TJT |
| | *Hearings* - Correspond with S. Weiler re 2/25/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review hearing notes from 2/25/08 hearing | 0.20 | TJT |
| | *Hearings* - Confer with S. Weiler re 2/25/08 hearing follow-up | 0.10 | TJT |
| Feb-27-08 | *Case Administration* - Review notice of withdrawal from service & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case management Memo ; re: week ending 2/2208 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin Dec., 2007 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA Dec., 2007 fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re results of 2/25/08 hearing re PD claim issues | 0.30 | TJT |
| | *Case Administration* - Review notice of withdrawal of D. Mendelson for debtors | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of counsel for Lab Vantage Solutions and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report for 26th interim period for Campbell Levine and Perkins Coie | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Jan. 08 prebill | 0.90 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's Dec. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and arrange for service of Certificate of No Objection re HRA's Dec. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Dec. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and arrange for service of Certificate of No Objection re Bilzin's Dec. Fee Application | 0.30 | MH |
| Feb-28-08 | *Fee Applications, Others* - Review fee auditor report; re: Bilzin & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - e-mail to M. Hedden re preparation of service labels re objection to debtors' pension motion | 0.10 | SGW |
| | *Case Administration* - Review Fee Auditor's Final Reports for 26th interim period for PSZY&J, Stroock and Piper Jaffery | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review order granting debtors' motion to file stock purchase agreement under seal | 0.10 | TJT |
|  | *Case Administration* - Prepare e-mail to J. Sakalo re debtors' motion to make pension plan contributions | 0.10 | TJT |
|  | *Case Administration* - Review Fragoman Del Ray Oct. and Dec. Fee Applications | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review Notice of Service of objections to discovery by P. Kraus | 0.10 | TJT |
|  | *Fee Applications, Others* - trade e-mails with L. Flores re form of notice re fee applications | 0.10 | MH |
| Feb-29-08 | *Case Administration* - Review notice of appearance & forward same to M. Hedden | 0.10 | LLC |
|  | *Fee Applications, Others* - Review 22nd quarterly fee app of HRA for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Bilzin January, 2007 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review HRA January, 2007 fee app for filing | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re PD claim issues | 0.20 | TJT |
|  | *Case Administration* - Review case status memo for week ending 2/22/08 | 0.10 | TJT |
|  | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review Olgivey Renault 4th Quarterly Fee Application | 0.10 | TJT |
|  | *Hearings* - Correspond with J. Sakalo re 2/25/08 hearing follow-up | 0.20 | TJT |
|  | *Hearings* - Confer with S. Weiler re 2/25/08 hearing follow-up | 0.10 | TJT |
|  | Case Administration - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Jan. prebill | 0.20 | TJT |
|  | *Fee Applications, Applicant* - Confer with paralegal re status of Ferry, Joseph & Pearce's Jan. Fee Application | 0.10 | TJT |
|  | *Case Administration* - update 2002 lists and 2002 labels documents with multiple address changes | 0.30 | MH |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise HRA's Oct.-Dec. 07 Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Oct.-Dec. 07 Quarterly Fee Application; arrange for service of notice on 2002 service | 0.50 | MH |
|  | *Fee Applications, Others* - download, review and revise HRA's Jan. 08 Fee Application and Notice and prepare Certificate of Service re same | 0.30 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and arrange for service of HRA's Jan. 08 Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's Jan. 08 | 0.30 | MH |

| Invoice No. 26538 | Page 10 of 10 | | March 28, 2008 |
|---|---|---|---|

| | | | |
|---|---|---:|---|
| | Fee Application and Notice and prepare Certificate of Service re same | | |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and arrange for service of Bilzin's 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Oct.-Dec. 07 Fee Application and supporting documents and prepare Notice and Certificate of Service re same | 0.60 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Oct.-Dec. 07 Quarterly Fee Application; arrange for service of notice on 2002 service | 0.50 | MH |
| | Totals | 55.30 | |

### DISBURSEMENTS

| | | |
|---|---|---:|
| Feb-09-08 | Photocopy Cost | 0.60 |
| Feb-12-08 | Photocopy Cost | 0.60 |
| Feb-15-08 | West Law - Legal Research (Nov 07) Acct #1000634693; Inv # 0814959302 | 273.42 |
| Feb-18-08 | Photocopy Cost | 10.40 |
| Feb-19-08 | Pacer Service Center - 10/1/07 - 12/31/07 (RSM) Acct# FJ0091 | 39.52 |
| Feb-22-08 | Photocopy Cost | 17.10 |
| | Photocopy Cost | 17.10 |
| Feb-25-08 | J&J Court Transcribers | 499.55 |
| Feb-26-08 | Photocopy Cost | 2.80 |
| | Blue Marble - copies 7.50, service 11.32 | 18.82 |
| Feb-27-08 | Wilmington Trust Co. - court call hearing - 1/14/08 | 207.00 |
| | Wilmington Trust Co. - court call hearing - 1/16/08 | 246.00 |
| | Wilmington Trust Co. - court call hearing - 1/22/08 | 200.50 |
| | Wilmington Trust Co. - court call hearing - 1/23/08 | 161.50 |
| Feb-28-08 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.20 |
| | Blue Marble - copies 7.50, service 11.32 | 18.82 |
| | Blue Marble - copies 4.80, service 1.66 | 6.46 |
| Feb-29-08 | Photocopy Cost | 15.90 |
| | Photocopy Cost | 23.40 |
| | Photocopy Cost | 15.90 |
| | Photocopy Cost | 23.40 |
| | Blue Marble - copies 81.00, service 298.65 | 379.65 |
| | Postage | 6.55 |
| | Totals | $2,186.89 |
| | **Total Fees & Disbursements** | **$14,354.89** |
| | | |
| | **Balance Due Now** | **$14,354.89** |