IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Related Docket Nos.: 18307, 18309, 18310, 18408, 18414 |
| | ) Objection Deadline: March 28, 2008 |
| | ) Hearing Date: April 1, 2008 @ 9:00am |
| | )              Pittsburgh, PA |
| | ) |

## JOINDER OF THE FUTURE CLAIMANTS' REPRESENTATIVE TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' RESPONSES TO DEBTORS' MOTIONS IN LIMINE TO EXCLUDE (I) TESTIMONY FROM CLAIMANTS' WITNESS PETER KRAUS AND (II) EXPERT TESTIMONY OF STEPHEN M. SNYDER

David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "FCR") joins in the Official Committee of Asbestos Personal Injury Claimants' (the "ACC") responses to the above-captioned Debtors' motions in limine to exclude (1) testimony from claimants' witness Peter Kraus (Dkt. No. 18309) and (2) expert testimony from Stephen M. Snyder (Dkt. No. 18307) (collectively, the "Motions"). In support hereof, the FCR respectfully submits as follows:

The FCR adopts by reference all the arguments advanced by the ACC. Additionally, the FCR wishes to remind the Court of its stated intention to permit the ACC and FCR the same wide berth to present their case under their methodology as has been afforded to Grace to present its evidence under its methodology. The Court has made clear that it is disinclined to preclude expert testimony under *Daubert* or *in limine*, preferring to admit the evidence and give it the weight to which it is entitled on the basis of a complete record.

Dated:  March 28, 2008	Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard Wyron
Raymond G. Mullady, Jr.
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8400

John Ansbro
666 Fifth Avenue
New York, NY 10103
Telephone:  (212) 506-5000

*Counsel to David T. Austern,*
*Future Claimants' Representative*