IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 17550** |

## UPDATED NOTICE OF DEBTORS' ORDER OF WITNESSES

In accordance with the Court's December 5, 2007 Revised and Amended Case Management Order For The Estimation Of Asbestos Personal Injury Liabilities ("Revised CMO") (Dkt. No. 17550), the Debtors hereby submit their list of the witnesses expected to be called during the remainder of their case-in-chief for the Estimation Hearing, in the order in which the Debtors expect to call them. This list is subject to revision and is dependent upon the Court's rulings regarding all evidentiary issues.

| Witness Name | Topic |
|---|---|
| Dr. B. Thomas Florence | Dr. Florence will testify about the estimate of Grace's current and future asbestos personal injury claims and liabilities. |
| Dr. Andrew Harron (by deposition designation) | Dr. Harron will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Walter Allen Oaks (by deposition designation) | Dr. Oaks will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Jay Segarra (by deposition designation) | Dr. Segarra will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |
| Dr. Alvin Schonfeld (by deposition designation) | Dr. Schonfeld will testify regarding the methods he used to diagnose plaintiffs with asbestos-related diseases for purposes of litigation. |

The "Topic" of the testimony identified above is meant to be summary in nature. In addition, each witness may testify as to all topics identified in their expert report (if any), in discovery, and to other appropriate topics about which they are competent and knowledgeable. The Debtors do not intend to play or read deposition designations in open court. When offering witnesses by deposition designation, the Debtors will submit summaries pursuant to Federal Rule of Evidence 1006, with the designated testimony provided to the court in hard copy. The Debtors reserve the right to call additional witnesses for rebuttal purposes.

Dated: March 28, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen Therese Ahern
Scott A. McMillin
200 East Randolph Drive
Chicago, Illinois 60601
Telephone (312) 861-2000
Facsimile  (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara M. Harding
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone (202) 879-5000
Facsimile  (202) 879-5200

*and*

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

3