IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**DEBTORS' MOTION IN *LIMINE* TO EXCLUDE
EVIDENCE CONCERNING GRACE'S INSURANCE COVERAGE**

# DOCUMENTS FILED UNDER SEAL

91100-001\DOCS_DE:136317.1