IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DEBTORS' MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF MARSHALL S. SHAPO

# DOCUMENTS FILED UNDER SEAL