# Buchanan Ingersoll ⚖ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 13, 2008
                                            MATTER : 0066609-000002
                                            INVOICE : 10094122
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

RE:   ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/08/08 | TC | Reviewed Objection to Remedium Closing Agreement, Filed by United States Internal Revenue Service | .20 |
| 02/22/08 | TC | Reviewed Order Authorizing the Motion for the Entry of an Order Authorizing the Debtors to Expend Property to Acquire Preferred Stock Interest in Ceratech, Inc. | .10 |
| 02/22/08 | TC | Reviewed fully executed purchase agreement on ceratech and comparison of changes; materials not filed but shared with us by debtors' counsel | .70 |
| 02/22/08 | TC | Reviewed lengthy motion for order authorizing liability transfer agreement regarding certain environmental liabilities | .80 |
| 02/28/08 | TC | Reviewed Order (AMENDED) Authorizing the Motion For the Entry of an Order Authorizing the Debtors to Expend Property to Acquire Preferred Stock Interest in Ceratech, Inc | .10 |
| 02/28/08 | TC | Reviewed Order Authorizing the Filing Under Seal of Confidential Ancillary Agreements Executed in Support of Stock Purchase Agreement Between the Debtors and Ceratech, Inc | .10 |

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⅍ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : MARCH 13, 2008
MATTER  : 0066609-000002
INVOICE : 10094122

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

RE:  ASSET DISPOSITION

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 2.00 | 1030.00 |
| TOTALS | | 2.00 | 1030.00 |

TOTAL FEES :             1,030.00

TOTAL DUE  :             1,030.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 13, 2008
MATTER : 0066609-000003
INVOICE : 10094123

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

RE: BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/01/08 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period December 2007 Filed by W.R. Grace & Co., et al | .50 |
| 02/13/08 | TC | Reviewed Debtors for Authority to Further Extend and Modify Debtor-in-Possession Financing | .50 |
| 02/13/08 | TC | Reviewed Debtors' Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies | .40 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|--|--|------|-------|--------|
| T. Currier | | 515.00 | 1.40 | 721.00 |
| | TOTALS | | 1.40 | 721.00 |

TOTAL FEES :                    721.00

TOTAL DUE  :                    721.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 13, 2008
                                            MATTER : 0066609-000004
                                            INVOICE : 10094124


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

    RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/01/08 | TC | Reviewed all ecf filings and circulated them to counsel for equity committee | .50 |
| 02/04/08 | TC | Reviewed all ecf filings and distributed them to team for the equity committee | .30 |
| 02/04/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/05/08 | TC | Conference with paralegal about case management order | .20 |
| 02/05/08 | TC | Reviewed case management order and communicated same to doug mannal and victoria rodriguez | .30 |
| 02/05/08 | TC | Call with doug mannal and victoria rodriguez about case management order | .20 |
| 02/05/08 | TC | Reviewed ecf filings and distributed to counsel team for equity committee | .50 |
| 02/05/08 | TC | Reviewed updated docket | .40 |
| 02/05/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/06/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 13, 2008
MATTER :   0066609-000004
INVOICE : 10094124

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 02/07/08 | TC | Reviewed all ecf filings from previous night and all day and distributed them to counsel for equity committee | .50 |
| 02/07/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/08/08 | TC | Reviewed all ecf filings and distributed them to counsel for equity committee | .50 |
| 02/11/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 02/12/08 | TC | Reviewed all ecf filings and distributed to our counsel for the equity committee | .40 |
| 02/12/08 | MNF | Docketing litigation events in computerized docketing system | .40 |
| 02/13/08 | TC | Reviewed and distributed all ecf filings to all members of counsel team | .60 |
| 02/13/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/14/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/15/08 | TC | Reviewed all ecf filings in the case and distributed to counsel team for the equity committee | .50 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 13, 2008
MATTER :  0066609-000004
INVOICE : 10094124

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 02/18/08 | TC | Reviewed ecf filings and forwarded them to counsel team | .40 |
| 02/18/08 | TC | Reviewed updated docket | .30 |
| 02/19/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/20/08 | TC | Reviewed all ecf filings and distributed them to team of counsel for equity committee | .40 |
| 02/20/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/21/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/22/08 | TC | Reviewed and forwarded all ecf filings to team counsel for equity committee | .50 |
| 02/22/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/25/08 | TC | Reviewed all ecf filings over the weekend and distributed them to all team members | .50 |
| 02/25/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 13, 2008
MATTER :  0066609-000004
INVOICE : 10094124

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

RE:  CASE ADMINISTRATION

| Date | | Description | Hours |
|------|----|-------------|-------|
| 02/26/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/27/08 | TC | Reviewed and forwarded all ecf filings to team cocounsel for equity committee | .40 |
| 02/27/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/28/08 | TC | Reviewed all ecf filings and distributed to team counsel for equity committee | .50 |
| 02/28/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 02/29/08 | TC | Reviewed all ecf filings and distributed to team counsel | .60 |
| 02/29/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 13, 2008
MATTER :  0066609-000004
INVOICE : 10094124

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

RE:  CASE ADMINISTRATION

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 8.50 | 4377.50 |
| M. Flores | 175.00 | 8.50 | 1487.50 |
| TOTALS |  | 17.00 | 5865.00 |

TOTAL FEES :                    5,865.00

TOTAL DUE  :                    5,865.00

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 13, 2008
                                            MATTER : 0066609-000005
                                            INVOICE : 10094125


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

      RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                   -----

02/04/08 TC    Reviewed Brief of the Future CLaimants'            .40
               Representative in Support of Objection to
               Admissibility of Personal Injury Questionnaires
               and Proof-of-Claims Forms Filed by David
               Austern.

02/04/08 TC    Reviewed Memorandum of Law In Support of the       .60
               Admissibility of W.R. Grace Asbestos Personal
               Injury Questionnaires Filed by W.R. Grace &
               Co., et al

02/04/08 TC    Reviewed Brief of The Official Committee of        .70
               Asbestos Personal Injury Claimants in Support
               of its Objection to the Admissibility of
               Personal Injury Questionnaires and
               Proof-of-Claim Responses Filed by Official
               Committee of Asbestos Personal Injury Claimants

02/08/08 TC    Reviewed Fifteenth Claim Settlement Notice and     .30
               other claims documents
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

  T. Currier            515.00    2.00        1030.00
                 TOTALS           2.00        1030.00


              TOTAL FEES :                            1,030.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 13, 2008
MATTER : 0066609-000005
INVOICE : 10094125

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

TOTAL DUE  :                                    1,030.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 13, 2008
MATTER : 0066609-000006
INVOICE : 10094126

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/28/08 | TC | Reviewed Order Regarding Relief Sought in Debtors' Objection to Claim Filed by Massachusetts Department of Revenue | .10 |
| 02/28/08 | TC | Reviewed Order (CONTINUATION) Regarding the Debtors' Eighteenth Omnibus Objection to Claims (SUBSTANTIVE) | .10 |
| 02/29/08 | TC | Reviewed Stipulation Resolving Claims of the State of Tennessee, Department of Environment and Conservation, Division of Superfund | .20 |
| 02/29/08 | TC | Reviewed Response to Claimant Allegheny Center Associates' Motion for Relief from Order on Dismissal and all attachments | .40 |

```
              T I M E   S U M M A R Y
              -----------------------

                    RATE    HOURS       TOTALS
                    ----    -----       ------

T. Currier          515.00    .80       412.00
            TOTALS            .80       412.00


            TOTAL FEES :                412.00


            TOTAL DUE  :                412.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 13, 2008
                                            MATTER : 0066609-000007
                                            INVOICE : 10094127


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

    RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
         EQUITY HOLDERS'



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
 ----  ----   -------------------------------                      -----

02/29/08 TC   Reviewed all materials for wrgrace equity            1.30
              committee meeting next week


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

  T. Currier            515.00    1.30        669.50
                TOTALS            1.30        669.50


                 TOTAL FEES :                        669.50

                 TOTAL DUE  :                        669.50
```

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MARCH 13, 2008
                                            MATTER :  0066609-000008
                                            INVOICE : 10094129


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

      RE:  EMPLOYEE BENEFITS / PENSION



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

02/13/08 TC    Reviewed Debtors' Motion for Entry of an Order       .40
               Authorizing Debtors to Make Legally Required
               Minimum Contributions to Defined Benefit
               Pensions Plans Covering Debtors' Employees, Due
               April 2008



                    T I M E   S U M M A R Y
                    -----------------------

                            RATE     HOURS          TOTALS
                            ----     -----          ------

   T. Currier               515.00    .40           206.00
                   TOTALS             .40           206.00


                   TOTAL FEES :                             206.00


                   TOTAL DUE  :                             206.00
```

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 13, 2008
                                             MATTER :   0066609-000011
                                             INVOICE :  10094130

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

RE:   FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 02/12/08 | TC | Conference with paralegal regarding preparation and filing of our quarterly fee application | .20 |
| 02/12/08 | TC | Reviewed and revised our draft quarterly fee application in preparation for filing same | .50 |
| 02/12/08 | TC | Call from paralegal re revisions to our monthly fee application | .20 |
| 02/12/08 | MNF | Reviewed/make edits to prebills for January 2008 | .50 |
| 02/12/08 | MNF | Draft 27th quarterly fee request of BIR (1.0); Draft Notice re: same (.3); E-file and serve 27th quarterly fee app of BIR for Oct-Dec. 2007 (.8) | 2.10 |
| 02/14/08 | MNF | Finalize Jan. prebills and send same to accting (.2); Draft 75th monthly fee app of BIR for Jan 2008 (1.3) | 1.50 |
| 02/19/08 | TC | Reviewed our monthly fee application, reviewed docket for any objections, reviewed and approved certification of no objection for filing with court | .40 |
| 02/19/08 | MNF | Review docket re: Objections to 74th monthly fee app of BIR (.1); Draft CNO re: same (.4) | .50 |
| 02/20/08 | MNF | Edits to 75th monthly fee app of BIR | .30 |
| 02/27/08 | TC | Reviewed our january monthly fee application | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚊ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 13, 2008
MATTER : 0066609-000011
INVOICE : 10094130

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

RE:   FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 02/29/08 MNF | E-file and serve 75th monthly fee app of BIR(.8); Calendar dates(.1); Scan and send same to fee auditor(.3) | | 1.20 |

## T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | | TOTALS |
|---|---|---|---|---|
| | ---- | ----- | | ------ |
| T. Currier | 515.00 | 1.90 | | 978.50 |
| M. Flores | 175.00 | 6.10 | | 1067.50 |
| TOTALS | | 8.00 | | 2046.00 |

TOTAL FEES :                    2,046.00

TOTAL DUE  :                    2,046.00

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MARCH 13, 2008
                                              MATTER :  0066609-000012
                                              INVOICE : 10094131
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

     RE:   FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/05/08 | TC | Reviewed all lexecon cnos, compared to lexecon fee applications, revised and finalized same for filing | .70 |
| 02/05/08 | MNF | Draft CNO's re: Lexecon monthly fee apps for Aug. 2007, Sept, 2007, Oct. 2007, & Nove. 2007 (1.6); Draft CNO re: Quarterly fee app of Lexecon for July 1-Sept. 30, 2007 (.4) | 2.00 |
| 02/06/08 | MNF | E-file and serve CNO's re: monthly fee apps of Lexecon for Aug-Nov. 2007 (1.1); E-file and serve CNO re: Quarterly fee app of Lexecon for July-Sept 2007 (.5) | 1.50 |
| 02/11/08 | MNF | Draft Notice re: 23rd quarterly fee app of Kramer Levin for Oct-Dec. 2007 (.4); E-file and serve 23rd quarterly fee app of Kramer Levin (.8) | 1.20 |
| 02/11/08 | MNF | E-file and serve 77th monthly fee app of Kramer Levin | .80 |
| 02/15/08 | MNF | Review docket re: objections to Quarterly fee request of Lexecon for Oct-Dec. 2007(.1); Draft CNO re: Quarterly fee request of Lexecon for Oct-Dec. 2007(.4) | .50 |
| 02/15/08 | MNF | Review docket re: objections to Dec. monthly fee app of Lexecon(.1); draft CNO re: Dec. monthly fee app of Lexecon(.4) | .50 |
| 02/18/08 | TC | Reviewed lexecon fee application, reviewed docket for objections, reviewed certification and approved same for filing for lexecon's fees | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &. Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 13, 2008
MATTER :  0066609-000012
INVOICE : 10094131

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 02/18/08 MNF | E-file and serve CNO re: Quarterly fee app of Lexecon for Oct-Dec. 2007(.5); E-file and serve Dec. monthly invoice of Lexecon (.5) | 1.00 |
| 02/22/08 TC | Response to doug mannal about charge for copying under new local delaware rule | .20 |
| 02/28/08 TC | Reviewed fee auditor's report with respect to kramer levin fees (counsel to equity committee) | .30 |
| 02/28/08 TC | Reviewed fee auditor's report with respect to lexecon fees (financial advisor to equity committee) | .30 |
| 02/29/08 TC | Reviewed fee auditor's report on those professionals for which he has no issues with respect to fees or expenses for the 26th interim period (buchanan included herein) | .20 |

```
                T I M E   S U M M A R Y
                -----------------------

                     RATE    HOURS          TOTALS
                     ----    -----          ------
   T. Currier       515.00    2.00         1030.00
   M. Flores        175.00    7.50         1312.50
              TOTALS           9.50         2342.50


              TOTAL FEES :                        2,342.50


              TOTAL DUE  :                        2,342.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   MARCH 13, 2008
                                            MATTER :  0066609-000014
                                            INVOICE : 10094132
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08   6548

RE:  HEARINGS

```
DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                  HOURS
----  ----    --------------------------------                  -----

02/18/08 TC   Reviewed Notice of Agenda of Matters Scheduled      .40
              for Hearing on February 25, 2008, at 1:00 pm
              before the Honorable Judith K. Fitzgerald in
              Wilmington, Delaware Filed by W.R. Grace & Co.,
              et al

02/22/08 TC   Reviewed notice of matters scheduled for            .40
              hearing
```

```
                 T I M E   S U M M A R Y
                 -----------------------

                         RATE     HOURS         TOTALS
                         ----     -----         ------

   T. Currier           515.00     .80          412.00
                TOTALS             .80          412.00


                TOTAL FEES  :                        412.00


                TOTAL DUE   :                        412.00
```

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 13, 2008
MATTER :  0066609-000015
INVOICE : 10094133

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/13/08 | TC | Reviewed Future Claim Representative's brief in support of objection to the admissibility of the Questionaires | .30 |
| 02/13/08 | TC | Reviewed debtors' Memorandum in Support of the Admissibility of WR Grace Asbestos Personal Injury Questionnaires | .40 |
| 02/13/08 | TC | Reviewed Brief of the Official Committee of Asbestos Personal Injury Claimants in Support of Its Objection to the Admissibility of Personal Injury Questionnaires and Proof-of-Claim Responses (known as "the Hearsay Brief") and all attachments thereto | .60 |
| 02/13/08 | TC | Reviewed Future Claimants' Representative's Opposition to Grace's Motion to Strike as "Untiimely" Professor Eric Stallard's Reply Declaration and for Sanctions (Supplemental) and all Exhibits thereto | .80 |
| 02/14/08 | TC | Briefly reviewed Debtors' Substantive Objections to ACC/FCR Trial Exhibits | .80 |
| 02/14/08 | TC | Reviewed The Official Committee of Asbestos Personal Injury Claimants' and Future Claimants' Representative's Objections and Stipulations to W.R. Grace &amp; Co.'s Trial Exhibits | .40 |
| 02/25/08 | TC | Reviewed Letter to Judge Fitzgerald re: February 15, 2008 Opinion and attached opinion | .30 |

**Buchanan Ingersoll &amp; Rooney** PC
Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 13, 2008
                                              MATTER : 0066609-000015
                                              INVOICE : 10094133


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

    RE:  LITIGATION AND LITIGATION CONSULTING




                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS          TOTALS
                          ----    -----          ------

T. Currier               515.00    3.60          1854.00
                TOTALS             3.60          1854.00


                 TOTAL FEES :                          1,854.00


                 TOTAL DUE  :                          1,854.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MARCH 13, 2008
                                              MATTER :  0066609-001000
                                              INVOICE : 10094134


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/08    6548

    RE:   EXPENSES




         DESCRIPTION OF EXPENSE ADVANCES                   AMOUNT
         -------------------------------                   ------
02/01/08 Photocopies M. Flores                              22.95
02/01/08 Photocopies M. Flores                               2.70
02/06/08 Photocopies M. Flores                               4.95
02/11/08 Photocopies M. Flores                              13.80
02/11/08 Photocopies M. Flores                               5.55
02/11/08 Photocopies M. Flores                               3.00
02/12/08 Photocopies M. Flores                               1.80
02/12/08 Photocopies M. Flores                               3.00
02/13/08 Photocopies M. Flores                               1.80
02/18/08 Photocopies M. Flores                               1.35
02/18/08 Photocopies M. Flores                               1.20
02/20/08 Photocopies M. Flores                               0.90
02/21/08 Photocopies M. Flores                               0.60
02/25/08 Photocopies M. Flores                               0.30
02/27/08 Photocopies M. Flores                               0.15
02/29/08 Photocopies M. Flores                               6.60
02/29/08 Photocopies M. Flores                               9.30
02/29/08 Photocopies M. Flores                               0.30

              TOTAL EXPENSE ADVANCES :            80.25

              TOTAL DUE   :                       80.25
```

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA