**EXHIBIT B**

**Case Administration (6.90 Hours; $ 3,454.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**  **6.90**

**Claim Analysis Objection & Resolution (Asbestos) (6.40 Hours; $ 5,376.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**  **6.40**

**Claim Analysis Objection & Resolution (Non-Asbestos) (6.10 Hours; $ 3,088.50)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06**  **6.10**

**Committee, Creditors', Noteholders' or Equity Holders' (1.00 Hours; $ 920.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**  **1.00**

**Employment Applications, Others (8.40 Hours; $ 4,136.00)**

   Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**  **8.40**

**Fee Applications, Applicant (8.80 Hours; $ 3,689.00)**

{D0108622.1 }
DOC#151898

- 2 -

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        8.80**

**Fee Applications, Others (.20 Hours; $ 168.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .20**

**Hearings (44.20 Hours; $ 39,949.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        44.20**

**Litigation and Litigation Consulting (863.10 Hours; $ 404,392.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        863.10**

**Plan & Disclosure Statement (31.90 Hours; $ 26,166.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        31.90**

**Travel – Non Working (10.10 Hours; $ 4,088.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        10.10**

**Fee Auditor Matters (4.10 Hours; $ 2,204.00)**

{D0108622.1 }

- 3 -

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        4.10**