# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE  MATTER: 100055.WRG01

March 18, 2008  INVOICE: 224445

c/o Peter Van N. Lockwood, Esq.  DATE: March 18, 2008
Caplin & Drysdale  MATTER: 100055.WRG01
One Thomas Circle  INVOICE: 224445
Washington, DC 20005

**MATTER:** CLAIMANTS COMMITTEE  Robert M Horkovich

**PROFESSIONAL SERVICES through 02/29/08**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/01/08 | Review allocation spreadsheets to answer D. Cohn questions. | W001 | MG | **4.50** |
| 02/01/08 | Analysis of case law discussed in connection with Libby claimant issues (3.00); review and update upcoming projects regarding Libby insurance analysis (.80). | W001 | RYC | **3.80** |
| 02/03/08 | Research regarding past and pending cases addressing Libby issues (2.50); Research regarding impact of historical insurance company settlements (2.30); Analysis regarding insurance allocation issues (1.50). | W001 | RYC | **6.30** |
| 02/04/08 | Analysis re: Auditor's Report and appropriate response (.20); obtain back-up from accounting and draft response for same (.80). | W011 | AHP | **1.00** |
| 02/04/08 | Analysis of CNA policies/related documents re: premises asbestos coverage from CNA (2.90); Discussion with I. Feldgreber and H. Gershman re: primary analysis (.50). | W001 | GFF | **3.40** |
| 02/04/08 | Assisted M. Garbowski with CNA primary policy research (1.00); Discussions with I. Feldgreber and G. Fields re: primary analysis (.50); Review of A. Kramer notes and work product re: primary analysis (2.50). | W001 | HEG | **4.00** |

{D0108619.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 18, 2008 | | INVOICE: | | 224445 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/04/08 | Began to prepare materials for meeting with client re: "Asbestos Premises Coverage" per R. Chung request (1.10); summarize information for R. Chung and H. Gershman (.20); Discussion with G. Fields and H. Gershman re: primary analysis (.50). | W001 | IF | **1.80** |
| 02/04/08 | Review spreadsheets in response to allocation inquiries (2.80); conference with H. Gershman, I. Feldgreber and G. Fields re: same and re: settlements (1.00); | W001 | MG | **3.80** |
| 02/04/08 | Evaluate Libby insurance project (1.00); Research regarding ongoing cases with similar issues to Libby insurance concerns (2.20); Review and comment upon M. Garbowski's insurance analysis for Libby issues (1.70). | W001 | RYC | **4.90** |
| 02/05/08 | Draft and review email memoranda re: allocation issues | W001 | MG | **2.20** |
| 02/05/08 | Met with R. Horkovich and R. Chung to discuss background of case and research needed on Montana choice of law principles. | W015 | RH | **0.90** |
| 02/05/08 | Conference with R. Chung and R. Hertzog re: Libby choice of law analysis. | W001 | RMH | **1.00** |
| 02/05/08 | Attention to Libby insurance analysis issues (4.40); Conference with R. Horkovich and R. Hertzog re: same (.90). | W001 | RYC | **5.30** |
| 02/05/08 | Attention to response to fee auditor regarding research. | W001 | RYC | **0.40** |
| 02/06/08 | Brief conference with R. Chung re: Fee Auditor's Report (.20); e-mail with A. Suffern trying to ascertain information (.20); contacted office manager at Fee Auditor's office (.20); contacted B. Ruhlander re: same (.10); brief conference with D. Flynn re: obtaining copy of signed Order and U.S. Trustee Guidelines (.20). | W011 | AHP | **0.90** |
| 02/06/08 | Begin reviewing and revising time entries. | W011 | AHP | **0.50** |
| 02/06/08 | Draft email memorandum in response to D. Cohn queries based on review of allocation spreadsheets and issues | W001 | MG | **2.60** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 18, 2008 | | INVOICE: | | 224445 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/06/08 | Work on Libby insurance asset issues (2.00); summarize settlement evaluations (.20). | W001 | RYC | 2.20 |
| 02/06/08 | Finalize response to fee auditor. | W001 | RYC | 0.10 |
| 02/07/08 | Finalize Response to Auditor's Report including PDF'ing backup (.90); send same to B. Ruhlander (.10). | W011 | AHP | 1.00 |
| 02/07/08 | Began to review information re: Settlement Agreements. | W001 | IF | 1.00 |
| 02/07/08 | Research in connection with Libby claimants concerns including allocation, settlements. | W001 | RYC | 3.90 |
| 02/08/08 | Reviewed and prepared information re: Settlement Agreements. | W001 | IF | 2.50 |
| 02/08/08 | Review new questions from D. Cohn (.50); Review prior settlements (.20); review settlements for remaining coverage (2.30). | W001 | MG | 3.00 |
| 02/08/08 | Continue drafting and researching memo in connection with Libby claimants concerns including allocation, settlements. | W001 | RYC | 4.00 |
| 02/09/08 | Research Montana choice of law provisions for insurance issues and contracts. | W015 | RH | 3.50 |
| 02/10/08 | Continued research on Montana choice of law principles (3.00); began drafting portion of memo (.90). | W015 | RH | 3.90 |
| 02/11/08 | Finish reviewing and revising time entries. | W011 | AHP | 0.10 |
| 02/11/08 | Produce bill in final form. | W011 | AHP | 0.20 |
| 02/11/08 | Review various primary Settlement Agreements re: remaining coverage issues (2.20); Discussion with I. Feldgreber (.40). | W001 | GFF | 2.60 |
| 02/11/08 | Continue to review primary Settlement Agreements per discussion with G. Fields. | W001 | IF | 4.50 |
| 02/11/08 | Continued drafting memo on Montana choice of law principles. | W015 | RH | 0.40 |
| 02/11/08 | Review and analysis of Libby claimants' follow-up regarding insurance analysis inquiries. | W001 | RYC | 0.50 |
| 02/12/08 | Forward final fees and expenses to local counsel. | W011 | AHP | 0.10 |

{D0108619.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 18, 2008 | | INVOICE: | | 224445 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/12/08 | Review/revise chart of remaining coverages in various settlement agreements. | W001 | GFF | 0.70 |
| 02/12/08 | Continue to review primary Settlement Agreements. | W001 | IF | 1.50 |
| 02/12/08 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 02/13/08 | Review/revise memo on remaining insurance coverage. | W001 | GFF | 0.40 |
| 02/13/08 | Continued to review primary settlement agreements (2.30); Gave materials to M. Garbowski (.20); | W001 | IF | 2.50 |
| 02/13/08 | Continue drafting memo on choice of law principles in Montana. | W015 | RH | 0.20 |
| 02/14/08 | Continue drafting memo on Montana choice of law principles and gathered additional research and case law. | W015 | RH | 5.30 |
| 02/15/08 | Review/revise memo on Maryland Casualty/Royal insurance coverage. | W001 | GFF | 0.80 |
| 02/15/08 | Reviewed information re: primary settlement agreements. | W001 | IF | 1.80 |
| 02/15/08 | Finished research and drafting of memo on Montana choice of law principles. | W015 | RH | 6.40 |
| 02/15/08 | Review research and memo regarding choice of law issues. | W001 | RYC | 0.90 |
| 02/18/08 | Work on drafting and research in connection with Libby claimant coverage concerns. | W001 | RYC | 2.50 |
| 02/19/08 | Review analysis of Libby issues regarding Montana law on coverage issues. | W001 | RYC | 0.50 |
| 02/20/08 | Insurance Asset Valuation. | W001 | RMH | 2.00 |
| 02/22/08 | Continued research and drafting of Libby issues regarding settlements and allocation. | W001 | RYC | 2.30 |
| 02/25/08 | Hearing before Judge Fitzgerald. | W001 | RMH | 4.50 |
| 02/27/08 | Work on memo regarding pending issues of concern to Libby claimants. | W001 | RYC | 4.80 |
| 02/29/08 | Continue work on memo regarding pending issues of concern to Libby claimants. | W001 | RYC | 2.80 |

**TOTAL FEES:**                                                                                              **$51,644.50**

{D0108619.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                                    MATTER:     100055.WRG01

March 18, 2008                                                                   INVOICE:     224445

## FEE SUMMARY

|                      | RATE   | HOURS | TOTALS      |
|----------------------|--------|-------|-------------|
| Arline H Pelton      | 220.00 | 3.80  | **836.00**  |
| Glenn F Fields       | 295.00 | 7.90  | **2,330.50**|
| Harris E Gershman    | 245.00 | 4.00  | **980.00**  |
| Izak Feldgreber      | 255.00 | 15.60 | **3,978.00**|
| Mark Garbowski       | 520.00 | 16.10 | **8,372.00**|
| Rene Hertzog         | 265.00 | 20.60 | **5,459.00**|
| Robert M Horkovich   | 790.00 | 7.50  | **5,925.00**|
| Robert Y Chung       | 520.00 | 45.70 | **23,764.00**|
| **TOTAL FEES:**      |        |       | **$51,644.50** |

{D0108619.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

March 18, 2008                                    INVOICE:        224445

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Glenn F Fields | 7.90 | 2,330.50 |
| Harris E Gershman | 4.00 | 980.00 |
| Izak Feldgreber | 15.60 | 3,978.00 |
| Mark Garbowski | 16.10 | 8,372.00 |
| Robert M Horkovich | 7.50 | 5,925.00 |
| Robert Y Chung | 45.20 | 23,504.00 |
| **TOTAL:** | **96.30** | **$45,089.50** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 3.80 | 836.00 |
| Robert Y Chung | 0.50 | 260.00 |
| **TOTAL:** | **4.30** | **$1,096.00** |

ACTIVITY CODE: W015     Litigation

|  | HOURS | TOTALS |
|---|---|---|
| Rene Hertzog | 20.60 | 5,459.00 |
| **TOTAL:** | **20.60** | **$5,459.00** |

{D0108619.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| March 18, 2008 | INVOICE: | 224445 |

**COSTS through 02/29/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/01/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 252511936 Tracking Number: 790930610057 Reference: 100055 wrg01 01 587   Billing Note: From: Robert Y Chung, And erson Kill & Olick, P C, 1251 Avenue of the Amer icas , NEW YORK CITY, NY, 10020, US To: Daniel Cohn, Cohn Whitesell & Goldberg LLP, 101 Arch St reet , BOSTON, MA, 02110, US | E107 | 12.26 |
| 02/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - January 1 - 31, 2008 | E106 | 6.59 |
| 02/01/08 | DI - PHOTOCOPYING - | E101 | 85.50 |
| 02/01/08 | DI - PHOTOCOPYING - | E101 | 20.25 |
| 02/01/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 02/01/08 | DI - PHOTOCOPYING - | E101 | 26.50 |
| 02/04/08 | DI - PHOTOCOPYING - | E101 | 7.50 |
| 02/06/08 | CLIENT - ON-LINE COMP SVC - - VENDOR: PACER AK0483  - Pacer charges | E106 | 5.04 |
| 02/07/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Telephonic hearing 1/2/08 | E105 | 25.00 |
| 02/07/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Telephonic hearing 1/4/08 | E105 | 57.50 |
| 02/07/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Telephonic hearing 1/10/08 | E105 | 83.50 |
| 02/07/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Telephonic hearing 1/17/08 | E105 | 200.50 |
| 02/07/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Telephonic hearing 1/18/08 | E105 | 213.50 |
| 02/07/08 | DI - PHOTOCOPYING - | E101 | 62.00 |
| 02/07/08 | DI - PHOTOCOPYING - | E101 | 42.50 |
| 02/08/08 | DI - PHOTOCOPYING - | E101 | 1.25 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| March 18, 2008 | | INVOICE: | 224445 |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/11/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 253791448 Tracking Number: 790444411381 Reference: 100055 wrg01 90 029   Billing Note:  From: DONALD FLYNN, Ander son Kill & Olick, P C, 1251 Avenue of the Americ as , NEW YORK CITY, NY, 10020, US To: Randy Te jada, Middlesex County Law Div , Tea, 1 John F K ennedy Sq , NEW BRUNSWICK, NJ, 08901, US | E109 | 7.80 |
| 02/12/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 02/12/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 02/12/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 02/15/08 | DI - PHOTOCOPYING - | E101 | 82.75 |
| 02/15/08 | DI - PHOTOCOPYING - | E101 | 20.50 |
| 02/20/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Court call telephonic hearings held in front of Judge Fitzgerald 11/28/07 | E105 | 25.00 |
| 02/20/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Court call telephonic hearings held in front of Judge Fitzgerald 12/10/07 | E105 | 122.50 |
| 02/25/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 02/26/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| **TOTAL COSTS:** | | | **$1,111.94** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 20.06 |
| CM | CLIENT - ON-LINE COMP SVC | 5.04 |
| LB | LIBRARY & LEGAL RESEARCH | 6.59 |
| TE | AP - TELEPHONE - | 727.50 |
| XE | DI - PHOTOCOPYING - | 352.75 |
| | **TOTAL COSTS:** | **$1,111.94** |
| | **TOTAL DUE:** | **$52,756.44** |

{D0108619.1 }