IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: April 21, 2008 @4:00 p.m.** |

**MONTHLY APPLICATION OF CHARTER OAK FINANCIAL CONSULTANTS, LLC, FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

| | |
|---|---|
| Name of Applicant: | Charter Oak Financial Consultants, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | August 29, 2007, *nunc pro tunc* to July 30, 2007 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through February 29, 2008 |
| Amount of compensation sought as actual, reasonable and necessary: | $46,055.60 (80% of $57,569.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $108.00 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Charter Oak Financial Consultants, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/3/07 | August, 2007 | $59,438.50 | $0.00 | $46,550.80 | $0.00 |
| 10/30/07 | September, 2007 | $57,130.50 | $489.59 | $45,704.40 | $489.59 |

{D0108654.1 }

| | | | | | |
|---|---|---|---|---|---|
| 11/30/07 | October, 2007 | $19,105.00 | $12.50 | Pending | Pending |
| 1/4/08 | November, 2007 | $12,390.67 | $0.00 | Pending | Pending |
| 1/30/08 | December, 2007 | $12,884.17 | $0.00 | Pending | Pending |
| 3/5/08 | January, 2008 | $75,849.80 | $0.00 | Pending | Pending |
| **3/31/08** | **February, 2008** | **$57,569.50** | **$108.00** | **Pending** | **Pending** |

### SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD FEBRUARY 1, 2008 TO FEBRUARY 29, 2008

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---:|---:|---:|
| Bradley Rapp, Senior Managing Director | 11.6 | $565.00 | $6,554.00 |
| James Sinclair, Senior Managing Director | 73.5 | $565.00 | $41,527.50 |
| Robert Lindsay, Director | 1.3 | $425.00 | $552.50 |
| Peter Cramp, Analyst | 42.55 | $210.00 | $8,935.50 |
| **Total** | **128.95** | | **$57,569.50** |

### COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 2/01/08 through 2/29/08 | Total Fees for the Period 2/01/08 through 2/29/08 |
|---|---:|---:|
| Asset Analysis and Recovery | 20.1 | $11,356.50 |
| Asset Disposition | 0 | $0 |
| Business Operations | 35.9 | $8,462.00 |
| Case Administration | 0 | $0 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0 |
| Committee Administration | 8.1 | $4,576.50 |

{D0108654.1}                           2

| | | |
|---|---:|---:|
| Data Analysis | 0 | $0 |
| Employee Benefits/Pension | 12.8 | $7,232.00 |
| Employment Applications (applicant) | 0 | $0 |
| Employment Applications (others) | 0 | $0 |
| Fee Applications (applicant) | 1.3 | $552.50 |
| Fee Applications (others) | 0 | $0 |
| Financing | 24.3 | $13,729.50 |
| Hearings | 0 | $0 |
| Litigation | 0 | $0 |
| Plan and Disclosure Statement | 5.9 | $3,333.50 |
| Relief from Stay Proceedings | 0 | $0 |
| Tax Issues | 0 | $0 |
| Tax Litigation | 0 | $0 |
| Travel (non-working) | 0 | $0 |
| Valuation | 20.55 | $8,327.00 |
| ZAI Science Trial | 0 | $0 |
| **Totals:** | **128.95** | **$57,569.50** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period of February 1, 2008 through February 29, 2008 |
|---:|:---:|---:|
| Overnight Courier | Federal Express | $0 |
| Travel | | $0 |
| Conference Calls | | $0 |
| Online Research | | $108.00 |
| **Total:** | | **$108.00** |

{D0108654.1}                                       3

                                        CHARTER OAK FINANCIAL
                                        CONSULTANTS, LLC

                                        */s/ Bradley Rapp*
                                        Bradley Rapp
                                        430 Center Avenue
                                        Mamaroneck, NY 10543
                                        (914) 372-1874

                                        Financial Advisor for the Official Committee of
Date:  March 31, 2008                     Asbestos Personal Injury Claimants

{D0108654.1 }                     4