Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| | | **Bradley Rapp - Senior Managing Director** | | | |
| 04-Feb-08 | BR | Review of monthly stock price report to counsel to the ACC | 0.1 | $ 565.00 | $ 56.50 |
| 04-Feb-08 | BR | Review of e-mail from J Sinclair to counsel to the Committee relating to Grace's to enter into a stipulation resolving a property tax problem with the city of Cambridge, MA | 0.1 | $ 565.00 | $ 56.50 |
| 06-Feb-08 | BR | Tel C w/ J Sinclair re status update on work to be done on Grace | 0.5 | $ 565.00 | $ 282.50 |
| 06-Feb-08 | BR | Review of Grace motion to make minimum pension plan contribution on April 15, 2008 and attached Exhibit A | 0.5 | $ 565.00 | $ 282.50 |
| 14-Feb-08 | BR | Tel C w/ J Sinclair regarding status of matter and additional work to be done in connection therewith | 0.2 | $ 565.00 | $ 113.00 |
| 14-Feb-08 | BR | Review of documents filed in conjunction with debtor's motion to extend the termination date for a credit agreement with Avanced Refining Technologies | 0.3 | $ 565.00 | $ 169.50 |
| 14-Feb-08 | BR | Review of documents filed in conjunction with debtor's motion to extend the termination date and certain other technical amendments to its DIP agreement with Bank of America | 0.4 | $ 565.00 | $ 226.00 |
| 15-Feb-08 | BR | Review of Mark Hurford e-mail relating to certain pension plan contribution issues | 0.1 | $ 565.00 | $ 56.50 |
| 15-Feb-08 | BR | Tel C w/ J Sinclair to discuss pension plan funding issues | 0.1 | $ 565.00 | $ 56.50 |
| 18-Feb-08 | BR | Review of COFC debt ratio analysis of Grace for ratings analysis | 0.3 | $ 565.00 | $ 169.50 |
| 18-Feb-08 | BR | Review of current strip recovery analysis incorporating latest projections for exit financing for purpose of on-going monitoring of chapter 11 proceedings | 0.8 | $ 565.00 | $ 452.00 |
| 18-Feb-08 | BR | Comparison of current strip recovery analysis with prior strip recovery analysis for purposeof on-going monitoring of chapter 11 proceedings | 0.2 | $ 565.00 | $ 113.00 |
| 18-Feb-08 | BR | Review of operating performance for Sealed Air for purpose of sensitivity analysis with respect to strip recovery analysis | 1.7 | $ 565.00 | $ 960.50 |
| 18-Feb-08 | BR | Review of operating performance for Fresenius for purpose of on-going due diligence in chapter 11 proceedings | 0.8 | $ 565.00 | $ 452.00 |
| 19-Feb-08 | BR | Review of Grace's historical SEC filings for information regarding pension liabilities for purpose of preparing for conference call to discuss pension contributions | 1.7 | $ 565.00 | $ 960.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 19-Feb-08 | BR | Review of IRS and ERISA rules relating to minimum pension contributions for purpose of preparing for converence call to discuss Grace's proposed pension contributions | 1.1 | $ 565.00 | $ 621.50 |
| 20-Feb-08 | BR | Review of e-mail from E Inselbuch and analysis thereof | 0.3 | $ 565.00 | $ 169.50 |
| 20-Feb-08 | BR | Tel C w/ J Sinclair to discuss E Inselbuch e-mail | 0.2 | $ 565.00 | $ 113.00 |
| 20-Feb-08 | BR | Conf call with company representatives to discuss motion to make minimum required pension plan payments | 0.3 | $ 565.00 | $ 169.50 |
| 20-Feb-08 | BR | Review of J Sinclair's revised valuation analysis prepared for E Inselbuch | 0.1 | $ 565.00 | $ 56.50 |
| 28-Feb-08 | BR | Tel C w/ J Sinclair to discuss financing alternatives in connection with settlement negotiations | 0.6 | $ 565.00 | $ 339.00 |
| 28-Feb-08 | BR | Review of financial analyses with respect to Grace for purpose of consideration of alternative recovery strategies | 0.4 | $ 565.00 | $ 226.00 |
| 28-Feb-08 | BR | Follow-up tel C w/ J Sinclair to discuss financing alternatives in connection with settlement negotiations | 0.5 | $ 565.00 | $ 282.50 |
| 28-Feb-08 | BR | Review of Sinclair memorandum re three pending motions before the bankruptcy court | 0.3 | $ 565.00 | $ 169.50 |
| | | Total Bradley Rapp | 11.60 | | $ 6,554.00 |

James Sinclair - Senior Managing Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 01-Feb-08 | JS | Review Project Fly Presentation, notes of conference call of 1/17/08, Motion, Purchase Agreement and Distribution Agreement for purposes of advising ACC counsel at counsel's request. | 2.40 | $ 565.00 | $ 1,356.00 |
| 01-Feb-08 | JS | Write memorandum to ACC counsel at their request regarding Project Fly Motion for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 01-Feb-08 | JS | Further review of 2007 earnings reports of specialty chemical companies for valuation monitoring. | 2.10 | $ 565.00 | $ 1,186.50 |
| 04-Feb-08 | JS | Review pricing information at request of ACC counsel for purposes of advising counsel for POR. | 0.60 | $ 565.00 | $ 339.00 |
| 04-Feb-08 | JS | Review, revise claims analysis, write memorandum to ACC counsel for purposes of advising counsel for POR. | 1.80 | $ 565.00 | $ 1,017.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 04-Feb-08 | JS | Review, analyze Motion regarding Stipulation Resolving City of Cambridge Claims (Cambridge Stipulations) and DOJ/EPA claims in Cambridge against Grace for purposes of advising ACC counsel at counsel's request. | 2.50 | $ 565.00 | $ 1,412.50 |
| 04-Feb-08 | JS | Write memorandum to ACC counsel regarding Cambridge Stipulation and other Cambridge related claims against Grace for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| 04-Feb-08 | JS | Further review of 2007 earnings reports of specialty chemicals companies for valuation monitoring. | 1.40 | $ 565.00 | $ 791.00 |
| 06-Feb-08 | JS | Review, analyze Contributions to Defined Benefit Pension Plan and Motion (Pension Plan Motion) and Exhibits and prior Motions for purposes of advising ACC counsel at counsel's request. | 2.80 | $ 565.00 | $ 1,582.00 |
| 06-Feb-08 | JS | Review historical financial statements for accounting treatment and cash flow regarding prior pension motions for purposes of advising SCC, FCR and their counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 06-Feb-08 | JS | Discuss with Rap status, work to be done and assignments for planning. | 0.50 | $ 565.00 | $ 282.50 |
| 07-Feb-08 | JS | Further review of Pension Motion and prior pension motions and financial statements related there to for purposes of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 07-Feb-08 | JS | Review revised guideline companies market multiple valuation for purposes of advising ACC counsel. | 0.90 | $ 565.00 | $ 508.50 |
| 08-Feb-08 | JS | Review product line performance for 3rd quarter and 4th quarter estimates, develop questions in preparation for meeting with Company Management on 2/29/08. | 2.60 | $ 565.00 | $ 1,469.00 |
| 11-Feb-08 | JS | Review pricing information requested by ACC counsel for purposes of advising ACC counsel for settlement discussions for POR | 0.60 | $ 565.00 | $ 339.00 |
| 11-Feb-08 | JS | Review inquiry from ACC counsel (Finch), write memorandum to ACC counsel for purposes of advising ACC counsel for settlement discussions. | 1.30 | $ 565.00 | $ 734.50 |
| 11-Feb-08 | JS | Review, analyze additional earnings reports of chemical companies for valuation and for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 12-Feb-08 | JS | Review, analyze Motion to Extend DIP Financing and Exhibits for purposes of advising ACC counsel at counsel's request. | 2.30 | $ 565.00 | $ 1,299.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 12-Feb-08 | JS | Review, analyze Grace Pension Motion and Exhibits in preparation for conference call with management for purposes of advising ACC counsel at counsel's request. | 1.10 | $ 565.00 | $ 621.50 |
| 12-Feb-08 | JS | Review, analyze Advanced Refining Technologies (ART) Motion to Extend Financing for purposes of advising ACC counsel at counsel's request. | 1.20 | $ 565.00 | $ 678.00 |
| 14-Feb-08 | JS | Discuss with Rapp status of case, work to be done and assignments for planning. | 0.20 | $ 565.00 | $ 113.00 |
| 14-Feb-08 | JS | Commence development of exit financing structure at request of ACC and ACC counsel for settlement discussions. | 2.60 | $ 565.00 | $ 1,469.00 |
| 14-Feb-08 | JS | Commence development of pricing and terms of exit financing at request of ACC and ACC counsel for settlement discussions. | 1.10 | $ 565.00 | $ 621.50 |
| 14-Feb-08 | JS | Call with ACC counsel (Hurford) to discuss Pension Motion in preparation for conference call with Company on 2/20/08 for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 15-Feb-08 | JS | Continue development of exit financing structure at request of ACC and ACC counsel for settlement discussions. | 2.80 | $ 565.00 | $ 1,582.00 |
| 15-Feb-08 | JS | Review, revise liabilities and asset analysis for recovery analysis for settlement discussions. | 1.70 | $ 565.00 | $ 960.50 |
| 15-Feb-08 | JS | Write revised recovery analysis for ACC and ACC counsel for purposes of advising same for settlement discussion. | 1.60 | $ 565.00 | $ 904.00 |
| 15-Feb-08 | JS | Revise pricing and terms of exit financing for purposes of advising ACC and ACC counsel at their request for settlement discussions. | 1.90 | $ 565.00 | $ 1,073.50 |
| 15-Feb-08 | JS | Write memorandum to ACC and ACC counsel regarding exit financing at their request for purposes of advising same for settlement discussions. | 2.20 | $ 565.00 | $ 1,243.00 |
| 19-Feb-08 | JS | Review price data and information reports for purposes of advising ACC counsel for settlement discussions for POR. | 0.80 | $ 565.00 | $ 452.00 |
| 20-Feb-08 | JS | Review, analyze inquiry of ACC counsel (Inselbuch) for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 20-Feb-08 | JS | Review Pension Motion, revise questions in preparation for conference call with Company for due diligence. | 0.70 | $ 565.00 | $ 395.50 |
| 20-Feb-08 | JS | Conference call with Company to discuss Pension Motion for due diligence and for purposes of advising ACC counsel and ACC. | 0.30 | $ 565.00 | $ 169.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 21-Feb-08 | JS | Develop response to inquiry of ACC (Rice) for recovery analysis for settlement discussions. | 2.80 | $ 565.00 | $ 1,582.00 |
| 25-Feb-08 | JS | Review price information at request of ACC counsel for purposes of advising ACC counsel for settlement discussions for POR. | 0.60 | $ 565.00 | $ 339.00 |
| 25-Feb-08 | JS | Commence review of 3 Motions (Pension Motion, DIP Motion and ART Motion) for memorandum to ACC counsel and ACC for purposes of advising same. | 1.50 | $ 565.00 | $ 847.50 |
| 25-Feb-08 | JS | Further review of 3 Motions for memorandum to ACC for purposes of advising same. | 1.90 | $ 565.00 | $ 1,073.50 |
| 25-Feb-08 | JS | Write memorandum to ACC counsel regarding 3 Motions for purposes of advising counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 26-Feb-08 | JS | Call with ACC counsel (Hurford) to discuss memorandum regarding 3 Motions for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 26-Feb-08 | JS | Call with ACC counsel (Inselbuch) regarding covenants on debt issue for settlement discussions. | 0.30 | $ 565.00 | $ 169.50 |
| 26-Feb-08 | JS | Commence review and analysis of Environmental Liability Transfer Motion (ELT Motion) for due diligence and purposes of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 27-Feb-08 | JS | Commence review and analysis of debt covenants to develop covenants for proposed Grace debt to asbestos trust for purposes of advising ACC counsel at counsel's request for settlement discussions. | 1.30 | $ 565.00 | $ 734.50 |
| 28-Feb-08 | JS | Call with Piper Jaffray to discuss Grace debt covenants for purposes of advising ACC counsel at counsel's request. | 0.30 | $ 565.00 | $ 169.50 |
| 28-Feb-08 | JS | Conference call with Company, counsel and financial advisors regarding ELT Motion for due diligence and for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 29-Feb-08 | JS | Further review and analysis of debt covenants to develop covenants for proposed Grace debt to asbestos trust for purposes of advising ACC at counsel's request for settlement discussions. | 2.40 | $ 565.00 | $ 1,356.00 |
| 29-Feb-08 | JS | Commence drafting debt covenants for proposed Grace debt to asbestos trust for purposes of advising ACC counsel for settlement discussions. | 2.70 | $ 565.00 | $ 1,525.50 |
| 29-Feb-08 | JS | Revise debt covenants, write memorandum to ACC counsel regarding covenants on proposed Grace debt to asbestos trust for purposes of advising ACC counsel for settlement discussions. | 2.50 | $ 565.00 | $ 1,412.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| | | Total J Sinclair | 73.50 | | $ 41,527.50 |

Robert Lindsay - Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 25-Feb-08 | RHL | Prepare Jan 08 Fee Application. | 1.30 | $425.00 | $552.50 |
| | | Total Robert Lindsay | 1.30 | | $ 552.50 |

Peter Cramp - Analyst

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 01-Feb-08 | PC | Weekly share price update report for E Insulbuch | 1.50 | $ 210.00 | $ 315.00 |
| 04-Feb-08 | PC | Completed weekly share price update report for E Insulbuch | 1.00 | $ 210.00 | $ 210.00 |
| 08-Feb-08 | PC | Review and analyze Lubrizol (guideline company) earnings release | 2.00 | $ 210.00 | $ 420.00 |
| 08-Feb-08 | PC | Weekly share price update report for E Insulbuch | 1.50 | $ 210.00 | $ 315.00 |
| 11-Feb-08 | PC | Completed weekly share price update report for E Insulbuch | 1.00 | $ 210.00 | $ 210.00 |
| 14-Feb-08 | PC | WR Grace Conference Call M Hurford regarding Pension Motion | 0.30 | $ 210.00 | $ 63.00 |
| 14-Feb-08 | PC | Update pricing data on market multiple valuation | 1.75 | $ 210.00 | $ 367.50 |
| 15-Feb-08 | PC | Review and analyze Chemtura (guideline company) earnings report | 2.50 | $ 210.00 | $ 525.00 |
| 15-Feb-08 | PC | Research on bond spreads | 1.50 | $ 210.00 | $ 315.00 |
| 15-Feb-08 | PC | Updated earnings for market multiple valuation | 1.50 | $ 210.00 | $ 315.00 |
| 15-Feb-08 | PC | Weekly share price update report for E Insulbuch | 1.50 | $ 210.00 | $ 315.00 |
| 19-Feb-08 | PC | Updated market multiple valuation model with most recent Thomson IBES Analyst estimates | 2.50 | $ 210.00 | $ 525.00 |
| 19-Feb-08 | PC | Updated share pricing data for market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 19-Feb-08 | PC | Continued to update market multiple valuation model with most recent Thomson IBES Analyst estimates | 2.00 | $ 210.00 | $ 420.00 |
| 20-Feb-08 | PC | Read and analyze E Inslubuch memorandum | 1.00 | $ 210.00 | $ 210.00 |
| 20-Feb-08 | PC | Preparation for Conference call w/ Grace regarding Pension and Conference Call with J Brownstein of Piper Jaffrey | 1.50 | $ 210.00 | $ 315.00 |
| 20-Feb-08 | PC | Updated earnings data with most recent figures | 2.00 | $ 210.00 | $ 420.00 |
| 20-Feb-08 | PC | Conference call with Company to discuss Pension Motion | 0.25 | $ 210.00 | $ 52.50 |
| 20-Feb-08 | PC | Research on Specialty Chemicals industry and guideline companies for due diligence | 1.50 | $ 210.00 | $ 315.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 21-Feb-08 | PC | Review and analyze Year End Financial Summary for due diligence | 3.00 | $ 210.00 | $ 630.00 |
| 21-Feb-08 | PC | Continued to review and analyze Year End Financial Summary for due diligence | 1.00 | $ 210.00 | $ 210.00 |
| 22-Feb-08 | PC | Weekly share price update report for E Insulbuch | 1.00 | $ 210.00 | $ 210.00 |
| 25-Feb-08 | PC | Completed weekly share price update report for E Insulbuch | 1.00 | $ 210.00 | $ 210.00 |
| 26-Feb-08 | PC | Read and review J Sinclair memorandum regarding three recent motions | 1.00 | $ 210.00 | $ 210.00 |
| 26-Feb-08 | PC | Read and analyze Liability Transfer Motion | 1.00 | $ 210.00 | $ 210.00 |
| 26-Feb-08 | PC | Continue to review Liability Transfer Motion | 1.00 | $ 210.00 | $ 210.00 |
| 27-Feb-08 | PC | Continue to review Liability Transfer Motion in praparation for conference call on 2/28 | 0.80 | $ 210.00 | $ 168.00 |
| 27-Feb-08 | PC | Read news of specialty chemical guildeline companies for due diligence | 1.50 | $ 210.00 | $ 315.00 |
| 28-Feb-08 | PC | Update share price data for market multiple valuation | 0.50 | $ 210.00 | $ 105.00 |
| 28-Feb-08 | PC | Research on corporate spreads for industrials | 1.20 | $ 210.00 | $ 252.00 |
| 28-Feb-08 | PC | Preparation for Conference call w/ Company regarding sale of land to ELT | 0.50 | $ 210.00 | $ 105.00 |
| 28-Feb-08 | PC | Conference call w/ Company regaring sale of property to ELT | 1.25 | $ 210.00 | $ 262.50 |
| | | Total Peter Cramp | 42.55 | | $ 8,935.50 |
| | | **TOTAL** | 128.95 | | $ 57,569.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 01-Feb-08 | JS | Review Project Fly Presentation, notes of conference call of 1/17/08, Motion, Purchase Agreement and Distribution Agreement for purposes of advising ACC counsel at counsel's request. | 2.40 | $ 565.00 | $ 1,356.00 |
| 01-Feb-08 | JS | Write memorandum to ACC counsel at their request regarding Project Fly Motion for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 04-Feb-08 | JS | Review, analyze Motion regarding Stipulation Resolving City of Cambridge Claims (Cambridge Stipulations) and DOJ/EPA claims in Cambridge against Grace for purposes of advising ACC counsel at counsel's request. | 2.50 | $ 565.00 | $ 1,412.50 |
| 04-Feb-08 | JS | Write memorandum to ACC counsel regarding Cambridge Stipulation and other Cambridge related claims against Grace for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| 11-Feb-08 | JS | Review inquiry from ACC counsel (Finch), write memorandum to ACC counsel for purposes of advising ACC counsel for settlement discussions. | 1.30 | $ 565.00 | $ 734.50 |
| 15-Feb-08 | JS | Review, revise liabilities and asset analysis for recovery analysis for settlement discussions. | 1.70 | $ 565.00 | $ 960.50 |
| 15-Feb-08 | JS | Write revised recovery analysis for ACC and ACC counsel for purposes of advising same for settlement discussion. | 1.60 | $ 565.00 | $ 904.00 |
| 20-Feb-08 | JS | Review, analyze inquiry of ACC counsel (Inselbuch) for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 21-Feb-08 | JS | Develop response to inquiry of ACC (Rice) for recovery analysis for settlement discussions. | 2.80 | $ 565.00 | $ 1,582.00 |
| 26-Feb-08 | JS | Commence review and analysis of Environmental Liability Transfer Motion (ELT Motion) for due diligence and purposes of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 28-Feb-08 | JS | Conference call with Company, counsel and financial advisors regarding ELT Motion for due diligence and for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 04-Feb-08 | BR | Review of e-mail from J Sinclair to counsel to the Committee relating to Grace's to enter into a stipulation resolving a property tax problem with the city of Cambridge, MA | 0.10 | $ 565.00 | $ 56.50 |
| 28-Feb-08 | BR | Review of Sinclair memorandum re three pending motions before the bankruptcy court | 0.30 | $ 565.00 | $ 169.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| | | Total Asset Analysis and Recovery | 20.10 | | $ 11,356.50 |

Committee Administration

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 06-Feb-08 | BR | Tel C w/ J Sinclair re status update on work to be done on Grace | 0.50 | $ 565.00 | $ 282.50 |
| 06-Feb-08 | JS | Discuss with Rap status, work to be done and assignments for planning. | 0.50 | $ 565.00 | $ 282.50 |
| 14-Feb-08 | BR | Tel C w/ J Sinclair regarding status of matter and additional work to be done in connection therewith | 0.20 | $ 565.00 | $ 113.00 |
| 14-Feb-08 | JS | Discuss with Rapp status of case, work to be done and assignments for planning. | 0.20 | $ 565.00 | $ 113.00 |
| 25-Feb-08 | JS | Commence review of 3 Motions (Pension Motion, DIP Motion and ART Motion) for memorandum to ACC counsel and ACC for purposes of advising | 1.50 | $ 565.00 | $ 847.50 |
| 25-Feb-08 | JS | Further review of 3 Motions for memorandum to ACC for purposes of advising same. | 1.90 | $ 565.00 | $ 1,073.50 |
| 25-Feb-08 | JS | Write memorandum to ACC counsel regarding 3 Motions for purposes of advising counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 26-Feb-08 | JS | Call with ACC counsel (Hurford) to discuss memorandum regarding 3 Motions for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| | | Total Committee Administration | 8.10 | | $ 4,576.50 |

Business Operations/Due Diligence

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 01-Feb-08 | PC | Weekly share price update report for E Insulbuch | 1.50 | $ 210.00 | $ 315.00 |
| 04-Feb-08 | PC | Completed weekly share price update report for E Insulbuch | 1.00 | $ 210.00 | $ 210.00 |
| 08-Feb-08 | JS | Review product line performance for 3rd quarter and 4th quarter estimates, develop questions in preparation for meeting with Company Management on 2/29/08. | 2.60 | $ 565.00 | $ 1,469.00 |
| 08-Feb-08 | PC | Review and analyze Lubrizol (guideline company) earnings release | 2.00 | $ 210.00 | $ 420.00 |
| 08-Feb-08 | PC | Weekly share price update report for E Insulbuch | 1.50 | $ 210.00 | $ 315.00 |
| 11-Feb-08 | PC | Completed weekly share price update report for E Insulbuch | 1.00 | $ 210.00 | $ 210.00 |
| 14-Feb-08 | PC | WR Grace Conference Call Mark Hurford regarding Pension Motion | 0.30 | $ 210.00 | $ 63.00 |
| 15-Feb-08 | PC | Review and analyze Chemtura (guideline company) earnings report | 2.50 | $ 210.00 | $ 525.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 15-Feb-08 | PC | Research on bond spreads | 1.50 | $ 210.00 | $ 315.00 |
| 15-Feb-08 | PC | Weekly share price update report for E Insulbuch | 1.50 | $ 210.00 | $ 315.00 |
| 20-Feb-08 | PC | Read and analyze E Inslubuch memorandum | 1.00 | $ 210.00 | $ 210.00 |
| 20-Feb-08 | PC | Preparation for Conference call w/ Grace regarding Pension and Conference Call with J Brownstein of Piper Jaffrey | 1.50 | $ 210.00 | $ 315.00 |
| 20-Feb-08 | PC | Updated earnings data with most recent figures | 2.00 | $ 210.00 | $ 420.00 |
| 20-Feb-08 | PC | Conference call with Company to discuss Pension Motion | 0.25 | $ 210.00 | $ 52.50 |
| 20-Feb-08 | PC | Research on Specialty Chemicals industry and guideline companies for due diligence | 1.50 | $ 210.00 | $ 315.00 |
| 21-Feb-08 | PC | Review and analyze Year End Financial Summary for due diligence | 3.00 | $ 210.00 | $ 630.00 |
| 21-Feb-08 | PC | Continued to review and analyze Year End Financial Summary for due diligence | 1.00 | $ 210.00 | $ 210.00 |
| 22-Feb-08 | PC | Weekly share price update report for E Insulbuch | 1.00 | $ 210.00 | $ 210.00 |
| 25-Feb-08 | PC | Completed weekly share price update report for E Insulbuch | 1.00 | $ 210.00 | $ 210.00 |
| 26-Feb-08 | PC | Read and review J Sinclair memorandum regarding three recent motions | 1.00 | $ 210.00 | $ 210.00 |
| 26-Feb-08 | PC | Read and analyze Liability Transfer Motion | 1.00 | $ 210.00 | $ 210.00 |
| 26-Feb-08 | PC | Continue to review Liability Transfer Motion | 1.00 | $ 210.00 | $ 210.00 |
| 27-Feb-08 | PC | Continue to review Liability Transfer Motion in praparation for conference call on 2/28 | 0.80 | $ 210.00 | $ 168.00 |
| 27-Feb-08 | PC | Read news of specialty chemical guildeline companies for due diligence | 1.50 | $ 210.00 | $ 315.00 |
| 28-Feb-08 | PC | Research on corporate spreads for industrials | 1.20 | $ 210.00 | $ 252.00 |
| 28-Feb-08 | PC | Preparation for Conference call w/ Company regarding sale of land to ELT | 0.50 | $ 210.00 | $ 105.00 |
| 28-Feb-08 | PC | Conference call w/ Company regaring sale of property to ELT | 1.25 | $ 210.00 | $ 262.50 |
| | | Total Business Operations/Due Diligence | 35.90 | | $ 8,462.00 |

Employee Benefits/Pensions

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 06-Feb-08 | BR | Review of Grace motion to make minimum pension plan contribution on April 15, 2008 and attached Exhibit A | 0.50 | $ 565.00 | $ 282.50 |
| 06-Feb-08 | JS | Review, analyze Contributions to Defined Benefit Pension Plan and Motion (Pension Plan Motion) and Exhibits and prior Motions for purposes of advising ACC counsel at counsel's request. | 2.80 | $ 565.00 | $ 1,582.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 06-Feb-08 | JS | Review historical financial statements for accounting treatment and cash flow regarding prior pension motions for purposes of advising SCC, FCR and their counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 07-Feb-08 | JS | Further review of Pension Motion and prior pension motions and financial statements related there to for purposes of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 12-Feb-08 | JS | Review, analyze Grace Pension Motion and Exhibits in preparation for conference call with management for purposes of advising ACC counsel at counsel's request. | 1.10 | $ 565.00 | $ 621.50 |
| 14-Feb-08 | JS | Call with ACC counsel (Hurford) to discuss Pension Motion in preparation for conference call with Company on 2/20/08 for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 15-Feb-08 | BR | Review of M Hurford e-mail relating to certain pension plan contribution issues | 0.10 | $ 565.00 | $ 56.50 |
| 15-Feb-08 | BR | Tel C w/ J Sinclair to discuss pension plan funding issues | 0.10 | $ 565.00 | $ 56.50 |
| 19-Feb-08 | BR | Review of Grace's historical SEC filings for information regarding pension liabilities for purpose of preparing for conference call to discuss pension contributions | 1.70 | $ 565.00 | $ 960.50 |
| 19-Feb-08 | BR | Review of IRS and ERISA rules relating to minimum pension contributions for purpose of preparing for converence call to discuss Grace's proposed pension contributions | 1.10 | $ 565.00 | $ 621.50 |
| 20-Feb-08 | BR | Conf call with company representatives to discuss motion to make minimum required pension plan payments | 0.30 | $ 565.00 | $ 169.50 |
| 20-Feb-08 | JS | Review Pension Motion, revise questions in preparation for conference call with Company for due diligence. | 0.70 | $ 565.00 | $ 395.50 |
| 20-Feb-08 | JS | Conference call with Company to discuss Pension Motion for due diligence and for purposes of advising ACC counsel and ACC. | 0.30 | $ 565.00 | $ 169.50 |
| | | Total Employee Benefits/Pensions | 12.80 | | $ 7,232.00 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 25-Feb-08 | RHL | Prepare Jan 08 Fee Application. | 1.30 | $425.00 | $552.50 |
| | | Total Fee Applications (Applicant) | 1.30 | | $552.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| Financing | | | | | |
| 12-Feb-08 | JS | Review, analyze Motion to Extend DIP Financing and Exhibits for purposes of advising ACC counsel at counsel's request. | 2.30 | $ 565.00 | $ 1,299.50 |
| 12-Feb-08 | JS | Review, analyze Advanced Refining Technologies (ART) Motion to Extend Financing for purposes of advising ACC counsel at counsel's request. | 1.20 | $ 565.00 | $ 678.00 |
| 14-Feb-08 | BR | Review of documents filed in conjunction with debtor's motion to extend the termination date for a credit agreement with Avanced Refining Technologies | 0.30 | $ 565.00 | $ 169.50 |
| 14-Feb-08 | BR | Review of documents filed in conjunction with debtor's motion to extend the termination date and certain other technical amendments to its DIP agreement with Bank of America | 0.40 | $ 565.00 | $ 226.00 |
| 14-Feb-08 | JS | Commence development of exit financing structure at request of ACC and ACC counsel for settlement discussions. | 2.60 | $ 565.00 | $ 1,469.00 |
| 14-Feb-08 | JS | Commence development of pricing and terms of exit financing at request of ACC and ACC counsel for settlement discussions. | 1.10 | $ 565.00 | $ 621.50 |
| 15-Feb-08 | JS | Continue development of exit financing structure at request of ACC and ACC counsel for settlement discussions. | 2.80 | $ 565.00 | $ 1,582.00 |
| 15-Feb-08 | JS | Revise pricing and terms of exit financing for purposes of advising ACC and ACC counsel at their request for settlement discussions. | 1.90 | $ 565.00 | $ 1,073.50 |
| 15-Feb-08 | JS | Write memorandum to ACC and ACC counsel regarding exit financing at their request for purposes of advising same for settlement discussions. | 2.20 | $ 565.00 | $ 1,243.00 |
| 26-Feb-08 | JS | Call with ACC counsel (Inselbuch) regarding covenants on debt issue for settlement discussions. | 0.30 | $ 565.00 | $ 169.50 |
| 27-Feb-08 | JS | Commence review and analysis of debt covenants to develop covenants for proposed Grace debt to asbestos trust for purposes of advising ACC counsel at counsel's request for settlement discussions. | 1.30 | $ 565.00 | $ 734.50 |
| 28-Feb-08 | JS | Call with Piper Jaffray to discuss Grace debt covenants for purposes of advising ACC counsel at counsel's request. | 0.30 | $ 565.00 | $ 169.50 |
| 29-Feb-08 | JS | Further review and analysis of debt covenants to develop covenants for proposed Grace debt to asbestos trust for purposes of advising ACC at counsel's request for settlement discussions. | 2.40 | $ 565.00 | $ 1,356.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 29-Feb-08 | JS | Commence drafting debt covenants for proposed Grace debt to asbestos trust for purposes of advising ACC counsel for settlement discussions. | 2.70 | $ 565.00 | $ 1,525.50 |
| 29-Feb-08 | JS | Revise debt covenants, write memorandum to ACC counsel regarding covenants on proposed Grace debt to asbestos trust for purposes of advising ACC counsel for settlement discussions. | 2.50 | $ 565.00 | $ 1,412.50 |
| | | Total Financing | 24.30 | | $ 13,729.50 |

Plan and Disclosure Statement

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 04-Feb-08 | JS | Review pricing information at request of ACC counsel for purposes of advising counsel for POR. | 0.60 | $ 565.00 | $ 339.00 |
| 04-Feb-08 | JS | Review, revise claims analysis, write memorandum to ACC counsel for purposes of advising counsel for POR. | 1.80 | $ 565.00 | $ 1,017.00 |
| 11-Feb-08 | JS | Review pricing information requested by ACC counsel for purposes of advising ACC counsel for settlement discussions for POR | 0.60 | $ 565.00 | $ 339.00 |
| 19-Feb-08 | JS | Review price data and information reports for purposes of advising ACC counsel for settlement discussions for POR. | 0.80 | $ 565.00 | $ 452.00 |
| 25-Feb-08 | JS | Review price information at request of ACC counsel for purposes of advising ACC counsel for settlement discussions for POR. | 0.60 | $ 565.00 | $ 339.00 |
| 28-Feb-08 | BR | Tel C wi/ J Sinclair to discuss financing alternatives in connection with settlement negotiations | 0.60 | $ 565.00 | $ 339.00 |
| 28-Feb-08 | BR | Review of financial analyses with respect to Grace for purpose of consideration of alternative recovery strategies | 0.40 | $ 565.00 | $ 226.00 |
| 28-Feb-08 | BR | Follow-up tel C w/ J Sinclair to discuss financing alternatives in connection with settlement negotiations | 0.50 | $ 565.00 | $ 282.50 |
| | | Total Plan and Disclosure Statement | 5.90 | | $ 3,333.50 |

Valuation

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 01-Feb-08 | JS | Further review of 2007 earnings reports of specialty chemical companies for valuation monitoring. | 2.10 | $ 565.00 | $ 1,186.50 |
| 04-Feb-08 | BR | Review of monthly stock price report to counsel to the ACC | 0.10 | $ 565.00 | $ 56.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 04-Feb-08 | JS | Further review of 2007 earnings reports of specialty chemicals companies for valuation monitoring. | 1.40 | $ 565.00 | $ 791.00 |
| 07-Feb-08 | JS | Review revised guideline companies market multiple valuation for purposes of advising ACC counsel. | 0.90 | $ 565.00 | $ 508.50 |
| 11-Feb-08 | JS | Review, analyze additional earnings reports of chemical companies for valuation and for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 14-Feb-08 | PC | Update pricing data on market multiple valuation | 1.75 | $ 210.00 | $ 367.50 |
| 15-Feb-08 | PC | Updated earnings for market multiple valuation | 1.50 | $ 210.00 | $ 315.00 |
| 18-Feb-08 | BR | Review of COFC debt ratio analysis of Grace for ratings analysis | 0.30 | $ 565.00 | $ 169.50 |
| 18-Feb-08 | BR | Review of current strip recovery analysis incorporating latest projections for exit financing for purpose of on-going monitoring of chapter 11 proceedings | 0.80 | $ 565.00 | $ 452.00 |
| 18-Feb-08 | BR | Comparison of current strip recovery analysis with prior strip recovery analysis for purposeof on-going monitoring of chapter 11 proceedings | 0.20 | $ 565.00 | $ 113.00 |
| 18-Feb-08 | BR | Review of operating performance for Sealed Air for purpose of sensitivity analysis with respect to strip recovery analysis | 1.70 | $ 565.00 | $ 960.50 |
| 18-Feb-08 | BR | Review of operating performance for Fresenius for purpose of on-going due diligence in chapter 11 proceedings | 0.80 | $ 565.00 | $ 452.00 |
| 19-Feb-08 | PC | Updated market multiple valuation model with most recent Thomson IBES Analyst estimates | 2.50 | $ 210.00 | $ 525.00 |
| 19-Feb-08 | PC | Updated share pricing data for market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 19-Feb-08 | PC | Continued to update market multiple valuation model with most recent Thomson IBES Analyst estimates | 2.00 | $ 210.00 | $ 420.00 |
| 20-Feb-08 | BR | Review of e-mail from E Inselbuch and analysis thereof | 0.30 | $ 565.00 | $ 169.50 |
| 20-Feb-08 | BR | Tel C w/ J Sinclair to discuss E Inselbuch e-mail | 0.20 | $ 565.00 | $ 113.00 |
| 20-Feb-08 | BR | Review of J Sinclair's revised valuation analysis prepared for E Inselbuch | 0.10 | $ 565.00 | $ 56.50 |
| 28-Feb-08 | PC | Update share price data for market multiple valuation | 0.50 | $ 210.00 | $ 105.00 |
| | | Total Valuation | 20.55 | | $ 8,327.00 |

Total Professional Hours and Fees   128.95    $ 57,569.50

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period February 1, 2008 through February 29, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley M Rapp - Senior Managing Director | 11.60 | $ 565.00 | $ 6,554.00 |
| James Sinclair - Senior Managing Director | 73.50 | $ 565.00 | $ 41,527.50 |
| Robert Lindsay - Director | 1.30 | $ 425.00 | $ 552.50 |
| Peter Cramp - Analyst | 42.55 | $ 210.00 | $ 8,935.50 |
| Total Professional Hours and Fees | 128.95 | | $ 57,569.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - February 1, 2008 through February 29, 2008

| Date | Description of Item | Amount |
|---|---|---|
| 02/29/08 | Online research | $108.00 |
| | Total Expenses February 1, 2008 through February 29, 2008 | $108.00 |