# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## FEE DETAIL FOR OGILVY RENAULT LLP'S FOURTEENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Client:     W.R. GRACE & CO.                               March 18, 2008
RE:         Litigation and litigation consulting        INVOICE: 791701
Matter No.:  01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 29, 2008

| | |
|---|---:|
| FEES | $22,839.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 329.12 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $23,168.12 |
| LESS OVERPAYMENT | (1,000.00) |
| TOTAL AMOUNT DUE | $22,168.12 |
| | Canadian Funds |

W.R. GRACE & CO.                                              01016442-0006

RE:  Litigation and litigation consulting

## BILLING SUMMARY

|                       |       | Hours | Amount        |
|-----------------------|-------|-------|---------------|
| D.C. Tay              |       | 11    | $9,900.00     |
| O. Pasparakis         |       | 19.7  | $11,623.00    |
| P. Adams              |       | 4.8   | $816.00       |
| Audit Enquiry Letter  |       | 2     | $500.00       |
|                       | Total | 37.50 | $22,839.00    |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 22/1/08 | Audit Enquiry Letter | Searches required for claims verification. | 1.00 | $250.00 |
| 1/2/08 | Penny Adams | Discussions with O. Pasparakis regarding settlement terms. | 0.50 | $85.00 |
| 1/2/08 | Derrick C. Tay | Reviewing status of negotiations with representative counsel (0.5); discussing same with R. Finke and Kirkland & Ellis (1.0). | 1.50 | $1,350.00 |
| 1/2/08 | Orestes Pasparakis | Considering issues (0.5); preparing for and attending conference call (1.5); preparing outline of strategy for call to Crown (0.5); outline of settlement terms (0.5). | 3.00 | $1,770.00 |
| 4/2/08 | Penny Adams | Drafting terms of settlement (1.4); correspondence with O. Pasparakis regarding same (0.4); research regarding public awareness campaign on ZAI (0.5). | 2.30 | $391.00 |
| 4/2/08 | Orestes Pasparakis | Preparing for conference call with J. Dias (1.1); considering issues (0.3); revising term sheet (0.5); drafting email to client (0.2); further revisions to term sheet (0.3); discussions regarding strategy (0.4). | 2.80 | $1,652.00 |
| 5/2/08 | Penny Adams | Research on ZAI (0.5); reviewing and revising settlement terms (0.5). | 1.00 | $170.00 |
| 5/2/08 | Orestes Pasparakis | Considering comments by R. Finke (0.5); drafting response (0.5); finalizing draft language (0.3); email to client (0.2). | 1.50 | $885.00 |
| 5/2/08 | Derrick C. Tay | Reviewing terms of settlement (0.7); conferences and communications regarding same (0.8). | 1.50 | $1,350.00 |

INVOICE: 791701

DOCSTOR: 1440936\1

W.R. GRACE & CO.                                                    01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 6/2/08 | Orestes Pasparakis | Receipt of comments from T. Freedman and J. Baer (0.1); reviewing and considering same (0.2); conference call with R. Finke (0.5); considering strategy (0.1); reporting internally (0.1). | 1.00 | $590.00 |
| 6/2/08 | Derrick C. Tay | Reviewing comments from Kirkland & Ellis (1.0); considering impact of issues raised (1.0). | 2.00 | $1,800.00 |
| 7/2/08 | Penny Adams | Reviewing and revising settlement terms (0.5); correspondence with O. Pasparakis regarding same (0.1); reviewing correspondence (0.1); email to J. Dais-Visca (0.3). | 1.00 | $170.00 |
| 7/2/08 | Orestes Pasparakis | Conference call with counsel for the Crown regarding settlement issues (1.1); conference call with Plaintiffs regarding settlement issues (0.5); second conference call with the Plaintiffs (0.5); discussions with R. Finke (0.5); follow-up emails with R. Finke (0.3); considering issues (0.2); revising settlement memorandum (0.7). | 3.80 | $2,242.00 |
| 7/2/08 | Derrick C. Tay | Dealing with federal government and Kirkland & Ellis regarding proposal to representative counsel. | 1.50 | $1,350.00 |
| 8/2/08 | Orestes Pasparakis | Follow-up with questions from client and next steps. | 0.50 | $295.00 |
| 14/2/08 | Orestes Pasparakis | Reviewing and considering Health Canada publications. | 0.50 | $295.00 |
| 21/2/08 | Audit Enquiry Letter | Searches required for claims verification. | 1.00 | $250.00 |
| 21/2/08 | Orestes Pasparakis | Follow-up on status (0.2); discussions with Plaintiff's counsel (0.1); reviewing press report (0.1); reporting to client (0.1). | 0.50 | $295.00 |
| 27/2/08 | Derrick C. Tay | Dealing with representative counsel issues and structure of settlement. | 1.00 | $900.00 |
| 28/2/08 | Orestes Pasparakis | Participation in conference call with Plaintiff's counsel (1.0); discussion regarding issues (0.8); drafting email to client (0.3); receipt of email from Crown regarding issues (0.2); drafting response (0.2); exchanges with D. Tay regarding same (0.2); sending response (0.1). | 2.80 | $1,652.00 |

W.R. GRACE & CO.                                              01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 28/2/08 | Derrick C. Tay | Considering issues raised by Government's lawyers regarding settlement and dealing with same. | 2.00 | $1,800.00 |
| 29/2/08 | Derrick C. Tay | Dealing with representative counsel and with Government counsel's questions and responses. | 1.50 | $1,350.00 |
| 29/2/08 | Orestes Pasparakis | Numerous discussions regarding status of file conference call (1.5); follow-up with counsel for the Plaintiffs (0.5); preparing answers to questions for counsel for the Crown (1.0); reporting to client (0.3). | 3.30 | $1,947.00 |
| | | **TOTAL FEES** | | **$22,839.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 6.40 |
| Facsimile | 185.00 |
| Long distance calls | 3.06 |
| Facsimile - long distance | 99.66 |
| Process server fee | 35.00 |
| | $329.12 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 29/1/08 | Ruth C. Chung | Copies | 0.30 |
| 29/1/08 | Ruth C. Chung | Copies | 0.40 |
| 29/1/08 | Ruth C. Chung | Copies | 0.40 |
| 29/1/08 | Ruth C. Chung | Copies | 0.40 |
| 1/2/08 | Penny Adams | Process server fee - KAP LITIGATION SERVICES | 35.00 |
| 5/2/08 | Ruth C. Chung | Facsimile - long distance 18133758134 | 14.52 |
| 5/2/08 | Ruth C. Chung | Facsimile 18133758134 | 27.00 |
| 5/2/08 | Ruth C. Chung | Facsimile - long distance 18133758134 | 11.22 |
| 5/2/08 | Ruth C. Chung | Facsimile 18133758134 | 26.00 |
| 5/2/08 | Ruth C. Chung | Facsimile - long distance 18133758134 | 5.28 |
| 5/2/08 | Ruth C. Chung | Facsimile 18133758134 | 12.00 |
| 5/2/08 | Ruth C. Chung | Facsimile 18133758134 | 26.00 |

INVOICE: 791701

DOCSTOR: 1440936\1

W.R. GRACE & CO.                                              01016442-0006

RE:  Litigation and litigation consulting
_____

| Date | Timekeeper | Description | | Amount |
|------|------------|-------------|--|--------|
| 5/2/08 | Ruth C. Chung | Facsimile - long distance 18133758134 | | 9.24 |
| 5/2/08 | Ruth C. Chung | Facsimile 18133758134 | | 26.00 |
| 5/2/08 | Ruth C. Chung | Facsimile - long distance 18133758134 | | 10.56 |
| 5/2/08 | Ruth C. Chung | Facsimile 18133758134 | | 28.00 |
| 5/2/08 | Ruth C. Chung | Facsimile - long distance 18133758134 | | 16.50 |
| 6/2/08 | Penny Adams | Copies | | 0.20 |
| 12/2/08 | Mina Rossi | Copies | | 1.70 |
| 12/2/08 | Mina Rossi | Copies | | 0.10 |
| 20/2/08 | Derrick C. Tay | Long distance calls 14105314354 | | 1.53 |
| 20/2/08 | Derrick C. Tay | Long distance calls 14105314354 | | 1.53 |
| 22/2/08 | Marna McGeorge | Copies | | 0.20 |
| 25/2/08 | Ruth C. Chung | Copies | | 0.30 |
| 25/2/08 | Ruth C. Chung | Facsimile 18133758134 | | 26.00 |
| 25/2/08 | Ruth C. Chung | Facsimile - long distance 18133758134 | | 16.50 |
| 25/2/08 | Ruth C. Chung | Facsimile 18133758134 | | 14.00 |
| 25/2/08 | Ruth C. Chung | Copies | | 0.50 |
| 25/2/08 | Ruth C. Chung | Copies | | 0.40 |
| 25/2/08 | Ruth C. Chung | Copies | | 0.20 |
| 25/2/08 | Ruth C. Chung | Copies | | 0.10 |
| 25/2/08 | Ruth C. Chung | Facsimile - long distance 18133758134 | | 15.84 |
| 25/2/08 | Ruth C. Chung | Copies | | 0.30 |
| 25/2/08 | Ruth C. Chung | Copies | | 0.40 |
| 25/2/08 | Ruth C. Chung | Copies | | 0.40 |
| 25/2/08 | Ruth C. Chung | Copies | | 0.10 |
| | | | TOTAL | $329.12 |

Client:       W.R. GRACE & CO.                                  March 18, 2008
RE:           Fee Applications, Applicant                       INVOICE: 791688
Matter No.:   01016442-0008

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

              For professional services rendered and disbursements incurred
              for the period ending February 29, 2008

    FEES                                              $1,460.50

    DISBURSEMENTS (Taxable)                               0.00

    DISBURSEMENTS (Non Taxable)                         120.68

    GST                                                  0.00
                                                    _____

    TOTAL FOR THIS INVOICE                           $1,581.18

W.R. GRACE & CO.                                                01016442-0008

RE:  Fee Applications, Applicant

## BILLING SUMMARY

|              |       | Hours | Amount      |
|--------------|-------|-------|-------------|
| T. Walsh     |       | 1.3   | $695.50 ✓   |
| P. Adams     |       | 4.5   | $765.00 ✓   |
|              | Total | 5.80  | $1,460.50   |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 14/2/08 | Penny Adams | Reviewing and revising fourth quarterly fee application (0.50); discussions with T. Walsh regarding same (0.10). | 0.60 | $102.00 |
| 15/2/08 | Penny Adams | Correspondence with T. Walsh regarding fourth quarterly fee application (0.1); reviewing and revising same (0.2). | 0.30 | $51.00 |
| 15/2/08 | Teresa Walsh | Final review and proposed revisions to Fourth Quarterly Interim Application (0.70); follow up with P. Adams regarding revisions (0.1). | 0.80 | $428.00 |
| 19/2/08 | Penny Adams | Finalizing fourth quarterly fee application (0.5); correspondence with L. Oberholzer and the fee auditor (0.5). | 1.00 | $170.00 |
| 20/2/08 | Penny Adams | Drafting Thirteenth Monthly Fee Application. | 0.50 | $85.00 |
| 25/2/08 | Penny Adams | Reviewing January invoices (0.2); reviewing and revising Thirteenth Monthly Fee Application (1.0). | 1.20 | $204.00 |
| 26/2/08 | Penny Adams | Reviewing and revising Thirteenth Monthly Fee Application. | 0.40 | $68.00 |
| 27/2/08 | Teresa Walsh | Review and swearing of application for reimbursement of portion of fees and expenses. | 0.50 | $267.50 |
| 28/2/08 | Penny Adams | Letter to L. Oberholzer regarding Thirteenth Monthly Fee Application (0.1); drafting emails to fee auditor regarding same (0.1); finalizing fee application application (0.1). | 0.30 | $51.00 |
| 29/2/08 | Penny Adams | Follow-up regarding fee affidavit. | 0.20 | $34.00 |
|  |  | **TOTAL FEES** |  | **$1,460.50** |

INVOICE: 791688

W.R. GRACE & CO.                                                    01016442-0008

RE:  Fee Applications, Applicant

## DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 15.60 |
| Courier service | 105.08 |
| | $120.68 |

## DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 25/1/08 | Derrick C. Tay | Courier service FedEx shipment #689588761725 FROM TORONTO, ON, CA. To: WARREN H. SMITH,WARREN H. SMITH & ASSOCIATES, DALLAS, TX, US. ON 25-01-2008, GST: 0.00, QST: 0.00 | 30.17 |
| 28/1/08 | Derrick C. Tay | Courier service FedEx shipment #689588761894 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL YOUNG JO, WILMINGTON, DE, US. ON 28-01-2008, GST: 0.00, QST: 0.00 | 44.99 |
| 19/2/08 | Derrick C. Tay | Courier service FedEx shipment #689588762662 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL YOUNG &, WILMINGTON, DE, US. ON 19-02-2008, GST: 0.00, QST: 0.00 | 29.92 |
| 19/2/08 | Penny Adams | Copies | 1.80 |
| 19/2/08 | Monique Massabki | Copies | 0.10 |
| 19/2/08 | Penny Adams | Copies | 0.10 |
| 19/2/08 | Penny Adams | Copies | 0.10 |
| 19/2/08 | Penny Adams | Copies | 0.10 |
| 28/2/08 | Monique Massabki | Copies | 0.10 |
| 28/2/08 | Penny Adams | Copies | 3.50 |
| 29/2/08 | Penny Adams | Copies | 2.30 |
| 29/2/08 | Penny Adams | Copies | 7.50 |
| | | TOTAL | $120.68 |

INVOICE: 791688