# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 22, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

Name of Applicant: Sullivan Hazeltine Allinson LLC

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002[1]

Period for which compensation and
Reimbursement is sought: February 1, 2008 through
February 29, 2008

Amount of Compensation sought as actual,
Reasonable, and necessary: $ 2,144.00

Amount of Expenses Reimbursement: $ 1,639.92

This is a: X monthly _ quarterly _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of Sullivan Hazeltine Allinson LLC (formerly William D. Sullivan, LLC). Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants. As of July 22, 2006 Mr. Sullivan relocated to William D. Sullivan, LLC, which changed its name to Sullivan Hazeltine Allinson LLC effective January 1, 2008.

This is the eighteenth application of Sullivan Hazeltine Allinson LLC, formerly William D. Sullivan, LLC, ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 8/1/07-8/31/07 | $960.00 | $690.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 9/1/07-9/30/07 | $544.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 10/1/07-10/31/07 | $1,056.00 | $912.66 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 11/1/07-11/30/07 | $1,882.00 | $80.55 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 12/1/07-12/31/07 | $320.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 3/4/2008 | 1/1/08 - 1/31/08 | $640.00 | $50.28 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 6.7 | $2,144.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $260.00 | 0.0 | $0.00 |
| TOTALS | | | | | 6.7 | $2,144.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.6 | $192.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 6.1 | $1,952.00 |
| TOTALS | 6.7 | $2,144.00 |

## Detail of Expenses

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $1,549.92 |
| Courier Service | $90.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| Federal Express | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $1,639.92 |

Dated: April 2, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE  ALLINSON LLC

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 22, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

# SULLIVAN HAZELTINE ALLINSON LLC

**Attorneys and Counselors at Law**
**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tax ID # 20-5238500**

Tel: (302) 428-8191
Fax:(302) 428-8195

ZAI Claimants
c/o William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

March 27, 2008
Invoice #    10482

**In Reference To:**    **W.R. Grace**
**C.A.  01-01139 (JKF)**

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/5/2008 | WDS | Correspondence with co-counsel; review filing schedule; revise and file Scott Law Group quarterly fee application | 0.50 | 160.00 |
| | WDS | E-mail fee auditor re: Scott Law Group fee application | 0.10 | 32.00 |
| 2/18/2008 | WDS | Review agenda letter for hearing (February 25, omnibus) | 0.20 | 64.00 |
| 2/20/2008 | WDS | Correspondence with E. Westbrook re: preparation for hearing on February 25 | 0.20 | 64.00 |
| | WDS | Review miscellaneous motions regarding Debtor financing | 0.40 | 128.00 |
| | WDS | Correspondence with E. Westbrook re: status conference issues | 0.30 | 96.00 |
| 2/25/2008 | WDS | Meeting with Ed Westbrook and Darrell Scott in preparation for ZAI status conference with Court | 1.50 | 480.00 |
| | WDS | Attend hearing, ZAI status conference | 3.50 | 1,120.00 |
| | | For professional services rendered | 6.70 | $2,144.00 |

Additional Charges :

| | | |
|---|---|---|
| 2/5/2008 | Service of the Scott Law Group's Twenty-Sixth Quarterly Fee Application | 67.50 |
| | Copying and service of Notice of the Scott Law Group's Twenty-Sixth Quarterly Fee Application | 402.98 |
| 2/21/2008 | Delivery of Scott Law Group October and November 2007 Fee Apps | 22.50 |
| | Copying and service of The Scott Law Group Notice of Change of Address | 1,146.94 |
| | Total additional charges | $1,639.92 |

| | Amount |
|---|---|
| Total amount of this bill | $3,783.92 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 6.70 | 320.00 | $2,144.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 22, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

Sullivan Hazeltine Allinson LLC ("Sullivan") For Compensation For Services And

Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From February 1,

2008 Through February 29, 2008:

1.      I am an attorney with the applicant law firm, Sullivan Hazeltine Allinson LLC,

admitted to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.    I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members,* signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: April 2, 2008
          Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants