IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 2, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION
REGARDING SIXTY-FIRST APPLICATION OF BLACKSTONE
ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO
W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007 (DOCKET NO. 18289)**

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the *Sixty-First Application of Blackstone*

*Advisory Services L.P. ("Blackstone"), as Financial Advisory to W. R. Grace & Co. and*

*Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of*

*December 1, 2007 through December 31, 2007* (the "Application").  The undersigned further

certifies that he has caused the Court's docket to be reviewed and no answer, objection or other

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

responsive pleading to the Application appears thereon.  Pursuant to the Application, objections

to the Application were to be filed and served no later than April 2, 2008 at 4:00 p.m.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members, dated May 3, 2001, the Debtors are authorized

to pay Blackstone $40,000.00 which represents 80% of the fees ($50,000.00), and $270.44,

which represents 100% of the expenses requested in the Application for the period

December 1, 2007 through December 31, 2007, upon the filing of this certificate and without the

need for entry of a Court order approving the Application.


Dated:  April 3, 2008                                KIRKLAND & ELLIS LLP
                                                     David M. Bernick P.C.
                                                     Janet S. Baer
                                                      200 East Randolph Drive
                                                     Chicago, Illinois 60601
                                                     Telephone:  (312) 861-2000
                                                     Facsimile:  (312) 861-2200

                                                     —and—

                                                     PACHULSKI STANG ZIEHL & JONES LLP


                                                     _James E. O'Neill_____
                                                     Laura Davis Jones (Bar No. 2436)
                                                     James E. O'Neill (Bar No. 4042)
                                                     Timothy P. Cairns (Bar No. 4228)
                                                     919 North Market Street, 17th Floor
                                                     P.O. Box 8705
                                                     Wilmington, Delaware 19899-8705 (Courier 19801)
                                                     Telephone:  (302) 652-4100
                                                     Facsimile:  (302) 652-4400

                                                     Co-Counsel to Debtors and Debtors-in-Possession