IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-01139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## WITHDRAWAL OF NOTICE OF APPEARANCE

Now comes DAP Products Inc. ("DAP"), by and through its undersigned counsel, and hereby withdraws the Notice of Appearance and Request for Service of Notices and Documents filed on June 29, 2001, Docket No. 599. Specifically, DAP requests that it be taken off the manual mailing service list, so the pleadings should no longer be sent to Julien A. Hecht, Esq.

Dated: April 2, 2008

Respectfully submitted,

/s/ James M. Lawniczak
James M. Lawniczak (0041836)
CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio  44114
Telephone:   (216) 622-8200
Facsimile:   (216) 241-0816
E-mail:      jlawniczak@calfee.com

Counsel for DAP Products Inc.

{00268418.DOC;1}

## CERTIFICATE OF SERVICE

A copy of the foregoing Withdrawal of Notice of Appearance was served electronically, through the Court's ECF system, upon those parties registered to receive such notice, on this 4th day of April, 2008.

/s/ James M. Lawniczak
James M. Lawniczak

{00268418.DOC;1}                                              2