IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                                    ) SS
NEW CASTLE COUNTY  )

  Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 4th day of April, 2008, she caused a copy of the following:

**LIBBY CLAIMANTS' LIMITED OBJECTION TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING SETTLEMENT AGREEMENT RESOLVING THE UNITED STATES' PROOF OF CLAIM REGARDING LIBBY, MONTANA ASBESTOS SITE AND AUTHORIZING PAYMENT OF THE CLAIM**

to be served upon the parties on the attached list the manner indicated.

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 4th day of April, 2008.

_____
Notary Public

JOAN M. HOFMANN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 15, 2008

393.001-19824.DOC

**Facsimile: 302-652-4400**
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
(Counsel for the Debtors and Debtors in Possession)

**Facsimile: 312-861-2200**
Janet Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Counsel for the Debtors and Debtors in Possession)

**Facsimile: 202-424-7643**
Richard H. Wyron
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th St., NW
Washington, DC 20005-1706
(Counsel to David T. Austern, Future Claimants' Representative)

**Facsimile: 302-426-9947**
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

**Facsimile: 305-374-7593**
Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-2336
(Counsel to the Official Committee of Asbestos Property Damage Claimants)

**Facsimile: 302-655-4210**
John C. Phillips, Jr.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel to David T. Austern, Future Claimants' Representative)

**Facsimile: 212-715-8000**
Philip Bentley
Gregory Horowitz
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
(Counsel to the Official Committee of Equity Security Holders)

**Facsimile: 302-575-1714**
Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel to the Official Committee of Asbestos Property Damage Claimants)

**Facsimile: 212-806-6006**
Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Counsel to the Official Committee of Unsecured Creditors)

**Facsimile: 302-552-4220**
Teresa K.D. Currier
Buchanan Ingersoll & Rooney P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to the Official Committee of Equity Security Holders)

**Facsimile: 302-573-6497**
David Klauder
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

**Facsimile: 302-657-4901**
Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to the Official Committee of Unsecured Creditors)

**Facsimile: 212-644-6755**
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(Counsel to the Official Committee of Asbestos Property Damage Claimants)