**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | Jointly Administered |
| Debtors. | **Related Docket Nos.: 18424, 18447** |
| | **Objection Deadline: April 4, 2008** |
| | **Hearing Date: April 7, 2008 at 9:00 am** |

**JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE FUTURE CLAIMANTS' REPRESENTATIVE'S OPPOSITION TO DEBTORS' MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF MARSHALL S. SHAPO**

The Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through its undersigned counsel, hereby joins in the Future Claimants' Representative's Opposition To Debtors' Motion In Limine To Exclude The Expert Testimony Of Marshall S. Shapo, which was filed on April 4, 2008 [D.I. 18447] (the "Opposition"). The ACC hereby joins in and supports the arguments and positions contained in the Opposition, as if fully set forth herein.

(Remainder of Page Intentionally Left Blank)

{D0108921.1 }

WHEREFORE, the ACC respectfully requests that the Court deny Debtors' Motion in Limine to Exclude the Expert Testimony of Marshall S. Shapo.

Date:   April 4, 2008

        CAMPBELL & LEVINE, LLC

        */S/ Mark Hurford*
        Marla R. Eskin (No. 2989)
        Mark T. Hurford (No. 3299)
        800 King Street, Suite 300
        Wilmington, DE  19801
        (302) 426-1900
          -and-

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        375 Park Avenue, 35th Floor
        New York, NY 10152-3500
        Telephone:  (212) 319-7125

          -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        Nathan D. Finch
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

        *Counsel to the Official Committee of*
          *Asbestos Personal Injury Claimants*

{D0108921.1 }