IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 4, 2008 I caused a copy of the **Joinder of The Official Committee of Asbestos Personal Injury Claimants to The Future Claimants' Representative's Opposition to Debtors' Motion in Limine to Exclude the Expert Testimony of Marshall S. *Shapo***, *to be served upon the individuals on the 2002 service list via first-class mail unless otherwise indicated.*

Dated: April 4, 2008                                CAMPBELL & LEVINE, LLC

                                                    */s/Mark Hurford*
                                                    Mark T. Hurford (DE No. 3299)
                                                    800 North King Street
                                                    Suite 300
                                                    Wilmington, DE 19801
                                                    (302) 426-1900

{D0108935.1 }