# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2008 - FEBRUARY 29, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 50.8 | $ 36,293.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 22.2 | 15,179.00 |
| 0013 | Business Operations | 3.9 | 2,623.50 |
| 0014 | Case Administration | 63.7 | 19,894.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 5.4 | 3,510.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 94.8 | 48,090.00 |
| 0018 | Fee Application, Applicant | 30.8 | 14,643.00 |
| 0019 | Creditor Inquiries | 3.2 | 2,499.00 |
| 0020 | Fee Application, Others | 6.9 | 3,677.50 |
| 0021 | Employee Benefits, Pension | 0.7 | 455.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 20.8 | 13,520.00 |
| 0035 | Travel - Non Working | 8.1 | 5,765.00 |
| 0036 | Plan and Disclosure Statement | 22.6 | 15,257.50 |
| 0037 | Hearings | 12.1 | 8,692.00 |
| 0047 | Tax Issues | 13.0 | 8,274.50 |
| | | | |
| | **Sub Total** | **359.0** | **$ 198,373.50** |
| | **Less 50% Travel** | **(4.0)** | **(2,882.50)** |
| | **Total** | **355.0** | **$ 195,491.00** |

# STROOCK

## INVOICE

| DATE | March 24, 2008 |
|---|---|
| INVOICE NO. | 437817 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 29, 2008, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/04/2008 | Exchanged memoranda with J. Restivo and KP, LK re PD mediator (.5); memorandum re Hearsay objection during trial and briefing by the parties (.6); attend to correspondence from FCR re PI Estimation trial time allocation, Stallard and Anderson testimony and memo to KP re same (.2). | Krieger, A. | 1.3 |
| 02/05/2008 | Attend to briefs re Hearsay objections. | Krieger, A. | 0.6 |
| 02/06/2008 | Memorandum to LK re PD Mediator (.1); attend to ACC's Brief re Hearsay objection (1.0); attend to Ansbro correspondence and exchanged memoranda with KP re same (.6); attend to Snyder document requests and reports (1.7). | Krieger, A. | 3.4 |
| 02/06/2008 | Review party submission re admissibility of POC and PIQs (.4); review emails re: expert testimony (.2). | Kruger, L. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/06/2008 | Attention to correspondence from ACC/FCR re: experts and trial logistics (.4); attention to parties' respective briefs re: PIQ/POC admissibility (.8). | Pasquale, K. | 1.2 |
| 02/07/2008 | Attend to Orrick correspondence and conf call with KP, G. Horowitz and B. Harding to discuss. | Krieger, A. | 0.9 |
| 02/07/2008 | Conference call with B. Harding, G. Horowitz, A. Krieger re expert and trial issues (.8); attention to same (.3). | Pasquale, K. | 1.1 |
| 02/08/2008 | Conf call KP, Committee's expert re discovery matters (.7); exchanged memoranda with KP, LK re PD mediator (.1); memorandum to J. Restivo re PD mediator (.1); exchanged memoranda with KP re Snyder deposition (.1); attend to logistics for Snyder deposition (.3). | Krieger, A. | 1.3 |
| 02/08/2008 | Emails to K. Pasquale, A. Krieger re PD mediator (.1); review memo to Committee re pending matters (.1). | Kruger, L. | 0.2 |
| 02/08/2008 | Conference Call with Navigant re expert issues and back up materials (.7); attention to same (.3); drafted letter to ACC/FCR counsel re same (.3). | Pasquale, K. | 1.3 |
| 02/10/2008 | Attend to FCR's supplemental reply re: Stallard declaration. | Krieger, A. | 1.4 |
| 02/11/2008 | Attend to 1/14/08 transcript and memorandum thereon. | Krieger, A. | 0.3 |
| 02/11/2008 | Review estimation testimony. | Kruger, L. | 0.9 |
| 02/11/2008 | Reviewed transcripts of estimation testimony in prep for continued hearings. | Pasquale, K. | 1.8 |
| 02/12/2008 | Attend to travel arrangements for Snyder deposition (.4); attend to PD claimants pleadings (Allegheny Center Associates) re: for relief from dismissal order (.3). | Krieger, A. | 0.7 |
| 02/12/2008 | Attention to parties' emails re trial proceedings (.3); revised letter re Navigant back up (.2). | Pasquale, K. | 0.5 |
| 02/13/2008 | Exchanged memoranda with A. Basta re Kraus | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | deposition (.1); attend to KP response to Orrick (.1). | | |
| 02/14/2008 | Memorandum to J. Restivo re PD Mediator (.1); memorandum to LK, KP re same (.1); travel to Washington DC for S. Snyder deposition on 2/15/08 and review Snyder expert report, Debtors' document requests (3.1); further review of Snyder report (.6). | Krieger, A. | 3.9 |
| 02/14/2008 | Review memo from A. Krieger re her memo with Restivo re PD mediator (.1); Office conf. with K. Pasquale and A. Krieger re POR matters (.3) and re issues (.1); attend to POR issue (.3). | Kruger, L. | 0.8 |
| 02/15/2008 | Prepare for and attendance at deposition of S. Snyder at offices of K&E (Washington, DC) (5.9); preparation of memorandum re deposition (1.5). | Krieger, A. | 7.4 |
| 02/15/2008 | Call with A. Krieger re Snyder deposition. | Kruger, L. | 0.2 |
| 02/19/2008 | Attend to debtors and ACC/FCR's respective objections to the other parties' exhibit lists and memoranda to KP re same (.4); attend to Snyder deposition and memorandum thereon (1.1); attend to asbestos claims litigation articles (1.4); exchanged memoranda with R. Mullady re 2/20/08 conference call on PI Estimation matters (.1); attend to Dr. Chambers' materials (.1). | Krieger, A. | 3.1 |
| 02/19/2008 | Call with Shelnitz re status and strategy (.5); consider POR and issues (.3); office conf. with A. Krieger, K. Pasquale re: Snyder deposition (.3). | Kruger, L. | 1.1 |
| 02/20/2008 | Attend to memoranda re 2/20/08 meet and confer re PI Estimation issues (.1); conf call representatives for Debtors, Equity Committee and KP re PI estimation issues (.2); review proposed responses to FCR letters (.3). | Krieger, A. | 0.6 |
| 02/21/2008 | Conf call G. Horowitz, KP, B. Harding re PI Estimation issues (.2); exchanged memoranda with KP re 2/22/08 conference call (.1). | Krieger, A. | 0.3 |
| 02/21/2008 | Prep and conference call with debtors, equity re trial issues. | Pasquale, K. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/22/2008 | Exchanged memoranda re 2/22/08 call with Debtors, Equity counsel (.1); t/c D. Bernick, B. Harding, G. Horowitz re trial issues (.3); conf call all parties re trial issues (4.); and memorandum re same (.5). | Krieger, A. | 1.3 |
| 02/22/2008 | Call with Mark Shelnitz re: meeting with other parties (.5); review memo to Committee re: tax refund (.1). | Kruger, L. | 0.6 |
| 02/26/2008 | Memorandum to KP re Kraus deposition (.1); exchanged memoranda with A. Basta re Kraus deposition (.1); attend to materials for Kraus deposition (.4). | Krieger, A. | 0.6 |
| 02/26/2008 | Attention to expert discovery issues and emails re Navigant re same. | Pasquale, K. | 0.8 |
| 02/27/2008 | Exchanged memoranda with KP, LK re: March PI Estimation hearings (.2); exchanged memoranda with J. Baer re logistics for Peter Kraus deposition (.2); attend to correspondence to J. Ansbro (.1); attend to memoranda with Committee's expert (.1). | Krieger, A. | 0.6 |
| 02/27/2008 | Attention to expert direct/cross issues and outlines. | Pasquale, K. | 2.5 |
| 02/28/2008 | Emails with Navigant re trial (.2); preparation for estimation hearing and expert's testimony (3.2). | Pasquale, K. | 3.4 |
| 02/29/2008 | Attend to logistics for trip to Washington DC for Kraus deposition (.2); attend to Kraus subpoena and Debtors' document production and related material (2.3); memorandum to KP re expert testimony (.2). | Krieger, A. | 2.7 |
| 02/29/2008 | Preparation for estimation trial and expert's testimony. | Pasquale, K. | 2.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 30.6 | $ 650 | $ 19,890.00 |
| Kruger, Lewis | 4.4 | 945 | 4,158.00 |
| Pasquale, Kenneth | 15.8 | 775 | 12,245.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 36,293.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 36,293.00 |

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2008 | Conf call S. Cunningham, J. Dolan re ProjectFly (CeraTech investment) and letter of credit inquiry (.5); attend to amended certificate of incorporation (1.2); memorandum to J. Dolan re comments to draft Committee memorandum (.1). | Krieger, A. | 1.8 |
| 02/04/2008 | Review Distribution Agreement and Debtors' Motion and prepare memo regarding same. | DiBernardo, I. | 4.5 |
| 02/04/2008 | Exchanged memoranda with J. Dolan re memorandum to the Committee re ProjectFly. | Krieger, A. | 0.5 |
| 02/05/2008 | Analyze Distribution Agreement and prepare memo summarizing same and identifying issues. | DiBernardo, I. | 2.0 |
| 02/06/2008 | Finalize memo (1.4); prepare for and participate in lengthy call with McFarland, B. Maggio and A. Krieger regarding Project Fly (2.8). | DiBernardo, I. | 4.2 |
| 02/06/2008 | O/c I. DiBernardo and memorandum to J. McFarland re conf call to discuss the distribution agreement for ProjectFly (.2); t/c J. McFarland and exchanged memoranda with I. DiBernardo re call with Grace counsel (.2); memo to J. McFarland, K. Maggio re call (.1); review I. DiBernardo memorandum on distribution agreement points and AGK comments in preparation for call (1.8); o/c I. DiBernardo and conf call Jack McFarland and Bob Maggio re Distribution Agreement (1.8); memorandum to and from J. Dolan re CeraTech information (.2). | Krieger, A. | 4.3 |
| 02/07/2008 | Exchanged memoranda with J. Dolan re revised financial information re Project Fly and t/cs J. Dolan re same (1.1); memoranda with J. Baer re extension of the Committee's response deadline on this motion (.1); memorandum to J. | Krieger, A. | 2.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | McFarland re revised financial analysis to be reviewed and discussed (.2); attend to revised Distribution Agreement and memorandum to I. DiBernardo re: same (.6); attend to memoranda from J. McFarland re registration rights, supply and other Project Fly Agreements (.4). | | |
| 02/08/2008 | Attend to supply agreement, registration rights agreement for CeraTech transaction and memoranda to J. McFarland re same. | Krieger, A. | 2.3 |
| 02/11/2008 | Memorandum to J. Baer re Committee position on Project Fly. | Krieger, A. | 0.1 |
| 02/24/2008 | Attend to amended order approving Ceratech transaction and execution form of stock purchase agreement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| DiBernardo, Ian G. | 10.7 | $ 720 | $ 7,704.00 |
| Krieger, Arlene G. | 11.5 | 650 | 7,475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,179.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,179.00 |
|------------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| RE | Business Operations |
|---|---|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/05/2008 | Exchanged memoranda with J. Dolan re status of potential acquisition. | Krieger, A. | 0.1 |
| 02/07/2008 | Memoranda to J. Dolan re Art joint venture agreement and DIP agreement. | Krieger, A. | 0.2 |
| 02/13/2008 | Attend to Debtors' motion to extend the DIP (.7); attend to Debtors' motion to extend Credit Agreement with ART Joint Venture (.3). | Krieger, A. | 1.0 |
| 02/13/2008 | Review debtors motion re payments to defined benefit plan (.1); office conf with A. Krieger re tax optimization plan (.1); call Sean Cunningham re tax plan (.1). | Kruger, L. | 0.3 |
| 02/18/2008 | Exchanged memoranda with J. Dolan re DIP, ART and Pension motions. | Krieger, A. | 0.1 |
| 02/21/2008 | Attend to Capstone memorandum re treatment of letters of credit. | Krieger, A. | 0.2 |
| 02/25/2008 | T/cs J. Dolan re comments and questions to the proposed DIP amendment and memorandum thereon,  the memorandum on the amended ART Joint Venture facility and memorandum on the Pension contribution motion (1.2); attend to 5th amendment to DIP (.1); attend to revised memoranda to the Committee re DIP and ART modification motions, and pension contribution motion (.4). | Krieger, A. | 1.7 |
| 02/26/2008 | T/c J. Dolan re letters of credit analysis, memoranda for the Committee on pending DIP,  ART and pension motions. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.6 | $ 650 | $ 2,340.00 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.3 | 945 | 283.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,623.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,623.50 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843 0014 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); retrieve certain pleadings for attorney review (.5); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.9 |
| 02/04/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 02/04/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 1.8 |
| 02/05/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.2); obtain as precedent recently filed pleadings for attorney review (.4). | Mohamed, D. | 2.1 |
| 02/06/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 1.7 |
| 02/07/2008 | Review and update case docket no. 01-1139 (.4); review case file documents (.6); research main case docket regarding settlement and obtain pleadings relating to the settlement for attorney review (.9). | Mohamed, D. | 1.9 |
| 02/08/2008 | Calls from claimants (.3); reviewed legal docket to update status (1.2). | Holzberg, E. | 1.5 |
| 02/08/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed | Mohamed, D. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | | |
| 02/11/2008 | Discuss issue of "clerical nature" with A. Krieger (.1); research issues of standard of "clerical services" for compensation (2.7). | Beal, A. | 2.8 |
| 02/11/2008 | Attend to other prof. fee applications and obj. of fee examiners for attorney review (3.5); read examiner objection and retrieved information to reply (1.8). | Holzberg, E. | 5.3 |
| 02/11/2008 | Attend to fee auditor's initial objection to SSL's 26th quarterly (2.4); o/c EH re back up to be reviewed (.1); o/c A. Beal re case law on compensation for clerical duties (.1); attend to case law for response to fee auditor's initial objection to SSL's 26th quarterly (.9); exchanged memoranda re conference call with Debtors' counsel (.2); o/c DW re Fee Auditor objection (.1); attend to USG transcript referred to by Fee Auditor (.3). | Krieger, A. | 4.1 |
| 02/12/2008 | Continue to check disbursements and documents to answer the examiners questions (.9); reviewed legal docket to update status and sent report to interested parties (2.6). | Holzberg, E. | 3.5 |
| 02/12/2008 | Attend to response to Fee Auditor (3.9); exchanged memoranda with J. Baer re objection to "clerical" time (.2); memorandum to LK, KP re objection and response (.5); memoranda with KP re expense inquiry (.3). | Krieger, A. | 4.9 |
| 02/12/2008 | Review emails re trial process (.2); office conf with A. Krieger (.1) and emails with A. Krieger and K. Pasquale re fee examiner report and response (.4). | Kruger, L. | 0.6 |
| 02/13/2008 | Attend to response to fee auditors report re 26th Quarterly. | Krieger, A. | 3.4 |
| 02/14/2008 | Memorandum to W. Smith re SSL's response to Fee Auditor's report on 26th quarterly. | Krieger, A. | 0.2 |
| 02/14/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); obtain certain | Mohamed, D. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings for attorney review (.5). | | |
| 02/15/2008 | Reviewed Legal Docket to update status (.2); retrieved documents (.6). | Holzberg, E. | 0.8 |
| 02/15/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.0 |
| 02/19/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.1 |
| 02/19/2008 | Review and update case docket no. 01-1139 (.5); review case file documents (1.6); obtain certain pleadings for attorney review (.4). | Mohamed, D. | 2.5 |
| 02/20/2008 | Review and update case docket no. 01-1139 (.5); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 1.3 |
| 02/21/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.0 |
| 02/21/2008 | O/c DM re cumulative fee chart. | Krieger, A. | 0.2 |
| 02/21/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); review case file documents (.9); obtain certain pleadings for attorney review (.4). | Mohamed, D. | 2.4 |
| 02/22/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); review adv. pro. case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.4 |
| 02/25/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); retrieve and distribute recently filed pleading re adv. pro. case no. 01-771 (.2); retrieve and distribute recently filed pleadings re adv. pro. case no. 02-1657 (.3). | Mohamed, D. | 2.1 |
| 02/26/2008 | Memorandum to Warren Smith re | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | modifications to project category charts. | | |
| 02/26/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); obtain pleadings for attorney review (.4). | Mohamed, D. | 1.3 |
| 02/27/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.5 |
| 02/28/2008 | Review and update case docket no. 01-1139 (.4); review case file documents (.5); retrieve and distribute recently filed pleadings in main case (.7). | Mohamed, D. | 1.6 |
| 02/29/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 04-55083 and 07-52724 (.5); review district court case docket no. 07-536 (.2). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Beal, Abigail M. | 2.8 | $ 440 | $ 1,232.00 |
| Holzberg, Ethel H. | 14.4 | 270 | 3,888.00 |
| Krieger, Arlene G. | 13.0 | 650 | 8,450.00 |
| Kruger, Lewis | 0.6 | 945 | 567.00 |
| Mohamed, David | 32.9 | 175 | 5,757.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,894.50 |
|------------------------------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| TOTAL FOR THIS MATTER | $ 19,894.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2008 | Memorandum to J. Baer re CSX claim inquiry (.1); t/c L. Sinanyan re CSX motion and Cambridge settlement support (.3); attend to case law re Massachusetts tax issues (1.6); memorandum from J. Dolan re Cambridge claim (.1). | Krieger, A. | 2.1 |
| 02/04/2008 | Attend to Massachusetts statutory authority re Cambridge motion and relevant case law (3.1); exchanged memoranda with L. Sinanyan re supporting materials for Cambridge motion and extension of time for Committee to respond (.2). | Krieger, A. | 3.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.4 | $ 650 | $ 3,510.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,510.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,510.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2008 | Discuss issues with A. Krieger (.4); conduct research relating to issues for unsecured creditors (4.9). | Beal, A. | 5.3 |
| 02/01/2008 | Attend to Capstone's draft memorandum to the Committee re Remedium tax settlement (1.3); attend to Capstone's draft memorandum to the Committee re proposed investment in CeraTech (1.2); exchanged memoranda with M. Eichler re further comments to the Remedium memorandum (.3); o/c A. Beal re plan issues (.4). | Krieger, A. | 3.2 |
| 02/02/2008 | Draft memo regarding POR issue (4.1); read case law regarding POR issue for unsecured creditors (1.1). | Beal, A. | 5.2 |
| 02/03/2008 | Attend to memorandum to the Committee re: Cambridge settlement (2.6); memorandum to L. Sinanyan re: statutory authority for interest rate (.1). | Krieger, A. | 2.7 |
| 02/04/2008 | Draft memo regarding POR issue for unsecured creditors and conduct further research regarding same. | Beal, A. | 6.4 |
| 02/04/2008 | Attend to memorandum to the Committee re Cambridge settlement (2.4); t/c J. Dolan re: comments on Capstone memorandum to the Committee re: ProjectFly (.5). | Krieger, A. | 2.9 |
| 02/05/2008 | Research case law on plan issues. | Beal, A. | 6.2 |
| 02/05/2008 | Attend to Committee memorandum re CeraTech investment (.2); memorandum to J. Dolan re same (.1); attend to Committee memorandum re Cambridge settlement (.6); memorandum to LK, KP re Committee memorandum discussing CeraTech investment (.2). | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/06/2008 | Draft memo regarding plan issues and update on current law and research issues. | Beal, A. | 3.5 |
| 02/06/2008 | O/c LK re Committee memorandum on Cambridge settlement and revise same (.2); memorandum to C. Freedgood re Committee memorandum (.1); memorandum to the Committee re pending matters (.2). | Krieger, A. | 0.5 |
| 02/06/2008 | Review email to Cunningham re POR issues (.2); memo from A. Krieger re PD Mediator (.1); office conf with A. Krieger re Committee memo re Cambridge settlement; discuss revisions (.2); review memo to Freedgood re Committee memo and memo to Committee re pending issues (.3). | Kruger, L. | 0.8 |
| 02/07/2008 | Revise memo relating to plan issues for unsecured creditors; shepardize and review cited cases and check on status of recent law; send same to A. Krieger. | Beal, A. | 2.2 |
| 02/07/2008 | T/c J. Dolan re treatment of general unsecured claims (.2); memoranda to DM re request for documents (.2);  attend to memoranda for the Committee re: 1/28/08 omnibus hearing and transcript of same (1.8). | Krieger, A. | 2.2 |
| 02/08/2008 | Research issues relating to plan. | Beal, A. | 1.7 |
| 02/08/2008 | Memorandum to the Committee re pending matters. | Krieger, A. | 0.3 |
| 02/10/2008 | Attend to general unsecured claims treatment inquiry (.7); attend to memorandum to the Committee re pending matters (.9); attend to Beal memorandum re treatment of general unsecured creditors (.4). | Krieger, A. | 2.0 |
| 02/11/2008 | Attend to memoranda re treatment of general unsecured creditors and related materials (3.4); o/c A. Beal re treatment issues (.2); memorandum to the Committee re pending matters (.3). | Krieger, A. | 3.9 |
| 02/12/2008 | Research and review case law re: plan issue. | Beal, A. | 3.8 |
| 02/13/2008 | Attend to plan related issues and o/c A. Beal re same. | Krieger, A. | 2.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/14/2008 | Conference call with debtors, professionals re status issues. | Pasquale, K. | 0.6 |
| 02/20/2008 | Review of case law re plan issues for unsecured creditors. | Beal, A. | 5.2 |
| 02/21/2008 | Review case law regarding plan issues; discussions with A. Krieger regarding plan issues and continuing research. | Beal, A. | 4.5 |
| 02/21/2008 | Attend to plan treatment issues and extended o/c A. Beal re same. | Krieger, A. | 2.3 |
| 02/22/2008 | Conduct research on plan issues and revise memo regarding same. | Beal, A. | 4.6 |
| 02/22/2008 | Attend to memorandum to the Committee re pending matters. | Krieger, A. | 0.3 |
| 02/24/2008 | Attend to Capstone's draft memorandum re Debtors' motion to modify the DIP and extend the ART Joint Venture Agreement (.8); attend to Capstone's draft memorandum re Debtors' motion for authority to make April 2008 pension contributions (.7). | Krieger, A. | 1.5 |
| 02/25/2008 | Attend to memorandum to the Committee re Michigan tax refund claim settlement. | Krieger, A. | 0.2 |
| 02/26/2008 | Revise memo and do follow-up research regarding plan issues (5.6); email communications with A. Krieger regarding same (.3). | Beal, A. | 5.9 |
| 02/26/2008 | O/cs LK, KP re t/c M. Shelnitz re status, and issues raised (.6); subsequent o/c LK, KP re B. Schneider re issues (.3); exchanged memoranda with A. Beal re status of issues research (.2); memoranda to LK, KP re issues, memoranda for the Committee (.3). | Krieger, A. | 1.4 |
| 02/28/2008 | Work on memo regarding plan issues; conduct research thereon (4.0); discussions with M. Magzamen regarding obtaining and unpublished briefs and opinions (.2). | Beal, A. | 4.2 |
| 02/28/2008 | Oc's w/ A. Beal re: Cir. briefs (.2); research and order same (.4). | Magzamen, M. | 0.6 |
| 02/29/2008 | Research re: plan issues (1.8); discuss research | Beal, A. | 5.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | relating to plan issues with A. Krieger (.4); begin draft of additional memo relating to other plan issues (3.2). | | |
| 02/29/2008 | O/c A. Beal re additional materials to review (.4); attend to plan related materials (.6). | Krieger, A. | 1.0 |
| 02/29/2008 | Oc w/ A. Beal re: Cir. briefs and research re: same. | Magzamen, M. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Beal, Abigail M. | 64.1 | $ 440 | $ 28,204.00 |
| Krieger, Arlene G. | 28.3 | 650 | 18,395.00 |
| Kruger, Lewis | 0.8 | 945 | 756.00 |
| Magzamen, Michael S. | 1.0 | 270 | 270.00 |
| Pasquale, Kenneth | 0.6 | 775 | 465.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 48,090.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 48,090.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| RE | Fee Application, Applicant |
| --- | --- |
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/01/2008 | Completed 81st monthly fee application for Dec. and prepare for filing and service. | Holzberg, E. | 3.3 |
| 02/01/2008 | O/c EH, DM re SSL's December fee statement. | Krieger, A. | 0.1 |
| 02/01/2008 | Review Stroock's eighty-first monthly fee statement in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.8 |
| 02/05/2008 | Attend to preparation of January Bill. | Holzberg, E. | 1.6 |
| 02/14/2008 | Attend to 27th quarterly fee application. | Krieger, A. | 1.3 |
| 02/18/2008 | Attend to October, November time detail for preparation of 27th quarterly. | Krieger, A. | 2.2 |
| 02/19/2008 | Reviewed time for 82nd Fee Application for January 2008 (1.9); reviewed disbursements for same period (.8). | Holzberg, E. | 2.7 |
| 02/19/2008 | Attend to time detail and expense information for preparation of SSL's 27th quarterly. | Krieger, A. | 1.4 |
| 02/21/2008 | Attend to 27th quarterly application. | Krieger, A. | 3.2 |
| 02/22/2008 | Attend to 27th quarterly application. | Krieger, A. | 3.1 |
| 02/24/2008 | Attend to SSL's 27 quarterly fee application. | Krieger, A. | 0.3 |
| 02/25/2008 | Attend to January 2008 monthly fee statement. | Krieger, A. | 1.3 |
| 02/26/2008 | Reviewed disbursements for preparation of Monthly Application for January. | Holzberg, E. | 0.9 |
| 02/26/2008 | Attend to January 2008 fee statement (.5); o/c EH re same (.1). | Krieger, A. | 0.6 |
| 02/28/2008 | Attend to 27th quarterly fee application. | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/29/2008 | Worked on 82nd Monthly Fee Application for January, 2008 (1.6); worked on 27th Quarterly Fee Application (1.8). | Holzberg, E. | 3.4 |
| 02/29/2008 | Complete draft 27th quarterly fee application (1.6); o/c EH re preparation of Charts (.1); attend to SSL's January 2008 invoice (.4). | Krieger, A. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 11.9 | $ 270 | $ 3,213.00 |
| Krieger, Arlene G. | 17.1 | 650 | 11,115.00 |
| Mohamed, David | 1.8 | 175 | 315.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,643.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,643.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/04/2008 | Telephone conference bank debt holder re status of estimation and plan issues. | Pasquale, K. | 0.6 |
| 02/05/2008 | Call with bank debt holder re status. | Kruger, L. | 0.2 |
| 02/11/2008 | Telephone conference bank debt holder re estimation issues. | Pasquale, K. | 0.4 |
| 02/12/2008 | T/c K. Moore re creditor inquiry re: claim (.2); memorandum to J. Baer re creditor inquiry (.2); exchanged memoranda with L. Sinanyan (.2); memorandum to K. Moore re matter under review (.2). | Krieger, A. | 0.8 |
| 02/13/2008 | Office conf with K. Pasquale and calls with specific creditors re status (.3); call bank debt holder re settlement rumors (.2). | Kruger, L. | 0.5 |
| 02/28/2008 | Telephone conferences bank debt holders re status and issues. | Pasquale, K. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 650 | $ 520.00 |
| Kruger, Lewis | 0.7 | 945 | 661.50 |
| Pasquale, Kenneth | 1.7 | 775 | 1,317.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,499.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,499.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/06/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.9 |
| 02/11/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 02/12/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.8 |
| 02/13/2008 | Review Capstone's 47th monthly fee statement in preparation for filing (.5); prepare notice and affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.7 |
| 02/14/2008 | Attend to fee applications. | Krieger, A. | 0.6 |
| 02/19/2008 | Attend to applications of other professionals. | Krieger, A. | 0.2 |
| 02/21/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.6 |
| 02/26/2008 | Memorandum to A. McIntosh re Navigant's January 2008 fee statement. | Krieger, A. | 0.1 |
| 02/27/2008 | Attend to other professionals fee applications (.4); exchanged email with A. McIntosh re January 2008 invoice (.1); attend to Fee Auditor's final reports (.3). | Krieger, A. | 0.8 |
| 02/29/2008 | Attend to Navigant's January 2008 invoice (.2); attend to fee auditor's final reports (.6). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.2 | $ 650 | $ 3,380.00 |
| Mohamed, David | 1.7 | 175 | 297.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,677.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,677.50 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/06/2008 | Attend to draft pension motion. | Krieger, A. | 0.3 |
| 02/13/2008 | Attend to Debtors' latest motion to make minimum payments to their defined benefit plans in April 2008. | Krieger, A. | 0.3 |
| 02/26/2008 | Attend to J. Baer response to pension inquiries. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.7 | $ 650 | $ 455.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 455.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 455.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2008 | Attend to J. Baer response to inquiry on objectors (.1); attend to new redline of multi-site agreement (.6). | Krieger, A. | 0.7 |
| 02/05/2008 | Attend to further revised draft of order approving multi-site agreement (1.0); memorandum to J. Baer re same (.3); memorandum and t/c to J. Dolan, S. Cunningham re same (.4); exchanged memoranda with J. Baer re further revised order reflecting FCR's comments (.2). | Krieger, A. | 1.9 |
| 02/06/2008 | Attend to further revised order reflecting FCR's comments and response to J. Baer re same. | Krieger, A. | 0.6 |
| 02/07/2008 | Attend to further revised order re multi-site settlement agreement. | Krieger, A. | 0.1 |
| 02/08/2008 | Attend to further revised settlement agreement and order (.5); memoranda to J. Baer re comments on revised language (.2). | Krieger, A. | 0.7 |
| 02/12/2008 | Attend to proposed final form of the Multi-Site Settlement Agreement. | Krieger, A. | 0.4 |
| 02/22/2008 | Exchanged memoranda with J. Baer re status of multi-site agreement and ELT transfer motion. | Krieger, A. | 0.2 |
| 02/24/2008 | Memorandum to J. Baer re analyses regarding alternatives to existing defined benefit plan. | Krieger, A. | 0.1 |
| 02/25/2008 | Memorandum to J. Baer re ELT transfer motion and extended response deadline inquiry (.2); memorandum to J. Baer re request for conf call to discuss ELT liability transfer motion (.1); memorandum to M. Berg, P. McGrath re new ELT liability transfer motion (.4); exchanged memoranda with P. McGrath re ELT motion (.1). | Krieger, A. | 0.8 |
| 02/26/2008 | E-mails to schedule conference call with | Berg, M. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Debtor's counsel (.2); begin review of multi-site transfer agreement and motion (.7). | | |
| 02/26/2008 | Exchanged memoranda with J. Baer re conference call to discuss ELT motion (.3); exchanged memoranda with M. Berg, P. McGrath, J. Dolan re conference call (.3). | Krieger, A. | 0.6 |
| 02/27/2008 | Attend to ELT transfer liability motion and preparation of memorandum to the Committee re same. | Krieger, A. | 5.9 |
| 02/28/2008 | Finish review of ELT Transfer Agreement and exhibits (1.1); emails re: ELT motion (.9); call w/ A. Krieger, Capstone to prepare for call with Debtors regarding ELT Transfer Agreement (.4); conf. call w/ Debtor and counsel (1.2); t/c A. Krieger re: information received from debtor in call and to be provided by Debtor in follow up to conference call (.3). | Berg, M. | 3.9 |
| 02/28/2008 | Attend to memorandum from P. McGrath and memo in response (.8); memorandum re conference call to discuss questions and comments (.1); t/c J. Dolan re ELT transaction (.2); exchanged memoranda with M. Berg re discharge of liabilities (.1); preparation for conference call with all parties on ELT transaction (.4); conference call M. Berg, J. Dolan re ELT transaction questions (.4); conference call with representatives for Grace, FCR, ACC re ELT transaction (1.2); memorandum of follow-up issues and materials (.5); follow-up t/c M. Berg re remaining liabilities, other issues (.3). | Krieger, A. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 4.8 | $ 650 | $ 3,120.00 |
| Krieger, Arlene G. | 16.0 | 650 | 10,400.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,520.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,520.00 |
|---|---|

# STROOCK

| RE | Expenses | |
|---|---|---|
| | 699843  0024 | |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 114.94 |
| Local Transportation | 153.25 |
| Long Distance Telephone | 129.83 |
| Duplicating Costs-in House | 68.00 |
| Postage | 0.41 |
| Court Reporting Services | 810.00 |
| O/S Information Services | 431.20 |
| In House Messenger Service | 44.52 |
| Travel Expenses - Transportation | 874.25 |
| Travel Expenses - Lodging | 285.11 |
| Travel Expenses - Meals | 78.12 |
| Westlaw | 2932.62 |

| TOTAL DISBURSEMENTS/CHARGES | $ 5,922.25 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,922.25 |
|---|---|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/14/2008 | Non-working travel time to Washington, DC for 2/15/08 deposition of S. Snyder. | Krieger, A. | 1.7 |
| 02/15/2008 | Return travel from DC to attend Snyder deposition. | Krieger, A. | 2.4 |
| 02/25/2008 | Travel to and from Wilmington for Court hearing. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.1 | $ 650 | $ 2,665.00 |
| Pasquale, Kenneth | 4.0 | 775 | 3,100.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,765.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,765.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843 0036                   |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/05/2008 | Attend to plan issues. | Krieger, A. | 0.8 |
| 02/06/2008 | Memorandum to S. Cunningham, J. Dolan re plan treatment provisions. | Krieger, A. | 0.5 |
| 02/14/2008 | O/c LK, KP re plan-related matters (.3); attend to case law re plan issues (1.4). | Krieger, A. | 1.7 |
| 02/18/2008 | Attend to plan issues. | Krieger, A. | 1.6 |
| 02/19/2008 | Attend to Capstone POR analysis and exchanged memoranda with J. Dolan re same (.4); o/c LK and then KP re M. Shelnitz conversation (.5); attend to case law re general unsecured treatment issues (1.2). | Krieger, A. | 2.1 |
| 02/20/2008 | Exchanged memoranda with J. Dolan re recovery analysis (.3); attend to plan treatment issues (6.4). | Krieger, A. | 6.7 |
| 02/22/2008 | Attend to plan issues. | Krieger, A. | 0.8 |
| 02/26/2008 | Attend to plan treatment issues and exchanged multiple memoranda with A. Beal re same (2.8); exchanged memoranda with J. Dolan re recovery analysis information (.3); attend to memorandum to LK, KP re plan issues (.3). | Krieger, A. | 3.4 |
| 02/26/2008 | Office conf with K. Pasquale re: call with Shelnitz and issues (.6); office conf with A. Krieger, K. Pasquale re: issues and research (.3); review memo to Committee re issues (.3). | Kruger, L. | 1.5 |
| 02/26/2008 | Attention to possible POR issues. | Pasquale, K. | 0.5 |
| 02/27/2008 | T/c J. Dolan re recovery analysis. | Krieger, A. | 0.1 |
| 02/28/2008 | Exchanged memorandum with J. Dolan re conference call to discuss recovery analysis, other (.1); o/c LK re inquiry regarding plan issue (.1); extended t/c J. Dolan re recovery | Krieger, A. | 2.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | analysis (.8); conference call S. Cunningham, J. Dolan re plan issues (.4); attend to plan issues (1.0). | | |
| 02/29/2008 | Attention to Capstone analysis and related issues. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 20.1 | $ 650 | $ 13,065.00 |
| Kruger, Lewis | 1.5 | 945 | 1,417.50 |
| Pasquale, Kenneth | 1.0 | 775 | 775.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,257.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,257.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/14/2008 | Conf call J. Baer, R. Finke re: 2/25/08 and 3/17/08 hearings (.6); attend to memo re Hanly Conroy retention (.1). | Krieger, A. | 0.7 |
| 02/14/2008 | Office conf with K. Pasquale, A. Krieger and call with debtor professionals re status, agenda for 2/25/08 and 3/17/08 court hearing. | Kruger, L. | 0.6 |
| 02/19/2008 | Attend to agenda notice for 2/25/08 hearing. | Krieger, A. | 0.1 |
| 02/25/2008 | Review ZAI decision and related documents for omnibus hearing and attend (telephonically) hearing . | Krieger, A. | 5.2 |
| 02/25/2008 | Preparation for and participated in omnibus court hearing. | Pasquale, K. | 5.2 |
| 02/26/2008 | O/c KP re Stallard declaration and ZAI arguments. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.3 | $ 650 | $ 4,095.00 |
| Kruger, Lewis | 0.6 | 945 | 567.00 |
| Pasquale, Kenneth | 5.2 | 775 | 4,030.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,692.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,692.00 |
|---|---|

# STROOCK

| RE | Tax Issues |
|----|------------|
|    | 699843 0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2008 | Further review of Capstone memo re: Remedium settlement with IRS. | Eichler, M. | 0.2 |
| 02/05/2008 | Attend to memoranda from L. Sinanyan; review of Massachusetts statutes and response thereto. | Krieger, A. | 1.6 |
| 02/06/2008 | Exchanged memoranda with L. Sinanyan re Cambridge settlement and inquiries on Massachusetts statutes. | Krieger, A. | 0.2 |
| 02/08/2008 | T/c L. Sinanyan re Cambridge liens. | Krieger, A. | 0.2 |
| 02/12/2008 | Attend to settlement of tax refund with Michigan and memorandum to Debtors' counsel re same. | Krieger, A. | 0.2 |
| 02/13/2008 | Call with A. Krieger and Grace tax people re: settlement of Michigan tax refund case. | Eichler, M. | 0.6 |
| 02/13/2008 | O/c LK re Optimization Plan (.1); and attend to memorandum thereon (.1); t/c J. McFarland re conf call to discuss Michigan tax settlement (.1); o/c M. Eichler re tax settlement (.1); conf call with M. Eichler, J. McFarland, Tim Cremins re: Michigan tax settlement and follow-up o/c ME re same (.7). | Krieger, A. | 1.1 |
| 02/18/2008 | Attend to materials re: Michigan tax settlement. | Krieger, A. | 1.0 |
| 02/20/2008 | O/c M. Eichler re: MI case. | Dhanraj, J. | 0.2 |
| 02/20/2008 | Discussion with A. Krieger re: Michigan tax refund. | Eichler, M. | 0.3 |
| 02/20/2008 | Attend to proposed settlement of Michigan tax refund claims (.3); o/c M. Eichler re same (.4). | Krieger, A. | 0.7 |
| 02/21/2008 | Exchanged further memoranda with J. McFarland re Michigan tax settlement | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | information (.3); exchanged memoranda with M. Eichler re same (.2). | | |
| 02/22/2008 | Drafting memo to Creditors Committee re: Michigan tax refund. | Eichler, M. | 4.6 |
| 02/22/2008 | Exchanged memoranda with J. McFarland re Michigan tax settlement (.2); attend to M. Eichler's memorandum for the Committee re tax refund settlement and exchanged memoranda thereon (1.3); memorandum to LK, KP re memorandum to the Committee (.1). | Krieger, A. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Dhanraj, Judy N. | 0.2 | $ 200 | $ 40.00 |
| Eichler, Mark | 5.7 | 635 | 3,619.50 |
| Krieger, Arlene G. | 7.1 | 650 | 4,615.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,274.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 8,274.50 |
|-----------------------|-----------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 198,373.50 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 5,922.25 |
| TOTAL BILL | $ 204,295.75 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.