# EXHIBIT B

NY 71374852v1

## WR GRACE & CO
## SUMMARY OF FEES
### FEBUARY 1, 2008 - FEBUARY 29, 2008

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| DiBernardo, Ian G. | 10.7 | $ 720 | $        7,704.00 |
| Kruger, Lewis | 8.9 | 945 | 8,410.50 |
| Pasquale, Kenneth | 28.3 | 775 | 21,932.50 |
| | | | |
| **Associates** | | | |
| Beal, Abigail M. | 66.9 | 440 | 29,436.00 |
| Berg, Madelaine | 4.8 | 650 | 3,120.00 |
| Eichler, Mark | 5.7 | 635 | 3,619.50 |
| Krieger, Arlene G. | 169.8 | 650 | 110,370.00 |
| | | | |
| **Paraprofessionals** | | | |
| Dhanraj, Judy N. | 0.2 | 200 | 40.00 |
| Holzberg, Ethel H. | 26.3 | 270 | 7,101.00 |
| Magzamen, Michael S. | 1.0 | 270 | 270.00 |
| Mohamed, David | 36.4 | 175 | 6,370.00 |
| | | | |
| **Sub Total** | 359.0 | | $ 198,373.50 |
| **Less 50% Travel** | (4.0) | | (2,882.50) |
| **Total** | 355.0 | | $ 195,491.00 |