# EXHIBIT C

NY 71374852v1

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## FEBUARY 1, 2008 - FEBUARY 29, 2008

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 114.94 |
| Local Transportation | | 153.25 |
| Long Distance Telephone | | 129.83 |
| Duplicating Costs-in House | | 68.00 |
| Postage | | 0.41 |
| Court Reporting Services | | 810.00 |
| O/S Information Services | | 431.20 |
| In House Messenger Service | | 44.52 |
| Travel Expenses - Transportation | | 874.25 |
| Travel Expenses - Lodging | | 285.11 |
| Travel Expenses - Meals | | 78.12 |
| Westlaw | | 2,932.62 |
| | | |
| TOTAL | $ | 5,922.25 |

NY 71374852v1

# STROOCK

## Disbursement Register

| DATE | March 24, 2008 |
|---|---|
| INVOICE NO. | 437817 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through February 29, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/04/2008 | VENDOR: UPS; INVOICE#: 0000010X827058; DATE: 02/02/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198596462 on 01/31/2008 | 6.78 |
| 02/04/2008 | VENDOR: UPS; INVOICE#: 0000010X827058; DATE: 02/02/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199385072 on 01/31/2008 | 6.78 |
| 02/04/2008 | VENDOR: UPS; INVOICE#: 0000010X827058; DATE: 02/02/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270197490283 on 01/31/2008 | 6.78 |
| 02/04/2008 | VENDOR: UPS; INVOICE#: 0000010X827058; DATE: 02/02/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196908093 on 01/31/2008 | 9.62 |
| 02/04/2008 | VENDOR: FedEx Log; INVOICE#: 2-477-53298; DATE: 1/14/2008; 01/10/2008 854982935061 NO NAME TO ROBERT EVERETT | 25.32 |
| 02/11/2008 | VENDOR: UPS; INVOICE#: 0000010X827068; DATE: 02/09/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO | 6.78 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194802021 on 02/01/2008 | |
| 02/11/2008 | VENDOR: UPS; INVOICE#: 0000010X827068; DATE: 02/09/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193964831 on 02/01/2008 | 6.78 |
| 02/11/2008 | VENDOR: UPS; INVOICE#: 0000010X827068; DATE: 02/09/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191152444 on 02/01/2008 | 6.78 |
| 02/11/2008 | VENDOR: UPS; INVOICE#: 0000010X827068; DATE: 02/09/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193348855 on 02/01/2008 | 9.62 |
| 02/19/2008 | VENDOR: UPS; INVOICE#: 0000010X827078; DATE: 02/16/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195259457 on 02/13/2008 | 6.72 |
| 02/19/2008 | VENDOR: UPS; INVOICE#: 0000010X827078; DATE: 02/16/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195827468 on 02/13/2008 | 6.72 |
| 02/19/2008 | VENDOR: UPS; INVOICE#: 0000010X827078; DATE: 02/16/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195476070 on 02/13/2008 | 9.54 |
| 02/19/2008 | VENDOR: UPS; INVOICE#: 0000010X827078; DATE: 02/16/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199041282 on 02/13/2008 | 6.72 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Outside Messenger Service Total** | 114.94 |
| **Local Transportation** | | |
| 02/07/2008 | VENDOR: Petty Cash; INVOICE#: PC020608; DATE: 2/7/2008 - 01/24/08   NY PETTY CASH  -  A.Beal | 16.00 |
| 02/12/2008 | VENDOR: Petty Cash; INVOICE#: PC021108; DATE: 2/12/2008 - 02/02/08   NY PETTY CASH  -  A.Beal | 24.00 |
| 02/22/2008 | VENDOR: NYC Taxi; Invoice#: 818431; Invoice Date: 02/15/2008; Voucher #: 812030951; Abigail Beal 02/04/2008 19:54 from 180 MAIDEN LA MANHATTAN NY to 62 W 14 ST MANHATTAN NY | 28.32 |
| 02/22/2008 | VENDOR: NYC Taxi; Invoice#: 818431; Invoice Date: 02/15/2008; Voucher #: 812024062; Mark Eichler 01/30/2008 21:02 from 180 MAIDEN LA MANHATTAN NY to CEDARHURST NY | 84.93 |
| | **Local Transportation Total** | 153.25 |
| **Long Distance Telephone** | | |
| 02/01/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-012008; DATE: 1/20/2008 - Teleconference Services Dated: 01/18/08. | 17.94 |
| 02/01/2008 | EXTN.5475, TEL.302-657-4900, S.T.12:49, DUR.00:07:24 | 3.75 |
| 02/04/2008 | EXTN.5544, TEL.312-861-2226, S.T.11:19, DUR.00:00:24 | 0.47 |
| 02/05/2008 | EXTN.5544, TEL.201-587-7144, S.T.14:55, DUR.00:01:00 | 0.47 |
| 02/06/2008 | EXTN.5431, TEL.973-424-2031, S.T.17:21, DUR.00:04:18 | 2.35 |
| 02/08/2008 | EXTN.5485, TEL.617-217-5500, S.T.14:08, DUR.00:03:24 | 1.88 |
| 02/11/2008 | EXTN.5544, TEL.617-217-5207, S.T.15:46, DUR.00:00:30 | 0.47 |
| 02/13/2008 | EXTN.5431, TEL.201-981-1125, S.T.11:01, DUR.00:03:00 | 1.41 |
| 02/14/2008 | EXTN.5431, TEL.201-587-7111, S.T.10:43, DUR.00:01:06 | 0.94 |
| 02/19/2008 | EXTN.5431, TEL.410-531-4212, S.T.11:17, DUR.00:00:24 | 0.47 |
| 02/20/2008 | EXTN.5562, TEL.202-679-2661, S.T.11:05, DUR.00:12:54 | 6.10 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/20/2008 | EXTN.5562, TEL.202-973-2400, S.T.11:19, DUR.00:01:42 | 0.94 |
| 02/22/2008 | EXTN.5544, TEL.203-552-3542, S.T.17:17, DUR.00:00:30 | 0.47 |
| 02/25/2008 | EXTN.5544, TEL.201-587-7144, S.T.09:38, DUR.00:52:42 | 24.86 |
| 02/25/2008 | EXTN.5544, TEL.201-587-7144, S.T.17:48, DUR.00:00:24 | 0.47 |
| 02/25/2008 | EXTN.5544, TEL.914-475-9268, S.T.17:50, DUR.00:17:42 | 5.08 |
| 02/26/2008 | EXTN.5431, TEL.410-531-4212, S.T.15:53, DUR.00:00:36 | 0.47 |
| 02/26/2008 | EXTN.5544, TEL.201-587-7144, S.T.11:25, DUR.00:14:36 | 7.04 |
| 02/26/2008 | EXTN.5562, TEL.202-879-5081, S.T.18:18, DUR.00:01:00 | 0.47 |
| 02/27/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-021008; DATE: 2/10/2008  - Legal Conferencing - 2/08 - 2/4 | 23.29 |
| 02/27/2008 | EXTN.5544, TEL.202-879-5047, S.T.12:05, DUR.00:00:42 | 0.47 |
| 02/28/2008 | EXTN.5544, TEL.201-587-7144, S.T.11:02, DUR.01:01:48 | 29.08 |
| 02/29/2008 | EXTN.5544, TEL.202-554-8588, S.T.13:41, DUR.00:01:48 | 0.94 |
| **Long Distance Telephone Total** | | **129.83** |

**Duplicating Costs-in House**

| | |
|---|---|
| 02/04/2008 | 0.40 |
| 02/06/2008 | 10.30 |
| 02/11/2008 | 16.80 |
| 02/11/2008 | 0.30 |
| 02/11/2008 | 14.90 |
| 02/19/2008 | 0.30 |
| 02/19/2008 | 0.10 |
| 02/20/2008 | 0.80 |
| 02/20/2008 | 0.30 |
| 02/21/2008 | 0.20 |
| 02/21/2008 | 14.70 |
| 02/21/2008 | 8.80 |
| 02/29/2008 | 0.10 |
| **Duplicating Costs-in House Total** | **68.00** |

**Postage**

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/27/2008 | Postage Charged on 02/27/2008 16:28 | 0.41 |
| | **Postage Total** | **0.41** |
| | **Court Reporting Services** | |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/4/08 Court Call LLC | 57.50 |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/10/08 Court Call LLC | 57.50 |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/10/08 Court Call LLC | 25.00 |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/17/08 Court Call LLC | 31.50 |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/17/08 Court Call LLC | 200.50 |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/18/08 Court Call LLC | 148.50 |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/23/08 Court Call LLC | 168.00 |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/24/08 Court Call LLC | 44.50 |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/29/08 Court Call LLC | 77.00 |
| | **Court Reporting Services Total** | **810.00** |
| | **O/S Information Services** | |
| 02/04/2008 | Pacer Search Service on 10/17/2007 | 2.56 |
| 02/04/2008 | Pacer Search Service on 10/23/2007 | 1.76 |
| 02/04/2008 | Pacer Search Service on 10/26/2007 | 1.28 |
| 02/04/2008 | Pacer Search Service on 10/31/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 11/1/2007 | 1.52 |

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04/2008 | Pacer Search Service on 11/19/2007 | 9.12 |
| 02/04/2008 | Pacer Search Service on 11/26/2007 | 0.24 |
| 02/04/2008 | Pacer Search Service on 12/13/2007 | 0.64 |
| 02/04/2008 | Pacer Search Service on 12/18/2007 | 0.72 |
| 02/04/2008 | Pacer Search Service on 12/20/2007 | 1.28 |
| 02/04/2008 | Pacer Search Service on 11/1/2007 | 3.20 |
| 02/04/2008 | Pacer Search Service on 10/1/2007 | 2.08 |
| 02/04/2008 | Pacer Search Service on 10/2/2007 | 1.04 |
| 02/04/2008 | Pacer Search Service on 10/5/2007 | 1.36 |
| 02/04/2008 | Pacer Search Service on 10/6/2007 | 0.48 |
| 02/04/2008 | Pacer Search Service on 10/12/2007 | 0.64 |
| 02/04/2008 | Pacer Search Service on 10/23/2007 | 2.88 |
| 02/04/2008 | Pacer Search Service on 11/6/2007 | 0.16 |
| 02/04/2008 | Pacer Search Service on 12/5/2007 | 3.68 |
| 02/04/2008 | Pacer Search Service on 12/7/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 12/9/2007 | 9.60 |
| 02/04/2008 | Pacer Search Service on 12/10/2007 | 4.80 |
| 02/04/2008 | Pacer Search Service on 12/17/2007 | 2.48 |
| 02/04/2008 | Pacer Search Service on 12/18/2007 | 2.80 |
| 02/04/2008 | Pacer Search Service on 12/19/2007 | 3.52 |
| 02/04/2008 | Pacer Search Service on 12/27/2007 | 1.60 |
| 02/04/2008 | Pacer Search Service on 12/8/2007 | 6.32 |

# STROOCK

PAGE: 7

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04/2008 | Pacer Search Service on 10/9/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 10/2/2007 | 5.52 |
| 02/04/2008 | Pacer Search Service on 10/3/2007 | 1.68 |
| 02/04/2008 | Pacer Search Service on 10/4/2007 | 4.80 |
| 02/04/2008 | Pacer Search Service on 10/5/2007 | 3.04 |
| 02/04/2008 | Pacer Search Service on 10/8/2007 | 2.24 |
| 02/04/2008 | Pacer Search Service on 10/9/2007 | 3.20 |
| 02/04/2008 | Pacer Search Service on 10/11/2007 | 5.36 |
| 02/04/2008 | Pacer Search Service on 10/15/2007 | 11.68 |
| 02/04/2008 | Pacer Search Service on 10/17/2007 | 21.44 |
| 02/04/2008 | Pacer Search Service on 10/19/2007 | 2.08 |
| 02/04/2008 | Pacer Search Service on 10/23/2007 | 39.76 |
| 02/04/2008 | Pacer Search Service on 10/24/2007 | 1.84 |
| 02/04/2008 | Pacer Search Service on 10/26/2007 | 0.16 |
| 02/04/2008 | Pacer Search Service on 10/29/2007 | 2.00 |
| 02/04/2008 | Pacer Search Service on 10/30/2007 | 0.24 |
| 02/04/2008 | Pacer Search Service on 10/31/2007 | 11.60 |
| 02/04/2008 | Pacer Search Service on 11/1/2007 | 6.80 |
| 02/04/2008 | Pacer Search Service on 11/2/2007 | 3.44 |
| 02/04/2008 | Pacer Search Service on 11/5/2007 | 4.72 |
| 02/04/2008 | Pacer Search Service on 11/13/2007 | 8.56 |
| 02/04/2008 | Pacer Search Service on 11/14/2007 | 9.28 |
| 02/04/2008 | Pacer Search Service on 11/15/2007 | 1.92 |

Case 01-01139-AMC    Doc 18450-4    Filed 04/04/08    Page 10 of 16

# STROOCK

| PAGE: 8 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 02/04/2008 | Pacer Search Service on 11/16/2007 | 2.96 |
| 02/04/2008 | Pacer Search Service on 11/19/2007 | 2.64 |
| 02/04/2008 | Pacer Search Service on 11/20/2007 | 7.60 |
| 02/04/2008 | Pacer Search Service on 11/26/2007 | 41.92 |
| 02/04/2008 | Pacer Search Service on 11/27/2007 | 4.24 |
| 02/04/2008 | Pacer Search Service on 11/29/2007 | 0.88 |
| 02/04/2008 | Pacer Search Service on 11/30/2007 | 9.60 |
| 02/04/2008 | Pacer Search Service on 12/4/2007 | 2.80 |
| 02/04/2008 | Pacer Search Service on 12/5/2007 | 0.80 |
| 02/04/2008 | Pacer Search Service on 12/6/2007 | 0.24 |
| 02/04/2008 | Pacer Search Service on 12/7/2007 | 7.36 |
| 02/04/2008 | Pacer Search Service on 12/10/2007 | 52.08 |
| 02/04/2008 | Pacer Search Service on 12/12/2007 | 7.92 |
| 02/04/2008 | Pacer Search Service on 12/13/2007 | 1.76 |
| 02/04/2008 | Pacer Search Service on 12/14/2007 | 0.56 |
| 02/04/2008 | Pacer Search Service on 12/17/2007 | 2.64 |
| 02/04/2008 | Pacer Search Service on 12/18/2007 | 2.96 |
| 02/04/2008 | Pacer Search Service on 12/19/2007 | 6.32 |
| 02/04/2008 | Pacer Search Service on 12/20/2007 | 2.72 |
| 02/04/2008 | Pacer Search Service on 12/26/2007 | 25.52 |
| 02/04/2008 | Pacer Search Service on 12/27/2007 | 0.56 |
| 02/04/2008 | Pacer Search Service on 12/31/2007 | 0.56 |

# STROOCK

| PAGE: 9 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 02/04/2008 | Pacer Search Service on 10/9/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 10/10/2007 | 0.56 |
| 02/04/2008 | Pacer Search Service on 10/17/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 10/26/2007 | 0.16 |
| 02/04/2008 | Pacer Search Service on 10/29/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 11/1/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 11/2/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 11/9/2007 | 2.72 |
| 02/04/2008 | Pacer Search Service on 11/20/2007 | 0.16 |
| 02/04/2008 | Pacer Search Service on 11/30/2007 | 3.12 |
| 02/04/2008 | Pacer Search Service on 12/5/2007 | 0.16 |
| 02/04/2008 | Pacer Search Service on 12/10/2007 | 0.16 |
| 02/04/2008 | Pacer Search Service on 12/13/2007 | 1.36 |
| 02/04/2008 | Pacer Search Service on 12/14/2007 | 0.16 |
| 02/04/2008 | Pacer Search Service on 12/17/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 12/27/2007 | 0.16 |
| 02/04/2008 | Pacer Search Service on 12/31/2007 | 0.16 |
| 02/04/2008 | Pacer Search Service on 10/4/2007 | 0.08 |
| 02/04/2008 | Pacer Search Service on 10/9/2007 | 2.40 |
| 02/04/2008 | Pacer Search Service on 10/11/2007 | 1.20 |
| 02/04/2008 | Pacer Search Service on 10/15/2007 | 16.16 |
| **O/S Information Services Total** | | **431.20** |

**In House Messenger Service**

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| PAGE: 10 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 02/14/2008 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 2/7/2008 Vehicle Rush from to ARLENE KRIEGER, 10 EAST END AVE | 30.08 |
| 02/27/2008 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 2/15/2008 Bike Standard from to ARLENE KRIEGER, 10 EAST END AVE | 14.44 |
| | **In House Messenger Service Total** | **44.52** |
| | **Travel Expenses - Transportation** | |
| 02/05/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE PIT LGA on 01/18/2008 | 154.50 |
| 02/05/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE LGA PIT on 01/18/2008 | 154.50 |
| 02/05/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 01/18/2008 | 32.25 |
| 02/14/2008 | VENDOR: Chase Card Services; INVOICE#: 020208; DATE: 2/2/2008 - visa charge 1/24/08 L Kruger 1/28/08 Penn NY to Wilmington, DE | 243.00 |
| 02/19/2008 | VENDOR: Petty Cash; INVOICE#: PC021908; DATE: 2/19/2008 - 01/28/08 NY PETTY CASH - L.Kruger | 14.00 |
| 02/19/2008 | VENDOR: Petty Cash; INVOICE#: PC021908; DATE: 2/19/2008 - 01/28/08 NY PETTY CASH - L.Kruger | 14.00 |
| 02/20/2008 | VENDOR: American Express; INVOICE#: 010408B; DATE: 1/4/2008 - amex law trav fee A Krieger LGA PIT 1/4 | 32.25 |
| 02/20/2008 | VENDOR: American Express; INVOICE#: 010408C; DATE: 1/4/2008 - amex law trav A Krieger LGA PIT 1/4 | 467.50 |
| 02/20/2008 | VENDOR: American Express; INVOICE#: 011408; DATE: 1/14/2008 - amex law trav A Krieger LGA PIT 1/4 | -467.50 |
| 02/21/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK022008; DATE: 2/21/2008 - 02/14 - 02/15 Travel to Washington, DC for Deposition - change to earlier amtrak train | 42.00 |
| 02/21/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK022008; DATE: | 42.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71374852v1

# STROOCK

| PAGE: 11 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | 2/21/2008 - 02/14 - 02/15   Travel to Washington, DC for Deposition - cabfares | |
| 02/26/2008 | VENDOR: Ken Pasquale; INVOICE#: KP022608; DATE: 2/26/2008 - 02/25/08   Court hearing in Wilmington, DE - parking, tolls and mileage | 145.75 |
| | **Travel Expenses - Transportation Total** | **874.25** |
| **Travel Expenses - Lodging** | | |
| 02/21/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK022008; DATE: 2/21/2008 - 02/14 - 02/15   Travel to Washington, DC for Deposition - hotel | 285.11 |
| | **Travel Expenses - Lodging Total** | **285.11** |
| **Travel Expenses - Meals** | | |
| 02/21/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK022008; DATE: 2/21/2008 - 02/14 - 02/15   Travel to Washington, DC for Deposition - meals | 78.12 |
| | **Travel Expenses - Meals Total** | **78.12** |
| **Westlaw** | | |
| 02/01/2008 | Transactional Search by Krieger, Arlene G. | 319.50 |
| 02/01/2008 | Transactional Search by Beal, Abigail M. | 13.60 |
| 02/04/2008 | Transactional Search by Krieger, Arlene G. | 31.91 |
| 02/04/2008 | Transactional Search by Beal, Abigail M. | 325.54 |
| 02/04/2008 | Transactional Search by Beal, Abigail M. | 86.86 |
| 02/05/2008 | Transactional Search by Krieger, Arlene G. | 21.15 |
| 02/05/2008 | Transactional Search by Beal, Abigail M. | 223.76 |
| 02/06/2008 | Transactional Search by Beal, Abigail M. | 42.49 |
| 02/08/2008 | Transactional Search by Beal, Abigail M. | 105.74 |
| 02/11/2008 | Transactional Search by Beal, Abigail M. | 142.19 |

# STROOCK

PAGE: 12

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12/2008 | Transactional Search by Beal, Abigail M. | 155.22 |
| 02/14/2008 | Transactional Search by Krieger, Arlene G. | 13.60 |
| 02/20/2008 | Duration 0:01:09; by Dhanraj, Judy N. | 22.18 |
| 02/20/2008 | Transactional Search by Beal, Abigail M. | 278.15 |
| 02/21/2008 | Transactional Search by Krieger, Arlene G. | 36.63 |
| 02/22/2008 | Transactional Search by Beal, Abigail M. | 84.78 |
| 02/26/2008 | Transactional Search by Beal, Abigail M. | 509.28 |
| 02/28/2008 | Transactional Search by Beal, Abigail M. | 49.10 |
| 02/29/2008 | Transactional Search by Beal, Abigail M. | 470.94 |
| **Westlaw Total** | | **2,932.62** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 114.94 |
| Local Transportation | 153.25 |
| Long Distance Telephone | 129.83 |
| Duplicating Costs-in House | 68.00 |
| Postage | 0.41 |
| Court Reporting Services | 810.00 |
| O/S Information Services | 431.20 |
| In House Messenger Service | 44.52 |
| Travel Expenses - Transportation | 874.25 |
| Travel Expenses - Lodging | 285.11 |
| Travel Expenses - Meals | 78.12 |
| Westlaw | 2932.62 |

# STROOCK

| PAGE: 13 | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 5,922.25 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# Navigant Consulting, Inc. Invoice

# February 2008