

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

March 10, 2008

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - February 2008*

**Professional Fees:**

| | | |
|---|---|---|
| PB | 3.00 hrs. @ $650 | $1,950.00 |
| LC | 49.50 hrs. @ $550 | 27,225.00 |
| BW | 21.75 hrs. @ $550 | 11,962.50 |
| PM | 7.50 hrs. @ $400 | 3,000.00 |
| ML | 4.25 hrs. @ $325 | 1,381.25 |
| JS | 1.50 hrs. @ $325 | 487.50 |
| LC | 86.50 hrs. @ $275 | 23,787.50 |
| AH | 4.00 hrs. @ $200 | 800.00 |
| JF | 16.50 hrs. @ $200 | 3,300.00 |

**Total Professional Fees** ........................................ **$73,893.75**

**Expenses:**

| | |
|---|---|
| Overnight Delivery/Courier | $ 7.30 |
| Postage / U.S. Mail | 23.11 |

**Total Expenses** ........................................ **$30.41**

**Total Amount Due for February Services and Expenses** .................... **$73,924.16**

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 232979 | December 21, 2007 | $162,394.93 |

Navigant Consulting, Inc. Project No.: 113758 Invoice No.: 238899

| | | | |
|---|---|---|---|
| Inv No. | 234808 | January 17, 2008 | 47,444.43 |
| Inv No. | 237238 | February 27, 2008 | 86,070.26 |

**Total Outstanding Invoices ............................................................ $295,909.62**

**Total Amount Due For February Services, Expenses and Outstanding Invoices ..... $369,833.78**



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| BRAITHWAITE, PAUL | 2/22/2008 | 1.50 | Review draft actuarial analysis. |
| BRAITHWAITE, PAUL | 2/26/2008 | 0.50 | Review/discuss actuarial analysis. |
| BRAITHWAITE, PAUL | 2/27/2008 | 1.00 | Review and discuss actuarial analysis. |
| CAVANAUGH, LAUREN | 2/1/2008 | 7.50 | Actuarial Review of Ms Biggs Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 2/4/2008 | 7.50 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 2/5/2008 | 5.25 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 2/6/2008 | 3.25 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 2/7/2008 | 7.25 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 2/8/2008 | 4.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers. |
| CAVANAUGH, LAUREN | 2/11/2008 | 7.50 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers, and drafting the summaries and support. |
| CAVANAUGH, LAUREN | 2/12/2008 | 3.25 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers, and drafting the summaries and support. |
| CAVANAUGH, LAUREN | 2/13/2008 | 3.75 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers, and drafting the summaries and support. |
| CAVANAUGH, LAUREN | 2/14/2008 | 7.50 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers, and drafting the summaries and support. |
| CAVANAUGH, LAUREN | 2/15/2008 | 3.75 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers, and drafting the summaries and support. |
| CAVANAUGH, LAUREN | 2/17/2008 | 4.00 | Actuarial Review of Ms Biggs' Supplemental Report and Work Papers, and drafting the summaries and support. |
| CAVANAUGH, LAUREN | 2/19/2008 | 6.00 | Actuarial analysis of Ms Biggs' Supplemental Report. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CAVANAUGH, LAUREN | 2/20/2008 | 9.00 | Actuarial analysis of Ms Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 2/21/2008 | 0.25 | Actuarial analysis of Ms Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 2/25/2008 | 0.75 | Actuarial analysis of Ms Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 2/26/2008 | 3.75 | Actuarial analysis of Ms Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 2/27/2008 | 2.25 | Actuarial analysis of Ms Biggs' Supplemental Report. |
| CHAMBERS, LETITIA | 1/24/2008 | 8.00 | Trial prep. |
| CHAMBERS, LETITIA | 1/25/2008 | 8.00 | Trial prep. |
| CHAMBERS, LETITIA | 1/28/2008 | 4.00 | Trial prep. |
| CHAMBERS, LETITIA | 1/29/2008 | 5.00 | Trial prep. |
| CHAMBERS, LETITIA | 1/30/2008 | 2.00 | Trial prep. |
| CHAMBERS, LETITIA | 2/7/2008 | 5.00 | Review actuarial analysis. |
| CHAMBERS, LETITIA | 2/8/2008 | 3.50 | Call with client; call with NCI actuarial staff; call with estimation staff. |
| CHAMBERS, LETITIA | 2/12/2008 | 3.00 | Review case materials, call with actuary, plan meeting with NCI estimation and actuarial staff. |
| CHAMBERS, LETITIA | 2/15/2008 | 1.00 | Review tables prior to production. |
| CHAMBERS, LETITIA | 2/18/2008 | 2.00 | Trial Prep. |
| CHAMBERS, LETITIA | 2/25/2008 | 4.00 | Trial issues. |
| CHAMBERS, LETITIA | 2/28/2008 | 3.00 | Trial issues |
| CHAMBERS, LETITIA | 2/29/2008 | 1.00 | Trial issues |
| FUNG, JOANNE | 2/4/2008 | 0.50 | Reviewed expert materials. |
| FUNG, JOANNE | 2/5/2008 | 5.00 | Programmed spreadsheet. Prepared case materials. |
| FUNG, JOANNE | 2/6/2008 | 2.00 | Reviewed expert materials. |
| FUNG, JOANNE | 2/11/2008 | 0.50 | Reviewed expert materials. |
| FUNG, JOANNE | 2/12/2008 | 0.50 | Prepared case materials. |
| FUNG, JOANNE | 2/14/2008 | 1.00 | Prepared case materials. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FUNG, JOANNE | 2/15/2008 | 2.00 | Programmed spreadsheet. |
| FUNG, JOANNE | 2/18/2008 | 2.00 | Programmed spreadsheet. Reviewed expert materials. |
| FUNG, JOANNE | 2/19/2008 | 2.00 | Programmed spreadsheet. Prepared case materials. Reviewed expert materials. |
| FUNG, JOANNE | 2/20/2008 | 0.50 | Prepared case materials. |
| FUNG, JOANNE | 2/27/2008 | 0.50 | Prepared case materials. |
| HLAVIN, ANDREW | 2/14/2008 | 1.50 | Audit analysis. |
| HLAVIN, ANDREW | 2/15/2008 | 2.50 | Audit analysis. |
| LYMAN, MARY | 2/8/2008 | 0.75 | Conference call with expert and client |
| LYMAN, MARY | 2/13/2008 | 0.25 | Project administration |
| LYMAN, MARY | 2/14/2008 | 0.25 | Project administration |
| LYMAN, MARY | 2/15/2008 | 0.50 | Project administration |
| LYMAN, MARY | 2/19/2008 | 0.75 | Calls with Counsel and staff; project administration |
| LYMAN, MARY | 2/20/2008 | 0.25 | Call with expert, call to staff |
| LYMAN, MARY | 2/25/2008 | 0.25 | Phone calls |
| LYMAN, MARY | 2/27/2008 | 0.25 | Project management |
| LYMAN, MARY | 2/28/2008 | 1.00 | Phone calls, scheduling, other project management |
| MCGRATH, PATRICK J. | 2/26/2008 | 2.50 | Review Site Transfer Agreement ELT - 10 sites |
| MCGRATH, PATRICK J. | 2/27/2008 | 2.50 | Review Site Transfer Agreement ELT - 10 sites |
| MCGRATH, PATRICK J. | 2/28/2008 | 2.50 | Review Site Transfer Agreement ELT - 10 sites |
| SIRGO, JORGE | 2/14/2008 | 1.50 | Assist with data analyses. |
| WARE, BRYAN | 2/1/2008 | 1.50 | Review of internal analysis of J. Biggs report |
| WARE, BRYAN | 2/5/2008 | 0.25 | DISCUSS INTERNAL ANALYSIS OF J BIGGS STUDY |
| WARE, BRYAN | 2/7/2008 | 4.00 | REVIEW NCI EVAL OF BIGGS WORK, DISCUSS W/ LAUREN |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| WARE, BRYAN | 2/8/2008 | 2.25 | DISCUSS REVIEW OF NCI WORK W/ TEAM MEMBERS, REVIEW NCI COMMENTS ON BIGGS ANALYSIS |
| WARE, BRYAN | 2/11/2008 | 1.25 | REVIEW CHANGES TO DOCS AND DISCUSS INTERPRETATION OF EXPERT REPORT |
| WARE, BRYAN | 2/13/2008 | 1.25 | REVIEW INTERNAL ANALYSIS |
| WARE, BRYAN | 2/15/2008 | 0.50 | DISCUSS ANALYSIS W/ LAUREN |
| WARE, BRYAN | 2/17/2008 | 0.25 | REVEIW NCI ANALYSIS |
| WARE, BRYAN | 2/18/2008 | 7.00 | REVIEW NCI ANALYSIS |
| WARE, BRYAN | 2/19/2008 | 1.00 | DISCUSS ANALYSIS W/ LAUREN |
| WARE, BRYAN | 2/20/2008 | 0.50 | DISCUSS/REVIEW ANALYSIS W/ LAUREN |
| WARE, BRYAN | 2/21/2008 | 0.25 | DISCUSS ANALYSIS W/ LAUREN |
| WARE, BRYAN | 2/25/2008 | 0.75 | REVIEW COVER MEMO |
| WARE, BRYAN | 2/26/2008 | 0.25 | REVIEW OF DOCS |
| WARE, BRYAN | 2/27/2008 | 0.75 | DISCUSS ANALYSIS W/ LAUREN |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, David Mohamed, certify that I am not less than 18 years of age, and that service of a copy of the attached **Eighty-Third Monthly Fee Application of Stroock & Stroock & Lavan LLP, for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2008 Through February 29, 2008** was made April 4, 2008, upon:

All of the parties on the attached Service Lists as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: April 4, 2008

David Mohamed, Legal Aide
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: dmohamed@stroock.com

**W. R. GRACE & CO., *et al.***

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**e-mails in PDF format**

To:

william.sparks@grace.com
jbaer@kirkland.com
jo'neill@pszyj.com
syoder@bayardfirm.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com

**e-mails in Microsoft Word /Excel/ Word Perfect format**

To:

feeaudit@whsmithlaw.com
bruhlander@whsmithlaw.com

**W. R. GRACE & CO.,** ***et al.***

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**HARD COPIES**
**Via Overnight Mail**

David B. Siegal
Senior Vice President and
General Counsel
W.R.Grace & Co.
7500 Grace Drive,
Columbia, MD 21044

Bobbi Ruhlander, Esq.
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Office of the United States Trustee
Dave Klauder, Esq.
844 King Street, Suite 2311
Wilmington DE 19801

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Attn: Stacey F. Tate