## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | |

### NOTICE: TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)

To:

| | |
|---|---|
| W.R.Grace & Co., et al.<br>c/o Pachulski Stang Ziehl & Jones<br>919 North Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19899<br>*Attention: Laura Davis Jones* | W.R. Grace & Co., et al.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*Attention: Janet S. Baer* |
| Claims Processing Agent<br>Re: W.R. Grace & Co. Bankruptcy<br>201 S. Lyndale Avenue<br>P.O. Box 1620<br>Fairbault, MN 55021 | Official Committee of Unsecured Creditors<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>*Attention: Michael R. Lastowski* |
| Official Committee of Unsecured Creditors<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>*Attention: Lewis Kruger* | DAP Products, Inc.<br>Finance Dept.<br>2400 Boston Street, #200<br>Baltimore, MD 21224 |

Pursuant to the Assignment of Claim by and between DAP Products Inc. and USG Corporation and related documents attached hereto collectively as <u>Exhibit A</u>, DAP Products Inc.'s claim in the amount of $429,798.91 (bearing claim number 12990) has been transferred to:

    USG Corporation
    550 West Adams Street
    Chicago, IL  60661-3676

A copy of DAP Product's proof of claim is included in the assignment documents attached hereto as <u>Exhibit A</u>.

No action is required if you do not object to the transfer of your claim. **HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST:**

    1)    **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:
          United States Bankruptcy Court
          District of Delaware
          824 Market Street, 3rd Floor
          Wilmington, DE  19801

RLF1-3268832-1

  **2)**  **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

  Refer to INTERNAL CONTROL No. _____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____
                                           Clerk

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first name party, by first class mail, postage prepaid on _____ \_\_\_\_.
INTERNAL CONTROL NO.

Copy:  (check) Claims Agent \_\_\_  Transferee \_\_\_  Debtor's Attorney \_\_\_\_.

                          _____
                          Deputy Clerk

RLF1-3268832-1