## EXHIBIT A

## ASSIGNMENT OF CLAIM
## FROM DAP PRODUCTS INC. TO USG CORPORATION

**WHEREAS**, DAP Products Inc. ("Assignor") has asserted a claim against W.R. Grace & Co. arising from the environmental clean up of the former W.R. Grace/USG/DAP plant site in Paulsboro, New Jersey (the "Paulsboro Site") and has filed a proof of claim in the Proceedings (defined below) in the amount of $429,798.91; and

**WHEREAS**, Assignor possesses a claim against USG Corporation ("Assignee"), also arising from the environmental clean up of the Paulsboro Site (the "USG Claim"); and

**WHEREAS**, pursuant to the terms and conditions of its plan of reorganization, Assignee shall make a distribution to Assignor; and

**WHEREAS**, Assignee desires to accept an assignment of and pursue Assignor's claim against W.R. Grace & Co. in an attempt to recover all or a portion of the amounts paid to Assignor on the USG Claim; and

**WHEREAS**, Assignor, in exchange for the prompt payment of the USG Claim, desires to transfer and assign its claim against W.R. Grace & Co. to Assignee, under the terms and conditions of this assignment of claim agreement.

**NOW, THEREFORE**, in consideration of the foregoing recitals, Assignor and Assignee hereby agree as follows:

1.      **Assignor**, a Delaware corporation, its successors and assigns, for good and valuable consideration, the sufficiency of which is hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto Assignee, a Delaware corporation, its successors and assigns, all right, title and interest, where is, as is, and without warranty of any kind or nature whatsoever, in and to the remaining pre-petition unsecured claim of Assignor, filed as Claim No. 12990 in the amount of **$429,798.91** against **W.R. GRACE & CO.** (the "Debtor") arising from the

environmental clean up of the Paulsboro Site (the "W.R. Grace Claim").  Assignor expressly retains all rights in and to all other rights and claims against the Debtor, including all post-petition receivables and claims against Debtor, as well as any amounts previously paid by Debtor on claims owed to Assignor.

      **2.**      Assignor has filed a proof of claim in the Proceedings in the amount of **$429,798.91** (the "Proof of Claim"), which has been assigned Claim No. 12990.  Assignee shall be the owner of the W.R. Grace Claim as stated in the Proof of Claim for all purposes in the bankruptcy proceedings in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Bankruptcy Court"), jointly administered under Case No. 01-01139 (defined as the "Proceedings").  Assignee shall file the Notice of Assignment of Claim (Exhibit "A"), attached hereto and incorporated herein by reference with the Bankruptcy Court as evidence of the terms of this transfer.    Attached hereto is a true and correct copy of the file stamped copy of the Proof of Claim.

      **3.**      IT IS UNDERSTOOD AND AGREED BETWEEN THE PARTIES THAT THE ASSIGNOR HAS MADE AND MAKES NO REPRESENTATIONS OR WARRANTIES, EITHER EXPRESS OR IMPLIED, TO ASSIGNEE CONCERNING ANY MATTER RELATING TO THE W.R. GRACE CLAIM OR THE FILING OF THE PROOF OF CLAIM, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF TITLE OR WARRANTY THAT ANY AMOUNT WILL BE COLLECTED OR IS COLLECTIBLE. THE PARTIES FURTHER AGREE THAT THE W.R. GRACE CLAIM IS BEING SOLD, TRANSFERRED, AND ASSIGNED "AS IS," "WHERE IS," AND IS NOT THE SUBJECT OF ANY GUARANTEE OR WARRANTY AS TO ITS VALIDITY OR ITS ALLOWANCE IN THE AMOUNT REFLECTED IN THE PROOF OF CLAIM OR INDEED IN ANY AMOUNT.

4.      The consideration exchanged by the parties hereto shall not be changed or modified under any circumstances, including any alteration in the amount or treatment of the W.R. Grace Claim.  Moreover, under no circumstances shall the Assignor be required to refund any portion of the consideration paid to it, or to otherwise modify or set aside the sale, transfer and assignment to Assignee, regardless of whether or not Assignor ever collects anything on the W.R. Grace Claim.

5.      Assignor hereby irrevocably appoints Assignee as its true and lawful attorney only with respect to actions relating to the W.R. Grace Claim, and authorizes Assignee to act in Assignor's name to demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for, or on account of the W.R. Grace Claim herein assigned. Assignor grants unto Assignee full authority to do all things necessary to enforce the W.R. Grace Claim and Assignor's rights thereunder pursuant to this Agreement.  Assignor shall have no obligation whatsoever to take any action in respect to the W.R. Grace Claim.

6.      This Agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.  This Agreement shall be construed under, and the obligations of the parties hereunder shall be determined in accordance with, the laws of the State of Maryland without reference to its conflicts of law provisions.  Each party hereto irrevocably and unconditionally consents to the jurisdiction of the courts located in the State of Maryland in any action to enforce, interpret or construe any provision of this Agreement.

**IN WITNESS WHEREOF**, the undersigned have duly executed this Agreement by their duly authorized representatives dated this _21st_ day of February, 2008.

DAP PRODUCTS INC.

By: _Julien A. Hecht_
(Signature of authorized corporate officer)

Julien A. Hecht
Vice President & General Counsel
(Print name and title of corporate officer)


USG CORPORATION

By: _Ellis A. Regenbogen_
(Signature of authorized corporate officer)

ELLIS A. REGENBOGEN, VICE PRESIDENT
(Print name and title of corporate officer)

Exhibit "A"

## NOTICE OF ASSIGNMENT OF CLAIM

**DAP Products Inc.**, a Delaware corporation, its successors and assigns ("Assignor"),

for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged,

hereby gives notice that it has absolutely and unconditionally transferred and assigned unto **USG**

**Corporation,** a Delaware corporation, its successors and assigns ("Assignee") all rights, title and

interest in and to the claim(s) of Assignor in the principal amount of $429,798.91 (set forth in proof of

Claim No. 12990, defined as the "W.R. Grace Claim") against **W.R. Grace & Co.** (the "Debtor")

together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other

court with jurisdiction over the Proceedings, jointly administered under Case No. 01-01139, pursuant to

the terms and conditions of the Assignment of Claim, of which this is Exhibit A.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the

Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as

an unconditional assignment and the Assignee herein as the valid owner of the W.R. Grace Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly

authorized representative dated this 21^st^ day of February, 2008.


DAP PRODUCTS INC.

_Julien A. Hecht_
(Signature Of Corporate Officer)
Julien A. Hecht
Vice President & General Counsel
(Print Name And Title Of Corporate Officer)

# WR Grace

Bankruptcy Form 10

Index Sheet

SR00000722

| Claim Number: | 00012990 | Receive Date: | 03/31/2003 |

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] — Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] — Amended

## Attorney Information

Firm Number:                          Firm Name:

Attorney Number:                      Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [X] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [ ] Other Attachments | |

| Other | |
|---|---|
| | [ ] Non-Standard Form |
| | [ ] Amended |
| | [ ] Post-Deadline Postmark Date |

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | GRACE NON-ASBESTOS PROOF OF CLAIM FORM |
|---|---|

| | |
|---|---|
| Name of Debtor:[1] W.B. Grace & Co. | Case Number 01-1139 |

NOTE: Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the Debtor owes money or property): DAP Products Inc, d/b/a DAP Inc. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br> ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: <br> Finance Dept, <br> 2400 Boston Street, #200 <br> Baltimore, MD 21224 | | |

| | |
|---|---|
| Account or other number by which creditor identifies Debtor: | Check here ☐ replaces <br> if this claim ☐ amends a previously filed claim, dated:_____ |

| |
|---|
| Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted: <br> W.B. Grace & Co. |

| | |
|---|---|
| **1. Basis for Claim** <br> ☐ Goods sold <br> ☐ Services performed <br> ☒ Environmental liability <br> ☐ Money loaned <br> ☐ Non-asbestos personal injury/wrongful death <br> ☐ Taxes <br> ☐ Other_____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) <br> ☐ Wages, salaries, and compensation (fill out below) <br><br> Your SS #:_____ <br> Unpaid compensation for services performed <br> from _____ to _____ (date) |

| | |
|---|---|
| **2.** Date debt was incurred: April 2001 - Present | **3.** If court judgment, date obtained: |

**4. Total Amount of Claim at Time Case Filed:** $429,798.91

If all or part of your claim is secured or entitled to priority, also complete Item 5 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Classification of Claim.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

| | |
|---|---|
| ☐ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff.) <br><br> Brief Description of Collateral: <br><br> ☐ Real Estate    ☐ Other (Describe briefly) <br><br> Amount of arrearage and other charges at time case filed included in secured claim above, if any: $_____ <br><br> Attach evidence of perfection of security interest <br><br> ☒ UNSECURED NONPRIORITY CLAIM <br><br> A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim. | ☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim. <br><br> ☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3). <br><br> ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4). <br><br> ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7). <br><br> ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a____). |

| | |
|---|---|
| **6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. <br> **7. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. See attached Exhibit 4 <br> **8. Acknowledgement:** Upon receipt and processing of this Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self-addressed envelope and copy of this proof of claim form. | This Space is for Court Use Only |

| | | |
|---|---|---|
| Date <br> 3/28/03 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br> Barry Slifstein, V.P. Finance and CFO | WR Grace    BF.41.162.8076 <br> 00012990 <br><br> SR=722 |

REC'D MAR 31 2003

[1] See General Instructions and Claims Bar Date Notice and its exhibits for names of all Debtors and "other names" used by the Debtors.



# SPECIFIC INSTRUCTIONS FOR COMPLETING
# GRACE NON-ASBESTOS PROOF OF CLAIM FORMS

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to these general rules.*

This Proof of Claim form is for Creditors who have **Non-Asbestos Claims** against any of the Debtors. **Non-Asbestos Claims** are any claims against the Debtors as of a time immediately preceding the commencement of the Chapter 11 cases on April 2, 2001 other than Asbestos Personal Injury Claims, Asbestos Property Damage Claims, Zonolite Attic Insulation Claims, Settled Asbestos Claims or Medical Monitoring Claims, as defined on the enclosed General Instructions. More specifically, **Non-Asbestos Claims** are those claims against one or more of the Debtors, whether in the nature of or sounding in tort, contract, warranty or any other theory of law or equity for, relating to or arising by reason of, directly or indirectly, any injury, damage or economic loss caused or allegedly caused directly or indirectly by any of the Debtors or any products or materials manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors and arising or allegedly arising directly or indirectly, from acts or omissions of one or more of the Debtors, including, but not limited to, all claims, debts, obligations or liabilities for compensatory and punitive damages.

**Administrative Expenses**: Those claims for, among other things, the actual, necessary costs and expenses of preserving the estate as defined in Section 503 of the Bankruptcy Code that arose after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to Section 503 of the Bankruptcy Code. This form should not be used to make a claim for an administrative expense.

**Secured Claim**: A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property. Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right to setoff), the creditor's claim may be a secured claim. (See also Unsecured Claim.)

**Unsecured Claim**: If a claim is not a secured claim, it is an unsecured claim. Unsecured claims are those claims for which a creditor has no lien on the debtor's property or the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Nonpriority Claim**: Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as Unsecured Nonpriority Claims.

**Information about Creditor**: Complete this section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the court which sent notice, or if this proof of claim replaces or amends a proof of claim that was already filed, check the appropriate box on the form.

1.   **Basis for Claim**: Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

2.   **Date Debt Incurred**: Fill in the date the debt was first owed by the debtor.

3.   **Court Judgments**: If you have a court judgment for this debt, state the date the court entered the judgment.

4.   **Amount of Claim**: Insert the amount of claim at the time the case was filed in the appropriate box based on your selected Classification of Claim in item 5. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5.   **Classification of Claim**: Check either Secured, Unsecured Nonpriority or Unsecured Priority as appropriate. (See Definitions above.)

     **Unsecured Priority Claim**: Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See Definitions, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

6.   **Credits**: By signing this proof of claim, you are stating under oath that in calculating the amount of your claim, you have given the debtor credit for all payments received from the debtor.

7.   **Supporting Documents**: You must attach to this proof of claim form, copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

*Be sure to date the claim and place original signature of claimant or person making claim for creditor where indicated at the bottom of the claim form. Please type or print name of individual under the signature. Be sure all items are answered on the claim form. If not applicable, insert "Not Applicable".*

RETURN CLAIM FORM (WITH ATTACHMENTS, IF ANY) TO THE FOLLOWING CLAIMS AGENT FOR THE DEBTORS:

> Claims Processing Agent
> Re: W. R. Grace & Co. Bankruptcy
> P.O. Box 1620
> Faribault, MN  55021-1620

**The Bar Date for filing all NON-ASBESTOS CLAIMS against the Debtors is March 31, 2003 at 4:00 p.m. Eastern Time.**

**EXHIBIT**

DAP Products Inc.'s Claim on W.R. Grace & Company's Bankruptcy Proceeding

W.R. Grace & Co., et al., Case Nos. 01-1139 through 01-1200 (JJF)
United States Bankruptcy Court, District of Delaware

## EXPENSES RELATED TO W.R. GRACE'S BANKRUPTCY

| ISSUE | DOCUMENTATION TYPE | LEGAL FEES & EXPENSES | REMEDIATION & CONSULTING FEES | | COMMENTS |
|---|---|---|---|---|---|
| **ENVIRON. MATTERS** | | | | | |
| **Paulsboro Facility** New Jersey | Arcadis Geraghty & Miller Leader Professional Services, Inc. Leader Professional Services, Inc. | | $246,625.95 $ 83,170.54 $ 36,243.22 | (ISRA Only) (Indemnification/Bostik) | See Attached Invoices See Attached Invoices |
| **Paulsboro Facility** New Jersey | Porzio, Bromberg & Newman, P.C. Legal Invoices | $ 63,759.20 | | | See Attached Invoices |
| **TOTALS** | | **$63,759.20** | **$366,039.71** | | **These totals have also been filed in the USG Corporation, et al., Case Nos. 01-2084 (RJN) through 01-2104 (RJN) bankruptcy case; however, no payment has been received** |



**Kathlyn P. McCann, Paralegal**
**Legal Department / Ext. 2825**

VIA UPS NEXT DAY AIR

March 28, 2003

Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Avenue
Faribault, Minnesota 55021

**Re:    In re:  W.R. Grace Co., et al., Case Nos:  01-1139—1200 (JJF)**
**United States Bankruptcy Court, District of Delaware**

Dear Sir or Madam:

Enclosed please find a Proof of Claim, with supporting documentation, to be filed in the above-referenced matter.

Also enclosed please find a copy of the Proof of Claim to be date stamped showing your receipt and returned to my attention in the enclosed, self-addressed stamped envelope.

Thank you for your assistance in this matter.

Sincerely,

Kathlyn P. McCann

Enclosures

Cc:     James W. Lawniczak, Esquire (w/encs.)

RECD MAR 3 1 2003

H:\LEGALGRP\Kathlyn's\Bankruptcy Letters.doc

DAP INC. • 2400 BOSTON STREET, SUITE 200 • BALTIMORE, MD 21224 • PHONE: 410-675-2100 • WWW.DAP.COM

*INVOICE #1*

# ARCADIS G&M

Mr. David Hall
Leader Professional Services, Inc.
300 Mt. Lebanon Blvd., Suite 2204
Pittsburgh, PA 15234
PH: 412.531.2380

RECEIVED
SEP 1 6 2002
BY: *D Hall*

ARCADIS G&M, Inc.
3000 Cabot Boulevard West
Suite 3004
Langhorne
Pennsylvania 19047
Tel 215 752 6840
Fax 215 752 6879
www.arcadis-us.com

Subject:
**INVOICE 27533 (July 2002)**
DAP-Paulsboro Site
ARCADIS Project Number NP000554.0001

ENVIRONMENTAL

Philadelphia

Dear Mr. Hall:

ARCADIS, Inc. has enclosed for your review and processing Invoice #27533 for
services performed at the DAP-Paulsboro site, ISRA Case # 85458, located at 2000
Nolte Drive, Paulsboro, New Jersey.

Date:
10 September 2002

The invoice in the amount of $ 15,350.99 covers services for the period ending July
26, 2002, and includes labor, equipment, materials, and subcontractor costs for the
following scope of work:

Contact:
Mike Bedard

Extension:
215.752.6859

TASK: 00001 BASELINE SAMPLING
  - Coordinated subcontractors and field personnel for baseline well gauging and
    sampling event
  - Conducted pre-filed work site visit to coordinate with site operator Bostik
    Findley
  - Performed baseline well gauging and sampling on July 22 through July 24
  - NOTE: does not include laboratory costs

Email:
mbedard@arcadis-us.com

TASK: 00003 SVE PILOT TEST
  - Design SVE pilot test
  - Prepare construction drawings and procurement scope of work
  - Procure materials and carbon
  - Coordinate with site owner Bostik Findley
  - Coordinate private utility mark-out

TASK: 00006 GEOPROBE INVESTIGATION
  - Design Geoprobe investigation
  - Pre-drilling site visit
  - Procure drilling/laboratory and sampling supplies
  - NOTE: does not include drilling subcontractors cost

100.3745

*GRL* 11/6/0:

# ARCADIS G&M



Mr. David Hall
Leader Professional Services, Inc.
300 Mt. Lebanon Blvd., Suite 2204
Pittsburgh, PA 15234
PH: 412.531.2380

Subject:
**INVOICE 30531 (August 2002)**
DAP-Paulsboro Site
ARCADIS Project Number NP000554.0001

Dear Mr. Hall:

ARCADIS, Inc. has enclosed for your review and processing Invoice #30531 for
services performed at the DAP-Paulsboro site, ISRA Case # 85458, located at 2000
Nolte Drive, Paulsboro, New Jersey.

The invoice in the amount of $32,353.24 covers services for the period ending
August 23, 2002, and includes labor, equipment, materials, and subcontractor costs
for the following scope of work:

TASK 1: BASELINE SAMPLING
- Analyzed baseline sampling data and assembled data summary tables
- NOTE: includes some laboratory costs; more to follow in next invoice

TASK 2: WETLANDS EVALUATION
- Prepared photo survey of Pond Area
- Historical data review
- Performed sediment sampling at Pond Area
- Sampled Wells MW-9 and MW-14 at Pond Area
- NOTE: does not include laboratory costs

TASK 3: SVE PILOT TEST
- Finalized SVE pilot test design
- Coordinated private utility mark-out
- Identified potential surveyors
- Developed SVE piping construction bid package, solicited bids, and selected
  piping contractor
- Procured electrical contractor services
- Obtained local construction permits for SVE system construction
- Prepared SVE air discharge permit application
- Prepared SVE pilot test monitoring plan and field forms

ARCADIS G&M, Inc.
3000 Cabot Boulevard West
Suite 3004
Langhorne
Pennsylvania 19047
Tel 215 752 6840
Fax 215 752 6879
www.arcadis-us.com

ENVIRONMENTAL
Philadelphia

Date:
17 October 2002

Contact:
Mike Bedard

Extension:
215.752.6859

Email:
mbedard@arcadis-us.com



ARCADIS GE

Mr. David Hall
Leader Professional Services, Inc.
300 Mt. Lebanon Blvd., Suite 2204
Pittsburgh, PA 15234
PH: 412.531.2380

*Kathyo*
*This needs to go against the USG Bankruptcy*
*26b*
*100.37 415.2 2/26/03*

ARCADIS G&M, Inc.
3000 Cabot Boulevard West
Suite 3004
Langhorne
Pennsylvania 19047
Tel 215 752 6840
Fax 215 752 6879
www.arcadis-us.com

Subject:
INVOICE 32616 (September 2002)
DAP-Paulsboro Site
ARCADIS Project Number NP000554.0001

ENVIRONMENTAL

Philadelphia

Date:
14 November 2002

Contact:
Mike Bedard

Extension:
215.752.6859

Email:
mbedard@arcadis-us.com

Dear Mr. Hall:

ARCADIS, Inc. has enclosed for your review and processing Invoice #32616 for
services performed at the DAP-Paulsboro site, ISRA Case # 85458, located at 2000
Nolte Drive, Paulsboro, New Jersey.

The invoice in the amount of $66,764.15 covers services for the period ending
September 27, 2002, and includes labor, equipment, materials, and subcontractor
costs for the following scope of work:

TASK 1:  BASELINE SAMPLING
- Laboratory costs for baseline water and soil samples collected in July and
  August 2002
- Review of investigation activity documentation

TASK 2:  WETLANDS EVALUATION
- Biogeochemical parameter sample collection
- Monitoring well and soil sampling data table preparation
- Historical data review
- Soil sample collection equipment charge for soil samples collected in August
  2002
- NOTE: includes laboratory costs

TASK 3:  SVE PILOT TEST
- Construction subcontractor costs for SVE system piping installation (partial
  approval of subcontractor invoice; remainder to be invoiced in future)
- Construction oversight during SVE system construction
- SVE system start-up and operation
- System operation planning/optimization, mass removal calculations and
  related system management activities

# ARCADIS G&M



Mr. David Hall
Leader Professional Services, Inc.
300 Mt. Lebanon Blvd., Suite 2204
Pittsburgh, PA 15234
PH: 412.531.2380

Subject:
**INVOICE 33273 (October 2002)**
DAP-Paulsboro Site
ARCADIS Project Number NP000554.0001

Dear Mr. Hall:

ARCADIS, Inc. has enclosed Invoice #33273 for services performed at the DAP-Paulsboro site, ISRA Case # 85468, located at 2000 Nolte Drive, Paulsboro, New Jersey. You previously reviewed and approved the draft version of this invoice, including the backup for expenses.

The invoice in the amount of $40,818.24 covers services for the period ending October 25, 2002, and includes labor, equipment, materials, and subcontractor costs for the following scope of work:

TASK 1: BASELINE SAMPLING
- Baseline biogeochemical sampling labor and laboratory charges

TASK 3: SVE PILOT TEST
- SVE system operation
- System operation planning/optimization, mass removal calculations and related system management activities, including tables related to the Quarterly Status Report submitted to NJDEP by Leader
- Carbon vessel delivery (3,200-lb units) and rental
- Rental of SVE system trailer and charges for expendable items related to system operation

TASK 5: CONSULTING SERVICES
- Reviewed historical project reports
- Prepared for project progress review and planning meeting with Leader

ARCADIS G&M, Inc.
3000 Cabot Boulevard West
Suite 3004
Langhorne
Pennsylvania 19047
Tel 215 752 6840
Fax 215 752 6879
www.arcadis-us.com

ENVIRONMENTAL

Philadelphia

Date:
6 December 2002

Contact:
Mike Bedard

Extension:
215.752.6859

Email:
mbedard@arcadis-us.com

*[handwritten:] Matt Stewart*
*Bill to 100.3745*
*Paulsboro Subaccount*
*12/19/02*

# ARCADIS GERAGHTY&MILLER



Mr. David Hall
Leader Professional Services, Inc.
300 Mt. Lebanon Blvd., Suite 2204
Pittsburgh, PA 15234
PH: 412.531.2380

**RECEIVED BY:**

DEC 19 2002

**DAP PRODUCTS, INC.
DEPT: REG. & ENV. AFFAIRS**

*(handwritten)* Bill to 100.3745 x
Paulsboro Subaccount 12/19/02

**RECEIVED**
DEC 18 2002
By: DAP Legal Dept.

ARCADIS G&M, Inc.
3000 Cabot Boulevard West
Suite 3004
Langhorne
Pennsylvania 19047
215 752 6840
Fax 215 752 6879
www.arcadis-us.com

Subject:
INVOICE 34939 (December 13, 2002)
DAP-Paulsboro Site
ARCADIS Project Number NP000554.0001

ENVIRONMENTAL
Philadelphia

Date:
17 December 2002

Dear Mr. Hall:

ARCADIS, Inc. has enclosed Invoice #34939 for services performed at the DAP-Paulsboro site, ISRA Case # 85458, located at 2000 Nolte Drive, Paulsboro, New Jersey.

Contact:
Mike Bedard

The invoice in the amount of $91,339.33 covers services for the period ending December 13, 2002, and includes labor, equipment, materials, and subcontractor costs for the following scope of work:

Extension:
215.752.6859

TASK 1: BASELINE SAMPLING
- Installation of four new groundwater monitoring wells
- Collection of groundwater samples from these wells, and laboratory analysis of samples

Email:
mbedard@arcadis-us.com

TASK 3: SVE PILOT TEST
- SVE system operation
- System operation planning/optimization, mass removal calculations and related system management activities
- Changeout of 7,200 lb of vapor-phase carbon
- Rental of vapor-phase carbon vessels
- Rental of SVE system trailer and charges for expendable items related to system operation
- Construction change order for Eagle Construction, for additional construction effort related to concrete obstructions during SVE piping system installation

TASK 4: RAW ADDENDUM
- Preparation of text, tables and figures associated with the Remedial Action Workplan Addendum (RAWA)

**ARCADIS**

DAP-Paulsboro, NJ
14 November 2002

TASK 5: CONSULTING SERVICES
- Reviewed historical project reports
- Obtained SVE system rental/purchase pricing from alternative vendors

TASK 6: GEOPROBE INVESTIGATION
- Laboratory costs for samples collected in July 2002

Please note that due to the difficulties encountered with the construction schedule, local inspections/approvals and vapor-phase carbon vessel procurement, ARCADIS did not charge for SVE trailer rental for the month of September.

ARCADIS appreciates the opportunity to provide our services for this project. If you have any questions regarding this invoice, please contact me at 215.752.6859.

Sincerely,

ARCADIS G&M, Inc.

Michael F. Bedard, P.E.
Project Manager

Cc: Project file

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2002 | 02 583 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224





**DESCRIPTION:**
ISRA Case No. 85458 Paulsboro, NJ
Environmental Project Management
Summary of work conducted sent previously
under separate cover.

| PERIOD | | TERMS | JOB NUMBER | P.O. NUMBER | |
|--------|--|-------|------------|-------------|--|
| July 2002 | | Net 30 | 103.048 | Proposal Dated May 29, 2002 | |
| Quantity | Item | Description | | Rate | Amount |
| 32.2 | CPB/hours | Charles P. Brush | | 135.00 | 4,347.00 |
| 36.5 | DRH/hours | David Hall | | 85.00 | 3,102.50 |
| 1 | SK/hours | Sean Kocher Labor | | 75.00 | 75.00 |
| 7,524.5 | Phone | Charge for Client Related Activities per Standard Terms | | 0.025 | 188.11 |
| | Delivery | Carrier | | 117.74 | 117.74 |
| | Travel | Parking and Tolls DRH | | 16.68 | 16.68 |
| | Meals | DRH | | 18.69 | 18.69 |
| | Lodging | DRH | | 88.86 | 88.86 |
| | Travel | DRH - Airfare | | 473.23 | 473.23 |

Tax ID #16-1597759

P.O. 7305
8/28/02

**Total**   $8,427.81

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| '9/10/2002 | 02 660 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224



RECEIVED
SEP 1 ? 2002
By: DAP Legal Dept.

**DESCRIPTION:**
ISRA Case No. 85458 Paulsboro, NJ
Environmental Project Management
Summary of work conducted sent previously
under separate cover.

| PERIOD | | TERMS | JOB NUMBER | P.O. NUMBER | |
|--------|--|-------|------------|-------------|--|
| August 2002 | | Net 30 | 103.048 | Proposal Dated May 29, 2002 | |
| Quantity | Item | Description | | Rate | Amount |
| 20 | CPB/hours | Charles P. Brush | | 135.00 | 2,700.00 |
| 44 | DRH/hours | David Hall | | 85.00 | 3,740.00 |
| 5.75 | MR/hours | Clerical | | 35.00 | 201.25 |
| 1 | Travel | Credit for airfare double billed (July 2002) | | -473.23 | -473.23 |
| 6,641.25 | Phone | Charge for Client Related Activities per Standard Terms | | 0.025 | 166.03 |

Bill to P.O 7417 12/19/02

Tax ID #16-1597759

**Total**    $6,334.05

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/10/2002 | 02 701 |



**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224

OCT 1 5 2002

**DESCRIPTION:**
ISRA Case No. 85458 Paulsboro, NJ
Environmental Project Management
Summary of work conducted sent previously
under separate cover.

| PERIOD | | TERMS | JOB NUMBER | P.O. NUMBER | |
|--------|---|-------|------------|-------------|---|
| September 2002 | | Net 30 | 103.048 | Proposal Dated May 29, 2002 | |
| Quantity | Item | Description | | Rate | Amount |
| 15.5 | CPB/hours | Charles P. Brush | | 135.00 | 2,092.50 |
| 43.5 | DRH/hours | David Hall | | 85.00 | 3,697.50 |
| 1 | DTP/hours | Dan Powell Labor | | 100.00 | 100.00 |
| 0.5 | MR/hours | Clerical | | 35.00 | 17.50 |
| 26 | Photocopies | Internal | | 0.10 | 2.60 |
| | Postage | Airborne | | 19.81 | 19.81 |
| | Copies | External | | 23.38 | 23.38 |
| | Postage | Airborne | | 12.48 | 12.48 |

Bill to P.O. 7417
12/19/02

| Tax ID #16-1597759 | | | | **Total** | $5,965.77 |

# Invoice

**REMIT TO:**

Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

| Date | Invoice # |
|------|-----------|
| 12/16/2002 | 02 913 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224



RECEIVED
DEC 1 8 2002
By: DAP Legal Dept.

**DESCRIPTION:**
ISRA Case No. 85458 Paulsboro, NJ
Environmental Project Management
Summary of work conducted sent previously
under separate cover.

| PERIOD | TERMS | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| December 1-15, 2002 | Net 30 | 103.048 | Proposal Dated May 29, 2002 |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 23.5 | DRH/hours | David Hall | 90.00 | 2,115.00 |
| 7 | CPB/hours | Charles P. Brush | 135.00 | 945.00 |
| 1 | DTP/hours | Dan Powell | 100.00 | 100.00 |
| 0.5 | MR/hours | Clerical | 35.00 | 17.50 |
| 3,177.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 79.44 |

Tax ID #16-1597759

| | |
|---|---|
| **Total** | $3,256.94 |

REMIT TO:
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/8/2003 | 02 909 |



**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224

**DESCRIPTION:**
ISRA Case No. 85458 Paulsboro, NJ
Environmental Project Management
Summary of work conducted sent previously
under separate cover.
(Copies @ request of client)

| PERIOD | | TERMS | JOB NUMBER | P.O. NUMBER |
|--------|--|-------|------------|-------------|
| December 2002 | | Net 30 | 103.048 | |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 16 | DRH/hours | David Hall | 85.00 | 1,360.00 |
| 3.5 | CPB/hours | Charles P. Brush | 135.00 | 472.50 |
| 2.5 | DTP/hours | Dan Powell | 100.00 | 250.00 |
| 750 | Photocopies | Internal - November and December | 0.10 | 75.00 |
| | Delivery | Carrier | 28.47 | 28.47 |

Tax ID #16-1597759

| **Total** | **$2,185.97** |
|-----------|---------------|

```
718,861•    +
      0•    c

      0•    c

      0•    c

      0•    c

      0•    ÷
  7,188•61  +
  2,132•00  +
    276•75  +
    761•06  +
  2,016•94  +
    270•00  +
    150•00  +
     13•00  +
    472•50  +
     11•81  +
    405•00  +
     10•13  +
    202•50  +
     50•00  +
      6•28  +
  4,348•56  +
     40•50  +
      1•20  +
    420•93  +
    607•50  +
     15•19  +
  1,798•88  +
    337•50  +
      8•44  +
  4,893•26  +
  9,790•84  +
     13•50  +
      0•34  +
 36,243•22  *
```

© **DAP Inc.**
2400 Boston Street
Baltimore, MD 21224
An RPM Company

NATIONAL CITY BANK OF ASHLAND
ASHLAND, OHIO
An Affiliate of National City Bank,
Dayton
Dayton, Ohio

**1018381**

56-389/412

THIRTY THOUSAND SEVEN HUNDRED EIGHT AND 46/100  **************************

| MO. | DAY | YR. |
|-----|-----|-----|
| 03/14/02 | | |

**CHECK AMOUNT**
****30,708.46

PAY
TO THE
ORDER
OF

LEADER PROFESSIONAL SERVICES, INC.
P.O. BOX 296
CLARENCE NY 14031

** Void after 180 days **

⑆010 18381⑈ ⑆041203895⑆ 008 1769⑈

© DAP Inc.      DETACH BEFORE DEPOSITING   2400 Boston Street
Baltimore, MD 21224

STATEMENT OF REMITTANCE

| VENDOR 129389 | | LEADER PROFESSIONAL SERVICES | | | CHK. NO. 01018381 |
|---|---|---|---|---|---|
| INV. DATE | INV NO | DESCRIPTION | GROSS | DISCOUNT | NET |
| 11/18/01 | 728 | | 7,759.66 | | 7,759.66 |
| 12/03/01 | 774 | | 152.00 | | 152.00 |
| 12/03/01 | 777 | | 3,926.54 | | 3,926.54 |
| 1/08/02 | 02-145 | | 761.06 | | 761.06 |
| 2/05/02 | 02-179 | | 816.94 | | 816.94 |
| 2/05/02 | 02-180 | | 6,950.72 | | 6,950.72 |
| 1/08/02 | 02-140 | | 2,926.75 | | 2,926.75 |
| 11/12/01 | 746 | | 116.72 | | 116.72 |
| 11/12/01 | 746A | | 3,148.02 | | 3,148.02 |
| 1/08/02 | 02-140A | | 3,049.12 | | 3,049.12 |
| | | | 30,708.46 | | 30,708.46 |

| | | | | TOTAL AMOUNT | ****30,708.46 |
|---|---|---|---|---|---|

# Invoice

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964



| Date | Invoice # |
|------|-----------|
| 11/13/2001 | 728 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224

**DESCRIPTION:**
WR Grace
Indemnification Demand By Bostik

RECEIVED
MAR 0 8 2002
BY:

| PERIOD | | TERMS | JOB NUMBER | P.O. NUMBER | |
|--------|--|-------|------------|-------------|--|
| October 2001 | | Net 30 | 103.048 | Verbal | |
| Quantity | Item | Description | | Rate | Amount |
| 38.5 | CPB/hours | Charles P. Brush | | 135.00 | 5,197.50 |
| 8.5 | DRH/hours | David Hall Labor | | 90.00 | 765.00 |
| 5,962.5 | Phone | Charge for Client Related Activities per Standard Terms | | 0.025 | 149.06 |
| .51 | Miles | Mileage | | 0.35 | 17.85 |
| | Rental | CPB - Auto | | 124.87 | 124.87 |
| | Meals | CPB | | 90.50 | 90.50 |
| | Lodging | CPB | | 68.69 | 68.69 |
| | Travel | CPB - Airfare | | 775.14 | 775.14 |

Tax ID #16-1597759

**Total** $7,188.61

COPY - P.A.

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/3/2001 | 774 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224

**DESCRIPTION:**
WR Grace
Indemnification Demand By Bostik
Summary of work conducted sent previously
under separate cover.





RECEIVED
MAR 0 8 2002
BY:

| PERIOD | | TERMS | JOB NUMBER | P.0. NUMBER | |
|--------|--|-------|------------|-------------|--|
| November 2001 | | Net 30 | 103.048 | Verbal | |
| Quantity | Item | Description | | Rate | Amount |
| 13 | CPB/hours | Charles P. Brush | | 160.00 | 2,080.00 |
| 2,080 | Phone | Charge for Client Related Activities per Standard Terms | | 0.025 | 52.00 |

Tax ID #16-1597759

**Total**    $2,132.00

# Invoice

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

| Date | Invoice # |
|------|-----------|
| 12/3/2001 | 777 |



**BILL TO:**
DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston Street
Suite 200
Baltimore, MD 21224

RECEIVED
MAR 0 8 2002
BY:



**DESCRIPTION:**
DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

| PERIOD | TERMS | JOB NUMBER | P.O. NUMBER |
|--------|-------|-----------|-------------|
| November 2001 | Net 30 | 103.047 | Verbal |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 7.7 | CPB/hours | TASK A - Conyers, GA Support | 135.00 | 1,039.50 |
| 1,039.5 | Phone | Charles P. Brush | 0.025 | 25.99 |
| | | Charge for Client Related Activities per Standard Terms | | |
| 2 | CPB/hours | TASK B - Paulsboro | 135.00 | 270.00 |
| 270 | Phone | Charles P. Brush | 0.025 | 6.75 |
| | | Charge for Client Related Activities per Standard Terms | | |
| 10.45 | CPB/hours | TASK C - Janney Road | 135.00 | 1,410.75 |
| 1,410.75 | Phone | Charles P. Brush | 0.025 | 35.27 |
| | | Charge for Client Related Activities per Standard Terms | | |
| 6 | CPB/hours | TASK D - Huberville | 135.00 | 810.00 |
| 810 | Phone | Charles P. Brush | 0.025 | 20.25 |
| | | Charge for Client Related Activities per Standard Terms | | |

Bill to P.O. 6979 March 6th

Tax ID #16-1597759

**Total** | $3,618.51

COPY

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/8/2002 | 02 145 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224



RECEIVED

MAR 0 8 2002

BY:_____

**DESCRIPTION:**
WR Grace
Indemnification Demand By Bostik
Summary of work conducted sent previously
under separate cover.

| PERIOD | TERMS | JOB NUMBER | P.O. NUMBER | | |
|--------|-------|------------|-------------|---|---|
| December 2001 | Net 30 | 103.048 | Verbal | | |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 5.5 | CPB/hours | Charles P. Brush | 135.00 | 742.50 |
| 742.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 18.56 |

Tax ID #16-1597759

**Total** $761.06

# Invoice

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

| Date | Invoice # |
|------|-----------|
| 2/5/2002 | 02 179 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224



MAR 0 8 2002

BY:

**DESCRIPTION:**

WR Grace
Indemnification Demand By Bostik
Summary of work conducted sent previously
under separate cover.

| PERIOD | | TERMS | JOB NUMBER | P.O. NUMBER | |
|--------|--|-------|------------|-------------|--|
| Jan 2002 | | Net 30 | 103.048 | Verbal | |
| Quantity | Item | Description | | Rate | Amount |
| 14.5 | CPB/hours | Charles P. Brush | | 135.00 | 1,957.50 |
| 0.3 | MR/hours | Clerical | | 35.00 | 10.50 |
| 1,957.5 | Phone | Charge for Client Related Activities per Standard Terms | | 0.025 | 48.94 |

Tax ID #16-1597759

**Total** $2,016.94

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/5/2002 | 02 180 |

**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston Street
Suite 200
Baltimore, MD 21224

*LEADER*

**DESCRIPTION:**
DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

RECEIVED
FEB 1 1 2002
By: DAP Legal Dept.

MAR 0 8 2002
BY:

| Period | Terms | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| January 2002 | Net 30 | 103.047 | Verbal |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 9 | CPB/hours | TASK A - Conyers, GA Support<br>Charles P. Brush | 135.00 | 1,215.00 |
| 1,215 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 30.38 |
| | | TASK B - Paulsboro | | |
| 2 | CPB/hours | Charles P. Brush | 135.00 | 270.00 |
| 1.5 | DTP/hours | Dan Powell Labor | 100.00 | 150.00 |
| 520 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 13.00 |
| | | TASK C - Janney Road | | |
| 21.5 | CPB/hours | Charles P. Brush | 135.00 | 2,902.50 |
| 2,902.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 72.56 |
| | Travel | Gasoline, Parking & Tolls | 37.89 | 37.89 |
| | Rental | Automobile | 69.95 | 69.95 |
| | Meals | Project Subsistence | 105.69 | 105.69 |
| | | TASK D - Huberville | | |
| 10 | CPB/hours | Charles P. Brush | 135.00 | 1,350.00 |
| 1 | DTP/hours | Dan Powell | 100.00 | 100.00 |
| 1,350 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 33.75 |

Tax ID #16-1597759

**Total** $6,350.72

March 8, 2002
Bill to P.O.
7/45

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston Street
Suite 200
Baltimore, MD 21224

**DESCRIPTION:**
DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/8/2002 | 02 140A |


**LEADER**

JAN 1 4 2002

RECEIVED
MAR 0 8 2002
BY:

| Period | Terms | JOB NUMBER | P.O. NUMBER | |
|--------|-------|-----------|-------------|--|
| December 2001 | Net 30 | 103.047 | Verbal | |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | | | | |
| 7 | CPB/hours | TASK A – Conyers, GA Support | 135.00 | 945.00 |
| 2 | CMB/hours | Charles P. Brush | 80.00 | 160.00 |
| 1,105 | Phone | C. Mark Brush | 0.025 | 27.63 |
| | | Charge for Client Related Activities per Standard Terms | | |
| | | | | |
| 3.5 | CPB/hours | TASK B - Paulsboro, NJ Support | 135.00 | 472.50 |
| 472.5 | Phone | Charles P. Brush | 0.025 | 11.81 |
| | | Charge for Client Related Activities per Standard Terms | | |
| | | | | |
| 6.35 | CPB/hours | TASK C - Janney Road | 135.00 | 857.25 |
| 857.25 | Phone | Charles P. Brush | 0.025 | 21.43 |
| | | Charge for Client Related Activities per Standard Terms | | |
| | | | | |
| 4 | CPB/hours | TASK D - Huberville Support | 135.00 | 540.00 |
| 540 | Phone | Charles P. Brush | 0.025 | 13.50 |
| | | Charge for Client Related Activities per Standard Terms | | |
| | | | | |
| 18.5 | DTP/hours | TASK G - General | 100.00 | 1,850.00 |
| 6 | SK/hours | Dan Powell Labor | 70.00 | 420.00 |
| 2,270 | Phone | Sean Kocher Labor | 0.025 | 56.75 |
| | | Charge for Client Related Activities per Standard Terms | | |

| Tax ID #16-1597759 | | | **Total** | $5,375.87 |

Bill $3,049.12 to P.O. 6979
Bill $2,326.75 to 100.551.8130.2

$3049.12

March 7/2002

# Invoice

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

| Date | Invoice # |
|------|-----------|
| 1/8/2002 | 02 140 |



**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston Street
Suite 200
Baltimore, MD 21224

**LEADER**

**DESCRIPTION:**
DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

JAN 1 4 2002

RECEIVED
MAR 0 8 2002
BY:

| Period | Terms | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| December 2001 | Net 30 | 103.047 | Verbal |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 7 | CPB/hours | TASK A - Conyers, GA Support | 135.00 | 945.00 |
| 2 | CMB/hours | Charles P. Brush | 80.00 | 160.00 |
| 1,105 | Phone | C. Mark Brush | 0.025 | 27.63 |
|  |  | Charge for Client Related Activities per Standard Terms |  |  |
|  |  |  |  |  |
| 3.5 | CPB/hours | TASK B - Paulsboro, NJ Support | 135.00 | 472.50 |
| 472.5 | Phone | Charles P. Brush | 0.025 | 11.81 |
|  |  | Charge for Client Related Activities per Standard Terms |  |  |
|  |  |  |  |  |
| 6.35 | CPB/hours | TASK C - Janney Road | 135.00 | 857.25 |
| 857.25 | Phone | Charles P. Brush | 0.025 | 21.43 |
|  |  | Charge for Client Related Activities per Standard Terms |  |  |
|  |  |  |  |  |
| 4 | CPB/hours | TASK D - Huberville Support | 135.00 | 540.00 |
| 540 | Phone | Charles P. Brush | 0.025 | 13.50 |
|  |  | Charge for Client Related Activities per Standard Terms |  |  |
|  |  |  |  |  |
| 18.5 | DTP/hours | TASK G - General | 100.00 | 1,850.00 |
| 6 | SK/hours | Dan Powell Labor | 70.00 | 420.00 |
| 2,270 | Phone | Sean Kocher Labor | 0.025 | 56.75 |
|  |  | Charge for Client Related Activities per Standard Terms |  |  |

Tax ID #16-1597759

Bill $3,049.¹² to P.O. 6979
Bill $2,326.⁷⁵ to 100.551.8130.2
M Stewart    March 7/002

| Total | $5,375.87 |
|-------|-----------|

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/12/2001 | 746 |

**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston Street
Suite 200
Baltimore, MD 21224

NOV 1 4 2001

RECEIVED
MAR 0 8 2002
BY:

LEADER

**DESCRIPTION:**
DAP, Inc. Outsource
(See Attached Summary)

| Period | Terms | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| October 2001 | Net 30 | 103.047 | Verbal |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 6 | CPB/hours | TASK A - Conyers, GA Support<br>Charles P. Brush | 135.00 | 810.00 |
| 810 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 20.25 |
| 3 | CPB/hours | TASK B - Paulsboro, NJ Support<br>Charles P. Brush | 135.00 | 405.00 |
| 405 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 10.13 |
| 7.5 | CPB/hours | TASK C - Janney Road<br>Charles P. Brush | 135.00 | 1,012.50 |
| 1,012.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 25.31 |
| 6.25 | CPB/hours | TASK D - Huberville Support<br>Charles P. Brush | 135.00 | 843.75 |
| 843.75 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 21.09 |
| 17 | Miles | TASK G - General<br>CPB - Mileage | 0.35 | 5.95 |
|  | Travel | Gasoline, Parking & Tolls | 47.74 | 47.74 |
|  | Rental | CPB, Auto | 53.82 | 53.82 |
|  | Meals | CPB | 9.21 | 9.21 |

Bill #3148²³ to P.O. 6979
Bill #116²² to
100.551.8130.2

Tax ID #16-1597759

March 7/2002

| Total | $116.72 |
|-------|---------|



# Invoice

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

| Date | Invoice # |
|---|---|
| 11/12/2001 | 746 |

**BILL TO:**
D.A.P., Inc.
Mr. Allen Brecht, Esq.
2300 Brusati Street
Suite 200
Baltimore, MD 21224

RECEIVED NOV 1 2001

RECEIVED MAR 08 2002

**DESCRIPTION:**
DAP, Inc. outsource
(See Attached Summary)

| Period | Terms | JOB NUMBER |
|---|---|---|
| October 2001 | Net 30 | 109.0401 |

| Quantity | Item | Description | | |
|---|---|---|---|---|
| | CPB/hours Phone | TASK A - Conversion Support Charles P. Brush Charge for Client Related Activities per Standard Terms | | |
| | CPB/hours Phone | TASK B - Paulsboro NJ Support Charles P. Brush Charge for Client Related Activities per Standard Terms | | |
| 7.5 0.25 | CPB/hours Phone | TASK C - Janney Roads Charles P. Brush Charge for Client Related Activities per Standard Terms | 135.00 0.025 | 1,012.50 .25 |
| 6.25 843.75 | CPB/hours Phone | TASK D - Huberville Support Charles P. Brush Charge for Client Related Activities per Standard Terms | 135.00 0.025 | 843.75 21.09 |
| 17 | Miles Travel Rental Meals | TASK G - General CPB - Mileage Gasoline, Parking & Tolls CPB, Auto CPB | 0.35 47.74 53.82 9.21 | .95 47.74 53.82 9.21 |

Bill # 3148.03 + P.O. 6979
Bill # 116.23 to
100.551.8130. 21

Tax ID #16-1597759

March 7/2002

**Total** $3148.03

**DAP Inc.**
2400 Boston Street
Baltimore, MD 21224
An RPM Company

NATIONAL CITY BANK OF ASHLAND
ASHLAND, OHIO
An Affiliate of National City Bank,
Dayton
Dayton, Ohio

**1020871**

56-389/412

FORTY THOUSAND FIVE HUNDRED ONE AND 29/100 *********************************

| MO. | DAY | YR. |
|-----|-----|-----|
| 07/18/02 | | |

**CHECK AMOUNT**
****40,501.29

PAY
TO THE
ORDER
OF

LEADER PROFESSIONAL SERVICES, INC.
P.O. BOX 296
CLARENCE NY 14031

** Void after 180 days **

⑈010208711⑈ ⑆041203895⑆ 0086789⑈

**DAP Inc.**     DETACH BEFORE DEPOSITING   2400 Boston Street
Baltimore, MD 21224

**STATEMENT OF REMITTANCE**

| VENDOR 129389 | | LEADER PROFESSIONAL SERVICES | | CHK NO. 010020871 |
|---|---|---|---|---|
| INV DATE | INV NO | DESCRIPTION | GROSS | DISCOUNT | NET |
| 3/07/02 | 02 | | | | |
| 3/11/02 | 02 | | | | |
| 4/10/02 | 02 324 | | | | |
| 4/10/02 | 02 329 | | | | |
| 5/06/02 | 02 497 | | | | |
| 5/06/02 | 02 402 | | | | |
| 6/04/02 | 02 431 | | | | |
| 6/04/02 | 02 436 | | | | |
| | | | 40,501.29 | | 40,501.29 |

| | | | | **TOTAL AMOUNT** | ****40,501.29 |

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/7/2002 | 02 252 |

**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston Street
Suite 200
Baltimore, MD 21224



RECEIVED
JUL 1 2 2002
BY:
7/12



LEADER

**DESCRIPTION:**
DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

| PERIOD | TERMS | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| February 2002 | Net 30 | 103.047 | Verbal |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | | TASK A - Conyers, GA Support | | |
| 11 | CPB/hours | Charles P. Brush | 135.00 | 1,485.00 |
| 1,485 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 37.13 |
| | | | | |
| | | TASK B - Paulsboro | | |
| 1.5 | CPB/hours | Charles P. Brush | 135.00 | 202.50 |
| 0.5 | DTP/hours | Dan Powell | 100.00 | 50.00 |
| 251 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 6.28 |
| | | | | |
| | | TASK C - Janney Road | | |
| 29 | CPB/hours | Charles P. Brush | 135.00 | 3,915.00 |
| 1.5 | DTP/hours | Dan Powell | 100.00 | 150.00 |
| 4,065 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 101.63 |
| | Travel | Parking/Gasoline | 29.67 | 29.67 |
| | Rental | Auto | 97.34 | 97.34 |
| | Lodging | CPB | 102.21 | 102.21 |
| | Meals | Project meals | 6.06 | 6.06 |
| | | | | |
| | | TASK D - Huberville | | |
| 3.1 | CPB/hours | Charles P. Brush | 135.00 | 418.50 |
| 418 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 10.45 |
| | | | | |
| | | TASK G - General | | |
| 1.5 | MR/hours | Clerical | 35.00 | 52.50 |
| 1 | Travel | Parking/Tolls | 11.62 | 11.62 |
| 1 | Meals | CPB | 52.98 | 52.98 |
| 270 | Miles | Mileage | 0.365 | 98.55 |
| 50 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 1.25 |
| | Lodging | CPB | 156.70 | 156.70 |

Tax ID #16-1597759

P.O. 1295
7/11/02

**Total** | $6,985.37

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964



RECEIVED
MAR 1 3 2002
By: DAP Legal Dept.

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/11/2002 | 02 258 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224




LEADER

**DESCRIPTION:**

WR Grace
Indemnification Demand By Bostik
Summary of work conducted sent previously
under separate cover.

| PERIOD | TERMS | JOB NUMBER | P.O. NUMBER | | |
|--------|-------|-----------|-------------|---|---|
| February 2002 | Net 30 | 103.048 | Verbal | | |
| Quantity | Item | Description | | Rate | Amount |
| 9.5 | CPB/hours | Charles P. Brush | | 135.00 | 1,282.50 |
| 32.5 | DRH/hours | David Hall Labor | | 90.00 | 2,925.00 |
| 1 | MR/hours | Clerical | | 35.00 | 35.00 |
| 4,242.5 | Phone | Charge for Client Related Activities per Standard Terms | | 0.025 | 106.06 |

P.O. 9305
7/11/02.

Tax ID #16-1597759

| Total | $4,348.56 |
|-------|-----------|

# Invoice

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

| Date | Invoice # |
|------|-----------|
| 4/10/2002 | 02 324 |

**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224

RECEIVED
APR 1 2 2002
By: DAP Legal Dept.



**DESCRIPTION:**

DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

| PERIOD | TERMS | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| March 2002 | Net 30 | 103.047 | Verbal |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | | **TASK A - CONYERS, GA SUPPORT** | | |
| 8.5 | CPB/hours | Charles P. Brush | 135.00 | 1,147.50 |
| 1,147.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 28.69 |
| | | **TASK B - PAULSBORO, NJ SUPPORT** | | |
| 0.3 | CPB/hours | Charles P. Brush | 135.00 | 40.50 |
| 48 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 1.20 |
| | | **TASK C - JANNEY ROAD SUPPORT** | | |
| 3 | SK/hours | Sean Kocher Labor | 75.00 | 225.00 |
| 30 | CPB/hours | Charles P. Brush | 135.00 | 4,050.00 |
| 4,275 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 106.88 |
| | | **TASK D - HUBERVILLE SUPPORT** | | |
| 2.5 | CPB/hours | Charles P. Brush | 135.00 | 337.50 |
| 337.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 8.44 |
| | | **TASK G - GENERAL** | | |
| 3 | DTP/hours | Dan Powell Labor | 100.00 | 300.00 |
| 2.3 | MR/hours | Clerical | 35.00 | 80.50 |
| 395 | Photocopies | Internal | 0.10 | 39.50 |
| 280 | Miles | Mileage | 0.365 | 102.20 |
| | Travel | Parking and Tolls | 13.10 | 13.10 |
| 380.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 9.51 |

JUL 1 5 2002

P.O. 7305

| Tax ID #16-1597759 | | | **Total** | $6,490.52 |

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/10/2002 | 02 329 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224



**DESCRIPTION:**
WR Grace
Indemnification Demand By Bostik
Summary of work conducted sent previously
under separate cover.

| PERIOD | TERMS | JOB NUMBER | P.O. NUMBER | |
|--------|-------|------------|-------------|--|
| March 2002 | Net 30 | 103.048 | Verbal | |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 3 | CPB/hours | Charles P. Brush | 135.00 | 405.00 |
| 58 | Photocopies | Internal | 0.10 | 5.80 |
| 405 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 10.13 |

JUL 1 2 2002

Tax ID #16-1597759

P.O. 7305
7/11/02

**Total** $420.93

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2002 | 02 397 |

**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224

RECEIVED
MAY 1 0 2002
By: DAP Legal Dept.



**DESCRIPTION:**
DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

| Period | Terms | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| April 2002 | Net 30 | 103.047 | Verbal |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 12.75 | CPB/hours | TASK A - Conyers, GA Support<br>Charles P. Brush | 135.00 | 1,721.25 |
| 1,721.25 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 43.03 |
| 4.5 | CPB/hours | TASK B - Paulsboro, NJ Support<br>Charles P. Brush | 135.00 | 607.50 |
| 607.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 15.19 |
| 35.85 | CPB/hours | TASK C - Janney Road Support<br>Charles P. Brush | 135.00 | 4,839.75 |
| 4,839.75 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 120.99 |
| 1 | Expense | Infomap Technologies | 100.00 | 100.00 |
| 1.9 | CPB/hours | TASK D - Huberville Support<br>Charles P. Brush | 135.00 | 256.50 |
| 256.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 6.41 |
| .1 | Delivery | TASK G - General<br>Carrier | 32.70 | 32.70 |
| 50 | Photocopies | Internal | 0.10 | 5.00 |

JUL 1 2 2002

Tax ID #16-1597759

**Total**    $7,748.32

P.O. 7305

REMIT TO:
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2002 | 02 402 |

BILL TO:

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224

*LEADER*

DESCRIPTION:
WR Grace
Indemnification Demand By Bostik
Summary of work conducted sent previously
under separate cover.

| PERIOD | | TERMS | JOB NUMBER | P.O. NUMBER | |
|--------|--|-------|------------|-------------|--|
| April 2002 | | Net 30 | 103.048 | Verbal | |
| Quantity | Item | Description | | Rate | Amount |
| 13 | CPB/hours | Charles P. Brush | | 135.00 | 1,755.00 |
| 1,755 | Phone | Charge for Client Related Activities per Standard Terms | | 0.025 | 43.88 |

RECEIVED
JUL 1 2 2002
BY:

P.O. 7305
7/11/02

| Tax ID #16-1597759 | Total | $1,798.88 |

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/4/2002 | 02 431 |

**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston St. - Suite 200
Baltimore, MD 21224

*LEADER*

**DESCRIPTION:**

DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

| PERIOD | TERMS | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| May 2002 | Net 30 | 103.047 | Verbal |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | | **TASK A - Conyers, GA Support** | | |
| 9.9 | CPB/hours | Charles P. Brush | 135.00 | 1,336.50 |
| 1,336.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 33.41 |
| | | **TASK B - Paulsboro, NJ Support** | | |
| 2.5 | CPB/hours | Charles P. Brush | 135.00 | 337.50 |
| 337.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 8.44 |
| | | **TASK C - Janney Road** | | |
| 28.7 | CPB/hours | Charles P. Brush | 135.00 | 3,874.50 |
| 3,874.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 96.86 |
| | | **TASK D - Huberville** | | |
| 13.2 | CPB/hours | Charles P. Brush | 135.00 | 1,782.00 |
| 1,782 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 44.55 |
| | | **TASK G - General** | | |
| 2 | DTP/hours | Dan Powell Labor | 100.00 | 200.00 |
| 1 | SK/hours | Sean Kocher Labor | 75.00 | 75.00 |
| 1 | Delivery | Carrier | 19.81 | 19.81 |
| 275 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 6.88 |

JUL 1 2 2002

P.O. 7305 7/11/02

Tax ID #16-1597759

**Total** | $7,815.45

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/4/2002 | 02 436 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224

RECEIVED
JUN. 1 2 2002
By: DAP Legal Dept.

**DESCRIPTION:**
WR Grace
Indemnification Demand By Bostik
Summary of work conducted sent previously
under separate cover.

| PERIOD | TERMS | JOB NUMBER | P.0. NUMBER | |
|--------|-------|------------|-------------|---|
| May 2002 | Net 30 | 103.048 | Verbal | |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 20.5 | CPB/hours | Charles P. Brush | 135.00 | 2,767.50 |
| 12 | DRH/hours | David Hall Labor | 85.00 | 1,020.00 |
| 3.5 | DTP/hours | Dan Powell Labor | 100.00 | 350.00 |
| 4,137.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 103.44 |
| 38 | Miles | Mileage | 0.365 | 13.87 |
| | Travel | Gasoline | 6.90 | 6.90 |
| | Travel | Parking | 10.35 | 10.35 |
| | Rental | Auto | 34.99 | 34.99 |
| | Meals | CPB/DRH | 18.10 | 18.10 |
| | Travel | Airfare | 568.11 | 568.11 |

JUL 1 2 2002

P.O. 73051 7/11/02

Tax ID #16-1597759

**Total**          $4,893.26

© DAP, Inc.
2400 Boston Street
Baltimore, MD 21224
An RPM Company

NATIONAL CITY BANK OF ASHLAND
ASHLAND, OHIO
An Affiliate of National City Bank,
Dayton
Dayton, Ohio

**1021257**
50-389/412

SIXTEEN THOUSAND ONE HUNDRED SIX AND 18/100 ***************************

| MO. | DAY | YR. |
|-----|-----|-----|
| 08  | 08  | 02  |

CHECK AMOUNT
****16,106.18

PAY
TO THE
ORDER
OF

LEADER PROFESSIONAL SERVICES, INC.
P.O. BOX 296
CLARENCE NY 14031

** Void after 180 days **

⑈01021257⑈ ⑆041203895⑆ 0084750⑈

DAP Inc.    DETACH BEFORE DEPOSITING   2400 Boston Street
Baltimore MD 21224

STATEMENT OF REMITTANCE

VENDOR   129389      LEADER PROFESSIONAL SERVICES      CHK NO   01021257

| INV DATE | INV NO | DESCRIPTION | GROSS | DISCOUNT | NET |
|----------|--------|-------------|-------|----------|-----|
| 7/09/02  | 02 522 |             |       |          |     |
| 7/09/02  | 02 526 |             |       |          |     |

| | | | TOTAL AMOUNT | | ****16,106.18 |

# Invoice

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

| Date | Invoice # |
|------|-----------|
| 7/9/2002 | 02 522 |





**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston St. - Suite 200
Baltimore, MD 21224

RECEIVED
JUL 1 2 2002
By: DAP Legal Dept.

**DESCRIPTION:**
DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

RECEIVED
JUL 2 2 2002
BY:_____

| PERIOD | | TERMS | JOB NUMBER | P.O. NUMBER | |
|--------|--|-------|------------|-------------|--|
| June 2002 | | Net 30 | 103.047 | Verbal | |
| Quantity | Item | Description | Rate | Amount | |
| 11.5 | CPB/hours | TASK A - Conyers, GA Support | 135.00 | 1,552.50 | |
| | | Charles P. Brush | | | |
| 1,552.5 | Phone | Charge for Client Related Activities per | 0.025 | 38.81 | |
| | | Standard Terms | | | |
| | | | | | |
| | | TASK C - Janney Road Support | | | |
| 27.25 | CPB/hours | Charles P. Brush | 135.00 | 3,678.75 | |
| 3,678.75 | Phone | Charge for Client Related Activities per | 0.025 | 91.97 | |
| | | Standard Terms | | | |
| | Travel | Gasoline, Parking and Tolls | 35.54 | 35.54 | |
| | Rental | Auto | 42.40 | 42.40 | |
| | Meals | CPB | 45.11 | 45.11 | |
| | | | | | |
| | | TASK D - Huberville Support | | | |
| 5 | CPB/hours | Charles P. Brush | 135.00 | 675.00 | |
| 675 | Phone | Charge for Client Related Activities per | 0.025 | 16.88 | |
| | | Standard Terms | | | |
| | | | | | |
| | | TASK G - General | | | |
| 1 | DTP/hours | Dan Powell Labor | 100.00 | 100.00 | |
| 1 | MR/hours | Clerical | 35.00 | 35.00 | |
| 135 | Phone | Charge for Client Related Activities per | 0.025 | 3.38 | |
| | | Standard Terms | | | |

| Tax ID #16-1597759 | | **Total** | **$6,315.34** |
|---|---|---|---|

P.O. 7305 7/22/02

Marybeth                    July 9, 2002

Comments on Invoice 02522 dated 7/8/02 revised.

The meals for Charles should be $45.11 and not the $101.74 as shown. The
reason is as follows:

My expense sheet for June 2002 incorrectly shows $88.47 attributable to
DAP. A copy of the expense sheet with comments shown is attached.

DAP should be invoiced the $35.75 (+15%) for  SHAPER & BRUSH
LUNCH MEETING TO COMPLETE PROJECT WORK  MALLORCA
RESTAURANT 1390 W 9TH STREET CLEVELAND.

The $52.72 shown for BRIAN JACKSON EX VP SHORE BANK - & C
BRUSH AT NIGHTOWN RESTAURANT 12387 CEDAR RD
CLEVELAND OH is a marketing cost of Leader Professional Services Inc.

Charles Brush

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 143319
Page 7

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | TOTAL FOR SERVICES........................................ $ | | 20,892.00 |

For Disbursements From 10/01/01 to 10/31/01

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 10/31/01 | Bella Luna, LLC | $ | 88.61 |
| | Travel/Meals expense 10/11/01 Morristown, NJ | | |
| | Photocopy charges for the period billed | $ | 12.75 |
| | Long distance telephone charges | $ | 25.57 |
| | Outgoing telecopy charges for the period billed | $ | 24.50 |
| | TOTAL DISBURSEMENTS........................................ $ | | 151.43 |

### Totals for This Matter

Current Fees for Professional Services ..................... 20,892.00

Current Disbursements ..................................... 151.43

- - - - - - - - - - -

Total Current Services and Disbursements ............................. 21,043.43

- - - - - - - - - - -

PLEASE REMIT TOTAL DUE FOR THIS INVOICE .............................. $  21,043.43

*NOT PREVIOUSLY BILLED

## PORZIO, BROMBERG & NEWMAN

**A PROFESSIONAL CORPORATION**

*Litigation, Business Counseling & Environmental Law*

Invoice 143319
Page 8

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | 21.40 | 280.00 | 5,992.00 |
| Spiesman | P1 | 49.50 | 280.00 | 13,860.00 |
| Steinvurzel | A3 | 6.50 | 160.00 | 1,040.00 |
| Timekeeper Total | | 77.40 | | 20,892.00 |

Total Invoice    $    21,043.43

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

## FILE COPY

December 7, 2001
Invoice 144861
Page 1
Matter 01729.32896
Edward A. Hogan

Our Matter    01729.32896
DAP, Inc.-W.R. Grace

For Services From 11/01/01 to 11/30/01

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 10/01/01* | Telephone call to Denise at NJDEP regarding file review. | .10 | ACF |
| 10/31/01* | Review and redline Cooperation Agreement. | 1.00 | ACF |
| 11/01/01 | Discuss follow up with Thomas Spiesman | .10 | EAH |
| 11/01/01 | Confer with E. Hogan regarding draft Cooperation Agreement; Continued review of draft form of NJDEP oversight document; Telephone conversation with G. Port regarding draft Cooperation Agreement and timing for review; Review C. Brush comments with respect to Cooperation Agreement; Review C. Brush inventory of Grace documents. | 1.90 | TS |
| 11/02/01 | Continued review of draft Remediation/Cleanup agreement; Confer with E. Hogan regarding draft Remediation/Cleanup Agreement; Revise same. | 1.00 | TS |
| 11/02/01 | FOIA to NJDEP regarding W.R. Grace ISRA file. | .30 | ACF |
| 11/05/01 | Discuss, edit and approve remediation agreement | .30 | EAH |
| 11/05/01 | Follow up regarding review of draft Cooperation Agreement; Draft additional provisions for same; Confer with E. Hogan regarding same; Telephone conversation with G. Port regarding draft Cooperation Agreement; Prepare e-mail transmittal to DJ. Hecht. | 1.30 | TS |
| 11/06/01 | Telephone conversation with G. Port regarding status of DAP review of draft Cooperation Agreement; Telephone call to DJ. Hecht. | .30 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 144861
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 11/07/01 | Supervise associate regarding follow-up | .10 | EAH |
| 11/07/01 | Examine correspondence with Gail Port | .10 | EAH |
| 11/07/01 | Telephone conversation with G. Port regarding status; Telephone call to DJ. Hecht; | .30 | TS |
| 11/07/01 | Conferred with EAHogan regarding case status. | .10 | RES |
| 11/08/01 | Discuss agreements with Thomas Spiesman | .10 | EAH |
| 11/08/01 | Telephone call to DJ. Hecht; Telephone conversation with DJ. Hecht regarding status of DAP/RPM review of site agreements/issues; Telephone call to G. Port; Telephone conversation with G. Port regarding status of DAP review. | .60 | TS |
| 11/12/01 | Discuss agreements and status regarding same with Thomas Spiesman | .20 | EAH |
| 11/12/01 | Confer with E. Hogan regarding status of matter. | .10 | TS |
| 11/14/01 | Prepare for conference call | .20 | EAH |
| 11/14/01 | Conference with client regarding cooperation agreement | .80 | EAH |
| 11/14/01 | Telephone conversation with DJ. Hecht regarding Cooperation Agreement and conference call; Review e-mail from P. Martin; Forward same to DJ. Hecht; Telephone conversation with G. Port; Telephone conference with DJ. Hecht, C. Brush and E. Hogan regarding draft cooperation agreement and site issues; Telephone conversation with G. Port; Revise draft Cooperation Agreement. | 2.00 | TS |
| 11/15/01 | Continued revision of draft cooperation agreement; Initial review of C. Brush comments to draft Remediation/Cleanup Agreement. | .90 | TS |
| 11/16/01 | Examine revised agreement | .20 | EAH |
| 11/16/01 | Review revisions/black-lining of draft cooperation agreement; Finalize revisions of same and forward to DJ. Hecht; | .50 | TS |
| 11/19/01 | Review client comments on revised agreement and | .30 | EAH |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 144861
Page 3

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | discuss same and strategy with Thomas Spiesman | | |
| 11/19/01 | Review DJ. Hecht comments to revised draft Cooperation Agreement; Confer with E. Hogan regarding same and status; Review letter from G. Port regarding last Remedium Group report submitted to NJDEP; Telephone conversation with DJ. Hecht regarding finalization of revised draft cooperation agreement; Prepare draft transmittal letter to G. Port. | .80 | TS |
| 11/20/01 | Finalize letter to G. Port; Telephone conversation with G. Port; Review October Progress Report for W.R. Grace and Influent/Effluent Monitoring Report forms; Forward same to C. Brush and DJ. Hecht with transmittal letter to C. Brush. | .90 | TS |
| 11/21/01 | Examine letter to Gail Port and cooperation agreement | .10 | EAH |
| 11/26/01 | Telephone conversation with G. Port. | .20 | TS |
| 11/27/01 | Examine memo; discuss strategy with Tom Spiesman | .30 | EAH |
| 11/27/01 | Telephone conversations with G. Port regarding Bostik comments on revised draft Cooperation Agreement; Review Asset Purchase Agreement provisions referenced by G. Port; Prepare e-mail memorandum to DJ. Hecht; Review C. Brush review notes regarding W. R. Grace monitoring data; Telephone conversation with C. Brush regarding same. Follow up telephone conversation with DJ. Hecht. | 1.60 | TS |
| 11/27/01 | Reviewed correspondence received from client. Drafted response letter and prepared attachment. | .30 | RES |
| 11/28/01 | Discuss strategy with Tom Spiesman; review and edit cooperation agreement language and telephone call with client's office | .50 | EAH |
| 11/28/01 | Follow up telephone conversation with G. Port; Telephone conference with G. Port and P. Martin regarding pending issues in joint cooperation agreement; Telephone conversation with C. Brush regarding summary of areas of environmental concern (open and closed); Additional drafting | 2.50 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 144861
Page 4

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | with respect to concept of "not advancing discovery"; Confer with E. Hogan regarding same; Prepare e-mail memorandum to DJ. Hecht. | | |
| 11/29/01 | Discuss settlement provisions with Tom Spiesman; examine revised draft provisions | .30 | EAH |
| 11/29/01 | Follow up regarding review/revision of draft cooperation agreement; Telephone conversation with DJ. Hecht regarding same; Telephone conference with K. Tompkins and DJ. Hecht regarding same; Revise draft cooperation agreement; Telephone conference with P. Martin and G. Port regarding Grace no further action determinations; Confer with E. Hogan regarding status of matter and discussions concerning draft Cooperation Agreement; Review correspondence regarding NJDEP determination of no further action with respect to phthalate contaminated soils. | 2.40 | TS |
| 11/30/01 | Telephone calls with client's office | .20 | EAH |
| 11/30/01 | Examine revised cooperation agreement and examine correspondence and comments from Charles Brush; discuss same with Thomas Spiesman and letter to adversary | .60 | EAH |
| 11/30/01 | Telephone conversation with J. Hecht regarding revised draft cooperation agreement; Prepare final revision to draft agreement; Prepare transmittal letter to G. Port; Telephone conversations with G. Por regarding same.; | 1.30 | TS |
| 11/30/01 | Reviewed letter received from client and researched request. | .30 | RES |

TOTAL FOR SERVICES........................................ $    6,692.00

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 144861
Page 5

For Disbursements From 11/02/01 to 11/30/01

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 11/06/01 | Transportation expenses EAH 10/25/01 Trenton, NJ to meet with client & DEP | $ | 45.20 |
| 11/15/01 | Edward A Hogan Transportation expenses 10/25/01 Trenton, NJ | | 9.00 |
| 11/15/01 | Thomas Spiesman Travel/Meals expense 10/25/01 Trenton, NJ | | 14.50 |
| 11/26/01 | Lexis computer research charges RS 10/10/01 | | 34.81 |
| 11/26/01 | Lexis computer research charges RS 10/23/01 | | 295.64 |
| 11/30/01 | Federal Express 10/29/01 Trenton, NJ | | 8.13 |
| 11/30/01 | Federal Express 10/30/01 Morristown, NJ | | 8.13 |
| 11/30/01 | Xpedite Systems,Inc. Faxes | | 14.85 |
| | Photocopy charges for the period billed | $ | 42.33 |
| | Postage charges for the period billed | $ | 7.57 |
| | Long distance telephone charges | $ | 14.22 |
| | Outgoing telecopy charges for the period billed | $ | 15.00 |
| | TOTAL DISBURSEMENTS........................................ | $ | 509.38 |

## Totals for This Matter

| | | |
|---|---|---|
| Current Fees for Professional Services ..................... | 6,692.00 | |
| Current Disbursements ...................................... | 509.38 | |
| | ----------- | |
| Total Current Services and Disbursements ............................ | | 7,201.38 |
| PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................. $ | | 7,201.38 |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 144861
Page 6

## Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | 4.40 | 280.00 | 1,232.00 |
| Spiesman | P1 | 18.60 | 280.00 | 5,208.00 |
| Steinvurzel | A3 | .70 | 160.00 | 112.00 |
| Fitzgerald | PARA2 | 1.40 | 100.00 | 140.00 |
| Timekeeper Total | | 25.10 | | 6,692.00 |

Total Invoice   $   7,201.38

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

# FILE COPY

January 18, 2002
Invoice 147738
Page 1
Matter 01729.32896
Edward A. Hogan

Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

For Services From 12/01/01 to 12/31/01

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 12/03/01 | Telephone conversation with G. Port regarding revised draft cooperation agreement; | .50 | TS |
| 12/04/01 | Telephone conversation with G. Port regarding Bostik Findley review of draft agreement. | .20 | TS |
| 12/06/01 | Review memorandum from C. Brush regarding Paulsboro information request for Grace reports. | .10 | TS |
| 12/12/01 | Follow up regarding Freedom of Information Act request and memorandum from paralegal; | .30 | TS |
| 12/12/01 | Telephone calls with Dan Adams at NJDEP, File Review, regarding status of our FOIA request and prepare memo to TSpiesman regarding same. | .30 | ACF |
| 12/14/01 | Discuss strategy with Tom Spiesman and examine correspondence with client regarding cooperation agreement | .30 | EAH |
| 12/14/01 | Confer with E. Hogan regarding follow up with G. Port and NJDEP; Telephone conversation with G. Port regarding status of Bostik review. | .40 | TS |
| 12/14/01 | Update and organize all correspondence and client files in this matter. | .60 | ACF |
| 12/17/01 | Examine Port's correspondence | .20 | EAH |
| 12/17/01 | Telephone conversation with G. Port regarding draft Cooperation Agreement; Review revisions proposed by G. Port; | .70 | TS |
| 12/18/01 | Review message from K. Tompkins regarding revised | 2.20 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 147738
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | draft cooperation agreement; Telephone call to J. Hecht; Telephone conversation with J. Hecht regarding same and draft Remediation/Cleanup Agreement; Telephone conversation with G. Port regarding finalization of draft cooperation agreement; Consider revisions to draft Remediation/Cleanup Agreement; Follow up telephone conversation with J. Hecht; | | |
| 12/18/01 | Memo to TSpiesman regarding status of FOIA request. | .10 | ACF |
| 12/19/01 | Follow up telephone conversation with G. Port regarding finalization of draft Cooperation Agreement; Finalize Cooperation Agreement; Transmit same to J. Hecht with memorandum; | 1.30 | TS |
| 12/20/01 | Follow up with G. Port regarding finalization of Cooperation Agreement; | .20 | TS |
| 12/21/01 | Telephone conversation with J. Hecht regarding minor editing/revisions to Cooperation Agreement; | .30 | TS |
| 12/21/01 | Telephone call with Dan Adams at NJDEP regarding file review. | .20 | ACF |
| 12/27/01 | Examine correspondence | .10 | EAH |
| 12/27/01 | Received executed Cooperation Agreement documents from J. Hecht; Prepare letter to G. Port for transmittal of same; | .20 | TS |

TOTAL FOR SERVICES...................................... $    2,080.00

For Disbursements From 12/01/01 to 12/31/01

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| | Postage charges for the period billed | $ | .57 |
| | Long distance telephone charges | $ | 7.70 |
| | Outgoing telecopy charges for the period billed | $ | 3.00 |

*NOT PREVIOUSLY BILLED

# PONZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 147738
Page 3

TOTAL DISBURSEMENTS........................................ $        11.27

### Totals for This Matter

Current Fees for Professional Services .....................        2,080.00

Current Disbursements ....................................         11.27
                                                          ------------
  Total Current Services and Disbursements ............................        2,091.27
                                                                        -----------
  PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................. $        2,091.27

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 147738
Page 4

## Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | .60 | 280.00 | 168.00 |
| Spiesman | P1 | 6.40 | 280.00 | 1,792.00 |
| Fitzgerald | PARA2 | 1.20 | 100.00 | 120.00 |
| Timekeeper Total | | 8.20 | | 2,080.00 |

Total Invoice   $   2,091.27

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997

(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

## FILE COPY

February 20, 2002
Invoice 149450
Page 1
Matter 01729.32896
Edward A. Hogan

Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

For Services From 01/01/02 to 01/31/02

| DATE | SERVICES | HOURS | TKPR |
|---|---|---|---|
| 01/02/02 | Review correspondence | .10 | EAH |
| 01/02/02 | Review e-mail from G. Port; Telephone conversation with G. Port regarding finalized Cooperation Agreement and Remediation/Cleanup Agreement. | .30 | TS |
| 01/02/02 | Receipt and review of Agreement form from NJDEP Copy Service and tend to signing and faxing same in order to receive copy of W.R. Grace file. | .20 | ACF |
| 01/04/02 | Telephone conversation with G. Port regarding Bostik execution of Cooperation Agreement and status of draft agreement with NJDEP; Forward message to J. Hecht. | .30 | TS |
| 01/07/02 | Telephone conversation with J. Hecht regarding review of draft Remediation/Cleanup Agreement; Review letter from G. Port enclosing fully executed Cooperation Agreement; Telephone conversation with C. Brush; Review draft Remediation/Cleanup agreement and open issues in connection with same; Telephone call to G. Port. | .70 | TS |
| 01/08/02 | Telephone conversation with G. Port regarding NJDEP oversight document. | .20 | TS |
| 01/09/02 | Examine agreement edits and comment regarding same | .30 | EAH |
| 01/09/02 | Review J. Hecht comments to draft Remediation/Cleanup Agreement; Telephone conference with J. Hecht and C. Brush regarding review of Remediation/Cleanup Agreement; Revise same; | 3.30 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 149450
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 01/09/02 | Review and organize Attorney work product, correspondence with other attorneys, Environmental Assessment Reports, materials from Oct. 11, 2001 meeting. | .50 | CC |
| 01/10/02 | Examine Remediation/Cleanup Agreement | .40 | EAH |
| 01/10/02 | Review blacklined Remediation/Cleanup Agreement; Forward same to client with e-mail message. | .60 | TS |
| 01/11/02 | Telephone conversation with J. Hecht regarding revised draft Remediation/Cleanup Agreement; Complete additional revision of draft Remediation/Cleanup Agreement. | .70 | TS |
| 01/14/02 | Finalize revisions to draft Remediation/Cleanup Agreement; Telephone conversation with G. Port regarding status of same; Telephone conversation with J. Hecht and C. Brush regarding same. | .40 | TS |
| 01/14/02 | Receipt and review of letter from NJDEP regarding FOIA request. | .10 | ACF |
| 01/15/02 | Examine final proposal for New Jersey Department of Environmental Protection | .30 | EAH |
| 01/15/02 | Prepare e-mail message to G. Port; Telephone conversation with J. Hecht regarding draft Remediation/Cleanup Agreement; Forward same to G. Port with correspondence; Telephone conversation with G. Port regarding same. | .80 | TS |
| 01/16/02 | Telephone conversation with G. Port regarding draft Remediation/Cleanup Agreement; | .60 | TS |
| 01/18/02 | Review e-mail message from C. Brush; Telephone conversation with G. Port regarding status of her review. | .30 | TS |
| 01/22/02 | Telephone call to G. Port; | .10 | TS |
| 01/22/02 | Telephone call with Dan Adams at NJDEP regarding file concerning this matter. | .10 | ACF |
| 01/23/02 | Telephone conversation with G. Port regarding Bostik review of draft Remediation Cleanup Agreement; | .40 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 149450
Page 3

| DATE | SERVICES | HOURS | TKPR |
|---|---|---|---|
| 01/24/02 | Telephone call to C. Brush. | .10 | TS |
| 01/28/02 | Telephone conversation with G. Port regarding status of Atofina review of draft Remediation/Cleanup Agreement; | .20 | TS |
| 01/30/02 | Telephone conversation with C. Brush regarding status of matter and file information received from NJDEP; | .30 | TS |
| 01/31/02 | Examine letter to consultant regarding documents; examine letter from Gail Port; discuss New Jersey Department of Environmental Protection policy changes with Thomas Spiesman | .40 | EAH |
| 01/31/02 | Confer with E. Hogan regarding new NJDEP commissioner position on non-performing ISRA cases;Initial preparation of letter to G. Port regarding same; Telephone conference with G. Port and P. Martin regarding draft Remediation/Cleanup Agreement; Mark-up curent draft of Remediation/Cleanup Agreement; Prepare e-mail memorandum to J. Hecht; Prepare letter to C. Brush; Confer with E. Hogan regarding status of matter; Telephone conversation with J. Hecht; Follow up telephone conversation with G. Port. | 3.30 | TS |

TOTAL FOR SERVICES........................................ $    4,033.00

For Disbursements From 01/01/02 to 01/31/02

| DATE | DISBURSEMENTS | | VALUE |
|---|---|---|---|
| 01/30/02 | Federal Express 12/27/01 New York, NY | $ | 7.98 |
| 01/31/02 | Federal Express 01/08/02 Morristown, NJ | | 30.05 |
| | Photocopy charges for the period billed | $ | 21.76 |
| | Long distance telephone charges | $ | 29.00 |
| | Outgoing telecopy charges for the period billed | $ | 63.50 |

TOTAL DISBURSEMENTS........................................ $    152.29

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

**A PROFESSIONAL CORPORATION**

*Litigation, Business Counseling & Environmental Law*

Invoice 149450
Page 4

### Totals for This Matter

| | | |
|---|---:|---:|
| Current Fees for Professional Services ..................... | 4,033.00 | |
| Current Disbursements ..................................... | 152.29 | |
| | ----------- | |
| Total Current Services and Disbursements ............................ | | 4,185.29 |
| PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $ | | 4,185.29 |

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

**A PROFESSIONAL CORPORATION**

*Litigation, Business Counseling & Environmental Law*

Invoice 149450
Page 5

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | 1.50 | 280.00 | 420.00 |
| Spiesman | P1 | 12.60 | 280.00 | 3,528.00 |
| Fitzgerald | PARA2 | .40 | 100.00 | 40.00 |
| Cioffi | PARA3 | .50 | 90.00 | 45.00 |
| Timekeeper Total | | 15.00 | | 4,033.00 |

Total Invoice    $    4,185.29

## To ensure proper credit, please include invoice number on your check.

## Thank you.

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

March 6, 2002
Invoice 150625
Page 1
Matter 01729.32896
Edward A. Hogan

# FILE COPY

Our Matter      01729.32896
DAP, Inc.-W.R. Grace

For Services From 02/01/02 to 02/28/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 02/01/02 | Revise Remediation/Cleanup agreement; Transmit same to G. Port; Telephone conversation with G. Port regarding same; Prepare letter to R. Burgos (NJDEP); Review e-mail message from G. Port; Prepare response e-mail memorandum. | 2.60 | TS |
| 02/03/02 | Examine correspondence to Gail Port and draft letter to New Jersey Department of Environmental Protection | .20 | EAH |
| 02/04/02 | Telephone conversations with G. Port regarding finalization of draft Remediation/Cleanup Agreement and transmittal letter to NJDEP for same; Redraft transmittal letter to NJDEP; Follow up telephone conversation with G. Port regarding same. | 1.90 | TS |
| 02/05/02 | Examine correspondence | .10 | EAH |
| 02/05/02 | Finalize revised letter and Remediation/Cleanup Agreement for submittal to R. Burgos; Telephone conversation with D. Hall regarding review of file materials and work to be done with representatives of Bostik Findley. | 1.00 | TS |
| 02/08/02 | Process NJDEP photocopy invoice for payment. | .10 | ACF |
| 02/14/02 | Examine correspondence with client | .10 | EAH |
| 02/14/02 | Telephone call to R. Burgos; Telephone conversation with R. Burgos regarding draft Remediation/Cleanup Agreement and status of NJDEP review; Prepare status e-mail regarding same. | .50 | TS |

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 150625
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 02/15/02 | Discuss strategy with Thomas Spiesman | .10 | EAH |
| 02/15/02 | Confer with E. Hogan regarding follow up on Remediation/Cleanup Agreement. | .10 | TS |
| 02/19/02 | Review e-mail message from T. Layre; Telephone conversation with T. Layre regarding proposed remediation/cleanup agreement; | .70 | TS |
| 02/20/02 | Follow up telephone conversation with T. Layre regarding proposed Remediation/Cleanup Agreement. | .30 | TS |
| 02/22/02 | Forward payment to NJDEP for photocopies of W.R. Grace file. | .20 | ACF |
| 02/26/02 | Telephone call to R. Burgos; | .10 | TS |

TOTAL FOR SERVICES...................................... $    2,186.00


For Disbursements From 02/01/02 to 02/28/02

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| 02/13/02 | Treasurer, State of NJ NJDEP Photocopy charges | $    1,083.89 |
| 02/25/02 | Federal Express 01/31/02 Pittsburgh, PA | 9.27 |
| | Photocopy charges for the period billed | $    18.02 |
| | Postage charges for the period billed | $    2.28 |
| | Long distance telephone charges | $    .60 |
| | Outgoing telecopy charges for the period billed | $    6.50 |

TOTAL DISBURSEMENTS...................................... $    1,120.56

## Totals for This Matter

Current Fees for Professional Services .................... 2,186.00

Current Disbursements .................................... 1,120.56


*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 150625
Page 3

```
                                          . . . . . . . . . . . .
Total Current Services and Disbursements ............................    3,306.56
                                                                        . . . . . . . . . .
PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................ $   3,306.56
```

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

**A PROFESSIONAL CORPORATION**

*Litigation, Business Counseling & Environmental Law*

Invoice 150625
Page 4

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | .50 | 280.00 | 140.00 |
| Spiesman | P1 | 7.20 | 280.00 | 2,016.00 |
| Fitzgerald | PARA2 | .30 | 100.00 | 30.00 |
| Timekeeper Total | | 8.00 | | 2,186.00 |

Total Invoice    $    3,306.56

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

# FILE COPY

April 11, 2002
Invoice 153119
Page 1
Matter 01729.32896
Edward A. Hogan

Our Matter     01729.32896
               DAP, Inc.-W.R. Grace

For Services From 03/01/02 to 03/31/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 03/01/02 | Telephone conversation with J. Hecht regarding NJDEP letter in connection with W.R. Grace remediation funding source; Telephone call to R. Burgos; Telephone call to T. Layre; Review e-mail from G. Port; Reply to same. | .60 | TS |
| 03/04/02 | Telephone conversation with G. Port regarding status of matter. | .10 | TS |
| 03/11/02 | Prepare e-mail memo to J. Hecht; Telephone call to T. Layre. | .20 | TS |
| 03/13/02 | Followup regarding New Jersey Department of Environmental Protection review of Industrial Site Recovery Act documents | .10 | EAH |
| 03/13/02 | Telephone call to R. Burgos (NJDEP Case Manager) | .10 | TS |
| 03/18/02 | Telephone conversation with G. Port regarding status of matter. | .20 | TS |
| 03/21/02 | Telephone call to R. Burgos; | .10 | TS |
| 03/22/02 | Examine New Jersey Department of Environmental Protection remediation agreement and letter to client regarding same | .50 | EAH |
| 03/22/02 | Telephone conversation with R. Burgos regarding Remediation/Cleanup Agreement; Telephone call to T. Layre; Telephone conversations with T. Layre regarding NJDEP review of Remediation/Cleanup Agreement; Review NJDEP's draft Remediation Agreement; Prepare e-mail memorandum to J. Hecht. | 1.70 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 153119
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 03/25/02 | Follow up telephone conversation with T. Layre regarding proposed NJDEP Remediation Agreement; Telephone conversation with G. Port regarding status of matter and delay; Telephone call to J. Hecht; | .70 | TS |
| 03/27/02 | Telephone conversation with G. Port regarding status; telephone conversation with J. Hecht regarding NJDEP Remediation Agreement and concomittant issues; Review issues discussed. | 1.30 | TS |
| 03/28/02 | Discuss remediation agreement with Thomas Spiesman | .10 | EAH |
| 03/28/02 | Additional review of NJDEP revised Remediation Agreement provisions; Confer with E. Hogan regarding same and follow up with Julien the week of April 1st. | .60 | TS |

TOTAL FOR SERVICES........................................ $    1,764.00

For Disbursements From 03/01/02 to 03/31/02

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 03/15/02 | Integrity Express 2/5/02 Trenton, NJ | $ | 99.95 |
| 03/25/02 | Xpedite Systems,Inc. | | 24.83 |
| | Faxes | | |
| | Long distance telephone charges | $ | .70 |

TOTAL DISBURSEMENTS....................................... $    125.48

### Totals for This Matter

Current Fees for Professional Services ....................    1,764.00

Current Disbursements .....................................     125.48

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 153119
Page 3


Total Current Services and Disbursements .............................      1,889.48

PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $    1,889.48


*NOT PREVIOUSLY BILLED

## PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 153119
Page 4

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | .70 | 280.00 | 196.00 |
| Spiesman | P1 | 5.60 | 280.00 | 1,568.00 |
| Timekeeper Total | | 6.30 | | 1,764.00 |

Total Invoice    $    1,889.48

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997

(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

**FILE COPY**

May 7, 2002
Invoice 153966
Page 1
Matter 01729.32896
Edward A. Hogan

Our Matter     01729.32896
               DAP, Inc.-W.R. Grace

For Services From 04/01/02 to 04/30/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 04/01/02 | Examine correspondence in preparation for telephone conference with client; telephone conference with client | .50 | EAH |
| 04/01/02 | Continued review of NJDEP Remediation Agreement issues; Confer with E. Hogan regarding same; Telephone conference with J. Hecht and E. Hogan regarding same; Telephone call to T. Layre; | 1.40 | TS |
| 04/02/02 | Review e-mail memorandum from G. Port; Telephone conversation with G. Port regarding NJDEP Remediation Agreement; | .30 | TS |
| 04/03/02 | Telephone conversation with J. Hecht regarding issues involved in draft agreement with NJDEP and issues concerning further discussions with Bostick Findley regarding same; Telephone conversation with G. Port regarding Remediation Agreement and follow up with NJDEP; Telephone call to T. Layre; Telephone conversation with C. Brush regarding status of matter; | 1.80 | TS |
| 04/04/02 | Examine client's comments | .20 | EAH |
| 04/04/02 | Review memorandum from C. Brush regarding NJDEP Remediation Agreement; Review J. Hecht mark-ups to draft NJDEP Remediation Agreement. | .40 | TS |
| 04/05/02 | Discuss client's comments to draft remediation agreement with Thomas Spiesman | .20 | EAH |
| 04/05/02 | Confer with E. Hogan regarding mark-up provided by client; Continued review of issues raised by client; | .60 | TS |

*NOT PREVIOUSLY BILLED