# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 153966
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 04/08/02 | Prepare for and conference call with client regarding remediation agreement | 1.40 | EAH |
| 04/08/02 | Confer with E. Hogan regarding call with client; Follow up regarding same; Telephone conversation with J. Hecht; Telephone conference with J. Hecht and E. Hogan regarding draft NJDEP Remediation Agreement and negotiation of terms with NJDEP; Telephone call to T. Layre; Organization of information for discussion with NJDEP. | 1.90 | TS |
| 04/09/02 | Review e-mail memorandum from G. Port; Telephone call to T. Layre; Prepare e-mail response to G. Port. | .50 | TS |
| 04/10/02 | Telephone calls to T. Layre; Telephone call to J. Lawniczik; Mark-up NJDEP draft of Remediation Agreement for red-lining; Telephone conversation with T. Layre regarding draft Remediation Agreement; Initial preparation of letter to W. Howitz. | 1.60 | TS |
| 04/11/02 | Finalize mark-up of draft remediation agreement and letter to Assistant Director W. Howitz; Telephone conversation with T. Layre regarding submittal of revisions; Telephone conversations with G. Port regarding draft Remediation Agreement. | 1.60 | TS |
| 04/15/02 | Examine remediation agreement comments | .30 | EAH |
| 04/15/02 | Confer with E. Hogan regarding status of matter; Telephone call to J. Lawniczak; Telephone conversation with J. Lawniczak regarding W.R. Grace and NJDEP assignment of their rights; | .40 | TS |
| 04/16/02 | Examine client's draft comments on remediation agreement | .10 | EAH |
| 04/16/02 | Review fax from J. Hecht; Organization of information for J. Lawniczak; Prepare transmittal to J. Lawniczak. | .70 | TS |
| 04/17/02 | Telephone conversation with G. Port; | .40 | TS |
| 04/19/02 | Follow up with J. Lawniczak regarding draft | 1.20 | TS |

*NOT PREVIOUSLY BILLED

# LEADER EMPLOYEE EXPENSE REPORT — REVISED

EMPLOYEE NAME: **CHARLES BRUSH**

OFFICE LOCATION: PITTSBURGH

PERIOD ENDING: *June 2002 REVISED*

EMPLOYEE NO.: 0

## PROJECT INFORMATION / EXPENSE CATEGORIES

| CLIENT | PROJECT NO. | DATE | MILEAGE MILES | COST | GAS | PARKING | TOTAL | RENTAL | Supplies (field and office) | COMMUNICATIONS (cell phone & web etc.) | POSTAGE | MEALS | LODGING | AIRFARE | PROJECT SUBSISTENCE | MEALS & ENTERTAINMENT (travel etc.) | AUTO (company purposes only) | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAP** Paulsboro Remediation | 103.0AB | 06/26/02 | 38 | 12.16 | 3.50 | 11.58 | | 122.50 | | | | 54.52 | 77.27 | 304.69 | | | | 596.72 |
| | | 06/27/02 | | 0.00 | | | | | | | | | | | | | | 0.00 |
| | | | | 0.00 | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | | | | | 0.00 |
| **DAP** JANNEY RD | 103.0A?C | 06/11/02 | | | 12.85 | 11.50 | 6.55 | 36.87 | | | | 88.47 | | | | | | 156.24 |
| $35.75 = SHAPER & BRUSH LUNCH ME... | | | | | | | | | | | | | | | | | | 0.00 |
| $52.72 = BRIAN JACKSON EXP SHORE BANK - & C B... | | | | | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | | | | | 0.00 |
| June 2002 Car Allowance | | | | 0.00 | | | | | | | | | | | | | | 400.00 |
| Cell Phone May | | | | 0.00 | | | | | | | | | | | | | | 25.00 |
| | | | | 0.00 | | | | | | | | | | | | | | 0.00 |
| **SHEET TOTALS** | | | 12.16 | | 16.35 | 23.09 | 6.55 | 159.37 | 0.00 | | 0.0 | 142.99 | 54.52 | 77.27 | 304.69 | 0.0 | 0.0 | $1,167.46 |

EMPLOYEE SIGNATURE: _____   DATE: _____

APPROVAL: _____   DATE: _____

LESS EXPENSE ADVANCES:  0.00

TOTAL DUE EMPLOYEE:  1,167.46

**REMIT TO:**
Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2002 | 02 526 |

**BILL TO:**

DAP, Inc
Julien Hecht, Esq.
2400 Boston St.
Suite 200
Baltimore, MD 21224

**LEADER**

**DESCRIPTION:**

WR Grace
Indemnification Demand By Bostik
Summary of work conducted sent previously
under separate cover.

JUL 1 2 2002
By: DAP Legal Dept.

| PERIOD | TERMS | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| June 2002 | Net 30 | 103.048 | Verbal |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 36 | CPB/hours | Charles P. Brush | 135.00 | 4,860.00 |
| 5.1 | MR/hours | Clerical | 35.00 | 178.50 |
| 37 | DRH/hours | David Hall | 85.00 | 3,145.00 |
| 8,183.5 | Phone | Charge for Client Related Activities per Standard Terms | 0.025 | 204.59 |
| 1 | Travel | Tolls | 3.00 | 3.00 |
| 38 | Miles | Mileage | 0.365 | 13.87 |
| 1 | Travel | Gasoline and Parking | 17.92 | 17.92 |
| 1 | Rental | Auto | 140.88 | 140.88 |
| 1 | Meals | CPB 6/26 - 6/27 | 62.70 | 62.70 |
| 1 | Lodging | CPB | 88.86 | 88.86 |
| 1 | Travel | Airfare - CPB | 350.39 | 350.39 |
| 1 | Travel | Airfare - DRH | 473.23 | 473.23 |
| 2,519 | Photocopies | Pages copied for 5 notebooks | 0.10 | 251.90 |

RECEIVED
JUL 2 2 2002
BY:

| Tax ID #16-1597759 | | | **Total** | 9,790.84 |

**DAP Inc.**
2400 Boston Street
Baltimore, MD 21224
An RPM Company

NATIONAL CITY BANK OF ASHLAND
ASHLAND, OHIO
An Affiliate of National City Bank,
Dayton
Dayton, Ohio

**1021931**

56-389/412

FOURTEEN THOUSAND THREE HUNDRED SEVENTEEN AND 81/100 **********************

| | MO. | DAY | YR. | | CHECK AMOUNT |
|---|---|---|---|---|---|
| | 09/12/02 | | | | ****14,317.81 |

PAY
TO THE
ORDER
OF

LEADER PROFESSIONAL SERVICES, INC.
P.O. BOX 296
CLARENCE NY 14031

** Void after 180 days **

© DAP Inc.    DETACH BEFORE DEPOSITING    Baltimore, MD 21224

STATEMENT OF REMITTANCE

| VENDOR 129389 | | LEADER PROFESSIONAL SERVICES | | CHK. NO. 0102793 | | |
|---|---|---|---|---|---|---|
| INV DATE | INV NO. | DESCRIPTION | GROSS | DISCOUNT | | NET |
| 8/15/02 | | | | | | |
| 8/13/02 | | | | | | |
| 8/13/02 | | | | | | |
| | | | | | TOTAL AMOUNT: | ****14,317.81 |

**REMIT TO:**

Leader Professional Services, Inc.
P.O. Box 296
Clarence, New York 14031
Telephone: (716) 565-0963
Fax: (716) 565-0964

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2002 | 02 549 |

**BILL TO:**

DAP, Inc.
Mr. Julien Hecht, Esq.
2400 Boston St. - Suite 200
Baltimore, MD 21224

**DESCRIPTION:**

DAP, Inc. Outsource - Summary of work
conducted sent under separate cover.

RECEIVED
AUG 1 9 2002
By: DAP Legal Dept.

RECEIVED
AUG 2 8 2002
BY:

| Period | Terms | JOB NUMBER | P.O. NUMBER |
|--------|-------|------------|-------------|
| July 2002 | Net 30 | 103.047 | 7305 |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 13.1 | CPB/hours | Task A - Conyers, GA Support | 135.00 | 1,768.50 |
| 1,768.5 | Phone | Charles P. Brush | 0.025 | 44.21 |
| | | Charge for Client Related Activities per Standard Terms | | |
| | | | | |
| 0.1 | CPB/hours | Task B - Paulsboro, NJ Support | 135.00 | 13.50 |
| 13.5 | Phone | Charles P. Brush | 0.025 | 0.34 |
| | | Charge for Client Related Activities per Standard Terms | | |
| | | | | |
| 17.8 | CPB/hours | Task C - Janney Road | 135.00 | 2,403.00 |
| 2,403 | Phone | Charles P. Brush | 0.025 | 60.08 |
| | | Charge for Client Related Activities per Standard Terms | | |
| | | | | |
| 9.6 | CPB/hours | Task D - Huberville | 135.00 | 1,296.00 |
| 1,296 | Phone | Charles P. Brush | 0.025 | 32.40 |
| | | Charge for Client Related Activities per Standard Terms | | |
| | | | | |
| 2.25 | DTP/hours | Task G- General | 100.00 | 225.00 |
| 225 | Phone | Dan Powell | 0.025 | 5.63 |
| | Delivery | Charge for Client Related Activities per Standard Terms | | |
| | | Carrier | 41.34 | 41.34 |

Tax ID #16-1597759

**Total** $5,890.00

Bill $ 5,618.03 to P.O. 7305
Bill $ 271.97 to 100.551.8130.2

8/28/02

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997

(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

**FILE COPY**

May 16, 2001
Invoice 131544
Page 1
Matter 01729.32896
Edward A. Hogan

Our Matter    01729.32896
DAP, Inc.-W.R. Grace

For Services From 04/01/01 to 04/30/01

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 04/02/01 | Examine Handex notice | .10 | EAH |
| 04/02/01 | Reviewed correspondence received from Mark Brush regarding draft Grace report. Drafted correspondence to all client players regarding same. Reviewed correspondence received from Matt Stewart, conferred with EAHogan and communicated with Matt Stewart regarding same. | .60 | RES |
| 04/03/01 | Examine Grace report; supervise associate regarding follow-up; several telephone conferences with client | 1.60 | EAH |
| 04/03/01 | Reviewed Grace draft Remedial Investigation Report Addendum. Participated in conference call regarding same. | 1.70 | RES |
| 04/05/01 | Telephone conference with consultant's office | .10 | EAH |
| 04/06/01 | Telephone conferences with Julien Hecht and with Leader Environmental | .80 | EAH |
| 04/06/01 | Confer with R. Steinvursel regarding implications of W.R. Grace Bankruptcy on remedial obligations; | .40 | TS |
| 04/06/01 | Participated in conference call with Julien Hecht. Conferred with EAHogan regarding responsible party issues. Established conference call with Dan Powell. Conducted legal research regarding Chapter 11 and ISRA liabilities. Drafted client letter regarding same. Conference call with Dan Powell. Researched Grace's financial assurances. | 2.90 | RES |
| 04/09/01 | Reviewed site access notice. Drafted memo | 1.50 | RES |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 131544
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | regarding our position vis a vi the Grace Remediation. Reviewed letter received from counsel for Grace regarding future correspondence. Conferred with EAHogan regarding same and request for comments on latest report. Drafted client letter regarding same. Conversation with Julien Hecht regarding same. Reviewed correspondence received from Hecht and conferred with EAHogan regarding same. Scheduled conference call. | | |
| 04/09/01 | Review of file and telephone call to NJ Department of Environmental Protection to determine the amount and type of financial assurance currently in place on the Paulsboro facility. | .30 | JMD |
| 04/11/01 | Prepare for and participate in conference call with client and consultant | 1.70 | EAH |
| 04/11/01 | Established conference call and reviewed correspondence received regarding same. Corresponded with Mark Brush regarding comments to Grace report. | .30 | RES |
| 04/12/01 | Communicated with Matt Stewart regarding comments to Grace report. Reviewed correspondence received from Charles Brush regarding same. Reviewed Brush's comments. Conferred with EAHogan. Drafted letter to counsel for Grace. Conversation with Stewart regarding same. Reviewed response from Brush. Reviewed Progress Report received from Grace and drafted client letter conveying same. Conversation with Julien Hecht regarding transmittal of comments. Communicated with counsel for Grace regarding same. | 2.60 | RES |
| 04/26/01 | Supervised paralegal in review of final Grace Remedial Investigation Report Addendum. | .20 | RES |
| 04/30/01 | Review of the Remedial Investigation Report Addendum to determine if any of our prior comments were incorporated into the report. Confer with RE Steinvurzel regarding same. | 1.40 | JMD |

TOTAL FOR SERVICES....................................... $    3,096.50

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 131544
Page 3

### For Disbursements From 04/01/01 to 04/30/01

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 04/20/01 | MCI Worldcom<br>Conference calls | $ | 285.44 |
| | Photocopy charges for the period billed | $ | 7.82 |
| | Long distance telephone charges | $ | 2.08 |
| | Outgoing telecopy charges for the period billed | $ | 4.00 |
| | TOTAL DISBURSEMENTS........................................ $ | | 299.34 |

### Totals for This Matter

| | | |
|---|---|---|
| Current Fees for Professional Services ..................... | 3,096.50 | |
| Current Disbursements ..................................... | 299.34 | |
| | ----------- | |
| Total Current Services and Disbursements ............................. | | 3,395.84 |
| PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $ | | 3,395.84 |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 131544
Page 4

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | 4.30 | 280.00 | 1,204.00 |
| Spiesman | P1 | .40 | 280.00 | 112.00 |
| Steinvurzel | A3 | 9.80 | 160.00 | 1,568.00 |
| Donohue | LC | 1.70 | 125.00 | 212.50 |
| Timekeeper Total | | 16.20 | | 3,096.50 |

Total Invoice  $   3,395.84

## To ensure proper credit, please include invoice number on your check.

## Thank you.

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

June 7, 2001
Invoice 132840
Page 1
Matter 01729.32896
Edward A. Hogan

## FILE COPY

Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

For Services From 05/01/01 to 05/31/01

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 04/30/01* | Telephone call to DEP to determine the type and amount of financial assurance on the Paulsboro property. | .10 | JMD |
| 05/01/01 | Reviewed Grace bankruptcy notice and conducted legal research regarding same. | .70 | RES |
| 05/02/01 | Supervise associate regarding notice. | .20 | EAH |
| 05/02/01 | Conferred with EAHogan regarding Grace bankruptcy filing and drafted client letter regarding same. | .50 | RES |
| 05/03/01 | Discuss financial assurance with associate. | .10 | EAH |
| 05/03/01 | Conferred with EAHogan regarding Grace's financial assurance vehicle. Drafted client letter regarding same. | .30 | RES |
| 05/03/01 | Telephone call from NJ Department of Environmental Protection regarding type and amount of financial assurance in place on the W.R. Grace site. | .20 | JMD |
| 05/09/01 | Reviewed correspondence received from Matt Stewart regarding comments provided to Grace. Prepared documents for Stewart in response to his message. | .30 | RES |

TOTAL FOR SERVICES........................................ $      409.50

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 132840
Page 2

### For Disbursements From 05/01/01 to 05/31/01

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 04/06/01* | Lexis computer research charges RS | $ | 12.08 |
| | Photocopy charges for the period billed | $ | 5.44 |
| | Long distance telephone charges | $ | 1.20 |
| | Outgoing telecopy charges for the period billed | $ | 20.00 |
| | TOTAL DISBURSEMENTS........................................ $ | | 38.72 |

### Totals for This Matter

| | | |
|---|---|---|
| Current Fees for Professional Services ..................... | 409.50 | |
| Current Disbursements ..................................... | 38.72 | |
| Total Current Services and Disbursements ............................. | | 448.22 |
| PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $ | | 448.22 |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 132840
Page 3

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | .30 | 280.00 | 84.00 |
| Steinvurzel | A3 | 1.80 | 160.00 | 288.00 |
| Donohue | LC | .30 | 125.00 | 37.50 |
| Timekeeper Total | | 2.40 | | 409.50 |

Total Invoice   $   448.22

## To ensure proper credit, please include invoice number on your check.

## Thank you.

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

**FILE COPY**

October 8, 2001
Invoice 141521
Page 1
Matter 01729.32896
Edward A. Hogan

Our Matter     01729.32896
DAP, Inc.-W.R. Grace

For Services From 06/01/01 to 09/30/01

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 09/10/01 | Reviewed correspondence received from Charles Brush regarding storm sewer investigation. Conducted research and held two conversations with New Jersey Department of Environmental Protection Case Manager regarding same. Drafted response correspondence to Brush regarding same. | .70 | RES |
| 09/11/01 | Reviewed letter received from New Jersey Department of Environmental Protection. Conferred with EAHogan and drafted client letter regarding same. | .50 | RES |
| 09/12/01 | Revised letter to Charles Brush. Conferred with EAHogan regarding client instructions. | .20 | RES |
| 09/21/01 | Examine faxed documents; telephone conferences with clients and Gail Port | .90 | EAH |
| 09/23/01 | Examine closing file | .90 | EAH |
| 09/24/01 | Telephone conferences with client and Thomas Spiesman; examine memos | .60 | EAH |
| 09/24/01 | Follow up regarding Grace bankruptcy and ISRA financial assurance;Review correspondence regarding same; Confer with R. Steinvursel regarding same; Telephone calls to J. Cleary (NJDEP); Telephone call to J. Gradwohl; Telephone conversation with R. Burgos regarding status of matter and likely NJDEP course of action; Telephone call to T. Layre; Telephone conversation with T. Layre regarding W.R. Grace financial assurance; Prepare memorandum regarding same; Telephone conversation with J. Gradwohl regarding | 2.40 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 141521
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | normal NJDEP response to bankruptcy matters; Telephone conversation with J. Hecht regarding W.R. Grace issues and follow up; Confer with E. Hogan regarding follow up/status; Follow up call to T. Layre; | | |
| 09/24/01 | Conferred with EAHogan and TSpiesman regarding case status. Supervised ACFitzgerald in researching same. | .50 | RES |
| 09/25/01 | Examine indemnity notice received; examine memos regarding contact with New Jersey Department of Environmental Protection; telephone conference with client; telephone conference with Gail Port | 1.40 | EAH |
| 09/25/01 | Review Bostik Findley, Inc. Asset Purchase Agreement notification; Telephone conversation with T. Layre regarding financial assurance issues; Telephone call to J. Hecht; Prepare memorandum to E. Hogan regarding same; Telephone conversation with J. Hecht regarding status of matter; Prepare e-mail memorandum/summary to J. Hecht; Confer with E. Hogan regarding status of matter; Telephone conference with J. Hecht and E. Hogan; Telephone conference with G. Port, E. Most and E. Hogan regarding discussions with NJDEP, indemnity issues and site remedial process issues; Review Asset Purchase Agreement provisions. | 2.30 | TS |
| 09/25/01 | Conferred with EAHogan regarding case status. Reviewed demand letter and attachments received from Gail Port. | .40 | RES |
| 09/26/01 | Telephone conferences with Thomas Spiesman; examine memos | .30 | EAH |
| 09/26/01 | Continued review of Asset Purchase Agreement provisions; Telephone conversation with J. Hecht regarding discussion with G. Port and strategy for addressing matter; Confer with E. Hogan regarding strategy for addressing site remediation/NJDEP issues with Bostik Findley; Telephone call to G. Port; Telephone conversation with G. Port regarding meeting with NJDEP; Telephone call to M. Migliarino; Telephone call to R. Lehr; Telephone conversation with R. Lehr; Prepare e-mail messages (3) to J. Hecht; | 2.60 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 141521
Page 3

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 09/26/01 | Conferred with TSpiesman regarding client communications and reviewed same. | .20 | RES |
| 09/28/01 | Telephone conferences with client, Gail Port and Thomas Spiesman | .30 | EAH |
| 09/28/01 | Confer with E. Hogan regarding status/strategy; Telephone call to G. Port; Telephone call to R. Lehr; Telephone conversation with G. Port; Telephone call to J. Hecht; | .70 | TS |

TOTAL FOR SERVICES....................................... $     3,872.00

For Disbursements From 06/01/01 to 09/30/01

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| | Photocopy charges for the period billed | $ | 1.36 |
| | Long distance telephone charges | $ | 10.20 |
| | Outgoing telecopy charges for the period billed | $ | 6.00 |

TOTAL DISBURSEMENTS....................................... $      17.56

## Totals for This Matter

Current Fees for Professional Services .....................     3,872.00

Current Disbursements ......................................      17.56

Total Current Services and Disbursements ............................     3,889.56

PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................. $     3,889.56

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 141521
Page 4

## Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | 4.40 | 280.00 | 1,232.00 |
| Spiesman | P1 | 8.00 | 280.00 | 2,240.00 |
| Steinvurzel | A3 | 2.50 | 160.00 | 400.00 |
| Timekeeper Total | | 14.90 | | 3,872.00 |

Total Invoice    $    3,889.56

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

**FILE COPY**

November 7, 2001
Invoice 143319
Page 1
Matter 01729.32896
Edward A. Hogan

Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

For Services From 10/01/01 to 10/31/01

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 10/01/01 | Examine New Jersey Department of Environmental Protection letter; telephone conference with Thomas Spiesman | .20 | EAH |
| 10/01/01 | Review October 1999 Remedial Investigation Report/Remedial Action Workplan and April 2001 Remedial Investigation Report Addendum for cost estimate information; Follow up with NJDEP case manager R. Burgos; Telephone conversation with G. Port; Telephone conversation with T. Reitano regarding issues with W.R. Grace at Hatco Spill Act Directive site. | .90 | TS |
| 10/02/01 | Telephone conferences with Thomas Spiesman and examine correspondence regarding Grace | .30 | EAH |
| 10/02/01 | Telephone conversations (3) with R. Burgos regarding meeting; Telephone call to J. Hecht; Telephone conversation with G. Port and K. Daberton regarding issues concerning meeting with NJDEP; Telephone conversation with J. Hecht regarding same; Follow up telephone conversation with G. Port; | 1.30 | TS |
| 10/02/01 | Conferred with TSpiesman regarding inquiries made by Gail Port. | .20 | RES |
| 10/03/01 | Discuss follow up and strategy with Thomas Spiesman; examine correspondence | .30 | EAH |
| 10/03/01 | Telephone conversations with J. Hecht regarding meeting; Telephone conversation with R. Burgos regarding rescheduling of meeting; Telephone call to G. Port; Prepare e-mail memorandum regarding | 1.60 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 143319
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | status of matter; Telephone call to R. Lehr; Confer with E. Hogan regarding status of matter; Review memorandum regarding the Handex activities to shut down the remediation system at the site; Forward same to J. Hecht with e-mail memorandum. | | |
| 10/04/01 | Examine memo regarding schedule and strategy | .10 | EAH |
| 10/04/01 | Follow up regarding NJDEP meeting; Telephone conversation with G. Port regarding various meeting logistics; Telephone conversation with A. Reitano regarding W.R. Grace issues; | .60 | TS |
| 10/04/01 | Reviewed client correspondence and correspondence from Mike Pinto regarding system decommissioning. | .20 | RES |
| 10/05/01 | Examine correspondence and discuss strategy with Thomas Spiesman | .30 | EAH |
| 10/05/01 | Finalize arrangements for pre-meeting and meeting; Telephone conversation with R. Burgos; Telephone conversation with T. Layre regarding financial assurance for DAP self guarantee; Review letter from R. Lehr to R. Emmett (W.R. Grace) regarding NJDEP position on issue of ISRA obligations in context of bankruptcy; Telephone conversation with C. Brush regarding site issues and scheduled meetings. | 1.10 | TS |
| 10/08/01 | Finalize meeting arrangements; Organization of materials/preparation of outline for meeting. | .60 | TS |
| 10/09/01 | Discuss meeting preparations | .10 | EAH |
| 10/09/01 | Telephone conversation with G. Port regarding NJDEP meeting; Telephone conversation with T. Reitano regarding positions of W.R. Grace and the NJDEP in connection with Grace bankruptcy; Telephone conversation with R. Burgos regarding NJDEP meeting; Review July, 2001 ISRA filings and site diagrams; | .80 | TS |
| 10/10/01 | Examine correspondence and agenda; telephone conference with Thomas Spiesman regarding preparations for meeting | .40 | EAH |
| 10/10/01 | Confer with R. Steinvursel regarding review of | 2.40 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 143319
Page 3

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | bankruptcy issues; Telephone conversations with J. Hecht regarding preparation of response to Bostik Findley indemnification demand letter; Review and further analysis of Asset Purchase Agreement indemnity provisions; Prepare draft correspondence to G. Port regarding Bostik demand for indemnification; Telephone conversation with G. Port regarding meeting and issues. | | |
| 10/10/01 | Conferred with TSpiesman regarding ISRA dischargability in bankruptcy. Researched same and drafted memo. Researched remediation agreement issue raised by TSpiesman. | 3.20 | RES |
| 10/11/01 | Meeting with client, consultant and adversary | 4.90 | EAH |
| 10/11/01 | Examine agenda; prepare for meeting; examine bankruptcy memo and research | 1.10 | EAH |
| 10/11/01 | Confer with R. Steinvursel regarding bankruptcy research; Telephone conversation with R. Burgos regarding rescheduled NJDEP meeting; Meeting with C. Brush; Pre-meeting with G. Port; Telephone conversation with R. Lehr regarding status of matter and scheduled meeting; Meeting with J. Hecht, C. Brush and E. Hogan; Meeting with J. Hecht, C. Brush, E. Hogan, G. Port, M. Pinto, P. Martin, and D. Loutzenhiser; Follow up discussion with G. Port; | 6.60 | TS |
| 10/11/01 | Finalized memo on dischargability of ISRA obligations in bankruptcy. Prepared documents for meeting. | 2.00 | RES |
| 10/12/01 | Conference call with client and Thomas Spiesman; confernece call with Gail Port and her client; telephone conference with Gail Port; telephone conference with Julien Hecht; telephone conference with Thomas Spiesman | 1.70 | EAH |
| 10/12/01 | Telephone conversation with J. Hecht and E. Hogan; Telephone conversation with J. Hecht regarding redrafting of letter to G. Port; Finalize same; Telephone call to G. Port; Confer with E. Hogan regarding follow up discussions with G. Port and P. Martin. | .80 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 143319
Page 4

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 10/15/01 | Review e-mail from J. Hecht/M. Peterson; Review Asset Purchase Agreement notice provision; Revise indemnity notification to Bostik Findley; Confer with E. Hogan regarding status of matter; Telephone conversation with J. Hecht regarding status of matter; Telephone conversation with G. Port regarding issues concerning NJDEP meeting; | .70 | TS |
| 10/16/01 | Telephone conferences with client and adversary | .90 | EAH |
| 10/16/01 | Confer with E. Hogan regarding status of matter; Telephone call to T. Layre; Review pending tasks; Telephone conversation with J. Hecht regarding status of matter; Confer with E. Hogan regarding same; Telephone conference with J. Hecht and E. Hogan regarding strategy/issues with Bostik; Confer with E. Hogan regarding preparation of agreement between Dap and Bostik; Consideration of same. | .90 | TS |
| 10/17/01 | Review of file information for preparation of agenda; | .20 | TS |
| 10/18/01 | Telephone conference with client; outline provisions of power sharing agreement | .50 | EAH |
| 10/18/01 | Follow up regarding status; Confer with E. Hogan regarding strategy and preparation of agreement between DAP and Bostik; Outline same; | .60 | TS |
| 10/19/01 | Telephone conversation with J. Hecht regarding Cooperation Agreement; Continued drafting of DAP/Bostik Cooperation Agreement; Telephone conference with J. Hecht and C. Brush regarding draft cooperation agreement; Continued drafting of same. | 1.40 | TS |
| 10/21/01 | Revise draft Cooperation Agreement | 1.60 | TS |
| 10/22/01 | Telephone conferences with client, Gail Port and Thomas Spiesman | .50 | EAH |
| 10/22/01 | Follow up with E. Hogan regarding DAP/Bostik Cooperation Agreement; Telephone conference with J. Hecht; Telephone call to P. Martin; Prepare draft letter to G. Port; Telephone conference with J. Hecht and C. Brush regarding draft Cooperation | 3.70 | TS |

*NOT PREVIOUSLY BILLED

# PORIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 143319
Page 5

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | Agreement; Revise draft Cooperation Agreement; Revise draft letter to G. Port; Telephone conference with J. Hecht and J. Lee; Telephone conference with G. Port and P. Martin; Follow up telephone conversation with J. Hecht; Re-revise draft cooperation agreement and transmittal letter to G. Port and transmit to client; Review letter from W.R.Grace to DAG R. Lehr. | | |
| 10/23/01 | Telephone conferences with Thomas Spiesman | .30 | EAH |
| 10/23/01 | Confer with E. Hogan regarding draft letter to G. Port; Telephone conversations with J. Hecht regarding language of draft Cooperation Agreement and letter to G. Port; Revise same and confirm revisions with J. Hecht; Telephone conversations with G. Port regarding same; Follow up telephone conversation with J. Hecht; Confer with E. Hogan regarding status of discussions with DAP and NJDEP meeting; Review response letter from G. Port; | 4.10 | TS |
| 10/24/01 | Examine Grace's letter to New Jersey Department of Environmental Protection; telephone conferences with Thomas Spiesman and client | 2.30 | EAH |
| 10/24/01 | Consideration of strategy for dealing with NJDEP; Confer with E. Hogan regarding same; Telephone conversation with J. Hecht and E. Hogan regarding same; Telephone conference with J. Hecht, K. Tompkins and E. Hogan regarding NJDEP meeting and strategy for further discussions with Bostik/Atofina; Follow up telephone conversations with J. Hecht; Telephone conversation with R. Burgos (NJDEP) regarding meeting; Telephone conversations with G. Port; Telephone conference with J. Hecht, P. Martin, G. Port and E. Hogan; Prepare letter to G. Port; Follow up telephone conversation with G. Port. | 4.80 | TS |
| 10/25/01 | Travel to and from Trenton for pre-meeting with client and Bostic and meeting with New Jersey Department of Environmental Protection | 6.10 | EAH |
| 10/25/01 | Telephone call to T. Layre; Review summary of site regulatory history; Confer with R. Steinvurzel regarding same; Meeting with NJDEP in Trenton; | 6.30 | TS |

*NOT PREVIOUSLY BILLED

# POR⬤O, BROMBERG & NEW⬤AN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 143319
Page 6

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 10/25/01 | Conferred with TSpiesman and researched and amended regulatory history for meeting with New Jersey Department of Environmental Protection. | .50 | RES |
| 10/26/01 | Discuss follow up New Jersey Department of Environmental Protection telephone conference with Thomas Spiesman; outline terms for Remediation Agreement | .40 | EAH |
| 10/26/01 | Telephone conversation with T. Layre regarding preparation of oversight document for the site; Confer with E. Hogan regarding same; Review and consideration of oversight documents; Telephone conversation with G. Port regarding same; Telephone conversation with J. Hecht regarding same. | 1.20 | TS |
| 10/29/01 | Discuss drafting of both New Jersey Department of Environmental Protection and Bostic agreements with Thomas Spiesman | .30 | EAH |
| 10/29/01 | Confer with E. Hogan regarding NJDEP oversight document; Review provisions of remediation agreements, cleanup agreements and memorandum of agreements; Preparation of Remediation/Cleanup Agreement; Telephone conversation with G. Port regarding Cooperation Agreement; Review revised draft Cooperation Agreement; | 4.70 | TS |
| 10/29/01 | Conferred with TSpiesman regarding MOA. Researched same. | .40 | RES |
| 10/30/01 | Examine cooperation agreement; examine Brush's comments; discuss same with Thomas Spiesman | .60 | EAH |
| 10/30/01 | Confer with E. Hogan regarding Bostik/Atofina revisions to draft Cooperation Agreement; Continued review/preparation of draft Remediation/Cleanup Agreement; | 2.20 | TS |
| 10/31/01 | Examine memos regarding cooperation agreement | .10 | EAH |
| 10/31/01 | Telephone conversation with J. Hecht regarding Bostik version of draft Cooperation Agreement; Review red-lined version of draft agreement; Transmit same to clients. | .40 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 153966
Page 3

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | Remediation Agreement assignment of rights language; Review draft Remediation Agreement; Revise same with respect to NJDEP assignment of rights in W.R. Grace bankruptcy; Revise draft letter to W. Howitz; Confer with E. Hogan regarding same. | | |
| 04/22/02 | Review memorandum from J. Hecht; Follow up regarding transmittal of documents; Review W.R. Grace deed information forwarded by J. Hecht; | .60 | TS |
| 04/23/02 | Review materials forwarded by J. Hecht; Transmit draft Remediation Agreement and letter to W. Howitz to G. Port; Telephone conversation with J. Lawnizcak regarding revision of provision regarding bankruptcy assignment; Telephone conversation with P. Martin regarding draft documents for NJDEP and technical review by consultants for both parties; Telephone conversation with C. Brush regarding status of matter. | 1.10 | TS |
| 04/24/02 | Telephone conversation with G. Port regarding red-line Remediation Agreement; | .20 | TS |
| 04/25/02 | Examine correspondence and discuss matter with Thomas Spiesman | .20 | EAH |
| 04/25/02 | Telephone conversation with G. Port regarding review of Remediation Agreement; Telephone call to J. Hecht; | 1.00 | TS |
| 04/26/02 | Telephone call to G. Port; Telephone conversations with G. Port regarding Bostik review of draft Remediation Agreement. | 1.10 | TS |
| 04/29/02 | Review G. Port comments regarding draft Remediation Agreement and draft letter to W. Howitz; Confer with G. Port regarding same; Revise draft letter and agreement; | 1.80 | TS |
| 04/30/02 | Telephone conversation with J. Hecht regarding finalization of draft Remediation Agreement and letter to NJDEP; Finalize letter to W. Howitz. | .40 | TS |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

**A PROFESSIONAL CORPORATION**

*Litigation, Business Counseling & Environmental Law*

Invoice 153966
Page 4

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | TOTAL FOR SERVICES.......................................... $ | | 6,132.00 |

For Disbursements From 04/01/02 to 04/30/02

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| | Photocopy charges for the period billed | $ | 26.18 |
| | Postage charges for the period billed | $ | .80 |
| | Long distance telephone charges | $ | 14.20 |
| | TOTAL DISBURSEMENTS....................................... $ | | 41.18 |

### Totals for This Matter

| | | |
|---|---|---|
| Current Fees for Professional Services .................... | 6,132.00 | |
| Current Disbursements .................................... | 41.18 | |
| Total Current Services and Disbursements ............................ | | 6,173.18 |
| PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................. $ | | 6,173.18 |

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

**A PROFESSIONAL CORPORATION**

*Litigation, Business Counseling & Environmental Law*

Invoice 153966
Page 5

## Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | 2.90 | 280.00 | 812.00 |
| Spiesman | P1 | 19.00 | 280.00 | 5,320.00 |
| Timekeeper Total | | 21.90 | | 6,132.00 |

Total Invoice  $    6,173.18

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.                                              June 11, 2002
Julien A. Hecht, Esq.                                  Invoice 156275
DAP, Inc.                          **FILE COPY**        Page 1
2400 Boston St., Suite 2000                            Matter 01729.32896
Baltimore, MD 21224                                    Edward A. Hogan


Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

                  For Services From 05/01/02 to 05/31/02

| DATE | SERVICES | HOURS | TKPR |
|---|---|---|---|
| 05/01/02 | Examine letter to New Jersey Department of Environmental Protection regarding agreement | .10 | EAH |
| 05/01/02 | Finalize letter to W. Howitz; Telephone call to W. Howitz; Review e-mail message from R. Lehr. | .40 | TS |
| 05/02/02 | Telephone conversation with R. Lehr regarding draft Remediation Agreement; | .60 | TS |
| 05/06/02 | Discuss strategy with Tom Spiesman | .10 | EAH |
| 05/06/02 | Confer with E. Hogan regarding status. | .10 | TS |
| 05/07/02 | Telephone call to T. Layre; Telephone conversation with T. Layre regarding status of NJDEP review; | .30 | TS |
| 05/08/02 | Telephone conversation with C. Brush regarding status of matter; | .10 | TS |
| 05/09/02 | Examine correspondence with client | .10 | EAH |
| 05/09/02 | Review e-mail from T. Layre regarding status of NJDEP review of draft Remediation Agreement; Prepare and transmit status e-mail to J. Hecht; Telephone conversation with G. Port regarding status of NJDEP review. | .50 | TS |
| 05/13/02 | Telephone conversation with T. Layre regarding draft Remediation Agreement. | .20 | TS |
| 05/14/02 | Review e-mail from J. Hecht regarding bankruptcy assignment language; Telephone conversation with J. Hecht and C. Brush. | .30 | TS |

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 156275
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 05/15/02 | Telephone conversation with T. Layre regarding draft Remediation Agreement; Telephone call to J. Hecht; Telephone conversation with J. Hecht | 1.70 | TS |
| 05/16/02 | Prepare e-mail memorandum to G. Port regarding status of matter; Telephone conversation with G. Port regarding same; | .60 | TS |
| 05/18/02 | Examine revised draft agreement with DEP | .30 | EAH |
| 05/20/02 | Telephone call with R. Lehr. | .20 | TS |
| 05/24/02 | Telephone conversation with J. Hecht regarding draft Remediation Agreement; Telephone conference with J. Hecht and J. Lawniczak regarding bankruptcy assignment issues; Telephone call to T. Layre. | .70 | TS |
| 05/29/02 | Telephone call to T. Layre; | .10 | TS |
| 05/30/02 | Review and respond to e-mail from T. Layre; Telephone conversation with C. Brush; prepare e-mail message in response to message from G. Port. | .40 | TS |
| 05/31/02 | Telephone conversation with J. Hecht and C. Brush regarding finalization of Remediation Agreement and mechanism/timing for reimbursement; | .20 | TS |

TOTAL FOR SERVICES......................................... $    1,960.00

For Disbursements From 05/02/02 to 05/31/02

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| | Photocopy charges for the period billed | $ | 7.48 |
| | Postage charges for the period billed | $ | 1.60 |
| | Long distance telephone charges | $ | 2.10 |
| | Outgoing telecopy charges for the period billed | $ | 25.50 |
| | TOTAL DISBURSEMENTS........................................ | $ | 36.68 |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

**A PROFESSIONAL CORPORATION**
*Litigation, Business Counseling & Environmental Law*

Invoice 156275
Page 3

## Totals for This Matter

Current Fees for Professional Services ......................     1,960.00

Current Disbursements ......................................        36.68

Total Current Services and Disbursements .............................     1,996.68

PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $     1,996.68

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

**A PROFESSIONAL CORPORATION**

*Litigation, Business Counseling & Environmental Law*

Invoice 156275
Page 4

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | .60 | 280.00 | 168.00 |
| Spiesman | P1 | 6.40 | 280.00 | 1,792.00 |
| Timekeeper Total | | 7.00 | | 1,960.00 |

Total Invoice   $   1,996.68

## To ensure proper credit, please include invoice number on your check.

## Thank you.

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.                                          July 16, 2002
Julien A. Hecht, Esq.                              Invoice 158744
DAP, Inc.                                          Page 1
2400 Boston St., Suite 2000      **FILE COPY**     Matter 01729.32896
Baltimore, MD 21224                                Edward A. Hogan


Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

                  For Services From 06/01/02 to 06/30/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 06/04/02 | Review e-mail memorandum from C. Brush regarding consultant/contractor selection; Telephone call to T. Layre; Telephone conversation with G. Port regarding status. | .60 | TS |
| 06/06/02 | Telephone conversation with T. Layre regarding revision of Remediation Agreement; Review revised document; Follow up with T. Layre regarding same; Review draft letter prepared by C. Brush inviting contractors to prepare bids for remedial work; Edit same and return to C. Brush with e-mail memorandum. | 1.80 | TS |
| 06/10/02 | Review e-mails from C. Brush regarding selection of consultants; | .40 | TS |
| 06/11/02 | Review letter from T. Layre and final Remediation Agreement; Review finals of invitation letters to consultants requesting information on professional services; Prepare letter to J. Hecht enclosing Remediation Agreement for execution; | .70 | TS |
| 06/12/02 | Examine remediation agreement; supervise Thomas Spiesman regarding same; examine letter to client regarding same | .90 | EAH |
| 06/17/02 | Examine letter to Port | .10** | EAH |
| 06/17/02 | Telephone conversation with G. Port regarding status of site activities and finalization of Remediation Agreement; Prepare transmittal note to G. Port. | .40 | TS |
| 06/19/02 | Telephone conversation with J. Hecht regarding | .30 | TS |

   *NOT PREVIOUSLY BILLED
  **NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 158744
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | execution of Remediation Agreement and applicable time-line dates; | | |
| 06/20/02 | Examine client letter | .10** | EAH |
| 06/20/02 | Examine letter to New Jersey Department of Environmental Protection | .10** | EAH |
| 06/20/02 | Review fully executed remediation agreements; Prepare transmittal to NJDEP; | .60 | TS |
| 06/24/02 | Prepare letter to J. Hecht regarding Remediation Agreement time periods; | .40 | TS |
| 06/26/02 | Examine letter to client | .10** | EAH |
| 06/28/02 | Telephone conversation with C. Brush regarding site meeting with consultants; | .60 | TS |

TOTAL FOR SERVICES........................................ $    1,876.00

For Disbursements From 06/01/02 to 06/30/02

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 06/28/02 | Xpedite Systems,Inc.<br>Faxes | $ | 66.52 |
| | Photocopy charges for the period billed | $ | 20.57 |
| | Postage charges for the period billed | $ | 3.20 |
| | Long distance telephone charges | $ | 3.40 |
| | Outgoing telecopy charges for the period billed | $ | 3.00 |

TOTAL DISBURSEMENTS...................................... $    96.69

### Totals for This Matter

Current Fees for Professional Services ....................    1,876.00

Current Disbursements ....................................    96.69

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 158744
Page 3

Total Current Services and Disbursements ..............................    1,972.69

PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $    1,972.69

\*NOT PREVIOUSLY BILLED
\*\*NO CHARGES ARE BEING MADE FOR THIS SERVICE



# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 158744
Page 4

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | .40 | | |
| Hogan | P1 | .90 | 280.00 | 252.00 |
| Spiesman | P1 | 5.80 | 280.00 | 1,624.00 |
| Timekeeper Total | | 7.10 | | 1,876.00 |

Total Invoice    $    1,972.69

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997

(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

**FILE COPY**

August 8, 2002
Invoice 159932
Page 1
Matter 01729.32896
Edward A. Hogan

Our Matter      01729.32896
                DAP, Inc.-W.R. Grace

For Services From 07/01/02 to 07/31/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 07/01/02 | Examine consultant's letter | .20 | EAH |
| 07/01/02 | Review C. Brush report regarding consultant selection and approach to remediation; | .30 | TS |
| 07/10/02 | Telephone conversation with J. Hecht regarding status of site remediation project and documentation and procedure to get NJDEP reimbursement; Telephone conversation with C. Brush regarding case procedure and strategy; | .90 | TS |
| 07/14/02 | Review C. Brush summary/comparison/evaluation of consultants. | .20 | TS |
| 07/17/02 | Review draft letter to R. Burgos | .30 | TS |
| 07/18/02 | Revise draft letter to R. Burgos; | 1.40 | TS |
| 07/19/02 | Review e-mail from C. Brush and final revised letter to R. Burgos. | .20 | TS |
| 07/19/02 | Telephone conversation with J. Hecht regarding status of matter. | .10** | TS |

TOTAL FOR SERVICES........................................ $      980.00

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 159932
Page 2

### For Disbursements From 07/02/02 to 07/31/02

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 07/11/02 | Federal Express Trenton, NJ 6/20/02 | $ | 9.13 |
| | Long distance telephone charges | $ | 5.80 |
| | TOTAL DISBURSEMENTS....................................... $ | | 14.93 |

### Totals for This Matter

| | | |
|---|---|---|
| Current Fees for Professional Services ..................... | 980.00 | |
| Current Disbursements ..................................... | 14.93 | |
| | ------------ | |
| Total Current Services and Disbursements ............................... | | 994.93 |
| PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $ | | 994.93 |

\*NOT PREVIOUSLY BILLED
\*\*NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

**A PROFESSIONAL CORPORATION**

*Litigation, Business Counseling & Environmental Law*

Invoice 159932
Page 3

## Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Hogan | P1 | .20 | 280.00 | 56.00 |
| Spiesman | P1 | .10 | | |
| Spiesman | P1 | 3.30 | 280.00 | 924.00 |
| Timekeeper Total | | 3.60 | | 980.00 |

| | | | | |
|---|---|---|---|---|
| | Total Invoice | $ | 994.93 | |

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

**FILE COPY**

September 10, 2002
Invoice 161853
Page 1
Matter 01729.32896
Thomas Spiesman

Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

For Services From 08/01/02 to 08/31/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 08/01/02 | Telephone conversation with C. Brush regarding status of project. | .20 | TS |
| 08/13/02 | Review Leader Professional Services, Inc., July, 2002 monthly status report; Telephone call to T. Layre; Telephone conversation with T. Layre regarding reimbursement protocol; Telephone conversation with D. Hall regarding same. | 1.20 | TS |
| 08/18/02 | Prepare memorandum regarding remediation disbursement process. | .80 | TS |
| 08/19/02 | Forward draft memorandum to D. Hall. | .10 | TS |
| 08/20/02 | Review transmittal of monthly status report to M. Pinto. | .10 | TS |
| 08/22/02 | Telephone call to D. Hall; Telephone conversation with D. Hall regarding draft memorandum and reimbursement issues. | .60 | TS |
| 08/23/02 | E-mail to J. Hecht regarding reimbursement of project expenses. | .10 | TS |

TOTAL FOR SERVICES......................................... $        868.00

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 161853
Page 2

### For Disbursements From 08/02/02 to 08/31/02

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| | Long distance telephone charges | $ | 2.90 |
| | TOTAL DISBURSEMENTS...................................... $ | | 2.90 |

### Totals for This Matter

| | | |
|---|---|---|
| Current Fees for Professional Services ..................... | 868.00 | |
| Current Disbursements ..................................... | 2.90 | |
| | ----------- | |
| Total Current Services and Disbursements ............................. | | 870.90 |
| | | ---------- |
| PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $ | | 870.90 |

\*NOT PREVIOUSLY BILLED

**PORZIO, BROMBERG & NEWMAN**
A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 161853
Page 3

## Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Spiesman | P1 | 3.10 | 280.00 | 868.00 |
| Timekeeper Total | | 3.10 | | 868.00 |

Total Invoice   $   870.90

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

October 7, 2002
Invoice 163992
Page 1
Matter 01729.32896
Thomas Spiesman

## FILE COPY

Our Matter    01729.32896
DAP, Inc.-W.R. Grace

For Services From 09/01/02 to 09/30/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 09/13/02 | Follow up with C. Brush. | .10 | TS |
| 09/17/02 | Review August, 2002 Monthly Report; Telephone conversation with C. Brush regarding same and status. | .50 | TS |
| 09/27/02 | Review memorandum from D. Hall and draft Remedial Action Workplan extension request; Revise/edit draft letter to R. Burgos. | .40 | TS |
| 09/30/02 | Review case manager response to extension request. | .10 | TS |

TOTAL FOR SERVICES........................................ $    308.00

For Disbursements From 09/01/02 to 09/30/02

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| 09/23/02 | Federal Express 06/11/02 Baltimore MD | $ | 9.13 |
|  | Long distance telephone charges | $ | .60 |

TOTAL DISBURSEMENTS........................................ $    9.73

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 163992
Page 2

### Totals for This Matter

Current Fees for Professional Services ....................    308.00

Current Disbursements .....................................      9.73

Total Current Services and Disbursements ............................    317.73

PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $    317.73

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 163992
Page 3

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Spiesman | P1 | 1.10 | 280.00 | 308.00 |
| Timekeeper Total | | 1.10 | | 308.00 |

Total Invoice  $  317.73

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997

(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.                                                  November 6, 2002
Julien A. Hecht, Esq.                                      Invoice 165996
DAP, Inc.                    **FILE COPY**                 Page 1
2400 Boston St., Suite 2000                               Matter 01729.32896
Baltimore, MD 21224                                        Thomas Spiesman

Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

                  For Services From 10/01/02 to 10/31/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 10/01/02 | E-mail to D. Hall regarding Case Manager and Case Supervisor; | .10 | TS |
| 10/04/02 | Review quarterly status update prepared for NJDEP; Edit same and return to D. Hall with transmittal message. | .70 | TS |
| 10/15/02 | Review final of July-September Progress Report. | .10 | TS |

TOTAL FOR SERVICES........................................ $      252.00

For Disbursements From 10/01/02 to 10/31/02

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| | Photocopy charges for the period billed | $ | 1.87 |
| | Long distance telephone charges | $ | .30 |
| | Outgoing telecopy charges for the period billed | $ | 6.00 |

TOTAL DISBURSEMENTS....................................... $      8.17

### Totals for This Matter

Current Fees for Professional Services .....................      252.00

Current Disbursements ......................................      8.17

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 165996
Page 2

```
                                          -----------
Total Current Services and Disbursements ..............................   260.17
                                                                         ----------
PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $   260.17
```

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Spiesman | P1 | .90 | 280.00 | 252.00 |
| Timekeeper Total | | .90 | | 252.00 |

Total Invoice    $    260.17

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.                 **FILE COPY**
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

December 10, 2002
Invoice 168080
Page 1
Matter 01729.32896
Thomas Spiesman

Our Matter         01729.32896
DAP, Inc.-W.R. Grace

For Services From 11/01/02 to 11/30/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 11/13/02 | Telephone calls to C. Brush and D. Hall; Telephone conversation with D. Hall regarding status of operation, request for continued operation of temporary operating system, installation of additional wells and meeting with Arcadis regarding same; Review draft letter to B. Moore. | .70 | TS |
| 11/14/02 | Finalize edits of draft letter to NJDEP; Follow up with D. Hall via e-mail communications. | .40 | TS |
| 11/19/02 | Review final of letter to B. Moore requesting extension of temporary SVE permit; Review October monthly status report. | .40 | TS |
| 11/26/02 | Review letter from J. Hecht regarding account. | .10** | TS |
| 11/27/02 | Review inquiry from D. Hall regarding carbon disposal; Confer with associate regarding same. | .20 | TS |
| 11/27/02 | Confer with TSpiesman regarding issue concerning proper disposal of air filtration canister; review EPA web site; telephone conference with RCRA hotline; | .90 | JAO |
| 11/29/02 | Confer with J. Orlowski regarding issues involved in waste classification for spent carbon disposal; Review memorandum regarding same. | .30 | TS |
| 11/29/02 | Examine hazardous waste regulations and secondary literature; prepare interoffice memorandum to T. Spiesman regarding same; confer with T. Spiesman regarding same. | 3.20** | JAO |

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 168080
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | TOTAL FOR SERVICES........................................ $ | | 731.00 |

For Disbursements From 11/01/02 to 11/30/02

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| | Photocopy charges for the period billed | $ | .34 |
| | TOTAL DISBURSEMENTS..................................... $ | | .34 |

### Totals for This Matter

Current Fees for Professional Services ....................     731.00

Current Disbursements ....................................       .34

-------------

Total Current Services and Disbursements ............................     731.34

-------------

PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................. $     731.34

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 168080
Page 3

## Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|------------|-------|-------|---------|---------|
| Spiesman | P1 | .10 | | |
| Spiesman | P1 | 2.00 | 280.00 | 560.00 |
| Orlowski | A2 | 3.20 | | |
| Orlowski | A2 | .90 | 190.00 | 171.00 |
| Timekeeper Total | | 6.20 | | 731.00 |

Total Invoice   $   731.34

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997

(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.
Julien A. Hecht, Esq.
DAP, Inc.
2400 Boston St., Suite 2000
Baltimore, MD 21224

January 7, 2003
Invoice 169515
Page 1
Matter 01729.32896
Thomas Spiesman

Our Matter      01729.32896
                DAP, Inc.-W.R. Grace

For Services From 12/01/02 to 12/31/02

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 12/02/02 | Review memorandum regarding disposal of toluene-laced carbon filters relating to SVE operations; confer with associate regarding same; provide e-mail memorandum to D. Hall. | .30 | TS |
| 12/02/02 | Follow up with TSpiesman regarding research and memorandum. | .10 | JAO |
| 12/03/02 | Confer with J. Orlowski regarding SVE filter site issues; follow up with D. Hall regarding carbon disposal. | .10 | TS |
| 12/03/02 | Prepare e-mail to consultant regarding SVE filter waste. Examined e-mail from an consultant regarding spent vapor phase carbon filters; interoffice conference with TSpiesman regarding same. | .30 | JAO |
| 12/12/02 | Review draft November status report and budget information; | .60 | TS |
| 12/18/02 | Telephone call to C. Brush. | .10** | TS |
| 12/20/02 | Review Cooperation Agreement and NJDEP Remediation Agreement provisions regarding reimbursement; Telephone conversation with C. Brush regarding status of matter and strategy for continued remediation. | .50 | TS |

TOTAL FOR SERVICES....................................... $     496.00

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 169515
Page 2

### Totals for This Matter

Current Fees for Professional Services .....................        496.00

Total Current Services and Disbursements .............................        496.00

PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $        496.00

\*NOT PREVIOUSLY BILLED
\*\*NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 169515
Page 3

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Spiesman | P1 | .10 | | |
| Spiesman | P1 | 1.50 | 280.00 | 420.00 |
| Orlowski | A2 | .40 | 190.00 | 76.00 |
| Timekeeper Total | | 2.00 | | 496.00 |

Total Invoice    $    496.00

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

\*NOT PREVIOUSLY BILLED
\*\*NO CHARGES ARE BEING MADE FOR THIS SERVICE

MAR. 18. 2003  8:02AM    PORZIO BROMBERG & NEWMAN                          NO. 485   P. 3

# PORZIO, BROMBERG & NEWMAN

### A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997
(973) 538-4006    Fed I.D. No. 22-2005150

DAP, Inc.                                                    February 12, 2003
Julien A. Hecht, Esq.                                        Invoice 172118
DAP, Inc.                                                    Page 1
2400 Boston St., Suite 2000                                  Matter 01729.32896
Baltimore, MD 21224          FILE COPY                       Thomas Spiesman

Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

                  For Services From 01/01/03 to 01/31/03

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 01/08/03 | Telephone conversations with J. Hecht regarding W.R. Grace bankruptcy and allocation of legal fees; Review invoices for time charges relating to W.R. Grace post April 2, 2001 bankruptcy filing; Prepare letter to J. Hecht regarding same. | 1.00** | TS |
| 01/09/03 | Review e-mail from D. Hall regarding cost reimbursement from W.R. Grace remediation funding source at NJDEP | .10 | TS |
| 01/10/03 | Review Remediation Agreement provisions regarding reimbursement; Telephone call to T. Layre regarding same; | .30 | TS |
| 01/13/03 | Communication with D. Hall regarding cost reimbursement pursuant to Remediation Agreement. | .10 | TS |
| 01/14/03 | Review communication between Leader Environmental and Atofina; Review December, 2002 Monthly Remediation Project Progress Report; Review Remediation Agreement provisions regarding reimbursement; Prepare memorandum to D. Hall regarding procedure for reimbursement of project expenses; | .80 | TS |
| 01/20/03 | Review final of December Progress report and expense summary. | .20 | TS |
| 01/21/03 | Review draft request for reimbursement. | .70 | TS |
| 01/22/03 | Revise draft request for reimbursement; | .80 | TS |
| 01/23/03 | Review transmittal of reimbursement package to J. Hecht and revised letter to B. Moore; Telephone | .30 | TS |

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN
A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 172118
Page 2

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| | conversation with J. Hecht regarding same. | | |
| 01/24/03 | Review revised request for reimbursement with added discussion regarding remaining project costs; Initial review of draft Remedial Action Workplan. | .90 | TS |
| 01/27/03 | Review communications from D. Hall; Confer with R. Steinvurzel regarding draft Remedial Action Workplan Addendum. | .10 | TS |
| 01/27/03 | Conferred with TSpiesman regarding draft Arcadis report. | .10 | RES |
| 01/30/03 | Confer with R. Steinvurzel regarding review of draft Arcadis Remedial Action Workplan Addendum; | 1.40 | TS |
| 01/30/03 | Reviewed and commented on draft Arcadis report. Conferred with TSpiesman regarding same. | 2.10 | RES |
| 01/31/03 | Prepare letter to D. Hall regarding draft Remedial Action Workplan Addendum comments; | .30 | TS |

TOTAL FOR SERVICES............................................ $    2,229.00

For Disbursements From 01/01/03 to 01/31/03

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|--|-------|
| 01/28/03 | Federal Express Baltimore, MD 1/8/03 | $ | 11.35 |
| | Photocopy charges for the period billed | $ | 17.50 |
| | Long distance telephone charges | $ | 2.50 |
| | Outgoing telecopy charges for the period billed | $ | 54.00 |

TOTAL DISBURSEMENTS......................................... $    85.35

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN
### A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 172118
Page 3

## Totals for This Matter

Current Fees for Professional Services .....................   2,229.00

Current Disbursements ......................................     85.35

  Total Current Services and Disbursements .............................   2,314.35

  PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $   2,314.35

*NOT PREVIOUSLY BILLED
**NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN
A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 172118
Page 4

### Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|------------|-------|-------|---------|---------|
| Spiesman | P1 | 1.00 | 300.00 | 1,800.00 |
| Spiesman | P1 | 6.00 | 300.00 | |
| Steinvurzel | A2 | 2.20 | 195.00 | 429.00 |
| Timekeeper Total | | 9.20 | | 2,229.00 |

Total Invoice   $   2,314.35

**To ensure proper credit, please include invoice number on your check.**

**Thank you.**

\*NOT PREVIOUSLY BILLED
\*\*NO CHARGES ARE BEING MADE FOR THIS SERVICE

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

100 Southgate Parkway, Morristown, N.J. 07962-1997

(973) 538-4006   Fed I.D. No. 22-2005150

DAP, Inc.                                                    March 11, 2003
Julien A. Hecht, Esq.                                        Invoice 173615
DAP, Inc.                                                    Page 1
2400 Boston St., Suite 2000                                  Matter 01729.32896
Baltimore, MD 21224                                          Thomas Spiesman

## FILE COPY

Our Matter        01729.32896
                  DAP, Inc.-W.R. Grace

For Services From 02/01/03 to 02/28/03

| DATE | SERVICES | HOURS | TKPR |
|------|----------|-------|------|
| 02/04/03 | Review final draft and transmittal of 10/02 - 12/02 Progress Report; Follow up with D. Hall regarding comments to draft RAWP Addendum. | .20 | TS |
| 02/07/03 | Review final transmittal of Remediation Agreement reimbursement request to NJDEP. | .10 | TS |
| 02/19/03 | Review January 2003 Progress Report. | .20 | TS |
| 02/21/03 | Review Arcadis letter to NJDEP Case Manager Bryan Moore and final version of Remedial Action Workplan Addendum. | .10 | TS |

TOTAL FOR SERVICES............................................ $     180.00

For Disbursements From 02/01/03 to 02/28/03

| DATE | DISBURSEMENTS | | VALUE |
|------|---------------|---|-------|
| | Photocopy charges for the period billed | $ | .20 |
| | TOTAL DISBURSEMENTS.......................................... $ | | .20 |

*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN
A PROFESSIONAL CORPORATION
*Litigation, Business Counseling & Environmental Law*

Invoice 173615
Page 2

## Totals for This Matter

| | |
|---|---|
| Current Fees for Professional Services ..................... | 180.00 |
| Current Disbursements ..................................... | .20 |
| Total Current Services and Disbursements ............................... | 180.20 |
| PLEASE REMIT TOTAL DUE FOR THIS INVOICE ............................... $ | 180.20 |

\*NOT PREVIOUSLY BILLED

# PORZIO, BROMBERG & NEWMAN

A PROFESSIONAL CORPORATION

*Litigation, Business Counseling & Environmental Law*

Invoice 173615
Page 3

## Fee Summary

| Timekeeper | Class | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| Spiesman | P1 | .60 | 300.00 | 180.00 |
| Timekeeper Total | | .60 | | 180.00 |

Total Invoice   $   180.20

To ensure proper credit, please include invoice number on your check.

Thank you.

*NOT PREVIOUSLY BILLED

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 5527 and |
| | | 2/28/05 Agenda Item 10 |

### SIXTH CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS

1.    On May 5, 2004, the Debtors filed their Fifth Omnibus Objection[2] to Claims (the "Fifth Omnibus Objection") [Docket No. 5527]. The deadline to respond to the Fifth Omnibus Objection was June 4, 2004.

2.    On July 19, 2004, the Court entered the Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims [Docket No. 6007].

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]  Capitalized terms used but not defined herein are as defined in the Debtors' Fifth Omnibus Objection.

3.    On August 23, 2004, the Court entered the Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6264].

4.    On September 30, 2004, the Court entered the Second Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6506].

5.    On October 25, 2004, the Court entered the Third Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6739].

6.    On November 15, 2004, the Court entered the Fourth Continuation Order Granting the Relief Sought in the Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6960].

7.    On December 20, 2004, the Court entered the Fifth Continuation Order Granting the Relief Sought in the Debtors Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 7400].

NOW, THEREFORE, upon consideration of the Debtors' Fifth Omnibus Objection seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Objection to each Claim listed on <u>Exhibit A</u> to this Order is continued to the March 21, 2005 omnibus hearing; and it is further

ORDERED that the Objection to each Claim listed on Exhibit B to this Order is continued to the April 25, 2005 omnibus hearing; and it is further

ORDERED that the Objection to the Claim listed on Exhibit C, Claim #12990 filed by DAP Inc., is withdrawn without prejudice and the Debtors retain the right to Object to Claim #12990 on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that the Claim listed on Exhibit D, Claim #14396 filed by New England Construction Company, is allowed as a general unsecured claim in the amount of $7,000 pursuant to a Stipulation Resolving Claim of New England Construction Company; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any Claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: ~~February~~ March 15, 2005

Judith K. Fitzgerald

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# Exhibit C

Hearing Date: Monday, February 28, 2005

## In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT C - WITHDRAWN

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1  DAP PRODUCTS INC DBA DAP INC<br>FINANCE DEPT<br>2400 BOSTON ST #200<br>BALTIMORE MD 21224 | 01-01139<br>W.R. GRACE & CO. | 12950 | $423,788.91 | (U) | NO LIABILITY<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

Page 1 of 1

**(A) - Administrative<br>(P) - Priority

(S) - Secured<br>(U) - Unsecured

2/24/2005 9:31:57 AM