IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**Re: Docket Nos.: 18305, 18365 and 18420**

## THIRD AMENDED NOTICE OF AGENDA OF MATTERS FOR PERSONAL INJURY ESTIMATION TRIAL FOR MARCH AND APRIL 2008
### APRIL TRIAL DATES: 4/1/08, 4/7/08, 4/8/08, 4/9/08, 4/14/08, 4/15/08 AND 4/16/08. ALL TRIAL DATES SHALL COMMENCE AT 9:00 A.M. IN PITTSBURGH, PENNSYLVANIA

### PARTIES WISHING TO PARTICIPATE TELEPHONICALLY (I) MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON 2 BUSINESS DAYS PRIOR TO THE TRIAL AND (II) MAKE SEPARATE ARRANGEMENTS FOR EACH DAY OF THE TRIAL AND OTHERWISE COMPLY WITH THE NOTICE AT DOCKET NO. 18268

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**DAUBERT MOTIONS AND MOTIONS IN LIMINE UNDER ADVISEMENT**

1.    Grace's Motion to Exclude Expert Opinions in Connection with the Estimation of Its Current and Future Asbestos Personal-Injury Liabilities [Filed: 12/8/07) (Docket No. 17585)

2.    The Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence *(Complete Omnibus Motion with Exhibits 1 through 33)* [FILED UNDER SEAL] [Filed: 12/8/07] (Docket No. 17581)

3.    Motion of Future Claimants' Representative to Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S.J. Lees and Dr. Richard J. Lee Pursuant to Rules 702, 703 and 403 of the Federal Rules of Evidence and Exhibits Thereto *(Complete Motion with Exhibits A through T)* [FILED UNDER SEAL] [Filed: 12/8/07] (Docket No. 17584)

4.    W. R. Grace Motion in Limine and/or to Strike Expert Reports Offered Into Evidence by PI Committee and Future Claimants' Representative [Filed: 1/7/08] (Docket No. 17776)

Status: All Daubert Motions, Motions in Limine and related responses are under advisement.


**PI ESTIMATION WITNESS LISTS**

5.    PI Estimation Witness Lists

      Deadline to File Original Witness Lists:  December 21, 2007

      a.    Debtors' Witness Disclosure [Filed: 12/21/07] (Docket No. 17689)

      b.    Official Committee of Asbestos Personal Injury Claimants List of the Witnesses That It Intends to Call at the Hearing for the Estimation of Asbestos Personal Injury Liabilities [Filed: 12/21/07] (Docket No. 17692)

      c.    Future Claimants' Representative's Disclosure of Witnesses He May Call at the Asbestos Personal Injury Estimation Hearing [Filed: 12/21/07] (Docket No. 17699)

      Deadline to Identify January Witnesses:  January 4, 2008

      a.    Notice of Debtors' Order of Witnesses [Filed: 1/4/08] (Docket No. 17767)

      b.    The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representative's Statement Concerning Witness Order for the January 2008 Portion of the Estimation Hearing [Filed: 1/4/08] (Docket No. 17763)

      c.    Updated Notice of Debtors' Order of Witnesses [Filed: 1/11/08] (Docket No. 17816)

      Deadline to Identify March Witnesses: March 14, 2008

      a.    Updated Notice of Debtors' Order of Witnesses [Filed: 3/14/08] (Docket No. 18300)

b.    The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representative's Statement Concerning Witness Order for the March and April Portions of the Estimation Hearing [Filed: 3/14/08] (Docket No. 18304)

Deadline to Identify April Witnesses: **March 28, 2008**

a.    The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representative's Statement Concerning Witness Order for the April and May Portions of the Estimation Hearing [Filed: 3/28/08] (Docket No. 18407)

**b.    Updated Notice of Debtors' Order of Witnesses [Filed: 3/28/08] (Docket No. 18422)**

Status: This matter will go forward.

## PI ESTIMATION EXHIBIT LISTS

6.    PI Estimation Trial Exhibit Lists

Deadline to File Trial Exhibit Lists:  December 21, 2007

a.    Notice of Debtors' Exhibit List [Filed: 12/21/07] (Docket No. 17690)

b.    The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representatives' Exhibit List for the Estimation Hearing [Filed: 12/21/07] (Docket No. 17693)

c.    Notice of Debtors' Amended Exhibit List [Filed: 1/4/08] (Docket No. 17768)

d.    The Official Committee of Asbestos Personal Injury Claimants' and Future Claimants' Representative's Objections and Stipulations to W. R. Grace & Co.'s Trial Exhibits [Filed: 2/14/08] (Docket No. 18045)

e.    Notice of Debtors' Substantive Objections to ACC/FCR Trial Exhibits [Filed: 2/14/08] (Docket No. 18046)

Deadline to File Authenticity Objections: January 4, 2008

a.    The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representative's Authenticity Objections and Stipulations Concerning Exhibits Identified By W. R. Grace & Company in its Exhibit List for the Estimation Hearing [Filed: 1/4/08] (Docket No. 17765)

b.    Notice of Debtors' Authenticity Objections and Stipulation to the Admissibility of Certain Exhibits [Filed: 1/4/08] (Docket No. 17769)

Status: This matter will go forward.

**PI ESTIMATION TRIAL**

7.    Trial Resumes

Additional Motions in Limine:

A.    Motion in Limine of the Official Committee of Asbestos Personal Injury
Claimants and Future Claimants' Representative Relating to Settlement
Information Subject to the Debtors' Rule 408 Argument [Filed: 3/14/08]
(Docket No. 18306)

**Status: This matter is under the advisement of the Court.**

B.    Debtors' Motion in Limine to Exclude the Expert Testimony of Stephen M.
Snyder [Filed: 3/14/08] (Docket No. 18307)

**Status: This matter is under the advisement of the Court.**

C.    Debtors' Motion in Limine to Exclude Testimony From Claimants' Witness Peter
Kraus [Filed: 3/17/08] (Docket No. 18309)

**Status: This matter is under the advisement of the Court.**

D.    **Debtors' Motion in Limine to Exclude Evidence Concerning Grace's
Insurance Coverage [FILED UNDER SEAL] [Filed: 3/28/08] (Docket No.
18423)**

**Related Documents:**

a.    **[Proposed] Order Excluding Evidence Concerning Grace's Insurance
Coverage [FILED UNDER SEAL] [Filed: 3/28/08] (Docket No. 18423)**

**Response Deadline: April 4, 2008 at 12:00 p.m., extended to April 5, 2008 at
12:00 noon.**

**Responses Received: None as of the date of this Notice of Agenda.**

**Status: This matter will go forward.**

E.    **Debtors' Motion in Limine to Exclude the Expert Testimony of Marshall S.
Shapo [FILED UNDER SEAL] [Filed: 3/29/08] (Docket No. 18424)**

**Related Documents:**

a.    **[Proposed] Order Excluding the Expert Testimony of Marshall S.
Shapo [FILED UNDER SEAL] [FILED: 3/29/08] (Docket No. 18424)**

**Response Deadline: April 4, 2008 at 12:00 p.m.**

**Responses Received:**

a.    **Future Claimants' Representative's Opposition to Debtors' Motion in
Limine to Exclude the Expert Testimony of Marshall S. Shapo
[Filed: 4/4/08] (Docket No. 18447)**

    b.    **Joinder of the Official Committee of Asbestos Personal Injury Claimants to the Future Claimants' Representative's Opposition to Debtors' Motion in Limine to Exclude the Expert Testimony of Marshall S. Shapo [Filed: 4/4/08] (Docket No. 18449)**

**Status: This matter will go forward.**

Status: This matter will go forward.

Dated: April 4, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

-and–

PACHULSKI STANG ZIEHL & JONES LLP

_James E. O'Neill_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors
in Possession