IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection Date: April 28, 2008 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-NINTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $7,600.00 |
| 80% of fees to be paid: | $6,080.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 349.50 |
| Total Fees @ 80% and 100% Expenses: | $6,429.50 |

This is an: ___ interim    X    monthly    ___ final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

### COMPENSATION SUMMARY
### JANUARY 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 15.20 | $7,600.00 |
| Grand Total: | | | 15.20 | $7,600.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:      $ 7,600.00
Total Hours:         15.20
Blended Rate:    $   500.00

### COMPENSATION BY PROJECT CATEGORY
### JANUARY 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 13.20 | $6,600.00 |
| Non-Working Travel (billed at half) | 2.00 | $1,000.00 |
| TOTAL | 15.20 | $7,600.00 |

### EXPENSE SUMMARY
### JANUARY 2008

| Expense Category | Total |
|---|---|
| Airfare | $349.50 |
| TOTAL | $349.50 |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: February 11, 2008

2