## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JANUARY 2008

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| January 9 | Telephone conference Frankel (.3) and Rice (.4) re settlement negotiations | 0.70 | $500 | $ 350.00 |
| January 10 | Meeting re litigation strategy at Orrick and Grace environmental issues (3.2); meeting with Westbrook re ZAI (1.3) | 4.50 | $500 | $ 2,250.00 |
| January 13 | Strategy meeting with attorneys. | 2.00 | $500 | $ 1,000.00 |
| January 14 | Attendance at opening of estimation hearing (5.5) | 5.50 | $500 | $ 2,750.00 |
| January 18 | Telephone conference with Inselbuch and Rice re settlement (.3); e-mail to Frankel re same (.2) | 0.50 | $500 | $ 250.00 |
| | SUBTOTAL | 13.20 | | $ 6,600.00 |
| *Non-Working Travel* | | | | |
| January 13 | Travel from Washington, D.C. to Pittsburgh (2 hours billed as 1) | 1.00 | $500 | $ 500.00 |
| January 13 | Travel from Pittsburgh to Washington, D.C. (2 hours billed as 1) | 1.00 | $500 | $ 500.00 |
| | SUBTOTAL | 2.00 | | $ 1,000.00 |
| | **TOTAL** | 15.20 | | $7,600.00 |