## EXHIBIT B

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JANUARY 2008

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|---|---|---|
| January 13 | $349.50 | Airfare |
| **TOTAL** | **$349.50** | |