# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: April __, 2008 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO FORTIETH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | February 1, 2008 through February 29, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $10,700.00 |
| 80% of fees to be paid: | $ 8,560.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 782.59 |
| Total Fees @ 80% and 100% Expenses: | $ 9,342.59 |

This is an:  ___ interim   _X_ monthly   ___ final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

    The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
## FEBRUARY 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 21.40 | $10,700.00 |
| Grand Total: | | | 21.40 | $10,700.00 |
| Blended Rate: $500.00 | | | | |

                **Total Fees:**      $ 10,700.00
                **Total Hours:**         21.40
                **Blended Rate:**   $   500.00

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 19.00 | $9,500.00 |
| Non-Working Travel (billed at half) | 2.40 | $1,200.00 |
| TOTAL | 21.40 | $10,700.00 |

## EXPENSE SUMMARY
## FEBRUARY 2008

| Expense Category | Total |
|---|---|
| Hotel | $494.09 |
| Taxi | $95.00 |
| Travel | $193.50 |
| TOTAL | $782.59 |

                Respectfully submitted,

                */s/ David T. Austern*
                David T. Austern
                Claims Resolution Management Corporation
                3110 Fairview Park Drive, Suite 200
                Falls Church, VA 22042-0683
                (703) 205-0835

Dated: April 4, 2008