## EXHIBIT A

### DAVID T. AUSTERN/W.R. GRACE & CO.

### FEBRUARY 2008

### FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| *Litigation* | | | | |
| February 8 | Telephone conference with R. Frankel re meeting with J. Biggs (.50); telephone conference with R. Mullady re same (.20) | .70 | $500 | $350.00 |
| February 19 | Telephone conference R. Frankel re settlement negotiations | .60 | $500 | $300.00 |
| February 20 | Meeting with Grace representatives (5.0); telephone conference with R. Frankel re meeting (.70) | 5.70 | $500 | $2,850.00 |
| February 21 | Telephone conference with J. Biggs, R. Frankel, R. Wyron, D. Felder re mesothelioma estimations (.50); telephone conference with R. Frankel, E. Inselbuch, R. Wyron, Peterson, and J. Biggs re mesothelioma estimations (.1.0); telephone conference with J. Biggs and R. Frankel re Biggs' methodology (.50) | 2.00 | $500 | $1,000.00 |
| February 22 | Telephone conference with Grace representatives re negotiations (1.0); telephone conference with R. Frankel, R. Wyron, J. Biggs and others re estimation (.70) | 1.70 | $500 | $850.00 |
| February 23 | Telephone conference with R. Frankel, J. Radecki and R. Wyron regarding settlement dollars | .70 | $500 | $350.00 |

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| February 26 | Review of Piper Jaffray settlement materials (.20); review of Grace payment proposal and Biggs' analysis (1.10); telephone conference with J. Radecki, R. Frankel re settlement dollars (.60); telephone conference with R. Frankel re present claimants position (.20); telephone conference with all parties (.20) | 2.30 | $500 | $1,150.00 |
| February 28 | Meeting with J. Biggs and lawyers re futures projections | 1.50 | $500 | $750.00 |
| February 29 | Meeting at Caplin & Drysdale re settlement with Asbestos Claimants Committee and lawyers | 5.00 | $500 | $2,500.00 |
| | SUBTOTAL | 20.20 | | $9,500.00 |

### *Non-Working Travel*

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| February 28 | Travel to NY for meeting with J. Biggs and lawyers re futures projections (2.40 hours billed at 50% reduced rate) | 1.20 | $500 | $600.00 |
| | SUBTOTAL | 1.20 | | $600.00 |
| | **TOTAL** | **21.40** | | **$10,700.00** |