## EXHIBIT B

## DAVID T. AUSTERN/W.R. GRACE & CO.

## FEBRUARY 2008

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|---|---|---|
| February 28 | $494.09 | Hotel room in NY |
| February 28 | $47.50 | Taxi to hotel in NY |
| March 1 | $47.50 | Taxi to LaGuardia |
| March 1 | $193.50 | Return travel to Washington, DC |
| **TOTAL** | **$782.59** | |