# EXHIBIT 2



THE RESOLUTION EXPERTS

**VIA FACSIMILE ONLY**

NOTICE TO ALL COUNSEL                                      April 1, 2008
(Please see fax cover sheet)

      RE:      In re: W. R. Grace & Company, et al.
                Reference #: 1450000866

Dear Counsel:

JAMS has received a request to administer a mediation for the matter referenced above. Pursuant to this inquiry, JAMS has **tentatively** scheduled a mediation conference in the case referenced above as follows:

    DATE:      April 24, 2008 at 10:00 AM for 8 hours
                  April 25, 2008 at 10:00 AM for 8 hours

    PLACE:    JAMS
                  1717 Arch Street
                  Suite 4010
                  Philadelphia, PA 19103

    NEUTRAL:    Hon. Diane M. Welsh (Ret.)

In order to confirm the mediation, all parties must confirm the above schedule and the fee arrangement for the mediation. A fee schedule is attached for your easy reference, along with a fee agreement that needs to be signed by counsel. Please return by April 3, 2008.

Please note that JAMS requires 30 days advance notice to cancel/continue any hearings; otherwise, the canceling party will be responsible for the time reserved unless we can rebook it with another case. We will, however, make every attempt to reschedule the time with another matter. If we are successful, that portion of the hearing fees will be refunded to you.

Once confirmed by all counsel, you will receive a confirmation and an invoice.

Thank you very much for your continuing courtesy and cooperation in this matter. If I can help with anything else, please do not hesitate to contact me directly at 215-246-9494.

Sincerely,

Jean Riffe
Case Manager
rriffe@jamsadr.com
Fax# 215-246-0949

## JAMS FEE AGREEMENT & CANCELLATION POLICY
Please complete this form, sign and return by fax 215-246-0949 to Jean Riffe

Case Name: In re: W. R. Grace & Company, et al.
Ref. #: 1450000866

**1. Professional Fees**

Professional services for this matter, including but not limited to reading and other preparation time, the session time, extra session time, and any additional services or work, will be billed at the neutral's normal rate. Fees for unused scheduled time will not be refunded. <u>The professional fees for Diane M. Welsh are $550 per hour.</u>

**2. Additional Fees**

A. Case Management Fees: Each party will be charged an initial non-refundable Case Management Fee of $275. Please see attached Fee Schedule for policy on reassessment.

B. Expenses are billed at cost. Food and beverages costs incurred by the parties at the hearing will be paid by the parties upon delivery.

C. Travel: If travel is required and is not included in the neutral's rate, travel time is billed at the neutral's hourly rate. Travel expenses are billed at cost.

D. Reading and Research Fees: Parties will be billed for expected reading and research time. Unused portions of these fees are refundable.

**3. Cancellation and Rescheduling Policy**

According to the JAMS Fee Schedule, fees for hearing sessions are non-refundable if a session is cancelled or rescheduled less than 30 days before the session date, unless the neutral's time is rescheduled with another matter. Cancellation and rescheduling fees will be paid by the canceling party(ies). Case Management Fees are non-refundable.

**4. Payment**

A. The parties agree to divide the professional fees and additional fees as follows:
<u>50-50</u> and as set forth in the neutral's Fee Schedule.

B. Each party agrees to pay its share of the estimated fees and expenses to be received by JAMS at least 30 calendar days prior to the session and according to applicable deadlines. Unless it otherwise agrees, JAMS is not bound by agreements between or among the parties with respect to its fees.

C. The undersigned attorney and his/her client(s) are jointly and severally liable for the payment of their portion of the fees and expenses, as detailed above.

By the signatures below, each participant, either directly or through counsel, hereby certifies that s/he has read this entire Agreement and agrees with all matters stated herein. This Agreement may be signed in counterparts.

Signed: _____    Signed: _____
Print Name: _____    Print Name: _____
For: _____    For: _____
Dated: _____    Dated: _____



# General Fee Schedule
### Hon. Diane M. Welsh (Ret.)

## PROFESSIONAL FEES

**$550 per hour**

- For services rendered outside of Pennsylvania, rates may vary

*Weekends and holidays are subject to additional charges.*

## NON-REFUNDABLE CASE MANAGEMENT FEE

**Mediations**
One day is defined as 10 hours of professional time                                  *Fee*
1-3 days..............................................................................$275 per party, per day
Time in excess of Initial 30 hours............................................ 10% of professional fees

**Discovery, Court Reference and Contract Matters**
One day is defined as 10 hours of professional time                                  *Fee*
1-3 days..............................................................................$400 per party, per day
Time in excess of Initial 30 hours............................................10% of professional fees

**Arbitrations**
See neutral's individual arbitration fee schedule.

- Professional fees include time spent for sessions and pre- and post-sessions reading and research time.
- The Case Management Fee includes access to an exclusive nationwide panel of judges, attorneys, and other ADR experts, dedicated services Including all administration through the duration of the case, document handling, and use of JAMS conference facilities including after hours and on-site business support.
- The Case Management Fee is reassessed on cases that continue beyond originally scheduled professional time.

## CANCELLATION/CONTINUANCE POLICY
                                                *Cancellation/Continuance Period*              *Fee*
1 day or less.........................................14 days or more prior to session.........................100% REFUNDABLE, except for time incurred
2 days or more .....................................30 days or more prior to session......................100% REFUNDABLE, except for time incurred
3 days or more .....................................45 days or more prior to session.........................100% REFUNDABLE, except for time incurred
Sessions of any length .......................Inside the cancellation/continuance period............NON-REFUNDABLE

- Unused session time is non-refundable.
- Session fees are non-refundable if time scheduled (or a portion thereof) is cancelled or continued within the cancellation period unless the Mediator's time can be rescheduled with another matter. The cancellation policy exists because time reserved and later cancelled generally cannot be replaced. In all cases involving non-refundable time, the party causing the continuance or cancellation is responsible for the fees of all parties.
- A retainer for anticipated preparation and follow-up time will be billed to the parties. Any unused portion will be refunded.
- All fees are due and payable upon receipt of invoice and payment must be received in advance of session. JAMS reserves the right to cancel your session if fees are not paid by all parties by the applicable cancellation date and JAMS confirms the cancellation in writing.

JAMS agreement to render services is with the attorney, the party and/or other representatives of the party.

**Boston • Chicago • New York • Philadelphia • Washington**
www.jamsadr.com • Updated 07/01/07