## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case NO. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| DEBTORS. ) | |
| ) | |

### ORDER GRANTING EXPEDITED CONSIDERATION OF THE ZAI CLAIMANTS' MOTION FOR RELIEF FROM AUTOMATIC STAY (D.I. _____ )

And now, this _____ day of _____, 2008, this matter coming before the Court on the *Motion of the ZAI Claimants for Shortened Notice and Expedited Consideration of their Motion to Lift Stay and Return ZAI to the Tort System* (the "Motion to Shorten Notice"); the Court having reviewed the Motion to Shorten Notice and all related pleadings; the Court having determined that the legal and factual bases set forth in the Motion to Shorten Notice establish sufficient cause for relief granted herein,

IT IS HEREBY ORDERED as follows:

1. The Motion to Shorten Notice is Granted.

2. A hearing on the *Expedited Motion of the ZAI Claimants to Lift Stay and Return ZAI to the Tort System* shall be held on April 22, 2008 at 11:30 a.m.

3. Objections to the relief requested in the Lift Stay Motion shall be filed on or before April _____, 2008.

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
