**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case NO. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| DEBTORS. ) | |
| ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY (D.I. ___)**

And now, this _____ day of _____, 2008, this matter coming before the Court on the *Expedited Motion of the ZAI Claimants to Lift Stay and Return ZAI to the Tort System* (the "Motion"); the Court having reviewed the Motion, the above-captioned Debtors' response to the Motion, and all related pleadings; and having heard the statements of counsel with respect thereto at a hearing held before the Court on _____, 2008 (the "Hearing"); the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish sufficient cause for relief granted herein; and for the reasons stated by the Court on the record at that Hearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is Granted.

2. The automatic stay of 11 U.S.C. § 362 shall be, and hereby is, lifted to permit the ZAI litigation[1] to proceed to resolution in the state tort system.

 

                                                                Honorable Judith K. Fitzgerald
                                                                 United States Bankruptcy Judge

---

[1] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.