## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: April 28, 2008 at 4:00 p.m. |

### SEVENTY-EIGHTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008[1]

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Holders* |
| Date of Retention: | *As of July 18, 2001 nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | *February 1, 2008 through and including February 29, 2008* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$ 186,440.25* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$ 5,761.46* |

This is a(n):  __x__  monthly        ____    interim application

---

[1] Fee Application contains time billed for the period from January 1, 2008 through January 31, 2008.

**Prior Applications:**

|  | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $20,099.00 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – December 31, 2001 | $32,467.50 / $2,338.23 | $25,974.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $19,046.00 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $29,106.00 / $2,894.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $26,060.00 / $2,107.64 |
| May 15, 2002 (1st Quarterly) | January 1, 2002 – March 31, 2002 | $92,765.00 / $6,963.66 | $92,765.00 / $6,963.66 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $23,035.20 / $2,669.24 |
| August 5, 2002 10th Monthly | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $19,385.60 / $2,299.11 |
| September 4, 2002 11th Monthly | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $16,314.00 / $388.61 |
| September 18, 2002 (2nd Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 / $5,356.96 | $69,340.00 / $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $22,466.80 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $26,878.80 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $20,467.60 / $1,761.46 |
| November 21, 2002 (3rd Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 / $10,070.69 | $87,266.50 / $10,070.69 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $31,910.00 / $2,124.93 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $9,482.80 / $816.82 |
| February 25, 2003 | January 1, 2003 –    January 31, 2003 | $11,100.00 / $927.47 | $8,880.00 / $927.47 |
| March 11, 2003 (4th Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 / $3,575.61 | $70,445.00 / $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $10,734.40 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $21,575.20 / $452.38 |
| May 15, 2003 (5th Quarterly) | January 1, 2003 – March 31, 2002 | $51,487.00 / $1,619.93 | $51,487.00 / $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $6,087.20 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $7,528.77 / $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $8,341.60 / $137.09 |
| August 21, 2003 (6th Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 / $1,839.08 | $27,447.00 / $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $7,418.00 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $489.69 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $12,003.20 / $334.63 |
| December 19, 2003 (7th Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $10,507.20 / $174.04 |
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $11,629.60 / $273.00 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $14,076.00 / $1,599.14 |
| February 27, 2004 (8th Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $7,183.20 / $436.47 |
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $472.11 | $11,643.00 / $472.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $2,874.70 / $0.00 |
| July 13, 2004 (9th Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 / $1,451.43 | $31,674.50 / $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $8,672.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $18,561.60 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $10,818.40 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $7,634.80 / $125.25 |
| November 1, 2004 (10th Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 / $1,840.66 | $48,415.50 / $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $19,586.40 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $103,167.20 / $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $122,980.00 / $4,236.79 |
| January 27, 2005 (11th Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 / $995.20 | $47,550.00 / $995.20 |
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $102,312.89 / $3,246.49 |

KL2 2552961.1

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $132,776.50 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $24,706.50 / $2,444.84 |
| April 7, 2005 (12th Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 / $14,406.04 | $406,517.00 / $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $26,414.00 / $2,827.24 |
| May 16, 2005 (13th Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 / $12,593.68 | $183,897.00/ $12,593.68 |
| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $29,522.00 / $1,323.60 |
| June 21, 2005 | May 1, 2005 – May 31, 2005 | $19,218.50 / $2,198.56 | $19,218.50 / $2,198.56 |
| July 28, 2005 (as Amended on August 10, 2005 | June 1, 2005 -- June 30, 2005 | 25,731.00 / $119.33 | $25,731.00 / $119.33 |
| August 29, 2005 | July 1, 2005 – July 31, 2005 | $31,738.00 / $2,829.07 | $31,738.00 / $2,829.07 |
| August 30, 2005 (14th Quarterly) | April 1, 2005 – June 30, 2005 | $74,471.50 / $3,641.49 | $74,471.50 / $3,641.49 |
| September 29, 2005 | August 1, 2005 -- August 31, 2005 | $32,109.00 / $2,271.66 / | $32,109.00 / $2,271.66 |
| October 31, 2005 | September 1, 2005 - September 30, 2005 | $15,709.00 / $247.99 | $15,709.00 / $247.99 |
| November 29, 2005 | October 1, 2005 - October 31, 2005 | $19,318.50 / $646.56 | $19,318.50 / $646.56 |
| December 29, 2005 | November 1, 2005 - November 30, 2005 | $38,258.50 / $1,247.28 | $38,258.50 / $1,247.28 |
| January 30, 2006 | December 1, 2005 - December 31, 2005 | $17,967.50 / $1,059.46 | $17,967.50 / $1,059.46 |
| March 1, 2006 | January 1, 2006 - January 31, 2006 | $8,287.00 / $1,176.17 | $8,287.00 / $1,176.17 |
| March 30, 2006 | February 1, 2006 - February 28, 2006 | $22,842.00 / $1,779.77 | $22,842.00 / $1,779.77 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| May 1, 2006 | March 1, 2006 March 31, 2006 | $43,621.00 $2,496.06 | $43,621.00 $2,496.06 |
| May 30, 2006 | April 1, 2006 April 30, 2006 | $18,841.00 $752.39 | $18,841.00 $752.39 |
| July 5, 2006 | May 1, 2006 May 31, 2006 | $34,354.00 $1,337.49 | $34,354.00 $1,337.49 |
| August 2, 2006 | June 1, 2006 June 30, 2006 | $21,401.00 $725.30 | $21,401.00 $725.30 |
| August 18, 2006 | April 1, 2006 June 30, 2006 | $74,596.00 $2,815.18 | $74,596.00 $2,815.18 |
| August 30, 2006 | July 1, 2006 July 31, 2006 | $29,474.50 $1,604.51 | $29,474.50 $1,604.51 |
| October 2, 2006 | August 1, 2006 August 31, 2006 | $67,103.00 $1,604.51 | $67,103.00 $1,604.51 |
| October 30, 2006 | September 1, 2006 September 30, 2006 | $50,691.50 $2,050.23 | $50,691.50 $2,050.23 |
| December 6, 2006 | October 1, 2006 October 31, 2006 | $72,062.75 $3,977.84 | $72,062.75 $3,977.84 |
| January 5, 2007 | November 1, 2006 November 30, 2006 | $66,045.00 $5,215.60 | $66,045.00 $5,215.60 |
| February 23, 2007 | December 1, 2006 December 31, 2006 | $101,658.25 $5,001.94 | $101,658.25 $5,001.94 |
| March 7, 2007 | January 1, 2007 January 31, 2007 | $45,555.00 $6,097.61 | $45,555.00 $6,097.61 |
| March 29, 2007 | February 1, 2007 February 28, 2007 | $56,976.00 $4,529.94 | $56,976.00 $4,529.94 |
| April 30, 2007 | March 1, 2007 March 31, 2007 | $60,848.00 $4,859.66 | $60,848.00 $4,859.66 |
| June 12, 2007 | April 1, 2007 April 30, 2007 | $56,370.00 $2,554.14 | $56,370.00 $2,554.14 |
| July 2, 2007 | May 1, 2007 May 31, 2007 | $62,338.00 $10,491.04 | $61,684.23 $10,491.04 |
| July 30, 2007 | June 1, 2007 June 30, 2007 | $68,538.00 $6,437.44 | $68,538.00 $6,437.44 |

- 6 -

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| August 29, 2007 | July 1, 2007 July 31, 2007 | $40,505.50 $3,124.55 | $32,404.40 / $3,124.55 |
| October 1, 2007 | August 1, 2007 August 31, 2007 | $61,201.50 $1,618.34 | $48,964.40 / $1,618.34 |
| October 29, 2007 | September 1, 2007 September 30, 2007 | $106,912.50 $4,480.51 | $85,530.00 / $4,480.51 |
| November 29, 2007 | October 1, 2007 October 31, 2007 | $165,731.50 $14,100.98 | $132,585.20 / $14,100.98 |
| January 7, 2007 | November 1, 2007 November 30, 2007 | $154,817.00 $12,511.24 | $123,853.60 / $12,511.24 |
| February 11, 2008 | December 1, 2007 December 31, 2007 | $77,688.00 $50,222.40 | $62,150.40 / $50,222.40 |

KL2 2552961.1

## SUMMARY OF TIME FOR BILLING PERIOD
## FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Name | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|------|-------------------:|-------------------:|-------------------:|
| Bentley, Philip | 26.90 | 725.00 | $ 19,502.50 |
| Schmidt, Robert T. | 1.00 | 700.00 | $     700.00 |
| Horowitz, Gregory A. | 4.00 | 340.00 | $   1,360.00 |
| Horowitz, Gregory A. | 117.20 | 680.00 | $ 79,696.00 |
| Mannal, Douglas H. | 46.50 | 585.00 | $ 27,202.50 |
| Glass, Jessica J. | 2.10 | 495.00 | $   1,039.50 |
| Farber, Peggy | 13.50 | 247.50 | $   3,341.25 |
| Farber, Peggy | 57.50 | 495.00 | $ 28,462.50 |
| Wesch, Kristina M. | 19.60 | 535.00 | $ 10,486.00 |
| Sharret, Jennifer | 7.10 | 365.00 | $   2,591.50 |
| Torres, Anthony | 6.10 | 120.00 | $     732.00 |
| Baldinger, Laurie | 18.00 | 245.00 | $   4,410.00 |
| Rodriguez, Vivian E | 24.90 | 260.00 | $   6,474.00 |
| Victory, Dexter | 1.00 | 120.00 | $     120.00 |
| Baldeon, Elliot | 1.50 | 215.00 | $     322.50 |
| **TOTAL** | **346.90** | | **$186,440.25** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 2/01/08 through 2/29/08 | Total Fees for the Period 2/01/08 through 2/29/08 |
|------------------|:-------------------------------------------------:|-------------------------------------------------:|
| Case Administration | 23.50 | $  11,338.00 |
| Creditor Committee | 11.80 | $   6,802.00 |
| Financing | 1.20 | $     702.00 |
| Reorganization Plan | 7.30 | $   4,270.50 |
| Fee Applications, Applicant | 17.80 | $   4,985.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 3.80 | $   2,223.00 |
| Claim Analysis Objection (Asbestos) | 255.00 | $146,380.50 |
| Environmental Issues | 0.50 | $     292.50 |
| Plan and Disclosure Statement | 4.20 | $   2,229.50 |
| Hearings | 4.30 | $   2,515.50 |
| Travel/Non-Working | 17.50 | $   4,701.25 |
| **Total** | **346.90** | **$186,440.25** |

KL2 2552961.1

## CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 725.00 | 145.00 |
| MANNAL, DOUGLAS | CRED | 15.80 | 585.00 | 9,243.00 |
| PARAPROFESSIONALS | | | | |
| RODRIGUEZ, VIVIAN E. | CRED | 7.50 | 260.00 | 1,950.00 |
| | Subtotal | 23.50 | $ | 11,338.00 |

## CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.60 | 725.00 | 1,885.00 |
| MANNAL, DOUGLAS | CRED | 8.20 | 585.00 | 270.00 |
| PARAPROFESSIONALS | | | | |
| VICTORY, DEXTER | Lega | 0.50 | 120.00 | 60.00 |
| TORRES, ANTHONY | Lega | 0.50 | 120.00 | 60.00 |
| | Subtotal | 11.80 | $ | 6,802.00 |

## FINANCING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 1.20 | 585.00 | 702.00 |
| | Subtotal | 1.20 | $ | 702.00 |

## REORGANIZATION PLAN

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 7.30 | 585.00 | 4,270.50 |
| | Subtotal | 7.30 | $ | 1,944.00 |

KL2 2552961.1

## FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 1.10 | 585.00 | 643.50 |
| PARAPROFESSIONALS | | | | |
| RODRIGUEZ, VIVIAN E | CRED | 16.70 | 260.00 | 4,342.00 |
| | Subtotal | 17.80 | $ | 4,985.50 |

## CLAIM ANALYSIS OBJECTION & RESOLUTION (NON-ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 3.80 | 585.00 | 2,223.00 |
| | Subtotal | 3.80 | $ | 2,223.00 |

## CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 24.10 | 725.00 | 17,472.50 |
| SCHMIDT, ROBERT T. | CRED | 1.00 | 700.00 | 700.00 |
| HOROWITZ, GREGORY A. | LITI | 117.20 | 680.00 | 79,696.00 |
| MANNAL, DOUGLAS | CRED | 0.80 | 585.00 | 468.00 |
| GLASS, JESSICA J | LITI | 2.10 | 495.00 | 1,039.50 |
| FARBER, PEGGY | LITI | 57.50 | 495.00 | 28,462.50 |
| WESCH, KRISTINA M. | CRED | 19.60 | 535.00 | 10,486.00 |
| SHARRET, JENNIFER | CRED | 7.10 | 365.00 | 2,591.50 |
| PARAPROFESSIONALS | | | | |
| TORRES, ANTHONY | Lega | 5.60 | 120.00 | 672.00 |
| BALDINGER, LAURIE | LITI | 18.00 | 245.00 | 4,410.00 |
| VICTORY, DEXTER | Lega | 0.50 | 120.00 | 60.00 |
| BALDEON, ELLIOT | Lega | 1.50 | 215.00 | 322.50 |
| | Subtotal | 255.00 | $ | 146,380.50 |

KL2 2552961.1

## ENVIRONMENTAL ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| MANNAL, DOUGLAS | CRED | 0.50 | 585.00 | 292.50 |
| Subtotal | | 0.50 | $ | 292.50 |

## PLAN AND DISCLOSURE STATEMENT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| MANNAL, DOUGLAS | CRED | 3.50 | 585.00 | 2,047.50 |
| PARAPROFESSIONALS | | | | |
| RODRIGUEZ, VIVIAN E | CRED | 0.70 | 260.00 | 182.00 |
| Subtotal | | 4.20 | $ | 2,229.50 |

## HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| MANNAL, DOUGLAS | CRED | 4.30 | 585.00 | 2,515.50 |
| Subtotal | | 4.30 | $ | 3,167.00 |

## TRAVEL/NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| HOROWITZ, GREGORY A. | LITI | 4.00 | 340.00 | 1,360.00 |
| FARBER, PEGGY | LITI | 13.50 | 247.50 | 3,341.25 |
| Subtotal | | 17.50 | $ | 4,701.25 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 2/01/08 through 2/29/08 | |
|---|---|---|
| Photocopying | $ | 100.55 |
| Document Prep. | $ | 87.50 |
| Long Distance Tel. | $ | 26.08 |
| Westlaw On-Line Research | $ | 376.88 |
| Print. & Binding | $ | 393.06 |
| Lexis/Nexis On-Line Research | $ | 624.66 |
| Messenger/Courier | $ | 27.24 |
| Cab Fares | $ | 546.77 |
| Meals/In-House | $ | 20.40 |
| Out-of-Town Travel | $ | 2,748.20 |
| Meals/T&E | $ | 652.62 |
| Transcript Fees | $ | 157.50 |
| Subtotal | $ | **5,761.46** |

Dated: April 7, 2008

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____

Philip Bentley, Esq.
Douglas H. Mannal, Esq.
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Counsel to the Official Committee of
Equity Holders