# **EXHIBIT A**

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

March 31, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 488256
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES ................................................................................... | $11,338.00 |
| DISBURSEMENTS.................................................................. | 982.06 |
| MATTER TOTAL ..................................................................... | $12,320.06 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES ................................................................................... | $6,802.00 |
| DISBURSEMENTS.................................................................. | 0.00 |
| MATTER TOTAL ..................................................................... | $6,802.00 |

### 056772-00003/FINANCING

| | |
|---|---:|
| FEES ................................................................................... | $702.00 |
| DISBURSEMENTS.................................................................. | 0.00 |
| MATTER TOTAL ..................................................................... | $702.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES ................................................................................... | $4,270.50 |
| DISBURSEMENTS.................................................................. | 101.82 |
| MATTER TOTAL ..................................................................... | $4,372.32 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| **To:** | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| **Account:** | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| **By Order of:** | Invoice No. 0000488256 DRAFT |
| **Citibank Contact:** | Deborah Hosking (212) 559-8634 |

**TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.**

**DUE AND PAYABLE UPON RECEIPT.  THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339**

KL4 2216564.1

## 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES .................................................................................................................... | $4,985.50 |
| DISBURSEMENTS.............................................................................................. | 54.64 |
| MATTER TOTAL ............................................................................................... | $5,040.14 |

## 056772-00010/CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

| | |
|---|---|
| FEES .................................................................................................................... | $2,223.00 |
| DISBURSEMENTS.............................................................................................. | 0.00 |
| MATTER TOTAL ............................................................................................... | $2,223.00 |

## 056772-00012/CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| | |
|---|---|
| FEES .................................................................................................................... | $146,380.50 |
| DISBURSEMENTS.............................................................................................. | 4,382.94 |
| MATTER TOTAL ............................................................................................... | $150,763.44 |

## 056772-00014/ENVIRONMENTAL ISSUES

| | |
|---|---|
| FEES .................................................................................................................... | $292.50 |
| DISBURSEMENTS.............................................................................................. | 0.00 |
| MATTER TOTAL ............................................................................................... | $292.50 |

## 056772-00015/PLAN AND DISCLOSURE STATEMENT

| | |
|---|---|
| FEES .................................................................................................................... | $2,229.50 |
| DISBURSEMENTS.............................................................................................. | 0.00 |
| MATTER TOTAL ............................................................................................... | $2,229.50 |

## 056772-00019/HEARINGS

| | |
|---|---|
| FEES .................................................................................................................... | $2,515.50 |
| DISBURSEMENTS.............................................................................................. | 0.00 |
| MATTER TOTAL ............................................................................................... | $2,515.50 |

## 056772-00028/TRAVEL\NON-WORKING

| | |
|---|---|
| FEES .................................................................................................................... | $4,701.25 |
| DISBURSEMENTS.............................................................................................. | 240.00 |
| MATTER TOTAL ............................................................................................... | $4,941.25 |
| GRAND TOTAL ................................................................................................ | $192,201.71 |

Kramer Levin Naftalis & Frankel LLP                                             Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                       March 31, 2008
056772-00001                                                          Invoice No.488256

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/06/08 | BENTLEY, PHILIP | Review debtors' draft pension motion | 0.10 | 72.50 |
| 02/07/08 | BENTLEY, PHILIP | Trade emails re ART motion | 0.10 | 72.50 |
| 01/02/08 | MANNAL, DOUGLAS | E-mail update re: Tersigni Bankruptcy case. | 1.50 | 877.50 |
| 01/03/08 | MANNAL, DOUGLAS | Telephone conferences and e-mail with several Grace equity holders (.7); e-mail with PF and PB re: upcoming estimation hearings (.5) | 1.20 | 702.00 |
| 02/05/08 | MANNAL, DOUGLAS | Office conference with P. Bentley re: shareholder calls (.4); telephone conference with P. Bentley and J. Wechsler re: shareholder calls, case management order and 524(g) issues (.5); research same (2.1); draft shareholder call log (.6) | 3.60 | 2,106.00 |
| 02/07/08 | MANNAL, DOUGLAS | Review Grace's pension motion (.5); e-mail with T. Wechsler re: same (.3); review motion re: ART JV Investment (.8); send summary e-mail to T. Wechsler re: same (.7) | 2.30 | 1,345.50 |
| 02/11/08 | MANNAL, DOUGLAS | Attention to Grace Quarterly fee application and January Fee application. | 1.70 | 994.50 |
| 02/21/08 | MANNAL, DOUGLAS | Telephone conference with PB re: Chapter 11 issues (.5); telephone conference and e-mail with JS re: same (.5) | 1.00 | 585.00 |
| 02/28/08 | MANNAL, DOUGLAS | Prepare for and attend ELT conference call (1.5); office conference with PB re: research assignment (.2); review plan documents and create summary of issues (2.8) | 4.50 | 2,632.50 |
| 01/03/08 | RODRIGUEZ, VIVIAN E | Updated case calendar (1.3) Searched Grace docket re upcoming dates (0.4) | 1.70 | 442.00 |
| 01/10/08 | RODRIGUEZ, VIVIAN E | Prep for Court Appearance re Pittsburgh Corning. | 1.00 | 260.00 |
| 01/23/08 | RODRIGUEZ, VIVIAN E | Review confidentiality Agreement per P. Bentley's request. | 1.00 | 260.00 |
| 02/05/08 | RODRIGUEZ, VIVIAN E | Reviewed Grace docket and emailed Order Setting Omnibus Dates.(.2) Updated Case Calendar to reflect dates per D. Mannal's request.(.2) | 0.40 | 104.00 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                          March 31, 2008
056772-00001                                              Invoice No.488256

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/15/08 | RODRIGUEZ, VIVIAN E | Reviewed Grace docket re Asbestos Claimant Objections and Motions. (2.1) Reviewed organized and assembled documents re same per D. Mannal's request. (1.1) Meeting with D. Mannal re DIP (0.2) | 3.40 | 884.00 |

**TOTAL HOURS AND FEES**                                  **23.50**   **$11,338.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| PHOTOCOPYING | 24.00 |
| LONG-DISTANCE TEL. | 24.89 |
| WESTLAW ON-LINE RESEARCH | 308.51 |
| LEXIS/NEXIS ON-LINE RESEARCH | 624.66 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        **$982.06**

**TOTAL FOR THIS MATTER**                        **$12,320.06**

Kramer Levin Naftalis & Frankel LLP                                          Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                    March 31 , 2008
056772-00002                                                      Invoice No.488256

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/23/08 | BENTLEY, PHILIP | Discs with equity holders | 1.40 | 1,015.00 |
| 01/29/08 | BENTLEY, PHILIP | TC with equity holder | 0.20 | 145.00 |
| 01/30/08 | BENTLEY, PHILIP | TC with equity holder | 0.20 | 145.00 |
| 02/11/08 | BENTLEY, PHILIP | TC with equity holder | 0.80 | 580.00 |
| 01/10/08 | MANNAL, DOUGLAS | Telephone conference with numerous holders re: upcoming estimation hearing (2.8) | 2.80 | 1,638.00 |
| 01/14/08 | MANNAL, DOUGLAS | Telephone conference with numerous equity holders re: same (.7) | 0.70 | 409.50 |
| 01/15/08 | MANNAL, DOUGLAS | Telephone conference with several equity holders re: estimation hearings (.4) | 0.40 | 234.00 |
| 01/17/08 | MANNAL, DOUGLAS | Numerous telephone conference with equity holders re: status of case. | 1.30 | 760.50 |
| 02/27/08 | MANNAL, DOUGLAS | Telephone conference with equity holder (.7); review ELT motion (2.1); research re: same (.2) | 3.00 | 1,755.00 |
| 01/11/08 | TORRES, ANTHONY | Creating copy & label of cd. | 0.50 | 60.00 |
| 01/24/08 | VICTORY, DEXTER | CD Copying, Labeling QC X2 | 0.50 | 60.00 |

**TOTAL HOURS AND FEES**                                            **11.80**   **$6,802.00**

**TOTAL FOR THIS MATTER**                             **$6,802.00**

KL4 2216564.1

Kramer Levin Naftalis & Frankel LLP                                        Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                    March 31, 2008
056772-00003                                                      Invoice No.488256

**FINANCING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/13/08 | MANNAL, DOUGLAS | Attention to DIP extension motion (.5) | 0.50 | 292.50 |
| 02/15/08 | MANNAL, DOUGLAS | E-mail with T. Weschler re: DIP. | 0.70 | 409.50 |
| **TOTAL HOURS AND FEES** | | | **1.20** | **$702.00** |

**TOTAL FOR THIS MATTER**                                      **$702.00**

KL4 2216564.1

W.R. GRACE & CO. EQUITY COMMITTEE                                     March 31, 2008
056772-00007                                                         Invoice No.488256

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/30/08 | MANNAL, DOUGLAS | Office conference with P. Bentley and P. Farber re: 524(g) research and other bankruptcy case issues (1.8); attention to post-petition interest issue and attention plan and disclosure statement (2.4); telephone conference with equity holder re: same (.4); e-mail with P. Bentley re: same (.5) | 5.10 | 2,983.50 |
| 01/31/08 | MANNAL, DOUGLAS | Legal research re: 524(g) trust, Combustion Engineering standards (1.8); review recent decisions re: post-petition interest (.4) | 2.20 | 1,287.00 |

**TOTAL HOURS AND FEES**                                              **7.30**   **$4,270.50**

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| PHOTOCOPYING | 33.45 |
| WESTLAW ON-LINE RESEARCH | 68.37 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                     **$101.82**

**TOTAL FOR THIS MATTER**                                     **$4,372.32**

Kramer Levin Naftalis & Frankel LLP                                          Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                    March 31, 2008
056772-00008                                                        Invoice No.488256

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/22/08 | MANNAL, DOUGLAS | Draft response to Fee Auditor (.9); numerous telephone conferences with same (.2) | 1.10 | 643.50 |
| 01/04/08 | RODRIGUEZ, VIVIAN E | Meeting with D. Mannal re 76th monthly fee app (0.2) Coordinated with Accounting changes to ProForma and Bill (0.3) Edited Fee Application to reflect above changes (0.4) Drafted and edited letter to local counsel re same. (0.4) PDF'd and organized documents and exhibits (0.4) Organized documents to be sent to local counsel (0.2) | 1.90 | 494.00 |
| 01/29/08 | RODRIGUEZ, VIVIAN E | Searched WR Grace docket and organized information with accounting re October, November, & December Monthly Fee Applications per D. Mannal's request. | 0.90 | 234.00 |
| 01/30/08 | RODRIGUEZ, VIVIAN E | Contacted Accounting re Monthly Fee Detail (July, August, September 2007) per Fee Auditors request. | 0.40 | 104.00 |
| 02/04/08 | RODRIGUEZ, VIVIAN E | Meeting with D. Mannal re 77th Monthly Fee Application. | 0.20 | 52.00 |
| 02/04/08 | RODRIGUEZ, VIVIAN E | Reviewed, organized, and emailed Monthly Fee Detail re 22nd Quarterly Fee Application per Fee Auditor's request. | 1.30 | 338.00 |
| 02/07/08 | RODRIGUEZ, VIVIAN E | Reviewed 77th Fee Application Fee Detail revisions with Accounting. Coordinated changes to fee detail with accounting. (0.7) Drafted and edited 23rd Quarterly Fee Application (1.2) | 1.90 | 494.00 |
| 02/08/08 | RODRIGUEZ, VIVIAN E | Reviewed and edited 77th Monthly Fee Application & 23rd Quarterly Fee Application. Meeting with D. Mannal re same.(2.5). Organized and assembled documents to send to local counsel.(.9) | 3.40 | 884.00 |
| 02/11/08 | RODRIGUEZ, VIVIAN E | Reviewed and edited 23rd Quarterly Fee Application.1 Organized documents and sent to local counsel for filing.(0.8) Verified Objection DATE with local counsel.(.2) Meeting with D. Mannal.(.1) | 2.10 | 546.00 |

KL4 2216564.1

Kramer Levin Naftalis & Frankel LLP                                                              Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                               March 31, 2008
056772-00008                                                                     Invoice No.488256

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/20/08 | RODRIGUEZ, VIVIAN E | Contacted accounting re January Fee Application. (0.3)Reviewed Fee Auditors report re 26th Quarterly Fee Application. (0.3) | 0.60 | 156.00 |
| 02/21/08 | RODRIGUEZ, VIVIAN E | Meeting with D. Mannal re Fee Auditors Report Response (0.4) Contacted Accounting re duplication rate (0.4) Organized information re same per D. Mannal's request (0.6) | 1.40 | 364.00 |
| 02/28/08 | RODRIGUEZ, VIVIAN E | Coordinated outstanding fee amounts with accounting per D. Mannal's request. (0.5) Organized and assembled documents re 26th Quarterly Fee Application hearind 3/17 per D. Mannal's request. (1.5) Created index re same (0.6) | 2.60 | 676.00 |

**TOTAL HOURS AND FEES**                                                        **17.80**    **$4,985.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| PHOTOCOPYING | 27.40 |
| MESSENGER/COURIER | 27.24 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                  **$54.64**

**TOTAL FOR THIS MATTER**                                              **$5,040.14**

Kramer Levin Naftalis & Frankel LLP                                            Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                    March 31, 2008
056772-00010                                                    Invoice No.488256

**CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/08/08 | MANNAL, DOUGLAS | Telephone conference with J. Baer re: Tersigni Examiner (.7); review pleadings re: same (1.8) | 2.50 | 1,462.50 |
| 01/10/08 | MANNAL, DOUGLAS | Attention to Tersigni update (1.0); e-mail with TW re: same (.3) | 1.30 | 760.50 |

**TOTAL HOURS AND FEES**                                        **3.80**   **$2,223.00**

**TOTAL FOR THIS MATTER**                        **$2,223.00**

Kramer Levin Naftalis & Frankel LLP                                      Page No. 11

W.R. GRACE & CO. EQUITY COMMITTEE                              March 31, 2008
056772-00012                                                    Invoice No.488256

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/03/08 | BENTLEY, PHILIP | Trade emails and discs DM and PF re estimation issues | 0.50 | 362.50 |
| 01/07/08 | BENTLEY, PHILIP | Discs PF and trade emails re estimation hearing | 0.20 | 145.00 |
| 01/09/08 | BENTLEY, PHILIP | Trade emails | 0.10 | 72.50 |
| 01/14/08 | BENTLEY, PHILIP | Discs GH and DM re today's hearing | 0.80 | 580.00 |
| 01/15/08 | BENTLEY, PHILIP | Conf DM re asbestos issues | 0.30 | 217.50 |
| 01/16/08 | BENTLEY, PHILIP | Review emails | 0.10 | 72.50 |
| 01/18/08 | BENTLEY, PHILIP | Discs DM, and trade emails | 0.20 | 145.00 |
| 01/22/08 | BENTLEY, PHILIP | Trade emails and voicemail re current developments | 0.50 | 362.50 |
| 01/23/08 | BENTLEY, PHILIP | Multiple discs with RTW and GAH re estimation and related issues, and work on same | 3.40 | 2,465.00 |
| 01/24/08 | BENTLEY, PHILIP | Analyze potential plan of reorganization issues, and extensive discs with TW and GAH re same | 4.10 | 2,972.50 |
| 01/29/08 | BENTLEY, PHILIP | Trade emails re recent developments | 0.20 | 145.00 |
| 01/30/08 | BENTLEY, PHILIP | Conf with DM and PM re asbestos and P of R issues, and work on same | 2.60 | 1,885.00 |
| 01/31/08 | BENTLEY, PHILIP | Review emails | 0.10 | 72.50 |
| 02/05/08 | BENTLEY, PHILIP | Conf with KW re case background and issues to research(1.3); TCs TW and conf DM re current issues(.8); trade emails re Grace's draft pension motion (.2). | 2.30 | 1,667.50 |
| 02/06/08 | BENTLEY, PHILIP | Discs TW and R. Schmidt re asbestos issues | 0.30 | 217.50 |
| 02/07/08 | BENTLEY, PHILIP | Trade emails | 0.10 | 72.50 |
| 02/08/08 | BENTLEY, PHILIP | Discs RS and TW re asbestos and plan issues | 0.70 | 507.50 |
| 02/11/08 | BENTLEY, PHILIP | Discs TM, and notes, re asbestos and related issues (.2); review memo re potential strategies, and trade emails and voicemails re same (.9) | 1.10 | 797.50 |
| 02/12/08 | BENTLEY, PHILIP | Discs KW re her legal research re 524(g) issues, and review and comment on her memo re same | 0.80 | 580.00 |

W.R. GRACE & CO. EQUITY COMMITTEE                                    March 31, 2008
056772-00012                                                        Invoice No.488256

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/13/08 | BENTLEY, PHILIP | Discs DM and trade emails re asbestos issues | 0.20 | 145.00 |
| 02/14/08 | BENTLEY, PHILIP | Discs GAH and trade emails | 0.20 | 145.00 |
| 02/20/08 | BENTLEY, PHILIP | Review emails re recent estimation developments; discs TW re asbestos issues, and followup re same | 1.00 | 725.00 |
| 02/21/08 | BENTLEY, PHILIP | Discs DM re asbestos issues | 0.30 | 217.50 |
| 02/22/08 | BENTLEY, PHILIP | Conf DM and JS, and discs GAH, PF and voicemail, re asbestos issues | 1.40 | 1,015.00 |
| 02/25/08 | BENTLEY, PHILIP | Discs TW and GAH re pending issues; discs JS re her research re same | 1.40 | 1,015.00 |
| 02/26/08 | BENTLEY, PHILIP | Trade emails re asbestos issues | 0.30 | 217.50 |
| 02/27/08 | BENTLEY, PHILIP | Review and analyze case re asbestos issues, and discs JS and voicemail re same | 0.90 | 652.50 |
| 01/03/08 | HOROWITZ, GREGORY A. | Tc seth brumberg (1.0); e-mail reports re forthcoming estimation (1.0); prepare for estimation hearing, including exhibit review, review of daubert briefs, tcs ucc, debtor, et al. (5.0); e-mails re hearing coverage (1.0) | 8.00 | 5,440.00 |
| 01/04/08 | HOROWITZ, GREGORY A. | Attention to daubert reply brief -- draft section re heckman, e-mails, tcs harding re same, rr kirkland draft, review cases (7.5) | 7.50 | 5,100.00 |
| 01/08/08 | HOROWITZ, GREGORY A. | Preparation for estimation hearing, including preparing and reviewing minibooks, reviewing in limine motions, conferences with peggy farber, ucc and debtor counsel (7.5) | 7.50 | 5,100.00 |
| 01/14/08 | HOROWITZ, GREGORY A. | Estimation hearing day one, including breakfast mw ted w. Re settlement issues (1.0); attending hearing (opening statements/daubert) (9.0), reports, tcs client, pb et al (2.0), confer w/ucc counsel, mw same (1.0) | 13.00 | 8,840.00 |
| 01/15/08 | HOROWITZ, GREGORY A. | Trial work in pitt, including edit/send reports re day one, review e-briefs and exhibits (8.5) | 8.50 | 5,780.00 |
| 01/16/08 | HOROWITZ, GREGORY A. | Estimation hearing day two, including breakfast mw ucc (1.0), attend hearing (chambers conf) (9.0), wo reports/tcs client (1.0). | 11.00 | 7,480.00 |
| 01/17/08 | HOROWITZ, GREGORY A. | Review transcripts, finalize reports re estimation hearing (2.0); tcs equity holders (1.5); tc colleen (.5) | 4.00 | 2,720.00 |
| 01/21/08 | HOROWITZ, GREGORY A. | Reviewing deps (4.5) | 4.50 | 3,060.00 |

Kramer Levin Naftalis & Frankel LLP                                         Page No. 13

W.R. GRACE & CO. EQUITY COMMITTEE                                    March 31, 2008
056772-00012                                                      Invoice No.488256

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/22/08 | HOROWITZ, GREGORY A. | Estimation Trial Day Three, including mw Arlene Krieger (1.0); attend hearing (8.0); tc client (.5); write report (1.0); review exhibits (1.5) | 12.00 | 8,160.00 |
| 01/23/08 | HOROWITZ, GREGORY A. | Estimation trial day 4, including mw debtors' counsel (.5), attend hearing (6.5); tc pb, client (1.0); mw arlene k. (1.0). Writing report, analyzing settlement scenarios (5.5) | 14.50 | 9,860.00 |
| 01/24/08 | HOROWITZ, GREGORY A. | Review and analyze sealed air issues (1.5); mw pb, long tc pb, ted w re settlement issues (2.0) | 3.50 | 2,380.00 |
| 01/29/08 | HOROWITZ, GREGORY A. | Calls w/equity holders (1.0) | 1.00 | 680.00 |
| 01/31/08 | HOROWITZ, GREGORY A. | Attention to hearsay/form issues, motions (3.0) | 3.00 | 2,040.00 |
| 02/12/08 | HOROWITZ, GREGORY A. | Attention to expert discovery/trial procedure issues, incl. E-mails internally, co-counsel (2.5) | 2.50 | 1,700.00 |
| 02/13/08 | HOROWITZ, GREGORY A. | Attention to pasquale letter (5.); rr wesch memo, comment on same (1.0) | 1.50 | 1,020.00 |
| 02/14/08 | HOROWITZ, GREGORY A. | Review briefs re piq/hearsay issue, analyze potential participation in same (4.5) | 4.50 | 3,060.00 |
| 02/15/08 | HOROWITZ, GREGORY A. | Snyder deposition (partial) (4.5) | 4.50 | 3,060.00 |
| 02/20/08 | HOROWITZ, GREGORY A. | Pre-call w/pasquale, harding (.8); tc colleen laughlin (.4) | 1.20 | 816.00 |
| 02/21/08 | HOROWITZ, GREGORY A. | Call with bernick et al. (.5) | 0.50 | 340.00 |
| 02/22/08 | HOROWITZ, GREGORY A. | Pre-call w/bernick et al.; call w/all counsel re trial issues (2.0) | 2.00 | 1,360.00 |
| 02/25/08 | HOROWITZ, GREGORY A. | Mw pb, tc pb, ted w. Re settlement, committee call issues (1.5); prepare committee summary (1.0) | 2.50 | 1,700.00 |
| 02/08/08 | SCHMIDT, ROBERT T. | Office confs Phil Bentley re asbestos and plan issues;(.3) follow up re same and review related materials re same (.7). | 1.00 | 700.00 |
| 01/03/08 | FARBER, PEGGY | Confirm hearing dates | 0.50 | 247.50 |
| 01/07/08 | FARBER, PEGGY | Prepare for estimation hearing. | 0.30 | 148.50 |
| 01/08/08 | FARBER, PEGGY | Organize exhibits, briefs, for appearance at hearing | 6.30 | 3,118.50 |
| 01/09/08 | FARBER, PEGGY | Prepare materials for attending hearing. | 0.80 | 396.00 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 14

W.R. GRACE & CO. EQUITY COMMITTEE                                    March 31, 2008
056772-00012                                                    Invoice No.488256

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/10/08 | FARBER, PEGGY | Find and deliver brief to adversary (.1); review index of exhibits (1.1). | 1.20 | 594.00 |
| 01/11/08 | FARBER, PEGGY | Prepare materials to attend hearing. | 0.30 | 148.50 |
| 01/11/08 | FARBER, PEGGY | Track and review new motions in anticipation of attending proceeding. | 0.30 | 148.50 |
| 01/13/08 | FARBER, PEGGY | Hearing preparations. | 1.10 | 544.50 |
| 01/14/08 | FARBER, PEGGY | Meeting with client (.7); trial (8.3); draft summary memo of proceeding (1) | 10.00 | 4,950.00 |
| 01/15/08 | FARBER, PEGGY | Summarize hearing in memo. | 4.70 | 2,326.50 |
| 01/16/08 | FARBER, PEGGY | Second day of trial. | 9.30 | 4,603.50 |
| 01/18/08 | FARBER, PEGGY | Review testimony and draft memo summarizing it for client. | 4.30 | 2,128.50 |
| 01/29/08 | FARBER, PEGGY | Reviewed summary of 1/29/08 Omnibus Hearing. | 0.10 | 49.50 |
| 01/30/08 | FARBER, PEGGY | Meeting w/PB and DM to discuss next steps, litigation strategy, and needed research | 1.30 | 643.50 |
| 02/05/08 | FARBER, PEGGY | Emails from outside counsel. | 0.10 | 49.50 |
| 02/07/08 | FARBER, PEGGY | Review new email from parties. | 0.20 | 99.00 |
| 02/11/08 | FARBER, PEGGY | Reviewed latest filings regarding depositions and document requests. | 0.30 | 148.50 |
| 02/13/08 | FARBER, PEGGY | Reviewed filing delivered today (.1). | 0.10 | 49.50 |
| 02/15/08 | FARBER, PEGGY | Attended deposition (4.5), wrote summary for internal team (1.1). | 5.70 | 2,821.50 |
| 02/19/08 | FARBER, PEGGY | Confer w/DM re upcoming hearing (.2); review motions for upcoming hearing (.8) | 1.00 | 495.00 |
| 02/22/08 | FARBER, PEGGY | Reviewed briefs to prepare for upcoming hearing(1.6); discussed same with partner (.2). | 2.10 | 1,039.50 |
| 02/25/08 | FARBER, PEGGY | Prep for hearing (2.5); hearing (3.5) | 6.00 | 2,970.00 |
| 02/26/08 | FARBER, PEGGY | Summarized hearing for client and lawyers. | 1.30 | 643.50 |
| 02/27/08 | FARBER, PEGGY | Addressed colleague's legal questions raised by hearing. | 0.20 | 99.00 |
| 01/04/08 | GLASS, JESSICA J | Telephonically appeared at Tersigni status conference | 0.40 | 198.00 |
| 02/15/08 | GLASS, JESSICA J | Appeared telephonically at Snyder deposition; summarized deposition for Peggy Farber | 1.70 | 841.50 |
| 01/16/08 | MANNAL, DOUGLAS | E-mail with PB and GH re: estimation hearing (.3); telephone conference with equity holders re: estimation hearing (.5) | 0.80 | 468.00 |

W.R. GRACE & CO. EQUITY COMMITTEE                                      March 31, 2008
056772-00012                                                                     Invoice No.488256

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 02/21/08 | SHARRET, JENNIFER | Discuss Asbestos research issue with D. Mannal and research re: same | 1.40 | 511.00 |
| 02/22/08 | SHARRET, JENNIFER | Legal research and discuss same with D. Mannal and P. Bentley | 2.00 | 730.00 |
| 02/25/08 | SHARRET, JENNIFER | Research re: Asbestos claims and drafting summary | 2.20 | 803.00 |
| 02/26/08 | SHARRET, JENNIFER | Reviewing cases and discussing research memo with P. Bentley | 1.00 | 365.00 |
| 02/27/08 | SHARRET, JENNIFER | Research re: asbestos issue and c/f with P. Bentley re: same | 0.50 | 182.50 |
| 02/11/08 | WESCH, KRISTINA M | Research all cases with 3d Circuit on 524(g); begin drafting case summary | 5.80 | 3,103.00 |
| 02/12/08 | WESCH, KRISTINA M | Research and draft memo re "majority of voting shares" requirement of section 524(g)(2)(B)(i)(III); confer with P. Bentley re same and conduct follow-up research | 8.70 | 4,654.50 |
| 02/13/08 | WESCH, KRISTINA M | Additional research re ABB Lummus, review findings, docket and transcript re same and revise 524(g)(2)(B)(i)(III) memo | 3.60 | 1,926.00 |
| 02/15/08 | WESCH, KRISTINA M | Additional research, finish summary of C.G. | 1.50 | 802.50 |
| 01/03/08 | BALDINGER, LAURIE | Review various legal pleadings and prepare mini-books for same. | 2.00 | 490.00 |
| 01/07/08 | BALDINGER, LAURIE | Review index, & maintain various documents; prepare indices to Daubert motion exhibits; prepare for hearing. | 2.00 | 490.00 |
| 01/08/08 | BALDINGER, LAURIE | Review index, & maintain various documents; prepare indices to Daubert motion exhibits; prepare for hearing. | 2.00 | 490.00 |
| 01/09/08 | BALDINGER, LAURIE | Review index, & maintain various documents; prepare indices to Daubert motion exhibits; prepare for hearing. | 2.00 | 490.00 |
| 01/10/08 | BALDINGER, LAURIE | Prepare indices to Daubert motion exhibits; prepare for hearing.        ``` | 2.00 | 490.00 |
| 01/11/08 | BALDINGER, LAURIE | Organize, index, & maintain various documents; prepare indices to Daubert motion exhibits; prepare for hearing. | 7.00 | 1,715.00 |
| 02/04/08 | BALDINGER, LAURIE | Review index, & maintain various documents. | 1.00 | 245.00 |
| 02/04/08 | BALDEON, ELLIOTT A | Upload transcripts onto the Depo_Transcripts database. | 1.00 | 215.00 |
| 02/21/08 | BALDEON, ELLIOTT A | Upload transcripts onto the Depo_Transcripts database. | 0.50 | 107.50 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 16

W.R. GRACE & CO. EQUITY COMMITTEE                              March 31, 2008
056772-00012                                                Invoice No.488256

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/02/08 | TORRES, ANTHONY | Creating copies & labels of cd & dvd's. | 0.70 | 84.00 |
| 01/03/08 | TORRES, ANTHONY | Creating copies & labels of cd & dvd's. | 4.40 | 528.00 |
| 01/10/08 | TORRES, ANTHONY | Creating copy & label of cd. | 0.50 | 60.00 |
| 01/25/08 | VICTORY, DEXTER | Copying CD, QC, Label | 0.50 | 60.00 |

**TOTAL HOURS AND FEES**                                    **255.00**  **$146,380.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| PHOTOCOPYING | 15.70 |
| MANUSCRIPT SERVICE | 0.00 |
| DOCUMENT PREP. | 87.50 |
| LONG-DISTANCE TEL. | 1.19 |
| PRINT. & BINDING | 393.06 |
| CAB FARES | 546.77 |
| MEALS/IN-HOUSE | 20.40 |
| OUT-OF-TOWN TRAVEL | 2,508.20 |
| MEALS/T & E | 652.62 |
| TRANSCRIPT FEES | 157.50 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$4,382.94**

**TOTAL FOR THIS MATTER**                          **$150,763.44**

Kramer Levin Naftalis & Frankel LLP                                          Page No. 17

W.R. GRACE & CO. EQUITY COMMITTEE                                      March 31, 2008
056772-00014                                                      Invoice No.488256

**ENVIRONMENTAL ISSUES**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/14/08 | MANNAL, DOUGLAS | Telephone conference and e-mail with PB and GH re: estimation hearing (.5). | 0.50 | 292.50 |
| **TOTAL HOURS AND FEES** | | | **0.50** | **$292.50** |

**TOTAL FOR THIS MATTER**                              **$292.50**

W.R. GRACE & CO. EQUITY COMMITTEE                          March 31, 2008
056772-00015                                                Invoice No.488256

## PLAN AND DISCLOSURE STATEMENT

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/15/08 | MANNAL, DOUGLAS | Office conference with PB re: 524(g) (.5) | 0.50 | 292.50 |
| 02/22/08 | MANNAL, DOUGLAS | Attention to 503(b) issues (1.3); telephone conference with P. Farber re: upcoming hearing (.2) | 1.50 | 877.50 |
| 02/26/08 | MANNAL, DOUGLAS | Telephone conference with PB re: backstop of fee to 3rd party (.6); research re: same (.5); telephone conference with JS re: same (.2); review hearing summary (.2) | 1.50 | 877.50 |
| 02/19/08 | RODRIGUEZ, VIVIAN E | Updated Binder re Plan and Discl. Statement per D. Mannal's request. | 0.70 | 182.00 |

**TOTAL HOURS AND FEES**                                    **4.20**   **$2,229.50**

**TOTAL FOR THIS MATTER**                    **$2,229.50**

W.R. GRACE & CO. EQUITY COMMITTEE                                March 31, 2008
056772-00019                                                    Invoice No.488256

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/18/08 | MANNAL, DOUGLAS | Numerous e-mails with PB re: upcoming omnibus hearing (.4); review agenda for same (.7) | 1.10 | 643.50 |
| 01/28/08 | MANNAL, DOUGLAS | Preparation for and attend Grace omnibus hearing by phone (2.5); draft summary of same for committee (.7) | 3.20 | 1,872.00 |

**TOTAL HOURS AND FEES**                                         **4.30**   **$2,515.50**

**TOTAL FOR THIS MATTER**                          **$2,515.50**

Kramer Levin Naftalis & Frankel LLP                                          Page No. 20

W.R. GRACE & CO. EQUITY COMMITTEE                                        March 31, 2008
056772-00028                                                          Invoice No.488256

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 01/16/08 | HOROWITZ, GREGORY A. | Travel return  N.Y (4.0) | 4.00 | 1,360.00 |
| 01/13/08 | FARBER, PEGGY | Travel from New York City to Pittsburgh, including travel to airport and from airport and flight. | 4.00 | 990.00 |
| 01/16/08 | FARBER, PEGGY | Flight from Pittsburgh to NY, travel to and from airport. | 4.50 | 1,113.75 |
| 02/25/08 | FARBER, PEGGY | Travel to and from Delaware for hearing. | 5.00 | 1,237.50 |
| **TOTAL HOURS AND FEES** | | | **17.50** | **$4,701.25** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| OUT-OF-TOWN TRAVEL | 240.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$240.00** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$4,941.25** |