# **EXHIBIT B**

alp_132rc: Client Analysis Sheet

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
***PRIVILEGED AND CONFIDENTIAL***

PAGE   1

Run Date & Time: 04/04/08 16:54:16

Worked : 01/01/08 thru 02/29/08

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 056772-00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 982.06 | 982.06 | BENTLEY PHILIP - 02495 | M | | B |
| 056772-00007 | REORGANIZATION PLAN | 0.00 | 0.00 | 101.82 | 101.82 | BENTLEY PHILIP - 02495 | M | | B |
| 056772-00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 54.64 | 54.64 | BENTLEY PHILIP - 02495 | M | | B |
| 056772-00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 4,382.94 | 4,382.94 | BENTLEY PHILIP - 02495 | M | | B |
| 056772-00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 240.00 | 240.00 | BENTLEY PHILIP - 02495 | M | | B |
| 056772 | W.R. GRACE & CO. EQUITY COMMITTEE | 0.00 | 0.00 | 5,761.46 | 5,761.46 | | | | |
| Total | BENTLEY PHILIP - 02495 | 0.00 | 0.00 | 5,761.46 | 5,761.46 | | | | |

alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    1
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2586812
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                          TO:
            UNBILLED DISB FROM:     01/24/2008           TO:     02/28/2008
------------------------------------------------------------------------------------------------------------------------
                                    FEES                        COSTS
                                    ----                        -----
        GROSS BILLABLE AMOUNT:              0.00                      982.06
        AMOUNT WRITTEN DOWN:    _____        _____
                    PREMIUM:    _____        _____
          ON ACCOUNT BILLED:    _____        _____
 DEDUCTED FROM PAID RETAINER:   _____        _____
              AMOUNT BILLED:    _____        _____
                  THRU DATE:                                      02/28/2008
   CLOSE MATTER/FINAL BILLING?   YES    OR   NO
  EXPECTED DATE OF COLLECTION:  _____

    BILLING PARTNER APPROVAL:                            _____
                                BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:   _____
                                _____
                                _____

                      _____

                        ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                        --------------------------                      --------------
                FEES:                   0.00
        DISBURSEMENTS:                  0.00         UNIDENTIFIED RECEIPTS:       0.00
         FEE RETAINER:                  0.00            PAID FEE RETAINER:        0.00
        DISB RETAINER:                  0.00           PAID DISB RETAINER:        0.00
    TOTAL OUTSTANDING:                  0.00         TOTAL AVAILABLE FUNDS:       0.00
                                                          TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
        DATE OF LAST BILL:          03/31/08        LAST PAYMENT DATE:        03/18/08
        LAST BILL NUMBER:             488256 ACTUAL FEES BILLED TO DATE:    308,019.50
                                              ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                 TOTAL FEES BILLED TO DATE:  308,019.50
    LAST BILL THRU DATE:           02/29/08  FEES WRITTEN OFF TO DATE:        81,055.50
                                             COSTS WRITTEN OFF TO DATE:       19,954.15
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        -----------------------------
        (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
        (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
        (3) Pre-arranged Discount      (6) Summer Associate         (9) Rounding          (10) Client Arrangement

 BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2586812
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y --------------- Total Billed ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 02/12/08 | 02/19/08 | 24.00 |
| 0885 | LONG-DISTANCE TEL. | 01/24/08 | 01/24/08 | 24.89 |
| 0917 | WESTLAW ON-LINE RESEARCH | 02/05/08 | 02/28/08 | 308.51 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 02/22/08 | 02/25/08 | 624.66 |
| | **Total** | | | **982.06** |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| PHOTOCOPYING           0820 | | | | | | |
| PHOTOCOPYING | WESCH, K M | 02/12/08 | 7.20 | 8222626 | 504795 | 02/15/08 |
| WESCH  KRISTINA M | | | | | | |
| PHOTOCOPYING | WESCH, K M | 02/12/08 | 3.60 | 8222627 | 504795 | 02/15/08 |
| WESCH  KRISTINA M | | | | | | |
| PHOTOCOPYING | WESCH, K M | 02/13/08 | 12.00 | 8222628 | 504795 | 02/15/08 |
| WESCH  KRISTINA M | | | | | | |
| PHOTOCOPYING | RODRIGUEZ, V E | 02/19/08 | 1.20 | 8227620 | 507458 | 02/21/08 |
| RODRIGUEZ  VIVIAN E | | | | | | |
| | **0820 PHOTOCOPYING Total :** | | **24.00** | | | |
| LONG-DISTANCE TEL.      0885 | | | | | | |
| PREMIERE CONFERENCING | CATON, A | 01/24/08 | 24.89 | 8200045 | 492672 | 01/24/08 |
| LONG DIST. TELE. - VENDOR- PREMIERE CONFERENCING | | | | | | |
| | **0885 LONG-DISTANCE TEL. Total :** | | **24.89** | | | |
| WESTLAW ON-LINE RESE    0917 | | | | | | |
| WESTLAW ON-LINE RESE | WESCH, K M | 02/05/08 | 5.87 | 8241571 | 514547 | 03/04/08 |
| WESTLAW ON-LINE RESE | WESCH, K M | 02/11/08 | 19.77 | 8241572 | 514547 | 03/04/08 |
| WESTLAW ON-LINE RESE | WESCH, K M | 02/12/08 | 210.44 | 8241573 | 514547 | 03/04/08 |
| WESTLAW ON-LINE RESE | WESCH, K M | 02/15/08 | 8.44 | 8241574 | 514547 | 03/04/08 |
| WESTLAW ON-LINE RESE | MANNAL, D M | 02/22/08 | 43.85 | 8241575 | 514547 | 03/04/08 |
| WESTLAW ON-LINE RESE | MANNAL, D M | 02/28/08 | 20.14 | 8241576 | 514547 | 03/04/08 |
| | **0917 WESTLAW ON-LINE RESE Total :** | | **308.51** | | | |
| LEXIS/NEXIS ON-LINE     0921 | | | | | | |
| LEXIS/NEXIS ON-LINE | SHARRET, J S | 02/22/08 | 323.72 | 8238920 | 513473 | 03/03/08 |
| LEXIS/NEXIS ON-LINE | SHARRET, J S | 02/25/08 | 300.94 | 8238921 | 513473 | 03/03/08 |
| | **0921 LEXIS/NEXIS ON-LINE Total :** | | **624.66** | | | |

alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:     2586812
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

     B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee        Date          Amount      Index#  Batch No  Batch Date
---------------------------------------  --------        ------      ------------  ------  --------  ----------


       Costs Total :                                                     982.06

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2586812
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 24.00 | | | | | |
| 0885 LONG-DISTANCE TEL. | 24.89 | | | | | |
| 0917 WESTLAW ON-LINE RESEARCH | 308.51 | | | | | |
| 0921 LEXIS/NEXIS ON-LINE RESEA | 624.66 | | | | | |
| Costs Total : | 982.06 | | | | | |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    5
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2586815
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

Special Billing Instructions:
---------------------------------------------------------------------------------------------------------------------
                                     PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------
                  UNBILLED TIME FROM:                         TO:
                  UNBILLED DISB FROM:   02/05/2008            TO:    02/11/2008
---------------------------------------------------------------------------------------------------------------------
                                        FEES                     COSTS
                                        ----                     -----
          GROSS BILLABLE AMOUNT:                  0.00                    101.82
          AMOUNT WRITTEN DOWN:       _____      _____
                      PREMIUM:       _____      _____
              ON ACCOUNT BILLED:     _____      _____
     DEDUCTED FROM PAID RETAINER:    _____      _____
                 AMOUNT BILLED:      _____      _____
                    THRU DATE:                                           02/11/2008
        CLOSE MATTER/FINAL BILLING?   YES   OR   NO
        EXPECTED DATE OF COLLECTION:                           _____

        BILLING PARTNER APPROVAL:                              _____
                                      BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:      _____
                                     _____

---------------------------------------------------------------------------------------------------------------------
                     ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
                     -------------------------                     ---------------
                    FEES:                  0.00
            DISBURSEMENTS:                  0.00     UNIDENTIFIED RECEIPTS:        0.00
              FEE RETAINER:                  0.00         PAID FEE RETAINER:        0.00
             DISB RETAINER:                  0.00         PAID DISB RETAINER:       0.00
         TOTAL OUTSTANDING:                  0.00     TOTAL AVAILABLE FUNDS:        0.00
                                                              TRUST BALANCE:
                                     BILLING HISTORY
                                     ---------------
          DATE OF LAST BILL:        03/31/08      LAST PAYMENT DATE:         05/15/07
          LAST BILL NUMBER:           488256  ACTUAL FEES BILLED TO DATE:   143,210.00
                                              ON ACCOUNT FEES BILLED TO DATE:      0.00
                                              TOTAL FEES BILLED TO DATE:     143,210.00
       LAST BILL THRU DATE:        02/29/08   FEES WRITTEN OFF TO DATE:           0.00
                                              COSTS WRITTEN OFF TO DATE:         90.24
  FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:
                                    ----------------------------
          (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted   (5) Business Development     (8) Premium
          (3) Pre-arranged Discount      (6) Summer Associate         (9) Rounding         (10) Client Arrangement

  BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975                Proforma Number:    2586815
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

       B I L L E D   C O S T S   S U M M A R Y -------------- Total Billed ----------------
Code  Description                      Oldest        Latest          Total
                                       Entry         Entry           Amount
----  -----------                      ------        ------          ----------
0820  PHOTOCOPYING                     02/05/08      02/05/08           33.45
0917  WESTLAW ON-LINE RESEARCH         02/11/08      02/11/08           68.37

            Total                                                      101.82

       B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee        Date           Amount         Index#  Batch No  Batch Date
---------------                      --------        ------          ----------     ------  --------  ----------

PHOTOCOPYING                 0820
      PHOTOCOPYING                    WESCH, K M      02/05/08          33.45        8214021  501683   02/08/08
      WESCH  KRISTINA M
                                     0820 PHOTOCOPYING Total :          33.45

WESTLAW ON-LINE RESE         0917
      WESTLAW ON-LINE RESE            WESCH, K M      02/11/08          68.37        8241577  514547   03/04/08
                                     0917 WESTLAW ON-LINE RESE Total :  68.37


            Costs Total :                                             101.82

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00007                                Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2586815
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------------------|--------|------|-----------|-------------|----------|---------------|
| 0820 PHOTOCOPYING | 33.45 | _____ | _____ | _____ | _____ | _____ |
| 0917 WESTLAW ON-LINE RESEARCH | 68.37 | _____ | _____ | _____ | _____ | _____ |
| Costs Total : | 101.82 | _____ | _____ | _____ | _____ | _____ |

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE    8
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2586816
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:
---------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------
                UNBILLED TIME FROM:                              TO:
                UNBILLED DISB FROM:   01/04/2008                 TO:    02/28/2008
---------------------------------------------------------------------------------------------------------------------
                                          FEES                       COSTS
                                          ------                     ----------
            GROSS BILLABLE AMOUNT:              0.00                          54.64
            AMOUNT WRITTEN DOWN:     _____          _____
                        PREMIUM:     _____          _____
                ON ACCOUNT BILLED:   _____          _____
     DEDUCTED FROM PAID RETAINER:    _____          _____
                  AMOUNT BILLED:     _____          _____
                      THRU DATE:                                      02/28/2008
        CLOSE MATTER/FINAL BILLING?   YES   OR   NO
    EXPECTED DATE OF COLLECTION:     _____

        BILLING PARTNER APPROVAL:    _____

                                     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:      _____
                                     _____
---------------------------------------------------------------------------------------------------------------------
                    ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                    --------------------------              --------------
                    FEES:              0.00
            DISBURSEMENTS:             0.00       UNIDENTIFIED RECEIPTS:      0.00
             FEE RETAINER:             0.00          PAID FEE RETAINER:      0.00
            DISB RETAINER:             0.00         PAID DISB RETAINER:      0.00
        TOTAL OUTSTANDING:             0.00      TOTAL AVAILABLE FUNDS:      0.00
                                                        TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
            DATE OF LAST BILL:        03/31/08        LAST PAYMENT DATE:      03/18/08
            LAST BILL NUMBER:         488256 ACTUAL FEES BILLED TO DATE:    154,131.00
                                             ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                  TOTAL FEES BILLED TO DATE: 154,131.00
        LAST BILL THRU DATE:          02/29/08     FEES WRITTEN OFF TO DATE:  10,746.50
                                                  COSTS WRITTEN OFF TO DATE:     467.36
FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:
                                     -----------------------------
            (1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
            (2) Late Time & Costs Posted (5) Business Development      (8) Premium
            (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding          (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE    9
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00008                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2586816
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status     : ACTIVE
```

```
    B I L L E D   C O S T S   S U M M A R Y --------------- Total Billed ----------------
Code  Description                  Oldest      Latest       Total
                                   Entry       Entry        Amount
----  ---------------------------- ------      ------       -----------
0820  PHOTOCOPYING                 02/28/08    02/28/08           27.40
0930  MESSENGER/COURIER            01/04/08    02/11/08           27.24

            Total                                                 54.64
```

```
    B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee         Date        Amount        Index#   Batch No  Batch Date
---------------------------------- ---------        ------      -----------    -------  --------- ----------

PHOTOCOPYING              0820
     PHOTOCOPYING                   RODRIGUEZ, V E   02/28/08        27.40     8239823  514401    03/04/08
     RODRIGUEZ  VIVIAN E
                                    0820 PHOTOCOPYING Total :      27.40

MESSENGER/COURIER         0930
     FEDERAL EXPRESS CORPORAT       RODRIGUEZ, V E   01/04/08         8.68     8188417  488394    01/15/08
     Buchanan Ingersoll & Rooney
     FEDERAL EXPRESS CORPORAT       RODRIGUEZ, V E   02/08/08         9.28     8231467  509843    02/27/08
     Buchanan Ingersoll & Rooney
     FEDERAL EXPRESS CORPORAT       RODRIGUEZ, V E   02/11/08         9.28     8231468  509843    02/27/08
     Buchanan Ingersoll & Rooney
                                    0930 MESSENGER/COURIER Total :   27.24


        Costs Total :                                                54.64
```

```
alp_132r: Billed Charges Analysis          KRAMER LEVIN NAFTALIS & FRANKEL LLP          PAGE    10
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/04/2008 16:54:15
```

| | | | | | |
|---|---|---|---|---|---|
| Matter No: 056772-00008 | | Orig Prtnr : CRED. RGTS  - 06975 | | Proforma Number:    2586816 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | Bill Prtnr : BENTLEY PHILIP - 02495 | | Bill Frequency: M | |
| Matter Name : FEE APPLICATIONS, APPLICANT | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | | | |
| Matter Opened : 07/27/2001 | | | | Status     : ACTIVE | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 27.40 | _____ | _____ | _____ | _____ |
| 0930 MESSENGER/COURIER | 27.24 | _____ | _____ | _____ | _____ |
| Costs Total : | 54.64 | _____ | _____ | _____ | _____ |

alp_132r: Billed Charges Analysis                 KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    11
                                                         *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2586818
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
        UNBILLED TIME FROM:                          TO:
        UNBILLED DISB FROM:    01/03/2008            TO:    02/21/2008
------------------------------------------------------------------------------------------------------------------------
                                        FEES                      COSTS
                                        ------                    ----------
        GROSS BILLABLE AMOUNT:                 0.00                 4,382.94
        AMOUNT WRITTEN DOWN:       _____        _____
        PREMIUM:                   _____        _____
        ON ACCOUNT BILLED:         _____        _____
        DEDUCTED FROM PAID RETAINER: _____      _____
        AMOUNT BILLED:             _____        _____
        THRU DATE:                                                02/21/2008
        CLOSE MATTER/FINAL BILLING?   YES    OR    NO
        EXPECTED DATE OF COLLECTION:            _____

        BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:          _____
                                   _____

------------------------------------------------------------------------------------------------------------------------
                ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                --------------------------                          --------------
        FEES:                            0.00
        DISBURSEMENTS:                   0.00      UNIDENTIFIED RECEIPTS:        0.00
        FEE RETAINER:                    0.00      PAID FEE RETAINER:           0.00
        DISB RETAINER:                   0.00      PAID DISB RETAINER:          0.00
        TOTAL OUTSTANDING:               0.00      TOTAL AVAILABLE FUNDS:       0.00
                                                   TRUST BALANCE:

                                               BILLING HISTORY
                                               ---------------
        DATE OF LAST BILL:           03/31/08    LAST PAYMENT DATE:       03/18/08
        LAST BILL NUMBER:            488256  ACTUAL FEES BILLED TO DATE:  1,629,422.50
                                             ON ACCOUNT FEES BILLED TO DATE:       0.00
                                             TOTAL FEES BILLED TO DATE:   1,629,422.50
        LAST BILL THRU DATE:         02/29/08  FEES WRITTEN OFF TO DATE:    10,784.50
                                             COSTS WRITTEN OFF TO DATE:     3,780.78

FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:
                                      ----------------------------
        (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development     (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____

alp_132r: Billed Charges Analysis           KRAMER LEVIN NAFTALIS & FRANKEL LLP                  PAGE   12
                                               *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00012                            Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:   2586818
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                          Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y -------------- Total Billed ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 01/09/08 | 02/13/08 | 15.70 |
| 0840 | MANUSCRIPT SERVICE | 02/12/08 | 02/12/08 | 0.00 |
| 0842 | DOCUMENT PREP. | 01/09/08 | 01/09/08 | 87.50 |
| 0885 | LONG-DISTANCE TEL. | 01/03/08 | 01/04/08 | 1.19 |
| 0920 | PRINT. & BINDING | 01/22/08 | 01/22/08 | 393.06 |
| 0940 | CAB FARES | 01/13/08 | 01/23/08 | 546.77 |
| 0942 | MEALS/IN-HOUSE | 01/25/08 | 01/25/08 | 20.40 |
| 0950 | OUT-OF-TOWN TRAVEL | 01/13/08 | 01/31/08 | 2,508.20 |
| 0951 | MEALS/T & E | 01/14/08 | 01/23/08 | 652.62 |
| 0980 | TRANSCRIPT FEES | 01/31/08 | 02/21/08 | 157.50 |
| | **Total** | | | **4,382.94** |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| PHOTOCOPYING    0820 | | | | | | |
| PHOTOCOPYING | BALDINGER, L B | 01/09/08 | 0.20 | 8183763 | 486410 | 01/10/08 |
| BALDINGER  LAURIE | | | | | | |
| PHOTOCOPYING | BALDINGER, L B | 01/09/08 | 0.40 | 8183764 | 486410 | 01/10/08 |
| BALDINGER  LAURIE | | | | | | |
| PHOTOCOPYING | FARBER, P F | 01/10/08 | 5.30 | 8187752 | 488074 | 01/14/08 |
| FARBER  PEGGY | | | | | | |
| PHOTOCOPYING | FARBER, P F | 01/13/08 | 2.40 | 8188702 | 488407 | 01/15/08 |
| FARBER  PEGGY | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 01/19/08 | 2.00 | 8194081 | 491660 | 01/23/08 |
| BENTLEY  PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 02/08/08 | 4.80 | 8222629 | 504795 | 02/15/08 |
| BENTLEY  PHILIP | | | | | | |
| PHOTOCOPYING | WIGGINS, C | 02/12/08 | 0.40 | 8222630 | 504795 | 02/15/08 |
| WIGGINS  CLAUDINE | | | | | | |
| PHOTOCOPYING | WIGGINS, C | 02/13/08 | 0.20 | 8222631 | 504795 | 02/15/08 |
| WIGGINS  CLAUDINE | | | | | | |
| | 0820 PHOTOCOPYING Total : | | 15.70 | | | |
| | | | | | | |
| MANUSCRIPT SERVICE    0840 | | | | | | |
| MANUSCRIPT SERVICE | WIGGINS, C | 02/12/08 | 0.00 | 8226687 | 506911 | 02/20/08 |
| | 0840 MANUSCRIPT SERVICE Total : | | 0.00 | | | |
| | | | | | | |
| DOCUMENT PREP.    0842 | | | | | | |
| DOCUMENT PREP. | SHARIFF, N S | 01/09/08 | 37.50 | 8190296 | 489307 | 01/18/08 |
| DOCUMENT PREP. | GRIFFIN, D G | 01/09/08 | 50.00 | 8191952 | 490391 | 01/21/08 |
| | 0842 DOCUMENT PREP. Total : | | 87.50 | | | |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                    PAGE   13
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/04/2008 16:54:15
```

```
Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2586818
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE
```

## B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|

**LONG-DISTANCE TEL.          0885**

| Description | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| LONG-DISTANCE TEL. 3125658000 | | KELLERMAN, M | 01/03/08 | 0.30 | 8189450 | 488518 | 01/15/08 |
| LONG-DISTANCE TEL. 2024291700 | | KELLERMAN, M | 01/03/08 | 0.30 | 8189451 | 488518 | 01/15/08 |
| LONG-DISTANCE TEL. 2024291700 | | KELLERMAN, M | 01/04/08 | 0.59 | 8189452 | 488518 | 01/15/08 |
| | 0885 LONG-DISTANCE TEL. Total : | | | 1.19 | | | |

**PRINT. & BINDING          0920**

| Description | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| DTI SKYLINE PRINT. & BINDING - VENDOR- DTI SKYLINE | | BALDINGER, L B | 01/22/08 | 114.23 | 8192236 | 490862 | 01/22/08 |
| DTI SKYLINE PRINT. & BINDING - VENDOR- DTI SKYLINE | | BALDINGER, L B | 01/22/08 | 226.16 | 8192239 | 490862 | 01/22/08 |
| DTI SKYLINE PRINT. & BINDING - VENDOR- DTI SKYLINE | | BALDINGER, L B | 01/22/08 | 52.67 | 8192241 | 490862 | 01/22/08 |
| | 0920 PRINT. & BINDING Total : | | | 393.06 | | | |

**CAB FARES          0940**

| Description | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| GREGORY A. HOROWITZ | | HOROWITZ, G A | 01/13/08 | 60.00 | 8197530 | 491772 | 01/23/08 |
| CAB FARES CAB FARES - ODYSSEY | | FARBER, P F | 01/13/08 | 64.77 | 8202853 | 494008 | 01/28/08 |
| GREGORY A. HOROWITZ | | HOROWITZ, G A | 01/21/08 | 50.00 | 8219475 | 503812 | 02/13/08 |
| GREGORY A. HOROWITZ | | HOROWITZ, G A | 01/21/08 | 165.00 | 8234453 | 510011 | 02/27/08 |
| GREGORY A. HOROWITZ | | HOROWITZ, G A | 01/23/08 | 42.00 | 8219476 | 503812 | 02/13/08 |
| GREGORY A. HOROWITZ | | HOROWITZ, G A | 01/23/08 | 165.00 | 8219478 | 503812 | 02/13/08 |
| | 0940 CAB FARES Total : | | | 546.77 | | | |

**MEALS/IN-HOUSE          0942**

| Description | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| JULIET RAMDIN, CASHIER MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER 1/22-23 | | HOROWITZ, G A | 01/25/08 | 20.40 | 8203100 | 493851 | 01/28/08 |
| | 0942 MEALS/IN-HOUSE Total : | | | 20.40 | | | |

**OUT-OF-TOWN TRAVEL          0950**

| Description | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| GREGORY A. HOROWITZ From: NYC; To: Pittsburgh, PA; Date(s): 1/13/08-1/16/08 | | HOROWITZ, G A | 01/13/08 | 442.05 | 8197528 | 491772 | 01/23/08 |
| GREGORY A. HOROWITZ Name: Westin Convention Center; City: Pittsburgh , PA; Date(s): 1/13/08-1/16/08 | | HOROWITZ, G A | 01/13/08 | 669.21 | 8197529 | 491772 | 01/23/08 |
| GREGORY A. HOROWITZ From: New York; To: Pittsburgh; Date(s): 1/21/08 (Missing Boarding Pass) | | HOROWITZ, G A | 01/21/08 | 215.05 | 8219472 | 503812 | 02/13/08 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 04/04/2008 16:54:15

| | |
|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975      Proforma Number:    2586818 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | Status    : ACTIVE |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| GREGORY A. HOROWITZ<br>Name: Westin Hotel; City: Pittsburgh, PA; Date(s): 1/21/08-1/23/08 | HOROWITZ, G A | 01/21/08 | 418.19 | 8219474 | 503812 | 02/13/08 |
| GREGORY A. HOROWITZ<br>From: Pittsburgh; To: New York; Date(s): 1/23/08<br>(Missing Boarding Pass) | HOROWITZ, G A | 01/23/08 | 394.45 | 8219473 | 503812 | 02/13/08 |
| DINERS CLUB CITICORP DIN<br>OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB<br>CITICORP DINERS CLUB 1/14/2008      PIT TO LGA TO<br>PIT | FARBER, P F | 01/31/08 | 369.25 | 8211051 | 498016 | 02/04/08 |
| **0950 OUT-OF-TOWN TRAVEL Total :** | | | **2,508.20** | | | |
| MEALS/T & E            0951 | | | | | | |
| GREGORY A. HOROWITZ<br>Establishment: Cafe Eeuo; Guests: Peggy Farber,<br>Greg Horowitz; Affiliation: KLNF; Business Discussed: WR Grace | HOROWITZ, G A | 01/14/08 | 16.50 | 8197531 | 491772 | 01/23/08 |
| GREGORY A. HOROWITZ<br>Establishment: Original Fish Market; Guests: Peggy Farber, Arlene Krieger, Ken Pasquale; Affiliation: KLNF, Stroock; Business Discussed: WR Grace | HOROWITZ, G A | 01/14/08 | 272.25 | 8197532 | 491772 | 01/23/08 |
| GREGORY A. HOROWITZ<br>Establishment: Nine on Nine; Guests: Peggy Farber, Arlene Krieger, Ken Pasquale; Affiliation: KLNF; Stroock; Business Discussed: WR Grace | HOROWITZ, G A | 01/15/08 | 276.16 | 8197533 | 491772 | 01/23/08 |
| GREGORY A. HOROWITZ<br>Establishment: Cafe Euro; Guests: Peggy Farber, Arlene Krieger; Affiliation: KLNF; Stroock; Business Discussed: WR Grace | HOROWITZ, G A | 01/16/08 | 28.50 | 8197534 | 491772 | 01/23/08 |
| GREGORY A. HOROWITZ<br>Establishment: Sonoma Grille; Guests: Arlene Krieger; Affiliation: Stroock; Business Discussed:<br>WR Grace | HOROWITZ, G A | 01/23/08 | 59.21 | 8219477 | 503812 | 02/13/08 |
| **0951 MEALS/T & E Total :** | | | **652.62** | | | |
| TRANSCRIPT FEES        0980 | | | | | | |
| CITIBANK<br>TRANSCRIPT FEES - VENDOR- CITIBANK 12/03/07-<br>COURT CALL | MANNAL, D M | 01/31/08 | 25.00 | 8206132 | 495926 | 01/31/08 |
| CITIBANK<br>TRANSCRIPT FEES - VENDOR- CITIBANK 12/03/07 -<br>COURT CALL | GLASS, J J | 01/31/08 | 25.00 | 8206133 | 495926 | 01/31/08 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2586818
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CITIBANK | GLASS, J J | 01/31/08 | 25.00 | 8206134 | 495926 | 01/31/08 |
| TRANSCRIPT FEES - VENDOR- CITIBANK 12/12/07- COURT CALL | | | | | | |
| CITIBANK | GLASS, J J | 02/21/08 | 25.00 | 8229586 | 507562 | 02/21/08 |
| TRANSCRIPT FEES - VENDOR- CITIBANK COURT CALL LLC - 12/19/07 | | | | | | |
| CITIBANK | FARBER, P F | 02/21/08 | 57.50 | 8229587 | 507562 | 02/21/08 |
| TRANSCRIPT FEES - VENDOR- CITIBANK COURT CALL LLC - 01/10/08 | | | | | | |
| | | 0980 TRANSCRIPT FEES Total : | 157.50 | | | |

Costs Total :                                    4,382.94

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2586818
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 15.70 | _____ | _____ | _____ | _____ | _____ |
| 0840 MANUSCRIPT SERVICE | 0.00 | _____ | _____ | _____ | _____ | _____ |
| 0842 DOCUMENT PREP. | 87.50 | _____ | _____ | _____ | _____ | _____ |
| 0885 LONG-DISTANCE TEL. | 1.19 | _____ | _____ | _____ | _____ | _____ |
| 0920 PRINT. & BINDING | 393.06 | _____ | _____ | _____ | _____ | _____ |
| 0940 CAB FARES | 546.77 | _____ | _____ | _____ | _____ | _____ |
| 0942 MEALS/IN-HOUSE | 20.40 | _____ | _____ | _____ | _____ | _____ |
| 0950 OUT-OF-TOWN TRAVEL | 2,508.20 | _____ | _____ | _____ | _____ | _____ |
| 0951 MEALS/T & E | 652.62 | _____ | _____ | _____ | _____ | _____ |
| 0980 TRANSCRIPT FEES | 157.50 | _____ | _____ | _____ | _____ | _____ |
| Costs Total : | 4,382.94 | _____ | _____ | _____ | _____ | _____ |

```
alp_132r: Billed Charges Analysis               KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE   17
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/04/2008 16:54:15
```

```
Matter No: 056772-00028                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2586822
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                  Status    : ACTIVE
```

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate
---------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------

```
              UNBILLED TIME FROM:                      TO:
              UNBILLED DISB FROM:   02/25/2008         TO:      02/25/2008
```
---------------------------------------------------------------------------------------------------------------------

```
                                        FEES                           COSTS
                                        ------                         ----------
        GROSS BILLABLE AMOUNT:               0.00                       240.00
        AMOUNT WRITTEN DOWN:        _____              _____
                    PREMIUM:        _____              _____
           ON ACCOUNT BILLED:       _____              _____
  DEDUCTED FROM PAID RETAINER:      _____              _____
               AMOUNT BILLED:       _____              _____
                   THRU DATE:                                            02/25/2008
    CLOSE MATTER/FINAL BILLING?     YES    OR    NO
  EXPECTED DATE OF COLLECTION:      _____

       BILLING PARTNER APPROVAL:    _____
                                    BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:       _____
                                    _____
```

---------------------------------------------------------------------------------------------------------------------

```
              ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
              --------------------------                        --------------
              FEES:                   0.00
       DISBURSEMENTS:                 0.00    UNIDENTIFIED RECEIPTS:        0.00
         FEE RETAINER:                0.00    PAID FEE RETAINER:           0.00
        DISB RETAINER:                0.00    PAID DISB RETAINER:          0.00
     TOTAL OUTSTANDING:               0.00    TOTAL AVAILABLE FUNDS:       0.00
                                              TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
         DATE OF LAST BILL:         03/31/08      LAST PAYMENT DATE:      12/27/07
         LAST BILL NUMBER:           488256  ACTUAL FEES BILLED TO DATE:  106,333.25
                                             ON ACCOUNT FEES BILLED TO DATE:    0.00
                                             TOTAL FEES BILLED TO DATE:   106,333.25
     LAST BILL THRU DATE:          02/29/08      FEES WRITTEN OFF TO DATE:  25,258.50
                                                 COSTS WRITTEN OFF TO DATE:     0.00
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ----------------------------
        (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development     (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding        (10) Client Arrangement

  BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

alp_132r: Billed Charges Analysis          KRAMER LEVIN NAFTALIS & FRANKEL LLP          PAGE    18
Run Date & Time: 04/04/2008 16:54:15               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2586822
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                              Status     : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y** -------------- Total Billed ---------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0950 | OUT-OF-TOWN TRAVEL | 02/25/08 | 02/25/08 | 240.00 |
| | **Total** | | | **240.00** |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| OUT-OF-TOWN TRAVEL    0950 | | | | | | |
|    PEGGY FARBER | FARBER, P F | 02/25/08 | 240.00 | 8234516 | 510041 | 02/27/08 |
|   From : NYC; To: Wilmington. DE; Date(s): 2/25/08 | | | | | | |
| | 0950 OUT-OF-TOWN TRAVEL Total : | | 240.00 | | | |

     Costs Total :                                 240.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    19

Run Date & Time: 04/04/2008 16:54:15

Matter No: 056772-00028                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2586822
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                           Status     : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0950 OUT-OF-TOWN TRAVEL | 240.00 | _____ | _____ | _____ | _____ | _____ |
| | | | | | | |
| Costs Total : | 240.00 | _____ | _____ | _____ | _____ | _____ |