**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

W.R. Grace & Co., *et al.*            Bankruptcy No. 01-1139
    Debtor(s)

                                       Chapter 11

                                       **Re: Dkt. No.** 18470, 18461
                                       Related to Dkt. No. 18462

**ORDER AMENDING ORDER GRANTING EXPEDITED
CONSIDERATION OF THE ZAI CLAIMANTS' MOTION FOR
RELIEF FROM AUTOMATIC STAY**

     **AND NOW**, this **8th** day of **April, 2008**, it is **ORDERED** that the Order Granting Expedited Consideration of the ZAI Claimants' Motion for Relief from Automatic Stay, Doc. No. 18470, is **AMENDED** so that objections to the ZAI Claimants' Motion for Relief from Automatic Stay docketed at No. 18462 shall be filed and served on or before **April 15, 2008.** All other provisions of the order at Doc. No. 18470 remain fixed.

     Movants shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

                                                            Judith K. Fitzgerald
                                                           United States Bankruptcy Judge