IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 28, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S SEVENTY-SEVENTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2008 THROUGH 29, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/432720

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 1, 2008

Bill Number  16595
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through February 29, 2008

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/03/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $59.00 |
| 02/05/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 02/06/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 2.40 Hrs | $264.00 |
| 02/07/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 2.80 Hrs | $308.00 |
| 02/08/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 02/11/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.70 Hrs | $737.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/12/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.30 Hrs | $693.00 |
| 02/13/08 | ARA | Quality control documents in the production set. | 6.70 Hrs | $737.00 |
| 02/14/08 | RAM | Read selected documents filed in bankruptcy court (.3). Read updated bankruptcy court docket entries to select documents to read (.3). | 0.60 Hrs | $177.00 |
| 02/14/08 | ARA | Quality control documents in the production set. | 6.80 Hrs | $748.00 |
| 02/15/08 | ARA | Quality control documents in the production set. | 4.80 Hrs | $528.00 |
| 02/19/08 | ARA | Quality control documents in the production set. | 7.50 Hrs | $825.00 |
| 02/20/08 | RAM | Email from MTM re: in-house counsel's inquiry re: documents concerning sales outside U.S. | 0.05 Hrs | No charge |
| 02/20/08 | MTM | Telephone call from in-house counsel re: boxes of sales outside U.S. documents. | 0.20 Hrs | $51.00 |
| 02/20/08 | ARA | Quality control documents in the production set (4.7). Per telephone call from MTM, search for and obtain sales outside U.S. boxes of documents, per in-house counsel's request (.5). | 5.20 Hrs | $572.00 |
| 02/25/08 | ARA | Quality control documents in the production set. | 5.50 Hrs | $605.00 |
| 02/26/08 | ARA | Quality control documents in the production set. | 6.80 Hrs | $748.00 |
| 02/28/08 | MTM | Telephone call from in-house counsel re: boxes of sales outside U.S. documents. | 0.20 Hrs | $51.00 |
| 02/28/08 | ARA | Document control (.7). Quality control documents in the production set previously produced to Personal Injury Creditors Committee (6.0). | 6.70 Hrs | $737.00 |
| 02/29/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $59.00 |
| 02/29/08 | MTM | Review boxes of sales outside U.S. documents at Winthrop Square (1.4); telephone call to in-house counsel re: same (.2). | 1.60 Hrs | $408.00 |
| 02/29/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.60 Hrs | $726.00 |
| | | TOTAL LEGAL SERVICES | | $10,463.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.00 Hrs | 295/hr | $295.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 295/hr | No charge |
| MATTHEW T. MURPHY | 2.00 Hrs | 255/hr | $510.00 |
| ANGELA R. ANDERSON | 87.80 Hrs | 110/hr | $9,658.00 |
| | 90.85 Hrs | | $10,463.00 |

TOTAL THIS BILL     $10,463.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 1, 2008

Bill Number  16596
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through February 29, 2008

| Date | Atty | Description | Time | Value |
| --- | --- | --- | --- | --- |
| 02/01/08 | RAM | Work on December fee application (.2); send it to in-house counsels to review (.1). | 0.30 Hrs | $88.50 |
| 02/04/08 | RAM | Email from in-house counsel that fee application may be filed. | 0.05 Hrs | No charge |
| 02/07/08 | RAM | Finalize December fee application and send to Delaware counsel to file. | 0.20 Hrs | $59.00 |
| 02/12/08 | RAM | Finalize quarterly fee application (.2); send it to Delaware counsel to file (.1). | 0.30 Hrs | $88.50 |
| | | TOTAL LEGAL SERVICES | | $236.00 |

## LEGAL SERVICES SUMMARY

| | | | |
| --- | --- | --- | --- |
| ROBERT A. MURPHY | 0.80 Hrs | 295/hr | $236.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 295/hr | No charge |

Mark A. Shelnitz

|  |  |
|---|---|
| 0.85 Hrs | $236.00 |

| TOTAL THIS BILL | $236.00 |
|---|---|