**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 1, 2008

Bill Number  16597
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through February 29, 2008

### FEDERAL EXPRESS

| 02/13/08 | To 777 S Figueroa St, Wade Ackerman from Casner & Edwards on January 08, 2008 by MTM. | 51.07 | |
| --- | --- | --- | --- |
| | | | $51.07 |

### OUTSIDE PHOTOCOPYING

| 02/11/08 | MERRILL COMM - Copy of Libby personnel file requested by in-house counsel (1/24/08) | 36.38 | |
| --- | --- | --- | --- |
| | | | $36.38 |

### PHOTOCOPYING

| 02/06/08 | 19 copies at .10 per copy | 1.90 | |
| --- | --- | --- | --- |
| | | | $1.90 |

### RENT REIMBURSEMENT

| 02/07/08 | Rent and utilities for document repository at One Winthrop Square - February 2008. | 12,308.95 | |
| --- | --- | --- | --- |
| | | | $12,308.95 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 29, 2008

MISCELLANEOUS

| | | |
|---|---|---|
| 02/12/08 | RECORDKEEPER ARCHIVE-Storage 2/1/08 through 2/29/08 | 402.60 |
| | | $402.60 |
| | TOTAL DISBURSEMENTS | $12,800.90 |
| | TOTAL THIS BILL | $12,800.90 |