Edward F Perley
158 Highwood Dr
Libby 777T 59923
Ph 1-406-293-4708

Status Report

July 30, 2003

FILED
08 APR -7 AM 10: 14
BANKRUPTCY COURT
DISTRICT OF DELAWARE

Last letter from Heberling listing Dr Whitehouse as their professional witness, more on the good doctor. in closing. Ref A-1

(1) Politics

My response to the Judiciary Committee, Ref D-D-1. Please note my last remarks about our two millionaire Senators.

(2) Maryland Casualty & W. R. Grace Company should pay.

There was no dust control system.

(3) US Constitution and Montana

Heberling correctly argued violation of civil and constitutional rights in not informing the workers and the community. There is a memorial of approximately 250 asbestosis related deaths. To my knowledge, no death certificates state cause of death as asbestosis. The mediating facts in favor of the State, they did not know the scope or severity of this incurable disease, nationally and internationally. However Heberling's law firm and doctors knew all details right up to their termination (end of the victims). They had the same obligation to inform.

Heberling's law firm violated their constitutional oath of office for criminal greed in building their own class action suit. Dr Whitehouse, violated his oath

'to do no harm' for personal gain. I know that the FBI will investigate civil court dates to establish the time line of their partnership.

(4) Bankruptcy Court

Fraudulent conveyance of one billion dollars added to the bankruptcy. I am sure that this breached the undeclared understanding Heberling had with W. R. Grace. Maybe Allen Mc Garvey was not on the same page with Heberling & Dr. Whitehouse. It was probably just greed, but it shows a weak leg in the three legged stool of this criminal conspiracy. Maybe one of the W. R. Grace & Co. CEOs is upset about it and will talk to investigators.

It takes time for medical records. This is just hype for talking down to the victims about delay. All are connected with e-mail, fax and computers. I am sure that the FBI can get a court order for computer records from the CARD Clinic, Heberling Law Firm and HNA. I believe W. R. Grace is now out of the direct line of electronic communication, as this is how they lost their last billion dollars. HNA is their paid professionals that now intercede for them. I am sure the information gathered would tie the three legs of the conspiracy stool together.

At the end of this paragraph it states that there are millions of homes that are contaminated with tremolite asbestos contaminated Zonelite brand insulation. If the doctor had followed his 'Oath' and went public, there would be only half that many homes that need clean-up. Same for the law firm, but then it would have limited their 'Class Action suit'. The government sponsored the use of insulation for energy conservation. I believe there are still people out there with the problem, as the government did not give proper notice to avoid responsibility and liability.

Last paragraph please ref 0-0-1.

(5) Montana Vermiculite Co. are joined with W.R. Grace in bankruptcy

(6) Cases Against the Railroad(?)

I can assure you that they would not have moved one pound of this material if they had the inside information of Dr. Whitehouse & Heberling Law Firm and of course W. R. Grace & Co. I expect this is another class action suit of the law firm. I suggest that 50% of these claims would not have been made if they had legally used their information. I believe they knew in the mid 1980's. If people that should have been informed such as OSHA, EPA, CDC, and the news media, had been informed, W.R. Grace & Co. would have been shut down immediately.

(7) Occupational Disease Cases

The years 1979 and 1980 were when the government started removing asbestos from schools and government buildings, and stopped using it for energy conservation. It was at this time that a medical bulletin was sent to all specialists, Dr. Whitehouse included. Reference last paragraph number 4, Bankruptcy Court.

Had W. R. Grace & Co., Heberling and Dr. Whitehouse done the right thing in the 1980's, there would have been no asbestosis cases at the lumber mill and Willy Schauss and others would still be alive.

There were many cases filed from the 1980's through the 1990's. All were concluded by settlements. I believe there was an understanding with W.R. Grace & Co., as they needed time to secure their assets before bankruptcy. When criminals were more honest, this was called paying protection for time.

(8) Timing

The confession I have hi-lighted in green. Heberling states litigation started in 1995 and was appealed up through 2004. They had settled quite a few cases. Settlements are not litigated and I believe these went back to the 1980's. There will be court records of these settlements to give dates.

If Heberling's law firm had conformed to their social and constitutional oath and notified all relevant agencies, including the public media, all asbestos contaminated material would have been stopped in place. There would have been a public outcry, but a national clean up would have began. Citizens would have gotten rid of contaminated sheetrock, wallboard, ceiling tile and insulation. As it is, without much media attention, people are still surrounded with contaminated products. EPA has been working in Libby, MT for eight years and is not done yet. Ref (6) Railroad.

Heberling argued that the State had a constitutional obligation and duty to warn workers and residents of Libby, his law firm had the same obligation, only compounded in the 1980's as this was an incurable condition. It was not only national, but because of W. R. Grace & Co.'s exports, internationally.

The export of incurable disease causing material could cause 'terrorism' in the 3rd world, as well here domestically. HNA has stated that much of the low cost housing and the projects for the rural populations in mid USA was saturated with asbestos contaminated insulation material. Much of this

population are minority and of the Muslim faith, a fine recruiting tool for Jihad terrorism.

At this time, America's finest young men and women are in the military, fighting terrorists. They should not be made to fight future enemies made by W. R. Grace & Co., Dr. Whitehouse and Heberling aided by a dysfunctional governmental agency on exports of asbestos contaminated material.

### (9) Local Politics

I would not have made these charges if I did not have a clear admission from Heberling's States report of civil and constitutional violations by them. They have stated that there are tens of thousands of claims against the bankruptcy filing. If they had of done their duty, half of these would not exist. Remember, this is an incurable medical condition and most of it would now be cleaned up.

About a month and half ago I asked for help, direction, and protection. I have had no response. I understand this professional defense, no attorney wants to participate in the downfall of another. The way they do this is as follows: They make no response to my charges as it would give them credibility. In that way, should this material come up, they can state that I am a paranoid old man with asbestosis, and all my charges are frivolous. When the lead in on material is titled frivolous, often bureaucrats do not even read it as they do not have time for frivolous things. If their defense prevails, I will need no protection, as I am a harmless old man.

The political result hoped for was for the Department of Justice to do justice. Because of no response, I have to believe they consider me frivolous. I hope I am wrong. I know it takes time to investigate. I sent all materials to Lou Dobbs, CNN, and to Fox News. They do not publish until all is confirmed. It

is hoped this States report will be enough confirmation, as I believe there are still people out there that do not know that they are living in danger. Homeland Security should be made aware that urban Muslims in the Midwest have been contaminated with asbestos contaminated insulation. This could be used as a future recruiting tool for terrorists. I have a letter in my file confirming this from HNA.

I believe in transparency. Civil as well as criminal settlements should be open to public scrutiny. All personal information can be redacted. A citizen has a right to know of bad products, medical malfeasance and all information that is detrimental to his health and welfare so he can defend himself as best he can. Collective judicial judgments are unconstitutional and secrecy serves no purpose. If there had of been transparency from the beginning, there would not be tens of thousands of citizens with asbestosis. I know that it will take legislation, so I will send a copy of all that I have submitted to the Judiciary Committee in Washington, DC.

(10) Closing

It is my hope that someone on the Judiciary Committee can submit transparent legislation for all judicial actions. The only issues needing secrecy are national security and things of a personal nature. All other matters need to be in the people's domain as accurately as possible so the people can protect themselves from bad products, bad doctors and unconstitutional attorneys, as exemplified in this case.

Heberling's law firm was correct in that the State was obligated to warn Libby. However that obligation was compounded in the 1980's when Heberling knew that an incurable medical condition was national and going

international with W. R. Grace & Co.'s exports. Their only reason is greed. I can assure you that a citizen's health is more important than any settlement that he might never live to see.

Asbestosis has a long history. Over 100 years it has been used. It has a medical history of over 50 years. It has been known to be an incurable medical condition since 1979. At this time the media should have been on to it as the government was removing it from buildings and schools. But then, we know how competent they are in informing the public.

I believe a financial and personal audit of Dr. Whitehouse and his relationship with St. John's Lutheran Hospital in Libby is in order. He had to get X-rays of asbestosis victims for his first settlements for Heberling.

Some, not all, of the doctors at this hospital are involved with Dr Whitehouse and attorney Heberling. A couple of years back, they had a two or three million-dollar expansion. This is the only expanding business in Libby, MT. They have a lifetime list of asbestosis customers. The residents of Libby feel like we are in a stockyard feed lot waiting final processing into this medical facility. I tried to take action against the hospital in 2000. I have Heberling's refusal on file.

There can be a lot finger-pointing in asbestosis history. I have charged the three that are the most relevant to my condition and tens of thousands of other victims. In a criminal conspiracy there are three ways to contract, in writing, by implication and stated. I doubt there is anything written, implied and stated. I believe there to be e-mail and fax material available between HNA, CARD, Dr. Whitehouse and Heberling to confirm charges made. I believe collective judicial settlements should be looked at. All claims are different. Collecting them together allows for the same abuses as stated here. I have sent this to Fox News and CNN. I will send this for follow up to the US Dept of Justice,