# **EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: W. R. GRACE & CO., et al., | ) ) ) ) ) ) ) ) | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Related Docket No: 18380 |
| Debtors. | | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2008, she caused a true and correct copy of Debtors' First Set of Interrogatories, First Request For Admissions and First Request for Production of Documents Directed to the Allegheny Center Associates to be served on the following counsel via email and first class mail:

Christopher D. Loizides, Esq.
**LOIZIDES. P.A.**
1225 King Street, Suite 800
Wilmington DE 19801

Daniel A. Speights, Esq.
Marion C. Fairey, Jr., Esq.
**SPEIGHTS & RUNYAN**
200 Jackson Avenue, East
P.O. Box 685
Hampton, S.C. 29924

_____
*Counsel for the Debtors and
Debtors in Possession*