Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re.                                          )    Chapter 11
                                                )
W.R. GRACE & CO., et al.,                       )    CASE NO. 01-1139 (JJF)
                                                )    Jointly Administered
                        Debtors.                )
                                                )    NOTICE OF TRANSFER OF CLAIM
                                                )    OTHER THAN FOR SECURITY AND
                                                )    WAIVER OF NOTICE
                                                )    Bankruptcy Rule 3001(e)(1)

        PLEASE TAKE NOTICE that the scheduled claim of **CHEMGLASS INC** ("Transferor") against the
Debtor in the amount of **$469.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the
Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition
Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the
transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by
Bankruptcy Rule 3001 (e)(1).

        I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights
there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps
required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than
**$469.00** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse
DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the
Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the
purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute
funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received
subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim
of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**CHEMGLASS INC**
~~3861 N MILL RD~~  VINELAND NJ 08360

3800   Print Name _Susan Toulson_          Title _Controller_

       Signature _Susan Toulson_          Date _4/1/08_

Updated Address (if needed) _____

Phone _800-843-1794_ Fax _800-922-4361_ E-Mail _SUE@Chemglass.Com_

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____

                Tom Scheidt

Mail Ref# 6-211
2122824

2