**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case NO. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| DEBTORS. | ) | |
| | ) | |

## DECLARATION OF SERVICE

I, Kathleen M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Sullivan Hazeltine Allinson LLC, 4 East 8th Street, Suite 400, Wilmington, DE 19801.

3. On the 9th day of April, 2008, I caused copies of the following documents to be served upon the parties listed on "Exhibit 1," attached hereto, via facsimile:

   - *Order Granting Expedited Consideration of the ZAI Claimants' Motion for Relief from Automatic Stay* (Docket No. 18470); and
   - *Order Amending Order Granting Expedited Consideration of the ZAI Claimants' Motion for Relief from Automatic Stay* (Docket No. 18471).

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 9, 2008
Wilmington, Delaware

By: [signature]
Kathleen M. Davis