# EXHIBIT 1

SULLIVAN · HAZELTINE · ALLINSON LLC

4 EAST 8TH STREET, SUITE 400

WILMINGTON, DE 19801

TEL: (302) 428-8191

FAX: (302) 428-8195

## FACSIMILE TRANSMITTAL SHEET

FROM
William D. Sullivan, Esq.

DATE:
April 9, 2008

RE:
W.R. Grace & Co., et al.

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

| Recipient | Fax No. | Phone No. |
|---|---|---|
| James E. O'Neill, Esq. | (302) 652-4400 | (302) 652-4100 |
| Mark T. Hurford, Esq.<br>Marla Rosoff Eskin, Esq.<br>Matthew G. Zaleski, III, Esq. | (302) 426-9947 | (302) 426-9947 |
| William H. Sudell, Jr., Esq.<br>Eric D. Schwartz, ESq. | (302) 658-3989 | (302) 658-3989 |
| Mark D. Collins, Esq. | (302) 658-6548 | (302) 658-6548 |
| Jeffrey C. Wisler, Esq.<br>Michelle McMahon, Esq.<br>Marc J. Phillips, Esq. | (302) 658-0380 | (302) 658-0380 |
| Francis A. Monaco, Jr., Esq. | (302) 667-7728 | (302) 656-2969 |
| Michael B. Joseph, Esq.<br>Theordore J. Tacconelli, Esq. | (302) 575-1714 | (302) 575-1714 |

Page 2

| ALL PARTIES BELOW BEING SERVED VIA FACSIMILE | | |
|---|---|---|
| RECIPIENT | FAX NO. | PHONE NO. |
| Mark S. Chehi, Esquire (Counsel for Sealed Air Corporation) (Special Request) | 302-651-3001 | 302-651-3001 |
| Warren H. Smith, Esquire (Fee Auditor) (Special Request) | 214-722-0081 | 214-722-0081 |
| Steven M. Yoder, Esquire (Local Counsel to DIP Lender) (Special Request) | 302-658-6395 | 302-658-6395 |
| David Klauder, Esquire (United States Trustee) (Special Request) | 302-573-6497 | 302 573-6497 |
| Derrick Tay, Esquire (Canadian counsel for Debtor) (Special Request) | 416-216-3930 | 416-977-5239 |
| Mark Shelnitz (W. R. Grace & Co.) (Special Request) | 410-531-4545 | 410-531-1634 |
| William Sparks, Esquire (Counsel to W. R. Grace & Co.) (Special Request) | 302-652-5338 | 302- 652 5341 |
| Elihu Inselbuch, Esquire Rita Tobin, Esquire (Official Committee of Personal Injury Claimants) (Special Request) | 212-644-6755 | 212-644-6755 |
| Lewis Kruger, Esquire (Official Committee of Unsecured Creditors) (Special Request) | 212-806-6006 | 212-806-6006 |
| Scott L. Baena, Esquire (Official Committee of Property Damage Claimants) (Special Request) | 305-374-7593 | 305-374-7593 |
| Philip Bentley, Esquire (Counsel for Equity Committee) (Special Request) | 212-715-8000 | 212-715-8000 |

Page 3

| ALL PARTIES BELOW BEING SERVED VIA FACSIMILE | | |
|---|---|---|
| RECIPIENT | FAX NO. | PHONE NO. |
| J. Douglas Bacon, Esquire (Counsel to DIP Lender) (Special Request) | 312-993-9767 | 312-993-9767 |
| Nancy Worth Davis, Esquire (Counsel to Asbestos Claimants) (Special Request) | 843-216-9410 | 843-216-9410 |
| Joseph Grey, Esquire (Special Request) | 610-371-7390 | 610-371-7390 |
| Michael R. Lastowski, Esquire (Counsel to Official Committee of Unsecured Creditors) (Special Request) | 302-657-4901 | 302-657-4901 |
| Mary M. Maloney-Huss, Esquire (Counsel for General Electric Company) (Special Request) | 302-292-4153 | 302-777-5863 |
| Selinda A. Melnik, Esquire (Counsel for Gamma Holding NV) (Special Request) | 302-652-8405 | 302-652-8405 |
| Laurie Selber Silverstein, Esquire (Counsel for Norfolk Southern Corp.) (Special Request) | 302-658-1192 | 305-658-1192 |
| Curtis Crowther, Esquire (Counsel for Century Indemnity Company) (Special Request) | 302-654-0245 | 302-654-0245 |
| Jamie O'Connell Blackstone Group (Financial Advisor to Debtor) (Special Request) | 212-583-5707 | 212-583-5707 |
| John D. Demmy, Esquire (Counsel for First Union Leasing) (Special Request) | 610-371-7390 | 610-371-7390 |
| Thomas G. Whalen, Esquire (Counsel for Mark Hankin and HanMar Associates) (Special Request) | 610-371-7390 | 610-371-7390 |

Page 4

| ALL PARTIES BELOW BEING SERVED VIA FACSIMILE | | |
|---|---|---|
| RECIPIENT | FAX NO. | PHONE NO. |
| William D. Sullivan, Esquire (Counsel for Zonolite Attic Litigation Plaintiffs, Medical Monitoring Claimants and Solow) (Special Request) | 302-428-8195 | 302-428-3996 |
| Francis J. Murphy, Esquire John S. Spadaro, Esquire Chase T. Brockstedt, Esquire (Counsel for Certain Underwriters of Lloyd's of London) (Special Request) | 302-472-8135 | 302-654-4775 |
| William S. Katchen, Esquire (Special Request) | 973-424-2001 | 973-424-2001 |
| Allison E. Reardon, Esquire (Counsel for the Delaware Division of Revenue) (Special Request) | 302-577-8656 | 302-577-8656 |
| Robert J. Dehney, Esquire Michael G. Busenkell, Esquire (Counsel for Travelers Casualty and Surety Company) (Special Request) | 302-658-3989 | 302-658-3989 |
| Teresa K.D. Currier, Esquire (Equity Committee Counsel) (Special Request) | 302-428-8195 | 302-552-4295 |
| Rachel B. Mersky, Esquire (Counsel for Union Tank Car Company) (Special Request) | 302-656-2769 | 302-656-2769 |
| Megan N. Harper, Esquire (Counsel for Royal Insurance) (Special Request) | 302-429-8600 | 302-429-8600 |

Page 5

| ALL PARTIES BELOW BEING SERVED VIA FACSIMILE | | |
|---|---|---|
| RECIPIENT | FAX NO. | PHONE NO. |
| Peter Van N. Lockwood, Esquire<br>Albert G. Lauber, Esquire<br>Nathan D. Finch, Esquire<br>Max C. Heerman, Esquire<br>(Counsel for Asbestos Personal Injury<br>Claimants)<br>(Special Request) | 202-429-3301 | 202-429-3301 |
| Darrell W. Scott, Esquire<br>(Special Counsel for ZAI Claimants)<br>(Special Request) | 509-747-2323 | 509-747-2323 |
| James J. Restivo, Jr., Esquire<br>Lawrence E. Flatley, Esquire<br>Douglas E. Cameron, Esquire<br>James W. Bentz, Esquire<br>Andrew Muha, Esquire<br>(Special Counsel to the Debtors for ZAI)<br>(Special Request) | 412-288-3063 | 412-288-3131 |
| Edward J. Westbrook, Esquire<br>Robert M. Turkewitz, Esquire<br>(Counsel for ZAI Claimants and Solow)<br>(Special Request) | 843-216-6509 | 843-727-3103 |
| John C. Phillips, Jr., Esquire<br>(Counsel to David T. Austern as Future<br>Claimants' Representative)<br>(Special Request) | 302-655-4210 | 302-655-4210 |
| Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Matthew W. Cheney, Esquire<br>(Counsel to David T. Austern as Future<br>Claimants' Representative)<br>(Special Request) | 202-339-8500 | 202-424-7643 |

Page 6

| ALL PARTIES BELOW BEING SERVED VIA FACSIMILE | | |
|---|---|---|
| RECIPIENT | FAX NO. | PHONE NO. |
| James S. Yoder, Esquire (Counsel for Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company) (Special Request) | 302-467-4554 | 302-654-0424 |
| Brian L. Kasprzak, Esquire (Counsel to Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Insurance Company) (Special Request) | 302-658-6537 | 302-658-6538 |
| Brian A. Sullivan, Esquire Amy D. Brown, Esquire (Counsel for Peters, Smith & Company) (Special Request) | 302-652-1111 | 302-652-1100 |
| Ellen W. Slights, Esquire (United States Attorney) | 302-573-6220 | 302-573-6277 |
| Sander L. Esserman, Esquire Van J. Hooker, Esquire David A. Klingler, Esquire David J. Parsons, Esquire (Counsel for Various Firms Representing Asbestos Claimants, Reaud, Morgan & Quinn, Inc and Environmental Litigation Group, P.C.) | 214-969-4999 | 214-969-4999 |
| Daniel K. Hogan, Esquire (Counsel for Various Firms Representing Asbestos Claimants) | 302-656-7599 | 302-656-7599 |
| Daniel A. Speights, Esquire (Counsel for Anderson Memorial Hospital) | 803-943-4599 | |
| Christopher D. Loizides, Esquire (Counsel for Anderson Memorial Hospital) | 302-654-0728 | |
| Edward B. Rosenthal, Esquire (Counsel for Continental Casualty Co.) | 302-658-7567 | |

Page 7

| ALL PARTIES BELOW BEING SERVED VIA FACSIMILE | | |
|---|---|---|
| RECIPIENT | FAX NO. | PHONE NO. |
| Daniel M. Glosband, Esquire<br>Brian H. Mukherjee, Esquire<br>(Counsel for Continental Casualty Co.) | 617-523-1231 | |
| Elizabeth DeCristofaro, Esquire<br>(Counsel for Continental Casualty Co.) | 212-344-4294 | |
| Ian Connor Bifferato, Esquire<br>Garvan F. McDaniel, Esquire<br>(Counsel for Royal Indemnity Co.) | 302-429-8600 | |
| Carl J. Pernicone, Esquire<br>(Counsel for Royal Indemnity Co.) | 212-490-3038 | |
| Adam G. Landis, Esquire<br>Kerri K. Mumford, Esquire<br>(Counsel for the Libby Claimants) | 302-467-4450 | |
| Daniel C. Cohn, Esquire<br>Christopher M. Candon, Esquire<br>Nathan R. Soucy, Esquire<br>(Counsel for the Libby Claimants) | 617-951-0679 | |
| Martha Coakley, Esquire<br>Attorney General of Massachusetts<br>(Counsel for Massachusetts Department of<br>Revenue) | 617-626-3289 | |
| Stephen D. Anderson, Esquire<br>(Counsel for the City of Ambridge,<br>Massachusetts) | 617-621-6610 | |
| Peter Nils Baylor, Esquire<br>David Mollo-Christensen, Esquire<br>(Counsel for Tyco Healthcare Group LP) | 617-310-9000 | |
| Etta R. Wolfe, Esquire<br>(Counsel for Kaneb Pipe Line Operating<br>Partnership, L.P. and Support Terminal<br>Services, Inc.) | 302-652-8405 | |
| Steve A. Peirce, Esquire<br>(Counsel for Kaneb Pipe Line Operating<br>Partnership, L.P. and Support Terminal<br>Services, Inc.) | 210-270-7205 | |

91100-001\DOCS_DE:135549.1

Page 8

| ALL PARTIES BELOW BEING SERVED VIA FACSIMILE | | |
|---|---|---|
| RECIPIENT | FAX NO. | PHONE NO. |
| Christina M. Thompson, Esquire (Counsel for the City of Charleston, South Carolina) | 302-658-0380 | |
| Tara E. Nauful, Esquire (Counsel for the City of Charleston, South Carolina) | 803-765-1243 | |
| Barbara H. Stratton, Esquire (Counsel for CSX Transportation, Inc.) | 302-658-0631 | |
| Barbara H. Stratton, Esquire (Counsel for CSX Transportation, Inc.) | 757-640-3701 | |
| Daniel J. Healy, Esquire (U.S. Department of Justice, Tax Division) | 202-514-6866 | |