# EXHIBIT A

# TOWERS PERRIN

# JANUARY 2008 INVOICE

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| **Jan-08** | | | | | |
| Jenni Biggs | 1/2/2008 | 0.50 | $650 | $325.00 | Review Daubert brief |
| Jenni Biggs | 1/3/2008 | 0.50 | $650 | $325.00 | Review Daubert brief |
| Jenni Biggs | 1/4/2008 | 5.20 | $650 | $3,380.00 | Review trial demonstrative exhibits |
| Jenni Biggs | 1/8/2008 | 1.20 | $650 | $780.00 | Review trial demonstrative exhibits |
| Jenni Biggs | 1/10/2008 | 1.50 | $650 | $975.00 | Provide information for opening argument; deposition errata |
| Jenni Biggs | 1/11/2008 | 1.00 | $650 | $650.00 | Discussions with Orrick |
| Jenni Biggs | 1/17/2008 | 3.00 | $650 | $1,950.00 | Prepare for direct testimony; demonstratives |
| Jenni Biggs | 1/18/2008 | 0.50 | $650 | $325.00 | Prepare for direct testimony |
| Jenni Biggs | 1/21/2008 | 0.50 | $650 | $325.00 | Prepare for direct testimony |
| Jenni Biggs | 1/22/2008 | 0.50 | $650 | $325.00 | Prepare for direct testimony |
| Jenni Biggs | 1/23/2008 | 0.50 | $650 | $325.00 | Billing |
| Jenni Biggs | 1/24/2008 | 0.30 | $650 | $195.00 | Discuss upcoming meeting |
| Jenni Biggs | 1/25/2008 | 0.50 | $650 | $325.00 | Discuss Chambers report |
| Jenni Biggs | 1/28/2008 | 1.50 | $650 | $975.00 | Preparation for call with Orrick |
| Jenni Biggs | 1/28/2008 | 1.80 | $650 | $1,170.00 | Preparation for call with Orrick |
| Jenni Biggs | 1/29/2008 | 0.20 | $650 | $130.00 | Preparation for call with Orrick |
| Jenni Biggs | 1/29/2008 | 1.50 | $650 | $975.00 | Teleconference with Orrick |
| Jenni Biggs | 1/30/2008 | 0.50 | $650 | $325.00 | Review trial transcript |
| Jenni Biggs | 1/31/2008 | 0.30 | $650 | $195.00 | Review trial transcript |
| | | 21.50 | | $13,975.00 | |
| | | | | | |
| Bryan Gillespie | 1/2/2008 | 0.80 | $410 | $328.00 | Daubert |
| Bryan Gillespie | 1/4/2008 | 0.50 | $410 | $205.00 | Daubert |
| Bryan Gillespie | 1/7/2008 | 2.70 | $410 | $1,107.00 | Daubert |
| Bryan Gillespie | 1/8/2008 | 3.60 | $410 | $1,476.00 | Review of cases provided by Orrick |
| Bryan Gillespie | 1/9/2008 | 3.20 | $410 | $1,312.00 | Review of expert reports |
| Bryan Gillespie | 1/10/2008 | 2.20 | $410 | $902.00 | Review of expert reports |
| Bryan Gillespie | 1/11/2008 | 4.30 | $410 | $1,763.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/15/2008 | 0.20 | $410 | $82.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/16/2008 | 2.80 | $410 | $1,148.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/18/2008 | 1.20 | $410 | $492.00 | Review of trial documents |
| Bryan Gillespie | 1/21/2008 | 8.30 | $410 | $3,403.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/22/2008 | 3.20 | $410 | $1,312.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/28/2008 | 2.00 | $410 | $820.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/29/2008 | 1.30 | $410 | $533.00 | Teleconference with Orrick |
| Bryan Gillespie | 1/31/2008 | 2.50 | $410 | $1,025.00 | Review trial transcript |
| | | 38.80 | | $15,908.00 | |
| | | | | | |
| Jeff Kimble | 1/4/2008 | 3.70 | $400 | $1,480.00 | Sending information to Orrick. Review trial demonstratives |
| Jeff Kimble | 1/8/2008 | 1.50 | $400 | $600.00 | Review trial demonstratives |
| Jeff Kimble | 1/29/2008 | 1.50 | $400 | $600.00 | Phone call with Orrick and discussion with team |
| | | 6.70 | | $2,680.00 | |
| | | | | | |
| | | 67.00 | | $32,563.00 | |