# ATTACHMENT 1

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. Grace & Co., et al., | ) CHAPTER 11 |
| | ) |
| DEBTORS, | ) BANKRUPTCY NO. 01-01139 (JJF) |
| | ) (Jointly Administered) |
| MRS. JACKIE LEWIS, BONNIE LEWIS, | ) |
| THOMAS LEWIS, PAMELA TELLESCH, | ) |
| WAYNE TELLESCH, BRIDGET LOEHNER, | ) |
| DENNIS LOEHNER, AND MRS. JANE ZAJAC, | ) |
| on behalf of themselves and all others similarly | ) |
| situated, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| W.R. GRACE & COMPANY (a Delaware | ) |
| Corporation); W.R. GRACE & COMPANY- | ) |
| CONN (a Connecticut Corporation); W.R. GRACE | ) Adversary Proceeding No. 01-8810 |
| & COL., a/k/a/ GRACE, an association of business | ) |
| entities; and SEALED AIR CORPORATION (a | ) |
| Delaware Corporation), NATIONAL MEDICAL | ) **Hearing Date: January 3, 2002 at** |
| CARE, INC.; FRESENIUS A.G.; FRESENIUS | ) **9:30 a.m.** |
| U.S.A., INC. and FRESENIUS NATIONAL | ) |
| MEDICAL CARE, INC., a/k/a FRESENIUS | ) |
| MEDICAL CARE HOLDINGS, INC., | ) **Objection Deadline: December 21,** |
| | ) **2001** |
| Defendants. | ) |

## NOTICE OF MOTION FOR
## CLASS CERTIFICATION OF ZONOLITE CLAIMS

**TO:** Debtor                                   Office of the US Trustee

Official Committee of Unsecured Creditors   2002 Service List

    Plaintiffs, a group of real property owners having Zonolite Attic Insulation claims against Debtors and various non-debtor affiliates, have filed the attached **Motion for Class Certification of Zonolite Claims** (the "Motion"). This Motion is based on this Notice of Motion; the Memorandum of Law in Support of Zonolite Plaintiffs' Motion for Class

Certification, and the Appendix with supporting documentation; such other briefs and declarations which may be filed subsequently; and any and all other matters and testimony which may be presented to the Court at or before the time of the hearing.

You are required to file a response to the attached motion on or before December 21, 2001.

At the same time, you must also serve a copy of the response upon Movant's undersigned counsel so that a response is received on or before the Objection deadline.

HEARING ON THE MOTION WILL BE HELD ON **January 3, 2001 at 9:30 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

  11/19/01          BY:    /s/ William D. Sullivan
Date                        William D. Sullivan, Esquire
                            ELZUFON AUSTIN REARDON
                            TARLOV & MONDELL, P.A.
                            300 Delaware Avenue, Suite 1700
                            P.O. Box 1630
                            Wilmington, DE 19899-1630

                            And

                            Elizabeth J. Cabraser
                            Fabrice N. Vincent
                            John Low-Beer
                            LIEFF, CABRASER, HEIMANN
                            & BERNSTEIN, LLP
                            Embarcadero Center West, 30th Floor
                            275 Battery Street
                            San Francisco, CA 94111
                            (415) 956-1000
                            (415) 956-1008 facsimile

00101575 DOC                          - 2 -