# ATTACHMENT 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                          .   Case No.  01-1139 (JKF)
                                .
                                .
W.R. GRACE & CO.,               .   USX Tower - 54th Floor
et al.,                         .   600 Grant Street
                                .   Pittsburgh, PA  15219
          Debtors.              .
                                .   June 25, 2007
. . . . . . . . . . . . . . .       1:09 p.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:         Reed Smith LLP
                         By:  JAMES RESTIVO, ESQ.
                              DOUGLAS CAMERON, ESQ.
                         435 Sixth Avenue
                         Pittsburgh, PA  15219

For Anderson Hospital:   Speights & Runyan
                         By:  DANIEL SPEIGHTS, ESQ.
                         200 Jackson Avenue, East
                         Hampton, SC  29924

Audio Operator:          Janet Heller

Proceedings recorded by electronic sound recording, transcript
          produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net
(609)586-2311          Fax No. (609) 587-3599

65

1  I guess another suggestion is to forget about this, worry about
2  it later. You know, somehow when the plan comes out it'll be
3  handled. And, there's some merit to that. Our own view, and
4  again reasonable minds could differ and I don't know how strong
5  we feel about it, there clearly is an issue as to what, if any,
6  causes of action or claims or theories of liability, if any,
7  exist today with respect to ZAI. The ZAI claims have been
8  stated, and I believe this is in the Court's opinion, either as
9  strict liability, negligence, warranty, consumer protection,
10 misrepresentation -- I'm not trying to list all of them but
11 there are a number of claims and theories that ZAI wears here.
12 We believe that if ZAI does not pose an unreasonable risk or a
13 unreasonable hazard, or an unreasonable danger, that as a
14 matter of law there can not be a strict product liability claim
15 or a negligence claim, or a warranty claim or consumer
16 protection claim, or misrepresentation of a material fact
17 claim. But that has not been briefed to this Court. What we
18 have briefed and discovered and argued about and eventually got
19 a ruling on was what does science show. And so, our suggestion
20 to the Court is before we go back to arguments on class action
21 or notice or what the notice says, perhaps the Court should
22 give the parties a briefing schedule so that the parties can
23 brief what, if any causes of action could remain given the
24 Court's decision. That would give Mr. Westbrook and his side
25 the ability to argue that they all remain. Give us the ability