# ATTACHMENT 6

# ZONOLITE ATTIC INSULATION REPORT

William M. Ewing, CIH
Technical Director
Compass Environmental, Inc.
1751 McCollum Parkway
Kennesaw, Georgia 30144

March 19, 2003

fibers eventually settle onto building surfaces where they may be suspended into the air again, thereby creating a repeated exposure potential. The ZAI studies described in this report confirm that disturbance of ZAI, as would be undertaken during foreseeable homeowner activities, can release significant amounts of Libby amphiboles (i.e., fibrous tremolite, actinolite, and related amphiboles). After being released in the air, the asbestos will settle on surfaces in the home, primarily the attic and any area to which Libby vermiculite has migrated. As shown by our home inspections, Libby vermiculite has an affinity for seeping through cracks and crevices and entering living space.

The importance of the propensity for asbestos to be released, rather than its weight in a product, was known to W.R. Grace. Internal Grace documents reflect concern that asbestos fiber release from ZAI (not weight) was the critical issue, and that ZAI being sold in the 1970s could not meet the then-current occupational standards, which were more lenient than today. ZAI would certainly not meet the current, more stringent OSHA standards, based on the Grace test results.

Likewise, it is helpful to focus on the fiber level readings from the studies conducted and attached to this report (Attachments 2 and 3). The tests in the Busch residence, for example, indicated that when ZAI was disturbed by moving it aside using the Grace method, as would be done to install a pull-down stairway in an attic, the activity generated 6.29 structures per cc. There are 1000 cubic centimeters in a liter. Thus, 6.29 structures per cc equals 6,290 structures per liter. An adult breathes approximately 10

---

[8] Note: Zonolite mountain was formerly exploited by the Vermiculite and Asbestos Co. for both vermiculite and asbestos before its merger with The Zonolite Company in 1939.

8

# APPENDIX B

# RESULTS OF SURFACE DUST SAMPLES

## Zonolite Attic Insulation
## Surface Dust Sample Log
## Spokane, WA
## November 2002

| Sample Number | Sample Location and Description | Asbestos Concentration | |
|---|---|---|---|
| | | s/ft$^2$ | s/cm$^2$ |
| BD-01 | 11/4/02, Busch home, attic, sample collected from un finished wood board placed atop Zonolite Attic Insulation (ZAI) as walking board. Board located west of entrance hatch approximately two feet from hatch, 100 cm$^2$ | 47 million | 51,000 |
| BD-02 | 11/4/02, Busch home, attic, sample collected from unfinished wood support at base of 2" x 4" roof support on west side, south end, 100 cm$^2$ | ND (<12 million) | ND (13,000) |
| BD-03 | 11/4/02, Busch home, attic, center of west side from unfinished floor/ceiling joist, surface area of sample was 9.5" x 1.5" | 190 million | 200,000 |
| BD-04 | 11/4/02, Busch home, blank | ND | ND |
| MD-01 | 11/4/02, Matthews home, attic, west side 10 rafter spaces south of north wall from first wood floorboard along west side, 100 cm$^2$ | 6 million | 7000 |
| MD-02 | 11/4/02, Matthews home, attic, east side 15 rafter spaces south of north wall from first wood floorboard along east side, 100 cm$^2$ | 35 million | 38,000 |
| MD-03 | 11/4/02, Matthews home, attic, collected from top of "Covo Super SM Mix" stored on east side of attic at 10th rafter space south of north wall, metal, 100 cm$^2$ | ND (<3 million) | ND (<3,000) |
| MD-04 | 11/4/02, Matthews home, attic, collected from top of east trunk on south end of attic, surface area is 100 cm$^2$ surface is painted canvas and metal | 19 million | 20,000 |
| MD-05 | 11/4/02, Matthews home, blank | ND | ND |
| MD-06 | 11/5/02, Matthews home, attic, 6 feet east of stairwell, collected from new aluminum foil placed on floor prior to cleaning study, 100 cm$^2$, samples of settled dust from cleaning of attic | ND (<300,000) | ND (<300) |

| Sample Number | Sample Location and Description | Asbestos Concentration | |
|---|---|---|---|
| | | s/ft$^2$ | s/cm$^2$ |
| MD-07 | 11/5/02, Matthews home, attic, 6 feet east of stairwell, 5 feet south of stairwell, on box 14" above floor, collected from new aluminum foil placed on box prior to cleaning study, 100 cm$^2$, samples of settled dust from cleaning of attic | ND (<300,000) | ND (<300) |
| MD-08 | 11/5/02, Matthews home, attic, at southwest corner of stairwell on floor, collected from new aluminum foil placed on floor prior to cleaning study, 100 cm$^2$, samples of settled dust from cleaning of attic | ND (<300,000) | ND (<300) |
| MD-09 | 11/5/02, Matthews home, attic, 8 feet west of stairwell on floor, collected from new aluminum foil placed on floor prior to cleaning study, 100 cm$^2$, samples of settled dust from cleaning of attic | ND (<300,000) | ND (<300) |
| | | | |
| MD-10 | 11/5/02, Matthews home, attic, north end east side, collected from new aluminum foil placed on floor prior to removal study, 100 cm$^2$, samples of settled dust generated during and settled after removal study | ND (<300,000) | ND (<300) |
| MD-11 | 11/5/02, Matthews home, attic, north end east side, collected from new aluminum foil placed on floor prior to removal study, 100 cm$^2$, samples of settled dust generated during and settled after removal study | 600,000 | 700 |
| MD-12 | 11/5/02, Matthews home, attic, at stairwell, collected from new aluminum foil placed on floor prior to removal study, 100 cm$^2$, samples of settled dust generated during and settled after removal study | 300,000 | 300 |
| MD-13 | 11/5/02, Matthews home, attic, north end west side, collected from new aluminum foil placed on floor prior to removal study, 100 cm$^2$, samples of settled dust generated during and settled after removal study | ND (<300,000) | ND (<300) |
| MD-14 | 11/5/02, Matthews home, blank | ND | ND |

**Bulk Sampling and Analyses**

Bulk samples were collected and analyzed by polarized light microscopy (PLM) as described by the method EPA-600/MR-82-020: Interim Method for the Determination of Asbestos in Bulk Insulation Samples. Results are reported as percent asbestos by volume.

## SUMMARY AND DISCUSSION OF RESULTS

The results are summarized and discussed for each activity performed in the following sections. The individual sample results and laboratory findings are compiled in appendices A (air samples), B (surface dust samples), and C (bulk samples).

**Cleaning of Stored Items in an Attic with Zonolite at top of Perimeter Wall Cavities Only**

Four area air samples were collected before the start of cleaning activities. No asbestos structures were detected in these samples. A concentration of less than 0.002 s/cc is reported. During the cleaning activity the personal exposure measurements for the worker measured by PCM were 0.82 – 2.53 f/cc, with a time-weighted average (TWA) during the 33-minute time period of 1.54 f/cc. During a 34-minute time period the personal exposure measurements for the assistant measured by PCM was <0.54 – 0.82 f/cc, with a TWA of 0.53 f/cc.[17] No asbestos structures were detected in 3 samples collected on the worker and 3 samples collected on the assistant during the cleaning activity. The TWA values were <0.42 s/cc for the worker and <0.33 s/cc for the assistant.

Four sets of 3 area air samples (12 total) were collected during the cleaning activity and analyzed by TEM. The TWA (31 minutes) for the 3 samples in the group closest to the cleaning activity was 0.12 s/cc for all structures greater than 0.5 μm, and 0.11 s/cc for structures greater than 5 μm. The TWA (32 minutes) for the next closest set of 3 area air samples was 0.07 s/cc, greater than 5 μm in length. The TWA (32 minutes) for the next closest set of 3 area air samples was 0.06 s/cc, greater than 5 μm in length. The TWA (31 minutes) for the set of 3 area air samples farthest from the cleaning activity was <0.05 s/cc. No asbestos structures were detected in these three samples. The results for the air samples collected for this cleaning activity are summarized in Table 1.

---

[17] Note: a value of one-half the reported less than value was used to calculate the TWA.

Table 1. Summary of Air Sampling Results for Cleaning of Stored Items with Zonolite at the top of Perimeter Wall Cavities Only

| Sample Location | N | PCM | TEM | |
|---|---|---|---|---|
| | | (f/cc) | (s/cc) | (s/cc > 5µm) |
| Worker, personal | 3, 3 | 1.54 | <0.42 | <0.42 |
| Assistant, personal | 3,3 | 0.53 | <0.33 | <0.33 |
| Area, in cleaning area | 3 | - | 0.12 | 0.11 |
| Area, adjacent cleaning area | 3 | - | 0.07 | 0.07 |
| Area, ~10 feet away | 3 | - | 0.06 | 0.06 |
| Area, ~20 feet away 3 | 3 | - | <0.05 | <0.05 |
| Area, before cleaning | 4 | - | <0.002 | <0.002 |

Before the cleaning activity began 4 dust samples were collected from 4 non-porous attic surfaces. The results ranged from not detected to 38,000 s/cm$^2$, with an average (logarithmic mean) of 9500 s/cm$^2$. Three bulk samples of Zonolite collected from the attic perimeter were analyzed by PLM and found to contain a "trace" of Libby amphiboles, by volume.[18]

Just prior to the cleaning activity 4 sheets of aluminum foil were placed on surfaces to collect dust settling during a 23 hour period. The locations ranged from about 10 – 20 feet away from the cleaning activity so they would not need to be disturbed during the activity. No asbestos structures were found in the 4 dust samples collected from the foil sheets. Values of less than 300 s/cm$^2$ are reported for each sample.

This cleaning study highlights a short-coming in two commonly used air sampling methods when employed to measure fibers or asbestos structures in a "dusty atmosphere." The direct preparation TEM method requires that small sample volumes be collected to prevent overloading of the filter surface. Where the dust collected is predominantly asbestos, this is not a problem. Where the dust collected is predominantly not asbestos, the non-asbestos dust obscures the asbestos structures. The result is a higher than desirable sensitivity. For the PCM samples, the non-asbestos fiber content of normal house dust (primarily cellulose fiber) provides for a high fiber count, when only a fraction of those fibers are asbestos.

For this study, the three area air samples collected in the cleaning area provide the best asbestos fiber exposure information for an individual cleaning stored items in an attic with Zonolite located in the perimeter wall cavities. These data indicate an average exposure of 0.12 s/cc during cleaning, a value 60 times higher than the background measurements collected in the same area before the cleaning activity.

---

[18] Note: a trace finding by PLM is an estimate of some value less than 0.1%.

**Cutting a Hole in the Ceiling of a Living Space Below Zonolite Attic Insulation**

Prior to cutting the hole in the ceiling a set of 3 area air samples were collected in the second floor bedroom. The TEM analysis found an average of 0.023 s/cc, and 0.017 s/cc (greater than 5 μm in length). During the cutting process the worker and the assistant each wore two air sampling pumps for samples to be analyzed by PCM and TEM. Due to the dusty nature of the work, 4 sequential samples were taken for each pump (16 total). Four sequential samples were also collected at each of 3 area air sampling locations. These area samples were all analyzed by TEM.

The 4 PCM samples collected on the worker ranged from 1.42 f/cc to 14 f/cc, with a TWA of 5.8 f/cc during the 26 minute period. The 4 PCM samples collected on the assistant ranged from 0.81 f/cc to 16 f/cc, with a TWA of 5.4 f/cc during the 28 minute period.

The 4 TEM samples collected on the worker ranged from not detected (< 0.43 s/cc) to 4.98 s/cc (2.85 s/cc, greater than 5 μm). The 26 minute TWA for the worker was 2.48 s/cc (1.32 s/cc greater than 5 μm). The 4 TEM samples collected on the assistant ranged from not detected to 1.83 s/cc (all structures were greater than 5 μm). The 28 minute TWA for the assistant was 0.80 s/cc (greater than 5 μm).

The 3 sets of 4 TEM area air samples collected in the same room had TWA values of 0.51 s/cc (set 1), 0.57 s/cc (set 2), and 0.77 s/cc (set 3). Considering only structures greater than 5 μm, the corresponding values are 0.41 s/cc (set 1), 0.54 s/cc (set 2), and 0.60 s/cc (set 3).

The data demonstrate the peak exposures occurred during the last 5 minutes of cutting the hole when approximately 0.8 ft$^3$ of Zonolite spilled from the ceiling to the floor, a distance of about 9 feet. The TEM personal samples found 4.98 s/cc (2.85 s/cc >5μm) for the worker and 1.83 s/cc (all greater than 5 μm) during this phase of the work. The area air samples were similarly elevated during this phase of the work. The air sampling data are summarized in Table 2.

Table 2. Summary of Air Sampling Results During Cutting Hole in Ceiling Below Attic with Zonolite Insulation

| Sample Location | N | PCM | TEM | |
|---|---|---|---|---|
| | | (f/cc) | (s/cc) | (s/cc > 5μm) |
| Worker, personal | 4,4 | 5.8 | 2.48 | 1.32 |
| Assistant, personal | 4,4 | 5.4 | 0.80 | 0.80 |
| Area, sample set 1 | 4 | - | 0.51 | 0.41 |
| Area, sample set 2 | 4 | - | 0.57 | 0.54 |
| Area, sample set 3 | 4 | - | 0.77 | 0.60 |
| Area, before activity | 3 | - | 0.023 | 0.017 |

Three bulk samples of Zonolite attic insulation were collected and each found to contain less than 1% amphibole asbestos by PLM. A bulk sample of the ceiling that was cut was also analyzed by PLM for asbestos. The ceiling consisted of wood lathe, hard plaster, finish plaster, 1/4 inch gypsum wallboard with wallpaper, and a stippled finish coat. Approximately 7% chrysotile asbestos was found in the stippled finish coat. No asbestos was found in the other materials. Accordingly, the ceiling system material cut was less than 1% chrysotile.

Cutting a plaster/wallboard/wood ceiling is a dusty operation. The PCM method of measuring fiber concentrations in such an atmosphere is not a good predictor of asbestos exposure. The TEM data provides the best exposure information in this instance since the method can distinguish between asbestos and non-asbestos structures. The use of the direct TEM method to measure asbestos in an atmosphere with considerable non-asbestos dust remains a concern.

From these data it may be concluded that persons cutting a hole into a ceiling below Zonolite insulation will be exposed to significant concentrations of amphibole asbestos. The worker exposure was measured at over 100 times the background samples collected before the activity.

**Moving Aside Zonolite Attic Insulation Using the Grace Method**

Before moving any Zonolite attic insulation 3 area air samples were collected for TEM analyses. No asbestos structures were detected in these samples. A value of less than 0.002 s/cc is reported.

Personal samples were collected on the worker and the assistant during the activity. Four sequential samples were collected to prevent overloading of the filters for each sample set. Three sets of 4 area samples (12 total) were collected during this activity. The worker exposure was measured by 4 PCM samples and 4 TEM samples. For the assistant, the PCM and TEM analyses were performed on the same filters since the TEM filters were voided due to a pump malfunction (crimped sampling tube).

The PCM results for the worker ranged from 4.61 f/cc to 16.24 f/cc, with a 34 minute TWA of 12.5 f/cc. The PCM results for the assistant ranged from 2.29 f/cc to 4.25 f/cc, with a 34 minute TWA of 3.12 f/cc. The TEM results for the worker ranged from 1.01 s/cc to 10.6 s/cc (1.01 s/cc – 8.58 s/cc, greater than 5 $\mu$m), with a 34 minute TWA of 6.29 s/cc (4.85 s/cc, greater than 5 $\mu$m). The TEM results for the assistant ranged from 4.35 s/cc to 6.42 s/cc (1.16 s/cc to 4.67 s/cc, greater than 5 $\mu$m), with a 34 minute TWA of 5.50 s/cc (2.74 s/cc, greater than 5 $\mu$m).

The TEM results for the 3 sets of area air samples as 34 minute TWAs were 3.78 s/cc (set 1), 1.86 s/cc (set 2), and 1.25 s/cc (set 3). Considering only structures greater than 5 μm, the 34 minute TWAs were 3.17 s/cc (set 1), 1.48 s/cc (set 2), and 0.90 s/cc (set 3). The results for all the area and personal samples are summarized in Table 3.

**Table 3. Summary of Air Sampling Results During Moving Zonolite Attic Insulation Using the Grace Method**

| Sample Location | N | PCM | TEM | |
|---|---|---|---|---|
| | | (f/cc) | (s/cc) | (s/cc > 5μm) |
| Worker, personal | 4,4 | 12.5 | 6.29 | 4.85 |
| Assistant, personal | 4 | 3.12 | 5.5 | 2.74 |
| Area, sample set 1 | 4 | - | 3.78 | 3.17 |
| Area, sample set 2 | 4 | - | 1.86 | 1.48 |
| Area, sample set 3 | 4 | - | 1.25 | 0.90 |
| Area, before activity | 3 | - | <0.002 | <0.002 |

**Moving Aside Zonolite Attic Insulation Using the Homeowner Method**

A set of 3 background samples were collected from the attic before starting the activity. No asbestos structures were detected on these samples, and an average of <0.003 s/cc reported. The same sampling protocol was followed as was performed when moving the Zonolite using the Grace method.

The PCM results for the worker ranged from 9.48 f/cc to 18.81 f/cc, with a 31 minute TWA of 14.4 f/cc. The PCM results for the assistant ranged from 0.64 f/cc to 10.4 f/cc, with a 32 minute TWA of 4.98 f/cc. The TEM results for the worker ranged from 11.8 s/cc to 29.1 s/cc (10.5 s/cc to 22.0 s/cc, greater than 5 μm), with a 31 minute TWA of 20.0 s/cc (16.0 s/cc, greater than 5 μm). The TEM results for the assistant ranged from < 0.53 s/cc to 5.92 s/cc (<0.53 to 5.92 s/cc, greater than 5 μm), with a 32 minute TWA of 2.99 s/cc (2.51 s/cc, greater than 5 μm).

The TEM results for the 3 sets of area air samples as TWAs were 1.20 s/cc (set 1 – 28 minutes), 2.00 s/cc (set 2 – 39 minutes), and 3.85 (set 3 – 39 minutes). Considering only structures greater than 5 μm, the TWAs were 1.06 s/cc (set 1), 1.57 s/cc (set 2), and 2.93 s/cc (set 3). The results for the air samples are summarized in Table 4.

13

Table 4. Summary of Air Sampling Results During Moving Zonolite Attic Insulation Using the Homeowner Method

| Sample Location | N | PCM | TEM | |
|---|---|---|---|---|
| | | (f/cc) | (s/cc) | (s/cc > 5μm) |
| Worker, personal | 4,4 | 14.4 | 20.0 | 16.0 |
| Assistant, personal | 4 | 4.98 | 2.99 | 2.51 |
| Area, sample set 1 | 4 | - | 1.20 | 1.06 |
| Area, sample set 2 | 4 | - | 2.00 | 1.57 |
| Area, sample set 3 | 4 | - | 3.85 | 2.93 |
| Area, before activity | 3 | - | <0.003 | <0.003 |

The results of sampling during the two methods of moving aside Zonolite attic insulation demonstrate that neither method effectively controls the generation of amphibole asbestos dust. The Grace method found the worker exposure to be 3100 times background, and the homeowner method found the worker exposure to be 6700 times background. A review of the workers' individual sample results showed a significant exposure reduction during the last 9 minutes of the task using the Grace Method (see sample numbers B8G – 104 and B45G – 104). This was likely due to the use of the HEPA filtered vacuum to remove dust from between the attic floor joists during this time frame. Visually the air in the vicinity of the HEPA vacuum (and the worker) became clearer. It appears the HEPA vacuum was functioning to scrub dust particles from the air as well as capture dust at the surface. This observation is also supported by the exposure measurements taken on the worker during the homeowner method that did was not lower in the last set of personal samples.

Either method of moving Zonolite attic insulation is a dusty procedure. However, since much of the airborne fibrous dust is amphibole asbestos, the limitations of using PCM and direct TEM are not as pronounced. In a different attic that might contain Zonolite and another product, such as treated cellulose or mineral wool, interference from non-asbestos fibers would likely make sampling and analysis more challenging.

The use of water to mist the Zonolite attic insulation was not very effective as a dust suppressant. This may be due to the thickness of the attic insulation and the micaceous product itself. Caution should be used when using water on Zonolite attic insulation. Old, and poorly insulated electric wiring is often found in the loose attic fill material. This poses an electric shock hazard.

**Removal of Zonolite Attic Insulation with a Shop Vacuum from the Top of Perimeter Wall Cavities**

Before beginning the removal of Zonolite attic insulation from the top of perimeter wall cavities, a set of 4 area air samples were collected to establish the background

concentration of asbestos. No asbestos was detected in these samples and values of less than 0.0016 s/cc are reported.

Personal samples were collected on the worker and the assistant during the activity. Four sequential samples were collected to prevent overloading of the filters for each sample set. Four sets of 4 area samples (16 total) were collected during this activity. The worker exposure was measured by 4 PCM samples and 4 TEM samples. For the assistant, the PCM and TEM analyses were performed on the same filters since the TEM samples were voided due to a pump malfunction (crimped sampling tube).

The PCM results for the worker ranged from 1.19 f/cc to 5.28 f/cc, with a 46 minute TWA of 2.90 f/cc. The PCM results for the assistant ranged from 1.47 f/cc to 4.81 f/cc, with a 46 minute TWA of 2.90 f/cc. The TEM results for the worker ranged from 1.05 s/cc to 2.16 s/cc (0.58 s/cc to 1.32 s/cc, greater than 5 µm), with a 46 minute TWA of 1.47 s/cc (0.98 s/cc, greater than 5 µm). The TEM results for the assistant ranged from 0.67 s/cc to 2.15 s/cc (<0.67 s/cc to 1.79 s/cc, greater than 5 µm), with a 46 minute TWA of 1.69 s/cc (1.10 s/cc, greater than 5 µm).

The TEM results for the 4 sets of area air samples as TWAs were 0.52 s/cc (set 1 – 43 minutes), 0.67 s/cc (set 2 – 42 minutes), 0.89 s/cc (set 3 – 42 minutes), and 1.00 s/cc (set 4 – 45 minutes). Considering only structures greater than 5 µm, the TWAs were 0.37 s/cc (set 1), 0.45 s/cc (set 2), 0.57 s/cc (set 3), and 0.73 s/cc (set 4). The results for the air samples are summarized in Table 5.

Table 5. Summary of Air Sampling Results During Removal of Zonolite Insulation with a Shop Vacuum from the Top of Wall Cavities

| Sample Location | N | PCM | TEM | |
|---|---|---|---|---|
| | | (f/cc) | (s/cc) | (s/cc > 5µm) |
| Worker, personal | 4,4 | 2.90 | 1.47 | 0.98 |
| Assistant, personal | 4 | 2.90 | 1.69 | 1.10 |
| Area, sample set 1 | 4 | - | 0.52 | 0.37 |
| Area, sample set 2 | 4 | - | 0.67 | 0.45 |
| Area, sample set 3 | 4 | - | 0.89 | 0.57 |
| Area, sample set 4 | 4 | | 1.00 | 0.73 |
| Area, before activity | 4 | - | <0.002 | <0.002 |

Just prior to the removal activity, 4 sheets of aluminum foil were placed on surfaces to collect dust which might settle during the activity and for a period of 20 – 33 minutes following completion of the activity. The total collection time was 65 - 78 minutes. The individual results are found in Appendix B (samples MD – 10 through MD – 13). No structures were found in two of the samples (<300 s/cc reported). The other two samples found 300 s/cm$^2$ and 700 s/cm$^2$ of amphibole asbestos.[19] The data, when viewed together

---

[19] Note: a longer settlement time was not possible as the remediation contractor needed access to begin their work

15

with the area air sampling, indicate an hour would not be a sufficient settling time before starting a clean-up.

The worker and the assistant exposure data were very similar for this study. The likely cause is the worker and assistant worked together to dump the Zonolite from the vacuum into plastic bags. This was visually a dusty operation. The vacuum was equipped with a standard pleated filter which, while not HEPA rated, likely captured much of the dust generated.

The data from the use of a standard shop vacuum to remove Zonolite insulation demonstrates this activity results in significant exposure to amphibole asbestos. The worker exposure for this study was found to be 735 times the background samples collected before the activity began.

**Miscellaneous Observations**

The background samples collected in the attics of the two houses indicated that absent any disturbance, there was not an elevated concentration of asbestos in the air. Similar sampling should be conducted in homes during high wind storms. Anecdotal information from at least one homeowner indicates that some Zonolite insulation is blown out from wall cavities under certain circumstances.

During the cleaning, and removal with shop vacuum studies, area air sampling was also conducted in the living space of the home. The purpose of the sampling was to verify the effectiveness of the containment. However, it also served to measure pre-existing airborne asbestos concentrations. The results indicated the pre-existing airborne concentration was not elevated.

Two area air samples were also collected outdoors of the two homes. The analyses, found in Appendix A, did not detect any asbestos.

A total of 17 blank samples were collected and analyzed as part of the study. These blank samples were handled and analyzed in the same manner as the field samples. The results of these samples, included in Appendix A, demonstrate there was no systematic contamination of the field samples.