# ATTACHMENT 9



# FORM 8-K

## W R GRACE CO - GRA

**Filed: April 07, 2008 (period: April 06, 2008)**

Report of unscheduled material events or corporate changes.

added to the number of shares of common stock issued and outstanding as of the Effective Date, shall constitute 50.1% of the voting shares of Parent as of the Effective Date (such number of shares shall be equitably adjusted for stock splits, stock dividends, recapitalizations, corporate reorganizations or changes in control of Parent after the Effective Date).

**B.     Other Classes**

1.     **Administrative Claims**: 100% of allowed amount in cash.

2.     **Priority Tax Claims**: 100% of allowed amount in cash.

3.     **Priority Non-Tax Claims**: 100% of allowed amount in cash.

4.     **Secured Claims**: 100% of allowed amount either in cash or by reinstatement.

5.     **Unsecured Employee Claims (post-retirement health and special pension)**: 100% of allowed amount by reinstatement.

6.     **Workers Compensation Claims**: 100% by reinstatement.

7.     **Allowed General Unsecured Claims**: 100% of allowed amount plus post-petition interest as follows: (i) for holders of pre-petition bank credit facilities, post-petition interest at the rate of 6.09% from the filing date through December 31, 2005 and thereafter at floating prime, in each case compounded quarterly; and (ii) for all other unsecured claims, interest at 4.19%, compounded annually, or if pursuant to an existing contract, interest at the non-default contract rate.

8.     **Allowed Environmental Claims**: 100% of allowed amount in cash.

9.     **Traditional Asbestos Property Damage Claims:** 100% of allowed amount in cash for settled claims. The Plan shall set forth procedures for the allowance of all Asbestos PD Claims that are disputed as of the Effective Date.

10.    **ZAI Claims**: Unless the Plan Proponents agree otherwise as to the treatment of ZAI Claims, the court shall estimate, for purposes of allowance and distribution, any liability on account of ZAI Claims prior to or in connection with the confirmation of the Plan. ZAI Claims shall be paid 100% of their allowed amount up to the amount of the court's estimate.

II.    **Channeling Injunctions.** The Plan shall contain injunctions under Sections 524(g) and Section 105(a) of the Bankruptcy Code to protect the Debtors, Cryovac, Sealed Air, Fresenius, their affiliates, officers, directors and employees, and other parties in interest and certain insurers. The Plan shall also contain such provisions, injunctions and releases

Source: W R GRACE & CO, 8-K, April 07, 2008