## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 10th day of April, 2008, I caused a copy of the foregoing *ZAI Claimants' Opposition to Grace's Motion for an Immediate Bar Date* to be served upon the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the foregoing to be true and correct.

*April 10, 2008*                  */s/ William D. Sullivan*
Date                                      William D. Sullivan

| **HAND DELIVERY:** | **FEDERAL EXPRESS:** |
|---|---|
| James E. O'Neill, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801 | Janet S. Baer, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| Michael R. Lastowski, Esq.<br>Duane Morris<br>1100 Market Street, Suite 1200<br>Wilmington, DE 19801-1246 | Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>Wilmington, DE 19801 | Scott L. Baena, Esq.<br>Bilzin, Sumberg, Dunn Baena, Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131 |
| Mark Hurford, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 |
| Teresa K.D. Currier, Esq.<br>Buchanan, Ingersoll & Rooney PC<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Philip Bentley, Esq.<br>Gregory Horowitz, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 |
| John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Richard H. Wyron, Esq.<br>Orrick, Herrington & Sutcliffe LIP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 20005-1706 |
| David Klauder, Esq.<br>Office of the United States Trustee<br>844 N. King Street<br>Wilmington, DE 19801 | |