# Exhibit D

(Copy Receipt) (Clerk's Date Stamp)

RECEIVED
MAR 08 2001
PERKINS COIE LLP

# SUPERIOR COURT OF WASHINGTON
# COUNTY OF SPOKANE

___CO BARBANTI,___
Plaintiff(s)

vs.

W. R. GRACE & COMPANY-CONN, et al.,
Defendant(s)

CASE NO. __00-2-01756-6__
SECOND AMENDED
NOTE FOR HEARING - ISSUE OF LAW
(NTMTDK)
(MOTION NUMBER 15)

TO THE CLERK OF THE COURT AND TO: Defendants and your attorneys

The undersigned has scheduled a continuance hearing on the motion for: Order Approving Notice Plan, a copy of which was previously served.

The hearing is scheduled for ___April 10, 2001___ at 4:30 p.m. (time confirmed with assigned court) to be heard before the assigned Judge at:

The Honorable Kathleen M. O'Connor Courtroom
Spokane County Superior Court
1116 W. Broadway
Spokane, WA 99260-0350

**NOTICE: Motions must be confirmed no later than 12:00 noon two days before the hearing by notifying the bailiff for the assigned judge. See LR 40(b)(10).**

LUKINS & ANNIS, P.S.
Signed: _Darrell W. Scott_

Name __Darrell W. Scott__

Address __717 West Sprague Ave, Suite 1600__

City, State, Zip __Spokane, WA 99201__

Dated: _3/8/01_

Bar ID: __20241__

Telephone: __509-455-9555__

## AUTHORITIES

Cite those authorities which form primary basis for your legal position. Where case authority is cited, provide reference to specific page of opinion which is controlling. Likewise reference applicable sections or subsection of statutes or court rules. This does not substitute for required Memorandum of Authorities.

Applicable Court Rule: __CR 23(d)(2)__

Applicable Statute: _____

Applicable Case Law: _____

## CERTIFICATE OF SERVICE

I, Samantha Batorson, do hereby certify that on the 8th day of March, 2001, the foregoing document was delivered to the following persons in the manner indicated:

| | |
|---|---|
| Mr. V.L. Woolston Jr.<br>Mr. Thomas L. Boeder<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 | VIA REGULAR MAIL [ ]<br>VIA FEDERAL EXPRESS [ X ]<br>VIA HAND DELIVERY [ ]<br>VIA FACSIMILE [ ] |
| Mr. Rocco Treppiedi<br>Perkins Coie LLP<br>221 N. Wall Street, Suite 600<br>Spokane, WA 99201 | VIA REGULAR MAIL [ ]<br>VIA FEDERAL EXPRESS [ ]<br>VIA HAND DELIVERY [ X ]<br>VIA FACSIMILE [ ] |
| Donald G. Stone<br>David L. Broom<br>Curtis L. Shoemaker<br>Paine, Hamblen, Coffin, Brooke, & Miller LLP<br>717 West Sprague Avenue, Suite 1200<br>Spokane, WA 99201 | VIA REGULAR MAIL [ ]<br>VIA FEDERAL EXPRESS [ ]<br>VIA HAND DELIVERY [ X ]<br>VIA FACSIMILE [ ] |

EXECUTED this 8th day of March, 2001, at Spokane, Washington.

_____
Samantha Batorson