IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Re: Docket No. 18328**
**4/22/08 Agenda Item No. 1**

## DEBTORS' AMENDMENT TO MOTION FOR AN ORDER (A) ESTABLISHING A PROOF OF CLAIM BAR DATE FOR ZONOLITE ATTIC INSULATION CLAIMS, AND (B) APPROVING THE RELATED PROOF OF CLAIM FORM, BAR DATE NOTICES, AND NOTICE PROGRAM

On March 18, 2008, the Debtors filed a Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program (the "Bar Date Motion") [Dkt. No. 18328]. On April 9, 2008, Her Majesty the Queen in Right of Canada as represented by the Attorney General of Canada, filed an objection to the Bar Date Motion on the grounds that ZAI Claims in Canada were not included in the Bar Date Motion.[1]

In order to resolve the objection and upon further review and consideration, the Debtors file this Amendment to the Bar Date Motion to include ZAI Claims located in Canada.

Annexed hereto at Exhibit A are blacklines of the (a) ZAI proof of claim form; (b) instructions for the ZAI proof of claim form; (c) the notice to known ZAI claimants; and (d) the proposed form of order setting a ZAI bar date as amended to reflect the inclusion of ZAI Claims

---

[1]   Objection of Her Majesty the Queen in Right of Canada As Represented By the Attorney General of Canada to Debtors' Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Dkt. No. 18485].

located in Canada (collectively, the "Bar Date Documents"). Annexed hereto at <u>Exhibit B</u> are the revised, "clean" versions of the Bar Date Documents.

In addition, the Debtors have developed a notice program that is targeted for Canada (the "Canadian Notice Plan"). The Canadian Notice Plan calls for multiple notices in six national consumer magazines, two national newspapers, the 35 largest-circulating newspapers in the 10 Provinces, on network and cable television, and on the Internet. In addition, a press release will be distributed nationally. The demographic target for Canadian ZAI Claims is adults 35 years of age and older. The Canadian Notice Plan is intended to deliver an estimated reach of 90% with an average frequency of 3.7 times, which is very similar to the reach and frequency delivered to the U.S. audience. *See* Exhibit D to the Bar Date Motion (indicating that reach for the U.S. program is approximately 90.7% and frequency is 3.7 times). The estimated cost of the Canadian Notice Plan ranges from approximately $816,000 to $880,000 depending on when the plan is executed. A copy of the Canadian Notice Plan is annexed hereto at <u>Exhibit C</u>. A copy of an Affidavit of Katherine Kinsella, the Debtors' notice expert, is annexed hereto at <u>Exhibit D</u> in support of the Canadian Notice Plan.

*[Remainder of Page Intentionally Left Blank]*

The Debtors respectfully request that the Court consider this Amendment to include ZAI Claims in Canada when deciding whether to set a ZAI Bar Date in these chapter 11 proceedings.


Dated: April 10, 2008

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
Deanna D. Boll
153 East 53rd Street
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900


PACHULSKI STANG ZIEHL & JONES LLC

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:136645.1