# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

Affidavit of Katherine Kinsella

I, Katherine Kinsella, being first duly sworn, on oath, state as follows:

1.    I am an adult and competent to submit this affidavit. I make this affidavit based on my own personal knowledge and belief.

2.    I am the President of Kinsella/Novak Communications, LLC ("KNC") a nationally recognized advertising and communications firm specializing in the design, preparation and implementation of legal notification programs in class action and bankruptcy cases.    I have developed and consulted on some of the largest and most complex national notification programs in the country including media-based notification programs in cases involving consumer fraud, asbestos, breast implants, tobacco, infant formula, polybutylene plumbing, home siding products, antitrust, securities, and Holocaust restitution claims.

3.    On July 19, 2001, the Court entered an Order authorizing the employment and retention of KNC as Notice Consultants for the Debtors. Since that time, I have drafted and submitted various materials to the Debtors and the Court with respect to the Debtors' July 27, 2001 *Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Claim Forms and Approval of the Notice Program* and corresponding Reply dated November 9, 2001. Among the materials I submitted to the Court in connection with these matters was (i) an Affidavit dated October 29, 2001 in support of the Debtors' Reply, which I prepared for the Debtors, (ii) an Affidavit dated February 11, 2002 in support of the *Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case Management Order, Establishment of a Bar Date, Approval of Proof of the Claim Forms and of the*

*Notice Program*, and an Affidavit dated December 20, 2004 in support of the *Debtors' Supplement to their Estimation Motion and Request for Related Relief.*

4.     I submit this affidavit in support of the *Debtors' Amendment to the Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program* ("the Amendment"). This affidavit addresses the merits of the notice program to reach Canadian holders and potential holders of Zonolite Attic Insulation Claims ("Canadian ZAI Claimants") set forth in the Canadian Bar Date Notice Plan for ZAI Claims ("Canadian Notice Plan"), which is attached to the Amendment at Exhibit C.

5.     The Canadian Notice Plan outlines procedures to provide fair and adequate notice, consistent with due process requirements, to Canadian ZAI Claimants.

6.     The Canadian Notice Plan is consistent with notice programs KNC designed and implemented in other asbestos bankruptcies and class actions, as well as consumer class actions, all of which have met with court approval. It is my opinion that the Canadian Notice Plan provides cost-effective, adequate and thorough notice to claimants.

7.     The Canadian Notice Plan, both in terms of the media selected and the creative execution of the notice itself, accomplishes the objective of providing adequate and effective notice to Canadian ZAI Claimants.

8.     Although notice through direct mail to claimants for whom names and addresses are available in this matter is possible, a large percentage of claimants are not readily identifiable, requiring a media-based notice program to reach them. Media-based notice programs designed by KNC and directed to unidentified claimants: (1) identify the demographics of claimants and establish a target audience or audiences; (2) outline the methodology for selecting the media and other plan elements and how they relate to product usage or exposure, or the claims at hand, and (3) provide results that quantify for

the court the percentage of the target audience(s) reached and the frequency of opportunity to see the media notice. This approach to designing media-based notice programs has been repeatedly validated and approved by courts.

9.    For purposes of developing profiles of the demographics and media habits of Canadian ZAI Claimants, KNC analyzed syndicated data available from the *2007 2 Year Study* from the Canadian Print Measurement Bureau ("PMB"). PMB is Canada's leading provider of audience size, composition and other relevant statistics pertaining to major media vehicles. PMB presents a single-source measurement of major media, products, services, and in-depth consumer demographic and lifestyle characteristics.

10.    The demographic target measured by PMB selected for Canadian ZAI Claimants is Adults 35 years of age and older ("Adults 35+"). 75.6% of this demographic group are Homeowners.

11.    The Canadian Notice Plan calls for multiple notices: (i) in six national consumer magazines, (ii) in two national newspapers, (iii) in the 35 largest-circulating newspapers in the 10 Provinces, (iv) on network and cable television and (v) on the Internet. In addition, a press release will be distributed nationally. Information will also be provided on the W.R. Grace Bankruptcy Web site, established at www.graceclaims.com.

12.    With respect to the notices themselves, the print and television advertising, attached as Exhibit B to the Debtors' Motion for a Bar Date, filed on March 18, 2008 would be the same notices used to reach Canadian ZAI Claimants. In addition, the notices clearly and adequately provide the notice message with a single creative execution in each type of media. The notices target and address the claimants, calling their attention to the importance of the notice, and they have clear visuals assisting the claimant to self-identify as an individual who may need to file a claim. Both print and television executions describe ZAI, including visuals of Zonolite.

13.    The Canadian Notice Plan delivers an estimated reach of Adults 35+ of 90.0% with an estimated average frequency of 3.7 times.

14.    The estimated cost for the Canadian Notice Plan if it were executed in 3rd quarter 2008 is $816,200[1]. If it were executed in 4th quarter 2008, the estimated cost is $878,867.

April 9, 2008

_Katherine Kinsella_
Katherine Kinsella

Signed and Sworn before me this 9th day of _April_, 2008.

_Debra L. Vaughan_
Notary Public:

Debra L. Vaughan
Notary Public
District of Columbia
My Commission Expires 02-14-2013

---

[1] Canadian budget is expressed in US dollars using an estimated exchange rate of 1.024 of Canadian dollars. Actual US dollars could change based on exchange rate at time of placement.