# **CERTIFICATE OF SERVICE**

      I, Theodore J. Tacconelli, Esquire, hereby certify that on this 10th day of April, 2008, one copy of the foregoing **Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of the Debtors for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program** was made upon the following parties in the manner indicated therein:

    SEE ATTACHED SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

                                                 /s/Theodore J. Tacconelli  
                                                 Theodore J. Tacconelli (No. 2678)

## SERVICE LIST

| **By Hand Delivery:** | **By First-Class U.S. Mail:** |
|---|---|
| James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones, LLP<br>919 N. Market Street, 17th Fl.<br>Wilmington, DE 19801 | Janet S. Baer, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 |
| Teresa K. D. Currier, Esquire<br>Buchanan Ingersoll & Rooney, PC<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038 |
| Mark T. Hurford, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 | Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 |
| Michael R. Lastowski, Esquire<br>Duane Morris, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 | Philip Bentley, Esquire<br>Gregory Horowitz, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022 |
| David M. Klauder, III, Esquire<br>Office of the United States Trustee<br>844 N. King Street, Room 2207<br>Wilmington, DE 19801 | Richard H. Wyron, Esquire<br>Orrick Herrington & Sutcliffe, LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 20005 |
| | John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806 |