## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

---

*TO*

(Counsel to Sealed Air Corporation)
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

---

*TO*
Foreign First Class Mail
(Canadian Counsel to Debtor)
Derrick C. Tay
Ogilvy Renault LLP
Suite 3800, P.O. Box 84
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario, Canada
M5J 2Z4

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

---

*TO*
Foreign First Class Mail
(Counsel to Canadian ZAI Claimants)
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger, Inc.
286, rue St-Paul Ouest, Bureau 100
Montreal (Quebec) H2Y 2A3

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

---

*TO*
Foreign First Class Mail
(Counsel to Her Majesty the Queen in Right of Canada as
represented by The Attorney General of Canada)
Jacqueline Dais-Visca, Senior Counsel
Business Law Section
Ontario Regional Office, Suite 2400, Box 34
The Exchange Tower, 130 King Street West
Toronto, Ontario M5X 1K6

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

---

*TO*
Foreign First Class Mail
)
Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, Ontario
M9C 5K1

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Zonolite Attic Litigation Plaintiffs and Gamma
Holding, NV)
William D. Sullivan, Esquire
Buchanan Ingersoll PC
P.O. Box 8791
Wilmington, DE  19899-8791

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Debtor)
David B. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street
Floor 8
Denver, CO  80294-1961

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ  08736-1500

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY  10154

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Asbestos Claimants)
Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX  75219-6403

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Attorneys for PPG Industries, Inc.)
William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Chicago, Illinois 60607
Dallas, TX  75219

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Alan Kolod, Esquire
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-1299

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
The Gibson Law Firm, PLLC
P.O. Box 6005
Ridgeland, MS 39158-6005

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX 78520

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ 07407-1033

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ  07407

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Counsel to Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Tennessee Department of Environment and Conservation
– Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Counsel to numerous asbestos claimants)
Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX  76011

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Anton Volovsek
P.O. Box 99
Kooskia, ID  83539-0099


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Weatherford U.S. Inc., and Weatherford
International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH  43215


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD  21043

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN  38103

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Dow Chemical Company, Hampshire
Chemical Corporation and Union
Carbide Corporation)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
E. Katherine Wells, Esquire
South Carolina Department of Health and Environmental
Control
2600 Bull Street
Columbia, SC  29201-1708


**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
James M. Garner, Esquire
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street
Suite 2800
New Orleans, LA  70112-1033

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Wells Fargo Bank Minnesota, National
Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Wells Fargo Bank Minnesota, National
Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, Suite 550
Costa Mesa, CA  92626-7122

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Aldine Independent School District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI  48909

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
200 Clarendon Street
27th Floor
Boston, MA  02116-5021

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Havins & Associates PC
1001 McKinney Street, Suite 500
Houston, TX  77002-6418

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to The Texas Comptroller of Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Fireman's Fund Insurance Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Comptroller of Public Accounts of the State of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
5959 Las Colinas Blvd.
Irving, TX 75039-2298

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor, 30 Rockefeller Plaza
New York, NY 10112

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 583
Spokane, WA 99201

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA  71207

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Attorney General of PA(Commonwealth of PA, Dept. of
Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA  19107-3603

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher, S.R.
Ormsbee, M. Rea and the Fisher Trust)
Richard B. Specter, Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA 92612

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Travelers Casualty and Surety Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Kaneb Pipe Line Operating Partnership LP and
Support Terminal Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
DACA V, LLC
Attn:  Julie Bubnack
1565 Hotel Cir S
Ste 310
San Diego, CA  92108-3419

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to County of San Diego)
Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA  90601-4503

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to National Union Fire Insurance Co. of
Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to The Burlington Northern and Santa Fe Railway
Company)
Richard A. O'Halloran, Esquire
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA  19462

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to State of New York, Dept. of Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Certain Underwriters at Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to the U.S. Environmental Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environment and Natural Resource Division
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO  80294

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY 10019-5639

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to James Grau, Anna Grau and Harry Grau &
Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville ISD,
Cameron County, Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
P.O. Box 1188, Suite 1600
Houston, TX  77251-1188

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Town of Acton, MA)
Thomas O. Bean
McDermott, Will & Emery
28 State Street
34th Floor
Boston, MA  02109-1706

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT  06830-6263

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Debt Acquisition Co of America V LLC
1565 Hotel Cir S
Suite 310
San Diego, CA  92108-3419

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Longacre Master Fund Ltd.
Attn:  Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY  10019-5818

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Trade-Debt.Net
P.O. Box 1487
West Babylon, NY  11704-0487

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
John Preefer
128 Willow St Apt 6B
Brooklyn, NY 11201

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to David Austern, the Future Claimants'
Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
)
Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

## CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Keri Evans, on behalf of herself and all others
similarly situated as Plaintiff in ERISA litigation, Civil
Action No. 04-11380)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Charlotte Transit Center, Inc.)
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Ancel Abadic and 410 additional claimants)
Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA  70062-4032

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Allstate Insurance Company)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Citicorp Del-Lease, Inc. d/b/a Citicorp Dealer
Finance)
Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mount Laurel, NJ  08054-0669

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Everest Reinsurance Company and Mt.
McKinley Insurance Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to The Van Cott, Bagley, Cornwall & McCarthy
401(K) Profit Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to Claimants, American Legion, Catholic Diocese
of Little Rock, City of Barnesville, Cherry Hill Plaza,
Church of the Most Holy Redeemer, Church of St. Joseph,
Church of St. Luke, Church of St. Helena, Church of St.
Leo the Great, First United Methodist Church, Fargo
Housing Authority, Alvin Foss, State of Washington and
Port of Seattle)
Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC 29465

*TO*
First Class Mail
(Counsel to American Employers Insurance Co, Employers
Commercial Union n/k/a OneBeacon A (Counsel to
American Employers Insurance Co, Employers
Commercial Union n/k/a OneBeacon America Insurance
Co and Unigard Insurance Co)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Counsel to U.S. Fire Insurance Company)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*TO*
First Class Mail
(Counsel to American Premier Underwriters, Inc.)
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

*TO*
First Class Mail
(Transfer Agent)
DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY 10022

*TO*
First Class Mail
(Transfer Agent)
Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY 10001

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Macerich Fresno LP)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Macerich Fresno LP)
M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to Macerich Fresno LP)
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to HRCL and Eaves)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to all clients of the Robles law firm)
David Jagolinzer, Esquire
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL 33146

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
(Counsel to PacifiCorp)
Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Counsel to Iowa Dept. of Revenue)
John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Counsel to the Ad Hoc Committee of Equity Security
Holders)
Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
)
Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald, Hebrank & True,
LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL  62025-0510

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Counsel to The Prudential Insurance Company of
America)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ  07962-1981

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Counsel to State of California, Dept. of General Svcs)
Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

**CASCINO VAUGHAN LAW OFFICES, LTD**

220 South Ashland
Chicago, Illinois 60607

---

TO
First Class Mail
(Counsel to Dies & Hile LLP)
Pryor Cashman LLP
Attn:  Richard Levy, Jr., Esquire
410 Park Avenue
New York, NY  10022-4441

# CASCINO VAUGHAN LAW OFFICES, LTD

220 South Ashland
Chicago, Illinois 60607

---

*TO*
First Class Mail
)
Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106