### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

COME NOW Richard D. Trenk and Henry M. Karwowski of Trenk, DiPasquale,

Webster, Della Fera & Sodono, P.C., and Patrick J. Reilley of Cole, Schotz, Meisel, Forman &

Leonard, P.A., and file this Notice of Appearance and Demand for Service of Papers on behalf of

Mian Realty, LLC ("Mian"), and pursuant to Federal Rules of Bankruptcy Procedure 2002 and

9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the

"Bankruptcy Code"), demand that all notices given or required to be given and all papers served

in these cases be delivered to and served upon the parties identified below at the following

addresses

| | |
|---|---|
| Richard D. Trenk, Esquire<br>Henry M. Karwowski, Esquire<br>**TRENK, DiPASQUALE, WEBSTER, DELLA FERA**<br>**& SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052-3303<br>973-243-8600<br>973-243-8677 (fax)<br>hkarwowski@trenklawfirm.com | Patrick J. Reilley, Esquire<br>**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**<br>**A Professional Corporation**<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>302-295-4888<br>302-652-3117 (fax)<br>preilley@coleschotz.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the above-

mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications,

motions, notices, petitions, pleadings, requests, complaints or demands, whether formal or

45788/0001-2603440v1

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

Mian additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cases.

Dated: April 11, 2008

<div style="margin-left:40%">

**TRENK, DiPASQUALE, WEBSTER, DELLA FERA & SODONO, P.C.**
Richard D. Trenk
Henry M. Karwowski
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052
(973) 243-8600
Fax: (973) 243-8677

*-and-*

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

By: _____
Patrick J. Reilley (No. 4451)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 295-4888

Counsel for Mian Realty, LLC

</div>

2