Court File No. 01-CL-4081

## SUPERIOR COURT OF JUSTICE

### COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE | ) | WEDNESDAY, THE 26TH DAY OF |
| | ) | |
| JUSTICE MORAWETZ | ) | MARCH, 2008 |



IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF GRACE CANADA, INC.

### ORDER

**THIS MOTION** made by Grace Canada, Inc. (hereinafter referred to as the "Applicant"), for an Order:

(a)  extending the Stay Period referred to in paragraphs 4 and 5 of the Order of this Court granted on April 4, 2001 (the "Initial Order") to October 1, 2008; and

(b)  such further and other relief as this Court deems just,

was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the Applicant's Notice of Motion, the 25th report of Richard C. Finke, Information Officer, dated January 29, 2008 (the "25th Report") and on hearing the submissions of counsel for the Applicant, and Representative Counsel on behalf of Canadian ZAI Claimants (as both terms are defined in the 25th Report), and upon being advised that no other person has appeared on this date or served and filed responding materials on this motion:

DOCSTOR: 1439688\2



- 2 -

1.  **THIS COURT ORDERS** that the time for service of the Applicant's Notice of Motion and Motion Record in support of this Motion be and it is hereby abridged such that the Motion is properly returnable today, and, further, that any requirement for service of the Notice of Motion and of the Motion Record upon any interested party, other than the parties herein mentioned, is hereby dispensed with.

2.  **THIS COURT ORDERS** that the Stay Period referred to at paragraphs 4 and 5 of the Initial Order be and is hereby extended and continued to October 1, 2008.

_____

IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED AND IN THE MATTER OF GRACE CANADA, INC

Court File No: 01-CL-4081

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**

Proceeding commenced at Toronto

**ORDER**

**OGILVY RENAULT LLP**
Barristers & Solicitors
Suite 3800, PO Box 84
Royal Bank Plaza, South Tower
200 Bay Street
Toronto, Ontario  M5J 2Z4

**DERRICK C. TAY**
LSUC    #21152A
Tel:    416.216.4832
Fax:    416.216.3930

**ORESTES PASPARAKIS**
LSUC    #36851T
Tel:    416.216.4815
Fax:    416.216.3930

Solicitors for the Applicant

DOCSTOR: 1439688\2

Court File No. 01-CL-4081

*ONTARIO*
SUPERIOR COURT OF JUSTICE

COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE | ) | WEDNESDAY, THE 26TH DAY OF |
| JUSTICE MORAWETZ | ) | MARCH, 2008 |

**IN THE MATTER OF S. 18.6 OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF GRACE CANADA INC.**

## ORDER

THIS MOTION, made by Representative Counsel for the Canadian ZAI Claimants, was heard this day at the court house, 330 University Avenue, Toronto, Ontario.

ON READING the Motion Record, Consent and draft Order filed,

1. ON CONSENT, THIS COURT ORDERS that this Motion shall be and is hereby withdrawn without prejudice and without costs.

_____
(Signature of Judge)

| GRACE CANADA INC. | -and- | HEALTH CANADA et al. | Court File No. 01-CL-4081 |
| Applicant | | Respondents | |

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

PROCEEDING COMMENCED AT
TORONTO

**ORDER**

---

**LAUZON BÉLANGER INC.**
Barristers and Solicitors
286, rue St-Paul Ouest, Bureau 100
Montréal, (Québec)
H2Y 2A3

**YVES LAUZON**
ylauzon@lauzonbelanger.qc.ca
**MICHEL BELANGER**
mbelanger@lauzonbelanger.qc.ca
**CAREEN HANNOUCHE**
careen.hannouche@lauzonbelanger.qc.ca
Tel : 514-844-7612
Fax: 514-844-7009

**SCARFONE HAWKINS** LLP
Barristers & Solicitors
One James Street South
14th Floor
P.O. Box 926, Depot 1
Hamilton, Ontario
L8N 3P9

**DAVID THOMPSON** (LSUC # 28271N)
thompson@shlaw.ca
**MATTHEW G. MOLOCI** (LSUC # 40579P)
moloci@shlaw.ca

Tel : 905-523-1333
Fax: 905-523-5878

Representative Counsel for Canadian ZAI Claimants

RCP-E 37A (November 1, 2005)