## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on April 14, 2008 upon:

**Via Electronic Mail**

David M. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601


Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Beana Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FOL  33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

```
Document #: 41517
WCSR  3879682v1
```

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC  20007

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Edward Westbrook, Esq.
Robert Turkewitz, Esq.
Richardson Patrick Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd. Bldg. A
Mt. Pleasant, SC 29464

Darrell Scott, Esq.
The Scott Law Group PS
926 W. Sprague Avenue
Chronicle Building, Ste. 583
Spokane, WA 99201

```
Document #: 41517
WCSR  3879682v1
```

William D. Sullivan, Esq.
William D. Sullivan, LLC
4 East 8th Street, Ste. 400
Wilmington, DE 19801


John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806
*VIA FACSIMILE*

    Under penalty of perjury, I declare that the foregoing is true and correct.

__4/14/2008_____          _____/s/ Heidi E. Sasso_____
Date                                              Heidi E. Sasso

```
Document #: 41517
WCSR  3879682v1
```