IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 01-01139 (JKF) |
| | : | |
| W.R. GRACE & CO., et al., | : | Chapter 11 |
| | : | |
| Debtor | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

**IT IS CERTIFIED** that on the 14th day of April, 2008, the United States Trustee's Limited Objection to the Debtor's Motion for Entry of an Order Authorizing the Appointment of Diane M. Welsh as Mediator For the Speights & Runyan Property Damage Claims (the 'Motion"), was caused to be served electronically and/or by placing copies thereof in the United States Mail, postage prepaid, addressed as follows:

Janet S. Baer, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601

James E. O'Neill, Esquire
PACHULSKI STANG ZIEHL YOUNG &
JONES LLP
919 North Market Street
Seventeenth Floor
P. O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
DUANE MORRIS
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Theodore J. Tacconelli, Esquire
FERRY & JOSEPH, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
BILZIN, SUMBERG, DUNN, BAENA
PRICE & AXELROD
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

Peter Van N. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N. W.
Washington, DE 20005

| | |
|---|---|
| Mark T. Hurford, Esquire<br>CAMPBELL & LEVINE, LLC<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19801 | John C. Phillips, Jr., Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Phillip Bentley, Esquire<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL, LLP<br>919 Third Avenue<br>New York, NY 10022 | Teresa K. D. Currier, Esquire<br>BUCHANAN, INGERSOLL &<br>ROONEY, P.C.<br>1000 West Street, Suite 1410<br>P. O. Box 1397<br>Wilmington, DE 19899-1397 |
| Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>ORRICK, HERRINGTON &<br>SUTCLIFFE, LLP<br>3050 "K" Street, N. W.<br>Suite 300<br>Washington, DE 20007 | |

BY:     /s/ Nancy J. Miller
        Nancy J. Miller
        Legal Clerk