## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/04//08 | 10/1/07 – 10/31/07 | $20,994.00 | $205.76 | $16,795.20 | $205.76 | $4,198.80 |
| 03/04//08 | 11/1/07 – 11/30/07 | $ 4,971.00 | $ 24.45 | $ 3,976.80 | $ 24.45 | $ 994.20 |
| 03/04//08 | 12/1/07 – 12/31/07 | $ 4,333.50 | $ 46.45 | $ 3,946.80 | $ 46.45 | $ 866.70 |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 6.90 | $ 3,622.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 60.80 | $ 26,676.00 |
| 42 | Travel (1/2 total hours billed) |  | $ 0 |
|  | Total | 67.70 | $30,298.50 |

### CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 23.08 |
| Copies – Matter 32 (Fee Applications) | $ 14.00 |
| Copies – Matter 46 (Tax Litigation) | $ 196.80 |
| Computer Database Research | $ 0 |
| Duplicating Supplies | $ 0 |
| Federal Express/Overnight Messenger | $ 21.12 |
| Facsimile | $ 0 |
| Postage | $ 0 |
| Meals | $ 0 |
| Hotel | $ 0 |
| Local Transportation | $ 21.16 |
| Tax Court Filing Fee | $ 0 |
| **Total** | **$ 276.56** |