# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 |
| ) | (Jointly Administered) |
| Debtor ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that undersigned counsel is appearing in this case for J.P. Bolduc and Audrey Benford, and requests that all papers served, or required to be served in this or any other related case, be given to and served upon the undersigned at the office, telephone number, telecopy number, and email address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request for papers includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any and all other notices, applications, motions, petition, pleadings, requests, complaints or demands, whether given in writing, telephonically or otherwise, which effect or seem to effect, in any way, the Debtor, property of the Debtor, property of the estate or any rights or interests of J.P. Bolduc and Audrey Benford with respect to the Debtor or its property or property of the estate.

Dated: April 15, 2008            /s/George J. Marcus
                                 George J. Marcus, Esq.

                                 Attorney for J.P. Bolduc and Audrey Benford

                                 MARCUS, CLEGG & MISTRETTA, P.A.
                                 One Hundred Middle Street – East Tower
                                 Portland, ME  04101
                                 (207) 828-8000

**CERTIFICATE OF SERVICE**

I, Debra A. Gerry, hereby certify that I am over eighteen years of age and caused a true and correct copy of the above document to be served on the parties at the addresses set forth on the **SERVICE LIST** below either electronically or via first class U.S. mail, postage prepaid, on the 15th day of April, 2008.

/s/Debra A. Gerry
Debra A. Gerry
Bankruptcy Paralegal

# Mailing Information for Case 01-01139-JKF

## Electronic Mail Notice List

- Eric B. Abramson    eabramson@serlinglaw.com
- Peter M. Acton    pacton@nutter.com
- David G. Aelvoet    davida@publicans.com
- Jonathan Holmes Alden    jonathan.alden@dep.state.fl.us, syndie.l.kinsey@dep.state.fl.us
- Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com
- Julie A. Ardoin    dlawless@ardoinlawfirm.com
- Thomas V. Askounis    taskounis@askounisdarcy.com
- Jonathan David Berger    jdberger@bm.net
- Neil Matthew Berger    neilberger@teamtogut.com, dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com
- Scott R. Bickford    usbc@mbfirm.com
- Ian Connor Bifferato    cbifferato@bglawde.com, jrandolph@bglawde.com
- Mark S. Bostick    mbostick@wendel.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Kay Diebel Brock    bk-kbrock.oagpo4.ocs@oag.state.tx.us
- Charles J. Brown    cbrown@archerlaw.com

- Charles J. Brown     cbrown@harvpenn.com
- Cathy Jo Burdette     cathy.burdette@usdoj.gov
- Noel C. Burnham     nburnham@mmwr.com
- Daniel B. Butz     dbutz@mnat.com, aconway@mnat.com
- Kathy Byrne     kbyrne@cooneyconway.com
- LINDSEY W. COOPER     lindsey.w.cooper@usdoj.gov
- Timothy P. Cairns     tcairns@pszjlaw.com
- Timothy P. Cairns     tcairns@pszyjw.com
- David W. Carickhoff     carickhoff@blankrome.com, senese@blankrome.com
- Linda Marie Carmichael     carmichaell@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Joseph D. Carona, Jr.     dcarjr@aol.com
- John T. Carroll     jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com
- Marc Stephen Casarino     casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Annie E. Catmull     acatmull@hwallp.com
- Mark S. Chehi     mchehi@skadden.com, debank@skadden.com
- Mark S. Chehi     debank@skadden.com;mfriel@skadden.com
- Richard Scott Cobb     cobb@lrclaw.com, adams@lrclaw.com
- Tiffany Strelow Cobb     tscobb@vorys.com, eplitfin@vorys.com;cdfricke@vorys.com
- Lisa L. Coggins     lcoggins@ferryjoseph.com
- Elaine Z. Cole     elaine_cole@tax.state.ny.us
- Bernard George Conaway     bconaway@foxrothschild.com, bconaway@foxrothschild.com
- Russell L. Cook     sburns@fhl-law.com
- L. Jason Cornell     jcornell@frof.com, dkemp@foxrothschild.com
- Scott D. Cousins     bankruptcydel@gtlaw.com
- Richard H. Cross     rcross@crosslaw.com, nmcclendon@crosslaw.com
- Teresa K.D. Currier     currier@klettrooney.com, tercurrier@aol.com
- Tobey M. Daluz     daluzt@ballardspahr.com

- Kathleen Campbell Davis     kdavis@camlev.com
- Michael S. Davis     mdavis@zeklaw.com, jvanroy@zeklaw.com;rguttmann@zeklaw.com
- Steven T. Davis     delbkr@obermayer.com
- John D. Demmy     jdd@stevenslee.com
- Kristi J. Doughty     bk.service@aulgur.com
- Timothy P Dowling     tpdowling@gthm.com
- Stuart B. Drowos     stuart.drowos@state.de.us
- Christopher P. Duffy     duffy@coadylaw.com
- Jena LeBlanc Duncan     jduncan@leblancwaddell.com
- Natalie F. Duncan     nduncan@baronbudd.com
- Derrick A. Dyer     dyerda@dilworthlaw.com
- Erin Edwards     bankfilings@ycst.com
- Robert L. Eisenbach     reisenbach@cooley.com
- Jerel L. Ellington     jerry.l.ellington@usdoj.gov, james.bezio@usdoj.gov
- Michael Seth Etkin     metkin@lowenstein.com
- Brett Fallon     bfallon@morrisjames.com, wweller@morrisjames.com
- Sherry Ruggiero Fallon     sfallon@trplaw.com
- Bonnie Glantz Fatell     fatell@blankrome.com, senese@blankrome.com
- Oscar Baldwin Fears     bfears@law.ga.gov, 02bf@law.ga.gov
- David L. Finger     dfinger@delawgroup.com
- John V. Fiorella     jfiorella@archerlaw.com
- David Earl Flowers     david.flowers@state.mn.us
- David M. Fournier     fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- Stephanie Ann Fox     sfox@klehr.com, mruddy@klehr.com
- Steven E. Fox     jguerrier@dreierllp.com
- Joseph D. Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- James Donald Freeman     james.freeman2@usdoj.gov, corrine.lill@usdoj.gov

4

- Jeff J. Friedman    JJFriedman@kmzr.com
- Charles E. Gibson    charles@cegibsonlawfirm.com
- Matthew A. Gold    courts@argopartners.net
- Robert Gold    rginvestgrp@aol.com
- William M. Graham    bgraham@wallacegraham.com
- George C. Greatrex, Jr.    ggreatrex@ssglawfirm.com
- Joseph Grey    jg@stevenslee.com
- Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com
- Michael J Hanners    MikeH@SPLaw.com, LMcPeak@SPLaw.com
- Daniel J. Healy    daniel.j.healy@usdoj.gov, eastern.taxcivil@usdoj.gov
- Curtis A. Hehn    chehn@pszyj.com
- Curtis A. Hehn    chehn@pszyj.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- Paul D. Henderson    bkhendersonlaw@aol.com
- Paul D. Henderson    bking@paulhendersonlaw.com
- Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com
- Margaret A. Holland    hollamar@law.dol.lps.state.nj.us
- Thomas M. Horan    thoran@morrisjames.com, wweller@morrisjames.com;clewicki@morrisjames.com
- Brian David Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com
- Peter C. Hughes    phughes@dilworthlaw.com, smcfadyen@dilworthlaw.com
- Mark T Hurford    cl@camlev.com
- David R. Hurst    dhurst@mmwr.com
- David R. Hurst    dhurst@skadden.com
- Carol A. Iancu    carol.iancu@ago.state.ma.us
- Robert Jacobs    Bob@JandCLaw.com, Stephanie@JandCLaw.com
- Laura Davis Jones    ljones@pszyj.com
- Laura Davis Jones    ljones@pszyjw.com, efile1@pszyjw.com

5

- Jonathan A. Karon     aflanders@pollackandflanders.com
- Brian Lucian Kasprzak     bkasprzak@mooclaw.com
- Susan E. Kaufman     skaufman@hgkde.com
- Christopher J. Kayser     christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov
- Carmella P. Keener     ckeener@rmgglaw.com
- William M. Kelleher     kelleherw@ballardspahr.com
- Anne Marie P. Kelley     akelley@dilworthlaw.com
- Timothy James Kern     tkern@ag.state.oh.us
- Richard Allen Keuler     rkeuler@reedsmith.com
- Cindy Jo Kiblinger     mshamblin@jfhumphreys.com, rhyde@jfhumphreys.com
- Shelley A. Kinsella     skinsella@coochtaylor.com
- John I. Kittel     jkittel@mazur-kittel.com, tfiema@mazur-kittel.com
- David E. Klein     dklein@kramerlevin.com
- Steven K. Kortanek     skortanek@wcsr.com, pgroff@wcsr.com
- Joseph K. Koury     jkk@bgbde.com, jmr@bgbde.com;jjh@bgbde.com
- Joseph T. Kremer     jkremer@lglaw.com, eking@lglaw.com
- Karen Marie Kronenberg     kkronenberg@nixlawfirm.com
- Carl N. Kunz, III     ckunz@morrisjames.com, wweller@morrisjames.com
- Adam G. Landis     landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com
- Michael R. Lastowski     mlastowski@duanemorris.com
- Tara L. Lattomus     delawarebankruptcy@escm.com
- James M. Lawniczak     jlawniczak@calfee.com
- Kimberly Ellen Connolly Lawson     klawson@reedsmith.com
- Nicholas J. LePore     nlepore@schnader.com
- Rachel Jeanne Lehr     rachel.lehr@law.dol.lps.state.nj.us, rjlehr@aol.com
- Bruce D. Levin     blevin@bg-llp.com
- Neal J. Levitsky     nlevitsky@frof.com, jkittinger@foxrothschild.com.com
- Richard Levy     rlevy@pryorcashman.com

6

- Tom L. Lewis     stacie@lhs.psemail.com
- Joseph Walter Lind     jlind@sierrafunds.com
- Christopher Dean Loizides     ecf.admin@loizides.com
- Christopher Dean Loizides     ecf.admin@loizides.com
- Christopher Dean Loizides     ecf.admin@loizides.com
- Christopher Dean Loizides     ecf.admin@loizides.com
- Christopher Dean Loizides     ecf.admin@loizides.com
- Christopher Dean Loizides     ecf.admin@loizides.com
- Alwyn H. Luckey     kelly@alwynluckey.com
- Thomas G. Macauley     bankr@zuckerman.com
- Thomas G. Macauley     bankr@zuckerman.com
- Aileen F. Maguire     cl@del.camlev.com
- Mary M. MaloneyHuss     debankruptcy@wolfblock.com, hbooker@wolfblock.com
- Kevin J Mangan     kmangan@wcsr.com, hsasso@wcsr.com
- Thomas Charles Martin     tmartin@foxrothschild.com
- Meredith A. Mayberry     fedcourt@geraldmaples.com
- Katharine L. Mayer     kmayer@mccarter.com
- Garvan F. McDaniel     gmcdaniel@bglawde.com
- Scotta Edelen McFarland     smcfarland@pszyj.com, efile1@pszyj.com
- Peter B. McGlynn     pmcglynn@bg-llp.com, dgelbman@bg-llp.com
- Patricia P. McGonigle     pmcgonigle@svglaw.com, dclack@svglaw.com
- Evelyn J. Meltzer     meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
- Rachel B. Mersky     rmersky@monlaw.com
- Mark C. Meyer     mmeyer@gpwlaw.com
- Kathleen M. Miller     kmiller@skfdelaware.com, tlc@skfdelaware.com
- Rick S. Miller     rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com
- Maribeth L Minella     bankfilings@ycst.com
- Chris Momjian     crmomjian@attorneygeneral.gov

- Francis A. Monaco Jr.    fmonaco@monlaw.com, kdalton@wcsr.com;hsasso@wcsr.com
- Edward O. Moody    crystalf@sbcglobal.net, jpeachey@sbcglobal.net
- Sheryl L. Moreau    deecf@dor.mo.gov
- Kerri K Mumford    mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com
- Francis J. Murphy    fmurphy@msllaw.com
- Stephen G. Murphy    murphys@dor.state.ma.us
- Scott O. Nelson    mlscott@cableone.net, dberkley@cableone.net
- Richard A O'Halloran    raohalloran@bwhllc.com
- James E. O'Neill    jo'neill@pszyj.com, efile1@pszyj.com
- Melissa M. Olson    molson@embryneusner.com
- Ricardo Palacio    rpalacio@ashby-geddes.com
- Gary Don Parish    gdplaw@sbcglobal.net, parronfirm@sbcglobal.net
- Christopher M. Parks    cparks@chrisparkslaw.com, gyoungblood@chrisparkslaw.com
- Jonathan L. Parshall    jonp@msllaw.com
- Frank J. Perch III    frank.j.perch@usdoj.gov
- Joel L. Perrell Jr.    jperrell@milesstockbridge.com
- Edith Stuart Phillips    stuart.phillips@oag.state.tx.us
- John C. Phillips    cah@pgslaw.com
- Marc J. Phillips    mphillips@cblh.com
- Robert Woods Phillips    rphillips@simmonscooper.com
- Laurie S. Polleck    lpolleck@jshllp-de.com
- Elizabeth D. Power    bankr@zuckerman.com
- David P. Primack    david.primack@dbr.com, amy.kinslow@dbr.com
- Allison E. Reardon    bankruptcy@state.de.us
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Sheldon K. Rennie    bankruptcy@frof.com, srennie@foxrothschild.com;jkittinger@foxrothschild.com
- Richard F. Rescho    rrescho2001@yahoo.com

- Alan B. Rich     alan.b.rich@sbcglobal.net
- Tracy E. Richardson     Tracy.Richardson@dol.lps.state.nj.us
- Richard W. Riley     rwriley@duanemorris.com
- Lori Gruver Robertson     austin.bankruptcy@publicans.com
- Brad Q. Rogers     rogers.brad@pbgc.gov, efile@pbgc.gov
- Martha E. Romero     romero@dslextreme.com
- David S. Rosenbloom     drosenbloom@mwe.com
- Edward B. Rosenthal     erosenthal@rmgglaw.com, jmeekins@rmgglaw.com
- Paul L. Sadler     ag@sadlertx.com
- Anthony Sakalarios     jreeves@morris-sakalarios.com
- Kathryn D. Sallie     bankserve@bayardlaw.com, ksallie@bayardlaw.com
- Cara L. Santosuosso     csantosuosso@rotatori.com
- Todd Charles Schiltz     tschiltz@wolfblock.com
- Jennifer Lee Scoliard     jscoliard@msn.com
- Sergio I. Scuteri     sis.efn@farrlawnet.com
- Scott Andrew Shail     sashail@hhlaw.com
- Maurie J. Shalmone     maurie@longacrellc.com
- Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
- Benjamin P. Shein     bshein@sheinlaw.com
- Charles Stein Siegel     siegel@waterskraus.com
- Christopher Page Simon     csimon@crosslaw.com
- Christina C. Skubic     cskubic@braytonlaw.com
- Ellen W. Slights     usade.ecfbankruptcy@usdoj.gov
- Rosalie L. Spelman     bankruptcy@potteranderson.com
- Thomas Alexander Spratt     sprattt@pepperlaw.com
- J. Kate Stickles     kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Barbara H. Stratton     bhs@knepperstratton.net, jmaddock@mcguirewoods.com

- William David Sullivan     bill@williamdsullivanllc.com, ECF@williamdsullivanllc.com;katie@williamdsullivanllc.com
- Theodore J. Tacconelli     ttacconelli@ferryjoseph.com
- Theodore J. Tacconelli     ttocconelli@ferryjoseph.com
- Theodore J. Tacconelli     ttacconelli@ferryjoseph.com
- Jennifer Seitz Taylor     jtaylor@jshllp-de.com, mrust@jshllp-de.com
- William F. Taylor     bankdel@comcast.net, bankruptcydel@mccarter.com
- Sanjay Thapar     sthapar@phks.com
- Rhonda L. Thomas     rlthomas@klettrooney.com, rlthomas@klettrooney.com
- Christina Maycen Thompson     cthompson@cblh.com
- Judy D. Thompson     jdthompson@poynerspruill.com
- James A Tiemstra     jat@tiemlaw.com, sml@tiemlaw.com
- Paul W. Turner     pturner@carlilelawfirm.com
- Renee Doris Veney     bankruptcyemail@elzufon.com
- Roxie Huffman Viator     bustersharem@msn.com
- Thomas D. Walsh     TWalsh@foxrothschild.com, jkittinger@foxrothschild.com
- Jeffrey Philip Wasserman     bankruptcy@cicontewasserman.com
- John Edward Waters     idrbankruptcy@iowa.gov
- Jeffrey R. Waxman     jwaxman@cozen.com, mmillis@cozen.com
- John R. Weaver     jrweaverlaw@verizon.net
- Jeffrey T. Wegner     jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com
- Steven G. Weiler     sweiler@ferryjoseph.com
- Martin J. Weis     mweis@dilworthlaw.com
- Janet M. Weiss     jweiss@gibsondunn.com
- Helen Elizabeth Weller     dallas.bankruptcy@publicans.com
- Scott William Wert     swert@fostersear.com, dclement@fostersear.com
- Thomas G. Whalen Jr.     tgw@stevenslee.com
- Linda E. White     linda.white@oag.state.ny.us
- Amy Pritchard Williams     awilliams@kennedycovington.com


- Thomas Michael Wilson    twilson@kelley-ferraro.com

- William Roberts Wilson    gingerlynch@lawyersouth.com

- James E. Wimberley    jwimberley@mc-law.net

- Amanda Marie Winfree    awinfree@ashby-geddes.com

- Christopher Martin Winter    cmwinter@duanemorris.com

- Christopher Martin Winter    cmwinter@duanemorris.com, mlastowski@duanemorris.com

- John J. Winter    jwinter@chartwelllaw.com, tmassa@chartwelllaw.com

- Jeffrey C. Wisler    jwisler@cblh.com

- Etta Rena Wolfe    erw@skfdelaware.com

- Etta Rena Wolfe    erw@skfdelaware.com

- James S. Yoder    yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

- Michael W. Yurkewicz    myurkewicz@klehr.com

- Matthew G. Zaleski III    cl@del.camlev.com

- Michael Zoeller    michael.zoeller@baachrobinson.com

**Manual Notice List**

 Ameritech Corporation
 Attn: Stephanie Viator
 P.O. Box 769
 Arlington, TX 76004

 Amroc Investments, LLC
 535 Madison Ave., 15th Floor
 New York, NY 10022