IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) Chapter 11 |
|  | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
|  | ) Jointly Administered |
|  | ) |
| Debtors. | ) Re: Docket Nos. 18328, 18485, & 18495 |
|  | 4/22/08 Agenda Item No. 1 |

## ORDER GRANTING LEAVE TO CANADIAN ZAI CLAIMANTS TO FILE A LATE OBJECTION TO ZAI CLAIMS BAR DATE MOTION

Upon the motion (the "Motion") of the Canadian ZAI Claimants (the "Canadian ZAI Claimants") for leave to file an Objection to Debtors' Amendment to Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program ("ZAI Claims Bar Date Motion"); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Canadian ZAI Claimants to file the Objection with the Court.

Dated: _____, 2008
    Wilmington, Delaware

    _____
    The Honorable Judith K. Fitzgerald
    United States Bankruptcy Court Judge