**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | ) |
| **IN RE:** | ) **Chapter 11** |
| | ) |
| **W.R. GRACE & CO.**, *et al.*, | ) **Case No. 01-01139 (JKF)** |
| | ) **Jointly Administered** |
| | ) |
| **Debtors.** | ) **Re: Docket Nos. 18325, 18421, & 18484** |

**CANADIAN ZAI CLAIMANTS' MOTION FOR LEAVE TO FILE AN
OBJECTION TO ZAI CLAIMANTS' MOTION FOR DISMISSAL OF AN
INDIVIDUAL ZAI CLAIM OR FOR RULE 54 (B) DETERMINATION TO
PERMIT APPELLATE REVIEW OF THE ZAI OPINION**

The Canadian ZAI Claimants, by and through their undersigned counsel, files this Motion for leave to file an Objection to ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Decision ("ZAI Dismissal Motion"). The proposed Objection is attached as **Exhibit "A."** In support of this motion, Canadian ZAI Claimants represent as follows:

1. On March 18, 2008, American ZAI Claimants filed with the Court the ZAI Dismissal Motion in which the ZAI Claimants request a determination pursuant to Bankruptcy Rule 54(b) to permit appellate review of the ZAI Opinion or alternatively dismissal of an individual ZAI claim. [Docket No. 18325].

2. On April 9, 2008, Her Majesty the Queen in Right of Canada as represented by the Attorney General of Canada (the "Crown"), filed an Objection to the ZAI Dismissal Motion [Docket No. 18484]. The basis of the Crown's objection are that the proposed decision does not include Canadian ZAI claims and that the ZAI claims in Canada should be treated the same as ZAI claims in the United States.

3.  On April 10, 2008, Debtors filed Debtors' Amendment to Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program ("Amended ZAI Bar Date Motion")[Docket No. 18495].

4.  The principal purpose of the Crowns' Objection and Debtors' Amended ZAI Bar Date Motion were to include, and ostensibly address for the first time, the Canadian ZAI claims.  Prior to the Amended Bar Date Motion, the proposed ZAI Claims Bar Date Motion specifically excluded claims outside the United States.

5.  The Debtors and the Crown through its objection now seek to substantively address the claims of the Canadian ZAI Claimants.

6.  Until they received the objection of the Crown to the ZAI Dismissal Motion, Canadian ZAI Claimants were operating under the assumption that the ZAI Dismissal Motion was intended only to apply to American claimants because the Canadian ZAI Claimants were not party to the Science Trial.  The Crown, through its objection, takes the position that Canadian ZAI claims should be treated identically to the ZAI claims in the United States and furthermore, that the Court's decision in the Science Trial should be applicable to Canadian ZAI claims as well.

7.  In the interests of fairness and judicial economy, this Court should have before it at the hearing on the ZAI Dismissal Motion all materials necessary to determine the issues before the Court in the ZAI Dismissal Motion.  Accordingly, this motion for leave to file a late response should be granted and the Court should permit the Objection to be filed.

8.  Based on its reading of the above pleadings, the Canadian ZAI Claimants submit that cause exists for the Court to authorize the filing of the attached Objection. For the benefit of the Court, the Canadian ZAI Claimants' Objection will clarify the issues related to the requested relief.  In doing so, the Canadian ZAI Claimants further submit that the Objection will crystallize the issues in dispute from their perspective.

WHEREFORE, the Canadian ZAI Claimants respectfully request that the Court enter an Order authorizing them to file the attached Objection.

Dated: April 15, 2008

*/s/Daniel K. Hogan*

Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com

-and-

**LAUZON BÉLANGER, INC**.
Yves Lauzon
Michel Bélanger
286, rue St-Paul Quest, Bureau 100
Montreal Quebec
Telephone: (514) 844-7403
ylauzon@lauzonbelanger.qc.ca
mbelanger@lauzonbelanger.qc.ca

**SCARFONE HAWKINS LLP**
Matthew G. Moloci
David Thompson
One James Street South, 14th Floor
P.O. Box 926, Depot 1
Hamilton, Ontario
Canada L8N 3P9
Telephone: (905) 523-1333
moloci@shlaw.ca
thompson@shlaw.ca

## SUMMARY OF EXHIBITS

**Exhibit A**        Objection to ZAI Claimants' Motion for Dismissal of an Individual ZAI
Claim or for a Rule 54(b) Determination to Permit Appellate Review of
the ZAI Decision