**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | ) |
| **IN RE:** | ) Chapter 11 |
| | ) |
| **W.R. GRACE & CO.**, *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Re: Docket Nos. 18325, 18421, and 18484 |

**ORDER GRANTING LEAVE TO CANADIAN ZAI CLAIMANTS' TO FILE**
**AN OBJECTION TO ZAI CLAIMANTS' MOTION FOR DISMISSAL OF AN**
**INDIVIDUAL ZAI CLAIM OR FOR RULE 54 (B) DETERMINATION**
**TO PERMIT APPELLATE REVIEW OF THE ZAI OPINION**

Upon the motion (the "Motion") of the Canadian ZAI Claimants (the "Canadian ZAI

Claimants") for leave to file an Objection to ZAI Claimants' Motion for Dismissal of an

Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI

Decision ("ZAI Dismissal Motion"); and due and proper notice of the Motion having been given,

and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Canadian ZAI Claimants to file the Objection

with the Court.

Dated: _____, 2008
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge