**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE: | ) <br> ) Chapter 11 <br> ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) <br> ) Jointly Administered <br> ) |
| Debtors. | ) |

**ORDER GRANTING EXPEDITED CONSIDERATION OF THE CANADIAN ZAI CLAIMANTS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY [D.I. _____ ]**

And now, this ___ day of _____, 2008, this matter coming before the Court on the Motion of the Canadian ZAI Claimants for Shortened Notice and Expedited Consideration of their Motion for Relief from Automatic Stay (the "Motion to Shorten Notice"); the Court having reviewed the Motion to Shorten Notice and all related pleadings; the Court having determined that the legal and factual bases set forth in the Motion to Shorten Notice establish sufficient cause for relief granted herein,

**IT IS HEREBY ORDERED** as follows:

1. The Motion to Shorten Notice is Granted.

2. A hearing on the Expedited Motion of the Canadian ZAI Claimants Motion for Relief from Stay shall be held on April 22, 2008, at 11:30 a.m.

3. Objections to the relief requested in the Motion for Relief from Automatic Stay shall be filed on or before April ____, 2008.

                                                      Honorable Judith K. Fitzgerald
                                                      United States Bankruptcy Judge