**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | ) |
| **IN RE:** | ) **Chapter 11** |
| | ) |
| **W.R. GRACE & CO.**, *et al.*, | ) **Case No. 01-01139 (JKF)** |
| | ) **Jointly Administered** |
| | ) |
| **Debtors.** | ) |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY [D.I. _____ ]**

And now, this ____ day of _____, 2008, this matter coming before the Court on

the Expedited Motion of the Canadian ZAI Claimants to Lift Stay (the "Motion"); the Court

having reviewed the Motion, the above-captioned Debtors' response to the Motion, and all

related pleadings; and having heard the statements of counsel with respect thereto at a hearing

held before the Court on _____, 2008, (the "Hearing"); the Court

having determined that the legal and factual bases set forth in the Motion and at the Hearing

establish sufficient cause for relief granted herein; and for the reasons stated by the Court on the

record at that Hearing,

**IT IS HEREBY ORDERED** as follows:

1.    The Motion is Granted.

2.    The automatic stay of 11 U.S.C. § 362 shall be, and hereby is, lifted to

permit the Canadian ZAI Claimants to proceed to resolution in the

Canadian Court system.

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge