# ATTACHMENT B

EJW
Gov't Docs
Travelling
Set
1014

United States
Environmental Protection
Agency

Office of Pesticide
and Toxic Substances
Washington, DC 20460

EPA 560/5-83-002
March 1983

Toxic Substances

# ⊕EPA Guidance for Controlling Friable Asbestos-Containing Materials in Buildings



United States
Environmental Protection
Agency

Office of Pesticide
and Toxic Substances
Washington, DC 20460

EPA 560/5-83-002
March 1983

United States
Environmental Protection
Agency

Office of Pesticides
and Toxic Substances
Washington, DC 20460

EPA 560/5-85-024
June 1985



Toxic Substances

# Guidance for Controlling Asbestos-Containing Materials in Buildings

Gov't Docs Travelling Set 1033



United States Environmental Protection Agency

Pesticides and Toxic Substances (TS-799)

20T-2003
July 1990

# EPA

# Managing Asbestos In Place

## A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials

Gov't Doc-
Travelling
Set 1060

