**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case NO. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| DEBTORS. ) | |
| ) | Re: D.I. 18525, 18526, and 18527 |

## DECLARATION OF SERVICE

I, Kathleen M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Sullivan Hazeltine Allinson LLC, 4 East 8th Street, Suite 400, Wilmington, DE 19801.

3. On the 15th day of April, 2008, I caused copies of the following documents to be served upon the parties listed on "Exhibit 1" in the manner indicated:

   - *ZAI Claimants' Reply in Support of Their Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion* (Docket No. 18525);

   - *Reply to Debtors' Opposition to ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim* (Docket No. 18526); and

   - *Reply to Grace's Opposition to ZAI Claimants' Motion for Order to Show Cause Why Expert Witness Should Not Be Appointed* (Docket No. 18527).

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 15, 2008        By:  *Kathleen Davis*
Wilmington, Delaware              Kathleen M. Davis