IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 21, 2008, AT 12:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, APRIL 17,
2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING
CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO.
7709]**

**CONTINUED MATTERS**

1.    Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06]
      (Docket No. 13415)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.    [Signed] Continuation Order Regarding the Debtors' Eighteenth Omnibus
      Objection to Claims (Substantive) [Filed: 1/28/08] (Docket No. 17904)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

a.    Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to
      Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed:
      11/30/06] (Docket No. 13846)

Status: The parties continue to work on the form of a stipulation resolving the Debtors'
objection to the claims of NL Industries, Inc.  This matter is continued to June 2, 2008, at
1:00 p.m.

2.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed:
      1/28/08] (Docket No. 17905)

Related Documents:

a.    [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By
      Massachusetts Department of Revenue [Filed: 12/17/07] (Docket No. 17641)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.    Response in Opposition By Commissioner of Massachusetts Department of
      Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department
      of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to June 2, 2008, at 1:00 p.m.

3.    Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving
      the United States' Proof of Claim Regarding the Libby, Montana Asbestos Site and
      Authorizing Payment of the Claim [Filed: 3/12/08] (Docket No. 18271)

Related Documents:

a.    [Proposed] Order Authorizing Settlement Agreement Resolving the United States'
      Proof of Claim Regarding the Libby, Montana Asbestos Site and Authorizing
      Payment of the Claim [Filed: 3/12/08] (Docket No. 18271, Exhibit B)

Response Deadline: April 4, 2008, at 4:00 p.m. *(extended until April 26, 2008 for the
Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal
Injury Claimants, the Future Claimants' Representative, Official Committee of Asbestos
Property Damage Claimants, the Official Committee of Equity Security Holders and the
State of Montana)*

Responses Received:

a.      Libby Claimants' Limited Objection to Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proof of Claim Regarding Libby, Montana Asbestos Site and Authorizing Payment of the Claim [Filed: 4/4/08] (Docket No. 18448)

Status: This matter is continued to June 2, 2008, at 1:00 p.m.

## UNCONTESTED MATTERS

4.      CSX Transportation, Inc.'s First Request for Payment of Administrative Expense [Filed: 1/18/08] (Docket No. 17854)

Related Documents:

a.      Notice of CSX Transportation, Inc.'s First Request for Payment of Administrative Expense [Filed: 1/18/08] (Docket No. 17855)

Response Deadline: March 7, 2008, at 4:00 p.m. (*extended until April 16, 2008 for the Debtors*)

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

5.      Motion of Debtors for Entry of an Order Approving a Settlement Agreement with the United States Regarding the Curtis Bay FUSRAP Matter [Filed: 3/14/08] (Docket No. 18301)

Related Documents:

a.      [Proposed] Order Authorizing Settlement Agreement Resolving the United States' Proof of Claim Regarding the Curtis Bay FUSRAP Matter [Filed: 3/14/08] (Docket No. 18301, Exhibit B)

b.      Certification of No Objection Regarding Motion of Debtors for Entry of an Order Approving a Settlement Agreement with the United States Regarding the Curtis Bay FUSRAP Matter [Filed: 4/14/08] (Docket No. 18515)

Response Deadline: April 4, 2008, at 4:00 p.m. (*extended until April 9, 2008 for the Unsecured Creditors' Committee*)

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

6.     Debtors' Motion for Order Authorizing Payment of Certain Prepetition Real Property
       Tax Claims [Filed: 3/17/08] (Docket No. 18312)

       Related Documents:

       a.     [Proposed] Order Authorizing Debtors' Payment of Certain Prepetition Real
              Property Tax Claims [Filed: 3/17/08] (Docket No. 18312, Exhibit B)

       Response Deadline: April 4, 2008, at 4:00 p.m. *(extended until April 9, 2008 for the
       Official Committee of Unsecured Creditors)*

       Responses Received:  None as of the date of this Notice of Agenda.

       Status: This matter will go forward.


**CONTESTED MATTERS**

7.     Motion of the Debtors for Entry of an Order Authorizing the Settlement Agreement
       Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters
       [Filed: 12/19/07] (Docket No. 17670)

       Related Documents:

       a.     [Proposed] Order Authorizing the Settlement Agreement Resolving the United
              States' Proofs of Claim Regarding Certain Environmental Matters [Filed:
              12/19/07] (Docket No. 17670, Exhibit B)

       b.     United States' Notice of Lodging Settlement Agreement Pending Solicitation of
              Public Comment [Filed: 12/19/07] (Docket No. 17651)

              (i)     Settlement Agreement Resolving the United States' Proofs of Claim
                      Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No.
                      17651)

       c.     United States' Notice of Lodging Settlement Agreement Pending Solicitation of
              Public Comment [Filed: 3/11/08] (Docket No. 18266)

       d.     [Proposed] Revised Order with attached Revised Settlement Agreement
              [Filed: TBD] (Docket No. TBD)

       Response Deadline: January 11, 2008, at 4:00 p.m. *(extended to February 8, 2008 for the
       Official Committee of Asbestos Personal Injury Claimants and the Future Claimants'
       Representative)*

       Responses Received:

       a.     Objection of the City of Cambridge, Massachusetts to Motion of Debtors for
              Entry of an order Authorizing Settlement Agreement Resolving the United States'
              Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08]
              (Docket No. 17804)

b.  Limited Objection By Tyco Healthcare Group LP to Proposed Settlement Between Debtors and the United States Regarding Superfund Sites [Filed: 1/11/08] (Docket No. 17805)

c.  Response of the State of Montana, Department of Environmental Quality to Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17806)

d.  Kaneb Pipe Line Operating Partnership, L.P.'s and Support Terminal Services, Inc.'s Response to Debtors' Motion for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17814)

Status: At the request of the United States this matter is continued to June 2, 2008, at 1:00 p.m.

8.  Motion of Debtors' for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 2/22/08] (Docket No. 18110)

Related Documents:

a.  [Proposed] Order Authorizing Liability Transfer Agreement [Filed: 2/22/08] (Docket No. 18110)

b.  Notice of Motion and Hearing on Debtors' Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 2/29/08] (Docket No. 18177)

Response Deadline: March 19, 2008, at 4:00 p.m. *(Extended for several parties by agreement with the Debtors to dates that have all now passed)*

Responses Received:

a.  Limited Objection of Unifirst Corporation to Motion of Debtors for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 3/18/08] (Docket No. 18317)

b.  Limited Objection of Hampshire Chemical Corp. to the Debtors' Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 3/19/08] (Docket No. 18335)

c.  Response to Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties and Request to Make More Definite and Certain *(Filed by the Florida Department of Environmental Protection)* [Filed: 3/19/08] (Docket No. 18349)

d.  Response to Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties and Request to Make More Definite and Certain *(Filed by the New York Department of Environmental Conservation)* [Filed: 3/20/08] (Docket No. 18353)

e.    United States' Objection to Motion for Entry of Order Authorizing Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 3/21/08] (Docket No. 18361)

f.    Massachusetts Department of Environmental Protection's Objection to Motion for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties [Filed: 3/25/08] (Docket No. 18378)

Status: This matter will go forward.

9.    Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay [Filed: 12/21/08] (Docket No. 17685)

Related Documents:

a.    [Proposed] Order Granting  Motion of City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

Response Deadline: January 11, 2008, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to the Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

Status: This matter will go forward.


**MATTERS RELATING TO ASBESTOS PD CLAIMS**

10.    Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

Related Documents:

a.    Memorandum Opinion [Filed: 4/17/07] (Docket No. 15209)

b.    [Signed] Order [Filed: 4/27/07] (Docket No. 15210)

c.    [Proposed] Order Granting the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

d.    Debtors' Emergency Motion for Time to File Response to Speights' Motion to Supplement Record [Filed: 7/5/07] (Docket No. 16239)

(i)    [Signed] Order Granting Debtors' Emergency Motion for Time to File Response to Speights' Motion to Supplement Record [Filed: 7/9/07] (Docket No. 16249)

e.    Speights & Runyan's Summary of Record Re: Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc Nos. 15209, 15210) and Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and

Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 8/1/07] (Doc No. 16466)

f.      [Signed] Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2002 [Filed: 8/29/07] (Docket No. 16673)

g.      Speights & Runyan's Motion for Extension of Time for Three Claimants to File a Memorandum Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 as Directed by the court at the November 26, 2007 and January 25, 2008 Omnibus Hearings [Filed: 2/25/08] [Docket No. 18120]

   (i)      Debtors' Opposition to Speights & Runyan's Motion for Extension of Time for Three Claimants to File a Memorandum Regarding Motion to Alter or Amend the Court's Order [Filed: 3/7/08] [Docket No. 18249]

Response Deadline: June 8, 2007, at 4:00 p.m. *(extended until July 13, 2007)*

Responses Received:

a.      Debtors' Response to Speights & Runyan's Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 6/8/07] (Docket No. 15998)

b.      Debtors' Response to Speights & Runyan's "Summary of Record" [Filed: 8/8/07] (Docket No. 16509)

c.      Debtors' Supplemental Brief in Response to the Court's September 6, 2007 Amended Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 10/1/07] (Docket No. 16962)

Additional Briefing Regarding Bay Shore and Children's Hospital Claims

Deadline to File Briefs: April 9, 2008

Status: These claims have been resolved and the parties intend to present a settlement agreement shortly.

11.     Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

Related Documents:

a.      [Proposed] Order Granting the Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

b.      Speights & Runyan's Summary of Record Re: Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc Nos. 15209, 15210) and Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (Doc No. 16466)

c.      [Signed] Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2002 [Filed: 8/29/07] (Docket No. 16673)

Response Deadline: July 6, 2007, at 4:00 p.m.

Responses Received:

a.      Debtors' Response to Speights & Runyan's Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/13/07] (Docket No. 16287)

b.      Debtors' Response to Speights & Runyan's "Summary of Record" [Filed: 8/8/07] (Docket No. 16509)

c.      Debtors' Supplemental Brief in Response to the Court's September 6, 2007 Amended Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 10/1/07] (Docket No. 16962)

Additional Briefing Regarding Bay Shore and Children's Hospital Claims

Deadline to File Briefs: April 9, 2008

Status: These claims have been resolved and the parties intend to present a settlement agreement shortly.


## ADDITIONAL MATTERS

12.    Debtors' Motion for Entry of an Order Authorizing the Appointment of Diane M. Welsh as Mediator for the Speights & Runyan Property Damage Claims [Filed: 4/7/08] (Docket No. 18459)

Related Dockets:

a.      [Proposed] Order Authorizing the Appointment of Diane M. Welsh as Mediator for the S&R Claims [Filed: 4/7/08] (Docket No. 18459, Exhibit 3)

b.      Debtors' Motion for Leave From This Court's Scheduling Order and to Shorten Notice Period on Debtors' Motion to Authorize the Appointment of Diane M. Welsh as Mediator for the Speights & Runyan Property Damage Claims [Filed: 4/7/08] (Docket No. 18460)

(i)    [Signed] Order for Leave from Scheduling order and to Shorten Notice Period on Debtors' Motion to Authorize the Appointment of Diane M. Welsh as Mediator for the Speights & Runyan Property Damage Claims [Filed: 4/8/08] (Docket No. 18472)

Response Deadline: April 14, 2008, at 4:00 p.m.

Responses Received:

a.    United States Trustee's Limited Objection to the Debtors' Motion for Entry of an Order Authorizing the Appointment of Diane M. Welsh as Mediator for the Speights & Runyan Property Damage Claims [Filed: 4/14/08] (Docket No. 18513)

Status: This matter will go forward.

13.    **State of Montana's Motion for Stay Pending Appeal in the District Court of this Court's Order Denying Montana's Motion for Reconsideration [Filed: 4/9/08] (Adv. Pro. No. 01-771, Docket No. 486)**

**Related Documents:**

a.    **[Proposed] Order [Filed: 4/9/08] (Adv. Pro. No. 01-771, Docket No. 486)**

b.    **Motion for an Order Under 11 U.S.C. §§ 102 and 105, Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware for Shortened Notice and Expedited Consideration of State of Montana's Motion for Stay Pending Appeal in the District Court of this Court's Order Denying Montana's Motion for Reconsideration [Filed: 4/9/08] (Adv. Pro. No. 01-771, Docket No. 487)**

(i)    **[Signed] Interim Order (I) Granting Motion for Expedited Hearing on State of Montana's Motion to Stay pending Appeal and (II) Staying Actions Against State of Montana Pending Expedited Consideration of Its Motion for Stay Pending Appeal of this Court's Order Dated March 27, 2008 [Filed: 4/9/08] (Adv. Pro. No. 01-771, Docket No. 488)**

**Response Deadline: April 14, 2008, at 4:00 p.m.**

**Responses Received:**

a.    **Opposition of Libby Claimants' to State of Montana's Motion for Stay Pending Appeal in the District Court of This Court's Order Denying Montana's Motion for Reconsideration [Filed: 4/14/08] (Adv. Pro. No. 01-771, Docket No. 499)**

**Status:** **This matter will go forward.**

Dated: April 15, 2008

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Janet S. Baer
> 200 East Randolph Drive
> Chicago, IL  60601
> Telephone:  (312) 861-2000
> Facsimile:  (312) 861-2200
>
> -and–
>
> PACHULSKI STANG ZIEHL & JONES LLP
>
> _____
> Laura Davis Jones (Bar No. 2436)
> James E. O'Neill (Bar No. 4042)
> Timothy P. Cairns (Bar No. 4228)
> 919 North Market Street, 17th Floor
> Wilmington, DE  19801
> Telephone:  (302) 652-4100
> Facsimile:  (302) 652-4400
>
> Co-Counsel for the Debtors and Debtors in Possession