IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 22, 2008, AT 11:30 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON FRIDAY, APRIL 18, 2008
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## MATTERS GOING FORWARD

1.   Debtors' Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite
     Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date
     Notices, and Notice Program [Filed: 3/18/08] (Docket No. 18328)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.    [Proposed] Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic
      Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date
      Notices, and Notice Program [Filed: 3/18/08] (Docket No. 18328, Exhibit E)

b.    Notice of Rescheduled ZAI Hearing Scheduled for April 22, 2008 at 11:30 a.m. in
      Wilmington, Delaware [Filed: 3/28/08] (Docket No. 18421)

c.    **Debtors' Amendment to Motion for an Order (A) Establishing a Proof of
      Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the
      Related Proof of Claim Form, Bar Date Notices, and Notice Program [Filed:
      4/10/08] (Docket No. 18495)**

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

a.    **Objection of Her Majesty the Queen in Right of Canada as Represented By
      the Attorney General of Canada to Debtors' Motion for an Order (A)
      Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims,
      and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and
      Notice Program [Filed: 4/10/08] (Docket No. 18485)**

b.    **ZAI Claimants' Opposition to Grace's Motion for an Immediate Bar Date
      [Filed: 4/10/08] (Docket No. 18493)**

c.    **Objection of the Official Committee of Asbestos Property Damage Claimants
      to Motion of the Debtors for an Order (A) Establishing a Proof of Claim Bar
      Date for Zonolite Attic Insulation Claims, and (B) Approving the Related
      Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 4/10/08]
      (Docket No. 18497)**

d.    **Canadian ZAI Claimants' Objection to Debtors' Amendment to Motion for
      an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic
      Insulation Claims and (B) Approving the Related Proof of Claim Form, Bar
      Date Notices, and Notice Program [Filed: 4/15/08] (Docket No. 18519,
      Exhibit A)**

      (i)    **Canadian ZAI Claimants' Motion for Leave to File Late Objection to
             ZAI Claims Bar Date Motion [Filed: 4/15/08] (Docket No. 18519)**

      (ii)   **[Proposed] Order Granting Leave to Canadian ZAI Claimants to File
             a Late Objection to ZAI Claims Bar Date Motion [Filed: 4/15/08]
             (Docket No. 18519)**

Reply Deadline: April 15, 2008, at 4:00 p.m.

**Replies Received:**

a.    **Debtors' Reply Brief in Support of Motion for an Order (A) Establishing a
      Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B)**

**Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 4/15/08] (Docket No. 18529)**

Status: This matter will go forward.

2.    ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

Related Documents:

a.    [Proposed] Order Granting ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

b.    ZAI Claimants' Memorandum in Support of Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18324)

c.    Notice of Rescheduled ZAI Hearing Scheduled for April 22, 2008 at 11:30 a.m. in Wilmington, Delaware [Filed: 3/28/08] (Docket No. 18421)

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

a.    **Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/10/08] (Docket No. 18494)**

Reply Deadline: April 15, 2008, at 4:00 p.m.

**Replies Received:**

a.    **Reply to Debtors' Opposition to ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/15/08] (Docket No. 18526)**

Status: This matter will go forward.

3.    ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion [Filed: 3/18/08] (Docket No. 18325)

Related Documents:

a.    [Proposed] Order Granting ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim [Filed: 3/18/08] (Docket No. 18325)

b.    Notice of Rescheduled ZAI Hearing Scheduled for April 22, 2008 at 11:30 a.m. in Wilmington, Delaware [Filed: 3/28/08] (Docket No. 18421)

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

    a.        **Objection of Her Majesty the Queen in Right of Canada as Represented By the Attorney General of Canada to ZAI Claimants' Motion for Dismissal of and Individual ZAI Claim or for a Rule 54(B) Determination to Permit Appellate Review of the ZAI Opinion [Filed: 4/9/08] (Docket No. 18484)**

    b.        **Debtors' Objection to ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination [Filed: 4/10/08] (Docket No. 18498)**

    c.        **Objection of Canadian ZAI Claimants' to ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion [Filed: 4/15/08] (Docket No. 18520, Exhibit A)**

          (i)      **Canadian ZAI Claimants' Motion for Leave to File an Objection to ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for Rule 54 (B) Determination to Permit Appellate Review of the ZAI Opinion [Filed: 4/15/08] (Docket No. 18520)**

          (ii)     **[Proposed] Order Granting Leave to Canadian ZAI Claimants' to File an Objection to ZAI Claim or for Rule 54 (B) Determination to Permit Appellate Review of the ZAI Opinion [Filed: 4/15/08] (Docket No. 18520)**

Reply Deadline: April 15, 2008, at 4:00 p.m.

**Replies Received:**

    a.        **ZAI Claimants' Reply in Support of Their Motion for Dismissal of an Individual ZAI Claim or for a Rule 54 (B) Determination to Permit Appellate Review of the ZAI Opinion [Filed: 4/15/08] (Docket No. 18525)**

Status: This matter will go forward.

4.    ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not Be Designated [Filed: 3/18/08] (Docket No. 18326)

Related Documents:

    a.    [Proposed] Order Granting ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not Be Designated [Filed: 3/18/08] (Docket No. 18326)

    b.    ZAI Claimants' Memorandum in Support of Motion for Order to Show Cause Why Expert Witness Should Not be Appointed [Filed: 3/18/08] (Docket No. 18327)

    c.    Notice of Rescheduled ZAI Hearing Scheduled for April 22, 2008 at 11:30 a.m. in Wilmington, Delaware [Filed: 3/28/08] (Docket No. 18421)

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

a.    **Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order to Show Cause Why Court-Appointed Expert Witness Should Not Be Designated [Filed: 4/10/08] (Docket No. 18496)**

Reply Deadline: April 15, 2008, at 4:00 p.m.

**Replies Received:**

a.    **Reply to Grace's Opposition to ZAI Claimants' Motion for Order to Show Cause Why Expert Witnesses Should Not Be Appointed [Filed: 4/15/08] (Docket No. 18527)**

Status: This matter will go forward.

## ADDITIONAL MATTERS

5.    **Expedited Motion of the ZAI Claimants to Lift Stay and Return ZAI to the Tort System [Filed: 4/7/08] (Docket No. 18462)**

**Related Documents:**

a.    **[Proposed] Order Granting Relief From Automatic Stay [Filed: 4/7/08] (Docket No. 18462)**

b.    **Motion of the ZAI Claimants to Shorten Notice and for Expedited Consideration of Their Motion to Lift Stay and Return ZAI to the Tort System [Filed: 4/7/08] (Docket No. 18461)**

(i)    **[Signed] Order Granting Expedited Consideration of the ZAI Claimants' Motion for Relief From Automatic Stay [Filed: 4/8/08] (Docket No. 18470)**

(ii)    **[Signed] Order Amended Order Granting Expedited Consideration of the ZAI Claimants' Motion for Relief From Automatic Stay [Filed: 4/8/08] (Docket No. 18471)**

**Response Deadline: April 15, 2008, at 4:00 p.m.**

**Responses Received:**

a.    **Objection of Her Majesty the Queen in Right of Canada as Represented by the Attorney General of Canada to Expedited Motion of the ZAI Claimants to Lift Stay and Return ZAI to the Tort System [Filed: 4/14/08] (Docket No. 18506)**

b.    **Debtors' Objection to ZAI Claimants' Motion to Lift Stay [Filed: 4/15/08] (Docket No. 18531)**

**Status: This matter will go forward.**

6.    **Expedited Motion of the Canadian ZAI Claimants for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)**

   **Related Documents:**

   a.    **[Proposed] Order Granting Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)**

   b.    **Motion of the Canadian ZAI Claimants to Shorten Notice for Expedited Consideration of Their Motion for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18522)**

      (i)    **[Proposed] Order Granting Expedited Consideration of the Canadian ZAI Claimants' Motion for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18522)**

   **Response Deadline:** to be determined.

   **Responses Received:** None as of the date of this Notice of Agenda.

   **Status:** This matter will go forward.

Dated: April 15, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

-and–

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession