```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                         HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------------
 02/04/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5       712.50
 #3606     read Chambers rebuttal report                         475.00

 02/06/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2       960.00
 #3416     Review Moolgavkar materials and Relles comments       800.00

 02/07/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3       617.50
 #3620     explore Peto curves to understand potential            475.00
           Moolgavkar sensitivities

 02/09/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  6.4      5120.00
 #3430     Review Ory testimony and materials                    800.00

 02/10/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3       240.00
 #3433     Telephone Relles re: Moolgavkar memo                  800.00

 02/10/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0       800.00
 #3434     Review Relles memo re: Exponent                       800.00

 02/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.0      1900.00
 #3630     develop Moolgavkar memo                               475.00

 02/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3       142.50
 #3631     telephone Peterson re: Moolgavkar memo                475.00

 02/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.4       665.00
 #3632     review Exponent reports                               475.00

 02/11/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0       950.00
 #3634     review Moolgavkar reports                             475.00

 02/22/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6       480.00
 #3462     review Biggs' alternatives to Nicholson               800.00

 02/22/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4       190.00
 #3662     review Biggs' alternatives to Nicholson               475.00

 02/27/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5       400.00
 #3481     Telephone Florence re: settlement issues              800.00

 02/29/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0       475.00
 #3687     telephone Cleveland re: Lees, Anderson, Moolgavkar    475.00
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 2

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 02/01/08  Peterson   / (07) Committee, Creditors'              0.5     400.00
 #3402     Telephone Candon re: Libby estimations; email Relles 800.00

 02/04/08  Relles     / (07) Committee, Creditors'              0.3     142.50
 #3605     telephone Candon (Libby claimants attorney) re:      475.00
           Peterson report

 02/05/08  Relles     / (07) Committee, Creditors'              3.2    1520.00
 #3613     respond to Candon (Libby claimants attorney) request 475.00

 02/06/08  Relles     / (07) Committee, Creditors'              2.0     950.00
 #3614     email response to Finch re: Moolgavkar analysis      475.00

 02/06/08  Relles     / (07) Committee, Creditors'              0.5     237.50
 #3615     telephone Finch re: Moolgavkar analysis              475.00

 02/07/08  Peterson   / (07) Committee, Creditors'              0.6     480.00
 #3421     Telephone Finch re: hearing preparation              800.00

 02/07/08  Relles     / (07) Committee, Creditors'              2.0     950.00
 #3618     email Finch, Bailor, and Wehner re: discussion of    475.00
           Price and Ware, Moolgavkar analyses

 02/07/08  Relles     / (07) Committee, Creditors'              1.0     475.00
 #3619     telephone Finch re: cross-examining Moolgavkar       475.00

 02/07/08  Relles     / (07) Committee, Creditors'              1.0     475.00
 #3621     email Finch, Bailor, and Wehner re: Moolgavkar       475.00
           sensitivities

 02/08/08  Relles     / (07) Committee, Creditors'              1.0     475.00
 #3622     respond to Candon (Libby claimants attorney) request 475.00

 02/08/08  Relles     / (07) Committee, Creditors'              1.2     570.00
 #3623     respond to Wehner query re: CE curves                475.00

 02/11/08  Peterson   / (07) Committee, Creditors'              1.6    1280.00
 #3436     Committee conference call and preparation            800.00

 02/11/08  Peterson   / (07) Committee, Creditors'              1.4    1120.00
 #3437     Review and forward to Finch previous trial exhibits  800.00

 02/11/08  Relles     / (07) Committee, Creditors'              0.8     380.00
 #3636     correspondence with Candon re: spreadsheets          475.00
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                       Page 3

                 W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 02/13/08  Relles    / (07) Committee, Creditors'              0.4    190.00
 #3639     telephone Candon re: inflating and discounting    475.00

 02/13/08  Relles    / (07) Committee, Creditors'              1.6    760.00
 #3640     prepare and send W&K cases to Wehner              475.00

 02/19/08  Relles    / (07) Committee, Creditors'              1.7    807.50
 #3648     read Snyder deposition                            475.00

 02/20/08  Peterson  / (07) Committee, Creditors'              2.7   2160.00
 #3449     Review Snyder deposition                          800.00

 02/20/08  Peterson  / (07) Committee, Creditors'              0.5    400.00
 #3450     Telephone Inselbuch re: settlement discussions    800.00

 02/20/08  Relles    / (07) Committee, Creditors'              0.4    190.00
 #3651     email correspondence with Candon                  475.00

 02/21/08  Peterson  / (07) Committee, Creditors'              1.0    800.00
 #3453     conference call with Inselbuch, Rice, Finch and   800.00
           Relles

 02/21/08  Peterson  / (07) Committee, Creditors'              0.8    640.00
 #3456     conference call with Biggs, Frankel, Inselbuch,   800.00
           Finch and Relles

 02/21/08  Peterson  / (07) Committee, Creditors'              0.4    320.00
 #3457     Telephone Inselbuch re: settlement discussions    800.00

 02/21/08  Relles    / (07) Committee, Creditors'              1.0    475.00
 #3652     conference call with Inselbuch, Rice, Finch, and  475.00
           Peterson

 02/21/08  Relles    / (07) Committee, Creditors'              5.0   2375.00
 #3653     prepare handout for phone call with Finch         475.00

 02/21/08  Relles    / (07) Committee, Creditors'              0.5    237.50
 #3655     deal with miscellaneous Candon questions          475.00

 02/21/08  Relles    / (07) Committee, Creditors'              0.8    380.00
 #3656     conference call with Biggs, Frankel, Inselbuch, and 475.00
           Finch

 02/21/08  Relles    / (07) Committee, Creditors'              0.8    380.00
 #3658     conference call with Biggs, Frankel, Inselbuch,   475.00
           Finch and Peterson
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 4

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 02/22/08  Peterson  / (07) Committee, Creditors'               2.5   2000.00
 #3460     Conference call with debtor, committee, futures and 800.00
           professionals re: settlement discussions; prepare
           for call

 02/22/08  Peterson  / (07) Committee, Creditors'               0.5    400.00
 #3461     Telephone Inselbuch re: settlement discussions      800.00

 02/22/08  Relles    / (07) Committee, Creditors'               0.3    142.50
 #3661     telephone Bailor re: cross-examining doctors        475.00

 02/25/08  Peterson  / (07) Committee, Creditors'               2.6   2080.00
 #3473     Review Finch emails and attachments re: technical   800.00
           issues for settlement discussions

 02/27/08  Peterson  / (07) Committee, Creditors'               0.7    560.00
 #3480     Telephone Finch re: trial exhibits                  800.00

 02/29/08  Relles    / (07) Committee, Creditors'               3.7   1757.50
 #3686     conference call with Inselbuch et al                475.00
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                             Page 5

                     W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 02/08/08  Peterson  / (16) Plan and Disclosure Statement         1.6     1280.00
 #3429     Review TDP proposed sections and send memo to        800.00
           McMillan re: same

 02/10/08  Peterson  / (16) Plan and Disclosure Statement         3.2     2560.00
 #3432     Review draft TDP and materials for conference call   800.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 6

                     W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 02/28/08  Peterson  / (20) Travel - Non-working                     3.0  1200.00
 #3485     Travel to New York                                     400.00

 02/29/08  Peterson  / (20) Travel - Non-working                     2.0   800.00
 #3489     Travel to Thousand Oaks                                400.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 7

                      W. R. Grace


Date/Slip#  Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 02/01/08   Peterson  / (28) Data Analysis                       4.2    3360.00
 #3401      Review Grace's qualification rules               800.00

 02/01/08   Peterson  / (28) Data Analysis                       2.9    2320.00
 #3403      Review Bernick's opening argument                800.00

 02/01/08   Peterson  / (28) Data Analysis                       2.2    1760.00
 #3404      Review report re: trial exhibits                 800.00

 02/02/08   Peterson  / (28) Data Analysis                       3.3    2640.00
 #3405      Review January 14 hearing transcript             800.00

 02/02/08   Peterson  / (28) Data Analysis                       4.2    3360.00
 #3406      Work on trial exhibits                           800.00

 02/02/08   Relles    / (28) Data Analysis                       2.7    1282.50
 #3601      work on slides for trial                         475.00

 02/03/08   Peterson  / (28) Data Analysis                       0.5     400.00
 #3407      Telephone Relles re:  Bernick presentation       800.00

 02/03/08   Peterson  / (28) Data Analysis                       5.5    4400.00
 #3408      Work on trial exhibits                           800.00

 02/03/08   Relles    / (28) Data Analysis                       0.5     237.50
 #3602      telephone Peterson re:  Bernick presentation     475.00

 02/03/08   Relles    / (28) Data Analysis                       2.6    1235.00
 #3603      review Bernick presentation to the Court         475.00

 02/03/08   Relles    / (28) Data Analysis                       0.7     332.50
 #3604      work on slides for trial                         475.00

 02/04/08   Peterson  / (28) Data Analysis                       0.5     400.00
 #3409      Review Manville Trust filings                    800.00

 02/04/08   Peterson  / (28) Data Analysis                       0.3     240.00
 #3410      Telephone Relles re: filing histories by law firm 800.00

 02/04/08   Peterson  / (28) Data Analysis                       7.6    6080.00
 #3411      Work on trial preparation                        800.00

 02/04/08   Peterson  / (28) Data Analysis                       3.3    2640.00
 #3412      Work on trial exhibits                           800.00
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 8

                    W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/04/08   Relles    / (28) Data Analysis                     3.8     1805.00
 #3607      review filing histories by law firm              475.00

 02/04/08   Relles    / (28) Data Analysis                     0.3      142.50
 #3608      telephone Peterson re: filing histories by law firm 475.00

 02/04/08   Relles    / (28) Data Analysis                     1.9      902.50
 #3609      work on slides for trial                         475.00

 02/05/08   Peterson  / (28) Data Analysis                     0.5      400.00
 #3413      Telephone Relles re: filing histories by law firm  800.00

 02/05/08   Peterson  / (28) Data Analysis                     4.9     3920.00
 #3414      analysis of Grace litigation by law firm         800.00

 02/05/08   Peterson  / (28) Data Analysis                     6.9     5520.00
 #3415      Work on trial preparation                        800.00

 02/05/08   Relles    / (28) Data Analysis                     2.9     1377.50
 #3610      review filing histories by law firm              475.00

 02/05/08   Relles    / (28) Data Analysis                     0.5      237.50
 #3611      telephone Peterson re: filing histories by law firm 475.00

 02/05/08   Relles    / (28) Data Analysis                     0.4      190.00
 #3612      review latest Manville data re: filing trends    475.00

 02/06/08   Peterson  / (28) Data Analysis                     2.5     2000.00
 #3417      Review Larson et. al. and Price/Ware epidemiological 800.00
            papers for mesothelioma

 02/06/08   Peterson  / (28) Data Analysis                     4.6     3680.00
 #3418      Review hearing transcripts                       800.00

 02/06/08   Peterson  / (28) Data Analysis                     4.3     3440.00
 #3419      Work on exhibits for hearing                     800.00

 02/07/08   Peterson  / (28) Data Analysis                     0.4      320.00
 #3420      telephone Relles re: recent claims               800.00

 02/07/08   Peterson  / (28) Data Analysis                     1.0      800.00
 #3422      Telephone Haden, Metzfield re: claims            800.00
            filings/stocking by law firms

 02/07/08   Peterson  / (28) Data Analysis                     2.7     2160.00
 #3423      Review graphic exhibits used in hearing          800.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 9

                    W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/07/08  Peterson  / (28) Data Analysis                        5.7     4560.00
 #3424     Review hearing transcripts                          800.00

 02/07/08  Peterson  / (28) Data Analysis                        3.1     2480.00
 #3425     Work on exhibits for hearing                        800.00

 02/07/08  Relles    / (28) Data Analysis                        0.3      142.50
 #3616     telephone Haden re: recent claims                   475.00

 02/07/08  Relles    / (28) Data Analysis                        0.4      190.00
 #3617     telephone Peterson re: recent claims                475.00

 02/08/08  Peterson  / (28) Data Analysis                        8.1     6480.00
 #3426     Prepare hearing exhibits                           800.00

 02/08/08  Peterson  / (28) Data Analysis                        0.5      400.00
 #3427     Telephone Relles re: non-Grace exposures           800.00

 02/08/08  Peterson  / (28) Data Analysis                        0.5      400.00
 #3428     Telephone Relles re: graphics                      800.00

 02/08/08  Relles    / (28) Data Analysis                        0.5      237.50
 #3624     telephone Peterson re: non-Grace exposures         475.00

 02/08/08  Relles    / (28) Data Analysis                        0.5      237.50
 #3625     telephone Peterson re: graphics                    475.00

 02/08/08  Relles    / (28) Data Analysis                        3.2     1520.00
 #3626     work on producing Waters and Kraus images          475.00

 02/08/08  Relles    / (28) Data Analysis                        0.7      332.50
 #3627     work on graphics for trial                         475.00

 02/08/08  Relles    / (28) Data Analysis                        2.5     1187.50
 #3628     work on slides for trial                           475.00

 02/09/08  Peterson  / (28) Data Analysis                        4.1     3280.00
 #3431     Prepare hearing exhibits                           800.00

 02/09/08  Relles    / (28) Data Analysis                        3.5     1662.50
 #3629     work on slides for trial                           475.00

 02/10/08  Peterson  / (28) Data Analysis                        7.3     5840.00
 #3435     Prepare hearing exhibits                           800.00
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 10

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 02/10/08  Relles    / (28) Data Analysis                        3.5  1662.50
 #3633     work on slides for trial                            475.00

 02/11/08  Peterson  / (28) Data Analysis                        8.4  6720.00
 #3438     Work on trial exhibits                              800.00

 02/11/08  Relles    / (28) Data Analysis                        0.5   237.50
 #3635     final production of W&K meso files, send to         475.00
           Caplin-Drysdale

 02/11/08  Relles    / (28) Data Analysis                        1.1   522.50
 #3637     work on slides for trial                            475.00

 02/12/08  Peterson  / (28) Data Analysis                        6.8  5440.00
 #3439     Work on trial exhibits                              800.00

 02/12/08  Relles    / (28) Data Analysis                        2.7  1282.50
 #3638     work on slides for trial                            475.00

 02/13/08  Peterson  / (28) Data Analysis                        8.6  6880.00
 #3440     Work on trial exhibits                              800.00

 02/13/08  Relles    / (28) Data Analysis                        3.2  1520.00
 #3641     back up images files                                475.00

 02/13/08  Relles    / (28) Data Analysis                        2.0   950.00
 #3642     review and edit Peterson slides                    475.00

 02/13/08  Relles    / (28) Data Analysis                        2.8  1330.00
 #3643     work on slides for trial                            475.00

 02/14/08  Peterson  / (28) Data Analysis                        7.2  5760.00
 #3441     Work on trial exhibits                              800.00

 02/14/08  Relles    / (28) Data Analysis                        3.5  1662.50
 #3644     work on slides for trial                            475.00

 02/15/08  Peterson  / (28) Data Analysis                        4.9  3920.00
 #3442     Work on trial exhibits                              800.00

 02/15/08  Relles    / (28) Data Analysis                        5.0  2375.00
 #3645     work on slides for trial                            475.00

 02/16/08  Peterson  / (28) Data Analysis                        9.2  7360.00
 #3443     Work on trial exhibits                              800.00
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 11

                        W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/16/08  Relles    / (28) Data Analysis                     4.8     2280.00
 #3646     finish first draft of slides, send to Peterson   475.00

 02/17/08  Peterson  / (28) Data Analysis                     7.9     6320.00
 #3444     Work on trial exhibits                           800.00

 02/18/08  Peterson  / (28) Data Analysis                     8.4     6720.00
 #3445     Work on trial exhibits                           800.00

 02/18/08  Relles    / (28) Data Analysis                     2.5     1187.50
 #3647     work on graphics, put together first draft of full 475.00
           set of slides

 02/19/08  Peterson  / (28) Data Analysis                     4.9     3920.00
 #3446     Work on trial preparation                        800.00

 02/19/08  Peterson  / (28) Data Analysis                     3.4     2720.00
 #3447     Work on trial exhibits                           800.00

 02/19/08  Relles    / (28) Data Analysis                     2.8     1330.00
 #3649     work on slides for trial                         475.00

 02/20/08  Peterson  / (28) Data Analysis                     0.7      560.00
 #3448     Telephone Relles re: SEER                        800.00

 02/20/08  Peterson  / (28) Data Analysis                     2.3     1840.00
 #3451     Review materials re: settlement discussions      800.00

 02/20/08  Peterson  / (28) Data Analysis                     4.2     3360.00
 #3452     Work on trial preparation                        800.00

 02/20/08  Relles    / (28) Data Analysis                     0.7      332.50
 #3650     telephone Peterson re: SEER                      475.00

 02/21/08  Peterson  / (28) Data Analysis                     4.7     3760.00
 #3454     Work on analyses re: settlement discussions      800.00

 02/21/08  Peterson  / (28) Data Analysis                     0.6      480.00
 #3455     Telephone Relles re: handout for conference call 800.00

 02/21/08  Peterson  / (28) Data Analysis                     4.3     3440.00
 #3458     Prepare for conference call re: settlements      800.00

 02/21/08  Relles    / (28) Data Analysis                     0.6      285.00
 #3654     telephone Peterson re: handout for conference call 475.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 12

                     W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 02/21/08  Relles    / (28) Data Analysis                         4.8    2280.00
 #3657     develop simulation to evaluate new proposed         475.00
           settlement

 02/22/08  Peterson  / (28) Data Analysis                         1.2     960.00
 #3459     Telephone Relles re: simulation methods and results 800.00

 02/22/08  Peterson  / (28) Data Analysis                         5.8    4640.00
 #3463     Analyses for settlement discussions                 800.00

 02/22/08  Relles    / (28) Data Analysis                         8.3    3942.50
 #3659     work on simulation to evaluate new proposed         475.00
           settlement

 02/22/08  Relles    / (28) Data Analysis                         1.2     570.00
 #3660     telephone Peterson re: simulation methods and       475.00
           results

 02/23/08  Peterson  / (28) Data Analysis                         2.4    1920.00
 #3464     Telephone Relles re: simulation methods and results 800.00

 02/23/08  Peterson  / (28) Data Analysis                         6.4    5120.00
 #3465     Analyses for settlement discussions                 800.00

 02/23/08  Peterson  / (28) Data Analysis                         2.7    2160.00
 #3466     Work on trial preparation                          800.00

 02/23/08  Relles    / (28) Data Analysis                         5.3    2517.50
 #3663     work on simulation, develop summary graphics        475.00

 02/23/08  Relles    / (28) Data Analysis                         3.8    1805.00
 #3664     review results, expand simulation to include        475.00
           additional models for future claims

 02/23/08  Relles    / (28) Data Analysis                         2.4    1140.00
 #3665     telephone Peterson re: simulation methods and       475.00
           results

 02/24/08  Peterson  / (28) Data Analysis                         1.6    1280.00
 #3467     Telephone Relles re: simulation methods and results 800.00

 02/24/08  Peterson  / (28) Data Analysis                         6.3    5040.00
 #3468     Analyses for settlement discussions                 800.00

 02/24/08  Peterson  / (28) Data Analysis                         3.3    2640.00
 #3469     Work on trial preparation                          800.00
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 13

                     W. R. Grace


Date/Slip# Description                                         HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 02/24/08  Relles   / (28) Data Analysis                           10.0    4750.00
 #3666     work on simulation, develop summary graphics           475.00

 02/24/08  Relles   / (28) Data Analysis                            1.6     760.00
 #3667     telephone Peterson re: simulation methods and          475.00
           results

 02/25/08  Peterson / (28) Data Analysis                            1.8    1440.00
 #3470     Telephone Relles (several calls) re: simulation        800.00
           methods and results

 02/25/08  Peterson / (28) Data Analysis                            2.2    1760.00
 #3471     Review debtors' materials re: settlement discussions   800.00

 02/25/08  Peterson / (28) Data Analysis                            2.3    1840.00
 #3472     Review U.S.C.S.  mesothelioma incidence data           800.00

 02/25/08  Peterson / (28) Data Analysis                            3.7    2960.00
 #3474     Review materials from Relles for settlement            800.00
           discussions

 02/25/08  Relles   / (28) Data Analysis                            6.2    2945.00
 #3668     write powerpoint presentation of simulation            475.00

 02/25/08  Relles   / (28) Data Analysis                            4.5    2137.50
 #3669     develop additional simulation variations               475.00

 02/25/08  Relles   / (28) Data Analysis                            2.7    1282.50
 #3670     analyze simulation output                              475.00

 02/25/08  Relles   / (28) Data Analysis                            1.8     855.00
 #3671     telephone Peterson (several calls) re: simulation      475.00
           methods and results

 02/26/08  Peterson / (28) Data Analysis                            2.3    1840.00
 #3475     conference call re: settlement discussions and         800.00
           preparation

 02/26/08  Peterson / (28) Data Analysis                            2.0    1600.00
 #3476     Telephone Relles re: initiate new simulation           800.00
           methods

 02/26/08  Peterson / (28) Data Analysis                            1.5    1200.00
 #3477     Telephone Relles re: output from new simulations       800.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 14

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/26/08  Relles    / (28) Data Analysis                       0.3    142.50
 #3672     conference call re: settlement discussions         475.00

 02/26/08  Relles    / (28) Data Analysis                       2.0    950.00
 #3673     telephone Peterson re: initiate new simulation     475.00
           methods

 02/26/08  Relles    / (28) Data Analysis                       5.5   2612.50
 #3674     develop new simulation, analyze output, debug      475.00

 02/26/08  Relles    / (28) Data Analysis                       3.0   1425.00
 #3675     analyze simulation output                          475.00

 02/26/08  Relles    / (28) Data Analysis                       1.5    712.50
 #3676     telephone Peterson re: output from new simulations 475.00

 02/27/08  Peterson  / (28) Data Analysis                       2.0   1600.00
 #3478     Telephone Relles  re: initiate simulation methods  800.00
           and results

 02/27/08  Peterson  / (28) Data Analysis                       1.5   1200.00
 #3479     work on presentation for NY meeting                800.00

 02/27/08  Peterson  / (28) Data Analysis                       2.3   1840.00
 #3482     Work on trial exhibits                             800.00

 02/27/08  Peterson  / (28) Data Analysis                       6.4   5120.00
 #3483     Work on materials for settlement meeting           800.00

 02/27/08  Relles    / (28) Data Analysis                       2.0    950.00
 #3677     telephone Peterson re: initiate simulation methods 475.00
           and results

 02/27/08  Relles    / (28) Data Analysis                       5.5   2612.50
 #3678     work on simulation                                 475.00

 02/27/08  Relles    / (28) Data Analysis                       3.0   1425.00
 #3679     analyze simulation output                          475.00

 02/27/08  Relles    / (28) Data Analysis                       1.5    712.50
 #3680     work on presentation for NY meeting                475.00

 02/28/08  Peterson  / (28) Data Analysis                       2.0   1600.00
 #3484     Telephone Relles  re: initiate simulation methods  800.00
           and results
```

{D0109586.1 }

```
Date: 04/14/08             Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 15

                       W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------
 02/28/08  Peterson  / (28) Data Analysis                         4.8     3840.00
 #3486     Review drafts of trial exhibits                      800.00

 02/28/08  Peterson  / (28) Data Analysis                         4.2     3360.00
 #3487     Review materials for meeting                         800.00

 02/28/08  Relles    / (28) Data Analysis                         2.0      950.00
 #3681     telephone Peterson re: initiate simulation methods   475.00
           and results

 02/28/08  Relles    / (28) Data Analysis                         2.5     1187.50
 #3682     work on simulation                                   475.00

 02/28/08  Relles    / (28) Data Analysis                         2.2     1045.00
 #3683     analyze simulation output                            475.00

 02/28/08  Relles    / (28) Data Analysis                         3.5     1662.50
 #3684     work on graphics presentation for NY meeting        475.00

 02/29/08  Peterson  / (28) Data Analysis                         5.0     4000.00
 #3488     Meeting with ACC and FCR on settlement issues        800.00

 02/29/08  Peterson  / (28) Data Analysis                         2.6     2080.00
 #3490     Review materials from meeting                        800.00

 02/29/08  Peterson  / (28) Data Analysis                         5.3     4240.00
 #3491     Review drafts of trial exhibits                      800.00

 02/29/08  Relles    / (28) Data Analysis                         1.0      475.00
 #3685     prepare for conference call                          475.00

 02/29/08  Relles    / (28) Data Analysis                         1.5      712.50
 #3688     revise simulation based on conference call           475.00
           discussion
---------------------------------------------------------------------------------
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 16

                                 W. R. Grace

                   Summary Of Time Charges, By Month and Activity
                          February 2008 - February 2008

    MONTH       ACTIVITY                                          HOURS    AMOUNT
    ---------------------------------------------------------------------------
    February  - (05) Claims Anal Objectn/Resolutn (Asbest)         21.9   13652.50
    February  - (07) Committee, Creditors'                         45.0   26510.00
    February  - (16) Plan and Disclosure Statement                  4.8    3840.00
    February  - (20) Travel - Non-working                           5.0    2000.00
    February  - (28) Data Analysis                                412.9  280530.00
    February  - (99) Total                                        489.6  326532.50

    Total     - (05) Claims Anal Objectn/Resolutn (Asbest)         21.9   13652.50
    Total     - (07) Committee, Creditors'                         45.0   26510.00
    Total     - (16) Plan and Disclosure Statement                  4.8    3840.00
    Total     - (20) Travel - Non-working                           5.0    2000.00
    Total     - (28) Data Analysis                                412.9  280530.00
    Total     - (99) Total                                        489.6  326532.50

    ---------------------------------------------------------------------------
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 17

                       W. R. Grace

              Summary Of Time Charges, By Month and Person
                     February 2008 - February 2008

    MONTH      PERSON                                    HOURS      AMOUNT
    ---------------------------------------------------------------------
    February  - Relles                                   194.3   92292.50
    February  - Peterson                                 295.3  234240.00
    February  - Total                                    489.6  326532.50

    Total     - Relles                                   194.3   92292.50
    Total     - Peterson                                 295.3  234240.00
    Total     - Total                                    489.6  326532.50

    ---------------------------------------------------------------------
```

{D0109586.1 }

```
Date: 04/14/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 18

                            W. R. Grace

              Summary Of Time Charges, By Activity, Month, and Person
                       February 2008 - February 2008

MONTH       PERSON                                   HOURS    RATE    AMOUNT
-----------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

February  - Relles                                    11.9    475.    5652.50
February  - Peterson                                  10.0    800.    8000.00

(07) Committee, Creditors'

February  - Relles                                    29.2    475.   13870.00
February  - Peterson                                  15.8    800.   12640.00

(16) Plan and Disclosure Statement

February  - Peterson                                   4.8    800.    3840.00

(20) Travel - Non-working

February  - Peterson                                   5.0    400.    2000.00

(28) Data Analysis

February  - Relles                                   153.2    475.   72770.00
February  - Peterson                                 259.7    800.  207760.00

-----------------------------------------------------------------------------
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                        Page 19


                          W. R. Grace Expenses



              Total Expenses                  $2,773.28



       February 28-29 -- Thousand Oaks, New York


       Airfare                               $2,051.00
       Hotel                                    275.00
       Hotel taxes                               40.28
       Car service to LAX                       168.50
       Car service from JFK to Hotel             70.00
       Car service from LAX                     168.50
                                             ---------
                                             $2,773.28


       Notes: Flight was booked at last moment preventing
              low-priced fares.
              Car service to and from LAX is least costly
              means to travel from Thousand Oaks (in
              Ventura County) to LAX.  I have previously
              explained and justified this expense to
              the fee auditors numerous times and these
              expenses have always been approved.

       -------------------------------------------------------------------------
```

{D0109586.1 }