UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                       .      Case No.  01-1139 (JKF)
                             .
W.R. GRACE & CO.,            .
et al.,                      .      USX Tower - 54th Floor
                             .      600 Grant Street
                             .      Pittsburgh, PA 15219
              Debtors.  .
                             .      April 7, 2008
. . . . . . . . . . . . ..          9:16 a.m.


TRANSCRIPT OF TRIAL
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtors:          Kirkland & Ellis, LLP
                          By:  DAVID BERNICK, ESQ.
                               BARBARA HARDING, ESQ.
                               JANET BAER, ESQ.
                               SCOTT McMILLAN, ESQ.
                          200 East Randolph Drive
                          Chicago, IL  60601


For the Debtors:          Kirkland & Ellis, LLP
                          By:  THEODORE FREEDMAN, ESQ.
                          Citigroup Center, 153 East 53rd St.
                          New York, NY  10022


Audio Operator:           Janet Heller


Proceedings recorded by electronic sound recording, transcript
            produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

**(609)586-2311      Fax No. (609) 587-3599**

APPEARANCES (CONT'D):

```
For the Asbestos
Creditors Committee:         Caplin & Drysdale, Chartered
                             By:  PETER LOCKWOOD, ESQ.
                                   NATHAN FINCH, ESQ.
                             One Thomas Circle, NW
                             Washington, D.C.  20005

                             Caplin & Drysdale, Chartered
                             By:  ELIHU INSELBUCH, ESQ.
                             375 Park Avenue, #3505
                             New York, NY  10152

For W.R. Grace:              W.R. Grace
                             By:  WILLIAM CORCORAN, ESQ.
                             7500 Grace Drive
                             Columbia, MD  21044

For the Equity              Kramer Levin Naftalis & Frankel
Committee:                   By:  GREGORY HOROWITZ, ESQ.
                             919 Third Avenue
                             New York, NY  10022

For the                      Stroock & Stroock & Lavan
Unsecured Creditors'         By:  KENNETH PASQUALE, ESQ.
Committee:                         ARLENE KRIEGER, ESQ.
                             180 Maiden Lane
                             New York, NY  10038-4982

For the Property             Bilzin Sumberg Baena Price &
Damage Committee:              Axelrod LLP
                             By:  MATTHEW KRAMER, ESQ.
                                   SCOTT BAENA, ESQ.
                                   JAY SAKALO, ESQ.
                             200 South Biscayne Boulevard
                             Suite 2500
                             Miami, FL  33131
```

**J&J COURT TRANSCRIBERS, INC.**

```
APPEARANCES (CONT'D):

For the Future            Orrick, Herrington & Sutcliffe
Claimants                    LLP
Representatives:          By:  ROGER FRANKEL, ESQ.
                               RAYMOND MULLADY, ESQ.
                               JOHN ANSBRO, ESQ.
                          Washington Harbour
                          3050 K Street, N.W.
                          Washington, D.C.  20007

For Committee of          Campbell & Levine
Asbestos Personal         By:  MARK T. HURFORD, ESQ.
Injury Claimants:         800 North King Street
                          Suite 300
                          Wilmington, DE  19701

For Sealed Air:           Skadden, Arps, Slate, Meagher & Flom,
                             LLP
                          By: DAVID TURETSKY, ESQ.
                          One Rodney Square
                          Wilmington, DE  19801

For Silver Point          Silver Point Capital
Capital:                       By:  JOHN KU

For the Debtors:          Pachulski, Stang, Ziehl &Jones
                          By:  JAMES O'NEILL, ESQ.
                          919 North Market Street
                          17th Floor
                          Wilmington, DE  19899-8705

For the Unsecured         Strook & Strook & Lavan
Creditors' Committee:     By:  LEWIS KRUGER, ESQ.
                          180 Maiden Lane
                          New York, NY 10038

For Official Committee    Dies & Hile, LLP
of Asbestos Property      By:  MARTIN DIES, ESQ.
Damage Claimants:         1601 Rio Grande, Suite 330
                          Austin, TX  78701

                          LECG, LLC
                          By:  ELIZABETH DEVINE, ESQ.
```

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES(CONT'D):

| | |
|---|---|
| For Various Claimant<br>Firms: | Stutzman, Bromberg, Esserman & Plifka<br>By:  DAVID J. PARSONS, ESQ.<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX  75201 |
| For Fireman's Fund: | Stevens & Lee, P.C.<br>By:  DAVID R. BEANE, ESQ.<br>1105 North Market Street, 7th Fl.<br>Wilmington, DE  19801 |
| For Owens-Illinois: | McCarter & English<br>By:  DANIEL SILVER, ESQ.<br>Renaissance Centre, 405 N. King St.<br>Wilmington, DE  19801 |
| For David T. Austern: | Piper Jaffray & Co.<br>By:  JONATHAN BROWNSTEIN, ESQ. |
| For Asbestos Property<br>Damage Claimants: | Scott Law Group<br>By:  DARRELL SCOTT, ESQ.<br>1001 East Main Street, Suite 500<br>Sevierville, TN  37864 |
| For National Union Fire<br>Insurance Co.: | Zeichner Ellman & Krause, LLP<br>By:  MATTHEW RUSSELL, ESQ.<br>ROBERT GUTTMANN, ESQ.<br>MICHAEL DAVIS, ESQ.<br>575 Lexington Avenue<br>New York, NY  10022 |
| For the Future<br>Claimants<br>Representatives: | Orrick, Herrington & Sutcliffe,<br>LLP<br>By:  DEBRA FELDER, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C.  20007 For |
| For Allstate Insurance: | Cuyler Burk, LLP<br>By:  ANDREW CRAIG, ESQ.<br>Parsippany Corporate Center<br>Four Century Drive<br>Parsippany, NJ  07054 |
| For W.R. Grace: | W.R. Grace<br>By: WILLIAM CORCORAN, ESQ.<br>7500 Grace Drive<br>Columbia, MD  21044 |

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES(CONT'D):

```
For State of Montana        Womble Carlyle Sandridge & Rice
Department of               By:  FRANCIS MONACO, ESQ.
Environmental Quality:      222 Delaware Avenue
                            Suite 1501
                            Wilmington, DE  19801


For Official Committee      Anderson Kill & Olick
of Asbestos Personal        By:  ROBERT M. HORKOVICH, ESQ.
Injury Claimants:           1251 Avenue of the Americas
                            New York, NY  10020-1186


For Grace Certain           Montgomery, McCracken, Walker &
Cancer Claimants:              Rhoads, LLP
                            By:  NATALIE D. RAMSEY, ESQ.
                            300 Delaware Avenue, Ste. 750
                            Wilmington, DE  19801


For David T. Austern,       Phillips, Goldman & Spence, P.A.
the Future Claimants'       By:  JOHN C. PHILLIPS, ESQ.
Representative:             1200 North Broom Street
                            Wilmington, DE  19806


For the Asbestos            Caplin & Drysdale, Chartered
Creditors Committee:        By:  WALTER SLOCOMBE, ESQ.
                                 BERNARD BAILOR, ESQ.
                                 JEANNA RICKARDS, ESQ.
                                 JAMES WEHNER, ESQ.
                                 LESLIE KELLEHER, ESQ.
                            One Thomas Circle, NW
                            Washington, D.C.  20005


For the Asbestos            Ferry Joseph & Pearce, P.A.
Creditors Committee:        By:  THEODORE TACCONELLI, ESQ.
                            824 Market Street, Suite 19899
                            Wilmington, DE  19899


For Ford, Marrin,           Ford, Marrin, Esposito, Witmeyer &
Esposito, Witmeyer             Gleser
& Gleser:                   By:  SHAYNE SPENCER, ESQ.
                            Wall Street Plaza
                            New York, NY  10005


For Pepsi:                  Butler Rubin Salfarelli & Boyd, LLP
                            By:  KIRK T. HARTLEY, ESQ.
                            70 West Madison Street
                            Suite 1800
                            Chicago, IL  60602
```

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES(CONT'D):

For Official Committee          Duane Morris, LLP
of Unsecured Creditors:         By:  MICHAEL LASTOWSKI, ESQ.
                                1100 North Market Street, Suite 1200
                                Wilmington, DE  19801-1246

For Official Committee          Brandi Law Firm
of Asbestos Property            By:  TERENCE D. EDWARDS, ESQ.
Damage Claimants:               44 Montgomery St., Suite 1050
                                San Francisco, CA  94104

For the State of CA,            Hahn & Hessen, LLP
Dept. of Gen. Services:         By:  CHRISTINA J. KANG, ESQ.
                                488 Madison Avenue, 14th Fl.
                                New York, NY  10022

For the PD Committee:           Speights & Runyan
                                By:  DANIEL SPEIGHTS, ESQ.
                                200 Jackson Avenue, East
                                Hampton, SC  29924

For Royal Insurance:            Wilson Elser Moskowitz Edelman
                                   & Dicker, LLP
                                By:  CATHERINE CHEN, ESQ.
                                   150 East 42nd Street
                                   New York, NY  10017

For David T. Austern:           Piper Jaffray & Co.
                                By:  JASON SOLGANICK

For London Market               Mendes & Mount, LLP
Companies:                      By:  ALEXANDER MUELLER, ESQ.
                                750 Seventh Avenue
                                New York, NY  10019-6829

For Official Committee          LECG
of Asbestos Property            By:  ALAN MADIAN, ESQ.
Claimants:

For Official Committee          Richardson Patrick Westbrook &
of Asbestos Property               Brickman, P.C.
Claimants:                      By:  EDWARD J. WESTBROOK, ESQ.
                                174 East Bay Street
                                Charleston, SC  29401

APPEARANCES(CONT'D):

For King Street               King Street Capital Management, LLC
Capital Management,           By:  KIM CHRISTENSEN, ESQ.
LLC:

For Dune Capital Mgmt:        Dune Capital Management
                              By:  GUY BARON

For Caxton Associates:        Caxton Associates, LLC
                              By:  JAMES RIEGER

For Citadel Investment        Citadel Investment Group
Group:                        By:  BEAU HARBOUR

For Murray Capital            Murray Capital Management, Inc.
Management                    By:  MARTI MURRAY

For Asbestos Claimants:       Brayton Purcell, LLP
                              By:  CHRISTINA SKUBIC, ESQ.
                              222 Rush Landing Road
                              Novato, CA  94948

For The Scotts Co.:           Vorys, Sater, Seymour and Pease,
                                LLP
                              By:  MATTHEW DAIKER, ESQ.
                              52 East Gay Street
                              P.O. Box 1008
                              Columbus, OH  43216

For WR Grace                  Tocqueville Asset Management
Shareholder:                  By:  PETER SHAWN

                              C.S.S.
                              By:  JERRY WHITE

                              Old Lane
                              By:  RAJEEV NARANG

For Official Committee        Navigant Consulting, Inc.
of Unsecured Creditors:       By:  LETICIA CHAMBERS

For Deutsche Bank:            Deutsche Bank
                              By:  MATT DOHENY

For Future Claims             By:  GARY RASMUSSEN
Representatives:

**J&J COURT TRANSCRIBERS, INC.**

1           THE COURT:  Good morning.  This is the continuation

2    of the personal injury estimation trial in the W.R. Grace

3    matter, 01-1139.  Participants by phone, William Corcoran,

4    James O'Neill, Catherine Chen, Shayne Spencer, Walter Slocombe,

5    Jeanna Rickards, Mark Hurford, Peter Lockwood, James Wehner,

6    Jerry White, Bernard Bailor, Leslie Kelleher, Michael Davis,

7    Robert Guttmann, Elihu Inselbuch, Francis Monaco, James Rieger,

8    Kim Christensen, Matthew Daiker, Rajeev Narang, Matthew Kramer,

9    David Parsons, Janet Baer, Marti Murray, Darrell Scott, Michael

10   Lastowski, Christina Kang, Theodore Tacconelli, Jonathan

11   Brownstein, Natalie Ramsey, Jay Sakalo, Alan Madian, Theodore

12   Freedman, Ari Berman, Guy Baron, Terrence Edwards, Jason

13   Solganick, Alex Mueller, David Turetsky, Debra Felder, John Ku,

14   David Beane, Daniel Speights, Kirk Hartley, John Phillips,

15   Leticia Chambers, Lewis Kruger, Martin Dies, Robert Horkovich,

16   Scott Beana, Beau Harbour, Matthew Russell, Andrew Craig,

17   Daniel Silver, Matt Doheny, Edward Westbrook, Elizabeth Devine,

18   Christine Skubic, and Peter Shawn.  I'll take entries in court,

19   please.  Good morning.

20           MR. BERNICK:  David Bernick for Grace.

21           MS. HARDING:  Barbara Harding for Grace.

22           MR. MCMILLAN:  Scott McMillan for Grace.

23           MR. HOROWITZ:  Greg Horowitz for the Official Equity

24   Committee.

25           MR. FINCH:  Nathan Finch for the ACC, Your Honor.


                    **J&J COURT TRANSCRIBERS, INC.**

1          MR. INSELBUCH:  Elihu Inselbuch for the

2  CC.

3          MR. FRANKEL:  Good morning, Your Honor.  Roger

4  Frankel for the FCR.

5          MR. MULLADY:  Ray Mullady for the FCR.

6          MR. ANSBRO:  John Ansbro for the FCR.

7          MR. PASQUALE:  Good morning, Your Honor.  Ken

8  Pasquale, and with me my colleague Arlene Krieger from Stroock

9  for the Unsecured Creditors Committee.

10          MR. RASMUSSEN:  Good morning, Your Honor.  Gary

11  Rasmussen for the Future Claims Representatives.

12          THE COURT:  Mr. Bernick.

13          MR. BERNICK:  Good morning.  We hope that the Court

14  will agree that this is not only a fine day here in Pittsburgh,

15  but also one for this case.  As Your Honor is now very, very

16  well aware, Grace filed this Chapter 11 case in order to both

17  define and resolve its personal injury liabilities, and over

18  the weekend an agreement has been reached regarding those

19  liabilities.  The agreement includes Grace.

20          THE COURT:  Pardon me?

21          MR. BERNICK:  The agreement includes Grace, the

22  Futures Claimant representative David Austern, the Asbestos

23  Claimants Committee, and the Equity Committee.  We know that

24  the unsecured creditors are in the process of evaluating this

25  agreement in principle and as will others as they become

1  familiar with the terms of the agreement.  I know that Your

2  Honor has been furnished a copy of the press release dealing

3  with this agreement in principle.  That press release is being

4  issued now, and therefore the markets will be informed before

5  opening.  The press release describes the basic economics of

6  the arrangement, and I'll simply review them very briefly, but

7  the press release covers them, as well.  It calls for obviously

8  the establishment of a 524(g) trust.  That trust would be

9  funded with cash in the amount of $250 million, warrants to

10 inquire ten million shares of Grace common stock at an

11 exercised price of $17 per share.  Those warrants would expire

12 one year from the effective date of the plan of reorganization.

13        Also to go into the trust are rights to proceeds

14 under Grace's asbestos related insurance coverage, also the

15 value of cash and stock under the litigation settlement

16 agreements with Sealed Air Corporation and Fresenius Medical

17 Care Holdings, Inc.  And then beginning in year 2019 deferred

18 payments at $110 million per year for five years commencing on

19 that date, and thereafter for a period of ten years $100

20 million per year, which would be then beginning in 2024.  The

21 deferred payments would be obligations of Grace backed by 50.1

22 percent of Grace's common stock to meet the requirements of

23 524(g).  So those are the essential economics.

24        Obviously a lot of work has to be done to make this

25 agreement in principle into a plan of reorganization, but the

1  company hopes very much and I know that the folks who have

2  agreed to the term sheet thus far hope very much to have Grace

3  out of Chapter 11 by the end of the year.  It may spill over to

4  the beginning part of next year.

5          We wanted to inform the Court of this.  I think that

6  there are probably some administrative matters that flow from

7  this agreement in principle that we'd like to take up with the

8  Court in chambers.  I know that Mr. Kramer is present by

9  telephone this morning and he was in the process of giving me,

10 Your Honor, his telephone number so that we can contact him

11 from chambers if that's appropriate from the Court's point of

12 view.  So that's what we'd like to do next.  But before we do

13 anything else while there's much that needs to be done to make

14 this agreement into a reality and a plan of reorganization I

15 think I speak for everybody in saying that we very much

16 appreciate all of the hard work that Your Honor has dedicated

17 to this matter as well as the very active support and hard work

18 of the Court's support staff, and we appreciate your patience

19 and guidance in this process and hopefully this is now moving

20 us in a direction where we can see the light at the end of the

21 tunnel.  This is the principle issue that brought us into

22 Chapter 11 and now that we hope is being resolved.  We expect

23 that the other issues can be resolved or dealt with in an

24 appropriate fashion and promptly, as well.

25          THE COURT:  Well, you know it's certainly good news

1  if the rest of the parties will buy off on this, so I guess

2  you've got your work cut out for you to make sure that they

3  will.  So if the Court can assist in some process then

4  obviously that's what I'm here for.  I think adjournment to

5  chambers is probably a good idea so we can figure out what to

6  do with the rest of the personal injury estimation trial while

7  you contact other parties to see what will happen with this

8  agreement in principle.  Obviously you've got some papering

9  documentation work that has to be done, as well.  So let's

10 adjourn the record.  I am going to terminate -- well, I guess

11 -- should we terminate the Court Call proceedings?  Do you want

12 just simply to --

13        MR. BERNICK:  I think so.  I think that it would good

14 if I've got Mr. Kramer's number, and that's -- I have it as

15 305-350-7246, is that right, Matt?

16        MR. KRAMER:  Yes, it is.

17        MR. BERNICK:  Okay.  So if we can -- I think

18 everybody else -- all the other committees, et cetera are

19 present here in court and can participate in chambers so with

20 Matt on the line I think that we can do everything else in

21 chambers, and I don't think it's going to take very long

22 frankly either.

23        THE COURT:  Okay.  If you adjourn to the clerk's

24 conference room where we met on the first day of the case I'll

25 meet you over there and we'll see -- I think we can get in

1   touch with Mr. Kramer from there.  Okay.

2               UNIDENTIFIED SPEAKER:  Thank you, Your Honor.

3               THE COURT:  Thank you.  This case will be adjourned.

4   In the event that we need further proceedings through Court

5   Call I will have the debtor schedule a notice.  Perhaps what

6   might be advisable is to keep the Court Call list active for

7   tomorrow just in the event that some further followup is

8   necessary.  Okay, we'll do that.  All right, we're adjourned

9   until 9 a.m. tomorrow morning.

10                         *  *  *  *  *

11              **C E R T I F I C A T I O N**

12               I, Lori Auletta, court approved transcriber,

13  certify that the foregoing is a correct transcript from the

14  official electronic sound recording of the proceedings in he

15  above-entitled matter.

16  /s/ Lori Auletta                      April 15, 2008

17  LORI AULETTA

18  J&J COURT TRANSCRIBERS, INC.

19

20

21

22

23

24

25