**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 17, 2008

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     11046

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/3/2008 | CR | Update database with Caplin 26th interim Initial Report response, Perkins 9/06-3/07 fee application, Forman 7/1/07-10/31/07 26th Interim application, Deloitte LLP 10/1/07-12/31/07 27th Interim, Latham 9.07 monthly invoice | 0.30 | 12.00 |
| | CR | draft project category spreadsheet for 26th interim | 4.50 | 495.00 |
| | JW | draft summary of Kirkland October 2007 monthly invoice (3.4) | 3.40 | 459.00 |
| 3/4/2008 | BSR | draft e-mails (2) to Warren Smith re standard of review for third-party invoices | 0.30 | 69.00 |
| | CR | Update database with Reed 10.07 summary and Kirkland 10.07 summary | 0.20 | 8.00 |
| | CR | Update database with E-detail Ferry 1.08 monthly invoice | 0.10 | 4.00 |
| | CR | Update database with E-Detail Hamilton  1.08, 12.07, 11.07, 10.07 monthly invoices, Hamilton 27th Interim 10/1/07-12/31/07, Bilzin 1.08, 12.07, 11.07, 10.07 and 27th Interim 10/1/07-12/31/07 | 0.50 | 20.00 |

W.R. Grace & Co.                                                                                                                                                Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/4/2008 | CR | Update database with E-Detail Hamilton 1.08, 12.07, 11.07, 10.07 monthly invoices, Hamilton 27th Interim 10/1/07-12/31/07, Bilzin 1.08, 12.07, 11.07, 10.07 and 27th Interim 10/1/07-12/31/07 | 0.50 | 20.00 |
|  | CR | Update database with E-Detail BMC 27th interim application 10/1/07-12/31/07 | 0.10 | 4.00 |
|  | CR | Update database with E-Detail Buchanan 1.08 fee app | 0.10 | 4.00 |
|  | WHS | detailed review of Baker 26th Int FR | 0.20 | 55.00 |
|  | DTW | Telephone call with B. Ruhlander regarding Caplin issue (.1). | 0.10 | 14.50 |
|  | BSR | research server to determine status of filing of final reports | 0.40 | 92.00 |
| 3/5/2008 | WHS | conferences with Bobbi Ruhlander re review of experts' reports | 0.30 | 82.50 |
|  | BSR | telephone conferences (2) with Warren Smith re standard of review of third-party invoices; and in conjunction, review of Order Authorizing Retention of Professionals and Fee Auditor Order | 0.20 | 46.00 |
|  | BSR | receive and review Sullivan's quarterly application for the 26th period; forward final report for Sullivan for review | 0.20 | 46.00 |
|  | BSR | draft final report re Caplin for the 26th interim period | 0.40 | 92.00 |
|  | BSR | draft project summary for the 26th interim period (assisted Cherie Rogers with compiling information for additional firms not already listed) (.6); draft email to Cherie re same (.2) | 0.80 | 184.00 |
|  | BSR | telephone conference with Steve Bossay re additional fee and expense chart for which we are responsible (.1); review examples of same on server (.2) | 0.30 | 69.00 |
|  | BSR | draft final report re Caplin & Drysdale for the 26th interim period (with revisions requested by WHS) (1.5); research re costs in order to finalize report (.7) | 2.20 | 506.00 |

W.R. Grace & Co.  Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/5/2008 | BSR | draft revised final report re Stroock (.7); draft email to WHS re same (.1) | 0.80 | 184.00 |
| | LMH | draft e-mail to C. Rogers re: Richardson's filings for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Richardson's quarterly files for the twenty-sixth interim period. | 0.10 | 13.50 |
| | CR | Update database with E-detail Capstone 27th Interim application and 1.08 monthly invoice, Sullivan 26th and 27th Interim applications, Stroock/Navigant 1.08 monthly invoice and Deloitte Tax 26th Interim application | 0.40 | 16.00 |
| | WHS | detailed review of, and revisions to, 26th - Final Report re Sullivan | 0.20 | 55.00 |
| 3/6/2008 | LMH | receive, review, and respond to e-mail from C. Rogers re: Richardson's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | WHS | detailed review of, and revisions to, Caplin 26th Int FR | 0.30 | 82.50 |
| | BSR | review and revise project category chart (26th) | 3.00 | 690.00 |
| | CR | Update database with Stroock/Navigant 27th Interim application , Ferry 27th Interim application, Fragoman 2/1/07-9/30/07, Steptoe 27th Interim application and 11.07 and 10.07 monthly invoices, Capstone 10/1/07,12/31/07 and 1.08 monthly invoice, Sullivan 1.08 monthly invoice, Ferry 10/1/07-12/31/07 monthly invoices, Woodcock, 10/1/07-12/31/07, Ogilvy 10/1/07-12/31/07, Buchanan 1.08 monthly invoice, BMC 10/1/07-12/31/07 monthly invoices and Latham 10.07 monthly invoice | 0.80 | 32.00 |
| | CR | Update database with Campbell 27th Interim application , PwC 12.07 monthly invoice, Reed 27th Interim application, Caplin 27th Interim application | 0.40 | 16.00 |
| | BSR | draft fee and expense exhibits for the fee application hearing (26th) | 3.40 | 782.00 |
| | BSR | draft fee and expense chart for 26th interim period | 2.00 | 460.00 |

W.R. Grace & Co.                                                                                                         Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/7/2008 | CR | draft Project Category Summary Detail spreadsheet for 26th interim | 4.00 | 440.00 |
|  | BSR | telephone conferences (2) with L. Oberholzer re revisions and transmission of project category spreadsheet and exchange emails with L. Oberholzer re same (.4); draft additional revisions to project category spreadsheet (.6) | 1.00 | 230.00 |
|  | BSR | telephone conferences (multiple) with Cherie Rogers re revisions to 26th interim project category spreadsheet (.4); draft email to Cherie re same (.5) | 0.90 | 207.00 |
|  | BSR | draft revisions to fee and expense charts (26th) | 0.40 | 92.00 |
|  | BSR | draft e-mail to Rita Tobin re final report for Caplin & Drysdale for the 26th interim period | 0.20 | 46.00 |
|  | BSR | draft e-mail to Richard Wyron and L. Oberholzer re revised final report for Orrick for the 26th interim period | 0.20 | 46.00 |
|  | BSR | draft revision to final report re Deloitte Tax (.2); draft email re same to WHS and telephone conference with Jeff Allgood re filing (.2) | 0.40 | 92.00 |
| 3/9/2008 | BSR | draft e-mail to Cherie Rogers re project category spreadsheet | 0.10 | 23.00 |
| 3/10/2008 | CR | Update database with E-Detail Holme 7.07, Duane Morris 1.08 | 0.20 | 8.00 |
|  | BSR | receive and review hearing agenda, proposed fee order, and filed version of project category chart for 26th interim fee app. hearing; draft email to Warren Smith re same; draft email to Lynzy Oberholzer re chart | 0.40 | 92.00 |
|  | BSR | research docket and server for any objections to our final reports (26th) (.2); respond to email from Jamie O'Neill as to status (.2) | 0.40 | 92.00 |
|  | WHS | receive and review agenda, and e-mail Bobbi Ruhlander re same | 0.20 | 55.00 |
|  | CR | Update database with Fragoman 1st quarterly application 2/1/07-9/30/07 and set up in database | 0.80 | 32.00 |

W.R. Grace & Co.                                                                                                    Page     5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/10/2008 | CR | Update database with E-Detail Deloitte Tax 26th Interim application 4/1/07-9/30/07 | 0.20 | 8.00 |
|  | CR | Update database with monthly invoices for Campbell 1.08, Caplin 1.08, AKO 1.08 Charter Oak 1.08, Stroock 27th Interim application | 0.40 | 16.00 |
| 3/11/2008 | BSR | receive and review email request from L. Oberholzer for revision to project category chart; forward same to Cherie Rogers (.1); telephone conference with Cherie Rogers re revising chart (.1); telephone conference with Jeff Allgood re future preparation of chart (.2) | 0.40 | 92.00 |
| 3/12/2008 | CR | Update database Holme 8.07 monthly invoice | 0.10 | 4.00 |
|  | CR | Update database Holme 7.07, Morris 1.08, Piper 1.08, Campbell 12.07, Scott 10.07, 11.07, Ogilvy 1.08, Kirkland 1.08, Latham 11.07, 12.07, AKO 27th Interim 10/07-12/07, Charter 27th Interim, Asbestos Committee 27th Interim and LAS 27th Interim, PwC 27th Interim, Kirkland 27th Interim, Foley, 27th Interim, Casner 27th Interim and Nelson 1.08 monthly invoice | 0.80 | 32.00 |
| 3/13/2008 | CR | Update database with E-Detail of Holme 8.07 and 9.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with Campbell 1.08, AKO 1.08, Charter Oak 1.08 and Caplin 1.08 | 0.30 | 12.00 |
|  | CR | Update database with Holme 9.07 | 0.10 | 4.00 |
|  | LMH | telephone conference with B. Ruhlander re: twenty-third interim period applications. | 0.10 | 13.50 |
| 3/14/2008 | CR | Update database with e-detail Phillips 1.08 | 0.10 | 4.00 |
|  | CR | draft e-mail to B. Ruhlander re Updating info of Project Category Summary Detail spreadsheet and Interim Comp charts | 0.10 | 4.00 |
| 3/20/2008 | CR | Update database with monthly applications for bmc 1.08 and Casner 1.08 | 0.20 | 8.00 |
|  | CR | Update database with E-detail of Amended agenda to the 26th Interim | 0.10 | 4.00 |

W.R. Grace & Co.     Page 6

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/20/2008 | CR | Update database with E-Detail for Lawson Lundell LLP 8.07 monthly invoice and set up in database | 0.20 | 8.00 |
| | CR | Update database with E-Detail PwC monthly invoice for 1.08 | 0.20 | 8.00 |
| | CR | Update database with e-detail of Casner monthly invoice for 1.08 | 0.20 | 8.00 |
| | CR | Update database with E-Detail of Holme 26th Interim application | 0.20 | 8.00 |
| | CR | Update database with Phillips 1.08 monthly invoice | 0.10 | 4.00 |
| 3/24/2008 | CR | Update database with e-detail of monthly invoice for Orrick 1.08 | 0.20 | 8.00 |
| | CR | Update database with monthly invoices for Orrick 1.08, LAS 1.08 and 26th Interim 7/07-9/30/07 for Holme,Foley and Blackstone | 0.50 | 20.00 |
| 3/26/2008 | CR | Update database with monthly invoice of Nelson 2.08 | 0.10 | 4.00 |
| 3/27/2008 | CR | Update database with Sullivan 27th Interim application 10/1/07-12/31/07 and 26th Interim application 7/1/07-9/30/07 and Scott 27th Interim 10/1/07-12/31/07; Blackstone 10.07, 11.07 and 12.07 monthly invoices, Reed 1.08, Woodcock 1.08, Ferry 1.08, Bilzin 1.08, Hamilton 1.08 and 27th Interim applications for Bilzin, Hamilton and bmc | 0.70 | 28.00 |
| | CR | Setup new applicant in database - Lawson Lundell LLP for 8.07 invoice | 0.30 | 12.00 |
| 3/28/2008 | CR | Update database with e-detail D. Austern 2.08 monthly invoice | 0.20 | 8.00 |
| | CR | Update database with Phillips 2.08 monthly invoice, PwC 1.08 monthly invoice and Reed 2.08 monthly invoice | 0.20 | 8.00 |
| 3/30/2008 | BSR | detailed review of Deloitte Financial Advisory's quarterly fee application for the 27th period | 0.50 | 115.00 |

W.R. Grace & Co.  Page 7

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/30/2008 | BSR | detailed review of Day Pitney's quarterly application for the 27th period and monthly invoices | 0.50 | 115.00 |
| | BSR | detailed review of Duane Morris' quarterly application for the 27th period and monthly invoices | 0.50 | 115.00 |
| 3/31/2008 | JW | detailed review of Stroock & Stroock October 2007 monthly invoice (3.6); draft summary of same (0.2). | 3.80 | 513.00 |
| | CR | Update database with Ferry 2.08 and Bilzin 2.08 monthly invoices | 0.20 | 8.00 |
| | CR | Update database with monthly invoices for Foley 2.08, Day Pitney 2.08, Fragomen 1.08 & 2.08, K&E 2.08 and forward to J. Wehrmann for review | 0.40 | 16.00 |
| **For professional services rendered** | | | **47.90** | **$7,306.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 19.90 | 230.00 | $4,577.00 |
| Cherie Rogers | 8.50 | 110.00 | $935.00 |
| Cherie Rogers | 10.60 | 40.00 | $424.00 |
| Doreen Williams | 0.10 | 145.00 | $14.50 |
| James Wehrmann | 7.20 | 135.00 | $972.00 |
| Lisa M Hamm | 0.40 | 135.00 | $54.00 |
| Warren H Smith | 1.20 | 275.00 | $330.00 |