IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 7, 2008, at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**MONTHLY FEE APPLICATION FEE DETAIL FOR FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP FOR THE PERIOD FROM MARCH 1, 2008 THROUGH MARCH 31, 2008**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 7-Mar-08 | Silva, Regis | G-CAN | $650.00 | $410.50 | $1,060.50 |
| 13-Mar-08 | Pothireddy, Siva | G-CAN | $850.00 | $420.50 | $1,270.50 |
| 31-Mar-08 | Chen, Jia | PERM | $1,250.00 | $68.00 | $1,318.00 |
| 31-Mar-08 | Pothireddy, Siva | PERM | $1,250.00 | $68.00 | $1,318.00 |
| 31-Mar-08 | Zhang, Yanpeng | H1-B | $1,850.00 | $128.00 | $1,978.00 |
| 31-Mar-08 | Winsor, Deborah | PERM | $1,250.00 | $68.00 | $1,318.00 |
| | USD/Totals for W.R. Grace & CO. | | $7,100.00 | $1,163.00 | $8,263.00 |

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

7-March-2008

JANISSA GARCIA
W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA MARYLAND 21044
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: REGIS SILVA
Invoice Number: IN-US00061327
Manager: FRANK ROCKSTEDT
Case Number: 113006
Client: W.R. GRACE & CO.
Total Legal Fees: 650.00
Total Disbursements: 410.50
Invoice Total: (USD) 1,060.50

| | Fee/Disbursement |
|---|---|
| LEGAL FEES | |
| For our assistance with obtaining visas for Canada on behalf of Regis Silva and his wife. | 650.00 |
| DISBURSEMENTS | |
| Courier charges paid | 60.00 |
| FedEx/DHL/Other Charges | 18.00 |
| Government fees paid on your behalf | 300.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 32.50 |

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Assignee: REGIS SILVA

---

Application Approval Date:

Application File Date:

Authorizing Manager:

Case Initiation Date: 22 Feb 2008

Comments:

Cost Center:

Employee ID:

Number of Dependents: 0

PO #:

Receiving Country: CANADA

Sending Country: UNITED STATES OF AMERICA

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

13-March-2008

JANISSA GARCIA
W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA MARYLAND 21044
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Assignee: SIVA POTHIREDDY
Invoice Number: IN-US00061648
Manager: FRANK ROCKSTEDT
Case Number: 115314
Client: W.R. GRACE & CO.
Total Legal Fees: 850.00
Total Disbursements: 420.50
Invoice Total: (USD) 1,270.50

| | Fee/Disbursement |
|---|---|
| LEGAL FEES | |
| For our assistance with obtaining visitor visas for Canada on behalf of Siva Pothireddy, his wife and two children. | 850.00 |
| DISBURSEMENTS | |
| Courier charges paid | 60.00 |
| FedEx/DHL/Other Charges | 18.00 |
| Government fees paid on your behalf | 300.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 42.50 |

LAW OFFICES

FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Assignee: SIVA POTHIREDDY

| | |
|---|---|
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 06 Mar 2008 |
| Comments: | |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 07 Sep 2008 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | CANADA |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Jia CHEN
Invoice #: 08.40322625

Preparation of detailed response to the Regional Office of the U.S. Department of Labor for the Application for Alien Employment Certification under Program Electronic Review Management (PERM). Strategy discussions regarding the issues raised by the Department of Labor. Preparation of detailed draft response to be submitted to the Department of Labor, setting forth an in-depth discussion and argument within the framework of Department of Labor regulations. Telephonic discussions regarding factual data and related recruitment data, review documents, and analysis for strategy determination. Final preparation and submission of response and supporting documentation to the Regional Office of the Department of Labor.

| | | |
|---|---|---|
| | **Total Legal Fees** | $1,250.00 |
| **Disbursements** | | |
| Federal Express (domestic) | | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | | $50.00 |
| | **Total Disbursements** | $68.00 |
| | **Please Remit** | **$1,318.00** |

**PLEASE RETURN COPY OR INDICATE INVOICE # WITH PAYMENT**

**Additional Comments:** For all billing inquiries, please call (305)774-5800.

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE: Siva POTHIREDDY
Invoice #: 08.40322626

Preparation of detailed response to the Regional Office of the U.S. Department of Labor for the Application for Alien Employment Certification under Program Electronic Review Management (PERM). Strategy discussions regarding the issues raised by the Department of Labor. Preparation of detailed draft response to be submitted to the Department of Labor, setting forth an in-depth discussion and argument within the framework of Department of Labor regulations. Telephonic discussions regarding factual data and related recruitment data, review documents, and analysis for strategy determination. Final preparation and submission of response and supporting documentation to the Regional Office of the Department of Labor.

| | |
|---|---|
| **Total Legal Fees** | $1,250.00 |
| **Disbursements** | |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $50.00 |
| **Total Disbursements** | $68.00 |
| **Please Remit** | **$1,318.00** |

**PLEASE RETURN COPY OR INDICATE INVOICE # WITH PAYMENT**

**Additional Comments:** For all billing inquiries, please call (305)774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Yanpeng ZHANG
Invoice #: 08.40326689

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B (change of employer) status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

| | |
|---|---|
| **Total Legal Fees** | $1,850.00 |
| **Disbursements** | |
| Federal Express (domestic) | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.00 |
| **Total Disbursements** | $128.00 |
| **Please Remit** | **$1,978.00** |

**PLEASE RETURN COPY OR INDICATE INVOICE # WITH PAYMENT**

**Additional Comments:** For billing inquiries call (305)774-5800.

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

March 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Deborah WINSOR
Invoice #: 08.40331245

Preparation of detailed response to the Regional Office of the U.S. Department of Labor for the Application for Alien Employment Certification under Program Electronic Review Management (PERM). Strategy discussions regarding the issues raised by the Department of Labor. Preparation of detailed draft response to be submitted to the Department of Labor, setting forth an in-depth discussion and argument within the framework of Department of Labor regulations. Telephonic discussions regarding factual data and related recruitment data, review documents, and analysis for strategy determination. Final preparation and submission of response and supporting documentation to the Regional Office of the Department of Labor.

| | |
|---|---|
| **Total Legal Fees** | $1,250.00 |
| **Disbursements** | |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $50.00 |
| **Total Disbursements** | $68.00 |
| **Please Remit** | **$1,318.00** |

**PLEASE RETURN COPY OR INDICATE INVOICE # WITH PAYMENT**

**Additional Comments:** For billing questions please call (305)774-5800.

| Codes | Description |
|---|---|
| 140 | preference petition |
| 539 | family member |
| AOS | adjustment of status |
| AOS/140 | adjustment of status & preference petition |
| AOS/FAM | adjustment of status for family member |
| AP | advanced parole |
| APP | appeal |
| AUD | audit |
| EAD/AP | employment card and advanced parole |
| EVAL | education evaluation |
| G-BEL | entry visa Belgium |
| G-BEL-C | Belgian residence permit |
| G-BEL-P | Belgian residence card |
| G-CAN | entry visa Canada |
| G-CHN | entry visa China |
| G-CHN/NAM | entry visa China/Vietnam |
| H1-B | H1-B Visa |
| H1-B/EXT | H1-B Visa extension |
| L-1B | L-1B Visa |
| L1-BL | L-1 Blanket |
| PAPP | personal appearance |
| PERM | PERM filing with DOL |
| PP | premium processing |
| RFE | request for evidence |
| TD EXT | TD Visa extension |
| TN | TN Visa |



# W.R. GRACE & CO.

## Proposed Fee Schedule for 2007

| NONIMMIGRANT VISAS | Fees* |
|---|---|
| **B-1 Initial** | |
| - Straightforward | $775.00 |
| - Complex | $2,000.00 |
| **B-1 Extension** | |
| - Straightforward | $775.00 |
| **E-3 Initial** | |
| - Straightforward | $1,500.00 |
| - Complex | $1,750.00 |
| **E-3 Extension** | |
| - Straightforward | $1,000.00 |
| **H-1B Initial** | |
| - Straightforward | $1,850.00 |
| - Complex | $2,100.00 |
| **H-1B Extension** | |
| - Straightforward | $1,100.00 |
| - Complex or where firm did not prepare initial H-1B | $1,600.00 |
| **J-1 Initial** | |
| - Straightforward | $1,100.00 |
| - Complex | $1,600.00 |
| **J-1 Extension** | |
| - Straightforward | N/A |
| - Complex | N/A |
| **Blanket L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Blanket L-1 Extension** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Extension** | |
| - Straightforward | $1,300.00 |
| - Complex | $1,600.00 |
| **O-1 Initial** | |
| - Straightforward | $2,625.00 |
| - Complex | $3,675.00 |
| **O-1 Extension** | |
| - Straightforward | $1,575.00 |
| **TN Initial** | |
| - Straightforward | $900.00 |
| **TN Extension** | |
| - Straightforward | $900.00 |




# W.R. GRACE & CO.

## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Replacement of Departure Record (I-94) (I-102)** | |
| - Filed with extension or change of status | $375.00 |
| - Filed separately | $525.00 |
| **Renewal of Nonimmigrant Visa Stamps at U.S. Consulate** | |
| - Each applicant | $275.00 |
| - Coordination of visa issuance including discussions with Consulate, scheduling appointment and briefing applicant | $525.00 plus $275.00 per location |
| **Extension/Change of NIV status for Dependent (I-539)** | |
| - Filed with principal | $375.00 |
| - Filed separately | $800.00 |
| - Complex | $1,300.00 |
| **Employment Authorization (EAD) (I-765)** | |
| - Each applicant | $250.00 |
| **Premium Processing (I-907)** | |
| - Filed simultaneously with NIV petition | $250.00 |
| - Filed separately | $500.00 |
| **Request for Evidence (RFE)** | |
| - Straightforward "REMDOC" | $750.00 |
| - Complex | $1,500.00 |
| **IMMIGRANT VISAS** | **Fees*** |
| **Permanent Residence based upon PERM** | |
| - PERM | $4,200.00 |
| - Petition for alien worker (I-140) | $1,100.00 |
| - Application for permanent residence (I-485) | |
| - Principal applicant and spouse | $1,575.00 |
| - Each additional family member | $375.00 |
| **Permanent Residence exempt from PERM** | |
| - Petition for alien worker (I-140) Based on L-1 Multinational Transferee | $2,650.00 |
| - If firm prepared original L-1A | $2,100.00 |
| - I-140 Petition Based on Outstanding Researcher / Extraordinary Ability | $3,675.00 - $4,725.00 |
| - Application for permanent residence (I-485) | |
| - Principal applicant and spouse | $1,575.00 |
| - Each additional family member | $375.00 |
| **Employment Authorization** | |
| - Principal applicant and spouse | $525.00 |
| - Each additional family member | $275.00 |
| **Advance Parole (Travel Document)** | |
| - Principal Applicant and Spouse | $525.00 |
| - Each additional family member | $275.00 |
| **Visa Processing** | |
| - Packet III and IV | |
| - Principal Applicant and Spouse | $1,575.00 |
| Each Additional Family Member | $375.00 |



# W.R. GRACE & CO.

## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Request for Evidence (RFEs) – (I-140) or (I-485)** | |
| - Straightforward | $250.00 |
| - Complex | $750.00 |
| **Attorney Appearances at I-485 Interview** | |
| - Local | $800.00 |
| - Out-of-town | Hourly |

| ADDITIONAL SERVICES | Fees* |
|---|---|
| **Application to renew Permanent Resident Card (I-90)** | |
| - Each applicant | $750.00 |
| **Naturalization Application** | |
| - Each Applicant | $1,000.00 |
| - Attorney appearance | $750.00 |
| **Reentry Permits: (I-131)** | |
| - Each applicant | $750.00 |
| **Visa Application for Corporations** | |
| - L-1 Blanket | $2,500.00 |
| **Special Projects** | |
| - Counseling i.e. I-9 Audit<br>- Training | Fee to be quoted prior to project. |

Matters not covered by the fees set forth would be billed on an hourly basis at the following rates:

| | |
|---|---|
| Partner | $350 |
| Associate | $250 |

* - Disbursements -

| | |
|---|---|
| Domestic Federal Express | $18.00 |
| Miscellaneous [Telephone calls, faxes, photocopies, regular mail services] | 4% |

Important Notes:

- The above fees are predicated upon the amount of effort and staffing normally required to obtain approval of such application. To the extent that a matter is complicated by extenuating circumstances requiring extensive telephone consultations, expeditious processing, difficulty conforming to eligibility requirements, or other special circumstances, a higher fee would be billed only after consultation with your organization. Out-of-pocket expenses including educational evaluations, translations, courier and messenger services will be itemized on each invoice.
- All filing fees payable by client to U.S.D.H.S.