IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: May 7, 2008, at 4:00 p.m.
Hearing Date: September 29, 2008, at 1:00 p.m.

**THIRD QUARTERLY FEE APPLICATION FEE DETAIL FOR FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH MARCH 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| March 2008 | 01/01/2008 - 01/31/2008 | $14,950.00 | $967.00 | | |
| March 2008 | 02/01/2008 - 02/29/2008 | $6,250.00 | $448.00 | | |
| April 2008 | 03/01/2008 - 03/31/2008 | $7,100.00 | $1,163.00 | | |
| USD/Totals for W.R. Grace & CO. | | $28,300.00 | $2,578.00 | $0.00 | $0.00 |
| | Total Requested Fees/Expenses | | $30,878.00 | | |

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 3-Jan-08 | MacDonald | G-Bel-C | $850.00 | $42.50 | $892.50 |
| 14-Jan-08 | Libanati, Christian | G-Bel-P | $3,350.00 | $251.50 | $3,601.50 |
| 31-Jan-08 | Silva, Regis | LI-B | $1,600.00 | $114.00 | $1,714.00 |
| 31-Jan-08 | Murnin, Kevin | RFE | $750.00 | $48.00 | $798.00 |
| 31-Jan-08 | Goswami, Subho | PERM | $4,200.00 | $168.00 | $4,368.00 |
| 31-Jan-08 | Sundareswar, Sadanand | PERM | $4,200.00 | $168.00 | $4,368.00 |
| 31-Jan-08 | Sundareswar, Sadanand | EVAL | $0.00 | $175.00 | $175.00 |
| 29-Feb-08 | Buvat, Anne | L-1B | $1,300.00 | $88.00 | $1,388.00 |
| 29-Feb-08 | Wu, Chun-jen | H1-B | $1,850.00 | $164.00 | $2,014.00 |
| 29-Feb-08 | Rene, Marc-Andre | H1-B | $1,850.00 | $128.00 | $1,978.00 |
| 29-Feb-08 | Babooram, Nalini | AUD | $1,250.00 | $68.00 | $1,318.00 |
| 7-Mar-08 | Silva, Regis | TN | $650.00 | $410.50 | $1,060.50 |
| 13-Mar-08 | Pothireddy, Siva | TN | $850.00 | $420.50 | $1,270.50 |
| 31-Mar-08 | Chen, Jia | PERM | $1,250.00 | $68.00 | $1,318.00 |
| 31-Mar-08 | Pothireddy, Siva | PERM | $1,250.00 | $68.00 | $1,318.00 |
| 31-Mar-08 | Zhang, Yanpeng | H1-B | $1,850.00 | $128.00 | $1,978.00 |
| 31-Mar-08 | Winsor, Deborah | PERM | $1,250.00 | $68.00 | $1,318.00 |
| | USD/Totals for W.R. Grace & CO. | | $28,300.00 | $2,578.00 | $30,878.00 |

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---:|---:|---:|
| 3-Jan-08 | MacDonald | G-Bel-C | $850.00 | $42.50 | $892.50 |
| 14-Jan-08 | Libanati, Christian | G-Bel-P | $3,350.00 | $251.50 | $3,601.50 |
| 31-Jan-08 | Silva, Regis | LI-B | $1,600.00 | $114.00 | $1,714.00 |
| 31-Jan-08 | Murnin, Kevin | RFE | $750.00 | $48.00 | $798.00 |
| 31-Jan-08 | Goswami, Subho | PERM | $4,200.00 | $168.00 | $4,368.00 |
| 31-Jan-08 | Sundareswar, Sadanand | PERM | $4,200.00 | $168.00 | $4,368.00 |
| 31-Jan-08 | Sundareswar, Sadanand | EVAL | $0.00 | $175.00 | $175.00 |
|  | USD/Totals for W.R. Grace & CO. |  | $14,950.00 | $967.00 | $15,917.00 |

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 29-Feb-08 | Buvat, Anne | L-1B | $1,300.00 | $88.00 | $1,388.00 |
| 29-Feb-08 | Wu, Chun-jen | H1-B | $1,850.00 | $164.00 | $2,014.00 |
| 29-Feb-08 | Rene, Marc-Andre | H1-B | $1,850.00 | $128.00 | $1,978.00 |
| 29-Feb-08 | Babooram, Nalini | AUD | $1,250.00 | $68.00 | $1,318.00 |
| | USD/Totals for W.R. Grace & CO. | | $6,250.00 | $448.00 | $6,698.00 |

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---:|---:|---:|
| 7-Mar-08 | Silva, Regis | G-CAN | $650.00 | $410.50 | $1,060.50 |
| 13-Mar-08 | Pothireddy, Siva | G-CAN | $850.00 | $420.50 | $1,270.50 |
| 31-Mar-08 | Chen, Jia | PERM | $1,250.00 | $68.00 | $1,318.00 |
| 31-Mar-08 | Pothireddy, Siva | PERM | $1,250.00 | $68.00 | $1,318.00 |
| 31-Mar-08 | Zhang, Yanpeng | H1-B | $1,850.00 | $128.00 | $1,978.00 |
| 31-Mar-08 | Winsor, Deborah | PERM | $1,250.00 | $68.00 | $1,318.00 |
| | USD/Totals for W.R. Grace & CO. | | $7,100.00 | $1,163.00 | $8,263.00 |