**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Jointly Administered |

**NOTICE OF WITHDRAWAL OF THE MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008 FILED BY CAPLIN & DRYSDALE, CHARTERED (D.I. 18427)**

**PLEASE TAKE NOTICE,** that Caplin & Drysdale, Chartered, hereby gives notice of the withdrawal of the filing of Docket No. 18427, the Monthly Fee Application for Compensation for the Period of February 1, 2008 through February 29, 2008.

Date: April 18, 2008

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/Kathleen Campbell Davis*
Marla R. Eskin  (No. 2989)
Kathleen Campbell Davis (No. 4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0109752.1 }