## EXHIBIT A

### Case Administration (6.90 Hours; $ 3,454.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $840 | 672.00 |
| Trevor W. Swett | 2.00 | $660 | 1,320.00 |
| Rita C. Tobin | 1.00 | $530 | 530.00 |
| James P. Wehner | 1.10 | $475 | 522.50 |
| Andrew D. Katznelson | 2.00 | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 02/04/08 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 02/05/08 | PVL | 840.00 | 0.10 | Review 15 miscellaneous filings. |
| 02/07/08 | TWS | 660.00 | 1.70 | Read HE report; telephone call to P. Goodman - left message; attention to JPW pro hac vice application; attention to Exhibit A to order resolving objections (.8); telephone conference with P. Goodman; read order (.1); telephone conference with and e-mail to P. Goodman; prepare Exh. A to order (.8) |
| 02/07/08 | ADK | 205.00 | 1.00 | Created service list for RCT. |
| 02/08/08 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 02/08/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 02/08/08 | TWS | 660.00 | 0.10 | Letter to P. Goodman |
| 02/08/08 | ADK | 205.00 | 0.50 | Prepared all necessary materials for upcoming conference call for EI. |
| 02/11/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 02/15/08 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 02/15/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 02/18/08 | PVL | 840.00 | 0.10 | Review 3 miscellaneous filings. |

| 02/20/08 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
|----------|-----|--------|------|--------------------------------|
| 02/20/08 | JPW | 475.00 | 0.10 | Telephone conference with Clerk in LTC bankruptcy |
| 02/21/08 | ADK | 205.00 | 0.50 | Retrieved adn duplicated court documents for RCT. |
| 02/22/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 02/22/08 | JPW | 475.00 | 0.20 | Telephone conference; e-mails re pro hac motion, hearing |
| 02/25/08 | TWS | 660.00 | 0.10 | Conference with JPW re upcoming hearing in LTC case |
| 02/25/08 | JPW | 475.00 | 0.40 | Telephone conference with T. Pitta re status conference; meet with TWS re status conference; telephone conference with EI re conference; telephone conference with examiner's counsel re status conference; e-mails re same |
| 02/26/08 | PVL | 840.00 | 0.10 | Review Sinclair memo re 3 WRG motions. |
| 02/27/08 | JPW | 475.00 | 0.40 | Review docket (.1); telephone conference with P. Goodman (.1); review draft order (.1); e-mails re draft order (.1) |
| 02/29/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 02/29/08 | TWS | 660.00 | 0.10 | E-mail from JPW re LTC bankruptcy |

**Total Task Code .04**          **6.90**

### Claim Analysis Objection & Resolution (Asbestos) (6.40 Hours; $ 5,376.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 6.40 | $840 | 5,376.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/08 | PVL | 840.00 | 0.50 | Teleconference NDF and JAL re PIQ hearing brief (.3); review email and reply (.2). |
| 02/02/08 | PVL | 840.00 | 0.30 | Review revised PIQ hearsay brief. |
| 02/04/08 | PVL | 840.00 | 1.20 | Teleconference EI, NDF and JAL re brief (.6); review email (.2); review revised draft PIQ brief and email comments (.2); review FCR PIQ brief (.1); review WBS draft 408 brief (.1). |
| 02/05/08 | PVL | 840.00 | 0.30 | Review email and reply (.1); review Grace brief re PIQ administration and email NDF et al re same (.2). |
| 02/07/08 | PVL | 840.00 | 0.40 | Review email (.2); teleconference EI (.2). |
| 02/11/08 | PVL | 840.00 | 0.10 | Review FCR response re Stallard. |
| 02/12/08 | PVL | 840.00 | 0.20 | Review email (.1); teleconference EI (.1). |
| 02/14/08 | PVL | 840.00 | 1.20 | Confer Snyder, Miller and NDF re depo prep. |
| 02/15/08 | PVL | 840.00 | 0.30 | Review draft status report re Montana action and email Hurford. |
| 02/18/08 | PVL | 840.00 | 0.30 | Confer NDF (.2); review email and reply (.1). |
| 02/20/08 | PVL | 840.00 | 0.20 | Review email and reply. |
| 02/25/08 | PVL | 840.00 | 0.20 | Review Libby cls draft letter to Judge Fitzgerald and reply. |
| 02/26/08 | PVL | 840.00 | 0.10 | Review Speights ext. motion. |
| 02/27/08 | PVL | 840.00 | 1.10 | Review Snyder depo (1); review email and reply (.1). |

**Total Task Code .05          6.40**
**Claim Analysis Objection & Resolution (Non-Asbestos) (6.10 Hours; $ 3,088.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |
| Jeffrey A. Liesemer | 5.90 | $495 | 2,920.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/04/08 | JAL | 495.00 | 0.40 | Reviewed e-mail from R. Wyron re: debtor's response on proposed order approving environmental |

|  |  |  |  | settlement (.30); drafted e-mail to R. Wyron re: debtor's response on proposed order approving environmental settlement. |
|---|---|---|---|---|
| 02/05/08 | JAL | 495.00 | 0.50 | Reviewed correspondence from R. Wyron re: proposed environmental settlement and review and analysis of revised draft of proposed order approving such settlement. |
| 02/07/08 | JAL | 495.00 | 1.90 | Review and analysis of revised drafts of multi-state environmental settlement agreement and proposed order approving same (.80); drafted and revised e-mail to J. Baer re: comments on settlement agreement and proposed order (.10); further consideration of language contained in revised order approving environmental settlement agreement, and drafted e-mail to R. Wyron re: same (.70); drafted and revised e-mail to J. Baer re: language to add to proposed order and multi-site settlement agreement (.30). |
| 02/08/08 | JAL | 495.00 | 2.10 | Review and analysis of revised multi-state environmental settlement agreement and e-mail exchanges related thereto (1.10); teleconf. w/R. Wyron, J. Baer, and EPA counsel re: multi-site settlement agreement and proposed order (.20); further review and analysis of latest changes made to multi-site environmental settlement agreement and proposed order and exchange of e-mails w/counsel re: same (.80). |
| 02/11/08 | JAL | 495.00 | 0.50 | Review and analysis of revised multi-site environmental settlement agreement and proposed order approving same. |
| 02/12/08 | JAL | 495.00 | 0.30 | Further review and analysis of revised drafts of multi-site environmental settlement agreement and proposed order approving same. |
| 02/24/08 | PVL | 840.00 | 0.20 | Review Grace env transfer motion. |
| 02/27/08 | JAL | 495.00 | 0.20 | Drafted e-mail to M. Hurford re: proposed environmental settlement (.10); review memo from M. Hurford re: yesterday's omnibus hearing (.10). |

**Total Task Code .06**          **6.10**

**Committee, Creditors', Noteholders' or Equity Holders (1.00 Hours; $ 920.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | 1.00 | $920 | 920.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 02/11/08 | EI | 920.00 | 1.00 | Committee conf. call re: status of plan, etc. (1.0). |

**Total Task Code .07        1.00**

**Employment Applications, Others (8.40 Hours; $ 4,136.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .40 | $840 | 336.00 |
| James P. Wehner | 8.00 | $475 | 3,800.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 02/01/08 | PVL | 840.00 | 0.30 | Review FCR appl re Hanly & Conroy retention and UST and UCC objs re same. |
| 02/04/08 | PVL | 840.00 | 0.10 | Review Grace obj re Hanly & Conroy retention. |
| 02/19/08 | JPW | 475.00 | 8.00 | Meet with NDF re witness preparation (.3); revise Lees and Anderson cross outline (3.0); meet with NDF, WBS, ALV, BSB re cross examinations (3.2); revise trial project list (.3); revise demonstratives (.8); meet with BSB re industrial hygiene issue (.4) |

**Total Task Code .10        8.40**

**Fee Applications, Applicant (8.80 Hours; $ 3,689.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Rita C. Tobin | 5.80 | $530 | 3,074.00 |
| Andrew D. Katznelson | 3.00 | $205 | 615.00 |

{D0108621.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/04/08 | RCT | 530.00 | 0.30 | Emails TWS/PVNL re fee issues (.3) |
| 02/11/08 | RCT | 530.00 | 1.00 | Review Interim Fee Apps (1.0) |
| 02/11/08 | ADK | 205.00 | 1.00 | Worked on interim fee application. |
| 02/12/08 | RCT | 530.00 | 1.00 | Review prebills (1.0) |
| 02/12/08 | ADK | 205.00 | 0.50 | Worked on Interim fee application. |
| 02/19/08 | RCT | 530.00 | 0.80 | Review exhibits re fee apps (.8) |
| 02/20/08 | RCT | 530.00 | 2.50 | Obtain information for fee auditor (2.5) |
| 02/22/08 | ADK | 205.00 | 1.00 | Worked on monthly fee application. |
| 02/25/08 | ADK | 205.00 | 0.50 | Worked on monthly fee application. |
| 02/29/08 | RCT | 530.00 | 0.20 | Review fee schedule for March (.2) |

**Total Task Code .12**          **8.80**


**Fee Applications, Others (.20 Hours; $ 168.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/19/08 | PVL | 840.00 | 0.10 | Review 5 fee applications. |
| 02/25/08 | PVL | 840.00 | 0.10 | Review 9 miscellaneous fillings. |


**Total Task Code .13**          **.20**


**Hearings (44.20 Hours; $ 39,949.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 43.20 | $920 | 39,744.00 |
| Andrew D. Katznelson | 1.00 | $205 | 205.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/08 | EI | 920.00 | 0.50 | T/c NDF re: hearsay brief (.5). |
| 02/04/08 | EI | 920.00 | 1.60 | Several t/cs NDF re: witness and XBT issues (.7); conf. call NDF/PVNL/JAL re: hearsay brief (.5); t/c J. Jackson re: Cooney availability (.2); report to Brayton on status (.2). |
| 02/05/08 | EI | 920.00 | 2.00 | T/c NDF re: testimony issues (.5); read materials on same subject (.5); t/c NDF/Ramsey re: Kraus testimony (.5); read material on hearsay (.3); t/c Hurford re: tax motion (.2). |
| 02/06/08 | EI | 920.00 | 0.20 | T/c NDF re: status (.2). |
| 02/07/08 | EI | 920.00 | 3.50 | T/cs NDF re: Snyder XBT and discovery (.5); work on trial prep Ory, Rodrick's revisions (3.0). |
| 02/07/08 | ADK | 205.00 | 1.00 | Review, annotate and classify materials for EI pertaining to Grace estimation hearings. |
| 02/08/08 | EI | 920.00 | 2.20 | Work on trial prep, Weil review (2.0); scheduling meetings (.2). |
| 02/11/08 | EI | 920.00 | 0.20 | T/c NDF re: graphics (.1); pension motion status inquiry (.1). |
| 02/12/08 | EI | 920.00 | 1.60 | Status call scheduling (.1); work on trial prep (1.5). |
| 02/13/08 | EI | 920.00 | 3.50 | T/c NDF/Mullady re: Bernick issues (.5); trial prep (3.0). |
| 02/14/08 | EI | 920.00 | 2.30 | Conf. Rice re: status (.3); trial prep on train to NY (2.0). |
| 02/15/08 | EI | 920.00 | 3.00 | Trial prep. |
| 02/18/08 | EI | 920.00 | 3.20 | Conf. NDF, Ramsey re: discovery issues (.2); reading materials for trial prep [part on train from DC] (3.0). |
| 02/19/08 | EI | 920.00 | 1.00 | Hearing prep (1.0). |

| 02/20/08 | EI | 920.00 | 8.00 | Prep session for all witnesses, NDF, WBS, BSB, JPW, ALV (8.0). |
| 02/21/08 | EI | 920.00 | 8.00 | Continued trial prep. |
| 02/22/08 | EI | 920.00 | 2.20 | Conf. Mullady, et al. with NDF and WBS to review witness prep (2.0); t/c NDF re: Bernick call (.2). |
| 02/25/08 | EI | 920.00 | 0.20 | T/c Hurford and memos re: pending motions (.2). |

**Total Task Code .15**       **44.20**

## Litigation and Litigation Consulting (863.10 Hours; $ 404,392.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Walter B. Slocombe | 59.90 | $720 | 43,128.00 |
| Trevor W. Swett | .60 | $660 | 396.00 |
| Bernard S. Bailor | 142.20 | $630 | 89,586.00 |
| Nathan D. Finch | 171.90 | $610 | 104,859.00 |
| Jeffrey A. Liesemer | 14.90 | $495 | 7,375.50 |
| James P. Wehner | 138.10 | $475 | 65,597.50 |
| Adam L. Vangrack | 180.60 | $320 | 57,792.00 |
| Jeanna M. Rickards | 13.80 | $270 | 3,726.00 |
| Andrew J. Sackett | 27.70 | $255 | 7,063.50 |
| David B. Smith | 68.90 | $235 | 16,191.50 |
| Sarah Z. Emamjomeh | 1.00 | $195 | 195.00 |
| Marissa A. Fanone | 43.50 | $195 | 8,482.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/07/08 | ALV | 320.00 | 17.00 | (Late Entry) - Teleconference with B. Cleveland regarding expert testimony (0.2); prepare for trial and upcoming pretrial matters (3.1); research regarding Reply to Debtors' Opposition to ACC's Motion to Exclude Experts (3.4); edit and file Reply to Debtors' Opposition to ACC's Motion to Exclude Experts (10.3). |
| 02/01/08 | BSB | 630.00 | 7.60 | Trial preparation; review transcripts (1.8); read prior Moolgavkar testimony (2.7); review epidemiology studies (3.1) |
| 02/01/08 | WBS | 720.00 | 2.10 | Work on witness preparation for trial - Anderson, Lees, Lee. |

| 02/01/08 | TWS | 660.00 | 0.20 | Note to team re LTC bankruptcy (.1); conference with JPW re Heller Ehrman report (.1) |
| 02/01/08 | NDF | 610.00 | 9.00 | Revise hearsay objections brief in light of EI comments (2.5); work on Welch direct exam slides and review medical articles (5.5); emails to FCR re various case issues (0.5); telephone conference with PVNL re Grace hearsay brief (0.3); telephone conference with EI re same (0.2). |
| 02/01/08 | DBS | 235.00 | 4.70 | Cite check brief for attorney review. |
| 02/01/08 | JAL | 495.00 | 1.90 | Reviewed e-mail exchanges between PVNL and NDF re: comments on brief in support of hearsay objection (.20); teleconf. w/PVNL and NDF re: brief in support of hearsay objection (.40); revised and edited brief in support of hearsay objection (.20); office conf. w/JMR re: next steps on brief in support of hearsay objection (.10); tele. call w/NDF re: brief in support of hearsay objection (.10); e-mail exchanges w/NDF re: brief in support of hearsay objection (.20); reviewed mark-up of brief in support of hearsay objection (.20); review and analysis of materials in connection with brief in support of hearsay objections (.20); drafted and revised memo to JMR re: legal research in connection w/brief in support of hearsay objection (.20); drafted e-mail to NDF re: brief in support of hearsay objection (.10). |
| 02/01/08 | JPW | 475.00 | 7.10 | Research and cross outlines for industrial hygienists (4.9); review epidemiology expert testimony (2.2) |
| 02/01/08 | JPW | 475.00 | 0.70 | Review Heller Ehrman report |
| 02/01/08 | JMR | 270.00 | 2.60 | Assist with finalization of brief |
| 02/01/08 | AJS | 255.00 | 0.30 | Legal research regarding hearsay exceptions. |
| 02/01/08 | SZE | 195.00 | 1.00 | (1/23/08) Assist S. Taylor in making labels for pre-trial conference exhibits |
| 02/02/08 | NDF | 610.00 | 1.00 | Review email correspondence re case issues and respond to same (0.5); read cases (0.5). |
| 02/02/08 | JMR | 270.00 | 1.20 | Research for brief |
| 02/03/08 | JAL | 495.00 | 3.90 | Reviewed mark-up of brief in support of hearsay objection (.20); reviewed e-mail exchanges between |

|          |      |        |       | NDF and JMR re: revised draft of brief in support of hearsay objection (.20); legal research and analysis re: issues connected with brief in support of hearsay objection (2.50); drafted and revised memo to NDF and JMR re: issues relating to brief in support of hearsay objection (1.0). |
|----------|------|--------|-------|------------------------------------------------|
| 02/03/08 | JMR  | 270.00 | 1.20  | Continue research for brief |
| 02/04/08 | BSB  | 630.00 | 8.00  | Follow up on material from Welch (1.4); read motions (.9); read debtor brief re hearsay (.8); work on medical issues (4.9) |
| 02/04/08 | NDF  | 610.00 | 10.00 | Trial planning and prep work (8.5); telephone conference with EI re same (0.5); edit hearsay brief (0.5); telephone conference with EI, PVNL, et al re same (0.5). |
| 02/04/08 | DBS  | 235.00 | 4.60  | Cite check brief and collect exhibits to brief for attorney review. |
| 02/04/08 | JAL  | 495.00 | 4.80  | Teleconf. w/EI, PVNL and NDF re: brief in support of hearsay objection (.60); further edits and revisions to brief in support of hearsay objection (1.80); teleconf. w/M. Hurford re: issues relating to brief in support of hearsay objection (.20); further review and edits to brief in support of hearsay objection (1.80); drafted and revised memos (2x) to ALV and JMR re: brief in support of hearsay objection (.30); drafted memo to NDF re: brief in support of hearsay objection (.10). |
| 02/04/08 | ALV  | 320.00 | 13.70 | Research for bench memoranda related to specific evidentiary and witness related issues (7.3); meet with NDF and JMR to discuss research (0.3); edit and file bench memorandum related to admissibility of PIQ and POC evidence (6.1). |
| 02/04/08 | JPW  | 475.00 | 5.70  | Create demonstrative exhibits (3.7); read transcript of hearing (1.0); meet with BSB re hearing (.6); review exhibit objections (.4) |
| 02/04/08 | JPW  | 475.00 | 0.40  | Draft pro hac vice motion |
| 02/04/08 | JMR  | 270.00 | 5.40  | Assist with finalization and filing of brief (3.4); legal research regarding subpoena to non-party (2.0). |
| 02/04/08 | AJS  | 255.00 | 0.90  | Legal research regarding hearsay exceptions. |

| 02/05/08 | BSB | 630.00 | 6.30 | Prepare deposition digest - Moolgavkar Price trial (3.2); research medical issues (1.7); read pleadings (1.4) |
|---|---|---|---|---|
| 02/05/08 | NDF | 610.00 | 10.50 | Trial planning and prep work (medical issues) (8.8); telephone conference with EI re case issues (0.5); review ALV memo re lawyer discovery (0.5); telephone conference with EI and N. Ramsey re discovery to Kraus (0.7). |
| 02/05/08 | DBS | 235.00 | 2.00 | Collect expert reports, deposition exhibits, and prior testimony of upcoming witness for attorney review (1.0); review and organize documents related to Estimation Hearing for hard and electronic case files (1.0). |
| 02/05/08 | JAL | 495.00 | 0.30 | Review and analysis of debtors' and FCR's briefs re: hearsay objection. |
| 02/05/08 | ALV | 320.00 | 9.20 | Research for bench memoranda related to specific evidentiary and witness related issues (4.9); draft bench memoranda related to specific evidentiary and witness related issues (3.4); review recent pleadings (0.5); meet with JMR regarding research (0.4). |
| 02/05/08 | JPW | 475.00 | 7.40 | Develop demonstrative exhibits (2.2); review and research epidemiology issues (3.7); meet with NDF re Moolgavkar (.4); revise Grace Trial Projects list (.6); e-mails re epidemiology issues (.5) |
| 02/05/08 | JPW | 475.00 | 0.50 | Revise pro hac vice motion (.4); meet with TWS re pro hac vice motion (.1) |
| 02/05/08 | JMR | 270.00 | 1.20 | Legal research regarding subpoena to non-party |
| 02/05/08 | MAF | 195.00 | 5.50 | Compile list of ACC/FCR trial exhibits that Grace objected to on authenticity grounds. |
| 02/06/08 | BSB | 630.00 | 7.60 | Research Moolgavkar Req (.9); t/c Relles (.2); call Relles, NDF, JPW (.5); review - Price & Ware (3.1); review material from Welch (1.9); team meeting (1.0) |
| 02/06/08 | WBS | 720.00 | 5.50 | Work on Hughes/Siegal materials for trial (2.1); conference with NDF, JPW, BSB re trial preparation assignments (1.0); work on Hays/Longo direct preparation (1.4); review Anderson testimony in individual PI case (1.0). |

{D0108621.1 }

| 02/06/08 | NDF | 610.00 | 10.90 | Trial planning and prep work (medical issues) (7.7); confer with JPW and Relles re Moolgavkar math (0.5); confer with Grace team re to do list and case issues (1.0); telephone conference with EI re case issues (0.2); draft correspondence to Bernick re Kraus deposition (0.5); emails with Bernick, Kraus, Ramsey re same (0.3); review document demands to Snyder (0.5); email to Snyder re same (0.2). |
|---|---|---|---|---|
| 02/06/08 | DBS | 235.00 | 2.80 | Update objections to debtor's exhibit list to include exhibits admitted or offered at Estimation Hearing for attorney review. |
| 02/06/08 | ALV | 320.00 | 11.20 | Research for bench memoranda related to specific evidentiary and witness related issues (3.9); prepare for Estimation Hearing (6.2); meet with NDF, WBS, BSB, and JPW regarding strategy (1.1). |
| 02/06/08 | JPW | 475.00 | 8.30 | Telephone conference with D. Relles, NDF and BSB re calculations (.4); Moolgavkar cross outline research (2.6); meeting with Grace trial team re projects (1.0); meet with JMR re bench memos (.2); research epidemiology issues (3.0) |
| 02/06/08 | AJS | 255.00 | 2.70 | Legal research regarding hearsay exceptions. |
| 02/06/08 | MAF | 195.00 | 10.50 | Compile list of ACC/FCR trial exhibits that Grace objected to on authenticity grounds. |
| 02/07/08 | BSB | 630.00 | 8.30 | Trial preparation - medical research (5.7); read ACC/FCR hearsay materials (1.2); read other pleadings (1.4) |
| 02/07/08 | WBS | 720.00 | 1.20 | Memo re Anderson transcript and follow-up and e-mails for follow-up. |
| 02/07/08 | NDF | 610.00 | 11.80 | Trial planning and prep (medical issues) (8.5); trial prep (Peterson/claim number issues (1.1); review discovery aimed at Snyder (0.4); telephone conference with EI re same (0.3); telephone conference with Snyder re same (0.5); review materials re hearsay issue (1.0). |
| 02/07/08 | DBS | 235.00 | 4.90 | Review and organize documents related to Estimation Hearing for hard and electronic case files (2.0); compile demonstratives used at Estimation Hearing for expert review (.5); review drafts of exhibit lists with objections included, and send for attorney review (2.4). |

| | | | | |
|---|---|---|---|---|
| 02/07/08 | JAL | 495.00 | 0.10 | Reviewed exchange of e-mails between NDF and M. Hurford re: hearsay objection issue. |
| 02/07/08 | ALV | 320.00 | 9.60 | Prepare for Estimation Hearing (9.0); review documents for relevance (0.6). |
| 02/07/08 | JPW | 475.00 | 0.90 | Revise and file pro hac vice motion |
| 02/07/08 | JPW | 475.00 | 7.30 | Demonstratives for cross examination (2.5); telephone conference with D. Relles (1.0); meet with NDF re cross examination (.8); research epidemiology issues (3.0) |
| 02/07/08 | AJS | 255.00 | 0.90 | Legal research regarding hearsay exceptions. |
| 02/08/08 | BSB | 630.00 | 4.30 | Trial preparation - research |
| 02/08/08 | NDF | 610.00 | 7.00 | Trial planning and prep (medical issues and Moolgavkar math) (6.5); trial planning and prep (Peterson/claim numbers issues) (0.5). |
| 02/08/08 | DBS | 235.00 | 3.50 | Review and organize documents related to Estimation Hearing for hard and electronic case files. |
| 02/08/08 | ALV | 320.00 | 8.10 | Prepare for Estimation Hearing. |
| 02/08/08 | JPW | 475.00 | 5.10 | Grace demonstratives (2.4); research epidemiology issues (2.7) |
| 02/11/08 | BSB | 630.00 | 8.90 | Review Anderson depo (4.3); read Anderson reports (4.6) |
| 02/11/08 | NDF | 610.00 | 8.90 | Trial prep (tort system issues; Beber, Siegal, Hughes depositions) (7.9); trial prep (Peterson graphics) (0.5); emails to EI and Mullady re case issues (0.5). |
| 02/11/08 | DBS | 235.00 | 3.90 | Collect certain trial exhibits and separate into categories as designated by NDF (1.0); compile electronic copies of trial exhibits for attorney review (.5); compile draft demonstratives for attorney review (.3); compile and copy expert reliance video for attorney review (1.0); review and organize incoming pleadings and correspondence for case files (1.1). |
| 02/11/08 | JAL | 495.00 | 2.50 | Review and analysis of materials relating to PI claims estimation. |

| 02/11/08 | ALV | 320.00 | 7.90 | Prepare for Estimation Hearing. |
|---|---|---|---|---|
| 02/11/08 | JPW | 475.00 | 7.60 | Telephone conference with C. O'Connell re PIQ issues (.2); review and research PIQ discovery issues (2.9); revise demonstratives (1.0); witness preparation (2.7); e-mails re Anderson analysis (.8) |
| 02/11/08 | AJS | 255.00 | 4.70 | Preparation of bench memos regarding hearsay exceptions. |
| 02/11/08 | AJS | 255.00 | 2.10 | Legal research regarding hearsay exceptions. |
| 02/11/08 | MAF | 195.00 | 4.50 | Collect and organize admitted ACC/FCR trial exhibits for NDF; index boxes to be sent off-site. |
| 02/12/08 | BSB | 630.00 | 7.90 | Medical research re low dose epidemiology studies (5.1); read hearing transcript (2.8) |
| 02/12/08 | TWS | 660.00 | 0.30 | Telephone conference with P. Goodman; telephone call to D. Baker - left message; e-mails and docket check re LTC bankruptcy |
| 02/12/08 | NDF | 610.00 | 10.40 | Trial prep (review exhibits for proof of tort system issues part of case) (4.5); trial planning and witness outlines (4.3); telephone conference with Snyder et al re discovery responses (0.6); meet with JPW re Kraus questionnaire issues (1.0). |
| 02/12/08 | DBS | 235.00 | 3.50 | Collect and index certain trial exhibits and separate into categories as designated by NDF. |
| 02/12/08 | ALV | 320.00 | 3.30 | Prepare for Estimation Hearing. |
| 02/12/08 | JPW | 475.00 | 7.30 | E-mails re allocation issues (.5); meet with NDF re Kraus deposition (1.0); research for Motion in Limine (1.7); create timeline (2.2); notes on deposition preparation (1.4); demonstratives (.5) |
| 02/12/08 | JPW | 475.00 | 0.20 | Review retention application; meet with TWS |
| 02/12/08 | AJS | 255.00 | 2.80 | Preparation of bench memos regarding hearing exceptions. |
| 02/12/08 | AJS | 255.00 | 0.50 | Review of other creditor's settlement agreements. |
| 02/12/08 | AJS | 255.00 | 0.40 | Meeting with KCM regarding other settlement agreements and release provisions (2x). |
| 02/12/08 | AJS | 255.00 | 0.30 | Analysis of release provisions. |

| 02/12/08 | AJS | 255.00 | 0.60 | Meeting with KCM and TWS regarding Heyman research. |
| 02/12/08 | AJS | 255.00 | 0.30 | Review of meeting notes regarding Heyman research. |
| 02/12/08 | AJS | 255.00 | 1.00 | Asbestos Lunch. |
| 02/12/08 | AJS | 255.00 | 1.30 | Review of settlement agreement. |
| 02/12/08 | AJS | 255.00 | 0.90 | Meeting with KCM regarding settlement agreement (several x). |
| 02/12/08 | MAF | 195.00 | 3.50 | Collect and index certain trial exhibits and separate into categories designated by NDF. |
| 02/13/08 | BSB | 630.00 | 4.20 | X exam outline prep |
| 02/13/08 | NDF | 610.00 | 8.50 | Review Grace exhibits for objections (4.5); telephone conference with EI and Mullady re case issues (0.7); Snyder document responses (0.5); review Grace methodology documents (1.0); draft letter to Bernick and Mendelson (0.5); emails to Orton (0.3); trial prep (case overview outline) (0.7); draft cover pleading for exhibit objections (0.3). |
| 02/13/08 | DBS | 235.00 | 6.90 | Attend meeting re substantive objections to debtor's trial exhibits and record objections (4.3); collect relevant documents in preparation for objections meeting (.5); contact document retrieval service to obtain better copy of trial exhibit (.3); update objections to debtor's exhibit list (.5); review and compile document production for attorney review and case files (1.3). |
| 02/13/08 | JAL | 495.00 | 1.00 | Review and analysis of materials relating to estimation proceeding. |
| 02/13/08 | ALV | 320.00 | 9.30 | Prepare for Estimation Hearing (8.2); review documents for relevance and privilege concerns (1.1). |
| 02/13/08 | JPW | 475.00 | 8.40 | Meet with AJS re bench memo (.2); review and revise bench memo (.3); telephone conference with ALV re judicial notice (.2); meet with BSB re Parker (.4); prepare cross examination scripts (2.9); research Lees' calculations (2.6); finalize time line (1.8). |

{D0108621.1 }

| 02/13/08 | JPW | 475.00 | 0.50 | Review Examiner Work Plan (.2); e-mail summary of Examiner Work Plan (.2); review Navigant attachment (.1) |
| 02/13/08 | JMR | 270.00 | 2.20 | Revise and finalize bench memorandum regarding the admissibility of studies the experts relied on |
| 02/13/08 | AJS | 255.00 | 3.40 | Preparation of bench memos regarding hearsay exceptions. |
| 02/13/08 | AJS | 255.00 | 1.10 | Review of Monokote videos. |
| 02/13/08 | AJS | 255.00 | 1.10 | Legal research regarding hearsay exceptions. |
| 02/13/08 | MAF | 195.00 | 4.50 | Research and compile requested trial exhibits for attorney review. |
| 02/14/08 | BSB | 630.00 | 7.50 | Research Bench memo (2.6); research WIOSH & OSHA standards re TWH (2.9); cn JPW re exposure (.7);  case prep (1.3) |
| 02/14/08 | WBS | 720.00 | 6.90 | Review and revise trial outline (0.6); memo re Anderson's multiple estimates of lifetime expert (1.3); work on charts for Anderson/Lees cross and rebuttal (3.5); conferences with JPW re issues in Anderson report (0.2); review our experts' work for rebuttal material (1.3). |
| 02/14/08 | TWS | 660.00 | 0.10 | Letter to Examiner in LTC bankruptcy |
| 02/14/08 | NDF | 610.00 | 8.60 | Review Snyder documents to be produced (0.5); prep session with Snyder for deposition (6.1); trial prep (2.0). |
| 02/14/08 | DBS | 235.00 | 4.50 | Cite check bench memorandum for attorney review (3.0); review and compile document production for attorney review and case files (.7); retrieve transcripts and document productions for attorney use in deposition prep meeting (.8). |
| 02/14/08 | ALV | 320.00 | 7.80 | Prepare for Estimation Hearing. |
| 02/14/08 | JPW | 475.00 | 7.80 | Revise Lees cross outlines (2.2); analyze Anderson data (3.7); meet with WBS re Anderson (1.0); prepare documents for witness preparation (.5); telephone conference with DBS re PIQ POC issue (.1); meet with MAF re PIQ issues (.1); meet with AJS re bench memo (.2) |

| 02/14/08 | AJS | 255.00 | 1.90 | Preparation of bench memos. |
|----------|-----|--------|------|-----------------------------|
| 02/14/08 | MAF | 195.00 | 4.00 | Collect and organize deposition exhibits and expert reports for attorney review. |
| 02/15/08 | BSB | 630.00 | 5.30 | Cross exam preparation - medical |
| 02/15/08 | WBS | 720.00 | 2.50 | Review reliance materials for Lees, Anderson, Hays. |
| 02/15/08 | NDF | 610.00 | 7.80 | Snyder deposition (5.0); prepare for same (1.2); review Grace objections to ACC exhibit list (0.5); trial preparation (1.1). |
| 02/15/08 | DBS | 235.00 | 1.30 | Coordinate logistics for meeting with witness counsel (.6); compile objections to exhibit list for attorney trial notebook (.2); review and prepare index for case files to be sent offsite (.5). |
| 02/15/08 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to claims estimation trial. |
| 02/15/08 | ALV | 320.00 | 6.80 | Prepare for Estimation Hearing. |
| 02/15/08 | JPW | 475.00 | 7.10 | Analyze expert reports and prepare charts (3.6); edit demonstratives (1.0); telephone conference with FCR re PIQ issues (.3); e-mails re cross examinations (.2); cross exam preparation (2.0) |
| 02/15/08 | JPW | 475.00 | 0.20 | Telephone conference with R. Malone (.1); review order and e-mail re same (.1) |
| 02/15/08 | MAF | 195.00 | 2.00 | Index boxes to be sent off-site. |
| 02/18/08 | WBS | 720.00 | 3.10 | Review Snyder deposition; work on witness preparation. |
| 02/18/08 | NDF | 610.00 | 7.60 | Meet with N. Ramsey to prepare P. Kraus (4.0); trial preparation (3.6). |
| 02/18/08 | ALV | 320.00 | 2.30 | Review documents and transcripts for relevance (0.6); prepare for Estimation Hearing (1.7). |
| 02/18/08 | MAF | 195.00 | 4.50 | Prepare for and attend meeting w/Natalie Ramsey. |
| 02/19/08 | BSB | 630.00 | 8.20 | Prep for meeting with EI (2.1); continue work on trial preparation - research email issues (6.1) |

| 02/19/08 | WBS | 720.00 | 7.30 | Work on Hays, Anderson, Longo, Lees preparation charts and outlines (3.0): conference with NDF, BSB, JPW for trial preparation strategy review on 2/20/08 (1.2); revise cross outlines (2.1); work on 408 consistency motion memo (1.0). |
| --- | --- | --- | --- | --- |
| 02/19/08 | NDF | 610.00 | 9.60 | Meet with JPW, BSB, WBS to discuss witness outlines and trial preparation (3.5); trial preparation (witness outlines for Snyder, et al.) (5.5); review IH articles Reitze (0.6). |
| 02/19/08 | DBS | 235.00 | 6.00 | Cite check bench memoranda for attorney review (4.5); review and organize incoming pleadings, correspondence, and other trial related materials for case files and attorney review (1.5). |
| 02/19/08 | ALV | 320.00 | 9.80 | Meet with NDF, WBS, BSB, and JPW regarding strategy (3.1); review documents and transcripts for relevance (1.0); research associated with evidentiary issues (3.5); prepare for Estimation Hearing (2.2). |
| 02/19/08 | AJS | 255.00 | 0.20 | Revision of bench memos regarding hearsay exceptions. |
| 02/20/08 | BSB | 630.00 | 9.00 | Meeting of trial team  full case review |
| 02/20/08 | WBS | 720.00 | 8.40 | Conference with EI, NDF, BSB, JPW, ALV re trial strategy, overall planning and work assignments (5.1); review Hays answers to questions (0.4); outline of Biggs/Peterson comparison (0.8); continue strategy meeting (2.1). |
| 02/20/08 | NDF | 610.00 | 9.50 | Trial preparation/planning meeting with EI, WBS, JPW, et al. (8.5); telephone conference with Mullady re case issues (0.5); telephone conference with Rice re settlement issues (0.5). |
| 02/20/08 | DBS | 235.00 | 3.50 | Cite check bench memoranda for attorney review (1.0); review and organize incoming pleadings, correspondence, and other trial related materials for case files and attorney review (2.5). |
| 02/20/08 | ALV | 320.00 | 10.00 | Meet with EI, NDF, WBS, BSB, and JPW regarding strategy (7.1); prepare for Estimation Hearing (2.9). |
| 02/20/08 | JPW | 475.00 | 9.00 | Planning meeting with EI, NDF, WBS, BSB, ALV (8.0); meeting preparation (1.0) |

| 02/20/08 | AJS | 255.00 | 0.30 | Revision of bench memos regarding hearsay exceptions. |
|---|---|---|---|---|
| 02/21/08 | BSB | 630.00 | 7.40 | Continuation of meetings with EI, NDF, JPW,  ALV (6.3); read memos re hearsay (1.1) |
| 02/21/08 | WBS | 720.00 | 4.10 | Conference with EI, NDF, JPW, BSB re trial strategy, trial preparation, witness plan, preparation for cross (3.5); conference and telephone conference with M. Peterson, EI, NDF re settlement issues and Nicholson projections and SEER (0.6). |
| 02/21/08 | NDF | 610.00 | 10.60 | Trial preparation planning meeting with EI, et al.(5.5); telephone conferences with Peterson, Rice and EI re settlement (1.0); telephone conference with Peterson and Relles re analyses (1.0); telephone conference with Peterson, EI, and FCR team re settlement analyses (1.0); conference with EI re settlement issues (0.5); revise trial plan/outlines in light of team meeting (1.1); review Harding letter (0.5). |
| 02/21/08 | DBS | 235.00 | 5.00 | Cite check bench memorandum for attorney review (4.0); review and organize incoming pleadings, correspondence, and other trial related materials for case files and attorney review (1.0). |
| 02/21/08 | ALV | 320.00 | 7.70 | Prepare for Estimation Hearing and witness cross examinations. |
| 02/21/08 | JPW | 475.00 | 7.40 | Trial preparation meeting with NDF; WBS, ALV, and EI (5.6); review rebuttal charts (1.0); read epidemiology articles (.8) |
| 02/22/08 | BSB | 630.00 | 5.50 | Research -- reliance on confidential data by experts (4.3); follow up in case meetings (1.2) |
| 02/22/08 | WBS | 720.00 | 5.40 | Conference with FCR counsel re trial planning issues and conference call with Grace representatives re possible settlement concept (3.8); revise 408 memo (0.8); review depositions of possible witnesses (0.8). |
| 02/22/08 | NDF | 610.00 | 6.00 | Trial planning meeting with FCR lawyers (3.5); trial planning (witness outlines) (2.5). |
| 02/22/08 | DBS | 235.00 | 3.80 | Review experts' prior testimony and select relevant transcripts for attorney review (2.0); compile requested trial exhibits for attorney review (.3); review and organize incoming pleadings, |

|            |     |        |       | correspondence, and other trial related materials for case files and attorney review (1.5). |
|------------|-----|--------|-------|---------------------------------------------------------------------------------------------|
| 02/22/08 | JAL | 495.00 | 0.10 | Reviewed amended notice of agenda and correspondence from R. Wyron re: proposed environmental settlement. |
| 02/22/08 | ALV | 320.00 | 7.10 | Prepare for Estimation Hearing and witness cross examinations (6.9); research issues relevant to Estimation Hearing bench memoranda (0.2). |
| 02/22/08 | JPW | 475.00 | 4.50 | Meet with BSB re Haber cross (.8); research draft motion in limine (3.7) |
| 02/24/08 | ALV | 320.00 | 2.00 | Research issues relevant to Estimation Hearing bench memoranda. |
| 02/25/08 | BSB | 630.00 | 7.70 | Continue trial prep Anderson reports and depo (4.7); t/c Dan Keller re obtaining info re Texas Occup. Med Institute (1.2); read Grace pleadings (1.8) |
| 02/25/08 | WBS | 720.00 | 1.20 | Review notes of strategy meeting and plan work program. |
| 02/25/08 | NDF | 610.00 | 10.30 | Prepare for omnibus hearing/trial issues (4.0); attend omnibus hearing (3.5); confer with Mullady re case issues (0.5); work on settlement issues (review Grace settlement proposal re meso incidence; review SEER data; memo re analysis of same for Peterson and EI) (1.8); review Manville opinion and BNSF filing re same (0.5). |
| 02/25/08 | DBS | 235.00 | 2.50 | Review and organize incoming pleadings, correspondence, and other trial related materials for case files and attorney review. |
| 02/25/08 | ALV | 320.00 | 8.50 | Prepare for Estimation Hearing and witness cross examinations. |
| 02/25/08 | JPW | 475.00 | 5.60 | Meet with BSB re confidentiality issue (.5); read memo on reliance issue (.4); draft motion in limine (3.5); research industrial hygiene issue (1.2) |
| 02/26/08 | BSB | 630.00 | 7.50 | Follow up on points from meeting - relative risk vs. odds ratio (2.8); trial prep  Haber  X  exam (4.7) |
| 02/26/08 | NDF | 610.00 | 5.00 | Trial preparation (3.5); further analysis of meso settlement proposal and memo re same (1.5). |

| | | | | |
|---|---|---|---|---|
| 02/26/08 | DBS | 235.00 | 3.00 | Review and organize incoming pleadings, correspondence, and other trial related materials for case files and attorney review. |
| 02/26/08 | ALV | 320.00 | 7.10 | Prepare for Estimation Hearing and witness cross examinations. |
| 02/26/08 | JPW | 475.00 | 7.60 | Telephone conference with M. Hurford re hearing (.5); meet with BSB re trial preparation (.3); draft Motion in Limine (4.0); research evidentiary issues (2.1); telephone conference with W. Cleveland re statistical issues (.5); e-mail re statistical issues (.2) |
| 02/27/08 | BSB | 630.00 | 8.20 | Review Brody reliance materials (.9); review Haber reports and Reliance materials (6.8); research Grace admissions (.5) |
| 02/27/08 | WBS | 720.00 | 2.50 | Work on Welch, Snyder and Anderson trial preparation. |
| 02/27/08 | NDF | 610.00 | 2.10 | Review Kraus response to discovery and Basta letter re same (0.6); review past testimony of Brody, Hammar, Longo, etc. (1.5). |
| 02/27/08 | DBS | 235.00 | 2.50 | Review and organize incoming pleadings, correspondence, and other trial related materials for case files and attorney review (2.0); convert experts' prior testimony into readable format for attorney review (.5). |
| 02/27/08 | ALV | 320.00 | 8.00 | Prepare for Estimation Hearing and witness cross examinations (5.8); research issues relevant to Estimation Hearing bench memoranda (2.2). |
| 02/27/08 | JPW | 475.00 | 7.80 | Meet with NDF re trial motions and witnesses (.6); draft motion in limine (4.7); review Rule 408 Motion (2.2); e-mails re PIQ issues (.3) |
| 02/28/08 | BSB | 630.00 | 7.20 | Review Brody deposition (2.3); prepre X exam Haber (4.9) |
| 02/28/08 | WBS | 720.00 | 4.50 | Work on Anderson trial preparation (3.5); Lees article for Lees trial preparation (1.0). |
| 02/28/08 | NDF | 610.00 | 0.50 | Responde to email correspondence re various issues. |
| 02/28/08 | ALV | 320.00 | 8.00 | Prepare for Estimation Hearing and witness cross examinations. |

| 02/28/08 | JPW | 475.00 | 6.00 | Research expert report issue (.8); meet with BSB re Brody (.5); draft motion in limine (2.9); review motion (1.3); e-mails re expert calculation (.5) |
| 02/28/08 | MAF | 195.00 | 1.50 | Compile trial transcripts from relevant asbestos trial for attorney review. |
| 02/29/08 | BSB | 630.00 | 5.60 | Work on Brady direct |
| 02/29/08 | WBS | 720.00 | 5.20 | Work on Florence, Hays and Anderson trial preparation. |
| 02/29/08 | NDF | 610.00 | 6.30 | Trial preparation - work on Florence cross. |
| 02/29/08 | ALV | 320.00 | 6.20 | Prepare for Estimation Hearing and witness cross examinations. |
| 02/29/08 | JPW | 475.00 | 7.70 | Meet with NDF re Motion in Limine (.3); review Motion in Limine (2.2); draft trial motion (3.0); prepare cross exam outlines (1.5); meet with BSB re demonstratives (.3); e-mails re case developments (.4) |
| 02/29/08 | MAF | 195.00 | 3.00 | Compile potential cross examination exhibits for attorney review. |

**Total Task Code.16**          **863.10**

**Plan & Disclosure Statement (31.90 Hours; $ 26,166.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Elihu Inselbuch | 21.70 | $920 | 19,964.00 |
| Peter Van N. Lockwood | 1.10 | $840 | 924.00 |
| Ann C. McMillan | 9.10 | $580 | 5,278.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/04/08 | PVL | 840.00 | 0.10 | Review Sinclair memo. |
| 02/04/08 | ACM | 580.00 | 0.80 | Revise TDP. |
| 02/05/08 | EI | 920.00 | 0.30 | Sealed Air matters (.3). |
| 02/05/08 | ACM | 580.00 | 0.70 | Revise TDP. |

| | | | | |
|---|---|---|---|---|
| 02/06/08 | EI | 920.00 | 0.30 | Attempt to schedule Sealed Air meeting (.3). |
| 02/06/08 | ACM | 580.00 | 0.80 | Teleconference S. Baron re TAC issues; exchange e-mails with S. Baron, EI re same. |
| 02/07/08 | EI | 920.00 | 0.20 | T/c PVNL Frankel to schedule Sealed Air meeting (.1); memo to Baker re: same (.1). |
| 02/07/08 | ACM | 580.00 | 1.80 | Exchange e-mails with M. Peterson re claims payment ratio; revise TDP; exchange e-mails with Committee members re same. |
| 02/08/08 | ACM | 580.00 | 2.20 | Revise TDP; draft agenda for Committee meeting; exchange e-mails with R. Frankel re Trustee nominees. |
| 02/11/08 | EI | 920.00 | 0.20 | T/c Frankel re: status (.2). |
| 02/11/08 | ACM | 580.00 | 1.90 | Conference call with Committee re TDP/Trust Agreement issues; revise Trust Agreement; exchange e-mails with R. Frankel re TDP and Trust Agreement. |
| 02/12/08 | EI | 920.00 | 0.60 | Sealed Air scheduling memo (.1); borrowing issues with Rice and Sinclair (.5). |
| 02/13/08 | ACM | 580.00 | 0.90 | Draft ADR procedures. |
| 02/15/08 | EI | 920.00 | 0.10 | TDP issue with Frankel and memo. |
| 02/19/08 | EI | 920.00 | 1.20 | T/c Rice and calculations for him (1.0); t/c Sinclair re: calculations (.2). |
| 02/20/08 | PVL | 840.00 | 0.50 | Confer EI (.3); teleconference Rice, EI and NDF (.2). |
| 02/20/08 | EI | 920.00 | 1.50 | T/c Rice re: settlement discussions (.5); conf. NDF re: same (.5); t/c Peterson re: same (.5). |
| 02/21/08 | PVL | 840.00 | 0.50 | Confer EI and NDF. |
| 02/21/08 | EI | 920.00 | 1.70 | Teleconf. Peterson, Relles, NDF to review settlement issues (.7); teleconf. Frankel, Biggs, Peterson, Relles, NDF, Austern re: settlement issues (1.0). |
| 02/22/08 | EI | 920.00 | 1.00 | Teleconf. Grace/Futures Rep/experts re: settlement issues. |
| 02/25/08 | EI | 920.00 | 0.50 | T/c Peterson re: formula issues (.5). |

| 02/26/08 | EI | 920.00 | 3.40 | Reviewed Grace ratios (.5); t/c Peterson re: same and status (.5); t/c Rice re: same and status (.3); t/c Frankel re: same and status (.3); t/c Sinclair re: point 4 (.2); conf. call Grace/Futures Rep/ACC (.5); memos (.5); 3 pending motion matters (.3); reviewing documents (.3). |
| 02/27/08 | EI | 920.00 | 0.50 | Prep for Friday meeting (.5). |
| 02/28/08 | EI | 920.00 | 3.50 | ZAI question (.1); meeting scheduling (.2); work on meeting prep and t/c Relles (2.0); conf. Peterson re: same (1.0); conf. Rice re: same (.2). |
| 02/29/08 | EI | 920.00 | 6.70 | Conf. Peterson (.5); conf. Peterson, Austern, Biggs, Frankel, et al. (Rice, Cooney, Weitz and Baron on phone) to review proposal (5.0).  t/c Shelnitz (.2); t/c Bernick (.1); t/c Peterson (.1); work on notes (.5); reviewed Sinclair material re: covenants (.3). |

**Total Task Code .17        31.90**

**<u>Travel Non-Working (10.10 Hours; $ 4,088.00)</u>**

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Elihu Inselbuch | 6.50 | $460 | 2,990.00 |
| Nathan D. Finch | 3.60 | $305 | 1,098.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/20/08 | EI | 460.00 | 2.50 | Trip to DC for meetings. |
| 02/22/08 | EI | 460.00 | 4.00 | Return to NY. |
| 02/25/08 | NDF | 305.00 | 3.60 | Travel to Wilmington for hearing (1.5); travel back to D.C. (2.1). |

**Total Task Code.21        10.10**

**<u>Fee Auditor Matters (4.10 Hours; $ 2,204.00)</u>**

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|

| Peter Van N. Lockwood | | .10 | | $840 | 84.00 |
| Rita C. Tobin | | 4.00 | | $530 | 2,120.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/13/08 | RCT | 530.00 | 0.50 | Obtain data re fee auditor reply (.5) |
| 02/15/08 | RCT | 530.00 | 0.50 | Review filings/correspondence (.5) |
| 02/21/08 | RCT | 530.00 | 3.00 | Obtain data and draft Fee Auditor response (3.0) |
| 02/26/08 | PVL | 840.00 | 0.10 | Review draft RCT letter to Smith and reply. |

**Total Task Code.32**      **4.10**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,366.00 |
| Air Freight & Express Mail | 62.18 |
| Conference Meals | 1,058.08 |
| Court Reporting/Transcript Service | 3,460.00 |
| Database Research | 10,645.95 |
| Local Transportation - DC | 139.84 |
| Long Distance-Equitrac In-House | 24.25 |
| Meals Related to Travel | 1,057.88 |
| Miscellaneous: Client Advances | 2,809.35 |
| Outside Local Deliveries | 163.20 |
| Outside Photocopying/Duplication Service | 1,510.48 |
| Postage & Air Freight | 147.34 |
| Professional Fees & Expert Witness Fees | 62,254.23 |
| Travel Expenses - Ground Transportation | 6,664.63 |
| Travel Expenses - Hotel Charges | 22,902.94 |
| Travel Expenses - LD Calls on Hotel Bill | 31.03 |
| Travel Expenses - Miscellaneous | 95.70 |
| Xeroxing | 1,955.70 |

**Total:    $116,348.78**