## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,366.00 |
| Air Freight & Express Mail | 62.18 |
| Conference Meals | 1,058.08 |
| Court Reporting/Transcript Service | 3,460.00 |
| Database Research | 10,645.95 |
| Local Transportation - DC | 139.84 |
| Long Distance-Equitrac In-House | 24.25 |
| Meals Related to Travel | 1,057.88 |
| Miscellaneous: Client Advances | 2,809.35 |
| Outside Local Deliveries | 163.20 |
| Outside Photocopying/Duplication Service | 1,510.48 |
| Postage & Air Freight | 147.34 |
| Professional Fees & Expert Witness Fees | 62,254.23 |
| Travel Expenses - Ground Transportation | 6,664.63 |
| Travel Expenses - Hotel Charges | 22,902.94 |
| Travel Expenses - LD Calls on Hotel Bill | 31.03 |
| Travel Expenses - Miscellaneous | 95.70 |
| Xeroxing | 1,955.70 |
| **Total:** | **$116,348.78** |

{D0108623.1 }