| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter    000 | Disbursements | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 2/29/2008

**Matter    000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 3/14/2008 | 13,655 |

$3,181.68

Client Retainers Available          Committed to Invoices:      $0.00      Remaining:      $3,181.68

$2,445,550.74
Total Expenses Billed To Date

Billing Empl:         0120    Elihu  Inselbuch
Responsible Empl:     0120    Elihu  Inselbuch
Alternate Empl:       0120    Elihu  Inselbuch
Originating Empl:     0120    Elihu  Inselbuch

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 1,315.10 | 0.00 | 1,315.10 |
| 0106 | TWS | Trevor W Swett | 0.00 | 420.45 | 0.00 | 420.45 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 1,315.18 | 0.00 | 1,221.18 |
| 0187 | NDF | Nathan D Finch | 0.00 | 72,819.51 | 0.00 | 72,588.51 |
| 0205 | BCE | Brenda C Etheridge | 0.00 | 2,842.61 | 0.00 | 2,842.61 |
| 0212 | LJS | Lonita J Sheppard | 0.00 | 2.90 | 0.00 | 2.90 |
| 0215 | KRS | Barbara J Zarchin | 0.00 | 11.50 | 0.00 | 11.50 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 130.00 | 0.00 | 130.00 |
| 0227 | RH | Roxana  Healy | 0.00 | 1.30 | 0.00 | 1.30 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.80 | 0.00 | 1.80 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 9.10 | 0.00 | 9.10 |
| 0251 | JO | Joan  O'Brien | 0.00 | 0.30 | 0.00 | 0.30 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 1.30 | 0.00 | 1.30 |
| 0308 | DBS | David B Smith | 0.00 | 1,734.74 | 0.00 | 1,734.74 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 8.80 | 0.00 | 8.80 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 370.37 | 0.00 | 370.37 |
| 0334 | JPW | James P Wehner | 0.00 | 692.13 | 0.00 | 692.13 |
| 0337 | EGB | Erroll G Butts | 0.00 | 2,625.25 | 0.00 | 2,625.25 |
| 0351 | CJK | Connie J Kim | 0.00 | 16.09 | 0.00 | 16.09 |
| 0354 | JMR | Jeanna M Rickards | 0.00 | 17.80 | 0.00 | 17.80 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 21.50 | 0.00 | 21.50 |

{D0108624.1 }

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0367 | MAF | Marissa A Fanone | 0.00 | 185.56 | 0.00 | 185.56 | |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 32,130.49 | 0.00 | 32,130.49 | |
| **Total Fees** | | | **0.00** | **116,673.78** | **0.00** | **116,348.78** | |

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2192831 | Photocopy | E | 02/01/2008 | 0308 DBS | | 0.00 | $1.10 | | 0.00 | $1.10 | 1.10 |
| 2192842 | Photocopy | E | 02/01/2008 | 0999 C&D | | 0.00 | $9.00 | | 0.00 | $9.00 | 10.10 |
| 2208276 | Photocopy NY Office charge November 2007 - January 2008 | E | 02/01/2008 | 0999 C&D | | 0.00 | $56.30 | | 0.00 | $56.30 | 66.40 |
| 2192558 | Equitrac - Long Distance to 3459480528 | E | 02/01/2008 | 0999 C&D | | 0.00 | $10.99 | | 0.00 | $10.99 | 77.39 |
| 2192628 | Equitrac - Long Distance to 2123199240 | E | 02/04/2008 | 0999 C&D | | 0.00 | $0.70 | | 0.00 | $0.70 | 78.09 |
| 2192637 | Equitrac - Long Distance to 2123197125 | E | 02/04/2008 | 0999 C&D | | 0.00 | $0.06 | | 0.00 | $0.06 | 78.15 |
| 2192876 | Photocopy | E | 02/04/2008 | 0251 JO | | 0.00 | $0.20 | | 0.00 | $0.20 | 78.35 |
| 2192883 | Photocopy | E | 02/04/2008 | 0999 C&D | | 0.00 | $5.90 | | 0.00 | $5.90 | 84.25 |
| 2192888 | Photocopy | E | 02/04/2008 | 0999 C&D | | 0.00 | $5.90 | | 0.00 | $5.90 | 90.15 |
| 2192901 | Photocopy | E | 02/04/2008 | 0212 LJS | | 0.00 | $2.90 | | 0.00 | $2.90 | 93.05 |
| 2192903 | Photocopy | E | 02/04/2008 | 0251 JO | | 0.00 | $0.10 | | 0.00 | $0.10 | 93.15 |
| | | | | SRB | | | | | | | |

{D0108624.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2192928 | Photocopy | | E | 02/04/2008 | 0237 | | 0.00 | $0.10 | 0.00 | $0.10 | 93.25 |
| 2193683 | Postage | | E | 02/05/2008 | 0999 | C&D | 0.00 | $36.51 | 0.00 | $36.51 | 129.76 |
| 2193761 | High Noon;  NDF client luncheon on 1/31 | | E | 02/05/2008 | 0187 | NDF | 0.00 | $89.69 | 0.00 | $89.69 | 219.45 |
| 2193767 | DBS;  Travel expenses to Pittsburgh for trial on 1/11-25 for Enterprise car rental | | E | 02/05/2008 | 0308 | DBS | 0.00 | $1,208.70 | 0.00 | $1,208.70 | 1,428.15 |
| 2194717 | Photocopy | | E | 02/05/2008 | 0237 | SRB | 0.00 | $0.40 | 0.00 | $0.40 | 1,428.55 |
| 2194720 | Photocopy | | E | 02/05/2008 | 0237 | SRB | 0.00 | $3.50 | 0.00 | $3.50 | 1,432.05 |
| 2194755 | Photocopy | | E | 02/05/2008 | 0999 | C&D | 0.00 | $37.30 | 0.00 | $37.30 | 1,469.35 |
| 2194776 | Photocopy | | E | 02/05/2008 | 0367 | MAF | 0.00 | $5.90 | 0.00 | $5.90 | 1,475.25 |
| 2194791 | Photocopy | | E | 02/05/2008 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 1,476.05 |
| 2194819 | Photocopy | | E | 02/05/2008 | 0220 | SKL | 0.00 | $1.90 | 0.00 | $1.90 | 1,477.95 |
| 2194826 | Photocopy | | E | 02/05/2008 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 1,478.75 |
| 2194845 | Photocopy | | E | 02/06/2008 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 1,479.05 |
| 2194867 | Photocopy | | E | 02/06/2008 | 0308 | DBS | 0.00 | $56.30 | 0.00 | $56.30 | 1,535.35 |
| 2194879 | Photocopy | | E | 02/06/2008 | 0317 | JAL | 0.00 | $1.30 | 0.00 | $1.30 | 1,536.65 |
| 2194889 | Photocopy | | E | 02/06/2008 | 0363 | AJS | 0.00 | $11.40 | 0.00 | $11.40 | 1,548.05 |
| 2194890 | Photocopy | | E | 02/06/2008 | 0363 | AJS | 0.00 | $0.60 | 0.00 | $0.60 | 1,548.65 |
| 2194893 | Photocopy | | E | 02/06/2008 | 0363 | AJS | 0.00 | $0.10 | 0.00 | $0.10 | 1,548.75 |
| 2194899 | Photocopy | | E | 02/06/2008 | 0363 | AJS | 0.00 | $0.70 | 0.00 | $0.70 | 1,549.45 |
| 2194907 | Photocopy | | E | 02/06/2008 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 1,549.75 |

{D0108624.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2194915 | Photocopy | | E | 02/06/2008 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 1,550.35 |
| 2194933 | Photocopy | | E | 02/06/2008 | 0215 | KRS | 0.00 | $0.30 | 0.00 | $0.30 | 1,550.65 |
| 2194944 | Photocopy | | E | 02/06/2008 | 0334 | JPW | 0.00 | $3.20 | 0.00 | $3.20 | 1,553.85 |
| 2194427 | Federal Express to Katherine Hemming from EI on 1/23 | | E | 02/06/2008 | 0120 | EI | 0.00 | $6.45 | 0.00 | $6.45 | 1,560.30 |
| 2194430 | Tallen Tech;  CDRW/DVD BURNER | | E | 02/06/2008 | 0337 | EGB | 0.00 | $372.75 | 0.00 | $372.75 | 1,933.05 |
| 2194439 | TWS;  Travel expenses to NY on 1/30 and Short Hills, NJ on 1/31 for meetings and hearings for meals (split between 4642 and 5078) | | E | 02/06/2008 | 0106 | TWS | 0.00 | $26.68 | 0.00 | $26.68 | 1,959.73 |
| 2194442 | TWS;  Travel expenses to NY on 1/30 and Short Hills, NJ on 1/31 for meetings and hearings for Waldorf Astoria hotel (split between 5078 and 4642) | | E | 02/06/2008 | 0106 | TWS | 0.00 | $171.24 | 0.00 | $171.24 | 2,130.97 |
| 2194444 | TWS;  Travel expenses to NY on 1/30 and Short Hills, NJ on 1/31 for meetings and hearings for parking at train station (split between 4642 and 5078) | | E | 02/06/2008 | 0106 | TWS | 0.00 | $25.50 | 0.00 | $25.50 | 2,156.47 |
| 2194447 | TWS;  Travel expenses to NY on 1/30 and Short Hills, NJ on 1/31 for meetings and hearings for phone calls (split between 5078 and 4642) | | E | 02/06/2008 | 0106 | TWS | 0.00 | $31.03 | 0.00 | $31.03 | 2,187.50 |
| 2194679 | Equitrac - Long Distance to 3105819309 | | E | 02/06/2008 | 0999 | C&D | 0.00 | $0.71 | 0.00 | $0.71 | 2,188.21 |
| 2195742 | Equitrac - Long Distance to 3105819309 | | E | 02/07/2008 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 2,190.01 |
| 2195748 | Equitrac - Long Distance to 8602403675 | | E | 02/07/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,190.09 |
| 2195756 | Equitrac - Long Distance to 4159624402 | | E | 02/07/2008 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 2,191.29 |
| 2195763 | Equitrac - Long Distance to 2123199240 | | E | 02/07/2008 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 2,191.45 |
| 2194515 | Postage | | E | 02/07/2008 | 0999 | C&D | 0.00 | $28.05 | 0.00 | $28.05 | 2,219.50 |

{D0108624.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2194535 | Postage | | E | 02/07/2008 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 2,219.91 |
| 2194562 | Petty Cash  Working lunch for ALV, JMR, DBS on 2/4 | | E | 02/07/2008 | 0327 | ALV | 0.00 | $20.47 | 0.00 | $20.47 | 2,240.38 |
| 2194570 | Petty Cash  Dinner expense for MAF while on travel to Pittsburgh for trail on 1/12-16 | | E | 02/07/2008 | 0367 | MAF | 0.00 | $60.16 | 0.00 | $60.16 | 2,300.54 |
| 2194590 | Petty Cash  Cab expenses for NDF while on travel to Wilmington for hearing on 1/25 | | E | 02/07/2008 | 0187 | NDF | 0.00 | $10.00 | 0.00 | $10.00 | 2,310.54 |
| 2194591 | Petty Cash  Meal expense for NDF while on travel to Wilmington for hearing on 1/25 | | E | 02/07/2008 | 0187 | NDF | 0.00 | $8.00 | 0.00 | $8.00 | 2,318.54 |
| 2194593 | Petty Cash  Copies of briefs (4) ordered by ALV from outside copy service on 12/9/07 | | E | 02/07/2008 | 0327 | ALV | 0.00 | $42.04 | 0.00 | $42.04 | 2,360.58 |
| 2194597 | Petty Cash  Meal expenses for BSB while on travel to Pittsburgh on 1/13-17 and 1/21-23 | | E | 02/07/2008 | 0001 | BSB | 0.00 | $41.20 | 0.00 | $41.20 | 2,401.78 |
| 2195922 | Photocopy | | E | 02/07/2008 | 0220 | SKL | 0.00 | $4.30 | 0.00 | $4.30 | 2,406.08 |
| 2195924 | Photocopy | | E | 02/07/2008 | 0220 | SKL | 0.00 | $2.50 | 0.00 | $2.50 | 2,408.58 |
| 2195936 | Photocopy | | E | 02/07/2008 | 0363 | AJS | 0.00 | $5.40 | 0.00 | $5.40 | 2,413.98 |
| 2195980 | Photocopy | | E | 02/07/2008 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 2,414.48 |
| 2195992 | Photocopy | | E | 02/07/2008 | 0220 | SKL | 0.00 | $3.00 | 0.00 | $3.00 | 2,417.48 |
| 2195996 | Photocopy | | E | 02/07/2008 | 0999 | C&D | 0.00 | $15.60 | 0.00 | $15.60 | 2,433.08 |
| 2195997 | Photocopy | | E | 02/07/2008 | 0999 | C&D | 0.00 | $3.50 | 0.00 | $3.50 | 2,436.58 |
| 2195999 | Photocopy | | E | 02/07/2008 | 0317 | JAL | 0.00 | $2.40 | 0.00 | $2.40 | 2,438.98 |
| 2196023 | Photocopy | | E | 02/07/2008 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 2,439.08 |

BSB

{D0108624.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2194971 | University of Michigan; Risk management and insurance review | E | 02/07/2008 | 0001 | | 0.00 | $70.75 | 0.00 | $70.75 | 2,509.83 |
| 2194972 | JPW; Meals for JPW, EI, NDF, WBS, PVNL, ALV, M. Hurford while in Pittsburgh for trial on 1/11-15 (meals also charged as a firm expense) | E | 02/07/2008 | 0334 | JPW | 0.00 | $594.21 | 0.00 | $594.21 | 3,104.04 |
| 2194975 | ADA Travel  Suzsanne Lurie 1/23 coach class air fare to Pittsburgh | E | 02/07/2008 | 0999 | C&D | 0.00 | $105.50 | 0.00 | $105.50 | 3,209.54 |
| 2194976 | ADA Travel   Agency fee  Suzsanne Lurie 1/23 coach class air fare to Pittsburgh | E | 02/07/2008 | 0999 | C&D | 0.00 | $40.00 | 0.00 | $40.00 | 3,249.54 |
| 2194979 | ADA Travel   NDF 1/28 train fare to Wilmington (business class $217.00) | E | 02/07/2008 | 0187 | NDF | 0.00 | $339.00 | 0.00 | $217.00 | 3,466.54 |
| 2194980 | ADA Travel Agency fee on  NDF 1/28 train fare to Wilmington   (business class $217.00) | E | 02/07/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 3,506.54 |
| 2194982 | Air & Train Transportation   TWS business class travel to Bridgeport on 1/29  (split between 5078 and 4642) | E | 02/07/2008 | 0106 | TWS | 0.00 | $146.00 | 0.00 | $146.00 | 3,652.54 |
| 2194983 | Air & Train Transportation  Agency fee on  TWS business class travel to Bridgeport on 1/29  (split between 5078 and 4642) | E | 02/07/2008 | 0106 | TWS | 0.00 | $20.00 | 0.00 | $20.00 | 3,672.54 |
| 2194989 | Business Card;  Omni William Penn hotel 1/21-22 for BSB,MAF,NDF,Hurford,EI,Lurie,DBS,ALV and Walker in Pittsburgh | E | 02/08/2008 | 0999 | C&D | 0.00 | $5,496.39 | 0.00 | $5,496.39 | 9,168.93 |
| 2194990 | Business Card;  Omni William Penn hotel for 12 in Pittsburgh on 1/12-16: BSB,MAF,NDF, , Hurford, EI, PCNL, Lurie, WBS,DBS,ALV, Walker, JPW | E | 02/08/2008 | 0999 | C&D | 0.00 | $16,687.99 | 0.00 | $16,687.99 | 25,856.92 |
| 2195330 | Business Card  (firm credit card)  Lippincott Williams ordered by the Library | E | 02/08/2008 | 0999 | C&D | 0.00 | $20.00 | 0.00 | $20.00 | 25,876.92 |
| 2195332 | Business Card  (firm credit card)  Technology rental for Grace trial | E | 02/08/2008 | 0308 | DBS | 0.00 | $95.70 | 0.00 | $95.70 | 25,972.62 |
| 2195335 | Business Card  (firm credit card) Wiley Publishers | E | 02/08/2008 | 0999 | C&D | 0.00 | $29.95 | 0.00 | $29.95 | 26,002.57 |

{D0108624.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2195336 | ALV; Expenses in Pittsburgh on 11/29, 12/18 and 1/19 for Estimation hearing for working dinners w/JPW, DBS, JMR, NDF, SKL, WBS, MAF | E | 02/08/2008 | 0327 | ALV | 0.00 | $277.51 | 0.00 | $277.51 | 26,280.08 |
| 2195337 | ALV; Expenses in Pittsburgh on 11/29, 12/18 and 1/19 for Estimation hearing for charges to EZ Pass for tolls t/f Pittsburgh | E | 02/08/2008 | 0327 | ALV | 0.00 | $29.75 | 0.00 | $29.75 | 26,309.83 |
| 2195341 | Red Top Cab; Late night cab home for CJK on 1/20 | E | 02/08/2008 | 0351 | CJK | 0.00 | $16.09 | 0.00 | $16.09 | 26,325.92 |
| 2195342 | Red Top Cab; Late night cab home for DBS on 1/18 | E | 02/08/2008 | 0308 | DBS | 0.00 | $17.75 | 0.00 | $17.75 | 26,343.67 |
| 2195344 | Hobart Expert Consulting; Services performed 6/1107 and 7/31/07 re Lees reports/data | E | 02/08/2008 | 0187 | NDF | 0.00 | $34,638.37 | 0.00 | $34,638.37 | 60,982.04 |
| 2196077 | Photocopy | E | 02/08/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 60,982.24 |
| 2196093 | Photocopy | E | 02/08/2008 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 60,982.74 |
| 2196109 | Photocopy | E | 02/08/2008 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 60,983.64 |
| 2196113 | Photocopy | E | 02/08/2008 | 0999 | C&D | 0.00 | $27.70 | 0.00 | $27.70 | 61,011.34 |
| 2196164 | Photocopy | E | 02/08/2008 | 0317 | JAL | 0.00 | $2.70 | 0.00 | $2.70 | 61,014.04 |
| 2196195 | Photocopy | E | 02/11/2008 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 61,014.44 |
| 2196198 | Photocopy | E | 02/11/2008 | 0220 | SKL | 0.00 | $3.20 | 0.00 | $3.20 | 61,017.64 |
| 2196232 | Photocopy | E | 02/11/2008 | 0999 | C&D | 0.00 | $1.90 | 0.00 | $1.90 | 61,019.54 |
| 2196235 | Photocopy | E | 02/11/2008 | 0999 | C&D | 0.00 | $75.00 | 0.00 | $75.00 | 61,094.54 |
| 2196239 | Photocopy | E | 02/11/2008 | 0001 | BSB | 0.00 | $1.20 | 0.00 | $1.20 | 61,095.74 |
| 2196253 | Photocopy | E | 02/11/2008 | 0363 | AJS | 0.00 | $2.80 | 0.00 | $2.80 | 61,098.54 |
| 2196282 | Photocopy | E | 02/11/2008 | 0317 | JAL | 0.00 | $2.40 | 0.00 | $2.40 | 61,100.94 |

AJS

{D0108624.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter | 000 | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2196284 | Photocopy | | E | 02/11/2008 | 0363 | | 0.00 | $0.50 | 0.00 | $0.50 | 61,101.44 |
| 2195369 | Database Research/Lexis Charges for 1/1/08-1/31/08 By: BSB on 1/15 | | E | 02/11/2008 | 0205 | BCE | 0.00 | $2,842.61 | 0.00 | $2,842.61 | 63,944.05 |
| 2195383 | Jane Rose Reporting;  Depositions | | E | 02/11/2008 | 0187 | NDF | 0.00 | $2,885.00 | 0.00 | $2,885.00 | 66,829.05 |
| 2195384 | Jane Rose Reporting;  Depositions | | E | 02/11/2008 | 0187 | NDF | 0.00 | $125.00 | 0.00 | $125.00 | 66,954.05 |
| 2195385 | Jane Rose Reporting;  Deposition | | E | 02/11/2008 | 0187 | NDF | 0.00 | $150.00 | 0.00 | $150.00 | 67,104.05 |
| 2195386 | Jane Rose Reporting | | E | 02/11/2008 | 0187 | NDF | 0.00 | $150.00 | 0.00 | $150.00 | 67,254.05 |
| 2195387 | Jane Rose Reporting  Deposition | | E | 02/11/2008 | 0187 | NDF | 0.00 | $150.00 | 0.00 | $150.00 | 67,404.05 |
| 2195406 | Dart Express delivery to Orrick on 1/9 | | E | 02/11/2008 | 0999 | C&D | 0.00 | $12.50 | 0.00 | $12.50 | 67,416.55 |
| 2195414 | Dart Express to Orrick on 1/18 | | E | 02/11/2008 | 0999 | C&D | 0.00 | $12.50 | 0.00 | $12.50 | 67,429.05 |
| 2195425 | Lasership to Fed Jud Library on 1/30 | | E | 02/11/2008 | 0999 | C&D | 0.00 | $17.87 | 0.00 | $17.87 | 67,446.92 |
| 2195448 | Lasership to residence of PVNL and NDF on1/5 and 1/7 | | E | 02/11/2008 | 0999 | C&D | 0.00 | $102.53 | 0.00 | $102.53 | 67,549.45 |
| 2195452 | Lasership to C&D from FJC/Thurgood Marshal Bldg. on 1/11 | | E | 02/11/2008 | 0354 | JMR | 0.00 | $17.80 | 0.00 | $17.80 | 67,567.25 |
| 2195453 | Snyder Miller  for services rendered through January 31, 2008 | | E | 02/11/2008 | 0187 | NDF | 0.00 | $8,057.85 | 0.00 | $8,057.85 | 75,625.10 |
| 2195851 | Equitrac - Long Distance to 3024261900 | | E | 02/11/2008 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 75,625.57 |
| 2195873 | Equitrac - Long Distance to 3022185974 | | E | 02/11/2008 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 75,625.67 |
| 2195879 | Equitrac - Long Distance to 2123199240 | | E | 02/11/2008 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 75,625.81 |
| 2208350 | Photocopy | | E | 02/12/2008 | 0999 | C&D | 0.00 | $28.80 | 0.00 | $28.80 | 75,654.61 |
| 2195462 | Postage | | E | 02/12/2008 | 0999 | C&D | 0.00 | $30.72 | 0.00 | $30.72 | 75,685.33 |

{D0108624.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2195463 | Postage | | E | 02/12/2008 | 0999 | C&D | 0.00 | $32.92 | 0.00 | $32.92 | 75,718.25 |
| 2196303 | Petty Cash  Purchase of book "Statistical Analysis of Epidemiologic Data" by JPW on 2/6 | | E | 02/12/2008 | 0334 | JPW | 0.00 | $63.40 | 0.00 | $63.40 | 75,781.65 |
| 2196304 | Petty Cash Late night cab home for MAF on 2/6 | | E | 02/12/2008 | 0367 | MAF | 0.00 | $12.00 | 0.00 | $12.00 | 75,793.65 |
| 2197302 | Photocopy | | E | 02/12/2008 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 75,794.25 |
| 2197370 | Photocopy | | E | 02/12/2008 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 75,795.25 |
| 2197377 | Photocopy | | E | 02/12/2008 | 0999 | C&D | 0.00 | $190.00 | 0.00 | $190.00 | 75,985.25 |
| 2197379 | Photocopy | | E | 02/12/2008 | 0999 | C&D | 0.00 | $4.60 | 0.00 | $4.60 | 75,989.85 |
| 2197381 | Photocopy | | E | 02/12/2008 | 0999 | C&D | 0.00 | $117.60 | 0.00 | $117.60 | 76,107.45 |
| 2197384 | Photocopy | | E | 02/12/2008 | 0308 | DBS | 0.00 | $6.60 | 0.00 | $6.60 | 76,114.05 |
| 2197386 | Photocopy | | E | 02/12/2008 | 0308 | DBS | 0.00 | $2.50 | 0.00 | $2.50 | 76,116.55 |
| 2197387 | Photocopy | | E | 02/12/2008 | 0308 | DBS | 0.00 | $0.80 | 0.00 | $0.80 | 76,117.35 |
| 2197388 | Photocopy | | E | 02/12/2008 | 0308 | DBS | 0.00 | $3.60 | 0.00 | $3.60 | 76,120.95 |
| 2197802 | Photocopy | | E | 02/12/2008 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 76,121.55 |
| 2197807 | Equitrac - Long Distance to 2128502849 | | E | 02/12/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 76,121.64 |
| 2197849 | Equitrac - Long Distance to 2123197125 | | E | 02/12/2008 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 76,121.76 |
| 2197859 | Equitrac - Long Distance to 4159624404 | | E | 02/12/2008 | 0999 | C&D | 0.00 | $1.04 | 0.00 | $1.04 | 76,122.80 |
| 2197390 | Photocopy | | E | 02/13/2008 | 0237 | SRB | 0.00 | $2.50 | 0.00 | $2.50 | 76,125.30 |
| 2197393 | Photocopy | | E | 02/13/2008 | 0327 | ALV | 0.00 | $0.60 | 0.00 | $0.60 | 76,125.90 |

{D0108624.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
| Matter    000 | | Disbursements | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2197424 | Photocopy | | E | 02/13/2008 | 0367 | MAF | 0.00 | $10.30 | 0.00 | $10.30 | 76,136.20 |
| 2197441 | Photocopy | | E | 02/13/2008 | 0237 | SRB | 0.00 | $2.60 | 0.00 | $2.60 | 76,138.80 |
| 2197449 | Photocopy | | E | 02/13/2008 | 0308 | DBS | 0.00 | $17.40 | 0.00 | $17.40 | 76,156.20 |
| 2197458 | Photocopy | | E | 02/13/2008 | 0367 | MAF | 0.00 | $38.60 | 0.00 | $38.60 | 76,194.80 |
| 2197466 | Photocopy | | E | 02/14/2008 | 0999 | C&D | 0.00 | $69.60 | 0.00 | $69.60 | 76,264.40 |
| 2197470 | Photocopy | | E | 02/14/2008 | 0999 | C&D | 0.00 | $191.80 | 0.00 | $191.80 | 76,456.20 |
| 2197477 | Photocopy | | E | 02/14/2008 | 0220 | SKL | 0.00 | $79.80 | 0.00 | $79.80 | 76,536.00 |
| 2197485 | Photocopy | | E | 02/14/2008 | 0308 | DBS | 0.00 | $13.60 | 0.00 | $13.60 | 76,549.60 |
| 2197489 | Photocopy | | E | 02/14/2008 | 0999 | C&D | 0.00 | $297.00 | 0.00 | $297.00 | 76,846.60 |
| 2197495 | Photocopy | | E | 02/14/2008 | 0999 | C&D | 0.00 | $87.90 | 0.00 | $87.90 | 76,934.50 |
| 2197496 | Photocopy | | E | 02/14/2008 | 0999 | C&D | 0.00 | $117.50 | 0.00 | $117.50 | 77,052.00 |
| 2197502 | Photocopy | | E | 02/14/2008 | 0999 | C&D | 0.00 | $21.90 | 0.00 | $21.90 | 77,073.90 |
| 2197503 | Photocopy | | E | 02/14/2008 | 0999 | C&D | 0.00 | $35.70 | 0.00 | $35.70 | 77,109.60 |
| 2197554 | Photocopy | | E | 02/14/2008 | 0220 | SKL | 0.00 | $2.10 | 0.00 | $2.10 | 77,111.70 |
| 2197561 | Photocopy | | E | 02/14/2008 | 0367 | MAF | 0.00 | $26.60 | 0.00 | $26.60 | 77,138.30 |
| 2196335 | Tallen Tech;   Laptop computer rental | | E | 02/14/2008 | 0337 | EGB | 0.00 | $2,252.50 | 0.00 | $2,252.50 | 79,390.80 |
| 2197575 | Photocopy | | E | 02/15/2008 | 0220 | SKL | 0.00 | $2.70 | 0.00 | $2.70 | 79,393.50 |
| 2197587 | Photocopy | | E | 02/15/2008 | 0999 | C&D | 0.00 | $14.40 | 0.00 | $14.40 | 79,407.90 |

{D0108624.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2197643 | Photocopy | | E | 02/15/2008 | 0308 | DBS | 0.00 | $6.40 | 0.00 | $6.40 | 79,414.30 |
| 2197673 | Photocopy | | E | 02/15/2008 | 0227 | RH | 0.00 | $1.30 | 0.00 | $1.30 | 79,415.60 |
| 2197674 | Photocopy | | E | 02/15/2008 | 0334 | JPW | 0.00 | $10.30 | 0.00 | $10.30 | 79,425.90 |
| 2198001 | Equitrac - Long Distance to 9735497080 | | E | 02/15/2008 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 79,426.04 |
| 2198009 | Equitrac - Long Distance to 6106270564 | | E | 02/18/2008 | 0999 | C&D | 0.00 | $3.73 | 0.00 | $3.73 | 79,429.77 |
| 2197688 | Photocopy | | E | 02/18/2008 | 0367 | MAF | 0.00 | $0.20 | 0.00 | $0.20 | 79,429.97 |
| 2197689 | Photocopy | | E | 02/18/2008 | 0367 | MAF | 0.00 | $3.90 | 0.00 | $3.90 | 79,433.87 |
| 2197717 | Photocopy | | E | 02/19/2008 | 0999 | C&D | 0.00 | $52.00 | 0.00 | $52.00 | 79,485.87 |
| 2197724 | Photocopy | | E | 02/19/2008 | 0220 | SKL | 0.00 | $9.50 | 0.00 | $9.50 | 79,495.37 |
| 2198144 | Equitrac - Long Distance to 2035795806 | | E | 02/20/2008 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 79,495.53 |
| 2198167 | Photocopy | | E | 02/20/2008 | 0220 | SKL | 0.00 | $4.40 | 0.00 | $4.40 | 79,499.93 |
| 2198241 | Photocopy | | E | 02/20/2008 | 0308 | DBS | 0.00 | $14.40 | 0.00 | $14.40 | 79,514.33 |
| 2198290 | Photocopy | | E | 02/20/2008 | 0308 | DBS | 0.00 | $0.80 | 0.00 | $0.80 | 79,515.13 |
| 2198433 | Postage | | E | 02/20/2008 | 0999 | C&D | 0.00 | $18.73 | 0.00 | $18.73 | 79,533.86 |
| 2197235 | Document Tech; Blowbacks | | E | 02/20/2008 | 0308 | DBS | 0.00 | $266.49 | 0.00 | $266.49 | 79,800.35 |
| 2197265 | Petty Cash  late night cab home for DBS on 2/12 | | E | 02/20/2008 | 0308 | DBS | 0.00 | $22.00 | 0.00 | $22.00 | 79,822.35 |
| 2197274 | Petty Cash  Late night dinners for NDF on 12/12/07 working on Daubert brief and on 1/7-8 prepping for Estimation hearing | | E | 02/20/2008 | 0187 | NDF | 0.00 | $42.07 | 0.00 | $42.07 | 79,864.42 |
| 2197283 | Reprints Desk; Single document delivery | | E | 02/20/2008 | 0001 | BSB | 0.00 | $1,201.95 | 0.00 | $1,201.95 | 81,066.37 |

{D0108624.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2198721 | Red Top Exec. Sedan; Car service for NDF to train station on 1/28/08 | | E | 02/21/2008 | 0187 | NDF | 0.00 | $55.34 | 0.00 | $55.34 | 81,121.71 |
| 2199783 | Photocopy | | E | 02/21/2008 | 0220 | SKL | 0.00 | $5.40 | 0.00 | $5.40 | 81,127.11 |
| 2199809 | Photocopy | | E | 02/21/2008 | 0999 | C&D | 0.00 | $3.30 | 0.00 | $3.30 | 81,130.41 |
| 2199811 | Photocopy | | E | 02/21/2008 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 81,131.41 |
| 2199812 | Photocopy | | E | 02/21/2008 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 81,131.91 |
| 2199847 | Photocopy | | E | 02/21/2008 | 0187 | NDF | 0.00 | $0.10 | 0.00 | $0.10 | 81,132.01 |
| 2199855 | Photocopy | | E | 02/21/2008 | 0308 | DBS | 0.00 | $0.60 | 0.00 | $0.60 | 81,132.61 |
| 2199492 | Equitrac - Long Distance to 2039155194 | | E | 02/21/2008 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 81,132.72 |
| 2199542 | Equitrac - Long Distance to 2035795806 | | E | 02/22/2008 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 81,132.88 |
| 2199543 | Equitrac - Long Distance to 2126446755 | | E | 02/22/2008 | 0999 | C&D | 0.00 | $0.26 | 0.00 | $0.26 | 81,133.14 |
| 2199559 | Equitrac - Long Distance to 2157727315 | | E | 02/22/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 81,133.19 |
| 2199563 | Equitrac - Long Distance to 2145236652 | | E | 02/22/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 81,133.27 |
| 2208379 | Photocopy | | E | 02/22/2008 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 81,133.87 |
| 2199862 | Photocopy | | E | 02/22/2008 | 0187 | NDF | 0.00 | $3.00 | 0.00 | $3.00 | 81,136.87 |
| 2199891 | Photocopy | | E | 02/22/2008 | 0215 | KRS | 0.00 | $11.20 | 0.00 | $11.20 | 81,148.07 |
| 2199976 | Photocopy | | E | 02/25/2008 | 0255 | DAT | 0.00 | $1.30 | 0.00 | $1.30 | 81,149.37 |
| 2199989 | Photocopy | | E | 02/25/2008 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 81,149.97 |
| 2198899 | Federal Express  Katherine Hemming from EI on 2/12 | | E | 02/25/2008 | 0120 | EI | 0.00 | $10.70 | 0.00 | $10.70 | 81,160.67 |

{D0108624.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2198901 | High Noon; NDF and EI client luncheon on 2/22 | | E | 02/25/2008 | 0187 | NDF | 0.00 | $159.08 | 0.00 | $159.08 | 81,319.75 |
| 2198902 | Lawsons Gourmet; NDF and EI breakfast meeting on 2/22 | | E | 02/25/2008 | 0187 | NDF | 0.00 | $57.13 | 0.00 | $57.13 | 81,376.88 |
| 2198906 | Lawsons Gourmet; EI and JPW breakfast meeting on 2/21 | | E | 02/25/2008 | 0120 | EI | 0.00 | $79.09 | 0.00 | $79.09 | 81,455.97 |
| 2208394 | Photocopy | | E | 02/25/2008 | 0999 | C&D | 0.00 | $15.40 | 0.00 | $15.40 | 81,471.37 |
| 2199607 | Equitrac - Long Distance to 2037775666 | | E | 02/25/2008 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 81,471.55 |
| 2199632 | Equitrac - Long Distance to 2128502849 | | E | 02/25/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 81,471.63 |
| 2199674 | Equitrac - Long Distance to 3024269910 | | E | 02/26/2008 | 0999 | C&D | 0.00 | $0.96 | 0.00 | $0.96 | 81,472.59 |
| 2208409 | Photocopy | | E | 02/26/2008 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 81,473.19 |
| 2208410 | Photocopy | | E | 02/26/2008 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 81,473.79 |
| 2208413 | Photocopy | | E | 02/26/2008 | 0999 | C&D | 0.00 | $9.60 | 0.00 | $9.60 | 81,483.39 |
| 2201462 | Equitrac - Long Distance to 6179512505 | | E | 02/27/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 81,483.44 |
| 2201475 | Equitrac - Long Distance to 2128502849 | | E | 02/27/2008 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 81,483.66 |
| 2201488 | Equitrac - Long Distance to 3024261900 | | E | 02/27/2008 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 81,484.07 |
| 2201640 | Photocopy | | E | 02/27/2008 | 0220 | SKL | 0.00 | $1.20 | 0.00 | $1.20 | 81,485.27 |
| 2201684 | Photocopy | | E | 02/27/2008 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 81,486.57 |
| 2200654 | ADA Travel  NDF 2/25 travel to Wilmington (coach fare $230.00) | | E | 02/27/2008 | 0187 | NDF | 0.00 | $339.00 | 0.00 | $230.00 | 81,716.57 |
| 2200655 | ADA Travel  Agency fee on NDF 2/25 travel to Wilmington (coach fare $230.00) | | E | 02/27/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 81,756.57 |

{D0108624.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2200669 | NDF; Preparation and partiipation in strategy meetings w/EI on 2/20-21 for dinner on 2/20 w/EI and on 2/21 w/EI and PVNL | E | 02/27/2008 | 0187 | NDF | 0.00 | $589.53 | 0.00 | $589.53 | 82,346.10 |
| 2200670 | NDF; Preparation and partiipation in strategy meetings w/EI on 2/20-21 Cabs home on 2/18, 2/20, and 2/21 | E | 02/27/2008 | 0187 | NDF | 0.00 | $60.00 | 0.00 | $60.00 | 82,406.10 |
| 2200671 | Discovery Works Legal; Work at t rial ( litigation support) | E | 02/27/2008 | 0187 | NDF | 0.00 | $19,558.01 | 0.00 | $19,558.01 | 101,964.11 |
| 2200680 | EI; Travel expenses to Washington, DC for trial team meeting at C&D on 2/20-22 for meals | E | 02/27/2008 | 0120 | EI | 0.00 | $50.12 | 0.00 | $50.12 | 102,014.23 |
| 2200681 | EI; Travel expenses to Washington, DC for trial team meeting at C&D on 2/20-22 for Delta Shuttle to DC | E | 02/27/2008 | 0120 | EI | 0.00 | $339.50 | 0.00 | $339.50 | 102,353.73 |
| 2200682 | EI; Travel expenses to Washington, DC for trial team meeting at C&D on 2/20-22 for train fare to NY (coach fare 188.00) | E | 02/27/2008 | 0120 | EI | 0.00 | $282.00 | 0.00 | $188.00 | 102,541.73 |
| 2200683 | EI; Travel expenses to Washington, DC for trial team meeting at C&D on 2/20-22 for Madison hotel (room 239.00, tax 34.66) | E | 02/27/2008 | 0120 | EI | 0.00 | $547.32 | 0.00 | $547.32 | 103,089.05 |
| 2200689 | Air Freight & Express Mail to Raymond Mullady and George Korowitz and Kenneth Pasquale on 12/28 | E | 02/27/2008 | 0999 | C&D | 0.00 | $45.03 | 0.00 | $45.03 | 103,134.08 |
| 2200707 | Petty Cash Cab home for MAF after working on Holiday on 2/18 | E | 02/28/2008 | 0367 | MAF | 0.00 | $12.00 | 0.00 | $12.00 | 103,146.08 |
| 2200711 | Petty Cash Pastries for EI and JPW meeting on 2/20 | E | 02/28/2008 | 0334 | JPW | 0.00 | $21.02 | 0.00 | $21.02 | 103,167.10 |
| 2200736 | BostonCoach car service for NDF to train station on 1/28 | E | 02/28/2008 | 0187 | NDF | 0.00 | $108.60 | 0.00 | $108.60 | 103,275.70 |
| 2200737 | BostonCoach car service for NDF round trip Pittsburgh on 1/16-17 | E | 02/28/2008 | 0187 | NDF | 0.00 | $2,138.20 | 0.00 | $2,138.20 | 105,413.90 |

{D0108624.1 }

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client Number: 4642** | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| **Matter 000** | | **Disbursements** | | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| ID | Description | | Date | Code | Init | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2200738 | BostonCoach car service for NDF round trip Pittsburgh 121-23 | E | 02/28/2008 | 0187 | NDF | 0.00 | $3,026.54 | 0.00 | $3,026.54 | 108,440.44 |
| 2200780 | Travel Expenses - Ground Transportation - EI trans for trip to DC to attend trial team meetings at C&D 2/20-2/22, 2008 | E | 02/28/2008 | 0999 | C&D | 0.00 | $62.00 | 0.00 | $62.00 | 108,502.44 |
| 2201781 | Photocopy | E | 02/28/2008 | 0367 | MAF | 0.00 | $15.90 | 0.00 | $15.90 | 108,518.34 |
| 2201848 | Photocopy | E | 02/29/2008 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 108,519.34 |
| 2201849 | Photocopy | E | 02/29/2008 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 108,519.84 |
| 2202470 | Database Research - Westlaw by ADK on 2/21 | E | 02/29/2008 | 0999 | C&D | 0.00 | $929.29 | 0.00 | $929.29 | 109,449.13 |
| 2202471 | Database Research - Westlaw by RCT on 2/21 | E | 02/29/2008 | 0999 | C&D | 0.00 | $8.67 | 0.00 | $8.67 | 109,457.80 |
| 2202489 | Database Research - Westlaw by BSB on 2/5-25 | E | 02/29/2008 | 0999 | C&D | 0.00 | $310.22 | 0.00 | $310.22 | 109,768.02 |
| 2202490 | Database Research - Westlaw by NDF on 2/4-7 | E | 02/29/2008 | 0999 | C&D | 0.00 | $1,074.09 | 0.00 | $1,074.09 | 110,842.11 |
| 2202491 | Database Research - Westlaw by JMR on 2/4-5 | E | 02/29/2008 | 0999 | C&D | 0.00 | $806.43 | 0.00 | $806.43 | 111,648.54 |
| 2202492 | Database Research - Westlaw by DBS on 2/1-21 | E | 02/29/2008 | 0999 | C&D | 0.00 | $790.75 | 0.00 | $790.75 | 112,439.29 |
| 2202493 | Database Research - Westlaw by ALV on 2/4-15 | E | 02/29/2008 | 0999 | C&D | 0.00 | $1,258.69 | 0.00 | $1,258.69 | 113,697.98 |
| 2202494 | Database Research - Westlaw by JPW on 2/6-28 | E | 02/29/2008 | 0999 | C&D | 0.00 | $706.56 | 0.00 | $706.56 | 114,404.54 |
| 2202495 | Database Research - Westlaw by AJS on 2/4-11 | E | 02/29/2008 | 0999 | C&D | 0.00 | $950.08 | 0.00 | $950.08 | 115,354.62 |
| 2202496 | Database Research - Westlaw by NR on 2/5 & 25 | E | 02/29/2008 | 0999 | C&D | 0.00 | $76.15 | 0.00 | $76.15 | 115,430.77 |
| 2202497 | Database Research - Westlaw by JAL on 2/4 | E | 02/29/2008 | 0999 | C&D | 0.00 | $835.29 | 0.00 | $835.29 | 116,266.06 |
| 2202498 | Database Research - Westlaw by NDF on 2/5 | E | 02/29/2008 | 0999 | C&D | 0.00 | $38.08 | 0.00 | $38.08 | 116,304.14 |
| 2202499 | Database Research - Westlaw by PVNL on 2/11 | E | 02/29/2008 | 0999 | C&D | 0.00 | $19.04 | 0.00 | $19.04 | 116,323.18 |

{D0108624.1}

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
| Matter 000 | Disbursements | | | | | | | 3/17/2008 |

Print Date/Time: 03/17/2008 11:40:20AM

Attn:

Invoice #

| | | | | | | C&D | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2203390 | NYO color copier | | E | 02/29/2008 | 0999 | | 0.00 | $25.60 | 0.00 | $25.60 | 116,348.78 |

**Total Expenses**

$116,673.78

$116,348.78

0.00                                 0.00

Matter Total Fees                                    0.00              0.00

Matter Total Expenses                         116,673.78          116,348.78

Matter Total                           0.00    116,673.78    0.00   116,348.78

Prebill Total Fees

Prebill Total Expenses                         $116,673.78         $116,348.78

Prebill Total                          0.00    $116,673.78   0.00   $116,348.78

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 59,594 | 08/20/2007 | 376,064.00 | 75,212.80 |
| 60,172 | 09/30/2007 | 416,370.00 | 83,274.00 |
| 60,492 | 10/29/2007 | 472,128.75 | 94,425.75 |
| 60,664 | 11/29/2007 | 665,174.50 | 133,034.90 |
| 61,283 | 12/21/2007 | 530,168.50 | 106,033.70 |
| 61,476 | 01/24/2008 | 678,109.50 | 135,621.90 |
| 61,925 | 02/25/2008 | 1,017,162.62 | 1,017,162.62 |
| | | 4,792,089.37 | 1,669,998.94 |

{D0108624.1 }