April 11, 2008

Ronald J. Tenpas, Assistant Attorney General
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice (DJ # 90-11-2-07106/2)
P.O. Box 7611
Washington, D.C. 20044-7611

The Communities of Libby, Troy, and Lincoln County, Montana
c/o Phillip Erquiaga
408 W. Flower Street
Libby, Montana 59923

In Re: W.R. Grace & Co., Case No. 01-01139 (JFK)
D.J. Ref. No. 90-11-2-07106/5

The communities of the Libby Superfund Site in Montana will support the $250 million proposed Settlement Agreement between W.R. Grace & Co., et al., (Debtors) and the United States Department of Justice, on behalf of the Environmental Protection Agency (Plaintiff), providing the agreement is contingent upon certain assurances, to the communities of Libby, Troy, and Lincoln County, Montana, are in place.

The issues of concern to the community are as follows:

    1.) The community requires the funds *and interest* be used exclusively for the Libby Superfund site and be used exclusively for *future* costs beginning on the date of execution of the Settlement Agreement, not December 31, 2005 as delineated in the proposed Settlement Agreement dated March 11, 2008.

    2.) The long-term continuing progress of the Libby Project is contingent on support of a reliable Risk Assessment that meets the established schedule for completing said Risk Assessment. Therefore the community requires assurances that Settlement Funds will be used towards completing a conclusive and reliable Risk Assessment.

    3.) It is the Environmental Protection Agency's position to leave material containing Libby Amphibole within properties. Given that, to date, no Operations and Maintenance criteria has been established, and that the majority of the properties containing so called *encapsulated* asbestos, are privately held residential properties, the community has grave concern whether $11 million, as set out in the proposed Settlement Agreement, will be adequate for future Operations and Maintenance costs. The community requires that Operations and Maintenance criteria begin to be established and requires that adequate funding be available for Operations and Maintenance.

Corr.
90-11-2-07106/5

The community also requests the court consider and acknowledge that the community faces catastrophic costs associated with Asbestos Related Disease, given that one-third of the local population has been inflected with Asbestos Related Disease as a result of gross negligence by W.R. Grace & Co. Therefore, the community requests the court to acknowledge that W.R. Grace & Co. is fully responsible for the medical costs associated with Asbestos Related Disease in and around Libby, Montana.

The community requests the court to consider and acknowledge the fact that Libby and the surrounding communities are among the most economically depressed and lowest mean income areas in Montana, and also boost one of the highest unemployment rates in the state. Therefore, the community requests the court to acknowledge that W.R. Grace & Co. is a substantial contributing party of responsibility for the failure of the local economy, and is a substantial contributing party of responsibility for the socio-economic suffering associated with the stigma of being a Superfund site.

Sincerely,

The undersigned Community Members of Libby, Troy, and Lincoln County, Montana

**Name (Printed)**     **Signature**     **Date**     **Address**

1.) Marjorie Kroeger   Marjorie Kroeger   4-8-08   36 Granite Ave, Libby, MT 59923
Phone: 406-293-3584   email: _____

2.) Craig Rowan   _____   4-8-08   111 E. Oak Libby, MT 59923
Phone: 406-293-5792   email: CRowan59@Hotmail.com

3.) Brad Kelsch   _____   4-8-08   1426 Kenwood Dr, Libby MT 59923
Phone: 406-293-3480   email: bkelsch@libby.org

4.) Kevin Miller   _____   4-8-08   94 Bowkers Libby, MT 59923
Phone: ___-___-____   email: _____

5.) Mike McCann   _____   _____   21 Dowds Libby
Phone: ___-___-____   email: _____

6.) Red Munsel   _____   _____   390 Autumn Rd Libby
Phone: ___-___-____   email: _____

7.) Jim Smith   _____   _____   915 Idaho - Libby
Phone: 406-293-4035   email: _____

8.) Bergan A Miller   _____   4-8-08   Libby bowker street grace
Phone: 406-334-0136   email: _____

[Note: 393 Additional Signatures Were Attached to Original Comments]