Freeman, James

Mel & Lerah Parker
PO Box 609
Libby, MT 59923


Ronald J Tenpas, Assistant Attorney General
Environmental Enforcement Section
Environmental and Natural Resources Division
US Department of Justice  (DJ #90-11-2-07106/2)
PO Box 7611
Washington, DC  20044-7611

April 10, 2008

REF:  WR Grace & C.o. ET AL
Chapter 11  Case NO 01-01139-JFK
Jointly Administered

Dear Sir:

In response to the proposed Settlement Agreement, we appreciate the opportunity to respond to the public comment provided to us.

Enclosed please review the comments which were made at a Community Advisory Group meeting on March 13, 2008. The questions were asked by Libby Community Members. The answers were provided by two members of the EPA Support Team under the information provided to them by MR. Matt Cohn who is the Supervisory Attorney under the Legal Enforcement Program for the US Emviromental Protection Agency. Mr. Cohn was not present at this particular meeting.

The information provided by these two EPA people under the auspices of Mr. Matt Cohn is basically understood to be the manner in which the funds are handled.

There is a "Response Letter" circulating in Libby for Public Comment which I believe approaches the concerns in the enclosed CAG meeting summary.

The community is "REQUIRING ASSURANCES" for part of this funding to be used toward a conclusive and reliable Risk Assessment.

Please note in Paragraph - 8 on page - 8 of the settlement Agreement "the amount to the paid ----- is to be retained and used to conduct or finances "Response Action" at or in connection with the site ____.

It would have been, in our opinion, helpful to define in the "1V - Definitions" just what is meant by Response Actions. Fortunately for us when Mr. Cohn attended a public meeting of the Technical Advisory Group on April 08, 2008 in Libby, he was able to clarify for the citizens that, and I quote, "Risk Assessment is a Response Action".

Corr.
90-11-2-07106/4

Mel & Lerah Parker
PO Box 609
Libby, MT 59923

For those folks who do not have a clue as to what "Response Actions" refers to, it becomes a term, with no "meaning" in this Settlement Agreement.

My wife and I are members of the Libby Community and our property which was the location of the former WR Grace Screening Plant, was the initial CERCLA clean-up in Libby It started in 2000 and our NOA was issued to us on June 16, 2006, with an assurance of completion in 6 months and ended up with a yearly intention over the encompassing seven years.

Our greatest concerns with this Settlement is that, as MR. Cohn has remarked, - " There are no Assurances only Intentions.'

In closing, our comment is simply this. If you were to approach the settlement based on the minutes of the enclosed CAG Meeting then we believe that as a community we are benefitting from all the "Intentions" which you are presenting.

Thank you ,

Mel and Lerah Parker

<u>W.R. Grace Settlement</u> - The federal government has reached a settlement with W.R. Grace for $250 million to reimburse the federal government for the costs of the investigation and cleanup of asbestos contamination in Libby. The settlement agreement has been lodged with the bankruptcy court. A copy of the March 11, 2008 press release is included below as Appendix 2.

The $250 million includes $11 million for operation and maintenance and $239 million to pay for future investigation and cleanup costs. If approved by the bankruptcy court, these amounts will be deposited in separate interest bearing accounts. The $11 million in operating and maintenance funds will not be used for nine years, and over this period is expected to grow to $30 million. Costs of the mine cleanup are not included in the $250 million and will be addressed separately. Claims by the State of Montana against W.R. Grace are also a separate matter and are not addressed in this settlement.

*Audience Member Question - Is $250 million enough?*
Answer - The $250 million is more than EPA expected to get. It will be used to pay for future work. Because these funds will be deposited in an interest bearing account, they are expected to grow. By the time EPA finishes the cleanup and leaves Libby, the account may be large enough to pay back some or all of the $168 million spent to date.

*Audience Member Comment - The $250 million is not enough money. When my home was cleaned, I had to replace the carpet and linoleum myself.*
Response - When it is completed, if the risk assessment says that carpets should be replaced, then EPA will pay to do so.

*CAG Member Comment - Next Tuesday evening at 7:00 p.m., the TAG will convene a public meeting focused on the settlement agreement. The meeting will be in room 117 of the college. Everyone is welcome to attend.*

*Audience Member Question - Will the $54 million that EPA was awarded in 2003, but which W.R. Grace has not yet paid, be a part of the $250 million?*
Answer - Yes.

*Audience Member Question - Will the $168 million already spent come out of the $250 million?*
Answer - The $250 million is for future investigations and cleanup. If funds remain when the cleanups are completed, then some or all of the $168 million will be repaid.

*Audience Member Comment - According to a story that ran in the March 12, 2008 Missoulion, Paul Peronard estimates that completing the cleanups will require $175 million. Adding the $175 million to the $11 million for operation and maintenance and the $168 million spent to date totals $351 million, not $250 million.*
Response - The $250 million will include $239 million for future investigations and cleanup and $11 million for operation and maintenance. The $250 million will be deposited in interest bearing bank accounts. I have been told that this amount will earn about $3 million every 60 days. When the cleanup work is finished, if funds remain, then all or some of the $168 million will be repaid.

*Audience Member Question - It is wonderful to get this settlement, but EPA is still spending $17 million a year prior to completing the risk assessment. Why do we have to wait until 2011-2012 for completion of the risk assessment to know how clean is clean?*
Answer - We expect to finish within three years the studies on which the risk assessment will be based. We will then know whether leaving some vermiculite behind in walls will be acceptable.

*Audience Member Question - We have only 30 days to comment to the bankruptcy court on the amount of the settlement. EPA has kept this community in the dark. Can anyone tell me what figures went into the $11 million for operation and maintenance?*

*Audience Member Comment - Back in October 2004, the TAG requested additional information about the cleanup in Operating Unit 4 (Libby residences and businesses). We did not get a response. This community is not capable of commenting based on what we now know. EPA has blown by us and has taken away our rights.*
Response - The $11 million amount for operation and maintenance can be adjusted when the record of decision is signed.

*Audience Member Question - Does the settlement allow the $250 million to be increased in the future?*
Answer - No, under the settlement W.R. Grace is obligated only to pay the $250 million.

*Audience Member Question - Do you have sufficient information to respond to the bankruptcy court?*

*Audience Member Question - Is it possible that after the risk assessment is completed, EPA will have to revisit 400 homes?*
Answer - Yes. Paul Peronard has said that it may be necessary to revisit the exterior of some homes, including a few crawl spaces.

*Audience Member Comment - You spent $168 million to get it wrong.*

*Audience Member Question - Did the local EPA team have input into the settlement?*
Answer - Department of Justice attorneys negotiated the settlement with input from Paul Peronard. The local team had input to Paul.

*CAG Member Comment - It would have been nice if EPA had let us know about the pending settlement so that this community could have prepared to comment on it. 30 days is not enough time to respond.*
Response by Catherine LeCours - It is correct that the state and EPA knew that settlement discussions were underway. However, had we reported this fact, we could have been sent to jail.

*Audience Member Comment - You cannot tell me that $11 million will be enough to pay future operation and maintenance costs. Inflation will eat up any interest that is earned on this amount.*
Response - We expect that the interest will be higher than inflation because banks will bid to hold this large amount of money.