CASE NO 01139 JFR

April 3, 2008

FILED
2008 APR 18 AM 10: 22
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Sir,

I sent evidentiary material in February. I have had no response. I asked for help, direction and protection, so I thought I would send this egotistical confession by Heberlings law firm. I believe it is a clear violation of the Constitutional Oath. If I am wrong and the law firm, Dr. Whitehouse and St. Johns Lutheran Hospital did all their efforts for the benefit of asbestos victims in a timely way and legally, this can be easily documented and they should let me know. Dates of the first contact by a doctor of this hospital and Dr. Whitehouse of Spokane to consult about a mine or mill worker because of his expertise will give a time certain of a violation of oath to do no harm.

If Heberlings law firm, in receiving their first settlement from W.R. Grace and Co., did stop trainloads of asbestos from leaving Libby, he should be thanked for his efforts. A friend of mine that worked for the railroad told me that the last five years of production was for export. If, in the early 1980's, Dr. Whitehouse and the hospital had notified the news media that they were holding a news conference in Libby because of asbestosis that was an incurable medical condition, that was national in its effect and was going international by export. Because of Libby's proximity to the largest asbestos mine in the U.S., it would have been the moral and ethical thing to do and it would have maintained their oath to do no harm. I noted they decided to capitalize on events and deliberately allow thousands to remain in harm's way of a medically incurable condition. Of course, Heberling should have joined in this to protect their constitutional oath.

As an example, a couple of weeks ago, there was a recall of 2 million pounds of meat because of possible salmonella contamination. It was front-page news for a month. There has never been the same attention to asbestos, which is more deadly.

In 2003 or 2004, the CDC contacted me by phone. They said that they wanted to interview me, a victim that did not work for Grace & Co. He told me that they had known of the problem in Libby since the 1980's. I usually control my temper, but lost it on the phone. I gave him hell for his agency not exercising their charter control. Needless to say, I was never contacted again. The fact that the CDC knew was later confirmed for me by Nelson Funeral Home in Libby. I was making my future arrangements. In my conversations, I found out they had sent lung tissue and tumor

material x-rays from autopsies to the CDC and that they did have the information in the 1980's. They should have had a public news conference and explained about asbestosis, the products it was in, the type of insulation, how to safely remove it, who to contact, etc... God help us if we ever have a biological attack. He will have to, as I don't think the CDC will be much help.

Medicare advertises a reward for fraud. They state that asbestosis is an industrial disease and they do not cover it. There is no cure for it and its care is inexpensive breathing agents, oxygen, etc. Asbestos is not a disease. It is a mineral poison. There are five that I can think of offhand, lead, cyanide, arsenic, silicosis and asbestosis. The last two attack the lungs, causing asfixiation. The starvation of oxygen opens vital organs of the body to lower immunity to cancer and other diseases of the liver, kidneys, heart, _____ and lungs. If Medicare had identified asbestosis as a primary cause of death, there would be no problem in the U.S. This is a fraudulent allocation of public funds to doctors, hospitals, insurance companies and attorneys.

In Libby, Medicare has paid out over 200 million dollars of public money fraudulently to doctors and hospitals. All they had to do was properly identify asbestos as the cause of death. If they had done so, Grace & Co, would have been out of business before they got into it and there would have been no asbestos problem nationally.

It is my hope that you have a friend either in the House or Senate that has only one special interest, that of being a U.S. citizen and the Constitution. It is hoped he will submit legislation for a transparent judiciary. In secrecy, the courts and attorneys can destroy the constitution.

I do agree with you that capitalism without morals or ethics cannot self regulate itself. An institution for regulation has to be made for control or we will self-destruct. I personally would like to bring civil action against Dr. Whitehouse and Heberlings' law firm. I live on Social Security and cannot afford the filing of $150 to a court. If you have an attorney that might be interested, please put us in contact with each other. I know that it would have to be a large amount in order to do some good in sending the message to other attorneys, doctors and their insurers. I also know the most jaded attorney could not defend them. Their actions reflect a moral turpitude that should deny them form further professional employment.

I wish you luck in your quest for office. I know of two votes that you have. Please feel free to use any or all the material sent. My personal safety now depends on public knowledge of my condition and others in this community

Sincerely,

*Edward J. Perley*

Edward J. Perley

PS I have in my file a letter sent to Senator Clinton in 2003. It states that even President Bush considers 911 a act of war so all that got dusted with Silicosis and Asbestosis so all are casualtys of War and should be coverd by DOD.

*Ed Perley*