FORTY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008)

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 2/1/08 through 2/29/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 10.30 | $6,695.00 |
| S. Cunningham | Member | $650 | 40.80 | $26,520.00 |
| R. Frezza | Consultant | $550 | 0.50 | $275.00 |
| J. Dolan | Consultant | $395 | 120.20 | $47,479.00 |
| M. DeSalvio | Research | $165 | 13.00 | $2,145.00 |
| N. Backer | Paraprofessional | $110 | 5.20 | $572.00 |
| For the Period 2/1/08 through 2/29/08 | | | 190.00 | $83,686.00 |

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 2/1/08 through 2/29/08

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared numerous detailed analyses regarding an acquisition Project Fly, including review of presentation materials received from Debtor's, financial information, and related agreements and prepared a report to the Committee thereon. | 28.10 | $14,822.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, reviewed recovery scenarios under various assumptions and reviewed and discussed estimation trial summaries. | 48.30 | $24,102.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including environmental issues, acquisitions, estimation trial, and settlements with counsel and Committee members as well as review of docket submissions. | 10.00 | $4,868.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed request for pension funding and prepared a report to the Committee thereon. | 21.60 | $9,781.50 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant analyzed data related to the EPA Multi-site motion and liability transfer motion, as well as analyzed counsel's memos and recommendations regarding the agreements. | 9.80 | $4,942.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the December and January Monthly Fee Statements, as well as the 16th Quarterly Fee Application. | 11.50 | $3,239.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared various analyses regarding December 4Q07 and full year 2007results, as well as analyzed the ART JV Refinancing. | 20.90 | $8,639.00 |
| 10. Financial Analysis - Cash Collateral and DIP Financing | During the Fee Application period, the Applicant analyzed data and prepared a report to the Committee on the DIP refinance. | 20.50 | $8,658.50 |
| 19. Tax Issues | During the Fee Application Period, the Applicant prepared various analyses related to Remedium tax motion and the Optimization Plan. | 4.60 | $1,817.00 |
| 21. Research | During the Fee Application period, the Applicant analyzed peer group data to determine valuation multiples. | 13.00 | $2,145.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in a discussion regarding certain environmental matters. | 1.70 | $651.50 |
| For the Period 2/1/08 through 2/29/08 | | 190.00 | $83,686.00 |

Capstone Advisory Group, LLC  
Invoice for the February 2008 Fee Application

Page 1 of 1

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 2/1/08 through 2/29/08**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 2/1/2008 | J. Dolan | 1.90 | Prepared report to the Committee on acquisition, Project Fly. |
| 2/1/2008 | S. Cunningham | 4.20 | Read and analyzed Project Fly information. |
| 2/4/2008 | J. Dolan | 2.50 | Discussion with counsel and incorporated comments into Project Fly report to the Committee. |
| 2/4/2008 | J. Dolan | 0.70 | Read and analyzed additional information received from Company related to Project Fly. |
| 2/4/2008 | E. Ordway | 0.90 | Directed staff in reviewing acquisition data. |
| 2/4/2008 | S. Cunningham | 3.10 | Read and analyzed Project Fly data. |
| 2/5/2008 | E. Ordway | 0.70 | Prepared/edited report to Committee regarding acquisition. |
| 2/5/2008 | J. Dolan | 2.00 | Revisions to Project Fly report to the Committee and distribution thereof. |
| 2/5/2008 | S. Cunningham | 2.40 | Read and analyzed Project FLY report to the Committee and related data. |
| 2/6/2008 | J. Dolan | 1.40 | Analysis of Exhibit D received from Debtors related to Project Fly agreements. |
| 2/7/2008 | J. Dolan | 2.50 | Read and analyzed revised distribution agreement and exhibits related to Project Fly. |
| 2/7/2008 | J. Dolan | 1.00 | Read and analyzed counsel's memo on IP section of distribution agreement related to Project Fly. |
| 2/7/2008 | J. Dolan | 0.80 | Discussion internally regarding the minimum payments due under exclusivity threshold related to Project Fly. |
| 2/7/2008 | J. Dolan | 0.70 | Analysis of minimum payments related the exclusivity threshold. |
| 2/11/2008 | S. Cunningham | 3.30 | Read and analyzed pension information and acquisition data related to Project Fly. |
| Subtotal | | 28.10 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 2/1/2008 | J. Dolan | 1.80 | Prepared for and participated in discussion with Blackstone regarding treatment of post-petition LCs. |
| 2/5/2008 | J. Dolan | 1.80 | Read and analyzed National Union settlement as related to treatment of drawn LCs post-petition. |
| 2/5/2008 | J. Dolan | 0.50 | Developed questions for Blackstone and Debtors related to post-petition LCs. |
| 2/8/2008 | J. Dolan | 1.00 | Prepared for and participated in call with Blackstone and the Debtors regarding LC treatment. |
| 2/11/2008 | J. Dolan | 1.60 | Documented understanding of LC fees and interest after discussion with Debtors. |
| 2/12/2008 | S. Cunningham | 3.70 | Prepared recovery analysis. |
| 2/14/2008 | S. Cunningham | 2.30 | Prepared recovery analysis. |
| 2/14/2008 | J. Dolan | 0.70 | Prepared hypothetical market value of asbestos claims analysis based on current stock price. |
| 2/15/2008 | J. Dolan | 2.20 | Update to recovery analysis based on changes in stock price, and other assumptions. |
| 2/15/2008 | E. Ordway | 0.40 | Reviewed updated recovery analysis prepared by staff. |
| 2/18/2008 | J. Dolan | 2.50 | Prepared various analyses to update recovery analysis. |
| 2/20/2008 | S. Cunningham | 4.20 | Review recovery scenarios re: default interest, asbestos estimates. |
| 2/21/2008 | J. Dolan | 1.00 | Read and analyzed detail received from the Debtors regarding Letters of Credit. |
| 2/21/2008 | J. Dolan | 2.40 | Updated recovery analysis for Letter of credit interest and fees. |
| 2/22/2008 | E. Ordway | 0.50 | Directed staff in updating recovery analysis based on current data. |
| 2/25/2008 | J. Dolan | 0.50 | Analyzed claims as of Dec 31, 2007 received from the Company. |
| 2/25/2008 | J. Dolan | 1.50 | Updated recovery analysis based on 12/31/07 claims. |
| 2/26/2008 | J. Dolan | 2.70 | Preparation of recovery analysis including LC int and fees and updates to other assumptions. |
| 2/26/2008 | S. Cunningham | 1.40 | Updated recovery analysis. |
| 2/27/2008 | J. Dolan | 0.80 | Revisions to recovery analysis for counsel review. |
| 2/27/2008 | S. Cunningham | 3.20 | Read and analyzed updated claim and recovery analysis. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/28/2008 | J. Dolan | 1.40 | Reviewed update of recovery analysis with counsel. |
| 2/28/2008 | J. Dolan | 1.60 | Pre-meeting and discussions with counsel and Navigant regarding liability transfer transaction and related documents. |
| 2/28/2008 | E. Ordway | 0.90 | Prepared revised estimate of excess cash for use in recovery analysis. |
| 2/28/2008 | J. Dolan | 1.50 | Analysis of interest rate assumptions impact on recovery. |
| 2/28/2008 | J. Dolan | 1.80 | Prepared questions for follow-up regarding Liability transfer transaction. |
| 2/28/2008 | J. Dolan | 1.30 | Update to recovery analysis based on changes in assumptions. |
| 2/29/2008 | S. Cunningham | 3.10 | Read and analyzed revised interest rate, and recovery assumption. |
| Subtotal | | 48.30 | |

**04. Creditor Committee Matters**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/5/2008 | J. Dolan | 0.60 | Researched interest rate as requested by counsel. |
| 2/5/2008 | J. Dolan | 0.60 | Update to work plan. |
| 2/6/2008 | J. Dolan | 0.50 | Read and analyzed counsel's memo regarding disclosure statement interest rates. |
| 2/7/2008 | J. Dolan | 0.70 | Read and analyzed counsel's memo on City of Cambridge motion. |
| 2/8/2008 | J. Dolan | 0.40 | Call with member of the bank group regarding treatment of LC questions. |
| 2/11/2008 | J. Dolan | 0.40 | Read and analyzed recent docket submissions. |
| 2/14/2008 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 2/18/2008 | J. Dolan | 0.50 | Update with counsel and team regarding recently filed motions and request for additional information. |
| 2/19/2008 | S. Cunningham | 3.30 | Read and analyzed recently filed motions - re DIP, Art JV |
| 2/19/2008 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| 2/21/2008 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 2/25/2008 | J. Dolan | 0.40 | Read and analyzed recent docket submissions. |
| 2/26/2008 | E. Ordway | 0.30 | Read docket summary prepared by staff. |
| 2/28/2008 | J. Dolan | 0.70 | Read and analyzed recent docket submissions. |
| Subtotal | | 10.00 | |

Capstone Advisory Group, LLC
Invoice for the February 2008 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **05. Employee Matters/KERP/Other** | | | |
| 2/7/2008 | J. Dolan | 1.50 | Read and analyzed draft of pension funding motion April 2008. |
| 2/11/2008 | E. Ordway | 0.80 | Reviewed pension accounting rules regarding prior service cost. |
| 2/11/2008 | J. Dolan | 1.50 | Read and analyzed draft pension motion. |
| 2/11/2008 | J. Dolan | 1.80 | Researched prior pension motions and recommendations as compared to recent filing. |
| 2/13/2008 | E. Ordway | 0.80 | Directed staff in preparing pension report. |
| 2/13/2008 | J. Dolan | 2.50 | Prepared report to the Committee regarding recently filed pension funding motion. |
| 2/14/2008 | J. Dolan | 2.50 | Prepared report to the Committee on the pension funding request. |
| 2/14/2008 | E. Ordway | 0.60 | Reviewed counsel correspondence regarding pension issues. |
| 2/14/2008 | E. Ordway | 0.30 | Called Committee member to discuss pension issues. |
| 2/14/2008 | J. Dolan | 0.30 | Analyzed final motion filed for pension funding. |
| 2/14/2008 | J. Dolan | 0.50 | Analyzed pension funding data and prepared request for additional information from Debtor. |
| 2/19/2008 | J. Dolan | 1.40 | Prepared report to the Committee regarding pension funding. |
| 2/20/2008 | J. Dolan | 1.00 | Updated report to the Committee based on information received regarding pension motion. |
| 2/20/2008 | J. Dolan | 0.60 | Prepared for and participated in call with Debtors regarding pension funding. |
| 2/21/2008 | J. Dolan | 1.40 | Finalized report to the Committee regarding pension funding. |
| 2/22/2008 | S. Cunningham | 2.40 | Read and analyzed draft memos re ARTJV, pension |
| 2/25/2008 | J. Dolan | 0.50 | Prepared for and participated in discussion with counsel regarding pension funding and related issues. |
| 2/25/2008 | J. Dolan | 0.70 | Revisions to pension funding report to the Committee based on counsel comments. |
| 2/26/2008 | J. Dolan | 0.50 | Finalized and distributed pension report to the Committee. |
| Subtotal | | 21.60 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 06. Environmental Mtrs/Regs/Litig. | | | |
| 2/5/2008 | J. Dolan | 1.40 | Read and analyzed Order relating to Multi-Site Agreement. |
| 2/5/2008 | J. Dolan | 0.50 | Documented summary of Order related to Multi-Site Agreement. |
| 2/26/2008 | J. Dolan | 3.70 | Read and analyzed liability transfer motion and related exhibits. |
| 2/28/2008 | S. Cunningham | 4.20 | Review retained liability motion, prepare for update call. |
| Subtotal | | 9.80 | |
| 07. Fee Applications & Invoices | | | |
| 2/7/2008 | N. Backer | 0.60 | Edited the December fee application. |
| 2/7/2008 | J. Dolan | 0.70 | Prepared December fee app. |
| 2/7/2008 | J. Dolan | 0.50 | Prepared monthly fee app. |
| 2/7/2008 | N. Backer | 1.20 | Prepared January fee application. |
| 2/11/2008 | J. Dolan | 1.00 | Prepared January 2008 fee app. |
| 2/11/2008 | E. Ordway | 0.30 | Prepared fee application. |
| 2/18/2008 | N. Backer | 1.20 | Prepared 16th Quarterly Fee Application. |
| 2/19/2008 | J. Dolan | 0.50 | Prepared Jan fee application. |
| 2/19/2008 | N. Backer | 0.90 | Prepared 16th Quarterly fee application. |
| 2/19/2008 | N. Backer | 1.30 | Prepared Jan. Fee application. |
| 2/19/2008 | J. Dolan | 0.50 | Prepared quarterly fee app. |
| 2/19/2008 | E. Ordway | 0.40 | Reviewed/prepared fee application. |
| 2/20/2008 | J. Dolan | 1.20 | Prepared 4th quarter fee app. |
| 2/21/2008 | J. Dolan | 0.70 | Prepared 4th quarter fee app. |
| 2/21/2008 | J. Dolan | 0.50 | Prepared January fee app. |
| Subtotal | | 11.50 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **08. Financial Analysis - Schedules & Statements** | | | |
| 2/8/2008 | J. Dolan | 2.40 | Read and analyzed December 2007 operating report. |
| 2/11/2008 | R. Frezza | 0.50 | L/C fee accrual issue discussion with company |
| 2/12/2008 | J. Dolan | 3.50 | Prepared analysis of 4Q 07 results including snapshot of EBITDA, sales compared to prior year and Plan. |
| 2/12/2008 | J. Dolan | 1.00 | Read and analyzed Form 8k. |
| 2/14/2008 | J. Dolan | 0.30 | Analyzed final motion filed for ART JV extension. |
| 2/15/2008 | J. Dolan | 2.50 | Read and analyzed Executive Summary Financial Statements as of December 31, 2007. |
| 2/18/2008 | J. Dolan | 1.50 | Prepared report to the Committee on ART JV refinance. |
| 2/18/2008 | J. Dolan | 0.80 | Analyzed ART JV motion for extension of credit agreement and developed request for additional information. |
| 2/19/2008 | J. Dolan | 1.50 | Prepared report to the Committee regarding the ART JV line of credit extension. |
| 2/22/2008 | J. Dolan | 1.80 | Prepared various analyses related to 4th quarter 2007 results. |
| 2/22/2008 | E. Ordway | 0.30 | Read and analyzed December operating results and noted items for staff to further review. |
| 2/26/2008 | E. Ordway | 0.90 | Continued review of December results. |
| 2/27/2008 | J. Dolan | 2.00 | Preparation of analysis for 4th quarter results. |
| 2/29/2008 | J. Dolan | 1.90 | Analysis related to 4Q 07 results. |
| Subtotal | | 20.90 | |
| **10. Financial Analysis - Cash Collateral and DIP Financing** | | | |
| 2/14/2008 | J. Dolan | 0.30 | Analyzed final motion filed for DIP extension. |
| 2/14/2008 | J. Dolan | 1.50 | Read and analyzed DIP motion and prepared report to Committee thereon. |
| 2/18/2008 | E. Ordway | 0.90 | Read data regarding ART JV re-fi and listed items for staff to investigate. |
| 2/18/2008 | J. Dolan | 0.60 | Read and analyzed DIP term sheet received from Debtors. |
| 2/18/2008 | J. Dolan | 0.40 | Read and analyzed final term sheet as related to final DIP motion. |
| 2/18/2008 | J. Dolan | 1.70 | Researched recent DIP filings to compare competitiveness of rate and fees and incorporated into analysis. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/18/2008 | J. Dolan | 1.30 | Prepared report to the Committee on DIP motion. |
| 2/19/2008 | J. Dolan | 1.70 | Researched comparable recent DIP filings in the market related to refinance. |
| 2/19/2008 | J. Dolan | 1.50 | Prepared report to the Committee related to DIP extension and modification. |
| 2/19/2008 | E. Ordway | 0.80 | Reviewed DIP documents and noted items for staff to investigate. |
| 2/19/2008 | J. Dolan | 2.70 | Analysis of DIP fees and interest compared to prior analyses. |
| 2/21/2008 | J. Dolan | 3.10 | Preparation of report to the Committee regarding DIP extension and ART JV extension. |
| 2/25/2008 | J. Dolan | 1.00 | Prepared for and participated in discussion with Blackstone regarding treatment of post-petition LCs. and related issues. |
| 2/25/2008 | J. Dolan | 0.30 | Prepared additional information request to Blackstone regarding pension funding. |
| 2/25/2008 | J. Dolan | 0.90 | Revisions to report to the Committee regarding DIP financing based on counsel comments. |
| 2/25/2008 | J. Dolan | 0.60 | Read and analyzed 5th DIP amendment received from the Debtors. |
| 2/26/2008 | J. Dolan | 0.70 | Finalized and distributed DIP and ARTJV refinance report to the Committee. |
| 2/28/2008 | E. Ordway | 0.50 | Reviewed/finalized report to Committee on DIP. |
| Subtotal | | 20.50 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/1/2008 | J. Dolan | 1.50 | Finalized Remedium Tax Report to the committee. |
| 2/13/2008 | J. Dolan | 1.20 | Researched Optimization plan and related movement of assets. |
| 2/14/2008 | J. Dolan | 1.40 | Prepared for call with Committee member regarding Optimization Plan. |
| 2/26/2008 | J. Dolan | 0.50 | Read and analyzed counsels memo on tax refund settlement. |
| Subtotal | | 4.60 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/7/2008 | M. DeSalvio | 1.00 | Begin preliminary update to Grace peer group analysis. |
| 2/11/2008 | M. DeSalvio | 0.50 | Grace peer group analysis. |
| 2/18/2008 | M. DeSalvio | 8.50 | Grace DIP analysis. |

Capstone Advisory Group, LLC
Invoice for the February 2008 Fee Application

Page 7 of 8

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/19/2008 | M. DeSalvio | 2.00 | Grace DIP analysis. |
| 2/19/2008 | M. DeSalvio | 0.50 | Check for peer 10-K reporting. |
| 2/28/2008 | M. DeSalvio | 0.50 | Retrieve credit ratings and Libor rates for both current period and when filed. |
| Subtotal | | 13.00 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/28/2008 | J. Dolan | 1.70 | Prepared for and participated in call with the Company to discuss liability transfer transaction and documents. |
| Subtotal | | 1.70 | |
| **Total Hours** | | **190.00** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
Expense Detail
For the Period 2/1/08 through 2/29/08

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 2/29/2008 | Capstone Expense | February Copies, 10 @ .10 ea | $1.00 |
| Subtotal - Copies | | | $1.00 |
| **Research** | | | |
| 2/29/2008 | Capstone Expense | February Bloomberg Service | $213.00 |
| 2/29/2008 | Capstone Expense | Pacer research service for February | $19.84 |
| Subtotal - Research | | | $232.84 |
| **Scans** | | | |
| 2/29/2008 | Capstone Expense | 12 scans @ 1.00 ea | $12.00 |
| Subtotal - Scans | | | $12.00 |
| **Telecom** | | | |
| 2/29/2008 | Capstone Expense | Feb. Telecom Saddle Brook office | $177.47 |
| Subtotal - Telecom | | | $177.47 |
| For the Period 2/1/08 through 2/29/08 | | | $423.31 |

Capstone Advisory Group, LLC
Invoice for the February 2008 Fee Application

Page 1 of 1