## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re: Docket No. 17905 and** |
| ) | **4/21/08 Agenda Item No. 2** |

### ORDER REGARDING RELIEF SOUGHT IN DEBTORS' OBJECTION TO CLAIM FILED BY MASSACHUSETTS DEPARTMENT OF REVENUE

Upon the Objection to Claim Filed By Massachusetts Department Of Revenue (the "Objection") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order (i) reducing Proof of Claim # 15370 (the "Claim") in part, and reserving the remainder of the Claim for adjudication at a later date, and (ii) requesting adjudication of the reduced Claim in this Court; and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Objection having been given, it is hereby

ORDERED that, the Objection to the Claim is continued to the June 2, 2008 omnibus hearing; and it is further

ORDERED that, the rights of the Debtors to object to the Claim for any reason are expressly preserved; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: 4/21, 2008

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:130407.8