## EXHIBIT 1

### Real Property Tax claims[1]

| Claimant Name | Claim # | Asserted Class of Claim | Asserted Interest Rate | Original Claimed Amount ($) | Reduced and Allowed by Court Order ($) | Address |
|---|---|---|---|---|---|---|
| City of Cambridge[2]<br>CITY HALL-LAW DEPT<br>795 MASSACHUSETTS AVE<br>CAMBRIDGE, MA 02139 | 18490 | SP | 16% | 170,673.38 | 155,497.11<br>(Docket 18055) | Whittemore Av. (various)<br>Cambridge, MA |
| City of Milwaukee<br>CITY TREASURER #1353<br>200 E WELLS ST - ROOM 103<br>MILWAUKEE, WI 53202 | 14727 | U | 12% | 8,780.22 | 7,701.95<br>(Docket 6010) | 7221 West Parkland Ct<br>Milwaukee, WI |
| Cook County Treasurer<br>LAW DEPT<br>118 N CLARK ST ROOM 212<br>CHICAGO, IL 60602 | 707 | S | 18% | 455,006.45 | 308,656.77<br>(Docket 15505) | Various<br>Chicago, IL |
| Dekalb County Georgia[3]<br>PO BOX 100004<br>DECATUR, GA 30031-7004 | 380 | P | 12% | 9,320.58 | -- | 6606 Marshall Blvd & others<br>Lithonia, GA |
| Douglas County Treasurer<br>PO BOX 1208 100 THIRD ST<br>CASTLE ROCK, CO 80104 | 18416 | S | 12% | 78,108.33 | -- | 8101 West Midway Dr.<br>Littleton, CO |
| Hamilton County, TN<br>DELINQUENT TAX OFFICE<br>625 Georgia Avenue, Room 210<br>CHATTANOOGA, TN 37402 | 18494 | S | 12% | 9,116.28 | -- | 1451 Mueller Av.<br>Chattanooga, TN |
| Jefferson County<br>ATTN: JACK WILLIAMS<br>716 RICHARD ARRINGTON JR BLVD N<br>ROOM 160 COURTHOUSE<br>BIRMINGHAM, AL 35203 | 841 | P | 12% | 4,435.56 | -- | 2601 Commerce Blvd<br>Irondale, AL |
| Los Angeles County Tax Collector<br>ATTN: CAROLYNE HEAROD<br>P.O. BOX 54018<br>LOS ANGELES, CA 90054-0018 | 15368 | S | 18% | 8,551.03 | | 7237 East Gage Ave<br>Los Angeles, CA |
| | | | | **743,291.83** | | |

---

[1]  Amounts noted are the amounts asserted in the claim; inclusion herein does not mean agreement to such amounts.

[2]  Interest accrues on only $155,454.52 of the claim per Court order.

[3]  This claim includes both real and personal property taxes.

K&E LEGAL:12716325.1