IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) <br> ) Chapter 11 <br> ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) <br> ) Jointly Administered <br> ) |
| Debtors. | ) Related to DN 18522, 18523 <br> ) |

**ORDER GRANTING EXPEDITED CONSIDERATION OF THE CANADIAN ZAI CLAIMANTS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY [D.I.         ]**

And now, this 23rd day of April, 2008, this matter coming before the Court on the Motion of the Canadian ZAI Claimants for Shortened Notice and Expedited Consideration of their Motion for Relief from Automatic Stay (the "Motion to Shorten Notice"); the Court having reviewed the Motion to Shorten Notice and all related pleadings; the Court having determined that the legal and factual bases set forth in the Motion to Shorten Notice establish sufficient cause for relief granted herein,

**IT IS HEREBY ORDERED** as follows:

1. The Motion to Shorten Notice is Granted.

2. A hearing on the Expedited Motion of the Canadian ZAI Claimants Motion for Relief from Stay shall be held on June 2, 2008, at 1:00 p.m. ~~April 22, 2008, at 11:30 a.m.~~ Eastern in Pittsburgh, PA

3. Objections to the relief requested in the Motion for Relief from Automatic Stay shall be filed ~~on or before April ____, 2008.~~ in accordance with the Case Management Order.

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald  rmab
United States Bankruptcy Judge