IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) Chapter 11 |
|  | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
|  | ) Jointly Administered |
|  | ) |
| Debtors. | ) Re: Docket Nos. 18325, 18421, and 18484 and 18520 |

MODIFIED **ORDER GRANTING LEAVE TO CANADIAN ZAI CLAIMANTS' TO FILE AN OBJECTION TO ZAI CLAIMANTS' MOTION FOR DISMISSAL OF AN INDIVIDUAL ZAI CLAIM OR FOR RULE 54 (B) DETERMINATION TO PERMIT APPELLATE REVIEW OF THE ZAI OPINION**

Upon the motion (the "Motion") of the Canadian ZAI Claimants (the "Canadian ZAI Claimants") for leave to file an Objection to ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Decision ("ZAI Dismissal Motion"); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Canadian ZAI Claimants to file the Objection with the Court.

ORDERED that the Objection shall be filed in accordance with the Case Management Order for hearing on June 2, 2008, in Pittsburgh at 1:00 p.m., Eastern.

Dated: __4/23__, 2008
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge