IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                        )

**In re:**                                   )  Chapter 11
                                        )  Case No. 01-1139 (JKF)
**W.R. GRACE & CO., et al.**            )  (Jointly Administered)
                                        )
                                        )  Related Dkt. Nos. 11919, 12378
            **Debtors.**            )  Objection Deadline: May 12, 2008
_____)  Hearing Date: June 2, 2008 at 1:00 pm
                                                                Pittsburgh, PA

**NOTICE OF APPLICATION OF DAVID T. AUSTERN,
FUTURE CLAIMANTS' REPRESENTATIVE, FOR
AUTHORIZATION TO MODIFY THE EMPLOYMENT
OF PIPER JAFFRAY & CO. AS FINANCIAL ADVISOR
TO THE FUTURE CLAIMANTS' REPRESENTATIVE**

**TO:  ALL PARTIES ON THE MASTER SERVICE LIST**

      **PLEASE TAKE NOTICE,** that on April 22, 2008, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "Future Claimants' Representative") filed and served the attached Application of David T. Austern, Future Claimants' Representative, for Authorization to Modify the Employment of Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative and exhibits thereto (collectively, the "Application"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE**, that any responses to the Application must be in writing and filed with the Bankruptcy Court on or before **May 12, 2008**.

      **PLEASE TAKE FURTHER NOTICE**, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **May 12, 2008**.

      **PLEASE TAKE FURTHER NOTICE**, that a hearing on the Application will be held, only if a timely objection is filed, on **June 2, 2008 at 1:00 p.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

      **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 22, 2008                              Respectfully submitted,

By: */s/ John C. Phillips, Jr.*
   John C. Phillips, Jr. (#110)
   PHILLIPS, GOLDMAN & SPENCE, P.A.
   1200 North Broom Street
   Wilmington, DE 19806
   (302) 655-4200

   Roger Frankel
   Richard H. Wyron
   Debra L. Felder
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   1152 15th Street, N.W.
   Washington, DC 20005
   (202) 339-8400

   *Counsel to David T. Austern,*
   *Future Claimants' Representative*

2