## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 01-01139 (JKF) |
| | * | (Jointly Administered) |
| W.R. GRACE & CO., et al., | * | |
| | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | |
| | * | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Ann B. Hill to represent the Louisiana Department of Environmental Quality in this action.

    /s/Ann B. Hill
Ann B. Hill, Attorney (La. Bar Roll # 29905)
Louisiana Department of Environmental Quality
Office of the Secretary, Legal Affairs Division
P. O. Box 4302
Baton Rouge, Louisiana 70821-4302
Telephone: (225) 219-3985
Facsimile: (225) 219-4068
Email: Ann.Hill@la.gov

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing, and in good standing as a member of the Bar of the State of Louisiana, the Bar of the U.S. Bankruptcy Court for the Middle District of Louisiana, the Western District of Louisiana, and the Eastern District of Louisiana, and will be bound by these Local Rules and submit to the jurisdiction of this Court for disciplinary purposes. I also certify that I am generally familiar with this Court's Local Rules and am exempt from the association with local

counsel under Rule 9010-1 as I am a government attorney representing the Louisiana Department of Environmental Quality.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Ann B. Hill
Ann B. Hill, Attorney (La. Bar Roll # 29905)
Louisiana Department of Environmental Quality
Office of the Secretary, Legal Affairs Division
P. O. Box 4302
Baton Rouge, Louisiana 70821-4302
Telephone: (225) 219-3985
Facsimile:  (225) 219-4068
Email:  Ann.Hill@la.gov

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

Date:_____                    _____
                                          **JUDITH K. FITZGERALD**
                                          United States Bankruptcy Judge

**Local Form 105**