**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 01-01139 (JKF)** |
| | * | **(Jointly Administered)** |
| **W.R. GRACE & CO., et al.,** | * | |
| | * | **CHAPTER 11** |
| | * | |
| **DEBTOR** | * | |
| | * | |
| | * | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that notice of the filing of the foregoing Ex Parte Motion and Order for Admission Pro Hac Vice was sent to counsel of record through the attached Notice of Electronic Filing by the court's electronic filing system. I hereby certify that notice of the filing and foregoing motion was served via United States Mail this 24th day of April, 2008 to the following service list.

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, Delaware 19801

James D. Freeman
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, Eighth Floor
Denver, Colorado 80294-1961

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Lori Sinanyan
200 East Randolph Drive
Chicago, Illinois 60601
PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones
James E. O'Neill
Timothy P. Cairns
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

/s/Ann B. Hill

Ann B. Hill, (La. Bar Roll #29905)
Louisiana Department of Environmental Quality
Office of the Secretary, Legal Affairs Division
P. O. Box 4302
Baton Rouge, Louisiana 70821-4302
Telephone: (225) 219-3985
Facsimile: (225) 219-4068
Email: Ann.Hill@la.gov

Notice of Electronic Filing

The following transaction was received from Hill, Ann B. entered on 4/24/2008 at 12:29 PM EDT and filed on 4/24/2008

**Case Name:** W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:** 01-01139-JKF
**Document Number:** 18601

**Docket Text:**
Motion to Appear pro hac vice . Receipt Number 151605, Filed by Louisiana Department of Environmental Quality. (Hill, Ann)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\Alpha_nt\legal\GENERAL LAW SECTION\Bankruptcy\BK Cases - Open\WR Grace Construction\pro hac vice Ann\mot & order pro hac vice 3-29-08.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=4/24/2008] [FileNumber=6262054-0] [8e9ecec281ad5a2982faaf58157cd1536c8ccecb5fb3b3fc291f3d9c93fc2c2158ae a0021ee6d772a9f03165c7e53062ab04c001efc9eeb6cadc23aaef7f76c8]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson eabramson@serlinglaw.com

Peter M. Acton pacton@nutter.com

David G. Aelvoet davida@publicans.com

Jonathan Holmes Alden jonathan.alden@dep.state.fl.us, syndie.l.kinsey@dep.state.fl.us

Elihu Ezekiel Allinson, III ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com

Julie A. Ardoin dlawless@ardoinlawfirm.com

Thomas V. Askounis taskounis@askounisdarcy.com

Jonathan David Berger jdberger@bm.net

Neil Matthew Berger neilberger@teamtogut.com,

dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com

Scott R. Bickford usbc@mbfirm.com

Ian Connor Bifferato cbifferato@bglawde.com, jrandolph@bglawde.com

Mark S. Bostick mbostick@wendel.com

William Pierce Bowden wbowden@ashby-geddes.com

Kay Diebel Brock bk-kbrock.oagpo4.ocs@oag.state.tx.us

Charles J. Brown cbrown@archerlaw.com

Charles J. Brown cbrown@harvpenn.com

Cathy Jo Burdette cathy.burdette@usdoj.gov

Noel C. Burnham nburnham@mmwr.com

Daniel B. Butz dbutz@mnat.com, aconway@mnat.com

Kathy Byrne kbyrne@cooneyconway.com

LINDSEY W. COOPER lindsey.w.cooper@usdoj.gov

Timothy P. Cairns tcairns@pszjlaw.com

Timothy P. Cairns tcairns@pszyjw.com

David W. Carickhoff carickhoff@blankrome.com, senese@blankrome.com

Linda Marie Carmichael carmichaell@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Joseph D. Carona, Jr. dcarjr@aol.com

John T. Carroll jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com

Marc Stephen Casarino casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Annie E. Catmull acatmull@hwallp.com

Mark S. Chehi mchehi@skadden.com, debank@skadden.com

Mark S. Chehi debank@skadden.com;mfriel@skadden.com

Richard Scott Cobb cobb@lrclaw.com, adams@lrclaw.com

Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com

Lisa L. Coggins lcoggins@ferryjoseph.com

Elaine Z. Cole elaine_cole@tax.state.ny.us

Bernard George Conaway bconaway@foxrothschild.com, bconaway@foxrothschild.com

Russell L. Cook sburns@fhl-law.com

L. Jason Cornell jcornell@frof.com, dkemp@foxrothschild.com

Scott D. Cousins bankruptcydel@gtlaw.com

Richard H. Cross rcross@crosslaw.com, nmcclendon@crosslaw.com

Teresa K.D. Currier currier@klettrooney.com, tercurrier@aol.com

Tobey M. Daluz daluzt@ballardspahr.com

Kathleen Campbell Davis kdavis@camlev.com

Michael S. Davis mdavis@zeklaw.com, jvanroy@zeklaw.com;rguttmann@zeklaw.com

Steven T. Davis delbkr@obermayer.com

John D. Demmy jdd@stevenslee.com

Kristi J. Doughty bk.service@aulgur.com

Timothy P Dowling tpdowling@gthm.com

Stuart B. Drowos stuart.drowos@state.de.us

Christopher P. Duffy duffy@coadylaw.com

Jena LeBlanc Duncan jduncan@leblancwaddell.com

Natalie F. Duncan nduncan@baronbudd.com

Derrick A. Dyer dyerda@dilworthlaw.com

Erin Edwards bankfilings@ycst.com

Robert L. Eisenbach reisenbach@cooley.com

Jerel L. Ellington jerry.l.ellington@usdoj.gov, james.bezio@usdoj.gov

Michael Seth Etkin metkin@lowenstein.com

Brett Fallon bfallon@morrisjames.com, wweller@morrisjames.com

Sherry Ruggiero Fallon sfallon@trplaw.com

Bonnie Glantz Fatell fatell@blankrome.com, senese@blankrome.com

Oscar Baldwin Fears bfears@law.ga.gov, 02bf@law.ga.gov

David L. Finger dfinger@delawgroup.com

John V. Fiorella jfiorella@archerlaw.com

David Earl Flowers david.flowers@state.mn.us

David M. Fournier fournierd@pepperlaw.com,
wlbank@pepperlaw.com,lanoc@pepperlaw.com

Stephanie Ann Fox sfox@klehr.com, mruddy@klehr.com

Steven E. Fox jguerrier@dreierllp.com

Joseph D. Frank jfrank@fgllp.com,
ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

James Donald Freeman james.freeman2@usdoj.gov, corrine.lill@usdoj.gov

Jeff J. Friedman JJFriedman@kmzr.com

Charles E. Gibson charles@cegibsonlawfirm.com

Matthew A. Gold courts@argopartners.net

Robert Gold rginvestgrp@aol.com

William M. Graham bgraham@wallacegraham.com

George C. Greatrex, Jr. ggreatrex@ssglawfirm.com

Joseph Grey jg@stevenslee.com

Kurt F. Gwynne kgwynne@reedsmith.com, llankford@reedsmith.com

Michael J Hanners MikeH@SPLaw.com, LMcPeak@SPLaw.com

Daniel J. Healy daniel.j.healy@usdoj.gov, eastern.taxcivil@usdoj.gov

Curtis A. Hehn chehn@pszjlaw.com

Curtis A. Hehn chehn@pszyj.com

Leslie C. Heilman heilmanl@ballardspahr.com

Paul D. Henderson bkhendersonlaw@aol.com

Paul D. Henderson bking@paulhendersonlaw.com

Ann B. Hill ann.hill@la.gov, susan.ham@la.gov

Daniel K. Hogan dkhogan@dkhogan.com, keharvey@dkhogan.com

Margaret A. Holland hollamar@law.dol.lps.state.nj.us

Thomas M. Horan thoran@morrisjames.com, wweller@morrisjames.com;clewicki@morrisjames.com

Brian David Huben brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;dustin.branch@kattenlaw.com

Peter C. Hughes phughes@dilworthlaw.com, smcfadyen@dilworthlaw.com

Mark T Hurford cl@camlev.com

David R. Hurst dhurst@mmwr.com

David R. Hurst dhurst@skadden.com

Carol A. Iancu carol.iancu@ago.state.ma.us

Robert Jacobs Bob@JandCLaw.com, Stephanie@JandCLaw.com

Laura Davis Jones ljones@pszyj.com

Laura Davis Jones ljones@pszyjw.com, efile1@pszyjw.com

Jonathan A. Karon aflanders@pollackandflanders.com

Brian Lucian Kasprzak bkasprzak@mooclaw.com

Susan E. Kaufman skaufman@hgkde.com

Christopher J. Kayser christopher.j.kayser@usdoj.gov, Eastern.Taxcivil@usdoj.gov

Carmella P. Keener ckeener@rmgglaw.com

William M. Kelleher kelleherw@ballardspahr.com

Anne Marie P. Kelley akelley@dilworthlaw.com

Timothy James Kern tkern@ag.state.oh.us

Richard Allen Keuler rkeuler@reedsmith.com

Cindy Jo Kiblinger mshamblin@jfhumphreys.com, rhyde@jfhumphreys.com

Shelley A. Kinsella skinsella@coochtaylor.com

John I. Kittel jkittel@mazur-kittel.com, tfiema@mazur-kittel.com

David E. Klein dklein@kramerlevin.com

Steven K. Kortanek skortanek@wcsr.com, pgroff@wcsr.com,;klytle@wcsr.com,;hsasso@wcsr.com

Joseph K. Koury jkk@bgbde.com, jmr@bgbde.com;jjh@bgbde.com

Joseph T. Kremer jkremer@lglaw.com, eking@lglaw.com

Karen Marie Kronenberg kkronenberg@nixlawfirm.com

Carl N. Kunz, III ckunz@morrisjames.com, wweller@morrisjames.com

Adam G. Landis landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com

Michael R. Lastowski mlastowski@duanemorris.com

Tara L. Lattomus delawarebankruptcy@escm.com

James M. Lawniczak jlawniczak@calfee.com

Kimberly Ellen Connolly Lawson klawson@reedsmith.com

Nicholas J. LePore nlepore@schnader.com

Rachel Jeanne Lehr rachel.lehr@law.dol.lps.state.nj.us, rjlehr@aol.com

Bruce D. Levin blevin@bg-llp.com

Neal J. Levitsky nlevitsky@frof.com, jkittinger@foxrothschild.com.com

Richard Levy rlevy@pryorcashman.com

Tom L. Lewis stacie@lhs.psemail.com

Joseph Walter Lind jlind@sierrafunds.com

Christopher Dean Loizides ecf.admin@loizides.com

Christopher Dean Loizides ecf.admin@loizides.com

Christopher Dean Loizides ecf.admin@loizides.com

Christopher Dean Loizides ecf.admin@loizides.com

Christopher Dean Loizides ecf.admin@loizides.com

Christopher Dean Loizides ecf.admin@loizides.com

Alwyn H. Luckey kelly@alwynluckey.com

Thomas G. Macauley bankr@zuckerman.com

Thomas G. Macauley bankr@zuckerman.com

Aileen F. Maguire cl@del.camlev.com

Mary M. MaloneyHuss debankruptcy@wolfblock.com, hbooker@wolfblock.com

Kevin J Mangan kmangan@wcsr.com, hsasso@wcsr.com

George J. Marcus bankruptcy@mcm-law.com, dgerry@mcm-law.com

Thomas Charles Martin tmartin@foxrothschild.com

Meredith A. Mayberry fedcourt@geraldmaples.com

Katharine L. Mayer kmayer@mccarter.com

Garvan F. McDaniel gmcdaniel@bglawde.com

Scotta Edelen McFarland smcfarland@pszyj.com, efile1@pszyj.com

Peter B. McGlynn pmcglynn@bg-llp.com, dgelbman@bg-llp.com

Patricia P. McGonigle pmcgonigle@svglaw.com, dclack@svglaw.com

Evelyn J. Meltzer meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com

Rachel B. Mersky rmersky@monlaw.com

Mark C. Meyer mmeyer@gpwlaw.com

Kathleen M. Miller kmiller@skfdelaware.com, tlc@skfdelaware.com

Rick S. Miller rmiller@ferryjoseph.com, dsacconey@ferryjoseph.com

Maribeth L Minella bankfilings@ycst.com

Chris Momjian crmomjian@attorneygeneral.gov

Francis A. Monaco Jr. fmonaco@monlaw.com, kdalton@wcsr.com;hsasso@wcsr.com

Edward O. Moody crystalf@sbcglobal.net, jpeachey@sbcglobal.net

Sheryl L. Moreau deecf@dor.mo.gov

Kerri K Mumford mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com

Francis J. Murphy fmurphy@msllaw.com

Stephen G. Murphy murphys@dor.state.ma.us

Scott O. Nelson mlscott@cableone.net, dberkley@cableone.net

Richard A O'Halloran raohalloran@bwhllc.com

James E. O'Neill jo'neill@pszyj.com, efile1@pszyj.com

Melissa M. Olson molson@embryneusner.com

Ricardo Palacio rpalacio@ashby-geddes.com

Gary Don Parish gdplaw@sbcglobal.net, parronfirm@sbcglobal.net

Christopher M. Parks cparks@chrisparkslaw.com, gyoungblood@chrisparkslaw.com

Jonathan L. Parshall jonp@msllaw.com

Frank J. Perch III frank.j.perch@usdoj.gov

Joel L. Perrell Jr. jperrell@milesstockbridge.com

Edith Stuart Phillips stuart.phillips@oag.state.tx.us

John C. Phillips cah@pgslaw.com

Marc J. Phillips mphillips@cblh.com

Robert Woods Phillips rphillips@simmonscooper.com

Laurie S. Polleck lpolleck@jshllp-de.com

Elizabeth D. Power bankr@zuckerman.com

David P. Primack david.primack@dbr.com, amy.kinslow@dbr.com

Allison E. Reardon bankruptcy@state.de.us

Patrick J. Reilley preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com

Sheldon K. Rennie bankruptcy@frof.com,
srennie@foxrothschild.com;jkittinger@foxrothschild.com

Richard F. Rescho rrescho2001@yahoo.com

Alan B. Rich alan.b.rich@sbcglobal.net

Tracy E. Richardson Tracy.Richardson@dol.lps.state.nj.us

Richard W. Riley rwriley@duanemorris.com

Lori Gruver Robertson austin.bankruptcy@publicans.com

Brad Q. Rogers rogers.brad@pbgc.gov, efile@pbgc.gov

Martha E. Romero romero@dslextreme.com

David S. Rosenbloom drosenbloom@mwe.com

Edward B. Rosenthal erosenthal@rmgglaw.com, jmeekins@rmgglaw.com

Paul L. Sadler ag@sadlertx.com

Anthony Sakalarios jreeves@morris-sakalarios.com

Kathryn D. Sallie bankserve@bayardlaw.com, ksallie@bayardlaw.com

Cara L. Santosuosso csantosuosso@rotatori.com

Todd Charles Schiltz tschiltz@wolfblock.com

Jennifer Lee Scoliard jscoliard@msn.com

Sergio I. Scuteri sis.efn@farrlawnet.com

Scott Andrew Shail sashail@hhlaw.com

Maurie J. Shalmone maurie@longacrellc.com

Andrea Sheehan sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Benjamin P. Shein bshein@sheinlaw.com

Charles Stein Siegel siegel@waterskraus.com

Christopher Page Simon csimon@crosslaw.com

Christina C. Skubic cskubic@braytonlaw.com

Ellen W. Slights usade.ecfbankruptcy@usdoj.gov

Rosalie L. Spelman bankruptcy@potteranderson.com

Thomas Alexander Spratt sprattt@pepperlaw.com

J. Kate Stickles kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com

Barbara H. Stratton bhs@knepperstratton.net, jmaddock@mcguirewoods.com

William David Sullivan bill@williamdsullivanllc.com, ECF@williamdsullivanllc.com;katie@williamdsullivanllc.com

Theodore J. Tacconelli ttacconelli@ferryjoseph.com

Theodore J. Tacconelli ttocconelli@ferryjoseph.com

Theodore J. Tacconelli ttacconelli@ferryjoseph.com

Jennifer Seitz Taylor jtaylor@jshllp-de.com, mrust@jshllp-de.com

William F. Taylor bankdel@comcast.net, bankruptcydel@mccarter.com

Sanjay Thapar sthapar@phks.com

Rhonda L. Thomas rlthomas@klettrooney.com, rlthomas@klettrooney.com

Christina Maycen Thompson cthompson@cblh.com

Judy D. Thompson jdthompson@poynerspruill.com

James A Tiemstra jat@tiemlaw.com, sml@tiemlaw.com

Paul W. Turner pturner@carlilelawfirm.com

Renee Doris Veney bankruptcyemail@elzufon.com

Roxie Huffman Viator bustersharem@msn.com

Thomas D. Walsh TWalsh@foxrothschild.com, jkittinger@foxrothschild.com

Jeffrey Philip Wasserman bankruptcy@cicontewasserman.com

John Edward Waters idrbankruptcy@iowa.gov

Jeffrey R. Waxman jwaxman@cozen.com, mmillis@cozen.com

John R. Weaver jrweaverlaw@verizon.net

Jeffrey T. Wegner jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com

Steven G. Weiler sweiler@ferryjoseph.com

Martin J. Weis mweis@dilworthlaw.com

Janet M. Weiss jweiss@gibsondunn.com, jcontreras@gibsondunn.com;jlanders@gibsondunn.com

Helen Elizabeth Weller dallas.bankruptcy@publicans.com

Scott William Wert swert@fostersear.com, dclement@fostersear.com

Thomas G. Whalen Jr. tgw@stevenslee.com

Linda E. White linda.white@oag.state.ny.us

Amy Pritchard Williams awilliams@kennedycovington.com

Thomas Michael Wilson twilson@kelley-ferraro.com

William Roberts Wilson gingerlynch@lawyersouth.com

James E. Wimberley jwimberley@mc-law.net

Amanda Marie Winfree awinfree@ashby-geddes.com

Christopher Martin Winter cmwinter@duanemorris.com

Christopher Martin Winter cmwinter@duanemorris.com, mlastowski@duanemorris.com

John J. Winter jwinter@chartwelllaw.com, tmassa@chartwelllaw.com

Jeffrey C. Wisler jwisler@cblh.com

Etta Rena Wolfe erw@skfdelaware.com

Etta Rena Wolfe erw@skfdelaware.com

James S. Yoder yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Michael W. Yurkewicz myurkewicz@klehr.com

Matthew G. Zaleski III cl@del.camlev.com

Michael Zoeller michael.zoeller@baachrobinson.com