# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: May 14, 2008**

**Hearing Deadline: to be scheduled, if necessary**

## FEE DETAIL FOR OGILVY RENAULT LLP'S FIFTEENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MARCH 1, 2008 THROUGH MARCH 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1454527\1



## OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

Client: W.R. GRACE & CO.
RE: Litigation and litigation consulting
Matter No.: 01016442-0006

April 9, 2008
INVOICE: 797508

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending March 31, 2008

| | |
|---|---:|
| FEES | $44,413.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 1,265.71 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $45,678.71 |

Canadian Funds

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-130-4
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Please return a copy with payment to the address below.
Payable upon receipt.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 1Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930
ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                            01016442-0006

RE: Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 18.5 | $16,650.00 |
| O. Pasparakis | 29 | $17,110.00 |
| J. Stam | 11.8 | $5,841.00 |
| A. Kuntz | 0.5 | $170.00 |
| K. Whibley | 19.8 | $4,455.00 |
| P. Adams | 1.1 | $187.00 |
| Total | 80.70 | $44,413.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/3/08 | Orestes Pasparakis | Numerous conference calls with Crown and with Plaintiff's counsel (2.0); joint conference call with both counsel (1.0); considering strategic issues and precedents for release mechanisms (0.8). | 3.80 | $2,242.00 |
| 3/3/08 | Derrick C. Tay | Dealing with settlement and strategic issues (1.5); dealing with representative counsel and government (1.0). | 2.50 | $2,250.00 |
| 3/3/08 | Jennifer Stam | Preparing for and participating in conference call regarding Canadian settlement matters. | 1.00 | $495.00 |
| 4/3/08 | Orestes Pasparakis | Follow-up regarding settlement strategy and next steps. | 1.00 | $590.00 |
| 4/3/08 | Derrick C. Tay | Considering legal issues regarding settlement and ways of restructuring same to deal with U.S. issues. | 2.50 | $2,250.00 |
| 5/3/08 | Penny Adams | Discussions with O. Pasparakis regarding settlement terms. | 0.20 | $34.00 |
| 5/3/08 | Derrick C. Tay | Considering ways of dealing with settlement to terminate Canadian ZAI claims prior to plan confirmation (1.5); considering questions from R. Finke and communications regarding same (1.0). | 2.50 | $2,250.00 |
| 5/3/08 | Orestes Pasparakis | Numerous discussions and steps regarding settlement (0.8); considering Crown and Plaintiff issues (0.5). | 1.30 | $767.00 |

INVOICE: 797508


**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                        01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/3/08 | Penny Adams | Reviewing proposed settlement terms (0.8); correspondence with O. Pasparakis (0.1). | 0.90 | $153.00 |
| 6/3/08 | Derrick C. Tay | Dealing with substantive issues raised by representative counsel on settlement (2.5); reviewing and considering changes to settlement agreement (1.0). | 3.50 | $3,150.00 |
| 6/3/08 | Orestes Pasparakis | Discussions with J. Baer (1.0); emails regarding settlement and information request (0.7); directions regarding preparation of materials (0.3). | 2.00 | $1,180.00 |
| 7/3/08 | Derrick C. Tay | Dealing with issues raised by representative counsel and impact on Crown claims. | 1.00 | $900.00 |
| 7/3/08 | Orestes Pasparakis | Numerous conference calls regarding settlement issues and next steps (2.0); attempting to address Crown concerns (1.0). | 3.00 | $1,770.00 |
| 8/3/08 | Orestes Pasparakis | Revising settlement agreement. | 1.30 | $767.00 |
| 10/3/08 | Jennifer Stam | Communications regarding stay extension. | 0.40 | $198.00 |
| 10/3/08 | Derrick C. Tay | Reviewing comments from Kirkland & Ellis and Grace (1.0); dealing with representative counsel and government lawyers (1.0). | 2.00 | $1,800.00 |
| 10/3/08 | Orestes Pasparakis | Revisions to settlement agreement (1.3); numerous emails and discussions (0.7). | 2.00 | $1,180.00 |
| 11/3/08 | Derrick C. Tay | Refining settlement terms and considering issues of implementation. | 2.50 | $2,250.00 |
| 11/3/08 | Orestes Pasparakis | Follow-up on numerous email comments and issues regarding proposed settlement. | 2.80 | $1,652.00 |
| 11/3/08 | Jennifer Stam | Conversations and correspondence with M. Moloci regarding withdrawal and stay extension. | 0.50 | $247.50 |
| 12/3/08 | Allison Kuntz | Reviewed comments provided by R. Finke on settlement agreement for Canadian class action. | 0.50 | $170.00 |
| 12/3/08 | Orestes Pasparakis | Revisions to settlement agreement (0.8); considering various suggestions (0.5). | 1.30 | $767.00 |

INVOICE: 797508


OGILVY
RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                   01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/3/08 | Jennifer Stam | Reviewing and revising draft settlement terms (1.0); drafting property damage only settlement proposal (0.8). | 1.80 | $891.00 |
| 13/3/08 | Orestes Pasparakis | Follow-up regarding settlement terms. | 0.70 | $413.00 |
| 13/3/08 | Karen Whibley | Arranging for payment of invoice to Platinum Legal Group Inc. (0.1); investigating status of Platinum Legal Group Inc.'s outstanding invoices (0.7). | 0.80 | $180.00 |
| 14/3/08 | Karen Whibley | Conference with A. Traer regarding database issues (0.2); loading CDs into database (2.4); telephone conference with B. Burnett to load files into Summation (0.2). | 2.80 | $630.00 |
| 17/3/08 | Jennifer Stam | Drafting extension materials. | 0.70 | $346.50 |
| 18/3/08 | Orestes Pasparakis | Meeting to consider changes to settlement documents to reflect R. Finke's comments (0.4); drafting same (0.5); considering extention motion (0.3); advice and direction regarding same (0.1). | 1.30 | $767.00 |
| 19/3/08 | Orestes Pasparakis | Discussions with the Crown (0.3); emails regarding same (0.2); reviewing ZAI claims bar (0.3); considering next steps (0.2). | 1.00 | $590.00 |
| 19/3/08 | Karen Whibley | Organizing boxes and creating Index of materials to return to Whitby storage. | 8.50 | $1,912.50 |
| 20/3/08 | Orestes Pasparakis | Considering issues raised by plaintiff's counsel (0.2); exchange of emails and calls (0.4); considering position of Grace (0.2); drafting emails regarding same (0.2). | 1.00 | $590.00 |
| 20/3/08 | Jennifer Stam | Correspondence regarding extension materials. | 0.50 | $247.50 |
| 21/3/08 | Orestes Pasparakis | Preparing for and attending conference call (0.8); directions regarding next steps (0.2). | 1.00 | $590.00 |
| 21/3/08 | Jennifer Stam | Conference call with Scarfone Hawkins and others regarding settlement issues (1.0); attending to matters regarding service of motion record (0.5). | 1.50 | $742.50 |
| 24/3/08 | Orestes Pasparakis | Preparing for conference call and attending conference call with J. Baer (0.7); considering next steps (0.3). | 1.00 | $590.00 |

INVOICE: 797508


W.R. GRACE & CO.             01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 24/3/08 | Karen Whibley | Communications with T. Walsh and E. Adams regarding Platinum Legal Group invoices (0.5); organizing materials for shipping to Whitby (1.9); revising Index (1.0); email to S. Hasham (0.1); email to Coburn Transport (0.1). | 3.60 | $810.00 |
| 24/3/08 | Jennifer Stam | Conversation with J. Baer and O. Pasparakis regarding settlement terms (0.5); revising settlement terms (0.4); reviewing court documents (0.2). | 1.10 | $544.50 |
| 25/3/08 | Orestes Pasparakis | Follow-up regarding motion for extension with Crown. | 0.50 | $295.00 |
| 25/3/08 | Karen Whibley | Revising Index (0.5); exchange of emails with Coburn Transport (0.1); organizing boxes for pick-up (0.4); liaise with drivers from Coburn (0.3). | 1.30 | $292.50 |
| 25/3/08 | Jennifer Stam | Correspondence regarding extension motion. | 0.30 | $148.50 |
| 25/3/08 | Derrick C. Tay | Dealing with withdrawal of representative counsel's motion. | 1.00 | $900.00 |
| 26/3/08 | Jennifer Stam | Preparation for and attendance at the Commercial List for extension motion and withdrawal of representative counsel's motion. | 2.50 | $1,237.50 |
| 26/3/08 | Orestes Pasparakis | Follow-up with Plaintiff's counsel (0.3); follow-up regarding court attendance (0.2). | 0.50 | $295.00 |
| 27/3/08 | Jennifer Stam | Correspondence with D. Harrison regarding status of settlement negotiations and other matters. | 0.20 | $99.00 |
| 27/3/08 | Orestes Pasparakis | Follow-up with Crown counsel and company counsel. | 0.50 | $295.00 |
| 28/3/08 | Jennifer Stam | Conference call with M. Moloci, D. Thompson and others regarding position on settlement (0.7); consideration of issues regarding same (0.2). | 0.90 | $445.50 |
| 28/3/08 | Karen Whibley | Exchange of emails with Platinum Legal Group Inc. (0.2); email to E. Adams regarding payment of outstanding invoices (0.1). | 0.30 | $67.50 |

INVOICE: 797508



**OGILVY RENAULT**

W.R. GRACE & CO.  01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 28/3/08 | Orestes Pasparakis | Various conference calls throughout the day with Plaintiff's counsel (1.3); updating clients regarding status (0.2); follow-up conference calls thereafter (1.0). | 2.50 | $1,475.00 |
| 31/3/08 | Derrick C. Tay | Dealing with wrinkles in settlement with representative counsel and government. | 1.00 | $900.00 |
| 31/3/08 | Orestes Pasparakis | Conference call with the Crown (0.4); reporting to client (0.1). | 0.50 | $295.00 |
| 31/3/08 | Jennifer Stam | Conversation with Crown and others regarding settlement status. | 0.40 | $198.00 |
| 31/3/08 | Karen Whibley | Quality checking tables in database (2.0); meeting with W. Platt of Platinum Legal Group regarding payment of invoices (0.5). | 2.50 | $562.50 |
|  |  | **TOTAL FEES** |  | **$44,413.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 30.10 |
| Long distance calls | 13.45 |
| Courier service | 89.24 |
| Process server fee | 45.00 |
| Document Database Maintenance – PLG PLATINUM LEGAL GROUP INC. | 106,530.92 |
| Professional Fees | 960.92 |
| Filing notice of motion | 127.00 |
| Expert Fees – PLG PLATINUM LEGAL GROUP INC. | (106,530.92) |
| | **$1,265.71** |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 30/3/07 | Karen Whibley | Expert Fees - PLG PLATINUM LEGAL GROUP INC. | 62,753.90 |
| 30/6/07 | Karen Whibley | Reversal from Void Check Number: 96639 Bank ID: BT1 Voucher ID: 575061 Vendor: PLG PLATINUM LEGAL GROUP INC. | (62,753.90) |

INVOICE: 797508



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                                     01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 30/7/07 | Karen Whibley | Reversal from Void Check Number: 96639 Bank ID: BT1 Voucher ID: 575063 Vendor: PLG PLATINUM LEGAL GROUP INC. | (41,159.29) |
| 30/7/07 | Karen Whibley | Expert Fees - PLG PLATINUM LEGAL GROUP INC. | 43,777.02 |
| 30/7/07 | Karen Whibley | Reversal from Void Check Number: 96639 Bank ID: BT1 Voucher ID: 586723 Vendor: PLG PLATINUM LEGAL GROUP INC. | (2,617.73) |
| 31/1/08 | Karen Whibley | Professional Fees - PLATINUM LEGAL INC. | 960.92 |
| 5/3/08 | Marna McGeorge | Copies | 0.20 |
| 5/3/08 | Derrick C. Tay | Long distance calls 15613621533 | 1.62 |
| 5/3/08 | Monique Massabki | Copies | 0.10 |
| 5/3/08 | Monique Massabki | Copies | 0.10 |
| 6/3/08 | Orestes Pasparakis | Long distance calls 13128612162 | 0.80 |
| 12/3/08 | Monique Massabki | Copies | 0.10 |
| 12/3/08 | Monique Massabki | Copies | 0.70 |
| 12/3/08 | Monique Massabki | Copies | 0.80 |
| 12/3/08 | Monique Massabki | Copies | 0.70 |
| 12/3/08 | Monique Massabki | Copies | 0.10 |
| 12/3/08 | Monique Massabki | Copies | 0.10 |
| 19/3/08 | Jennifer Stam | Filing notice of motion - MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 19/3/08 | Karen Whibley | Copies | 0.70 |
| 19/3/08 | Karen Whibley | Copies | 0.80 |
| 19/3/08 | Karen Whibley | Copies | 0.70 |
| 19/3/08 | Karen Whibley | Copies | 1.10 |
| 19/3/08 | Karen Whibley | Copies | 1.10 |
| 20/3/08 | Monique Massabki | Copies | 0.10 |
| 20/3/08 | Monique Massabki | Copies | 0.20 |
| 20/3/08 | Monique Massabki | Copies | 0.10 |
| 20/3/08 | Monique Massabki | Copies | 0.30 |
| 20/3/08 | Monique Massabki | Copies | 0.20 |
| 20/3/08 | Monique Massabki | Copies | 0.10 |
| 20/3/08 | Monique Massabki | Copies | 0.10 |
| 20/3/08 | Monique Massabki | Copies | 0.10 |
| 20/3/08 | Monique Massabki | Copies | 0.10 |
| 24/3/08 | Monique Massabki | Copies | 0.30 |
| 24/3/08 | Jennifer Stam | Copies | 0.20 |
| 24/3/08 | Jennifer Stam | Copies | 0.20 |
| 24/3/08 | Monique Massabki | Copies | 0.10 |
| 24/3/08 | Orestes Pasparakis | Long distance calls 14125676720 | 11.03 |
| 24/3/08 | Monique Massabki | Copies | 0.10 |
| 24/3/08 | Jennifer Stam | Copies | 3.50 |
| 24/3/08 | Monique Massabki | Copies | 0.20 |

INVOICE: 797508



W.R. GRACE & CO.                                                                                      01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 24/3/08 | Derrick C. Tay | Courier service FedEx shipment #689588764161 FROM TORONTO, ON, CA. To: JANET S. BAER,KIRKLAND & ELLIS LLP, CHICAGO, IL, US. ON 24-03-2008, GST: 0.00, QST: 0.00 | 44.62 |
| 24/3/08 | Derrick C. Tay | Courier service FedEx shipment #689588764150 FROM TORONTO, ON, CA. To: RICHARD C. FINKE,W.R. GRACE & CO., COLUMBIA, MD, US. ON 24-03-2008, GST: 0.00, QST: 0.00 | 44.62 |
| 24/3/08 | Monique Massabki | Copies | 0.10 |
| 24/3/08 | Jennifer Stam | Copies | 13.20 |
| 25/3/08 | Jennifer Stam | Copies | 1.40 |
| 25/3/08 | Karen Whibley | Copies | 0.20 |
| 26/3/08 | Jennifer Stam | Copies | 1.70 |
| 28/3/08 | Jennifer Stam | Process server fee - KAP LITIGATION SERVICES | 45.00 |
| 31/3/08 | Derrick C. Tay | Copies | 0.30 |
|  |  | TOTAL | $1,265.71 |

INVOICE: 797508



# OGILVY RENAULT

LLP / S.E.N.C.R.L., s.r.l.

Client: W.R. GRACE & CO.
RE: Fee Applications, Applicant
Matter No.: 01016442-0008

April 9, 2008
INVOICE: 797509

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending March 31, 2008

| | |
|---|---:|
| FEES | $685.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 30.82 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $716.32 |

**Bank Transfer**
Please remit by bank transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Please return a copy with payment to our address below.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930
ogilvyrenault.com


**OGILVY RENAULT**

W.R. GRACE & CO. 01016442-0008

RE: Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.9 | $481.50 |
| P. Adams | 1.2 | $204.00 |
| Total | 2.10 | $685.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/3/08 | Teresa Walsh | Reviewing response of Fee Auditor regarding disbursement charges for scanning and coding documents in relation to legal services provided to client. | 0.20 | $107.00 |
| 17/3/08 | Penny Adams | Dealing with issues relating to payment of fees and disbursements (0.2); email to R. Finke regarding same (0.1). | 0.30 | $51.00 |
| 24/3/08 | Teresa Walsh | Review of previous Auditor's Reports on fees and disbursements approved and still pending (0.2); follow-up internally regarding outstanding accounts for third-party service provider (0.1). | 0.30 | $160.50 |
| 26/3/08 | Teresa Walsh | Review of and revisions to Fourteenth Monthly Fee Application (0.3); follow-up with P. Adams regarding revisions (0.1). | 0.40 | $214.00 |
| 26/3/08 | Penny Adams | Drafting Fourteenth Monthly Fee Application (0.3); reviewing and revising same (0.2); reviewing accounts (0.1). | 0.60 | $102.00 |
| 27/3/08 | Penny Adams | Reviewing and revising Fourteenth Monthly Fee Application (0.2); correspondence with T. Walsh regarding same (0.1). | 0.30 | $51.00 |
| | | **TOTAL FEES** | | **$685.50** |

INVOICE: 798023



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0008

RE: Fee Applications, Applicant

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 0.90 |
| Courier service | 29.92 |
| | $30.82 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 29/2/08 | Derrick C. Tay | Courier service FedEx shipment #689588763165 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER, PACHULSKI STANG ZIEHL & JONES. WILMINGTON, DE, US. ON 29-02-2008, GST: 0.00, QST: 0.00 | 29.92 |
| 24/3/08 | Teresa Walsh | Copies | 0.10 |
| 26/3/08 | Monique Massabki | Copies | 0.80 |
| | | TOTAL | $30.82 |

INVOICE: 797509