# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MARCH 1, 2008 THROUGH
# MARCH 31, 2008

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

April 18, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number    76255

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
            Subtotal for FEES only:  03/31/08      $22,230.00
            Subtotal for COSTS only: 03/31/08       $1,839.62
                                                   ----------
  CURRENT PERIOD FEES AND COSTS:     03/31/08      $24,069.62
                                                   ----------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

April 18, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   76255

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 7.0 | 1,350.00 |
| LITIGATION | 52.7 | 20,730.00 |
| CASE ADMINISTRATION | 1.0 | 150.00 |
| Subtotal for FEES only: 03/31/08 | 60.7 | $22,230.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 52.50 | 52.50 | 21,000.00 | 0.00 | 0.00 |
| 150.00 | CAH | 8.20 | 8.20 | 1,230.00 | 0.00 | 0.00 |
| Totals | | 60.70 | 60.70 | 22,230.00 | 0.00 | 0.00 |

|  |  | Act | Trans |  | Billable | Billable | Grp |
|---|---|---|---|---|---|---|---|
| Cl Code | Grouping code description | Emp | Date | Transaction description | Hours | Dollars | Cd |
| WRG | LITIGATION | CAH | 03/28/08 | Respond to numerous e-mails from D. Felder; review witness list designation of ACC as executed M. Hartford; e-mail to M. Hurford. | 0.70 | 105.00 | Li |
| WRG | LITIGATION | CAH | 03/28/08 | Download and review FCR's Joinder in ACC designation for estimation Hearing; scan and file same after John C. Phillips, Jr.'s execution of same. | 0.50 | 75.00 | |
| WRG | LITIGATION | CAH | 03/28/08 | E-mail to M. Hurford and D. Felder re: filing of FCR's Joinder. | 0.20 | 30.00 | |
|  |  |  |  |  | 1.40 | 210.00 | |
| WRG | LITIGATION | JCP | 03/03/08 | Review of Debtors' Response to Allegheny Center Associates' Motion for Relief from Order of Dismissal with Exhibits; review of three Notices of Transfers of Claims; review of Kentucky's Entry of Appearance; review of Notice of Filing Under Seal; letter from counsel for Debtors to Judge Fitzgerald re: Second Circuits Manville Opinion; review of miscellaneous pleadings. | 0.60 | 240.00 | |
| WRG | LITIGATION | JCP | 03/04/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 03/05/08 | Review of miscellaneous pleadings; letter from counsel for Montana to Judge Fitzgerald. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 03/06/08 | Review of three Certifications of Counsel re: service of miscellaneous Orders with attachments; review of attached Orders; e-mail from and e-mail to paralegal re: 3/17/08 Hearing. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 03/07/08 | Review of Certification of Counsel re: Order Authorizing Debtors to Further Extend and Modify DIP Financing; review of proposed Order re: same; preliminary review of 2/25/08 transcript. | 0.40 | 160.00 | |
| WRG | LITIGATION | JCP | 03/10/08 | Review of Debtors' Opposition to Speights & Runyon's Motion for Extension of Time; review of miscellaneous pleadings and Order. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 03/11/08 | Review of miscellaneous pleadings; review of Agenda for 3/17/08 Hearing; review of Certification of Counsel re: 26th Quarter Project Summary. | 0.40 | 160.00 | |
| WRG | LITIGATION | JCP | 03/12/08 | Review of Notice of Settlement re: Libby Site with enclosure (.1); review of Settlement Agreement with EPA (.3); review of 3/11/08 Memorandum denying New Jersey's appeal to file late Proof of Claim (.2); review of Third Circuit Briefing and Scheduling Order (.1). | 0.70 | 280.00 | |
| WRG | LITIGATION | JCP | 03/13/08 | Review of Debtors' Notice of Motion, Motion for Order Approving Settlement with EPA re: Libby Asbestos Site and | 0.20 | 80.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | Proposed Order. | | | |
| WRG | LITIGATION | JCP | 03/14/08 | Review of Judge Buckwalter's 3/11/08 Order denying New Jersey's appeal (.1); Review of miscellaneous pleadings (.3); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of Personal Injury Committee's draft Motion in Limine re: Information from Personal Injury Questionnaire (.2); review of and revise Personal Injury Committee's draft Motion in Limine re: Settlement Information Subject to Debtors' Rule 408 Argument (.2); e-mail from and e-mail to Debbie Felder re: 3/14/08 filing (2x) (.1); e-mail from counsel for Personal Injury Committee re: same (2x) (.1); e-mail from and e-mail to local counsel for Personal Injury Committee re: same; e-mail from Ray Mullady re: same (.1); e-mail from local counsel for Personal Injury Committee with enclosure (2x) (.1); review of Personal Injury Committee's and Future Claims Respesentative's List of Witnesses (.1); e-mail to local counsel for Personal Injury Committee approving filing of same (2x); e-mail from counsel for Personal Injury Committee re: Debtors' filing their witness list (.1); e-mail from Debbie Felder re: same (.1); review of Revised Witness List (.1); review of Debtors' Witness List (.1); e-mail to local counsel for Personal Injury Committee forwarding revisions to 408 Motion in Limine (.1); e-mail from Ray Mullady approving same and suggesting others (.1); phone conference with local counsel for Personal Injury Committee re: same (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of and revise revised 408 Motion in Limine (.1); phone conference with local counsel for Personal Injury Committee re: further revisions and approving filing of same (.1); review of as filed Witness List (.1). | 2.60 | 1,040.00 | |
| WRG | LITIGATION | JCP | 03/15/08 | Review of Agenda for March and April Personal Injury Estimation Hearings (.1); memorandum to paralegal re: John C.Phillips, Jr.'s telephone participation (.1); review of Notice re: Court Call availability (.1); forward same to paralegal (.1); review of as filed 408 Motion in Limine (.1); review of Debtors' Motion in Limine to Exclude Expert Stephen Snyder (voluminous) (.7). | 1.20 | 480.00 | |
| WRG | LITIGATION | JCP | 03/17/08 | Review of Amended Agenda for 3/17/08 Hearing (.1); review of Debtors' Motion to Approve Curtis Bay Settlement (.1); review of USA's Notice of Lodging of Settlement Agreement re: same (.1); review of Huben affidavit filed by Speights & Runyan re: Allegheny Center's claim (.1); review of Stipulaiton between Debtors and David Slaughter (.1); phone conference with Judge Fitzgerald and all counsel (2.8). | 3.30 | 1,320.00 | |
| WRG | LITIGATION | JCP | 03/18/08 | Review of Debtors' Motion in Limine to Exclude Claimants' Witness (Kraus) (extremely voluminous) (1.7); review of miscellaneous pleadings (.1); review of Amended Notice of Debtors' Motion in Limine to Exclude Expert Testimony of | 3.00 | 1,200.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | Stephen Snyder (.1); review of Debtors' Motion to Authorize Payment of Prepetition Real Estate Taxes with Exhibits (.4); review of UniFirst Corp.s Objection to Debtors' Motion to Authorize Transfer of Environmental Liabilities with Exhibits (.6); review of Agenda for 3/25/08 Hearing (.1). | | | |
| WRG | LITIGATION | JCP | 03/19/08 | Review of ZAI Claimants' Motion to Authorize Filing of a Washington Class Proof of Claim; review of Memo in support of same with exhibits (voluminous) (.5); review of proposed Order re: same (.1); review of ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim (voluminous) (.8); review of Hampshire Chemical's Objection to Debtors' Motion to Transfer Environmental Liabilities (.1); review of Notice of Change of Time for 3/24/08 Hearing (.1); re-calendar same (.1); review of ZAI Claimants' Motion to Appoint Expert; review of ZAI Claimants' Memo in Support of same with exhibits (voluminous) (.4); review of Notice re: Change of 4/21/08 Hearing Time (.1); re-calendar same; review of Debtors' Motion to Establish a ZAI Bar Date and Proof of Claim Form with Exhibits (voluminous) (.7); review of Florida's Response to Debtors' Motion to Transfer Environmental Liabilities (.1). | 3.00 | 1,200.00 | |
| WRG | LITIGATION | JCP | 03/20/08 | Review of New Hampshire's Objection to Debtors' Motion re: Transfer of Environmental Liabilities (.1); review of Order Rescheduling two Personal Injury Estimation Trial Dates (.1); revise calendar re: same (.1); review of multiple e-mails re: 3/22/08 filing (.1); e-mail to Debbie Felder re: same (.1); e-mail to local counsel for Personal Injury Committee re: same (.1); letter from local counsel for Personal Injury Committee to Judge Fitzgerald forwarding Personal Injury Committee's/Future Claimants Representative's Rule 408 Motion in Limine (.1); review of Order Rescheduling two Personal Injury Estimation Hearing Dates (.1); re-calendar same (.1). | 0.90 | 360.00 | |
| WRG | LITIGATION | JCP | 03/21/08 | E-mail from Debbie Felder (3x) re: designations and counter-designations; e-mail from counsel for Personal Injury Committee (2x) re: same (.1); review of Counter-Designations for Nurre (.1); review of Counter-Designations for Austern (.1); e-mail from paralegal for Debtors with enclosure (.1); review of Amended Agenda for 3/24/08 Omnibus Hearing (cancelled) (.1); e-mail from Ray Mullady re: 3/22/08 filing (.1); review of miscellaneous pleadings (.1); review of New York's Response to Debtors' Motion to Transfer Environmental Liabilities (.1). | 0.80 | 320.00 | |
| WRG | LITIGATION | JCP | 03/22/08 | E-mail from Debbie Felder with enclosure (.1); review of Personal Injury Committee's and Future Claimants Representative's Counter-Designations to Deposition Testimony of Austern, George-Houser, Mekus, Segarra, Schonfeld, Nurre & Harron (.1); e-mail to Debbie Felder re: | 1.40 | 560.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | same (.1); e-mail from Debbie Felder with enclosure (.1); review of as served version of same (.1); e-mail from paralegal for Debtors' with enclosure (.1); review of Amended Agenda re: 3/24/08 Personal Injury Estimation Trial; re-calendar same (.1); review of Debtors' Opposition to Personal Injury Committee's and Future Claimants Representative's Rule 408 Motion in Limine with Exhibits (.7). | | | |
| WRG | LITIGATION | JCP | 03/24/08 | Review of United States' Objection to Debtors' Motion to Transfer Environmental Liabilities (.1); review of Notice of Change of May 2008 Omnibus Hearing Date; and calendar same (.1); memorandum to paralegal re: making arrangements for telephonic appearance at same (.1); phone conference with Judge FItzgerald and all Estimation Hearing counsel (5.4); review of Washinton's Class Representative's Second Amended Proof of Claim (.1). | 5.80 | 2,320.00 | |
| WRG | LITIGATION | JCP | 03/25/08 | Review of Notice of Change in Hearing Date from 5/19/08 in Wilmington, DE to 6/2/08 in Pittsburgh, PA and calendar same (.1); e-mail to paralegal re: arranging for Court Call for same (.1); phone conference with Judge Fitzgerald and all Estimation counsel (9 - 12:20 and 1:20 - 4:20, a total of 6.6). | 6.80 | 2,720.00 | |
| WRG | LITIGATION | JCP | 03/26/08 | Review of Massachusetts DEP's Objection to Debtors' Motion to Transfer Environmental Liabilities (.2); review of (preliminary) 3/17/08 Hearing Transcript (.2); phone conference with Judge Fitzgerald and all Estimation Hearing counsel (9 am - 12 pm and 1 pm - 5 pm = 7.2). | 7.60 | 3,040.00 | |
| WRG | LITIGATION | JCP | 03/27/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 03/28/08 | E-mail from Debbie Felder re: joinder (4x)(.2); e-mail from Celeste A. Hartman re: same (2x)(.1); e-mail from local counsel for Personal Injury Committee re: Witness Order Statement with enclosure (3x)(.1); review of draft of same (.2); review of draft Response to Debtors' Motion to Exclude Krause (.7) & Snyder (.5); review of final version of same (.2); review of further revised version of same (.2); e-mail from local counsel for Personal Injury Committee (3x) re: revisions to same (.1); review of final version of same (.2); review of miscellaneous pleadings (.1); review of as filed copy of Witness Order Statement (.2); e-mail from counsel for Debtors' objecting to same (.1); review of and execute Future Claimants Representative's Joinder to Debtors' Motion to Exclude Krause & Snyder (.2); review of Second Amended Agenda for Personal Injury Estimation Hearings in March and April (.1); e-mail from counsel for Personal Injury Committee re: trial time on 3/31/08 (.1). | 3.30 | 1,320.00 | |
| WRG | LITIGATION | JCP | 03/29/08 | Review of Notice of Rescheduled ZAI Hearing; re-calendar same; review of Debtors' Motion in Limine to Exclude | 0.50 | 200.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | Evidence re: Grace's Insurance Coverage with Exhibits (voluminous); review of Debtors' Updated Notice of Order of Witnesses. | | | |
| WRG | LITIGATION | JCP | 03/31/08 | Conference with Judge Fitzgerald and all Estimation Hearing counsel (8:30 a.m. - 12:10 p.m. and 1:10 p.m. - 5/20 p.m. = 7.7); e-mail from and e-mail to Debbie Felder re: 4/4/08 filing (.1). | 7.80 | 3,120.00 | |
| | | | | | --------------- | ---------------- | |
| | | | | | 51.30 | 20,520.00 | |
| | | | | | --------------- | ---------------- | |
| | | | | | 52.70 | 20,730.00 | |
| | | | | | --------------- | ---------------- | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/03/08 | Scan file and serve Certificate of No Objection for December Fee Application and 14th Quarterly Fee Application. | 0.70 | 105.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/03/08 | Respond to e-mail from D. Felder on Certificates of No Objection for Quarterly Fee Applications. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/04/08 | Download and print Certificate of No Objection for Austern's and Tillinghast's Quarterly Fee Applications; file same; e-mail to D. Fullem to advise filing complete. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/07/08 | Download and file Certificate of No Objection for Austern's December Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/07/08 | Download and file Piper Jaffray's January Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/07/08 | Draft December Fee Application for Phillips, Goldman & Spence. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/14/08 | Complete Fee Application; forward to John C. Phillips, Jr. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/14/08 | Scan file and serve January Fee application for Phillips, Goldman & Spence. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/24/08 | Respond to e-mails from D. Felder re: fee applications. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/24/08 | Print scan and file January Fee Application for Orrick Herrington. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/24/08 | Review of and revise Phillips, Goldman & Spence pre-bills to comply with local rules. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/26/08 | Draft Fee Application for Phillips, Goldman & Spence for February 2008. | 0.80 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/27/08 | Scan file and serve Phillips, Goldman & Spence February Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/28/08 | Download and file Certificate of No Objection for Piper Jaffray's January Fee Application. | 0.30 | 45.00 | |
| | | | | | 5.80 | 870.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/10/08 | Review of Certification of Counsel re: Fee Auditor's Report Approving 26th Quarterly Fee Applications. | 0.20 | 80.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/13/08 | Review of 3/12/08 Order Allowing Quarterly Fee Application. | 0.10 | 40.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/14/08 | Review of, revise and execute Phillips, Goldman & Spence, P.A.'s 44th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/17/08 | Review of and revise downward February 2008 prebill. | 0.30 | 120.00 | |

```
                                       Act  Trans                                                    Billable          Billable  Grp
Cl Code  Grouping code description     Emp  Date     Transaction description                            Hours           Dollars  Cd

WRG      FEE/EMPLOYMENT APPLICATIONS   JCP  03/26/08 Review, revise and execute PG&S' 45th Monthly Fee     0.30           120.00  fa
                                                    Application; conference with Celeste A. Hartman re: same.
                                                                                                    --------------   ----------------
                                                                                                          1.20            480.00
                                                                                                    --------------   ----------------
                                                                                                          7.00          1,350.00
                                                                                                    --------------   ----------------
                                                                                                         60.70         22,230.00
                                                                                                    ==============   ================
```

49 records printed.

```
                        Sort Fields:
                          Grouping code                    (Paginate)
                          Client code
                          Actual employee code             (Subtotals)
                          Transaction date

                        Range Fields:
                          Client code                      I  WRG  -   WRG
                          Invoice Number                   I   76255 -    76255


                                         Act  Trans                                                    Billable        Billable  Grp
Cl Code Grouping code description        Emp  Date    Transaction description                          Hours           Dollars   Cd

WRG     CASE ADMINISTRATION              CAH  03/26/08 Update docket and merge original signatures into filed    0.60       90.00  Ca
                                                      documents.

WRG     CASE ADMINISTRATION              CAH  03/27/08 Merge original signatures into filed documents.           0.20       30.00

WRG     CASE ADMINISTRATION              CAH  03/28/08 Circulate Order changing Omnibus Hearing date.            0.20       30.00
                                                                                                            -----------  -----------
                                                                                                              1.00        150.00
                                                                                                            -----------  -----------
                                                                                                              1.00        150.00
                                                                                                            -----------  -----------
```