# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# MARCH 1, 2008 THROUGH
# MARCH 31, 2008

Page   2

April 18, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   76255

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| | | |
|---|---|---:|
| 03/01/08 | Federal Express | 47.71 |
| 03/03/08 | Postage | 3.54 |
| 03/03/08 | Photocopies | 37.70 |
| 03/10/08 | Check No.: 36846 - Parcels, Inc. - document | |
| | retrieval/service/copy/mail, etc. | 10.00 |
| 03/10/08 | Check No.: 36846 - Parcels, Inc. - document | |
| | retrieval/service/copy/mail, etc. | 752.33 |
| 03/18/08 | Facsimile | 3.00 |
| 03/19/08 | Check No.: 36906 - Parcels, Inc. - document | |
| | retrieval/service/copy/mail, etc. | 10.00 |
| 03/28/08 | Check No.: 36971 - Parcels, Inc. - document | |
| | retrieval/service/copy/mail, etc. | 251.84 |
| 03/31/08 | Check No.: 36987 - John C. Phillips, Jr. - | |
| | expense reimbursement for Court Call fees. | 51.00 |
| 03/31/08 | Check No.: 36987 - John C. Phillips, Jr. - | |
| | expense reimbursement for Court Call fees. | 297.00 |
| 03/31/08 | Check No.: 36987 - John C. Phillips, Jr. - | |
| | expense reimbursement for parking. | 7.00 |
| 03/31/08 | Check No.: 36987 - John C. Phillips, Jr. - | |
| | expense reimbursement for Court Call fees. | 368.50 |

Subtotal for COSTS only: 03/31/08     $1,839.62