**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**February 2008**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended February 29, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 30.9 | $ 21,169.90 |
| James Geary | Audit Partner | 25+ | Integrated Audit | $868.38 | 2.7 | $ 2,344.63 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $904.05 | 5.0 | $ 4,520.25 |
| Robert Keehan | Audit Partner | 19 | Integrated Audit | $685.11 | 6.0 | $ 4,110.66 |
| George Baccash | Tax Partner | 32 | Integrated Audit | $588.00 | 12.0 | $ 7,056.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 19.5 | $ 7,678.13 |
| Jennifer James | Director | 16 | Integrated Audit | $627.30 | 13.0 | $ 8,154.90 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 155.0 | $ 61,008.00 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $393.60 | 6.0 | $ 2,361.60 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $375.16 | 12.5 | $ 4,689.50 |
| Jesse Tracey | Advisory Director | 11 | Integrated Audit | $455.10 | 3.8 | $ 1,729.38 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $313.65 | 74.5 | $ 23,366.93 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $267.75 | 35.0 | $ 9,371.25 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | $217.71 | 210.0 | $ 45,719.10 |
| Esther Ko | Advisory Manager | 9 | Integrated Audit | $375.15 | 4.0 | $ 1,500.60 |
| Todd Melaragni | Advisory Manager | 10 | Integrated Audit | $375.15 | 26.0 | $ 9,753.90 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | $211.56 | 12.5 | $ 2,644.50 |
| Matthew Zehnder | Advisory Senior Associate | 4 | Integrated Audit | $307.50 | 3.0 | $ 922.50 |

| Name | Title | Years | Type | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $307.50 | 4.0 | $ 1,230.00 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | $189.00 | 48.5 | $ 9,166.50 |
| Erica Margolius | Audit Associate | 2 | Integrated Audit | $193.11 | 231.0 | $ 44,608.41 |
| Ka Yip | Audit Associate | 2 | Integrated Audit | $168.51 | 20.5 | $ 3,454.46 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 228.0 | $ 34,494.12 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | 247.5 | $ 29,224.80 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $138.99 | 256.5 | $ 35,650.94 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 282.2 | $ 39,222.98 |
| Brad Wilson | Advisory Associate | <1 | Integrated Audit | $235.00 | 22.5 | $ 5,287.50 |
| Michelle Camara | Tax Associate | <1 | Integrated Audit | $141.75 | 20.0 | $ 2,835.00 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | $141.75 | 38.5 | $ 5,457.38 |
| Edward Mitchell | Advisory Associate | 2 | Integrated Audit | $227.55 | 1.5 | $ 341.33 |
| Maureen Bravo | EA | 35 | Integrated Audit | $94.50 | 1.0 | $ 94.50 |
| TOTAL | | | | | 2,033.1 | $ 429,169.61 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 12.5 | $ 1,894.82 |
|---|---|---|

**Summary of PwC's Fees By Project Category:**
**February 2008**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |

| Category | | |
|---|---|---|
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 12.5 | $1,894.82 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,033.1 | $429,169.61 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,045.6 | $431,064.43 |

**Expense Summary**
**February 2008**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $2,990.74 |
| Lodging | N/A | $402.45 |
| Sundry | N/A | $7.79 |
| Business Meals | N/A | $2,284.66 |
| TOTAL: | | $5,685.64 |