# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended February 29, 2008

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 2/28/08 | | | | $ 28.26 | Audit team lunch with P Barkley, D Parker, L Keorlet and E Margolius at Grace Café |
| Pamela Barkley | Integrated Audit | 2/16/08 | $ 44.44 | | | | Excess mileage to the client case site from office |
| | Integrated Audit | 2/21/08 | $ 253.50 | | | | Flight from BWI to Miami |
| | Integrated Audit | 2/21/08 | | | | $ 88.26 | Travel dinner with L.Keorlet |
| | Integrated Audit | 2/21/08 | | 197.75 | | | Hotel stay for one night |
| | Integrated Audit | 2/21/08 | $ 12.63 | | | | Excess mileage from home to the airport |
| | Integrated Audit | 2/22/08 | $ 356.50 | | | | Flight from Miami to BWI |
| | Integrated Audit | 2/22/08 | | | | 14.57 | Dinner |
| | Integrated Audit | 2/22/08 | $ 13.00 | | | | Taxi from hotel to office in miami |
| | Integrated Audit | 2/22/08 | | | | 47.95 | Breakfast with L.Keorlet |
| | Integrated Audit | 2/22/08 | $ 20.00 | | | | Parking for 2 days at BWI |
| | Integrated Audit | 2/22/08 | $ 12.63 | | | | Excess mileage from home to airport |
| | Integrated Audit | 2/23/08 | $ 44.44 | | | | Excess mileage to client site |
| Lynda Keorlet | Integrated Audit | 2/16/08 | $ 20.20 | | | 34.27 | Team breakfast during weekend work (L.Keorlet, A.Lueck, E.Margolius, P.Barkley, P.Katsiak, S.Rahmani) |
| | Integrated Audit | 2/16/08 | | | | | Twenty Miles each way to Grace to work on weekend |
| | Integrated Audit | 2/18/08 | | | | $ 35.22 | Team breakfast during weekend work (L.Keorlet, A.Lueck, E.Margolius, P.Barkley, P.Katsiak, S.Rahmani) |
| | Integrated Audit | 2/21/08 | | | | $ 8.96 | travel meal - day of travel to Miami for tax review trip |
| | Integrated Audit | 2/22/08 | $ 20.00 | | | | Parking at airport while in Miami for tax review trip |
| | Integrated Audit | 2/23/08 | | | | $ 34.27 | Team breakfast during weekend work (L.Keorlet, A.Lueck, E.Margolius, P.Barkley, P.Katsiak, S.Rahmani) |
| | Integrated Audit | 2/22/08 | | | | 40.84 | Team lunch while in Miami for tax review trip : L.Keorlet, P.Barkley, J. Spratt, J. Calvo |
| | Integrated Audit | 2/21/08 | | 204.70 | | | hotel stay for night while in Miami for tax review trip |
| | Integrated Audit | 2/22/08 | $ 86.70 | | | | taxi to Miami from airport in Ft.Lauderdale (L.Keorlet & P.Barkley) |
| | Integrated Audit | 2/19/08 | $ 253.50 | | | | air travel to Miami for tax review trip |
| | Integrated Audit | 2/19/08 | $ 356.50 | | | | air travel from Miami for tax review trip |
| Ka Yip | Integrated Audit | 2/27/08 | $ 19.19 | | | | Travel from the office to the client site. |
| | Integrated Audit | 2/27/08 | $ 20.71 | | | | Travel from client site to home = 48 miles. Travel from home to the office = 7 miles. So 41 miles to travel from Client to H |
| | Integrated Audit | 2/28/08 | $ 20.71 | | | | Travel from client site to home = 48 miles. Travel from home to the office = 7 miles. So 41 miles to travel from Client to H |
| | Integrated Audit | 2/28/08 | $ 20.71 | | | | Travel from client site to home = 48 miles. Travel from home to the office = 7 miles. So 41 miles to travel from Client to H |
| Pavel Katsiak | Integrated Audit | 1/24/08 | | | | $ 239.25 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |
| | Integrated Audit | 1/26/08 | | | | $ 146.15 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | Integrated Audit | 1/28/08 | | | | $ 130.95 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | Integrated Audit | 2/1/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/4/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/5/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/6/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/7/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/8/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/11/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/12/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/13/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/14/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/15/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/16/08 | $ 40.85 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD on a weekend |
| | Integrated Audit | 2/16/08 | | | | $ 90.80 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | Integrated Audit | 2/18/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/18/08 | | | | $ 91.60 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | Integrated Audit | 2/19/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/20/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/20/08 | | | | $ 336.57 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |
| | Integrated Audit | 2/21/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/21/08 | | | | $ 230.81 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |
| | Integrated Audit | 2/22/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/23/08 | $ 40.85 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD on a weekend |
| | Integrated Audit | 2/23/08 | | | | $ 142.77 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | Integrated Audit | 2/25/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/25/08 | | | | $ 287.45 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |
| | Integrated Audit | 2/26/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | Integrated Audit | 2/26/08 | | | | $ 206.85 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **Shahin Rahmani** | | | | | | |
| Integrated Audit | 2/27/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 2/28/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 2/29/08 | $ 27.63 | | | | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| Integrated Audit | 2/1/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/4/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/5/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/6/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/7/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/8/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/11/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/12/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/13/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/14/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/15/08 | $ 5.05 | | | | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| Integrated Audit | 2/16/08 | $ 26.26 | | | | Mileage in excess of normal commute (52 miles * .505/mile)= 26.26 * 2 |
| Integrated Audit | 2/18/08 | $ 17.18 | | | | mileage in excess of normal commute 25 miles * .505 and pick up dinner 9 miles * .505 |
| Integrated Audit | 2/19/08 | $ 7.59 | | | | mileage in excess of normal commute 10 miles * .505 and pick up dinner 5 miles * .505 |
| Integrated Audit | 2/20/08 | $ 15.16 | | | | mileage in excess of normal commute 25 miles * .505 and pick up dinner 5 miles * .505 |
| Integrated Audit | 2/21/08 | $ 15.16 | | | | mileage in excess of normal commute 25 miles * .505 and pick up dinner 5 miles * .505 |
| Integrated Audit | 2/22/08 | $ 5.06 | | | | mileage in excess of normila commute 10 miles * .505 |
| Integrated Audit | 2/23/08 | $ 24.24 | | | | mileage in excess of normal commute 48 miles * .505 |
| Integrated Audit | 2/25/08 | $ 17.18 | | | | mileage in excess of normal commute 34 miles * .505 |
| Integrated Audit | 2/26/08 | $ 20.71 | | | | mileage in excess of normal commute 41 miles * .505 |
| Integrated Audit | 2/27/08 | $ 20.71 | | | | mileage in excess of normal commute 39 miles * .505 |
| Integrated Audit | 2/28/08 | $ 19.20 | | | | mileage in excess of normal commute 25 miles * .505 and pick up dinner 13 miles * .505 |
| Integrated Audit | 2/29/08 | $ 5.06 | | | | mileage in excess of normal commute 10 miles * .505 |
| **Erica Margollus** | | | | | | |
| Integrated Audit | 2/7/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/8/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/11/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/12/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/13/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/14/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/15/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/16/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/18/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/19/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/20/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/21/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/22/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/23/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/25/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/26/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/27/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/28/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Integrated Audit | 2/29/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| **Adam Lueck** | | | | | | |
| Integrated Audit | 2/16/08 | $ 23.24 | | | | Round trip overtime mileage to Corporate headquarters (.485*46 miles). |
| Integrated Audit | 2/19/08 | | | $ 7.79 | | Postage for accounts receivable confirmations |
| Integrated Audit | 2/19/08 | $ 23.24 | | | | Round trip overtime mileage to Corporate headquarters (.485*46 miles) |
| **Juel Ping Own** | | | | | | |
| Integrated Audit | 1/15/08 | | | | $ 17.65 | Lunch - DeliLane Brickel, Miami, FL (Self) |
| Integrated Audit | 1/29/08 | | | | $ 31.21 | Group Lunch - 5 Spices Boca Raton, FL (Self, Bonnie Shub-Gayer, Todd Chesla) |
| **Jacqueline Calvo** | | | | | | |
| Integrated Audit | 1/21/08 | $ 70.70 | | | | 90 each way less 20 regular trip = 70 x 2 = 140 |
| Integrated Audit | 1/22/08 | $ 70.70 | | | | 90 each way less 20 regular trip = 70 x 2 = 140 |
| Integrated Audit | 1/21/08 | $ 9.50 | | | | tolls |
| Integrated Audit | 1/22/08 | $ 9.50 | | | | tolls |
| **Summary** | Total | Transportation | Lodging | Sundry | Business Meals | |
| | $ 5,685.64 | $ 2,990.74 | $ 402.45 | $ 7.79 | $ 2,284.66 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended February 29, 2008**

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 2/28/08 | Audit Partner | $ 28.26 | Audit team lunch with P Barkley, D Parker, L Keorlet and E Margolius at Grace Café |
| | | | **$ 28.26** | |
| Pamela Barkley | 2/16/08 | Audit Senior Associate | $ 44.44 | Excess mileage to the client site from office |
| | 2/21/08 | Audit Senior Associate | $ 253.50 | Flight from BWI to Miami |
| | 2/21/08 | Audit Senior Associate | $ 88.26 | Travel dinner with L.Keorlet |
| | 2/21/08 | Audit Senior Associate | $ 197.75 | Hotel stay for one night |
| | 2/21/08 | Audit Senior Associate | $ 12.63 | Excess mileage from home to the airport |
| | 2/22/08 | Audit Senior Associate | $ 356.50 | Flight from Miami to BWI |
| | 2/22/08 | Audit Senior Associate | $ 14.57 | Dinner |
| | 2/22/08 | Audit Senior Associate | $ 13.00 | Taxi from hotel to office in Miami |
| | 2/22/08 | Audit Senior Associate | $ 47.95 | Breakfast with L.Keorlet |
| | 2/22/08 | Audit Senior Associate | $ 20.00 | Parking for 2 days at BWI |
| | 2/22/08 | Audit Senior Associate | $ 12.63 | Excess mileage from home to airport |
| | 2/23/08 | Audit Senior Associate | $ 44.44 | Excess mileage to client site |
| | | | **$ 1,105.67** | |
| Lynda Keorlet | 2/16/08 | Audit Associate | $ 34.27 | Team breakfast during weekend work (L.Keorlet, A.Lueck, E.Margolius, P.Barkley, P.Katsiak, S.Rahmani) |
| | 2/16/08 | Audit Associate | $ 20.20 | Twenty Miles each way to Grace to work on weekend |
| | 2/18/08 | Audit Associate | $ 35.22 | Team breakfast during weekend work (L.Keorlet, A.Lueck, E.Margolius, P.Barkley, P.Katsiak, S.Rahmani) |
| | 2/21/08 | Audit Associate | $ 8.96 | travel meal - day of travel to Miami for tax review trip |
| | 2/22/08 | Audit Associate | $ 20.00 | Parking at airport while in Miami for tax review trip |
| | 2/23/08 | Audit Associate | $ 34.27 | Team breakfast during weekend work (L.Keorlet, A.Lueck, E.Margolius, P.Barkley, P.Katsiak, S.Rahmani) |
| | 2/22/08 | Audit Associate | $ 40.84 | Team lunch while in Miami for tax review trip : L.Keorlet, P.Barkley, J. Spratt, J. Calvo |
| | 2/21/08 | Audit Associate | $ 204.70 | hotel stay for night while in Miami for tax review trip |
| | 2/22/08 | Audit Associate | $ 86.70 | taxi to Miami from airport in Ft.Lauderdale (L.Keorlet & P.Barkley) |
| | 2/19/08 | Audit Associate | $ 253.50 | air travel to Miami for tax review trip |
| | 2/19/08 | Audit Associate | $ 356.50 | air travel from Miami for tax review trip |
| | | | **$ 1,095.16** | |
| Ka Yip | 2/27/08 | Audit Associate | $ 19.19 | Travel from the office to the client site. |
| | 2/27/08 | Audit Associate | $ 20.71 | Travel from client site to home = 48 miles, Travel from home to the office = 7 miles. So 41 miles to travel from Client to Hor |
| | 2/28/08 | Audit Associate | $ 20.71 | Travel from client site to home = 48 miles, Travel from home to the office = 7 miles. So 41 miles to travel from Client to Hor |
| | 2/28/08 | Audit Associate | $ 20.71 | Travel from client site to home = 48 miles, Travel from home to the office = 7 miles. So 41 miles to travel from Client to Hor |
| | | | **$ 81.31** | |
| Pavel Katsiak | 1/24/08 | Audit Associate | $ 239.25 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |
| | 1/26/08 | Audit Associate | $ 146.15 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | 1/28/08 | Audit Associate | $ 130.95 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | 2/1/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/4/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/5/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/6/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/7/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/8/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/11/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/12/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/13/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/14/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/15/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/16/08 | Audit Associate | $ 40.85 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD on a weekend |
| | 2/16/08 | Audit Associate | $ 90.80 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | 2/18/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/18/08 | Audit Associate | $ 91.60 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | 2/19/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/20/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/20/08 | Audit Associate | $ 336.57 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |
| | 2/21/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/21/08 | Audit Associate | $ 230.81 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |
| | 2/22/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/23/08 | Audit Associate | $ 40.85 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD on a weekend |
| | 2/23/08 | Audit Associate | $ 142.77 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak) |
| | 2/25/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/25/08 | Audit Associate | $ 287.45 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |
| | 2/26/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/26/08 | Audit Associate | $ 206.85 | Overtime group meal (L. Keorlet, E. Margolius, A. Lueck, S. Rahmani, P. Barkley, P. Katsiak, Grace employees) |
| | 2/27/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/28/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | 2/29/08 | Audit Associate | $ 27.63 | Round trip commute to W.R. Grace from Arlington, VA to Columbia, MD |
| | | | **$ 2,565.21** | |
| Shahin Rahmani | 2/1/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/4/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/5/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/6/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/7/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/8/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/11/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/12/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/13/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/14/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |
| | 2/15/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute (52-42 miles * $.505/ mile)= $5.05 * 2 |

| | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 2/16/08 | Audit Associate | $ | 26.26 | Mileage in excess of normal commute (52 miles * .505/mile)= 26.26 * 2 |
| | 2/18/08 | Audit Associate | $ | 17.18 | mileage in excess of normal commute 25 miles * .505 and pick up dinner 9 miles * .505 |
| | 2/19/08 | Audit Associate | $ | 7.59 | mileage in excess of normal commute 10 miles * .505 and pick up dinner 5 miles * .505 |
| | 2/20/08 | Audit Associate | $ | 15.16 | mileage in excess of normal commute 25 miles * .505 and pick up dinner 5 miles * .505 |
| | 2/21/08 | Audit Associate | $ | 15.16 | mileage in excess of normal commute 25 miles * .505 and pick up dinner 5 miles * .505 |
| | 2/22/08 | Audit Associate | $ | 5.06 | mileage in excess of normla commute 10 miles * .505 |
| | 2/23/08 | Audit Associate | $ | 24.24 | mileage in excess of normal commute 48 miles * .505 |
| | 2/25/08 | Audit Associate | $ | 17.18 | mileage in excess of normal commute 34 miles * .505 |
| | 2/26/08 | Audit Associate | $ | 20.71 | mileage in excess of normal commute 41 miles * .505 |
| | 2/27/08 | Audit Associate | $ | 20.71 | mileage in excess of normal commute 39 miles * .505 |
| | 2/28/08 | Audit Associate | $ | 19.20 | mileage in excess of normal commute 25 miles * .505 and pick up dinner 13 miles * .505 |
| | 2/29/08 | Audit Associate | $ | 5.06 | mileage in excess of normal commute 10 miles * .505 |
| | | | $ | 249.06 | |
| Erica Margolius | 2/7/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/8/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/11/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/12/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/13/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/14/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/15/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/16/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/18/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/19/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/20/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/21/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/22/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/23/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/25/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/26/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/27/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/28/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 2/29/2008 | Audit Associate | $ | 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | | | $ | 297.45 | |
| Adam Lueck | 2/16/08 | Audit Associate | $ | 23.24 | Round trip overtime mileage to Corporate headquarters (.485*46 miles). |
| | 2/19/08 | Audit Associate | $ | 7.79 | Postage for accounts receivable confirmations |
| | 2/19/08 | Audit Associate | $ | 23.24 | Round trip overtime mileage to Corporate headquarters (.485*46 miles). |
| | | | $ | 54.27 | |
| Juei Ping Own | 1/15/08 | Tax Manager | $ | 17.65 | Lunch - DeliLane Brickell, Miami, FL (Self) |
| | 1/29/08 | Tax Manager | $ | 31.21 | Group Lunch - 5 Spices Boca Raton, FL (Self, Bonnie Shub-Gayer, Todd Chesla) |
| | | | $ | 48.86 | |
| Jacqueline Calvo | 1/21/08 | Tax Associate | $ | 70.70 | 90 each way less 20 regular trip = 70 x 2 = 140 |
| | 1/22/08 | Tax Associate | $ | 70.70 | 90 each way less 20 regular trip = 70 x 2 = 140 |
| | 1/21/08 | Tax Associate | $ | 9.50 | tolls |
| | 1/22/08 | Tax Associate | $ | 9.50 | tolls |
| | | | $ | 160.40 | |
| | | Grand Total | $ | 5,685.64 | |