# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **W.R. GRACE & CO., ET AL**
Case No. **01-01139**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC DBA REVENUE MANAGEMENT<br>Name of Transferee | **WHITE AND WILLIAMS LLP**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br><br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Claim# (if known): 3163<br>  Amount of Claim: **$34,294.41**<br>  Date Claim Filed: 3/7/2003<br><br><br><br>Phone:_____<br>  Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Christian Colli           Date: 4/28/2008
  Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

532141

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **W.R. GRACE & CO., ET AL**
Case No. **01-01139**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 3163 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 4/28/2008.

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Transferee**

**WHITE AND WILLIAMS LLP**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**WHITE AND WILLIAMS LLP**
**1800 ONE LIBERTY PLACE**

**PHILADELPHIA, PA 19103**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                **CLERK OF THE COURT**

**532141**

ASSIGNMENT OF CLAIM

WHITE AND WILLIAMS LLP, having offices at 1800 ONE LIBERTY PL PHILADELPHIA,PA 19103 ("Assignor") in consideration of the sum of             Purchase Price"), does hereby transfer to Liquidity Solutions, Inc., as agent ("Assignee"), having offices at One University Plaza, Suite 312, Hackensack, NJ 07601 all of the Assignor's right, title and interest in, to and under claim number 17603 filed by Assignor (the "Claim") against W. R. Grace & Co. et al. (the "Debtor"), Debtor in the bankruptcy case (the "Proceedings"), in the United States Bankruptcy Court for the District of Delaware (the "Court"), jointly administered under Case No. 01-01139, in the currently outstanding amount of not less than $34,294.41 and all rights and benefits of the Assignor relating to the Claim, including without limitation the proof of claim numbered 17603 and the Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments and other property which may be paid or issued Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment shall be deemed an absolute and unconditional assignment of the Claim for the purpose of collection and shall not be deemed to create a security interest.

Assignor further represents and warrants that the amount of the Claim is not less than $34,294.41, that the amount is valid and that Claim is not subject to any defense, counterclaim, offset, setoff, dispute or objection. Assignor further represents and warrants that that no payment has been received by Assignor, or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that Assignor owns and has title to the Claim, free and clear of any and all liens, claims, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of Debtor or any other party to reduce the amount of the Claim or to impair its value. All terms of this agreement will be kept confidential. Assignor agrees to fill out all reasonably necessary documents to effect the transfer as requested by Assignee.

Assignor hereby acknowledges that Assignee may at any time reassign the Claim, together with all right, title and interest of Assignee in, to and under this Assignment, or any portion thereof or interest therein, without notice to or the consent of Assignor. All representations and warranties made herein shall survive the execution and delivery of this Assignment of the Claim and any such reassignment. This Assignment of Claim may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

Assignor further agrees that any distribution received by Assignor on account of the Claim, whether in the form of cash, securities, instrument or any other property, shall constitute property of the Assignee to which the Assignee has an absolute right, and that Assignor will hold such property in trust and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

Assignor agrees to make to Assignee immediate proportional restitution and repayment of the above Purchase Price to the extent that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, in whole or in part; provided, however, that (1) in the event

PHLDMS1 4193738v.1

532141

Assignee receives notice of an objection to the Claim, Assignee shall promptly provide notice of such objection to Assignor, and Assignor and Assignee shall cooperate in responding to such objection, and (2) Assignor shall not be liable for proportional restitution or repayment of the Purchase Price to the extent the disallowance, reduction, subordination or impairment of the Claim is the result of Assignee's failure to notify Assignor of, or respond to, an objection to the Claim.

The terms of this assignment of the Claim shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

CONSENT AND WAIVER

Assignee shall pay Assignor the Purchase Price within ten (10) business days after the date that Assignor provides its executed signature page hereto to Assignee (the "Payment Deadline"). If Assignee does not pay the Purchase Price to Assignor on or before the Payment Deadline, then this Assignment shall be null and void and of no further force and effect, and neither party shall have any obligation to the other. Upon Assignee's payment of the Purchase Price, Assignor hereby authorizes Assignee to file a notice of transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure ("FRBP"), with respect to the Claim. Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Claim Agreement and hereby waives (i) its right to raise any objection hereto, and (ii) its right to receive notice pursuant to Rule 3001(e) of the FRBP.

IN WITNESS WHEREOF, the undersigned Assignor hereto sets his hand this 21st day of April, 2008

WHITE AND WILLIAMS LLP

By: _Richard A. Curtis, Esq._    Richard A. Curtis / Partner
Signature                         Print Name/Title

215-864-7029
Telephone #

IN WITNESS WHEREOF, the undersigned Assignee hereto sets his hand this _____ day of _____, 2008

_[signature]_
Christian Colli
Liquidity Solutions, Inc.

- 4 -

PHLDMS1 4193738v.

533141