IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FEBRUARY 1, 2008, THROUGH FEBRUARY 29, 2008**

787753-1

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 02/19/2008 | GHL | Review of all references cited in outstanding office action and consideration of points of distinction in pending application, consideration of claim amendments to overcome pending rejections, and telephone conference with Mr. Cross to review the outstanding office action and references and develop responses to same; | 2.50 |
|---|---|---|---|
| 02/20/2008 | GHL | Further telephone conference with Mr. Cross and Mr. Jordan to review the outstanding office action and references and develop responses to same; discussion of possible amendments to claims; develop proposed amendments and arguments and draft claim amendments and further new claims; | 2.30 |
| 02/25/2008 | GHL | Telephone conference with Mr. Cross regarding proposed amendments to claims; preparation of the response to outstanding office action, drafting arguments and further amendments to overcome cited rejections; | 1.70 |
| 02/28/2008 | GHL | Further drafting of response to outstanding office action. | 0.70 |

SERVICES      $    3,816.00

| | GHL | GARY H. LEVIN | 7.20 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**      $    3,816.00

787753-1

## WRG-0085
## EVALUATION OF THIRD-PARTY PATENTS
## RELATING TO CONSTRUCTION MEMBRANE PRODUCTS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/2008 | GHL | Work on written opinion of non-infringement of version 1 of Grace's proposed barrier laminate versus third-party patents; | 4.50 |
| 02/01/2008 | HDP | Completing work on opinion as to Third-party patents in relation to proposed adhesive web barrier materials; continued work on drafting opinion related to Third-party patents and alternate adhesive patents; | 3.80 |
| 02/04/2008 | GHL | Further work on written opinion of non-infringement of version 1 of Grace's proposed barrier laminate versus third-party patents; | 2.50 |
| 02/04/2008 | GHL | Work written opinion on non-infringement of versions 2 and 3 of Grace's proposed barrier laminate versus third-party patents; | 2.50 |
| 02/04/2008 | HDP | Continued work on drafting of various opinions; | 2.10 |
| 02/05/2008 | GHL | Further work on written opinion of non-infringement of versions 2 and 3 of Grace's proposed barrier laminate versus third-party patents; telephone conference with Mr. Williams regarding same; | 2.30 |
| 02/05/2008 | HDP | Continued work on editing opinions; multiple communications with Mr. Levin thereon; | 2.30 |
| 02/06/2008 | GHL | Review of Mr. Williams comments on draft opinion revising technical descriptions of proposed products and manufacture processes in view of same; further work on written non-infringement and invalidity opinions addressing third-party patents; | 3.50 |
| 02/06/2008 | HDP | Continued editing of draft opinions; communication with client thereon; | 1.40 |
| 02/07/2008 | HDP | Finishing first draft of opinion as to validity of various claims of third-party patents and sending to Mr. Levin with cover email including questions; | 1.00 |
| 02/11/2008 | HDP | Further editing and additional drafting of non-infringement opinion as to two Third-party patents with respect to second and third proposed Grace products in light of comments received from Mr. Williams; continued work on drafting of invalidity opinion as to third-party patent; | 2.00 |
| 02/12/2008 | GHL | Review and revision to draft invalidity opinion on third party patent; | 0.70 |
| 02/13/2008 | GHL | Further work on written opinion of invalidity of third-party patent relative to grace's freedom-to-operate with proposed adhesive-backed membranes; | 1.50 |
| 02/14/2008 | GHL | Further work on written opinion of invalidity of third-party patent; | 1.30 |

787753-1

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/15/2008 | GHL | Further work on opinion of invalidity of third-party patent on construction moisture barriers and consideration of non-infringement issues of Grace adhesive-backed products; | 1.80 |
| 02/19/2008 | GHL | Further work on opinions of invalidity of third-party patent on construction moisture barriers, and opinions of non-infringement on patents relating to Grace adhesive-backed products, meeting with Mr. Parker to review draft positions and ensure consistency of the claim interpretations and the positions; | 1.40 |
| 02/19/2008 | HDP | Considering and incorporating various suggestions from in-house attorney as to opinions on non-infringement; continued drafting of final opinion and non-infringement opinions; | 2.30 |
| 02/21/2008 | GHL | Telephone conference with Mr. Williams regarding issued relating to invalidity and non-infringement opinions; | 0.30 |
| 02/21/2008 | HDP | Completing drafting and edits of invalidity opinion as to certain claims of third-party patent; communications with Mr. Levin thereon; | 2.40 |
| 02/22/2008 | GHL | Consideration of applicability of prior art in obviousness analysis against third-party patent directed to adhesive-backed vapor barriers; | 0.70 |
| 02/22/2008 | HDP | Extended discussions with Mr. Levin as to substance of invalidity opinion; continued drafting of that extensive opinion; related legal research as to deference due an examiner's conclusions; further in-depth analysis of relevant references; | 2.50 |
| 02/25/2008 | HDP | Continued drafting of final opinion related to invalidity of all claims of third-party patent; detailed review and analysis of additional references for use therein; | 2.50 |
| 02/26/2008 | HDP | Completing analysis and drafting of invalidity opinion relating to third-party patent; communications with Mr. Levin thereon; | 3.00 |
| 02/27/2008 | GHL | Review of Mr. Williams comments on draft third opinion, directed to invalidity of third-party patent, and consideration of revisions to the draft in view of same; | 0.40 |
| 02/27/2008 | GHL | Review and revision to draft fourth opinion, directed to additional third-party patent on construction product; | 1.60 |
| 02/27/2008 | HDP | Beginning detailed review and analysis of suggested edits by Mr. Williams as to opinion regarding invalidity of various claims of third-party patent; | 0.80 |
| 02/29/2008 | HDP | Completing re-work of opinion as to invalidity of third-party patent in view of technical comments from Mr. Williams; communication with Mr. Levin thereon. | 2.20 |

787753-1

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 25.00 | hours @ | $530.00 |
| HDP | HENRIK D. PARKER | 28.30 | hours @ | $500.00 |

|  |  |
|---|---|
| SERVICES | $ 27,400.00 |
| Project Discount | $ 11,000.00 |
| **INVOICE TOTAL** | **$ 16,400.00** |

787753-1

## WRG-0086
## DUE DILIGENCE RELATING TO PROPOSED PURCHASE OF INTEREST IN THIRD-PARTY OPERATION (CEMENT FORMULATIONS)

| 02/01/2008 | GHL | Preparation of correspondence to Mr. Shapiro and Mr. Leon relating to proposed agreement with third-party for proprietary interest in certain cement products to provide conclusion of the freedom-to-operate analysis on those products and to advise on certain releases to be included in the closing agreement; and telephone conference with Mr. Leon regarding same; | 0.50 |
|---|---|---|---|
| 02/04/2008 | GHL | Further telephone conference with Mr. Leon regarding proposed releases, and preparation of limited release form Confidentiality Agreement to permit disclosure to Grace of details of freedom-to-operate analysis. | 0.70 |

SERVICES $ 684.00

| | GHL | GARY H. LEVIN | 1.20 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **684.00**

787753-1

## WRG-GEN

| | | | |
|---|---|---|---|
| 02/01/2008 | GHL | Fee Application, Applicant—Preparation of fee petition for December 2007. | 0.40 |
| 02/04/2008 | HDP | Reviewing files from previously third-party patent study to find material for responding to Mr. Bunch's request for silica patent search results from prior project; drafting and sending communications to Mr. Bunch thereon; | 0.80 |
| 02/15/2008 | GHL | Fee Application, Applicant -- Prepare quarterly fee petition for 27th interim period (October-December 2007). | 0.80 |

SERVICES $ 1,084.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 1.20 | hours @ | $570.00 |
| | HDP | HENRIK D. PARKER | 0.80 | hours @ | $500.00 |

SERVICE TOTAL $ 1,084.00

**INVOICE TOTAL** $ **1,084.00**

787753-1