# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MARCH 1, 2008 THROUGH MARCH 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 6.0 | $3,390.00 |
| | | | | | |
| **TOTAL** | | | | **6.0** | **$3,390.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411991
Matter No.: 08743.00088

**Re:** **Acton Site OU3**

For Professional Services rendered through March 31, 2008

| | |
|---|---|
| Fees | $3,390.00 |
| **Total Fees and Disbursements** | **$3,390.00** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 411991
April 28, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/17/08 | Jaffe | Review revised draft sediment report (1.3). | 1.3 |
| 03/18/08 | Jaffe | Reviewing revised sediment report (1.2). | 1.2 |
| 03/21/08 | Jaffe | Review, revise draft sediment report and emails with Ms. Johns regarding same (2.7). | 2.7 |
| 03/25/08 | Jaffe | Review revised sediment report and emails with Ms. Johns regarding same (0.8). | 0.8 |
| | | **Total Hours** | **6.0** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 411991
April 28, 2008
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | |
|---|---|---|
| Jaffe | 6.0 | |
| **Total Fees** | | $3,390.00 |

| | | |
|---|---|---|
| **Total Fees** | | $3,390.00 |
| **Total Fees and Disbursements** | | **$3,390.00** |



**FOLEY HOAG** LLP

ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411991
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**        **$3,390.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 411991
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 93 - Concord Landfill Closure

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 0.2 | $113.00 |
| | | | | | |
| **TOTAL** | | | | **0.2** | **$113.00** |


**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411992
Matter No.: 08743.00093

**Re:   Concord Landfill Closure**

For Professional Services rendered through March 31, 2008

| | |
|---|---|
| Fees | $113.00 |
| **Total Fees and Disbursements** | **$113.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 411992
April 28, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/31/08 | Jaffe | Emails with Ms. Johns (0.2). | 0.2 |
| | | **Total Hours** | **0.2** |

Matter No.: 08743.00093
Re: Concord Landfill Closure

Invoice No.: 411992
April 28, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 0.2 |

**Total Fees**  $113.00

**Total Fees**  $113.00
**Total Fees and Disbursements**  $113.00

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411992
Matter No.: 08743.00093

Re:    **Concord Landfill Closure**

**Total Fees and Disbursements**          **$113.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 411992
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 0.3 | $169.50 |
| | | | | | |
| **TOTAL** | | | | **0.3** | **$169.50** |



**FOLEY HOAG** LLP

ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411993
Matter No.: 08743.00100

**Re:**    **Woburn Lease Environmental Issues**

For Professional Services rendered through March 31, 2008

| | |
|---|---|
| Fees | $169.50 |
| **Total Fees and Disbursements** | **$169.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/18/08 | Jaffe | Telephone call with Ms. Duff regarding sale of Woburn property (0.3). | 0.3 |
|  |  | **Total Hours** | **0.3** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Jaffe | 0.3 |

|  | |
|---|---|
| **Total Fees** | $169.50 |

|  | |
|---|---|
| **Total Fees** | $169.50 |
| **Total Fees and Disbursements** | <u>$169.50</u> |



FOLEY
HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411993
Matter No.: 08743.00100

Re:    **Woburn Lease Environmental Issues**

**Total Fees and Disbursements**        **$169.50**

| **Remittance Address:** | **Fed-Ex Remittance Address:** |
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
|  | Stoneham, MA 02180-3125 |

| **Federal Tax ID : 04-2150535** | |
| --- | --- |
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 411993
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth A. Rice | Paralegal | Environmental | $225.00 | 0.5 | $112.50 |
| | | | | | |
| **TOTAL** | | | | **0.5** | **$112.50** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $10.08 |
| | |
| **TOTAL** | **$10.08** |



FOLEY HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411994
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through March 31, 2008

| | |
|---|---|
| Fees | $112.50 |
| Disbursements | 10.08 |
| **Total Fees and Disbursements** | **$122.58** |

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/28/08 | Rice | Attention to filing monthly fee application (1.5). | 0.5 |
| | | **Total Hours** | **0.5** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Rice | 0.5 |

|  |  |
|--|--|
| **Total Fees** | $112.50 |

## Disbursement Summary

| Date | | Amount |
|------|--|--------|
| 03/31/08 | In-House Photocopying | 10.08 |
| | **Total Disbursements** | **$10.08** |

| | |
|--|--|
| **Total Fees** | $112.50 |
| **Total Disbursements** | 10.08 |
| **Total Fees and Disbursements** | $122.58 |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411994
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

**Total Fees and Disbursements**                     **$122.58**

| Remittance Address: | Fed-Ex Remittance Address: |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP -- Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 411994
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 4.5 | $2,542.50 |
| Elisabeth M. DeLisle | Associate | Environmental | $565.00 | 0.3 | $  123.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **4.8** | **$2,665.50** |



## FOLEY HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411995
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through March 31, 2008

|  |  |
|---|---|
| Fees | $2,665.50 |
| **Total Fees and Disbursements** | **$2,665.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/04/08 | Jaffe | Draft, revise, draft settlement with Covidien (1.0); review documents for same (0.7). | 1.7 |
| 03/07/08 | Jaffe | Review client comments on draft settlement (0.2). | 0.2 |
| 03/07/08 | DeLisle | Review client comments on draft stipulation of settlement (0.3). | 0.3 |
| 03/10/08 | Jaffe | Review environmental update and emails with team regarding same (0.8). | 0.8 |
| 03/11/08 | Jaffe | Review comments and emails regarding draft Covidien settlement (0.7). | 0.7 |
| 03/17/08 | Jaffe | Emails with Mr. Campbell (0.1); telephone call to Ms. Duff (0.1). | 0.2 |
| 03/24/08 | Jaffe | Emails with Ms. Duff regarding corporate successor liability issues (0.3). | 0.3 |
| 03/25/08 | Jaffe | Emails with team regarding Feasibility Study status and text of EPA project update (0.6). | 0.6 |
| | | **Total Hours** | **4.8** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| DeLisle | 0.3 |
| Jaffe | 4.5 |

| | |
|---|---|
| **Total Fees** | $2,665.50 |

| | |
|---|---|
| **Total Fees** | $2,665.50 |
| **Total Fees and Disbursements** | **$2,665.50** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 28, 2008
Invoice No.: 411995
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$2,665.50**

| **Remittance Address:** | **Fed-Ex Remittance Address:** |
|---|---|
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 411995
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com