# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:  (302) 575-1555    Fax:  (302) 575-1714

WR Grace PD Committee                                             March 1, 2008 to March 31, 2008

Invoice No. 26804

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 22.70 | 5,518.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.60 | 725.50 |
| B18 | Fee Applications, Others - | 4.00 | 457.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) - | 13.80 | 3,591.00 |
| B25 | Fee Applications, Applicant - | 6.00 | 869.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 2.30 | 590.00 |
| B32 | Litigation and Litigation Consulting - | 13.00 | 3,640.00 |
| B37 | Hearings - | 35.10 | 9,828.00 |
|     | **Total** | **99.50** | **$25,219.00** |
|     | **Grand Total** | **99.50** | **$25,219.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 215.00 | 3.30 | 709.50 |
| Rick S. Miller | 275.00 | 1.10 | 302.50 |
| Steven G. Weiler | 190.00 | 4.70 | 893.00 |
| Theodore J. Tacconelli | 280.00 | 79.30 | 22,204.00 |
| Legal Assistant - MH | 100.00 | 9.80 | 980.00 |
| Legal Assistant - NMC | 100.00 | 1.30 | 130.00 |
| **Total** | | **99.50** | **$25,219.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Expenses | $1,840.27 |
| **Total Disbursements** | **$1,840.27** |

| Invoice No. 26804 | Page 2 of 13 | | April 28, 2008 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R's motion to extend time to file brief re 3 PD claims with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of No Objection re debtors' claims settlement notice dated 2/7/08 | 0.10 | TJT |
| | *Case Administration* - Review K&E 27th Quarterly Fee Application | 0.20 | TJT |
| | *Case Administration* - Review order authorizing debtors' stock acquisition in Ceratech with attachment | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Olgivey Renault Jan. Fee Application | 0.10 | TJT |
| Mar-02-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review letter from J. Baer to Judge Fitzgerald re Manville opinion referenced by counsel for BNSF | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena and J. Sakalo re J. Baer's letter in adversary 01-771 to Judge Fitzgerald | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re debtors' objection to Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review stipulation between debtors and State of Tennessee | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review Nelson Mullins Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Group 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney Jan. Fee Application | 0.10 | TJT |
| Mar-03-08 | *Fee Applications, Applicant* - Review Jan., 2008 fee app for filing & email to M. Hedden; re: same | 0.20 | LLC |
| | *Case Administration* - 2/25/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - e-mail from S. Weiler re 2/25/08 hearing transcript, download same | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 2/29/08, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Jan. 08 prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Jan. 08 invoice and prepare notice, Fee Application and Certificate of Service | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Jan. 08 Fee Application | 0.40 | MH |
| Mar-04-08 | *Case Administration* - Review case management Memo ; re: week ending 2/29/08 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to Allegheny Center's motion for relief from order with attachments | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review opinion cited in debtors' objection to Allegheny Center's motion for relief from order | 0.60 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Bilzin Sumberg 26th interim period | 0.10 | TJT |
| | *Case Administration* - Review two Certificates of No Objection filed by debtors re pension contribution motion and advanced refining motion | 0.10 | TJT |

| Invoice No. 26804 | Page 3 of 13 | | April 28, 2008 |
|---|---|---|---|
| | *Case Administration* - Review case status memo for week ending 2/29/08 | 0.10 | TJT |
| | *Case Administration* - Review notice of hearing and objection deadline re debtors' liability transfer motion and review new page 23 from agreement that was missing | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Kramer Levine and Olgivey Renault for 26th interim period | 0.10 | TJT |
| Mar-05-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of transfer of claim by Fair Harbor Capital | 0.10 | TJT |
| | *Case Administration* - Review 2 Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Deloitte Tax and Beveridge and Diamond 26th interim period | 0.10 | TJT |
| | *Case Administration* - Review supplemental verified 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re K&E 26th interim period with attachments | 0.40 | TJT |
| Mar-06-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed order re dismissal of Lewis adversary proceeding | 0.10 | TJT |
| | *Case Administration* - Review revised 2019 statement by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Oct.-Nov. and Dec. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re revised proposed order re debtors' DIP financing motion extension | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak Jan. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| Mar-07-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Confer with T. Tacconelli re debtors' opposition to S&R's motion for extension of time for 3 claimants to file memorandum re motion to alter/amend court's order | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re debtors' response to S&R's motion to extend time for briefing re three claims | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Baron & Budd | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for January 08 | 0.30 | TJT |
| | *Case Administration* - Review Caplin Drysdale Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by LeBlanc and Waddell | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |
| Mar-08-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' opposition to S&R's motion to extend briefing re three claims and check certain facts cited therein | 0.70 | TJT |
| | *Case Administration* - Review Campbell Levine Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review WSG article re PI estimation | 0.10 | TJT |
| | *Case Administration* - Review 14th amended 2019 statement by Silber Perlman | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Confer with M. Joseph re status of PI estimation proceedings | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Prepare correspondence to S. Baena re WSG article re PI estimation | 0.10 | TJT |
| Mar-09-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review letter from State of Montana to Judge Fitzgerald re Manfield opinion | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from committee member re PD claim issues | 0.10 | TJT |
| | *Case Administration* - Review 2nd amended 2019 statement by R. Pierce | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review order authorizing remedium closing agreement with IRS | 0.10 | TJT |
| | *Case Administration* - Review Capstone Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan 26th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re consolidated no objections for 26th interim period | 0.10 | TJT |
| Mar-10-08 | *Case Administration* - Review case management Memo ; re: week ending 3/7/08 | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re Orrick 26th interim period | 0.10 | TJT |
| | *Case Administration* - Review K&E Jan. Fee Application | 0.40 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 26th interim period | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re WSJ article re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare correspondence to committee members and professionals re WSJ article re PI estimation | 0.20 | TJT |
| | *Hearings* - Correspond with committee member re 3/17/08 agenda | 0.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 3/7/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Mar-11-08 | *Case Administration* - Review agenda; re: 3/17/08 hearing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with M. Hedden; re: contract to fee auditor; re: previous spreadsheet error | 0.10 | LLC |
| | *Fee Applications, Applicant* - Email from M. Hedden; re: email correction | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 3/7/08 | 0.10 | TJT |
| | *Case Administration* - Review order approving debtors' pension contribution motion | 0.10 | TJT |
| | *Case Administration* - Review Capstone 16th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re 26th quarterly period project category summary and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Review Stroock 27th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.30 | TJT |
| | *Case Administration* - download and review examiner's proposed work plan in L. Tersigni bankruptcy case | 0.20 | TJT |
| | *Case Administration* - download and review position paper filed by W. R. Grace in L. Tersigni bankruptcy case re examiner's proposed work plan | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Hearings* - Review agenda for 3/17/08 hearing | 0.20 | TJT |
| Mar-12-08 | *Case Administration* - Review two miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review order approving credit agreement with Advanced Refining | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re proposed order re 26th interim period Quarterly Fee Applications and confirm with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Review notice of lodging Libby settlement filed by United States and review proposed settlement agreement | 0.20 | TJT |
| | *Case Administration* - Prepare correspondence to S. Baena re notice of lodging filed by United States re Libby settlement agreement | 0.20 | TJT |
| | *Case Administration* - Review 22nd Quarterly Fee Application of Scott Law Group | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of court call procedures for estimation hearing for March and April | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 3/17/08 hearing preparation | 0.10 | TJT |
| Mar-13-08 | *Case Administration* - Review 7th amended 2019 statement by Motley Rice | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order approving Quarterly Fee Applications for 26th interim period and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan 6th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to approve settlement with United States re Libby, Montana and calendar objection deadline | 0.50 | TJT |
| | *Case Administration* - Prepare e-mail to S. Baena re opinion and order by district court in NJDEP appeal | 0.20 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re NJDEP appeal opinion | 0.10 | TJT |
| | *Case Administration* - Review 9th circuit opinion cited in debtors' motion to approve settlement with U.S. re Libby, Montana | 1.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| Mar-14-08 | *Case Administration* - Review amended agenda; re: 3/17/08 hearing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection; 27th quarterly fee app | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD estimation issues | 3.00 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review affidavit of B. Huben | 0.10 | TJT |
| | *Case Administration* - Review LAS Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memorandum opinion from district court re NJDEP appeal re late filed proof of claim | 0.50 | TJT |
| | *Case Administration* - Review Stroock Jan. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare for 4/1, 4/7, 4/8, 4/9, 4/14, 4/15 and 4/16 hearings re estimation trial | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Teleconference with committee member re questions re PD claim estimation, confer with S. Weiler re PD claim estimation status and review documents and related correspondence | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI/FCR's combined witness list | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re amended agenda for 3/17/08 hearing | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 3/17/08 hearing | 0.10 | TJT |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 27th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, e-file and arrange for service | 0.30 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| Mar-15-08 | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review HRO's July, Aug. and Sept. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of lodging of Curtis Bay settlement by US | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI/FCR's joint motion in limine | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of agenda for PI estimation for March and April | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's statement re witness list for March/April estimation hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's joint motion in limine | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Prepare correspondence to S. Baena re agenda for PI March/April estimation hearing | 0.20 | TJT |
| Mar-16-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to committee member re PD claim issues re Canada | 0.20 | TJT |
| | *Case Administration* - Review Lansen Lindell Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Oct.-Dec. Fee Applications | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re demonstratives debtor intends to use for hearing tomorrow | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PI estimation re debtors' updated witness list | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 3/17/08 hearing | 1.70 | TJT |
| Mar-17-08 | *Case Administration* - Review agenda; re: PI estimation trial | 0.10 | LLC |
| | *Case Administration* - Review case management Memo ; re: week ending 3/14/08 | 0.10 | LLC |
| | *Case Administration* - Review notice of address change & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: estimated ZAI issues | 0.50 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - 3/17/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - Review Blackstone 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PG&S Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Teleconference with committee member re local rules and correspond with committee member re same | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PI estimation agenda for March/April hearings | 0.10 | TJT |
| | *Hearings* - Review debtors' proposed demonstrative exhibits for hearing today re PI matters | 0.80 | TJT |
| | *Hearings* - Review e-mail from S. Baena re revised debtors' demonstratives for hearing today for PI matters and review same | 0.20 | TJT |
| | *Hearings* - Review correspondence from committee member re debtors' revised PI demonstratives for hearing today | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 3.80 | TJT |
| | *Case Administration* - Review docket re case status for week ending 3/14/08, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Mar-18-08 | *Case Administration* - Review agenda; re: 3/25 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review stipulation between debtor and D. Slaughter | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re debtors' 18th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re debtors' objection to Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to pay prepetition tax claims with attachments | 0.40 | TJT |
| | *Case Administration* - Review notice of change of address for Longacre and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review 3/17/08 hearing notes re PD claim issues | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 3/14/08 | 0.10 | TJT |
| | *Case Administration* - Review Forbes article re DIP financing | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to approve settlement with U.S. re Curtis Bay site with attachments | 1.00 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' updated witness list for March hearing | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re 3/17/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review agenda for 3/25/08 hearing at 8:30 a.m. | 0.10 | TJT |
| | *Hearings* - Review notice of time change for 4/21/08 hearing | 0.10 | TJT |
| | *Fee Applications, Others* - e-mail from and to L. Flores re file Bilzin's Feb. 08 Fee Application on the 28th and request accompanying notice | 0.10 | MH |
| Mar-19-08 | *Case Administration* - Obtain and send notice re time change for personal injury estimation trial to co-counsel and advise T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - Review order approving amendment to DIP financing motion with attachment | 0.20 | TJT |
| | *Case Administration* - Review limited objection by Hamshire Chemical | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Corp. to debtors' motion to approve liability transfer agreement | | |
| | *Litigation and Litigation Consulting* - Correspond with M. Kramer re possible starting time change for 3/24/08 PI estimation hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion in limine to exclude testimony of P. Krause with attachments | 2.30 | TJT |
| | *Hearings* - Prepare correspondence to S. Baena re agenda for matters scheduled for 3/25/08 at 8:30 a.m. | 0.20 | TJT |
| | *Hearings* - Prepare correspondence to S. Baena re notice of time change for 4/21/08 hearing | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re notice of change of hearing -- starting time for 3/24/08 PI estimation hearing | 0.10 | TJT |
| | *Hearings* - Prepare for 3/25/08 hearing at 8:30 a.m. | 0.10 | TJT |
| Mar-20-08 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Sakalo re ZAI motions | 0.10 | TJT |
| | *Case Administration* - Review Florida DEP response to debtors' motion to approve liability transfer | 0.30 | TJT |
| | *Case Administration* - Review HRO July-Sept. Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order rescheduling May hearing dates | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with M. Kramer re order rescheduling May hearing dates | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from Court Call re revised confirmation notice for 3/24/08 hearing re new starting time | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Continue reviewing debtors' motion in limine re P. Kraus with attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI/FCR's motion in limine | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review amended notice of hearing date for debtors' motion in limine for S. Snyder | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |
| Mar-21-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI claimants' memorandum in support of Barbanti class certification and appendix in support thereof | 1.30 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review notice of change of May omnibus hearing date and filing deadlines and attention to new filing deadlines | 0.20 | TJT |
| | *Case Administration* - Prepare correspondence to S. Baena re May omnibus hearing date change and filing deadlines | 0.20 | TJT |
| | *Case Administration* - Review U.S. objection to debtors' liability transfer motion | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Review memo from RSM re 3/10/08 teleconference with committee | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 8:30 a.m. portion of 3/25/08 hearing | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to S. Baena re amended agenda for 8:30 portion of 3/25/08 hearing | 0.20 | TJT |
| Mar-22-08 | *Litigation and Litigation Consulting* - Finish reviewing motion in limine re P. Kraus with attachments | 1.40 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from M. Hurford to Judge Fitzgerald re PI/FCR's joint motion in limine | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's joint motion in limine | 0.20 | TJT |
| Mar-23-08 | *Case Administration* - Review PWC Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Prepare memo to paralegal re notice of change of May 19, omnibus and filing deadlines | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review amended agenda for March/April PI estimation trial dates | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion in limine re S. Snyder with attachments | 1.40 | TJT |
| Mar-24-08 | *Case Administration* - Review amended agenda; re: cancelled 3/25/08 hearing | 0.10 | LLC |
| | *Case Administration* - Review amended agenda; re: PI estimation hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA January, 2008 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin January, 2008 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA 22nd Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin 27th Quarterly fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re PI estimation | 0.10 | RSM |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Research re PD estimations and confer with T. Tacconelli re same | 0.50 | SGW |
| | *Case Administration* - 3/17/08 hearing follow-up and advise T. Tacconelli re same (.1); obtain order re notice of date change for 5/19/08 hearing and e-mail to co-counsel (.2) | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review objection by Unifirst Corp. to debtors' liability transfer motion with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' opposition to PI/FCR's motion in limine | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Kramer re PI estimation trial | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 6/2/08 omnibus hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 3/17/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 5.80 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Oct.-Dec. 07 Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, e-file and coordinate service of Certificate of No Objection re HRA's Oct.-Dec. Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Jan. 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, e-file and coordinate service of Certificate of No Objection re HRA's Jan. 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Jan. 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, e-file and coordinate service of Certificate of No Objection re Bilzin's Jan. 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Oct.-Dec. Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, e-file and coordinate service of Certificate of No Objection re Bilzin's Oct.-Dec. Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Jan. Fee Application | 0.30 | MH |
| Mar-25-08 | *Fee Applications, Applicant* - Email from T. Tacconelli; re: status of service of certain 3/24 pleadings | 0.10 | LLC |
| | *Fee Applications, Applicant* - review status of service of certain pleadings & confer with T. Tacconelli; re: same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review & e-file Certificate of No Objection; re: January, 2008 fee app & coordinate service of same | 0.50 | LLC |
| | *Case Administration* - Send 3/17/08 hearing materials to co-counsel and other interested parties and advise T. Tacconelli re same | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re ZAI matters now scheduled for 6/2/08 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by NYSDEC to debtors' liability transfer motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re PI estimation trial | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 3/17/08 hearing transcript | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.10 | TJT |
| Mar-26-08 | *Litigation and Litigation Consulting* - Review memo from M. Kramer re PI estimation trial | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.90 | TJT |
| Mar-27-08 | *Case Administration* - Review case management Memo ; re: week ending 3/21/08 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to establish ZAI bar date with attachments | 1.80 | TJT |
| | *Case Administration* - Review case status memo for week ending 3/21/08 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re PI estimation trial | 0.10 | TJT |
| | *Hearings* - Prepare for 3/31/07 hearing | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 3/21/08, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| Mar-28-08 | *Case Administration* - Review notice of withdrawal & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review amended agenda; re: PI estimation trial | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Feb., 2008 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Feb., 2008 fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI claimant' motion for dismissal of ZAI claim with attachments | 2.40 | TJT |
| | *Case Administration* - Review order changing May omnibus hearing date | 0.10 | TJT |
| | *Case Administration* - Review objection by Mass. Dept. to debtors' liability transfer motion | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of Westover Investments and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review affidavit of R. Wyatt for debtors | 0.10 | TJT |
| | *Case Administration* - Review memo from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review docket in adversary 01-771 re orders | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re results of 3/27/08 committee meeting | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI Committee's revised witness disclosure | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Bernick objecting to debtors' revised witness disclosure | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mails from M. Hurford re PI Committee's response to debtors' motions in limine for Kraus and Snyder | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Feb. prebill | 0.60 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Feb. Fee Application and related documents and prepare Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and coordinate service of Bilzin's Feb. Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Feb. prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Feb. bill for filing with Fee Application; draft Notice, fee Application and Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and coordinate service of Ferry, Joseph & Pearce's Feb. Fee Application | 0.50 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-29-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI claimants' motion to appoint experts with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re status of ZAI issues | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re corrected PI Committee's response to debtors' motion in limine re Kraus | 0.10 | TJT |
| Mar-30-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of rescheduled hearing for ZAI motions | 0.10 | TJT |
| | *Case Administration* - Teleconference with committee member re prior motions filed by debtors and correspond with committee member re same | 0.30 | TJT |
| | *Case Administration* - Review Nelson Mullins Feb. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' updated witness list | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's response to debtors' motion in limine re F. Snyder | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's response to debtors' motion in limine re P. Kraus with attachments | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR's joinder in PI Committee's responses to motion in limine re Snyder and Kraus | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare correspondence to M. Kramer re 2nd amended agenda for PI estimation | 0.10 | TJT |
| | *Hearings* - Review 2nd amended agenda for PI estimation hearing for March and April | 0.10 | TJT |
| Mar-31-08 | *Case Administration* - Review case management Memo ; re: week ending 3/28/08 | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re March 2008 estimation trial transcripts | 0.10 | SGW |
| | *Case Administration* - Review Reed Smith Feb. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspond with J. Sakalo re committee meeting this week | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mails from various committee members re meeting this week | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's deposition designations for Hughes and Beber | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Kramer re debtors' witnesses in PI estimation | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 7.40 | TJT |
| | Totals | 99.50 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Mar-03-08 | Photocopy Cost | 6.60 |
| | Photocopy Cost | 14.10 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 0.50 |
| Mar-04-08 | Photocopy Cost | 0.70 |

**Invoice No. 26804**  **Page 13 of 13**  **April 28, 2008**

| Date | Description | Amount |
|---|---|---|
| Mar-07-08 | Cost Advance - West Law - Legal Research (Dec 07) Acct #1000634693; Inv #815173084 | 21.09 |
| | Cost Advance - Blue Marble - copies 9.00; service 11.32 Inv # 21653 | 20.32 |
| Mar-10-08 | Cost Advance - Blue Marble - deliveries (Inv # 8536) | 192.00 |
| Mar-11-08 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.50 |
| Mar-12-08 | Photocopy Cost | 2.50 |
| | Cost Advance - Tristate Courier & Carriage - delivery charge (Inv #25636) | 6.50 |
| Mar-18-08 | Cost Advance - Tristate Courier & Carriage - delivery charge (Inv #25718) | 19.50 |
| Mar-19-08 | Photocopy Cost | 1.80 |
| | Cost Advance - West Law - Legal Research (Jan 08) Acct #1000634693; Inv #815362155 | 13.58 |
| Mar-20-08 | Cost Advance - Jennifer Ryan Enslen - Transcript 2/25/08 | 810.75 |
| Mar-23-08 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.50 |
| Mar-24-08 | Cost Advance - Blue Marble - copies 218.40; service 302.58 | 520.98 |
| Mar-25-08 | Cost Advance - Blue Marble - hand deliveries (Inv # 8596) | 28.00 |
| Mar-26-08 | Photocopy Cost | 3.60 |
| Mar-27-08 | Cost Advance - Blue Marble - copies 3.00; service 10.16 | 13.16 |
| Mar-28-08 | Photocopy Cost | 12.30 |
| | Postage | 1.99 |
| Mar-30-08 | Photocopy Cost | 0.50 |
| Mar-31-08 | Cost Advance - Blue Marble - hand deliveries (Inv # 8697) | 28.00 |
| | Cost Advance - J&J Court Transcribers 3/17/08 hearing transcript | 117.90 |
| | Totals | $1,840.27 |

**Total Fees & Disbursements**  **$27,059.27**

**Balance Due Now**  $27,059.27