

April 10, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   137234

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH March 31, 2008

### CLIENT SUMMARY

**BALANCE AS OF- 03/31/08**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $1,164.00 | $40,114.82 | $41,278.82 |
| 03 - Creditors Committee - .15539 | $6,086.00 | $0.00 | $6,086.00 |
| 07 - Applicant's Fee Application - .15543 | $994.00 | $0.00 | $994.00 |
| 08 - Hearings - .15544 | $24,819.50 | $0.00 | $24,819.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $5,634.00 | $0.00 | $5,634.00 |
| 10 - Travel - .15546 | $11,235.00 | $0.00 | $11,235.00 |
| 30 - Fee Application of Others - .17781 | $82.00 | $0.00 | $82.00 |
| 38 - ZAI Science Trial - .17905 | $21,767.00 | $0.00 | $21,767.00 |
| *Client Total* | *$71,781.50* | *$40,114.82* | *$111,896.32* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 19.60 | $675.00 | $13,230.00 |
| Flores, Luisa M | 12.00 | $205.00 | $2,460.00 |
| Sakalo, Jay M | 24.60 | $455.00 | $11,193.00 |
| Snyder, Jeffrey I | 29.30 | $275.00 | $8,057.50 |
| Kramer, Matthew I | 73.00 | $380.00 | $27,740.00 |
| Testa Mehdipour, Nicole | 13.00 | $370.00 | $4,810.00 |
| Aftimos, Corinne | 8.60 | $225.00 | $1,935.00 |
| Lazarus, Shanon | 4.50 | $190.00 | $855.00 |
| Rojas,Susana | 7.90 | $190.00 | $1,501.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$71,781.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $1,282.50 |
| CD/DVD Duplication | $40.00 |
| Federal Express | $19.16 |
| Long Distance Telephone | $381.99 |
| Long Distance Telephone-Outside Services | $551.76 |
| Meals | $16.06 |
| Miscellaneous Costs | $35,172.50 |
| Parking | $30.00 |
| Transcript of Deposition | $2,246.35 |
| Copies | $374.50 |

*TOTAL COSTS ADVANCED THIS PERIOD* **$40,114.82**

**TOTAL BALANCE DUE THIS PERIOD** **$111,896.32**

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| 03/10/08 | MIK | 0.10 | 38.00 | Review docket (.1). |
|---|---|---|---|---|
| 03/14/08 | SR | 3.00 | 570.00 | Prepare hearing notebook. |
| 03/24/08 | NT | 1.00 | 370.00 | Conference call with M. Kramer and detailed review of docket. |
| 03/25/08 | NT | 0.30 | 111.00 | Monitor docket entries. |
| 03/27/08 | NT | 0.10 | 37.00 | Monitor docket entries. |
| 03/27/08 | SR | 0.20 | 38.00 | Attention to documents for PI trial. |

PROFESSIONAL SERVICES $1,164.00

COSTS ADVANCED

| 01/23/08 | Meals VENDOR: Matthew Kramer; INVOICE#: MIK-01/23/08A; DATE: 1/23/2008  -  Client - 15537 | 9.65 |
|---|---|---|
| 01/29/08 | Long Distance Telephone-Outside Services COURT CALL LLC -  VENDOR: DINERS CLUB; INVOICE#: 01/25/08-02/26/08; DATE: 2/26/2008  -  Acct. #5306220025395504 | 70.50 |
| 01/29/08 | Long Distance Telephone-Outside Services COURT CALL LLC -  VENDOR: DINERS CLUB; INVOICE#: 01/25/08-02/26/08; DATE: 2/26/2008  -  Acct. #5306220025395504 | 77.00 |
| 01/29/08 | Long Distance Telephone-Outside Services COURT CALL LLC -  VENDOR: DINERS CLUB; INVOICE#: 01/25/08-02/26/08; DATE: 2/26/2008  -  Acct. #5306220025395504 | 77.00 |
| 01/29/08 | Long Distance Telephone-Outside Services COURT CALL LLC -  VENDOR: DINERS CLUB; INVOICE#: 01/25/08-02/26/08; DATE: 2/26/2008  -  Acct. #5306220025395504 | 77.00 |
| 01/29/08 | Long Distance Telephone-Outside Services COURT CALL LLC -  VENDOR: DINERS CLUB; INVOICE#: 01/25/08-02/26/08; DATE: 2/26/2008  -  Acct. #5306220025395504 | 77.00 |
| 01/29/08 | Long Distance Telephone-Outside Services COURT CALL LLC -  VENDOR: DINERS CLUB; INVOICE#: 01/25/08-02/26/08; DATE: 2/26/2008  -  Acct. #5306220025395504 | 77.00 |
| 01/29/08 | Long Distance Telephone-Outside Services COURT CALL LLC -  VENDOR: DINERS CLUB; INVOICE#: 01/25/08-02/26/08; DATE: 2/26/2008  -  Acct. #5306220025395504 | 83.50 |
| 02/14/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.19 |
| 02/14/08 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 2.38 |
| 02/15/08 | Long Distance Telephone 1(864)895-0459; 10 Mins. | 11.90 |
| 02/18/08 | Long Distance Telephone 1(843)987-0794; 5 Mins. | 5.95 |
| 02/19/08 | Long Distance Telephone 1(612)332-1030; 4 Mins. | 5.95 |
| 02/22/08 | Long Distance Telephone 1(972)369-0646; 1 Mins. | 1.19 |

| | | |
|---|---|---:|
| 02/22/08 | Long Distance Telephone 1(843)727-6513; 9 Mins. | 11.90 |
| 02/25/08 | Airfare Travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-02/25/08; DATE: 2/25/2008  -  Client - 15537 | 1,282.50 |
| 02/25/08 | Meals Travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-02/25/08; DATE: 2/25/2008  -  Client - 15537 | 6.41 |
| 02/25/08 | Parking Airport parking - travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-02/25/08; DATE: 2/25/2008 -  Client - 15537 | 30.00 |
| 02/26/08 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 1.19 |
| 02/26/08 | Long Distance Telephone 1(302)575-1555; 3 Mins. | 4.76 |
| 02/26/08 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 2.38 |
| 02/29/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01283579; DATE: 2/29/2008  - Account# 306300 | 12.76 |
| 03/03/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 257513094 DATE: 3/6/2008 | 9.93 |
| 03/03/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 257513094 DATE: 3/6/2008 | 9.23 |
| 03/03/08 | Long Distance Telephone 1(312)861-2162; 1 Mins. | 1.19 |
| 03/03/08 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.19 |
| 03/03/08 | Long Distance Telephone 1(847)256-6695; 5 Mins. | 5.95 |
| 03/04/08 | CD/DVD Duplication | 40.00 |
| 03/04/08 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.19 |
| 03/04/08 | Transcript of Deposition VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064935; DATE: 3/12/2008  -  Clients | 2,246.35 |
| 03/10/08 | Long Distance Telephone 1(202)862-7801; 1 Mins. | 1.19 |
| 03/13/08 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 2.38 |
| 03/14/08 | Long Distance Telephone 1(509)389-3491; 1 Mins. | 1.19 |
| 03/17/08 | Long Distance Telephone 1(412)644-3541; 1 Mins. | 1.19 |
| 03/17/08 | Long Distance Telephone 1(843)727-6513; 223 Mins. | 265.37 |
| 03/20/08 | Long Distance Telephone 1(803)943-4444; 8 Mins. | 10.71 |
| 03/20/08 | Long Distance Telephone 1(843)987-0794; 3 Mins. | 4.76 |
| 03/20/08 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.19 |
| 03/20/08 | Long Distance Telephone 1(212)478-7465; 1 Mins. | 1.19 |
| 03/26/08 | Long Distance Telephone 1(212)446-2300; 1 Mins. | 1.19 |
| 03/26/08 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.19 |
| 03/26/08 | Long Distance Telephone 1(843)727-6500; 5 Mins. | 5.95 |
| 03/26/08 | Long Distance Telephone 1(843)727-6500; 1 Mins. | 2.38 |
| 03/26/08 | Long Distance Telephone 1(843)727-6500; 3 Mins. | 3.57 |
| 03/26/08 | Long Distance Telephone 1(509)455-3978; 1 Mins. | 1.19 |
| 03/26/08 | Long Distance Telephone 1(509)389-3491; 1 Mins. | 1.19 |
| 03/31/08 | Long Distance Telephone 1(215)721-2120; 13 Mins. | 16.66 |

| Date | Description | Amount |
|---|---|---|
| 03/31/08 | Long Distance Telephone 1(412)288-4202; 1 Mins. | 1.19 |
| 03/31/08 | Miscellaneous Costs  Professional/Expert fees related to PD Estimation for March 2008 $35,172.50 | 35,172.50 |
| 03/20/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/20/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 03/14/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 224 pgs @ 0.10/pg | 22.40 |
| 03/28/08 | Copies 518 pgs @ 0.10/pg | 51.80 |
| 03/28/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 03/11/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 03/31/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 03/31/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/31/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/31/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/31/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/31/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/31/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/31/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/31/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/12/08 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 03/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/12/08 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 03/12/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 03/12/08 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 03/12/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 03/12/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 03/12/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/29/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 03/29/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/29/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 03/29/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/29/08 | Copies 10 pgs @ 0.10/pg | 1.00 |

| | | |
|---|---|---|
| 03/29/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/29/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/29/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/29/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/29/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 03/29/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/29/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 03/30/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/13/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/08 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/13/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/13/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/13/08 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 03/13/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/13/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/13/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/13/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/13/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/13/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/13/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/13/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/13/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/13/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/13/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/13/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/13/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 03/13/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/13/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/13/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/13/08 | Copies 5 pgs @ 0.10/pg | 0.50 |

| | | |
|---|---|---|
| 03/13/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/13/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/13/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 03/13/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 03/13/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/13/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/13/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/13/08 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 03/13/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/13/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/14/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/14/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/14/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/14/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/14/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/14/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/14/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/14/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 03/14/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 03/14/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/14/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 03/14/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/14/08 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 03/14/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/14/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/14/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/14/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/14/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/14/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/14/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/14/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/14/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/14/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/14/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/14/08 | Copies 11 pgs @ 0.10/pg | 1.10 |

| 03/14/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
|----------|------------------------|------|
| 03/14/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/14/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/14/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/14/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/14/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/14/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/14/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/14/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/14/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/14/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/14/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/14/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/14/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/14/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/14/08 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 03/14/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 03/14/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/14/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/14/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 03/14/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/14/08 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 03/14/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/14/08 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 03/14/08 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 03/14/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/14/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/14/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/14/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/14/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/17/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/17/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 03/17/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 03/18/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 03/19/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/19/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/19/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/19/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 03/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/20/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/20/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/20/08 | Copies 33 pgs @ 0.10/pg | 3.30 |

| 03/20/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 03/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/20/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 03/20/08 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 03/20/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/20/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/20/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/20/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/20/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/20/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/20/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/20/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/20/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 03/20/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 03/20/08 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 03/20/08 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 03/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/20/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 03/20/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/20/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/20/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 03/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/20/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/20/08 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 03/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/20/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/20/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/20/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/20/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 03/21/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/21/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 03/21/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/21/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 03/21/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/21/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/21/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 03/21/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/21/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/21/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 03/21/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 03/21/08 | Copies 24 pgs @ 0.10/pg | 2.40 |

| 03/21/08 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 03/21/08 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 03/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/21/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/21/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 03/21/08 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 03/21/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 03/21/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 03/21/08 | Copies 58 pgs @ 0.10/pg | 5.80 |
| 03/21/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 03/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/21/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 03/21/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 03/21/08 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 03/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/24/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 03/24/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/24/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 03/25/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 03/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/03/08 | Copies 141 pgs @ 0.10/pg | 14.10 |
| 03/03/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 03/03/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**                                                                 **$40,114.82**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.10 | $380.00 | $38.00 |
| Testa Mehdipour, Nicole | 1.40 | $370.00 | $518.00 |
| Rojas,Susana | 3.20 | $190.00 | $608.00 |
| **TOTAL** | **4.70** | | **$1,164.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,282.50 |
| CD/DVD Duplication | $40.00 |
| Federal Express | $19.16 |
| Long Distance Telephone | $381.99 |
| Long Distance Telephone-Outside Services | $551.76 |
| Meals | $16.06 |
| Miscellaneous Costs | $35,172.50 |
| Parking | $30.00 |
| Transcript of Deposition | $2,246.35 |
| Copies | $374.50 |
| **TOTAL** | **$40,114.82** |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$41,278.82**

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 03/03/08 | JMS | 0.70 | 318.50 | E-mail to Committee regarding transcript (.2); review same (.5). |
| 03/06/08 | JMS | 0.10 | 45.50 | E-mail to Committee regarding call. |
| 03/13/08 | JMS | 0.40 | 182.00 | Telephone conference with D. Speights regarding call (.2); e-mail to Committee regarding call and 3/17 omnibus hearing (.2). |
| 03/20/08 | JMS | 0.90 | 409.50 | Prepare for and hold Committee call. |
| 03/20/08 | MIK | 0.50 | 190.00 | Committee call (.5). |
| 03/24/08 | JIS | 0.20 | 55.00 | Review memo from M. Kramer to committee regarding estimation trial. |
| 03/27/08 | SLB | 3.10 | 2,092.50 | Prepare for and conduct committee meeting (2.4); emails and post committee meeting regarding matters raised in meeting requiring follow up (.7). |
| 03/27/08 | JMS | 1.20 | 546.00 | Partial attendance on Committee call (.5); conference with S. Baena regarding requests made by Committee (.7). |
| 03/27/08 | JIS | 2.20 | 605.00 | Read email summarizing 3/26 PI trial for committee from M. Kramer (0.2); prepare and attend committee call and follow up conference with S. Baena and J. Sakalo thereon (2.0). |
| 03/27/08 | MIK | 1.00 | 380.00 | Committee call (1.0). |
| 03/28/08 | SLB | 1.60 | 1,080.00 | Telephone call from M. Kramer regarding response to committee request for analysis (.2); attention to same (1.4). |
| 03/31/08 | JMS | 0.40 | 182.00 | E-mail traffic with Committee regarding committee call. |

**PROFESSIONAL SERVICES**                                                                 **$6,086.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 4.70 | $675.00 | $3,172.50 |
| Sakalo, Jay M | 3.70 | $455.00 | $1,683.50 |
| Kramer, Matthew I | 1.50 | $380.00 | $570.00 |
| Snyder, Jeffrey I | 2.40 | $275.00 | $660.00 |
| *TOTAL* | *12.30* | | *$6,086.00* |

**CURRENT BALANCE DUE THIS MATTER**                                              **$6,086.00**

**RE: 07 - Applicant's Fee Application**

| 03/03/08 | JMS | 0.50 | 227.50 | Telephone conference with W. Sparks regarding outstanding fees (.2); telephone conference with to J. Baer regarding same (.1); telephone conference with J. Baer regarding same (.2). |
|----------|-----|------|--------|---|
| 03/05/08 | LMF | 0.40 | 82.00 | Review all costs on February statement for Bilzin Sumberg for compliance with guidelines. |
| 03/05/08 | JIS | 0.90 | 247.50 | Review and revise February prebill (0.8); confer with M. Kramer and L. Flores thereon (0.1). |
| 03/10/08 | LMF | 0.40 | 82.00 | Attend to statement from LECG for inclusion on February statement. |
| 03/12/08 | JIS | 0.20 | 55.00 | Review fee auditor's final report regarding 26th quarterly fee application. |
| 03/14/08 | SR | 0.50 | 95.00 | Prepare summary of Bilzin February 2008 Fees. |
| 03/17/08 | LMF | 0.60 | 123.00 | Prepare notice of monthly fees and submit to local counsel or service of same. |
| 03/18/08 | LMF | 0.40 | 82.00 | Submit summary of fees for February and statement for filing. |

**PROFESSIONAL SERVICES**                                                                 **$994.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 0.50 | $455.00 | $227.50 |
| Snyder, Jeffrey I | 1.10 | $275.00 | $302.50 |
| Flores, Luisa M | 1.80 | $205.00 | $369.00 |
| Rojas,Susana | 0.50 | $190.00 | $95.00 |
| *TOTAL* | *3.90* | | *$994.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                      **$994.00**

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 03/07/08 | SLB | 0.30 | 202.50 | Attention to agenda for March omnibus and email to J. Sakalo regarding same. |
| 03/07/08 | JMS | 0.30 | 136.50 | Review hearing agenda and e-mails with S. Baena thereon. |
| 03/11/08 | JMS | 0.40 | 182.00 | E-mails with S. Baena regarding 3/17 hearing (.2); e-mail to Committee thereon (.2). |
| 03/12/08 | LMF | 0.40 | 82.00 | Attend to various emails regarding participation at omnibus hearing. |
| 03/12/08 | SR | 0.20 | 38.00 | Phone call to set up telephonic appearances for hearing. |
| 03/13/08 | LMF | 0.60 | 123.00 | Provide all parties with confirmations for attendance at Omnibus hearing. |
| 03/13/08 | MIK | 0.10 | 38.00 | Review hearing agenda (.1). |
| 03/13/08 | SR | 2.30 | 437.00 | Prepare hearing notebook and organize hearing index. |
| 03/14/08 | JMS | 0.20 | 91.00 | Review revised agenda and revise e-mail to Committee regarding same. |
| 03/14/08 | SR | 0.70 | 133.00 | Prepare hearing notebook and notebook index. |
| 03/15/08 | SLB | 0.90 | 607.50 | Attention to demonstratives for 3/17 hearing from Grace and email to and from committee regarding same (.9). |
| 03/17/08 | SLB | 4.50 | 3,037.50 | Attention to revised demonstratives for 3/17 hearing and transmittal of same to committee (.3); telephonic attendance at omnibus hearing (3.9); email from and to M. Dies regarding status report on 3/17 hearing (.3). |
| 03/17/08 | LMF | 0.90 | 184.50 | Attend to discrepancy with court call arrangements and prepare listing of all future hearing participants for attorney review. |
| 03/17/08 | JMS | 3.80 | 1,729.00 | Attend omnibus hearing by telephone. |
| 03/17/08 | MIK | 4.30 | 1,634.00 | Prepare for hearing (.5); attend hearing (3.8). |
| 03/19/08 | LMF | 1.20 | 246.00 | Update list of participants and arrange for all participants to attend three days of PI Estimation Trial. |
| 03/20/08 | LMF | 1.60 | 328.00 | Meet with J. Sakalo and review list of all attendees at PI Estimation Trial and consolidate and submit all confirmations to interested parties for attendance at trials on March 24th, 25th and 26th. |
| 03/20/08 | MIK | 0.40 | 152.00 | Prepare for hearing. |
| 03/21/08 | JIS | 0.10 | 27.50 | Attention to scheduling change regarding Tuesday's hearing and email to M. Kramer thereon. |
| 03/24/08 | LMF | 0.70 | 143.50 | Update attorneys on all matters pending for hearing. |
| 03/24/08 | LMF | 0.90 | 184.50 | Prepare listing of all telephone participants for PI Estimation trial and submit to Court call for confirmation on all dates for March and April. |
| 03/24/08 | JMS | 0.20 | 91.00 | E-mail to Committee regarding May/June omnibus. |
| 03/24/08 | JIS | 4.30 | 1,182.50 | Partial telephonic attendance at PI estimation trial (4.2); telephone conference with M. Kramer thereon (0.1). |
| 03/24/08 | MIK | 1.40 | 532.00 | Prepare for hearing and attend hearing (1.2); telephone call with D. Felder regarding same (.2). |
| 03/25/08 | LMF | 1.00 | 205.00 | Telephone conference with court call regarding confirmations for all attendees at hearing and review and organize confirmations received. |
| 03/25/08 | MIK | 7.70 | 2,926.00 | Attended hearing. |
| 03/26/08 | LMF | 0.80 | 164.00 | Continue review of court call confirmations. |
| 03/26/08 | MIK | 8.50 | 3,230.00 | Attend hearing (8.5). |
| 03/26/08 | SR | 1.00 | 190.00 | Attention to telephonic appearance confirmations. |
| 03/27/08 | LMF | 1.00 | 205.00 | Confirm receipt of all confirmation for court calls set up for March and April for 10 participants. |
| 03/28/08 | LMF | 0.70 | 143.50 | Email all confirmations to participants for telephone appearance at PI Estimation Trial. |
| 03/31/08 | JIS | 8.50 | 2,337.50 | Attend PI estimation trial (8.5). |
| 03/31/08 | MIK | 10.2 | 3,876.00 | Attend personal injury estimation hearing by phone (9.0); prepare for next |

0                          day's hearing (1.2).

**PROFESSIONAL SERVICES**                                                                    **$24,819.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 5.70 | $675.00 | $3,847.50 |
| Sakalo, Jay M | 4.90 | $455.00 | $2,229.50 |
| Kramer, Matthew I | 32.60 | $380.00 | $12,388.00 |
| Snyder, Jeffrey I | 12.90 | $275.00 | $3,547.50 |
| Flores, Luisa M | 9.80 | $205.00 | $2,009.00 |
| Rojas,Susana | 4.20 | $190.00 | $798.00 |
| *TOTAL* | *70.10* | | *$24,819.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$24,819.50**

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 03/03/08 | SL | 0.60 | 114.00 | Attention to PI Deposition Transcripts (.4); attention to document production (.2). |
| 03/06/08 | JMS | 0.30 | 136.50 | Telephone conference with T. Brandi regarding 100 Pine. |
| 03/07/08 | SL | 0.30 | 57.00 | Attention to PI Deposition Transcripts (.3). |
| 03/11/08 | NT | 0.10 | 37.00 | Conference with J. Sakalo regarding research. |
| 03/13/08 | JMS | 0.90 | 409.50 | Review J. Buchwalter opinion affirming the denial of NJDEP motion to file late proof of claim (.4); e-mail to Committee regarding same (.2); conference with M. Hurford regarding EPA settlement (.3). |
| 03/17/08 | SL | 0.60 | 114.00 | Analyze and review various pleadings filed regarding Claimant Allegheny Center (.5); email to E. Westbrook and J. Sakalo thereon (.1). |
| 03/18/08 | SL | 0.60 | 114.00 | Analyze proofs of claim filed by the debtor regarding claimants Barbanti and Busch (.5); email to Kristy Bergland thereon (.1). |
| 03/19/08 | JMS | 0.20 | 91.00 | E-mails with E. Devine regarding PI estimation. |
| 03/20/08 | JIS | 0.80 | 220.00 | Telephone conference with J. Baer, et al. regarding availability of insurance coverage in respect of Libby settlement. |
| 03/21/08 | JIS | 0.10 | 27.50 | Attention to United States' objection to environmental liability transfer program. |
| 03/23/08 | JIS | 1.20 | 330.00 | Review notes from Grace call on availability of insurance coverage for Libby cleanup/settlement and draft memorandum to S. Baena, J. Sakalo, and M. Kramer thereon. |
| 03/24/08 | JIS | 0.30 | 82.50 | Summarize testimony for committee. |
| 03/24/08 | MIK | 1.20 | 456.00 | Prepare email to committee regarding hearing. |
| 03/25/08 | SLB | 0.30 | 202.50 | Review memo regarding environmental insurance issues (.3). |
| 03/25/08 | MIK | 3.10 | 1,178.00 | Summarize hearing for committee (3.1). |
| 03/26/08 | JIS | 0.20 | 55.00 | Review memo from M. Kramer to committee regarding day's testimony at estimation trial. |
| 03/27/08 | JIS | 0.40 | 110.00 | Email to J. Baer regarding follow up call on Libby settlement/insurance (0.2); attention to reply to same and waiver letter attached thereto (0.1); follow up with J. Sakalo thereon (0.1). |
| 03/27/08 | MIK | 2.90 | 1,102.00 | Summarize hearing (2.9). |
| 03/29/08 | JIS | 0.50 | 137.50 | Attention to email correspondence regarding PI estimation trial (0.1); follow up conferences with M. Kramer thereon (0.4). |
| 03/30/08 | JIS | 0.50 | 137.50 | Attention to amended agenda for PI estimation trial (0.2); attention to letter from J. Baer regarding disclosure of Pitney report regarding insurance applicable to Libby settlement and execute same (0.3). |
| 03/31/08 | JIS | 1.90 | 522.50 | Summarize portion of 3/31 PI estimation hearing for committee (cross/re-direct) and integrate with M. Kramer's summary of direct examination and hearing on motion in limine (1.2); follow up emails with M. Kramer thereon (0.2); attention to emails regarding 4/1 trial and witness schedule (0.2); review Brody expert report and expert materials (0.3). |

**PROFESSIONAL SERVICES**                                                                                    **$5,634.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Sakalo, Jay M | 1.40 | $455.00 | $637.00 |
| Kramer, Matthew I | 7.20 | $380.00 | $2,736.00 |
| Snyder, Jeffrey I | 5.90 | $275.00 | $1,622.50 |
| Testa Mehdipour, Nicole | 0.10 | $370.00 | $37.00 |
| Lazarus, Shanon | 2.10 | $190.00 | $399.00 |
| *TOTAL* | *17.00* | | *$5,634.00* |

**CURRENT BALANCE DUE THIS MATTER**                                      **$5,634.00**

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 03/16/08 | MIK | 6.00 | 2,280.00 | Non-working travel to Pittsburgh regarding hearing. |
| 03/17/08 | MIK | 8.00 | 3,040.00 | Travel from hearing. |
| 03/23/08 | MIK | 5.00 | 1,900.00 | Travel to hearing in Pittsburgh. |
| 03/26/08 | MIK | 5.50 | 2,090.00 | Travel from hearing. |
| 03/30/08 | JIS | 7.00 | 1,925.00 | Non-working travel to Pittsburgh. |

**PROFESSIONAL SERVICES**                                                $11,235.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 24.50 | $380.00 | $9,310.00 |
| Snyder, Jeffrey I | 7.00 | $275.00 | $1,925.00 |
| *TOTAL* | *31.50* | | *$11,235.00* |

**CURRENT BALANCE DUE THIS MATTER**                                       $11,235.00

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

03/04/08    LMF    0.40    82.00    Meet with accounting regarding disbursements to LECG.

**PROFESSIONAL SERVICES**                                                              **$82.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.40 | $205.00 | $82.00 |
| *TOTAL* | *0.40* | | *$82.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                    **$82.00**

Atty – SLB
Client No.: 74817/17905

RE: 38 - ZAI Science Trial

| 03/11/08 | SLB | 0.20 | 135.00 | Email exchange with E. Westbrook regarding ZAI bar date issues (.2). |
|---|---|---|---|---|
| 03/11/08 | JMS | 1.80 | 819.00 | E-mails with E. Westbrook regarding ZAI issues (.6); outline same (.9); e-mail with K. Bergland regarding procedural issues (.3). |
| 03/11/08 | CA | 0.10 | 22.50 | Email correspondence with J.Sakalo regarding motion for class certification. |
| 03/12/08 | JMS | 0.80 | 364.00 | Conference with C. Aftimos and N. Mehdipour regarding research regarding class options (.5); e-mails with E. Westbrook regarding same (.3). |
| 03/12/08 | NT | 0.60 | 222.00 | E-mails to and from J. Sakalo and C. Aftimos (.1); conference with J. Sakalo and C. Aftimos regarding class certification issues (.3); conferences with C. Aftimos regarding same (.2). |
| 03/12/08 | CA | 3.00 | 675.00 | Interoffice conference with J.Sakalo and N.Testa regarding certification of class claims (.3); interoffice conference with N.Testa regarding same (.1); review motion of Anderson Memorial Hospital for class certification and debtor's brief in opposition thereto and case law cited therein (2.6). |
| 03/13/08 | JMS | 1.40 | 637.00 | E-mails with E. Westbrook regarding document requests and prior filings (.7); review memorandum from C. Aftimos regarding research on class issues (.7). |
| 03/13/08 | NT | 0.50 | 185.00 | Review e-mail analysis regarding Rule 23 (.4); conference with C. Aftimos (.1). |
| 03/13/08 | CA | 5.50 | 1,237.50 | Legal research regarding allowance of class proofs of claim (4.7); emails to N.Testa and J.Sakalo summarizing same (.7); interoffice conference with N.Testa regarding same (.1). |
| 03/14/08 | NT | 0.20 | 74.00 | E-mails to and from C. Aftimos regarding research. |
| 03/17/08 | JMS | 1.40 | 637.00 | E-mails with E. Westbrook regarding document requests (.3); e-mail to S. Lazarus thereon (.1); e-mails from/to K. Bergland regarding ZAI claims filed by the Debtors (.5); conference with S. Lazarus regarding background on same (.1); review file thereon (.4). |
| 03/18/08 | JMS | 0.20 | 91.00 | E-mail from S. Lazarus. |
| 03/20/08 | JMS | 1.00 | 455.00 | Conference with S. Lazarus regarding ZAI pleadings (.3); e-mails to Committee thereon (.5); telephone conference with E. Westbrook regarding ZAI agreement schedule (.2). |
| 03/20/08 | SL | 2.40 | 456.00 | Analyze and review various motions filed by ZAI claimants (2.2); email to J. Sakalo thereon (.2). |
| 03/24/08 | SLB | 2.10 | 1,417.50 | Review extensive ZAI motions and pleadings regarding class certification, etc. (2.1). |
| 03/24/08 | JMS | 1.30 | 591.50 | Review ZAI motion to recognize and permit filing of a Washington class proof of claim (.7); review ZAI motion for order to show cause regarding court-appointment expert (.6). |
| 03/25/08 | JMS | 0.70 | 318.50 | Review motion to dismiss claim or for Rule 54(b) determination (.5); e-mail to G. Intrepido regarding ZAI bar date motion (.2). |
| 03/26/08 | SLB | 0.70 | 472.50 | Extensive emails and numerous telephone calls regarding setting ZAI motions for hearing (.7). |
| 03/26/08 | SLB | 2.20 | 1,485.00 | Continued review of ZAI notice program and proof of claim process as proposed by Grace (2.2). |
| 03/26/08 | JMS | 1.80 | 819.00 | Review Debtors' motion for a ZAI Bar Date and related exhibits (1.1); conference with S. Baena regarding same (.4); e-mails with M. Kramer and S. Baena regarding scheduling for hearing (.3). |
| 03/27/08 | JMS | 0.80 | 364.00 | Conference with S. Baena regarding analysis of ZAI papers (.5); e-mails with S. Wheatman regarding same (.3). |
| 03/28/08 | NT | 5.10 | 1,887.00 | Conference with S. Baena (.1); review and summarize Zonolite motions (5.0). |
| 03/29/08 | NT | 3.50 | 1,295.00 | Further review and summarize Zonolite motions. |
| 03/30/08 | MIK | 7.10 | 2,698.00 | Review and analyze ZAI pleadings (7.1). |

| 03/31/08 | SLB | 3.70 | 2,497.50 | Research, interoffice conference with J. Sakalo and commence preparation of draft memo to committee regarding ZAI bar date motions (3.7). |
| 03/31/08 | JMS | 2.90 | 1,319.50 | Prepare outline regarding response to ZAI papers (.8); conference with S. Baena, M. Kramer regarding same (1.4); telephone conference with S. Wheatman regarding notice program (.4); follow up conference with S. Baena regarding same and additional issues (.3). |
| 03/31/08 | NT | 1.60 | 592.00 | Finalize memorandum summarizing pending motions relating to ZAI (1.5); e-mail to and from S. Baena regarding same (.1). |

**PROFESSIONAL SERVICES**                                                                                     **$21,767.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 8.90 | $675.00 | $6,007.50 |
| Sakalo, Jay M | 14.10 | $455.00 | $6,415.50 |
| Kramer, Matthew I | 7.10 | $380.00 | $2,698.00 |
| Testa Mehdipour, Nicole | 11.50 | $370.00 | $4,255.00 |
| Aftimos, Corinne | 8.60 | $225.00 | $1,935.00 |
| Lazarus, Shanon | 2.40 | $190.00 | $456.00 |
| *TOTAL* | *52.60* | | *$21,767.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                **$21,767.00**