# HR&A                                                         INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

April 10, 2008
Invoice No. HRA20080410

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of March, 2008.

**FEES**

    Francine F. Rabinovitz
    1.0 hours @ $ 625 per hour                                    $ 625.00

    **TOTAL DUE:**                                                **$ 625.00**

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

MARCH, 2008 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>       <u>TIME</u>    <u>TASK</u>

03/20/08    1.00    Review ZAI motions.

TOTAL:      1.00