# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** May 19, 2008, at 4:00 p.m. (prevailing eastern time) |

## SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM MARCH 1, 2008, THROUGH MARCH 31, 2008

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP ("K&E")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **March 1, 2008, through March 31, 2008** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$2,723,985.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,981,870.63** |

This is a __X__ monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately **35 hours,** and the corresponding estimated compensation *that will be requested in a future application* is approximately **$10,000.00.**

This is K&E's monthly application for interim compensation of services for the interim fee period March 1, 2008 through March 31, 2008. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 – 4/30/01 | $626,079.00 | $32,439.84 | Interim approval[2] | Interim approval |
| June 29, 2001 | 5/1 – 5/31/01 | $567,151.00 | $77,487.86 | Interim approval | Interim approval |
| July 31, 2001 | 6/1 – 6/30/01 | $560,569.50 | $45,466.13 | Interim approval | Interim approval |
| July 31, 2001 | April – June, 2001 | $1,753,799.50 | $155,393.83 | $1,753,799.50 | $155,393.83 |
| August 28, 2001 | 7/1 – 7/31/01 | $476,582.50 | $25,312.13 | Interim approval[2] | Interim approval |
| September 28, 2001 | 8/1 – 8/31/01 | $472,334.50 | $29,022.59 | Interim approval | Interim approval |
| October 30, 2001 | 9/1 – 9/30/01 | $443,617.50 | $27,147.47 | Interim approval | Interim approval |
| November 7, 2001 | July – September, 2001 | $1,392,534.50 | $81,482.19 | $1,392,534.50 | $81,482.19 |
| December 11, 2001 | 10/1 – 10/31/01 | $493,074.00 | $27,724.54 | Interim approval[2] | Interim approval |
| December 29, 2001 | 11/1 – 11/30/01 | $524,980.00 | $29,678.21 | Interim approval | Interim approval |
| January 31, 2002 | 12/1 – 12/31/01 | $405,278.50 | $27,276.95 | Interim approval | Interim approval |
| February 7, 2002 | October – December, 2001 | $1,423,332.50 | $84,679.70 | $1,419,127.00 | $84,679.70 |
| March 4, 2002 | 1/1 – 1/31/02 | $439,056.00 | $32,279.54 | Interim approval[3] | Interim approval |
| March 27, 2002 | 2/1 – 2/28/02 | $412,304.00 | $18,475.64 | Interim approval | Interim approval |
| May 2, 2002 | 3/1 – 3/31/02 | $430,342.50 | $51,759.20 | Interim approval | Interim approval |
| June 10, 2002 | January – March, 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50 | $101,656.38 |
| June 10, 2002 | 4/1 – 4/30/02 | $410,702.50 | $25,286.05 | Interim approval[4] | Interim approval |
| July 2, 2002 | 5/1 – 5/31/02 | $335,280.50 | $25,556.83 | Interim approval | Interim approval |
| August 8, 2002 | 6/1 – 6/30/02 | $243,127.00 | $16,326.36 | Interim approval | Interim approval |
| September 3, 2002 | April – June, 2002 | $989,110.00 | $67,169.24 | $981,666.50 | $67,169.24 |

---

[2]   The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[3]   The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002.

[4]   The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 11, 2002 | 7/1 – 7/31/02 | $335,129.00 | $28,504.48 | Interim approval[5] | Interim approval |
| October 2, 2002 | 8/1 – 8/31/02 | $344,619.00 | $86,047.20 | Interim approval | Interim approval |
| October 30, 2002 | 9/1 – 9/30-02 | $238,876.50 | $20,882.49 | Interim approval | Interim approval |
| November 27, 2002 | July – September, 2002 | $918,624.50 | $135,434.17 | $918,624.50 | $134,478.90 |
| December 6, 2002 | 10/1 – 10/31/02 | $207,778.00 | $7,769.74 | Interim approval[6] | Interim approval |
| January 13, 2003 | 11/1 – 11/30/02 | $122,419.00 | $4,732.30 | Interim approval | Interim approval |
| January 30, 2003 | 12/1 – 12/31/02 | $129,243.50 | $6,093.80 | Interim approval | Interim approval |
| March 4, 2003 | October – December, 2002 | $459,440.50 | $18,595.84 | $459,440.50 | $18,467.74 |
| March 4, 2003 | 1/1 – 1/31/03 | $162,033.00 | $6,383.16 | Interim approval[7] | Interim approval |
| April 2, 2003 | 2/1 – 2/28/03 | $215,511.50 | $3,784.70 | Interim approval | Interim approval |
| April 29, 2003 | 3/1 – 3/31/03 | $146,603.00 | $6,713.84 | Interim approval | Interim approval |
| May 15, 2003 | January – March, 2003 | $524,147.50 | $16,881.70 | $524,045.50 | $16,881.70 |
| June 3, 2003 | 4/1 – 4/30/03 | $135,130.00 | $2,786.42 | Interim approval[8] | Interim approval |
| July 11, 2003 | 5/1 – 5/31/03 | $109,408.00 | $6,546.04 | Interim approval | Interim approval |
| July 31, 2003 | 6/1 – 6/30/03 | $115,099.00 | $1,925.86 | Interim approval | Interim approval |
| August 27, 2003 | April – June, 2003 | $359,637.00 | $11,258.32 | $357,346.00 | $11,183.48 |
| September 5, 2003 | 7/1 – 7/31/03 | $197,495.50 | $9,235.33 | Interim approval[9] | Interim approval |
| October 1, 2003 | 8/1 – 8/31/03 | $178,910.50 | $7,009.66 | Interim approval | Interim approval |
| November 6, 2003 | 9/1 – 9/30/03 | $157,200.00 | $3,817.57 | Interim approval | Interim approval |
| November 18, 2003 | July – September, 2003 | $533,606.00 | $20,062.56 | $533,606.00 | $20,062.56 |
| November 26, 2003 | 10/1 – 10/31/03 | $251,093.50 | $7,115.96 | Interim approval[10] | Interim approval |
| December 29, 2003 | 11/1 – 11/30/03 | $187,914.00 | $4,969.88 | Interim approval | Interim approval |
| February 2, 2004 | 12/1 - 12/31/03 | $317,880.00 | $8,631.60 | Interim approval | Interim approval |
| February 25, 2004 | October – December, 2003 | $756,887.50 | $20,717.44 | $756,838.00 | $20,717.44 |
| March 5, 2004 | 1/1 – 1/31/04 | $524,446.00 | $32,428.07 | Interim approval[11] | Interim approval |
| April 2, 2004 | 2/1 – 2/29/04 | $274,589.50 | $10,852.51 | Interim approval | Interim approval |
| May 3, 2004 | 3/1 – 3/31/04 | $337,945.00 | $13,159.10 | Interim approval | Interim approval |
| May 17, 2004 | January – March, 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00 | $56,439.68 |
| June 1, 2004 | 4/1 – 4/30/04 | $280,547.50 | $10,895.93 | Interim approval[12] | Interim approval |

[5]    The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003.

[6]    The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003.

[7]    The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003.

[8]    The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003.

[9]    The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004.

[10]    The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004.

[11]    The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.

[12]    The fees and expenses requested in the April-June, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on January 25, 2005.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| July 1, 2004 | 5/1 – 5/31/04 | $213,906.00 | $9,502.49 | Interim approval | Interim approval |
| September 2, 2004 | 6/1 – 6/30/04 | $430,246.50 | $15,235.72 | Interim approval | Interim approval |
| October 6, 2004 | April – June, 2004 | $924,700.00 | $35,634.14 | $918,960.50 | $35,557.55 |
| September 17, 2004 | 7/1 – 7/31/04 | $599,563.50 | $27,869.76 | Interim approval[13] | Interim approval |
| October 7, 2004 | 8/1 – 8/31/04 | $793,285.00 | $45,729.42 | Interim approval | Interim approval |
| November 3, 2004 | 9/1 – 9/30/04 | $913,771.00 | $32,811.19 | Interim approval | Interim approval |
| November 17, 2004 | July – September, 2004 | $2,306,619.50 | $106,410.37 | $2,298,879.00 | $105,176.56 |
| December 7, 2004 | 10/1 – 10/31/04 | $842,268.50 | $38,703.13 | Interim approval[14] | Interim approval |
| January 7, 2005 | 11/1 – 11/30/04 | $581,027.00 | $35,469.12 | Interim approval | Interim approval |
| February 1, 2005 | 12/1 – 12/31/04 | $863,104.50 | $38,461.17 | Interim approval | Interim approval |
| February 14, 2005 | October – December, 2004 | $2,286,400.00 | $112,633.42 | $2,279,008.50 | $110,200.64 |
| March 18, 2005 | 1/1 – 1/31/05 | $1,214,802.50 | $65,721.17 | Interim approval[15] | Interim approval |
| April 15, 2005 | 2/1 – 2/28/05 | $717,562.00 | $46,304.21 | Interim approval | Interim approval |
| May 19, 2005 | 3/1 – 3/31/05 | $916,504.00 | $50,822.73 | Interim approval | Interim approval |
| June 15, 2005 | January – March, 2005 | $2,848,868.50 | $162,848.11 | $2,833,566.00 | $162,482.21 |
| June 7, 2005 | 4/1 – 4/30/05 | $862,337.00 | $32,392.41 | Interim approval[16] | Interim approval |
| June 29, 2005 | 5/1 – 5/31/05 | $852,424.50 | $52,685.55 | Interim approval | Interim approval |
| August 5, 2005 | 6/1 – 6/30/05 | $1,181,036.00 | $58,504.79 | Interim approval | Interim approval |
| August 8, 2005 | April – June, 2005 | $2,895,797.50 | $143,582.75 | $2,894,660.00 | $143,530.87 |
| September 9, 2005 | 7/1 – 7/31/05 | $1,740,148.50 | $155,036.60 | Interim approval[17] | Interim approval |
| September 28, 2005 | 8/1 – 8/31/05 | $1,451,595.50 | $95,151.93 | Interim approval | Interim approval |
| October 28, 2005 | 9/1 - 9/30/05 | $1,471,412.50 | $128,814.69 | Interim approval | Interim approval |
| October 28, 2005 | July – September, 2005 | $4,663,156.50 | $379,003.22 | $4,655,239.50 | $378,588.48 |
| November 28, 2005 | 10/1/05 - 10/31/05 | $1,602,349.50 | $111,318.89 | Interim approval[18] | Interim approval |
| December 28, 2005 | 11/1/05 - 11/30/05 | $1,743,406.00 | $182,798.39 | Interim approval | Interim approval |
| January 25, 2006 | 12/1/05 - 12/31/05 | $1,638,659.50 | $161,888.24 | Interim approval | Interim approval |
| February 14, 2006 | October - December, 2005 | $4,984,415.00 | $456,005.52 | $4,978,349.00 | $453,367.08 |
| February 28, 2006 | 1/1/06 - 1/31/06 | $1,667,688.00 | $176,100.89 | Interim approval[19] | Interim approval |
| March 28, 2006 | 2/1/06 - 2/28/06 | $1,669,067.50 | $395,113.02 | Interim approval | Interim approval |
| April 28, 2006 | 3/1/06-3/31/06 | $1,615,330.00 | $685,462.58 | Interim approval | Interim approval |
| May 15, 2006 | January - March, 2006 | $4,952,085.50 | $1,256,676.49 | $4,942,401.50 | $1,256,429.49 |

13    The fees and expenses requested in the July-September, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 22, 2005.

14    The fees and expenses requested in the October-December, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 29, 2005.

15    The fees and expenses requested in the January-March, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 26, 2005.

16    The fees and expenses requested in the April-June, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 19, 2005.

17    The fees and expenses requested in the July-September, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 24, 2006.

18    The fees and expenses requested in the October-December, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2006.

19    The fees and expenses requested in the January-March, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2006.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 30, 2006 | 4/1/06 - 4/30/06 | $1,628,876.50 | $814,117.99 | Interim approval[20] | Interim approval |
| June 28, 2006 | 5/1/06 - 5/31/06 | $1,800,762.00 | $311,657.73 | Interim approval | Interim approval |
| July 28, 2006 | 6/1/06 - 6/30/06 | $1,666,537.00 | $207,374.07 | Interim approval | Interim approval |
| August 14, 2006 | April - June, 2006 | $5,096,175.75 | $1,333,149.79 | $5,096,175.50 | $1,331,919.73 |
| August 28, 2006 | 7/1/06 - 7/31/06 | $2,026,266.00 | $155,509.57 | Interim approval[21] | Interim approval |
| September 28, 2006 | 8/1/06 - 8/31/06 | $2,458,300.00 | $377,534.56 | Interim approval | Interim approval |
| October 30, 2006 | 9/1/06 - 9/30/06 | $1,508,315.00 | $454,899.58 | Interim approval | Interim approval |
| November 14, 2006 | July - September, 2006 | $5,992,881.00 | $987,943.71 | $5,984,268.75 | $986,255.71 |
| November 28, 2006 | 10/1/06 - 10/31/06 | $1,732,139.00 | $698,068.49 | Interim approval[22] | Interim approval |
| December 28, 2006 | 11/1/06 - 11/30/06 | $1,846,984.50 | $860,948.29 | Interim approval | Interim approval |
| January 29, 2007 | 12/1/06 - 12/31/06 | $1,577,574.50 | $1,171,910.97 | Interim approval | Interim approval |
| February 14, 2007 | October - December, 2006 | $5,156,698.00 | $2,730,927.75 | $5,155,238.00 | $2,730,927.75 |
| February 28, 2007 | 1/1/07 - 1/31/07 | $1,653,083.50 | $505,470.24 | Interim approval[23] | Interim approval |
| March 28, 2007 | 2/1/07 - 2/28/07 | $1,855,844.00 | $793,394.48 | Interim approval | Interim approval |
| April 30, 2007 | 3/1/07 - 3/31/07 | $2,043,431.50 | $614,588.91 | Interim approval | Interim approval |
| May 15, 2007 | January - March, 2007 | $5,552,359.00 | $1,913,453.63 | $5,547,606.50 | $1,913,453.63 |
| May 29, 2007 | 4/1/07 - 4/30/07 | $1,617,793.00 | $1,471,980.14 | Interim approval[24] | Interim approval |
| June 28, 2007 | 5/1/07 - 5/31/07 | $1,886,409.50 | $1,580,009.04 | Interim approval | Interim approval |
| July 30, 2007 | 6/1/07 - 6/30/07 | $2,301,815.00 | $2,237,072.31 | Interim approval | Interim approval |
| August 14, 2007 | April - June, 2007 | $5,806,017.50 | $5,289,061.49 | $5,801,255.00 | $5,289,061.49 |
| August 28, 2007 | 7/1/07 - 7/31/07 | $2,031,978.00 | $3,054,735.85 | Interim approval[25] | Interim approval |
| September 28, 2007 | 8/1/07 - 8/31/07 | $2,141,450.50 | $1,524,583.81 | Interim approval | Interim approval |
| October 29, 2007 | 9/1/07 - 9/30/07 | $1,851,837.50 | $2,068,988.69 | Interim approval | Interim approval |
| November 14, 2007 | July - September, 2007 | $6,025,266.00 | $6,648,308.35 | $6,009,675.50 | $6,648,308.35 |
| November 28, 2007 | 10/1/07 - 10/31/07 | $2,819,249.00 | $1,902,419.07 | $2,255,399.20 | $1,902,419.07 |
| December 28, 2007 | 11/1/07 - 11/30/07 | $2,218,978.50 | $1,307,904.30 | $1,775,182.80 | $1,307,904.30 |
| January 28, 2007 | 12/1/07 - 12/31/07 | $2,145,512.00 | $861,447.64 | $1,716,409.60 | $861,447.64 |
| February 14, 2008 | October - December, 2007 | $7,183,739.50 | $4,071,771.01 | Pending | Pending |
| February 28, 2008 | 1/1/08 - 1/31/08 | $2,982,614.00 | $1,437,331.45 | $2,386,091.20 | $1,437,331.45 |
| March 28, 2008 | 2/1/08 - 2/29/08 | $1,556,573.00 | $1,323,655.09 | $1,245,258.40 | $1,323,655.09 |

---

[20]    The fees and expenses requested in the April-June, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 18, 2006.

[21]    The fees and expenses requested in the July-September, 2006, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on May 3, 2007.

[22]    The fees and expenses requested in the October-December, 2006, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on June 20, 2007.

[23]    The fees and expenses requested in the January-March, 2007, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on September 24, 2007.

[24]    The fees and expenses requested in the April-June, 2007, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on December 13, 2007.

[25]    The fees and expenses requested in the July-September, 2007, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on March 12, 2008.

The K&E attorneys who rendered professional services in these cases during the Fee

Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ellen T. Ahern | Partner | 1992 | Litigation | $570.00 | 261.10 | $148,827.00 |
| Janet S. Baer | Partner | 1982 | Restructuring | $795.00 | 182.90 | $145,405.50 |
| Amanda C. Basta | Associate | 2002 | Litigation | $500.00 | 222.30 | $111,150.00 |
| David M. Bernick, P.C. | Partner | 1978 | Litigation | $915.00 | 261.30[26] | $239,089.50 |
| Salvatore F. Bianca | Associate | 2003 (Grad. 2001) | Litigation | $520.00 | 173.80 | $90,376.00 |
| Samuel Blatnick | Associate | 2003 | Litigation | $475.00 | 92.70 | $44,032.50 |
| Deanna D. Boll | Partner | 1998 | Restructuring | $625.00 | 124.10 | $77,562.50 |
| Holly Bull | Of Counsel | 1997 | Restructuring | $490.00 | 36.00 | $17,640.00 |
| Jeanne T. Cohn-Connor | Partner | 1985 | Environment | $625.00 | 14.20 | $8,875.00 |
| Michael Dierkes | Associate | 2001 | Litigation | $520.00 | 39.10 | $20,332.00 |
| John Donley | Partner | 1985 | Litigation | $725.00 | 10.80 | $7,830.00 |
| Laura M. Durity | Associate | 2007 | Litigation | $295.00 | 133.20 | $39,294.00 |
| Lisa G. Esayian | Partner | 1991 | Litigation | $675.00 | 58.30 | $39,352.50 |
| Peter A. Farrell | Associate | 2006 | Litigation | $350.00 | 38.90 | $13,615.00 |
| Theodore L. Freedman | Partner | 1973 | Restructuring | $850.00 | 152.90 | $129,965.00 |
| James Golden | Associate | 2005 | Litigation | $395.00 | 13.90 | $5,490.50 |
| Barbara M. Harding | Partner | 1988 | Litigation | $585.00 | 240.80 | $140,868.00 |
| Jason P. Hernandez | Associate | 2005 | Litigation | $395.00 | 4.50 | $1,777.50 |
| Raina A. Jones | Associate | 2006 | Litigation | $350.00 | 228.10 | $79,835.00 |
| Alex L. Karan | Partner | 2000 | Litigation | $540.00 | 32.10 | $17,334.00 |
| Ritu Kelotra | Associate | Pending | Litigation | $295.00 | 216.30 | $63,808.50 |
| Patrick J. King | Associate | 2007 | Litigation | $295.00 | 61.00 | $17,995.00 |
| Walter R. Lancaster | Partner | 1987 | Litigation | $710.00 | 69.70 | $49,487.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation | $835.00 | 4.80 | $4,008.00 |
| Elli Leibenstein | Partner | 1992 | Litigation | $635.00 | 172.00 | $109,220.00 |
| Tyler D. Mace | Associate | 2003 | Litigation | $475.00 | 128.50 | $61,037.50 |
| Scott A. McMillin | Partner | 1996 | Litigation | $580.00 | 212.30 | $123,134.00 |
| Joy L. Monahan | Associate | 1997 | Restructuring | $440.00 | 90.80 | $39,952.00 |
| Matthew E. Nirider | Associate | 2006 | Litigation | $350.00 | 35.10 | $12,285.00 |
| Andrew R. Running | Partner | 1982 | Litigation | $695.00 | 75.30 | $52,333.50 |
| Michael D. Shumsky | Associate | 2004 | Litigation | $475.00 | 1.50 | $712.50 |
| Lori Sinanyan | Partner | 2000 | Restructuring | $605.00 | 42.00 | $25,410.00 |
| Gregory L. Skidmore | Associate | 2006 | Litigation | $395.00 | 15.70 | $6,201.50 |
| Brian T. Stansbury | Associate | 2002 | Litigation | $500.00 | 182.50 | $91,250.00 |
| Henry A. Thompson, II | Associate | 2006 | Litigation | $350.00 | 189.90 | $66,465.00 |
| Tammy A. Tsoumas | Associate | 2007 | Litigation | $350.00 | 3.10 | $1,085.00 |

---

[26]    85.30 hours billed by David M. Bernick for the period February 1, 2008, through February 29, 2008, did not get posted in K&E's accounting system for inclusion with K&E's fee application filed for February 2008. As a result, this fee application contains 85.30 hours billed by David M. Bernick during the February 1, 2008, through February 29, 2008, fee period.

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Laurence A. Urgenson | Partner | 1976 | Litigation | $835.00 | 48.60 | $40,581.00 |
| **Totals for Attorneys** | | | | | **3,870.10** | **$2,143,617.00** |

The paraprofessionals of K&E who rendered professional services in these cases during

the Fee Period are:

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Deborah L. Bibbs | Legal Assistant | 2 Years | Restructuring | $195.00 | 140.50 | $27,397.50 |
| Derek J. Bremer | Technology Services | 4 Years | Litigation | $205.00 | 175.10 | $35,895.50 |
| Kathleen E. Cawley | Legal Assistant | 15 Years | Litigation | $250.00 | 4.50 | $1,125.00 |
| Andrew Erskine | Project Assistant | 9 Months | Litigation | $155.00 | 264.90 | $41,059.50 |
| Timothy J. Fitzsimmons | Legal Assistant | 1 Year | Litigation | $230.00 | 228.00 | $52,440.00 |
| Stephanie D. Frye | Conflicts Analyst II | 3 Years | Administrative Services | $195.00 | 20.00 | $3,900.00 |
| Maria D. Gaytan | Case Assistant | 6 Years | Litigation | $140.00 | 7.80 | $1,092.00 |
| Britton R. Giroux | Case Assistant | 2 Years | Litigation | $145.00 | 281.10 | $40,759.50 |
| Timothy Greene | Project Assistant | 8 Months | Litigation | $145.00 | 270.60 | $39,237.00 |
| Alun Harris-John | Technology Services | 1 Year | Litigation | $205.00 | 188.20 | $38,581.00 |
| Christopher Healey | Law Clerk | 9 Months | Restructuring | $205.00 | 7.00 | $1,435.00 |
| Ayesha Johnson | Case Assistant | 8 Months | Litigation | $145.00 | 238.20 | $34,539.00 |
| Travis J. Langenkamp | Legal Assistant | 11 Years | Litigation | $250.00 | 247.50[27] | $61,875.00 |
| Kimberly K. Love | Legal Assistant | 20 Years | Litigation | $240.00 | 30.00 | $7,200.00 |
| Maureen McCarthy | Legal Assistant | 5 Years | Restructuring | $225.00 | 28.40 | $6,390.00 |
| Katie McCrone | Project Assistant | 1 Month | Restructuring | $150.00 | 42.70 | $6,405.00 |
| P. Ryan Messier | Case Assistant | 6 Months | Litigation | $145.00 | 237.10 | $34,379.50 |
| Susan J. Perry | Legal Assistant | 19 Years | Restructuring | $270.00 | 3.80 | $1,026.00 |
| Daniel T. Rooney | Legal Assistant | 13 Years | Litigation | $230.00 | 263.00 | $60,490.00 |
| Michael A. Rosenberg | Legal Assistant | 2 Years | Litigation | $205.00 | 4.30 | $881.50 |
| Andrew J. Ross | Case Assistant | 10 Months | Litigation | $145.00 | 270.40 | $39,208.00 |
| Aaron Rutell | Technology Services | 8 Months | Litigation | $165.00 | 90.50 | $14,932.50 |

---

[27]    2.00 hours billed by Travis J. Langenkamp and 4.00 hours billed by Library Research for the period February 1, 2008, through February 29, 2008, did not get posted in K&E's accounting system for inclusion with K&E's fee application filed for February 2008. As a result, this fee application contains 2.00 hours billed by Travis J. Langenkamp and 4.00 hours billed by Library Research for the period February 1, 2008, through February 29, 2008, fee period.

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Linda A. Scussel | Restructuring Conflicts Specialist | 3 Years | Administrative Services | $220.00 | 13.30 | $2,926.00 |
| James J. Son | Legal Assistant | 1 Year | Litigation | $190.00 | 7.50 | $1,425.00 |
| Terrell D. Stansbury | Legal Assistant | 3 Years | Litigation | $195.00 | 76.80 | $14,976.00 |
| Rafael M. Suarez | Technology Services | 2 Years | Litigation | $195.00 | 12.50 | $2,437.50 |
| Lorena G. Toro | Case Assistant | 11 Months | Restructuring | $130.00 | 6.50 | $845.00 |
| Stacie D. Torres | Law Clerk | 8 Months | Litigation | $205.00 | 10.00 | $2,050.00 |
| Ian Whalen | Case Assistant | 1 Year | Litigation | $150.00 | 10.80 | $1,620.00 |
| Library Research | Research Specialist | N/A | Administrative Services | $200.00 | 19.20[27] | $3,840.00 |
| Totals for Paraprofessionals | | | | | 3,200.20 | $580,368.00 |

Grand Total for Fees: **$2,723,985.00**
Blended Rate: **$385.27**

*[Remainder of Page Intentionally Left Blank]*

**Compensation by Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 19 | Claims Analysis Objection and Resolution (Non-Asbestos) | 34.80 | $14,328.50 |
| 20 | Case Administration | 105.10 | $30,277.00 |
| 21 | Claims Analysis Objection and Resolution (Asbestos) | 4,820.60 | $1,813,810.50 |
| 23 | Business Operations | 13.40 | $5,383.50 |
| 28 | Litigation and Litigation Consulting | 186.30 | $103,354.00 |
| 30 | Hearings | 1,177.70 | $406,985.00 |
| 32 | Fee Applications, Applicant | 52.10 | $21,942.50 |
| 35 | Fee Applications Others | 19.20 | $4,788.50 |
| 37 | Plan and Disclosure Statement | 70.10 | $46,112.00 |
| 38 | Employment Applications, Others | 12.60 | $5,871.00 |
| 42 | Travel non-working | 77.60 | $38,328.00 |
| 54 | Employment Applications, Applicant | 12.90 | $4,762.00 |
| 57 | Montana Grand Jury Investigation | 487.90 | $228,042.50 |
| **Totals for Matters** | | **7,070.30** | **$2,723,985.00** |

## Expense Summary

| Service Description | Amount |
|---|---|
| Telephone | $1,284.99 |
| Fax Charge | $15.00 |
| Standard Copies or Prints | $11,866.00 |
| Binding | $8.40 |
| Tabs/Indexes/Dividers | $26.40 |
| Color Copies or Prints | $4,607.00 |
| Scanned Images | $1,512.15 |
| CD-ROM Duplicates | $133.00 |
| Postage | $3.25 |
| Overnight Delivery | $4,861.23 |
| Outside Messenger Services | $508.59 |
| Local Transportation | $1,999.07 |
| Travel Expense | $26,487.80 |
| Airfare | $33,925.40 |
| Transportation to/from airport | $5,331.98 |
| Travel Meals | $33,151.91 |
| Car Rental | $382.14 |
| Other Travel Expenses | $1,561.43 |
| Court Reporter Fee/Deposition | $36,146.28 |
| Calendar/Court Services | $200.00 |
| U.S. Local Counsel Meals | $811.45 |
| Professional Fees | $1,439,093.14 |
| Trial Office Expenses | $45,719.51 |
| Other Trial Expenses | $28,613.64 |
| Outside Computer Services | $263.15 |
| Outside Video Services | $2,553.87 |
| Outside Copy/Binding Services | $36,892.69 |
| Working Meals/K&E Only | $120.90 |
| Working Meals/K&E and Others | $1,667.32 |
| Information Broker Doc/Svcs | $1,904.69 |
| Library Document Procurement | $1,603.85 |
| Computer Database Research | $4,376.49 |
| Overtime Transportation | $1,121.57 |
| Overtime Meals | $251.77 |
| Overtime Meals - Attorney | $552.69 |
| Secretarial Overtime | $7,050.56 |
| Word Processing Overtime | $80.43 |
| Overtime Meals - Legal Assistant | $34.85 |
| Rental Expenses | $227,839.77 |
| Miscellaneous Office Expenses | $17,306.27 |
| Total | $1,981,870.63 |

WHEREFORE, K&E respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of **$2,723,985.00** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period **($2,179,188.00)** and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period **($1,981,870.63)**; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware                    Respectfully submitted,
Dated: April 28, 2008

                                        KIRKLAND & ELLIS LLP


                                        Janet S. Baer
                                        David M. Bernick, P.C.
                                        200 East Randolph Drive
                                        Chicago, Illinois 60601
                                        (312) 861-2000

K&E 12740575.1