# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     APRIL 10, 2008
MATTER :   0066609-000002
INVOICE :  10101817

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/11/08 | TC | Reviewed Order Authorizing Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC | .10 |
| 03/11/08 | TC | Reviewed Notice of Settlement Regarding Libby Asbestos Site Filed by United States of America and attached settlement documents | .40 |
| 03/14/08 | TC | Reviewed Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding the Libby, Montana Asbestos Site and Authorizing Payment of the Claim and all attached documents, including libby settlement agreement | .50 |
| 03/31/08 | TC | Reviewed settlement agreement re curtis bay site | .70 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 1.70 | 875.50 |
| TOTALS |  | 1.70 | 875.50 |

TOTAL FEES :                                                875.50

TOTAL DUE  :                                                875.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 10, 2008
MATTER :  0066609-000003
INVOICE : 10101818

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE:   BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/04/08 | TC | Reviewed monthly operating reports | .60 |
| 03/07/08 | TC | Reviewed Order Authorizing the Remedium Closing Agreement with the IRS | .10 |

T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | .70 | 360.50 |
| TOTALS |  | .70 | 360.50 |

TOTAL FEES :                                         360.50

TOTAL DUE :                                          360.50

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : APRIL 10, 2008
MATTER  : 0066609-000004
INVOICE : 10101819

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08   6548

RE: CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/03/08 | TC | Reviewed all ecf filings from the weekend and distributed them to team members | .70 |
| 03/03/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .40 |
| 03/04/08 | TC | Reviewed all ecf filings and distributed to equity committee team | .60 |
| 03/04/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/05/08 | TC | Reviewed all ecf filings and distributed to counsel for equity committee | .60 |
| 03/05/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/06/08 | TC | Reviewed all ecf filings daily and distributed to all counsel for equity committee | .50 |
| 03/06/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE  :    APRIL 10, 2008
                                             MATTER :   0066609-000004
                                             INVOICE :  10101819

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE:   CASE ADMINISTRATION

| Date | Init | Description | Hours |
|---|---|---|---|
| 03/07/08 | TC | Reviewed all ecf filings and distributed throughout the day to counsel for equity committee | .70 |
| 03/07/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/10/08 | TC | Reviewed all ecf filings and distributed them to team counsel | .50 |
| 03/10/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/11/08 | TC | Reviewed all ecf filings and distributed them to our team of counsel for the equity committee | .40 |
| 03/11/08 | TC | Reviewed Notice regarding court call availability for estimation trial | .10 |
| 03/11/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/12/08 | TC | Reviewed all ecf filings and distributed to team counsel for equity committee | .50 |
| 03/12/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .60 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 10, 2008
MATTER : 0066609-000004
INVOICE : 10101819

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE:  CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/13/08 | TC | Reviewed all ecf filings in the case and distributed them to our team counsel for the equity committee | .40 |
| 03/13/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/14/08 | TC | Reviewed all ecf filings and distributed to team counsel | .30 |
| 03/14/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/17/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/17/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 03/18/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/19/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/20/08 | MNF | Docketing litigation events in computerized docketing system | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 10, 2008
                                              MATTER : 0066609-000004
                                              INVOICE : 10101819

  FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

  RE: CASE ADMINISTRATION

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/20/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/24/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/25/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/26/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/28/08 | MNF | Reviewed all ecf filings and forwarded them to counsel team | .50 |
| 03/28/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 03/31/08 | TC | Forwarded pleadings around to team | .50 |
| 03/31/08 | MNF | Docketing litigation events in computerized docketing system | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS              DATE   :   APRIL 10, 2008
                                                  MATTER :   0066609-000004
                                                  INVOICE :  10101819

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

    RE:   CASE ADMINISTRATION


                        T I M E   S U M M A R Y
                        -----------------------

                            RATE      HOURS           TOTALS
                            ----      -----           ------

T. Currier                  515.00     5.80           2987.00
M. Flores                   175.00    11.00           1925.00
                TOTALS                16.80           4912.00

                    TOTAL FEES :                                   4,912.00

                    TOTAL DUE  :                                   4,912.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE    : APRIL 10, 2008
                                           MATTER  : 0066609-000005
                                           INVOICE : 10101820

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08   6548

   RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/14/08 | TC | Reviewed opinion of the court on the new jersey claim | .70 |
| 03/31/08 | TC | Reviewed Motion in Limine of The Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Future Claimants' Representative Relating to Settlement Information Subject to the Debtors' Rule 408 Argument Filed by Official Committee of Asbestos Personal Injury Claimants | .40 |


              T I M E   S U M M A R Y

                       RATE      HOURS         TOTALS

T. Currier           515.00       1.10         566.50
          TOTALS                  1.10         566.50

                   TOTAL FEES :                          566.50

                   TOTAL DUE  :                          566.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : APRIL 10, 2008
MATTER  : 0066609-000006
INVOICE : 10101821

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/07/08 | TC | Reviewed Opposition to Speights & Runyan's Motion for Extension of Time for Three Claimants to File a Memorandum Regarding Motion to Alter or Amend the Court's Order | .40 |
| 03/31/08 | TC | Reviewed Stipulation Resolving Claim Between W.R. Grace & Co., et al. and David G. Slaughter | .30 |

### TIME SUMMARY

|  | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier | | 515.00 | .70 | 360.50 |
|  | TOTALS | | .70 | 360.50 |

TOTAL FEES :                                          360.50

TOTAL DUE  :                                          360.50

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    : APRIL 10, 2008
                                              MATTER  : 0066609-000007
                                              INVOICE : 10101822

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE: COMMITTEE, CREDITORS', NOTEHOLDERS', OR
    EQUITY HOLDERS'

```
DATE     ATTY   DESCRIPTION OF SERVICES RENDERED                            HOURS
----     ----   --------------------------------                            -----

03/06/08 TC     Attended committee meeting of equity committee               1.20
```

                    T I M E   S U M M A R Y
                    -----------------------

                            RATE        HOURS           TOTALS
                            ----        -----           ------

T. Currier                  515.00      1.20            618.00
                  TOTALS                1.20            618.00

                            TOTAL FEES :                                618.00

                            TOTAL DUE  :                                618.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre  
301 Grant Street, 20th Floor  
Pittsburgh, PA 15219-1410

T 412 562 8800  
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : APRIL 10, 2008  
MATTER  : 0066609-000008  
INVOICE : 10101823

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE: EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/11/08 | TC | Reviewed Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2008 | .10 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | .10 | 51.50 |
| TOTALS |  | .10 | 51.50 |

TOTAL FEES :                                                        51.50

TOTAL DUE  :                                                        51.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    APRIL 10, 2008
                                                MATTER :  0066609-000011
                                                INVOICE : 10101824

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/05/08 | TC  | Reviewed our cno for 27th quarterly period, reviewed underlying fee application and docket; approved same | .30 |
| 03/05/08 | MNF | E-file and serve CNO re: 27th quarterly fee app of BIR | .80 |
| 03/12/08 | TC  | Reviewed quarterly fee order signed by court | .20 |
| 03/12/08 | TC  | Conf with paralegal re cnos and fee applications and deadlines for filing in the next two weeks; reviewed bir cno for filing later this month | .30 |
| 03/12/08 | MNF | Draft CNO re: 75th monthly fee app of BIR | .40 |
| 03/13/08 | MNF | Draft 76th monthly fee app of BIR for February 2008 | 1.00 |
| 03/13/08 | MNF | Review/make edit to prebills for February 2008 | .60 |
| 03/24/08 | MNF | Finalize prebills for February 2008 and send same to accting (.3); edit 76th monthly fee app of BIR (.2) | .50 |
| 03/24/08 | MNF | E-file and serve CNO re: 75th monthly fee app of BIR | 1.00 |
| 03/28/08 | MNF | Edits to 76th monthly fee app of BIr | .50 |
| 03/31/08 | TC  | Reviewed form of fee application for buchanan ingersoll | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   APRIL 10, 2008
MATTER  :   0066609-000011
INVOICE :   10101824

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE:   FEE APPLICATIONS, APPLICANT

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/31/08 | TC | Reviewed fee application as filed; calendared our fee application dates | .20 |
| 03/31/08 | MNF | E-file and serve 76th monthly fee app of BIR (.8); Scan and send same to fee auditor(.3) | 1.10 |

TIME SUMMARY
------------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 1.40 | 721.00 |
| M. Flores | 175.00 | 5.90 | 1032.50 |
| TOTALS |  | 7.30 | 1753.50 |

TOTAL FEES :                                          1,753.50

TOTAL DUE  :                                          1,753.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 10, 2008
                                              MATTER :  0066609-000012
                                              INVOICE : 10101825

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08   6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/03/08 | TC | Reviewed cno for kramer levin fees; reviewed docket to determine no objections | .40 |
| 03/03/08 | MNF | Draft CNO re: 23rd quarterly fee app of Kramer Levin (.3); email to D.Mannal re: same & t/c with D. Mannal re: same (.3); E-file and serve CNO (.5) | 1.10 |
| 03/04/08 | TC | Conference with paralegal re kramer levin fees issues | .30 |
| 03/05/08 | TC | Reviewed kramer levin cno, reviewed underlying fee application and docket; approved same | .30 |
| 03/05/08 | MNF | E-file and serve CNO re: 77th monthly fee app of Kramer Levin | .80 |
| 03/13/08 | TC | Call with doug mannal re lexecon fee issues and matters on for hearing monday | .30 |
| 03/14/08 | TC | Reviewed 26th quarterly fee order | .30 |

                          T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 1.60 | 824.00 |
| M. Flores | 175.00 | 1.90 | 332.50 |
| TOTALS |  | 3.50 | 1156.50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 10, 2008
                                              MATTER : 0066609-000012
                                              INVOICE : 10101825

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE:   FEE APPLICATIONS, OTHERS

                        TOTAL FEES :                              1,156.50

                        TOTAL DUE  :                              1,156.50

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    APRIL 10, 2008
                                                MATTER :  0066609-000014
                                                INVOICE : 10101826


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

    RE:  HEARINGS


 DATE    ATTY   DESCRIPTION OF SERVICES RENDERED                        HOURS
 ----    ----   --------------------------------                        -----

03/11/08  TC    Reviewed Agenda of Matters Scheduled for                  .40
                Hearing Filed by W.R. Grace & Co., et al.

03/31/08  TC    Reviewed agenda of matters scheduled for                  .20
                hearing for estimation trials going forward

03/31/08  TC    Reviewed notice of agenda of matters scheduled            .40
                for hearing



                    T I M E   S U M M A R Y
                    -----------------------

                              RATE      HOURS           TOTALS
                              ----      -----           ------

T. Currier                    515.00    1.00            515.00
                   TOTALS               1.00            515.00


                              TOTAL FEES :                              515.00


                              TOTAL DUE   :                             515.00
```

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 10, 2008
                                              MATTER : 0066609-000015
                                              INVOICE : 10101827

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 03/04/08 | TC | Reviewed Letter to Judge Fitzgerald re: Manville Opinion | .20 |
| 03/31/08 | TC | Reviewed Updated Notice of Debtors' Order of Witnesses | .20 |
| 03/31/08 | TC | Reviewed Motion in Limine to Exclude the Expert Testimony of Stephen M. Snyder (117 pages) | .90 |
| 03/31/08 | TC | Reviewed Affidavit of Brian D. Huben Filed by Speights & Runyan Claimants | .30 |
| 03/31/08 | TC | Reviewed Motion in Limine to Exclude Testimony from Claimants' Witness Peter Kraus | 1.30 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 2.90 | 1493.50 |
| TOTALS |  | 2.90 | 1493.50 |

TOTAL FEES :                                                  1,493.50

TOTAL DUE :                                                   1,493.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre  
301 Grant Street, 20th Floor  
Pittsburgh, PA 15219-1410  

T 412 562 8800  
F 412 562 1041  

www.buchananingersoll.com  

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   : APRIL 10, 2008  
MATTER : 0066609-001000  
INVOICE: 10101828  

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/08   6548

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 03/03/08 Photocopies M. Flores | 0.60 |
| 03/03/08 Messenger/Delivery Service - Parcels 82525 | 7.50 |
| 03/10/08 Photocopies M. Flores | 21.60 |
| 03/13/08 Photocopies M. Flores | 3.30 |
| 03/14/08 Photocopies M. Flores | 0.45 |
| 03/28/08 On-Line Search Service - Pacer (February 2008) | 2.40 |
| TOTAL EXPENSE ADVANCES : | 35.85 |
| TOTAL DUE   : | 35.85 |