REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number    1691724
One Town Center Road                     Invoice Date      04/28/08
Boca Raton, FL    33486                  Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                            60,887.50
         Expenses                             0.00

                        TOTAL BALANCE DUE UPON RECEIPT      $60,887.50
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    1691724
One Town Center Road                     Invoice Date      04/28/08
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number       60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 02/15/08 | Lewis | Consider necessary revisions to 2014 statement because of new Anderson Kill attorneys (.3). | .30 |
| 02/19/08 | Lewis | Draft supplemental 2014 statement (1.4); review docket re prior entries and retention application relating to same (.5). | 1.90 |
| 02/20/08 | Lewis | Email correspondence with D. Cameron re revised 2014 statement (.3); revise same per comments from same (.2); email correspondence with P. Singer re same (.1). | .60 |
| 02/21/08 | Lewis | Finalize revised 2014 statement and attention to e-filing same (.8). | .80 |
| 02/22/08 | Lewis | Email correspondence with J. O'Neill and S. Ament re filing of revised 2014 statement (.1). | .10 |
| 03/03/08 | Klapper | Continue work on cross-examination outlines based on review of key studies and prior testimony. | 7.80 |
| 03/04/08 | Klapper | Continue work on cross-examination outlines based on review of key studies and prior testimony. | 5.30 |

172573 W. R. Grace & Co.                          Invoice Number  1691724
60026  Litigation and Litigation Consulting       Page    2
April 28, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 03/05/08 | Ament | Meet with J. Restivo re: 2/25/08 hearing (.10); various e-mails to obtain transcript from said hearing (.30); circulate 2/25/08 transcript to client and team (.10). | .50 |
| 03/05/08 | Denniston | Research, locate and obtain disease study for T. Klapper | 1.50 |
| 03/05/08 | Klapper | Finish initial outline of cross-examination issues for one expert based on review of secondary materials and prior testimony. | 5.60 |
| 03/06/08 | Cameron | Meet with K&E lawyers re:  status of PI estimation. | .60 |
| 03/07/08 | Klapper | Continue work on supplemental cross-examination outlines based on input from B. Harding and review of additional secondary sources. | 6.60 |
| 03/10/08 | Ament | E-mails re: agenda for 3/17/08 hearing. | .20 |
| 03/10/08 | Klapper | Continue work on supplemental cross-examination outlines based on input from B. Harding and review of additional secondary sources. | 1.40 |
| 03/11/08 | Ament | Circulate agenda for 3/17/08 hearing to team. | .10 |
| 03/12/08 | Klapper | Continue work on supplemental cross-examination outlines based on input from B. Harding and review of additional secondary sources. | 4.50 |
| 03/13/08 | Klapper | Review additional prior depositions for purposes of supplementing cross-examination outlines. | 4.50 |
| 03/14/08 | Ament | E-mails re: amended agenda for 3/17/08 hearing. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1691724
60026  Litigation and Litigation Consulting       Page    3
April 28, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 03/14/08 | Klapper | Continue work on cross-examination outlines (3.5); discuss same with V. Craven (.4). | 3.90 |
| 03/17/08 | Ament | Assist D. Cameron with hearing preparation (.50); various meetings with D. Cameron re: same (.20); circulate amended agenda to team (.10). | .80 |
| 03/17/08 | Klapper | Continue work on cross-examination projects, including review of additional transcripts provided by Kirkland. | 6.50 |
| 03/18/08 | Klapper | Continue work on cross-examination projects, including review of additional transcripts provided by Kirkland. | 5.70 |
| 03/20/08 | Klapper | Continue work on cross-examination projects, including review of additional transcripts provided by Kirkland. | 3.20 |
| 03/21/08 | Klapper | Continue work on cross-examination projects, including review of additional transcripts provided by Kirkland. | 4.70 |
| 03/24/08 | Ament | Circulate schedule of omnibus hearings and filing deadlines to team (.10); meet with J. Restivo re: omnibus hearings (.10); e-mails with team re: hearings (.10); e-mails re: 3/17/08 hearing transcript (.10); order said transcript (.10). | .50 |
| 03/24/08 | Klapper | Continue work on cross-examination projects, including review of additional transcripts provided by Kirkland. | 6.00 |
| 03/25/08 | Ament | E-mails re: 4/21/08 hearing in DE. | .20 |
| 03/25/08 | Cameron | E-mails regarding PI Estimation hearing (0.3); review Betty Anderson materials (0.5). | .80 |

172573 W. R. Grace & Co.                    Invoice Number  1691724
60026  Litigation and Litigation Consulting  Page   4
April 28, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 03/25/08 | Klapper | Finalize draft of cross-examination materials for pathologist. | 7.10 |
| 03/26/08 | Ament | Obtain and provide 3/17/08 hearing transcript to client and working group. | .20 |
| 03/26/08 | Cameron | Attend portions of Asbestos PI Estimation regarding Betty Anderson testimony (4.9); follow-up from hearing (0.5). | 5.40 |
| 03/26/08 | Klapper | Finalize draft of cross-examination materials for cell biologist. | 8.40 |
| 03/27/08 | Klapper | Respond to various follow-up questions from Kirkland team re cross-examination outlines, including review of additional materials received. | 6.20 |
| 03/28/08 | Denniston | Research, locate and obtain disease study for T. Klapper | .50 |
| 03/28/08 | Klapper | Respond to various follow-up questions from Kirkland team re cross-examination outlines, including review of additional materials received. | 7.60 |

                                          ------
                          TOTAL HOURS     110.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 6.80 | at $ | 615.00 | = | 4,182.00 |
| Antony B. Klapper | 95.00 | at $ | 575.00 | = | 54,625.00 |
| Joshua C. Lewis | 3.70 | at $ | 350.00 | = | 1,295.00 |
| Sharon A. Ament | 2.70 | at $ | 165.00 | = | 445.50 |
| Amy E. Denniston | 2.00 | at $ | 170.00 | = | 340.00 |

                          CURRENT FEES                    60,887.50


                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT    $60,887.50
                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1691725
5400 Broken Sound Blvd., N.W.        Invoice Date        04/28/08
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

          Fees                         41,939.50
          Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $41,939.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1691725 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date     04/28/08 |
| Boca Raton, FL 33487 | Client Number     172573 |
| | Matter Number      60028 |

================================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/08 | Cameron | Review materials regarding bar date notice. | 1.40 |
| 03/03/08 | Cameron | Review materials for discussion with ZAI claimants (1.5); meet with J. Restivo regarding same (0.3); review hearing notes (0.8). | 2.60 |
| 03/03/08 | Restivo | Telephone calls with E. Westbrook and R. Finke. | .80 |
| 03/05/08 | Cameron | Prepare for and participate in call with K&E and Grace re:  ZAI status (.80); follow-up with J. Restivo (.20); review materials relating to bar date (.60). | 1.60 |
| 03/05/08 | Restivo | Telephone calls with R. Finke and D. Cameron; prepare for and telephone conference with clients and K&E. | 3.00 |
| 03/06/08 | Cameron | Review ZAI Bar date materials from K&E. | 1.60 |
| 03/06/08 | Restivo | Emails and correspondence with D. Boll. | .60 |
| 03/07/08 | Cameron | Review materials from K&E regarding bar date notice (0.9); review notes from conference call regarding same (0.5). | 1.40 |

172573 W. R. Grace & Co.                    Invoice Number  1691725
60028 ZAI Science Trial                     Page   2
April 28, 2008

     Date   Name                                               Hours
  -------- ----------                                          -----

  03/07/08 Rea            Research re: legal standards           2.30
                          concerning resolution of ZAI
                          claims.

  03/09/08 Cameron        Follow-up review of bar date            .80
                          materials.

  03/10/08 Cameron        Review draft ZAI Bar Date Notice       3.10
                          documents and proposed revisions
                          from K&E and Grace (2.4); multiple
                          e-mails regarding same (0.7).

  03/10/08 Restivo        Prepare for conference call (.5);      2.00
                          conference call re:  ZAI (.5);
                          telephone call with E. Westbrook
                          re:  same (1.0).

  03/11/08 Cameron        Review additional comments to          2.30
                          draft documents (0.9); review
                          revised drafts (1.4).

  03/11/08 Rea            ZAI research re: legal standards        .30
                          concerning resolution of ZAI
                          claims.

  03/11/08 Restivo        Telephone calls and receipt of new     1.00
                          draft notices (.5); communications
                          with K&E (.5).

  03/12/08 Cameron        Review materials from K&E.              .90

  03/12/08 Restivo        Telephone calls, emails and memos      1.50
                          re:  bar notice forms and ZAI
                          reports at next Omnibus.

  03/13/08 Cameron        Review draft motion papers (1.2);      3.80
                          prepare for (0.7); and participate
                          in conference call regarding Bar
                          Date Notice (0.6); follow-up
                          e-mails and calls (0.5); review
                          additional K&E work product (0.8).

  03/13/08 Metropulos     Computer legal research on claims       .20
                          re: physical damage to property.

  03/13/08 Restivo        Prepare for and participate in         1.80
                          conference call with client and
                          counsel (1.0); negotiations re:
                          scheduling, etc. with E. Westbrook
                          (.8).

172573 W. R. Grace & Co.                          Invoice Number  1691725
60028  ZAI Science Trial                          Page    3
April 28, 2008

|  Date    | Name       |                                                    | Hours |
| -------- | ---------- | -------------------------------------------------- | ----- |
| 03/14/08 | Metropulos | Review cases and continue legal research.          | 2.30  |
| 03/14/08 | Restivo    | Negotiations with Westbrook.                       | .40   |
| 03/15/08 | Cameron    | Review Bar Date Motion materials, e-mails and summaries for various calls. | 2.50 |
| 03/17/08 | Metropulos | Retreive cases relating to damages issue.          | .20   |
| 03/17/08 | Restivo    | Telephone calls with Westbrook (.4); prepare for status conference re: ZAI (.6). | 1.00 |
| 03/18/08 | Metropulos | Review and analyze case law re: damages claims.    | .80   |
| 03/19/08 | Ament      | Assist J. Restivo with various issues relating to ZAI documents (.80); e-mails and meet with J. Restivo re: same (.20). | 1.00 |
| 03/19/08 | Restivo    | Receipt of multiple ZAI pleadings by Westbrook and Scott. | .60 |
| 03/20/08 | Cameron    | Review materials relating to Bar Date notice issues. | 1.20 |
| 03/20/08 | Restivo    | Telephone calls with ZAI counsel (.3); emails with K&E (.3); scheduling argument on ZAI motions (.4). | 1.00 |
| 03/22/08 | Metropulos | Review and analyze cases re: damages issue.        | .90   |
| 03/24/08 | Rea        | Review of new ZAI pleadings.                       | 1.80  |
| 03/24/08 | Restivo    | Planning meeting.                                  | .50   |
| 03/25/08 | Cameron    | Review Bar Date Notice and class action filings.   | 1.90  |
| 03/25/08 | Rea        | Review of new ZAI pleadings.                       | .30   |
| 03/26/08 | Cameron    | Review motion filed by ZAI claimants and e-mails regarding same. | 1.90 |

172573 W. R. Grace & Co.                          Invoice Number  1691725
60028  ZAI Science Trial                          Page   4
April 28, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 03/27/08 | Atkinson | Review Grace indices and Repository files for class certification and notice materials requested by Kirkland and Ellis, and request files from storage. | .50 |
| 03/27/08 | Cameron | E-mails regarding ZAI briefing issues (0.8); review claimants' motions (1.9). | 2.70 |
| 03/27/08 | Rea | Analysis of ZAI pleadings. | 3.00 |
| 03/27/08 | Restivo | Emails with E. Westbrook and K&E. | .50 |
| 03/28/08 | Atkinson | Print various Grace indices and Grace dockets forwarded to D. Cameron by Sergio Perez (Perkins Coie). | .40 |
| 03/28/08 | Atkinson | Per Kirkland & Ellis request, review Barbanti pleadings and correspondence for class certification briefs and related briefs and correspondence. | 3.10 |
| 03/28/08 | Cameron | Review materials from Barbanti litigation and e-mails regarding same (3.0); review motions filed by ZAI claimants (1.4); review summaries (0.5). | 4.90 |
| 03/29/08 | Cameron | Continued review of pleadings and motions. | 1.40 |
| 03/30/08 | Cameron | Review of Barbanti pleadings and K&E materials. | 1.70 |
| 03/31/08 | Ament | Circulate notice relating to 4/22/08 hearing in DE to working group. | .10 |
| 03/31/08 | Atkinson | Review pleadings and e-mail additional Barbanti pleadings, Class Certification and Notice to D. Cameron, in connection with Kirkland & Ellis request. | 1.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1691725
60028  ZAI Science Trial                    Page   5
April 28, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/31/08 | Cameron | Review K&E briefing (1.8); continued review of Barbanti pleadings (2.3); e-mails and calls regarding conference call (0.3). | 4.40 |
| 03/31/08 | Restivo | Emails and telephone calls re: planning. | .60 |

```
                                                     ------
                                    TOTAL HOURS       75.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 42.10 | at $ | 615.00 | = | 25,891.50 |
| James J. Restivo Jr. | 15.30 | at $ | 675.00 | = | 10,327.50 |
| Traci Sands Rea | 7.70 | at $ | 435.00 | = | 3,349.50 |
| Natalie C. Metropulos | 4.40 | at $ | 260.00 | = | 1,144.00 |
| Maureen L. Atkinson | 5.10 | at $ | 205.00 | = | 1,045.50 |
| Sharon A. Ament | 1.10 | at $ | 165.00 | = | 181.50 |

```
                    CURRENT FEES                          41,939.50


                                                     ------------
            TOTAL BALANCE DUE UPON RECEIPT             $41,939.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1691726
5400 Broken Sound Blvd., N.W.            Invoice Date        04/28/08
Boca Raton, FL 33487                     Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                            2,966.00
         Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,966.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1691726 |
| Invoice Date | 04/28/08 |
| Client Number | 172573 |
| Matter Number | 60029 |

================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 03/05/08 | Ament | Attend to billing matters relating to Environ consultant fees. | .10 |
| 03/11/08 | Muha | Make revisions to fee and expense detail for February 2008 monthly fee application. | 1.70 |
| 03/17/08 | Ament | E-mails re: Feb. monthly fee application. | .20 |
| 03/18/08 | Ament | Attend to billing matters relating to Environ consultant fees (.30); various e-mails re: same (.20); meet with A. Muha re: same (.10). | .60 |
| 03/19/08 | Ament | Attend to billing matters relating to Feb. monthly fee application fees and expenses (.50); e-mails re: same (.10). | .60 |
| 03/20/08 | Ament | Attend to billing matters relating to Environ consultant fees (.20); e-mails and meet with A. Muha re: same (.10). | .30 |
| 03/20/08 | Muha | Review and respond to various e-mails re: charges posted to Grace February 2008 bills, and review/revise fee and expense detail for February 2008 fee application. | 1.20 |

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
April 28, 2008

Invoice Number  1691726
Page   2

| Date | Name | | Hours |
|------|------|---|-------|

| 03/24/08 | Lord | Research docket and draft CNO for Reed Smith January monthly fee application. | .30 |
| 03/25/08 | Ament | Attend to billing matters relating to 26th quarterly fee application, Feb. monthly fee application and Environ consultant fees (.50); various e-mails and meetings re: same (.20). | .70 |
| 03/26/08 | Ament | E-mails re: Feb. monthly fee application (.10); review invoices and calculate Feb. monthly fees and expenses (1.0); prepare spreadsheet re: same (.40); draft Feb. monthly fee application (.50). | 2.00 |
| 03/26/08 | Lord | E-file and perfect service to CNO to Reed Smith January monthly fee application (.3); draft correspondence to R. Finke re: same (.1). | .40 |
| 03/27/08 | Ament | Continue calculating expenses for Feb. monthly fee application (.30); finalize spreadsheet relating to fees and expenses for same (30); revisions to 80th monthly fee application (.20); e-mails re: same (.10); provide 80th monthly fee application to A. Muha (.10). | 1.00 |
| 03/27/08 | Muha | Make final review of and changes to monthly fee application materials for February 2008. | .90 |
| 03/28/08 | Ament | Various e-mails re: Feb. monthly fee application (.20); revisions to same (.20); e-mail 80th monthly fee application to J. Lord for DE filing (.10); e-mails re: CNO for Jan. monthly fee application (.10); attend to billing matters relating to Environ consultant fees (.20); various e-mails and meet with D. Cameron re: same (.20). | 1.00 |

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
April 28, 2008

Invoice Number  1691726
Page   3

| Date | Name | | Hours |
|------|------|------|-------|

| 03/28/08 | Lord | Revise, e-file and perfect service of Reed Smith February monthly fee application. | 1.10 |
| 03/29/08 | Ament | Attend to billing matters relating to Environ consultant fee. | .10 |

TOTAL HOURS    12.20

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 3.80 at $ 385.00 = | | 1,463.00 |
| John B. Lord | 1.80 at $ 230.00 = | | 414.00 |
| Sharon A. Ament | 6.60 at $ 165.00 = | | 1,089.00 |

CURRENT FEES                                    2,966.00

TOTAL BALANCE DUE UPON RECEIPT          $2,966.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1691727
One Town Center Road                      Invoice Date      04/28/08
Boca Raton, FL    33486                   Client Number      172573


================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                              7,864.50
    Expenses                              0.00

                TOTAL BALANCE DUE UPON RECEIPT        $7,864.50
                                                      =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1691727
One Town Center Road                Invoice Date      04/28/08
Boca Raton, FL   33486              Client Number      172573
                                    Matter Number       60030
```

===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 03/07/08 | Cameron | Review agenda and e-mails regarding same. | .70 |
| 03/14/08 | Cameron | Review materials for hearing (1.20); review agenda (0.2). | 1.40 |
| 03/16/08 | Cameron | Review materials for omnibus hearing. | 1.00 |
| 03/17/08 | Cameron | Attend portions of omnibus hearing (3.5); meet with J. Restivo prior to and after hearing regarding preparation and things-to-do (0.7). | 4.20 |
| 03/17/08 | Restivo | Attend Omnibus Hearing Argument. | 5.00 |

```
                                        ------
                         TOTAL HOURS     12.30
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 7.30 at $ 615.00 = | | 4,489.50 |
| James J. Restivo Jr. | 5.00 at $ 675.00 = | | 3,375.00 |

```
                     CURRENT FEES                       7,864.50


                                               ------------
             TOTAL BALANCE DUE UPON RECEIPT       $7,864.50
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1691728
One Town Center Road                      Invoice Date       04/28/08
Boca Raton, FL    33486                    Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              62,899.00
         Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $62,899.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1691728
One Town Center Road                      Invoice Date      04/28/08
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2008

|    Date    | Name |  | Hours |
|------------|------|--|-------|
| 03/03/08 | Rea | Reviewed response to Motion for Extension of Time. | .20 |
| 03/03/08 | Restivo | Brief in Opposition to Speights' Motion (3.1); negotiations with Speights re: three "alter or amend" claims (.6); correspondence to R. Finke, D. Cameron, et al. (1.1). | 4.60 |
| 03/04/08 | Cameron | Meet with J. Restivo regarding settlement discussions (0.4); review draft response to motion (0.8); review summaries (0.9). | 2.10 |
| 03/04/08 | Flatley | E-mail re: medical article. | .10 |
| 03/04/08 | Restivo | Emails and telephone calls re: Third Circuit mediation (.7); re-draft Opposition Brief (1.5); negotiations re: three "alter or amend" cases (1.0); correspondence and telephone calls with client, K&E, D. Cameron, et al. (1.0). | 4.20 |
| 03/05/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 03/05/08 | Cameron | Emails re: settlement negotiations (.50); meet with J. Restivo re: same (.30). | .80 |

172573 W. R. Grace & Co.                          Invoice Number  1691728
60033  Claim Analysis Objection Resolution        Page   2
       & Estimation (Asbestos)
April 28, 2008


      Date   Name                                                    Hours
      ------ -----------                                             -----

   03/05/08 Rea           Review and comment on Response to           .30
                          Speights' Motion.

   03/05/08 Restivo       Emails and telephone calls with            1.00
                          K&E and Speights (.3); finalize
                          brief (.7).

   03/06/08 Ament         Assist team with various issues            .20
                          relating to PD claims.

   03/06/08 Cameron       Mediation emails and responses.            .60

   03/06/08 Rea           Review and revision to Opposition          .40
                          to Speights' Motion.

   03/06/08 Restivo       File Opposition for Extension             1.00
                          (.4); mediation discussions with
                          client and D. Speights (1.6).

   03/07/08 Ament         Assist team with various issues            .20
                          relating to PD claims (.10);
                          e-mail to team re: same (.10).

   03/07/08 Cameron       Review materials for mediation            2.40
                          (0.9); review response to
                          Speights' motion (0.3); telephone
                          call with R. Finke regarding open
                          issues (0.3); review hearing
                          transcript (0.9).

   03/07/08 Rea           Filing and service of Opposition           .80
                          to Speights' Motion.

   03/10/08 Ament         Assist team with various issues            .30
                          relating to PD claims (.20);
                          e-mail to team re: same (.10).

   03/10/08 Rea           Preparation for Omnibus hearing.           .90

   03/10/08 Restivo       Review emails, pleadings from L.          2.00
                          Esayian, J. Baer, et al.; D. Boll,
                          et al.

   03/11/08 Ament         Assist team with various issues            .40
                          relating to PD claims (.30);
                          e-mail to team re: same (.10).

   03/11/08 Rea           Preparation for omnibus hearing           3.80
                          and arguments.

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
April 28, 2008

Invoice Number  1691728
Page   3

| Date | Name | | Hours |
| ------- | ---------- | | ----- |
| 03/11/08 | Restivo | Telephone calls, instructions, planning, negotiations re: Jameson Hospital settlement (2.1); D. Speights, R. Finke, et al. (.4). | 2.50 |
| 03/12/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mails with team re: same (.20). | .40 |
| 03/12/08 | Aten | Reviewed deposition transcript and email to L. Flatley re: same. | .40 |
| 03/12/08 | Cameron | Review materials and summaries from J. Restivo regarding mediation issues. | .70 |
| 03/12/08 | Flatley | E-mails from R. Aten and replies (0.2); e-mail to R. Senftleben (0.1); review witness testimony (0.2); W. Sparks e-mail (0.1). | .60 |
| 03/12/08 | Rea | Settlement negotiations re: property damage claims. | .50 |
| 03/12/08 | Restivo | Negotiations with and communications regarding Speights' claims and mediation. | 1.50 |
| 03/13/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10); access database and provide information to J. Restivo re: Bayshore Community Hospital claim per request (.40). | .60 |
| 03/13/08 | Cameron | E-mails regarding mediation (0.4); review materials relating to mediation issues (0.7). | 1.10 |
| 03/13/08 | Rea | Preparation for omnibus hearing/argument. | 1.50 |
| 03/13/08 | Restivo | Negotiations with Speights re: mediation; Children's; Bayshore; outstanding motions (1.0); prepare for Ominbus argument (1.0); miscellaneous correspondence and telephone calls with K&E and client (.5). | 2.50 |

172573 W. R. Grace & Co.
60033 Claim Analysis Objection Resolution
      & Estimation (Asbestos)
April 28, 2008

Invoice Number  1691728
Page   4

| Date | Name | | Hours |
|------|------|---|-------|
| 03/14/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10); review status update report (.20). | .40 |
| 03/14/08 | Cameron | Telephone call with J. Restivo regarding status (0.3); review e-mails and summaries relating to mediation (0.8). | 1.10 |
| 03/14/08 | Rea | Preparation for Omnibus hearing/argument. | 1.00 |
| 03/14/08 | Restivo | Prepare argument re:  Allegheny Center (1.7); motion opposing Speights' extension (.7); negotiations with Speights and report to client (.6). | 3.00 |
| 03/15/08 | Flatley | Review "to do" list and e-mail to J. Restivo re: same. | .40 |
| 03/16/08 | Cameron | Review materials relating to mediation and negotiations (0.5); review materials relating to Speights' motions (0.7). | 1.20 |
| 03/17/08 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10); update hearing binder for D. Cameron re: Speights claims (.30); meet with D. Cameron re: same (.10). | .90 |
| 03/17/08 | Atkinson | Research of articles and formal papers for expert witness. | .20 |
| 03/17/08 | Cameron | Attention to issues relating to mediation and summary judgment. | .60 |
| 03/17/08 | Flatley | J. Restivo e-mail. | .10 |
| 03/17/08 | Restivo | Prepare for argument on Omnibus Hearing (1.8); reports to client (.7). | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1691728
60033  Claim Analysis Objection Resolution        Page    5
       & Estimation (Asbestos)
April 28, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 03/18/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 03/18/08 | Aten | Email to L. Flatley re: expert reports. | .10 |
| 03/18/08 | Cameron | Review materials from hearing (0.5); meet with J. Restivo regarding same (0.4); attention to discovery and claims issues (0.9). | 1.80 |
| 03/18/08 | Flatley | R. Aten e-mail re: expert issues and reply (0.2); W. Sparks' message and reply (0.1). | .30 |
| 03/18/08 | Rea | Update re: omnibus hearing. | .30 |
| 03/18/08 | Restivo | Receipt of draft Jameson settlement (.3); emails with client (.3); discussions with Speights re: mediation and Children's Hospital (.4). | 1.00 |
| 03/19/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 03/19/08 | Atkinson | Contact with witness re: research materials. | .10 |
| 03/19/08 | Rea | Call to mediator re: mediation. | .10 |
| 03/19/08 | Restivo | Correspondence with K&E attorneys (.5); telephone calls with R. Finke (.5); negotiations and correspondence with D. Speights (1.0). | 2.00 |
| 03/20/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 03/20/08 | Flatley | Call with W. Sparks (0.1); follow-up on call (0.1). | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1691728
60033  Claim Analysis Objection Resolution        Page    6
       & Estimation (Asbestos)
April 28, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 03/20/08 | Restivo | Update status report (1.0); telephone conference re: mediation (1.2); correspondence re: settlement agreement forms (.3); settlement of Children's Hospital (1.0); negotiations of Bayshore (.7). | 4.00 |
| 03/21/08 | Cameron | Review materials relating to Speights claims. | 1.00 |
| 03/21/08 | Garlitz | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 03/24/08 | Ament | Prepare for and attend team status meeting (1.0); assist team with various issues relating to PD claims (.30); various e-mails re: same (.20); assist R. Aten re: Pacific Freeholds (.70); various e-mails and meetings with R. Aten re: same (.30) | 2.50 |
| 03/24/08 | Cameron | Review J. Restivo summary/status memorandum (0.7); e-mails regarding open issues (0.4); review mediation materials (0.6). | 1.70 |
| 03/24/08 | Flatley | Team meeting and follow-up with R. Aten. | 1.20 |
| 03/24/08 | Rea | Attend team meeting (1.0); analysis of remaining claims (4.1). | 5.10 |
| 03/24/08 | Restivo | Prepare for and participate in planning meeting (2.0); correspondence re:  documenting Speights' settlements (.5); mediation claim analysis (1.5). | 4.00 |
| 03/25/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10); various e-mails and meetings re: Pacific Freeholds (.50); assist R. Aten re: Pacific Freeholds (.50); review J. Restivo status memorandum (.20); access database and gather requested information | 2.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1691728
60033  Claim Analysis Objection Resolution  Page    7
       & Estimation (Asbestos)
April 28, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | for T. Rea (.50); update breakdown of Speights' claims for mediation for T. Rea (.20); meet with T. Rea re: same (.10). | |
| 03/25/08 | Cameron | Meet with J. Restivo regarding mediation issues (0.4); multiple e-mails regarding PD issues (0.5); review summary judgment materials regarding Canadian claims for purposes of mediation (1.0). | 1.90 |
| 03/25/08 | Flatley | E-mails and call with R. Aten re: progress on medical issues. | .20 |
| 03/25/08 | Rea | Drafting discovery to PD claimant. | 3.10 |
| 03/25/08 | Restivo | Emails with Speights (.5); telephone calls and meetings with Cameron and Finke (.5). | 1.00 |
| 03/26/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10); meet with T. Rea re: NY summary judgment brief (.10); e-mails re: same (.10). | .60 |
| 03/26/08 | Cameron | Review materials from J. Restivo regarding mediation procedure (0.4); meet with T. Rea (0.2). | .60 |
| 03/26/08 | Flatley | J. Restivo e-mails. | .10 |
| 03/26/08 | Rea | Preparation for mediation. | 5.40 |
| 03/26/08 | Restivo | Telephone conference with Speights, Finke and Rea re: mediation protocols (2.0); correspondence with K&E et al. re: historical claims material for mediation brief; draft Orders per Ominbus Hearing (1.0). | 3.00 |
| 03/27/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
April 28, 2008

Invoice Number  1691728
Page   8

| Date | Name | | Hours |
|------|------|------|------|
| 03/27/08 | Cameron | Telephone call with R. Finke regarding open issues (0.3); review mediation materials (0.9). | 1.20 |
| 03/27/08 | Rea | Preparation for mediation. | 2.60 |
| 03/28/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mails re: same (.20). | .50 |
| 03/28/08 | Cameron | Attention to mediation summaries. | .90 |
| 03/28/08 | Rea | Drafting of discovery for certain property damage claims. | 2.00 |
| 03/28/08 | Restivo | Telephone calls and correspondence re: Bayshore with client and D. Speights (.8); correspondence with K&E re: Orders needed (.5). | 1.30 |
| 03/29/08 | Cameron | Begin summary for Canadian claims for mediation. | 1.00 |
| 03/30/08 | Cameron | Continued review of Canadian claims. | .90 |
| 03/31/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 03/31/08 | Aten | Reviewed claims files and began drafting summary for J. Restivo. | 4.50 |
| 03/31/08 | Cameron | Meet with J. Restivo regarding mediation issues (0.3); review R. Finke summaries regarding same (1.3); review Canadian claim summaries (1.5). | 3.10 |
| 03/31/08 | DiChiera | Review and response to emails from L. Flatley regarding request for expert witness deposition transcripts (.2) Review case file inventory and retrieve older transcripts of witness (2.6). | .80 |
| 03/31/08 | Flatley | E-mails re: expert deposition transcripts (0.4); follow-up (0.2). | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1691728
60033  Claim Analysis Objection Resolution        Page    9
       & Estimation (Asbestos)
April 28, 2008

```
        Date  Name                                              Hours
        ----  ----------                                        -----

     03/31/08 Rea              Preparation for mediation.         .70

     03/31/08 Restivo          Bayshore and mediation discussions 2.00
                               with Finke, Rea, and Speights
                               (1.0); correspondence with
                               Esayian, Dierkes, et al. (1.0).

                                                                 ------
                                             TOTAL HOURS         117.60


     TIME SUMMARY                 Hours          Rate           Value
     ------------------------     ----------     -----------    -------
     Lawrence E. Flatley           3.80  at  $   620.00  =     2,356.00
     Douglas E. Cameron           24.70  at  $   615.00  =    15,190.50
     James J. Restivo Jr.         43.10  at  $   675.00  =    29,092.50
     Traci Sands Rea              28.70  at  $   435.00  =    12,484.50
     Rebecca E. Aten               5.00  at  $   335.00  =     1,675.00
     Maureen L. Atkinson           0.30  at  $   205.00  =        61.50
     Maria E. DiChiera             0.80  at  $   230.00  =       184.00
     Sharon A. Ament              11.00  at  $   165.00  =     1,815.00
     Margaret A. Garlitz           0.20  at  $   200.00  =        40.00

                  CURRENT FEES                              62,899.00


                                                           ------------
                  TOTAL BALANCE DUE UPON RECEIPT           $62,899.00
                                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number       1691729
One Town Center Road                      Invoice Date         04/28/08
Boca Raton, FL    33486                    Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                              20,067.50
        Expenses                              0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $20,067.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number      1691729 |
| One Town Center Road | Invoice Date      04/28/08 |
| Boca Raton, FL    33486 | Client Number        172573 |
| | Matter Number         60035 |


============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 03/02/08 | Cameron | Review expert witness reliance materials (1.2); review materials from R. Finke (1.3). | 2.50 |
| 03/03/08 | Cameron | Review materials from R. Finke regarding government data and expert work (1.8); review and revise letter to defense counsel (0.6). | 2.40 |
| 03/03/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.50 |
| 03/04/08 | Cameron | Review additional materials from RJ Lee Group. | 1.10 |
| 03/05/08 | Cameron | Multiple emails with RJLG re: expert work (.40); review materials from RJLG and R. Finke (1.70). | 2.10 |
| 03/08/08 | Cameron | Review materials from RJ Lee Group and R. Finke. | 1.50 |
| 03/10/08 | Cameron | Review materials from R.J. Lee Group. | .80 |
| 03/11/08 | Cameron | Review additional data from R.J. Lee Group. | .90 |
| 03/13/08 | Cameron | Review materials from R.J. Lee Group relating to reports and underlying data. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1691729
60035  Grand Jury Investigation             Page    2
April 28, 2008
```

| Date | Name | | Hours |
|------|------|------|------|
| 03/17/08 | Cameron | Review materials from R. Finke regarding R.J. Lee Group work. | 1.30 |
| 03/18/08 | Cameron | Attention to R. Finke e-mails and comments to expert reports (1.3); review Pooley materials (0.6). | 1.90 |
| 03/19/08 | Cameron | Review expert work and multiple e-mails regarding same. | 1.50 |
| 03/20/08 | Klapper | Meet with J. Rodricks and Kirkland to discuss testimony (2.8); begin review of additional documents provided by Kirkland (2.6). | 5.40 |
| 03/21/08 | Klapper | Continue review of additional documents provided by Kirkland. | 4.20 |
| 03/24/08 | Klapper | Continue review of additional documents provided by Kirkland. | 3.10 |
| 03/26/08 | Taylor-Payne | Continue compilation and research of key governmental documents. | .20 |
| 03/27/08 | Klapper | Continue review of additional materials identified as exhibits by Government. | 1.80 |
| 03/27/08 | Taylor-Payne | Research obtaining transcripts for expert witness. | .60 |
| 03/28/08 | Taylor-Payne | Continue research of expert witness materials. | .40 |
| 03/29/08 | Cameron | Review materials from R. Finke regarding Lee work product. | .90 |
| 03/31/08 | Sanner | Email correspondence with A. Klapper re next steps (0.1); review expert literature listing (0.1). | .20 |

```
                                                        ------
                                    TOTAL HOURS          36.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 17.40 | at $ | 615.00 | = | 10,701.00 |
| Antony B. Klapper | 14.50 | at $ | 575.00 | = | 8,337.50 |
| Margaret L. Sanner | 0.20 | at $ | 445.00 | = | 89.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1691729
60035  Grand Jury Investigation             Page   3
April 28, 2008
```

```
     Jennifer L. Taylor-Payne      4.70  at  $  200.00  =      940.00

                                   CURRENT FEES                     20,067.50


                                                           ------------
                                   TOTAL BALANCE DUE UPON RECEIPT    $20,067.50
                                                           ============
```