REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number    1691772
One Town Center Road                     Invoice Date      04/28/08
Boca Raton, FL   33486                   Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                      2,380.62

                 TOTAL BALANCE DUE UPON RECEIPT        $2,380.62
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1691772
One Town Center Road                    Invoice Date        04/28/08
Boca Raton, FL    33486                 Client Number         172573
                                        Matter Number          60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        IKON Copy Services                    1,185.52
        PACER                                     41.04
        Duplicating/Printing/Scanning           153.90
        Postage Expense                           0.41
        Consulting Fees                         940.75
        Courier Service - Outside                 8.00
        Telephone - Outside                      51.00

                    CURRENT EXPENSES            2,380.62
                                              -------------

                    TOTAL BALANCE DUE UPON RECEIPT    $2,380.62
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1691772
One Town Center Road                      Invoice Date       04/28/08
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026


=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|-------:|
| 02/29/08 | PACER | 4.88 |
| 02/29/08 | PACER | 36.16 |
| 03/03/08 | Postage Expense<br>Postage Expense: ATTY # 000559 User: Miller, Jas | .41 |
| 03/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 03/05/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 03/05/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 2 COPIES | .20 |
| 03/06/08 | IKON Copy Services - - copying and postage for service for quarterly fee application materials on coro list. | 546.97 |
| 03/06/08 | IKON Copy Services - - copying and postage for service of notice of quarterly fee application on full service list. | 571.75 |
| 03/07/08 | Telephone - Outside - - VENDOR: JAMES J. RESTIVO, JR. COURT CALL 3/4/08 | 51.00 |
| 03/07/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 176 COPIES | 17.60 |
| 03/07/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 44 COPIES | 4.40 |
| 03/07/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 2 COPIES | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1691772
60026  Litigation and Litigation Consulting       Page    2
April 28, 2008

| 03/10/08 | Duplicating/Printing/Scanning<br>ATTY # 007032: 432 COPIES | 43.20 |
| 03/12/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 182 COPIES | 18.20 |
| 03/12/08 | Courier Service - UPS - Shipped from Reed Smith<br>LLP - Washington to Environ International Corp.<br>(ARLINGTON VA 22203). | 8.00 |
| 03/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 03/17/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 03/17/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 29 COPIES | 2.90 |
| 03/18/08 | IKON Copy Services - - copying for service of<br>CNO for monthly fee application. | 66.80 |
| 03/19/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 100 COPIES | 10.00 |
| 03/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 03/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 03/20/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 5 COPIES | .50 |
| 03/20/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 25 COPIES | 2.50 |
| 03/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 03/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 03/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 03/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 03/26/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 16 COPIES | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number  1691772
60026  Litigation and Litigation Consulting       Page    3
April 28, 2008

| | | |
|---|---|---|
| 03/26/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 16 COPIES | 1.60 |
| 03/28/08 | Duplicating/Printing/Scanning<br>ATTY # 008788: 19 COPIES | 1.90 |
| 03/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 03/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 03/28/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 116 COPIES | 11.60 |
| 03/31/08 | Duplicating/Printing/Scanning<br>ATTY # 0856; 200 COPIES | 20.00 |
| 04/28/08 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION  - GRACE  ESTIMATION - DOCUMENT<br>REVIEW RE: DR. RODRICK'S DEPOSITION -<br>Consultant fees/costs for work on personal<br>injury claims against W.R. Grace for March,<br>2008 | 940.75 |

                        CURRENT EXPENSES                    2,380.62
                                                         ------------
                   TOTAL BALANCE DUE UPON RECEIPT          $2,380.62
                                                         ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number    1691773
5400 Broken Sound Blvd., N.W.        Invoice Date      04/28/08
Boca Raton, FL 33487                 Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

           Fees                          0.00
           Expenses                  1,198.95

                    TOTAL BALANCE DUE UPON RECEIPT      $1,198.95
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number     1691773
5400 Broken Sound Blvd., N.W.        Invoice Date       04/28/08
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028

===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                    2.05
        Duplicating/Printing/Scanning      155.20
        Westlaw                           1,041.70

                    CURRENT EXPENSES              1,198.95
                                               -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $1,198.95
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1691773 |
| Invoice Date | 04/28/08 |
| Client Number | 172573 |
| Matter Number | 60028 |

===========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 03/03/08 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/6 | .30 |
| 03/03/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/3 | .10 |
| 03/04/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/18 | .85 |
| 03/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 9 COPIES | .90 |
| 03/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 9 COPIES | .90 |
| 03/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 9 COPIES | .90 |
| 03/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 9 COPIES | .90 |
| 03/12/08 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/12 | .60 |
| 03/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 03/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 03/13/08 | Westlaw - - legal research re: damages issues. | 100.86 |
| 03/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |

172573 W. R. Grace & Co.                    Invoice Number  1691773
60028  ZAI Science Trial                    Page    2
April 28, 2008

03/14/08   Westlaw - - legal research re: damages issues.      940.84

03/19/08   Duplicating/Printing/Scanning                          .80
           ATTY # 000349: 8 COPIES

03/20/08   Telephone Expense                                      .20
           224-628-4858/NORTHBROOK, IL/4

03/20/08   Duplicating/Printing/Scanning                          .80
           ATTY # 000349: 8 COPIES

03/21/08   Duplicating/Printing/Scanning                          .90
           ATTY # 000349: 9 COPIES

03/21/08   Duplicating/Printing/Scanning                          .80
           ATTY # 000349: 8 COPIES

03/21/08   Duplicating/Printing/Scanning                          .80
           ATTY # 000349: 8 COPIES

03/24/08   Duplicating/Printing/Scanning                          .80
           ATTY # 000349: 8 COPIES

03/24/08   Duplicating/Printing/Scanning                          .80
           ATTY # 000349: 8 COPIES

03/25/08   Duplicating/Printing/Scanning                          .80
           ATTY # 000349: 8 COPIES

03/25/08   Duplicating/Printing/Scanning                          .80
           ATTY # 000349: 8 COPIES

03/27/08   Duplicating/Printing/Scanning                          .20
           ATTY # 000856: 2 COPIES

03/28/08   Duplicating/Printing/Scanning                        88.30
           ATTY # 0856; 883 COPIES

03/28/08   Duplicating/Printing/Scanning                         6.40
           ATTY # 0856; 64 COPIES

03/28/08   Duplicating/Printing/Scanning                         4.00
           ATTY # 0856; 40 COPIES

03/28/08   Duplicating/Printing/Scanning                        20.60
           ATTY # 0559; 206 COPIES

03/31/08   Duplicating/Printing/Scanning                        21.60
           ATTY # 0856; 216 COPIES

                        CURRENT EXPENSES                      1,198.95
                                                          ------------

172573 W. R. Grace & Co.                    Invoice Number  1691773
60028  ZAI Science Trial                    Page    3
April 28, 2008

                    TOTAL BALANCE DUE UPON RECEIPT        $1,198.95
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1691774
One Town Center Road                      Invoice Date        04/28/08
Boca Raton, FL    33486                    Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                                    0.00
          Expenses                              321.48

                         TOTAL BALANCE DUE UPON RECEIPT          $321.48
                                                            ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1691774
One Town Center Road                      Invoice Date      04/28/08
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60033


==============================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        7.30
        PACER                                   31.28
        Duplicating/Printing/Scanning          134.90
        Westlaw                                 148.00

                   CURRENT EXPENSES                        321.48
                                                     -------------

                   TOTAL BALANCE DUE UPON RECEIPT         $321.48
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1691774 |
| One Town Center Road | Invoice Date    04/28/08 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60033 |

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
              (Asbestos)


          FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 02/29/08 | PACER | 12.48 |
| 02/29/08 | PACER | 18.80 |
| 03/03/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/6 | .30 |
| 03/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 4 COPIES | .40 |
| 03/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPY | .10 |
| 03/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 03/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 13 COPIES | 1.30 |
| 03/04/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 03/04/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/20 | 1.00 |
| 03/04/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.00 |
| 03/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 21 COPIES | 2.10 |
| 03/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1691774
60033  Claim Analysis Objection Resolution        Page   2
       & Estimation (Asbestos)
April 28, 2008


03/05/08   Telephone Expense                                        .20
           609-586-2311/MERCERVL, NJ/4

03/05/08   Duplicating/Printing/Scanning                            .70
           ATTY # 000349: 7 COPIES

03/05/08   Duplicating/Printing/Scanning                            .70
           ATTY # 000349: 7 COPIES

03/06/08   Duplicating/Printing/Scanning                            .70
           ATTY # 000349: 7 COPIES

03/06/08   Duplicating/Printing/Scanning                            .70
           ATTY # 000349: 7 COPIES

03/11/08   Duplicating/Printing/Scanning                            .40
           ATTY # 000349: 4 COPIES

03/12/08   Telephone Expense                                       1.60
           803-943-4444/HAMPTON, SC/32

03/13/08   Duplicating/Printing/Scanning                          21.30
           ATTY # 0349; 213 COPIES

03/17/08   Duplicating/Printing/Scanning                            .50
           ATTY # 000349: 5 COPIES

03/17/08   Duplicating/Printing/Scanning                            .20
           ATTY # 000349: 2 COPIES

03/18/08   Duplicating/Printing/Scanning                            .10
           ATTY # 0559; 1 COPY

03/19/08   Telephone Expense                                        .75
           410-531-4355/COLUMBIA, MD/15

03/19/08   Duplicating/Printing/Scanning                          24.60
           ATTY # 4810; 246 COPIES

03/19/08   Duplicating/Printing/Scanning                          16.80
           ATTY # 4810; 168 COPIES

03/20/08   Telephone Expense                                        .30
           803-943-4444/HAMPTON, SC/7

03/20/08   Duplicating/Printing/Scanning                            .80
           ATTY # 0349; 8 COPIES

03/21/08   Duplicating/Printing/Scanning                            .90
           ATTY # 7029; 9 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1691774
60033  Claim Analysis Objection Resolution        Page    3
       & Estimation (Asbestos)
April 28, 2008


| 03/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 03/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 03/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 03/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 03/24/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 50 COPIES | 5.00 |
| 03/25/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/10 | .50 |
| 03/26/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/9 | .45 |
| 03/27/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/27 | 1.35 |
| 03/27/08 | Westlaw - - Electronic access of case decisions<br>relating to property damage claims. | 18.00 |
| 03/27/08 | Westlaw - - Electronic access of case decisions<br>relating to property damage claims. | 130.00 |
| 03/28/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/6 | .30 |
| 03/28/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 03/31/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/9 | .45 |
| 03/31/08 | Duplicating/Printing/Scanning<br>ATTY # 4722; 541 COPIES | 54.10 |

                              CURRENT EXPENSES                321.48
                                                        ------------
                   TOTAL BALANCE DUE UPON RECEIPT           $321.48
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1691775
One Town Center Road                      Invoice Date      04/28/08
Boca Raton, FL    33486                    Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                              0.00
        Expenses                      3,869.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,869.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

Invoice Number       1691775
Invoice Date        04/28/08
Client Number         172573
Matter Number          60035

==============================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Consulting Fees                         3,869.00

                    CURRENT EXPENSES                      3,869.00

                                                    -------------
                    TOTAL BALANCE DUE UPON RECEIPT       $3,869.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

Invoice Number     1691775
Invoice Date       04/28/08
Client Number        172573
Matter Number         60035

=========================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 04/28/08 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION  - LIBBY  CHARGES - DOCUMENT REVIEW RE: DR. RODRICK's DEPOSITION - Consultant fees/costs for work on personal injury claims against W.R. Grace for March, 2008. | 3869.00 |

CURRENT EXPENSES              3,869.00
                            ------------
TOTAL BALANCE DUE UPON RECEIPT    $3,869.00
                            ============