## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: June 6, 2008 at 4:00 p.m. |
|  | ) | Hearing: June 23, 2008 at 1:00 p.m. |

## COVER SHEET TO EIGHTH QUARTERLY APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007

Name of Applicant:                             Orrick, Herrington & Sutcliffe LLP

Authorized to Provide Professional
Services to:                                          David T. Austern, Future Claimants' Representative
(the "FCR")

Date of Retention:                              As of February 6, 2006 (pursuant to this Court's
Order entered May 8, 2006)

Period for which compensation is
sought:                                               October 1, 2007 through December 31, 2007

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:    $2,577,801.25

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     $  276,906.50

This is an:      __X__    interim      ___    monthly      ___    final application.

## PRIOR APPLICATIONS FILED

Orrick was retained effective February 6, 2006, pursuant to this Court's Order entered May 8, 2006. Orrick has previously filed the following quarterly fee applications:

a.    First Quarterly Fee Application for the time period February 6, 2006 through March 31, 2006 in the amount of $206,292.25 in fees and $7,501.32 in expenses, for a total of $213,793.57.

b.    Second Quarterly Fee Application for the time period April 1, 2006 through June 30, 2006 in the amount of $456,045.25 in fees and $14,568.92 in expenses, for a total of $470,614.17.

c.    Third Quarterly Fee Application for the time period July 1, 2006 through September 30, 2006 in the amount of $558,019.75 in fees and $25,651.67 in expenses, for a total of $583,671.42

d.    Fourth Quarterly Fee Application for the time period October 1, 2006 through December 31, 2007 in the amount of $841,070.00 in fees and $98,378.95 in expenses, for a total of $ 939,448.95.

e.    Fifth Quarterly Fee Application for the time period January 1, 2007 through March 31, 2007 in the amount of $1,098.668.00 in fees and $57,670.14 in expenses, for a total of $1,156,338.14.

f.    Sixth Quarterly Fee Application for the time period April 1, 2007 through June 30, 2007 in the amount of $1,021,931.50 in fees and $168,071.15 in expenses for a total of $1,190,002.65.

g.    Seventh Quarterly Fee Application for the time period July 1, 2007 through September 30, 2007 in the amount of $1,318,928.25 in fees and $506,330.27 in expenses for a total of $1,825,258.52.

## COMPENSATION SUMMARY
## OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| John Ansbro | Partner, 3 years in position; 12 years relevant experience; 1995, Litigation | $625 | 559.90 | $335,062.50[1] |
| Roger Frankel | Partner, 24 years in position; 36 years relevant experience; 1971, Bankruptcy | $770 | 261.50 | $199,661.00[2] |
| Jonathan P. Guy | Partner, 7 years in position; 14 years relevant experience; 1993, Bankruptcy | $650 | 25.40 | $16,510.00 |
| Barbara M. Lange | Partner, 5 years in position 13 years relevant experience 1994, Corporate and Securities | $575 | 10.30 | $5,922.50 |
| Robert F. Lawrence | Partner, 10 years in position; 24 years relevant experience 1983, Environmental Law | $650 | 30.50 | $19,825.00 |
| Raymond G. Mullady, Jr. | Partner, 14 years in position; 24 years relevant experience; 1983, Litigation | $695 | 491.80 | $332,071.00[3] |
| Jay K. Musoff | Partner, 3 years in position; 14 years relevant experience 1993, Litigation | $625 | 1.50 | $937.50 |
| John Narducci | Partner, 11 years in position; 19 years relevant experience; 1988, Tax | $775 | 0.20 | $155.00 |
| Garret G. Rasmussen | Partner, 25 years in position; 33 years relevant experience; 1974, Litigation | $700 | 166.50 | $116,550.00 |
| Clayton S. Reynolds | Partner, 20 years in position; 28 years relevant experience 1979, Tax | $700 | 29.20 | $20,440.00 |
| Christopher Vejnoska | Partner, 20 years in position 27 years relevant experience 1980, Litigation | $655 | 2.60 | $1,703.00 |
| Richard H. Wyron | Partner, 18 years in position; 28 years relevant experience; 1979, Bankruptcy | $700 | 151.50 | $104,125.00[4] |

1    This amount reflects a reduction of $5,250.00 (October 2007), $7,281.25 (November 2007) and $2,343.75 (December 2007) representing a 50% discount of hourly rates for non-working travel.

2    This amount reflects a reduction of $1,232.00 (October 2007) and $462.00 (November 2007) representing a 50% discount of hourly rates for non-working travel.

3    This amount reflects a reduction of $1,807.00 (October 2007) and $7,923.00 (November 2007) representing a 50% discount of hourly rates for non-working travel.

4    This amount reflects a reduction of $1,925.00 (October 2007) representing a 50% discount of hourly rates for non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Mary A. Wallace | Of Counsel, 5 years in position; 17 years relevant experience; 1989, Corporate | $550 | 173.90 | $95,645.00 |
| Christopher A. Britt | Associate, 7 months in position; 7 months relevant experience; 2007, Litigation | $270 | 40.90 | $10,955.50 |
| Stephanie M. Cowles | Associate, 7 months in position; 4 months relevant experience; 2008, Litigation | $270 | 99.70 | $26,919.00 |
| Joshua M. Cutler | Associate, 4 years in position; 4 years relevant experience; 2003, Litigation | $465 | 165.60 | $77,004.00 |
| Debra L. Felder | Associate, 5 years in position; 5 years relevant experience; 2002, Bankruptcy | $490 | 443.10 | $213,689.00[5] |
| Alexandra G. Freidberg | Associate, 4 months in position; 4 months relevant experience; 2007, Environmental | $270 | 83.00 | $22,410.00 |
| Nicole M. Jones | Associate, 1 year in position; 1 year relevant experience; 2006, Litigation | $355 | 86.20 | $30,601.00 |
| Antony P. Kim | Associate, 4 years in position; 4 years relevant experience; 2003, Litigation | $465 | 436.20 | $202,833.00 |
| Daniel E. Knepper | Associate, 1 year in position 1 year relevant experience 2006, Real Estate and Global Finance | $270 | 2.10 | $567.00 |
| Stephen C. Lessard | Associate, 4 months in position; 4 months relevant experience; 2008, Tax | $270 | 22.80 | $6,156.00 |
| Katherine E. Maco | Law clerk, 9 months in position; 9 months relevant experience; bar admission pending, Litigation | $270 | 187.40 | $50,598.00 |
| Christopher O'Connell | Associate, 2 years in position; 3 years relevant experience; 2003, Litigation | $430 | 189.10 | $81,313.00 |
| John C. Pitts | Associate, 4 months in position; 4 months relevant experience; 2008, Litigation | $270 | 54.50 | $14,459.50 |

---

5    This amount reflects a reduction of $1,960.00 (October 2007) and $1,470.00 (November 2007) representing a 50% discount of hourly rates for non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Courtney M. Rogers | Associate, 1 year in position; 1 year relevant experience; 2006, Bankruptcy | $355 | 10.10 | $3,585.50 |
| Emily S. Somers | Associate, 1 year in position; 1 year relevant experience; 2006, Litigation | $355 | 482.90 | $168,429.75[6] |
| Katherine S. Thomas | Associate, 3 years in position; 3 years relevant experience; 2004, Bankruptcy | $430 | 165.40 | $71,122.00 |
| Annie L. Weiss | Associate, 3 years in position; 3 years relevant experience; 2004, Litigation | $430 | 317.40 | $136,482.00 |
| Catharine L. Zurbrugg | Associate, 2 years in position; 2 years relevant experience; 2005, Litigation | $390 | 198.80 | $77,532.00 |
| | | | | |
| Wilson Addo | Research Specialist | $205 | 2.00 | $410.00 |
| Rachael M. Barainca | Legal Assistant | $150 | 252.40 | $37,860.00 |
| James Cangialosi | Legal Assistant | $235 | 172.50 | $40,537.50 |
| Alan P. Dubin | Senior Research Specialist | $205 | 2.80 | $574.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $225 | 47.60 | $10,710.00 |
| Aurora M. Hamilton | Legal Assistant | $200 | 19.00 | $3,800.00 |
| Saira Hosein | Legal Assistant | $205 | 5.50 | $1,127.50 |
| Timothy J. Hoye | Practice Support Project Coordinator | $195 | 100.30 | $19,558.50 |
| Dmitry Iofe | Practice Support Project Tech. | $190 | 11.50 | $2,185.00 |
| Thomas Kim | Legal Assistant | $180 | 10.50 | $1,890.00 |
| John M. Mora | Litigation Tech Manager | $240 | 1.20 | $288.00 |
| Risa L. Mulligan | Research Coordinator | $170 | 16.00 | $2,720.00 |
| Aaron R. Thorp | Practice Support Project Coordinator | $195 | 24.80 | $4,836.00 |
| Logan West | Legal Assistant | $85 | 94.60 | $8,041.00 |
| **Total** | | | **5,650.70** | **$2,577,801.25** |
| **Blended Rate: $456.19** | | | | |

---

6    This amount reflects a reduction of $266.25 (October 2007) and $2,733.50 (November 2007) representing a 50% discount of hourly rates for non-working travel.

## COMPENSATION BY PROJECT CATEGORY
### OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 30.80 | $4,710.00 |
| Compensation of Professionals-Orrick | 104.00 | $21,992.50 |
| Compensation of Professionals-Other | 43.00 | $6,637.50 |
| Due Diligence | 83.00 | $37,639.00 |
| Litigation | 4,7363.80 | $2,153,545.50 |
| Plan & Disclosure Statement | 515.90 | $311,036.50 |
| Travel Time (Non-Working) | 116.40 | $34,653.75 |
| **TOTAL** | **5,650.70** | **$2,577,801.25** |

## EXPENSE SUMMARY
### OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007

| Expense Category | Total |
|---|---|
| Brinks, Inc. | $92.66 |
| Capitol District | $767.82 |
| Court Call – Conferencing Services | $385.00 |
| Desksite | $525.00 |
| Document Technologies, Inc. | $4,789.24 |
| Duplicating | $16,571.60[7] |
| Evans Reporting | $1,400.00 |
| Experts: Fees and Expenses | $63,284.15 |
| Hotel | $7,359.84 |
| Jane Rose Reporting Inc. | $28,130.37 |
| Meals | $5,351.42[8] |
| Mileage | $555.55 |
| Pacer | $2,231.68 |
| Parking | $1,050.30 |
| Postage/Express Delivery | $2,648.88 |
| Publications re Testifying Experts | $1,973.00 |
| Secretarial Overtime | $1,221.65 |
| Specialized Legal Services | $442.20 |
| Telephone | $208.90 |
| Travel – Airfare/Train | $38,666.44 |
| Travel – Taxi | $4,555.57 |
| West Payment Center | $354.66 |
| Westlaw and Lexis Research | $81,332.15 |
| Williams Lea Inc. | $13,008.42 |
| **TOTAL** | **$276,906.50[9]** |

---

7 Orrick has reduced its duplicating charge by $8,285.87 to represent 10¢ per page; the original total duplicating charge during the Application Period was $24,857.47 based on 15¢ per page.

8 Orrick has reduced its meal charges by $1,098.58 consistent with the Fee Auditor's guideline.

9 This total reflects a further reduction of $302.50 for certain temporary staffing charges.

6

Orrick's Client Charges and Disbursements Policy effective January 1, 2007, are as follows:

a. ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b. ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c. ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d. ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional. It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime. Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.

e. ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so. The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick. Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost. There is no separate charge for other internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants'
Representative

Dated:  April 28, 2008

7