IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>)<br>W.R. GRACE & CO., et al. )<br>)<br>Debtors. )<br>_____ ) | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>**(Jointly Administered)**<br>Objection Deadline: June 6, 208 at 4:00 p.m.<br>Hearing: June 23, 2008 at 1:00 p.m. |

**COVER SHEET TO FIFTEENTH QUARTERLY INTERIM FEE APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | Not Applicable |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | October 1, 2007-December 31, 2007 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $20,500.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 1,557.27 |

This is a    ___ monthly        _x_ interim        ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Fifteenth Quarterly time period: Thirty-Seventh Monthly Fee Application for the period October 1-31, 2007 in the amount of $11,840.00 (80% of $14,800.00) in fees and expenses in the amount of $1,557.27; the FCR did not incur any fees and expenses in these cases during the month of November 2007 and accordingly no monthly fee application has been filed for this time period; and Thirty-Eighth Monthly Fee Application for the period December 1-31, 2007 in the amount of $4,560.00 (80% of $5,700.00) in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## OCTOBER 1, 2007-DECEMBER 31, 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 41.00 | $20,500.00 |
| Total | | | | $20,500.00 |

Total Fees:     $ 20,500.00
Total Hours:          41.00
Blended Rate:   $    500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 39.00 | $19,500.00 |
| Non-Working Travel (billed at half) | 2.00 | $1,000.00[1] |
| TOTAL | 41.00 | $20,500.00 |

---

[1] This amount reflects a reduction of $1,000 representing a 50% discount of hourly rates for non-working travel.

-2-

## EXPENSE SUMMARY FOR THE TIME PERIOD
## OCTOBER 1, 2007-DECEMBER 31, 2007

| Expense Category | Total |
|---|---|
| Airfare | $668.80 |
| Hotel | $732.47 |
| Parking | $66.00 |
| Taxi | $90.00 |
| **TOTAL** | **$1,557.27** |

Respectfully submitted,

*[signature]*

David T. Austern, Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: April 18, 2008