# EXHIBIT A

# MONTHLY APPLICATION FOR THE PERIOD OCTOBER 1-31, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | Objection Date: December 20, 2007 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO THIRTY-SEVENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | October 1, 2007 through October 31, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $14,800.00 |
| 80% of fees to be paid: | $11,840.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,557.27 |
| Total Fees @ 80% and 100% Expenses: | $13,397.27 |

This is an:  ___ interim  _X_ monthly  ___ final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's Thirty-Seventh interim fee application for the period October 1-31, 2007; the FCR previously filed the following fee applications in this case during this year: thirty-sixth fee application for the period September 1-30, 2007 in the amount of $3,280.00 (80% of $4,100.00) and no expenses; thirty-fifth fee application for the period August 1-31, 2007 in the amount of $8,680.00 (80% of $10,850.00) and $737.79 in expenses; thirty-fourth fee application for the period July 1-31, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and $762.10 in expenses; thirty-third interim fee application for the period June 1-30, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and no expenses; thirty-second interim fee application for the period May 1-31, 2007 in the amount of $4,160.00 (80% of $5,200.00) in fees and no expenses; thirty-first interim fee application for the period March 1-31, 2007 in the amount of $1,880.00 (80% of $2,350.00) in fees and no expenses; thirtieth interim fee application for the period February 1-28, 2007 in the amount of $5,200.00 (80% of $6,500.00) in fees and no expenses; twenty-ninth interim fee application for the period January 1-31, 2007 in the amount of $4,920.00 (80% of $6,150.00) in fees and $531.92 expenses.

## COMPENSATION SUMMARY
## OCTOBER 2007

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 29.60 | $14,800.00 |
| Grand Total: | | | 29.60 | $14,800.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:      $ 14,800.00
Total Hours:         29.60
Blended Rate:    $    500.00

## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 18.70 | $13,800.00 |
| Non-Working Travel (billed at half) | 2.00 | $1,000.00 |
| TOTAL | 29.60 | $14,800.00 |

2

## EXPENSE SUMMARY
## OCTOBER 2007

| Expense Category | Total |
|---|---|
| Airfare | $668.80 |
| Hotel | $732.47 |
| Parking | $66.00 |
| Taxi | $90.00 |
| **TOTAL** | **$1,557.27** |

Respectfully submitted,

*[signature]*

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: November 21, 2007

# EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## OCTOBER 2007

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| October 3 | Meeting with Frankel and Wyron re settlement | 1.00 | $500 | $ 500.00 |
| October 4 | Meeting in New York with Frankel and Westbrook re ZAI (1); meeting with Asbestos Claimants Committee, Property Damage Committee, ZAI re Plan and Settlement | 5.20 | $500 | $ 2,600.00 |
| October 12 | Preparation for my deposition | 2.00 | $500 | $ 1,000.00 |
| October 14 | Preparation for my deposition | 2.30 | $500 | $ 1,150.00 |
| October 15 | Preparation for my deposition | 3.20 | $500 | $ 1,600.00 |
| October 18 | Meeting with Trial Team for deposition preparation (4.50: meeting with Frankel re plan submission (1.2) | 5.70 | $500 | $ 2,850.00 |
| October 19 | Deposition (5); meeting with Frankel re secured creditors (.3) | 5.30 | $500 | $ 2,650.00 |
| October 23 | Review of my draft deposition transcript (1.5); telephone conference with Frankel (three times), Rice (twice), Shelnitz (twice)—all re term sheet (.8) | 2.30 | $500 | $ 1,150.00 |
| October 24 | Telephone conference with Inselbuch and Shelnitz re term sheet (.2); call with Frankel re same (.1) | 0.30 | $500 | $ 150.00 |

| October 25 | Telephone conference with Frankel and Shelnitz re term sheet (.2); call with Frankel re same (.1) | 0.30 | $500 | $ 150.00 |
|---|---|---|---|---|
| | SUBTOTAL | 18.70 | | $13,800.00 |

*Non-Working Travel*

| October 3 | Travel from Washington, D.C. to New York (1.6 hours billed as .8) | 0.80 | $500 | $ 500.00 |
|---|---|---|---|---|
| August 16 | Travel from New York to Washington (2.4 hours billed as 1.2) | 1.20 | $500 | $1,000.00 |
| | SUBTOTAL | 2.00 | | $1,000.00 |
| **TOTAL** | | **29.60** | | **$14,800.00** |

2

**EXHIBIT B**

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**OCTOBER 2007**

**EXPENSE SUMMARY**

| Date | Expense | Description of Expense |
|---|---|---|
| October 3/4 | $ 668.80 | Airfare |
|  | $ 90.00 | Taxi |
|  | $ 732.47 | Hotel |
|  | $ 32.00 | Parking |
| October 18 | $ 16.00 | Parking |
| October 19 | $ 18.00 | Parking |
| **TOTAL** | **$1,557.27** | |