# EXHIBIT B

# MONTHLY APPLICATION FOR THE PERIOD DECEMBER 1-31, 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtors.** | ) | Objection Date: March 4, 2008 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### COVER SHEET TO THIRTY-EIGHTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

Name of Applicant:

David T. Austern, Future Claimants' Representative ("FCR")

Authorized to Provide Professional
Services to:

As the FCR

Date of Retention:

May 25, 2004

Period for which compensation is
sought:

December 1, 2007 through December 31, 2007

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:

$5,700.00

80% of fees to be paid:

$4,560.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:

$    0.00

Total Fees @ 80% and
100% Expenses:

$4,560.00

This is an:    ___    interim    _X_    monthly    ___    final application.

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

This is the FCR's Thirty-Eighth interim fee application for the period December 1-31; the FCR previously filed the following fee applications in this case during this year: thirty-seventh fee application for the period October 1-31, 2007 in the amount of $11,840.00 (80% of $14,800.00) and expenses in the amount of $1,557.27; thirty-sixth fee application for the period September 1-30, 2007 in the amount of $3,280.00 (80% of $4,100.00) and no expenses; thirty-fifth fee application for the period August 1-31, 2007 in the amount of $8,680.00 (80% of $10,850.00) and $737.79 in expenses; thirty-fourth fee application for the period July 1-31, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and $762.10 in expenses; thirty-third interim fee application for the period June 1-30, 2007 in the amount of $2,960.00 (80% of $3,700.00) in fees and no expenses; thirty-second interim fee application for the period May 1-31, 2007 in the amount of $4,160.00 (80% of $5,200.00) in fees and no expenses; thirty-first interim fee application for the period March 1-31, 2007 in the amount of $1,880.00 (80% of $2,350.00) in fees and no expenses; thirtieth interim fee application for the period February 1-28, 2007 in the amount of $5,200.00 (80% of $6,500.00) in fees and no expenses; twenty-ninth interim fee application for the period January 1-31, 2007 in the amount of $4,920.00 (80% of $6,150.00) in fees and $531.92 expenses.

## COMPENSATION SUMMARY
### DECEMBER 2007

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 11.40 | $5,700.00 |
| **Grand Total:** | | | **11.40** | **$5,700.00** |
| **Blended Rate: $500.00** | | | | |

Total Fees:      $  5,700.00
Total Hours:        11.40
Blended Rate:   $     500.00

## COMPENSATION BY PROJECT CATEGORY
### DECEMBER 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 11.40 | $5,700.00 |
| **TOTAL** | **11.40** | **$5,700.00** |

2

**EXPENSE SUMMARY**
**DECEMBER 2007**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: February _11_, 2008

3

## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## DECEMBER 2007

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| *Litigation* | | | | |
| December 10 | Review of *Daubert* motions and exhibits | 5.70 | $500 | $ 2,850.00 |
| December 11 | Review of Westbrook ZAI settlement memorandum and exhibits | 1.40 | $500 | $ 700.00 |
| December 19 | Preparation for ZAI conference call (.5); telephone conference with Frankel re same (.3) | 0.80 | $500 | $ 400.00 |
| December 20 | Telephone conference with Mullady re my witness statement | 0.30 | $500 | $ 150.00 |
| December 24 | Review of FCR and ACC answers to Grace *Daubert* motions and witness statements | 2.20 | $500 | $ 1,100.00 |
| December 31 | Litigation memorandum to Frankel re strategy | 1.00 | $500 | $ 500.00 |
| **TOTAL** | | **11.40** | | **$5,700.00** |