THE UNITED STATES BANKRUPTCY COURT

OR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Date: June 6, 2008 at 4:00 p.m. |
| | ) | Hearing Date: June 23, 2008 at 1:00 p.m. |

**COVER SHEET TO EIGHTH QUARTERLY INTERIM FEE APPLICATION OF PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007**

SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | October 1, 2007 – December 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $300,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $972.48 |

This is a     ___ monthly          _x_ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

October 1, 2007 – December 31, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 62.0 | NA |
| Financial Analysis / Financial Review | 856.0 | NA |
| Case Administration | 20.4 | NA |
| Hearing Attendance / Meeting | 40.5 | NA |
| **TOTAL** | **978.90** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

October 1, 2007 – December 31, 2007

| Expense Category | Total |
|---|---|
| Research | $359.33 |
| Meals | 47.00 |
| Telephone | 566.15 |
| **TOTAL** | **$972.48** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.