# EXHIBIT A

## W.R. Grace

**PJC Time Records**

**October-07**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 10/1/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 10/1/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Geoffrey Zbikowski | 10/1/2007 | 2.5 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 10/1/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Jason Solganick | 10/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/1/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 10/1/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Jonathan Brownstein | 10/1/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 10/1/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Joseph Radecki | 10/1/2007 | 1.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 10/2/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/2/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Desiree Davis | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Desiree Davis | 10/2/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Geoffrey Zbikowski | 10/2/2007 | 4.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/2/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Geoffrey Zbikowski | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Geoffrey Zbikowski | 10/2/2007 | 1.5 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 10/2/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/2/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/2/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Jason Solganick | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jason Solganick | 10/2/2007 | 1.5 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 10/2/2007 | 2.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/2/2007 | 0.5 | Financial Analysis | Conference call w/ Charter Oak re: POR |
| Jonathan Brownstein | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Joseph Radecki | 10/2/2007 | 1.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/2/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Desiree Davis | 10/3/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/3/2007 | 1.0 | Financial Analysis | POR termsheet |
| Desiree Davis | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Geoffrey Zbikowski | 10/3/2007 | 2.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/3/2007 | 1.5 | Financial Analysis | POR termsheet |
| Geoffrey Zbikowski | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jason Solganick | 10/3/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/3/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/3/2007 | 2.0 | Financial Analysis | POR termsheet |
| Jason Solganick | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jonathan Brownstein | 10/3/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/3/2007 | 2.0 | Financial Analysis | POR termsheet |
| Jonathan Brownstein | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Joseph Radecki | 10/3/2007 | 1.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/3/2007 | 1.0 | Financial Analysis | POR termsheet |
| Joseph Radecki | 10/3/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Desiree Davis | 10/4/2007 | 2.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/4/2007 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/4/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/4/2007 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/4/2007 | 3.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/4/2007 | 1.5 | Financial Analysis | POR analyses |
| Desiree Davis | 10/5/2007 | 2.5 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/5/2007 | 4.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/5/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/5/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/5/2007 | 3.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/5/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/8/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 10/9/2007 | 4.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/9/2007 | 3.0 | Financial Analysis | Plan documentation |
| Desiree Davis | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Geoffrey Zbikowski | 10/9/2007 | 2.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/9/2007 | 2.5 | Financial Analysis | Plan documentation |
| Geoffrey Zbikowski | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jason Solganick | 10/9/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/9/2007 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/9/2007 | 3.0 | Financial Analysis | Plan documentation |
| Jason Solganick | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jonathan Brownstein | 10/9/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/9/2007 | 4.0 | Financial Analysis | Plan documentation |
| Jonathan Brownstein | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Joseph Radecki | 10/9/2007 | 1.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/9/2007 | 3.0 | Financial Analysis | Plan documentation |
| Joseph Radecki | 10/9/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### October-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 10/10/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 10/10/2007 | 2.0 | Financial Analysis | Plan documentation |
| Geoffrey Zbikowski | 10/10/2007 | 3.0 | Financial Analysis | POR analyses |
| Geoffrey Zbikowski | 10/10/2007 | 4.0 | Financial Analysis | Plan documentation |
| Jason Solganick | 10/10/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/10/2007 | 4.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/10/2007 | 2.5 | Financial Analysis | Plan documentation |
| Jonathan Brownstein | 10/10/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/10/2007 | 3.5 | Financial Analysis | Plan documentation |
| Joseph Radecki | 10/10/2007 | 2.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/10/2007 | 2.5 | Financial Analysis | Plan documentation |
| Desiree Davis | 10/11/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/11/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/11/2007 | 2.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/11/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/11/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/12/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 10/15/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/15/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/15/2007 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/15/2007 | 3.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/15/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/15/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 10/16/2007 | 4.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/16/2007 | 0.5 | Financial Analysis | Review of press release of comparable company re: acquisition |
| Jason Solganick | 10/16/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/16/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/16/2007 | 0.5 | Financial Analysis | Review of press release of comparable company re: acquisition |
| Jason Solganick | 10/16/2007 | 0.2 | Hearings | Review of 10/25 hearing agenda |
| Jonathan Brownstein | 10/16/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/16/2007 | 3.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/16/2007 | 0.5 | Financial Analysis | Review of press release of comparable company re: acquisition |
| Desiree Davis | 10/17/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/17/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/17/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/17/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/17/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/18/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 10/18/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 10/18/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/18/2007 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 10/18/2007 | 1.5 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 10/18/2007 | 3.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/18/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/18/2007 | 4.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/18/2007 | 2.5 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 10/19/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/19/2007 | 1.5 | Financial Analysis | Plan documentation |
| Jason Solganick | 10/19/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/19/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/19/2007 | 3.0 | Financial Analysis | Plan documentation |
| Jonathan Brownstein | 10/19/2007 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/19/2007 | 3.0 | Financial Analysis | Plan documentation |
| Joseph Radecki | 10/19/2007 | 2.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/19/2007 | 3.0 | Financial Analysis | Plan documentation |
| Maika Hemphill | 10/19/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/19/2007 | 2.0 | Financial Analysis | Plan documentation |
| Desiree Davis | 10/22/2007 | 2.0 | Financial Analysis | POR termsheet |
| Jason Solganick | 10/22/2007 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 10/22/2007 | 1.5 | Financial Analysis | POR termsheet |
| Jonathan Brownstein | 10/22/2007 | 1.5 | Financial Analysis | POR termsheet |
| Joseph Radecki | 10/22/2007 | 1.0 | Financial Analysis | POR termsheet |
| Maika Hemphill | 10/22/2007 | 1.0 | Financial Analysis | POR termsheet |

# EXHIBIT A

# W.R. Grace

## PJC Time Records
### October-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 10/23/2007 | 2.5 | Business Operations | Review of environmental liability information |
| Desiree Davis | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Desiree Davis | 10/23/2007 | 2.0 | Financial Analysis | PD claim analysis |
| Desiree Davis | 10/23/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 10/23/2007 | 4.0 | Business Operations | Review of environmental liability information |
| Jason Solganick | 10/23/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jason Solganick | 10/23/2007 | 3.0 | Financial Analysis | PD claim analysis |
| Jason Solganick | 10/23/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 10/23/2007 | 4.0 | Business Operations | Review of environmental liability information |
| Jonathan Brownstein | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Jonathan Brownstein | 10/23/2007 | 1.5 | Financial Analysis | PD claim analysis |
| Joseph Radecki | 10/23/2007 | 2.5 | Business Operations | Review of environmental liability information |
| Joseph Radecki | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Joseph Radecki | 10/23/2007 | 0.5 | Financial Analysis | PD claim analysis |
| Maika Hemphill | 10/23/2007 | 3.0 | Business Operations | Review of environmental liability information |
| Maika Hemphill | 10/23/2007 | 1.0 | Financial Analysis | Conference call w/ Orrick re: POR |
| Maika Hemphill | 10/23/2007 | 1.5 | Financial Analysis | PD claim analysis |
| Maika Hemphill | 10/23/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 10/24/2007 | 1.0 | Business Operations | Review of 3Q earnings release |
| Desiree Davis | 10/24/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 10/24/2007 | 3.0 | Business Operations | Meeting re: environmental liabilities |
| Jason Solganick | 10/24/2007 | 1.5 | Business Operations | Review of 3Q earnings release |
| Jason Solganick | 10/24/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/24/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 10/24/2007 | 3.0 | Business Operations | Meeting re: environmental liabilities |
| Jonathan Brownstein | 10/24/2007 | 1.0 | Business Operations | Review of 3Q earnings release |
| Jonathan Brownstein | 10/24/2007 | 3.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 10/24/2007 | 0.5 | Business Operations | Review of 3Q earnings release |
| Joseph Radecki | 10/24/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 10/24/2007 | 1.5 | Business Operations | Review of 3Q earnings release |
| Maika Hemphill | 10/24/2007 | 4.0 | Financial Analysis | POR analyses |
| Desiree Davis | 10/25/2007 | 3.0 | Hearings | Telephonic court hearing |
| Jason Solganick | 10/25/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/25/2007 | 3.0 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 10/25/2007 | 3.0 | Hearings | Telephonic court hearing |
| Maika Hemphill | 10/25/2007 | 3.0 | Hearings | Telephonic court hearing |
| Desiree Davis | 10/26/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 10/26/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 10/26/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Maika Hemphill | 10/26/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 10/29/2007 | 0.5 | Business Operations | Review of 8-K |
| Jason Solganick | 10/29/2007 | 0.5 | Business Operations | Review of 8-K |
| Jason Solganick | 10/29/2007 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 10/29/2007 | 0.5 | Business Operations | Review of 8-K |
| Maika Hemphill | 10/29/2007 | 0.5 | Business Operations | Review of 8-K |
| Jason Solganick | 10/30/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 10/31/2007 | 4.0 | Financial Analysis | Plan documentation |
| Jason Solganick | 10/31/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/31/2007 | 4.0 | Financial Analysis | Plan documentation |
| Jonathan Brownstein | 10/31/2007 | 4.0 | Financial Analysis | Plan documentation |
| Maika Hemphill | 10/31/2007 | 4.0 | Financial Analysis | Plan documentation |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
### November-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 11/1/2007 | 1.5 | Financial Analysis | Review of comparable company 3Q results |
| Desiree Davis | 11/1/2007 | 3.0 | Hearings | Telephonic court hearing |
| Jason Solganick | 11/1/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/1/2007 | 1.0 | Financial Analysis | Review of comparable company 3Q results |
| Jason Solganick | 11/1/2007 | 3.0 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 11/1/2007 | 3.0 | Hearings | Telephonic court hearing |
| Maika Hemphill | 11/1/2007 | 1.5 | Financial Analysis | Review of comparable company 3Q results |
| Maika Hemphill | 11/1/2007 | 3.0 | Hearings | Telephonic court hearing |
| Desiree Davis | 11/2/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Jason Solganick | 11/2/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/2/2007 | 2.5 | Financial Analysis | Comparable company earnings call and analysis |
| Maika Hemphill | 11/2/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Jason Solganick | 11/5/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 11/6/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/6/2007 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/6/2007 | 2.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 11/6/2007 | 1.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/6/2007 | 4.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/7/2007 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 11/8/2007 | 1.5 | Business Operations | Review of 10-Q |
| Desiree Davis | 11/8/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 11/8/2007 | 4.0 | Financial Analysis | Valuation analysis |
| Jason Solganick | 11/8/2007 | 2.0 | Business Operations | Review of 10-Q |
| Jason Solganick | 11/8/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/8/2007 | 4.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/8/2007 | 2.0 | Financial Analysis | Valuation analysis |
| Jonathan Brownstein | 11/8/2007 | 1.0 | Business Operations | Review of 10-Q |
| Jonathan Brownstein | 11/8/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/8/2007 | 2.5 | Financial Analysis | Valuation analysis |
| Joseph Radecki | 11/8/2007 | 1.0 | Business Operations | Review of 10-Q |
| Joseph Radecki | 11/8/2007 | 1.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/8/2007 | 1.5 | Business Operations | Review of 10-Q |
| Maika Hemphill | 11/8/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/8/2007 | 5.0 | Financial Analysis | Valuation analysis |
| Desiree Davis | 11/9/2007 | 2.5 | Financial Analysis | Comparable company earnings call and analysis |
| Desiree Davis | 11/9/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 11/9/2007 | 3.0 | Financial Analysis | Valuation analysis |
| Jason Solganick | 11/9/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/9/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 11/9/2007 | 3.5 | Financial Analysis | Valuation analysis |
| Jason Solganick | 11/9/2007 | 2.0 | Financial Analysis | Comparable company earnings call and analysis |
| Jonathan Brownstein | 11/9/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/9/2007 | 2.0 | Financial Analysis | Valuation analysis |
| Joseph Radecki | 11/9/2007 | 2.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/9/2007 | 1.0 | Financial Analysis | Valuation analysis |
| Maika Hemphill | 11/9/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Maika Hemphill | 11/9/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/9/2007 | 4.0 | Financial Analysis | Valuation analysis |
| Desiree Davis | 11/12/2007 | 2.0 | Business Operations | Review of Q3 performance presentation |
| Desiree Davis | 11/12/2007 | 3.0 | Financial Analysis | Valuation analysis |
| Jason Solganick | 11/12/2007 | 2.0 | Business Operations | Review of Q3 performance presentation |
| Jason Solganick | 11/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/12/2007 | 3.0 | Financial Analysis | Valuation analysis |
| Jonathan Brownstein | 11/12/2007 | 1.0 | Business Operations | Review of Q3 performance presentation |
| Jonathan Brownstein | 11/12/2007 | 2.0 | Financial Analysis | Valuation analysis |
| Joseph Radecki | 11/12/2007 | 1.0 | Business Operations | Review of Q3 performance presentation |
| Joseph Radecki | 11/12/2007 | 1.5 | Financial Analysis | Valuation analysis |
| Maika Hemphill | 11/12/2007 | 2.0 | Business Operations | Review of Q3 performance presentation |
| Maika Hemphill | 11/12/2007 | 5.0 | Financial Analysis | Valuation analysis |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
**November-07**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 11/13/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/13/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/13/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/13/2007 | 4.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/13/2007 | 2.0 | Financial Analysis | POR analyses |
| Desiree Davis | 11/14/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/14/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/14/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/14/2007 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/14/2007 | 2.0 | Financial Analysis | POR analyses |
| Desiree Davis | 11/15/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 11/15/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/15/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/15/2007 | 1.5 | Financial Analysis | POR documentation |
| Jason Solganick | 11/15/2007 | 2.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/15/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/15/2007 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/15/2007 | 2.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/15/2007 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/15/2007 | 1.5 | Financial Analysis | POR documentation |
| Desiree Davis | 11/16/2007 | 1.0 | Business Operations | Conference call re:  Q3 performance |
| Desiree Davis | 11/16/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 11/16/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 11/16/2007 | 1.0 | Business Operations | Conference call re:  Q3 performance |
| Jason Solganick | 11/16/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/16/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 11/16/2007 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/16/2007 | 1.0 | Business Operations | Conference call re:  Q3 performance |
| Jonathan Brownstein | 11/16/2007 | 2.5 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 11/16/2007 | 3.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 11/16/2007 | 1.0 | Financial Analysis | Claims analysis |
| Joseph Radecki | 11/16/2007 | 1.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/16/2007 | 1.0 | Business Operations | Conference call re:  Q3 performance |
| Maika Hemphill | 11/16/2007 | 3.0 | Financial Analysis | Claims analysis |
| Maika Hemphill | 11/16/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 11/19/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Desiree Davis | 11/19/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Jason Solganick | 11/19/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/19/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Jason Solganick | 11/19/2007 | 2.0 | Financial Analysis | Comparable company earnings call and analysis |
| Maika Hemphill | 11/19/2007 | 3.0 | Financial Analysis | Comparable company earnings call and analysis |
| Maika Hemphill | 11/19/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Desiree Davis | 11/20/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 11/20/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 11/20/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 11/20/2007 | 3.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 11/20/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 11/20/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 11/21/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/21/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/21/2007 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/21/2007 | 4.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/21/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/21/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 11/22/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/22/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/22/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/22/2007 | 3.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/22/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 11/23/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/23/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/23/2007 | 5.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/23/2007 | 4.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/23/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/23/2007 | 3.0 | Financial Analysis | POR documentation |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
### November-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 11/26/2007 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 11/26/2007 | 4.0 | Hearings | Telephonic court hearing |
| Jason Solganick | 11/26/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/26/2007 | 5.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/26/2007 | 4.0 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 11/26/2007 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/26/2007 | 4.0 | Hearings | Telephonic court hearing |
| Joseph Radecki | 11/26/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/26/2007 | 3.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/26/2007 | 4.0 | Hearings | Telephonic court hearing |
| Desiree Davis | 11/27/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 11/27/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 11/27/2007 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 11/27/2007 | 3.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/27/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/27/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 11/28/2007 | 3.0 | Financial Analysis | Comparable company earnings and guidance calls and analysis |
| Desiree Davis | 11/28/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/28/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/28/2007 | 3.5 | Financial Analysis | POR documentation |
| Jason Solganick | 11/28/2007 | 3.0 | Financial Analysis | Comparable company earnings and guidance calls and analysis |
| Jonathan Brownstein | 11/28/2007 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 11/28/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 11/28/2007 | 4.0 | Financial Analysis | Comparable company earnings and guidance calls and analysis |
| Maika Hemphill | 11/28/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 11/29/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 11/30/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Jason Solganick | 11/30/2007 | 0.5 | Business Operations | Review of 8-K |
| Jason Solganick | 11/30/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/30/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |
| Jonathan Brownstein | 11/30/2007 | 0.5 | Business Operations | Review of 8-K |
| Maika Hemphill | 11/30/2007 | 0.5 | Business Operations | Review of 8-K |
| Maika Hemphill | 11/30/2007 | 0.5 | Financial Analysis | Review of comparable company press release re:  acquisition |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
#### December-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 12/3/2007 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 12/4/2007 | 1.5 | Business Operations | Review of monthly operating report |
| Desiree Davis | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Desiree Davis | 12/4/2007 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 12/4/2007 | 1.5 | Financial Analysis | POR documentation |
| Desiree Davis | 12/4/2007 | 2.5 | Financial Analysis | Comparable company conference call and analysis |
| Jason Solganick | 12/4/2007 | 2.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 12/4/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Jason Solganick | 12/4/2007 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 12/4/2007 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/4/2007 | 2.5 | Financial Analysis | Comparable company conference call and analysis |
| Jonathan Brownstein | 12/4/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Jonathan Brownstein | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Jonathan Brownstein | 12/4/2007 | 2.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 12/4/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/4/2007 | 2.0 | Financial Analysis | Comparable company conference call and analysis |
| Joseph Radecki | 12/4/2007 | 1.0 | Business Operations | Review of monthly operating report |
| Joseph Radecki | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Joseph Radecki | 12/4/2007 | 2.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/4/2007 | 3.0 | Business Operations | Review of monthly operating report |
| Maika Hemphill | 12/4/2007 | 1.5 | Financial Analysis | Conference call re: POR documentation |
| Maika Hemphill | 12/4/2007 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 12/4/2007 | 1.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/4/2007 | 3.0 | Financial Analysis | Comparable company conference call and analysis |
| Desiree Davis | 12/5/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 12/5/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analyses |
| Jason Solganick | 12/5/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/5/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/5/2007 | 4.0 | Financial Analysis | Comparable company conference calls and analyses |
| Jonathan Brownstein | 12/5/2007 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/5/2007 | 2.5 | Financial Analysis | Comparable company conference calls and analyses |
| Joseph Radecki | 12/5/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/5/2007 | 2.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/5/2007 | 5.0 | Financial Analysis | Comparable company conference calls and analyses |
| Desiree Davis | 12/6/2007 | 1.0 | Business Operations | Review of 8-K |
| Desiree Davis | 12/6/2007 | 1.0 | Case Administration | Review of estimation order |
| Jason Solganick | 12/6/2007 | 1.0 | Business Operations | Review of 8-K |
| Jason Solganick | 12/6/2007 | 1.0 | Case Administration | Review of estimation order |
| Jason Solganick | 12/6/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/6/2007 | 1.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/6/2007 | 1.0 | Case Administration | Review of estimation order |
| Jonathan Brownstein | 12/6/2007 | 2.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/6/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/6/2007 | 1.0 | Business Operations | Review of 8-K |
| Maika Hemphill | 12/6/2007 | 1.0 | Case Administration | Review of estimation order |
| Desiree Davis | 12/7/2007 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/7/2007 | 1.0 | Financial Analysis | Review of press release re: financing by comparable company |
| Jason Solganick | 12/7/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/7/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 12/7/2007 | 1.0 | Financial Analysis | Review of press release re: financing by comparable company |
| Jonathan Brownstein | 12/7/2007 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/7/2007 | 1.0 | Financial Analysis | Review of press release re: financing by comparable company |
| Joseph Radecki | 12/7/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/7/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/7/2007 | 1.0 | Financial Analysis | Review of press release re: financing by comparable company |
| Desiree Davis | 12/10/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/10/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 12/10/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/10/2007 | 4.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/10/2007 | 2.0 | Financial Analysis | Review of motions to exclude expert testimony |
| Jason Solganick | 12/10/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jonathan Brownstein | 12/10/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/10/2007 | 2.0 | Financial Analysis | Review of motions to exclude expert testimony |
| Jonathan Brownstein | 12/10/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Joseph Radecki | 12/10/2007 | 2.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/10/2007 | 2.0 | Financial Analysis | Review of motions to exclude expert testimony |
| Maika Hemphill | 12/10/2007 | 3.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/10/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |

# EXHIBIT A

## W.R. Grace

### PJC Time Records
### December-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 12/11/2007 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 12/11/2007 | 1.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/11/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/11/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/11/2007 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 12/11/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 12/11/2007 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/11/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 12/11/2007 | 1.0 | Financial Analysis | Claims analysis |
| Joseph Radecki | 12/11/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/11/2007 | 3.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/11/2007 | 4.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 12/11/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 12/12/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 12/12/2007 | 2.0 | Financial Analysis | POR analyses |
| Desiree Davis | 12/12/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/12/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/12/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 12/12/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 12/12/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 12/12/2007 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/12/2007 | 2.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 12/12/2007 | 1.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 12/12/2007 | 1.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/12/2007 | 1.5 | Financial Analysis | Claims analysis |
| Maika Hemphill | 12/12/2007 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 12/12/2007 | 3.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 12/13/2007 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 12/13/2007 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 12/13/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/13/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/13/2007 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 12/13/2007 | 2.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/13/2007 | 2.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 12/13/2007 | 2.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/13/2007 | 2.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 12/13/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/13/2007 | 4.0 | Financial Analysis | POR analyses |
| Desiree Davis | 12/14/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/14/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/14/2007 | 3.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/14/2007 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/14/2007 | 1.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/14/2007 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/17/2007 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/17/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 12/17/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/17/2007 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 12/17/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jonathan Brownstein | 12/17/2007 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/17/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Joseph Radecki | 12/17/2007 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/17/2007 | 4.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/17/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Desiree Davis | 12/18/2007 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 12/18/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/18/2007 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 12/18/2007 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 12/18/2007 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 12/18/2007 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 12/19/2007 | 2.0 | Financial Analysis | Claims analysis |
| Desiree Davis | 12/19/2007 | 1.0 | Financial Analysis | Review of credit report on comparable company |
| Jason Solganick | 12/19/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 12/19/2007 | 2.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/19/2007 | 1.0 | Financial Analysis | Review of credit report on comparable company |
| Jonathan Brownstein | 12/19/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 12/19/2007 | 1.0 | Financial Analysis | Review of credit report on comparable company |
| Maika Hemphill | 12/19/2007 | 2.5 | Financial Analysis | Claims analysis |
| Maika Hemphill | 12/19/2007 | 1.5 | Financial Analysis | Review of credit report on comparable company |
| Desiree Davis | 12/20/2007 | 1.5 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/20/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 12/20/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 12/20/2007 | 1.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 12/20/2007 | 1.0 | Financial Analysis | Claims analysis |
| Maika Hemphill | 12/20/2007 | 2.0 | Financial Analysis | Claims analysis |
| Jason Solganick | 12/21/2007 | 0.3 | Case Administration | Review court docket |