# EXHIBIT B

## W.R. Grace & Co.
## PJC Expense Detail Report (October 1, 2007 – December 31, 2007)
(Dates Represent Posting Date of Expense)

### October

#### Telephone

| | | |
|---|---|---|
| Geoff Zbikowski | 10/17/07 | $ 136.30 |
| Jason Solganick | 10/18/07 | $ 42.16 |
| Joe Radecki | 10/19/07 | $ 30.85 |
| Joe Radecki | 10/19/07 | $ 38.76 |
| Joe Radecki | 10/19/07 | $ 184.11 |
| Joe Radecki | 10/19/07 | $ 1.73 |
| Joe Radecki | 10/19/07 | $ 36.25 |
| Joe Radecki | 10/19/07 | $ 6.23 |
| | **Total Telephone:** | **$ 476.39** |

#### Meals

| | | |
|---|---|---|
| Joe Radecki | 10/19/07 | $ 47.00 |
| | **Total Meals:** | **$ 47.00** |

### November

#### Research

| | | |
|---|---|---|
| Jason Solganick | 11/01/07 | $ 259.48 |
| Jason Solganick | 11/09/07 | $ 99.85 |
| | **Total Research:** | **$ 359.33** |

#### Telephone

| | | |
|---|---|---|
| Jason Solganick | 11/09/07 | $ 36.13 |
| | **Total Telephone:** | **$ 36.13** |

### December

#### Telephone

| | | |
|---|---|---|
| Jonathan Brownstein | 12/05/07 | $ 17.50 |
| Jason Solganick | 12/17/07 | $ 36.13 |
| | **Total Telephone:** | **$ 53.63** |

**TOTAL EXPENSES:**                                     $972.48