# EXHIBIT A

# MONTHLY APPLICATION FOR THE PERIOD OCTOBER 1-31, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| **W.R. GRACE & CO., et al.** ) | Case No. 01-1139 (JKF) |
| ) | |
| **Debtors.** ) | Objection Deadline: January 3, 2008 at 4:00 p.m |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

### COVER SHEET TO TWENTY-NINTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered January 21, 2004) |
| Period for which compensation is sought: | October 1, 2007 through October 31, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $340,852.00 |
| 80% of fees to be paid: | $272,681.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 3,148.58 |
| Total Fees @ 80% and 100% Expenses: | $275,830.18 |

This is an: __ interim  X monthly  __ final application.

## COMPENSATION SUMMARY
### October 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 191.80 | $119,875.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $300 | 87.90 | $26,370.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 99.60 | $39,840.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 194.20 | $72,825.00 |
| Steve Lin | Consulting Actuary (11 years) | $425 | 37.00 | $15,725.00 |
| Adam Luechtefeld | Analyst (4 years) | $250 | 27.00 | $6,750.00 |
| Alicia Oliver | Analyst (1 year) | $170 | 4.50 | $765.00 |
| Dave Powell | Consulting Actuary (22 years) FCAS | $675 | 14.80 | $9,990.00 |
| Terry Quackenbush | Analyst (2 years) | $300 | 2.00 | $600.00 |
| Rhamonda Riggins | Analyst (5 years) | $295 | 20.50 | $6,047.50 |
| Sandy Santomenno | Consulting Actuary (1 year) | $550 | 4.00 | $2,200.00 |
| Sandy Santomenno | Consulting Actuary (1 year) | $575 | 3.00 | $1,752.00 |
| Ollie Sherman | Consulting Actuary (22 years) FCAS | $675 | 56.00 | 37,800.00 |
| Russ Sutter | Consulting Actuary (20 years) FCAS | $485 | 0.70 | $339.50 |
| **Total Blended Rate: $458.75** | | | 743.00 | $340,852.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 743.00 | $340,852.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $1,194.20 |
| Hotel | $1,354.65 |
| Parking | $154.98 |
| Taxi | $180.35 |
| Train | $25.00 |
| Meals | $190.90 |
| Use of Own Car | $48.50 |
| **Total Expenses** | **$3,148.58** |

| October 2007 – Grand Total | $344,000.58 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *[signature]*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Dec/2, 2007

2

# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| **W.R. Grace (Bankruptcy)** | | | | | |
| **Towers Perrin Time Records** | | | | | |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| | | | | **Oct-07** | |
| Jenni Biggs | 10/1/2007 | 4.50 | $625 | $2,812.50 | Analysis |
| Jenni Biggs | 10/2/2007 | 11.70 | $625 | $7,312.50 | Meeting and Prep |
| Jenni Biggs | 10/2/2007 | 0.90 | $625 | $562.50 | 50% non-working travel |
| Jenni Biggs | 10/3/2007 | 9.00 | $625 | $5,625.00 | Meeting and Prep |
| Jenni Biggs | 10/3/2007 | 1.10 | $625 | $687.50 | 50% non-working travel |
| Jenni Biggs | 10/4/2007 | 5.00 | $625 | $3,125.00 | Analysis |
| Jenni Biggs | 10/5/2007 | 3.00 | $625 | $1,875.00 | Analysis |
| Jenni Biggs | 10/8/2007 | 5.70 | $625 | $3,562.50 | Analysis |
| Jenni Biggs | 10/9/2007 | 8.80 | $625 | $5,500.00 | Analysis |
| Jenni Biggs | 10/10/2007 | 5.00 | $625 | $3,125.00 | Analysis |
| Jenni Biggs | 10/11/2007 | 3.50 | $625 | $2,187.50 | Analysis |
| Jenni Biggs | 10/12/2007 | 7.00 | $625 | $4,375.00 | Analysis |
| Jenni Biggs | 10/14/2007 | 1.90 | $625 | $1,187.50 | Analysis |
| Jenni Biggs | 10/15/2007 | 4.00 | $625 | $2,500.00 | Analysis |
| Jenni Biggs | 10/16/2007 | 8.00 | $625 | $5,000.00 | Analysis |
| Jenni Biggs | 10/17/2007 | 8.00 | $625 | $5,000.00 | Analysis |
| Jenni Biggs | 10/18/2007 | 10.50 | $625 | $6,562.50 | Analysis |
| Jenni Biggs | 10/19/2007 | 7.00 | $625 | $4,375.00 | Analysis |
| Jenni Biggs | 10/22/2007 | 9.70 | $625 | $6,062.50 | Analysis |
| Jenni Biggs | 10/23/2007 | 9.50 | $625 | $5,937.50 | Meeting and Prep |
| Jenni Biggs | 10/23/2007 | 1.00 | $625 | $625.00 | 50% non-working travel |
| Jenni Biggs | 10/24/2007 | 12.30 | $625 | $7,687.50 | Meeting and Prep |
| Jenni Biggs | 10/24/2007 | 1.20 | $625 | $750.00 | 50% non-working travel |
| Jenni Biggs | 10/25/2007 | 3.50 | $625 | $2,187.50 | Depo Preparation |
| Jenni Biggs | 10/26/2007 | 7.50 | $625 | $4,687.50 | Depo Preparation |
| Jenni Biggs | 10/27/2007 | 5.00 | $625 | $3,125.00 | Depo Preparation |
| Jenni Biggs | 10/28/2007 | 5.00 | $625 | $3,125.00 | Depo Preparation |
| Jenni Biggs | 10/29/2007 | 12.50 | $625 | $7,812.50 | Depo Preparation |
| Jenni Biggs | 10/30/2007 | 11.30 | $625 | $7,062.50 | Depo Preparation |
| Jenni Biggs | 10/31/2007 | 8.70 | $625 | $5,437.50 | Depo Preparation |
| | | 191.80 | | $119,875.00 | |
| | | | | | |
| Julianne Callaway | 10/3/2007 | 6.20 | $300 | $1,860.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/4/2007 | 8.40 | $300 | $2,520.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/5/2007 | 4.90 | $300 | $1,470.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/8/2007 | 1.70 | $300 | $510.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/10/2007 | 3.20 | $300 | $960.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/11/2007 | 8.10 | $300 | $2,430.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/12/2007 | 3.60 | $300 | $1,080.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/15/2007 | 2.40 | $300 | $720.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/17/2007 | 7.60 | $300 | $2,280.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/18/2007 | 6.10 | $300 | $1,830.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/19/2007 | 8.60 | $300 | $2,580.00 | Review Rebuttal Reports |
| Julianne Callaway | 10/22/2007 | 8.00 | $300 | $2,400.00 | Depo Preparation |
| Julianne Callaway | 10/25/2007 | 9.50 | $300 | $2,850.00 | Depo Preparation |
| Julianne Callaway | 10/26/2007 | 9.60 | $300 | $2,880.00 | Depo Preparation |
| | | 87.90 | | $26,370.00 | |
| | | | | | |
| Bryan Gillespie | 10/1/2007 | 6.30 | $400 | $2,520.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/3/2007 | 5.30 | $400 | $2,120.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/4/2007 | 4.50 | $400 | $1,800.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/5/2007 | 6.40 | $400 | $2,560.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/6/2007 | 4.60 | $400 | $1,840.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/8/2007 | 9.50 | $400 | $3,800.00 | Meeting and Prep |
| Bryan Gillespie | 10/8/2007 | 0.50 | $400 | $200.00 | 50% non-working travel |
| Bryan Gillespie | 10/9/2007 | 9.80 | $400 | $3,920.00 | Meeting and Prep |
| Bryan Gillespie | 10/9/2007 | 1.30 | $400 | $520.00 | 50% non-working travel |
| Bryan Gillespie | 10/10/2007 | 5.70 | $400 | $2,280.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/11/2007 | 1.00 | $400 | $400.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/22/2007 | 2.00 | $400 | $800.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/23/2007 | 7.80 | $400 | $3,120.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/24/2007 | 7.20 | $400 | $2,880.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/25/2007 | 3.30 | $400 | $1,320.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/26/2007 | 6.80 | $400 | $2,720.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/27/2007 | 1.10 | $400 | $440.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/29/2007 | 5.30 | $400 | $2,120.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/30/2007 | 5.10 | $400 | $2,040.00 | Review Rebuttal Reports |
| Bryan Gillespie | 10/31/2007 | 6.10 | $400 | $2,440.00 | Review Rebuttal Reports |

| | | W.R. Grace (Bankruptcy) | | | |
|---|---|---|---|---|---|
| | | Towers Perrin Time Records | | | |
| Professional | Date | Hours | Rate | $ Fees | Description |
| | | 99.60 | | $39,840.00 | |
| | | | | | |

| W.R. Grace (Bankruptcy) | | | | | |
|---|---|---|---|---|---|
| Towers Perrin Time Records | | | | | |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| Jeff Kimble | 10/1/2007 | 8.90 | $375 | $3,337.50 | Analysis |
| Jeff Kimble | 10/2/2007 | 11.00 | $375 | $4,125.00 | Prep for Meeting |
| Jeff Kimble | 10/3/2007 | 9.00 | $375 | $3,375.00 | Meeting and Prep |
| Jeff Kimble | 10/4/2007 | 2.30 | $375 | $862.50 | Analysis |
| Jeff Kimble | 10/5/2007 | 2.50 | $375 | $937.50 | Analysis |
| Jeff Kimble | 10/8/2007 | 4.60 | $375 | $1,725.00 | Analysis |
| Jeff Kimble | 10/9/2007 | 7.30 | $375 | $2,737.50 | Analysis |
| Jeff Kimble | 10/10/2007 | 9.00 | $375 | $3,375.00 | Analysis |
| Jeff Kimble | 10/11/2007 | 7.40 | $375 | $2,775.00 | Analysis |
| Jeff Kimble | 10/12/2007 | 8.20 | $375 | $3,075.00 | Analysis |
| Jeff Kimble | 10/15/2007 | 4.00 | $375 | $1,500.00 | Analysis |
| Jeff Kimble | 10/16/2007 | 7.90 | $375 | $2,962.50 | Analysis |
| Jeff Kimble | 10/17/2007 | 4.60 | $375 | $1,725.00 | Analysis |
| Jeff Kimble | 10/18/2007 | 5.70 | $375 | $2,137.50 | Analysis |
| Jeff Kimble | 10/19/2007 | 6.70 | $375 | $2,512.50 | Analysis |
| Jeff Kimble | 10/22/2007 | 8.10 | $375 | $3,037.50 | Analysis |
| Jeff Kimble | 10/23/2007 | 1.60 | $375 | $600.00 | 50% non-working travel |
| Jeff Kimble | 10/23/2007 | 10.70 | $375 | $4,012.50 | Meeting and Prep |
| Jeff Kimble | 10/24/2007 | 0.50 | $375 | $187.50 | 50% non-working travel |
| Jeff Kimble | 10/24/2007 | 11.20 | $375 | $4,200.00 | Meeting and Prep |
| Jeff Kimble | 10/25/2007 | 9.20 | $375 | $3,450.00 | Analysis |
| Jeff Kimble | 10/26/2007 | 9.10 | $375 | $3,412.50 | Analysis |
| Jeff Kimble | 10/27/2007 | 7.50 | $375 | $2,812.50 | Analysis |
| Jeff Kimble | 10/28/2007 | 8.20 | $375 | $3,075.00 | Analysis |
| Jeff Kimble | 10/29/2007 | 11.30 | $375 | $4,237.50 | Analysis |
| Jeff Kimble | 10/30/2007 | 11.20 | $375 | $4,200.00 | Analysis |
| Jeff Kimble | 10/31/2007 | 6.50 | $375 | $2,437.50 | Analysis |
| | | 194.20 | | $72,825.00 | |
| Steve Lin | 10/3/2007 | 4.00 | $425 | $1,700.00 | Analysis |
| Steve Lin | 10/4/2007 | 1.10 | $425 | $467.50 | Analysis |
| Steve Lin | 10/5/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 10/8/2007 | 0.70 | $425 | $297.50 | Analysis |
| Steve Lin | 10/9/2007 | 4.90 | $425 | $2,082.50 | Analysis |
| Steve Lin | 10/10/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 10/11/2007 | 4.50 | $425 | $1,912.50 | Analysis |
| Steve Lin | 10/12/2007 | 3.80 | $425 | $1,615.00 | Analysis |
| Steve Lin | 10/15/2007 | 4.50 | $425 | $1,912.50 | Analysis |
| Steve Lin | 10/18/2007 | 2.50 | $425 | $1,062.50 | Analysis |
| Steve Lin | 10/19/2007 | 4.00 | $425 | $1,700.00 | Analysis |
| Steve Lin | 10/30/2007 | 1.00 | $425 | $425.00 | Analysis |
| Steve Lin | 10/31/2007 | 1.00 | $425 | $425.00 | Analysis |
| | | 37.00 | | $15,725.00 | |
| Adam Luechtefeld | 10/3/2007 | 4.00 | $250 | $1,000.00 | Analysis |
| Adam Luechtefeld | 10/8/2007 | 2.50 | $250 | $625.00 | Analysis |
| Adam Luechtefeld | 10/11/2007 | 5.00 | $250 | $1,250.00 | Analysis |
| Adam Luechtefeld | 10/12/2007 | 5.70 | $250 | $1,425.00 | Analysis |
| Adam Luechtefeld | 10/17/2007 | 5.00 | $250 | $1,250.00 | Analysis |
| Adam Luechtefeld | 10/18/2007 | 0.30 | $250 | $75.00 | Analysis |
| Adam Luechtefeld | 10/19/2007 | 1.50 | $250 | $375.00 | Analysis |
| Adam Luechtefeld | 10/22/2007 | 2.50 | $250 | $625.00 | Analysis |
| Adam Luechtefeld | 10/23/2007 | 0.50 | $250 | $125.00 | Analysis |
| | | 27.00 | | $6,750.00 | |
| Alicia Oliver | 10/19/2007 | 2.00 | $170 | $340.00 | Analysis |
| Alicia Oliver | 10/26/2007 | 2.50 | $170 | $425.00 | Analysis |
| | | 4.50 | | $765.00 | |
| Dave Powell | 10/1/2007 | 0.70 | $675 | $472.50 | Peer Review |
| Dave Powell | 10/4/2007 | 0.50 | $675 | $337.50 | Peer Review |
| Dave Powell | 10/8/2007 | 1.30 | $675 | $877.50 | Peer Review |
| Dave Powell | 10/9/2007 | 0.70 | $675 | $472.50 | Peer Review |
| Dave Powell | 10/17/2007 | 2.70 | $675 | $1,822.50 | Peer Review |
| Dave Powell | 10/25/2007 | 0.20 | $675 | $135.00 | Peer Review |
| Dave Powell | 10/30/2007 | 8.70 | $675 | $5,872.50 | Peer Review |
| | | 14.80 | | $9,990.00 | |

| | | | W.R. Grace (Bankruptcy) | | |
|---|---|---|---|---|---|
| | | | Towers Perrin Time Records | | |
| Professional | Date | Hours | Rate | $ Fees | Description |
| Terry Quackenbush | 10/25/2007 | 1.00 | $300 | $300.00 | Analysis |
| Terry Quackenbush | 10/26/2007 | 1.00 | $300 | $300.00 | Analysis |
| | | 2.00 | | $600.00 | |
| Rhamonda Riggins | 10/19/2007 | 3.50 | $295 | $1,032.50 | Analysis/Rust |
| Rhamonda Riggins | 10/25/2007 | 1.00 | $295 | $295.00 | Analysis/Rust |
| Rhamonda Riggins | 10/26/2007 | 5.50 | $295 | $1,622.50 | Analysis/Rust |
| Rhamonda Riggins | 10/28/2007 | 2.00 | $295 | $590.00 | Analysis/Rust |
| Rhamonda Riggins | 10/29/2007 | 6.00 | $295 | $1,770.00 | Analysis/Rust |
| Rhamonda Riggins | 10/30/2007 | 1.50 | $295 | $442.50 | Analysis/Rust |
| Rhamonda Riggins | 10/31/2007 | 1.00 | $295 | $295.00 | Analysis/Rust |
| | | 20.50 | | $6,047.50 | |
| Sandy Santomenno | 10/16/2007 | 1.00 | $550 | $550.00 | Analysis |
| Sandy Santomenno | 10/17/2007 | 1.00 | $550 | $550.00 | Analysis |
| Sandy Santomenno | 10/18/2007 | 2.00 | $550 | $1,100.00 | Analysis |
| Sandy Santomenno | 10/23/2007 | 1.50 | $575 | $862.50 | Analysis |
| Sandy Santomenno | 10/25/2007 | 1.50 | $575 | $862.50 | Analysis |
| | | 7.00 | | $3,925.00 | |
| Ollie Sherman | 10/1/2007 | 2.00 | $675 | $1,350.00 | Review of Rebutal reports |
| Ollie Sherman | 10/2/2007 | 10.00 | $675 | $6,750.00 | Deposition prep |
| Ollie Sherman | 10/3/2007 | 8.00 | $675 | $5,400.00 | Deposition prep |
| Ollie Sherman | 10/4/2007 | 1.00 | $675 | $675.00 | Review of Rebutal reports |
| Ollie Sherman | 10/8/2007 | 1.00 | $675 | $675.00 | Peer Review |
| Ollie Sherman | 10/10/2007 | 1.00 | $675 | $675.00 | Peer Review |
| Ollie Sherman | 10/16/2007 | 1.50 | $675 | $1,012.50 | Peer Review |
| Ollie Sherman | 10/17/2007 | 1.00 | $675 | $675.00 | Peer Review |
| Ollie Sherman | 10/23/2007 | 2.00 | $675 | $1,350.00 | Review of rebuttal report |
| Ollie Sherman | 10/24/2007 | 9.50 | $675 | $6,412.50 | Deposition prep |
| Ollie Sherman | 10/25/2007 | 1.00 | $675 | $675.00 | Review of rebuttal report |
| Ollie Sherman | 10/26/2007 | 2.00 | $675 | $1,350.00 | Deposition prep |
| Ollie Sherman | 10/30/2007 | 6.00 | $675 | $4,050.00 | Deposition Prep |
| Ollie Sherman | 10/31/2007 | 10.00 | $675 | $6,750.00 | Deposition Prep |
| | | 56.00 | | $37,800.00 | |
| Russ Sutter | 10/29/2007 | 0.50 | $485 | $242.50 | Analysis |
| Russ Sutter | 10/30/2007 | 0.20 | $485 | $97.00 | Analysis |
| | | 0.70 | | $339.50 | |
| | | 743.00 | | $340,852.00 | |