# EXHIBIT B

# MONTHLY APPLICATION FOR THE PERIOD NOVEMBER 1-30, 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: January 31, 2008 at 4:00 p.m |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

### COVER SHEET TO THIRTIETH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered January 21, 2004) |
| Period for which compensation is sought: | November 1, 2007 through November 30, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $115,266.50 |
| 80% of fees to be paid: | $ 92,213.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,987.07 |
| Total Fees @ 80% and 100% Expenses: | $ 94,200.27 |

This is an:  ___  interim   _X_  monthly   ___  final application.

**COMPENSATION SUMMARY**
November 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew Ball | Consulting Actuary (10 years) FIA | $550 | 0.50 | $275.00 |
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 73.90 | $46,187.50 |
| Julianne Callaway | Analyst (4 years) ACAS | $300 | 18.20 | $5,460.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 39.10 | $15,640.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 55.10 | $20,662.50 |
| Steve Lin | Consulting Actuary (11 years) | $425 | 1.50 | $637.50 |
| Alicia Oliver | Analyst (1 year) | $170 | 0.50 | $85.00 |
| Brent Petzoldt | Analyst (1 year) | $235 | 4.00 | $940.00 |
| Dave Powell | Consulting Actuary (22 years) FCAS | $675 | 9.70 | $6,547.50 |
| Rhamonda Riggins | Analyst (5 years) | $295 | 3.20 | $944.00 |
| Ollie Sherman | Consulting Actuary (22 years) FCAS | $675 | 26.50 | $17,887.50 |
| **Total Blended Rate: $496.41** | | | **232.20** | **$115,266.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 232.20 | $115,266.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $597.80 |
| Hotel | $1,040.03 |
| Parking | $76.24 |
| Taxi | $89.00 |
| Meals | $164.60 |
| Use of Own Car | $19.40 |
| **Total Expenses** | **$1,987.07** |

| November 2007 – Grand Total | $117,253.57 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _Jennifer L. Biggs_
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: _Dec 12_, 2007

2

# EXHIBIT A

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| W.R. Grace (Bankruptcy) | | | | | |
| Towers Perrin Time Records | | | | | |
| Nov-07 | | | | | |
| Matthew Ball | 11/1/2007 | 0.50 | $550 | $275.00 | Analysis |
| | | 0.50 | | $275.00 | |
| | | | | | |
| Jenni Biggs | 11/1/2007 | 10.50 | $625 | $6,562.50 | Meeting and Prep |
| Jenni Biggs | 11/1/2007 | 1.20 | $625 | $750.00 | 50% non-working travel |
| Jenni Biggs | 11/2/2007 | 9.00 | $625 | $5,625.00 | Meeting and Prep |
| Jenni Biggs | 11/2/2007 | 1.20 | $625 | $750.00 | 50% non-working travel |
| Jenni Biggs | 11/3/2007 | 13.80 | $625 | $8,625.00 | Depo Prep |
| Jenni Biggs | 11/4/2007 | 8.40 | $625 | $5,250.00 | Depo Prep |
| Jenni Biggs | 11/5/2007 | 12.50 | $625 | $7,812.50 | Depo Prep; Deposition and follow-up |
| Jenni Biggs | 11/6/2007 | 1.30 | $625 | $812.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/8/2007 | 1.20 | $625 | $750.00 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/12/2007 | 7.00 | $625 | $4,375.00 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/14/2007 | 0.30 | $625 | $187.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/15/2007 | 0.30 | $625 | $187.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/16/2007 | 1.50 | $625 | $937.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/20/2007 | 1.50 | $625 | $937.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/21/2007 | 1.50 | $625 | $937.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/26/2007 | 0.20 | $625 | $125.00 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/27/2007 | 1.70 | $625 | $1,062.50 | Review Rebuttals and Depositions |
| Jenni Biggs | 11/29/2007 | 0.80 | $625 | $500.00 | Review Rebuttals and Depositions |
| | | 73.90 | | $46,187.50 | |
| | | | | | |
| Julianne Callaway | 11/5/2007 | 4.70 | $300 | $1,410.00 | Review Rebuttals |
| Julianne Callaway | 11/6/2007 | 4.50 | $300 | $1,350.00 | Review Rebuttals |
| Julianne Callaway | 11/8/2007 | 1.10 | $300 | $330.00 | Review Rebuttals |
| Julianne Callaway | 11/9/2007 | 1.60 | $300 | $480.00 | Review Rebuttals |
| Julianne Callaway | 11/12/2007 | 0.50 | $300 | $150.00 | Review Rebuttals |
| Julianne Callaway | 11/14/2007 | 1.70 | $300 | $510.00 | Review Rebuttals |
| Julianne Callaway | 11/15/2007 | 1.50 | $300 | $450.00 | Review Rebuttals |
| Julianne Callaway | 11/16/2007 | 1.50 | $300 | $450.00 | Review Rebuttals |
| Julianne Callaway | 11/19/2007 | 1.10 | $300 | $330.00 | Prepare Data |
| | | 18.20 | | $5,460.00 | |
| | | | | | |
| Bryan Gillespie | 11/1/2007 | 6.80 | $400 | $2,720.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/2/2007 | 7.50 | $400 | $3,000.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/3/2007 | 1.70 | $400 | $680.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/4/2007 | 2.10 | $400 | $840.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/5/2007 | 7.30 | $400 | $2,920.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/6/2007 | 0.60 | $400 | $240.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/7/2007 | 0.50 | $400 | $200.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/13/2007 | 0.70 | $400 | $280.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/14/2007 | 1.20 | $400 | $480.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/16/2007 | 1.00 | $400 | $400.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/17/2007 | 0.40 | $400 | $160.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/20/2007 | 1.30 | $400 | $520.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/26/2007 | 2.20 | $400 | $880.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/29/2007 | 5.50 | $400 | $2,200.00 | Review Rebuttals and Depositions |
| Bryan Gillespie | 11/30/2007 | 0.30 | $400 | $120.00 | Review Rebuttals and Depositions |
| | | 39.10 | | $15,640.00 | |
| | | | | | |
| Jeff Kimble | 11/1/2007 | 14.00 | $375 | $5,250.00 | Meeting and Prep |
| Jeff Kimble | 11/1/2007 | 1.00 | $375 | $375.00 | 50% non-working travel |
| Jeff Kimble | 11/2/2007 | 7.20 | $375 | $2,700.00 | Meeting |
| Jeff Kimble | 11/3/2007 | 2.00 | $375 | $750.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/4/2007 | 3.00 | $375 | $1,125.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/5/2007 | 6.80 | $375 | $2,550.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/6/2007 | 2.40 | $375 | $900.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/8/2007 | 1.00 | $375 | $375.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/9/2007 | 1.80 | $375 | $675.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/11/2007 | 5.00 | $375 | $1,875.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/12/2007 | 1.90 | $375 | $712.50 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/12/2007 | 5.80 | $375 | $2,175.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/13/2007 | 1.00 | $375 | $375.00 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/15/2007 | 1.70 | $375 | $637.50 | Review Rebuttals and Depositions |
| Jeff Kimble | 11/28/2007 | 0.50 | $375 | $187.50 | Review Rebuttals and Depositions |
| | | 55.10 | | $20,662.50 | |

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | W.R. Grace (Bankruptcy) | | | |
| | | Towers Perrin Time Records | | | |
| Steve Lin | 11/6/2007 | 1.50 | $425 | $637.50 | Discuss Benchmarks |
| | | 1.50 | | $637.50 | |
| | | | | | |
| Alicia Oliver | 11/9/2007 | 0.50 | $170 | $85.00 | Data Manipulation |
| | | 0.50 | | $85.00 | |
| | | | | | |
| Brent Petzoldt | 11/5/2007 | 0.40 | $235 | $94.00 | Data Manipulation |
| Brent Petzoldt | 11/12/2007 | 3.00 | $235 | $705.00 | Data Manipulation |
| Brent Petzoldt | 11/14/2007 | 0.60 | $235 | $141.00 | Data Manipulation |
| | | 4.00 | | $940.00 | |
| | | | | | |
| David Powell | 11/1/2007 | 5.80 | $675 | $3,915.00 | Peer Review |
| David Powell | 11/2/2007 | 2.10 | $675 | $1,417.50 | Peer Review |
| David Powell | 11/6/2007 | 1.00 | $675 | $675.00 | Peer Review |
| David Powell | 11/7/2007 | 0.20 | $675 | $135.00 | Peer Review |
| David Powell | 11/12/2007 | 0.60 | $675 | $405.00 | Peer Review |
| | | 9.70 | | $6,547.50 | |
| | | | | | |
| Rhamonda Riggins | 11/15/2007 | 0.70 | $295 | $206.50 | RUST Analysis |
| Rhamonda Riggins | 11/19/2007 | 2.50 | $295 | $737.50 | RUST Analysis |
| | | 3.20 | | $944.00 | |
| | | | | | |
| Ollie Sherman | 11/1/2007 | 4.00 | $675 | $2,700.00 | Deposition Prep |
| Ollie Sherman | 11/2/2007 | 8.00 | $675 | $5,400.00 | Deposition Prep |
| Ollie Sherman | 11/3/2007 | 1.50 | $675 | $1,012.50 | Deposition Prep |
| Ollie Sherman | 11/4/2007 | 4.00 | $675 | $2,700.00 | Deposition Prep |
| Ollie Sherman | 11/5/2007 | 9.00 | $675 | $6,075.00 | Deposition |
| | | 26.50 | | $17,887.50 | |
| | | | | | |
| | | 232.20 | | $115,266.50 | |