# EXHIBIT C

# MONTHLY APPLICATION FOR THE PERIOD
# DECEMBER 1-31, 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: February 19, 2008 at 4:00 p.m |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

### COVER SHEET TO THIRTY-FIRST MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered January 21, 2004) |
| Period for which compensation is sought: | December 1, 2007 through December 31, 2007 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $49,717.50 |
| 80% of fees to be paid: | $39,774.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    974.60 |
| Total Fees @ 80% and 100% Expenses: | $40,748.60 |

This is an:    __    interim    X    monthly    __    final application.

## COMPENSATION SUMMARY
### December 2007

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 37.20 | $23,250.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $300 | 6.20 | $1,860.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 31.20 | $12,480.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 19.60 | $7,350.00 |
| Steve Lin | Consulting Actuary (11 years) | $425 | 6.00 | $2,550.00 |
| Dave Powell | Consulting Actuary (22 years) FCAS | $675 | 3.30 | $2,227.50 |
| Total Blended Rate: $480.36 | | | 103.50 | $49,717.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 103.50 | $49,717.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Parking | $42.75 |
| Taxi | $179.00 |
| Meals | $39.55 |
| Airfare | $597.80 |
| Trains | $179.00 |
| Use of Own Car | 29.50 |
| Total Expenses | $974.60 |

| December 2007 – Grand Total | $50,692.10 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: *Jan 24*, 2008

2

# EXHIBIT A

| W.R. Grace (Bankruptcy) | | | | |
|---|---|---|---|---|
| **Towers Perrin Time Records** | | | | |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| Dec-07 | | | | | |
| Jenni Biggs | 12/4/2007 | 8.00 | $625 | $5,000.00 | Preparation/Meeting with Orrick plus 50% non-billable travel |
| Jenni Biggs | 12/6/2007 | 0.20 | $625 | $125.00 | Analysis |
| Jenni Biggs | 12/7/2007 | 5.00 | $625 | $3,125.00 | Analysis |
| Jenni Biggs | 12/10/2007 | 3.50 | $625 | $2,187.50 | 1.0 = billing; 2.5 = Daubert |
| Jenni Biggs | 12/11/2007 | 1.00 | $625 | $625.00 | Daubert |
| Jenni Biggs | 12/12/2007 | 5.50 | $625 | $3,437.50 | .2 = bill; 5.3 = Daubert |
| Jenni Biggs | 12/13/2007 | 6.00 | $625 | $3,750.00 | Analysis |
| Jenni Biggs | 12/14/2007 | 1.50 | $625 | $937.50 | Analysis |
| Jenni Biggs | 12/16/2007 | 1.00 | $625 | $625.00 | Analysis |
| Jenni Biggs | 12/20/2007 | 3.00 | $625 | $1,875.00 | Analysis |
| Jenni Biggs | 12/21/2007 | 2.00 | $625 | $1,250.00 | Analysis |
| Jenni Biggs | 12/27/2007 | 0.50 | $625 | $312.50 | Project management |
| | | 37.20 | | $23,250.00 | |
| | | | | | |
| Julianne Callaway | 12/10/2007 | 0.60 | $300 | $180.00 | Analysis |
| Julianne Callaway | 12/13/2007 | 2.00 | $300 | $600.00 | Analysis |
| Julianne Callaway | 12/14/2007 | 0.20 | $300 | $60.00 | Analysis |
| Julianne Callaway | 12/17/2007 | 3.40 | $300 | $1,020.00 | Analysis |
| | | 6.20 | | $1,860.00 | |
| | | | | | |
| Bryan Gillespie | 12/3/2007 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 12/4/2007 | 9.80 | $400 | $3,920.00 | Preparation/Meeting with Orrick (7.0) plus 50% non-billable travel (2.0) |
| Bryan Gillespie | 12/7/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 12/10/2007 | 0.80 | $400 | $320.00 | Analysis |
| Bryan Gillespie | 12/12/2007 | 1.50 | $400 | $600.00 | Analysis |
| Bryan Gillespie | 12/13/2007 | 1.60 | $400 | $640.00 | Analysis |
| Bryan Gillespie | 12/14/2007 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 12/15/2007 | 1.90 | $400 | $760.00 | Analysis |
| Bryan Gillespie | 12/20/2007 | 5.40 | $400 | $2,160.00 | Analysis |
| Bryan Gillespie | 12/21/2007 | 5.60 | $400 | $2,240.00 | Analysis |
| | | 31.20 | | $12,480.00 | |
| | | | | | |
| Jeff Kimble | 12/2/2007 | 0.50 | $375 | $187.50 | Analysis |
| Jeff Kimble | 12/4/2007 | 2.80 | $375 | $1,050.00 | 50% non-billable travel |
| Jeff Kimble | 12/4/2007 | 6.00 | $375 | $2,250.00 | Preparation/Meeting with Orrick |
| Jeff Kimble | 12/7/2007 | 1.10 | $375 | $412.50 | Analysis |
| Jeff Kimble | 12/12/2007 | 3.30 | $375 | $1,237.50 | Analysis |
| Jeff Kimble | 12/13/2007 | 3.40 | $375 | $1,275.00 | Analysis |
| Jeff Kimble | 12/20/2007 | 1.00 | $375 | $375.00 | Analysis |
| Jeff Kimble | 12/21/2007 | 1.50 | $375 | $562.50 | Analysis |
| | | 19.60 | | $7,350.00 | |
| | | | | | |
| Steve Lin | 12/5/2008 | 6.00 | $425 | $2,550.00 | Analysis |
| | | 6.00 | | $2,550.00 | |
| | | | | | |
| David Powell | 12/20/2007 | 0.80 | $675 | $540.00 | Peer Review |
| David Powell | 12/21/2007 | 2.50 | $675 | $1,687.50 | Peer Review |
| | | 3.30 | | $2,227.50 | |
| | | | | | |
| | | 103.50 | | $49,717.50 | |

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| | | | Expenses - December 2007 | |
| Jenni Biggs | 12/4/2007 | $582.80 | Airfare | |
| Jenni Biggs | 12/4/2007 | $15.00 | American Express Fee | Yes |
| Jenni Biggs | 12/4/2007 | $12.75 | Parking | Yes |
| Jenni Biggs | 12/4/2007 | $20.00 | Taxi | Yes |
| Jenni Biggs | 12/4/2007 | $18.00 | Taxi | Yes |
| Jenni Biggs | 12/4/2007 | $10.10 | Use of Own Car | Yes |
| | | $658.65 | | N/A |
| | | | | |
| Bryan Gillespie | 12/4/2007 | $8.00 | Dinner | |
| Bryan Gillespie | 12/4/2007 | $42.00 | Train | No |
| Bryan Gillespie | 12/4/2007 | $137.00 | Train | Yes |
| Bryan Gillespie | 12/4/2007 | $12.00 | Taxi | Yes |
| Bryan Gillespie | 12/4/2007 | $12.00 | Taxi | No |
| Bryan Gillespie | 12/4/2007 | $24.00 | Taxi | No |
| Bryan Gillespie | 12/4/2007 | $10.00 | Parking | No |
| Bryan Gillespie | 12/4/2007 | $19.40 | Use of Own Car | No |
| | | $264.40 | | N/A |
| | | | | |
| Jeff Kimble | 12/4/2007 | $31.55 | Meals | |
| Jeff Kimble | 12/4/2007 | $20.00 | Parking | Yes |
| | | $51.55 | | Yes |
| | | | | |
| | | $974.60 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.

9