IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: May 19, 2008 at 4:00 p.m.** |

**FEE DETAIL FOR NELSON MULLINS RILEY &
SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD FROM MARCH 1, 2008 THROUGH MARCH 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 9, 2008
Invoice 866575  Page 1

Our Matter #           02399/06032                      For Services Through 03/31/08
WR Grace #             063-KL-721490-01-0501221
Name of Matter:        Charleston

| Date | Description | | | |
|---|---|---|---|---|
| 03/03/08 | Confirm recording of deed restriction in advance of conference call with team (0.1); conference call with team and City on status of negotiations (0.3); discuss stormwater permit termination and monitoring of surface water issue with Attorney Carlisle, outline alternatives and best recommendation, then review proposal and pinpoint information for outline to assist (0.5). | | | |
| | N.J. SMITH | 0.90 hrs. | 320.00/hr | $288.00 |
| 03/03/08 | Confer with Mr. Bucens regarding permit questions (0.2); research regarding same (1.9); confer with Attorney Smith regarding same (0.3); review work plan for surface water monitoring, confer with client (0.2); edit draft cover letter (0.1). | | | |
| | R.T. CARLISLE | 2.70 hrs. | 280.00/hr | $756.00 |
| 03/04/08 | Review correspondence for notice of termination of stormwater permit, discuss and finalize with Attorney Carlisle, and review final as filed. | | | |
| | N.J. SMITH | 0.40 hrs. | 320.00/hr | $128.00 |
| 03/04/08 | Edit draft letter (0.1); confer with Attorney Smith regarding same (0.1); transmit revisions to client (0.1). | | | |
| | R.T. CARLISLE | 0.30 hrs. | 280.00/hr | $84.00 |
| 03/05/08 | Message from Mr. Shissias regarding question of purchaser entering into VCC for this site (0.1); review notes and prepare message to Ms. Duff (0.1). | | | |
| | N.J. SMITH | 0.20 hrs. | 320.00/hr | $64.00 |
| 03/06/08 | Telephone conference with Ms. Duff regarding question of City on potential participation in VCC program by purchaser, conference in Mr. Obradovic and discuss purchaser liability (0.4); review VCC program to confirm element discussed (0.2). | | | |
| | N.J. SMITH | 0.60 hrs. | 320.00/hr | $192.00 |
| 03/14/08 | Message from Mr. Bucens regarding recorded covenant, respond with explanation and copy as executed. | | | |
| | N.J. SMITH | 0.20 hrs. | 320.00/hr | $64.00 |
| 03/19/08 | Review notice from DHEC received from client. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 280.00/hr | $28.00 |

**Total Fees for Legal Services** .................................................................... **$1,604.00**

W. R. Grace & Co.

April 9, 2008
Invoice 866575  Page 2

## BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars    |
|--------------|-------|---------|------------|
| N.J. SMITH   | 2.30  | 320.00  | 736.00     |
| R.T. CARLISLE| 3.10  | 280.00  | 868.00     |
| TOTAL        | 5.40  | $297.04 | $1,604.00  |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/03/2008 | Telephone 1-617-899-0354 | 0.90 |
| 03/06/2008 | Telephone 1-410-531-4210 | 0.85 |
| 03/07/2008 | VENDOR: Eric S. Sojourner; INVOICE#: 022608; DATE: 3/7/2008 - RMC | 1.00 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$2.75**

## DISBURSEMENT SUMMARY

| Description     | Dollars |
|-----------------|---------|
| Outside Services| 1.00    |
| Telephone       | 1.75    |
| TOTAL           | $2.75   |

**Net current billing for this invoice** ................................................................. **$1,606.75**

**GRAND TOTAL** ........................................................................................... **$1,606.75**

W. R. Grace & Co.

April 9, 2008
Invoice 866575  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

| | |
|---|---|
| Fees for Professional Services | $1,604.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.75 |
| **Net current billing for this invoice** | **$1,606.75** |
| **GRAND TOTAL** | **$1,606.75** |

| **Terms of Payment: Balance due within thirty days of invoice date** |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

April 3, 2008  
Invoice 864499  Page  1

Our Matter #         02399/06091                        For Services Through 03/31/08  
Name of Matter:     Fee Applications

| Date | Description | | |
|---|---|---|---|
| 03/11/08 | Review fee auditor's report regarding fee applications and verify information.<br>B.J. BURN    0.20 hrs.   240.00/hr | | $48.00 |
| 03/20/08 | Review and edit February fee application.<br>B.J. BURN    0.20 hrs.   240.00/hr | | $48.00 |
| 03/20/08 | Prepare and draft February 2008 fee applications.<br>B. WRIGHT    1.30 hrs.   110.00/hr | | $143.00 |
| 03/24/08 | Draft cover letter and send fee application to be filed.<br>B. WRIGHT    0.20 hrs.   110.00/hr | | $22.00 |

**Total Fees for Legal Services** .................................................................................... **$261.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.40 | 240.00 | 96.00 |
| B. WRIGHT | 1.50 | 110.00 | 165.00 |
| TOTAL | 1.90 | 137.37 | 261.00 |

**Net current billing for this invoice** .................................................................................... **$261.00**

**GRAND TOTAL** .................................................................................... **$261.00**

W. R. Grace & Co.

April 3, 2008
Invoice 864499  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---|
| Fees for Professional Services | $261.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**............................................................... | **$261.00** |
| **GRAND TOTAL** ................................................................................................ | **$261.00** |

| **Terms of Payment: Balance due within thirty days of invoice date** |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

---

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701