IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 24, 2008
Client/Matter #  01246-011548
Invoice # 120846
Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/07 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 12/04/07 | P. Marks | 1.00 | Address NRD and indirect cost pool issues; draft emails re same. |
| 12/05/07 | K. Bourdeau | 0.50 | Review P. Marks e-mails re Grace and U.S. positions on NRD liability; prepare and transmit e-mail re arguments re same. |
| 12/05/07 | P. Marks | 3.20 | Communication with K. Bourdeau re NRD language; prepare proposed language and provide to J. Freeman; telephone conference with J. Freeman re open issues, Corps approval and next steps; communication with client team re same; telephone conference with J. Freeman re proposed NRD language; review J. Freeman counter-proposal. |
| 12/06/07 | K. Bourdeau | 0.80 | Conference with P. Marks re approach to addressing NRD liability issues with the U.S. |
| 12/06/07 | P. Marks | 1.00 | Telephone conference with K. Bourdeau re NRD and settlement issues; prepare for telephone conference with J. Freeman. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  120846
January 24, 2008
PAGE  2


| 12/07/07 | K. Bourdeau | 1.00 | Review e-mail correspondence re "onsite" permit waiver issues; review revised NRD liability language; conference with P. Marks re same; prepare revised language re same. |
|---|---|---|---|
| 12/07/07 | P. Marks | 2.50 | Email exchanges with P. Bucens to evaluate an ARAR/permit exclusion issue; multiple communications with client team, K. Bourdeau, and J. Freeman to try to revolve NRD language. |
| 12/10/07 | K. Bourdeau | 1.00 | Review and prepare edits to/comments on text on SWMUs/AOCs #44, 45; communications with P. Marks re same. |
| 12/10/07 | P. Marks | 3.30 | Review FS draft; comments to client re same; communications re NRD language (settlement agreement) and Sledds Point related issues. |
| 12/11/07 | P. Marks | 0.50 | Communications with P. Bucens re FS issues; work on other related P. Bucens inquiries. |
| 12/12/07 | P. Marks | 1.00 | Prepare deed restriction on groundwater usage. |
| 12/13/07 | P. Marks | 1.00 | Review and evaluate RCRA materials re radiologic AOCs. |
| 12/14/07 | K. Bourdeau | 0.70 | Conference with L. Duff, P. Bucens, and P. Marks re draft text on SWMUs/AOCs #44, 45, NRD liability issues; review revised settlement agreement language re same. |
| 12/14/07 | P. Marks | 2.00 | Telephone conference with L. Duff and K. Bourdeau re settlement related issues and RCRA AOCs; prepare NRD language; provide same to J. Freeman and attempt to reach same. |
| 12/15/07 | K. Bourdeau | 0.20 | Review revised NRD language; prepare e-mail to P. Marks re same. |
| 12/18/07 | P. Marks | 1.00 | Telephone conference with L. Duff. M. Obradovic and P. Bucens re settlement related issues; telephone conference with J. Freeman re same; prepare update email to L. Duff. |
| 12/19/07 | K. Bourdeau | 0.30 | E-mail exchanges re NRD liability issues. |
| 12/20/07 | P. Marks | 0.20 | Followup with J. Freeman re requesting revised document; coordinate with K. Bourdeau re status. |
| 12/21/07 | P. Marks | 0.50 | Email to J. Freeman; followup and email to L. Duff. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  120846
January 24, 2008
PAGE  3

Total Hours :              21.70

Total Fees :          $8,495.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  120846
January 24, 2008
PAGE   4

### Disbursements:

Long Distance Telephone                        95.37

**Total Disbursements :**                      **$95.37**

### Time Summary:

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| K. Bourdeau  | 4.50         | $550.00         | $2,475.00   |
| P. Marks     | 17.20        | $350.00         | $6,020.00   |

**Total Fees :**              **$8,495.00**

**Total Disbursements :**     **$95.37**

**TOTAL DUE :**               **$8,590.37**

# EXHIBIT B

## (Bankruptcy Fee Application)

41437v1  Baltimore 012629

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                          January 24, 2008
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-012629
7500 Grace Drive                                  Invoice # 120847
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

12/04/07     P. Marks                0.50      Prepare fee applications.

                              **Total Hours :**            **0.50**

                               **Total Fees :**         **$175.00**

BEVERIDGE & DIAMOND, P.C.

INVOICE #  120847
January 24, 2008
PAGE  2

## Disbursements:

|  |  |
|---|---|
| Postage | 5.66 |
| Duplicating | 41.40 |

**Total Disbursements :**          $47.06

## Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $350.00 | $175.00 |

**Total Fees :**          $175.00

**Total Disbursements :**          $47.06

**TOTAL DUE :**          $222.06