IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2008 THROUGH FEBRUARY 29, 2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 26, 2008
Client/Matter # 01246-011548
Invoice # 121883
Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/02/08 | P. Marks | 1.00 | Review draft revisions to settlement agreement; communications re same. |
| 01/03/08 | K. Bourdeau | 1.00 | Review e-mails and proposed revisions to draft settlement agreement language re NRD issues, contribution protection; evaluate impact of proposed changes and suggested revisions; prepare e-mail to P. Marks re same. |
| 01/03/08 | P. Marks | 2.70 | Conference with L. Duff at Curtis Bay re DOJ proposals and responses re settlement; coordinate with K. Bourdeau re settlement agreement issues. |
| 01/04/08 | K. Bourdeau | 0.20 | Review e-mail from P. Marks and draft e-mail to J. Freeman re Grace position on suggested changes to the settlement agreement; prepare comments re same. |
| 01/04/08 | P. Marks | 1.00 | Coordinate with K. Bourdeau re settlement agreement; prepare email to J. Freeman re same. |
| 01/07/08 | P. Marks | 1.00 | Evaluate draft text of information re Sledds Point; telephone conference with P. Bucens re same. |

```
BEVERIDGE & DIAMOND, P.C.                          INVOICE #  121883
                                                   March 26, 2008
                                                   PAGE   2
```

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/08/08 | P. Marks | 0.50 | Prepare response to P. Bucens re draft text; communications re same. |
| 01/09/08 | P. Marks | 0.30 | Check in with J. Freeman re settlement. |
| 01/10/08 | P. Marks | 0.50 | Check settlement status and coordinate with L. Duff re revisions; email to J. Freeman. |
| 01/14/08 | P. Marks | 0.30 | Coordinate with L. Duff via phone and email re settlement. |
| 01/16/08 | P. Marks | 2.50 | Review settlement agreement and evaluate text for accuracy of edits made to reflect discussions over past two weeks. |
| 01/17/08 | P. Marks | 1.00 | Telephone conference with J. Freeman; review and evaluate new comments (NRO related) from DOI. |
| 01/18/08 | K. Bourdeau | 1.00 | Review changes to settlement agreement forwarded by J. Freeman; provide comments to P. Marks re same; conference call with Grace team re same. |
| 01/18/08 | P. Marks | 1.20 | Telephone conference with L. Duff, M. Obradovic and K. Bourdeau re proposed changes to settlement agreement; telephone conference with J. Freeman re same. |
| 01/21/08 | K. Bourdeau | 0.50 | Review changes made to settlement agreement by J. Freeman; e-mail communications with P. Marks re comments on same. |
| 01/21/08 | P. Marks | 0.70 | Coordinate with L. Duff and K. Bourdeau re settlement; review draft. |
| 01/22/08 | P. Marks | 2.30 | Telephone conference with team re planning for meeting with Corps, settlement issues and remediation issues; review latest draft settlement agreement. |
| 01/25/08 | P. Marks | 1.00 | Review technical team  meeting notes; evaluate same and review settlement agreement provisions; coordinate with team re same. |
| 01/28/08 | P. Marks | 1.00 | Telephone conference with team re USACE preparation of RWDA and concerns about Bldg. 23 progress. |

| | | | |
|---|---|---|---|
| BEVERIDGE & DIAMOND, P.C. | | | INVOICE #  121883<br>March 26, 2008<br>PAGE   3 |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/29/08 | P. Marks | 0.80 | Telephone conference with L. Duff and M. Obradovic re Bldg. 23 issues and J. Freeman new request for changes to settlement agreement; review same and attempt to reach  J. Freeman. |
| 01/30/08 | P. Marks | 1.00 | Review FS related correspondence; telephone conference with J. Freeman re settlement agreement; brief client re same. |
| 02/01/08 | P. Marks | 0.20 | Attempts to reach J. Freeman; prepare for same. |
| 02/04/08 | P. Marks | 1.00 | Telephone conference with J. Freeman re settlement agreement text and process; edit same; prepare email to client re same. |
| 02/05/08 | K. Bourdeau | 0.30 | E-mail exchange with P. Marks re final changes to consent agreement requested by DOJ. |
| 02/05/08 | P. Marks | 0.30 | Prepare email to J. Freeman. |
| 02/06/08 | P. Marks | 0.20 | Review prior cost estimates and coordinate with L. Duff re same. |
| 02/10/08 | P. Marks | 1.50 | Evaluate PRAP draft and comments; prepare edits and email re same. |
| 02/11/08 | P. Marks | 0.80 | Prepare and send draft PRAP comments; check on settlement agreement status. |
| 02/12/08 | P. Marks | 1.00 | Telephone conference with P. Bucens re PRAP; coordinate with L. Duff re strategy; email correspondence with J. Freeman. |
| 02/15/08 | P. Marks | 1.00 | Check status; telephone conference with J. Freeman re same; prepare email to team re same. |
| 02/20/08 | P. Marks | 0.50 | Prepare audit letter materials. |
| 02/25/08 | P. Marks | 0.10 | Inquiry to J. Freeman. |
| 02/28/08 | P. Marks | 0.20 | Email correspondence exchanges re status of settlement agreement approvals. |

                                          Total Hours :                  28.60

                                          Total Fees :             $12,025.00

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #  121883
                                                                   March 26, 2008
                                                                   PAGE   4

**Disbursements:**

| | |
|---|---:|
| Postage | 1.23 |
| Long Distance Telephone | 30.83 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK - Inv EA302881 dated 12/1/07 for online product usage in November 2007 | 10.58 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA306489 for online product usage in December 2007 | 10.57 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA310198 dated 2/1/08 for online product usage in January | 10.57 |

                                          **Total Disbursements :**           $63.78


**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 3.00 | $595.00 | $1,785.00 |
| P. Marks | 25.60 | $400.00 | $10,240.00 |

                                          **Total Fees :**                 $12,025.00

                                          **Total Disbursements :**            $63.78

                                          **TOTAL DUE :**                  $12,088.78

# EXHIBIT B

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044  

March 26, 2008  
Client/Matter #  01246-012629  
Invoice # 121884  
Federal ID# 52-1247549  

For Legal Services Rendered Through 02/29/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311  

<u>Bankruptcy Fee Application</u>

| | | | |
|---|---|---|---|
| 02/25/08 | P. Marks | 0.50 | Address billing inquiries. |

Total Hours :  0.50

Total Fees :  $200.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  121884
                                                             March 26, 2008
                                                             PAGE   2

**Disbursements:**

    Postage                                                          1.58
    Duplicating                                                      8.80

                                              **Total Disbursements :**            **$10.38**

**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 0.50         | $400.00         | $200.00     |

                                                **Total Fees :**            **$200.00**

                                 **Total Disbursements :**            **$10.38**

                                              **TOTAL DUE :**            **$210.38**

# EXHIBIT C

**(Curtis Bay Works)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia Duff, Esq.  
Division Counsel  
7500 Grace Drive  
Columbia, MD  21044

March 31, 2008  
Client/Matter #   01246-010001  
Invoice # 122077  
Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/08 in Connection With:

**Curtis Bay Works**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/29/08 | P. Marks | 0.50 | Telephone conference with P. Bucens re report scope strategy and review; evaluate same. |

**Total Hours :**   0.50

**Total Fees :**   $200.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 122077
March 31, 2008
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $400.00 | $200.00 |
|  | **Total Fees :** | | **$200.00** |
|  | **TOTAL DUE :** | | **$200.00** |

# EXHIBIT D

## (Somerville)

41455v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

March 26, 2008  
Client/Matter #  01246-013520  
Invoice # 121885  
Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Somerville</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/11/08 | C. McKenzie | 0.30 | Conference with M. Murphy re strategy for defense of motion to file third-party complaint. |
| 02/11/08 | M. Murphy | 0.30 | Telephone conference with P. Marks and C. McKenzie. |
| 02/11/08 | P. Marks | 0.30 | Strategy call with M. Murphy re bankruptcy letter. |
| 02/12/08 | M. Murphy | 0.30 | Review e-mail exchanges re letter re Main Realty motion; telephone conference with P. Marks re same. |
| 02/12/08 | P. Marks | 0.20 | Telephone conference with M. Murphy re draft letter; telephone conference with L. Duff re same. |
| 02/13/08 | M. Murphy | 1.50 | Communications with W.R. Grace and Bankruptcy counsel re response to Mian Realty; revise and finalize letter to Mian Realty counsel re Motion to File Third Party Complaint. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  121885
                                                             March 26, 2008
                                                             PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/13/08 | P. Marks | 0.70 | Prepare for and conduct telephone conference with Grace (L. Duff, M. Obradovic and E. Eller) and Bankruptcy counsel (J. Baer) and M. Murphy re strategy for Mian third party complaint; followup tasks re same. |
| 02/14/08 | P. Marks | 0.50 | Prepare Mian letter. |
| 02/15/08 | P. Marks | 0.50 | Prepare Mian letter. |
| 02/19/08 | M. Murphy | 2.70 | Review Mian Realty response to W.R. Grade letter; telephone conference with bankruptcy counsel re same; research issues raised in letter. |
| 02/19/08 | P. Marks | 1.50 | Review and evaluate Mian counsel response letter; prepare reply; client communications re same; coordinate with M. Murhpy re same. |
| 02/20/08 | M. Murphy | 3.00 | Prepare reply to Mian counsel letter re Third Party Complaint; telephone conferences with P. marks re same; conduct research re same. |
| 02/20/08 | P. Marks | 2.50 | Prepare Mian response letter; telephone conference with M. Murphy and J. Baer re same; telephone conference with L. Duff re same. |
| 02/21/08 | M. Murphy | 1.30 | Finalize response letter to Mian Realty counsel; telephone conference with P. Marks; forward Mian Realty reply; e-mail exchanges re same. |
| 02/21/08 | P. Marks | 1.00 | Coordinate with M. Murphy re sending Mian response; review followup response from Mian counsel; communications with M. Murphy and L. Duff re same. |
| 02/26/08 | M. Murphy | 0.50 | Review Mian motion withdrawal letter. |
| 02/26/08 | P. Marks | 0.50 | Review Mian motion withdrawal letter; email exchanges with client team re same. |

                                          Total Hours :               17.60

                                          Total Fees :            $7,055.00

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #  121885
                                                                   March 26, 2008
                                                                   PAGE   3

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. McKenzie | 0.30 | $450.00 | $135.00 |
| M. Murphy | 9.60 | $400.00 | $3,840.00 |
| P. Marks | 7.70 | $400.00 | $3,080.00 |
| **Total Fees :** | | | **$7,055.00** |
| **TOTAL DUE :** | | | **$7,055.00** |