# EXHIBIT A

## WR GRACE & CO
### COMPENSATION BY PROJECT CATEGORY
### MARCH 1, 2008 - MARCH 31, 2008

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 57.0 | $ 39,622.00 |
| 0013 | Business Operations | 3.2 | 2,080.00 |
| 0014 | Case Administration | 47.5 | 10,577.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.7 | 1,755.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 133.8 | 73,652.50 |
| 0018 | Fee Application, Applicant | 19.3 | 6,227.00 |
| 0019 | Creditor Inquiries | 3.5 | 2,655.50 |
| 0020 | Fee Application, Others | 5.9 | 2,172.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 90.2 | 53,194.50 |
| 0035 | Travel - Non Working | 17.4 | 11,935.00 |
| 0036 | Plan and Disclosure Statement | 42.4 | 30,753.50 |
| 0037 | Hearings | 65.4 | 47,001.50 |
| | | | |
| | Sub Total | 488.3 | $ 281,626.50 |
| | Less 50% Travel | (8.7) | (5,967.50) |
| | Total | 479.6 | $ 275,659.00 |

# STROOCK

## INVOICE

| DATE | April 28, 2008 |
|---|---|
| INVOICE NO. | 440453 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2008, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/03/2008 | Preparation for and travel to Washington DC for P. Kraus deposition and review Debtors' status report re Adv. Pro. 01-771 and related correspondence to the Court, and case law on plan issues. | Krieger, A. | 2.8 |
| 03/04/2008 | Attend P. Kraus deposition at the Washington DC offices of Kirkland & Ellis (8.2); memorandum to KP re same (.6); exchanged multiple memoranda with D. Mohamed re request for Adv. Pro. (01-771) pleadings (.3). | Krieger, A. | 9.1 |
| 03/04/2008 | Review report re Kraus deposition. | Kruger, L. | 0.2 |
| 03/04/2008 | Attention to report on Kraus deposition (.2); expert issues and prep for trial (1.5). | Pasquale, K. | 1.7 |
| 03/05/2008 | Attend to Libby Claimants and State of Montana's correspondence to Judge Fitzgerald re 2d Circuit's Johns Manville opinion (subject matter jurisdiction) (.2); attend to P. Kraus deposition and article addressed during | Krieger, A. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | deposition (1.7); memorandum to KP re FCR's amendment to witness lists and hearing date for arguments on hearsay objections (.1). | | |
| 03/06/2008 | O/c KP re substance of matters discussed during conf call with Grace representatives (.3); exchanged memoranda with J. Baer re Canadian claims settlement (.1); attend to logistics for March 24-26 estimation (.5); attend to article re status of Debtors' appeal of 9th Circuit Libby ruling (.2). | Krieger, A. | 1.1 |
| 03/06/2008 | Update deposition transcripts/LiveNote. Upload P. Kraus dep. transcript. | Palacios, G. | 1.2 |
| 03/06/2008 | Attention to Kraus deposition transcript and issues. | Pasquale, K. | 1.1 |
| 03/07/2008 | Attend to trial logistics (.3); t/c J. Baer re Canadian ZAI claims (.2). | Krieger, A. | 0.5 |
| 03/10/2008 | Exchanged memoranda with D. Rooney and J. Blair re arrangements for trial (.3); attend to Debtors' opposition to Speights' motion to extend time (.3). | Krieger, A. | 0.6 |
| 03/11/2008 | Exchanged memoranda with J. Baer re PI Estimation status conference. | Krieger, A. | 0.1 |
| 03/11/2008 | Review notice of LIBBY settlement (.3); review memo to committee (.2). | Kruger, L. | 0.5 |
| 03/13/2008 | Attention to debtors' designated deposition testimony. | Pasquale, K. | 1.3 |
| 03/14/2008 | Attend to pleadings for 3/17/08 hearing including various PD pleadings, PIQ admissibility pleadings (2.6); attend to KP memoranda re PI estimation schedule (.2). | Krieger, A. | 2.8 |
| 03/14/2008 | Review exhibits for estimation trial. | Kruger, L. | 0.6 |
| 03/14/2008 | Attention to filings re estimation hearing (.8); confer L. Chambers re status (.3). | Pasquale, K. | 1.1 |
| 03/15/2008 | Attend to Debtors' amended witness list (.1); attend to ACC/FCR witness list (.1). | Krieger, A. | 0.2 |
| 03/16/2008 | Attend to Debtors' motion in limine re Snyder testimony (.2); attend to ACC/FCR motion in limine re: Rule 408 issues (.1); attend to | Krieger, A. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum re Kraus deposition (3.0). | | |
| 03/17/2008 | Attend to memorandum re Kraus deposition (1.6); memorandum to LK re telephonic attendance at PI Estimation hearings (.1); memoranda to L. Chambers re PI Estimation hearings and witness lists (.3). | Krieger, A. | 2.0 |
| 03/17/2008 | Memo from A. Krieger re PD mediation. | Kruger, L. | 0.1 |
| 03/17/2008 | Attention to Snyder motion in limine (.7); ACC motion in limine re 408 issues (.3). | Pasquale, K. | 1.0 |
| 03/18/2008 | Attend to memorandum re Kraus deposition (.9); exchanged memoranda with M. Lastowski, KP re bank holder inquiry (.1); memorandum to Dr. Chambers re PI estimation arrangements (.1); attend to J. Restivo's e-mail re potential PD mediators and memo to LK, KP re same (.1); memorandum from J. Baer re change in trial schedule and memorandum to Dr. Chambers, LK, KP re same (.1); attend to revised travel arrangements (.2). | Krieger, A. | 1.5 |
| 03/18/2008 | Attention to debtors' motion in limine as to Kraus (.4); expert testimony issues (1.5); attention to ZAI filings re further proceedings (1.6). | Pasquale, K. | 3.5 |
| 03/19/2008 | Memo to R. Everette re estimation trial logistics (.2); attend to Kraus deposition memorandum (1.7); exchanged memoranda with L. Chambers re PI Estimation hearing (.2); attend to PI estimation materials (.9). | Krieger, A. | 3.0 |
| 03/20/2008 | Attend to Court's order regarding PI estimation schedule and memo to LK, KP regarding same (.1); memoranda to M. Lastowski regarding 3/24/08 hearing (.2); memoranda to J. Blair regarding PI estimation arrangements (.2). | Krieger, A. | 0.5 |
| 03/21/2008 | T/c J. Dolan re Insurance coverage for Libby Site Settlement (.6); exchanged memoranda with P. McGrath re Insurance discussion (.2); attend to material in preparation for 3/24-26 estimation hearings (.9). | Krieger, A. | 1.7 |
| 03/22/2008 | Attend to Debtors' opposition to ACC/FCR motion in limine re admissibility of settlement information (Rules 408, 703) (.6); attend to | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | amended agenda notice for PI Estimation hearings (.1). | | |
| 03/23/2008 | Review materials by testifying experts. | Krieger, A. | 2.6 |
| 03/24/2008 | Emails A. Krieger re estimation hearing (.3); email from Shelnitz re status (.1). | Kruger, L. | 0.4 |
| 03/26/2008 | Emails from AK re testimony at trial. | Kruger, L. | 0.3 |
| 03/27/2008 | Attend to ACC/FCR deposition designations for B. Beber and J. Hughes and memorandum to KP, LK regarding same. | Krieger, A. | 0.2 |
| 03/27/2008 | OC w A. Krieger re results of court hearing (.3); review memo from A. Krieger re: deposition designations for Beber and Hughes (.2). | Kruger, L. | 0.5 |
| 03/27/2008 | Telephone conference G. Horowitz re status and strategy (.3); confer A. Krieger re same (.3); prep for 3/31, 4/1 estimation hearings (Florence testimony) (2.5). | Pasquale, K. | 3.1 |
| 03/28/2008 | Attend to ACC/FCR revised witness list and e-mail exchange thereon (.2); attend to ACC/FCR responses to Debtors' motion in limine regarding testimony of S. Snyder and P. Kraus (.4); attend to third circuit decision regarding injunctions on Maryland Casualty and memorandum to KP regarding same (.4); attend to Debtors' response to ACC/FCR revised witness list and memo to KP regarding same (.1). | Krieger, A. | 1.1 |
| 03/28/2008 | Tc Shelnitz re status, court hearing and strategy (.3); oc w A. Krieger and K. Pasquale re: Tc w/Shelnitz (.3); review Court of Appeals decision re Maryland Casualty (.3). | Kruger, L. | 0.9 |
| 03/28/2008 | Attention to ACC responses to Snyder, Kraus motions (.6); attention to ACC witness schedule and emails re same (.3); prep for 3/31, 4/1 estimation hearing (2.6). | Pasquale, K. | 3.5 |
| 03/30/2008 | Attend to A. Basta memo re meet and confer on deposition designations, memorandum to LK, KP re same and exchange of additional memoranda thereon. | Krieger, A. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 36.0 | $ 650 | $ 23,400.00 |
| Kruger, Lewis | 3.5 | 945 | 3,307.50 |
| Palacios, Gino D. | 1.2 | 235 | 282.00 |
| Pasquale, Kenneth | 16.3 | 775 | 12,632.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 39,622.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 39,622.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| RE | Business Operations |
| --- | --- |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/05/2008 | Attend to press release re Tarola's retirement. | Krieger, A. | 0.2 |
| 03/06/2008 | T/c J. Dolan re 10K information (.2); attend to 10K (.9); attend to memorandum of J. Dolan re Grace investment inquiry (.1). | Krieger, A. | 1.2 |
| 03/07/2008 | T/c J. Dolan re bank debt holder inquiry (.1); memorandum to LK, KP re investment inquiry (.1); attend to memorandum re debt components and exchanged memoranda with KP re same (.3). | Krieger, A. | 0.5 |
| 03/14/2008 | Telephone conversation with J. Dolan regarding DIP modification and exchanged memorandum thereon (.6); attend to correspondence from J. O' Connell re reduced DIP commitment (.1); memorandum to KP re status of DIP facility (.1). | Krieger, A. | 0.8 |
| 03/15/2008 | Memorandum to J. Dolan re revised DIP order. | Krieger, A. | 0.1 |
| 03/16/2008 | Attend to memorandum from J. Baer re revised 6th Amendment to DIP Agreement and revised from of order. | Krieger, A. | 0.2 |
| 03/17/2008 | T/c S. Cunningham, J. Dolan re change in DIP provisions. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 3.2 | $ 650 | $ 2,080.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,080.00 | |

| TOTAL FOR THIS MATTER | $ 2,080.00 |
| --- | --- |

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/03/2008 | Attend to recently filed pleading (.3); memorandum to DM requesting certain pleadings (.1). | Krieger, A. | 0.4 |
| 03/03/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); retrieve certain pleadings for attorney review (.5); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 01-771 (.5); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.6 |
| 03/04/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); research and retrieve certain pleadings for attorney review (.5). | Mohamed, D. | 1.2 |
| 03/05/2008 | Attend to newly filed application, certifications (.3); o/c DM re preparation of fee schedule (.3). | Krieger, A. | 0.6 |
| 03/05/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.5); review district court case docket no. 07-536 (.2). | Mohamed, D. | 1.5 |
| 03/07/2008 | Reviewed legal docket to update status (.8); distributed pleadings to working group (.7). | Holzberg, E. | 1.5 |
| 03/07/2008 | Review AK memo regarding investment inquiry (.1); review Committee memo regarding ELT motion (.2). | Kruger, L. | 0.3 |
| 03/10/2008 | Reviewed legal docket to update status; retrieved and distributed documents. | Holzberg, E. | 1.0 |
| 03/11/2008 | T/c to Court call to arrange for AGK and LK to | Holzberg, E. | 1.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | attend 3/17 hearing telephonically (.5); reviewed legal docket to update status (1.4). | | |
| 03/11/2008 | Memorandum to DM re review of proposed order approving quarterly fee application and project category chart (.1); o/cs EH re court call arrangement for 3/17/08 hearing (.1); attend to notice re court call arrangements for PI estimation trial (.1); exchanged memoranda with J. Blair re arrangements for PI Estimation (.1). | Krieger, A. | 0.4 |
| 03/11/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); obtain certain pleadings for attorney review (.6); review fee auditors' project category summary for the twenty-sixth interim period (1.2). | Mohamed, D. | 2.9 |
| 03/12/2008 | O/c DM re order approving 26th quarterly fee application and discrepancies with project category summary. | Krieger, A. | 0.2 |
| 03/12/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review and reconcile fee auditors' project category summary with our twenty-sixth interim period fee chart (.6); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.5); review district court case docket no. 07-536 (.2). | Mohamed, D. | 2.3 |
| 03/13/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); retrieve and distribute recently filed pleadings re district court case no. 07-536 (.2); obtain certain pleadings for attorney review (.7). | Mohamed, D. | 2.2 |
| 03/14/2008 | Office conversation with EH regarding Court call arrangements for trial dates. | Krieger, A. | 0.1 |
| 03/14/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.2); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4). | Mohamed, D. | 2.0 |
| 03/17/2008 | T/c to CourtCall to arrange for LK to attend hearing on 3/24, 25 and 26 telephonically (.5); | Holzberg, E. | 2.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | discuss with AGK re additional hearings (.2); emailed AGK re same (.1); review legal docket to update status (1.5). | | |
| 03/17/2008 | Memo from A. Krieger re estimation hearing telephone link. | Kruger, L. | 0.1 |
| 03/17/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4). | Mohamed, D. | 1.3 |
| 03/18/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.9); obtain certain pleadings for attorney review (.4). | Mohamed, D. | 2.8 |
| 03/19/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); obtain certain pleadings for attorney review (.6). | Mohamed, D. | 2.2 |
| 03/20/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review case file documents in preparation for central file supplementation (.9). | Mohamed, D. | 1.9 |
| 03/21/2008 | T/c CourtCall to arrange for LK to attend hearings on 3/31 and 4/1 telephonically (.2); reviewed legal docket to update status (1.3). | Holzberg, E. | 1.5 |
| 03/21/2008 | Attend to Court's orders rescheduling the May 19 omnibus hearing and cancelling the ELT hearing. | Krieger, A. | 0.2 |
| 03/21/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4). | Mohamed, D. | 1.2 |
| 03/24/2008 | Reviewed the legal docket to update status. | Holzberg, E. | 0.9 |
| 03/24/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.0); review adv. pro. case docket nos. 01-771, 04-55083 and 05- | Mohamed, D. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 52724 (.4); review case file documents in preparation for central file supplementation (.6). | | |
| 03/25/2008 | Reviewed legal docket to update status. | Holzberg, E. | 0.9 |
| 03/25/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); retrieve certain pleadings for attorney review (.5). | Mohamed, D. | 1.6 |
| 03/26/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4). | Mohamed, D. | 1.4 |
| 03/28/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.1 |
| 03/28/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 01-771 (.4). | Mohamed, D. | 2.3 |
| 03/31/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); obtain certain pleadings for attorney review (.5). | Mohamed, D. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 11.1 | $ 270 | $ 2,997.00 |
| Krieger, Arlene G. | 1.9 | 650 | 1,235.00 |
| Kruger, Lewis | 0.4 | 945 | 378.00 |
| Mohamed, David | 34.1 | 175 | 5,967.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,577.50 |
|------------------------------------------|-------------|

# STROOCK

| TOTAL FOR THIS MATTER | $ 10,577.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/11/2008 | Attend to Judge Buckwalter's decision denying NJDEP's appeal on motion for leave to file a late claim and memoranda to L. Sinanyan, M. Shelnitz, LK and KP re same. | Krieger, A. | 0.8 |
| 03/23/2008 | Attend to Debtors' motion re payment of pre-petition real property tax claims and prepare information request to L. Sinanyan. | Krieger, A. | 0.7 |
| 03/28/2008 | Attend to motion authorizing payment of priority, oversecured tax claims (.6); memorandum to L. Sinanyan regarding further inquiries (.4). | Krieger, A. | 1.0 |
| 03/31/2008 | Exchanged memoranda with J. Dolan re Debtors' motion for authority to pay real property tax claims. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.7 | $ 650 | $ 1,755.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,755.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,755.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/03/2008 | Draft memo relating to interest and other related issues and conduct research on same. | Beal, A. | 7.1 |
| 03/03/2008 | Memorandum to the Committee re Liability Transfer Motion (2.8); attend to memoranda re conf call with Grace's representatives (.1). | Krieger, A. | 2.9 |
| 03/04/2008 | Exchanged memoranda with J. Dolan re Committee memorandum on the liability transfer motion (.1); exchanged memoranda with KP re conference call with Grace's representatives (.1). | Krieger, A. | 0.2 |
| 03/04/2008 | Call with K. Pasquale, J. Baer, M. Shelnitz re: status and strategy. | Kruger, L. | 0.5 |
| 03/04/2008 | Conference call with debtors, counsel re status. | Pasquale, K. | 0.5 |
| 03/05/2008 | Review plans of reorganization for creditor treatment, conduct research and attend to caselaw re: same (5.8); o/c w/ D. Mohammed and M. Magzamen re: plans (.3). | Beal, A. | 6.1 |
| 03/05/2008 | Memorandum to the Committee re press release on Tarola's retirement (.2); exchanged memoranda with KP and with LK re same (.2); attend to Committee memorandum re Liability Transfer motion (2.9). | Krieger, A. | 3.3 |
| 03/05/2008 | Obtain Sixth Cir. briefs and forward to A. Beal. | Magzamen, M. | 0.2 |
| 03/06/2008 | Research plan issues and review plans of reorganization re: creditor treatment. | Beal, A. | 3.6 |
| 03/06/2008 | Attend to memorandum re motion for approval of liability transfer transaction. | Krieger, A. | 5.4 |
| 03/06/2008 | Review liability transfer memo. | Kruger, L. | 0.3 |
| 03/07/2008 | Discuss issue for plan treatment - related issues for claimants with P. Diamond (.2); continue to | Beal, A. | 6.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | research issues and draft memo regarding same (6.6). | | |
| 03/07/2008 | O/cs w/ A. Beal re: research into claimants' treatment (.3); research re: same (1.8). | Diamond, P. | 2.1 |
| 03/07/2008 | Attend to Committee memorandum re ELT motion (4.9); exchange memoranda with A. Beal re research status (.3). | Krieger, A. | 5.2 |
| 03/10/2008 | Discuss with P. Diamond cases relating to claimants' treatment (.4); review case law and draft memo regarding interest rates and other plan related issues (10.3). | Beal, A. | 10.7 |
| 03/10/2008 | Research re: claimants' treatment. | Diamond, P. | 3.9 |
| 03/10/2008 | Exchanged memoranda with J. Akre re: temporary absence (.1); t/cs J. Dolan re revisions and additions to Committee memorandum on the ELT transfer motion (.8); attend to revisions to ELT memorandum (2.4); attend to memorandum re pending matters (1.8). | Krieger, A. | 5.1 |
| 03/11/2008 | Research plan related issues and read case law and articles regarding same (3.1); draft memo relating to interest issues (2.7). | Beal, A. | 5.8 |
| 03/11/2008 | Attend to memorandum re pending matters (5.8); exchanged memoranda with J. Dolan re ELT Agreement memorandum (.2); memorandum to the Committee re pending matters (.2). | Krieger, A. | 6.2 |
| 03/11/2008 | Research and retrieval of plans of reorganization of certain debtors for attorney review. | Mohamed, D. | 1.8 |
| 03/12/2008 | Discuss Grace issues with A. Krieger (.3); conduct research relating to plan-related issues and read case law and articles relating to research on same (8.6). | Beal, A. | 8.9 |
| 03/12/2008 | Attend to comments to Committee memoranda re ELT settlement and revise memoranda to reflect same and exchange memoranda with M. Berg re same. | Krieger, A. | 2.9 |
| 03/13/2008 | Attend to cases for A. Krieger on interest and | Beal, A. | 5.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | related issues (.6); research and review case law relating to other Committee issues and draft memo regarding same (5.2). | | |
| 03/13/2008 | Attend to ELT memorandum (.4); memorandum to C. Freedgood re ELT motion (.1); memorandum to the Committee re ELT motion (.2); exchanged memoranda with W. Katchen re ELT settlement provisions (.2). | Krieger, A. | 0.9 |
| 03/13/2008 | OC w K. Pasquale and A. Krieger, and TC w Shelnitz re: status (.7); o/c w K. Pasquale and A. Krieger, and TC w Freedgood re: status and strategy (.3). | Kruger, L. | 1.0 |
| 03/13/2008 | Conference call with L. Kruger, A. Krieger, C. Freedgood re status. | Pasquale, K. | 0.3 |
| 03/14/2008 | Conduct research relating to plan related issues and draft memo of same. | Beal, A. | 4.1 |
| 03/17/2008 | Review Capstone POR analysis. | Kruger, L. | 0.2 |
| 03/21/2008 | Memorandum to the Committee re Libby Site Agreement (6.1); memorandum to A. Beal re research (.1). | Krieger, A. | 6.2 |
| 03/21/2008 | Review memo to committee re LIBBY argument. | Kruger, L. | 1.8 |
| 03/22/2008 | Attend to Committee memorandum re Libby Site Agreement. | Krieger, A. | 2.5 |
| 03/23/2008 | Attend to Libby Site memorandum. | Krieger, A. | 0.4 |
| 03/24/2008 | Attend to memorandum to the Committee re Libby Site and Curtis Bay FUSRAP settlements (3.6); exchanged memoranda with A. Beal re research on Libby Site settlement (.2). | Krieger, A. | 3.8 |
| 03/24/2008 | Review FUSRAP draft memo. | Kruger, L. | 0.4 |
| 03/25/2008 | Attend to Committee memorandum re environmental settlements. | Krieger, A. | 3.3 |
| 03/26/2008 | Attend to Committee memorandum (.3); memorandum to MB, J. Dolan re Committee memorandum, status of receipt of information on Libby and Curtis Bay and calls with all | Krieger, A. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | parties (.2). | | |
| 03/27/2008 | Office conference with LK regarding Committee call on the Libby Site Settlement and call with Debtors' representatives (.1); attend to memoranda to the Committee regarding Curtis Bay FUSRAP settlement (2.8); office conference with KP regarding Committee meeting to discuss Libby Site settlement (.1); memorandum to and telephone conversation with J. Dolan regarding Committee conference call (.4); memorandum to M. Berg regarding same (.1). | Krieger, A. | 3.5 |
| 03/27/2008 | O/c w A. Krieger re committee meeting to discuss LIBBY et al. (.2); email from A. Krieger re developments on LIBBY from Jan Baer (.2). | Kruger, L. | 0.4 |
| 03/28/2008 | Attend to memorandum to the Committee regarding FUSRAP settlement (4.7); memorandum to S. Cunningham, J. Dolan regarding Committee call (.1); office conference with LK, KP regarding status of plan discussions, estimation trial (.4); telephone call with C. Freegood regarding Committee meeting to discuss Libby Site Settlement (.1); memorandum to the Committee regarding Committee call on 4/10/08 (.4); attend to Capstone comments to draft memo regarding Libby Site Settlement and telephone conversation with J. Dolan regarding same (.8). | Krieger, A. | 6.5 |
| 03/28/2008 | OC w A. Krieger re LIBBY memo to committee (.1); conference call with Grace and committee re LIBBY settlement (.2); review FUSRAP settlement memo (.6). | Kruger, L. | 0.9 |
| 03/30/2008 | Attend to Committee memorandum re FUSRAP settlement. | Krieger, A. | 0.9 |
| 03/31/2008 | Exchanged memoranda with R. Dawson re Committee conf call with 4/10/80 (.1); attend to Committee memoranda re FUSRAP settlement (.6); memorandum to J. Baer re Grace representatives' participation at 4/10/08 Committee discussion re: Libby (.2). | Krieger, A. | 0.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Beal, Abigail M. | 58.9 | $ 440 | $ 25,916.00 |
| Diamond, Patrick G. | 6.0 | 360 | 2,160.00 |
| Krieger, Arlene G. | 60.6 | 650 | 39,390.00 |
| Kruger, Lewis | 5.5 | 945 | 5,197.50 |
| Magzamen, Michael S. | 0.2 | 270 | 54.00 |
| Mohamed, David | 1.8 | 175 | 315.00 |
| Pasquale, Kenneth | 0.8 | 775 | 620.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73,652.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 73,652.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| RE | Fee Application, Applicant<br>699843 0018 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2008 | Attend to SSL's January 2008 fee statement. | Krieger, A. | 1.1 |
| 03/03/2008 | Worked on 27th Quarterly Fee Application. | Holzberg, E. | 2.9 |
| 03/03/2008 | O/cs EH re January 2008 fee statement and 27th Quarterly. | Krieger, A. | 0.2 |
| 03/03/2008 | Attention to quarterly fee app. | Pasquale, K. | 0.3 |
| 03/04/2008 | Worked on 27th Quarterly Fee Application. | Holzberg, E. | 2.2 |
| 03/04/2008 | Review Stroock's eighty-second monthly fee statement in preparation for filing (.5); prepare affidavit of service re same and forward to local counsel for filing (.4); prepare and effectuate service re fee statement (.6); review Stroock's twenty-seventh quarterly fee application in preparation for filing (.9); prepare affidavit of service re same and forward to local counsel for filing (.5). | Mohamed, D. | 2.9 |
| 03/05/2008 | Prepare and effectuate service regarding Stroock's twenty-seventh quarterly fee application. | Mohamed, D. | 0.8 |
| 03/11/2008 | Started to review time for February. | Holzberg, E. | 0.8 |
| 03/14/2008 | Worked on review of February time. | Holzberg, E. | 0.7 |
| 03/17/2008 | Worked on monthly fee application for January. | Holzberg, E. | 1.8 |
| 03/21/2008 | Reviewed February time (.8); discussion with AGK (.2). | Holzberg, E. | 1.0 |
| 03/21/2008 | Attend to February 2008 fee statement and o/c EH re same. | Krieger, A. | 1.3 |
| 03/24/2008 | Worked on February monthly fee application. | Holzberg, E. | 0.8 |
| 03/25/2008 | Reviewed time and disbursements for the February bill, started to review charts. | Holzberg, E. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/29/2008 | Attend to February 2008 fee statement. | Krieger, A. | 0.6 |
| 03/31/2008 | Worked on February bill; reviewed disbursements for bill. | Holzberg, E. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 12.1 | $ 270 | $ 3,267.00 |
| Krieger, Arlene G. | 3.2 | 650 | 2,080.00 |
| Mohamed, David | 3.7 | 175 | 647.50 |
| Pasquale, Kenneth | 0.3 | 775 | 232.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,227.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,227.00 |
|-----------------------|-----------|

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/05/2008 | Telephone conference bank debt holders re status. | Pasquale, K. | 0.4 |
| 03/06/2008 | Exchanged memoranda with KP re bank debt holder inquiry and review of financial statement. | Krieger, A. | 0.6 |
| 03/06/2008 | Telephone conference bank debt holder re bank debt interest as reported by WRG. | Pasquale, K. | 0.6 |
| 03/07/2008 | Telephone conference bank debt holder re WRG 10-K. | Pasquale, K. | 0.3 |
| 03/10/2008 | T/c bank debt holder re PI Estimation. | Krieger, A. | 0.2 |
| 03/11/2008 | TC w bank debt holders re default interest rate (.2); TC w bank debt holders re LIBBY settlement (.2). | Kruger, L. | 0.4 |
| 03/12/2008 | Telephone conference bank debt holders re status. | Pasquale, K. | 0.5 |
| 03/13/2008 | Memorandum to L. Sinanyan re creditor inquiry. | Krieger, A. | 0.1 |
| 03/14/2008 | Telephone conference bank debtholder re status. | Pasquale, K. | 0.3 |
| 03/18/2008 | T/c bank debt holder re 3/17/08 hearing. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.0 | $ 650 | $ 650.00 |
| Kruger, Lewis | 0.4 | 945 | 378.00 |
| Pasquale, Kenneth | 2.1 | 775 | 1,627.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,655.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,655.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others 699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/04/2008 | Review Capstone's forty-eight monthly fee statement in preparation for filing (.5), prepare notice and affidavit of service re same and forward to local counsel for filing (.6); review Capstone's sixteenth quarterly fee application in preparation for filing (.7); prepare notice and affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement and quarterly fee application (1.1). | Mohamed, D. | 3.5 |
| 03/17/2008 | Attend to fee applications, certifications filed by other professionals. | Krieger, A. | 0.6 |
| 03/19/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.4 |
| 03/21/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.6 |
| 03/27/2008 | Attend to fee applications for other professionals. | Krieger, A. | 0.6 |
| 03/30/2008 | Attend to Navigant's February 2008 invoice (.1); memorandum to EH re SSL's February 2008 fee statement (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.4 | $ 650 | $ 1,560.00 |
| Mohamed, David | 3.5 | 175 | 612.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,172.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,172.50 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843 0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/04/2008 | Exchanged memoranda with P. McGrath re outstanding issues re liability transfer motion. | Krieger, A. | 0.1 |
| 03/05/2008 | Attend to J. Baer response to information request re ELT motion and memorandum to MB, J. Dolan, P McGrath re same. | Krieger, A. | 0.6 |
| 03/06/2008 | Attend to memorandum re additional liability transfer question. | Krieger, A. | 0.2 |
| 03/07/2008 | Exchanged memoranda with J. Bear re continuance of multi-site agreement hearing and public comment received (.2); memorandum to M. Berg, J. Dolan, P. McGrath re additional inquiries on ELT motion (.5). | Krieger, A. | 0.7 |
| 03/10/2008 | Review comment from public comment period and email to A. Krieger. | Berg, M. | 0.3 |
| 03/10/2008 | Attend to public comment from Big Tex San Antonio objection to the multi-site agreement (.5); exchanged memoranda with M. Berg re same (.4); memorandum to J. Baer re additional inquiries on ELT Agreements (.2). | Krieger, A. | 1.1 |
| 03/11/2008 | Review debtor's response to questions raised during ELT conference call (.4); review draft memo to clients explaining ELT motion (.8). | Berg, M. | 1.2 |
| 03/11/2008 | O/cs LK and KP re Libby Site settlement (.2); attend to Government's notice thereof (.1); exchanged memoranda with J. Dolan, M. Berg and P. McGrath re same and related articles filed thereon (.5). | Krieger, A. | 0.8 |
| 03/11/2008 | Attention to Libby settlement notices and press reports. | Pasquale, K. | 0.3 |
| 03/12/2008 | Follow up emails regarding ELT memo (.2); review revisions to Section 10 of memo (.2). | Berg, M. | 0.4 |
| 03/12/2008 | Exchanged memoranda with P. McGrath re ELT Agreement (.2); exchanged memoranda | Krieger, A. | 1.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | with J. Dolan re ELT settlement and Trust provisions (.2); memorandum to J. Baer re outstanding questions on ELT settlement and inquiry on Libby Site Agreement motion (.2); memorandum to M. Berg, P. McGrath, J. Dolan re Libby Site Settlement Agreement (.1); exchanged memoranda with J. Baer re ELT settlement issues (clarification of $11.0 M deposit amount (.4). | | |
| 03/13/2008 | Exchanged memoranda with P. McGrath, J. Dolan, M. Berg re ELT settlement (.2); t/c M. Hurford re Libby Site settlement (.4). | Krieger, A. | 0.6 |
| 03/14/2008 | Telephone conversation with J. Dolan regarding Libby Site Settlement Agreement (.2); exchanged memoranda with M. Berg, P. McGrath and J. Dolan regarding Libby Site Settlement (.4); attend to settlement agreement material (1.2); further memorandum to J. Dolan re updated cash flow projections to be obtained (.2). | Krieger, A. | 2.0 |
| 03/14/2008 | Review debtors motion re Libby site. | Kruger, L. | 1.1 |
| 03/15/2008 | Attend to Debtors' motion re Libby asbestos site. | Krieger, A. | 2.2 |
| 03/17/2008 | Review Libby Asbestos Site settlement papers (.7); review FUSRAP settlement papers (.5). | Berg, M. | 1.2 |
| 03/17/2008 | T/c M. Hurford re message left re clarification of ELT agreements on $11.0M deposition amount (.1); t/c S. Cunningham, J. Dolan re Libby settlement (.2). | Krieger, A. | 0.3 |
| 03/18/2008 | Conference call to discuss proposed Libby Asbestos Site settlement agreement and FUSRAP agreement (1.7); check list of tasks attached to settlement agreement (.7); conference call with Debtors' counsel regarding issues related to ELT settlement (.5); telephone call with Krieger regarding  these settlements (.5). | Berg, M. | 3.4 |
| 03/18/2008 | Attend to District Court cost recovery ruling (.2); attend to Debtors' motion for approval of Curtis Bay settlement, and information request (2.5); exchanged multiple memoranda with M. Berg, P. McGrath, J. Dolan re new ELT | Krieger, A. | 8.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | settlement issues (.3); o/c MAS re Libby site settlement agreements (.2); extended conf call M. Berg, P. McGrath, J. Dolan re Libby Site settlement agreement and Curtis Bay claims settlement (1.7); conf call with J. Baer, M. Berg P. McGrath re ELT motion (.5); follow-up t/c M. Berg re ELT issues (.5); review ELT Agreement, section 365 and prepare memorandum thereon (1.9); t/c R. Wyron re environmental matters (.3); attend to Unifirst objection and memorandum from LK (.3). | | |
| 03/18/2008 | Initial review of US EPA Libby Claim Settlement. | Speiser, M. | 0.4 |
| 03/19/2008 | Memorandum to MAS re ELT issues (.8); o/c MAS re ELT issues (.3); memorandum to J. Baer re ELT issues (.4); attend to ELT objections (.8); attend to revised information request (1.1). | Krieger, A. | 3.4 |
| 03/19/2008 | Reviewed Libby settlement and work on issues raised and o/c A. Krieger re: Libby settlement (1.4); memo from A. Krieger re ELT transfer motion, work on issues raised and o/c A. Krieger re issues (1.2). | Speiser, M. | 2.6 |
| 03/20/2008 | Communications on issues relating to settlements with A. Krieger (.2); research settlement issues and read caselaw relating to same (6.4). | Beal, A. | 6.6 |
| 03/20/2008 | Review materials on objections filed to ELT agreement and conference call regarding objections (.9); review requests for additional information for Libby Site settlement and FUSRAP settlement (.3); conference all regarding insurance for Libby (.8); telephone call A. Krieger regarding insurance and Libby objections (.3). | Berg, M. | 2.3 |
| 03/20/2008 | Extended office conference with MAS regarding Libby Site Agreement (2.0); exchanged memoranda with M. Berg regarding ELT law, Libby Site calls (.2); memorandum to J. Baer regarding call (.1); attend to information request on Libby Site and forward same to M. Berg, P. McGrath, J. Dolan (1.6); conference with J. Baer, J. Monahan, MB regarding ELT settlement responses (.5); | Krieger, A. | 8.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | further exchange of memoranda regarding information request (Libby Site) and finalize same (.3); memorandum to J. Baer re: Libby Site Information Request (.1); memorandum to A. Beal regarding research in connection with Libby Site Settlement Agreement (.1); attend to information request regarding FUSRAP settlement and memoranda to M. Berg, J. Dolan regarding same (2.4); office conversation with A. Beal regarding research in connection with Libby Site Settlement Agreement (.2); attend conference call with representatives for all parties regarding insurance coverage for Libby Site Settlement (.7); follow-up office conference with M. Berg regarding insurance and other settlement issues (.3); memorandum to J. Baer regarding information request with respect to the proposed Curtis Bay FUSRAP settlement (.1); attend to J. Baer memorandum regarding continuance of ELT hearing (.1). | | |
| 03/20/2008 | Work on Libby settlement issues. | Speiser, M. | 1.2 |
| 03/21/2008 | Research issues relating to settlement. | Beal, A. | 5.8 |
| 03/21/2008 | Reviewed settlement and issues re approval. | Speiser, M. | 0.7 |
| 03/23/2008 | Attend to relevant case law re Libby Site settlement. | Krieger, A. | 0.2 |
| 03/24/2008 | Conduct research on issues relating to settlement and read case law relating to same. | Beal, A. | 5.1 |
| 03/25/2008 | Exchanged memoranda with J. Baer re conf call to discuss FUSRAP and ELT settlements (.2); exchanged memoranda with J. Dolan re Libby Site information (.1). | Krieger, A. | 0.3 |
| 03/26/2008 | Conduct research relating to settlement issues. | Beal, A. | 2.1 |
| 03/26/2008 | Attend to case law re: Libby Site Settlement (.4); exchanged memoranda with M. Berg re FUSRAP and Libby Site conference calls (.1); exchanged memoranda with J. Baer re calls to discuss FUSRAP and ELT settlements (.1). | Krieger, A. | 0.6 |
| 03/26/2008 | Memos from AGK re standards for approval of settlement and work on issues raised by Libby settlement. | Speiser, M. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/27/2008 | Conduct research relating to settlement issues (3.4); discuss same with A. Krieger (.2); continue research relating to settlement issues (2.1). | Beal, A. | 5.7 |
| 03/27/2008 | Review emails regarding various motions, settlements, conference calls. | Berg, M. | 0.2 |
| 03/27/2008 | Mtg. w/ and e-mails from and to A. Krieger re: insurance and restitution issues and next steps. | Gutierrez, J. | 0.5 |
| 03/27/2008 | Telephone conversation with J. Dolan regarding Libby Site settlement issues (.2); memoranda to J. Dolan regarding conference calls on 4/1/08 regarding FUSRAP and ELT settlements (.2); attend to J. Baer memoranda on Libby insurance information and exchanged memoranda with J. Baer regarding same (.2); memorandum to KP regarding same (.1); attend to restitution information and memorandum to KP regarding same (.1); memorandum to J. Baer, L. Duff confirming calls on proposed settlements (.1); memorandum to A. Beal regarding case law on Libby Settlement (.1); attend to additional responses filed to ELT motion and memorandum to MB regarding same (.3); memorandum to J. Baer regarding Pitney Hardin insurance memorandum (.1); office conference with KP regarding restitution issues (.1); attend to Libby complaint (.3); office conversation with A. Beal regarding case law review for Libby Site settlement (.2); attend to Pitney Hardin insurance memo (.2); exchange memoranda with M. Hurford regarding Libby Site Settlement (.2); office conference with J. Gutierrez regarding insurance coverage and restitution issues (.5); attend to J. Baer memo regarding developments on Libby and memorandum to LK, KP regarding same (.2); memorandum to P. McGrath regarding Libby insurance call (.1). | Krieger, A. | 3.2 |
| 03/27/2008 | Work on environmental claim settlement issues (Libby). | Speiser, M. | 0.4 |
| 03/28/2008 | Conduct research relating to settlement issues. | Beal, A. | 4.9 |
| 03/28/2008 | Attend to ELT and FUSRAP settlement | Krieger, A. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| RE | Expenses |
|---|---|
| | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 111.62 |
| Local Transportation | 125.46 |
| Long Distance Telephone | 70.33 |
| Duplicating Costs-in House | 56.20 |
| Filing Fees | 129.00 |
| Court Reporting Services | 3882.40 |
| Process Service & Calendar Watch | 390.85 |
| Word Processing | 60.00 |
| In House Messenger Service | 60.42 |
| Facsimile Charges | 132.00 |
| Travel Expenses - Transportation | 753.50 |
| Westlaw | 5445.39 |

| TOTAL DISBURSEMENTS/CHARGES | $ 11,217.17 |
|---|---|

| TOTAL FOR THIS MATTER | $ 11,217.17 |
|---|---|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/03/2008 | Portion of travel to Washington DC for P. Kraus deposition. | Krieger, A. | 1.6 |
| 03/04/2008 | Portion of travel from Washington, DC to New York. | Krieger, A. | 2.3 |
| 03/24/2008 | Travel to Pittsburgh for Grace PI Estimation hearings. | Krieger, A. | 2.3 |
| 03/26/2008 | Travel from Pittsburgh after PI Estimation hearing. | Krieger, A. | 2.7 |
| 03/30/2008 | Travel to Pittsburgh for 3/31/ and 4/1 estimation hearings. | Krieger, A. | 3.5 |
| 03/30/2008 | Travel to Pittsburgh for estimation court hearings (attendant delays). | Pasquale, K. | 5.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 12.4 | $ 650 | $ 8,060.00 |
| Pasquale, Kenneth | 5.0 | 775 | 3,875.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,935.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,935.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
|  | 699843 0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2008 | Attend to revised memorandum re plan-related treatment for unsecured creditors. | Krieger, A. | 2.2 |
| 03/03/2008 | Exchanged memoranda with A. Beal re additional plan-related materials. | Krieger, A. | 0.1 |
| 03/04/2008 | Attend to case law re plan issues. | Krieger, A. | 0.9 |
| 03/05/2008 | Attend to plan-related documents. | Krieger, A. | 0.8 |
| 03/08/2008 | Attend to case law on plan issues. | Krieger, A. | 0.8 |
| 03/09/2008 | Attend to case law on plan issues and memorandum to A. Beal re same (.4); attend to case law and amend memorandum re same (3.2). | Krieger, A. | 3.6 |
| 03/10/2008 | O/c LMH re: interest issue (.1); memo to A. Beal re: plan issue (.1); attend to Capstone analysis and t/c J. Dolan re same (.2); attend to review of other debtor plans (.9); exchanged memoranda with D. Wildes re plan provisions (.2). | Krieger, A. | 1.5 |
| 03/11/2008 | Attend to case law re plan issues. | Krieger, A. | 0.8 |
| 03/11/2008 | Plan negotiation status - emails. | Pasquale, K. | 0.3 |
| 03/12/2008 | Attend to correspondence from LK re plan issues (.3); o/c A. Beal re plan-related matters (.4); attend to case law and articles re plan-related issues (4.1). | Krieger, A. | 4.8 |
| 03/12/2008 | OC w A. Krieger re POR issues, interest rates, case law re same (.3); review interest issue case law and articles (.9). | Kruger, L. | 1.2 |
| 03/13/2008 | Preparation for and attend o/c MAS re plan issues (1.9); memoranda to MAS re case law (.3); memoranda to A. Beal re case law (.2); attend to review of case law re plan issues (3.8); t/c LK, KP re M. Shelnitz re status and follow up o/c LK, KP (.7); attend to revisions | Krieger, A. | 7.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | to analysis (.2); attend to treatment of unsecured creditors in other plans (.3). | | |
| 03/13/2008 | Review of case law re plan issues. | Kruger, L. | 0.6 |
| 03/13/2008 | Conference call with L. Kruger, A. Krieger, M. Shelnitz re status. | Pasquale, K. | 0.3 |
| 03/13/2008 | Meeting with A. Krieger re post-petition interest issues (1.2); work on issues raised re post-petition interest (1.0). | Speiser, M. | 2.2 |
| 03/14/2008 | Attend to caselaw regarding plan issues (2.5); telephone conversations with J. Dolan regarding revised analyses, treatment issues (.4). | Krieger, A. | 2.9 |
| 03/14/2008 | Received and reviewed materials from A. Krieger and work on plan issues re payment of post-petition interest for unsecured creditors. | Speiser, M. | 3.4 |
| 03/15/2008 | Attend to case law re plan issues. | Krieger, A. | 1.5 |
| 03/16/2008 | Attend to A. Beal memo (.3); memo to LK, KP re same (.1). | Krieger, A. | 0.4 |
| 03/17/2008 | T/cs S. Cunningham, J. Dolan re plan-related issues (.1); attend to Capstone analysis (.2); memorandum to MAS re Capstone analysis (.1). | Krieger, A. | 0.4 |
| 03/17/2008 | Work on plan issues re post-petition interest. | Speiser, M. | 2.6 |
| 03/19/2008 | Attend to case law re plan issues. | Krieger, A. | 0.4 |
| 03/19/2008 | Work on plan, post-petition interest issues. | Speiser, M. | 1.0 |
| 03/20/2008 | Work on plan issues related to payment of post-petition interest. | Speiser, M. | 0.9 |
| 03/21/2008 | Work on plan issues re post-petition interest. | Speiser, M. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 28.5 | $ 650 | $ 18,525.00 |
| Kruger, Lewis | 1.8 | 945 | 1,701.00 |
| Pasquale, Kenneth | 0.6 | 775 | 465.00 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Speiser, Mark A. | 11.5 | 875 | 10,062.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 30,753.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 30,753.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/10/2008 | Attend to agenda notice for 3/17/08 hearing and o/c LK re same. | Krieger, A. | 0.2 |
| 03/10/2008 | OC w A. Krieger re: 3/17/08 agenda (.2); review memo re: pending matters (.3). | Kruger, L. | 0.5 |
| 03/11/2008 | Attend to agenda notice of 3/17/08 hearing and o/c LK re same. | Krieger, A. | 0.2 |
| 03/11/2008 | Review omnibus hearing agenda. | Kruger, L. | 0.2 |
| 03/11/2008 | Attention to agenda for omnibus hearing. | Pasquale, K. | 0.3 |
| 03/14/2008 | Attend to amended agenda for 3/17/08 hearing. | Krieger, A. | 0.1 |
| 03/14/2008 | Prep for omnibus hearing, including attention to debtors' proposed exhibits. | Pasquale, K. | 2.0 |
| 03/17/2008 | Exchanged memoranda with KP re 3/17/08 hearings (.2); attend to review of agreements for hearings (.9); attend (telephonically) omnibus hearing (3.9); memoranda to J. Restivo re PD mediators (.2); exchanged memoranda with J. Baer re trial schedule (.2); o/c KP re Hearsay argument (.1); memorandum to LK, KP re PD mediation (.1). | Krieger, A. | 5.6 |
| 03/17/2008 | Participated in omnibus hearing (telephonic). | Pasquale, K. | 3.5 |
| 03/24/2008 | Attend PI Estimation hearing in Pittsburgh (5.4); attend to memoranda re witness designations (.2). | Krieger, A. | 5.6 |
| 03/25/2008 | Attend PI Estimation hearing in Pittsburgh. | Krieger, A. | 6.8 |
| 03/26/2008 | Attend PI Estimation trial re Dr. Anderson testimony, Rule 408 argument (7.2); memoranda to LK, KP re trial (.2). | Krieger, A. | 7.4 |
| 03/26/2008 | Estimation hearing (telephonic participation). | Pasquale, K. | 6.5 |
| 03/27/2008 | Office conference with LK regarding PI estimation hearings (.3); office conference with | Krieger, A. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | KP regarding hearing (.2); exchanged memoranda with LK regarding next week's hearing (.1). | | |
| 03/28/2008 | Attend to materials for 3/31, 4/1, PI estimation hearings (.4); memorandum to Navigant regarding PI estimation schedule (.1). | Krieger, A. | 0.5 |
| 03/29/2008 | Review materials in preparation for 3/31/08 estimation hearing. | Krieger, A. | 1.1 |
| 03/30/2008 | Review materials in preparation for 3/31/08 and 4/1/08 estimation hearings. | Krieger, A. | 1.5 |
| 03/31/2008 | Attend PI Estimation trial. | Krieger, A. | 8.3 |
| 03/31/2008 | Attend estimation hearing by teleconference re T. Florence. | Kruger, L. | 5.5 |
| 03/31/2008 | Attendance at Estimation hearing. | Pasquale, K. | 9.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 37.9 | $ 650 | $ 24,635.00 |
| Kruger, Lewis | 6.2 | 945 | 5,859.00 |
| Pasquale, Kenneth | 21.3 | 775 | 16,507.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 47,001.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 47,001.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 281,626.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 11,217.17 |
| TOTAL BILL | $ 292,843.67 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | materials for 4/1/08 conference calls. | | |
| 03/30/2008 | Follow-up e-mails from A. Krieger re: insurance and restitution issues. | Gutierrez, J. | 0.2 |
| 03/30/2008 | Attend to memorandum from M. Hurford and memorandum to J. Gutierrez re same (.1); memorandum to M. Berg re FUSRAP (.1); attend to FUSRAP questions (.2). | Krieger, A. | 0.4 |
| 03/31/2008 | Conduct research relating to settlement issues and draft memo relating to same. | Beal, A. | 1.9 |
| 03/31/2008 | Attention to FUSRAP settlement and review draft memo to committee on Libby and FUSRAP settlements (1.5); emails to A. Krieger (.3). | Berg, M. | 1.8 |
| 03/31/2008 | Began reviewing memorandum re: insurance coverage prepared by Pitney Hardin LLP. | Gutierrez, J. | 1.7 |
| 03/31/2008 | Exchanged multiple memoranda with M. Berg re FUSRAP, ELT, Libby Settlement (.4); attend to ELT objections, other materials in preparation for 4/1/ conference call (1.2); attend to AEC Contract (.4). | Krieger, A. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Beal, Abigail M. | 32.1 | $ 440 | $ 14,124.00 |
| Berg, Madelaine | 10.8 | 650 | 7,020.00 |
| Gutierrez, James S. | 2.4 | 490 | 1,176.00 |
| Krieger, Arlene G. | 37.6 | 650 | 24,440.00 |
| Kruger, Lewis | 1.1 | 945 | 1,039.50 |
| Pasquale, Kenneth | 0.3 | 775 | 232.50 |
| Speiser, Mark A. | 5.9 | 875 | 5,162.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 53,194.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 53,194.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1