# EXHIBIT B

NY 71419787v1

## WR GRACE & CO
## SUMMARY OF FEES
## MARCH 1, 2008 - MARCH 31, 2008

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 18.9 | $ 945 | $ 17,860.50 |
| Pasquale, Kenneth | 46.7 | 775 | 36,192.50 |
| Speiser, Mark A. | 17.4 | 875 | 15,225.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Beal, Abigail M. | 91.0 | 440 | 40,040.00 |
| Berg, Madelaine | 10.8 | 650 | 7,020.00 |
| Diamond, Patrick G. | 6.0 | 360 | 2,160.00 |
| Gutierrez, James S. | 2.4 | 490 | 1,176.00 |
| Krieger, Arlene G. | 227.4 | 650 | 147,810.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 23.2 | 270 | 6,264.00 |
| Magzamen, Michael S. | 0.2 | 270 | 54.00 |
| Mohamed, David | 43.1 | 175 | 7,542.50 |
| Palacios, Gino D. | 1.2 | 235 | 282.00 |
|  |  |  |  |
| Sub Total | 488.3 |  | $ 281,626.50 |
| Less 50% Travel | (8.7) |  | (5,967.50) |
| Total | 479.6 |  | $ 275,659.00 |

NY 71419787v1