# EXHIBIT C

NY 71419787v1

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## MARCH 1, 2008 - MARCH 31, 2008

| | |
|---|---:|
| Outside Messenger Service | $ 111.62 |
| Local Transportation | 125.46 |
| Long Distance Telephone | 70.33 |
| Duplicating Costs-in House | 56.20 |
| Filing Fees | 129.00 |
| Court Reporting Services | 3,882.40 |
| Process Service & Calendar Watch | 390.85 |
| Word Processing | 60.00 |
| In House Messenger Service | 60.42 |
| Facsimile Charges | 132.00 |
| Travel Expenses - Transportation | 753.50 |
| Westlaw | 5,445.39 |
| | |
| **TOTAL** | **$11,217.17** |

NY 71419787v1

# STROOCK

## Disbursement Register

| DATE | April 28, 2008 |
|---|---|
| INVOICE NO. | 440453 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 03/03/2008 | VENDOR: UPS; INVOICE#: 0000010X827098; DATE: 03/01/2008; FROM Laura Croston, 180 Maiden Lane, New York, NY TO Madelaine R. Berg Esq., 9040 N. Flying Butte, FOUNTAIN HILLS, AZ 85268 Tracking #:1Z10X8270197596982 on 02/26/2008 | 10.20 |
| 03/03/2008 | VENDOR: UPS; INVOICE#: 0000010X827098; DATE: 03/01/2008; FROM ACCTS PAYABLE, , NEW YORK, NY TO Madelaine R. Berg Esq., , FOUNTAIN HILLS, AZ 85268 Tracking #:1Z10X8270197596982 on 02/26/2008 | 6.14 |
| 03/05/2008 | UPS Inv. # 00000 10X827078 date 2/16/08 tracking # 1Z86F140340521134 on 2/16/08 | 10.16 |
| 03/05/2008 | UPS Inv. # 00000 10X827078 date 2/16/08 tracking # 1Z86F140340939523 on 2/16/08 | 6.12 |
| 03/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827108; DATE: 03/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199602881 on 03/04/2008 | 6.72 |
| 03/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827108; DATE: 03/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195776693 on 03/04/2008 | 6.72 |
| 03/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827108; DATE: 03/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, | 9.54 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | DALLAS, TX 75201 Tracking #:1Z10X8270197379109 on 03/04/2008 | |
| 03/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827108; DATE: 03/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195126117 on 03/04/2008 | 6.72 |
| 03/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827108; DATE: 03/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270193164464 on 03/05/2008 | 10.75 |
| 03/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827108; DATE: 03/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191322475 on 03/05/2008 | 10.75 |
| 03/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827108; DATE: 03/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191824898 on 03/05/2008 | 17.05 |
| 03/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827108; DATE: 03/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192817304 on 03/05/2008 | 10.75 |
| | **Outside Messenger Service Total** | **111.62** |
| **Local Transportation** | | |
| 03/14/2008 | VENDOR: Petty Cash; INVOICE#: PC031408; DATE: 3/14/2008 - 03/13/08   NY PETTY CASH  - A. Krieger | 15.00 |
| 03/17/2008 | VENDOR: NYC Taxi; Invoice#: 821025; Invoice Date: 03/07/2008; Voucher #: 812075890; David Mohamed 03/04/2008 20:13 from 180 MAIDEN LANE MANHATTAN NY to ASTORIA QUEENS NY | 49.74 |
| 03/25/2008 | VENDOR: NYC Taxi; Invoice#: 821870; Invoice Date: 03/14/2008; Voucher #: 812089246; Abigail Beal 03/12/2008 20:27 from 180 | 28.32 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | |
| 03/27/2008 | VENDOR: Elite Taxi; Invoice#: 1294262; Invoice Date: 02/22/2008; Voucher #: 9827678; Arlene Krieger 02/14/2008 15:25 from 180 MAIDEN LN MANHATTAN NY to 101 W. 33 ST MANHATTAN NY | 32.40 |
| **Local Transportation Total** | | **125.46** |
| **Long Distance Telephone** | | |
| 03/02/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-030208; DATE: 3/2/2008 – Teleconference 02/28/08 | 7.47 |
| 03/04/2008 | EXTN.5475, TEL.302-657-4938, S.T.16:51, DUR.00:12:24 | 6.10 |
| 03/05/2008 | EXTN.5475, TEL.302-657-4955, S.T.13:07, DUR.00:00:36 | 0.47 |
| 03/05/2008 | EXTN.5475, TEL.302-657-4955, S.T.14:15, DUR.00:00:54 | 0.47 |
| 03/05/2008 | EXTN.5475, TEL.302-657-4938, S.T.14:32, DUR.00:17:12 | 8.44 |
| 03/06/2008 | EXTN.5544, TEL.201-587-7144, S.T.11:42, DUR.00:00:24 | 0.47 |
| 03/07/2008 | EXTN.3544, TEL.847-256-6695, S.T.16:15, DUR.00:12:24 | 6.10 |
| 03/07/2008 | EXTN.5544, TEL.914-475-9268, S.T.09:30, DUR.00:03:48 | 1.72 |
| 03/10/2008 | EXTN.5431, TEL.267-321-6663, S.T.11:20, DUR.00:04:42 | 2.35 |
| 03/10/2008 | EXTN.5431, TEL.302-657-4942, S.T.16:05, DUR.00:00:30 | 0.47 |
| 03/10/2008 | EXTN.5544, TEL.201-587-7144, S.T.15:14, DUR.00:09:12 | 4.69 |
| 03/11/2008 | EXTN.5431, TEL.410-531-4212, S.T.16:36, DUR.00:00:30 | 0.47 |
| 03/12/2008 | EXTN.5475, TEL.972-369-0646, S.T.14:30, DUR.00:00:48 | 0.47 |
| 03/12/2008 | EXTN.5475, TEL.214-698-3868, S.T.15:25, DUR.00:03:30 | 1.88 |
| 03/13/2008 | EXTN.5431, TEL.410-531-4212, S.T.14:37, DUR.00:00:12 | 0.47 |
| 03/13/2008 | EXTN.5544, TEL.201-587-7144, S.T.15:11, DUR.00:01:12 | 0.94 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| PAGE: 4 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 03/13/2008 | EXTN.5544, TEL.201-587-7144, S.T.16:21, DUR.00:00:30 | 0.47 |
| 03/14/2008 | EXTN.5544, TEL.914-475-9268, S.T.11:57, DUR.00:02:54 | 1.29 |
| 03/17/2008 | EXTN.5544, TEL.302-426-1900, S.T.10:12, DUR.00:02:30 | 1.41 |
| 03/18/2008 | EXTN.5544, TEL.202-339-8514, S.T.18:50, DUR.00:16:06 | 7.54 |
| 03/21/2008 | EXTN.5544, TEL.201-587-7144, S.T.10:16, DUR.00:00:48 | 0.47 |
| 03/27/2008 | EXTN.5544, TEL.201-587-7144, S.T.10:40, DUR.00:16:54 | 7.97 |
| 03/27/2008 | EXTN.5544, TEL.914-475-9268, S.T.16:53, DUR.00:05:48 | 2.57 |
| 03/28/2008 | EXTN.5431, TEL.410-531-4212, S.T.11:05, DUR.00:08:42 | 4.22 |
| 03/28/2008 | EXTN.5562, TEL.973-467-8282, S.T.10:17, DUR.00:02:18 | 1.41 |
| | **Long Distance Telephone Total** | **70.33** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 03/03/2008 | | 1.50 |
| 03/03/2008 | | 3.00 |
| 03/03/2008 | | 2.40 |
| 03/05/2008 | | 5.40 |
| 03/05/2008 | | 0.10 |
| 03/07/2008 | | 7.30 |
| 03/12/2008 | | 6.60 |
| 03/13/2008 | | 2.00 |
| 03/14/2008 | | 0.50 |
| 03/14/2008 | | 1.60 |
| 03/17/2008 | | 1.80 |
| 03/21/2008 | | 7.50 |
| 03/21/2008 | | 2.90 |
| 03/28/2008 | | 5.00 |
| 03/28/2008 | | 6.10 |
| 03/31/2008 | | 2.50 |
| | **Duplicating Costs-in House Total** | **56.20** |

**Filing Fees**

| | | |
|---|---|---|
| 03/13/2008 | VENDOR: Chase Card Services; INVOICE#: 030208; DATE: 3/2/2008 - visa charge 2/27/08 Court Call LLC | 129.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| PAGE: 5 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | **Filing Fees Total** | 129.00 |
| | | |
| **Court Reporting Services** | | |
| 03/04/2008 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064905; DATE: 3/4/2008 - Professional Court Reporting Svces Deposition of: Stephen Snyder - Feb.15, 2008 | 1,642.05 |
| 03/12/2008 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1064934; DATE: 3/12/2008 - Deposition of: Peter Kraus, Esquire - March 4, 2008 | 2,240.35 |
| | **Court Reporting Services Total** | **3,882.40** |
| | | |
| **Process Service & Calendar Watch** | | |
| 03/11/2008 | VENDOR: U.S. Document Retrieval Service, Inc.; INVOICE#: 93476; DATE: 3/11/2008 - obtained the requested briefs | 390.85 |
| | **Process Service & Calendar Watch Total** | **390.85** |
| | | |
| **Word Processing** | | |
| 03/31/2008 | 3/31 | 12.00 |
| | **Word Processing Total** | **12.00** |
| | | |
| **In House Messenger Service** | | |
| 03/19/2008 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 3/14/2008 Vehicle Rush from to MARK SPEISER, 525 E 80TH ST | 30.21 |
| 03/19/2008 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 3/14/2008 Vehicle Rush from to A KRIEGER, 10 EAST END AVE | 30.21 |
| | **In House Messenger Service Total** | **60.42** |
| | | |
| **Facsimile Charges** | | |
| 03/24/2008 | Fax # 412-497-1001 | 8.00 |
| 03/25/2008 | Fax # 412-497-1001 | 17.00 |
| 03/25/2008 | Fax # 412-497-1001 | 17.00 |
| 03/25/2008 | Fax # 412-497-1001 | 17.00 |
| 03/25/2008 | Fax # 412-227-4500 | 17.00 |
| 03/26/2008 | Fax # 412-227-4500 | 11.00 |
| 03/26/2008 | Fax # 412-227-4500 | 17.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71419787v1

# STROOCK

| PAGE: 6 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 03/31/2008 | Fax # 412-227-4500 | 28.00 |
| | **Facsimile Charges Total** | **132.00** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 03/04/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 02/08/2008 | 10.00 |
| 03/04/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE NYP WAS NYP on 02/13/2008 | 376.00 |
| 03/04/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 02/13/2008 | 22.25 |
| 03/04/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE NYP WAS NYP on 02/26/2008 | 313.00 |
| 03/04/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 02/26/2008 | 32.25 |
| | **Travel Expenses - Transportation Total** | **753.50** |

**Westlaw**

| | | |
|---|---|---|
| 03/05/2008 | Transactional Search by Beal, Abigail M. | 389.84 |
| 03/06/2008 | Transactional Search by Beal, Abigail M. | 89.08 |
| 03/07/2008 | Transactional Search by Diamond, Patrick G. | 102.14 |
| 03/07/2008 | Transactional Search by Beal, Abigail M. | 146.97 |
| 03/10/2008 | Transactional Search by Diamond, Patrick G. | 192.97 |
| 03/10/2008 | Transactional Search by Beal, Abigail M. | 615.56 |
| 03/11/2008 | Transactional Search by Krieger, Arlene G. | 59.45 |
| 03/11/2008 | Transactional Search by Beal, Abigail M. | 234.10 |
| 03/12/2008 | Transactional Search by Beal, Abigail M. | 742.85 |
| 03/13/2008 | Transactional Search by Beal, Abigail M. | 252.62 |

# STROOCK

| PAGE: 7 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 03/14/2008 | Transactional Search by Krieger, Arlene G. | 11.11 |
| 03/14/2008 | Duration 0:09:13; by Krieger, Arlene G. | 167.32 |
| 03/14/2008 | Transactional Search by Beal, Abigail M. | 140.34 |
| 03/14/2008 | Transactional Search by Beal, Abigail M. | 6.24 |
| 03/19/2008 | Transactional Search by Krieger, Arlene G. | 37.81 |
| 03/20/2008 | Transactional Search by Beal, Abigail M. | 215.58 |
| 03/21/2008 | Duration 0:01:43; by Krieger, Arlene G. | 66.26 |
| 03/21/2008 | Transactional Search by Beal, Abigail M. | 70.17 |
| 03/24/2008 | Transactional Search by Beal, Abigail M. | 352.03 |
| 03/26/2008 | Transactional Search by Beal, Abigail M. | 53.80 |
| 03/27/2008 | Transactional Search by Beal, Abigail M. | 1,253.74 |
| 03/28/2008 | Transactional Search by Beal, Abigail M. | 245.41 |
| | **Westlaw Total** | **5,445.39** |
| **Word Processing - Logit** | | |
| 03/26/2008 | | 48.00 |
| | **Word Processing - Logit Total** | **48.00** |

# STROOCK

| PAGE: 8 | |
|---|---|
| **BILL DISBURSEMENT SUMMARY** | |
| Outside Messenger Service | $ 111.62 |
| Local Transportation | 125.46 |
| Long Distance Telephone | 70.33 |
| Duplicating Costs-in House | 56.20 |
| Filing Fees | 129.00 |
| Court Reporting Services | 3882.40 |
| Process Service & Calendar Watch | 390.85 |
| Word Processing | 60.00 |
| In House Messenger Service | 60.42 |
| Facsimile Charges | 132.00 |
| Travel Expenses - Transportation | 753.50 |
| Westlaw | 5445.39 |
| **TOTAL DISBURSEMENTS/CHARGES** | **$ 11,217.17** |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.