# Navigant Consulting, Inc. Invoice

# March 2008



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

April 15, 2008

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - March 2008*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 17.50 hrs. @ $600 | $10,500.00 |
| BW | 9.75 hrs. @ $550 | 5,362.50 |
| PM | 16.00 hrs. @ $400 | 6,400.00 |
| ML | 43.50 hrs. @ $325 | 14,137.50 |
| JM | 15.50 hrs. @ $325 | 5,037.50 |
| JS | 7.00 hrs. @ $325 | 2,275.00 |
| AM | 30.00 hrs. @ $275 | 8,250.00 |
| LC | 22.75 hrs. @ $275 | 6,256.25 |
| JF | 44.50 hrs. @ $200 | 8,900.00 |

**Total Professional Fees** ............................................................................................... $67,118.75

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 1,441.60 |
| Lodging | | 330.91 |
| Per Diems | | 116.00 |
| Research | | 194.27 |

**Total Expenses** ............................................................................................................. $2,082.78

**Total Amount Due for March Services and Expenses** .................................................. $69,201.53

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 237238 | February 27, 2008 | $86,070.26 |
| Inv No. | 238899 | March 10, 2008 | 73,924.16 |

**Total Outstanding Invoices** ........................................................................................ $159,994.42

**Total Amount Due For March Services, Expenses and Outstanding Invoices** .......... $229,195.95

Navigant Consulting, Inc. Project No.: 113758                              Invoice No.: 242198



1801 K St. NW  
Suite 500  
Washington, DC 20006  
202-973-2400 phone  
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CAVANAUGH, LAUREN | 3/3/2008 | 1.25 | Actuarial analysis of Ms. Biggs' Supplemental Report and work papers. |
| CAVANAUGH, LAUREN | 3/4/2008 | 0.75 | Actuarial analysis of Ms. Biggs' Supplemental Report and work papers. |
| CAVANAUGH, LAUREN | 3/5/2008 | 1.75 | Actuarial analysis of Ms. Biggs' Supplemental Report and work papers. |
| CAVANAUGH, LAUREN | 3/6/2008 | 1.25 | Actuarial analysis of Ms. Biggs' Supplemental Report and work papers. |
| CAVANAUGH, LAUREN | 3/7/2008 | 4.00 | Actuarial analysis of Ms. Biggs' Supplemental Report and work papers. |
| CAVANAUGH, LAUREN | 3/10/2008 | 3.00 | Continued review of Ms. Biggs' Actuarial Supplemental Report. |
| CAVANAUGH, LAUREN | 3/13/2008 | 0.75 | Continued analysis of Ms Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 3/19/2008 | 1.50 | Review of Ms. Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 3/20/2008 | 2.25 | Review of Ms. Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 3/21/2008 | 3.25 | Review of Ms. Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 3/26/2008 | 1.75 | Review of Ms. Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 3/27/2008 | 1.00 | Review of Ms. Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 3/31/2008 | 0.25 | Review of Ms. Biggs' Supplemental Report. |
| CHAMBERS, LETITIA | 3/7/2008 | 1.50 | Trial prep. |
| CHAMBERS, LETITIA | 3/12/2008 | 3.00 | Testimony prep. |
| CHAMBERS, LETITIA | 3/13/2008 | 4.50 | Testimony prep. |
| CHAMBERS, LETITIA | 3/14/2008 | 1.00 | Testimony prep. |
| CHAMBERS, LETITIA | 3/17/2008 | 2.50 | Review documents and case info. |
| CHAMBERS, LETITIA | 3/19/2008 | 5.00 | Review actuarial work and case info. |
| FUNG, JOANNE | 3/3/2008 | 3.00 | Audited analysis. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| FUNG, JOANNE | 3/5/2008 | 5.00 | Audited analysis. |
| FUNG, JOANNE | 3/13/2008 | 8.00 | Participated in project meeting. Prepared case materials. |
| FUNG, JOANNE | 3/14/2008 | 8.00 | Reviewed expert materials. Programmed spreadsheet. |
| FUNG, JOANNE | 3/19/2008 | 2.00 | Reviewed expert materials. Prepared case materials. |
| FUNG, JOANNE | 3/20/2008 | 4.00 | Prepared case materials. Reviewed expert materials. |
| FUNG, JOANNE | 3/21/2008 | 7.00 | Prepared case materials. Programmed spreadsheet. |
| FUNG, JOANNE | 3/24/2008 | 4.00 | Prepared case materials. Prepared exhibits. |
| FUNG, JOANNE | 3/28/2008 | 1.50 | Participated in team call. Prepared case materials. |
| FUNG, JOANNE | 3/31/2008 | 2.00 | Prepared case materials for trial. |
| LYMAN, MARY | 3/6/2008 | 0.50 | Project administration |
| LYMAN, MARY | 3/7/2008 | 4.00 | Reviewed quality control reports |
| LYMAN, MARY | 3/10/2008 | 0.75 | Reviewed report for potential exhibits |
| LYMAN, MARY | 3/12/2008 | 0.25 | Prep for meeting with expert |
| LYMAN, MARY | 3/13/2008 | 6.00 | Meeting with expert and staff; work on testimony outline and exhibits |
| LYMAN, MARY | 3/14/2008 | 5.25 | Worked on testimony outline and exhibits |
| LYMAN, MARY | 3/17/2008 | 4.25 | Worked on possible testimony outline and exhibits |
| LYMAN, MARY | 3/18/2008 | 3.50 | Worked on possible testimony outline and exhibits |
| LYMAN, MARY | 3/20/2008 | 5.00 | Worked on possible testimony outline and exhibits |
| LYMAN, MARY | 3/21/2008 | 3.75 | Edited internal memorandum, incorporated draft slides into one file, transmitted to expert |
| LYMAN, MARY | 3/27/2008 | 0.25 | Trial exhibit prep |
| LYMAN, MARY | 3/28/2008 | 7.50 | Discussions with expert and team; work on trial exhibits |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 3/31/2008 | 2.50 | Work on trial exhibits |
| MCGRATH, PATRICK J. | 3/11/2008 | 3.50 | Review Site Transfer Agreement ELT - 10 sites |
| MCGRATH, PATRICK J. | 3/12/2008 | 0.50 | Review Site Transfer Agreement ELT - 10 sites |
| MCGRATH, PATRICK J. | 3/18/2008 | 4.50 | Review Site Transfer Agreement ELT - 10 sites |
| MCGRATH, PATRICK J. | 3/19/2008 | 3.75 | Review Site Transfer Agreement ELT - 10 sites |
| MCGRATH, PATRICK J. | 3/20/2008 | 2.75 | Review Site Transfer Agreement ELT - 10 sites |
| MCGRATH, PATRICK J. | 3/21/2008 | 0.50 | Review Site Transfer Agreement ELT - 10 sites |
| MCGRATH, PATRICK J. | 3/27/2008 | 0.50 | Review Site Transfer Agreement ELT - 10 sites |
| MCINTIRE, JAMES | 2/22/2008 | 1.50 | Review quality control reports |
| MCINTIRE, JAMES | 2/23/2008 | 2.50 | Review quality control reports |
| MCINTIRE, JAMES | 2/24/2008 | 2.00 | Review quality control reports |
| MCINTIRE, JAMES | 2/26/2008 | 1.25 | Review quality control reports |
| MCINTIRE, JAMES | 3/10/2008 | 1.25 | Develop and review presentation materials |
| MCINTIRE, JAMES | 3/11/2008 | 2.00 | Develop and review presentation materials |
| MCINTIRE, JAMES | 3/13/2008 | 1.50 | Develop and review presentation materials |
| MCINTIRE, JAMES | 3/14/2008 | 1.00 | Develop and review presentation materials |
| MCINTIRE, JAMES | 3/21/2008 | 2.50 | Develop and review presentation materials |
| MHATRE, ARCHANA | 3/13/2008 | 8.00 | Team meeting. Trial Exhibits & Documentation. |
| MHATRE, ARCHANA | 3/14/2008 | 8.00 | Trial Exhibits & Documentation. |
| MHATRE, ARCHANA | 3/19/2008 | 2.00 | Trial Exhibits & Documentation. |
| MHATRE, ARCHANA | 3/28/2008 | 4.00 | Trial Exhibits & Documentation. |
| MHATRE, ARCHANA | 3/31/2008 | 8.00 | Trial Exhibits & Documentation. |
| SIRGO, JORGE | 3/13/2008 | 2.50 | Discussion with staff regarding analyses. |
| SIRGO, JORGE | 3/17/2008 | 1.50 | Assist with analyses. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| SIRGO, JORGE | 3/19/2008 | 1.50 | Assist with analyses. |
| SIRGO, JORGE | 3/31/2008 | 1.50 | Assist with analyses. |
| WARE, BRYAN | 3/4/2008 | 0.25 | REVIEW OF NCI ACTUARIAL WORK |
| WARE, BRYAN | 3/5/2008 | 0.50 | REVIEW ON NCI WRITEUP |
| WARE, BRYAN | 3/6/2008 | 0.25 | REVIEW NCI ACTUARIAL WORK |
| WARE, BRYAN | 3/12/2008 | 1.75 | REVIEW NCI ANALYSIS |
| WARE, BRYAN | 3/14/2008 | 0.25 | REVIEW NCI WRITE-UP |
| WARE, BRYAN | 3/19/2008 | 3.25 | REVIEW NCI ANALYSIS |
| WARE, BRYAN | 3/20/2008 | 2.50 | REVIEW NCI ANALYSIS |
| WARE, BRYAN | 3/25/2008 | 1.00 | REVIEW EXPERT REPORTS |