# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  May 20, 2008 |
| | : | Hearing Date:  TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## EIGHTY-FIRST INTERIM FEE APPLICATION FOR THE PERIOD
## FROM MARCH 1, 2008 THROUGH MARCH 31, 2008

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

## FEES FOR THE FEE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 03/03/08 | Telephone call with State and follow up regarding letter to court; telephone call from court regarding same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 03/03/08 | Various e-mail exchanges with D.A.G. Dickinson and co-counsel re status update to Judge Bongiovanni; telephone call with D.A.G. Dickinson re same; draft update and confer with A. Marchetta re same; e-mail exchange with J. Baer re same. | | |
| 3 | B. Moffitt | 0.5 | 200.00 |
| 03/03/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 03/03/08 | Worked with B. Moffitt regarding preparation of status letter to Judge Bongiovanni. | | |
| 14 | S. Parker | 0.2 | 30.00 |
| 03/03/08 | Accessed US District Court website and retrieved endorsed order regarding case status update to Judge Bongiovanni and forwarded same to B. Moffitt as requested. | | |
| 14 | S. Parker | 0.2 | 30.00 |
| 03/10/08 | Follow up regarding status of appeal. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 03/10/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 45.00 |
| 03/11/08 | Follow up regarding District Court opinion; work with B. Moffitt regarding notice to Judges Bongiovanni and Cooper. | | |
| 14 | A. Marchetta | 1.2 | 744.00 |
| 03/11/08 | Review District Court decision re appeal of denial of motion to file late | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| | proof of claim; confer with A. Marchetta re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 120.00 |
| 03/12/08 | Work with B. Moffitt regarding draft letter to court and information for same. | | |
| 14 | A. Marchetta | 1.1 | 682.00 |
| 03/12/08 | Confer with A. Marchetta re District Court ruling on appeal and re updating New Jersey Magistrate Judge re same; e-mails re same; follow up re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 03/13/08 | Work with B. Moffitt regarding call to State and follow up regarding appeal and letter to court. | | |
| 14 | A. Marchetta | 0.7 | 434.00 |
| 03/13/08 | Confer with A. Marchetta re District Court ruling on appeal and re updating New Jersey Magistrate Judge re same; follow up re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 03/17/08 | Follow up regarding letter to court. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 03/17/08 | Preparation of e-mail to D.A.G. Dickinson re District Court ruling on appeal and re updating New Jersey Magistrate Judge re same; confer with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 03/21/08 | Conference with B. Moffitt and follow up regarding letter to court. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 03/26/08 | Follow up regarding letter to court. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 03/26/08 | Created docket entry reflecting deadline for NJDEP to file an appeal of the USDC District of Delaware's Order affirming Judge Fitzgerald's Order denying NJDEP's motion for leave to file a late notice of claim. | | |
| 14 | S. Parker | 0.0 | 0.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.9 | 620.00 | 3,038.00 |
| B. Moffitt | 3 | 1.5 | 400.00 | 600.00 |
| S. Parker | 14 | 1.1 | 150.00 | 165.00 |
| TOTAL | | 7.5 | | 3,803.00 |

3

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 03/03/08 | Attend trial call and place settlement on record; return to office. | | |
| 14 | R. Rose | 0.4 | 198.00 |

| 03/03/08 | Attend trial call and settlement on record. | | |
| 3 | W. Hatfield | 2.2 | 880.00 |

| 03/03/08 | Memos with J. Borg on NYS matter and status of deed. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

| 03/03/08 | Address settlement agreement form and discuss comments with R. Rose. | | |
| 3 | W. Hatfield | 0.6 | 240.00 |

| 03/03/08 | Address order from court. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |

| 03/03/08 | Review draft of settlement agreement and discuss with W. Hatfield. | | |
| 14 | R. Rose | 2.7 | 1,336.50 |

| 03/03/08 | Review/Analysis numerous correspondence from W. Hatfield regarding status and settlement. | | |
| 3 | J. Borg | 0.2 | 81.00 |

| 03/03/08 | Preparation of correspondence to W. Hatfield regarding settlement and correspondence to Court. | | |
| 3 | J. Borg | 0.1 | 40.50 |

| 03/03/08 | Revise/Finalize correspondence to Court regarding status. | | |
| 3 | J. Borg | 0.3 | 121.50 |

| 03/04/08 | Review letter to NYS court on Teich motion. | | |
| 3 | W. Hatfield | 0.1 | 40.00 |

| 03/05/08 | Telephone calls regarding settlement information and Chapter 11 approval. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |

| 03/05/08 | Address settlement issues. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

| 03/12/08 | Draft and revise settlement agreement with Weja and Teich. | | |
| 3 | W. Hatfield | 2.3 | 920.00 |

| 03/13/08 | Review and revise draft settlement agreement for Weja and Teich. | | |
| 14 | R. Rose | 0.5 | 247.50 |

4

| 03/13/08 | Notice to bankruptcy counsel on global settlement and follow up memos on same. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.4 | 160.00 |

| 03/18/08 | Telephone conference with S. Lynch regarding status of Petition. | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 121.50 |

| 03/18/08 | Conference with W. Hatfield regarding settlement. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 40.50 |

| 03/19/08 | Telephone from J. Borg concerning status of fraudulent conveyance action. | | |
|---|---|---|---|
| 14 | R. Rose | 0.1 | 49.50 |

| 03/19/08 | Draft Settlement Agreement with Richards/Sunrich/GE 440. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.0 | 400.00 |

| 03/19/08 | Revisions to draft Weja/Teich settlement agreement. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.4 | 160.00 |

| 03/19/08 | Letters to defense counsel with proposed settlement agreements. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.4 | 160.00 |

| 03/19/08 | Preparation of correspondence to Court regarding status. | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 162.00 |

| 03/19/08 | Numerous telephone conferences with W. Hatfield and R. Rose regarding correspondence to Court as to settlement. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 81.00 |

| 03/19/08 | Review final drafts of settlement agreements with Weja/Teich and GE 440 and Richards/Sunrich. | | |
|---|---|---|---|
| 3 | C. Otero | 0.8 | 292.00 |

| 03/20/08 | Review proposed settlement agreement forwarded to Weja and Teich. | | |
|---|---|---|---|
| 14 | R. Rose | 0.2 | 99.00 |

| 03/20/08 | Review settlement documents. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 186.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 3.9 | 495.00 | 1,930.50 |
| A. Marchetta | 14 | 0.6 | 620.00 | 372.00 |
| W. Hatfield | 3 | 8.2 | 400.00 | 3,280.00 |

5

| | | | | |
|---|---|---|---|---|
| J. Borg | 3 | 1.6 | 405.00 | 648.00 |
| C. Otero | 3 | 0.8 | 365.00 | 292.00 |
| | TOTAL | 15.1 | | 6,522.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 03/10/08 18 | Attention to fee application for February 2008.<br>K. Piper | 0.2 | 67.00 |
| 03/13/08 18 | Attention to fee application for February 2008.<br>K. Piper | 0.1 | 33.50 |
| 03/14/08 18 | Attention to order entering fees for the 26th interim period.<br>K. Piper | 0.5 | 167.50 |
| 03/19/08 18 | Draft fee application for February 2008.<br>K. Piper | 2.0 | 670.00 |
| 03/21/08 18 | Attention to CNO for January 2008.<br>K. Piper | 0.1 | 33.50 |
| 03/24/08 18 | Attention to CNO for January 2008.<br>K. Piper | 0.1 | 33.50 |
| 03/25/08 18 | Review and revise DP's February, 2008 fee application.<br>S. Zuber | 0.3 | 144.00 |
| 03/27/08 18 | Revise fee application for February 2008 and attention to filing same.<br>K. Piper | 0.4 | 134.00 |
| 03/28/08 18 | Attention to filing February 2008 fee application.<br>K. Piper | 0.1 | 33.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 480.00 | 144.00 |
| K. Piper | 18 | 3.5 | 335.00 | 1,172.50 |
| | TOTAL | 3.8 | | 1,316.50 |

6

83044681A01041708

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008**

Engagement Costs -- NJDEP V. W.R. GRACE ET AL.

| | | |
|---|---|---|
| 02/06/08 | Telephone | 46.00 |
| | Postage | 1.64 |
| | Matter Total Engagement Cost | 47.64 |

Engagement Costs -- WEJA, INC.

| | | |
|---|---|---|
| 02/15/08 | ROSE, ROBERT, G.; INVOICE#: FITZ3606; DATE: 2/29/2008 - Expenses Related To: Travel to Hudson County Courthouse on 02/15/08[3] | 10.00 |
| 02/15/08 | CLERK, SUPERIOR COURT; REQUEST#: 534513; DATE: 2/15/08. - Motn Misc.[4] | 30.00 |
| 02/15/08 | CLERK, SUPERIOR COURT; REQUEST#: 534513; DATE: 2/15/08. - Motn Misc.[5] | 30.00 |
| 03/03/08 | HATFIELD, WILLIAM S.; INVOICE#: TARS0621; DATE: 3/4/2008 - Expenses Related To: Attend Grace/Weja trail call/settlement on 03/03/08[6] | 25.25 |
| 03/03/08 | HATFIELD, WILLIAM S.; INVOICE#: TARS0621; DATE: 3/4/2008 - Expenses Related To: Attend Grace/Weja trail call/settlement on 03/03/08[7] | 13.00 |
| | Express Delivery | 341.72 |
| | Photocopying | 105.40 |
| | Matter Total Engagement Cost | 555.37 |

Engagement Costs - CHAPTER 11 ADMINISTRATION

| | | |
|---|---|---|
| 02/05/08 | 2/08 -- PACER Docket Searching & Retrieval | 14.64 |
| | Matter Total Engagement Cost | 14.64 |

---

[3] See Expense Reimbursement Form for Robert G. Rose dated 3/1/2008 attached hereto as Exhibit 1.

[4] See Administrative Office of the Courts Attorney Colleratal System Statement for February 2008 attached hereto as Exhibit 2.

[5] Id.

[6] See Expense Reimbursement Form for William S. Hatfield dated 3/4/08 attached hereto as Exhibit 3.

[7] Id.

7

83044681A01042908

# EXHIBIT 1

**PITNEY** DAY PITNEY LLP

Bar Code La

179166

Vendor Number - AP Use Only
**76339**
FITZ3606
Invoice Number

# EXPENSE REIMBURSEMENT

***ALL EXPENSE REQUESTS ARE REIMBURSED THROUGH PAYROLL*** (Check Mark Partner, Atty/Counsel, or Employee)

| Full Name: | Emp ID# | Office: | Partner | Atty/Counsel | Employee | Employee's Department | | Week Ending Date (Saturday) |
|---|---|---|---|---|---|---|---|---|
| ROBERT G. ROSE | 4122 | FLORHAM PARK | ☑ | ☐ | ☐ | COLT | | 3/1/2008 |

NOTE: SUPPORTING DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

Show details on Tab 2.

For Accounting Use Only

| | Auto Expenses | Travel Parking, Tolls, Train, Bus, Cab,Subway, Airplane | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or GL Acct Number | | Code Description |
|---|---|---|---|---|---|---|---|---|---|
| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Miles x .505 | Amount | | | | | | *Dsb Codes | |
| 2/15/2008 | Travel to Hudson County Courthouse | | $0.00 | $10.00 | | | | $10.00 | 482910.065956 | 18 | Fax - Outside Vendor |
| | | | $0.00 | | | | | $0.00 | | 36 | Photocopies |
| | | | $0.00 | | | | | $0.00 | | 43 | Other |
| | | | $0.00 | | | | | $0.00 | | 45 | Meals |
| | | | $0.00 | | | | | $0.00 | | 46 | Hotel |
| | | | $0.00 | | | | | $0.00 | | 57 | Parking |
| | | | $0.00 | | | | | $0.00 | | 73 | Auto Mileage |
| | | | $0.00 | | | | | $0.00 | | 74 | Air Fare |
| | | | $0.00 | | | | | $0.00 | | 75 | Bus |
| | | | $0.00 | | | | | $0.00 | | 76 | Limo |
| | | | $0.00 | | | | | $0.00 | | 77 | Taxi |
| | | | $0.00 | | | | | $0.00 | | 78 | Train |
| | | | $0.00 | | | | | $0.00 | | 97 | Tolls |
| | | | $0.00 | | | | | $0.00 | | 100 | Auto Rental |
| | | | $0.00 | | | | | $0.00 | | 119 | Phone |
| | | | $0.00 | | | | | $0.00 | | 151 | Event Attendance |
| | | | $0.00 | | | | | $0.00 | | 152 | Seminar/ Attendance |
| | | | $0.00 | | | | | $0.00 | | 153 | Business Meetings |
| | | | $0.00 | | | | | $0.00 | | 154 | Membership Dues |
| | | | $0.00 | | | | | $0.00 | | | |
| | | | $0.00 | | | | | $0.00 | | | |
| | | | $0.00 | | | | | $0.00 | | | |
| GRAND TOTAL | | | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 | | | |

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Less Cash Advance (if applicable) GL#15150.1GU813007
TOTAL DUE    $10.00

RECEIVED FEB 21 2008

For AP Use Only
Session #  **4580**

| Signature | _____ | Date | 2/29/08 | Session Date: | 3/10/08 |
|---|---|---|---|---|---|
| Approval | | Date | | Processor's Initials | |
| Prepared By | Adele Fitzgerald | Extension | 91-7322 | | |

***E-mail form and receipts via PDF to Expense, Forms in Outlook Address Book and keep the originals for your records.***

# EXHIBIT 2

ADMINISTRATIVE OFFICE OF THE COURTS
ATTORNEY COLLERATAL SYSTEM

STATEMENT OF ACCOUNT FOR THE MONTH OF    FEBRUARY    2008

NAME:  DAY PITNEY LLP                          ACCOUNT NUMBER:
ATTN:                                          PHONE NUMBER:  973-966-6300
       PARK AV AT MORRIS CO
       P.O. BOX 1945
       MORRISTOWN              NJ      07962-0000

CASE TITLE                               SOURCE        TRANSACTION TYPE*
DOCKET NUMBER      REFERENCE #  RECEIPT SEQ #  BATCH        CHECK NUMBER
                                         FILE DATE     VENUE
DOCUMENT TYPE                            PROCESS DATE            TRANS AMT
COMMENTS
-----------------------------------------------------------------------------

WR GRACE & CO VS WEJA INC                ACMS          CHG
L   7908 95                     007      080200999
W R GRACE & CO     482910.065656         02/15/2008    HUDSON
MOTN MISC                                02/15/2008          -$    30.00

WR GRACE & CO VS WEJA INC                ACMS          CHG
L   7908 95                     006      080200999
W R GRACE & CO     482910.065656         02/15/2008    HUDSON
MOTN MISC                                02/15/2008          -$    30.00

# EXHIBIT 3

**DAY PITNEY LLP**

Vendor Number - AP Use Only
TARS0621
Invoice Number

179142

# EXPENSE REIMBURSEMENT FORM

***ALL EXPENSE REQUESTS ARE REIMBURSED THROUGH PAYROLL*** (Check Mark Partner, Atty/Counsel, or Employee)

| Full Name: | | Emp ID# | Office: | Partner | Atty/Counsel | Employee | Employer's Department | | Week Ending Date (Saturday) |
|---|---|---|---|---|---|---|---|---|---|
| William S. Hatfield | | 4191 | Florham Park | ☑ | ☐ | ☐ | REVL | | |

NOTE: SUPPORTING DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.    Show details on Tab 2

| DATE | DEPARTURE DESCRIPTION OF / DESCRIPTION OF ALLOWABLE EXPENSE | Miles x .505 | Auto Expense | Amount | Travel Tolls, Taxi, Bus, Cab, Subway, Airfare Parking | Less Cash Advance (if applicable) | Hotel or Lodging | Business Meals | Other Expense | Total Expense | Client No. / Matter No. or GL Acct. Number | TAB Codes | Code Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/2008 | Cell/Entitlement | 50.00 | | $25.25 | $13.00 | | | | | $38.25 | 482910.066666 | | 18  Fax - Outside Vendor |
| | Attend GraceWise trial | 50.00 | | $0.00 | | | | | | $0.00 | | | 36  Photocopies |
| | | | | $0.00 | | | | | | $0.00 | | | 43  Other |
| | | | | $0.00 | | | | | | $0.00 | | | 45  Meals |
| | | | | $0.00 | | | | | | $0.00 | | | 46  Hotel |
| | | | | $0.00 | | | | | | $0.00 | | | 57  Parking |
| | | | | $0.00 | | | | | | $0.00 | | | 73  Auto Mileage |
| | | | | $0.00 | | | | | | $0.00 | | | 74  Air Fare |
| | | | | $0.00 | | | | | | $0.00 | | | 75  Bus |
| | | | | $0.00 | | | | | | $0.00 | | | 76  Limo |
| | | | | $0.00 | | | | | | $0.00 | | | 77  Taxi |
| | | | | $0.00 | | | | | | $0.00 | | | 78  Train |
| | | | | $0.00 | | | | | | $0.00 | | | 87  Tolls |
| | | | | $0.00 | | | | | | $0.00 | | | 100  Auto Rental |
| | | | | $0.00 | | | | | | $0.00 | | | 119  Phone |
| | | | | $0.00 | | | | | | $0.00 | | | 151  Event Attendance |
| | | | | $0.00 | | | | | | $0.00 | | | 152  Seminar Attendance |
| | | | | $0.00 | | | | | | $0.00 | | | 153  Business Meetings |
| | | | | $0.00 | | | | | | $0.00 | | | 154  Membership Dues |
| **GRAND TOTAL** | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| | | | | | **TOTAL DUE** | | | | | $0.00 | | | For Accounting Use Only: |

I certify that I have incurred all the expenses above on behalf of the Firm and that they are directly related to the active conduct of the Firm's business.

| | | |
|---|---|---|
| Signature | | Date  3/4/08 |
| Approval | | Date  3/5/08 |
| Prepared By | Extension | 6176 |

For AP Use Only
Session #            Session Date:
Processor's Initials

***E-mail form and receipts via PDF to Expense. Forms in Outlook Address Book and keep the originals for your records.***

RECEIVED MAR 06 2008 DAY PITNEY LLP

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: May 20, 2008 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.  I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated:  April 30, 2008

Respectfully submitted,
DAY PITNEY LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

83044679A01042908