```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 03/02/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  4.4     3520.00
 #3703     Review data from Welch, Biggs about incidence        800.00

 03/03/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  5.5     4400.00
 #3705     Review Tillinghast materials                        800.00

 03/03/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5     1200.00
 #3707     Review Biggs memorandum                             800.00

 03/04/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4      320.00
 #3712     telephone Relles Biggs, Kimble re: analysis of      800.00
           settlement proposals

 03/04/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5     1200.00
 #3715     Review Biggs memorandum                             800.00

 03/04/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6      480.00
 #3717     Review Biggs memorandum to Florence                 800.00

 03/04/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4      190.00
 #3911     telephone Peterson, Biggs, Kimble re: analysis of   475.00
           settlement proposals

 03/05/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5      400.00
 #3719     telephone Relles, Biggs, Kimble re: analysis of     800.00
           settlement proposals

 03/05/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.9     2320.00
 #3724     Review Tillinghast materials                        800.00

 03/05/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5      237.50
 #3912     telephone Peterson, Biggs, Kimble re: analysis of   475.00
           settlement proposals

 03/06/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0      800.00
 #3729     Meet with Tillinghast re: settlement discussions    800.00

 03/07/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0      950.00
 #3922     review all materials from ARPC; develop information 475.00
           regarding high-value cases

 03/10/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6      480.00
 #3744     Telephone Florence re: settlement discussions       800.00
```

{D0110514.1 }

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 2

                     W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    190.00
 #3929     email correspondence with Kimble (Towers-Perrin)      475.00

 03/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    570.00
 #3934     review Anderson report                                475.00

 03/11/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.4    665.00
 #3939     review Tillinghast data, develop materials for        475.00
           Chicago meeting using Stallard's meso projections

 03/12/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    475.00
 #3940     review Tillinghast handout                            475.00

 03/12/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.7   1282.50
 #3945     review Ory testimony                                  475.00

 03/20/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.9   2320.00
 #3764     Review materials on closed claims in ARPC sample      800.00

 03/25/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.6   2880.00
 #3777     Review closed claims in ARPC sample                   800.00
```

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 3

                       W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 03/02/08  Peterson  / (07) Committee, Creditors'                  0.4      320.00
 #3704     email to Finch re: incidence data                    800.00

 03/03/08  Peterson  / (07) Committee, Creditors'                  0.4      320.00
 #3706     Memos to Inselbuch re: settlement issues             800.00

 03/03/08  Relles    / (07) Committee, Creditors'                  0.5      237.50
 #3902     reply to Candon email question                       475.00

 03/04/08  Peterson  / (07) Committee, Creditors'                  0.6      480.00
 #3716     Review Inselbuch memorandum                          800.00

 03/04/08  Relles    / (07) Committee, Creditors'                  3.2     1520.00
 #3906     analyze death rates among pending claimants, memo to 475.00
           Finch et al

 03/05/08  Peterson  / (07) Committee, Creditors'                  1.0      800.00
 #3718     Memo to Inselbuch re: analysis of deferred payments  800.00

 03/05/08  Relles    / (07) Committee, Creditors'                  0.6      285.00
 #3913     telephone Finch re: Peterson slide revisions         475.00

 03/07/08  Peterson  / (07) Committee, Creditors'                  1.0      800.00
 #3736     Telephone Relles re: Finch comments about slides,    800.00
           review slides

 03/07/08  Relles    / (07) Committee, Creditors'                  1.0      475.00
 #3924     telephone Peterson re: Finch comments about slides,  475.00
           review slides

 03/10/08  Peterson  / (07) Committee, Creditors'                  0.4      320.00
 #3745     Telephone Inselbuch re: settlement discussions       800.00

 03/10/08  Relles    / (07) Committee, Creditors'                  0.5      237.50
 #3930     email correspondence with Finch                      475.00

 03/13/08  Relles    / (07) Committee, Creditors'                  2.7     1282.50
 #3948     summarize Grace verdicts and judgments for Finch     475.00

 03/13/08  Relles    / (07) Committee, Creditors'                  1.0      475.00
 #3949     work on Bailor requests                              475.00

 03/19/08  Relles    / (07) Committee, Creditors'                  1.4      665.00
 #3962     run Trust simulations for Inselbuch                  475.00
```

{D0110514.1 }

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                               Page 4

                        W. R. Grace


Date/Slip# Description                                       HOURS/RATE      AMOUNT
-----------------------------------------------------------------------------------
 03/20/08  Peterson  / (07) Committee, Creditors'                    1.9    1520.00
 #3765     Review Snyder deposition                               800.00

 03/20/08  Peterson  / (07) Committee, Creditors'                    0.6     480.00
 #3767     Telephone Finch re: exhibits                           800.00

 03/21/08  Peterson  / (07) Committee, Creditors'                    0.4     320.00
 #3769     Telephone Finch re: exhibits                           800.00

 03/21/08  Peterson  / (07) Committee, Creditors'                    2.3    1840.00
 #3770     Review Snyder deposition and materials                 800.00

 03/30/08  Peterson  / (07) Committee, Creditors'                    4.3    3440.00
 #3785     Review emails and financial statements from Finch     800.00
```

{D0110514.1 }

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 5

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 03/24/08  Peterson  / (14) Hearings                             2.8   2240.00
 #3773     Review Kraus deposition and materials              800.00

 03/30/08  Peterson  / (14) Hearings                             3.2   2560.00
 #3786     Review Halpain depositions                         800.00

 03/31/08  Peterson  / (14) Hearings                             1.6   1280.00
 #3788     Review Halpain depositions                         800.00
```

{D0110514.1 }

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 6

                     W. R. Grace


Date/Slip# Description                                        HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 03/19/08  Peterson  / (16) Plan and Disclosure Statement          2.6     2080.00
  #3762    Analysis of claims and values for proposed TDP        800.00
```

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                             Page 7

                     W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 03/05/08  Peterson  / (20) Travel - Non-working                   1.0    400.00
 #3725     Travel to New York                                    400.00

 03/06/08  Peterson  / (20) Travel - Non-working                   1.0    400.00
 #3732     Travel to Thousand Oaks                               400.00

 03/11/08  Peterson  / (20) Travel - Non-working                   3.4   1360.00
 #3747     Travel to Chicago                                     400.00

 03/12/08  Peterson  / (20) Travel - Non-working                   2.0    800.00
 #3751     Travel to Thousand Oaks                               400.00
```

{D0110514.1 }

```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 8

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 03/01/08  Peterson   / (28) Data Analysis                      3.7    2960.00
 #3701     Work on trial preparation                         800.00

 03/01/08  Peterson   / (28) Data Analysis                      2.9    2320.00
 #3702     Work on technical issues for settlement discussions  800.00

 03/01/08  Relles     / (28) Data Analysis                      2.5    1187.50
 #3901     work on simulation                                475.00

 03/03/08  Peterson   / (28) Data Analysis                      0.7     560.00
 #3708     Telephone Relles re: Price article, background    800.00
           cancer rates

 03/03/08  Peterson   / (28) Data Analysis                      2.0    1600.00
 #3709     Telephone Relles re: review simulations           800.00

 03/03/08  Relles     / (28) Data Analysis                      0.7     332.50
 #3903     telephone Peterson re: Price article, background  475.00
           cancer rates

 03/03/08  Relles     / (28) Data Analysis                      2.6    1235.00
 #3904     run and review additional simulations             475.00

 03/03/08  Relles     / (28) Data Analysis                      2.0     950.00
 #3905     telephone Peterson re: review simulations         475.00

 03/04/08  Peterson   / (28) Data Analysis                      1.2     960.00
 #3710     Telephone Relles re: review simulations           800.00

 03/04/08  Peterson   / (28) Data Analysis                      1.5    1200.00
 #3711     telephone Relles (several calls) re: additional   800.00
           simulations

 03/04/08  Peterson   / (28) Data Analysis                      4.8    3840.00
 #3713     Work out formula for determining required deferred 800.00
           payments by Grace

 03/04/08  Peterson   / (28) Data Analysis                      3.7    2960.00
 #3714     Draft memo re: deferred payment formula           800.00

 03/04/08  Relles     / (28) Data Analysis                      1.2     570.00
 #3907     telephone Peterson re: review simulations         475.00

 03/04/08  Relles     / (28) Data Analysis                      2.0     950.00
 #3908     work on memo about simulation results             475.00
```

{D0110514.1 }

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 9

                    W. R. Grace


Date/Slip#  Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 03/04/08   Relles    / (28) Data Analysis                         1.5   712.50
 #3909      telephone Peterson (several calls) re: additional   475.00
            simulations

 03/04/08   Relles    / (28) Data Analysis                         2.7  1282.50
 #3910      work on additional simulation analyses              475.00

 03/05/08   Peterson  / (28) Data Analysis                         0.5   400.00
 #3720      telephone Relles re: discuss simulation analyses    800.00
            results

 03/05/08   Peterson  / (28) Data Analysis                         0.5   400.00
 #3721      telephone Relles re: Libby liability                800.00

 03/05/08   Peterson  / (28) Data Analysis                         3.7  2960.00
 #3722      Prepare materials for meeting in NY                 800.00

 03/05/08   Peterson  / (28) Data Analysis                         2.6  2080.00
 #3723      Review materials on mesothelioma incidence          800.00

 03/05/08   Relles    / (28) Data Analysis                         2.6  1235.00
 #3914      review Libby emails (.5), prepare estimates of Libby 475.00
            liability (1.6), telephone Peterson (0.5) re: same

 03/05/08   Relles    / (28) Data Analysis                         3.6  1710.00
 #3915      work on additional simulation analyses, summaries  475.00
            and graphics for NY meeting

 03/05/08   Relles    / (28) Data Analysis                         0.5   237.50
 #3916      telephone Peterson: discuss simulation analyses    475.00
            results

 03/06/08   Peterson  / (28) Data Analysis                         2.0  1600.00
 #3726      telephone Relles re: review slides for testimony    800.00

 03/06/08   Peterson  / (28) Data Analysis                         0.4   320.00
 #3727      telephone Relles re: conference call, next steps    800.00

 03/06/08   Peterson  / (28) Data Analysis                         5.0  4000.00
 #3728      Settlement discussions with debtors, ACC, FRC and   800.00
            professionals

 03/06/08   Peterson  / (28) Data Analysis                         2.6  2080.00
 #3730      Review materials from meeting                      800.00
```

{D0110514.1 }

```
Date: 04/16/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 10

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 03/06/08  Peterson   / (28) Data Analysis                      3.8    3040.00
 #3731     Review draft trial exhibits                        800.00

 03/06/08  Relles     / (28) Data Analysis                      2.0     950.00
 #3917     participate in conference call re: settlements     475.00

 03/06/08  Relles     / (28) Data Analysis                      0.4     190.00
 #3918     telephone Peterson re: conference call, next steps 475.00

 03/06/08  Relles     / (28) Data Analysis                      5.9    2802.50
 #3919     work on slides for Peterson testimony              475.00

 03/06/08  Relles     / (28) Data Analysis                      2.0     950.00
 #3920     telephone Peterson re: review slides for testimony 475.00

 03/07/08  Peterson   / (28) Data Analysis                      2.5    2000.00
 #3733     Address issues of Libby claims and trust treatment 800.00

 03/07/08  Peterson   / (28) Data Analysis                      3.5    2800.00
 #3734     Work on trial exhibits                             800.00

 03/07/08  Peterson   / (28) Data Analysis                      1.6    1280.00
 #3735     Review trial exhibits                              800.00

 03/07/08  Peterson   / (28) Data Analysis                      2.8    2240.00
 #3737     Review claims files for resolved claims            800.00

 03/07/08  Relles     / (28) Data Analysis                      6.7    3182.50
 #3921     preparation of slides and graphics                 475.00

 03/07/08  Relles     / (28) Data Analysis                      0.3     142.50
 #3923     email communication with Romano re: slides         475.00

 03/08/08  Peterson   / (28) Data Analysis                      6.4    5120.00
 #3738     Work on trial exhibits                             800.00

 03/08/08  Relles     / (28) Data Analysis                      2.0     950.00
 #3925     investigate effects of adjusting for background    475.00
           mesos at various levels

 03/08/08  Relles     / (28) Data Analysis                      3.2    1520.00
 #3926     work on slides for trial                           475.00

 03/09/08  Peterson   / (28) Data Analysis                      0.5     400.00
 #3739     Telephone Relles re: background rate effects on    800.00
           payments
```

{D0110514.1 }

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 11

                     W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/09/08  Peterson  / (28) Data Analysis                       6.8     5440.00
 #3740     Work on trial exhibits                             800.00

 03/09/08  Relles    / (28) Data Analysis                       4.5     2137.50
 #3927     work on slides for trial                           475.00

 03/09/08  Relles    / (28) Data Analysis                       0.5      237.50
 #3928     telephone Peterson re: background rate effects on  475.00
           payments

 03/10/08  Peterson  / (28) Data Analysis                       4.5     3600.00
 #3741     Review hearing transcripts                         800.00

 03/10/08  Peterson  / (28) Data Analysis                       3.3     2640.00
 #3742     Prepare for testimony                              800.00

 03/10/08  Peterson  / (28) Data Analysis                       3.8     3040.00
 #3743     Review analyses for settlement discussions         800.00

 03/10/08  Relles    / (28) Data Analysis                       1.2      570.00
 #3931     review Lees report                                 475.00

 03/10/08  Relles    / (28) Data Analysis                       2.5     1187.50
 #3932     work on examining effects of background rates     475.00

 03/10/08  Relles    / (28) Data Analysis                       0.7      332.50
 #3933     review slides from Romano                          475.00

 03/11/08  Peterson  / (28) Data Analysis                       1.0      800.00
 #3746     telephone Relles re: materials for Chicago meeting 800.00

 03/11/08  Peterson  / (28) Data Analysis                       3.2     2560.00
 #3748     Review proposals for settlement discussion         800.00

 03/11/08  Peterson  / (28) Data Analysis                       3.1     2480.00
 #3749     Review draft trial exhibits                        800.00

 03/11/08  Relles    / (28) Data Analysis                       1.4      665.00
 #3935     review death rate computations                     475.00

 03/11/08  Relles    / (28) Data Analysis                       2.7     1282.50
 #3936     work on graphics for trial                         475.00

 03/11/08  Relles    / (28) Data Analysis                       2.5     1187.50
 #3937     work on materials for Chicago meeting              475.00
```

{D0110514.1 }

```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                        Page 12

                      W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/11/08  Relles    / (28) Data Analysis                     1.0     475.00
 #3938     telephone Peterson re: materials for Chicago meeting 475.00

 03/12/08  Peterson  / (28) Data Analysis                     5.0    4000.00
 #3750     Settlement discussions with debtors, ACC, FRC and  800.00
           professionals

 03/12/08  Peterson  / (28) Data Analysis                     4.9    3920.00
 #3752     Review hearing transcripts                         800.00

 03/12/08  Peterson  / (28) Data Analysis                     1.0     800.00
 #3753     Telephone Relles re: materials for Chicago meeting 800.00

 03/12/08  Relles    / (28) Data Analysis                     1.0     475.00
 #3941     develop addtional materials for Chicago meeting    475.00

 03/12/08  Relles    / (28) Data Analysis                     1.0     475.00
 #3942     telephone Peterson re: materials for Chicago meeting 475.00

 03/12/08  Relles    / (28) Data Analysis                     2.7    1282.50
 #3943     work on graphics for trial                         475.00

 03/12/08  Relles    / (28) Data Analysis                     2.7    1282.50
 #3944     review graphics for trial                          475.00

 03/13/08  Brelsford / (28) Data Analysis                     0.5     122.50
 #4401     telephone Relles re: status of analyses            245.00

 03/13/08  Relles    / (28) Data Analysis                     0.5     237.50
 #3946     telephone Brelsford re: status of analyses         475.00

 03/13/08  Relles    / (28) Data Analysis                     2.7    1282.50
 #3947     review graphics for trial                          475.00

 03/14/08  Peterson  / (28) Data Analysis                     0.5     400.00
 #3754     Review verdict data                                800.00

 03/14/08  Peterson  / (28) Data Analysis                     5.6    4480.00
 #3755     Prepare for trial testimony                        800.00

 03/14/08  Relles    / (28) Data Analysis                     3.2    1520.00
 #3950     update archives                                    475.00

 03/14/08  Relles    / (28) Data Analysis                     1.5     712.50
 #3951     work on documentation to support trial testimony   475.00
```

{D0110514.1 }

```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 13

                       W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/15/08  Peterson  / (28) Data Analysis                        4.3     3440.00
 #3756     Review materials related to Debtors' motions in     800.00
           limine

 03/15/08  Peterson  / (28) Data Analysis                        6.2     4960.00
 #3757     Work on trial exhibits                              800.00

 03/15/08  Relles    / (28) Data Analysis                        1.2      570.00
 #3952     develop additional graphics for Peterson testimony  475.00

 03/15/08  Relles    / (28) Data Analysis                        0.8      380.00
 #3953     develop additional slides for Peterson testimony    475.00

 03/16/08  Peterson  / (28) Data Analysis                        9.3     7440.00
 #3758     Work on rebuttal exhibits                           800.00

 03/16/08  Relles    / (28) Data Analysis                        3.8     1805.00
 #3954     develop additional slides for Peterson testimony    475.00

 03/17/08  Peterson  / (28) Data Analysis                        8.4     6720.00
 #3759     Work on rebuttal exhibits                           800.00

 03/17/08  Relles    / (28) Data Analysis                        1.0      475.00
 #3955     Organize of programs and data files for Brelsford  475.00

 03/17/08  Relles    / (28) Data Analysis                        6.5     3087.50
 #3956     work on Peterson slides for testimony              475.00

 03/18/08  Brelsford / (28) Data Analysis                        0.9      220.50
 #4402     telephone Relles re: analyses in support of Peterson 245.00
           testimony

 03/18/08  Brelsford / (28) Data Analysis                        0.3       73.50
 #4403     review and check data and analyses for Peterson    245.00
           testimony

 03/18/08  Peterson  / (28) Data Analysis                        7.8     6240.00
 #3760     Work on rebuttal exhibits                           800.00

 03/18/08  Relles    / (28) Data Analysis                        0.9      427.50
 #3957     telephone Brelsford re: analyses in support of     475.00
           Peterson testimony

 03/18/08  Relles    / (28) Data Analysis                        5.5     2612.50
 #3958     work on Peterson slides                            475.00
```

{D0110514.1 }

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 14

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 03/18/08  Relles    / (28) Data Analysis                        1.4    665.00
 #3959     telephone Brelsford re: Peterson slides,           475.00
           organization of programs and data files

 03/19/08  Brelsford / (28) Data Analysis                        3.5    857.50
 #4404     review and check data and analyses for Peterson    245.00
           testimony

 03/19/08  Brelsford / (28) Data Analysis                        0.5    122.50
 #4405     telephone Relles re: status of analyses            245.00

 03/19/08  Peterson  / (28) Data Analysis                        3.7   2960.00
 #3761     Work on rebuttal exhibits                          800.00

 03/19/08  Peterson  / (28) Data Analysis                        1.0    800.00
 #3763     Review trust simulations                           800.00

 03/19/08  Relles    / (28) Data Analysis                        0.5    237.50
 #3960     telephone Brelsford re: status of analyses         475.00

 03/19/08  Relles    / (28) Data Analysis                        1.4    665.00
 #3961     review Peterson slides from Romano                 475.00

 03/20/08  Peterson  / (28) Data Analysis                        4.1   3280.00
 #3766     Work on rebuttal exhibits                          800.00

 03/21/08  Peterson  / (28) Data Analysis                        4.6   3680.00
 #3768     Work on rebuttal exhibits                          800.00

 03/22/08  Peterson  / (28) Data Analysis                        4.3   3440.00
 #3771     Work on rebuttal exhibits                          800.00

 03/23/08  Peterson  / (28) Data Analysis                        5.3   4240.00
 #3772     Work on rebuttal exhibits                          800.00

 03/24/08  Peterson  / (28) Data Analysis                        2.9   2320.00
 #3774     Work on rebuttal exhibits                          800.00

 03/24/08  Peterson  / (28) Data Analysis                        4.7   3760.00
 #3775     Review documents for rebuttal                     800.00

 03/25/08  Peterson  / (28) Data Analysis                        5.1   4080.00
 #3776     Work on rebuttal exhibits                          800.00

 03/26/08  Peterson  / (28) Data Analysis                        6.6   5280.00
 #3778     Prepare for testimony                             800.00
```

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 15

                         W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 03/26/08  Peterson  / (28) Data Analysis                           4.9   3920.00
 #3779     Review and edit direct exhibits                       800.00

 03/27/08  Peterson  / (28) Data Analysis                           5.7   4560.00
 #3780     Prepare for testimony                                 800.00

 03/27/08  Peterson  / (28) Data Analysis                           3.9   3120.00
 #3781     Review and edit direct exhibits                       800.00

 03/28/08  Peterson  / (28) Data Analysis                           8.3   6640.00
 #3782     Work on direct exhibits                               800.00

 03/29/08  Peterson  / (28) Data Analysis                           4.7   3760.00
 #3783     Review hearing transcript                             800.00

 03/29/08  Peterson  / (28) Data Analysis                           4.3   3440.00
 #3784     Work on direct exhibits                               800.00

 03/30/08  Peterson  / (28) Data Analysis                           1.9   1520.00
 #3787     Review hearing transcripts                            800.00

 03/31/08  Peterson  / (28) Data Analysis                           5.2   4160.00
 #3789     Review hearing transcripts                            800.00
--------------------------------------------------------------------------------
```

{D0110514.1 }

```
Date: 04/16/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 16

                              W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                          March 2008 - March 2008

   MONTH        ACTIVITY                                     HOURS     AMOUNT
   ---------------------------------------------------------------------------
   March      - (05) Claims Anal Objectn/Resolutn (Asbest)    35.0   24880.00
   March      - (07) Committee, Creditors'                    24.2   15817.50
   March      - (14) Hearings                                  7.6    6080.00
   March      - (16) Plan and Disclosure Statement             2.6    2080.00
   March      - (20) Travel - Non-working                      7.4    2960.00
   March      - (28) Data Analysis                           324.2  223794.00
   March      - (99) Total                                   401.0  275611.50

   Total      - (05) Claims Anal Objectn/Resolutn (Asbest)    35.0   24880.00
   Total      - (07) Committee, Creditors'                    24.2   15817.50
   Total      - (14) Hearings                                  7.6    6080.00
   Total      - (16) Plan and Disclosure Statement             2.6    2080.00
   Total      - (20) Travel - Non-working                      7.4    2960.00
   Total      - (28) Data Analysis                           324.2  223794.00
   Total      - (99) Total                                   401.0  275611.50

   ---------------------------------------------------------------------------
```

{D0110514.1 }

```
Date: 04/16/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 17

                         W. R. Grace

                Summary Of Time Charges, By Month and Person
                        March 2008 - March 2008

   MONTH       PERSON                                          HOURS      AMOUNT
  -----------------------------------------------------------------------------
   March     - Relles                                          120.2   57095.00
   March     - Peterson                                        275.1  217120.00
   March     - Brelsford                                         5.7    1396.50
   March     - Total                                           401.0  275611.50

   Total     - Relles                                          120.2   57095.00
   Total     - Peterson                                        275.1  217120.00
   Total     - Brelsford                                         5.7    1396.50
   Total     - Total                                           401.0  275611.50

  -----------------------------------------------------------------------------
```

{D0110514.1 }

```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 18

                        W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                         March 2008 - March 2008

 MONTH      PERSON                                 HOURS    RATE     AMOUNT
 ----------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 March     - Relles                                  9.6    475.     4560.00
 March     - Peterson                               25.4    800.    20320.00

 (07) Committee, Creditors'

 March     - Relles                                 10.9    475.     5177.50
 March     - Peterson                               13.3    800.    10640.00

 (14) Hearings

 March     - Peterson                                7.6    800.     6080.00

 (16) Plan and Disclosure Statement

 March     - Peterson                                2.6    800.     2080.00

 (20) Travel - Non-working

 March     - Peterson                                7.4    400.     2960.00

 (28) Data Analysis

 March     - Relles                                 99.7    475.    47357.50
 March     - Peterson                              218.8    800.   175040.00
 March     - Brelsford                               5.7    245.     1396.50

 ----------------------------------------------------------------------------
```

{D0110514.1 }

```
Date: 04/16/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                        Page 19


     W. R. Grace Expenses for March 2008


  Printing of Draft Trial Exhibits                           $39.42
  Travel to New York                                       4,131.56
  Travel to Chicago                                        2,658.56
                                                          --------
  Total Expenses                                          $6,829.54

  ----------------------------------------------------------------------


   March 5-6, Thousand Oaks - New York

      Airfare                          $2,795.00
      Hotel                               755.00
      Hotel taxes                         104.48
      Meals                                47.08
      Car Service to LAX                  136.50
      Car service JFK to Hotel            125.00
      Car Service LAX to Thousand Oaks    168.50
                                       ---------
                                       $4,131.56


   Notes:  Meeting arrangements kept changing.  Airfare is less
           than Y-UA coach fare of $2,929.00.  Hotel:  Limited room
           availability at time of booking.  LAS will accept a 50%
           reduction.


   March 11-12, Thousand Oaks - Chicago

      Airfare                          $1,747.00
      Hotel                               375.00
      Hotel taxes                         104.48
      Meals                                47.08
      Car service to LAX                  136.50
      Car service O'Hare to Hotel          80.00
      Car Service LAX to Thousand Oaks    168.50
                                       ---------
                                       $2,658.56


   Notes:  Meeting arrangements kept changing at request of
           Debtor's executives attending.  Airfare is less than
           full coach.

  ----------------------------------------------------------------------
```

{D0110514.1 }