## EXHIBIT A

### Asset Disposition (.40 Hours; $ 336.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $840 | 336.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/14/08 | PVL | 840.00 | 0.10 | Review memo and email re ELT sale motion. |
| 03/19/08 | PVL | 840.00 | 0.30 | Review Unifirst ELT obj (.1); review 2 resps to ELT motion (.2). |

**Total Task Code .02          .40**

### Case Administration (4.00 Hours; $ 2,631.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $840 | 1,428.00 |
| Trevor W. Swett | .30 | $660 | 198.00 |
| Rita C. Tobin | 1.00 | $530 | 530.00 |
| James P. Wehner | 1.00 | $475 | 475.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/08 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 03/03/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 03/04/08 | PVL | 840.00 | 0.10 | Review 11 miscellaneous filings. |
| 03/06/08 | PVL | 840.00 | 0.50 | Review 2/25 hearing transcript. |
| 03/07/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 03/07/08 | TWS | 660.00 | 0.10 | E-mails from Court in LTC bankruptcy |
| 03/07/08 | JPW | 475.00 | 0.10 | Review order |

{D0110517.1 }

| 03/14/08 | PVL | 840.00 | 0.10 | Review revised agenda and email. |
| 03/14/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 03/19/08 | PVL | 840.00 | 0.40 | Review 14 miscellaneous filings. |
| 03/21/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 03/24/08 | PVL | 840.00 | 0.10 | Review 19 miscellaneous filings. |
| 03/25/08 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 03/26/08 | PVL | 840.00 | 0.30 | Review email (.1); review Ray report re LTC (.2). |
| 03/27/08 | TWS | 660.00 | 0.20 | Conference with JPW re LTC update |
| 03/27/08 | JPW | 475.00 | 0.50 | Review Examiner's report |
| 03/28/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI updates (.2) |
| 03/28/08 | JPW | 475.00 | 0.40 | Review Debtors' response and send e-mail |

**Total Task Code .04**        **4.00**

### Claim Analysis Objection & Resolution (Asbestos) (11.80 Hours; $ 9,912.00)

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | 11.80 | | $840 | 9,912.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/08 | PVL | 840.00 | 0.20 | Review Baer letter to Judge Fitzgerald (.1); review Free v. Ametek opinion (.1). |
| 03/03/08 | PVL | 840.00 | 0.10 | Teleconference EI and review email. |
| 03/04/08 | PVL | 840.00 | 0.10 | Review Monaco letter to Judge Fitzgerald. |
| 03/05/08 | PVL | 840.00 | 0.20 | Review Grace opposition to ACA motion. |

| 03/07/08 | PVL | 840.00 | 1.40 | Review 2/25 hearing transcript (.9); review Dunbar rebuttal to Biggs (.5). |
| 03/08/08 | PVL | 840.00 | 2.10 | Review Kraus depo. |
| 03/11/08 | PVL | 840.00 | 0.20 | Review US DOJ settlement agreement re Libby. |
| 03/13/08 | PVL | 840.00 | 0.30 | Review Grace opposition to Speights motion to extend (.1); review Grace motion re DOJ Libby settlement (.2). |
| 03/14/08 | PVL | 840.00 | 0.20 | Review D. Ct. op re NJDEP late claims. |
| 03/16/08 | PVL | 840.00 | 0.60 | Review email (.1); review 2 miscellaneous filings (.1); review ACC MIL re Rule 408 (.1); review Grace MIL re Snyder (.3). |
| 03/17/08 | PVL | 840.00 | 0.10 | Review email. |
| 03/19/08 | PVL | 840.00 | 2.40 | Review ZAI Rule 706 motion (.2); review ZAI motion to cert. Wash. class (.3); review ZAI motion for dismissal of claim (.3); review Grace ZAI bar date motion (.5); review email (.2); confer JAL re DOJ Libby settlement (.4); review Grace MIL re Kraus (.5). |
| 03/24/08 | PVL | 840.00 | 0.60 | Review email re DOJ deal (.1); review Grace Rule 408 response and email NDF re same (.4); review NYS and US objs to ELT motion (.1). |
| 03/25/08 | PVL | 840.00 | 0.20 | Review email and reply. |
| 03/27/08 | PVL | 840.00 | 0.80 | Confer NDF (.4); review email and reply (.2); teleconference EI (.2). |
| 03/28/08 | PVL | 840.00 | 0.10 | Review email and reply. |
| 03/29/08 | PVL | 840.00 | 0.40 | Review email (.2); review MIL re ins evidence (.2). |
| 03/31/08 | PVL | 840.00 | 1.80 | Review email and reply (.4); review MIL re Shapo (.1); review Transit agreement (.1); review Beber ex 17 (.1); email Horkovich and NDF (.1); review op re rehearing (.2); review ACC opposition to MIL re Snyder (.2); review opposition to MIL re Kraus (.2); review 12/06 transcript (.3); teleconference EI (.1). |

**Total Task Code .05        11.80**

## Claim Analysis Objection & Resolution (Non-Asbestos) (14.20Hours; $ 7,098.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |
| Jeffrey A. Liesemer | 14.00 | $495 | 6,930.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/07/08 | JAL | 495.00 | 0.30 | Drafted e-mail to M. Huford re: U.S. Trustee's fee application questions. |
| 03/11/08 | JAL | 495.00 | 0.20 | Telephone call w/M. Hurford re: proposed Libby settlement agreement. |
| 03/13/08 | JAL | 495.00 | 1.00 | Review and analysis of memo from J. Sinclair re: proposed Libby environmental settlement (.4) review and analysis of motion to approve Libby environmental settlement and related papers (.6). |
| 03/14/08 | JAL | 495.00 | 0.20 | Telephone call w/M. Huford re: issues relating to Grace's environmental motion. |
| 03/18/08 | JAL | 495.00 | 0.20 | Voice message from M. Hurford re: proposed Libby environmental settlement and reviewed exchange of e-mails from counsel re: same. |
| 03/19/08 | PVL | 840.00 | 0.20 | Review motion re Curtis Bay (.1); review motion re RE tax claims (.1). |
| 03/19/08 | JAL | 495.00 | 1.30 | Telephone call w/M. Hurford re: proposed Libby environmental settlement (.50); tele. conf. (2x) w/M. Hurford re: Grace's motion to approve Libby environmental settlement (.40); tele. conf. w/PVNL re: Grace's motion to approve Libby environmental settlement (.40). |
| 03/20/08 | JAL | 495.00 | 0.30 | Office conf. w/KB re: environmental claims issues (.10); reviewed memo and other correspondence from KB re: environmental claims issues (.10); tele. call and voice message to R. Myron re: proposed Libby environmental settlement (.10). |
| 03/21/08 | JAL | 495.00 | 2.00 | Review and analysis of memo re: environmental claims issues (1.40); tele. conf. w/D. Felder re: proposed environmental settlement (.40); drafted and |

|          |     |        |      | revised e-mail to M. Hurford re: Libby environmental settlement (.20). |
|----------|-----|--------|------|-----------------------------------------------------------------------|
| 03/24/08 | JAL | 495.00 | 2.30 | Review and analysis of materials relating to proposed Libby environmental settlement (.70); review and analysis of memo from M. Hurford re: proposed Libby environmental settlement (.50); reviewed e-mail from R. Horkovich re: proposed Libby environmental settlement and related insurance issues (.20); drafted and revised e-mails (2x) to M. Hurford re: proposed Libby environmental settlement (.20); legal research re: issues relating to proposed Libby environmental (.30); further review and analysis of materials relating to proposed Libby environmental settlement (.40). |
| 03/25/08 | JAL | 495.00 | 0.60 | Review and analysis of materials relating to proposed Libby environmental settlement (.30); drafted and revised e-mail to M. Hurford re: proposed Libby environmental settlement (.30). |
| 03/26/08 | JAL | 495.00 | 3.00 | Tele. call w/TEP re: legal research in connection with proposed Libby environmental settlement (.40); reviewed reply e-mail from M. Hurford re: proposed Libby environmental settlement (.10); review and analysis of proposed Libby environmental settlement agreement (1.60); legal research and analysis related to proposed Libby environmental settlement (.50); drafted and revised memo to M. Hurford re: proposed Libby environmental settlement (.40). |
| 03/27/08 | JAL | 495.00 | 0.50 | Reviewed legal memo on issues relating to proposed Libby settlement (.30); brief legal research on issues relating to proposed Libby settlement (.10); drafted e-mail to M. Hurford re: proposed Libby environmental settlement (.10). |
| 03/28/08 | JAL | 495.00 | 1.50 | Tele. conf. w/D. Felder re: proposed Libby environmental settlement (.30); reviewed and edited draft of Information Request List to be sent to the Debtor re: the proposed Libby environmental settlement (1.2). |
| 03/31/08 | JAL | 495.00 | 0.60 | Office conferences (4x) w/TEP re: legal research in connection w/proposed Libby environmental settlement (.40); drafted and revised e-mail to TEP re: same (.10); further office conf. w/TEP re: legal research in connection with proposed Libby environmental settlement (.10). |

**Total Task Code .06**          **14.20**

## Fee Applications, Applicant (13.00 Hours; $ 6,240.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 11.00 | $530 | 5,830.00 |
| Andrew D. Katznelson | 2.00 | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/04/08 | RCT | 530.00 | 0.50 | Review expense (.5) |
| 03/04/08 | RCT | 530.00 | 0.20 | Request report from ADK and review same (.2) |
| 03/06/08 | RCT | 530.00 | 0.30 | Review UST email (.2); email PVNL re same (.1) |
| 03/07/08 | RCT | 530.00 | 1.00 | Review prebills (1.0) |
| 03/10/08 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 03/11/08 | RCT | 530.00 | 2.30 | Emails JR, et al. re response to UST (26th Fee App.) (.5); draft response (.8); review exhibits (1.0) |
| 03/13/08 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 03/17/08 | RCT | 530.00 | 1.50 | Collect information for UST expenses (1.5) |
| 03/18/08 | RCT | 530.00 | 1.00 | Review draft fee application (1.0) |
| 03/19/08 | RCT | 530.00 | 1.00 | Collect information for UST response (.5); draft response (.5) |
| 03/20/08 | ADK | 205.00 | 1.00 | Worked on monthly fee application. |
| 03/21/08 | RCT | 530.00 | 0.50 | Review expenses (.5) |
| 03/21/08 | RCT | 530.00 | 0.50 | Review monthly fee app (.5) |
| 03/21/08 | ADK | 205.00 | 0.50 | Worked on fee application. |
| 03/26/08 | RCT | 530.00 | 1.00 | Review documents re fee issues (1.0) |

| 03/27/08 | RCT | 530.00 | 0.20 | Review fee app. schedule for Appeal (.2) |
|----------|-----|--------|------|------------------------------------------|

**Total Task Code .12          13.00**

## Hearings (67.60 Hours; $ 62,192.00)

| Attorney | | Number of Hours | | Billing Rate | Value |
|----------|--|-----------------|--|--------------|-------|
| Elihu Inselbuch | | 67.60 | | $920 | 62,192.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|-----------|-----------|-----------|---------------|----------------|
| 03/06/08 | EI | 920.00 | 0.20 | T/c NDF re: prep (.2). |
| 03/11/08 | EI | 920.00 | 2.00 | Trial prep and t/c NDF re: same (2.0). |
| 03/14/08 | EI | 920.00 | 1.50 | Trial issues: t/c NDF/Mullady and prep (1.0); t/c NDF and Budd re: Kraus issues (.3); t/cs Hurford re: calendar issue (.2). |
| 03/17/08 | EI | 920.00 | 8.00 | Travel to Pittsburgh preparing for hearing (3.0); confs. in Pittsburgh with NDF and Mullady re: hearing issues (2.0); hearing (2.5); conf. NDF re: results and planning (.5). |
| 03/19/08 | EI | 920.00 | 1.50 | Conf. RCT re: trial prep (.3); t/c NDF/RCT re: trial prep (.2); trial prep (1.0). |
| 03/20/08 | EI | 920.00 | 2.00 | Work on trial prep including calls with NDF, JPW and ALG (2.0). |
| 03/21/08 | EI | 920.00 | 1.70 | T/c ALV and review his material for Anderson (1.0); t/c NDF re: status (.2); prep for trip (.5). |
| 03/24/08 | EI | 920.00 | 9.90 | Travel to Pittsburgh reviewing hearing issues on plane (1.5); conf. with other attorneys (1.5); at Court (4.5); prep for hearing (2.2); Horkovich issues (.2). |
| 03/25/08 | EI | 920.00 | 11.00 | At Court (7.0); prep re: 408 (4.0). |
| 03/26/08 | EI | 920.00 | 9.50 | At Court (8.0); conf. re: trial and witness schedule (1.5). |

| 03/27/08 | EI | 920.00 | 0.80 | Work on 408 (.5); t/cs NDF re: witness list (.3). |
| 03/28/08 | EI | 920.00 | 2.80 | T/c Hurford re: calendar matter (.1); t/cs NDF re: 408 prep and prep for next week (.4); work on 408 outline (1.0); read transcript from 12/06 (1.0); t/c WBS re: same (.3). |
| 03/29/08 | EI | 920.00 | 1.00 | Prep for travel to Pittsburgh and 408 (1.0). |
| 03/30/08 | EI | 920.00 | 6.70 | Work at airport and on plane on trial materials (2.7); conferences and preparation in Pittsburgh (4.0). |
| 03/31/08 | EI | 920.00 | 9.00 | In Court (9.0). |

**Total Task Code .15**        **67.60**

## Litigation and Litigation Consulting (1,374.90 Hours; $ 631,740.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $920 | 460.00 |
| Walter B. Slocombe | 137.10 | $720 | 98,712.00 |
| Trevor W. Swett | .40 | $660 | 264.00 |
| Bernard S. Bailor | 157.30 | $630 | 99,099.00 |
| Nathan D. Finch | 304.50 | $610 | 185,745.00 |
| Rita C. Tobin | 2.60 | $530 | 1,378.00 |
| Jeffrey A. Liesemer | .30 | $495 | 148.50 |
| James P. Wehner | 192.90 | $475 | 91,627.50 |
| Adam L. Vangrack | 261.90 | $320 | 83,808.00 |
| Jeanna M. Rickards | 1.80 | $270 | 486.00 |
| Todd E. Phillips | 26.30 | $255 | 6,706.50 |
| David B. Smith | 172.30 | $235 | 40,490.50 |
| Connie J. Kim | 1.50 | $195 | 292.50 |
| Sarah Z. Emamjomeh | 1.50 | $195 | 292.50 |
| Marissa A. Fanone | 114.00 | $195 | 22,230.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/08 | NDF | 610.00 | 5.30 | Prepare Florence cross and Welch direct exams. |
| 03/03/08 | BSB | 630.00 | 7.50 | Brady prep (4.2); CC NDF, JPW, L. Welch (1.0); research and emails (2.3) |

| 03/03/08 | WBS | 720.00 | 4.10 | Work on trial preparation for Anderson, Florence, Hays (3.5); review 408 consistency motion (0.6). |
|----------|-----|--------|------|---------------------------------------------------------------------------------------------------|
| 03/03/08 | EI | 920.00 | 0.20 | Memo Hurford re: motion status (.2). |
| 03/03/08 | NDF | 610.00 | 11.70 | Telephone conference with Welch re her direct (1.5); work on Welch direct and Moolgavkar cross (4.0); confer with N. Ramsey re Kraus deposition (0.3); review WBS notes re Florence cross (0.6); work on Kraus direct outline (2.1); review medical literature suggested by Welch (1.1); emails to Mullady re Moolgavkar (0.5); email to EI and Mullady re witness order (0.4); revise Florence outline (1.2). |
| 03/03/08 | JAL | 495.00 | 0.10 | Reviewed draft agenda for upcoming omnibus hearing. |
| 03/03/08 | ALV | 320.00 | 3.80 | Prep. for estimation trial. |
| 03/03/08 | JPW | 475.00 | 10.80 | Prepare demonstrative exhibits (3.8); telephone conference with L. Welch re medical issues (1.3); prepare cross examination outline (3.7); e-mails re Motion in Limine (.4); telephone conference with EI re motion, e-mail re same (.2); e-mails re Moolgavkar (.4); meeting with NDF re demonstratives (.5); direct exam outline (.5) |
| 03/03/08 | MAF | 195.00 | 3.00 | Compile cross examination exhibits for attorney review. |
| 03/04/08 | BSB | 630.00 | 7.70 | Prepare exam and create team outlines (5.1); review transcript (2.6) |
| 03/04/08 | WBS | 720.00 | 4.30 | Prepare for meeting with Hays, Hays trial preparation line of questioning, outline and charts. |
| 03/04/08 | NDF | 610.00 | 9.70 | Kraus deposition (8.5); trial preparation (1.2). |
| 03/04/08 | DBS | 235.00 | 3.50 | Compile and review materials for use in Estimation Hearing for case files and attorney review. |
| 03/04/08 | ALV | 320.00 | 5.20 | Preparation for estimation trial. |
| 03/04/08 | JPW | 475.00 | 10.30 | Draft cross exam outlines (3.0); revise and research motion in limine (4.2); revise demonstrative exhibits (2.6); meet with BSB re direct exam (.2); e-mails re motions (.3) |

| 03/05/08 | BSB | 630.00 | 4.70 | Work on Hammar outlines |
| 03/05/08 | WBS | 720.00 | 6.50 | Meeting with Hays (2.1); work on Lees outline (2.3), Hays charts and outline (2.1). |
| 03/05/08 | NDF | 610.00 | 10.20 | Preparation meeting with S. Hays (2.1); confer with WBS and JPW re case issues (0.5); telephone conference with EI re case issues (0.3); telephone conference with Peterson re estimates (0.2); work on Florence cross (2.5); work on Moolgavkar cross (2.2); work on Peterson direct - slide show (1.8); telephone conference with Relles re Peterson slide show (0.6). |
| 03/05/08 | DBS | 235.00 | 2.70 | Compile and review materials for use in Estimation Hearing for case files and attorney review (2.0); create calendar with expected date for witnesses to testify for attorney review (.7). |
| 03/05/08 | ALV | 320.00 | 7.20 | Preparation for estimation trial. |
| 03/05/08 | ALV | 320.00 | 0.90 | Research re: upcoming pleading. |
| 03/05/08 | JPW | 475.00 | 9.60 | Meeting with S. Hays re trial (2.8); prepare direct examinations (4.9); e-mails re trial logistics (.2); review and revise demonstratives (1.7) |
| 03/06/08 | WBS | 720.00 | 4.90 | Review Lees deposition and reports (1.2); memo re Anderson issues (2.4); review Krause deposition (1.3). |
| 03/06/08 | NDF | 610.00 | 10.50 | Trial preparation. |
| 03/06/08 | DBS | 235.00 | 3.40 | Compile and review materials for use in Estimation Hearing for case files and attorney review (3.2); edit case calendar for attorney review (.2). |
| 03/06/08 | ALV | 320.00 | 8.80 | Preparation for estimation trial. |
| 03/06/08 | JPW | 475.00 | 7.30 | Telephone conference with FCR re trial planning (1.0); revise demonstratives (1.2); prepare Gross exam outlines (4.9); e-mails re expert calculations (.2) |
| 03/07/08 | WBS | 720.00 | 4.50 | Work on Florence trial cross outline; conference with NDF re issues re Anderson, witness sequence. |
| 03/07/08 | NDF | 610.00 | 9.80 | Trial preparation (8.8); edit motions in limine (0.5); email with Roggli (0.5). |

| 03/07/08 | DBS | 235.00 | 4.00 | Compile and review materials for use in Estimation Hearing for case files and attorney review. |
|---|---|---|---|---|
| 03/07/08 | ALV | 320.00 | 9.20 | Preparation for estimation trial. |
| 03/07/08 | JPW | 475.00 | 6.50 | Revise motion in limine (1.3); meet with NDF re cross exams (.5); review and revise cross outlines (3.8); e-mails re trial preparation (.9) |
| 03/07/08 | JMR | 270.00 | 1.80 | Review documents to determine most important historical documents on trial exhibit list and determine if any objections have been filed to those exhibits |
| 03/08/08 | WBS | 720.00 | 3.50 | Work on Anderson and general medical cross line. |
| 03/08/08 | NDF | 610.00 | 5.80 | Work on outlines and demonstratives. |
| 03/09/08 | NDF | 610.00 | 4.90 | Trial preparation - witness outlines and exhibits. |
| 03/09/08 | ALV | 320.00 | 4.40 | Preparation for estimation trial. |
| 03/10/08 | BSB | 630.00 | 7.40 | Read and study pleadings (1.2); work on cross exam (4.3); read material from expert (1.9) |
| 03/10/08 | WBS | 720.00 | 7.70 | Review and comment on draft Krause outline (0.5); meeting with Grace team re trial preparation, witness order, line of questions (2.0); work on outlines for Anderson, Hays, Snyder (2.3); research and memo re OSHA analysis of risks at PEL (1.6); review and comment on draft motion on PIQ exclusion (1.3). |
| 03/10/08 | NDF | 610.00 | 11.40 | Work on Snyder, Kraus, Florence and Moolgavkar outlines (8.8); meet with Grace team re boxes to EI and Anderson (1.4); review Halpain file (1.2). |
| 03/10/08 | DBS | 235.00 | 6.90 | Compile materials related to upcoming witnesses, including deposition transcripts, witness outlines, demonstratives, expert reports, and potential exhibits for attorney review (6.4); attend meeting re upcoming witnesses (.5). |
| 03/10/08 | ALV | 320.00 | 10.00 | Preparation for estimation trial (6.5); research related to upcoming pleadings (3.5). |
| 03/10/08 | JPW | 475.00 | 10.00 | Revise demonstratives (2.9); meet with trial team re cross exams (1.5); meet with NDF re motion in |

| | | | | limine (.4); revise cross-exam outlines (3.7); revise motion in limine (1.5) |
|---|---|---|---|---|
| 03/10/08 | MAF | 195.00 | 4.00 | Compile and organize witness outlines and trial materials to be sent to co-counsel. |
| 03/11/08 | BSB | 630.00 | 9.00 | Read draft motions and comment (1.6); continue work on trial exam (6.3); review slides (1.1) |
| 03/11/08 | WBS | 720.00 | 4.40 | Planning documents for use in Anderson cross (1.5); update memo on OSHA standards and science (1.3); review drafts on 408, PIQs (0.4); work on summary outline of failure of proof (1.2). |
| 03/11/08 | NDF | 610.00 | 12.00 | Trial preparation - work on Florence and Moolgavkar outlines (11.0); respond to emails re scheduling and witness prep issues (0.5); edit motions in limine (0.5). |
| 03/11/08 | DBS | 235.00 | 5.70 | Compile potential cross-examination exhibits for attorney review (2.5); attend meeting re cross-examination exhibits for upcoming witness (.5); compile and review materials for use in Estimation Hearing for case files and attorney review (2.2); coordinate logistics for Estimation Hearing (.5). |
| 03/11/08 | ALV | 320.00 | 8.70 | Preparation for estimation trial (7.7); research related to upcoming pleadings (1.0). |
| 03/11/08 | JPW | 475.00 | 8.60 | Revise motions in limine (6.5); research evidence issues (1.8); e-mails re same (.3) |
| 03/12/08 | BSB | 630.00 | 8.70 | cc NDF, JPW, Wells (1.8); review new Chrysotile article (1.0); assemble and review trial materials (5.9) |
| 03/12/08 | WBS | 720.00 | 1.20 | Revise Talking Points on failure of proof. |
| 03/12/08 | NDF | 610.00 | 10.30 | Trial prep - work on Florence outline (9.8); review Grace deposition designations (0.5). |
| 03/12/08 | DBS | 235.00 | 4.10 | Compile potential cross-examination exhibits for attorney review (3.4); coordinate logistics for Estimation Hearing (.7). |
| 03/12/08 | ALV | 320.00 | 12.10 | Preparation for estimation trial (7.2); research related to upcoming pleadings (1.0); editing and cite-checking of motions in limine (3.9). |

| | | | | |
|---|---|---|---|---|
| 03/12/08 | JPW | 475.00 | 9.80 | Revise cross outlines (4.2); telephone conference with FCR re cross exams (1.0); meet with NDF re trial preparation (.8); e-mails re cross exams (1.7); e-mails re motions in limine (1.1); meet with BSB re cross exams (.5); revise demonstratives (.5) |
| 03/13/08 | BSB | 630.00 | 6.00 | Review memo (restitution) for EI (.6); review draft motions (1.1); depo designations (4.3) |
| 03/13/08 | WBS | 720.00 | 0.40 | Review new medical article and notes on its use. |
| 03/13/08 | NDF | 610.00 | 8.70 | Trial prep - review Hughes and Beber depositions for designations (4.5); work on Florence and Moolgavkar outlines (3.7); telephone conference with Peterson re case issues (0.5). |
| 03/13/08 | DBS | 235.00 | 1.60 | Compile potential cross-examination exhibits for attorney review. |
| 03/13/08 | ALV | 320.00 | 3.50 | Preparation for estimation trial (1.0); research and cite-checking re: pending motions (2.5). |
| 03/13/08 | JPW | 475.00 | 5.20 | Telephone conference with B. Cleveland (.3); revise Motions in Limine (3.4); meet with TEP re motions (.2); meet with BSB re cross outlines (.5); e-mails re motions (.5); meet with NDF re motions (.3) |
| 03/13/08 | MAF | 195.00 | 6.00 | Review designations of deposition transcripts, electronically mark deposition transcripts accordingly, and draft deposition designation pleading. |
| 03/14/08 | BSB | 630.00 | 7.30 | Mtg of trial team (2.3); follow up on additional articles (1.9); work on direct exams (3.1) |
| 03/14/08 | WBS | 720.00 | 1.00 | Review revised motions in limine (0.3); conference call EI, NDF, FCR counsel re witnesses to be called, plans for subpoenas to witnesses, motion in limine filing (0.7). |
| 03/14/08 | NDF | 610.00 | 15.10 | Trial preparation (Florence and Peterson) (8.5); confer with JPW and BSB re Florence and Moolgavkar slides (2.0); telephone conference with Bernick (0.5); telephone conference with AUSA re Libby criminal case (0.1); telephone conference with Budd re case issues (0.3); review Grace demonstratives for 3/17 hearing (0.8); prepare for 3/17 hearing (1.4); review and analyze case memos re evidence issues (1.5). |

| 03/14/08 | DBS | 235.00 | 1.80 | Cite check brief for attorney review (.5); compile potential trial exhibits and deposition transcripts for attorney review (1.3). |
|---|---|---|---|---|
| 03/14/08 | JPW | 475.00 | 8.60 | Revise demonstratives (2.9); meet with TEP re motion in limine (.3); revise motion in limine (3.3); telephone conference with M. Hurford re motion in limine (.4); e-mails re cross examinations (.5); meet with NDF re demonstratives (1.2) |
| 03/14/08 | TEP | 255.00 | 4.30 | Review motion in limine re FRE 408 (4.0); confer with JPW re same (0.3). |
| 03/15/08 | WBS | 720.00 | 2.00 | Snyder materials review and research for response to motion in limine to exclude (1.0); EPA health consultation document read (1.0). |
| 03/15/08 | NDF | 610.00 | 0.70 | Review motion in limine re Snyder and draft outline response to same. |
| 03/16/08 | WBS | 720.00 | 3.20 | Draft and research re response to Snyder motion in limine. |
| 03/16/08 | NDF | 610.00 | 3.90 | Estimation hearing trial prep. |
| 03/17/08 | BSB | 630.00 | 7.60 | Trial preparation - update witness outlines (4.2); read pleadings (2.3); obtain materials on Brake workers (1.1) |
| 03/17/08 | WBS | 720.00 | 3.10 | Conference with NDF re witness order, strategy (0.4); research for motions in limine for Snyder/Krause (1.5); review Snyder deposition for response (1.2). |
| 03/17/08 | NDF | 610.00 | 8.80 | Prepare for argument on hearsay issue (2.0); prepare for argument on Kraus issues (1.5); meet with EI and R. Mullady to strategize (0.9); attend omnibus hearing and argue evidence motion (2.6); review and respond to emails re case issues (0.7); review and respond to emails re trial date time change (0.3); review Grace pleading re Kraus (0.8). |
| 03/17/08 | DBS | 235.00 | 7.30 | Compile and review trial exhibits and demonstratives for inclusion into court presentation database (2.4); compile demonstratives from omnibus hearing for witness review (1.0); review marked version of designated deposition transcript (1.0); compile and |

| | | | | |
|---|---|---|---|---|
| | | | | index potential cross examination exhibits for exhibit list and electronic case files (2.9). |
| 03/17/08 | ALV | 320.00 | 10.50 | Research re: pending motions (3.6); prep. for estimation trial (6.1); meetings w/attorneys and paralegal re: plans for upcoming estimation trial work (.80). |
| 03/17/08 | MAF | 195.00 | 7.50 | Review designations of deposition transcripts, electronically mark deposition transcripts accordingly, and draft deposition designation pleading. |
| 03/18/08 | BSB | 630.00 | 7.10 | Review deposition designations (1.4); prepare for meeting of trial team (2.7); continue trial prep (3.0) |
| 03/18/08 | NDF | 610.00 | 9.30 | Grace trial prep: Peterson, Moolgavkar and Florence (8.5); motion in limine response re Kraus (0.8). |
| 03/18/08 | DBS | 235.00 | 5.90 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 03/18/08 | ALV | 320.00 | 10.80 | Meeting w/JPW re: upcoming witnesses (.40); research re: pending motions (3.6); prep. for estimation trial (6.8). |
| 03/18/08 | JPW | 475.00 | 8.00 | Cross designate depositions (2.0); revise demonstratives (4.4); meet with ALV re trial preparation (.6); cross exam preparation (1.0) |
| 03/18/08 | MAF | 195.00 | 6.00 | Review designations of deposition transcripts, electronically mark deposition transcripts accordingly and draft deposition designation pleading. |
| 03/19/08 | BSB | 630.00 | 8.20 | All day meeting with trial team and futures representative |
| 03/19/08 | WBS | 720.00 | 6.40 | Meeting with NDF, JPW, BSB and FCR counsel to go over witness scripts, motion in limine issues, trial strategy (5.2); work on Snyder/Kraus response (1.2). |
| 03/19/08 | RCT | 530.00 | 0.50 | Conferences EI re peer review (.3); research re same (.2) |
| 03/19/08 | NDF | 610.00 | 14.50 | Trial prep: meet with FCR counsel re cross exams (6.5); prepare for Moolgavkar (6.0); prepare for Peterson (1.5); prepare for Florence (0.5). |

{D0110517.1 }

| 03/19/08 | DBS | 235.00 | 5.20 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing. |
|---|---|---|---|---|
| 03/19/08 | ALV | 320.00 | 11.60 | Research re: pending motion responses (2.4); prep. for estimation trial (9.2). |
| 03/19/08 | JPW | 475.00 | 10.70 | Prepare for meeting with FCR (1.0); meet with FCR re trial preparation (7.0); revise demonstratives (2.2); e-mails re cross examination outlines (.5) |
| 03/19/08 | MAF | 195.00 | 5.50 | Review designations of deposition transcripts, electronically mark deposition transcripts accordingly, and draft deposition designation pleading. |
| 03/20/08 | BSB | 630.00 | 4.90 | Read material from experts (2.0); work on trial prep (2.9) |
| 03/20/08 | WBS | 720.00 | 3.20 | Work on witness preparation (Anderson, Lees) (1.2); work on Kraus response (2.0). |
| 03/20/08 | RCT | 530.00 | 2.10 | Conf. EI re peer review (.1); research re peer review standard (.5); review documents re estimation hearing (1.5) |
| 03/20/08 | NDF | 610.00 | 12.80 | Trial preparation - Florence and Moolgavkar (10.8); designate depositions - Beber and Hughes review (1.5); confer with EI re case issues (0.5). |
| 03/20/08 | DBS | 235.00 | 8.20 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 03/20/08 | ALV | 320.00 | 10.60 | Research re: pending motion responses (1.0); prep. for estimation trial (9.6). |
| 03/20/08 | JPW | 475.00 | 9.40 | Meet with NDF re demonstratives (.2); cross exam preparation (4.2); e-mails re trial preparation (1.0); cross designations (1.3); revise demonstratives (2.2); telephone conference with EI re cross exam (.2); meet with ALV re cross exam (.3) |
| 03/20/08 | MAF | 195.00 | 8.00 | Review designations of deposition transcripts, electronically mark deposition transcripts accordingly, and draft deposition designation pleading. |
| 03/21/08 | BSB | 630.00 | 2.80 | Final trial preparation |

| 03/21/08 | WBS | 720.00 | 4.70 | Research and draft re Kraus/Snyder response (3.5); conference call Snyder (1.2). |
| 03/21/08 | NDF | 610.00 | 10.40 | Trial preparation - Moolgavkar and Florence (8.8); trial preparation - Anderson (1.0); trial preparation - Grace exhibits (0.6). |
| 03/21/08 | DBS | 235.00 | 9.60 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 03/21/08 | ALV | 320.00 | 10.20 | Research re: pending motion responses (4.6); prep. for estimation trial (5.6). |
| 03/21/08 | JPW | 475.00 | 9.10 | Prepare cross exam outlines (6.6); revise demonstratives (2.0); e-mails re trial logistics (.3); meet with NDF re demonstratives (.2) |
| 03/21/08 | MAF | 195.00 | 4.50 | Review designations of deposition transcripts, electronically mark deposition transcripts accordingly, and draft deposition designation pleading (3); compile, review, and prepare potential exhibits and other documents for use at estimation hearing (1.5). |
| 03/22/08 | WBS | 720.00 | 2.30 | Research re motions in limine and Grace response to 408 consistency motion. |
| 03/22/08 | NDF | 610.00 | 5.80 | Trial preparation. |
| 03/22/08 | DBS | 235.00 | 5.00 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 03/22/08 | ALV | 320.00 | 9.80 | Preparation for estimation trial (5.9); research re: pending motions (3.9). |
| 03/22/08 | JPW | 475.00 | 8.90 | Cross exam preparation |
| 03/23/08 | WBS | 720.00 | 4.00 | Review Kraus brief (1.0); review Kraus deposition and discovery material (2.5); conference with NDF re trial issues (0.5). |
| 03/23/08 | NDF | 610.00 | 3.60 | Trial preparation. |
| 03/23/08 | DBS | 235.00 | 7.50 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 03/23/08 | ALV | 320.00 | 10.10 | Prep. for estimation trial (5.9); research re: pending motions (4.2). |

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 03/23/08 | JPW | 475.00 | 10.70 | Cross exam preparation (8.7); travel to Pittsburgh, PA (2.0) |
| 03/24/08 | BSB | 630.00 | 12.00 | Estimation trial in Pittsburgh - trial and preparation |
| 03/24/08 | WBS | 720.00 | 9.90 | Trial preparation and work on Snyder issues/brief (3.5); attend 6th day of estimation trial - support cross of Lees (5.2); prepare for next day of trial and 408 argument with EI (1.2). |
| 03/24/08 | NDF | 610.00 | 13.80 | Trial preparation (4.5); appear at estimation trial (5.6); continue trial preparation (3.2); email to Horkovich and Lockwood re insurance issue (0.5). |
| 03/24/08 | DBS | 235.00 | 15.50 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (9.8); attend Estimation Hearing (5.7). |
| 03/24/08 | ALV | 320.00 | 15.80 | Prep. for estimation trial (10.10); attend (and duties surrounding) estimation trial (5.7). |
| 03/24/08 | JPW | 475.00 | 9.90 | Trial preparation; revise demonstratives (3.7); estimation trial (6.2) |
| 03/24/08 | MAF | 195.00 | 15.50 | Attend Estimation Hearing (6.0); compile, review and prepare potential exhibits and other documents for use at Estimation Hearing (9.5). |
| 03/25/08 | BSB | 630.00 | 10.50 | Estimation trial in Pittsburgh - trial and preparation |
| 03/25/08 | WBS | 720.00 | 8.90 | Draft and research re Kraus/Snyder/Hughes (lawyer testimony) issues (4.3); research on 408 issues (3.2); and work with EI in preparation for argument of 408 motions (1.4). |
| 03/25/08 | NDF | 610.00 | 18.90 | Read medical articles (2.5); meet with Dr. Welch (0.8); trial preparation - Moolgavkar (1.1); trial - cross Moolgavkar (8.0); trial prep - Anderson (5.5); meet and confer with Grace re deposition summaries (1.0). |
| 03/25/08 | DBS | 235.00 | 16.00 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (8.5); attend Estimation Hearing (7.5). |
| 03/25/08 | ALV | 320.00 | 18.50 | Prep. for estimation trial (5.0); attend (and duties surrounding) estimation trial (9.0); research re: pending motions (2.3); drafting and editing of motion responses (2.2). |

| 03/25/08 | JPW | 475.00 | 11.70 | Estimation trial (8.5); meet with FCR re cross examination (2.0); meet with NDF re cross examination (1.2) |
| 03/25/08 | MAF | 195.00 | 15.50 | Attend Estimation Hearing (8.0); compile, review and prepare potential exhibits and other documents for use at Estimation Hearing (7.5). |
| 03/26/08 | BSB | 630.00 | 9.10 | Estimation trial in Pittsburgh - trial (9.1). |
| 03/26/08 | WBS | 720.00 | 8.80 | Work on Kraus/Snyder responses (2.6); discussion with EI re Anderson cross (0.4); in court in support of cross of Anderson (3.2); work on Kraus and Snyder direct outlines (2.1); conference with NDF re next steps (0.5). |
| 03/26/08 | TWS | 660.00 | 0.40 | Attention to examiner's report - LTC |
| 03/26/08 | NDF | 610.00 | 11.60 | Trial preparation - Anderson (1.0); appear at estimation trial (8.1); confer with Mullady and EI re witness order (1.0); confer with WBS re Kraus and Snyder briefs, Kraus direct, and case issues (1.5). |
| 03/26/08 | DBS | 235.00 | 11.50 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (1.5); attend Estimation Hearing (8.5); clean-up war room and organize trial materials for transport (1.5). |
| 03/26/08 | ALV | 320.00 | 18.10 | Prepare for estimation trial (3.9); attend estimation trial (8.0); draft and edit motion responses (6.2). |
| 03/26/08 | JPW | 475.00 | 11.80 | Estimation trial (8.1); meet with FCR re schedule (.2); travel to Washington, DC (3.5) |
| 03/26/08 | MAF | 195.00 | 9.50 | Attend Estimation Hearing. |
| 03/26/08 | TEP | 255.00 | 7.10 | Confer with JAL re legal research (0.2); legal research re administrative expenses (6.9). |
| 03/27/08 | BSB | 630.00 | 7.30 | Follow up on trial matters (3.3); t/c Brody (1.0); witness preparation (3.0) |
| 03/27/08 | WBS | 720.00 | 9.70 | Work on Kraus brief and outline (0.8); research and drafting, circulate for and receive comments re Kraus and Snyder briefs; conferences DBS and ALV re same (7.4); conference with NDF re challenges to risk analysis as showing individual causation (0.3); |

{D0110517.1 }

| | | | | |
|---|---|---|---|---|
| | | | | deal with additional comments from others on Kraus/Snyder briefs (1.2). |
| 03/27/08 | EI | 920.00 | 0.30 | FUSRAP motion with Hurford (.1); EPA motion matters (.2). |
| 03/27/08 | NDF | 610.00 | 15.70 | Trial prep (10.5); edit responses to motions in limine (1.8); telephone conference with EI re case issues (0.9); continued trial prep (1.5); draft witness disclosure/order document (1.0). |
| 03/27/08 | DBS | 235.00 | 11.30 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (1.7); cite check and edit responses to motions in limine (9.6). |
| 03/27/08 | ALV | 320.00 | 12.00 | Research regarding pending motions (2.6); draft and edit motion responses (9.4). |
| 03/27/08 | JPW | 475.00 | 2.10 | E-mails re trial preparation (.4); trial preparation (1.7) |
| 03/27/08 | MAF | 195.00 | 6.50 | Compile, review and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 03/27/08 | TEP | 255.00 | 4.90 | Legal research re administrative expenses. |
| 03/28/08 | BSB | 630.00 | 6.40 | Witness preparation (4.8); misc (.7); emails - Dr. Brody (.9) |
| 03/28/08 | WBS | 720.00 | 7.50 | Incorporate final comments from others on Kraus/Snyder briefs (3.1); prepare for Kraus argument/chronology of discovery events (2.5); review outline and telephone conference with EI re 408 issues (0.8); review memo re 703 issue (0.3); conference with NDF and other preparation for Florence cross (0.8). |
| 03/28/08 | NDF | 610.00 | 15.00 | Edit responses to motions in limine (2.0); trial prep (11.5); draft outline of response to Grace motion in limine (1.5). |
| 03/28/08 | DBS | 235.00 | 7.30 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (5.1); cite check, proofread, and prepare exhibits for responses to motions in limine (1.5); draft revised deposition counter-designations for attorney review (.7). |

| 03/28/08 | ALV | 320.00 | 16.30 | Draft and edit motion responses (12.3); prepare for estimation trial (4.0). |
| 03/28/08 | JPW | 475.00 | 6.70 | E-mails re expert scheduling (.3); trial preparation - direct testimony (5.2); revise demonstratives (1.2) |
| 03/28/08 | MAF | 195.00 | 7.50 | Compile, review and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 03/28/08 | TEP | 255.00 | 2.80 | Confer with NDF re Power Point presentation and prepare Power Point slides (1.6); prepare cases for review (1.2). |
| 03/29/08 | WBS | 720.00 | 1.30 | Review Grace motion in limine re insurance information (1.0); conference with NDF re Florence cross (0.3). |
| 03/29/08 | NDF | 610.00 | 10.50 | Estimation trial preparation - prep for Florence cross. |
| 03/29/08 | DBS | 235.00 | 4.00 | Review emails and compile documents for inclusion into court presentation database at Estimation Hearing. |
| 03/29/08 | ALV | 320.00 | 5.30 | Preparation for estimation trial. |
| 03/30/08 | BSB | 630.00 | 12.60 | Travel to Pittsburgh (4.5); trial preparation in Pittsburgh (8.1) |
| 03/30/08 | WBS | 720.00 | 11.50 | Trial preparation - Snyder/Kraus motions in lime including telephone conference with Kraus counsel (4.0); review Snyder cases (1.2); conference EI/NDF re 408, 703, Florence preparation (2.5); prepare for and research on Kraus, Snyder, insurance, 408 motions in limine (3.8). |
| 03/30/08 | NDF | 610.00 | 11.80 | Trial preparation. |
| 03/30/08 | DBS | 235.00 | 8.80 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 03/30/08 | ALV | 320.00 | 11.50 | Preparation for estimation trial. |
| 03/31/08 | BSB | 630.00 | 10.50 | Trial (8.3); witness preparation (2.2) |

| 03/31/08 | WBS | 720.00 | 8.10 | In court to support EI on 408 argument (1.2); work on insurer motion in limine, Snyder, Kraus issues (1.5); courtroom - support for Florence cross (4.2); prepare Snyder argument outline (1.2). |
| 03/31/08 | NDF | 610.00 | 12.00 | Attend estimation trial (9.0); trial preparation for next day (2.5); confer with EI re case issues (0.5). |
| 03/31/08 | DBS | 235.00 | 15.50 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (6.1); attend Estimation Hearing (9.4). |
| 03/31/08 | JAL | 495.00 | 0.20 | Reviewed court's opinion and order denying Grace's motion to reconsider denial of expansion of injunction. |
| 03/31/08 | ALV | 320.00 | 17.00 | Prepare for estimation trial (9.1); attend estimation trial (7.9). |
| 03/31/08 | JPW | 475.00 | 7.20 | Trial preparation (1.1); meet with S. Hayes re trial preparation (4.2); review trial transcript (1.2); telephone conference with NDF re exhibits (.2); e-mails re demonstratives (.2); telephone conference with EGB re demonstratives (.3) |
| 03/31/08 | CJK | 195.00 | 1.50 | Attend meeting with E. Butts and S. Emamjomeh regarding Power Point assistance for N. Finch. |
| 03/31/08 | SZE | 195.00 | 1.50 | Meet with E. Putts and C. Kim regarding power point presentations for N. Finch. |
| 03/31/08 | MAF | 195.00 | 15.00 | Attend Estimation Hearing (8.0); compile, review and prepare potential exhibits and other documents for use at Estimation Hearing (7.0). |
| 03/31/08 | TEP | 255.00 | 7.20 | Legal research re 9019 settlements. |

**Total Task Code.16        1,374.90**

### Plan & Disclosure Statement (35.70 Hours; $ 31,160.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 29.60 | $920 | 27,232.00 |
| Peter Van N. Lockwood | 1.50 | $840 | 1,260.00 |

Ann C. McMillan                    4.60                    $580                    2,668.00

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/03/08 | EI | 920.00 | 1.00 | Negotiation scheduling (.5); t/cs Peterson re: negotiation (.5). |
| 03/04/08 | EI | 920.00 | 2.30 | Scheduling matters re: settlement meeting (.5); t/c Sinclair re: data (.1); read Libby proposal (.5); memo re: same (.1); t/c Peterson re: status (.3); materials for Grace (.5); memos to ACC negotiating subcommittee (.3). |
| 03/05/08 | EI | 920.00 | 2.50 | T/cs Peterson re: Libby proposal and memos re: same (1.0); meeting memo (.2); reviewed Sinclair materials (.2); memo to Rice re: same (.3); memos re: Libby (.2); memo Frankel re: meeting (.1); prep for meeting (.5). |
| 03/06/08 | PVL | 840.00 | 0.20 | Teleconference EI. |
| 03/06/08 | EI | 920.00 | 7.40 | Meeting at Kirkland & Ellis (6.0); memo to report (.5); t/c Cooney re: same (.2); t/c Rice re: meeting (.3); t/c ACM re: schedule (.1); t/c PVNL re: Sealed Air (.2); memo on covenants (.1). |
| 03/07/08 | EI | 920.00 | 0.70 | T/c Frankel re: status and memo (.5); t/c Sinclair re: same (.2). |
| 03/10/08 | EI | 920.00 | 0.60 | T/c Peterson re: status (.2); memo Rice re: payment percentage (.2); memo Frankel re: same (.2);. |
| 03/11/08 | EI | 920.00 | 1.00 | Conf. re: status with Rice, Baron, etc. (1.0). |
| 03/11/08 | ACM | 580.00 | 1.80 | Conference EI and Committee members re status of case and estimation hearing; review materials re Trust issues. |
| 03/12/08 | EI | 920.00 | 6.00 | Meeting with Grace and FCR. |
| 03/13/08 | EI | 920.00 | 0.50 | Reviewing status. |
| 03/14/08 | PVL | 840.00 | 0.20 | Teleconference EI. |
| 03/18/08 | EI | 920.00 | 1.50 | Peterson schedule (.1); t/cs Frankel re: status (.6); t/c Bernick re: status (.4); t/c Hurford re: material (.2); t/c Sinclair re: status (.2). |

| 03/19/08 | EI | 920.00 | 2.20 | Correspondence re: Sealed Air (.2); t/c Dan Cohn re: status (.7); memo re: status and set up call (.7); memo Peterson re: status inquiry (.3); inquiry re: ELT motion (.2); t/c Sinclair re: status (.1). |
| 03/19/08 | ACM | 580.00 | 1.20 | Review filed Plan to determine whether TDP and Trust Agreement terms are consistent with those of the Plan. |
| 03/20/08 | EI | 920.00 | 2.10 | Scheduling call (.5); call with Negotiating Subcommittee (.5); t/cs Frankel re: status (.5); t/c Rice re: status (.1); t/c Peterson re: status (.2); memo re: status (.3). |
| 03/20/08 | ACM | 580.00 | 1.60 | Teleconference EI re Trust processing time estimates and claim processing rate estimates; research re same; send e-mails to EI. |
| 03/21/08 | PVL | 840.00 | 0.10 | Teleconference EI. |
| 03/21/08 | EI | 920.00 | 0.10 | ACM material to Peterson (.1). |
| 03/24/08 | PVL | 840.00 | 0.10 | Review email and reply. |
| 03/25/08 | EI | 920.00 | 0.30 | Scheduling negotiation meeting with Rice and Frankel. |
| 03/26/08 | EI | 920.00 | 0.30 | Memos re: DC meeting (.3). |
| 03/27/08 | PVL | 840.00 | 0.90 | Review AKO email re ins (.1); review Pitney Hardin memo re ins (.8). |
| 03/27/08 | EI | 920.00 | 0.60 | T/c D. Cohn (.3); memos Rice re: term sheet (.2); memo Frankel re: schedule (.1). |
| 03/28/08 | EI | 920.00 | 0.20 | T/c Peterson re: cash flow issue (.1); t/c Frankel re: same (.1). |
| 03/31/08 | EI | 920.00 | 0.30 | Reviewed interest memo (.3). |

**Total Task Code .17        35.70**

**Tax Issues (13.90 Hours; $ 3,822.50)**

| Attorney | Number of Hours | Billing Rate | Value |

| Kirsten Burmester | | 13.90 | | $275 | 3,822.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative | |
|---|---|---|---|---|---|
| 03/14/08 | KB | 275.00 | 1.40 | Researched whether restitution recipients could claim damages from bankruptcy estate | |
| 03/17/08 | KB | 275.00 | 7.00 | Researched whether restitution recipients could claim damages from bankruptcy estate | |
| 03/18/08 | KB | 275.00 | 0.40 | Researched whether restitution recipients could claim damages from bankruptcy estate | |
| 03/19/08 | KB | 275.00 | 1.90 | Researched whether restitution recipients could claim damages from bankruptcy estate | |
| 03/20/08 | KB | 275.00 | 1.00 | Researched whether restitution recipients could claim damages from bankruptcy estate | |
| 03/21/08 | KB | 275.00 | 2.20 | Drafted memo on restitution issue | |

**Total Task Code .19**        **13.90**

**Travel Non-Working (74.30 Hours; $ 18,507.75)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 11.00 | $460 | 5,060.00 |
| Walter B. Slocombe | 7.00 | $360 | 2,520.00 |
| Bernard Bailor | 8.50 | $315 | 2,677.50 |
| Nathan D. Finch | 12.00 | $305 | 3,660.00 |
| Adam L. Vangrack | 13.50 | $160 | 2,160.00 |
| David B. Smith | 12.80 | $117.50 | 1,504.00 |
| Marissa A. Fanone | 9.50 | $97.50 | 926.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/17/08 | EI | 460.00 | 3.50 | Return to NY (3.5). |
| 03/17/08 | NDF | 305.00 | 5.00 | Travel to Pittsburgh (1.0); travel back to D.C. (4.0). |
| 03/21/08 | MAF | 97.50 | 4.00 | Travel to Pittsburgh, PA in advance of Estimation Hearing. |

| 03/22/08 | DBS | 117.50 | 4.00 | Travel from Washington, DC to Pittsburgh, PA in advance of Estimation Hearing. |
| 03/22/08 | ALV | 160.00 | 4.50 | Travel to Pittsburgh, PA from DC for estimation trial. |
| 03/23/08 | BSB | 315.00 | 4.00 | Travel to Pittsburgh |
| 03/23/08 | WBS | 360.00 | 2.50 | Nonworking time traveling DC to Pittsburgh. |
| 03/23/08 | NDF | 305.00 | 3.50 | Travel to Pittsburgh. |
| 03/24/08 | EI | 460.00 | 2.50 | Travel to Pittsburgh (2.5). |
| 03/26/08 | BSB | 315.00 | 4.50 | Travel to DC (4.5) |
| 03/26/08 | WBS | 360.00 | 2.50 | Return travel Pittsburgh to DC (non-working). |
| 03/26/08 | EI | 460.00 | 3.50 | Travel to New York (3.5). |
| 03/26/08 | NDF | 305.00 | 2.50 | Travel back to D.C. |
| 03/26/08 | MAF | 97.50 | 5.50 | Travel to DC following Estimation Hearing in Pittsburgh, PA. |
| 03/27/08 | DBS | 117.50 | 4.60 | Travel from Pittsburgh, PA to Washington, DC. |
| 03/27/08 | ALV | 160.00 | 4.50 | Travel from Pittsburgh to D.C. |
| 03/30/08 | WBS | 360.00 | 2.00 | Travel DC to Pittsburgh (non-working). |
| 03/30/08 | EI | 460.00 | 1.50 | Travel to Pittsburgh - non-working (1.5). |
| 03/30/08 | NDF | 305.00 | 1.00 | Non-working travel to Pittsburgh. |
| 03/30/08 | DBS | 117.50 | 4.20 | Travel from Washington, DC to Pittsburgh, PA in advance of Estimation Hearing. |
| 03/30/08 | ALV | 160.00 | 4.50 | Travel to Pittsburgh, PA from Washington, DC for estimation trial. |

**Total Task Code.21          74.30**

**Fee Auditor Matters (.30 Hours; $ 159.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Rita C. Tobin | .30 | $530 | 159.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 03/04/08 | RCT | 530.00 | 0.30 | Email Fee Auditor re expense issue (.3) |

**Total Task Code.32**          **.30**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,839.34 |
| Air Freight & Express Mail | 169.51 |
| Charge of Cell and/or Home Phone Usage | 208.34 |
| Conference Meals | 1,091.43 |
| Court Reporting/Transcript Service | 3,967.16 |
| Database Research | 10,727.58 |
| Local Transportation - DC | 168.60 |
| Long Distance-Equitrac In-House | 15.36 |
| Meals Related to Travel | 1,429.60 |
| Miscellaneous: Client Advances | 2,415.51 |
| NYO Long Distance Telephone | 1,955.92 |
| Outside Local Deliveries | 93.63 |
| Outside Photocopying/Duplication Service | 25,076.58 |
| Postage & Air Freight | 309.97 |
| Professional Fees & Expert Witness Fees | 90,818.00 |
| Research Material | 569.20 |
| Travel Expenses - Ground Transportation | 783.17 |
| Travel Expenses - Miscellaneous | 36.00 |
| Xeroxing | 6,022.10 |

**Total:**     **$ 148,697.00**