**EXHIBIT B**

**Asset Disposition (.40 Hours; $ 336.00)**

    Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .02   .40**

**Case Administration (4.00 Hours; $ 2,631.00)**

    Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   4.00**

**Claim Analysis Objection & Resolution (Asbestos) (11.80 Hours; $ 9,912.00)**

    Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05   11.80**

**Claim Analysis Objection & Resolution (Non-Asbestos) (14.20 Hours; $ 7,098.00)**

    Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06   14.20**

**Fee Applications, Applicant (13.00 Hours; $ 6,240.00)**

    Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   13.00**

**Hearings (67.60 Hours; $ 62,192.00)**

- 2 -

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        67.60**

**Litigation and Litigation Consulting (1,374.90 Hours; $ 631,740.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        1,374.90**

**Plan & Disclosure Statement (35.70 Hours; $ 31,160.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        35.70**

**Tax Issues (13.90 Hours; $ 3,822.50)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19        13.90**

**Travel – Non Working (74.30 Hours; $ 18,507.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        74.30**

**Fee Auditor Matters (.30 Hours; $ 159.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        .30**

{D0110518.1 }