## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,839.34 |
| Air Freight & Express Mail | 169.51 |
| Charge of Cell and/or Home Phone Usage | 208.34 |
| Conference Meals | 1,091.43 |
| Court Reporting/Transcript Service | 3,967.16 |
| Database Research | 10,727.58 |
| Local Transportation - DC | 168.60 |
| Long Distance-Equitrac In-House | 15.36 |
| Meals Related to Travel | 1,429.60 |
| Miscellaneous: Client Advances | 2,415.51 |
| NYO Long Distance Telephone | 1,955.92 |
| Outside Local Deliveries | 93.63 |
| Outside Photocopying/Duplication Service | 25,076.58 |
| Postage & Air Freight | 309.97 |
| Professional Fees & Expert Witness Fees | 90,818.00 |
| Research Material | 569.20 |
| Travel Expenses - Ground Transportation | 783.17 |
| Travel Expenses - Miscellaneous | 36.00 |
| Xeroxing | 6,022.10 |
| **Total:** | **$ 148,697.00** |

{D0110519.1 }