| | | | | | |
|---|---|---|---|---|---|
| **Client Number: 4642** | | **Grace Asbestos Personal Injury Claimants** | | | Page: 1 |
| **Matter     000** | | **Disbursements** | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 3/31/2008

**Matter     000**
**Disbursements**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start: 4/16/2001 | Last Billed : 3/24/2008 | 13,655 |

Client Retainers Available             $3,181.68            Committed to Invoices:       $0.00         Remaining:        $3,181.68

Total Expenses Billed To Date       $2,561,899.52

Billing Empl:         0120    Elihu  Inselbuch
Responsible Empl:     0120    Elihu  Inselbuch
Alternate Empl:       0120    Elihu  Inselbuch
Originating Empl:     0120    Elihu  Inselbuch

**Summary by Employee**

| | | | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard Bailor | 0.00 | 113.91 | 0.00 | 113.91 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 40.93 | 0.00 | 40.93 |
| 0106 | TWS | Trevor W Swett | 0.00 | 3.70 | 0.00 | 3.70 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 3,453.17 | 0.00 | 2,999.17 |
| 0187 | NDF | Nathan D Finch | 0.00 | 121,412.72 | 0.00 | 121,412.72 |
| 0191 | ACM | Ann C McMillan | 0.00 | 36.00 | 0.00 | 36.00 |
| 0205 | BCE | Brenda C Etheridge | 0.00 | 3,493.77 | 0.00 | 3,493.77 |
| 0210 | CJ | Charles Joyner | 0.00 | 68.40 | 0.00 | 68.40 |
| 0215 | KRS | Barbara J Zarchin | 0.00 | 2.50 | 0.00 | 2.50 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 112.30 | 0.00 | 112.30 |
| 0227 | RH | Roxana Healy | 0.00 | 5.80 | 0.00 | 5.80 |
| 0234 | CK | Carl Kessler | 0.00 | 0.20 | 0.00 | 0.20 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 10.80 | 0.00 | 10.80 |
| 0251 | JO | Joan O'Brien | 0.00 | 10.50 | 0.00 | 10.50 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 118.20 | 0.00 | 118.20 |
| 0308 | DBS | David B Smith | 0.00 | 1,422.00 | 0.00 | 1,422.00 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 10.80 | 0.00 | 10.80 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 739.99 | 0.00 | 739.99 |
| 0334 | JPW | James P Wehner | 0.00 | 548.29 | 0.00 | 548.29 |
| 0337 | EGB | Erroll G Butts | 0.00 | 2,252.50 | 0.00 | 2,252.50 |
| 0367 | MAF | Marissa A Fanone | 0.00 | 238.90 | 0.00 | 238.90 |

{D0110520.1 }

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| 0369 | TEP | Todd E Phillips | 0.00 | 163.40 | 0.00 | 163.40 |
|---|---|---|---|---|---|---|
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 14,892.22 | 0.00 | 14,892.22 |
| **Total Fees** | | | **0.00** | **149,151.00** | **0.00** | **148,697.00** |

**Detail Time / Expense by Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2206425 | Photocopy | E | 03/03/2008 | 0334 JPW | | 0.00 | $4.40 | | 0.00 | $4.40 | 4.40 |
| 2206448 | Photocopy | E | 03/03/2008 | 0220 SKL | | 0.00 | $2.00 | | 0.00 | $2.00 | 6.40 |
| 2206467 | Photocopy | E | 03/03/2008 | 0367 MAF | | 0.00 | $13.70 | | 0.00 | $13.70 | 20.10 |
| 2206470 | Photocopy | E | 03/03/2008 | 0999 C&D | | 0.00 | $21.20 | | 0.00 | $21.20 | 41.30 |
| 2206499 | Photocopy | E | 03/03/2008 | 0215 KRS | | 0.00 | $0.90 | | 0.00 | $0.90 | 42.20 |
| 2206212 | Equitrac - Long Distance to 2134306000 | E | 03/03/2008 | 0999 C&D | | 0.00 | $0.06 | | 0.00 | $0.06 | 42.26 |
| 2206319 | Equitrac - Long Distance to 3105819309 | E | 03/05/2008 | 0999 C&D | | 0.00 | $1.24 | | 0.00 | $1.24 | 43.50 |
| 2206618 | Photocopy | E | 03/05/2008 | 0334 JPW | | 0.00 | $3.10 | | 0.00 | $3.10 | 46.60 |
| 2206628 | Photocopy | E | 03/05/2008 | 0220 SKL | | 0.00 | $1.30 | | 0.00 | $1.30 | 47.90 |
| 2206645 | Photocopy | E | 03/05/2008 | 0367 MAF | | 0.00 | $1.30 | | 0.00 | $1.30 | 49.20 |
| 2205540 | Petty Cash  Cab and parking expenses for NDF on travel to Wilmington on 2/25 for hearing | E | 03/05/2008 | 0187 NDF | | 0.00 | $23.00 | | 0.00 | $23.00 | 72.20 |

NDF

{D0110520.1 }

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | | | 4/21/2008 |
| Attn: | | | | | | | | | Print Date/Time: 04/21/2008 | 4:17:00PM |
| | | | | | | | | | | Invoice # |
| 2205541 | Petty Cash  Meals for NDF on travel to Wilmington for hearing on 2/25 | | E | 03/05/2008 | 0187 | | 0.00 | $10.00 | 0.00 | $10.00 | 82.20 |
| 2205634 | EI;  Conference meal re negotiation on 2/28 w/Mark Peterson on 2/28 | | E | 03/05/2008 | 0120 | EI | 0.00 | $100.00 | 0.00 | $100.00 | 182.20 |
| 2206125 | Federal Express to Raymond Mullady, Gregory Horowitz and Kenneth Pasquale on 12/29/07 | | E | 03/05/2008 | 0999 | C&D | 0.00 | $45.03 | 0.00 | $45.03 | 227.23 |
| 2206139 | Lasership to Kirkland Ellis on 2/13 | | E | 03/06/2008 | 0999 | C&D | 0.00 | $25.64 | 0.00 | $25.64 | 252.87 |
| 2206140 | Lasership  from GW/Himmelfarb Health for  JPW | | E | 03/06/2008 | 0334 | JPW | 0.00 | $8.54 | 0.00 | $8.54 | 261.41 |
| 2206142 | Lasership  from Walter Reed for BSB on 2/14 | | E | 03/06/2008 | 0001 | BSB | 0.00 | $14.61 | 0.00 | $14.61 | 276.02 |
| 2206143 | Lasership  to Kirkland Ellis for NDF ON 2/14 | | E | 03/06/2008 | 0187 | NDF | 0.00 | $13.28 | 0.00 | $13.28 | 289.30 |
| 2206146 | High Noon;  NDF luncheon on 3/3 | | E | 03/06/2008 | 0187 | NDF | 0.00 | $87.58 | 0.00 | $87.58 | 376.88 |
| 2206147 | Laura S. Welch; Services related to review of defense expert opinions Nov  2007 - Feb 2008 | | E | 03/06/2008 | 0187 | NDF | 0.00 | $8,000.00 | 0.00 | $8,000.00 | 8,376.88 |
| 2206810 | Photocopy | | E | 03/06/2008 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 8,377.48 |
| 2206827 | Photocopy | | E | 03/06/2008 | 0054 | WBS | 0.00 | $4.90 | 0.00 | $4.90 | 8,382.38 |
| 2206365 | Equitrac - Long Distance to 4154424970 | | E | 03/06/2008 | 0999 | C&D | 0.00 | $1.54 | 0.00 | $1.54 | 8,383.92 |
| 2206381 | Equitrac - Long Distance to 8052088595 | | E | 03/06/2008 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 8,384.62 |
| 2206387 | Equitrac - Long Distance to 2123199240 | | E | 03/06/2008 | 0999 | C&D | 0.00 | $0.52 | 0.00 | $0.52 | 8,385.14 |
| 2206931 | Postage | | E | 03/07/2008 | 0999 | C&D | 0.00 | $19.07 | 0.00 | $19.07 | 8,404.21 |
| 2206932 | Postage | | E | 03/07/2008 | 0999 | C&D | 0.00 | $19.07 | 0.00 | $19.07 | 8,423.28 |
| 2206933 | Postage | | E | 03/07/2008 | 0999 | C&D | 0.00 | $19.07 | 0.00 | $19.07 | 8,442.35 |
| 2206965 | Postage | | E | 03/07/2008 | 0999 | C&D | 0.00 | $32.52 | 0.00 | $32.52 | 8,474.87 |

{D0110520.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008 4:17:00PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2207004 | Business Card  Purchase of National Academy Sciences by the Library | | E | 03/07/2008 | 0999 | C&D | 0.00 | $31.00 | 0.00 | $31.00 | 8,505.87 |
| 2207505 | Photocopy | | E | 03/07/2008 | 0220 | SKL | 0.00 | $0.80 | 0.00 | $0.80 | 8,506.67 |
| 2207517 | Photocopy | | E | 03/07/2008 | 0308 | DBS | 0.00 | $3.40 | 0.00 | $3.40 | 8,510.07 |
| 2207520 | Photocopy | | E | 03/07/2008 | 0308 | DBS | 0.00 | $4.60 | 0.00 | $4.60 | 8,514.67 |
| 2207524 | Photocopy | | E | 03/07/2008 | 0334 | JPW | 0.00 | $0.10 | 0.00 | $0.10 | 8,514.77 |
| 2207532 | Photocopy | | E | 03/07/2008 | 0327 | ALV | 0.00 | $0.60 | 0.00 | $0.60 | 8,515.37 |
| 2207547 | Photocopy | | E | 03/07/2008 | 0308 | DBS | 0.00 | $2.60 | 0.00 | $2.60 | 8,517.97 |
| 2207548 | Photocopy | | E | 03/07/2008 | 0308 | DBS | 0.00 | $2.00 | 0.00 | $2.00 | 8,519.97 |
| 2207555 | Photocopy | | E | 03/10/2008 | 0220 | SKL | 0.00 | $8.80 | 0.00 | $8.80 | 8,528.77 |
| 2207571 | Photocopy | | E | 03/10/2008 | 0220 | SKL | 0.00 | $2.40 | 0.00 | $2.40 | 8,531.17 |
| 2207602 | Photocopy | | E | 03/10/2008 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 8,532.47 |
| 2207618 | Photocopy | | E | 03/10/2008 | 0308 | DBS | 0.00 | $196.30 | 0.00 | $196.30 | 8,728.77 |
| 2207619 | Photocopy | | E | 03/10/2008 | 0999 | C&D | 0.00 | $22.10 | 0.00 | $22.10 | 8,750.87 |
| 2207629 | Photocopy | | E | 03/10/2008 | 0999 | C&D | 0.00 | $4.60 | 0.00 | $4.60 | 8,755.47 |
| 2207634 | Photocopy | | E | 03/10/2008 | 0308 | DBS | 0.00 | $99.00 | 0.00 | $99.00 | 8,854.47 |
| 2207658 | Photocopy | | E | 03/10/2008 | 0308 | DBS | 0.00 | $30.00 | 0.00 | $30.00 | 8,884.47 |
| 2207677 | Photocopy | | E | 03/10/2008 | 0308 | DBS | 0.00 | $2.80 | 0.00 | $2.80 | 8,887.27 |
| 2207684 | Photocopy | | E | 03/10/2008 | 0220 | SKL | 0.00 | $36.60 | 0.00 | $36.60 | 8,923.87 |

{D0110520.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter | 000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008 4:17:00PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2207686 | Photocopy | | E | 03/10/2008 | 0999 | C&D | 0.00 | $836.60 | 0.00 | $836.60 | 9,760.47 |
| 2207696 | Photocopy | | E | 03/10/2008 | 0308 | DBS | 0.00 | $4.00 | 0.00 | $4.00 | 9,764.47 |
| 2207700 | Photocopy | | E | 03/10/2008 | 0308 | DBS | 0.00 | $14.40 | 0.00 | $14.40 | 9,778.87 |
| 2207702 | Photocopy | | E | 03/10/2008 | 0308 | DBS | 0.00 | $3.20 | 0.00 | $3.20 | 9,782.07 |
| 2207703 | Photocopy | | E | 03/10/2008 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 9,782.17 |
| 2208479 | Photocopy | | E | 03/11/2008 | 0220 | SKL | 0.00 | $7.60 | 0.00 | $7.60 | 9,789.77 |
| 2208483 | Photocopy | | E | 03/11/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 9,789.97 |
| 2208508 | Photocopy | | E | 03/11/2008 | 0220 | SKL | 0.00 | $3.60 | 0.00 | $3.60 | 9,793.57 |
| 2208510 | Photocopy | | E | 03/11/2008 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 9,793.87 |
| 2208512 | Photocopy | | E | 03/11/2008 | 0251 | JO | 0.00 | $3.20 | 0.00 | $3.20 | 9,797.07 |
| 2208540 | Photocopy | | E | 03/11/2008 | 0308 | DBS | 0.00 | $0.60 | 0.00 | $0.60 | 9,797.67 |
| 2208545 | Photocopy | | E | 03/11/2008 | 0308 | DBS | 0.00 | $0.70 | 0.00 | $0.70 | 9,798.37 |
| 2208553 | Photocopy | | E | 03/11/2008 | 0308 | DBS | 0.00 | $1.60 | 0.00 | $1.60 | 9,799.97 |
| 2208562 | Photocopy | | E | 03/11/2008 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 9,800.07 |
| 2208671 | Equitrac - Long Distance to 4126444060 | | E | 03/11/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 9,800.13 |
| 2208675 | Equitrac - Long Distance to 9174450518 | | E | 03/11/2008 | 0999 | C&D | 0.00 | $0.33 | 0.00 | $0.33 | 9,800.46 |
| 2207158 | Petty Cash  Shuttle airfare for MAF to Pittsburgh on 3/21 for estimation hearing | | E | 03/11/2008 | 0367 | MAF | 0.00 | $73.50 | 0.00 | $73.50 | 9,873.96 |
| 2207162 | Petty Cash  Cab expense for TWS in New Jersey for meetings and hearings on 2/29 (split between 5078 | | E | 03/11/2008 | 0106 | TWS | 0.00 | $3.70 | 0.00 | $3.70 | 9,877.66 |

{D0110520.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

and 4642)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2207175 | Database Research / Lexis Charges for 2/1/08-2/29/08 By: JMR on 2/3 | E | 03/11/2008 | 0999 | C&D | | 0.00 | $1,405.01 | 0.00 | $1,405.01 | 11,282.67 |
| 2207425 | Himmerfarb Library, GWUMC; "Quantitative estimation and prediction of human cancer risk" Book ordered for JPW | E | 03/11/2008 | 0334 | JPW | | 0.00 | $37.01 | 0.00 | $37.01 | 11,319.68 |
| 2207426 | Federal Express to Warren smith from EI on 2/26 | E | 03/11/2008 | 0120 | EI | | 0.00 | $40.38 | 0.00 | $40.38 | 11,360.06 |
| 2207432 | Federal Express to Katherine Hemming from EI on 2/15 | E | 03/11/2008 | 0120 | EI | | 0.00 | $6.40 | 0.00 | $6.40 | 11,366.46 |
| 2208773 | Postage | E | 03/12/2008 | 0999 | C&D | | 0.00 | $50.30 | 0.00 | $50.30 | 11,416.76 |
| 2208774 | Postage | E | 03/12/2008 | 0999 | C&D | | 0.00 | $82.96 | 0.00 | $82.96 | 11,499.72 |
| 2208838 | Jane Rose Reporting; Deposition of Stephen Snyder | E | 03/12/2008 | 0187 | NDF | | 0.00 | $1,983.47 | 0.00 | $1,983.47 | 13,483.19 |
| 2208841 | Lasership to Walter Reed, Wiley Rein and GW Med Center on 2/20-26 | E | 03/12/2008 | 0999 | C&D | | 0.00 | $31.56 | 0.00 | $31.56 | 13,514.75 |
| 2208861 | Premiere Global Services; Ready Conference calls made in January | E | 03/12/2008 | 0999 | C&D | | 0.00 | $16.24 | 0.00 | $16.24 | 13,530.99 |
| 2208881 | Premiere Global Services; Ready Conference calls made by NDF in January | E | 03/12/2008 | 0187 | NDF | | 0.00 | $148.84 | 0.00 | $148.84 | 13,679.83 |
| 2209322 | Photocopy | E | 03/12/2008 | 0308 | DBS | | 0.00 | $0.10 | 0.00 | $0.10 | 13,679.93 |
| 2209324 | Photocopy | E | 03/12/2008 | 0308 | DBS | | 0.00 | $14.90 | 0.00 | $14.90 | 13,694.83 |
| 2209329 | Photocopy | E | 03/12/2008 | 0308 | DBS | | 0.00 | $20.30 | 0.00 | $20.30 | 13,715.13 |
| 2209349 | Photocopy | E | 03/12/2008 | 0308 | DBS | | 0.00 | $1.70 | 0.00 | $1.70 | 13,716.83 |
| | | | | | SKL | | | | | | |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2209378 | Photocopy | | E | 03/12/2008 | 0220 | | 0.00 | $6.40 | 0.00 | $6.40 | 13,723.23 |
| | | | | | | DBS | | | | | |
| 2209382 | Photocopy | | E | 03/12/2008 | 0308 | | 0.00 | $29.10 | 0.00 | $29.10 | 13,752.33 |
| | | | | | | DBS | | | | | |
| 2209392 | Photocopy | | E | 03/12/2008 | 0308 | | 0.00 | $14.50 | 0.00 | $14.50 | 13,766.83 |
| | | | | | | DBS | | | | | |
| 2209407 | Photocopy | | E | 03/12/2008 | 0308 | | 0.00 | $3.10 | 0.00 | $3.10 | 13,769.93 |
| | | | | | | DBS | | | | | |
| 2209415 | Photocopy | | E | 03/12/2008 | 0308 | | 0.00 | $1.30 | 0.00 | $1.30 | 13,771.23 |
| | | | | | | DBS | | | | | |
| 2209421 | Photocopy | | E | 03/12/2008 | 0308 | | 0.00 | $11.10 | 0.00 | $11.10 | 13,782.33 |
| | | | | | | SKL | | | | | |
| 2209439 | Photocopy | | E | 03/13/2008 | 0220 | | 0.00 | $0.80 | 0.00 | $0.80 | 13,783.13 |
| | | | | | | DBS | | | | | |
| 2209524 | Photocopy | | E | 03/13/2008 | 0308 | | 0.00 | $1.80 | 0.00 | $1.80 | 13,784.93 |
| | | | | | | DAT | | | | | |
| 2209525 | Photocopy | | E | 03/13/2008 | 0255 | | 0.00 | $2.30 | 0.00 | $2.30 | 13,787.23 |
| | | | | | | C&D | | | | | |
| 2209629 | Equitrac - Long Distance to 8054993572 | | E | 03/13/2008 | 0999 | | 0.00 | $0.86 | 0.00 | $0.86 | 13,788.09 |
| | | | | | | NDF | | | | | |
| 2209694 | Snyder Miller & Orton; Preparation for and deposition of S. Snyde | | E | 03/14/2008 | 0187 | | 0.00 | $78,225.50 | 0.00 | $78,225.50 | 92,013.59 |
| | | | | | | EI | | | | | |
| 2209701 | Corporate Transportation Group; Car service for EI to LaGuardia airport for trail prep meetings on 2/20 | | E | 03/14/2008 | 0120 | | 0.00 | $49.98 | 0.00 | $49.98 | 92,063.57 |
| | | | | | | C&D | | | | | |
| 2209806 | Photocopy | | E | 03/14/2008 | 0999 | | 0.00 | $3.80 | 0.00 | $3.80 | 92,067.37 |
| | | | | | | DBS | | | | | |
| 2209807 | Photocopy | | E | 03/14/2008 | 0308 | | 0.00 | $10.50 | 0.00 | $10.50 | 92,077.87 |
| | | | | | | DBS | | | | | |
| 2209814 | Photocopy | | E | 03/14/2008 | 0308 | | 0.00 | $27.20 | 0.00 | $27.20 | 92,105.07 |
| | | | | | | SKL | | | | | |
| 2209820 | Photocopy | | E | 03/14/2008 | 0220 | | 0.00 | $6.40 | 0.00 | $6.40 | 92,111.47 |
| | | | | | | C&D | | | | | |
| 2209821 | Photocopy | | E | 03/14/2008 | 0999 | | 0.00 | $6.00 | 0.00 | $6.00 | 92,117.47 |
| | | | | | | SKL | | | | | |
| 2209831 | Photocopy | | E | 03/14/2008 | 0220 | | 0.00 | $0.10 | 0.00 | $0.10 | 92,117.57 |

{D0110520.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2209839 | Photocopy | | E | 03/14/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 92,117.77 |
| 2209856 | Photocopy | | E | 03/14/2008 | 0227 | RH | 0.00 | $1.50 | 0.00 | $1.50 | 92,119.27 |
| 2209998 | Equitrac - Long Distance to 2123199240 | E | 03/14/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 92,119.36 |
| 2210044 | Equitrac - Long Distance to 2123197125 | E | 03/14/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 92,119.43 |
| 2210045 | Equitrac - Long Distance to 2123199240 | E | 03/14/2008 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 92,119.58 |
| 2210046 | Equitrac - Long Distance to 2147296265 | E | 03/14/2008 | 0999 | C&D | 0.00 | $0.26 | 0.00 | $0.26 | 92,119.84 |
| 2210047 | Equitrac - Long Distance to 3024269910 | E | 03/14/2008 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 92,120.34 |
| 2210050 | Equitrac - Long Distance to 3024261900 | E | 03/14/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 92,120.42 |
| 2210051 | Equitrac - Long Distance to 3024269910 | E | 03/14/2008 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 92,120.57 |
| 2210052 | Equitrac - Long Distance to 3024269910 | E | 03/14/2008 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 92,120.76 |
| 2210058 | Equitrac - Long Distance to 4122615066 | E | 03/17/2008 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 92,121.07 |
| 2209868 | Photocopy | | E | 03/17/2008 | 0220 | SKL | 0.00 | $1.60 | 0.00 | $1.60 | 92,122.67 |
| 2209906 | Photocopy | | E | 03/17/2008 | 0308 | DBS | 0.00 | $10.20 | 0.00 | $10.20 | 92,132.87 |
| 2209907 | Photocopy | | E | 03/17/2008 | 0308 | DBS | 0.00 | $10.30 | 0.00 | $10.30 | 92,143.17 |
| 2209916 | Photocopy | | E | 03/17/2008 | 0054 | WBS | 0.00 | $8.30 | 0.00 | $8.30 | 92,151.47 |
| 2209945 | Photocopy | | E | 03/17/2008 | 0308 | DBS | 0.00 | $32.10 | 0.00 | $32.10 | 92,183.57 |
| 2209973 | Photocopy | | E | 03/17/2008 | 0001 | BSB | 0.00 | $0.10 | 0.00 | $0.10 | 92,183.67 |
| 2209709 | ACM;  Copy charges incurred while on travel to Chicago on 3/11-13 | E | 03/17/2008 | 0191 | ACM | 0.00 | $36.00 | 0.00 | $36.00 | 92,219.67 |

{D0110520.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2209724 | Whole Foods;  EI/JPW luncheon on 2/20 | E | 03/17/2008 | 0334 | JPW | 0.00 | $470.24 | 0.00 | $470.24 | 92,689.91 |
| 2209739 | ADA Travel  3/23 travel for Suzanne Lurie to Pittsburgh (coach fare) | E | 03/17/2008 | 0999 | C&D | 0.00 | $139.00 | 0.00 | $139.00 | 92,828.91 |
| 2209740 | ADA Travel  Agency fee on 3/23 travel for Suzanne Lurie to Pittsburgh | E | 03/17/2008 | 0999 | C&D | 0.00 | $40.00 | 0.00 | $40.00 | 92,868.91 |
| 2209745 | ADA Travel  NDF 3/17 travel from Pittsburgh (Coach fare) | E | 03/17/2008 | 0187 | NDF | 0.00 | $724.50 | 0.00 | $724.50 | 93,593.41 |
| 2209746 | ADA Travel  Agencyfee on  NDF 3/17 travel from Pittsburgh | E | 03/17/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 93,633.41 |
| 2210158 | Postage | E | 03/18/2008 | 0999 | C&D | 0.00 | $31.58 | 0.00 | $31.58 | 93,664.99 |
| 2210159 | Postage | E | 03/18/2008 | 0999 | C&D | 0.00 | $12.34 | 0.00 | $12.34 | 93,677.33 |
| 2210160 | Postage | E | 03/18/2008 | 0999 | C&D | 0.00 | $12.34 | 0.00 | $12.34 | 93,689.67 |
| 2210654 | Jane Rose Reporting;  Peter Kraus deposition | E | 03/18/2008 | 0187 | NDF | 0.00 | $1,983.69 | 0.00 | $1,983.69 | 95,673.36 |
| 2211191 | Photocopy | E | 03/18/2008 | 0220 | SKL | 0.00 | $8.30 | 0.00 | $8.30 | 95,681.66 |
| 2211195 | Photocopy | E | 03/18/2008 | 0999 | C&D | 0.00 | $16.40 | 0.00 | $16.40 | 95,698.06 |
| 2211196 | Photocopy | E | 03/18/2008 | 0999 | C&D | 0.00 | $27.10 | 0.00 | $27.10 | 95,725.16 |
| 2211223 | Photocopy | E | 03/18/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 95,725.36 |
| 2211239 | Photocopy | E | 03/18/2008 | 0999 | C&D | 0.00 | $54.70 | 0.00 | $54.70 | 95,780.06 |
| 2211257 | Photocopy | E | 03/18/2008 | 0999 | C&D | 0.00 | $64.00 | 0.00 | $64.00 | 95,844.06 |
| 2211266 | Photocopy | E | 03/18/2008 | 0255 | DAT | 0.00 | $25.70 | 0.00 | $25.70 | 95,869.76 |
| 2211276 | Photocopy | E | 03/18/2008 | 0999 | C&D | 0.00 | $15.60 | 0.00 | $15.60 | 95,885.36 |

{D0110520.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2211278 | Photocopy | | E | 03/18/2008 | 0308 | DBS | 0.00 | $9.70 | 0.00 | $9.70 | 95,895.06 |
| 2215047 | Travel Expenses - Ground Transportation - EI round trip to Pittsburgh on 3/17 | | E | 03/18/2008 | 0999 | C&D | 0.00 | $96.25 | 0.00 | $96.25 | 95,991.31 |
| 2210980 | Equitrac - Long Distance to 3024261900 | | E | 03/18/2008 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 95,991.63 |
| 2211059 | Equitrac - Long Distance to 4125535018 | | E | 03/19/2008 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 95,991.92 |
| 2211061 | Equitrac - Long Distance to 3105819309 | | E | 03/19/2008 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 95,992.14 |
| 2211071 | Equitrac - Long Distance to 3024261900 | | E | 03/19/2008 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 95,992.50 |
| 2211073 | Equitrac - Long Distance to 8054993572 | | E | 03/19/2008 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 95,992.95 |
| 2211074 | Equitrac - Long Distance to 8054993572 | | E | 03/19/2008 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 95,993.40 |
| 2211300 | Photocopy | | E | 03/19/2008 | 0999 | C&D | 0.00 | $8.70 | 0.00 | $8.70 | 96,002.10 |
| 2211302 | Photocopy | | E | 03/19/2008 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 96,002.80 |
| 2211307 | Photocopy | | E | 03/19/2008 | 0220 | SKL | 0.00 | $8.10 | 0.00 | $8.10 | 96,010.90 |
| 2211310 | Photocopy | | E | 03/19/2008 | 0308 | DBS | 0.00 | $6.80 | 0.00 | $6.80 | 96,017.70 |
| 2211323 | Photocopy | | E | 03/19/2008 | 0999 | C&D | 0.00 | $19.50 | 0.00 | $19.50 | 96,037.20 |
| 2211331 | Photocopy | | E | 03/19/2008 | 0001 | BSB | 0.00 | $4.20 | 0.00 | $4.20 | 96,041.40 |
| 2211332 | Photocopy | | E | 03/19/2008 | 0999 | C&D | 0.00 | $28.80 | 0.00 | $28.80 | 96,070.20 |
| 2211338 | Photocopy | | E | 03/19/2008 | 0999 | C&D | 0.00 | $8.90 | 0.00 | $8.90 | 96,079.10 |
| 2211339 | Photocopy | | E | 03/19/2008 | 0999 | C&D | 0.00 | $175.50 | 0.00 | $175.50 | 96,254.60 |
| 2211361 | Photocopy | | E | 03/19/2008 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 96,256.40 |

{D0110520.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | | | 4/21/2008 |

Attn:  Print Date/Time: 04/21/2008  4:17:00PM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2211372 | Photocopy | | E | 03/19/2008 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 96,256.70 |
| 2211409 | Photocopy | | E | 03/19/2008 | 0999 | C&D | 0.00 | $656.70 | 0.00 | $656.70 | 96,913.40 |
| 2211413 | Photocopy | | E | 03/19/2008 | 0999 | C&D | 0.00 | $55.40 | 0.00 | $55.40 | 96,968.80 |
| 2210681 | EI; Travel expenses to Pittsburgh to attend hearing on 3/17 O/W coach airfare NY- Pittsburgh (original r/t was $1,063 minus refund of $309.50 to cancel return trip for earlier flight) | | E | 03/19/2008 | 0120 | EI | 0.00 | $753.50 | 0.00 | $753.50 | 97,722.30 |
| 2210682 | EI; Travel expenses to Pittsburgh to attend hearing on 3/17 Agency fee on NY-Pittsburgh airfare | | E | 03/19/2008 | 0120 | EI | 0.00 | $47.78 | 0.00 | $47.78 | 97,770.08 |
| 2210683 | EI; Travel expenses to Pittsburgh to attend hearing on 3/17 for O/W coach airfare Pittsburgh to NY after attending hearing on 3/17 | | E | 03/19/2008 | 0120 | EI | 0.00 | $164.50 | 0.00 | $164.50 | 97,934.58 |
| 2210684 | EI; Travel expenses to Pittsburgh to attend hearing on 3/17 Agency fee on 3/17 airfare Pittsburgh-NY | | E | 03/19/2008 | 0120 | EI | 0.00 | $47.78 | 0.00 | $47.78 | 97,982.36 |
| 2210695 | High Noon; NDF client luncheon on 3/19; attendees Jim, Walter, Bernie, Ray, John Ansbro and 2 from Orrick | | E | 03/19/2008 | 0187 | NDF | 0.00 | $116.18 | 0.00 | $116.18 | 98,098.54 |
| 2211466 | Photocopy | | E | 03/20/2008 | 0308 | DBS | 0.00 | $1.00 | 0.00 | $1.00 | 98,099.54 |
| 2211509 | Photocopy | | E | 03/20/2008 | 0334 | JPW | 0.00 | $6.30 | 0.00 | $6.30 | 98,105.84 |
| 2211523 | Photocopy | | E | 03/20/2008 | 0334 | JPW | 0.00 | $9.60 | 0.00 | $9.60 | 98,115.44 |
| 2211534 | Photocopy | | E | 03/20/2008 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 98,115.54 |
| 2211544 | Photocopy | | E | 03/20/2008 | 0308 | DBS | 0.00 | $172.80 | 0.00 | $172.80 | 98,288.34 |
| 2211555 | Photocopy | | E | 03/20/2008 | 0308 | DBS | 0.00 | $13.00 | 0.00 | $13.00 | 98,301.34 |
| 2211556 | Photocopy | | E | 03/20/2008 | 0215 | KRS | 0.00 | $1.60 | 0.00 | $1.60 | 98,302.94 |

{D0110520.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2211563 | Photocopy | | E | 03/20/2008 | 0308 | DBS | 0.00 | $28.40 | 0.00 | $28.40 | 98,331.34 |
| 2211568 | Photocopy | | E | 03/20/2008 | 0308 | DBS | 0.00 | $4.90 | 0.00 | $4.90 | 98,336.24 |
| 2211080 | Equitrac - Long Distance to 2123199240 | E | 03/20/2008 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 98,336.40 |
| 2211082 | Equitrac - Long Distance to 4122817100 | E | 03/20/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 98,336.47 |
| 2211093 | Equitrac - Long Distance to 2123197125 | E | 03/20/2008 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 98,336.77 |
| 2211101 | Equitrac - Long Distance to 8054993572 | E | 03/20/2008 | 0999 | C&D | 0.00 | $2.04 | 0.00 | $2.04 | 98,338.81 |
| 2211118 | Equitrac - Long Distance to 2123199240 | E | 03/20/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 98,338.89 |
| 2213270 | Equitrac - Long Distance to 8054993572 | E | 03/21/2008 | 0999 | C&D | 0.00 | $0.64 | 0.00 | $0.64 | 98,339.53 |
| 2213292 | Equitrac - Long Distance to 2125063741 | E | 03/21/2008 | 0999 | C&D | 0.00 | $1.17 | 0.00 | $1.17 | 98,340.70 |
| 2213299 | Equitrac - Long Distance to 7734029625 | E | 03/21/2008 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 98,340.89 |
| 2211684 | Corporate Transportation;  Car service for Peterson, Biggs and Kimble folloowing negotiation meeting in NY on 2/29 | E | 03/21/2008 | 0999 | C&D | 0.00 | $73.44 | 0.00 | $73.44 | 98,414.33 |
| 2211685 | Tallen Tech;  Laptop computer; HP Laserjet printer rental 3/12-4/11 | E | 03/21/2008 | 0337 | EGB | 0.00 | $2,252.50 | 0.00 | $2,252.50 | 100,666.83 |
| 2210967 | Conference Meals - EI Conference on 2/29 - Lunch during meeting attended by (8) people, futures rep, ACC negotiations subcommitte, their counsel and financial experts | E | 03/21/2008 | 0999 | C&D | 0.00 | $154.48 | 0.00 | $154.48 | 100,821.31 |
| 2210968 | Conference Meals - EI Conference on Feb 29 - Breakfast during meeting attended by (8) people, futures rep, ACC negotiations subcommitte, their counsel and financial experts | E | 03/21/2008 | 0999 | C&D | 0.00 | $40.25 | 0.00 | $40.25 | 100,861.56 |
| 2212873 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $91.00 | 0.00 | $91.00 | 100,952.56 |
| | | | | | | SKL | | | | | |

{D0110520.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter 000 | | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2212875 | Photocopy | | E | 03/21/2008 | 0220 | | 0.00 | $1.20 | 0.00 | $1.20 | 100,953.76 |
| 2212878 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $187.00 | 0.00 | $187.00 | 101,140.76 |
| 2212887 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $201.00 | 0.00 | $201.00 | 101,341.76 |
| 2212889 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $175.50 | 0.00 | $175.50 | 101,517.26 |
| 2212890 | Photocopy | | E | 03/21/2008 | 0220 | SKL | 0.00 | $1.60 | 0.00 | $1.60 | 101,518.86 |
| 2212898 | Photocopy | | E | 03/21/2008 | 0308 | DBS | 0.00 | $7.30 | 0.00 | $7.30 | 101,526.16 |
| 2212907 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $160.20 | 0.00 | $160.20 | 101,686.36 |
| 2212910 | Photocopy | | E | 03/21/2008 | 0308 | DBS | 0.00 | $7.80 | 0.00 | $7.80 | 101,694.16 |
| 2212925 | Photocopy | | E | 03/21/2008 | 0308 | DBS | 0.00 | $8.00 | 0.00 | $8.00 | 101,702.16 |
| 2212930 | Photocopy | | E | 03/21/2008 | 0308 | DBS | 0.00 | $4.00 | 0.00 | $4.00 | 101,706.16 |
| 2212931 | Photocopy | | E | 03/21/2008 | 0334 | JPW | 0.00 | $2.40 | 0.00 | $2.40 | 101,708.56 |
| 2212934 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $11.60 | 0.00 | $11.60 | 101,720.16 |
| 2212940 | Photocopy | | E | 03/21/2008 | 0327 | ALV | 0.00 | $0.10 | 0.00 | $0.10 | 101,720.26 |
| 2212944 | Photocopy | | E | 03/21/2008 | 0220 | SKL | 0.00 | $3.20 | 0.00 | $3.20 | 101,723.46 |
| 2212964 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 101,727.06 |
| 2212969 | Photocopy | | E | 03/21/2008 | 0308 | DBS | 0.00 | $5.30 | 0.00 | $5.30 | 101,732.36 |
| 2212979 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $8.30 | 0.00 | $8.30 | 101,740.66 |
| 2212982 | Photocopy | | E | 03/21/2008 | 0308 | DBS | 0.00 | $27.40 | 0.00 | $27.40 | 101,768.06 |
| 2212988 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $92.20 | 0.00 | $92.20 | 101,860.26 |

{D0110520.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2212999 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $117.20 | 0.00 | $117.20 | 101,977.46 |
| 2213009 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $62.50 | 0.00 | $62.50 | 102,039.96 |
| 2213010 | Photocopy | | E | 03/21/2008 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 102,040.56 |
| 2213035 | Photocopy | | E | 03/22/2008 | 0251 | JO | 0.00 | $0.80 | 0.00 | $0.80 | 102,041.36 |
| 2213146 | Photocopy | | E | 03/24/2008 | 0317 | JAL | 0.00 | $10.80 | 0.00 | $10.80 | 102,052.16 |
| 2211705 | Petty Cash  Cab expense for NDF on travel to Delaware for hearing on 3/17 | | E | 03/24/2008 | 0187 | NDF | 0.00 | $30.00 | 0.00 | $30.00 | 102,082.16 |
| 2211706 | Petty Cash  Meal expense for NDF on travel to Delaware for hearing on 3/17 | | E | 03/24/2008 | 0187 | NDF | 0.00 | $17.00 | 0.00 | $17.00 | 102,099.16 |
| 2211707 | Petty Cash   Late night cab home for NDF on 3/19 | | E | 03/24/2008 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 102,119.16 |
| 2211713 | Petty Cash  Late night dinner for ND during trial preparation on 3/1 and 3/3 | | E | 03/24/2008 | 0187 | NDF | 0.00 | $99.70 | 0.00 | $99.70 | 102,218.86 |
| 2211714 | Petty Cash  Late night cabs home for NDF during trail preparation on 3/1 and 3/3 | | E | 03/24/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 102,258.86 |
| 2212037 | Premier Global Services for conference callsa mde by NDF during February | | E | 03/24/2008 | 0187 | NDF | 0.00 | $43.26 | 0.00 | $43.26 | 102,302.12 |
| 2212044 | Federal Express shipping trial documents back to office on 3/13 | | E | 03/24/2008 | 0120 | EI | 0.00 | $122.73 | 0.00 | $122.73 | 102,424.85 |
| 2212061 | Federal Express refund on duplicate payment | | E | 03/25/2008 | 0999 | C&D | 0.00 | -$45.03 | 0.00 | -$45.03 | 102,379.82 |
| 2213177 | Photocopy | | E | 03/25/2008 | 0237 | SRB | 0.00 | $4.20 | 0.00 | $4.20 | 102,384.02 |
| 2213210 | Photocopy | | E | 03/25/2008 | 0999 | C&D | 0.00 | $20.20 | 0.00 | $20.20 | 102,404.22 |
| 2213421 | Reprints Desk;  Single document delivery | | E | 03/26/2008 | 0001 | BSB | 0.00 | $95.00 | 0.00 | $95.00 | 102,499.22 |
| | | | | | | DBS | | | | | |

{D0110520.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter     000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2213422 | Reed Elsevier;  Document retrieval by DBS | E | 03/26/2008 | 0308 | | 0.00 | $569.20 | 0.00 | $569.20 | 103,068.42 |
| 2213428 | Elite Limousine car service for EI to airport for trip to Pittsburgh on 3/17 | E | 03/26/2008 | 0120 | EI | 0.00 | $51.00 | 0.00 | $51.00 | 103,119.42 |
| 2213429 | Elite Limousine car service for EI from airport following flight from Pittsburgh on 3/17 | E | 03/26/2008 | 0120 | EI | 0.00 | $68.34 | 0.00 | $68.34 | 103,187.76 |
| 2213921 | Photocopy | E | 03/26/2008 | 0999 | C&D | 0.00 | $24.40 | 0.00 | $24.40 | 103,212.16 |
| 2213939 | Photocopy | E | 03/26/2008 | 0234 | CK | 0.00 | $0.20 | 0.00 | $0.20 | 103,212.36 |
| 2213977 | Photocopy | E | 03/27/2008 | 0237 | SRB | 0.00 | $4.80 | 0.00 | $4.80 | 103,217.16 |
| 2213982 | Photocopy | E | 03/27/2008 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 103,217.26 |
| 2214000 | Photocopy | E | 03/27/2008 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 103,217.66 |
| 2214025 | Photocopy | E | 03/27/2008 | 0210 | CJ | 0.00 | $4.00 | 0.00 | $4.00 | 103,221.66 |
| 2214037 | Photocopy | E | 03/27/2008 | 0237 | SRB | 0.00 | $1.80 | 0.00 | $1.80 | 103,223.46 |
| 2214042 | Photocopy | E | 03/27/2008 | 0210 | CJ | 0.00 | $64.40 | 0.00 | $64.40 | 103,287.86 |
| 2214046 | Photocopy | E | 03/27/2008 | 0251 | JO | 0.00 | $1.40 | 0.00 | $1.40 | 103,289.26 |
| 2214055 | Photocopy | E | 03/27/2008 | 0367 | MAF | 0.00 | $3.40 | 0.00 | $3.40 | 103,292.66 |
| 2214063 | Photocopy | E | 03/27/2008 | 0367 | MAF | 0.00 | $15.30 | 0.00 | $15.30 | 103,307.96 |
| 2214066 | Photocopy | E | 03/27/2008 | 0308 | DBS | 0.00 | $1.40 | 0.00 | $1.40 | 103,309.36 |
| 2214067 | Photocopy | E | 03/27/2008 | 0308 | DBS | 0.00 | $1.30 | 0.00 | $1.30 | 103,310.66 |
| 2213441 | NYO Long Distance Telephone/Conference Calls for 1/1/08-2/29/08.  Grace - Committee Conf. Call on 1/9 | E | 03/27/2008 | 0205 | BCE | 0.00 | $1,335.84 | 0.00 | $1,335.84 | 104,646.50 |
| 2213452 | NYO Long Distance Telephone/Conference Calls for | E | 03/27/2008 | 0205 | BCE | 0.00 | $205.16 | 0.00 | $205.16 | 104,851.66 |

{D0110520.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| | | 1/1/08-2/29/08.  Grace Trial Team Conf. Call on 2/21 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2213453 | NYO Long Distance Telephone/Conference Calls for 1/1/08-2/29/08.  Grace Conf. Call with Frankel, Peterson, Relles, NDF, EI on 2/21 | E | 03/27/2008 | 0205 | BCE | 0.00 | $414.92 | 0.00 | $414.92 | 105,266.58 |
| | 2213459 | ADA Travel   3/23 travel to Pittsburgh for Suzanne Lurie (coach fare) | E | 03/27/2008 | 0999 | C&D | 0.00 | $102.00 | 0.00 | $102.00 | 105,368.58 |
| | 2213460 | ADA Travel  Agency fee on  3/23 travel to Pittsburgh for Suzanne Lurie | E | 03/27/2008 | 0999 | C&D | 0.00 | $40.00 | 0.00 | $40.00 | 105,408.58 |
| | 2213469 | Gobbell Hays;  Services 2/1 thru 2/29 | E | 03/27/2008 | 0187 | NDF | 0.00 | $4,592.50 | 0.00 | $4,592.50 | 110,001.08 |
| | 2214241 | Equitrac - Long Distance to 9146742242 | E | 03/27/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 110,001.16 |
| | 2214253 | Equitrac - Long Distance to 2123199240 | E | 03/27/2008 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 110,001.28 |
| | 2214269 | Equitrac - Long Distance to 2154987114 | E | 03/27/2008 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 110,001.42 |
| | 2215046 | Travel Expenses - Ground Transportation - EI trip to Pittsburgh 3/24-26 for Estimation Hearing | E | 03/27/2008 | 0999 | C&D | 0.00 | $105.00 | 0.00 | $105.00 | 110,106.42 |
| | 2214279 | Equitrac - Long Distance to 3024261900 | E | 03/28/2008 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 110,106.59 |
| | 2214289 | Equitrac - Long Distance to 2123199240 | E | 03/28/2008 | 0999 | C&D | 0.00 | $0.52 | 0.00 | $0.52 | 110,107.11 |
| | 2214291 | Equitrac - Long Distance to 3024261900 | E | 03/28/2008 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 110,107.24 |
| | 2214293 | Equitrac - Long Distance to 3024261900 | E | 03/28/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 110,107.29 |
| | 2214297 | Equitrac - Long Distance to 3024261900 | E | 03/28/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 110,107.36 |
| | 2214306 | Equitrac - Long Distance to 3022185974 | E | 03/28/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 110,107.41 |
| | 2213756 | Visualex;  Production of trial graphics for Dr. Peterson trial testimony | E | 03/28/2008 | 0187 | NDF | 0.00 | $25,076.58 | 0.00 | $25,076.58 | 135,183.99 |
| | | | | | | C&D | | | | | |

{D0110520.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | | Disbursements | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2214075 | Photocopy | | E | 03/28/2008 | 0999 | | 0.00 | $122.00 | 0.00 | $122.00 | 135,305.99 |
| 2214082 | Photocopy | | E | 03/28/2008 | 0999 | C&D | 0.00 | $232.80 | 0.00 | $232.80 | 135,538.79 |
| 2214089 | Photocopy | | E | 03/28/2008 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 135,539.29 |
| 2214094 | Photocopy | | E | 03/28/2008 | 0999 | C&D | 0.00 | $268.70 | 0.00 | $268.70 | 135,807.99 |
| 2214100 | Photocopy | | E | 03/28/2008 | 0999 | C&D | 0.00 | $55.20 | 0.00 | $55.20 | 135,863.19 |
| 2214101 | Photocopy | | E | 03/28/2008 | 0367 | MAF | 0.00 | $98.60 | 0.00 | $98.60 | 135,961.79 |
| 2214102 | Photocopy | | E | 03/28/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 135,961.99 |
| 2214103 | Photocopy | | E | 03/28/2008 | 0251 | JO | 0.00 | $0.10 | 0.00 | $0.10 | 135,962.09 |
| 2214115 | Photocopy | | E | 03/28/2008 | 0220 | SKL | 0.00 | $7.00 | 0.00 | $7.00 | 135,969.09 |
| 2214117 | Photocopy | | E | 03/28/2008 | 0999 | C&D | 0.00 | $4.70 | 0.00 | $4.70 | 135,973.79 |
| 2214119 | Photocopy | | E | 03/28/2008 | 0251 | JO | 0.00 | $5.00 | 0.00 | $5.00 | 135,978.79 |
| 2214124 | Photocopy | | E | 03/28/2008 | 0999 | C&D | 0.00 | $75.60 | 0.00 | $75.60 | 136,054.39 |
| 2214125 | Photocopy | | E | 03/28/2008 | 0255 | DAT | 0.00 | $48.60 | 0.00 | $48.60 | 136,102.99 |
| 2214129 | Photocopy | | E | 03/28/2008 | 0999 | C&D | 0.00 | $19.40 | 0.00 | $19.40 | 136,122.39 |
| 2214136 | Photocopy | | E | 03/28/2008 | 0999 | C&D | 0.00 | $441.80 | 0.00 | $441.80 | 136,564.19 |
| 2214141 | Photocopy | | E | 03/28/2008 | 0999 | C&D | 0.00 | $13.90 | 0.00 | $13.90 | 136,578.09 |
| 2214145 | Photocopy | | E | 03/28/2008 | 0369 | TEP | 0.00 | $163.40 | 0.00 | $163.40 | 136,741.49 |
| 2214148 | Photocopy | | E | 03/28/2008 | 0255 | DAT | 0.00 | $27.70 | 0.00 | $27.70 | 136,769.19 |
| 2214149 | Photocopy | | E | 03/28/2008 | 0999 | C&D | 0.00 | $2.20 | 0.00 | $2.20 | 136,771.39 |

{D0110520.1 }

| Client Number: 4642 | | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | | Disbursements | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| ID | Description | | Date | Code | Initials | | Amount | | Total | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2214151 | Photocopy | E | 03/28/2008 | 0999 | C&D | 0.00 | $59.00 | 0.00 | $59.00 | 136,830.39 |
| 2214152 | Photocopy | E | 03/28/2008 | 0255 | DAT | 0.00 | $13.90 | 0.00 | $13.90 | 136,844.29 |
| 2214157 | Photocopy | E | 03/28/2008 | 0367 | MAF | 0.00 | $1.10 | 0.00 | $1.10 | 136,845.39 |
| 2214162 | Photocopy | E | 03/29/2008 | 0227 | RH | 0.00 | $4.30 | 0.00 | $4.30 | 136,849.69 |
| 2214334 | Equitrac - Long Distance to 2125889686 | E | 03/29/2008 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 136,849.87 |
| 2214355 | Petty Cash  Cab expense for MAF on travel to Pittsburgh for hearing on 3/26 | E | 03/31/2008 | 0367 | MAF | 0.00 | $12.00 | 0.00 | $12.00 | 136,861.87 |
| 2214356 | Petty Cash  Cab expenses for MAF on travel to Pittsburgh for estimation hearing on 3/21 | E | 03/31/2008 | 0367 | MAF | 0.00 | $20.00 | 0.00 | $20.00 | 136,881.87 |
| 2214362 | Petty Cash  Meals for NDF on travel on 3/20 for estimation hearing/trial | E | 03/31/2008 | 0187 | NDF | 0.00 | $29.04 | 0.00 | $29.04 | 136,910.91 |
| 2214364 | Petty Cash  Working dinner for ALV while preparing for estimation hearing/trial on 3/20 | E | 03/31/2008 | 0327 | ALV | 0.00 | $23.00 | 0.00 | $23.00 | 136,933.91 |
| 2214365 | Petty Cash  Meals for WBS in Pittsburgh for trial on 3/24-27 | E | 03/31/2008 | 0054 | WBS | 0.00 | $27.73 | 0.00 | $27.73 | 136,961.64 |
| 2214459 | Postage | E | 03/31/2008 | 0999 | C&D | 0.00 | $30.72 | 0.00 | $30.72 | 136,992.36 |
| 2214692 | ALV;  Travel expenses to Pittsburgh for estimation hearing on 3/22-27 for meals w/DBS,SKL,JPW,MH,WBS | E | 03/31/2008 | 0327 | ALV | 0.00 | $465.83 | 0.00 | $465.83 | 137,458.19 |
| 2214693 | ALV;  Travel expenses to Pittsburgh for estimation hearing on 3/22-27 for r/t mileage and parking in Pittsburgh (3.00) | E | 03/31/2008 | 0327 | ALV | 0.00 | $250.46 | 0.00 | $250.46 | 137,708.65 |
| 2214694 | EI;  Travel expenses to Pittsburgh to attend hearing on 3/24-26 for dinner w/NDF,EI.WBS,SKL,MAF,DBS,ALV,BSB and Mmark Hurford | E | 03/31/2008 | 0120 | EI | 0.00 | $450.00 | 0.00 | $450.00 | 138,158.65 |

EI

{D0110520.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2214695 | EI;  Travel expenses to Pittsburgh to attend hearing on 3/24-26 for dinner on 3/25 w/WBS, EI, ALB, Hurford, MAF, DBS, BSB, Suzanne Lurie | E | 03/31/2008 | 0120 | EI | 0.00 | $400.00 | 0.00 | $400.00 | 138,558.65 |
| 2214696 | EI;  Travel expenses to Pittsburgh to attend hearing on 3/24-26 for dinner at airport on returning home for EI | E | 03/31/2008 | 0120 | EI | 0.00 | $30.00 | 0.00 | $30.00 | 138,588.65 |
| 2214697 | EI;  Travel expenses to Pittsburgh to attend hearing on 3/24-26 for r/t air fare (coach fare $619.00) | E | 03/31/2008 | 0120 | EI | 0.00 | $1,073.00 | 0.00 | $619.00 | 139,207.65 |
| 2214698 | EI;  Travel expenses to Pittsburgh to attend hearing on 3/24-26 for agency fee on air fare | E | 03/31/2008 | 0120 | NDF | 0.00 | $47.78 | 0.00 | $47.78 | 139,255.43 |
| 2214701 | BostonCoach car service for NDF from Bethesda, MD to Old Ebbitt Grill in DC on 3/4 | E | 03/31/2008 | 0187 | JPW | 0.00 | $108.60 | 0.00 | $108.60 | 139,364.03 |
| 2214922 | Photocopy | E | 03/31/2008 | 0334 | BCE | 0.00 | $6.60 | 0.00 | $6.60 | 139,370.63 |
| 2215358 | Database Research/Lexis Charges for 3/1/08-3/31/08 By:  KB on 3/17 | E | 03/31/2008 | 0205 | BCE | 0.00 | $1,060.61 | 0.00 | $1,060.61 | 140,431.24 |
| 2215359 | Database Research/Lexis Charges for 3/1/08-3/31/08 By:  ALV on 3/12 | E | 03/31/2008 | 0205 | BCE | 0.00 | $337.43 | 0.00 | $337.43 | 140,768.67 |
| 2215360 | Database Research/Lexis Charges for 3/1/08-3/31/08 By: ALV on 3/17 | E | 03/31/2008 | 0205 | C&D | 0.00 | $139.81 | 0.00 | $139.81 | 140,908.48 |
| 2215383 | NYO color copies for March | E | 03/31/2008 | 0999 | C&D | 0.00 | $3.80 | 0.00 | $3.80 | 140,912.28 |
| 2216718 | Database Research - Westlaw by BSB March 16 | E | 03/31/2008 | 0999 | C&D | 0.00 | $64.45 | 0.00 | $64.45 | 140,976.73 |
| 2216719 | Database Research - Westlaw by KB March 17 | E | 03/31/2008 | 0999 | C&D | 0.00 | $116.69 | 0.00 | $116.69 | 141,093.42 |
| 2216720 | Database Research - Westlaw by NDF March 13 | E | 03/31/2008 | 0999 | C&D | 0.00 | $122.43 | 0.00 | $122.43 | 141,215.85 |
| 2216721 | Database Research - Westlaw by JTK March 25, 30 | E | 03/31/2008 | 0999 | C&D | 0.00 | $155.39 | 0.00 | $155.39 | 141,371.24 |
| 2216722 | Database Research - Westlaw by TEP March 14-31 | E | 03/31/2008 | 0999 | C&D | 0.00 | $2,548.38 | 0.00 | $2,548.38 | 143,919.62 |
| 2216723 | Database Research - Westlaw by WBS March 11-31 | E | 03/31/2008 | 0999 | | 0.00 | $508.25 | 0.00 | $508.25 | 144,427.87 |

{D0110520.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter    000 | | Disbursements | | | | | | | | 4/21/2008 |

Print Date/Time: 04/21/2008  4:17:00PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2216724 | Database Research - Westlaw by DBS March 14-27 | E | 03/31/2008 | 0999 | C&D | 0.00 | $460.72 | 0.00 | $460.72 | 144,888.59 |
| 2216725 | Database Research - Westlaw by ALV March 9-30 | E | 03/31/2008 | 0999 | C&D | 0.00 | $2,363.97 | 0.00 | $2,363.97 | 147,252.56 |
| 2216726 | Database Research - Westlaw by JPW March 6-20 | E | 03/31/2008 | 0999 | C&D | 0.00 | $468.13 | 0.00 | $468.13 | 147,720.69 |
| 2216727 | Database Research - Westlaw by ALV/NR March 12 | E | 03/31/2008 | 0999 | C&D | 0.00 | $692.62 | 0.00 | $692.62 | 148,413.31 |
| 2216728 | Database Research - Westlaw by JAL March 24 | E | 03/31/2008 | 0999 | C&D | 0.00 | $168.76 | 0.00 | $168.76 | 148,582.07 |
| 2216729 | Database Research - Westlaw by ALV March 12 | E | 03/31/2008 | 0999 | C&D | 0.00 | $114.93 | 0.00 | $114.93 | 148,697.00 |

**Total Expenses**
$149,151.00
0.00                                  $148,697.00
0.00

| | | | |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 149,151.00 | 148,697.00 |
| Matter Total | 0.00 | 149,151.00 | 0.00  148,697.00 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $149,151.00 | $148,697.00 |
| Prebill Total | | 0.00  $149,151.00 | 0.00  $148,697.00 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 60,664 | 11/29/2007 | 665,174.50 | 133,034.90 |
| 61,283 | 12/21/2007 | 530,168.50 | 106,033.70 |
| 61,476 | 01/24/2008 | 678,109.50 | 135,621.90 |
| 61,925 | 02/25/2008 | 1,017,162.62 | 1,017,162.62 |
| 62,322 | 03/24/2008 | 613,980.28 | 613,980.28 |
| | | 4,613,635.65 | 2,041,443.82 |

{D0110520.1 }