# EXHIBIT A

## Thirteenth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #18144 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1460458\1

# EXHIBIT B

## Fourteenth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #18436 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1460458\1

# EXHIBIT C

## Fifteenth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #18605 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1460458\1