# EXHIBIT B

**EXHIBIT B**

**FEES FOR THE FEE PERIOD**
**JANUARY 1, 2008 THROUGH MARCH 31, 2008**

**FEES FOR THE FEE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/08/08 14 | (Subpoena) Follow up on e-mails regarding response to document demand. A. Marchetta | 0.3 | 186.00 |
| 01/09/08 14 | (Subpoena)  E-mails and follow up regarding document production, including review pleadings and confer with K. Begley regarding same. A. Marchetta | 0.6 | 372.00 |
| 01/09/08 3 | Conferred with A. Marchetta regarding MPERS subpoena, including reviewing local rules on objecting to a subpoena and reviewing and revising draft of Debtor's Responses to MPERS subpoena K. Begley | 1.7 | 399.50 |
| 01/15/08 14 | Follow up regarding information from B. Moffitt regarding letter to court from parties on status. A. Marchetta | 0.4 | 248.00 |
| 01/17/08 18 | Attention to drafting fee application for December 2007. K. Piper | 1.7 | 569.50 |
| 01/18/08 18 | Attention to drafting Quarterly Fee Application for the 27th Interim Period. K. Piper | 1.8 | 603.00 |
| 01/22/08 14 | Review and revise DP's December, 2007 fee application. S. Zuber | 0.3 | 144.00 |
| 01/22/08 14 | Review and revise DP's 4Q 2007 fee application. S. Zuber | 0.3 | 144.00 |
| 01/22/08 3 | Preparation of audit letter insert re Grace Trenton. B. Moffitt | 0.8 | 320.00 |
| 01/22/08 | Attention to CNO for November of 2007. | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

| 18 | K. Piper | 0.2 | 67.00 |

| 01/22/08 | Sent out audit survey; Prepared documents for each attorney of 2007 audit letter inserts in preparation for revisions to same; Forwarded same to attorneys; Worked with attorneys regarding revisions to inserts and preparation of new inserts for 2008 audit letter. | | |
| 14 | S. Parker | 1.5 | 225.00 |

| 01/23/08 | Second requests for response to audit survey; Worked with attorneys regarding responses to same and preparation of inserts for same. | | |
| 14 | S. Parker | 0.5 | 75.00 |

| 01/24/08 | Prepared draft audit letter; Forwarded same to A. Marchetta for review. | | |
| 14 | S. Parker | 1.1 | 165.00 |

| 01/25/08 | Review and revise audit letter response | | |
| 14 | M. Rave | 1.2 | 558.00 |

| 01/25/08 | Review information for fee auditor; response regarding same. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |

| 01/25/08 | Revise December 2007 fee application and attention to filing of same. | | |
| 18 | K. Piper | 0.4 | 134.00 |

| 01/25/08 | Revise Quarterly Fee Application for the 27th Interim Period and attention to filing of same. | | |
| 18 | K. Piper | 0.5 | 167.50 |

| 01/25/08 | Prepared audit letter file in preparation for M. Rave's review of same; Worked with M. Rave regarding revisions to same; Implemented revisions to same; Attention to delivery of same to auditor via facsimile and first class mail, and to client via first class mail. | | |
| 14 | S. Parker | 1.2 | 180.00 |

| 01/28/08 | Attention to filing Quarterly Fee Application and Monthly Fee Application for December 2007. | | |
| 18 | K. Piper | 0.1 | 33.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Begley | 3 | 1.7 | 235.00 | 399.50 |
| A. Marchetta | 14 | 1.5 | 620.00 | 930.00 |
| S. Zuber | 14 | 0.6 | 480.00 | 288.00 |
| M. Rave | 14 | 1.2 | 465.00 | 558.00 |
| K. Piper | 18 | 4.7 | 335.00 | 1,574.50 |

3

| | | | |
|---|---|---|---|
| B. Moffitt | 3 | 0.8 | 400.00 | 320.00 |
| S. Parker | 14 | 4.3 | 150.00 | 645.00 |
| TOTAL | | 14.8 | | 4,715.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 01/01/08 3 | Review and comment on draft PSJ brief and supporting papers.<br>W. Hatfield | 2.0 | 800.00 |
|---|---|---|---|
| 01/01/08 3 | Review draft NYS brief on reversing transaction on Teich property in Long Island.<br>W. Hatfield | 0.5 | 200.00 |
| 01/02/08 14 | Address motion strategy issues.<br>R. Rose | 0.3 | 148.50 |
| 01/02/08 3 | Memo and comments to draft motion to J. Borg with requested revisions to papers.<br>W. Hatfield | 0.9 | 360.00 |
| 01/02/08 3 | Continue review of revised brief and edits to same.<br>W. Hatfield | 2.0 | 800.00 |
| 01/02/08 3 | Revise/Finalize Notice of Petition for avoidance of fraudulent conveyance.<br>J. Borg | 1.2 | 486.00 |
| 01/02/08 3 | Review/Analysis correspondence from W. Hatfield regarding Petition to avoid fraudulent conveyance.<br>J. Borg | 0.2 | 81.00 |
| 01/02/08 3 | Preparation of correspondence to W. Hatfield regarding Petition to avoid fraudulent conveyance.<br>J. Borg | 0.2 | 81.00 |
| 01/02/08 3 | Review and evaluate inclusion of additional case law to support certain legal arguments in the SJ brief.<br>C. Otero | 0.6 | 219.00 |
| 01/03/08 14 | Review revised draft fraudulent conveyance complaint<br>R. Rose | 0.6 | 297.00 |
| 01/03/08 3 | Revise draft statement of undisputed facts for PSJ motion.<br>W. Hatfield | 1.1 | 440.00 |
| 01/03/08 | Revise preliminary statement, facts and argument sections of draft PSJ | | |

4

| | | | |
|---|---|---|---|
| | brief. | | |
| 3 | W. Hatfield | 4.5 | 1,800.00 |
| 01/03/08 | Review reviews NYS motion papers and memo to J. Borg and R. Rose on same. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 01/03/08 | Research case law explaining New Jersey Court Rule 4:42-2 in preparation of partial summary judgment brief. | | |
| 3 | H. Clayton | 2.8 | 658.00 |
| 01/04/08 | Review, edit and revise draft of Grace brief for partial summary judgment. | | |
| 14 | R. Rose | 2.9 | 1,435.50 |
| 01/04/08 | Address prejudgment interest issues and motion. | | |
| 3 | W. Hatfield | 0.5 | 200.00 |
| 01/04/08 | Address NYS fining issues on Teich motion. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |
| 01/04/08 | Revise/Finalize Notice of Petition for fraudulent conveyance by W. Teich and E. Teich. | | |
| 3 | J. Borg | 0.4 | 162.00 |
| 01/04/08 | Review/Analysis file regarding finalizing exhibits to same. | | |
| 3 | J. Borg | 0.7 | 283.50 |
| 01/04/08 | Preparation of correspondence to court regarding filing of Petition. | | |
| 3 | J. Borg | 0.4 | 162.00 |
| 01/04/08 | Conduct additional legal research on NJ case law regarding certifying judgments as final pursuant to R.4:42-2 to include in legal argument in SJ brief. | | |
| 3 | C. Otero | 0.7 | 255.50 |
| 01/04/08 | Review and revise undisputed statement of facts and W. Hatfield Certification in support of partial SJ motion and review revised SJ brief. | | |
| 3 | C. Otero | 0.8 | 292.00 |
| 01/04/08 | Revise Proposed form of Order and Notice of Motion for Partial Summary Judgment. | | |
| 3 | H. Clayton | 0.7 | 164.50 |
| 01/05/08 | Further review of revision of draft brief. | | |
| 14 | R. Rose | 0.9 | 445.50 |

5

| 01/07/08 | Review revised brief and address prejudgment interest issues. | | |
| 3 | W. Hatfield | 2.1 | 840.00 |

| 01/07/08 | Review, revise and finalize brief; undisputed statement of facts; notice of motion, order and certification of B. Hatfield; work on calculation of pre-judgment interest and incorporate totals into Order and Brief. | | |
| 3 | C. Otero | 4.1 | 1,496.50 |

| 01/08/08 | Review of all Grace papers in support of motion for partial summary judgment. | | |
| 14 | R. Rose | 0.7 | 346.50 |

| 01/08/08 | Address motion issues on citations to record and statement of facts. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |

| 01/08/08 | Revise Undisputed Statement of Facts and Statement of Facts section of Brief in Support of Motion for Partial Summary Judgment to include citations to Appellate Division's Opinion. | | |
| 3 | H. Clayton | 2.7 | 634.50 |

| 01/09/08 | Final review and edit of Grace motion papers. | | |
| 14 | R. Rose | 1.3 | 643.50 |

| 01/09/08 | Address case issues on arguments on rulings. | | |
| 3 | W. Hatfield | 0.8 | 320.00 |

| 01/09/08 | Work with B. Rose on reviewing, revising, and finalizing SJ brief and all supporting papers for filing on January 10th. | | |
| 3 | C. Otero | 2.8 | 1,022.00 |

| 01/09/08 | Shepardize legal argument of summary judgment brief. | | |
| 3 | H. Clayton | 0.5 | 117.50 |

| 01/09/08 | Attention to service of motion papers; Tel. conf. w/ process server; Prepared letter to process server. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |

| 01/10/08 | Discuss final revisions to Grace papers for partial summary judgment with C. Otero and B. Hatfield; sign brief and moving papers. | | |
| 14 | R. Rose | 0.4 | 198.00 |

| 01/10/08 | Revisions to brief and statement of facts and certification and review of final documents for filing of PSJ brief. | | |
| 3 | W. Hatfield | 1.9 | 760.00 |

| 01/10/08 | Call with Shell counsel on status of settlement. | | |

6

| 3 | W. Hatfield | 0.3 | 120.00 |

| 01/10/08 | Finalize SJ brief and supporting papers for overnight delivery to court and adversaries. | | |
| 3 | C. Otero | 0.8 | 292.00 |

| 01/11/08 | Letter to client on PSJ motion and address motion papers. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |

| 01/14/08 | Follow up with W. Hatfield re upcoming trial and strategy. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |

| 01/14/08 | Tel. call to Guaranteed Subpoena. | | |
| 3 | J. Spielberg | 0.1 | 33.50 |

| 01/15/08 | Tel. conf. w/ Nicole of Guaranteed Subpoena regarding status of service. | | |
| 3 | J. Spielberg | 0.2 | 67.00 |

| 01/16/08 | Address service issues on Teich and memos on same. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

| 01/16/08 | Attention to status of service on Wallace and Edna Teich; Tel. conf. w/ Nicole at Guaranteed Subpoena; Prepared letter to L. Geron at Guaranteed Subpoena; Tel. conf. w/ L. Geron regarding Southampton, NY service. | | |
| 3 | J. Spielberg | 0.8 | 268.00 |

| 01/18/08 | Tel. confs. w/ Guaranteed Subpoena regarding NY service; Tel. conf. w/ J. Borg regarding status of service; Prepared Affidavits of Service for Wallace and Edna Teich. | | |
| 3 | J. Spielberg | 0.7 | 234.50 |

| 01/22/08 | Address audit issues. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |

| 01/22/08 | Numerous telephone conferences with J. Spielberg regarding service of process on W. and E. Teich and filing of Affidavits of Service regarding same. | | |
| 3 | J. Borg | 0.4 | 162.00 |

| 01/22/08 | Tel. confs. (3x) w/ Guaranteed Subpoena regarding status of Southampton service. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |

| 01/23/08 | Follow up on Teich service issues. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |

7

| 01/23/08 | Telephone conference with J. Spielberg regarding service of process on W. and E. Teich. | | |
| 3 | J. Borg | 0.2 | 81.00 |

| 01/23/08 | Tel. confs. w/ Guaranteed Subpoena regarding NY service and NJ service; Attention to NY Affidavit of Service. | | |
| 3 | J. Spielberg | 0.6 | 201.00 |

| 01/24/08 | Call with M. Obradavich on status of motions against Weja and Teich; strategy for settlement prior to trial; trial date and witness issues for trial. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

| 01/25/08 | Telecomm from Weja counsel concerning Teich agreement to reconvey Hampton Property; address outline potential in limine motions to be filed. | | |
| 14 | R. Rose | 0.9 | 445.50 |

| 01/25/08 | Review information received on Weja case and follow up regarding strategy on same; arrangements for call with client regarding same. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |

| 01/25/08 | Address Teich NYS motion issues and memo to clients on same and NJ PSJ motion and strategy for pre trial limine motions. | | |
| 3 | W. Hatfield | 0.8 | 320.00 |

| 01/25/08 | Address proposed motions in limine against Weja and Richards; strategy on same and direct research and scope of work on assignments to associates on matter. | | |
| 3 | W. Hatfield | 2.0 | 800.00 |

| 01/25/08 | Work with R. Rose, W. Hatfield, C. Otero and J. Spielberg regarding strategy for drafting motions in limine. | | |
| 3 | H. Clayton | 1.0 | 235.00 |

| 01/27/08 | Conducted research for motion in limine. | | |
| 3 | J. Spielberg | 1.2 | 402.00 |

| 01/28/08 | Review issues regarding conference call with client and strategy regarding information received. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |

| 01/28/08 | Review correspondence. | | |
| 3 | W. Hatfield | 0.1 | 40.00 |

| 01/28/08 | Continued to research case law regarding preclusion of expert witnesses and prepare motion in limine. | | |
| 3 | J. Spielberg | 1.8 | 603.00 |

8

| 01/29/08 | Discuss status with W. Hatfield; telephone conference with client concerning same. | | |
| 14 | R. Rose | 0.7 | 346.50 |

| 01/29/08 | Follow up regarding conference call with client on strategy regarding settlement and trial. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |

| 01/29/08 | Prepare for and participate in call with clients on PSJ motion; NYS motion and Teich offer; proposed motions in limine; pre-trial and trial issues and strategy for settlement. | | |
| 3 | W. Hatfield | 0.9 | 360.00 |

| 01/29/08 | Prepare confirming memo to clients. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

| 01/29/08 | Numerous telephone conferences with W. Hatfield and R. Rose regarding adjournment of return date of Petition for avoidance of fraudulent conveyance. | | |
| 3 | J. Borg | 0.3 | 121.50 |

| 01/29/08 | Prepared motion in limine regarding introduction of new expert witnesses. | | |
| 3 | J. Spielberg | 2.2 | 737.00 |

| 01/30/08 | Address motion argument issues. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

| 01/30/08 | Numerous telephone conferences with L. Single regarding submission of Petition for avoidance of fraudulent conveyance. | | |
| 3 | J. Borg | 0.3 | 121.50 |

| 01/30/08 | Draft procedural history and statement of facts brief points from partial summary judgment brief into motion in limine brief against Richards and Sunrich; Compose legal argument for motion in limine against Richards and Sunrich for cleanup costs associated with gas station operation between April 1981 and September 1982. | | |
| 3 | H. Clayton | 3.6 | 846.00 |

| 01/31/08 | Direct H. Clayton on drafting of motions in limine. | | |
| 3 | W. Hatfield | 0.5 | 200.00 |

| 01/31/08 | Numerous telephone conferences with L. Singer regarding Petition for avoidance of fraudulent conveyance. | | |
| 3 | J. Borg | 0.4 | 162.00 |

9

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| H. Clayton | 3 | 11.3 | 235.00 | 2,655.50 |
| R. Rose | 14 | 8.7 | 495.00 | 4,306.50 |
| A. Marchetta | 14 | 1.4 | 620.00 | 868.00 |
| W. Hatfield | 3 | 23.9 | 400.00 | 9,560.00 |
| J. Borg | 3 | 4.7 | 405.00 | 1,903.50 |
| C. Otero | 3 | 9.8 | 365.00 | 3,577.00 |
| J. Spielberg | 3 | 8.2 | 335.00 | 2,747.00 |
| TOTAL | | 68.0 | | 25,617.50 |

Client: 430423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 LANDFILL CLOSURE ISSUES (GLOUCESTER)

| | | | |
|---|---|---|---|
| 12/10/07 | Call to A. Nagy on status of matter and K. Hov development; discuss deed notice and case issues; memo on same. | | |
| 3 | W. Hatfield | 0.4 | 156.00 |
| 01/08/08 | Address request by Pennoni on site documents. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |
| 01/09/08 | (Woolwich Landfill) Confer with W. Hatfield regarding document production issue with Pennoni. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 01/11/08 | (Woolwich Landfill) Follow up regarding document issues. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 01/11/08 | Address Pennoni request; memos to Pennoni and client on matter. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 01/14/08 | Prepare for and attend call with client and Pennoni on case status and request by Najarian for information. | | |
| 3 | W. Hatfield | 0.5 | 200.00 |
| 01/16/08 | Review memo from Pennoni on site status on survey and O&M; memo from client on deed notice. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |
| 01/24/08 | Call with M. Obradavich on case issues and NJDEP status; discuss deed notice draft document and closure approval; O&M at site; address issues on subdivision timing and deed notice. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |

10

| 01/26/08 | Review file for NJDEP closure certification and approved closure and post closure plan and memo to clients on same; memo to M. Obradavic on deed notice preparation and recording/filing issues. | | |
| 3 | W. Hatfield | 1.6 | 640.00 |
| 01/28/08 | Follow up regarding letter received from NJDEP and information for client. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 01/29/08 | Follow up regarding information on deed restrictions. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.4 | 620.00 | 868.00 |
| W. Hatfield | 3 | 3.7 | 400.00 | 1,476.00 |
| TOTAL | | 5.1 | | 2,344.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W. R. GRACE ET AL.

| 01/02/08 | E-mails with co-defendants regarding status and with clients regarding summary of same for client. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 01/02/08 | Review e-mail from co-counsel re case status and respond. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |
| 01/03/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 01/05/08 | E-mail and follow up regarding information for client. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 01/18/08 | Telephone call from Judge Bongiovanni's Chambers regarding status letter on bankruptcy; follow up with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 01/18/08 | Review e-mails re Judge Bongiovanni's request for status update; review prior update DLW/AJM. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| 01/21/08 | Prepare letter to Judge Bongiovanni re case status and telephone call with A. Marchetta re same; e-mail to L. Sinanyan re same. | | |

11

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 152.00 |

01/22/08   Follow up regarding letter to Judge Bongiovanni and information to DEP
for approval to send to Judge.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 434.00 |

01/22/08   Review e-mail from L. Sinanyan re case status and e-mail exchange with A.
Marchetta re continued preparation of status update to Court.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

01/23/08   Follow up with Deputy Attorney General regarding letter to court; status
letter to Judge Bongiovanni.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

01/23/08   Telephone call to and voice mail from DAG Dickinson re letter to Judge
Bongiovanni re case status and follow up re same.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 114.00 |

01/29/08   Telephone calls and conference with client regarding appeal status and
request for information.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 310.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.9 | 620.00 | 1,798.00 |
| B. Moffitt | 3 | 1.4 | 380.00 | 532.00 |
| S. Parker | 14 | 0.4 | 150.00 | 60.00 |
| | TOTAL | 4.7 | | 2,390.00 |

## FEES FOR THE FEE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

01/31/08   Correspond with W. Hatfield regarding motion in; Revise legal argument
for motion in limine; Incorporate statement of facts and procedural history
brief points form partial summary judgment brief into motion in limine
against Weja and Teich; Compose legal argument for motion in limine
against Weja and Teich.

| | | | |
|---|---|---|---|
| 3 | H. Clayton | 5.3 | 1,245.50 |

02/01/08   Call with B. Miller on Weja case issues and pre-trial and trial issues.

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.5 | 200.00 |

02/01/08   Memo to R Rose on Miller issues and UST certification.

12

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.4 | 160.00 |
| 02/01/08 | Review and revise motions in limine seeking declaratory judgment against Weja/Teich and Richards/Sunrich based on terms of respective leases. | | |
| 3 | C. Otero | 4.5 | 1,642.50 |
| 02/01/08 | Research New Jersey case law regarding interpretation of contract language; Research in motion in limine against Richards/Sunrich; Draft and edit preliminary statement for motion in limine against Richards/Sunrich; Draft preliminary statement for motion in limine against Weja/Teich. | | |
| 3 | H. Clayton | 4.9 | 1,151.50 |
| 02/02/08 | Memos with R. Rose on B. Miller issues. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |
| 02/03/08 | Follow up regarding settlement strategies. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 02/04/08 | Memo from Sun counsel and address bankruptcy approval issues. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 02/04/08 | Address Miller transcript request and prepare cover letter to B. Miller. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |
| 02/04/08 | Address draft motions in limine and argument/strategy issues for same. | | |
| 3 | W. Hatfield | 1.6 | 640.00 |
| 02/04/08 | Strategize and consider arguments to be made in motions in limine seeking declaratory judgment. | | |
| 3 | C. Otero | 0.8 | 292.00 |
| 02/04/08 | Further revisions to motion in limine. | | |
| 3 | C. Otero | 1.7 | 620.50 |
| 02/04/08 | Correspond with C. Otero regarding motions in limine against Richards/Sunrich and Weja; Edit motion papers to incorporate changes. | | |
| 3 | H. Clayton | 1.6 | 376.00 |
| 02/04/08 | Attention to filing date of motions in limine. | | |
| 3 | J. Spielberg | 0.4 | 134.00 |
| 02/04/08 | Worked with W. Hatfield regarding case status and retrieval of trial testimony for W. Miller. | | |
| 14 | S. Parker | 0.2 | 30.00 |

83046243A01042908

| 02/04/08 | Reviewed file indices and corresponding files in order to compile trial testimony of W. Miller and made copies of same | | |
| 14 | S. Parker | 0.9 | 135.00 |

| 02/04/08 | Worked with W. Hatfield regarding trial testimony of W. Miller. | | |
| 14 | S. Parker | 0.1 | 15.00 |

| 02/05/08 | Review Teich/Weja brief in opposition to motion for partial summary judgment. | | |
| 14 | R. Rose | 0.8 | 396.00 |

| 02/05/08 | Follow up with W. Hatfield and R. Rose regarding handling of summary judgment motion and strategy. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |

| 02/05/08 | Address Weja/Tiech opposition papers and outline of argument for reply. | | |
| 3 | W. Hatfield | 0.7 | 280.00 |

| 02/05/08 | Finalize revisions to motion in limine seeking declaratory judgment against Weja. | | |
| 3 | C. Otero | 2.1 | 766.50 |

| 02/05/08 | Review Defendant's Brief in Opposition to W.R. Grace's Motion for Partial Summary Judgment and Defendant's response to W.R. Grace's Statement of Material Facts;  Correspond with W. Hatfield and J. Spielberg regarding response to Defendant's opposition papers;  Correspond with R. Rose regarding same. | | |
| 3 | H. Clayton | 2.8 | 658.00 |

| 02/05/08 | Continued to draft motion in limine. | | |
| 3 | J. Spielberg | 5.0 | 1,675.00 |

| 02/05/08 | Strategize w/ W. Hatfield and H. Clayton regarding Reply Brief. | | |
| 3 | J. Spielberg | 0.4 | 134.00 |

| 02/06/08 | Follow up regarding letter from Weja's counsel re property in Hamptons. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |

| 02/06/08 | Review Weja opposition brief and papers and formulate reply arguments. | | |
| 3 | W. Hatfield | 1.8 | 720.00 |

| 02/06/08 | Review and comment on draft motion in limine papers. | | |
| 3 | W. Hatfield | 2.5 | 1,000.00 |

| 02/06/08 | Review letter from Weja counsel on Teich transfer and memo on same. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |

14

| | | | |
|---|---|---|---|
| 02/06/08 | Review Teich counsel confirmation letter concerning reconveyance of Long Island property. | | |
| 14 | R. Rose | 0.1 | 49.50 |
| 02/06/08 | Telephone conference with Court regarding status. | | |
| 3 | J. Borg | 0.1 | 40.50 |
| 02/06/08 | Continued to draft and revise motion in limine. | | |
| 3 | J. Spielberg | 2.9 | 971.50 |
| 02/06/08 | Review Appellate Division Decision regarding remand of contract claims for trial by jury; Draft legal argument of reply brief regarding remand of contract claims for trial by jury; Review cases cited by defendants in opposition brief regarding veil piercing issues; Review Appellate Briefs and Supreme Court Briefs regarding veil piercing issues; Draft legal argument regarding veil piercing issues and defendant's failure to cross appeal relevant issues; Review defendants response to Grace's Statement of Material Fact regarding same. | | |
| 3 | H. Clayton | 6.5 | 1,527.50 |
| 02/07/08 | Follow up regarding issues in case and review re strategy. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 02/07/08 | Address Teich NYS motion issues and memo to J. Borg with letter from defense counsel. | | |
| 3 | W. Hatfield | 0.3 | 120.00 |
| 02/07/08 | Reply to Sunoco counsel on status of matter. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |
| 02/07/08 | Address reply arguments to Weja's opposition brief on PSJ motion and review and revise initial draft of papers. | | |
| 3 | W. Hatfield | 6.0 | 2,400.00 |
| 02/07/08 | Address revisions to motions in limine. | | |
| 3 | W. Hatfield | 4.6 | 1,840.00 |
| 02/07/08 | Review/Analysis correspondence from W. Hatfield regarding request to reconvey property to W. Teich. | | |
| 3 | J. Borg | 0.3 | 121.50 |
| 02/07/08 | Telephone conference with Court regarding status. | | |
| 3 | J. Borg | 0.3 | 121.50 |
| 02/07/08 | Draft and revise motions in limine for declaratory judgment against | | |

15

Weja/Teich and Sunrich; strategize and consider legal arguments to be made in Grace's Reply to Weja's Opposition to Partial Summary Judgment Motion.

| | | | |
|---|---|---|---|
| 3 | C. Otero | 5.8 | 2,117.00 |

| 02/07/08 | Draft reply brief Legal Argument regarding UST registration and removal costs; Review defendants' response to Grace's Statement of Material Facts regarding same; Draft reply brief preliminary statement. | | |
|---|---|---|---|
| 3 | H. Clayton | 4.9 | 1,151.50 |

| 02/07/08 | Drafted W. Hatfield Cert. for Motion in Limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.9 | 301.50 |

| 02/07/08 | Strategize with W. Hatfield regarding motion in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.6 | 536.00 |

| 02/07/08 | Conducted additional research on reopening discovery for trial on remand. | | |
|---|---|---|---|
| 3 | J. Spielberg | 3.0 | 1,005.00 |

| 02/08/08 | E-mails and telephone call with R. Rose regarding adjournment of New York proceedings and Teich transfer. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 02/08/08 | E-mail from J. Borg concerning N.Y. fraudulent conveyance proceeding; telephone call from A. Marchetta concerning same. | | |
|---|---|---|---|
| 14 | R. Rose | 0.2 | 99.00 |

| 02/08/08 | Address motion in limine revisions and expert issues. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.5 | 200.00 |

| 02/08/08 | Review and revise reply brief and address research issues. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.6 | 640.00 |

| 02/08/08 | Address status of NYS motion on Teich transfer; call and memos with J. Borg on matter. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.4 | 160.00 |

| 02/08/08 | Numerous telephone conferences with W. Hatfield regarding status. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 81.00 |

| 02/08/08 | Preparation of correspondence to W. Hatfield regarding status. | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 121.50 |

| 02/08/08 | Telephone conference with Court regarding status of Petition. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 81.00 |

16

| 02/08/08 | Strategize with W. Hatfield and H. Clayton regarding reply brief and motions in limine. | | |
| 3 | J. Spielberg | 1.7 | 569.50 |

| 02/08/08 | Reviewed and revised memorandum in support of motion in limine. | | |
| 3 | J. Spielberg | 3.2 | 1,072.00 |

| 02/08/08 | Prepared filing letter for reply brief to Clerk. | | |
| 3 | J. Spielberg | 0.2 | 67.00 |

| 02/08/08 | Prepared certificate of service for reply brief. | | |
| 3 | J. Spielberg | 0.1 | 33.50 |

| 02/08/08 | Correspond with W. Hatfield regarding revised version of reply brief; Incorporate comments and edits into brief; Create Table of Contents and Table of Authorities section of reply brief; Respond to additional disputed statements of fact; Correspond with W. Hatfield and J. Spielberg regarding revised version of reply brief. | | |
| 3 | H. Clayton | 3.8 | 893.00 |

| 02/09/08 | Reviewed and revised 3 motions in limine and reply brief. | | |
| 3 | J. Spielberg | 3.7 | 1,239.50 |

| 02/10/08 | Review draft of Grace's reply brief on motion for pretrial summary judgment and discuss with J. Spielberg. | | |
| 14 | R. Rose | 0.8 | 396.00 |

| 02/10/08 | Address research on motions and law of the case doctrine. | | |
| 3 | W. Hatfield | 0.4 | 160.00 |

| 02/10/08 | Researched issue of law of the case. | | |
| 3 | J. Spielberg | 1.2 | 402.00 |

| 02/11/08 | Revise and edit revisions to Grace's reply brief on motion for partial summary judgment. | | |
| 14 | R. Rose | 0.9 | 445.50 |

| 02/11/08 | Review and revise reply brief for filing. | | |
| 3 | W. Hatfield | 2.2 | 880.00 |

| 02/11/08 | Address revisions to limine motion on expert issues. | | |
| 3 | W. Hatfield | 1.2 | 480.00 |

| 02/11/08 | Review and revise motion in limine on Richards/Sunrich and 1970 Lease allocation of liability. | | |
| 3 | W. Hatfield | 1.0 | 400.00 |

17

| 02/11/08 | Correspond with W. Hatfield regarding changes to Motion In Limine against Richards/Sunrich; Incorporate changes into same. | | |
|---|---|---|---|
| 3 | H. Clayton | 1.8 | 423.00 |

| 02/11/08 | Revised motion in limine to preclude expert material. | | |
|---|---|---|---|
| 3 | J. Spielberg | 3.1 | 1,038.50 |

| 02/11/08 | Prepared filing letter to court, notice of motion, certificate of service and proposed form of order for each of the three motions in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 2.0 | 670.00 |

| 02/11/08 | Finalized filing letter to Court. | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.1 | 33.50 |

| 02/11/08 | Finalized Certificate of Service. | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.1 | 33.50 |

| 02/11/08 | Continued to revise and finalize Reply Brief. | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.9 | 636.50 |

| 02/11/08 | Strategize with W. Hatfield and H. Clayton regarding motions in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.3 | 100.50 |

| 02/12/08 | Review and revise motion in limine on 1982 Lease against Weja/Teich. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.5 | 600.00 |

| 02/12/08 | Address revisions to motion in limine against Richards/Sunrich. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.9 | 360.00 |

| 02/12/08 | Review and edit Grace motion in limine to establish Richards' liability under terms of 1970 Lease; review draft of motion in limine concerning Weja's use of Shell's expert. | | |
|---|---|---|---|
| 14 | R. Rose | 1.3 | 643.50 |

| 02/12/08 | Correspond with W. Hatfield regarding changes to Motion In Limine against Weja/Teich; Incorporate changes into Motion In Limine. Correspond with R. Rose and J. Spielberg regarding current drafts of Motion In Limine against Weja/ Teich and Richards/Sunrich; Incorporate R. Rose changes into same; Draft Certification of W. Hatfield for Motion in Limine against Weja/Teich; Draft Certification of W. Hatfield for Motion In Limine against Richards/Sunrich. | | |
|---|---|---|---|
| 3 | H. Clayton | 5.2 | 1,222.00 |

| 02/12/08 | Strategize with B. Rose and H. Clayton regarding motions in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 0.3 | 100.50 |

18

| 02/12/08 | Strategize with W. Hatfield and H. Clayton regarding motions in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.9 | 636.50 |

| 02/12/08 | Revised motions in limine. | | |
|---|---|---|---|
| 3 | J. Spielberg | 3.1 | 1,038.50 |

| 02/13/08 | Review and finalize limine motion and papers against Weja/Teich. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.5 | 600.00 |

| 02/13/08 | Review and finalize limine motion and papers against Richards/Sunrich. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.5 | 600.00 |

| 02/13/08 | Prepare argument outline for R. Rose on PSJ motion hearing. | | |
|---|---|---|---|
| 3 | W. Hatfield | 1.3 | 520.00 |

| 02/13/08 | Review information regarding resolution of New York litigation. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 02/13/08 | Edit revised drafts of in limine motions and discuss with W. Hatfield; begin review of motion papers for partial summary judgment against Teich. | | |
|---|---|---|---|
| 14 | R. Rose | 2.4 | 1,188.00 |

| 02/13/08 | Telephone conference with W. Hatfield regarding status and strategy. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 40.50 |

| 02/13/08 | Telephone conference with Court regarding status of Petition. | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 121.50 |

| 02/13/08 | Preparation of numerous correspondence to W. Hatfield regarding status and strategy. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 81.00 |

| 02/13/08 | Review/Analysis numerous correspondence from W. Hatfield regarding status and strategy. | | |
|---|---|---|---|
| 3 | J. Borg | 0.2 | 81.00 |

| 02/13/08 | Finalized motion in limine brief, certifications, notice of motions, proposed forms of order, filing letters to court. | | |
|---|---|---|---|
| 3 | J. Spielberg | 5.7 | 1,909.50 |

| 02/14/08 | Complete review of motion papers in preparation for oral argument on Grace's motion for partial summary judgment; address outline of oral argument; attention e-mails to trial experts and witnesses. | | |
|---|---|---|---|
| 14 | R. Rose | 3.2 | 1,584.00 |

19

| 02/14/08 14 | E-mail regarding New York proceeding versus Teich. A. Marchetta | 0.2 | 124.00 |

| 02/14/08 3 | Memos to expert witnesses and call with C. Tsentas on trial schedule and prep issues and memos with J. Trela on prep schedule and contract issues. W. Hatfield | 0.9 | 360.00 |

| 02/14/08 3 | Address NYS matter and memo from J. Borg. W. Hatfield | 0.2 | 80.00 |

| 02/14/08 3 | Prepare letters to client with PSJ opposition and reply motion papers and motions in limine. W. Hatfield | 0.3 | 120.00 |

| 02/14/08 3 | Prepare outline of oral argument for PSJ motion and discuss hearing strategy with R. Rose and preparations for same. W. Hatfield | 1.8 | 720.00 |

| 02/14/08 3 | Telephone conference with Court regarding status of Petition. J. Borg | 0.3 | 121.50 |

| 02/14/08 3 | Preparation of correspondence to W. Hatfield regarding Court's willingness to adjourn Petition. J. Borg | 0.1 | 40.50 |

| 02/14/08 3 | Attention to e-mail to expert witnesses. J. Spielberg | 0.1 | 33.50 |

| 02/14/08 3 | Strategize regarding Motion of Partial Summary Judgment oral argument; Prepare sections of Appellate and Supreme Court briefs for oral argument. H. Clayton | 1.1 | 258.50 |

| 02/15/08 14 | Final review of briefs in preparation for oral argument; travel to Hudson County Court House in Jersey City and argue Grace's motions for partial summary judgment; return to Morristown; e-mail to client concerning same. R. Rose | 3.0 | 1,485.00 |

| 02/15/08 14 | Follow up regarding summary judgment argument. A. Marchetta | 0.6 | 372.00 |

| 02/15/08 3 | Memos on witness preparations for trial. W. Hatfield | 0.4 | 160.00 |

| 02/15/08 3 | Review memos on PSJ argument. W. Hatfield | 0.2 | 80.00 |

20

| 02/21/08 14 | Review Richards/Sunrich brief in opposition to in limine motions.<br>R. Rose | 1.1 | 544.50 |
|---|---|---|---|
| 02/21/08 3 | Address Teich NYS motion issues.<br>W. Hatfield | 0.2 | 80.00 |
| 02/21/08 3 | Address motion status issues and memos.<br>W. Hatfield | 0.4 | 160.00 |
| 02/21/08 3 | Preparation of correspondence to W. Hatfield regarding motion.<br>J. Borg | 0.1 | 40.50 |
| 02/21/08 3 | Reviewed opposition papers to Sunrich motion in limine.<br>J. Spielberg | 0.7 | 234.50 |
| 02/21/08 3 | Reviewed issue of liability for spills at property during Sunrich period under lease.<br>J. Spielberg | 3.4 | 1,139.00 |
| 02/21/08 3 | Strategize w/ H. Clayton regarding motions in limine and trial issues.<br>J. Spielberg | 0.9 | 301.50 |
| 02/21/08 3 | Review Richards/Sunrich brief in opposition to Grace's Motion in Limine; Correspond with R. Rose and J. Spielberg regarding same; Research cases involving pre-CERCLA and pre-Spill contracts.<br>H. Clayton | 3.7 | 869.50 |
| 02/22/08 14 | E-mail to W. Hatfield concerning status.<br>R. Rose | 0.1 | 49.50 |
| 02/22/08 14 | Follow up regarding trial and settlement.<br>A. Marchetta | 0.3 | 186.00 |
| 02/22/08 3 | Address Teich deed issues and preparations for trial.<br>W. Hatfield | 0.4 | 160.00 |
| 02/22/08 3 | Draft Reply Brief for Motion in Limine against Richards/Sunrich for allocation of liability for spills and contamination under the 1970 Lease.<br>H. Clayton | 3.7 | 869.50 |
| 02/22/08 3 | Review and scan trial transcripts for witnesses at 2000 trial (Tsentas, Goddard, Echevaria, Trela, Peterson).<br>H. Clayton | 3.1 | 728.50 |
| 02/22/08 3 | Assisted in preparation of reply to Sunrich response to motion in limine.<br>J. Spielberg | 2.4 | 804.00 |

21

| 02/22/08 3 | Strategize with H. Clayton regarding motion in limine and trial preparation. J. Spielberg | 0.8 | 268.00 |
|---|---|---|---|
| 02/22/08 3 | Tel. call to F. Biehl. J. Spielberg | 0.1 | 33.50 |
| 02/22/08 3 | Tel. conf. w/ clerk regarding opposition to motion in limine. J. Spielberg | 0.2 | 67.00 |
| 02/22/08 3 | Reviewed Fischer case and associated cases. J. Spielberg | 0.3 | 100.50 |
| 02/23/08 14 | Review, edit and revise draft reply brief to Richards/Sunrich opposition to Grace motion in limine. R. Rose | 1.2 | 594.00 |
| 02/23/08 3 | Edit and revise Reply Brief for Motion in Limine against Richards/Sunrich for allocation of liability for spills and contamination under the 1970 Lease. H. Clayton | 1.7 | 399.50 |
| 02/25/08 14 | Review Opinion from Court denying Grace's motion for partial summary judgment against Teich. R. Rose | 0.6 | 297.00 |
| 02/25/08 14 | Review court opinion and follow up with attorneys regarding same. A. Marchetta | 1.2 | 744.00 |
| 02/25/08 14 | Work with W. Hatfield and R. Rose and telephone conference with client regarding strategy in light of summary judgment decision. A. Marchetta | 1.0 | 620.00 |
| 02/25/08 3 | Prepare for and attend strategy call with clients and A. Marchetta and R. Rose on PSJ decision; limine motions; settlement and trial issues. W. Hatfield | 1.0 | 400.00 |
| 02/25/08 3 | Address memos with witnesses and experts on trial preparations. W. Hatfield | 0.4 | 160.00 |
| 02/25/08 3 | Review and edit draft of reply brief on Richards/Sunrich motion in limine. W. Hatfield | 0.5 | 200.00 |
| 02/25/08 3 | Review Weja/Teich opposition papers on limine motion and evaluate reply issues. W. Hatfield | 0.5 | 200.00 |

22

| | | | |
|---|---|---|---|
| 02/25/08<br>3 | Review and analyze PSJ opinion and memo to clients on same.<br>W. Hatfield | 2.2 | 880.00 |
| 02/25/08<br>14 | Discuss same with W. Hatfield and review e-mail to client concerning same.<br>R. Rose | 0.3 | 148.50 |
| 02/25/08<br>14 | Discuss strategy with A. Marchetta and W. Hatfield.<br>R. Rose | 0.3 | 148.50 |
| 02/25/08<br>14 | Conference call with client concerning same.<br>R. Rose | 0.5 | 247.50 |
| 02/25/08<br>14 | Telecomm from Weja's counsel concerning settlement.<br>R. Rose | 0.4 | 198.00 |
| 02/25/08<br>14 | Review and sign reply brief on Grace's motion in limine directed at Richards/Sunrich.<br>R. Rose | 0.3 | 148.50 |
| 02/25/08<br>14 | Review letter brief filed by Weja/Teich in opposition to Grace's in limine motion on terms of 1982 Lease.<br>R. Rose | 0.4 | 198.00 |
| 02/25/08<br>3 | Edit and revise Reply Brief in support of motion in limine against Richards/Sunrich.<br>H. Clayton | 1.2 | 282.00 |
| 02/25/08<br>3 | Prepared filing letter to Court and Cert. of Service.<br>J. Spielberg | 0.3 | 100.50 |
| 02/25/08<br>3 | Strategize with W. Hatfield and H. Clayton regarding motion in limine, partial summary judgment ruling and trial issues.<br>J. Spielberg | 1.3 | 435.50 |
| 02/25/08<br>3 | Reviewed Court's Partial Summary Judgment Order and memorandum.<br>J. Spielberg | 0.4 | 134.00 |
| 02/25/08<br>3 | Reviewed Weja's opposition brief.<br>J. Spielberg | 0.3 | 100.50 |
| 02/25/08<br>3 | Strategize with W. Hatfield regarding Weja's opposition papers.<br>J. Spielberg | 0.2 | 67.00 |
| 02/25/08<br>3 | Tel. conf. w/ Law Clerk regarding motions in limine.<br>J. Spielberg | 0.3 | 100.50 |

23

| 02/25/08 3 | Tel. conf. w/ J. Trela regarding trial. J. Spielberg | 0.4 | 134.00 |

| 02/26/08 14 | Telecomm from Weja counsel concerning settlement discussions with carrier. R. Rose | 0.1 | 49.50 |

| 02/26/08 3 | Draft Reply brief on Weja/Teich motion in limine. W. Hatfield | 3.1 | 1,240.00 |

| 02/26/08 3 | Address Weja settlement issues. W. Hatfield | 0.2 | 80.00 |

| 02/26/08 14 | Review and edit reply brief and in limine motion concerning 1982 Lease. R. Rose | 0.5 | 247.50 |

| 02/27/08 14 | Telephone Weja counsel concerning settlement status. R. Rose | 0.3 | 148.50 |

| 02/27/08 3 | Address edits to reply brief on Weja motion in limine. W. Hatfield | 0.9 | 360.00 |

| 02/27/08 3 | Address strategy on Weja and Richards settlement issues and call with Weja counsel. W. Hatfield | 1.1 | 440.00 |

| 02/27/08 14 | Telephone from F. Biehl concerning same and discuss with W. Hatfield. R. Rose | 0.3 | 148.50 |

| 02/27/08 14 | Telephone from F. Biehl concerning discussions with carriers. R. Rose | 0.2 | 99.00 |

| 02/27/08 3 | Telephone conference with W. Hatfield regarding status. J. Borg | 0.1 | 40.50 |

| 02/27/08 3 | Preparation of numerous correspondence to W. Hatfield regarding status and strategy. J. Borg | 0.3 | 121.50 |

| 02/27/08 3 | Review/Analysis numerous correspondence from W. Hatfield regarding status and strategy. J. Borg | 0.2 | 81.00 |

| 02/27/08 3 | Prepared letter to counsel enclosing order and letter opinion. J. Spielberg | 0.2 | 67.00 |

24

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 02/27/08 3 | Tel. conf. w/ Judge's Law clerk regarding motion in limine. J. Spielberg | 0.2 | 67.00 |
| 02/27/08 3 | Prepared filing letter to court and cert. of service. J. Spielberg | 0.2 | 67.00 |
| 02/27/08 3 | Reviewed and finalized filing of response papers to motion in limine. J. Spielberg | 0.6 | 201.00 |
| 02/28/08 14 | Telecomm with Weja counsel concerning settlement position and discuss with W. Hatfield concerning same. R. Rose | 0.8 | 396.00 |
| 02/28/08 3 | Address settlement issues and memo to clients on same. W. Hatfield | 0.6 | 240.00 |
| 02/28/08 3 | Telephone conference with K. Schwartz regarding status of transfer deed. J. Borg | 0.1 | 40.50 |
| 02/28/08 3 | Prepared letter to Court re: motions in limine. J. Spielberg | 0.3 | 100.50 |
| 02/28/08 3 | Tel. conf. w/ F. Biehl's office re: motion in limine. J. Spielberg | 0.1 | 33.50 |
| 02/28/08 3 | Tel. conf. w/ C. Miller's office re: motion in limine. J. Spielberg | 0.1 | 33.50 |
| 02/29/08 14 | Several telecomms with Weja counsel concerning settlement position and settlement proposal. R. Rose | 0.7 | 346.50 |
| 02/29/08 14 | Numerous e-mails and follow up regarding settlement. A. Marchetta | 0.5 | 310.00 |
| 02/29/08 3 | Address settlement issues and negotiation strategy; calls with adversary and client on matter; memo to clients on settlement approval. W. Hatfield | 2.2 | 880.00 |
| 02/29/08 3 | Memos and calls to trial witnesses on case status and settlement. W. Hatfield | 0.4 | 160.00 |
| 02/29/08 14 | Discuss with W. Hatfield. R. Rose | 0.3 | 148.50 |

25

| 02/29/08 | Telephone R. Senftleben for approval. | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 148.50 |

| 02/29/08 | Attention e-mails to client. | | |
|---|---|---|---|
| 14 | R. Rose | 0.1 | 49.50 |

| 02/29/08 | Telephone Weja counsel concerning Grace approval and arrangements for court appearance. | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 148.50 |

| 02/29/08 | Revise/Finalize correspondence to Court regarding status. | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 162.00 |

| 02/29/08 | Telephone conference with K. Schwartz regarding deed. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 40.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| H. Clayton | 3 | 51.3 | 235.00 | 12,055.50 |
| R. Rose | 14 | 21.8 | 495.00 | 10,791.00 |
| A. Marchetta | 14 | 6.0 | 620.00 | 3,720.00 |
| W. Hatfield | 3 | 51.9 | 400.00 | 20,760.00 |
| J. Borg | 3 | 3.9 | 405.00 | 1,579.50 |
| C. Otero | 3 | 14.9 | 365.00 | 5,438.50 |
| J. Spielberg | 3 | 56.6 | 335.00 | 18,961.00 |
| S. Parker | 14 | 1.2 | 150.00 | 180.00 |
| TOTAL | | 207.6 | | 73,485.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 02/11/08 | Attention to fee application for January 2008. | | |
|---|---|---|---|
| 18 | K. Piper | 0.2 | 67.00 |

| 02/20/08 | Attention to CNO for December 2007. | | |
|---|---|---|---|
| 18 | K. Piper | 0.2 | 67.00 |

| 02/22/08 | Begin drafting January 2008 fee application. | | |
|---|---|---|---|
| 18 | K. Piper | 0.5 | 167.50 |

| 02/25/08 | Continue drafting fee application for January 2007. | | |
|---|---|---|---|
| 18 | K. Piper | 1.9 | 636.50 |

| 02/26/08 | Review and revise Day Pitney's January, 2008 Fee Application. | | |
|---|---|---|---|

83046243A01042908

| 18 | S. Zuber | 0.3 | 144.00 |
|----|----------|-----|--------|

| 02/27/08 | Revised January 2008 fee application and attention to filing same. | | |
|----------|---------------------------------------------------------------------|------|--------|
| 18 | K. Piper | 0.5 | 167.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|--------|----------|
| S. Zuber | 18 | 0.3 | 480.00 | 144.00 |
| K. Piper | 18 | 3.3 | 335.00 | 1,105.50 |
| TOTAL | | 3.6 | | 1,249.50 |

Client: 430423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 LANDFILL CLOSURE ISSUES (GLOUCESTER)

| 02/15/08 | Review memo from B. Bowe on subdivision and deed notice issues on sewer line and buffer area. | | |
|----------|--------------------------------------------------------------------------------------------------|------|--------|
| 3 | W. Hatfield | 0.3 | 120.00 |

| 02/18/08 | Prepare memo to B. Bowe on landfill buffer issues and sewer line. | | |
|----------|------------------------------------------------------------------|------|--------|
| 3 | W. Hatfield | 0.3 | 120.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|--------|--------|
| W. Hatfield | 3 | 0.6 | 400.00 | 240.00 |
| TOTAL | | 0.6 | | 240.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 02/04/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|----------|------------------------------------------------------------------------------------------------------------------------|------|--------|
| 14 | S. Parker | 0.4 | 60.00 |

| 02/08/08 | Follow up regarding appeal and information to court. | | |
|----------|-----------------------------------------------------|------|--------|
| 14 | A. Marchetta | 0.3 | 186.00 |

| 02/13/08 | Conference with B. Moffitt and follow up regarding information for client on status. | | |
|----------|--------------------------------------------------------------------------------------|------|--------|
| 14 | A. Marchetta | 0.6 | 372.00 |

| 02/13/08 | Review case update forwarded by W. Sparks; confer with A. Marchetta regarding same. | | |
|----------|--------------------------------------------------------------------------------------|------|--------|
| 3 | B. Moffitt | 0.2 | 80.00 |

27

| 02/14/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant article to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.5 | 75.00 |
| 02/18/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 45.00 |
| 02/20/08 | Follow up regarding Judge Bongiovanni status request. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 02/20/08 | Follow up regarding auditor's request for information; telephone call with R. Finke. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 02/25/08 | Follow up regarding injunction and court hearing. | | |
| 14 | A. Marchetta | 0.7 | 434.00 |
| 02/25/08 | Review J. Baer e-mail re pending ruling by Bankruptcy Court and respond re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 02/25/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 60.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.5 | 620.00 | 1,550.00 |
| B. Moffitt | 3 | 0.4 | 400.00 | 160.00 |
| S. Parker | 14 | 1.6 | 150.00 | 240.00 |
| TOTAL | | 4.5 | | 1,950.00 |

## FEES FOR THE FEE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 03/03/08 | Telephone call with State and follow up regarding letter to court; telephone call from court regarding same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 03/03/08 | Various e-mail exchanges with D.A.G. Dickinson and co-counsel re status | | |

28

| | | | |
|---|---|---|---|
| | update to Judge Bongiovanni; telephone call with D.A.G. Dickinson re same; draft update and confer with A. Marchetta re same; e-mail exchange with J. Baer re same. | | |
| 3 | B. Moffitt | 0.5 | 200.00 |
| 03/03/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 03/03/08 | Worked with B. Moffitt regarding preparation of status letter to Judge Bongiovanni. | | |
| 14 | S. Parker | 0.2 | 30.00 |
| 03/03/08 | Accessed US District Court website and retrieved endorsed order regarding case status update to Judge Bongiovanni and forwarded same to B. Moffitt as requested. | | |
| 14 | S. Parker | 0.2 | 30.00 |
| 03/10/08 | Follow up regarding status of appeal. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 03/10/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 45.00 |
| 03/11/08 | Follow up regarding District Court opinion; work with B. Moffitt regarding notice to Judges Bongiovanni and Cooper. | | |
| 14 | A. Marchetta | 1.2 | 744.00 |
| 03/11/08 | Review District Court decision re appeal of denial of motion to file late proof of claim; confer with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 03/12/08 | Work with B. Moffitt regarding draft letter to court and information for same. | | |
| 14 | A. Marchetta | 1.1 | 682.00 |
| 03/12/08 | Confer with A. Marchetta re District Court ruling on appeal and re updating New Jersey Magistrate Judge re same; e-mails re same; follow up re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 03/13/08 | Work with B. Moffitt regarding call to State and follow up regarding appeal and letter to court. | | |
| 14 | A. Marchetta | 0.7 | 434.00 |
| 03/13/08 | Confer with A. Marchetta re District Court ruling on appeal and re updating | | |

29

83046243A01042908

| | New Jersey Magistrate Judge re same; follow up re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 120.00 |

| 03/17/08 | Follow up regarding letter to court. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 186.00 |

| 03/17/08 | Preparation of e-mail to D.A.G. Dickinson re District Court ruling on appeal and re updating New Jersey Magistrate Judge re same; confer with A. Marchetta re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 80.00 |

| 03/21/08 | Conference with B. Moffitt and follow up regarding letter to court. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 186.00 |

| 03/26/08 | Follow up regarding letter to court. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 03/26/08 | Created docket entry reflecting deadline for NJDEP to file an appeal of the USDC District of Delaware's Order affirming Judge Fitzgerald's Order denying NJDEP's motion for leave to file a late notice of claim. | | |
|---|---|---|---|
| 14 | S. Parker | 0.0 | 0.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.9 | 620.00 | 3,038.00 |
| B. Moffitt | 3 | 1.5 | 400.00 | 600.00 |
| S. Parker | 14 | 1.1 | 150.00 | 165.00 |
| TOTAL | | 7.5 | | 3,803.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 03/03/08 | Attend trial call and place settlement on record; return to office. | | |
|---|---|---|---|
| 14 | R. Rose | 0.4 | 198.00 |

| 03/03/08 | Attend trial call and settlement on record. | | |
|---|---|---|---|
| 3 | W. Hatfield | 2.2 | 880.00 |

| 03/03/08 | Memos with J. Borg on NYS matter and status of deed. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.3 | 120.00 |

| 03/03/08 | Address settlement agreement form and discuss comments with R. Rose. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.6 | 240.00 |

| 03/03/08 | Address order from court. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.2 | 80.00 |
| 03/03/08 14 | Review draft of settlement agreement and discuss with W. Hatfield. R. Rose | 2.7 | 1,336.50 |
| 03/03/08 3 | Review/Analysis numerous correspondence from W. Hatfield regarding status and settlement. J. Borg | 0.2 | 81.00 |
| 03/03/08 3 | Preparation of correspondence to W. Hatfield regarding settlement and correspondence to Court. J. Borg | 0.1 | 40.50 |
| 03/03/08 3 | Revise/Finalize correspondence to Court regarding status. J. Borg | 0.3 | 121.50 |
| 03/04/08 3 | Review letter to NYS court on Teich motion. W. Hatfield | 0.1 | 40.00 |
| 03/05/08 14 | Telephone calls regarding settlement information and Chapter 11 approval. A. Marchetta | 0.3 | 186.00 |
| 03/05/08 3 | Address settlement issues. W. Hatfield | 0.3 | 120.00 |
| 03/12/08 3 | Draft and revise settlement agreement with Weja and Teich. W. Hatfield | 2.3 | 920.00 |
| 03/13/08 14 | Review and revise draft settlement agreement for Weja and Teich. R. Rose | 0.5 | 247.50 |
| 03/13/08 3 | Notice to bankruptcy counsel on global settlement and follow up memos on same. W. Hatfield | 0.4 | 160.00 |
| 03/18/08 3 | Telephone conference with S. Lynch regarding status of Petition. J. Borg | 0.3 | 121.50 |
| 03/18/08 3 | Conference with W. Hatfield regarding settlement. J. Borg | 0.1 | 40.50 |
| 03/19/08 14 | Telephone from J. Borg concerning status of fraudulent conveyance action. R. Rose | 0.1 | 49.50 |
| 03/19/08 3 | Draft Settlement Agreement with Richards/Sunrich/GE 440. W. Hatfield | 1.0 | 400.00 |

31

83046243A01042908

| 03/19/08 3 | Revisions to draft Weja/Teich settlement agreement. W. Hatfield | 0.4 | 160.00 |

| 03/19/08 3 | Letters to defense counsel with proposed settlement agreements. W. Hatfield | 0.4 | 160.00 |

| 03/19/08 3 | Preparation of correspondence to Court regarding status. J. Borg | 0.4 | 162.00 |

| 03/19/08 3 | Numerous telephone conferences with W. Hatfield and R. Rose regarding correspondence to Court as to settlement. J. Borg | 0.2 | 81.00 |

| 03/19/08 3 | Review final drafts of settlement agreements with Weja/Teich and GE 440 and Richards/Sunrich. C. Otero | 0.8 | 292.00 |

| 03/20/08 14 | Review proposed settlement agreement forwarded to Weja and Teich. R. Rose | 0.2 | 99.00 |

| 03/20/08 14 | Review settlement documents. A. Marchetta | 0.3 | 186.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 3.9 | 495.00 | 1,930.50 |
| A. Marchetta | 14 | 0.6 | 620.00 | 372.00 |
| W. Hatfield | 3 | 8.2 | 400.00 | 3,280.00 |
| J. Borg | 3 | 1.6 | 405.00 | 648.00 |
| C. Otero | 3 | 0.8 | 365.00 | 292.00 |
| TOTAL | | 15.1 | | 6,522.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 03/10/08 18 | Attention to fee application for February 2008. K. Piper | 0.2 | 67.00 |

| 03/13/08 18 | Attention to fee application for February 2008. K. Piper | 0.1 | 33.50 |

| 03/14/08 18 | Attention to order entering fees for the 26th interim period. K. Piper | 0.5 | 167.50 |

32

| 03/19/08 18 | Draft fee application for February 2008.<br>K. Piper | 2.0 | 670.00 |
|---|---|---|---|
| 03/21/08 18 | Attention to CNO for January 2008.<br>K. Piper | 0.1 | 33.50 |
| 03/24/08 18 | Attention to CNO for January 2008.<br>K. Piper | 0.1 | 33.50 |
| 03/25/08 18 | Review and revise DP's February, 2008 fee application.<br>S. Zuber | 0.3 | 144.00 |
| 03/27/08 18 | Revise fee application for February 2008 and attention to filing same.<br>K. Piper | 0.4 | 134.00 |
| 03/28/08 18 | Attention to filing February 2008 fee application.<br>K. Piper | 0.1 | 33.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 480.00 | 144.00 |
| K. Piper | 18 | 3.5 | 335.00 | 1,172.50 |
| TOTAL | | 3.8 | | 1,316.50 |

33

83046243A01042908