# EXHIBIT C

## EXHIBIT C

## EXPENSES FOR THE FEE PERIOD JANUARY 1, 2008 THROUGH MARCH 31, 2008[3]

### EXPENSES FOR THE FEE PERIOD
### JANUARY 1, 2008 THROUGH JANUARY 31, 2008

Engagement Costs -- WEJA, INC.

| Date | Description | Amount |
|---|---|---|
| 01/04/08 | VENDOR: CLERK OF COURT; INVOICE#: CLE010408A; DATE: 1/4/2008 - Request for Judicial Intervention | 95.00 |
| 01/04/08 | VENDOR: CLERK OF COURT; INVOICE#: CLE010408B; DATE: 1/4/2008 - Index No. Fee | 210.00 |
| 01/17/08 | VENDOR: GUARANTEED SUBPOENA SERVICE, INC.; INVOICE#: 20080110105833; DATE: 1/17/2008 - Notice of Petition, Verified Petition, Request for Judicial Intervention | 54.95 |
| 01/17/08 | VENDOR: GUARANTEED SUBPOENA SERVICE, INC.; INVOICE#: 20080110105711; DATE: 1/17/2008 - Notice of Petition, Verified Petition, Request for Judicial Intervention | 10.00 |
| | Photocopying | 698.00 |
| | Matter Total Engagement Cost | 1,067.95 |

### EXPENSES FOR THE FEE PERIOD
### FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

Engagement Costs – WEJA, INC.

| Date | Description | Amount |
|---|---|---|
| 02/22/08 | UPS 1/9-10/08 | 65.90 |
| | Express Delivery | 37.33 |
| | Photocopying | 541.60 |
| | Matter Total Engagement Cost | 644.83 |

### EXPENSES FOR THE FEE PERIOD
### MARCH 1, 2008 THROUGH MARCH 31, 2008

Engagement Costs -- NJDEP V. W.R. GRACE ET AL.

| Date | Description | Amount |
|---|---|---|
| 02/06/08 | Telephone | 46.00 |
| | Postage | 1.64 |
| | Matter Total Engagement Cost | 47.64 |

---

[3] Several of these expenses are set forth in greater detail in the previously filed monthly fee applications.

34

83046243A01042908

Engagement Costs -- WEJA, INC.

| Date | Description | Amount |
|---|---|---|
| 02/15/08 | ROSE, ROBERT, G.; INVOICE#: FITZ3606; DATE: 2/29/2008 - Expenses Related To: Travel to Hudson County Courthouse on 02/15/08 | 10.00 |
| 02/15/08 | CLERK, SUPERIOR COURT; REQUEST#: 534513; DATE: 2/15/08. - Motn Misc. | 30.00 |
| 02/15/08 | CLERK, SUPERIOR COURT; REQUEST#: 534513; DATE: 2/15/08. - Motn Misc. | 30.00 |
| 03/03/08 | HATFIELD, WILLIAM S.; INVOICE#: TARS0621; DATE: 3/4/2008 - Expenses Related To: Attend Grace/Weja trail call/settlement on 03/03/08 | 25.25 |
| 03/03/08 | HATFIELD, WILLIAM S.; INVOICE#: TARS0621; DATE: 3/4/2008 - Expenses Related To: Attend Grace/Weja trail call/settlement on 03/03/08 | 13.00 |
| | Express Delivery | 341.72 |
| | Photocopying | 105.40 |
| | Matter Total Engagement Cost | 555.37 |

Engagement Costs - CHAPTER 11 ADMINISTRATION

| Date | Description | Amount |
|---|---|---|
| 02/05/08 | 2/08 -- PACER Docket Searching & Retrieval | 14.64 |
| | Matter Total Engagement Cost | 14.64 |

35

83046243A01042908