# **EXHIBIT A**

**K R A M E R   L E V I N   N A F T A L I S   &   F R A N K E L** LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

April 30, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 489790
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $1,605.50 |
| DISBURSEMENTS | 29.60 |
| MATTER TOTAL | $1,635.10 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $3,656.00 |
| DISBURSEMENTS | 25.00 |
| MATTER TOTAL | $3,681.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $156.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $156.00 |

### 056772-00010/CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

| | |
|---|---:|
| FEES | $3,451.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,451.50 |

Amounts due may be remitted by wire transfer.

**To:** Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
**Account:** Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
**By Order of:** Invoice No. 489790
**Citibank Contact:** Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT.  THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2218680.1

Kramer Levin Naftalis & Frankel LLP                                                                                    Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                                              April 30, 2008
056772                                                                                                         Invoice No. 489790

### 056772-00012/CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| | |
|---|---:|
| FEES ................................................................................................................. | $42,726.00 |
| DISBURSEMENTS ........................................................................................ | 2,801.60 |
| MATTER TOTAL ........................................................................................... | $45,527.60 |

### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES ................................................................................................................. | $5,557.50 |
| DISBURSEMENTS ........................................................................................ | 416.25 |
| MATTER TOTAL ........................................................................................... | $5,973.75 |

### 056772-00028/TRAVEL\NON-WORKING

| | |
|---|---:|
| FEES ................................................................................................................. | $3,910.00 |
| DISBURSEMENTS ........................................................................................ | 0.00 |
| MATTER TOTAL ........................................................................................... | $3,910.00 |
| CLIENT GRAND TOTAL ............................................................................. | $64,334.95 |

KL4 2218680.1

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                                  April 30, 2008
056772-00001                                                                                       Invoice No. 489790

## CASE ADMINISTRATION

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/20/08 | RODRIGUEZ, VIVIAN E | Revise case calendar per D. Mannal's request. | 0.80 | 208.00 |
| 03/24/08 | RODRIGUEZ, VIVIAN E | Reviewed, organized and assembled Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters per D. Mannal's request. | 0.60 | 156.00 |
| 03/25/08 | RODRIGUEZ, VIVIAN E | Researched Grace docket re Blackburn & Union Privileges, Environmental Claim per D. Mannal's request. | 0.50 | 130.00 |
| 03/28/08 | MANNAL, DOUGLAS | Review docket and Tersigni examiner report (.7) | 0.70 | 409.50 |
| 03/30/08 | MANNAL, DOUGLAS | Review Tersigni examiner reports and provide summary to TW (.8); review termsheet (.4) | 1.20 | 702.00 |

**TOTAL HOURS AND FEES**                                                                         **3.80**   **$1,605.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 7.50 |
| TABS | 16.00 |
| PHOTOCOPYING | 6.10 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                                        **$29.60**

**TOTAL FOR THIS MATTER**                                                                        **$1,635.10**

KL4 2218680.1

Kramer Levin Naftalis & Frankel LLP                                                   Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                     April 30, 2008
056772-00002                                                                          Invoice No. 489790

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/05/08 | BENTLEY, PHILIP | Prep for tomorrow's call | 0.20 | 145.00 |
| 03/05/08 | MANNAL, DOUGLAS | E-mail with TW re: professionals call (.2); preparation for same (1.2) | 1.40 | 819.00 |
| 03/06/08 | BENTLEY, PHILIP | Committee call, and review materials re same | 1.30 | 942.50 |
| 03/06/08 | MANNAL, DOUGLAS | Attend Grace professionals call (.7) | 0.70 | 409.50 |
| 03/19/08 | BALDINGER, LAURIE | Organize, index, & maintain various documents. | 1.00 | 245.00 |
| 03/25/08 | BENTLEY, PHILIP | TC TW re case developments, and discs DM re same | 0.30 | 217.50 |
| 03/25/08 | MANNAL, DOUGLAS | Preparation for and attend Grace update call with PB and TW. | 1.50 | 877.50 |
| **TOTAL HOURS AND FEES** | | | **6.40** | **$3,656.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSCRIPT FEES | 25.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$25.00** |

**TOTAL FOR THIS MATTER**                                                             **$3,681.00**

KL4 2218680.1

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                April 30, 2008
056772-00008                                                                   Invoice No. 489790

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/08 | RODRIGUEZ, VIVIAN E | Meeting with D. Mannal re Certificate of No Objection for Quarterly Fee Application | 0.30 | 78.00 |
| 03/05/08 | RODRIGUEZ, VIVIAN E | Attention to matters re CNO for 77th Monthly Fee App. Conferred with local counsel re same. | 0.30 | 78.00 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$156.00** |
| **TOTAL FOR THIS MATTER** | | | | **$156.00** |

KL4 2218680.1

Kramer Levin Naftalis & Frankel LLP                                                                     Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                                                April 30, 2008
056772-00010                                                                                    Invoice No. 489790

## CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/21/08 | MANNAL, DOUGLAS | Preparation for and attend conference call re: Libby insurance issue. | 1.40 | 819.00 |
| 03/25/08 | MANNAL, DOUGLAS | Draft summary of potential environmental claims stipulations. | 2.70 | 1,579.50 |
| 03/27/08 | MANNAL, DOUGLAS | Review Libby insurance memo. | 1.80 | 1,053.00 |
| **TOTAL HOURS AND FEES** | | | **5.90** | **$3,451.50** |

**TOTAL FOR THIS MATTER**                                                                           **$3,451.50**

KL4 2218680.1

Kramer Levin Naftalis & Frankel LLP                                               Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                April 30, 2008
056772-00012                                                                Invoice No. 489790

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/05/08 | BENTLEY, PHILIP | Conf call with TW, and discs GAH and DM, re current asbestos developments, and notes re same | 1.10 | 797.50 |
| 03/05/08 | HOROWITZ, GREGORY A. | T/c Ted W, Phil B re: committee reports, settlement issues (1.0) | 1.00 | 680.00 |
| 03/06/08 | FARBER, PEGGY | Telephone meeting with KL lawyers and client. | 0.80 | 396.00 |
| 03/10/08 | HOROWITZ, GREGORY A. | Preparation for estimation hearing, incl. review of upcoming witness files (3.5) | 3.50 | 2,380.00 |
| 03/11/08 | BENTLEY, PHILIP | Trade emails re next week's hearing | 0.10 | 72.50 |
| 03/13/08 | BENTLEY, PHILIP | Review emails | 0.10 | 72.50 |
| 03/14/08 | HOROWITZ, GREGORY A. | Prepare for upcoming estimation hearing session (1.5) | 1.50 | 1,020.00 |
| 03/17/08 | BENTLEY, PHILIP | Discs DM and voicemail, and trade emails, re today's bankruptcy court hearing | 0.40 | 290.00 |
| 03/18/08 | FARBER, PEGGY | Reviewed hearing update (.2); reviewed motions and witness lists for upcoming trial dates (.2). | 0.40 | 198.00 |
| 03/18/08 | BALDEON, ELLIOTT A | Upload ascii transcripts onto the "Depo_Transcripts" database. | 0.50 | 107.50 |
| 03/24/08 | FARBER, PEGGY | Reviewed news article containing confidential information (.2); reviewed hearing-related filings (.1). | 0.30 | 148.50 |
| 03/24/08 | HOROWITZ, GREGORY A. | Estimation hearing day five, inc. report emails (6.0); attention to debtwire article issues, incl. tc Phil Bentley (1.5); review slide decks for tomorrow (1.0). | 8.50 | 5,780.00 |
| 03/24/08 | BENTLEY, PHILIP | Trade multiple emails and TC GAH re asbestos issues | 0.50 | 362.50 |
| 03/25/08 | HOROWITZ, GREGORY A. | Prepare for, attend estimation hearing (8.5); review Anderson docs for next day (1.0) | 9.50 | 6,460.00 |
| 03/25/08 | BENTLEY, PHILIP | Trade emails re today's estimation hearing. | 0.10 | 72.50 |
| 03/26/08 | HOROWITZ, GREGORY A. | Prepare for, attend estimation hearing, including reports to client (8.5); tcs Ted W, Phil B (.5); Dinner MW Arlene K, Mike L. (1.5). | 10.50 | 7,140.00 |

KL4 2218680.1

Kramer Levin Naftalis & Frankel LLP                                                                                    Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                                                April 30, 2008
056772-00012                                                                                              Invoice No. 489790

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/26/08 | BENTLEY, PHILIP | Trade emails w/GAH. | 0.10 | 72.50 |
| 03/27/08 | HOROWITZ, GREGORY A. | T/c Ken P. re: Cross strategy (.7); tc Colleen L. (.3); e-mails re: trial issues (.5). | 1.50 | 1,020.00 |
| 03/28/08 | BENTLEY, PHILIP | TC TW and trade emails re asbestos issues | 0.20 | 145.00 |
| 03/28/08 | HOROWITZ, GREGORY A. | Review in Limne motions, research re: same (3.5); prepare for estimation hearing (2.0) | 5.50 | 3,740.00 |
| 03/30/08 | BENTLEY, PHILIP | Review and comment on draft term sheet for potential PI settlement, and trade emails re same; review summary of Tersigni examiner report | 1.10 | 797.50 |
| 03/31/08 | FARBER, PEGGY | Reviewed newly filed notices and motions. | 0.20 | 99.00 |
| 03/31/08 | BENTLEY, PHILIP | Discs TW and DM re draft term sheet, analyze issues re same, and trade emails re same | 1.50 | 1,087.50 |
| 03/31/08 | MANNAL, DOUGLAS | Review term sheet and draft e-mail with comments to P. Bentley (1.1); office conference with PB and telephone conference with TW re: same (.8); email with G. Horowitz re: Estimation hearing and equity holder inquiry (.3) | 2.20 | 1,287.00 |
| 03/31/08 | HOROWITZ, GREGORY A. | Breakfast meeting w/Arlene Krieger (.5); rr draft term sheet, comment on same (.5); estimation hearing (9.0); e-mail reports, tcs Ted W, Phil B, Colleen L (1.5); DWS Ken P, Arlene K, Leticia C (1.0) | 12.50 | 8,500.00 |

**TOTAL HOURS AND FEES**                                                                                    **63.60**   **$42,726.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 155.60 |
| COURT REPORTER/VIDEO DEPOSITIO | 2,646.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                                **$2,801.60**

**TOTAL FOR THIS MATTER**                                                                                 **$45,527.60**

KL4 2218680.1

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                                      April 30, 2008
056772-00019                                                                           Invoice No. 489790

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/13/08 | MANNAL, DOUGLAS | Prepare for Grace Omnibus hearing. | 1.20 | 702.00 |
| 03/16/08 | MANNAL, DOUGLAS | E-mail with PB and TW re: Monday omnibus hearing (.3) | 0.30 | 175.50 |
| 03/17/08 | MANNAL, DOUGLAS | Attend Grace hearing and draft summary re: same (3.5) | 3.50 | 2,047.50 |
| 03/24/08 | MANNAL, DOUGLAS | Prepare for and attend Grace omnibus hearing (3.5) e-mail summary to TW (.7); office conference with PB re: same (.3) | 4.50 | 2,632.50 |
| **TOTAL HOURS AND FEES** | | | **9.50** | **$5,557.50** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| OUT-OF-TOWN TRAVEL | 339.25 |
| TRANSCRIPT FEES | 77.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$416.25** |

**TOTAL FOR THIS MATTER**                                                              **$5,973.75**

KL4 2218680.1

Kramer Levin Naftalis & Frankel LLP                                             Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                               April 30, 2008
056772-00028                                                                    Invoice No. 489790

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/24/08 | HOROWITZ, GREGORY A. | Travel to Pittsburgh, incl. dws Arlene K., review 408 briefs (4.5). | 4.50 | 1,530.00 |
| 03/26/08 | HOROWITZ, GREGORY A. | Travel return to NY (3.0) | 3.00 | 1,020.00 |
| 03/30/08 | HOROWITZ, GREGORY A. | Travel to Pittsburgh (4.0) | 4.00 | 1,360.00 |
| **TOTAL HOURS AND FEES** | | | **11.50** | **$3,910.00** |

**TOTAL FOR THIS MATTER**                                                   **$3,910.00**

KL4 2218680.1