# EXHIBIT B

```
alp_132rc: Client Analysis Sheet              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   1
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/08 13:03:19              Worked : 12/31/99 thru 04/29/08
```

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 056772-00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 29.60 | 29.60 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00002 | CREDITOR COMMITTEE | 0.00 | 0.00 | 25.00 | 25.00 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 2,801.60 | 2,801.60 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00019 | HEARINGS | 0.00 | 0.00 | 416.25 | 416.25 | BENTLEY PHILIP - 02495 | | M | B |
| 056772 | W.R. GRACE & CO. EQUITY COMMITTEE | 0.00 | 0.00 | 3,272.45 | 3,272.45 | | | | |
| Total | BENTLEY PHILIP - 02495 | 0.00 | 0.00 | 3,272.45 | 3,272.45 | | | | |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    1
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:     2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                          TO:
            UNBILLED DISB FROM:    03/18/2008                            TO:       03/18/2008
-----------------------------------------------------------------------------------------------------------------------------
                                            FEES                           COSTS
                                            ----                           -----
         GROSS BILLABLE AMOUNT:              0.00                          29.60
           AMOUNT WRITTEN DOWN:  _____              _____
                       PREMIUM:  _____              _____
              ON ACCOUNT BILLED: _____              _____
     DEDUCTED FROM PAID RETAINER:_____              _____
                 AMOUNT BILLED:  _____              _____
                    THRU DATE:                                                   03/18/2008
     CLOSE MATTER/FINAL BILLING?     YES   OR   NO
     EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:   _____
                                   BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

              BILLING COMMENTS:
                                  _____
                                  _____

-----------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                    --------------------------                      --------------
                           FEES:               0.00
                  DISBURSEMENTS:              29.60          UNIDENTIFIED RECEIPTS:     0.00
                    FEE RETAINER:              0.00             PAID FEE RETAINER:     0.00
                   DISB RETAINER:              0.00            PAID DISB RETAINER:     0.00
              TOTAL OUTSTANDING:              29.60          TOTAL AVAILABLE FUNDS:    0.00
                                                                      TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ----------------
             DATE OF LAST BILL:           03/31/08          LAST PAYMENT DATE:        03/18/08
              LAST BILL NUMBER:             488256   ACTUAL FEES BILLED TO DATE:    308,019.50
                                                     ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                        TOTAL FEES BILLED TO DATE:  308,019.50
          LAST BILL THRU DATE:           02/29/08     FEES WRITTEN OFF TO DATE:      81,055.50
                                                      COSTS WRITTEN OFF TO DATE:     19,959.35
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                            ---------------------------
              (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
              (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
              (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding         (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____        FRC:_____        CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                           Oldest        Latest        Total
                                            Entry         Entry         Amount
                                            -----         -----         ------

0816  VELOBINDINGS                          03/18/08      03/18/08         7.50
0817  TABS                                  03/18/08      03/18/08        16.00
0820  PHOTOCOPYING                          03/18/08      03/18/08         6.10

        Total                                                             29.60

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                    Employee            Date          Amount       Index#   Batch No   Batch Date
                                                    --------            ----          ------       ------   --------   ----------

VELOBINDINGS                    0816
   VELOBINDINGS                                     RODRIGUEZ, V E      03/18/08        7.50       8264352  521898     03/21/08
   RODRIGUEZ  VIVIAN E   07053    BINDING
                                                    0816 VELOBINDINGS Total :           7.50

TABS                            0817
   TABS                                             RODRIGUEZ, V E      03/18/08       16.00       8264330  521897     03/21/08
   RODRIGUEZ  VIVIAN E   07053    TABS
                                                    0817 TABS Total :                  16.00

PHOTOCOPYING                    0820
   PHOTOCOPYING                                     RODRIGUEZ, V E      03/18/08        6.10       8261941  521889     03/21/08
   RODRIGUEZ  VIVIAN E
                                                    0820 PHOTOCOPYING Total :           6.10


        Costs Total :                                                                  29.60
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill        W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
-----------------------    ---------------   ----------   --------------   ----------------------   ----------------

0816 VELOBINDINGS                 7.50       _____   _____   _____   _____

0817 TABS                        16.00       _____   _____   _____   _____

0820 PHOTOCOPYING                 6.10       _____   _____   _____   _____


          Costs Total :         29.60        _____   _____   _____   _____
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00002                            Orig Prtnr : CRED. RGTS   - 06975             Proforma Number:     2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status        : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------
           UNBILLED TIME FROM:                              TO:
           UNBILLED DISB FROM:     03/13/2008              TO:        03/13/2008
------------------------------------------------------------------------------------------------------------------------------------
                                         FEES                              COSTS
                                         ----                              -----
            GROSS BILLABLE AMOUNT:         0.00                            25.00
             AMOUNT WRITTEN DOWN:
                         PREMIUM:
                ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                       THRU DATE:                                          03/13/2008
        CLOSE MATTER/FINAL BILLING?   YES   OR   NO
       EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:

------------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                            FEES:                 0.00
                   DISBURSEMENTS:                25.00    UNIDENTIFIED RECEIPTS:        0.00
                     FEE RETAINER:                0.00        PAID FEE RETAINER:        0.00
                    DISB RETAINER:                0.00       PAID DISB RETAINER:        0.00
                  TOTAL OUTSTANDING:             25.00    TOTAL AVAILABLE FUNDS:        0.00
                                                                 TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
               DATE OF LAST BILL:         03/31/08      LAST PAYMENT DATE:      03/18/08
               LAST BILL NUMBER:          488256 ACTUAL FEES BILLED TO DATE:  333,454.00
                                                    ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                         TOTAL FEES BILLED TO DATE: 333,454.00
           LAST BILL THRU DATE:          02/29/08  FEES WRITTEN OFF TO DATE:    22,515.50
                                                   COSTS WRITTEN OFF TO DATE:    1,724.60
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:

                 (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
                 (2) Late Time & Costs Posted    (5) Business Development    (8) Premium
                 (3) Pre-arranged Discount       (6) Summer Associate        (9) Rounding          (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00002                                             Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status      : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y --------------- Total Unbilled ----------------
Code  Description                             Oldest        Latest          Total
                                              Entry         Entry           Amount

0980  TRANSCRIPT FEES                         03/13/08      03/13/08            25.00

        Total                                                                   25.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                              Employee        Date          Amount        Index#  Batch No  Batch Date


TRANSCRIPT FEES            0980
    CITIBANK                                  MANNAL, D M     03/13/08         25.00      8251664  518618    03/14/08
    TRANSCRIPT FEES - VENDOR- CITIBANK 01/17/08-
    COURT CALL
                                              0980 TRANSCRIPT FEES Total :     25.00




        Costs Total :                                                          25.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    6
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
Code Description              Amount            Bill        W/o / W/u       Transfer  To   Clnt/Mtr    Carry Forward
-----------------------     ----------------    ---------   -------------   ------------------------   ----------------

0980 TRANSCRIPT FEES              25.00


        Costs Total :             25.00
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    7
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:   2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                                       PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                    TO:
            UNBILLED DISB FROM:   03/11/2008                       TO:    03/31/2008
-----------------------------------------------------------------------------------------------------------------------------------
                                           FEES                              COSTS
                                           ------                            -----------
      GROSS BILLABLE AMOUNT:                     0.00                              2,801.60
      AMOUNT WRITTEN DOWN:
                   PREMIUM:
         ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:                                                  03/31/2008
  CLOSE MATTER/FINAL BILLING?    YES  OR  NO
  EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                             ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                      FEES:              0.00
             DISBURSEMENTS:          2,801.60    UNIDENTIFIED RECEIPTS:        0.00
              FEE RETAINER:              0.00    PAID FEE RETAINER:            0.00
             DISB RETAINER:              0.00    PAID DISB RETAINER:           0.00
          TOTAL OUTSTANDING:         2,801.60    TOTAL AVAILABLE FUNDS:        0.00
                                                 TRUST BALANCE:
                                        BILLING HISTORY
                                        ---------------
         DATE OF LAST BILL:           03/31/08       LAST PAYMENT DATE:     04/15/08
          LAST BILL NUMBER:            488256    ACTUAL FEES BILLED TO DATE: 1,629,422.50
                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                 TOTAL FEES BILLED TO DATE: 1,629,422.50
        LAST BILL THRU DATE:           02/29/08  FEES WRITTEN OFF TO DATE:  10,784.50
                                                 COSTS WRITTEN OFF TO DATE:  4,045.14
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

               (1) Exceeded Fixed Fee      (4) Excessive Legal Time     (7) Fixed Fee
               (2) Late Time & Costs Posted (5) Business Development    (8) Premium
               (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     8
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00012                       Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:     2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status       : ACTIVE
```

```
U N B I L L E D    C O S T S    S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                        Oldest        Latest         Total
                                         Entry         Entry          Amount

0820  PHOTOCOPYING                       03/11/08      03/31/08          155.60
0965  COURT REPORTER/VIDEO DEPOSITIO     03/31/08      03/31/08        2,646.00

         Total                                                         2,801.60
```

```
U N B I L L E D    C O S T S    D E T A I L
Description/Code                                    Employee         Date         Amount       Index#   Batch No  Batch Date

PHOTOCOPYING                    0820
   PHOTOCOPYING                                     BENTLEY, P       03/11/08         8.00     8252024   519159   03/14/08
      BENTLEY    PHILIP
   PHOTOCOPYING                                     WIGGINS, C       03/11/08         0.90     8252025   519159   03/14/08
      WIGGINS   CLAUDINE
   PHOTOCOPYING                                     HOROWITZ, G A    03/18/08       112.70     8261942   521889   03/21/08
      HOROWITZ   GREGORY A.
   PHOTOCOPYING                                     HOROWITZ, G A    03/19/08         0.30     8261943   521889   03/21/08
      HOROWITZ   GREGORY A.
   PHOTOCOPYING                                     HOROWITZ, G A    03/19/08         1.20     8261944   521889   03/21/08
      HOROWITZ   GREGORY A.
   PHOTOCOPYING                                     BENTLEY, P       03/24/08         3.00     8267659   524082   03/26/08
      BENTLEY    PHILIP
   PHOTOCOPYING                                     HOROWITZ, G A    03/24/08        12.00     8267660   524082   03/26/08
      HOROWITZ   GREGORY A.
   PHOTOCOPYING                                     HOROWITZ, G A    03/31/08        17.00     8274882   527262   04/01/08
      HOROWITZ   GREGORY A.
   PHOTOCOPYING                                     HOROWITZ, G A    03/31/08         0.50     8274883   527262   04/01/08
      HOROWITZ   GREGORY A.
                                                    0820 PHOTOCOPYING Total :       155.60

COURT REPORTER/VIDEO            0965
   JANE ROSE REPORTING INC.                         FARBER, P F      03/31/08     1,395.25     8279771   529761   04/02/08
      COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR-
      JANE ROSE REPORTING INC.
   JANE ROSE REPORTING INC.                         FARBER, P F      03/31/08     1,250.75     8279776   529761   04/02/08
      COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR-
      JANE ROSE REPORTING INC.
                                                    0965 COURT REPORTER/VIDEO Total :   2,646.00


         Costs Total :                                                            2,801.60
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    9
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00012                                            Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status         : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount             Bill       W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward
-----------------------    ------------------    --------   ------------    ------------------------  ------------

0820 PHOTOCOPYING                 155.60         _____   _____    _____  _____

0965 COURT REPORTER/VIDEO DEPO   2,646.00        _____   _____    _____  _____


         Costs Total :         2,801.60          _____   _____    _____  _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    10
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:18

Matter No: 056772-00019                                     Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status       : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------
                                           PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                  TO:
            UNBILLED DISB FROM:   03/13/2008                     TO:       03/31/2008
------------------------------------------------------------------------------------------------------------------------
                                    FEES                              COSTS

         GROSS BILLABLE AMOUNT:            0.00                              416.25
           AMOUNT WRITTEN DOWN: _____             _____
                       PREMIUM: _____             _____
             ON ACCOUNT BILLED: _____             _____
     DEDUCTED FROM PAID RETAINER: _____            _____
                 AMOUNT BILLED: _____             _____
                     THRU DATE:                                           03/31/2008
     CLOSE MATTER/FINAL BILLING?   YES   OR   NO
     EXPECTED DATE OF COLLECTION: _____

     BILLING PARTNER APPROVAL: _____
                                 BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS: _____
                               _____

------------------------------------------------------------------------------------------------------------------------
                              ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

                     FEES:             0.00
             DISBURSEMENTS:           416.25     UNIDENTIFIED RECEIPTS:       0.00
              FEE RETAINER:             0.00     PAID FEE RETAINER:           0.00
             DISB RETAINER:             0.00     PAID DISB RETAINER:          0.00
           TOTAL OUTSTANDING:         416.25     TOTAL AVAILABLE FUNDS:       0.00
                                                 TRUST BALANCE:
                                         BILLING HISTORY

           DATE OF LAST BILL:         03/31/08         LAST PAYMENT DATE:    04/15/08
          LAST BILL NUMBER:          488256   ACTUAL FEES BILLED TO DATE:  283,544.00
                                               ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                   TOTAL FEES BILLED TO DATE:  283,544.00
       LAST BILL THRU DATE:         02/29/08     FEES WRITTEN OFF TO DATE:    5,087.68
                                                 COSTS WRITTEN OFF TO DATE:     752.56
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
          (2) Late Time & Costs Posted        (5) Business Development        (8) Premium
          (3) Pre-arranged Discount           (6) Summer Associate            (9) Rounding            (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   11
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:19

Matter No: 056772-00019                                Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status       : ACTIVE

UNBILLED  COSTS  SUMMARY -------------- Total Unbilled ----------------
Code  Description                       Oldest       Latest        Total
                                        Entry        Entry         Amount

0950  OUT-OF-TOWN TRAVEL                03/31/08     03/31/08       339.25
0980  TRANSCRIPT FEES                   03/13/08     03/13/08        77.00

         Total                                                      416.25


UNBILLED  COSTS  DETAIL
Description/Code                               Employee         Date         Amount      Index#   Batch No  Batch Date


OUT-OF-TOWN TRAVEL            0950
    DINERS CLUB CITICORP DIN                   MANNAL, D M      03/31/08      339.25     8280927  530311    04/03/08
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB 3/17/2008    LGA TO PIT TO
    LGA
                                       0950 OUT-OF-TOWN TRAVEL Total :        339.25

TRANSCRIPT FEES               0980
    CITIBANK                                   MANNAL, D M      03/13/08       77.00     8251666  518618    03/14/08
    TRANSCRIPT FEES - VENDOR- CITIBANK 01/29/28-
    COURT CALL
                                       0980 TRANSCRIPT FEES Total :             77.00



         Costs Total :                                                        416.25
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   12
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/29/2008 13:03:19

Matter No: 056772-00019                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2608834
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status        : ACTIVE

BILLING  INSTRUCTIONS  FOR  UNBILLED  COSTS  SUMMARY
Code Description              Amount              Bill          W/o / W/u          Transfer To   Clnt/Mtr    Carry Forward
------------------------      ----------------    ----------    --------------    -----------------------   ----------------

0950 OUT-OF-TOWN TRAVEL         339.25            _____    _____    _____   _____

0980 TRANSCRIPT FEES             77.00            _____    _____    _____   _____



         Costs Total :          416.25            _____    _____    _____   _____
```