# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Related to Docket No. 833**

## DEBTORS' TWENTY-SEVENTH QUARTERLY REPORT OF ASSET SALES FROM JANUARY 1, 2008 THROUGH MARCH 31, 2008 IN ACCORDANCE WITH THAT CERTAIN ORDER ESTABLISHING PROCEDURES FOR THE SALE OR ABANDONMENT OF DE MINIMIS ASSETS

PLEASE TAKE NOTICE that, pursuant to that certain *"Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets dated August 2, 2001,"* the Debtors are to file with the Court a list of: (a) the sales of the Debtors' assets outside of the ordinary course of business for consideration less than or equal to $250,000, during the period January 1, 2008 through March 31, 2008 (the "Sale Period"),

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

including the names and addresses of the purchasing party and the types and amounts of

the sales; and (b) the aggregate dollar amount of the sales of the Debtors' assets outside

of the ordinary course of business during the Sale Period with respect to sales for

consideration amounting to $25,000 or less.  The list of such asset sales as described in

(a) and (b) above is attached hereto as Exhibit A.[2]

   PLEASE TAKE FURTHER NOTICE that the Debtors may have sold

assets during the Sale Period that inadvertently have not been listed on Exhibit A.  In that

case, such asset sales will be disclosed in future reports filed with the Court.

Dated:  May 1, 2008     KIRKLAND & ELLIS LLP
          David M Bernick P.C.
          Janet S. Baer
          200 East Randolph Drive
          Chicago, IL 60601
          (312) 861-2000

          —and—

          PACHULSKI STANG ZIEHL & JONES LLP

          *James E. O'Neill*

          Laura Davis Jones (Bar No. 2436)
          James E. O'Neill (Bar No. 4042)
          Timothy P. Cairns (Bar No. 4228)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, Delaware 19899-8705 (Courier 19801)
          Telephone:  (302) 652-4100
          Facsimile:  (302) 652-4400

          Co-counsel for Debtors and Debtors in Possession

---

[2] Exhibit A to this Report does not list any asset sales made during the Sale Period that have previously been the subject of filings with the Court.

2