# EXHIBIT A

## EXHIBIT A

## W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139 Report on Settlements of Certain Claims and Causes of Action January 1, 2008 through March 31, 2008

| David M. Slaughter<br>c/o Erin M. Alley<br>Bagget, McCall, Burgess & Watson<br>(A Professional Law Corporation)<br>3006 Country Club Road<br>Post Office Drawer 7820<br>Lake Charles, LA 70606 | W.R. Grace & Co.-Conn.<br>7500 Grace Drive<br>Columbia, MD 21044 | On February 18, 2003, Mr. Slaughter filed Claim No. 5703 asserting an unsecured non-priority claim in the amount of $1,375,000, arising from a non-asbestos personal injury. On February 28, 2008, Grace and Mr. Slaughter entered into a stipulation resolving this claim, which stipulation was filed with the Court at Docket No. 18303. Grace settled the claim by allowing Claim No. 5703 as an unsecured, prepetition, non-priority claim in the amount of $12,000. |
| --- | --- | --- |
| State of Tennessee,<br>Dept. of Environment and Conservation, Division of Superfund ("TDEC")<br>401 Church Street<br>Nashville, TN 37219 | W.R. Grace & Co.-Conn.<br>7500 Grace Drive<br>Columbia, MD 21044 | On May 3, 2001, the TDEC filed two proofs of Claim (Claim No. 19 and Claim No. 22) and on March 31, 2003, filed a third proof of claim (Claim No. 12791), asserting claims in the amounts of $170.07, $335.65, and $12,667.05, respectively, for costs associated with regulatory oversight. On February 22, 2008, Grace and TDEC entered into a stipulation resolving this claim, which stipulation was filed with the Court at Docket No. 18157. Grace settled the claim by allowing Claim No. 19, Claim No. 22, and Claim No. 12791, each as an unsecured, prepetition, non-priority claim in the amounts of $170.07, $335.65, and $11,580.92, respectively. |