# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 18468 |

**CERTIFICATION OF COUNSEL REGARDING THE SEVENTY-EIGHTH APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

The undersigned hereby certifies that:

1. On April 17, 2002, the Bankruptcy Court for the District of Delaware (the "Court") entered an Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Procedures Order") (Docket No. 1949) which requires, *inter alia*, each Professional[1] to file a summary of its monthly fee application ("Summary") for each month in which compensation is sought.

2. On April 8, 2008, Kramer Levin Naftalis and Frankel LLP ("Kramer Levin"), counsel for the Official Committee of Equity Security Holders (the "Equity Committee") filed the Seventy-Eighth Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements

---

[1] As defined in the Procedures Order.

KL2 2556262.1

for the Period from February 1, 2008 through February 29, 2008 (the "Application") (Docket No. 18468).

3. Kramer Levin inadvertently failed to file a Summary for the period of January 1, 2008 through January 31, 2008 (the "January Billing Period"). Rather, Kramer Levin filed the Application, which contained professional time billed and necessary expenses incurred for the January Billing Period, <u>in addition</u> to the professional time billed and necessary expenses incurred for the period of February 1, 2008 through February 29, 2008 ("February Billing Period" and together with the January Billing Period, the "Billing Periods").

4. The Application contained a footnote indicating that the Application covered both the January Billing Period and the February Billing Period. However, Kramer Levin recognizes that by combining the Billing Periods, its Application may not have been in technical compliance with the Procedures Order and/or may be confusing to parties in interest.

5. In the interests of clarity, and to ensure that its Application is in technical compliance with the Procedures Order, Kramer Levin requests that, in the absence of objections, its Application be treated as the Summary for both the January Billing Period and the February Billing Period, as required by the Procedures Order, without any further order of the Court.

KL2 2556262.1

Dated: May 5, 2008

        **BUCHANAN INGERSOLL & ROONEY PC**

        By:   /s/ Teresa K.D. Currier
              Teresa K. D. Currier (No. 3080)
              1000 West Street, Suite 1410
              Wilmington, DE 19801
              (302) 552-4200

                -and-

        **KRAMER LEVIN NAFTALIS & FRANKEL LLP**

        By:   /s/ Douglas H. Mannal
              Philip Bentley, Esq.
              Douglas H. Mannal, Esq.
              1177 Avenue of the Americas
              New York, New York 10036
              (212) 715-9100

              Counsel to the Official Committee of
              Equity Holders

KL2 2556262.1