IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
MARCH 1, 2008 THROUGH MARCH 31,  2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 24, 2008
Client/Matter #   01246-011548
Invoice # 122335
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/08 in Connection With:

PLEASE REMIT PAYMENT TO :    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

## Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/04/08 | P. Marks | 0.50 | Telephone conference with L. Duff re status and joint voicemail to J. Freeman; telephone conference with J. Freeman re status; email to team re same. |
| 03/10/08 | P. Marks | 1.00 | Review bankruptcy motion, J. Freeman comments and L. Duff response to same; prepare for call re USACE budget issues. |
| 03/12/08 | P. Marks | 4.00 | Conference with client team re remediation issues and settlement; telephone conference with J. Freeman and L. Duff re settlement agreement signature. |
| 03/14/08 | P. Marks | 1.00 | Telephone conferences with J. Owens (Corps), P. Bucens, and L. Duff re signing of settlement agreement and coordinating obtaining signature documents and filing of motion. |
| 03/20/08 | P. Marks | 1.50 | Telephone conference with L. Duff re bankruptcy issues, evaluate same; review bankruptcy research. |

BEVERIDGE & DIAMOND, P.C.                          INVOICE #  122335
                                                   April 24, 2008
                                                   PAGE  2


| 03/31/08 | P. Marks | 1.00 | Telephone conference with L. Duff re bankruptcy/environmental issues and re FUSRAP settlement comments. |



                                    Total Hours :              9.00

                                    Total Fees :          $3,600.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  122335
April 24, 2008
PAGE  3

## Disbursements:

| | |
|---|---|
| Long Distance Telephone | 0.10 |
| Duplicating | 2.60 |
| Travel Expenses | 10.10 |

**Total Disbursements :**                    **$12.80**

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 9.00 | $400.00 | $3,600.00 |

**Total Fees :**                    **$3,600.00**

**Total Disbursements :**                    **$12.80**

**TOTAL DUE :**                    **$3,612.80**

# EXHIBIT B

## (Curtis Bay Works)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          April 24, 2008
Attn: Lydia Duff, Esq.                     Client/Matter #  01246-010001
Division Counsel                           Invoice # 122334
7500 Grace Drive                           Federal ID# 52-1247549
Columbia, MD  21044

---

For Legal Services Rendered Through 03/31/08 in Connection With:

**Curtis Bay Works**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 03/03/08 | P. Marks | 0.50 | Evaluate RFI. |
| 03/04/08 | P. Marks | 0.50 | Draft RFI report evaluation and telephone conference with L. Duff re same. |
| 03/11/08 | P. Marks | 0.50 | Review RFI draft. |
| 03/20/08 | P. Marks | 1.00 | Review and evaluate RFI. |
| 03/22/08 | P. Marks | 1.00 | Review RFI. |
| 03/23/08 | P. Marks | 2.00 | RFI review and evaluation; email to P. Bucens re same. |

Total Hours :          5.50

Total Fees :        $2,200.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 122334
April 24, 2008
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 5.50 | $400.00 | $2,200.00 |

| | | | |
|---|---|---|---|
| **Total Fees :** | | | **$2,200.00** |
| **TOTAL DUE :** | | | **$2,200.00** |

# EXHIBIT C

## (Somerville)

41925v1  Baltimore 012629

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
**SUITE 2210**
**201 NORTH CHARLES STREET**
**BALTIMORE, MD 21201-4150**
**(410) 230-3850**

W. R. Grace & Co. - Conn                              April 24, 2008
Attn: Lydia B. Duff, Esq.                             Client/Matter #  01246-013520
7500 Grace Drive                                      Invoice # 122336
Columbia, MD  21044                                   Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>Somerville</u>

| Date | | Hours | |
|------|------|------|------|
| 03/04/08 | P. Marks | 0.50 | Telephone conference with L. Duff and E. Eller re case development tasks. |
| 03/31/08 | P. Marks | 0.80 | Telephone conference with L. Duff. E. Eller and M. Obradovic re factual/document investigations and next steps. |

**Total Hours :**          1.30

**Total Fees :**          $520.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  122336
April 24, 2008
PAGE  2

## Disbursements:

| | |
|---|---|
| Long Distance Telephone | 7.95 |
| Express Delivery | 60.63 |

Total Disbursements :  **$68.58**

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.30 | $400.00 | $520.00 |

Total Fees :  **$520.00**

Total Disbursements :  **$68.58**

TOTAL DUE :  **$588.58**