IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MARCH 1, 2008, THROUGH MARCH 31, 2008

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| | | | |
|---|---|---|---|
| 03/03/2008 | GHL | Further work on response to office action (14 bases of rejections), with review of cited references and preparation of responsive arguments; | 1.50 |
| 03/08/2008 | GHL | Further work on response to office action; | 1.20 |
| 03/11/2008 | GHL | Continued work on the response to the office action, and transmittal of draft response to Mr. Cross; | 3.50 |
| 03/13/2008 | GHL | Telephone conference with Mr. Cross regarding the draft response and suggested revisions, review of written comments. | 1.30 |

SERVICES $ 3,975.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 7.50 | hours @ | $530.00 |

**DISBURSEMENTS:**

PATENT OFFICE FEES                                                   $      560.00

DISBURSEMENT TOTAL                                                   $      560.00

SERVICE TOTAL                                                        $    3,975.00

**INVOICE TOTAL**                                                    $    **4,535.00**

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| 03/04/2008 | MAG | Review of docket, and preparation of correspondence to client advising of foreign filing deadline and requesting instructions pertaining to same. | 0.80 |
|---|---|---|---|

|  | SERVICES | $ | 156.00 |
|---|---|---|---|

| | NAG | NOREEN GARONSKI | 0.80 | hours @ | $195.00 | |
|---|---|---|---|---|---|---|

**INVOICE TOTAL**                         $     156.00

## WRG-GEN

| 03/10/2008 | GHL | Fee Application, Applicant—Preparation of fee petition for January 2008. | 0.30 |
|---|---|---|---|

|  |  | SERVICES | $ | 171.00 |
|---|---|---|---|---|

| | GHL | GARY H. LEVIN | 0.30 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL** $ **171.00**