**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 07, 2008

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    11075

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2008 | CR | Update database with E-Detail monthly invoice for Ogilvy 2.08 | 0.20 | 8.00 |
|  | CR | Update database with monthly invoice for Buchanan 2.08 | 0.20 | 8.00 |
|  | CR | Update database with monthly invoice for Buchanan 2.08 | 0.20 | 8.00 |
| 4/2/2008 | CR | Update database with Stroock Summary 10.07 | 0.20 | 8.00 |
| 4/3/2008 | CR | Update database with Sullivan 2.08 monthly invoices  and Ogilvy 2.08 monthly invoices | 0.30 | 12.00 |
| 4/4/2008 | CR | Update database with monthly invoices for Pachulski 1.08, Ferry 2.08, Bilzin 2.08, Reed 2.08 | 0.40 | 16.00 |
|  | CR | Update database with monthly invoices for Stroock 2.08 | 0.20 | 8.00 |
| 4/7/2008 | CR | Update database with Stroock 2.08 monthly invoice | 0.20 | 8.00 |
| 4/9/2008 | BSR | detailed review of Kirkland & Ellis Oct. 2007 monthly invoice and fee summary re same | 1.70 | 391.00 |

W.R. Grace & Co.                                                                                                          Page    2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 4/9/2008 | BSR | draft initial report re Duane Morris for the 27th interim period | 0.30 | 69.00 |
|  | BSR | receive and review retention application and order for Deloitte FAS | 0.30 | 69.00 |
| 4/10/2008 | BSR | detailed review of Fragomen's interim application for the period of Feb. - Sept. 2007 | 2.00 | 460.00 |
|  | CR | Update database with monthly invoices for Kramer 2.08 and Austern 2.08 | 0.30 | 12.00 |
|  | BSR | review of files and compile project category information | 0.30 | 69.00 |
|  | BSR | receive and review Fragomen's retention application and order | 0.30 | 69.00 |
|  | BSR | detailed review of Legal Analysis Systems' Oct., Nov., and Dec. 2007 monthly invoices | 0.30 | 69.00 |
|  | BSR | detailed review of Hamilton's Oct., Nov., and Dec. 2007 monthly invoices | 0.30 | 69.00 |
|  | BSR | detailed review of Holmes Roberts & Owens' Sept. 2007 monthly invoice | 0.10 | 23.00 |
|  | BSR | detailed review of Foley Hoag's Oct., Nov., and Dec. 2007 monthly invoices | 0.30 | 69.00 |
|  | BSR | detailed review of Ferry Joseph & Pearce's 27th interim fee application and monthly invoices | 0.40 | 92.00 |
| 4/11/2008 | BSR | conference with Cherie Rogers re project category information | 0.10 | 23.00 |
|  | LMH | receive, review, and respond to e-mai from B. Ruhlander re: bmc's November 2007 application. | 0.10 | 13.50 |
|  | CR | Update database with monthly invoices for Casner 2.08, AKO 2.08, Caplin 2.08, Charter Oak 2.08, Campbell 2.08 | 0.40 | 16.00 |

| W.R. Grace & Co. | | | Page | 3 |
|---|---|---|---|---|
| | | | **Hours** | **Amount** |
| 4/13/2008 LMH | detailed review of Campbell's October 2007 application. | | 1.10 | 148.50 |
| LMH | detailed review of Campbell's November 2007 application. | | 0.50 | 67.50 |
| LMH | detailed review of Campbell's December 2007 application. | | 0.70 | 94.50 |
| 4/14/2008 DTW | review and revise 27th Interim Initial Report of Fragomen (.1). | | 0.10 | 14.50 |
| CR | Update database with e-detail of monthly invoices for Towers 1.08, Austern 1.08, Casner 2.08, Kramer 2.08 and 26th Interim application and 10.07 summary for Stroock | | 0.50 | 20.00 |
| CR | Update database with e-detail of Towers 1.08 | | 0.10 | 4.00 |
| DTW | review and revise 27th Interim Initial Report of Fragomen (.1). | | 0.10 | 14.50 |
| CR | prepare and serve 27th Interim Initial Reports to Morris and Fragomen | | 0.40 | 16.00 |
| BSR | draft initial report re Fragomen's interim fee application for the 26th period | | 1.00 | 230.00 |
| WHS | receive and review agenda | | 0.10 | 27.50 |
| LMH | draft spreadsheet of potentially objectionable fee and expense entries for Campbell's twenty-seventh interim period, and draft e-mail to B. Ruhlander re: same. | | 0.30 | 40.50 |
| LMH | detailed review of Campbell's quarterly application for the twenty-seventh interim period. | | 0.10 | 13.50 |
| 4/15/2008 LMH | receive and review e-mail from B. Ruhlander re: Campbell's twenty-seventh interim application. | | 0.10 | 13.50 |
| BSR | detailed review of David Austern's Oct. and Dec. 2007 monthly invoices | | 0.20 | 46.00 |

W.R. Grace & Co.  Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/15/2008 | BSR | research server for David Austern's Nov. 2007 monthly fee application and 27th interim fee application; draft email to Debra Fullem at Orrick re same | 0.20 | 46.00 |
| | BSR | draft initial report re Baker Donelson for the 27th interim period | 0.70 | 161.00 |
| | BSR | draft initial report re Baker Donelson for the 27th interim period | 0.60 | 138.00 |
| | BSR | detailed review of Baker Donelson's 27th interim fee application and monthly invoices | 0.40 | 92.00 |
| | BSR | detailed review of Asbestos Personal Injury Claimants Committee quarterly application for the 27th interim period | 0.10 | 23.00 |
| | BSR | detailed review of Anderson Kill & Olick's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | draft e-mails to various applicants re initial reports for the 27th interim period | 0.30 | 69.00 |
| 4/16/2008 | BSR | research server for Beveridge & Diamond's Dec. 2007 monthly application and 27th interim application; draft email to Pamela Marks re same | 0.10 | 23.00 |
| | BSR | detailed review of Buchanan's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | draft initial report re Bilzin for the 27th interim period | 0.80 | 184.00 |
| | BSR | detailed review of Beveridge & Diamond's Oct. and Nov. 2007 monthly invoices | 0.10 | 23.00 |
| | BSR | detailed review of Bilzin's 27th interim fee application and monthly invoices | 1.00 | 230.00 |
| | BSR | detailed review of Blackstone's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| | DTW | review and revise Baker 27th Initial Report | 0.10 | 14.50 |

W.R. Grace & Co.                                                                                                    Page     5

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 4/16/2008 | WHS | receive and review amended agenda | 0.10 | 27.50 |
| 4/17/2008 | BSR | detailed review of Nelson's Nov. and Dec. 2007 monthly invoices | 0.10 | 23.00 |
|  | BSR | draft initial report re Lexecon for the 27th interim period | 0.50 | 115.00 |
|  | BSR | detailed review of Lexecon's 27th interim fee application and monthly invoices | 0.50 | 115.00 |
|  | BSR | detailed review of Hamilton's 27th interim fee application | 0.10 | 23.00 |
|  | BSR | detailed review of Latham & Watkins monthly invoices for Sept. through Dec. 2007 | 0.20 | 46.00 |
|  | DL | Draft of WHS March 08 application and invoice | 0.30 | 33.00 |
|  | DL | E-filing for WHS March 08 application and invoice | 0.20 | 22.00 |
|  | DTW | review and revise 27th Interim Initial Report for Bilzin | 0.10 | 14.50 |
|  | BSR | detailed review of LAS' 27th interim fee application | 0.10 | 23.00 |
|  | BSR | receive and review draft initial report re Campbell & Levine (27th) prepared by Lisa Hamm | 0.10 | 23.00 |
|  | BSR | detailed review of Charter Oak's 27th interim fee application and monthly invoices | 0.10 | 23.00 |
|  | BSR | detailed review of Capstone's 27th interim fee application and monthly invoices | 0.20 | 46.00 |
|  | BSR | detailed review of Casner's 27th interim fee application and monthly invoices | 0.40 | 92.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| W.R. Grace & Co. | | | Page | 6 |
| 4/18/2008 | DTW | review and revise 27th Initial Report for C&L and Lexicon and Lawson | 0.20 | 29.00 |
| | BSR | draft initial report re Lawson Lundell for the 26th interim period | 1.20 | 276.00 |
| | BSR | telephone conference with Rodney Hayley of Lawson Lundell re firm's application | 0.20 | 46.00 |
| | BSR | detailed review of Ogilvy's 27th interim fee application and monthly invoices | 0.60 | 138.00 |
| | BSR | draft initial report re Ogilvy for the 27th interim period | 0.40 | 92.00 |
| | BSR | draft e-mails to various applicants regarding initial reports for the 27th interim period | 0.20 | 46.00 |
| | BSR | detailed review of Orrick's Oct. 2007 monthly fee application | 1.40 | 322.00 |
| 4/19/2008 | BSR | detailed review of PwC's Nov. and Dec. 2007 monthly fee applications | 0.80 | 184.00 |
| | BSR | detailed review of PwC's Oct. 2007 monthly application | 0.70 | 161.00 |
| | BSR | detailed review of Piper Jaffray's Oct., Nov., and Dec. 2007 monthly applications | 0.20 | 46.00 |
| | BSR | detailed review of Phillips' 27th interim fee application and monthly invoices | 0.50 | 115.00 |
| 4/20/2008 | BSR | detailed review of PwC's 27th interim fee application | 0.20 | 46.00 |
| | BSR | draft initial report re PwC for the 27th interim period | 0.60 | 138.00 |
| | BSR | detailed review of Woodcock Washburn's 27th interim fee application and monthly invoices | 0.20 | 46.00 |

W.R. Grace & Co.                                                                                                     Page    7

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 4/20/2008 | BSR | detailed review of Tower's Oct., Nov. and Dec. 2007 monthly applications | 0.40 | 92.00 |
|  | BSR | detailed review of Richardson's Oct. 2007 monthly application; research server to determine status of Richardson's other applications for the quarter | 0.10 | 23.00 |
|  | BSR | detailed review of Scott Law Group's 27th interim fee application and monthly invoices | 0.10 | 23.00 |
|  | BSR | detailed review of Sullivan's 27th interim fee application and monthly invoices | 0.10 | 23.00 |
|  | BSR | detailed review of Steptoe's Oct. and Nov. 2007 monthly invoices; research server to determine status of Dec. 2007 monthly application and 27th interim application | 0.20 | 46.00 |
| 4/21/2008 | DTW | review and revise 27th Interim Initial Report reports for PwC and Ogilvy (.2) | 0.20 | 29.00 |
|  | BSR | telephone conference with Jeff Allgood re scheduling of James' application review (.1); telephone conference with James Wehrmann re same (.1); conference with James Wehrmann re remaining applications to review (27th period) (.1) | 0.30 | 69.00 |
|  | BSR | telephone conference with Lisa Hamm re review of remaining applications for the 27th period | 0.10 | 23.00 |
|  | JW | detailed review of Kirkland & Ellis November 2007 monthly invoice (5.1) | 5.10 | 688.50 |
| 4/22/2008 | BSR | draft initial report re Stroock for the 27th interim period | 0.40 | 92.00 |
|  | BSR | detailed review of Stroock's 27th interim fee application and monthly invoices | 1.20 | 276.00 |
|  | JW | detailed review of Kirkland & Ellis November 2007 monthly invoice (9.7) | 9.70 | 1,309.50 |
|  | BSR | draft initial report re Reed Smith for the 27th interim period | 0.50 | 115.00 |

W.R. Grace & Co.      Page 8

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/22/2008 | BSR | detailed review of Reed Smith's Dec. 2007 monthly application and 27th interim fee application | 0.80 | 184.00 |
| | BSR | receive, review, and respond to email from Lisa Hamm re BMC's 27th interim fee application | 0.10 | 23.00 |
| | BSR | detailed review of Reed Smith's Nov. 2007 monthly application and expenses on Oct. 2007 monthly application | 0.90 | 207.00 |
| 4/23/2008 | BSR | draft initial report re Kirkland & Ellis for the 27th interim period | 1.00 | 230.00 |
| | JW | detailed review of Kirkland & Ellis November 2007 monthly invoice (8.2); draft summary of same (3.0) | 11.20 | 1,512.00 |
| | BSR | telephone conference with Lynzy Oberholzer at Pachulski re Lawson Lundell's fee application | 0.10 | 23.00 |
| | DTW | review and revise Reed 27th Initial Report | 0.10 | 14.50 |
| | BSR | review and revise draft initial report re Pachulski (27th) prepared by Lisa Hamm | 0.20 | 46.00 |
| | BSR | review and revise draft initial report re Kramer (27th) received from Lisa Hamm | 0.20 | 46.00 |
| | BSR | draft e-mails to various applicants re initial reports for the 27th interim period | 0.30 | 69.00 |
| | BSR | receive, review, and respond to email from Lisa Hamm re items noted in Pachulski 27th and monthly applications | 0.10 | 23.00 |
| | BSR | receive, review, and respond to email from Lisa Hamm re items noted in Kramer 27th and monthly applications | 0.10 | 23.00 |
| | BSR | draft e-mail to Rodney Hayley of Lawson Lundell re initial report (27th) and review terms of fee auditor order | 0.30 | 69.00 |
| | BSR | receive, review, and respond to email from Lisa Hamm re issues in Caplin & Drysdale's 27th interim fee application and monthly expenses | 0.30 | 69.00 |

W.R. Grace & Co.   Page 9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/24/2008 | JW | detailed review of Kirkland & Ellis December 2007 monthly invoice (9.6) | 9.60 | 1,296.00 |
| | DTW | review and revise Initial Report 27th Interim for Kramer, Pachulski and Reed and t/c with B. Ruhlander re Reed (.5); review and revise Strook Initial Report (.1) | 0.60 | 87.00 |
| | BSR | draft e-mails to various applicants concerning initial reports for the 27th interim period | 0.30 | 69.00 |
| | BSR | detailed review of Kirkland & Ellis' Nov. 2007 monthly application and fee summary re same | 1.10 | 253.00 |
| 4/25/2008 | BSR | draft initial report re Kirkland & Ellis for the 27th interim period | 0.60 | 138.00 |
| | JW | detailed review of Kirkland & Ellis December 2007 monthly invoice (8.7) | 8.70 | 1,174.50 |
| | BSR | detailed review of Kirkland & Ellis' Nov. 2007 monthly application and fee summary re same | 0.40 | 92.00 |
| 4/26/2008 | BSR | draft initial report re Kirkland & Ellis for the 27th interim period | 1.20 | 276.00 |
| | BSR | detailed review of Kirkland & Ellis 27th interim fee application, December 2007 monthly invoice and fee summary re same | 1.20 | 276.00 |
| | JW | detailed review of Kirkland & Ellis December 2007 monthly invoice (4.1); draft summary of same (2.2) | 6.30 | 850.50 |
| 4/27/2008 | ALP | Drafted final revisions to K&E initial report concerning the 27th interim period (10-12.07) (.3) | 0.30 | 46.50 |
| 4/28/2008 | CR | prepare and serve Caplin 27th Interim Initial Report | 0.30 | 12.00 |
| | CR | Update database with monthly invoice for Phillips 3.08 | 0.10 | 4.00 |
| | CR | prepare and serve K&E 27th Interim Initial Report | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                                          Page    10

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 4/28/2008 | BSR | review and revise draft initial report re Caplin & Drysdale (27th) prepared by Lisa Hamm | 0.80 | 184.00 |
|  | CR | Update database with e-detail Phillips 3.08 monthly invoice | 0.20 | 8.00 |
|  | CR | Update database with e-detail K&E 12.07 Summaries from J.Wehrmann | 0.10 | 4.00 |
|  | BSR | draft e-mails to Will Sparks and Janet Baer re initial report for Kirkland & Ellis (27th) | 0.30 | 69.00 |
|  | ALP | Drafted final revisions to Caplin initial report concerning the 27th interim period (10-12.07) (.3) | 0.30 | 46.50 |
| 4/29/2008 | CR | Update database with e-detail of monthly application for Reed Smith 3.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail of 27th Interim Initial Report response from Ogilvy | 0.20 | 8.00 |
|  | CR | Update database with e-detail of monthly application for Buchanan 3.08 | 0.20 | 8.00 |
| 4/30/2008 | CR | Update database with 28th Interim application for Ogilvy 1/1/08-3/31/08 and 27th Interim 10/1/07-12/31/07 for D. Austern, Piper, Towers and Orrick | 0.50 | 20.00 |
|  | CR | Update database with Duane Morris 27th Interim Initial Report response | 0.20 | 8.00 |
|  | CR | Update database with E-detail of monthly invoice for Stroock 3.08 | 0.20 | 8.00 |

**For professional services rendered**                                                                  **98.30   $16,163.00**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alexa L. Parnell | 0.60 | 155.00 | $93.00 |
| Bobbi S. Ruhlander | 36.00 | 230.00 | $8,280.00 |
| Cherie Rogers | 6.00 | 40.00 | $240.00 |
| Debbie Lucas | 0.50 | 110.00 | $55.00 |
| Doreen Williams | 1.50 | 145.00 | $217.50 |

W.R. Grace & Co.                                                                                                    Page     11

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James Wehrmann | 50.60 | 135.00 | $6,831.00 |
| Lisa M Hamm | 2.90 | 135.00 | $391.50 |
| Warren H Smith | 0.20 | 275.00 | $55.00 |