**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**March 2008**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended March 31, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 4.4 | $ 3,014.48 |
| George Baccash | Tax Partner | 32 | Integrated Audit | $588.00 | 3.0 | $ 1,764.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 3.0 | $ 1,181.25 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 30.0 | $ 11,808.00 |
| Jesse Tracey | Advisory Director | 11 | Integrated Audit | $455.10 | 2.0 | $ 910.20 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $267.76 | 1.2 | $ 321.31 |
| Pamela Barkley | Audit Senior Associate | 4 | Integrated Audit | $217.71 | 43.5 | $ 9,470.39 |
| Erica Margolius | Audit Senior Associate | 3 | Integrated Audit | $193.11 | 9.8 | $ 1,892.48 |
| Keith Palmer | Audit Senior Associate | 6 | Integrated Audit | $297.66 | 0.5 | $ 148.83 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $205.41 | 2.0 | $ 410.82 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 21.5 | $ 3,252.74 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | 40.0 | $ 4,723.20 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $138.99 | 2.0 | $ 277.98 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 2.0 | $ 277.98 |
| | | | TOTAL | | 164.9 | $ 39,453.65 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    44.0    $ 6,811.74

## Summary of PwC's Fees By Project Category:
### March 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 44.0 | $6,811.74 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |

| | | |
|---|---|---|
| 25-Accounting/Auditing | 164.9 | $39,453.65 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 208.9 | $46,265.39 |

Expense Summary
March 2008

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $75.27 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $7.49 |
| Business Meals | N/A | $979.27 |
| TOTAL: | | $1,062.03 |