# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended March 31, 2008**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Melissa Noel** | | | | |
| 3/6/2008 | 8.0 | Fee application preparation | $ 138.99 | $ 1,111.92 |
| 3/10/2008 | 2.0 | Fee application preparation | $ 138.99 | $ 277.98 |
| 3/11/2008 | 2.0 | Fee application preparation | $ 138.99 | $ 277.98 |
| 3/12/2008 | 2.0 | Fee application preparation | $ 138.99 | $ 277.98 |
| 3/14/2008 | 6.5 | Fee application preparation | $ 138.99 | $ 903.44 |
| 3/17/2008 | 0.5 | Feb bankruptcy reports | $ 138.99 | $ 69.50 |
| 3/19/2008 | 0.5 | Feb bankruptcy reports | $ 138.99 | $ 69.50 |
| 3/20/2008 | 3.0 | Feb bankruptcy reports | $ 138.99 | $ 416.97 |
| 3/24/2008 | 1.5 | Reconciliation | $ 138.99 | $ 208.49 |
| 3/25/2008 | 3.5 | Reconciliation | $ 138.99 | $ 486.47 |
| 3/26/2008 | 3.0 | Review Feb reports and submit to Pam | $ 138.99 | $ 416.97 |
| 3/27/2008 | 1.5 | Grace YE PFF | $ 138.99 | $ 208.49 |
| | **34.0** | | | |
| **Name: Erica Margolius** | | | | |
| 3/12/2008 | 1.0 | Grace meeting to review the process for submission of time tracking to the bankruptcy court. | $ 193.11 | $ 193.11 |
| | **1.0** | | | |
| **Name: Lynda Keorlet** | | | | |
| 3/12/2008 | 1.0 | Grace Billing meeting to go over Bankruptcy billing process with Melissa Noel (PwC), Pamela Barkley (PwC), Erica Margolius (PwC) | $ 151.29 | $ 151.29 |
| | **1.0** | | | |
| **Name: Pamela Barkley** | | | | |
| 3/7/2008 | 1.5 | Reviewing the January time submission (application) to the bankruptcy court | $ 217.71 | $ 326.57 |
| 3/12/2008 | 1.0 | Meeting with M.Noel (PwC) to discuss the bankruptcy reporting process | $ 217.71 | $ 217.71 |
| 3/13/2008 | 1.0 | Reviewing the billing process for Grace | $ 217.71 | $ 217.71 |
| 3/25/2008 | 2.0 | Reviewing the February time for bankruptcy courts | $ 217.71 | $ 435.42 |
| 3/25/2008 | 1.0 | Reviewing the Grace billing reconcilation | $ 217.71 | $ 217.71 |
| 3/26/2008 | 0.5 | Reviewing S. Rahmani's February time | $ 217.71 | $ 108.86 |
| 3/27/2008 | 1.0 | Reviewing Feb. expenses for bankruptcy | $ 217.71 | $ 217.71 |
| | **8.0** | | | |
| | | | | **$ 6,811.74** |
| **Totals** | **44.0** | Total Grace Time Tracking Charged Hours | | |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended March 31, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $685.11 | 4.4 | $ 3,014.48 |
| George Baccash | Tax Partner | 32 | Integrated Audit | $588.00 | 3.0 | $ 1,764.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 3.0 | $ 1,181.25 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $393.60 | 30.0 | $ 11,808.00 |
| Jesse Tracey | Advisory Director | 11 | Integrated Audit | $455.10 | 2.0 | $ 910.20 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $267.76 | 1.2 | $ 321.31 |
| Pamela Barkley | Audit Senior Associate | 4 | Integrated Audit | $217.71 | 43.5 | $ 9,470.39 |
| Erica Margolius | Audit Senior Associate | 3 | Integrated Audit | $193.11 | 9.8 | $ 1,892.48 |
| Keith Palmer | Audit Senior Associate | 6 | Integrated Audit | $297.66 | 0.5 | $ 148.83 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $205.41 | 2.0 | $ 410.82 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $151.29 | 21.5 | $ 3,252.74 |
| Shahin Rahmani | Audit Associate | <1 | Integrated Audit | $118.08 | 40.0 | $ 4,723.20 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $138.99 | 2.0 | $ 277.98 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $138.99 | 2.0 | $ 277.98 |
| | | TOTAL | | | 164.9 | $ 39,453.65 |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| Name: William T. Bishop, Jr. | | |
| 3/3/2008 | 0.2 | Discuss pending CFO change with J Murphy (Grace) |
| 3/3/2008 | 0.8 | Review draft annual report document |
| 3/14/2008 | 1.0 | Meet with H La Force (Grace) for introduction and discussion of accounting issues |
| 3/26/2008 | 0.5 | Plan 2008 audit |
| 3/27/2008 | 1.9 | Discuss audit planning for 2008 with P Barkley and L Keorlet (PwC) |
| | 4.4 | Total Grace Integrated Audit Charged Hours |
| | 4.4 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: George Baccash** | | |
| 3/11/2008 | 3.0 | Met with Elise Filon, Alan Gibbons. Discussed Debrief for Tax Accrual. |
| | 3.0 | Total Grace Integrated Audit Charged Hours |
| | 3.0 | Total Hours |

**WR Grace & Co., Inc.**
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Bonnie Shub-Gayer** | | |
| 3/11/2009 | 3.0 | W.R. Grace Client Meeting |
| | 3.0 | **Total Grace Integrated Audit Charged Hours** |
| | 3.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2008**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Douglas Parker** | | |
| 3/3/2008 | 2.5 | 2007 audit debrief / compile areas for process improvements in 2008 |
| 3/13/2008 | 4.0 | 2008 audit strategy - scoping analysis of accounts / locations |
| 3/13/2008 | 1.0 | Call with B. Tarola (Grace) regarding audit matters |
| 3/13/2008 | 3.0 | Research technical accounting matters (spent catalyst buy-back program) |
| 3/17/2008 | 1.5 | 2008 audit strategy - scoping analysis of accounts / locations |
| 3/18/2008 | 3.5 | 2008 audit strategy - scoping analysis of accounts / locations |
| 3/20/2008 | 2.0 | Research technical accounting matters (Q1 LIFO items) |
| 3/21/2008 | 3.0 | Research technical accounting matters (Q1 valuation of currency forwards) |
| 3/24/2008 | 3.5 | Revise income tax audit program |
| 3/24/2008 | 0.5 | Prepare for call with B. Dockman (Grace) / research technical accounting matters |
| 3/24/2008 | 1.0 | Call with B. Dockman (Grace) regarding technical accounting matters (purchase accounting) |
| 3/25/2008 | 1.0 | Revise income tax audit program (continued) |
| 3/26/2008 | 1.5 | Revise income tax audit program (continued) |
| 3/27/2008 | 2.0 | Research technical accounting matters (Q1 bill and hold transactions) |
| | **30.0** | **Total Grace Integrated Audit Charged Hours** |
| | **30.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2008**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Jesse Tracey** | | |
| 3/26/2008 | 2.0 | Derivative valuation (FX forwards) |
| | 2.0 | **Total Grace Integrated Audit Charged Hours** |
| | 2.0 | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Juei Ping Joanna Own** | | |
| 3/4/2008 | 0.5 | 2007 YE provision; review memo |
| 3/20/2008 | 0.7 | 2008 Q1 tax provision prep meeting |
| | **1.2** | **Total Grace Integrated Audit Charged Hours** |
| | **1.2** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Pamela Barkley** | | |
| 3/3/2008 | 0.8 | Reviewing the external binder for Grace |
| | 2.2 | Reviewing Factiva articles, bankruptcy reports and critical issues from 2007 to prepare for debrief meeting |
| 3/5/2008 | 2.0 | Meeting with L.Keorlet & E.Margolius to discuss year end audit results and improvements for 2008 in areas of internal audit, internal team coordination, and quarter review work |
| | 4.0 | Working on planning for the 2008 audit |
| | 0.5 | Reviewing the items discussed in our debrief meeting to the agenda put together for Grace Internal audit |
| 3/7/2008 | 2.0 | Meeting with Internal audit to discuss the 2007 audit |
| | 0.5 | Call with Jefferson Delisio (PwC) and L.Keorlet (PwC) to discuss Sherlock journal entry testing process during 2007 at Grace |
| | 1.0 | Reading the SOX meeting minutes and preparing agenda for the next SOX meeting |
| | 1.0 | Discussion with E.Henry (Grace) to go through sox items |
| | 0.7 | Working on foreign fees for the 2008 audit |
| | 1.3 | Working on a budget for 2008 audit |
| 3/10/2008 | 0.5 | Reading the meeting minutes from Internal Audit meeting |
| | 0.7 | Reviewing the PBC list for the first quarter |
| | 0.5 | Working on the outline of responsibility for the first quarter |
| | 0.3 | Reading the REACH survey |
| | 2.0 | Debrief meeting with the PwC team to discuss the 2007 audit |
| 3/17/2008 | 0.6 | Reviewing and preparing the agenda for the meeting with internal audit |
| | 3.4 | Meeting with L.Keorlet (PwC) to go over Q1 budget and time spent putting together Q1 2007 responsibility matrix & budget |
| 3/19/2008 | 2.0 | Meeting with Internal audit for sox planning |
| | 1.5 | Meeting with D.Dockman (Grace) to discuss issues in the first quarter |
| | 1.5 | Meeting with D.Parker (PwC) to discuss planning for the first quarter |
| | 0.5 | Reading the bankruptcy news reprot |
| | 2.0 | Working on planning for the 2008 audit |
| | 0.5 | Reading an article on WR Grace |
| 3/24/2008 | 1.0 | Reviewing the Grace Contiuance form to start the 2008 audit |
| 3/25/2008 | 0.7 | Reviewing the 1Q responsibility matrix |
| | 1.3 | Updating myself on the Columbia Fund and how the market is progressing |
| 3/26/2008 | 1.0 | Reading through example presentations for the audit committee |
| | 1.5 | Working on staffing for the 2008 audit |
| 3/27/2008 | 1.0 | Meeting with R.Quiroz and E.Ko (PwC) to discuss journel entry testing |
| | 1.0 | Meeting with K.Russell (Grace) and E.Henry (Grace) to discuss Tax controls and risks |
| | 1.5 | Planning for the 2008 audit |
| | 1.0 | Reading guidance on FAS 157 |
| | 1.0 | Update meeting with E.Margolius, L.Keorlet (PwC) |
| | 0.5 | Reading the Bill and hold memo |
| | **43.5** | Total Grace Integrated Audit Charged Hours |
| | **43.5** | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2008**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Erica Margolius** | | |
| 3/3/2008 | 0.5 | Schedule audit debrief meeting to review the 2007 audit. |
| 3/3/2008 | 0.5 | Send the IT general controls memorandum to foreign entities. |
| 3/5/2008 | 2.0 | Participate in meeting to review the 2007 audit. |
| 3/5/2008 | 1.0 | Participate in meeting to review the 2007 audit. |
| 3/7/2008 | 2.0 | Review minutes from previous internal audit meeting and discuss agenda for upcoming meeting with internal audit. |
| 3/12/2008 | 1.0 | Grace audit debrief meeting for the 2007 audit. |
| 3/12/2008 | 1.5 | Analyze results of the audit debrief meeting from the 2007 audit; review engagement team structure for 2008 engagement. |
| 3/18/2008 | 0.8 | Review Grace 2008 first quarter budget. |
| 3/27/2008 | 0.5 | Meeting with SPA team to review 2007 audit and begin planning 2008 audit. |
| | **9.8** | **Total Grace Integrated Audit Charged Hours** |
| | **9.8** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Keith Palmer** | | |
| 3/4/2008 | 0.5 | Self Insurance Accrual Review |
| | 0.5 | Total Grace Integrated Audit Charged Hours |
| | 0.5 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Lyndsay Signori** | | |
| 3/28/2008 | 1.0 | Preparation of FY2008 year-end budget for corporate team. |
| 3/28/2008 | 1.0 | Preparation of FY2008 year-end budget card for submission of staffing needs into retain. |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| Name: Lynda Keorlet | | |
| 3/5/2008 | 2.0 | Tie out Annual Report letter to Financial Supplement and discuss and discrepancies with Tom Dyer (Grace) |
| | 2.0 | Meeting with P.Barkley & E.Margolius to discuss year end audit results and improvements for 2008 in areas of internal audit, internal team coordination, and quarter review work |
| 3/7/2008 | 2.0 | Preparation for & attendance at internal audit / PwC 404 planning meeting. The following were present :Pamela Barkley (PwC), Erica Margolius (PwC), Ed Bull (Grace), Ed Henry (Grace), Barb Summerson (Grace), Chris Udoji (Grace), Krishna Saraiya (Grace). |
| | 0.5 | Call with Jefferson Delisio (PwC) and Pamela Barkley (PwC) to discuss Sherlock journal entry testing process during 2007 at Grace |
| 3/10/2008 | 1.5 | Prepare Grace Q1 PBC (Provide by Client) list |
| | 0.5 | Review stack of external binders from year end audit and PwC binder archive process |
| | 1.0 | Review Factiva articles on Grace subsequent to year end |
| 3/12/2008 | 1.5 | Audit Team year end debrief feedback meeting (P.Barkley, PwC; E.Margolius, PwC; Pavel Katsiak, PwC; Adam Lueck, PwC; Shahin Rahmani, PwC) - time spent in meeting & preparing for meeting |
| | 0.5 | Discussion of new CFO & review of Factiva articles |
| 3/13/2008 | 0.8 | Review Grace billing documents & budget tracking from Q3 |
| | 0.2 | Discuss status of hedging process maps with Krishna Saraiya (Grace) |
| 3/17/2008 | 3.5 | Meeting with Pam Barkley (PwC) to go over Q1 budget and time spent putting together Q1 2007 responsibility matrix & budget |
| 3/18/2008 | 1.0 | Prepare Q1 2008 Responsibility Matrix & Budget |
| | 0.5 | Discussion of tax control issues with Ed Henry (Grace) |
| 3/19/2008 | 1.5 | Preparation for & attendance at internal audit / PwC 404 planning meeting. The following were present :Pamela Barkley (PwC), Erica Margolius (PwC), Ed Bull (Grace), Ed Henry (Grace), Barb Summerson (Grace), Chris Udoji (Grace), Krishna Saraiya (Grace). |
| 3/20/2008 | 0.5 | Request valuation assistance from Jesse Tracey (PwC) over Grace forward contracts for February 2008. Pull together Bank of America data to send to him |
| 3/24/2008 | 1.0 | Review February 2008 LIFO calculation and adjustment taken by Grace |
| 3/31/2008 | 0.8 | Review Q1 2008 bill & hold memo |
| | 0.2 | Plan for audit debrief meeting with Grace related to 2007 audit |
| | **21.5** | Total Grace Integrated Audit Charged Hours |
| | **21.5** | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended March 31, 2008**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Shahin Rahmani** | | |
| 3/3/2008 | 6.5 | Transferring Tickmarks onto the final copy of Grace's 2007 10-K |
| 3/4/2008 | 8.0 | continuing to transferring tickmarks onto the final copy of Grace's 2007 10-K |
| 3/5/2008 | 0.5 | Organized all the International Deliverables not put into the Database |
| 3/6/2008 | 1.0 | Putting together Vendor Contract binders for the files |
| | 2.5 | Tied out the fore-part of Grace's 2007 10-K |
| | 2.1 | Transferred the forepart section of the 10K to the final version. |
| | 1.3 | Created the 10K workpapers that will be archived. |
| | 1.6 | Took all the contracts for significant customers and ventors and documented the table of contents to put in the binders. |
| 3/7/2008 | 4.3 | Transferred the forepart section of the 10K to the final version. |
| | 3.3 | Through the PwC Binder Management System, I created the table of contents for all binders (10 total) and built the binder workpapers that will be given to PwC for archiving. |
| | 0.4 | Did a final check on the workpapers that were in the binders to make sure that all references match and that all binders have the appropriate workpapers in them. |
| 3/10/2008 | 2.0 | Putting together the First Quarter PBC List |
| 3/12/2008 | 1.5 | Audit Team year end debrief feedback meeting (P.Barkley, PwC; E.Margolius,L.Keorlet, PwC; Pavel Katsiak, PwC Adam Lueck, PwC;) - time spent in meeting |
| | 0.5 | Reviewed the Q3 2007 Budget to help prepare for the 2008 audit |
| 3/13/2008 | 4.5 | Prepared a spreadsheet to help calculate the quarter budget for the 2008 first quarter |

**40.0** Total Grace Integrated Audit Charged Hours

**40.0** Total Hours

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Pavel Katsiak** | | |
| 3/12/2008 | 2.0 | Audit Team year end debrief feedback meeting (P.Barkley, PwC; E.Margolius, PwC; L.Keorlet, PwC; Adam Lueck, PwC; Shahin Rahmani, PwC) - time spent in meeting & preparing for the meeting |
| | 2.0 | Total Grace Integrated Audit Charged Hours |
| | 2.0 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended March 31, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|
| ame: Adam Lueck | | |
| 3/10/2008 | 0.5 | I am reviewing the Grace budget tracking tool & distributing the tool to Pam Barkley & Lynda Keorlet (both PwC). |
| 3/12/2008 | 1.5 | Audit Team year end debrief feedback meeting (P.Barkley, PwC; E.Margolius, PwC; L.Keorlet, PwC; Pavel Katsiak, PwC; Shahin Rahmani, PwC) - time spent in meeting |
| | 2.0 | Total Grace Integrated Audit Charged Hours |
| | 2.0 | Total Hours |