# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended March 31, 2008

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 3/14/08 | | | | $ 57.25 | Breakfast with H La Force (Grace) at Maestro |
| | | 3/17/08 | | | | $ 70.96 | Lunch with P Barkley and L Keorlet (PwC) at Cheesecake Factory to discuss preliminary 2008 audit planning |
| George Baccash | Integrated Audit | 3/11/08 | $ 55.56 | | | | Mileage from PwC Miami FL to Client location Boca Raton FL. Discussed FAS 109 provisions and Tax Accrual Debrief |
| | Integrated Audit | 3/11/08 | | | | $ 137.27 | Elise Filon, Alan Gibbons, George Baccash attended meal. Discussed Debrief for Tax Accrual |
| Pavel Katsiak | Integrated Audit | 2/27/08 | | | | $ 15.90 | Group overtime meal (sodas) for L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, D. Parker, B. Bishop |
| | Integrated Audit | 2/27/08 | | | | $ 313.39 | Group overtime meal for L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, D. Parker, B. Bishop |
| | Integrated Audit | 2/28/08 | | | | $ 384.50 | Group overtime meal for L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, D. Parker, B. Bishop |
| Shahin Rahmani | Integrated Audit | 3/6/08 | $ 5.05 | | | | Mileage in excess of normal commute 10 miles * .505.  Back roads to work |
| | Integrated Audit | 3/7/08 | $ 14.66 | | | | Mileage in excess of normal commute 29 miles * .505 Took highway to work because it had less traffic than backroads (timeing of day) |
| Melissa Noel | Integrated Audit | 3/1/08 | | | 7.49 | | mailing of fee application |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 1,062.03 | $ 75.27 | $ - | $ 7.49 | $ 979.27 |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended March 31, 2008

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 3/14/08 | Audit Partner | $ 57.25 | Breakfast with H La Force (Grace) at Maestro |
| | 3/17/08 | Audit Partner | $ 70.96 | Lunch with P Barkley and L Keorlet (PwC) at Cheesecake Factory to discuss preliminary 2008 audit planning |
| | | | **$ 128.21** | |
| George Baccash | 3/11/08 | Tax Partner | $ 55.56 | Mileage from PwC Miami FL to Client location Boca Raton FL. Discussed FAS 109 provisions and Tax Accrual Debrief |
| | 3/11/08 | Tax Partner | $ 137.27 | Elise Filon, Alan Gibbons, George Baccash attended meal. Discussed Debrief for Tax Accrual |
| | | | **$ 192.83** | |
| Pavel Katsiak | 2/27/08 | Audit Associate | $ 15.90 | Group ovetime meal (sodas) for L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, D. Parker, B. Bishop |
| | 2/27/08 | Audit Associate | $ 313.39 | Group ovetime meal for L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, D. Parker, B. Bishop |
| | 2/28/08 | Audit Associate | $ 384.50 | Group ovetime meal for L. Keorlet, S. Rahmani, A. Lueck, E. Margolius, P. Barkley, D. Parker, B. Bishop |
| | | | **$ 713.79** | |
| Shahin Rahmani | 3/6/08 | Audit Associate | $ 5.05 | Mileage in excess of normal commute 10 miles *.505 |
| | 3/7/08 | Audit Associate | $ 14.66 | Mileage in excess of normal commute 29 miles * .505 |
| | | | **$ 19.71** | |
| Melissa Noel | 3/1/08 | Audit Associate | $ 7.49 | mailing of fee application |
| | | | **$ 7.49** | |
| | | **Grand Total** | **$ 1,062.03** | |

{02411}