IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: May 29, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# SEVENTY-EIGHTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM MARCH 1, 2008 THROUGH MARCH 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/436355

# EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 30, 2008

Bill Number 17705
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through March 31, 2008

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/02/08 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $147.50 |
| 03/03/08 | MTM | Meeting with in-house counsel at Winthrop Square re: Sales Outside U.S. materials. | 0.80 Hrs | $204.00 |
| 03/03/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 03/04/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (6.0). Per telephone call from MTM, have Sales Outside U.S. documents copied by Merrill Corp. for in-house counsel (.5). | 6.50 Hrs | $715.00 |
| 03/05/08 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $88.50 |
| 03/05/08 | MTM | Telephone call from in-house counsel re: Sales Outside U.S. documents. | 0.10 Hrs | $25.50 |
| 03/05/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (6.4). Telephone calls from and to MTM and Merrill Corp. re: Sales Outside U.S. documents; receipt of original Sales Outside U.S. boxes from Merrill Corp (.3). | 6.70 Hrs | $737.00 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/06/08 | RAM | Telephone call from/to in-house counsel and telephone conference with MTM re: ongoing document work re: criminal case. | 0.10 Hrs | $29.50 |
| 03/06/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 03/07/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 03/10/08 | RAM | Emails from/to MTM re: providing Sales Outside U.S. documents to in-house counsel. | 0.10 Hrs | $29.50 |
| 03/10/08 | MTM | Telephone call from in-house counsel re: Sales Outside U.S. documents (.2); telephone call to ARA re: copy all Sales Outside U.S. documents and whether same were produced to Personal Injury Creditors Committee (.2); review my files on prior productions to Personal Injury Creditors Committee (.9); locate two supplemental product appendices produced to Personal Injury Creditors Committee re: same (.7); email from in-house counsel re: non-U.S. asbestos products (.2); email two supplemental product appendices to in-house counsel (.2) | 2.40 Hrs | $612.00 |
| 03/10/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (5.0). Per MTM's request, check Personal Injury Creditors Committee production file to see if Sales Outside U.S. boxes had been produced (.5); prepare all Sales Outside U.S. boxes of documents for copying for in-house counsel (1.2). | 6.70 Hrs | $737.00 |
| 03/11/08 | MTM | Review storage boxes re: letter to in-house counsel re: search for non-U.S. asbestos product information (.6); review binders at Winthrop Square re: same (1.0); telephone call and letter to in-house counsel re: same (.3). | 1.90 Hrs | $484.50 |
| 03/11/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (5.5). Telephone calls to and from MTM requesting particular binder (.3). Telephone call from Merrill re: update on Sales Outside U.S. copy job (.1). | 5.90 Hrs | $649.00 |
| 03/12/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (6.2). Telephone call from MB and telephone call to Merrill Corp. to determine missing box label information for one box of copies of Sales Outside U.S. documents (.5). | 6.70 Hrs | $737.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/14/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.00 Hrs | $660.00 |
| 03/17/08 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $295.00 |
| 03/17/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 03/18/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $88.50 |
| 03/18/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 5.80 Hrs | $638.00 |
| 03/19/08 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $118.00 |
| 03/19/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 03/20/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $59.00 |
| 03/20/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 5.50 Hrs | $605.00 |
| 03/24/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 4.00 Hrs | $440.00 |
| 03/25/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 03/26/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 5.70 Hrs | $627.00 |
| 03/27/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.00 Hrs | $660.00 |
| 03/28/08 | MTM | Telephone call from in-house counsel re: testimony of Grace expert. | 0.10 Hrs | $25.50 |
| 03/28/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 03/31/08 | MTM | Emails to and from DBM re: search for source of Monokote testing document (.1); email to in-house counsel re: same (.1). | 0.20 Hrs | $51.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/31/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| | | TOTAL LEGAL SERVICES | | $15,183.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.90 Hrs | 295/hr | $855.50 |
| MATTHEW T. MURPHY | 5.50 Hrs | 255/hr | $1,402.50 |
| ANGELA R. ANDERSON | 117.50 Hrs | 110/hr | $12,925.00 |
| | 125.90 Hrs | | $15,183.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $15,183.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 30, 2008

Bill Number 17706
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

### FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

### LEGAL SERVICES

Through March 31, 2008

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/06/08 | RAM | Work on January fee application. | 0.80 Hrs | $236.00 |
| 03/07/08 | RAM | Work on January fee application (.2); send it to in-house counsels to review (.1). | 0.30 Hrs | $88.50 |
| 03/18/08 | RAM | Finalize January fee application (.2); send to Delaware counsel to file (.1). | 0.30 Hrs | $88.50 |
| 03/25/08 | RAM | Work on February fee application. | 0.20 Hrs | $59.00 |
| 03/27/08 | RAM | Work on February fee application. | 0.20 Hrs | $59.00 |
| | | TOTAL LEGAL SERVICES | | $531.00 |

### LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.80 Hrs | 295/hr | $531.00 |
| | 1.80 Hrs | | $531.00 |

Page 1

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $531.00 |

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 30, 2008
Bill Number 17707
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2008

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 03/24/08 | MERRILL COMM - Sales Outside U.S. documents to be copied for in-house counsel (3/4/08). | 9.22 |
| 03/24/08 | MERRILL COMM - Copy 4 Box set of Sales Outside U.S. Docs for in-house counsel (3/10/08). | 1,632.80 |
| | | $1,642.02 |

PHOTOCOPYING

| | | |
|---|---|---|
| 03/20/08 | 21 copies at .10 per copy | 2.10 |
| | | $2.10 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 03/03/08 | Rent and utilities for document repository at One Winthrop Square - March 2008. | 12,410.27 |
| | | $12,410.27 |

MISCELLANEOUS

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2008

MISCELLANEOUS

| | | |
|---|---|---|
| 03/10/08 | RECORDKEEPER ARCHIVE-Storage 3/01/08 through 03/31/08. | 402.60 |
| | | $402.60 |
| | TOTAL DISBURSEMENTS | $14,456.99 |
| | TOTAL THIS BILL | $14,456.99 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 30, 2008

Bill Number 17708
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through March 31, 2008

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/05/08 | To 919 North Market St., Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on February 7, 2008 by RAM | 16.64 |
| 03/05/08 | To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on February 12, 2008 by RAM | 23.65 |
| 03/13/08 | To 919 N Market St, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on January 16, 2008 by RAM. | 16.78 |

$57.07

TOTAL DISBURSEMENTS $57.07

Page 1

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $57.07 |