**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE - (Henry M. Karwowski)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Henry M. Karwowski, Esquire of Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. to represent Mian Realty, LLC as counsel in this action.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

Dated: May 6, 2008            By: _____
                                  Patrick J. Reilley (No. 4451)
                                  1000 N. West Street, Suite 1200
                                  Wilmington, DE 19899
                                  Phone: (302) 295-4888

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York, U.S. District Courts for New Jersey and the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Third Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

_____
Henry M. Karwowski, Esquire
TRENK, DIPASQUALE, WEBSTER, DELLA FERA &
SODONO, P.C.
347 Mt. Pleasant Ave., Suite 300
West Orange, NJ 07052
Telephone: 973-243-8600

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: 5\9, 2008         _____
                          Judith K. Fitzgerald
                          United States Bankruptcy Judge

Error! Unknown document property name.