**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 01-1139 (JKF) |
| **W.R. GRACE & CO., et al.,** | (Jointly Administered) |
|  |  |
|  | Related Dkt. Nos. 11919, 12378, 18599 |
| **Debtors.** | Objection Deadline: May 16, 2008 |
|  | Hearing Date:  June 2, 2008 at 1:00 pm |
|  | Pittsburgh, PA |

**AMENDED NOTICE OF APPLICATION OF DAVID T. AUSTERN,**
**FUTURE CLAIMANTS' REPRESENTATIVE, FOR**
**AUTHORIZATION TO MODIFY THE EMPLOYMENT**
**OF PIPER JAFFRAY & CO. AS FINANCIAL ADVISOR**
**TO THE FUTURE CLAIMANTS' REPRESENTATIVE**

**TO:  ALL PARTIES ON THE MASTER SERVICE LIST**

PLEASE TAKE NOTICE, that on April 23, 2008, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "Future Claimants' Representative") filed and served an Application of David T. Austern, Future Claimants' Representative, for Authorization to Modify the Employment of Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative and exhibits thereto (collectively, the "Application") [Dkt. No. 18599], with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Application must be in writing and filed with the Bankruptcy Court on or before **May 16, 2008**.

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **May 16, 2008**.

PLEASE TAKE FURTHER NOTICE, that a hearing on the Application will be held, only if a timely objection is filed, on **June 2, 2008 at 1:00 p.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  May 9, 2008                    Respectfully submitted,

                                       By: */s/ John C. Phillips, Jr.*
                                            John C. Phillips, Jr. (#110)
                                            PHILLIPS, GOLDMAN & SPENCE, P.A.
                                            1200 North Broom Street
                                            Wilmington, DE 19806
                                            (302) 655-4200

                                            Roger Frankel
                                            Richard H. Wyron
                                            Debra L. Felder
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            1152 15th Street, N.W.
                                            Washington, DC 20005
                                            (202) 339-8400

                                            *Counsel to David T. Austern,*
                                            *Future Claimants' Representative*