**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| _____ | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: May 29, 2008 at 4:00 p.m |
| _____ | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-THIRD MONTHLY APPLICATION OF**
**TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS**
**TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
<u>**FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**</u>

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | February 1, 2008 through February 29, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $128,627.50 |
| 80% of fees to be paid: | $102,902.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   4,412.79 |
| Total Fees @ 80% and 100% Expenses: | $107,314.79 |

This is an:  __  interim  <u>X</u>  monthly  __  final application.

**COMPENSATION SUMMARY**
**February 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew Ball | Consulting Actuary (10 years) FIA | $575 | 8.50 | $4,887.50 |
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $650 | 99.50 | $64,675.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325 | 14.30 | $4,647.50 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $410 | 13.50 | $5,535.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $400 | 66.70 | $26,680.00 |
| Steve Lin | Consulting Actuary (11 years) | $475 | 22.50 | $10,687.50 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 18.30 | $4,575.00 |
| Alicia Oliver | Analyst (1 year) | $175 | 6.50 | $1,137.50 |
| Rhamonda Riggins | Analyst (5 years) | $305 | 2.50 | $762.50 |
| Ollie Sherman | Consulting Actuary (22 years) FCAS | $700 | 7.20 | $5,040.00 |
| **Total Blended Rate: $495.67** | | | **259.50** | **$128,627.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 259.50 | $128,627.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $3,105.20 |
| Hotel | $923.69 |
| Parking | $91.49 |
| Taxi | $105.00 |
| Meals | $58.65 |
| Use of Own Car | $20.20 |
| Other – Orrick requested copy of WR Grace/RUST external hard drive for ACC/Dan Relles | $108.56 |
| **Total Expenses** | **$4,412.79** |

| February 2008 – Grand Total | $133,040.29 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ Jennifer L. Biggs*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: April 25, 2008