**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 18539 |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 18539**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for March 1, 2008 through March 31, 2008 filed on April 17, 2008. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than May 7, 2008. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

May 9, 2007                                              **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    State Bar No. 18757050

325 N. St. Paul Street, Suite 1275
Republic Center
Dallas, Texas 75201
(214) 698-3868
(214) 722-0081 (FAX)
**FEE AUDITOR**

WRGraceCNO03.08.rtf