Summary of PwC's Fees By Individual:
Twenty Eight Interim Quarterly Reporting Period
January 1, 2008 - March 31, 2008

Professoinal Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended March 31, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | 685.11 | 75.6 | 51,794.32 |
| James Geary | Audit Partner | 25+ | Integrated Audit | 868.38 | 2.7 | 2,344.63 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | 904.05 | 6.0 | 5,424.30 |
| Robert Keehan | Audit Partner | 19 | Integrated Audit | 685.11 | 6.0 | 4,110.66 |
| George Baccash | Tax Partner | 30 | Integrated Audit | 588.00 | 40.0 | 23,520.00 |
| James Prettyman | Tax Partner | 16 | Integrated Audit | 614.25 | 6.0 | 3,685.50 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | 455.10 | 2.0 | 910.20 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | 393.75 | 73.0 | 28,743.75 |
| Lisa Slotznick | Director | 20+ | Integrated Audit | 576.87 | 0.3 | 173.06 |
| Jesse Tracey | Director | 11 | Integrated Audit | 455.10 | 8.8 | 4,004.88 |
| Trevor Bowler | Director | 13 | Integrated Audit | 525.00 | 10.0 | 5,250.00 |
| Jennifer A James | Director | 16 | Integrated Audit | 627.30 | 38.0 | 23,837.40 |
| Matias Pedevilla | Director | 13 | Integrated Audit | 519.76 | 2.0 | 1,039.52 |

| Name | Title | | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | 393.60 | 265.5 | 104,500.80 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | 393.60 | 15.0 | 5,904.00 |
| Frank Gaetano | Audit Senior Manager | 9 | Integrated Audit | 685.11 | 1.0 | 685.11 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | 375.16 | 15.0 | 5,627.40 |
| Todd Melaragni | Advisory Manager | 10 | Integrated Audit | 375.15 | 26.0 | 9,753.90 |
| Esther Ko | Advisory Manager | 9 | Integrated Audit | 375.16 | 4.0 | 1,500.64 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | 313.65 | 123.0 | 38,578.95 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | 267.76 | 170.4 | 45,626.30 |
| Pamela Barkley | Audit Senior Associate | 3 | Integrated Audit | 217.71 | 425.5 | 92,635.61 |
| Cindy Chen | Audit Senior Associate | 2 | Integrated Audit | 211.56 | 54.5 | 11,530.02 |
| Brett Czajokowski | Audit Senior Associate | 2 | Integrated Audit | 211.56 | 35.5 | 7,510.38 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | 205.41 | 114.0 | 23,416.74 |
| Keith Palmer | Audit Senior Associate | 6 | Integrated Audit | 297.66 | 7.1 | 2,113.39 |
| Matthew Zehnder | Advisory Senior Associate | 4 | Integrated Audit | 307.50 | 3.0 | 922.50 |
| Mariana Espinoza | Tax Senior Associate | 4 | Integrated Audit | 267.75 | 20.0 | 5,355.00 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | 189.00 | 71.0 | 13,419.00 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | 307.50 | 33.0 | 10,147.50 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | 118.08 | 502.5 | 59,335.20 |
| Leah Morelle | Audit Associate | 1 | Integrated Audit | 118.08 | 74.0 | 8,737.92 |

| Name | Title | Years | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Ka Yip | Audit Associate | 2 | Integrated Audit | 168.51 | 20.5 | 3,454.46 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | 138.99 | 436.0 | 60,599.64 |
| Erica Margolius | Audit Associate | 3 | Integrated Audit | 193.11 | 421.8 | 81,453.80 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | 151.29 | 475.0 | 71,862.75 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | 138.99 | 499.4 | 69,411.61 |
| Andrew Tremble | Audit Associate | 1 | Integrated Audit | 138.99 | 129.0 | 17,929.71 |
| Molly McCall | Audit Associate | <1 | Integrated Audit | 147.60 | 52.3 | 7,719.48 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | 151.29 | 17.5 | 2,647.58 |
| Cassandre Saint-Louis | Audit Associate | 2 | Integrated Audit | 138.99 | 64.0 | 8,895.36 |
| Brad Wilson | Advisory Associate | <1 | Integrated Audit | 235.00 | 22.5 | 5,287.50 |
| Edward Mitchell | Advisory Associate | 2 | Integrated Audit | 227.55 | 1.5 | 341.33 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | 141.75 | 124.5 | 17,647.88 |
| Michelle Camara | Tax Associate | <1 | Integrated Audit | 141.75 | 20.0 | 2,835.00 |
| Thomas Duncan | Tax Associate | <1 | Integrated Audit | 239.85 | 12.1 | 2,902.19 |
| Jose Nunez | Tax Associate | <1 | Integrated Audit | 141.75 | 22.0 | 3,118.50 |
| Maureen Bravo | EA | 35 | Integrated Audit | 94.50 | 1.0 | 94.50 |
| Grand Total | | | | | 4,549.5 | 958,339.83 |

Summary of PwC's Fees By Project:
Twenty Eight Interim Quarterly Reporting Period
January 1, 2008- March 31, 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 78.0 | $11,931.00 |

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 4,549.5 | $958,339.83 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 4,627.5 | $970,270.83 |

PricewaterhouseCoopers LLP
Summary of Expenses
Twenty Eight Interim Quarterly Reporting Period
January 1, 2008- March 31, 2008

| Type of Expense | |
|---|---:|
| Transportation | $8,247.33 |
| Lodging | 729.35 |
| Sundry | 105.85 |
| Business Meals | 4,062.75 |
| Grand Total for the Fee Period January 1, 2008 through March 31, 2008 | $13,145.28 |