**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE SEVENTY-EIGHTH MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008 [RE: DOCKET NO. 18468]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Seventy-Eighth Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), counsel to the Official Committee of Equity Holders, filed on April 8, 2008 [Docket No. 18468]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on April 28, 2008.

On May 5, 2008, the undersigned filed a certification of counsel regarding the Application [Docket No. 18659] (the "Certification"). The Certification discusses Kramer

Krls/Wilm 57817v1
KL2 2556428.1

Levin's inadvertent inclusion of time billed and necessary expenses incurred for the period of January 1, 2008 through January 31, 2008 in the monthly fee application summary for February 2008. The Certification requests that the Application be treated as the monthly fee application summary for both January 2008 and February 2008. Kramer Levin has separately informed the Debtors, the U.S. Trustee and the fee auditor of the inadvertent error and the filing of the Certification. To date, there have been no objections filed with regard to the Certification.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $149,152.20 which represents 80% of the fees ($186,440.25) and $5,761.46 which represents 100% of the expenses, for an aggregate amount of $154,913.66, requested in the Application for the period February 1, 2008 through February 29, 2008, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

**BUCHANAN INGERSOLL & ROONEY PC**

By:    /s Teresa K.D. Currier
      Teresa K. D. Currier (No. 3080)
      1000 West Street, Suite 1410
      Wilmington, DE  19801
      (302) 552-4200

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Douglas H. Mannal, Esquire
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Counsel to the Official Committee of Equity Holders

Dated: May 12, 2008