## EXHIBIT A VERIFICATION OF EDMOND LANDRY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |

Edmond Landry, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b)      I have personal knowledge of Deloitte & Touche LLP's retention to provide the Expanded Scope Services to the Debtors in these Chapter 11 cases.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have informed of the requirements of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.
91100-001\DOCS_DE:79005.1

17, 2002, and submit that the Application complies with such Rule and Order, as modified by

the Expanded Scope Order.

_____

Edmond Landry, Partner

Enterprise Risks Management Services and
Crisis Risk Management Services
providers to the Debtors
Monthly Period of August, 2007

SWORN AND SUBSCRIBED
before me this 3rd day of Aug , 2008.

_____

Notary Public
My Commission Expires:

MONIKA M. CORNEILLE
Notary Public
Commonwealth of Massachusetts
My Commission Expires May 9, 2008

91100-001\DOCS_DE:79005.1

-8-

**EXHIBIT B**

| Summary - August 2007 | | | | | | |
|---|---|---|---|---|---|---|
| Name | Level | Hours | Rate | Total Fees | Expenses | Total |
| KIMBROUGH, ROBERT LANE | Manager | 101.00 | $300.00 | $30,300.00 | $4,322.25 | $34,622.25 |
| STURISKY, DERRICK LARRY | Senior Manager | 56.00 | $330.00 | $18,480.00 | $3,847.41 | $22,327.41 |
| LANDRY, EDMOND J | Partner | 1.00 | $415.00 | $415.00 | $0.00 | $415.00 |
| CRONIN, MICHAEL J | Senior Manager | 5.25 | $330.00 | $1,732.50 | $0.00 | $1,732.50 |
| DIXON, DONALD R | Director | 5.00 | $374.00 | $1,870.00 | $116.75 | $1,986.75 |
| LAW, ERICA | Senior Consultant | 12.50 | $195.00 | $2,437.50 | $0.00 | $2,437.50 |
| ALLISON, SANDRA | Manager | 55.0 | $258.00 | $14,190.00 | $1,703.56 | $15,893.56 |
| DICKIE, TAD | Senior Consultant | 106.0 | $258.00 | $27,348.00 | $1,454.42 | $28,802.42 |
| ROSS, STEVE | Director | 6.0 | $258.00 | $1,548.00 | | $1,548.00 |
| TOTALS | | 347.75 | | $98,321.00 | $11,444.39 | $109,765.39 |

# EXHIBIT C1

W. R. Grace Work Activity -
Daily Hours - ERM Project -
August 2007

| Date: | 8/1/07 | | | | | | | 8/2/07 | | | | | | | 8/3/07 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law |
| PHASE 1 OVERVIEW: START-UP, ERM OPERATIONAL FRAMEWORK & RISK MANAGEMENT CAPABILITY ASSESSMENT | | | | | | | | | | | | | | | | | | | | | |
| 1. Clarification of objectives, vision and roles | | | | | | | | | | | | | | | | | | | | | |
| 2. Documentation review | | | | | | | | | | | | | | 1 | | | | | | | |
| 3. ERM Oprational Framework development (includes risk universe) | | 4 | | | | | | | 4 | | | | | | | | | | | | |
| 4. ERM capability assessment survey | | | | | | | | 1 | | | | | | | 1 | | | | | | |
| 5. Preliminary ERM capability assessment report | | 2 | | | | | | | 3 | | | | | | | | | | | | |
| 6. Leadership interviews | | | | | | | | | | | | | | 1 | | | | | | | |
| 7. Draft ERM capability assessment report | | | | | | | | | | | | | | | | | | | | | |
| 8. Steering Committee orientation session | | | | | | | | | | | | | | | | | | | | | |
| 9. Kick-off session on project plan and operational framework | | | | | | | | | | | | | | | | | | | | | |
| PHASE 2A ENTERPRISE RISK ASSESSMENTS (ERAs) | | | | | | | | | | | | | | | | | | | | | |
| 1. ERA approach and tools development | | | | | | | | | | | | | | | | | | | | | |
| 2. Communication with Steering Committee | | | | | | | | | | | | | | | | | | | | | |
| 3. ERA coordination | | | | | | | | | | | | | | | | | | | | | |
| 4. ERA workshop facilitation/education | | | | | | | | | | | | | | | | | | | | | |
| 5. Draft ERA report production | | | | | | | | | | | | | | | | | | | | | |
| PHASE 2B GRACE RISK APPETITE MODEL | | | | | | | | | | | | | | | | | | | | | |
| 1. Objectives and process development | | | | | | | | | | | | | | | | | | | | | |
| 2. Development of understanding | | | | | | | | | | | | | | | | | | | | | |
| 3. Meetings with executives and stakeholders | | | | | | | | | | | | | | | | | | | | | |
| 4. Recommended risk appetite model | | | | | | | | | | | | | | | | | | | | | |
| 5. Presentation to executives | | | | | | | | | | | | | | | | | | | | | |
| PHASE 3 RECOMMENTATIONS TO IMPROVE ERM CAPABILITY | | | | | | | | | | | | | | | | | | | | | |
| 1. Proposed activities list | | | | | | | | | | | | | | | | | | | | | |
| 2. Program plan | | | | | | | | | | | | | | | | | | | | | |
| 3. Resource estimates | | | | | | | | | | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | | | | | | | | | | |
| General Project Admin | | | | | | | | 1 | | | | | | | | | | | 1 | | |
| Project Management | | | | | | | | | | | | | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | | | | | | | | | | | | | |
| Status Reporting | | | | | | | | | | | | | | | | | | | | | |
| TOTAL DAILY HOURS: | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |

# EXHIBIT C1

W. R. Grace Work Activity -
Daily Hours - ERM Project -
August 2007

| NAME | 8/6/07 | | | | | | | 8/7/07 | | | | | | | 8/8/07 | | | | | | | 8/9/07 | | | | | | | 8/10/07 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law |
| PHASE 1 OVERVIEW: START-UP, ERM OPERATIONAL FRAMEWORK & RISK MANAGEMENT CAPABILITY ASSESSMENT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Clarification of objectives, vision and roles | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Documentation review | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | |
| 3. ERM Oprational Framework development (includes risk universe) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. ERM capability assessment survey | 2 | 3 | | | | | | | 2 | 2 | | | | | | 3 | 2 | | | | | | 4 | | | | | | | | | | | | |
| 5. Preliminary ERM capability assessment report | | | 4 | | | | | | 2 | 2 | | | | | | 4 | 3 | | | | | | 4 | 4 | | | | | | | | | | | |
| 6. Leadership interviews | | | | | | | | | | 2 | | | | | | | 2 | | | | 1.5 | | | | | | | | | | | | | | |
| 7. Draft ERM capability assessment report | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. Steering Committee orientation session | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. Kick-off session on project plan and operational framework | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHASE 2A ENTERPRISE RISK ASSESSMENTS (ERAs) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. ERA approach and tools development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Communication with Steering Committee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. ERA coordination | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. ERA workshop facilitation/education | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Draft ERA report production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHASE 2B GRACE RISK APPETITE MODEL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Objectives and process development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Development of understanding | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Meetings with executives and stakeholders | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. Recommended risk appetite model | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Presentation to executives | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHASE 3 RECOMMENTATIONS TO IMPROVE ERM CAPABILITY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Proposed activities list | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Program plan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Resource estimates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| General Project Admin | | | | | 1 | | | | | 2 | | 1 | | | | 1 | | | 1 | | | | | | | 0.500 | | | | | | | | | |
| Project Management | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | | | | 1 | | | | | 1 | | | | | | | | | | | | | | | | | | |
| Status Reporting | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL DAILY HOURS: | 2 | 3 | 4 | 0 | 1 | 0 | 0 | 0 | 4 | 8 | 0 | 2 | 0 | 0 | 0 | 8 | 8 | 0 | 1 | 0 | 2.5 | 0 | 8 | 4 | 0 | 0.500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# EXHIBIT C1

W. R. Grace Work Activity -
Daily Hours - ERM Project -
August 2007

| Date: | 8/13/07 | | | | | | | 8/14/07 | | | | | | | 8/15/07 | | | | | | | 8/16/07 | | | | | | | 8/17/07 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturisky | Landry | Cronin | Zmoria | Law |
| PHASE 1 OVERVIEW: START-UP, ERM OPERATIONAL FRAMEWORK & RISK MANAGEMENT CAPABILITY ASSESSMENT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Clarification of objectives, vision and roles | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Documentation review | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | |
| 3. ERM Oprational Framework development (includes risk universe) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. ERM capability assessment survey | | | | | | | | | 4 | | | | | | | 3 | 3 | | | | | | 3 | | | | | 6 | | 3 | 4 | | | | |
| 5. Preliminary ERM capability assessment report | | | | | | | | | 1 | | | | | | | 2 | | | | | | | 2 | | | | | | | 1 | | | | | |
| 6. Leadership interviews | | | | | | | | 2 | 3 | | | | | | 3 | 4 | | | | | | | 1 | | | | | | | | | | | | |
| 7. Draft ERM capability assessment report | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. Steering Committee orientation session | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. Kick-off session on project plan and operational framework | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHASE 2A ENTERPRISE RISK ASSESSMENTS (ERAs) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. ERA approach and tools development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Communication with Steering Committee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. ERA coordination | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. ERA workshop facilitation/education | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Draft ERA report production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHASE 2B GRACE RISK APPETITE MODEL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Objectives and process development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Development of understanding | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Meetings with executives and stakeholders | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. Recommended risk appetite model | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Presentation to executives | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHASE 3 RECOMMENTATIONS TO IMPROVE ERM CAPABILITY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Proposed activities list | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Program plan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Resource estimates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| General Project Admin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Project Management | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Status Reporting | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | |
| **TOTAL DAILY HOURS:** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 8 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 8 | 0 | 4 | 4 | 0 | 0 | 0 | 0 |

# EXHIBIT C1

W. R. Grace Work Activity -
Daily Hours - ERM Project -
August 2007

| Date / NAME | 8/20/07 Dixon | 8/20/07 Kimbrough | 8/20/07 Sturisky | 8/20/07 Landry | 8/20/07 Cronin | 8/20/07 Zmoria | 8/20/07 Law | 8/21/07 Dixon | 8/21/07 Kimbrough | 8/21/07 Sturisky | 8/21/07 Landry | 8/21/07 Cronin | 8/21/07 Zmoria | 8/21/07 Law | 8/22/07 Dixon | 8/22/07 Kimbrough | 8/22/07 Sturisky | 8/22/07 Landry | 8/22/07 Cronin | 8/22/07 Zmoria | 8/22/07 Law | 8/23/07 Dixon | 8/23/07 Kimbrough | 8/23/07 Sturisky | 8/23/07 Landry | 8/23/07 Cronin | 8/23/07 Zmoria | 8/23/07 Law | 8/24/07 Dixon | 8/24/07 Kimbrough | 8/24/07 Sturisky | 8/24/07 Landry | 8/24/07 Cronin | 8/24/07 Zmoria | 8/24/07 Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHASE 1 OVERVIEW: START-UP, ERM OPERATIONAL FRAMEWORK & RISK MANAGEMENT CAPABILITY ASSESSMENT** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Clarification of objectives, vision and roles | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Documentation review | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. ERM Oprational Framework development (includes risk universe) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. ERM capability assessment survey | | 4 | | | | | | 5 | | | | | | | 5 | | | | | | | 5 | 2 | | | | | | 3 | | | | | | |
| 5. Preliminary ERM capability assessment report | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | | | | | |
| 6. Leadership interviews | | | | | | | | | 2 | | | | | | | 2 | | | | | | | | | | | | | | | | | | | |
| 7. Draft ERM capability assessment report | | 4 | | | | | | 2 | | | | | | | 2 | | | | | | | 3 | | | | | | | 1 | 2 | | | | | |
| 8. Steering Committee orientation session | | | | | | | | | | | | | | | | | | | | | | | 2 | | | | | | | | | | | | |
| 9. Kick-off session on project plan and operational framework | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PHASE 2A ENTERPRISE RISK ASSESSMENTS (ERAs)** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. ERA approach and tools development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Communication with Steering Committee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. ERA coordination | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. ERA workshop facilitation/education | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Draft ERA report production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PHASE 2B GRACE RISK APPETITE MODEL** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Objectives and process development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Development of understanding | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Meetings with executives and stakeholders | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. Recommended risk appetite model | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Presentation to executives | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PHASE 3 RECOMMENDATIONS TO IMPROVE ERM CAPABILITY** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Proposed activities list | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Program plan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Resource estimates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| General Project Admin | | | | 1 | | | | 1 | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | |
| Project Management | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Status Reporting | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | |
| **TOTAL DAILY HOURS:** | 1 | 8 | 0 | 1 | 0 | 0 | 0 | 8 | 2 | 0 | 0 | 0 | 0 | 0 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 8 | 6 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 1 | 0 | 0 | 0 | 0 |

# EXHIBIT C1

W. R. Grace Work Activity -
Daily Hours - ERM Project -
August 2007

| Date: | 8/27/07 | | | | | | | 8/28/07 | | | | | | | 8/29/07 | | | | | | | 8/30/07 | | | | | | | 8/31/07 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | Dixon | Kimbrough | Sturlsky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturlsky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturlsky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturlsky | Landry | Cronin | Zmoria | Law | Dixon | Kimbrough | Sturlsky | Landry | Cronin | Zmoria | Law |
| **PHASE 1 OVERVIEW: START-UP, ERM OPERATIONAL FRAMEWORK & RISK MANAGEMENT CAPABILITY ASSESSMENT** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Clarification of objectives, vision and roles | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Documentation review | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. ERM Oprational Framework development (includes risk universe) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. ERM capability assessment survey | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Preliminary ERM capability assessment report | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. Leadership interviews | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. Draft ERM capability assessment report | | | | | | | | | | | | | | | | 2 | | | | | | | 2 | | | | | | | | | | | | |
| 8. Steering Committee orientation session | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. Kick-off session on project plan and operational framework | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PHASE 2A ENTERPRISE RISK ASSESSMENTS (ERAs)** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. ERA approach and tools development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Communication with Steering Committee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. ERA coordination | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. ERA workshop facilitation/education | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Draft ERA report production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PHASE 2B GRACE RISK APPETITE MODEL** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Objectives and process development | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Development of understanding | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Meetings with executives and stakeholders | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. Recommended risk appetite model | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Presentation to executives | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PHASE 3 RECOMMENDATIONS TO IMPROVE ERM CAPABILITY** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Proposed activities list | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. Program plan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Resource estimates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| General Project Admin | | | | | | | | | 1 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | |
| Project Management | | 1 | | | | | | | 1 | | | | | | | 1 | | | | | | | | | | | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Status Reporting | | 1 | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | |
| **TOTAL DAILY HOURS:** | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | .1 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# EXHIBIT C2

W. R. Grace Work Activity - Daily Hours - ERM
Project - August 2007

| Date: | Total Hrs |
|---|---|
| NAME | |
| | |
| PHASE 1 OVERVIEW:  START-UP, ERM OPERATIONAL FRAMEWORK & RISK MANAGEMENT CAPABILITY ASSESSMENT | |
| 1. Clarification of objectives, vision and roles | 0.50 |
| 2. Documentation review | 3.00 |
| 3. ERM Oprational Framework development (includes risk universe) | 8.00 |
| 4. ERM capability assessment survey | 67.50 |
| 5. Preliminary ERM capability assessment report | 36.00 |
| 6. Leadership interviews | 24.00 |
| 7. Draft ERM capability assessment report | 18.00 |
| 8. Steering Committee orientation session | 2.00 |
| 9. Kick-off session on project plan and operational framework | 0.00 |
| | |
| (ERAs) | |
| 1. ERA approach and tools development | 0.00 |
| 2. Communication with Steering Committee | 0.00 |
| 3. ERA coordination | 0.00 |
| 4. ERA workshop facilitation/education | 0.00 |
| 5. Draft ERA report production | 0.00 |
| | |
| PHASE 2B GRACE RISK APPETITE MODEL | |
| 1. Objectives and process development | 0.00 |
| 2. Development of understanding | 0.00 |
| 3. Meetings with executives and stakeholders | 0.00 |
| 4. Recommended risk appetite model | 0.00 |
| 5. Presentation to executives | 0.00 |
| | |
| PHASE 3 RECOMMENTATIONS TO IMPROVE ERM CAPABILITY | |
| 1. Proposed activities list | 0.00 |
| 2. Program plan | 0.00 |
| 3. Resource estimates | 0.00 |
| | |
| OTHER | |
| General Project Admin | 11.75 |
| Project Management | 5.00 |
| Bankrupcy Admin | 2.00 |
| Status Reporting | 3.00 |
| | |
| **TOTAL DAILY HOURS:** | 180.750 |

# EXHIBIT D1

W. R. Grace Work Activity - Daily Hours - Crisis
Management - August 2007

| Date: | 8/1/07 | | | 8/2/07 | | | 8/3/07 | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross |
| **PHASE I PROJECT INITIATION AND PLANNING** | | | | | | | | | |
| 1. Identify Key Stakeholders | | | | | | | | | |
| 2. Identify Corporate Crisis Management Team Members | | | | | | 0.25 | | | |
| 3. Identify Functional Groups for Project Participation | | | | | | 0.25 | | | |
| 4. Develop Steering Project Plan | | | | 0.5 | | 0.5 | | | |
| 4a. Develop Project Status Report Template | | | | 0.5 | | | | | |
| 5. Kickoff Presentation, Meetings & Interviews | | | | 0.5 | | | 1 | | 1 |
| **PHASE II CURRENT STATE ASSESSMENT** | | | | | | | | | |
| 1. Understand Current State of Preparedness | | | | | | | | | |
| 1a. Review current Crisis Management Processes | | | | | | | | | |
| 1b. Review current Emergency Response Planning Processes & Plans | | | | 2.5 | | | | | |
| 2. Develop Crisis Response Model & Incident Flow | | | | | | 0.5 | 2 | | |
| 3. Status Reports | | | | | | | | | |
| **PHASE III CRISIS MANAGEMENT PLAN DEVELOPMENT** | | | | | | | | | |
| 1. Define Corporate Crisis Management Plan Components | | | | | | | 1 | | |
| 1a. Define Crisis Response Team Roles/Responsibilities | | | | | | 0.25 | | | |
| 1b. Define Command Center Equipment & Space Requirements | | | | | | | | | |
| 1c. Define Crisis Management Plan Activation Triggers | | | | | | 0.25 | | | |
| 1d. Define Crisis Management Plan Logical Geographical Requirements | | | | | | | | | |
| 1e. Define Crisis Management Plan Activation and Deactivation Processes | | | | | | | | | |
| 1f. Document the Plan Details | | | | | | | | | |
| 1g. Define Crisis Management Plan Continuous Improvement Process | | | | | | | | | |
| 1h. Develop Crisis Management Training & Awareness Plans | | | | | | | | | |
| 1ha. Exercise and Test Strategy | | | | | | | | | |
| 2. Present CMP to Grace Management (Delivered) | | | | | | | | | |
| 3. Revise Crisis Management Plan as required | | | | | | | | | |
| 4. Status Reports | | | | | | | | | |
| **OTHER** | | | | | | | | | |
| General Project Admin | | | | | | | | | |
| Project Management | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | |
| **TOTAL DAILY HOURS:** | 0 | 0 | 0 | 4 | 0 | 2 | 4 | 0 | 1 |

# EXHIBIT D1

W. R. Grace Work Activity - Daily Hours - Crisis
Management - August 2007

| Date: | 8/6/07 | | | 8/7/07 | | | 8/8/07 | | | 8/9/07 | | | 8/10/07 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross |
| **PHASE I PROJECT INITIATION AND PLANNING** | | | | | | | | | | | | | | | |
| 1. Identify Key Stakeholders | | | | | | | | | | | | | | | |
| 2. Identify Corporate Crisis Management Team Members | | | | | | | | | | | | | | | |
| 3. Identify Functional Groups for Project Participation | | | | | | | | | | | | | | | |
| 4. Develop Steering Project Plan | 0.5 | | | | | | 0.5 | | | | | | 0.5 | | |
| 4a. Develop Project Status Report Template | | 1 | | | | | | | | | 1 | | | | |
| 5. Kickoff Presentation, Meetings & Interviews | 1 | 1 | | 0.5 | 0.5 | | | | | | | | | | |
| **PHASE II CURRENT STATE ASSESSMENT** | | | | | | | | | | | | | | | |
| 1. Understand Current State of Preparedness | | 2 | | | 5.5 | | | 4 | | | 2 | | | 0.5 | |
| 1a. Review current Crisis Management Processes | | | | | | | 0.5 | | | | | | | | |
| 1b. Review current Emergency Response Planning Processes & Plans | | | | | | | | | | 1 | | | | | |
| 2. Develop Crisis Response Model & Incident Flow | 1 | 4 | | | 2 | | | 2 | | 1 | 2 | | 0.5 | 1 | |
| 3. Status Reports | | | | | | | | | | | | | 1 | | |
| **PHASE III CRISIS MANAGEMENT PLAN DEVELOPMENT** | | | | | | | | | | | | | | | |
| 1. Define Corporate Crisis Management Plan Components | 0.5 | | | | | | | | | | | | | | |
| 1a. Define Crisis Response Team Roles/Responsibilities | | | | 1 | | | 0.5 | | | | | | | | |
| 1b. Define Command Center Equipment & Space Requirements | | | | | | | | | | | | | | | |
| 1c. Define Crisis Management Plan Activation Triggers | | | | 0.5 | | | 0.5 | | | | | | | | |
| 1d. Define Crisis Management Plan Logical Geographical Requirements | | | | 1 | | | | | | 1 | | | | | |
| 1e. Define Crisis Management Plan Activation and Deactivation Processes | | | | | | | | | | 1 | | | | | |
| 1f. Document the Plan Details | | | | | | | | 2 | | | 3 | | 2 | | |
| 1g. Define Crisis Management Plan Continuous Improvement Process | | | | 1 | | | | | | | | | | | |
| 1h. Develop Crisis Management Training & Awareness Plans | | | | | | | | | | | | | | | |
| 1ha. Exercise and Test Strategy | | | | | | | | | | | | | | | |
| 2. Present CMP to Grace Management (Delivered) | | | | | | | | | | | | | | | |
| 3. Revise Crisis Management Plan as required | | | | | | | | | | | | | | | |
| 4. Status Reports | | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | | |
| General Project Admin | | | | | | | | | | | | | | | |
| Project Management | | | | | | | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | | | | | | | |
| **TOTAL DAILY HOURS:** | 3 | 8 | 0 | 4 | 8 | 0 | 2 | 8 | 0 | 4 | 8 | 0 | 4 | 1.5 | 0 |

# EXHIBIT D1

W. R. Grace Work Activity - Daily Hours - Crisis Management - August 2007

| Date: | 8/13/07 | | | 8/14/07 | | | 8/15/07 | | | 8/16/07 | | | 8/17/07 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross |
| PHASE I PROJECT INITIATION AND PLANNING | | | | | | | | | | | | | | | |
| 1. Identify Key Stakeholders | | | | | | | | | | | | | | | |
| 2. Identify Corporate Crisis Management Team Members | | | | | | | | | | 0.5 | | | | | |
| 3. Identify Functional Groups for Project Participation | | 2 | | | | | | | | | | | | | |
| 4. Develop Steering Project Plan | | 1 | | | | | | | | | 1 | | | | |
| 4a. Develop Project Status Report Template | | | | | | | | | | 0.5 | | | | | |
| 5. Kickoff Presentation, Meetings & Interviews | | | | | | | | | | | | | | | |
| PHASE II CURRENT STATE ASSESSMENT | | | | | | | | | | | | | | | |
| 1. Understand Current State of Preparedness | | | | | | | | | | | | | | | |
| 1a. Review current Crisis Management Processes | | 2 | | | 2 | | | | | | 1 | | | | |
| 1b. Review current Emergency Response Planning Processes & Plans | | 1 | | 1 | 3 | | | | | 1 | 1 | | | | |
| 2. Develop Crisis Response Model & Incident Flow | 1 | | | | 2 | | | | | | | | | | |
| 3. Status Reports | | | 1 | | | | | | | | | | | | |
| PHASE III CRISIS MANAGEMENT PLAN DEVELOPMENT | | | | | | | | | | | | | | | |
| 1. Define Corporate Crisis Management Plan Components | | | | | | | | | | | | | | | |
| 1a. Define Crisis Response Team Roles/Responsibilities | 1 | 2 | | 0.5 | | | 0.5 | | | | | | | | |
| 1b. Define Command Center Equipment & Space Requirements | 1 | | | | | | | | | | | | | | |
| 1c. Define Crisis Management Plan Activation Triggers | | | | | 1 | | | 1 | | | 2 | | | | |
| 1d. Define Crisis Management Plan Logical Geographical Requirements | | | | | | | | 1 | | | | | | | |
| 1e. Define Crisis Management Plan Activation and Deactivation Processes | | | | 0.5 | | | 0.5 | | | | 1 | | | | |
| 1f. Document the Plan Details | 1 | | | | 2 | | 3 | 6 | | 1 | 2 | | | | |
| 1g. Define Crisis Management Plan Continuous Improvement Process | | | | | | | | | | 1 | | | | | |
| 1h. Develop Crisis Management Training & Awareness Plans | | | | | | | | | | | | | | | |
| 1ha. Exercise and Test Strategy | | | | | | | | | | | | | | | |
| 2. Present CMP to Grace Management (Delivered) | | | | | | | | | | | | | | | |
| 3. Revise Crisis Management Plan as required | | | | | | | | | | | | | | | |
| 4. Status Reports | | | | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | | | | |
| General Project Admin | | | | | | | | | | | | | | | |
| Project Management | | | | | | | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | | | | | | | |
| TOTAL DAILY HOURS: | 4 | 8 | 1 | 4 | 8 | 0 | 4 | 8 | 0 | 4 | 8 | 0 | 0 | 0 | 0 |

# EXHIBIT D1

W. R. Grace Work Activity - Daily Hours - Crisis
Management - August 2007

| Date: | 8/20/07 | | | 8/21/07 | | | 8/22/07 | | | 8/23/07 | | | 8/24/07 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross |
| **PHASE I PROJECT INITIATION AND PLANNING** | | | | | | | | | | | | | | | |
| 1. Identify Key Stakeholders | 0.5 | | | | | | | | | | | | | | |
| 2. Identify Corporate Crisis Management Team Members | 0.5 | | | | | | | | | | | | | | |
| 3. Identify Functional Groups for Project Participation | | | | | | | | | | | | | | | |
| 4. Develop Steering Project Plan | | | | | | | | | | | | | | | |
| 4a. Develop Project Status Report Template | | | | | | | | | | | | | | | |
| 5. Kickoff Presentation, Meetings & Interviews | | | | | | | | | | | | | | | |
| **PHASE II CURRENT STATE ASSESSMENT** | | | | | | | | | | | | | | | |
| 1. Understand Current State of Preparedness | | | | | | | | | | | | | | | |
| 1a. Review current Crisis Management Processes | | | | | 1 | | | | | | | | | | |
| 1b. Review current Emergency Response Planning Processes & Plans | | | | | | | | | | | | | | | |
| 2. Develop Crisis Response Model & Incident Flow | | | | | | | | | | | | | | | 1 |
| 3. Status Reports | | | | | | 1 | | | | | | | | | |
| **PHASE III CRISIS MANAGEMENT PLAN DEVELOPMENT** | | | | | | | | | | | | | | | |
| 1. Define Corporate Crisis Management Plan Components | | | | | | | | | | | | | | | |
| 1a. Define Crisis Response Team Roles/Responsibilities | | | | | | | | | | | | | | | |
| 1b. Define Command Center Equipment & Space Requirements | | | | | | | | | | | | | | | |
| 1c. Define Crisis Management Plan Activation Triggers | | | | | | | | | | | | | | | |
| 1d. Define Crisis Management Plan Logical Geographical Requirements | | | | | | | | | | | | | | | |
| 1e. Define Crisis Management Plan Activation and Deactivation Processes | | | | | | | | | | | | | | | |
| 1f. Document the Plan Details | | | | | | | | | | | | | | | |
| 1g. Define Crisis Management Plan Continuous Improvement Process | | | | | | | | | | | | | | | |
| 1h. Develop Crisis Management Training & Awareness Plans | | | | | | | | | | | | | | | |
| 1ha. Exercise and Test Strategy | | | | | | | | | | | | | | | |
| 2. Present CMP to Grace Management (Delivered) | | | | | | | | | | | | | | | |
| 3. Revise Crisis Management Plan as required | | | | | | | | | | | | | | | |
| 4. Status Reports | | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | | |
| General Project Admin | | | | | | | | | | | | | | | |
| Project Management | | | | | | | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | | | | | | | |
| **TOTAL DAILY HOURS:** | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

# EXHIBIT D1

W. R. Grace Work Activity - Daily Hours - Crisis Management - August 2007

| Date: | 8/27/07 | | | 8/28/07 | | | 8/29/07 | | | 8/30/07 | | | 8/31/07 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross | Allison | Dickie | Ross |
| **PHASE I PROJECT INITIATION AND PLANNING** | | | | | | | | | | | | | | | |
| 1. Identify Key Stakeholders | | | | | | | | | | | | | | | |
| 2. Identify Corporate Crisis Management Team Members | | | | 0.5 | | | | | | | | | | | |
| 3. Identify Functional Groups for Project Participation | | | | | | | | | | | | | | | |
| 4. Develop Steering Project Plan | | | | | | | | | | | | | | | |
| 4a. Develop Project Status Report Template | | | | | 1.5 | | | | | | | | | | |
| 5. Kickoff Presentation, Meetings & Interviews | | | | 1 | | | | | | | | | | | |
| **PHASE II CURRENT STATE ASSESSMENT** | | | | | | | | | | | | | | | |
| 1. Understand Current State of Preparedness | | | | | | | | | | | | | | | |
| 1a. Review current Crisis Management Processes | | | | | 2 | | | | | | | | | | |
| 1b. Review current Emergency Response Planning Processes & Plans | 1 | 2 | | | | | | | | | | | | | |
| 2. Develop Crisis Response Model & Incident Flow | | | | 0.5 | | | | | | | | | | | |
| 3. Status Reports | | | | | | | | | | | | | | | |
| **PHASE III CRISIS MANAGEMENT PLAN DEVELOPMENT** | | | | | | | | | | | | | | | |
| 1. Define Corporate Crisis Management Plan Components | | | | | | | | | | | | | | | |
| 1a. Define Crisis Response Team Roles/Responsibilities | | | | | | | | | | | | | | | 1 |
| 1b. Define Command Center Equipment & Space Requirements | | | | | 2 | | | | | | | | | | |
| 1c. Define Crisis Management Plan Activation Triggers | | 2 | | | | | 2 | 2 | | | | | | | 1 |
| 1d. Define Crisis Management Plan Logical Geographical Requirements | | | | | | | | | | | | | | | 0.5 |
| 1e. Define Crisis Management Plan Activation and Deactivation Processes | | | | | | | | 2 | | 0.5 | | | | | |
| 1f. Document the Plan Details | 1 | 4 | | | 2.5 | | | 4 | | 2.5 | 8 | | | 8 | |
| 1g. Define Crisis Management Plan Continuous Improvement Process | | | | | | | | | | | | | | | 0.5 |
| 1h. Develop Crisis Management Training & Awareness Plans | | | | | | | | | | | | | | | |
| 1ha. Exercise and Test Strategy | | | | | | | | | | | | | | | |
| 2. Present CMP to Grace Management (Delivered) | | | | | | | | | | | | | | | |
| 3. Revise Crisis Management Plan as required | | | | | | | | | | | | | | | |
| 4. Status Reports | | | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | | | |
| General Project Admin | | | | | | | | | | | | | | | |
| Project Management | | | | | | | | | | | | | | | |
| Bankrupcy Admin | | | | | | | | | | | | | | | |
| **TOTAL DAILY HOURS:** | 2 | 8 | 0 | 2 | 8 | 0 | 2 | 8 | 0 | 3 | 8 | 0 | 0 | 8 | 3 |

# EXHIBIT D2

W. R. Grace Work Activity - Daily Hours - Crisis
Management - August 2007

| Date: | Total Hrs |
|---|---|
| NAME | |

| PHASE I PROJECT INITIATION AND PLANNING | |
|---|---|
| 1. Identify Key Stakeholders | 0.5 |
| 2. Identify Corporate Crisis Management Team Members | 1.8 |
| 3. Identify Functional Groups for Project Participation | 2.3 |
| 4. Develop Steering Project Plan | 4.5 |
| 4a. Develop Project Status Report Template | 4.5 |
| 5. Kickoff Presentation, Meetings & Interviews | 6.5 |
| | 0.0 |
| PHASE II CURRENT STATE ASSESSMENT | 0.0 |
| 1. Understand Current State of Preparedness | 14.0 |
| 1a. Review current Crisis Management Processes | 8.5 |
| 1b. Review current Emergency Response Planning Processes & Plans | 13.5 |
| 2. Develop Crisis Response Model & Incident Flow | 20.5 |
| 3. Status Reports | 3.0 |
| | 0.0 |
| PHASE III CRISIS MANAGEMENT PLAN DEVELOPMENT | 0.0 |
| 1. Define Corporate Crisis Management Plan Components | 1.5 |
| 1a. Define Crisis Response Team Roles/Responsibilities | 6.8 |
| 1b. Define Command Center Equipment & Space Requirements | 3.0 |
| 1c. Define Crisis Management Plan Activation Triggers | 12.3 |
| 1d. Define Crisis Management Plan Logical Geographical Requirements | 3.5 |
| 1e. Define Crisis Management Plan Activation and Deactivation Processes | 5.5 |
| 1f.  Document the Plan Details | 52.0 |
| 1g. Define Crisis Management Plan Continuous Improvement Process | 2.5 |
| 1h. Develop Crisis Management Training & Awareness Plans | 0.0 |
| 1ha. Exercise and Test Strategy | 0.0 |
| 2. Present CMP to Grace Management (Delivered) | 0.0 |
| 3. Revise Crisis Management Plan as required | 0.0 |
| 4. Status Reports | 0.0 |

| OTHER | |
|---|---|
| General Project Admin | 0.0 |
| Project Management | 0.0 |
| Bankrupcy Admin | 0.0 |
| **TOTAL DAILY HOURS:** | **166.5** |