**EXHIBIT 2**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080229**

| Period Ending | 2/29/2008 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $600.30 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $83.60 |
| | | **Total** | **$2,133.90** |

*Tax ID #:*     *52-2083477*

EXHIBIT 2

BMC GROUP                                    WR GRACE                                    FEBRUARY 2008
                                             EXPENSE DETAIL

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080229 | WR Grace | BMC10, BMC | BMC | 350.00 | 2/29/08 | B-linx User Fee | B-linx User Fee |
| 21_080229 | WR Grace | BMC10, BMC | BMC | 850.00 | 2/29/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080229 | WR Grace | BMC10, BMC | BMC | 250.00 | 2/29/08 | Website Hosting | Website Hosting |
| 21_080229 | WR Grace | BMC10, BMC | BMC | 600.30 | 2/29/08 | Document Storage | 414 boxes |
| 21_080229 | WR Grace | BMC10, BMC | BMC | 83.60 | 2/29/08 | Website Storage/Traffic | 39 docs |
|  |  |  |  | 2,133.90 |  |  |  |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

## WR Grace & Co. et al

### INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20080204-1 | 2/4/2008 | $28.06 |
| Invoice # | 021-20080204-2 | 2/4/2008 | $26.98 |
| Invoice # | 021-20080229-1 | 2/29/2008 | $26.98 |
| Invoice # | 021-20080229-2 | 2/29/2008 | $28.06 |
| | | Total | $110.08 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 2/4/2008
Invoice #: 021-20080204-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 17904 - Omni 18 Contin Ord | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

Total Due:  $28.06

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 2/4/2008
Invoice #: 021-20080204-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 17905 - Ord re Mass Dpt Rev | 1 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $26.98

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

Production Date: 2/29/2008
Invoice #:  021-20080229-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 18138 - Ord re Obj to Mass Dept of Rev Claim | 1 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 3 Pieces @ $.12 each | $0.36 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $26.98

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 2/29/2008
Invoice #: 021-20080229-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 18139 - Ord Re Debtors 18th Omni | 4 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
|  |  |  | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
|  |  |  | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
|  |  |  |  | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
|  |  |  | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $28.06

EXHIBIT 2
*Invoice Due Upon Receipt*