# EXHIBIT A

## List of Exhibits

| Exhibit | Category |
|---|---|
| A(i) | Current Shareholders and Debtholders |
| A(ii) | Post Petition Third Party Motions |

K&E 12429040.3

## EXHIBIT A (i)
## Current Shareholders and Debtholders

ABN Amro
Ardsley Partners
Avenue Capital
Avenue Investments
Bank of America NA
Bank of New York
Bank of Nova Scotia
Bear Stearns & Co.
Brencourt Advisors
Burlington Northern Santa Fe Railroad
Cambridge, City of, Massachusetts
Charleston, City of, South Carolina
Citadel Investment Group
Citigroup
CNA Insurance
Commerzbank AG
CS First Boston
Delta Partners
DK Acquisitions Partners LP
Dune Capital
Gamma Holdings NV
Goldentree
Grand Central Asset Trust, DES series
GTE Operations Support Inc.
Hampshire Chemical Corp.
ICI Americas
Internal Revenue Service
Lehman
Lehman Commercial Paper Inc.
Maryland Casualty Company
Massachusetts, The Commonwealth of
Montana, State of
Morgan Stanley Senior Funding Inc.
National Union Fire Insurance Company
New Jersey, State of
OHH Loan Funding
Oldcastle APG Northeast Inc.
One Hill Hub Fund
Pegasus Trading
Peninsula Capital Partners
Samson Hydrocarbons Company
Secondary Loan and Distressed Credit
Silver Point Capital
SOF Investments LLC
St. Paul Companies, The
Wachovia Bank National Association
Williams Industries Inc.

## EXHIBIT A (ii)
## Post Petition Third Party Motions

Allegheny Center Associates
AON Consulting, Inc.
Austern, David
City of Charleston, South Carolina
CSX Transportation Inc.
Official Committee of Asbestos Personal Injury Claimants