## EXHIBIT B

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E client | Client Status | Nature of Representation |
|---|---|---|---|
| ABN Amro<br><br>ABN Amro Bank N.V. | Keith Walz | Current | Representation in matters unrelated to the Debtors |
| Bank of America, N.A.<br><br>Bank of Boston | BancAmerica Capital Investors II, L.P.<br>Bank of America Capital Investors | Current<br><br>Current | Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors |
| Amoco Chemicals Co.<br><br>Amoco Corporation<br>Amoco Oil Co.<br>Amoco Shipping Company<br>Atlantic Richfield<br>BP<br>BP Amoco Chemical | BP Amoco Chemical Holding Co. | Current | Representation in matters unrelated to the Debtors |
| American International Group, Inc.<br>National Union Fire Insurance Company | AIG Retirement Services, Inc.<br><br>AIG Global Real Estate Investment Corp. | Current<br><br>Current | Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors |
| Basic, Inc.<br><br>Combustion Engineering | ABB Canada<br><br>ABB Instrumentation S.p.A<br><br>ABB SAE S.p.A.<br><br>ABB Trasmissione & Distribuzione S.p.A.<br>Basic Incorporated<br><br>Combustion Engineering, Inc. | Current<br><br>Current<br><br>Current<br><br>Current<br><br>Former<br><br>Current | Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors |
| Credit Suisse First Boston<br><br>Credit Suisse Securities (USA) LLC<br>Unigard Insurance Co.<br><br>Winterthur Swiss Ins. Co. | Credit Suisse<br><br>Credit Suisse First Boston<br><br>Credit Suisse Group<br><br>Credit Suisse Private Equity Partners Asia LP<br>Credit Suisse Securities (USA) LLC | Current<br><br>Current<br><br>Current<br><br>Current<br><br>Current | Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E client | Client Status | Nature of Representation |
|---|---|---|---|
| Citibank, N.A. Citigroup | Citigroup Global Markets Realty Corp. | Current | Representation in matters unrelated to the Debtors |
| | Citigroup International plc | Current | Representation in matters unrelated to the Debtors |
| | Primerica Financial Services | Closed | Representation in matters unrelated to the Debtors |
| Betz Laboratories, Inc. BetzDearborn, Inc. GE Capital Fleet Services GE Industrial Systems General Electric General Electric Capital Corporation General Electric Co. NTFC Capital Corporation | Birchwood Power Partners, L.P. | Current | Representation in matters unrelated to the Debtors |
| General Motors | General Motors Investment Management Corporation - Enterprise Risk Management Division | Current | Representation in matters unrelated to the Debtors |
| | GMAC Canada LLC | Current | Representation in matters unrelated to the Debtors |
| Merrill Lynch Pierce Fenner & Smith, Inc Merrill Lynch & Co. Inc. | Merrill Lynch Japan Securities Co. Ltd. | Current | Representation in matters unrelated to the Debtors |
| | Dimitrios Psyllidis | Current | Representation in matters unrelated to the Debtors |
| | Paul Horvath | Current | Representation in matters unrelated to the Debtors |
| Allstate Insurance Company | Allstate Corporation | Current | Representation in matters unrelated to the Debtors |
| American Premier Underwriters Inc. | Great American Insurance Company | Former | |
| Cargill IMC International Minerals & Chemical Corp. | Cargill Power Markets LLC | Current | Representation in matters unrelated to the Debtors |
| Pension Benefit Guarantee Corporation United States Treasury | Army & Air Force Exchange Services | Former | Representation in matters unrelated to the Debtors |
| Silver Point Capital, L.P. | Silverpoint Investments LLC | Current | Representation in matters unrelated to the Debtors |

14

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E client | Client Status | Nature of Representation |
|---|---|---|---|
| GTE<br><br>GTE Operations Support Inc. | Telesector Resources Group<br><br>Verizon Business Global, LLC<br><br>Verizon New York, Inc. | Current<br><br>Current<br><br>Current | Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors |
| Wachovia Bank N.A. | Wachovia | Current | Representation in matters unrelated to the Debtors |
| California Public Employees' Retirement System (CalPERS) | Executive Committee of California Water Districts | Current | Representation in matters unrelated to the Debtors |
| UBS O'Connor LLC | UBS Financial Services Incorporated of Puerto Rico<br>UBS Investment Bank | Current<br><br>Current | Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors |
| Fortress Investment Group LLC | Daniel N. Bass | Current | Representation in matters unrelated to the Debtors |
| Lehman Brothers Inc | Lehman Brothers Asset Management, Inc.<br>Lehman Capital | Current<br><br>Current | Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors |
| Allied Signal<br><br>Honeywell (Gomar) - Linden, New Jersey | Honeywell DMC Services, LLC<br><br>Honeywell Retirement Earnings Plan<br>Honeywell Savings and Ownership Plan<br>Honeywell Secured Benefit Plan | Current<br><br>Current<br><br>Current<br><br>Current | Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors |
| Bayer - Baytown, TX<br><br>Bayer Corp.<br><br>Miles Laboratories | Bayer Corporate & Business Services, Inc.<br>Bayer Pharmaceuticals, Inc.<br>Bayer, Inc.<br><br>Schering Berlin, Inc. | Current<br><br>Current<br><br>Current<br><br>Current | Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors<br>Representation in matters unrelated to the Debtors |

15

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E client | Client Status | Nature of Representation |
|---|---|---|---|
| Allianz Underwriters Ins<br>C.A.M.A.T<br>Dresdner Bank<br>Euler Hermes ACI<br>Fireman's Fund Insurance Co | Euler Hermes Forderungsmanagement GmbH | Current | Representation in matters unrelated to the Debtors |
| McDermott, Will & Emery | Hans Joachim Schreiber | Current | Representation in matters unrelated to the Debtors |
| Sheplers, Inc. | Sheplers, Inc. | Current | Representation in matters unrelated to the Debtors |
| Commerzbank AG | Commerzbank AG Zentrale Konsortial Abteilung | Current | Representation in matters unrelated to the Debtors |
| Royale Belge S.A. | AXA Investment Managers Private Equity Europe SA | Current | Representation in matters unrelated to the Debtors |
| | AXA Private Equity German GmbH | Current | Representation in matters unrelated to the Debtors |
| American Employers Insurance Co | White Mountains Capital, Inc. | Current | Representation in matters unrelated to the Debtors |
| New York State Department of Taxation and Finance | Mariya Seacrest Treisman | Current | Representation in matters unrelated to the Debtors |
| Keeley Asset Management Corp. | Joley Corporation | Current | Representation in matters unrelated to the Debtors |
| Bank of Nova Scotia | Bank of Nova Scotia | Current | Representation in matters unrelated to the Debtors |
| CPC International Inc. (n/k/a Bestfoods, Inc.) | Conopco Inc. | Current | Representation in matters unrelated to the Debtors |
| Gowling Lafleur Henderson LLP | Gowling Lafleur Henderson LLP | Current | Representation in matters unrelated to the Debtors |
| McGuire Woods Battle & Battle | McGuire Woods Battle & Boothe | Current | Representation in matters unrelated to the Debtors |
| Baupost Group, LLC, The | The Baupost Group | Current | Representation in matters unrelated to the Debtors |
| Huntsman Corp. | Huntsman Gay Capital Partners LLC | Current | Representation in matters unrelated to the Debtors |