**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline June 3, 2008 at 4:00 p.m. |

**TWENTY-FOURTH QUARTERLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
<u>PERIOD FROM JANUARY 1, 2008 THROUGH MARCH 31, 2008</u>**

Name of Applicant: <u>*Kramer Levin Naftalis & Frankel LLP*</u>

Authorized to Provide
Professional Services to: <u>*Official Committee of Equity Holders*</u>

Date of Retention: <u>*As of July 18, 2001*</u>

Period for which compensation
and reimbursement is sought: <u>*January 1, 2008 through and including March 31, 2008*</u>

Amount of Compensation sought as
actual, reasonable and necessary: <u>*$ 247,502.75*</u>

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: <u>*$9,033.91*</u>

This is a(n):    <u> - </u>    monthly        <u>**X**</u>    interim application

KL2 2556636.2

Case 01-01139-AMC   Doc 18710   Filed 05/14/08   Page 2 of 6

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – JANUARY 1, 2008 THROUGH MARCH 31, 2008

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 4/8/2008 18468 February 1, 2008 – February 29, 2008[1] | $186,440.25 | $5,761.46 | $192,201.71 | $0.00 | $0.00 | 5/12/2008 Docket No. 18698 |
| 5/1/2008 18652 March 1, 2008 – March 31, 2008 | $61,062.50 | $3,272.45 | $64,334.95 | N/A | N/A | Not Yet Filed |
| **Total** | **$247,502.75** | **$9,033.91** | **$256,536.66** | **$0.00** | **$0.00** | |

| | | |
|---|---|---|
| Current Period Unpaid: | Fees | $247,502.75 |
| | Expenses | $   9,033.91 |
| | Total | $256,536.66 |
| Prior Periods Unpaid: | Fees | $  79,647.30 |
| | **TOTAL DUE:** | **$336,183.96** |

---

[1] The Fee Application filed on April 8, 2008 inadvertently contained time billed and necessary expenses incurred for the time period January 1, 2008 through January 31, 2008 in addition to the time billed and necessary expenses incurred for the time period February 1, 2008 through February 29, 2008.  Kramer Levin Naftalis & Frankel LLP filed a certification of counsel further explicating the error and clarifying the treatment of the Fee Application filed on April 8, 2008 [Docket No. 18659].

**SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & <u>FRANKEL THROUGH MARCH 31, 2008</u>**

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[2] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50<br>$  5,356.96 | $ 73,418.50<br>$  5,356.96 | $  73,418.50<br>$   5,356.96 | $-0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50<br>$ 10,070.69 | $ 86,576.50<br>$  9,737.19 | $  86,576.50<br>$   9,737.19 | $-0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00<br>$  3,575.61 | $ 70,445.00<br>$  3,575.61 | $  70,445.00<br>$   3,575.61 | $-0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00<br>$  1,619.93 | $ 51,487.00<br>$  1,619.93 | 51,487.00<br>1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00<br>$  1,839.08 | $ 27,447.00<br>$  1,839.08 | $  27,447.00<br>$   1,839.08 | $-0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00<br>$    497.86 | $ 34,092.00<br>$    497.86 | $  34,092.00<br>$     497.86 | $-0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00<br>$  2,046.18 | $ 45,266.00<br>$  2,046.18 | $  45,266.00<br>$   2,046.18 | $-0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50<br>$  1,451.43 | $ 31,674.50<br>$  1,451.43 | $  31,674.50<br>$   1,451.43 | $-0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50<br>$  1,840.66 | $ 48,415.50<br>$  1,840.66 | $  48,415.50<br>$   1,840.66 | $-0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00<br>$    995.20 | $ 47,550.00<br>$    995.20 | $  47,550.00<br>$     995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00<br>$ 14,406.04 | $ 400,556.50<br>$  14,265.04 | $ 400,556.50<br>$  14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00<br>$12,593.68 | $183,897.00<br>$ 12,593.68 | $ 183,897.00<br>$  12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50<br>$3,641.49 | $ 74,471.50<br>$  3,641.49 | $  74,471.50<br>$   3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00<br>$5,348.72 | $ 79,556.00<br>$  5,348.72 | $  79,556.00<br>$   5,348.72 | $-0- |

---

[2] July 1-September 30, 2002 Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 30, 2003 Order granted on April 26, 2004 (Docket No. 5482); October 1-December 31, 2003 Order Granted on June 16, 2004 (Docket No. 5822); January 1-March 31, 2004 Order Granted on September 27, 2004 (Docket No. 6465); April 1-June 30, 2004 Order granted on January 26, 2005 (Docket No. 7622); July 1- September 30, 2004 Order granted on March 22, 2005 (Docket No. 8081); October 1- December 31, 2004 Granted on June 29, 2005 (Docket No. 8728); January 1 – March 31, 2005 Order Granted on September 27, 2005 (Docket No. 9513); April 1 – June 30, 2005 Order Granted on December 21, 2005 (Docket No. 11402); July 1 – September 30, 2005 Order Granted on March 27, 2006 (Docket No. 12121); October 1 – December 31, 2005 Order Granted on June 16, 2006 (Docket No. 12660);  January 1 – March 31, 2006 Order Granted on September 26, 2006 (Docket No. 13298); April 1 – June 30, 2006 Order Granted on December 19, 2006 (Docket No. 14069); July 1 – September 30, 2006 Order Granted on March  30, 2007 (Docket No. 15044); October 1 – December 31, 2006 Order Granted on June 20, 2007 (Docket No. 16105); January 1 – March 31, 2007 Order Granted on September 25, 2007 (Docket No. 16916); April 1 – June 30, 2007 Order Granted on December 13, 2007 (Docket No. 17629); July 1 – September 30, 2007 Order Still Pending; October 1, 2007 – December 31, 2007 Order Still Pending.

KL2 2556636.2

|  |  |  |  |  |
|---|---|---|---|---|
| October 1, 2005<br>December 31, 2005 | $75,544.50<br>$2,953.30 | $ 75,544.50<br>$ 2,953.30 | $ 75,544.50<br>$ 2,953.30 | $-0- |
| January 1, 2006<br>March 31, 2006 | $74,750.00<br>$5,452.00 | $ 74,750.00<br>$ 5,452.00 | $ 74,750.00<br>$ 5,452.00 | $-0- |
| April 1, 2006<br>June 30, 2006 | $74,596.00<br>$2,815.18 | $ 74,596.00<br>$ 2,815.18 | $ 74,596.00<br>$ 2,815.18 | $-0- |
| July 1, 2006<br>September 30, 2006 | $147,269.00<br>$4,500.72 | $ 147,269.00<br>$ 4,500.72 | $ 147,269.00<br>$ 4,500.72 | $-0- |
| October 1, 2006<br>December 31, 2006 | $238,312.00<br>$14,195.38 | $ 238,312.00<br>$ 14,195.38 | $ 238,312.00<br>$ 14,195.38 | $-0- |
| January 1, 2007<br>March 31, 2007 | $163,379.00<br>$15,286.40 | $ 163,379.00<br>$ 15,286.40 | $ 163,379.00<br>$ 15,286.40 | $-0- |
| April 1, 2007<br>June 30, 2007 | $187,246.00<br>$19,482.62 | $ 186,592.23<br>$ 19,482.62 | $ 186,592.23<br>$ 19,482.62 | $-0- |
| July 1, 2007<br>September 30, 2007 | $208,619.50<br>$9,223.40 | $ 0.00<br>$ 0.00 | $ 205,265.50<br>$ 9,223.40 | $-0- |
| October 1, 2007<br>December 31, 2007 | $398,236.50<br>$76,834.62 | $ 0.00<br>$ 0.00 | $ 318,589.20<br>$ 76,834.62 | $ 79,647.30<br>$ 0.00 |
| January 1, 2008<br>March 31, 2008 | $ 247,502.75<br>$9,033.91 | $ 0.00<br>$ 0.00 | $ 0.00<br>$ 0.00 | $ 247,502.75<br>$ 9,033.91 |
| TOTAL | $3,076,958.75<br>$ 225,061.06 | $2,215,295.73<br>$ 129,494.63 | $2,739,150.43<br>$ 215,552.65 | $ 327,150.05<br>$ 9,033.91 |

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 725.00 | 33.90 | $ 24,577.50 |
| Robert T. Schmidt | 700.00 | 1.00 | $ 700.00 |
| Horowitz, Gregory A. | 340.00 | 15.50 | $ 5,270.00 |
| Horowitz, Gregory A. | 680.00 | 171.20 | $ 116,416.00 |
| Mannal, Douglas H. | 585.00 | 69.60 | $ 40,716.00 |
| Glass, Jessica J. | 495.00 | 2.10 | $ 1,039.50 |
| Farber, Peggy | 247.50 | 13.50 | $ 3,341.25 |
| Farber, Peggy | 495.00 | 59.20 | $ 29,304.00 |
| Wesch, Kristina M. | 535.00 | 19.60 | $ 10,486.00 |
| Sharret, Jennifer | 365.00 | 7.10 | $ 2,591.50 |
| Torres, Anthony | 120.00 | 6.10 | $ 732.00 |
| Baldinger, Laurie | 245.00 | 19.00 | $ 4,655.00 |
| Rodriguez, Vivian E | 260.00 | 27.40 | $ 7,124.00 |
| Victory, Dexter | 120.00 | 1.00 | $ 120.00 |
| Baldeon, Elliot | 215.00 | 2.00 | $ 430.00 |
| **Total** |  | **448.20** | **$247,502.75** |

- 4 -

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 1/1/08 through 3/31/08 | Total Fees for the Period 1/1/08 through 3/31/08 |
|---|---|---|
| Case Administration | 27.30 | $ 12,943.50 |
| Creditor Committee | 18.20 | $ 10,458.00 |
| Financing | 1.20 | $ 702.00 |
| Reorganization Plan | 7.30 | $ 4,270.50 |
| Fee Applications, Applicant | 18.40 | $ 5,141.50 |
| Claim Analysis Obj. & Res. (Non-Asbestos) | 9.70 | $ 5,674.50 |
| Claim Analysis Obj. & Res. (Asbestos) | 318.60 | $ 189,106.50 |
| Hearings | 13.80 | $ 8,073.00 |
| Plan and Disclosure Statement | 4.20 | $ 2,229.50 |
| Travel/Non-Working | 29.00 | $ 8,611.25 |
| Environmental Issues | 0.50 | $ 292.50 |
| **Total** | **448.20** | **$ 247,502.75** |

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period 1/1/08 through 3/31/08 |
|---|---|
| Photocopying | $ 262.25 |
| Document Prep. | $ 87.50 |
| Long-Distance Tel. | $ 26.08 |
| Westlaw On-Line Research | $ 376.88 |
| Lexis/Nexis On-Line Research | $ 624.66 |
| Print. & Binding | $ 393.06 |
| Cab Fares | $ 546.77 |
| Out of Town Travel | $ 3,087.45 |
| Meals/T&E | $ 652.62 |
| Meals In-House | $ 20.40 |
| Transcript Fees | $ 259.50 |
| Messenger/Courier | $ 27.24 |
| Court Reporter/Video Deposition | $ 2,646.00 |
| Velobindings | $ 7.50 |
| Tabs | $ 16.00 |
| **Total** | **$ 9,033.91** |

## VOLUNTARY DISBURSEMENT REDUCTIONS

| Disbursements | Amount |
|---|---|
| Photocopying | $ 296.88 |
| Manuscript Service | $ 218.25 |
| **Total** | **$ 515.13** |

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").  Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period January 1, 2008 through March 31, 2008, it be allowed the total amount of fees of $247,502.75 and disbursements $9,033.91, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: May 14, 2008             KRAMER LEVIN NAFTALIS & FRANKEL LLP


                                By:  /s/ Douglas H. Mannal
                                     Douglas H. Mannal
                                     Philip Bentley
                                     1177 Avenue of the Americas
                                     New York, New York 10022
                                     (212) 715-9100

                                     Counsel to the Official Committee of
                                     Equity Holders