# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 0.8 | $452.00 |
| | | | | | |
| TOTAL | | | | 0.8 | $452.00 |

### Expenses

| Description | Total | |
|---|---|---|
| Facsimiles | $ | 3.75 |
| Photocopies | $ | 1.92 |
| | | |
| TOTAL | $ | 5.67 |



## FOLEY HOAG LLP
### ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 28, 2008
Invoice No.: 407824
Matter No.: 08743.00088

**Re:  Acton Site OU3**

For Professional Services rendered through January 31, 2008

| | |
|---|---:|
| Fees | $452.00 |
| Disbursements | 5.67 |
| **Total Fees and Disbursements** | **$457.67** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00088  Invoice No.: 407824
Re: Acton Site OU3  February 28, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 01/02/08 | Jaffe | Review water withdrawal permit and emails with Ms. Johns regarding same (0.5). | 0.5 |
| 01/18/08 | Jaffe | Emails with Ms. Johns (0.3). | 0.3 |
| | | **Total Hours** | **0.8** |

Matter No.: 08743.00088 | Invoice No.: 407824
Re: Acton Site OU3 | February 28, 2008
| Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 0.8 |

**Total Fees** $452.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/31/08 | Facsimiles | 3.75 |
| 01/31/08 | In-House Photocopying | 1.92 |

**Total Disbursements** $5.67

**Total Fees** $452.00
**Total Disbursements** 5.67
**Total Fees and Disbursements** $457.67



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

February 28, 2008
Invoice No.: 407824
Matter No.: 08743.00088

Re:   Acton Site OU3

| Total Fees and Disbursements | $457.67 |

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 407824
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 9.1 | $5,141.50 |
| James A. Smith | Partner | Business | $650.00 | 0.1 | $ 65.00 |
| Lisa A.H. Popadic | Paralegal | Environmental | $220.00 | 0.2 | $ 44.00 |
| | | | | | |
| **TOTAL** | | | | 9.4 | $5,250.50 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $0.72 |
| Express Delivery | $7.91 |
| | |
| **TOTAL** | $8.63 |

B3498380.1



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

February 28, 2008
Invoice No.: 407825
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through January 31, 2008

| | |
|---|---|
| Fees | $5,250.50 |
| Disbursements | 8.63 |
| **Total Fees and Disbursements** | **$5,259.13** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 01/07/08 | Jaffe | Emails with team and prepare settlement proposal (0.8). | 0.8 |
| 01/08/08 | Jaffe | Prepare settlement proposal and research for same (3.2); emails with Mr. Bucens regarding asbestos issues (0.3). | 3.5 |
| 01/09/08 | Jaffe | Review Mr. Bucens comments on draft letter (0.3). | 0.3 |
| 01/10/08 | Smith | Review audit response (0.1). | 0.1 |
| 01/10/08 | Jaffe | Telephone call and emails with team regarding draft letter to Covidien regarding settlement and revise draft letter (1.4); response to audit letter (0.8). | 2.2 |
| 01/11/08 | Jaffe | Finalize letter to Mr. Campbell regarding settlement and call to Mr. Campbell regarding same (1.1); finalize Grace audit letter response (0.3). | 1.4 |
| 01/24/08 | Jaffe | Emails with Mr. Bucens (0.3). | 0.3 |
| 01/25/08 | Jaffe | Review building asbestos liability issues and email to clients regarding same (0.6). | 0.6 |
| 01/25/08 | Popadic | Conference with S. Jaffe regarding assignment, PACER research for case, and distribute to S. Jaffe (0.2). | 0.2 |
| | | **Total Hours** | **9.4** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Smith | 0.1 |
| Popadic | 0.2 |
| Jaffe | 9.1 |

| | |
|---|---|
| **Total Fees** | **$5,250.50** |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/31/08 | Express Delivery | 7.91 |
| 01/31/08 | In-House Photocopying | 0.72 |
| | **Total Disbursements** | **$8.63** |

| | |
|---|---|
| **Total Fees** | $5,250.50 |
| **Total Disbursements** | 8.63 |
| **Total Fees and Disbursements** | **$5,259.13** |

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2008
Invoice No.: 407825
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**              **$5,259.13**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 407825
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company