# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date:  June 4, 2008**

**Hearing Deadline:  to be scheduled, if necessary**

## FEE DETAIL FOR OGILVY RENAULT LLP'S SIXTEENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Client:       W.R. GRACE & CO.                                      May 8, 2008
RE:           Litigation and litigation consulting          INVOICE: 804704
Matter No.:   01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard  Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending April 30, 2008

| | |
|---|---|
| FEES | $48,487.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 2,693.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $51,180.50 |

Canadian Funds

W.R. GRACE & CO.                                                          01016442-0006

RE:  Litigation and litigation consulting
_____

BILLING SUMMARY

|  | | Hours | Amount |
|---|---|---|---|
| P. Adams | | 3.4 | $578.00 |
| K. Whibley | | 22.6 | $5,085.00 |
| J. Stam | | 5.2 | $2,600.00 |
| O. Pasparakis | | 44.2 | $26,078.00 |
| D.C. Tay | | 14.5 | $13,412.50 |
| T. Walsh | | 0.4 | $214.00 |
| P. Carenza | | 0.8 | $520.00 |
| | Total | 91.10 | $48,487.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/4/08 | Teresa Walsh | Discussion with P. Carenza regarding issues relating to Canadian federal tax charges on services provided by third-party providers. | 0.40 | $214.00 |
| 1/4/08 | Jennifer Stam | Correspondence with the Crown regarding status (0.1); correspondence with R. Finke and J. Baer regarding status of Canadian settlement and government position (0.2). | 0.30 | $150.00 |
| 1/4/08 | Paul Carenza | Telephone call from and memorandum to T. Walsh regarding applicability of Canadian Federal goods and services tax to certain litigation services provided to client. | 0.80 | $520.00 |
| 1/4/08 | Karen Whibley | Reviewing names and looking up tables from Summation database. | 8.30 | $1,867.50 |
| 1/4/08 | Orestes Pasparakis | Follow-up on status. | 0.50 | $295.00 |
| 2/4/08 | Jennifer Stam | Correspondence with the Crown on status of ZAI motions in the U.S. (0.1); correspondence with J. Baer and R. Finke (0.1). | 0.20 | $100.00 |
| 2/4/08 | Karen Whibley | Reviewing names and looking up tables in Summation database. | 8.50 | $1,912.50 |
| 2/4/08 | Orestes Pasparakis | Follow-up with clients (0.3); follow-up with opposing counsel (0.5). | 0.80 | $472.00 |
| 3/4/08 | Karen Whibley | Spell-checking vocabulary entries in database. | 4.80 | $1,080.00 |
| 3/4/08 | Orestes Pasparakis | Conference call with plaintiffs (0.4); considering same (0.3); follow-up internally (0.3). | 1.00 | $590.00 |

INVOICE: 804704

W.R. GRACE & CO.                                                01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 4/4/08 | Orestes Pasparakis | Preparing for and attending conference call with client (0.7); considering next steps and issues (0.3). | 1.00 | $590.00 |
| 4/4/08 | Jennifer Stam | Conference call with J. Baer, R. Finke and O. Pasparakis to discuss status of settlement and next steps. | 0.50 | $250.00 |
| 7/4/08 | Derrick C. Tay | Conference call with Kirkland & Ellis and R. Finke regarding Canadian process. | 0.50 | $462.50 |
| 7/4/08 | Orestes Pasparakis | Conference call regarding status and claims bar order (0.8); considering issues (0.7). | 1.50 | $885.00 |
| 8/4/08 | Jennifer Stam | Reviewing Canadian ZAI notice proposal (1.2); correspondence regarding comments on same (0.5). | 1.70 | $850.00 |
| 8/4/08 | Orestes Pasparakis | Discussions with and emails to T. Freedman regarding strategy (0.5); internal discussions regarding same (0.5). | 1.00 | $590.00 |
| 8/4/08 | Derrick C. Tay | Considering strategies for dealing with Canadian ZAI claims bar process (1.0); preparing recommendation (1.0). | 2.00 | $1,850.00 |
| 9/4/08 | Orestes Pasparakis | Follow-up on claims bar issues and notice issues. | 0.50 | $295.00 |
| 10/4/08 | Derrick C. Tay | Reviewing materials received from U.S. | 1.00 | $925.00 |
| 11/4/08 | Orestes Pasparakis | Reviewing and considering claims notice materials (1.0); preparing analysis of same (1.0); email to client (0.3). | 2.30 | $1,357.00 |
| 11/4/08 | Derrick C. Tay | Considering and dealing with comments on bar date material. | 2.50 | $2,312.50 |
| 14/4/08 | Orestes Pasparakis | Discussions and emails with J. Dais-Visca regarding status and issues (0.7); follow-up with opposing counsel (0.3). | 1.00 | $590.00 |
| 15/4/08 | Orestes Pasparakis | Follow-up with J. Baer (0.1); reviewing Canadian ZAI's motion materials (0.3); reviewing Crown's materials (0.3); follow-up regarding next steps (0.1). | 0.80 | $472.00 |
| 16/4/08 | Orestes Pasparakis | Preparing for and attending conference call (1.5); discussions and emails with Crown counsel (0.5). | 2.00 | $1,180.00 |

W.R. GRACE & CO.                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 16/4/08 | Derrick C. Tay | Preparing for meeting regarding ZAI claims bar strategy (1.0); attending meeting with Kirkland & Ellis and R. Finke regarding same (2.0). | 3.00 | $2,775.00 |
| 17/4/08 | Derrick C. Tay | Reviewing U.S. filings made by federal government and representative counsel. | 2.50 | $2,312.50 |
| 17/4/08 | Orestes Pasparakis | Preparing for and attending conference call (2.0); reviewing materials for Court (0.4); considering materials sent by plaintiff's counsel (0.3); follow-up with clients (0.1). | 2.80 | $1,652.00 |
| 18/4/08 | Orestes Pasparakis | Numerous discussions and emails regarding issues and court (1.5); conference call (1.5). | 3.00 | $1,770.00 |
| 21/4/08 | Orestes Pasparakis | Addressing issues regarding hearing (1.0); travel to Delaware (5.0). | 6.00 | $3,540.00 |
| 22/4/08 | Derrick C. Tay | Conferences with R. Finke regarding Judge's directions and observations at Delaware hearing (0.5); considering strategic implications of same and dealing with next steps (1.0). | 1.50 | $1,387.50 |
| 22/4/08 | Karen Whibley | Exchange of emails with P. Adams regarding Platinum Legal Group Inc. invoice. | 0.50 | $112.50 |
| 22/4/08 | Orestes Pasparakis | Preparing for and attending at Court in Delaware (3.0); return travel (5.0); considering settlement issues (1.3). | 9.30 | $5,487.00 |
| 23/4/08 | Jennifer Stam | Revising Canadian disclosure for L. Sinanyan. | 0.50 | $250.00 |
| 23/4/08 | Orestes Pasparakis | Numerous internal discussions and emails liaising with crown counsel and claimants' counsel regarding settlement. | 1.80 | $1,062.00 |
| 24/4/08 | Jennifer Stam | Conference call with representative counsel and Crown to discuss settlement of ZAI (1.2); consideration of issues regarding same (0.3); revising summary of Canadian proceedings (0.5). | 2.00 | $1,000.00 |
| 24/4/08 | Orestes Pasparakis | Preparing for and attending conference call regarding settlement prospects (2.0); numerous discussions with opposing counsel and emails (0.8); considering issues (0.3); providing comments on U.S. disclosure statement (0.2). | 3.30 | $1,947.00 |

INVOICE: 804704

W.R. GRACE & CO.                                        01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 24/4/08 | Karen Whibley | Reviewing accounts (0.4); email to P. Adams regarding travel expenses (0.1). | 0.50 | $112.50 |
| 24/4/08 | Derrick C. Tay | Dealing with issues of representative counsel with mediation process. | 1.50 | $1,387.50 |
| 24/4/08 | Penny Adams | Discussions with J. Stam regarding the next Information Officer's Report (0.1); drafting, reviewing and revising the 26th Report (0.4). | 0.50 | $85.00 |
| 25/4/08 | Orestes Pasparakis | Emails and discussions with client regarding mediation process (1.5); discussions with J. Baer (0.3); follow-up emails (0.5). | 2.30 | $1,357.00 |
| 28/4/08 | Orestes Pasparakis | Follow-up on mediation issues (1.0); discussions with J. Baer and emails (0.5). | 1.50 | $885.00 |
| 28/4/08 | Penny Adams | Reviewing and revising the 26th Report (0.5); discussions with J. Stam regarding same (0.2). | 0.70 | $119.00 |
| 29/4/08 | Orestes Pasparakis | Review of Information Officer's Report. | 0.50 | $295.00 |
| 29/4/08 | Penny Adams | Discussions with O. Pasparakis regarding the 26th Report. | 0.20 | $34.00 |
| 30/4/08 | Penny Adams | Meeting with O. Pasparakis regarding the 26th Report (0.5); reviewing and revising same based on discussions with and materials provided by O. Pasparakis (1.5). | 2.00 | $340.00 |
| 30/4/08 | Orestes Pasparakis | Follow-up with J. Baer regarding status of mediation (0.3); follow-up internally (0.7); providing comments on Information Officer's Report (0.3). | 1.30 | $767.00 |
| | | **TOTAL FEES** | | **$48,487.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 1.60 |
| Long distance calls | 7.93 |
| Courier service | 21.33 |
| Travel expenses | 48.08 |
| Hotel Accommodations | 242.21 |
| Meals-restaurants (Canada) | 3.03 |

INVOICE: 804704

W.R. GRACE & CO.                                                    01016442-0006

**RE:  Litigation and litigation consulting**

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Meals - outside Canada | 40.38 |
| Taxis | 245.19 |
| Airfare | 1,619.29 |
| Conference call | 431.11 |
| Provincial Sales Tax / Taxe de vente pr | 32.85 |
| | $2,693.00 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 29/2/08 | Orestes Pasparakis | Provincial Sales Tax / Taxe de vente provinciale - ORESTES PASPARAKIS | 32.85 |
| 29/2/08 | Orestes Pasparakis | Conference call - ORESTES PASPARAKIS | 431.11 |
| 27/3/08 | Jennifer Stam | QA Courier service- Inv# 71787 | 21.33 |
| 4/4/08 | Derrick C. Tay | Copies | 1.00 |
| 8/4/08 | Orestes Pasparakis | Long distance calls 12124464934 | 0.77 |
| 8/4/08 | Orestes Pasparakis | Long distance calls 13128612162 | 0.80 |
| 18/4/08 | Derrick C. Tay | Copies | 0.30 |
| 18/4/08 | Jennifer Stam | Copies | 0.30 |
| 21/4/08 | Orestes Pasparakis | Taxis - ORESTES PASPARAKIS | 105.77 |
| 21/4/08 | Orestes Pasparakis | Meals-restaurants (Canada) - ORESTES PASPARAKIS | 3.03 |
| 21/4/08 | Orestes Pasparakis | Meals - outside Canada - ORESTES PASPARAKIS | 40.38 |
| 21/4/08 | Orestes Pasparakis | Airfare - ORESTES PASPARAKIS | 1,619.29 |
| 22/4/08 | Orestes Pasparakis | Hotel Accommodations - ORESTES PASPARAKIS | 242.21 |
| 22/4/08 | Orestes Pasparakis | Travel expenses - ORESTES PASPARAKIS Flight change fee | 48.08 |
| 22/4/08 | Orestes Pasparakis | Taxis - ORESTES PASPARAKIS | 139.42 |
| 25/4/08 | Orestes Pasparakis | Long distance calls 13128612162 | 2.38 |
| 30/4/08 | Orestes Pasparakis | Long distance calls 13128612162 | 3.98 |
| | | TOTAL | $2,693.00 |

INVOICE: 804704

Client:      W.R. GRACE & CO.                                 May 8, 2008
RE:          Fee Applications, Applicant          INVOICE: 804706
Matter No.:  01016442-0008

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:      Richard Finke
                  Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending April 30, 2008

| | |
|---|---|
| FEES | $2,082.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 64.72 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,146.72 |

W.R. GRACE & CO.                                                        01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 1 | $535.00 |
| P. Adams | 9.1 | $1,547.00 |
| Total | 10.10 | $2,082.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/4/08 | Penny Adams | Finalizing Fourteenth Monthly Fee Application (0.3); correspondence with R. Finke, L. Oberholzer, the Fee Auditor and others regarding same (0.3). | 0.60 | $102.00 |
| 10/4/08 | Penny Adams | Reviewing March invoices. | 0.30 | $51.00 |
| 11/4/08 | Penny Adams | Drafting Fifteenth Monthly Fee Application. | 1.00 | $170.00 |
| 21/4/08 | Penny Adams | Correspondence with R. Finke and others regarding Fifteenth Monthly Fee Application. | 0.50 | $85.00 |
| 22/4/08 | Penny Adams | Dealing with issues relating to the March litigation invoice (0.5); correspondence with R. Finke regarding same (0.5). | 1.00 | $170.00 |
| 23/4/08 | Penny Adams | Reviewing Fee Auditor's Initial Report relating to Ogilvy Renault LLP Fees and Disbursements for the 27th period. | 0.30 | $51.00 |
| 23/4/08 | Teresa Walsh | Reviewing and swearing 15th Interim Fee Application. | 0.30 | $160.50 |
| 24/4/08 | Penny Adams | Finalizing the 15th Monthly Fee Application (0.2); letter to L. Oberholzer regarding same (0.1); email correspondence with L. Oberholzer and the Fee Auditor regarding same (0.2). | 0.50 | $85.00 |
| 25/4/08 | Penny Adams | Drafting the Fifth Quarterly Fee Application (1.2); reviewing and revising same (0.5); correspondence with U.S. counsel relating to certificate of no objection for Ogilvy Renault fees and disbursements (0.2). | 1.90 | $323.00 |
| 28/4/08 | Penny Adams | Reviewing and revising the Fifth Quarterly Fee Application (0.5); drafting response to the Fee Auditor's initial report relating to the 27th Interim Period (1.1). | 1.60 | $272.00 |

INVOICE: 804706

W.R. GRACE & CO.                                                                01016442-0008

RE:  Fee Applications, Applicant

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 29/4/08 | Teresa Walsh | Review of and suggested revisions to response to Fee Auditor regarding fee application for 27th Interim Period (0.30); review of 5th Quarterly Interim Application and providing comments on same to P. Adams (0.40). | 0.70 | $374.50 |
| 29/4/08 | Penny Adams | Discussions with T. Walsh regarding the Fifth Quarterly Interim Fee Application and our response to the Fee Auditor relating to the 27th Interim Period (0.2); reviewing and revising each of the same (0.2); correspondence with R. Finke regarding the Fifth Quarterly Fee Application (0.1); finalizing response and sending same to Fee Auditor (0.3). | 0.80 | $136.00 |
| 30/4/08 | Penny Adams | Finalizing Fifth Quarterly Fee Application (0.2); sending same to Fee Auditor and L. Oberholzer (0.3); receiving confirmation from L. Oberholzer regarding filing of application (0.1). | 0.60 | $102.00 |
|  |  | **TOTAL FEES** |  | **$2,082.00** |

## DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 4.50 |
| Courier service | 60.22 |
| | $64.72 |

## DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 1/4/08 | Derrick C. Tay | Courier service FedEx shipment #689588764735 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 01-04-2008, GST: 0.00, QST: 0.00 | 29.92 |
| 1/4/08 | Monique Massabki | Copies | 0.10 |
| 1/4/08 | Teresa Walsh | Copies | 0.30 |
| 17/4/08 | Monique Massabki | Copies | 0.90 |

INVOICE: 804706

W.R. GRACE & CO.                                        01016442-0008

RE:  **Fee Applications, Applicant**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|-------:|
| 22/4/08 | Monique Massabki | Copies | 0.10 |
| 22/4/08 | Monique Massabki | Copies | 0.10 |
| 22/4/08 | Monique Massabki | Copies | 0.10 |
| 22/4/08 | Monique Massabki | Copies | 0.10 |
| 24/4/08 | Derrick C. Tay | Courier service FedEx shipment #689588765960 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 24-04-2008, GST: 0.00, QST: 0.00 | 30.30 |
| 24/4/08 | Penny Adams | Copies | 0.10 |
| 24/4/08 | Penny Adams | Copies | 0.10 |
| 24/4/08 | Penny Adams | Copies | 2.00 |
| 29/4/08 | Teresa Walsh | Copies | 0.30 |
| 29/4/08 | Teresa Walsh | Copies | 0.30 |
| | | TOTAL | $64.72 |

INVOICE: 804706