IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\1020667.1

# LATHAM & WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

Tax identification No: 95-2018373

## INVOICE

March 11, 2008

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

### REMITTANCE INSTRUCTIONS

**WIRE TRANSFERS:**
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No. 80301930
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

---

For professional services rendered through January 31, 2008
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 01/07/08 | NJD | 2.00 | TELEPHONE CONFERENCES WITH ALAN GIBBONS REGARDING SECTION 367 ISSUES; REVIEW OF REGULATIONS REGARDING GAIN RECOGNITION AGREEMENT ISSUES |
| 01/09/08 | NJD | 1.70 | SECTION 367 ISSUES PER CONVERSATION WITH ALAN GIBBONS; REVIEW RECENT GRA REGULATIONS UNDER REGULATIONS SECTION 1.367(A)-8; REVIEW RECENT PLR ISSUANCE BY INTERNAL REVENUE SERVICE ON GRA QUALIFICATION |
| 01/10/08 | NJD | 2.30 | REVIEW SECTION 367 ISSUES PER INQUIRY FROM ALAN GIBBONS REGARDING SUBSTANTIALLY ALL TEST |
| 01/17/08 | NJD | .50 | REVIEW OF ASSET PURCHASE AGREEMENT BETWEEN GERMAN SUBSIDIARIES WITH REGARD TO SECTION 367 ISSUES |
| 01/17/08 | JKS | .80 | CONFERENCE WITH N. DENOVIO |
| 01/21/08 | NJD | 1.70 | REVIEW SECTION 367 ISSUES WITH REGARD TO RESTRUCTURING OF GERMAN ASSETS |
| 01/22/08 | NJD | .80 | REVIEW OF SECTION 367 ISSUES; TELEPHONE CALL WITH ALAN GIBBONS |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER) | 9.00 hrs @ | $895.00 /hr. | | $8,055.00 |
| J K SANCHEZ | (ASSOC (BAR PDG)) | .80 hrs @ | $350.00 /hr. | | $ 280.00 |

Paralegal Hours:

| | | |
|---|---|---|
| Total Services | 9.8 hrs | $8,335.00 |

Other charges:

| | | |
|---|---|---|
| TELEPHONE | 0.47 | |
| Total other charges | | .47 |

| | |
|---|---|
| Total current charges | **8,335.47** |
| Balance due from previous billing: | 35,619.04 |
| BALANCE DUE | **$43,954.51** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80301930

2

DC\1083582.1