IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

# FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY
# SPECIAL TAX COUNSEL FEE APPLICATION
# FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\1020697.2

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**INVOICE**

March 11, 2008

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax identification No: 95-2018373

### REMITTANCE INSTRUCTIONS

| WIRE TRANSFERS: | CHECKS: |
|---|---|
| Bank: Citibank, Delaware | Latham & Watkins LLP |
| One Penn's Way | P.O. Box 7247-8202 |
| New Castle, DE 19720 | Philadelphia, PA |
| ABA: 0311-00209 | 19170-8202 |
| SWIFT: CITIUS33 | |
| Account Name: **Latham & Watkins LLP** | |
| Account Number: **3911-7003** | |

Please identify your check or wire transfer with the following numbers:
Invoice No.  80303456
File No.  042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

For professional services rendered through February 29, 2008
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 02/14/08 | NJD | 1.60 | TELEPHONE CONFERENCE WITH ALAN GIBBONS; REVIEW SECTION 304 AND SECTION 367 ISSUES REGARDING INTERNATIONAL RESTRUCTURING |
| 02/15/08 | ECA | 3.60 | REVIEW INVOICES AND PREPARE MONTHLY FEE STATEMENTS FOR SEPTEMBER, OCTOBER, NOVEMBER AND DECEMBER 2007; FORWARD SAME TO N. DENOVIO FOR REVIEW AND SIGNATURE |
| 02/25/08 | NJD | 3.00 | REVIEW INTERNATIONAL STRUCTURING; SECTION 367; OTHER TECHNICAL ISSUES IN PREPARATION FOR MEETING AT GRACE HEADQUARTERS |
| 02/25/08 | ECA | .80 | REVIEW MONTHLY FEE STATEMENTS AND FORWARD SAME TO DELAWARE FOR FILING. |
| 02/26/08 | NJD | 1.00 | MEETING WITH MR. GIBBONS AND MS. FILON IN BOCA RATON HEADQUARTERS |
| 02/27/08 | NJD | .30 | TELEPHONE CONFERENCE WITH ALAN GIBBONS |

Attorney Hours:

N J DENOVIO    (PARTNER)    5.90 hrs @    $895.00 /hr.    $5,280.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80303456

DC\1083587.2

Paralegal Hours:

| | | | | | |
|---|---|---|---|---|---|
| E C ARNOLD | (PARALEGAL) | 4.40 hrs @ | $255.00  /hr. | | $1,122.00 |
| Total Services | | 10.3 hrs | | | $6,402.50 |

| | |
|---|---|
| Total current charges | **6,402.50** |
| Balance due from previous billing: | 35,619.04 |
| BALANCE DUE | **$42,021.54** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80303456

2

DC\1083587.2

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

Tax identification No: 95-2018373

**INVOICE**

March 11, 2008

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

**REMITTANCE INSTRUCTIONS**

<u>WIRE TRANSFERS:</u>
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

<u>CHECKS:</u>
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No. 80303456
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

## REMITTANCE COPY

### FEDERAL TAX GENERAL PLANNING

| **Invoice Date** | **Invoice Number** | **Invoice Amount** |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 35,619.04 |
| Current Billing: | | |
| February 29, 2008 | 80303456 | $6,402.50 |
| **Balance Due** | | <u>**$42,021.54**</u> |
| **AMOUNT REMITTED:** | | $ |

DC\1083587.2