IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\1020699.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

Tax Identification No: 95-2018373

## INVOICE

March 31, 2008

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

### REMITTANCE INSTRUCTIONS

**WIRE TRANSFERS:**
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No.  80305008
File No.  042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

---

For professional services rendered through March 31, 2008
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 03/01/08 | NJD | 1.20 | FOLLOW UP ON SECTION 367 AND CERTAIN OTHER ITEMS RAISED DURING MEETING IN BOCA RATON HEADQUARTERS EARLIER IN THE WEEK |
| 03/06/08 | NJD | .20 | REVIEW SECTION 367 ISSUES |
| 03/10/08 | NJD | 2.60 | GERMAN RESTRUCTURING ISSUES; SECTION 367 ISSUES; EMAIL EXCHANGES WITH ALAN GIBBONS |
| 03/18/08 | NJD | .20 | REVIEW SECTION 367 ISSUES |
| 03/24/08 | NJD | 1.00 | REVIEW GERMAN RESTRUCTURING ISSUES ; REVIEW MATERIALS FROM ALAN GIBBONS |
| 03/27/08 | NJD | 1.00 | TELEPHONE CONFERENCES WITH ALAN GIBBONS REGARDING SECTION 367 ISSUES WITH RESPECT TO INTERNATIONAL RESTRUCTURING; REVIEW REGULATIONS REGARDING SAME |
| 03/30/08 | VCB | 2.00 | RESEARCH TAX AUTHORITIES AND COMMENTARY REGARDING TREATMENT OF TRANSFERS OF STOCK TO FOREIGN CORPORATIONS IN SECTION 367 AND ELECTIONS UNDER SECTION 7701 |
| 03/31/08 | VCB | 2.70 | RESEARCH TAX AUTHORITIES AND COMMENTARY REGARDING TREATMENT OF TRANSFERS OF STOCK TO FOREIGN CORPORATIONS IN SECTION 367 AND ELECTIONS |

| Date | Attorney/<br>Paralegal | Hours | Description | | | |
|---|---|---|---|---|---|---|
| | | | UNDER SECTION 7701 | | | |

**Attorney Hours:**

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER, SR.) | 6.20 hrs @ | $895.00 | /hr. | $5,549.00 |
| V C BARBOSA | (ASSOCIATE) | 4.70 hrs @ | $485.00 | /hr. | $2,279.50 |

**Paralegal Hours:**

| | | | |
|---|---|---|---|
| Total Services | | 10.9 hrs | $7,828.50 |

| | |
|---|---|
| Total current charges | **$7,828.50** |
| Balance due from previous billing: | 50,919.01 |
| BALANCE DUE | **$58,747.51** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80305008

2

DC\1092999.1