## EXHIBIT B

### Asset Disposition (.40 Hours; $ 336.00)

Services rendered in this category pertain to the allocation, management and control of the Debtors' assets.

**Total Task Code .02**         **.40**

### Case Administration (25.00 Hours; $ 13,356.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**         **25.00**

### Claim Analysis Objection & Resolution (Asbestos) (87.10 Hours; $ 73,164.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**         **87.10**

### Claim Analysis Objection & Resolution (Non-Asbestos) (49.70 Hours; $ 24,774.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**         **49.70**

### Committee, Creditors', Note holders' or Equity Holders' (6.00 Hours; $ 5,520.00)

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**         **6.00**

### Employment Applications, Others (8.40 Hours; $ 4,136.00)

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10                8.40**

**Fee Applications, Applicant (28.10 Hours; $ 12,618.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12                28.10**

**Fee Applications, Others (.20 Hours; $ 168.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13                .20**

**Hearings (162.00 Hours; $ 147,405.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15           162.00**

**Litigation and Litigation Consulting (3,938.90 Hours; $ 1,771,235.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16 3,938.90**

**Plan & Disclosure Statement (98.60 Hours; $ 77,614.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17 98.60**

**Tax Issues (16.20 Hours; $ 5,168.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19              16.20**


### Travel Non-working (203.90 Hours; $ 52,051.00)

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21 203.90**


### Fee Auditor Matters (4.40 Hours; $ 2,363.00)

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32              4.40**