**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $    404.63 |
| Outside Local Deliveries | 407.40 |
| Research Material | 626.24 |
| Professional Fees & Expert Witness Fees | 179,712.41 |
| Charge of Cell and/or Home Phone Usage | 218.62 |
| Air & Train Transportation | 9,564.46 |
| Meals Related to Travel | 3,193.22 |
| Conference Meals | 2,946.00 |
| Court Reporting/Transcript Service | 7,974.36 |
| Outside Photocopying/Duplication Service | 50,987.50 |
| Miscellaneous: Client Advances | 12,431.82 |
| Travel Expenses - Hotel Charges | 22,902.94 |
| Travel Expenses - Ground Transportation | 10,494.59 |
| Travel Expenses – Miscellaneous | 151.70 |
| Travel Expenses - LD Calls on Hotel Bill | 31.03 |
| Local Transportation – DC | 2,132.68 |
| Database Research | 43,141.64 |
| Xeroxing | 12,425.20 |
| Postage & Air Freight | 1,967.03 |
| Long Distance-Equitrac In-House | 60.26 |
| NYO Long Distance Telephone | 1,955.92 |
| **Total** | **$363,729.65** |

{D0111600.1 }