IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTY-EIGHTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2008 THROUGH MARCH 31, 2008**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  January 1, 2008 through March 31, 2008

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $2,189,908.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $363,729.65

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $1,751,926.80

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $363,729.65

Total Amount of Holdback Fees Sought for applicable period:  $437,981.70

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2008 THROUGH MARCH 31, 2008**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/5/08; 18229 | 1/1/08-1/31/08 | $734,783.00 (80% of $918,478.75) | $98,683.87 | $734,783.00 (80% of $918,478.75) | $98,683.87 |
| 4/18/08; 18545 | 2/1/08-2/28/08 | $398,105.20 (80% of $497,631.50) | $116,348.78 | **Pending** | **Pending** |
| 4/30/08; 18648 | 3/1/08-3/31/08 | $619,038.60 (80% of $773,798.25) | $148,697.00 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January to March, 2008 Hours | Cumulative January to March, 2008 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | 21.0 | $ 10,582.50 |
| Asset Disposition | .4 | 336.00 | 3.0 | 2,004.00 |
| Business Operations | .0 | .00 | 17.4 | 7,615.00 |
| Case Administration | 25.0 | 13,356.50 | 3,313.6 | 806,274.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 87.1 | 73,164.00 | 1,840.3 | 757,082.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 49.7 | 24,774.00 | 84.1 | 43,783.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 6.0 | 5,520.00 | 118.2 | 74,122.00 |
| Employee Benefits/Pension | .0 | .00 | 14.7 | 9,005.00 |

| | | | | |
|---|---:|---:|---:|---:|
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment Applications, Others | 8.4 | 4,136.00 | 73.7 | 35,092.50 |
| Fee Applications, Applicant | 28.1 | 12,618.00 | 500.5 | 142,608.50 |
| Fee Applications, Others | .2 | 168.00 | 119.9 | 46,617.50 |
| Financing | .0 | .00 | 5.3 | 4,437.00 |
| Hearings | 162.0 | 147,405.00 | 333.7 | 267,920.50 |
| Litigation and Litigation Consulting | 3,938.9 | 1,771,235.00 | 20,947.0 | 8,744,381.00 |
| Plan & Disclosure Statement | 98.6 | 77,614.00 | 1,206.5 | 637,902.00 |
| Relief from Stay Proceedings | .0 | .00 | 2.6 | 1,648.00 |
| Tax Issues | 16.2 | 5,168.00 | 114.5 | 45,979.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 203.9 | 52,051.00 | 1,149.7 | 277,369.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 4.4 | 2,363.00 | 68.1 | 31,117.50 |
| **Totals** | **4,628.9** | **$2,189,908.50** | **30,020.3** | **$11,972,603.75** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 1/1/08 – 3/31/08 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 43,141.64 | $ 257,144.01 |
| Research Material | 626.24 | 10,280.41 |
| Air Freight & Express Mail | 404.63 | 18,523.05 |
| Outside Local Deliveries | 407.40 | 3,847.67 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 2,946.00 | 12,469.64 |
| Outside Photocopy Service | 50,987.50 | 254,738.48 |
| Professional Fees & Expert Witness Fees | 179,712.41 | 1,573,901.83 |
| Court Reporting/Transcript Service | 7,974.36 | 160,472.95 |
| Miscellaneous Client Advances | 12,431.82 | 36,608.46 |
| Air & Train Transportation | 9,564.46 | 131,791.97 |
| Meals Related to Travel | 3,193.22 | 17,084.40 |
| Travel Expenses – Hotel Charges | 22,902.94 | 65,943.32 |
| Travel Expenses – Ground Transportation | 10,494.59 | 39,293.50 |
| Travel Expenses – Miscellaneous | 151.70 | 1,079.41 |
| Travel Expenses – LD Calls on Hotel Bill | 31.03 | 1,347.23 |
| Local Transportation - DC | 2,132.68 | 4,615.91 |
| Local Transportation – NY | .00 | 384.39 |
| Xeroxing | 12,425.20 | 95,925.35 |
| Postage | 1,967.03 | 5,266.71 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,376.10 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 60.26 | 2,246.12 |
| NYO Long Distance Telephone | 1,955.92 | 10,267.61 |
| Use of Cell/Home Phone | 218.62 | 2,073.49 |
| **TOTAL** | **$ 363,729.65** | **$ 2,708,965.95** |