# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| April 10, 2008 | INVOICE:              224948 |

| | |
|---|---|
| c/o Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE:        April 10, 2008<br>MATTER:      100055.WRG01<br>INVOICE:            224948 |

**MATTER:**  CLAIMANTS COMMITTEE                                                                 Robert M Horkovich

### PROFESSIONAL SERVICES through 03/31/08

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/03/08 | Review of multiple e-mails re: bankruptcy (.10); Cull figures relevant to trying to obtain payment (.10); E-mail to accounting for additional payment/holdback information (.10); Telephone conversation with local counsel re: same (.20). | W011 | AHP | **0.50** |
| 03/04/08 | Research and work on Libby memo. | W001 | RYC | **0.80** |
| 03/05/08 | Telephone conference with R. Chung re assignment of claims (.30); Perform Westlaw research re: same (1.00). | W001 | KES | **1.30** |
| 03/05/08 | Attention to assignment issues regarding insurance recovery (.80); Research issues regarding underlying insurance settlements (.50). | W001 | RYC | **1.30** |
| 03/06/08 | Review of additional e-mails re: bankruptcy and payment/holdback information (.30); Telephone conversation with local counsel re: same (.20) | W011 | AHP | **0.50** |
| 03/06/08 | Continue research re: assignment of claims (3.00) and analyze case law (2.60). | W001 | KES | **5.60** |
| 03/06/08 | Follow-up regarding assignment issues regarding insurance recovery. | W001 | RYC | **0.50** |
| 03/07/08 | Prepare communication with brief analysis of case law to R. Chung re: assignment of claims (.40); perform additional research and analyze case law (2.40). | W001 | KES | **2.80** |
| 03/10/08 | Review and revise entries. | W011 | AHP | **1.00** |
| 03/10/08 | E-mail R. Chung re: law of assignment. | W001 | KES | **0.40** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

|  |  |  |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| April 10, 2008 | INVOICE: | 224948 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/11/08 | Perform additional analysis of New York claim assignment law. | W001 | KES | **0.90** |
| 03/12/08 | Perform additional research and analyze case law re: assignment of claims (3.30); prepare memoranda of law re: same (4.60). | W001 | KES | **7.90** |
| 03/12/08 | Attention to W.R. Grace settlement with EPA re: Libby clean-up. | W001 | RMH | **1.00** |
| 03/12/08 | Research regarding insurance portfolio allocation issues (2.80); Research regarding underlying asbestos claimant settlement issues (2.00). | W001 | RYC | **4.80** |
| 03/13/08 | Policy & spreadsheet review for potential WFUM participation | W001 | HEG | **0.50** |
| 03/13/08 | Perform Westlaw research re: claim assignment in Montana (2.00); review and analyze research (1.50); continue to prepare memoranda of law re: same (1.80). | W001 | KES | **5.30** |
| 03/14/08 | Follow-up review and research of memo regarding insurance assignments (1.10); Follow-up analysis regarding operations/non-completed operations coverage issues (2.20). | W001 | RYC | **3.30** |
| 03/17/08 | Review of attorney revisions to time entries. | W011 | AHP | **0.30** |
| 03/17/08 | Research and review potential WFUM pool participation in Grace Lloyd's policies (.80); alerted R. Horkovich via email re: upcoming claim submission deadline (.20). | W001 | HEG | **1.00** |
| 03/17/08 | Hearing with Judge Fitzgerald (3.80). Alert W.R. Grace to need for filing a claim with WFUM (.30). | W001 | RMH | **4.10** |
| 03/17/08 | Research regarding underlying settlements as potential assets. | W001 | RYC | **3.20** |
| 03/18/08 | Review of and additional revisions to time entries (1.20); revisions to fee application monitoring chart (.60). | W011 | AHP | **1.80** |
| 03/18/08 | Initial discussion and set-up of relevant Grace Settlement Agreements for requested review of CIP forms and mechanism for insurance recovery. | W001 | HEG | **1.00** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                               MATTER:       100055.WRG01

April 10, 2008                                               INVOICE:           224948

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/18/08 | Confer with future claimants' representation counsel regarding timing of insurance funding of trust (.50).  Attention to potential coverage for environmental EPA settlement at Libby (1.00). | W001 | RMH | 1.50 |
| 03/18/08 | Follow-up research and analysis regarding assignability of future claims. | W001 | RYC | 3.40 |
| 03/19/08 | Produce bill in final form (.50); forward final fees and expenses to local counsel (.10). | W011 | AHP | 0.60 |
| 03/19/08 | Analysis of selected insurance settlement agreements re: method of payments and sums remaining to be paid. | W001 | GFF | 0.70 |
| 03/19/08 | Reviewed Grace Settlement Agreement information re: "settlements with pending payments." | W001 | IF | 1.50 |
| 03/19/08 | Attention to WFUM proof of claim deadline and bar date. | W001 | RMH | 0.50 |
| 03/19/08 | Follow-up research and analysis regarding allocation resulting from deductibles (3.50); Follow-up analysis regarding coverage for premises property damage (2.80). | W001 | RYC | 6.30 |
| 03/20/08 | Analysis of selected insurance settlement agreements re: method of payments and sums remaining to be paid. | W001 | GFF | 4.80 |
| 03/20/08 | Discussed Grace Trust insurance recovery issues with R. Horkovich & K. Sharperson (.50); continued review, analysis and discussions regarding Coverage-In-Place insurance claim recovery issues (1.50); initial chart of findings created (1.00). | W001 | HEG | 3.00 |
| 03/20/08 | Assisted R. Chung with Premises PD and settlement monies issues. | W001 | HEG | 1.00 |
| 03/20/08 | Reviewed materials re: "availability of PD Premises Limits" for Libby claims (1.30); Notified R. Chung re: same (.20). | W001 | IF | 1.50 |
| 03/20/08 | Began to review insurance company settlement agreement information re:  "coverage in place" agreements. | W001 | IF | 2.50 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:     100055.WRG01

April 10, 2008                                         INVOICE:         224948

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/20/08 | Confer with B. Horkovich and H. Gershman re: settlement case and settlement strategy (.50); begin review of settlement agreements re: same (3.40). | W001 | KES | **3.90** |
| 03/20/08 | Review proposed settlement with EPA (1.00). Conference with W.R. Grace and others regarding potential insurance coverage for settlement (1.00). Conference with K. Sharperson and H. Gershman re: settlement (.50). Follow-up analysis (.50). Attention to timing analysis on overall insurance recovery (2.00). | W001 | RMH | **5.00** |
| 03/20/08 | Prepare for and participate in meeting regarding coverage for underlying environmental property damage settlement and follow-up tasks. | W001 | RYC | **4.50** |
| 03/21/08 | Analysis of selected settlement agreements to determine method of payment and limits of insurance still available. | W001 | GFF | **5.80** |
| 03/21/08 | Continued CIP/Settlement Agreement analysis and discussion (2.50); chart of findings edited and updated (1.50); discussions with K. Sharperson & R. Horkovich re: same (.50); results memorialized and presented verbally with hard copies forthcoming (1.50). | W001 | HEG | **6.00** |
| 03/21/08 | Searched files and in-house database resources re: sample consent to settlement agreement letters. | W001 | IF | **0.50** |
| 03/21/08 | Continued to review and prepare information re: Grace Settlement Agreement Payment Due Information (5.40). Gave summary to R. Horkovich (.10). | W001 | IF | **5.50** |
| 03/21/08 | Reviewed Maryland Casualty and Royal Settlement Agreement summary information (.40). Gave information to Mark Garbowski (.10). | W001 | IF | **0.50** |
| 03/21/08 | Complete review of settlement agreements (3.50); confer with team members re: settlement agreements (.50); review analysis of settlement agreements to determine outstanding assets (3.40). | W001 | KES | **7.40** |

{D0110511.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

April 10, 2008      INVOICE:     224948

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/21/08 | Draft response to Cohn inquiry re: allocations and Royal settlements | W001 | MG | 4.00 |
| 03/21/08 | Conference with K. Sharperson and H. Gershman re: settlement agreement analysis (.50); Draft proposed consent letter for W.R. Grace to use with regard to EPA settlement (1.50). Insurance recovery timing analysis (1.50). | W001 | RMH | 3.50 |
| 03/21/08 | Attention to settlement issues regarding underlying EPA Libby action (2.80); Work on settlement analysis review (2.00). | W001 | RYC | 4.80 |
| 03/24/08 | Analysis of selected insurance settlement agreements re: method of payment and remaining coverage issues. | W001 | GFF | 1.10 |
| 03/24/08 | Analysis of previous settlement agreements to determine potential availability of PD/Premises coverage re: environmental settlement (2.00). Spreads and color charts depicting results created (1.00). | W001 | HEG | 3.00 |
| 03/24/08 | Reviewed Grace availability of "premises" limits of liability. | W001 | IF | 1.50 |
| 03/24/08 | Continued to review and prepare W.R. Grace Settlement Agreement payment and coverage in place information. | W001 | IF | 1.50 |
| 03/24/08 | Review and finalize chart analyzing settlement agreements (2.20); prepare communication to team members re: same (.20); telephone conference with team members to discuss finalization of settlement analysis chart (.20). | W001 | KES | 2.60 |
| 03/24/08 | Hearing with Judge Fitzgerald: Evidentiary hearing regarding the estimation of Grace's asbestos liabilities (5.50). Analysis of assignability of insurance recoveries as to claims of future claimants (2.50). | W001 | RMH | 8.00 |
| 03/24/08 | Analysis of lower layer property damage coverage and effect of settlement agreements. | W001 | RYC | 6.00 |
| 03/25/08 | Analysis of selected insurance settlement agreements re: various coverages available. | W001 | GFF | 2.80 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| April 10, 2008 | | INVOICE: | | 224948 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/25/08 | Continued in depth analysis and discussion of 64 Grace settlement agreements to determine potential PD/Premises coverage availability (5.50); results charted and edited as necessary (1.50). | W001 | HEG | **7.00** |
| 03/25/08 | Reviewed Grace Settlement Agreements re: PD Premises coverage availability for lower policy layers (2.80). Gave materials and information to Robert Chung (.10). | W001 | IF | **2.90** |
| 03/25/08 | Prepare analysis of settlement agreement (1.10); prepare communication re claim payment to R. Horkovich (.30). | W001 | KES | **1.40** |
| 03/25/08 | Dupe and revise color-coded insurance charts. | W001 | KS | **1.00** |
| 03/25/08 | Hearing with Judge Fitzgerald regarding estimation of personal injury claims (7.30). Analysis of insurance coverage for proposed EPA settlement (2.00). | W001 | RMH | **9.30** |
| 03/25/08 | Review and analysis of liability coverage available under Grace's policy for non-products claims for environmental property damage. | W001 | RYC | **3.80** |
| 03/26/08 | Analysis of selected insurance settlement agreements re: various property damage and bodily injury coverage remaining. | W001 | GFF | **3.20** |
| 03/26/08 | Continued analysis and discussion of Grace settlement agreements to determine likelihood of available PD/Premises coverage (4.50); results charted on spreads and color chart (1.50). | W001 | HEG | **6.00** |
| 03/26/08 | Began to review Grace Settlement Agreements re: "Property Damage Claims and Libby Claims availability." | W001 | IF | **2.50** |
| 03/26/08 | Hearing with Judge Fitzgerald regarding estimation of personal injury liability. | W001 | RMH | **7.10** |
| 03/26/08 | Research potential for upper layer coverage for property settlements. | W001 | RYC | **3.50** |
| 03/27/08 | Analysis of selected insurance settlement agreements re: various property damage/bodily injury coverage available. | W001 | GFF | **4.30** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                                    MATTER:        100055.WRG01

April 10, 2008                                                    INVOICE:             224948

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 03/27/08 | Continued review and analysis of 64 Grace settlement agreements for potential PD/Premises coverage availability (4.50); results charted as necessary (1.00); initial review of Grace/Pitney Settlement Agreement Analysis (1.50). | W001 | HEG | 7.00 |
| 03/27/08 | Continued to review Grace Settlement Agreements re: PD Premises Operation coverage. | W001 | IF | 3.50 |
| 03/27/08 | Review and analyze Judge Wolfson's opinion re appeal of settlement by Future Claims representative. | W001 | KES | 0.60 |
| 03/27/08 | Analysis of coverage for EPA settlement (1.50). Obtain and review previous counsel analysis (2.00). Attention to non-products coverage for libby claims. Answer Libby claimants' counsels' coverage questions (4.00). | W001 | RMH | 7.50 |
| 03/27/08 | Review and analysis of Pitney Hardin Memo regarding property damage coverage and evaluate in conjunction with independent analysis (3.70); Analysis of assignment and pre-emption issues regarding insurance policies (1.30). | W001 | RYC | 5.00 |
| 03/28/08 | Review of Pitney Hardin 2/14/05 memo re: asbestos insurance coverage. | W001 | GFF | 0.90 |
| 03/28/08 | Review of various insurance company settlement agreements to determine asbestos coverage available. | W001 | GFF | 5.60 |
| 03/28/08 | In depth review and discussion of Grace/Pitney Settlement Agreement analysis in comparison to our findings (2.00); further analysis of settlement agreements (2.00); results edited (.50); relative PD/Premises availability broken out by coverage layers (1.00); domestic & London Market insolvency issues researched for R. Horkovich (1.50). | W001 | HEG | 7.00 |
| 03/28/08 | Continued to review and study Grace Settlement Agreements re: PD Premises. | W001 | IF | 4.00 |
| 03/28/08 | Insurance recovery timing analysis (6.00). Attention to insolvency recoveries (.50). | W001 | RMH | 6.50 |

{D0110511.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                               MATTER:       100055.WRG01

April 10, 2008                                                INVOICE:       224948

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/28/08 | Research and evaluation for alternatives to Pitney analysis regarding property damage coverage. | W001 | RYC | **6.30** |
| 03/29/08 | Research regarding Grace motion in limine to exclude insurance information. | W001 | RMH | **7.50** |
| 03/30/08 | Continued research regarding Grace motion in limine to exclude insurance information. | W001 | RMH | **4.50** |
| 03/30/08 | Review and analysis of claims payment information. | W001 | RYC | **2.00** |
| 03/31/08 | Historical corporate records search (1.00) and memo (.70). | W001 | ASM | **1.70** |
| 03/31/08 | Prepare Posner Exhibits and CD. | W001 | DL | **1.70** |
| 03/31/08 | Analysis of selected settlement agreements re: remaining insurance recovery available. | W001 | GFF | **1.10** |
| 03/31/08 | Conference with R. Chung re: address and identification issue. | W001 | GJF | **0.30** |
| 03/31/08 | Continued review and analysis of Grace/Pitney PD/Premises analysis (1.50); Domestic insolvency research & communications (2.70); London insolvency POC submission methodology research for R. Horkovich (2.50); Additional PD/Premises layer-by-layer coverage and availability determinations for R. Chung with spreadsheet presentation (.10); corporate Grace queries researched (.20). | W001 | HEG | **7.00** |
| 03/31/08 | Spoke to Harris Gershman and began to review information re: Grace-NY and Grace-Conn and Sealed Air Corp acquisition of assets. | W001 | IF | **1.20** |
| 03/31/08 | Telephone conference with B. Horkovich re W R Grace's motion in limine and strategy to oppose motion. | W001 | KES | **0.20** |
| 03/31/08 | Hearing with Judge Fitzgerald regarding estimation of W.R. Grace liabilities (7.90). | W001 | RMH | **7.90** |
| 03/31/08 | Analysis regarding W.R. Grace & Company historical insurance purchasing background (1.20); Revise analysis regarding property damage insurance (1.00); conference with G. Frank re: address and identification issue (.30). | W001 | RYC | **2.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| April 10, 2008 | INVOICE:   224948 |

**TOTAL FEES:**                                                                    **$139,115.50**

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Anna S Molina | 165.00 | 1.70 | **280.50** |
| Arline H Pelton | 220.00 | 4.70 | **1,034.00** |
| Daryl Lyew | 220.00 | 1.70 | **374.00** |
| Glenn F Fields | 295.00 | 30.30 | **8,938.50** |
| Gloria J Frank | 570.00 | 0.30 | **171.00** |
| Harris E Gershman | 245.00 | 49.50 | **12,127.50** |
| Izak Feldgreber | 255.00 | 29.10 | **7,420.50** |
| Kathleen Samet | 150.00 | 1.00 | **150.00** |
| Kenneth E. Sharperson | 395.00 | 40.30 | **15,918.50** |
| Mark Garbowski | 520.00 | 4.00 | **2,080.00** |
| Robert M Horkovich | 790.00 | 73.90 | **58,381.00** |
| Robert Y Chung | 520.00 | 62.00 | **32,240.00** |
| **TOTAL FEES:** | | | **$139,115.50** |

{D0110511.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| April 10, 2008 | INVOICE: | 224948 |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001    Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---|---|
| Anna S Molina | 1.70 | **280.50** |
| Daryl Lyew | 1.70 | **374.00** |
| Glenn F Fields | 30.30 | **8,938.50** |
| Gloria J Frank | 0.30 | **171.00** |
| Harris E Gershman | 49.50 | **12,127.50** |
| Izak Feldgreber | 29.10 | **7,420.50** |
| Kenneth E. Sharperson | 40.30 | **15,918.50** |
| Kathleen Samet | 1.00 | **150.00** |
| Mark Garbowski | 4.00 | **2,080.00** |
| Robert M Horkovich | 73.90 | **58,381.00** |
| Robert Y Chung | 62.00 | **32,240.00** |
| **TOTAL:** | **293.80** | **138,081.50** |

**ACTIVITY CODE: W011    Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 4.70 | **1,034.00** |
| **TOTAL:** | **4.70** | **1,034.00** |
| **TOTAL LEGAL FEES:** | | **$139,115.50** |

{D0110511.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| April 10, 2008 | INVOICE: | 224948 |

**COSTS through 03/31/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 03/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges- February 1 - 29, 2008 | E106 | 33.79 |
| 03/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges- February 1 - 29, 2008 | E106 | 360.58 |
| 03/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges- February 1 - 29, 2008 | E106 | 66.30 |
| 03/04/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 03/06/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 258924411 Tracking Number: 790936153319 Reference: 100055 wrg01 90 029   Billing Note: From: Randy Tejada, Middlesex County Law Div , Tea, 1 John F Kennedy Sq , NEW BRUNSWICK, NJ, 089012149, US To: DONALD FLYNN, Anderson Kill & Olick, P C, 1251 Avenue of the Americas , NEW YORK CITY, NY, 10020, US | E107 | 7.80 |
| 03/12/08 | DI - PHOTOCOPYING - | E101 | 7.50 |
| 03/17/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 03/20/08 | DI - PHOTOCOPYING - | E101 | 343.50 |
| 03/20/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 03/20/08 | DI - PHOTOCOPYING - | E101 | 24.00 |
| 03/20/08 | DI - PHOTOCOPYING - | E101 | 6.25 |
| 03/21/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 03/21/08 | DI - PHOTOCOPYING - | E101 | 6.50 |
| 03/21/08 | DI - PHOTOCOPYING - | E101 | 121.50 |
| 03/24/08 | DI - PHOTOCOPYING - | E101 | 3.50 |
| 03/25/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 03/28/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 03/28/08 | DI - PHOTOCOPYING - | E101 | 15.25 |
| 03/28/08 | DI - PHOTOCOPYING - | E101 | 30.50 |
| 03/28/08 | DI - PHOTOCOPYING - | E101 | 6.50 |
| 03/28/08 | DI - PHOTOCOPYING - | E101 | 26.25 |
| 03/28/08 | DI - PHOTOCOPYING - | E101 | 2.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
|---|---|---|---|
| April 10, 2008 | | INVOICE: | 224948 |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 03/28/08 | DI - PHOTOCOPYING - | E101 | **18.75** |
| 03/31/08 | DI - PHOTOCOPYING - | E101 | **25.25** |
| **TOTAL COSTS:** | | | **$1,112.47** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | **7.80** |
| LB | LIBRARY & LEGAL RESEARCH | **460.67** |
| XE | DI - PHOTOCOPYING - | **644.00** |
| **TOTAL COSTS:** | | **$1,112.47** |
| | **TOTAL DUE:** | **$140,227.97** |

{D0110511.1 }