Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|

Bradley Rapp - Senior Managing Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 07-Jan-08 | BR | Review of COFC weekly report on Grace for purpose of monitoring chapter 11 proceedings | 0.30 | $ 565.00 | $ 169.50 |
| 07-Jan-08 | BR | Review of sensitivity of equity value of stock to the potential liability/claims levels for purpose of on-going monitoring of chapter 11 proceedings | 0.20 | $ 565.00 | $ 113.00 |
| 07-Jan-08 | BR | Review of e-mail from Nate Finch to Jimmy Sinclair re valuation of the company and implied liability | 0.10 | $ 565.00 | $ 56.50 |
| 07-Jan-08 | BR | Review of COFC market multiples valuation of Grace | 1.60 | $ 565.00 | $ 904.00 |
| 07-Jan-08 | BR | Review of e-mail from Nate Finch to Jimmy Sinclair re valuation of the company and implied liability | 0.10 | $ 565.00 | $ 56.50 |
| 09-Jan-08 | BR | Review of memorandum from James Sinclair to counsel to the ACC re proposed settlement of certain environmental liabilities | 0.20 | $ 565.00 | $ 113.00 |
| 09-Jan-08 | BR | Review of Grace motion authorizing the Remedium Closing Agreement with the IRS | 0.30 | $ 565.00 | $ 169.50 |
| 09-Jan-08 | BR | Review of e-mail from Sinclair relating to Remedium tax settlement | 0.10 | $ 565.00 | $ 56.50 |
| 10-Jan-08 | BR | Review of e-mail from Mark Hurford to Jimmy Sinclair re environmental settlement | 0.10 | $ 565.00 | $ 56.50 |
| 10-Jan-08 | BR | Review of e-mail from Jeffrey Liesemer to Jimmy Sinclai and counsel to the ACC re environmental settlement | 0.10 | $ 565.00 | $ 56.50 |
| 11-Jan-08 | BR | Review of certain third-party objections to Grace's settlement of environmental obligations with the US government | 0.60 | $ 565.00 | $ 339.00 |
| 11-Jan-08 | BR | Review of e-mail from Jeffrey Liesemer to Jimmy Sinclair and counsel to the ACC re environmental settlement together with memorandum attached thereto | 0.10 | $ 565.00 | $ 56.50 |
| 11-Jan-08 | BR | Review of memorandum prepared by Jeffrey Liesemer relating to Grace environmental liabilities and settlement agreement with respect thereto | 0.40 | $ 565.00 | $ 226.00 |
| 11-Jan-08 | BR | Review of Kaneb Pipe Line response to Grace motion to settle certain environmental liabilities | 0.20 | $ 565.00 | $ 113.00 |
| 12-Jan-08 | BR | Review of e-mail and attached documents from James Sinclair relating to Grace's environmental liabilities | 1.20 | $ 565.00 | $ 678.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 12-Jan-08 | BR | Review of e-mail from Elihu Inselbuch addressing proposed environmental settlement agreement | 0.10 | $ 565.00 | $ 56.50 |
| 13-Jan-08 | BR | Review of Sinclair memo to Inselbuch re post-reorganization capital structure and debt capacity | 0.30 | $ 565.00 | $ 169.50 |
| 14-Jan-08 | BR | Review of Piper Jaffray analysis of Grace valuation and debt capacity | 1.50 | $ 565.00 | $ 847.50 |
| 14-Jan-08 | BR | Review of weekly analysis of Grace stock performance | 0.10 | $ 565.00 | $ 56.50 |
| 28-Jan-08 | BR | Review of weekly analysis of Grace stock performance | 0.10 | $ 565.00 | $ 56.50 |
| 30-Jan-08 | BR | Review of e-mail from counsel to the Committee to Jimmy Sinclair re valuation and his response thereto | 0.20 | $ 565.00 | $ 113.00 |
| 31-Jan-08 | BR | Review of e-mails exchanged between Sinclair and counsel to the Committee relating to valuation | 0.10 | $ 565.00 | $ 56.50 |
| 31-Jan-08 | BR | Review of latest COFC market multiples valuation of Grace | 2.30 | $ 565.00 | $ 1,299.50 |
| 31-Jan-08 | BR | Analysis of changes in Grace valuation since COFC's November 2007 valuation | 0.50 | $ 565.00 | $ 282.50 |
| | | Total Bradley Rapp | 10.80 | | $ 6,102.00 |

James Sinclair - Senior Managing Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 02-Jan-08 | JPS | Draft questions regarding Motion Authorizing settlement of Certain Environmental Claims (Environmental Claims Motion) for discussion with ACC Counsel for purposes of advising counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 02-Jan-08 | JPS | Review, analyze materials of 10/25/07 meeting with Company regarding proposed Libby remediation settlement with EPA/DOJ for purposes of advising ACC counsel. | 2.30 | $ 565.00 | $ 1,299.50 |
| 02-Jan-08 | JPS | Calls(2) with ACC counsel (Hurford and Liesemer) regarding Environmental Claims Motion and proposed Libby remediation settlement for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 02-Jan-08 | JPS | Commence review and analysis of November 2007 Monthly Operating Report (MOR) and Monthly Financial Report for due diligence and valuation | 2.60 | $ 565.00 | $ 1,469.00 |
| 03-Jan-08 | JPS | Continue review and analysis of November 2007 Monthly Financial Report for due diligence and valuation monitoring. | 2.70 | $ 565.00 | $ 1,525.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 07-Jan-08 | JPS | Develop interrelation analysis of PI liabilities, enterprise and equity values for purposes of advising counsel for estimation hearing. | 2.80 | $ 565.00 | $ 1,582.00 |
| 07-Jan-08 | JPS | Review, revise graph of interrelation of PI liabilities, enterprise and equity values drafted by Peter Cramp for purposes of advising ACC counsel for estimation hearing. | 0.30 | $ 565.00 | $ 169.50 |
| 07-Jan-08 | JPS | Review, revise Cramp's price materials requested by ACC counsel for purposes of advising ACC counsel for estimation hearing. | 0.30 | $ 565.00 | $ 169.50 |
| 07-Jan-08 | JPS | Write memorandum to ACC counsel in response to inquiry regarding valuation, PI liabilities and equity values for purposes of advising ACC counsel for estimation hearing. | 2.90 | $ 565.00 | $ 1,638.50 |
| 08-Jan-08 | JPS | Review, analyze market information in response to inquiry of ACC counsel (Finch) for purposes of advising ACC counsel for estimation hearing. | 2.50 | $ 565.00 | $ 1,412.50 |
| 08-Jan-08 | JPS | Write memorandum to ACC counsel (Finch, et al) regarding market information in response to counsel's inquiry for purposes of advising ACC counsel for estimation hearing. | 2.30 | $ 565.00 | $ 1,299.50 |
| 08-Jan-08 | JPS | Further review and analysis of materials regarding Environmental Claims Motion and proposed Libby remediation settlement for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 08-Jan-08 | JPS | Conference calls (2) with ACC counsel (Hurford and Liesemer) regarding Environmental Claims Motion for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 08-Jan-08 | JPS | Commence drafting memorandum to ACC counsel regarding Environmental Claims Motion for purposes of advising ACC counsel. | 1.90 | $ 565.00 | $ 1,073.50 |
| 09-Jan-08 | JPS | Continue writing memorandum to ACC counsel regarding Environmental Claims Motion for purposes of advising ACC counsel. | 2.50 | $ 565.00 | $ 1,412.50 |
| 09-Jan-08 | JPS | Revise memorandum to ACC counsel regarding Environmental Claims Motion for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 09-Jan-08 | JPS | Review, analyze Remedium Tax Settlement Motion and memorandum in preparation for conference call on 1/11/08 for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 10-Jan-08 | JPS | Review Grace Optimization Plan and further review of Remedium Tax Settlement Motion in preparation for conference call on 1/11/08 for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 10-Jan-08 | JPS | Review, analyze, revise asset values and non-asbestos creditor claims at request of counsel (Finch) for recovery analysis. | 1.70 | $ 565.00 | $ 960.50 |
| 10-Jan-08 | JPS | Develop exit financing parameters and plan at request of counsel (Finch) for recovery analysis. | 2.40 | $ 565.00 | $ 1,356.00 |
| 10-Jan-08 | JPS | Develop alternative forms of payment to creditors at request of counsel (Finch) for recovery analysis. | 2.30 | $ 565.00 | $ 1,299.50 |
| 11-Jan-08 | JPS | Write memorandum to ACC counsel and ACC regarding asset values, exit financing and alternative forms of payment to creditors for recovery analysis. | 2.50 | $ 565.00 | $ 1,412.50 |
| 11-Jan-08 | JPS | Draft questions, review notes, in preparation for conference call with Company regarding Remedium Tax Settlement Motion for purposes of advising ACC counsel. | 0.90 | $ 565.00 | $ 508.50 |
| 11-Jan-08 | JPS | Conference call with Company regarding Remedium Tax Settlement Motion for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 11-Jan-08 | JPS | Review, write response to ACC counsel in regard to further inquiry regarding asset values, exit financing and alternative forms of payment to creditors for recovery analysis. | 2.70 | $ 565.00 | $ 1,525.50 |
| 11-Jan-08 | JPS | Review memorandum from ACC counsel (Liesemer) regarding Environmental Claims Motion, write further memorandum to ACC counsel regarding Motion for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 11-Jan-08 | JPS | Review, analyze proposal from FCR counsel for purposes of advising ACC counsel for recovery and settlement discussions. | 2.90 | $ 565.00 | $ 1,638.50 |
| 11-Jan-08 | JPS | Call with ACC counsel (Inselbuch) regarding proposal from FCR counsel for purposes of advising ACC counsel for recovery and settlement discussions. | 0.30 | $ 565.00 | $ 169.50 |
| 11-Jan-08 | JPS | Review, analyze precedent transactions for valuation and recovery analysis for purposes of advising ACC counsel.. | 1.90 | $ 565.00 | $ 1,073.50 |
| 13-Jan-08 | JPS | Write memorandum to ACC counsel (Inselbuch) in regard to proposal from FCR counsel (Frankel) regarding recovery for purposes of advising ACC counsel for settlement discussions. | 2.60 | $ 565.00 | $ 1,469.00 |
| 14-Jan-08 | JPS | Review price, valuation data and industry information compiled by Cramp for purposes of advising ACC counsel for settlement discussions. | 1.10 | $ 565.00 | $ 621.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 15-Jan-08 | JPS | Commence review of chemical and specialty chemical industry reports, Chemical Engineering & News (CE&N) "World Chemical Outlook", United States and Canada for valuation monitoring to advise ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 15-Jan-08 | JPS | Continue review of "World Chemical Outlook" Asia-Pacific and Latin America and statistical abstract for valuation monitoring and to advise the ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 15-Jan-08 | JPS | Continue review of "World Chemical Outlook", Europe and statistical abstracts for valuation monitoring to advise ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 17-Jan-08 | JPS | Review, analyze memorandum and draft of Motion authorizing investment in Project Fly for due diligence and for purposes of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 17-Jan-08 | JPS | Conference call with Company to discuss Project Fly and the attendant Motion (draft) for due diligence and to advise ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
| 18-Jan-08 | JPS | Review, analyze revised claims and assets of FCR counsel's (OHS) alternative recovery proposal for purposes of advising ACC and ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 18-Jan-08 | JPS | Draft alternatives to OHS proposal for recovery analysis for purposes of advising ACC and ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 18-Jan-08 | JPS | Commence developing alternative exit financing structures for recovery analysis for purposes of advising ACC and ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 18-Jan-08 | JPS | Review calendar for planning of work and assignments. | 0.60 | $ 565.00 | $ 339.00 |
| 22-Jan-08 | JPS | Commence review and analysis of earnings reports for 2007 of peer specialty chemical companies for valuation monitoring. | 2.80 | $ 565.00 | $ 1,582.00 |
| 22-Jan-08 | JPS | Review 9/30/07 10-Q and November 2007 Monthly Financial Report for revision of claims for recovery analysis for purposes of advising ACC and ACC | 1.70 | $ 565.00 | $ 960.50 |
| 22-Jan-08 | JPS | Review, analyze Chemical Week report on polyurethane, polypropylene and polyethylene for due diligence and valuation monitoring. | 0.80 | $ 565.00 | $ 452.00 |
| 25-Jan-08 | JPS | Review, analyze filed Project Fly Motion to Acquire Stock Interest (Project Fly Motion) for due diligence and for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 25-Jan-08 | JPS | Review, analyze Exhibit A, Stock Purchase Agreement, to Project Fly Motion for due diligence and for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 25-Jan-08 | JPS | Review, analyze Project Fly Sales, Marketing and Distribution Agreement (Distribution Agreement) for due diligence and for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 25-Jan-08 | JPS | Revise pricing information at request of ACC counsel (Inselbuch) for POR. | 0.90 | $ 565.00 | $ 508.50 |
| 25-Jan-08 | JPS | Further review and analysis of Project Fly Distribution Agreement for due diligence and for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 28-Jan-08 | JPS | Review pricing information for purposes of advising ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
| 30-Jan-08 | JPS | Review, analyze Grace 2007 earnings report for due diligence and valuation. | 1.40 | $ 565.00 | $ 791.00 |
| 30-Jan-08 | JPS | Write status memorandum to ACC counsel in response to inquiry of ACC counsel (Finch) for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 31-Jan-08 | JPS | Review, analyze assets and liabilities for recovery analysis at request of ACC counsel (Finch). | 1.80 | $ 565.00 | $ 1,017.00 |
| 31-Jan-08 | JPS | Write memorandum to ACC counsel in response to inquiry of ACC counsel for recovery analysis. | 1.30 | $ 565.00 | $ 734.50 |
| 31-Jan-08 | JPS | Review, analyze 2007 earnings reports of other guideline specialty chemical companies for valuation. | 2.90 | $ 565.00 | $ 1,638.50 |
| 31-Jan-08 | JPS | Review, revise guideline companies market multiple valuation for purposes of advising ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 31-Jan-08 | JPS | Write memorandum regarding valuation to ACC counsel for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| | | Total James Sinclair | 104.40 | | $ 58,986.00 |

**Peter Cramp - Analyst**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 03-Jan-08 | PWC | Read and review WR Grace environmental settlement | 3.75 | $ 210.00 | $ 787.50 |
| 04-Jan-08 | PWC | Weekly share price update for E Inselbuch | 2.33 | $ 210.00 | $ 489.30 |
| 07-Jan-08 | PWC | Finish weekly share price update | 1.50 | $ 210.00 | $ 315.00 |
| 07-Jan-08 | PWC | Read and review WR Grace Monthly Operating Report | 3.00 | $ 210.00 | $ 630.00 |
| 07-Jan-08 | PWC | Prepare chart of PI Liabilities v. equity | 2.00 | $ 210.00 | $ 420.00 |
| 08-Jan-08 | PWC | Research on activity of major shareholders of WR Grace through manditory SEC filings | 2.00 | $ 210.00 | $ 420.00 |
| 08-Jan-08 | PWC | Further review of WR Grace environmental settlement | 1.50 | $ 210.00 | $ 315.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 08-Jan-08 | PWC | Conference call with J Sinclair and M Hurford regarding nature and wording of environmental settlement | 0.75 | $ 210.00 | $ 157.50 |
| 08-Jan-08 | PWC | Further research on movements of major shareholders of GRA | 3.00 | $ 210.00 | $ 630.00 |
| 11-Jan-08 | PWC | Review of Remedium Tax Motion in preparation for conference call | 0.50 | $ 210.00 | $ 105.00 |
| 11-Jan-08 | PWC | Conference call with Blackstone and WR Grace regarding Remedium Tax Motion | 0.50 | $ 210.00 | $ 105.00 |
| 11-Jan-08 | PWC | Weekly share price update for E Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 11-Jan-08 | PWC | Bond pricing research | 0.67 | $ 210.00 | $ 140.00 |
| 14-Jan-08 | PWC | Read J Liesemer memo regarding WR Grace environmental settlement | 1.00 | $ 210.00 | $ 210.00 |
| 14-Jan-08 | PWC | Finish weekly share price update for E Inselbuch | 1.50 | $ 210.00 | $ 315.00 |
| 14-Jan-08 | PWC | Read J Sinclair memo to E Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 15-Jan-08 | PWC | Read and analyze Chemical & Engineering News 2008 Outlook | 2.75 | $ 210.00 | $ 577.50 |
| 15-Jan-08 | PWC | Continue to read and analyze Chemical & Engineering News 2008 Outlook | 2.25 | $ 210.00 | $ 472.50 |
| 20-Jan-08 | PWC | Weekly share price update for E Inselbuch | 3.25 | $ 210.00 | $ 682.50 |
| 28-Jan-08 | PWC | Weekly share price update for E Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 28-Jan-08 | PWC | Update share pricing data for WR Grace Comps | 2.00 | $ 210.00 | $ 420.00 |
| 28-Jan-08 | PWC | Create chart of LTM pricing data for WR Grace comparable companies | 2.00 | $ 210.00 | $ 420.00 |
| 30-Jan-08 | PWC | Read and analyze WR Grace Q4 and YTD financials that were released at the close of US markets on 1/30/08 | 2.00 | $ 210.00 | $ 420.00 |
| 31-Jan-08 | PWC | Update WR Grace comparable company market multiple valuation with earnings that have been released to date | 4.00 | $ 210.00 | $ 840.00 |
| 31-Jan-08 | PWC | Finish updating WR Grace comparable company market multiple valuation with earnings that have been released to date and update current share pricing | 4.00 | $ 210.00 | $ 840.00 |
| | | Total Peter Cramp | 51.25 | | $ 10,761.80 |
| | | **TOTAL** | 166.45 | | $ 75,849.80 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| | | **Asset Analysis and Recovery** | | | |
| 07-Jan-08 | JPS | Develop interrelation analysis of PI liabilities, enterprise and equity values for purposes of advising counsel for estimation hearing. | 2.80 | $ 565.00 | $ 1,582.00 |
| 07-Jan-08 | JPS | Review, revise graph of interrelation of PI liabilities, enterprise and equity values drafted by Peter Cramp for purposes of advising ACC counsel for estimation hearing. | 0.30 | $ 565.00 | $ 169.50 |
| 07-Jan-08 | JPS | Write memorandum to ACC counsel in response to inquiry regarding valuation, PI liabilities and equity values for purposes of advising ACC counsel for estimation hearing. | 2.90 | $ 565.00 | $ 1,638.50 |
| 08-Jan-08 | JPS | Review, analyze market information in response to inquiry of ACC counsel (Finch) for purposes of advising ACC counsel for estimation hearing. | 2.50 | $ 565.00 | $ 1,412.50 |
| 08-Jan-08 | JPS | Write memorandum to ACC counsel (Finch, et al) regarding market information in response to counsel's inquiry for purposes of advising ACC counsel for estimation hearing. | 2.30 | $ 565.00 | $ 1,299.50 |
| 10-Jan-08 | JPS | Review, analyze, revise asset values and non-asbestos creditor claims at request of counsel (Finch) for recovery analysis. | 1.70 | $ 565.00 | $ 960.50 |
| 10-Jan-08 | JPS | Develop alternative forms of payment to creditors at request of counsel (Finch) for recovery analysis. | 2.30 | $ 565.00 | $ 1,299.50 |
| 11-Jan-08 | JPS | Write memorandum to ACC counsel and ACC regarding asset values, exit financing and alternative forms of payment to creditors for recovery analysis. | 2.50 | $ 565.00 | $ 1,412.50 |
| 11-Jan-08 | JPS | Review, write response to ACC counsel in regard to further inquiry regarding asset values, exit financing and alternative forms of payment to creditors for recovery analysis. | 2.70 | $ 565.00 | $ 1,525.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 11-Jan-08 | JPS | Review, analyze proposal from FCR counsel for purposes of advising ACC counsel for recovery and settlement discussions. | 2.90 | $ 565.00 | $ 1,638.50 |
| 11-Jan-08 | JPS | Call with ACC counsel (Inselbuch) regarding proposal from FCR counsel for purposes of advising ACC counsel for recovery and settlement discussions. | 0.30 | $ 565.00 | $ 169.50 |
| 13-Jan-08 | JPS | Write memorandum to ACC counsel (Inselbuch) in regard to proposal from FCR counsel (Frankel) regarding recovery for purposes of advising ACC counsel for settlement discussions. | 2.60 | $ 565.00 | $ 1,469.00 |
| 17-Jan-08 | JPS | Review, analyze memorandum and draft of Motion authorizing investment in Project Fly for due diligence and for purposes of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 17-Jan-08 | JPS | Conference call with Company to discuss Project Fly and the attendant Motion (draft) for due diligence and to advise ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
| 18-Jan-08 | JPS | Review, analyze revised claims and assets of FCR counsel's (OHS) alternative recovery proposal for purposes of advising ACC and ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 18-Jan-08 | JPS | Draft alternatives to OHS proposal for recovery analysis for purposes of advising ACC and ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 18-Jan-08 | JPS | Commence developing alternative exit financing structures for recovery analysis for purposes of advising ACC and ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 22-Jan-08 | JPS | Review 9/30/07 10-Q and November 2007 Monthly Financial Report for revision of claims for recovery analysis for purposes of advising ACC and ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 25-Jan-08 | JPS | Review, analyze filed Project Fly Motion to Acquire Stock Interest (Project Fly Motion) for due diligence and for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 25-Jan-08 | JPS | Review, analyze Exhibit A, Stock Purchase Agreement, to Project Fly Motion for due diligence and for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 25-Jan-08 | JPS | Review, analyze Project Fly Sales, Marketing and Distribution Agreement (Distribution Agreement) for due diligence and for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 25-Jan-08 | JPS | Further review and analysis of Project Fly Distribution Agreement for due diligence and for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 30-Jan-08 | JPS | Write status memorandum to ACC counsel in response to inquiry of ACC counsel (Finch) for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 31-Jan-08 | JPS | Review, analyze assets and liabilities for recovery analysis at request of ACC counsel (Finch). | 1.80 | $ 565.00 | $ 1,017.00 |
| 31-Jan-08 | JPS | Write memorandum to ACC counsel in response to inquiry of ACC counsel for recovery analysis. | 1.30 | $ 565.00 | $ 734.50 |
| | | Total Asset Analysis and Recovery | 51.50 | | $ 29,097.50 |

Committee Administration

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 18-Jan-08 | JPS | Review calendar for planning of work and assignments. | 0.60 | $ 565.00 | $ 339.00 |
| | | Total Committee Administration | 0.60 | | $ 339.00 |

Business Operations

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 02-Jan-08 | JPS | Commence review and analysis of November 2007 Monthly Operating Report (MOR) and Monthly Financial Report for due diligence and valuation monitoring. | 2.60 | $ 565.00 | $ 1,469.00 |
| 03-Jan-08 | JPS | Continue review and analysis of November 2007 Monthly Financial Report for due diligence and valuation monitoring. | 2.70 | $ 565.00 | $ 1,525.50 |
| 03-Jan-08 | PWC | Read and review WR Grace environmental settlement | 3.75 | $ 210.00 | $ 787.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 04-Jan-08 | PWC | Weekly share price update for E Inselbuch | 2.33 | $ 210.00 | $ 489.30 |
| 07-Jan-08 | PWC | Finish weekly share price update | 1.50 | $ 210.00 | $ 315.00 |
| 07-Jan-08 | PWC | Read and review WR Grace Monthly Operating Report | 3.00 | $ 210.00 | $ 630.00 |
| 07-Jan-08 | PWC | Prepare chart of PI Liabilities v. equity | 2.00 | $ 210.00 | $ 420.00 |
| 08-Jan-08 | PWC | Research on activity of major shareholders of WR Grace through manditory SEC filings | 2.00 | $ 210.00 | $ 420.00 |
| 08-Jan-08 | PWC | Further review of WR Grace environmental settlement | 1.50 | $ 210.00 | $ 315.00 |
| 08-Jan-08 | PWC | Conference call with J Sinclair and M Hurford regarding nature and wording of environmental settlement | 0.75 | $ 210.00 | $ 157.50 |
| 08-Jan-08 | PWC | Further research on movements of major shareholders of GRA | 3.00 | $ 210.00 | $ 630.00 |
| 11-Jan-08 | PWC | Review of Remedium Tax Motion in preparation for conference call | 0.50 | $ 210.00 | $ 105.00 |
| 11-Jan-08 | PWC | Conference call with Blackstone and WR Grace regarding Remedium Tax Motion | 0.50 | $ 210.00 | $ 105.00 |
| 11-Jan-08 | PWC | Weekly share price update for E Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 11-Jan-08 | PWC | Bond pricing research | 0.67 | $ 210.00 | $ 140.00 |
| 14-Jan-08 | PWC | Read J Liesemer memo regarding WR Grace environmental settlement | 1.00 | $ 210.00 | $ 210.00 |
| 14-Jan-08 | PWC | Finish weekly share price update for E Inselbuch | 1.50 | $ 210.00 | $ 315.00 |
| 14-Jan-08 | PWC | Read J Sinclair memo to E Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 15-Jan-08 | PWC | Read and analyze Chemical & Engineering News 2008 Outlook | 2.75 | $ 210.00 | $ 577.50 |
| 15-Jan-08 | PWC | Continue to read and analyze Chemical & Engineering News 2008 Outlook | 2.25 | $ 210.00 | $ 472.50 |
| 20-Jan-08 | PWC | Weekly share price update for E Inselbuch | 3.25 | $ 210.00 | $ 682.50 |
| 28-Jan-08 | PWC | Weekly share price update for E Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 28-Jan-08 | PWC | Create chart of LTM pricing data for WR Grace comparable companies | 2.00 | $ 210.00 | $ 420.00 |
| 30-Jan-08 | JPS | Review, analyze Grace 2007 earnings report for due diligence and valuation. | 1.40 | $ 565.00 | $ 791.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 30-Jan-08 | PWC | Read and analyze WR Grace Q4 and YTD financials that were released at the close of US markets on 1/30/08 | 2.00 | $ 210.00 | $ 420.00 |
| | | Total Business Operations | 47.95 | | $ 12,447.30 |

Claims Administration and Objections (Non-Asbestos)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 02-Jan-08 | JPS | Draft questions regarding Motion Authorizing settlement of Certain Environmental Claims (Environmental Claims Motion) for discussion with ACC Counsel for purposes of advising counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 02-Jan-08 | JPS | Review, analyze materials of 10/25/07 meeting with Company regarding proposed Libby remediation settlement with EPA/DOJ for purposes of advising ACC counsel. | 2.30 | $ 565.00 | $ 1,299.50 |
| 02-Jan-08 | JPS | Calls(2) with ACC counsel (Hurford and Liesemer) regarding Environmental Claims Motion and proposed Libby remediation settlement for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 08-Jan-08 | JPS | Further review and analysis of materials regarding Environmental Claims Motion and proposed Libby remediation settlement for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 08-Jan-08 | JPS | Conference calls (2) with ACC counsel (Hurford and Liesemer) regarding Environmental Claims Motion for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 08-Jan-08 | JPS | Commence drafting memorandum to ACC counsel regarding Environmental Claims Motion for purposes of advising ACC counsel. | 1.90 | $ 565.00 | $ 1,073.50 |
| 09-Jan-08 | BR | Review of memorandum from James Sinclair to counsel to the ACC re proposed settlement of certain environmental liabilities | 0.20 | $ 565.00 | $ 113.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 09-Jan-08 | BR | Review of Grace motion authorizing the Remedium Closing Agreement with the IRS | 0.30 | $ 565.00 | $ 169.50 |
| 09-Jan-08 | BR | Review of e-mail from Sinclair relating to Remedium tax settlement | 0.10 | $ 565.00 | $ 56.50 |
| 09-Jan-08 | JPS | Continue writing memorandum to ACC counsel regarding Environmental Claims Motion for purposes of advising ACC counsel. | 2.50 | $ 565.00 | $ 1,412.50 |
| 09-Jan-08 | JPS | Revise memorandum to ACC counsel regarding Environmental Claims Motion for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 09-Jan-08 | JPS | Review, analyze Remedium Tax Settlement Motion and memorandum in preparation for conference call on 1/11/08 for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 10-Jan-08 | BR | Review of e-mail from Mark Hurford to Jimmy Sinclair re environmental settlement | 0.10 | $ 565.00 | $ 56.50 |
| 10-Jan-08 | BR | Review of e-mail from Jeffrey Liesemer to Jimmy Sinclai and counsel to the ACC re environmental settlement | 0.10 | $ 565.00 | $ 56.50 |
| 10-Jan-08 | JPS | Review Grace Optimization Plan and further review of Remedium Tax Settlement Motion in preparation for conference call on 1/11/08 for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 11-Jan-08 | BR | Review of certain third-party objections to Grace's settlement of environmental obligations with the US government | 0.60 | $ 565.00 | $ 339.00 |
| 11-Jan-08 | BR | Review of memorandum prepared by Jeffrey Liesemer relating to Grace environmental liabilities and settlement agreement with respect thereto | 0.40 | $ 565.00 | $ 226.00 |
| 11-Jan-08 | BR | Review of Kaneb Pipe Line response to Grace motion to settle certain environmental liabilities | 0.20 | $ 565.00 | $ 113.00 |
| 11-Jan-08 | BR | Review of e-mail from Jeffrey Liesemer to Jimmy Sinclair and counsel to the ACC re environmental settlement together with memorandum attached thereto | 0.10 | $ 565.00 | $ 56.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 11-Jan-08 | JPS | Draft questions, review notes, in preparation for conference call with Company regarding Remedium Tax Settlement Motion for purposes of advising ACC counsel. | 0.90 | $ 565.00 | $ 508.50 |
| 11-Jan-08 | JPS | Conference call with Company regarding Remedium Tax Settlement Motion for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 11-Jan-08 | JPS | Review memorandum from ACC counsel (Liesemer) regarding Environmental Claims Motion, write further memorandum to ACC counsel regarding Motion for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 12-Jan-08 | BR | Review of e-mail and attached documents from James Sinclair relating to Grace's environmental liabilities | 1.20 | $ 565.00 | $ 678.00 |
| 12-Jan-08 | BR | Review of e-mail from Elihu Inselbuch addressing proposed environmental settlement agreement | 0.10 | $ 565.00 | $ 56.50 |
|  |  | Total Claims Administration and Objections (Non-Asbestos) | 24.20 |  | $ 13,673.00 |

Financing

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 10-Jan-08 | JPS | Develop exit financing parameters and plan at request of counsel (Finch) for recovery analysis. | 2.40 | $ 565.00 | $ 1,356.00 |
|  |  | Total Financing | 2.40 |  | $ 1,356.00 |

Plan and Disclosure Statement

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 07-Jan-08 | JPS | Review, revise Cramp's price materials requested by ACC counsel for purposes of advising ACC counsel for estimation hearing. | 0.30 | $ 565.00 | $ 169.50 |
| 25-Jan-08 | JPS | Revise pricing information at request of ACC counsel (Inselbuch) for POR. | 0.90 | $ 565.00 | $ 508.50 |
| 28-Jan-08 | JPS | Review pricing information for purposes of advising ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
|  |  | Total Plan and Disclosure Statement | 1.70 |  | $ 960.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| Valuation | | | | | |
| 07-Jan-08 | BR | Review of COFC weekly report on Grace for purpose of monitoring chapter 11 proceedings | 0.30 | $ 565.00 | $ 169.50 |
| 07-Jan-08 | BR | Review of sensitivity of equity value of stock to the potential liability/claims levels for purpose of on-going monitoring of chapter 11 proceedings | 0.20 | $ 565.00 | $ 113.00 |
| 07-Jan-08 | BR | Review of e-mail from Nate Finch to Jimmy Sinclair re valuation of the company and implied liability | 0.10 | $ 565.00 | $ 56.50 |
| 07-Jan-08 | BR | Review of COFC market multiples valuation of Grace | 1.60 | $ 565.00 | $ 904.00 |
| 07-Jan-08 | BR | Review of e-mail from Nate Finch to Jimmy Sinclair re valuation of the company and implied liability | 0.10 | $ 565.00 | $ 56.50 |
| 11-Jan-08 | JPS | Review, analyze precedent transactions for valuation and recovery analysis for purposes of advising ACC counsel.. | 1.90 | $ 565.00 | $ 1,073.50 |
| 13-Jan-08 | BR | Review of Sinclair memo to Inselbuch re post-reorganization capital structure and debt capacity | 0.30 | $ 565.00 | $ 169.50 |
| 14-Jan-08 | BR | Review of Piper Jaffray analysis of Grace valuation and debt capacity | 1.50 | $ 565.00 | $ 847.50 |
| 14-Jan-08 | BR | Review of weekly analysis of Grace stock performance | 0.10 | $ 565.00 | $ 56.50 |
| 14-Jan-08 | JPS | Review price, valuation data and industry information compiled by Cramp for purposes of advising ACC counsel for settlement discussions. | 1.10 | $ 565.00 | $ 621.50 |
| 15-Jan-08 | JPS | Commence review of chemical and specialty chemical industry reports, Chemical Engineering & News (CE&N) "World Chemical Outlook", United States and Canada for valuation monitoring to advise ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 15-Jan-08 | JPS | Continue review of "World Chemical Outlook" Asia-Pacific and Latin America and statistical abstract for valuation monitoring and to advise the ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 15-Jan-08 | JPS | Continue review of "World Chemical Outlook", Europe and statistical abstracts for valuation monitoring to advise ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 22-Jan-08 | JPS | Commence review and analysis of earnings reports for 2007 of peer specialty chemical companies for valuation monitoring. | 2.80 | $ 565.00 | $ 1,582.00 |
| 22-Jan-08 | JPS | Review, analyze Chemical Week report on polyurethane, polypropylene and polyethylene for due diligence and valuation monitoring. | 0.80 | $ 565.00 | $ 452.00 |
| 28-Jan-08 | BR | Review of weekly analysis of Grace stock performance | 0.10 | $ 565.00 | $ 56.50 |
| 28-Jan-08 | PWC | Update share pricing data for WR Grace Comps | 2.00 | $ 210.00 | $ 420.00 |
| 30-Jan-08 | BR | Review of e-mail from counsel to the Committee to Jimmy Sinclair re valuation and his response thereto | 0.20 | $ 565.00 | $ 113.00 |
| 31-Jan-08 | BR | Review of e-mails exchanged between Sinclair and counsel to the Committee relating to valuation | 0.10 | $ 565.00 | $ 56.50 |
| 31-Jan-08 | BR | Review of latest COFC market multiples valuation of Grace | 2.30 | $ 565.00 | $ 1,299.50 |
| 31-Jan-08 | BR | Analysis of changes in Grace valuation since COFC's November 2007 valuation | 0.50 | $ 565.00 | $ 282.50 |
| 31-Jan-08 | JPS | Review, analyze 2007 earnings reports of other guideline specialty chemical companies for valuation. | 2.90 | $ 565.00 | $ 1,638.50 |
| 31-Jan-08 | JPS | Review, revise guideline companies market multiple valuation for purposes of advising ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 31-Jan-08 | JPS | Write memorandum regarding valuation to ACC counsel for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 31-Jan-08 | PWC | Update WR Grace comparable company market multiple valuation with earnings that have been released to date | 4.00 | $ 210.00 | $ 840.00 |
| 31-Jan-08 | PWC | Finish updating WR Grace comparable company market multiple valuation with earnings that have been released to date and update current share pricing | 4.00 | $ 210.00 | $ 840.00 |
| | | Total Valuation | 38.10 | | $ 17,976.50 |
| | | **TOTAL** | 166.45 | | $ 75,849.80 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2008 through January 31, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley M Rapp - Senior Managing Director | 10.80 | $ 565.00 | $ 6,102.00 |
| James Sinclair - Senior Managing Director | 104.40 | $ 565.00 | $ 58,986.00 |
| Peter Cramp - Analyst | 51.25 | $ 210.00 | $ 10,761.80 |
| Total Professional Hours and Fees | 166.45 | | $ 75,849.80 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - January 1, 2008 through January 31, 2008

| Date | Description of Item | Amount |
|---|---|---|
| - | None | $0.00 |
| | Total Expenses January 1, 2008 through January 31, 2008 | $0.00 |