Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| | | | | | |

Bradley Rapp - Senior Managing Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 01-Mar-08 | BR | Review of Liability Transfer Agreement for purpose of analyzing debtor's motion to enter into such agreement. | 2.60 | $ 565.00 | $ 1,469.00 |
| 01-Mar-08 | BR | Review of Debtor's motion for an order authorizing the Remedium Closing Agreement with the IRS for purpose of on-going monitoring of chapter 11 proceedings. | 0.40 | $ 565.00 | $ 226.00 |
| 02-Mar-08 | BR | Review of Grace motion to enter into Liability Transfer Agreement for purpose of on-going monitoring of chapter 11 proceedings. | 0.40 | $ 565.00 | $ 226.00 |
| 02-Mar-08 | BR | Review of prior documents relating to environmental liability and settlements for purpose of analyzing current motion for approval of Liability Transfer Agreement. | 1.40 | $ 565.00 | $ 791.00 |
| 04-Mar-08 | BR | Review of supplementary information set forth in Grace's Executive Summary - Financial Statements for the fourth quarter of 2007. | 2.70 | $ 565.00 | $ 1,525.50 |
| 04-Mar-08 | BR | Review of Grace weekly stock update and Fresenius and Sealed valuations sent to counsel to the ACC. | 0.20 | $ 565.00 | $ 113.00 |
| 04-Mar-08 | BR | Review of Grace press release and financial statements relating to the fourth quarter 2007 and 2007 in total. | 2.90 | $ 565.00 | $ 1,638.50 |
| 04-Mar-08 | BR | Review of footnotes to consolidated financial statements for 2007 set forth in Grace's Executive Summary - Financial Statements for the fourth quarter of 2007. | 2.30 | $ 565.00 | $ 1,299.50 |
| 04-Mar-08 | BR | Review of "Management's Discussion of Consolidated Operations" for year ended 12/31/07. | 0.60 | $ 565.00 | $ 339.00 |
| 06-Mar-08 | BR | Review of company responses to questions posed with respect to ELT transaction. | 0.40 | $ 565.00 | $ 226.00 |
| 11-Mar-08 | BR | Review of Settlement Agreement between Grace and the United States relating to past an future environmental liabilities associated with the Libby, Montana site. | 0.80 | $ 565.00 | $ 452.00 |
| 12-Mar-08 | BR | Review of debtor's motion for an order approving the settlement agreement between Grace and the United States relating to environmental liabilities at the Libby, Montana site and related documents attached thereto. | 0.70 | $ 565.00 | $ 395.50 |
| 12-Mar-08 | BR | Review of Grace monthly operating and financial report for January 2008. | 3.20 | $ 565.00 | $ 1,808.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 14-Mar-08 | BR | Review of Sinclair memorandum to counsel to the ACC analyzing debtor's proposed motion with respect to the ELT Agreement. | 0.40 | $ 565.00 | $ 226.00 |
| 14-Mar-08 | BR | Review of e-mail from Jamie O'Connell re Grace's Renewal DIP facility for purpose of on-going monitoring of chapter 11 proceeding. | 0.10 | $ 565.00 | $ 56.50 |
| 14-Mar-08 | BR | Review of series of e-mails addressing the debtor's motion for court approvalwith respect to the environmental settlement agreement with the United States. | 0.30 | $ 565.00 | $ 169.50 |
| 17-Mar-08 | BR | Review of Sinclair e-mail relating to renewal of Grace's DIP facility. | 0.10 | $ 565.00 | $ 56.50 |
| 17-Mar-08 | BR | Review of weekly stock price report and news for purpose of on-going monitoring of chapter 11 proceedings. | 0.10 | $ 565.00 | $ 56.50 |
| 18-Mar-08 | BR | Meeting with James Sinclair and Bob Lindsay to discuss status of account. | 0.40 | $ 565.00 | $ 226.00 |
| 19-Mar-08 | BR | Review of Limited Objection of Unifirst Corporation to Debtor's motion for authorization to enter into ELT agreement with respect to environmental liabilities. | 0.40 | $ 565.00 | $ 226.00 |
| 19-Mar-08 | BR | Review of other documents attached to Unifirst limited objection to Debtor's motion to enter into environmental agreement with ELT. | 1.30 | $ 565.00 | $ 734.50 |
| 19-Mar-08 | BR | Review of Grace agreement with Unifirst and Beatrice re environmental clean-up relating to Woburn, MA site. | 0.50 | $ 565.00 | $ 282.50 |
| 22-Mar-08 | BR | Review of Debtor's motion for approval of settlement agreement with the United States relating to the Curtis Bay FUSRAP matter for purpose of on-going monitoring of chapter 11 proceedings. | 0.50 | $ 565.00 | $ 282.50 |
| 22-Mar-08 | BR | Review of settlement agreement between Grace and the United States relating to Curtis Bay FUSRAP matter for purpose of on-going monitoring of chapter 11 proceedings. | 1.10 | $ 565.00 | $ 621.50 |
| 24-Mar-08 | BR | Tel C's with James Sinclair to discuss potential structure of note issued to the PI plan trust as part of the plan of reorganization. | 0.40 | $ 565.00 | $ 226.00 |
| 24-Mar-08 | BR | Review of weekly stock price report and news for purpose of on-going monitoring of chapter 11 proceedings. | 0.10 | $ 565.00 | $ 56.50 |
| 27-Mar-08 | BR | Tel C w/ Jimmy Sinclair re Grace's motion to enter into settlement agreement with the US regarding the Curtis Bay FUSRUP matter. | 0.20 | $ 565.00 | $ 113.00 |
| 28-Mar-08 | BR | Review of Grace Claims Detail spreadsheet for purpose of on-going monitoring of chapter 11 proceedings. | 0.40 | $ 565.00 | $ 226.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 31-Mar-08 | BR | Review and analysis of memo from the company/Blackstone relating to environmental settlement with United States regarding Libby, Montana site and attached exhibits thereto. | 1.90 | $ 565.00 | $ 1,073.50 |
| | | Total Bradley Rapp | 26.80 | | $ 15,142.00 |

James Sinclair - Senior Managing Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 03-Mar-08 | JPS | Review price information and market reports at request of ACC counsel for purposes of advising ACC counsel for settlement discussions. | 0.70 | $ 565.00 | $ 395.50 |
| 04-Mar-08 | JPS | Write memorandum to ACC counsel (Inselbuch) regarding asset values for recovery analysis for settlement discussions at request of counsel. | 1.00 | $ 565.00 | $ 565.00 |
| 05-Mar-08 | JPS | Review, analyze Company's and Kirkland & Ellis's (Jan Baer) responses to analysts' questions from conference call of 2/28/08 regarding ELT Motion for purposes of advising ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 07-Mar-08 | JPS | Review debt covenants, develop alternatives in preparation for call with Futures Rep. financial advisor for settlement discussions. | 1.30 | $ 565.00 | $ 734.50 |
| 07-Mar-08 | JPS | Further review and development of debt covenants in preparation for conference call with Futures Rep. Advisor for settlement discussions. | 1.40 | $ 565.00 | $ 791.00 |
| 07-Mar-08 | JPS | Call with Futures Rep. advisor (J Radecki) to discuss debt covenants for settlement discussions at request of counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 07-Mar-08 | JPS | Revise debt covenants for purposes of advising ACC counsel for settlement discussions. | 1.20 | $ 565.00 | $ 678.00 |
| 07-Mar-08 | JPS | Call with ACC counsel (Inselbuch) to discuss debt covenants for settlement discussions. | 0.20 | $ 565.00 | $ 113.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 10-Mar-08 | JPS | Review, analyze memorandum of Futures Rep. financial advisor (Radecki) regarding debt covenants for settlement discussions. | 1.40 | $ 565.00 | $ 791.00 |
| 10-Mar-08 | JPS | Calls (3) with Futures Rep. financial advisor Radecki to discuss debt covenants for settlement discussions at request of ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 10-Mar-08 | JPS | Write memorandum to ACC counsel regarding debt covenants for purposes of advising counsel for settlement discussions at counsel's request. | 2.80 | $ 565.00 | $ 1,582.00 |
| 10-Mar-08 | JPS | Review price information and company reports at request of ACC counsel for purposes of advising counsel for settlement discussions. | 0.60 | $ 565.00 | $ 339.00 |
| 10-Mar-08 | JPS | Commence review and analysis of January 2008 MOR and Monthly Financial Report for due diligence and valuation monitoring. | 1.60 | $ 565.00 | $ 904.00 |
| 11-Mar-08 | JPS | Review covenants, develop alternative debt covenants in preparation for call with FCR financial advisor (Radecki) for purposes of advising ACC counsel for settlement discussions. | 1.50 | $ 565.00 | $ 847.50 |
| 11-Mar-08 | JPS | Review, analyze 2007 10-K Report for due diligence and valuation monitoring. | 2.30 | $ 565.00 | $ 1,299.50 |
| 11-Mar-08 | JPS | Calls (2) with Futures Rep. financial advisor, (Radecki), to discuss debt covenants for purposes of advising ACC counsel for settlement discussions. | 0.60 | $ 565.00 | $ 339.00 |
| 12-Mar-08 | JPS | Commence review of DOJ Environmental Settlement with Grace for purposes of advising ACC counsel. | 0.90 | $ 565.00 | $ 508.50 |
| 12-Mar-08 | JPS | Call with ACC counsel (Hurford) to discuss DOJ Environmental Settlement for purposes of advising counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 13-Mar-08 | JPS | Review, revise draft memorandum to ACC counsel regarding ELT Motion for purposes of advising counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 13-Mar-08 | JPS | Continue review and analysis of Libby Settlement and Motion Authorizing Libby Settlement (Libby Motion) for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 13-Mar-08 | JPS | Write memorandum to ACC counsel (Hurford, et al.) regarding Libby Settlement and Libby Motion for purposes of advising counsel. | 2.30 | $ 565.00 | $ 1,299.50 |
| 13-Mar-08 | JPS | Write response to inquiry of ACC counsel (Slocombe) regarding Libby Settlement and Libby Motion for purposes of advising counsel. | 0.30 | $ 565.00 | $ 169.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 14-Mar-08 | JPS | Review, analyze memorandum from ACC counsel (Hurford) and Company documents regarding Libby Settlement and Libby Motion for purposes of | 2.20 | $ 565.00 | $ 1,243.00 |
| 14-Mar-08 | JPS | Write further memorandum to ACC counsel (Hurford, et al.) regarding Libby Settlement and Libby Motion for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 14-Mar-08 | JPS | Call with ACC counsel (Hurford) regarding ELT Motion for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 14-Mar-08 | JPS | Further review and analysis of ELT Agreement with Grace, ELT Motion and memorandum of Grace counsel (Jan Baer) for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 14-Mar-08 | JPS | Revise memorandum (former draft) to ACC counsel regarding ELT Agreement and Motion for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 14-Mar-08 | JPS | Review Blackstone memorandum (O'Connell) regarding status of DIP financing, DIP Motion and existing DIP facility documents for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 14-Mar-08 | JPS | Call with Blackstone (O'Connell) to discuss status of DIP financing for purposes of advising ACC counsel. | 0.20 | $ 565.00 | $ 113.00 |
| 17-Mar-08 | JPS | Review pricing information and financial reports regarding Grace for purposes of advising ACC counsel for settlement discussions for POR. | 1.20 | $ 565.00 | $ 678.00 |
| 17-Mar-08 | JPS | Further review of terms of DIP financing extension for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 17-Mar-08 | JPS | Further review of January 2008 Monthly Financial Report for purposes of advising ACC counsel and for due diligence and monitoring. | 1.80 | $ 565.00 | $ 1,017.00 |
| 17-Mar-08 | JPS | Write memorandum to ACC counsel regarding DIP financing extension and report on operating results and financial status for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 18-Mar-08 | JPS | Further review of terms of DIP financing extension for purposes of advising ACC counsel. | 1.50 | $ 565.00 | $ 847.50 |
| 18-Mar-08 | JPS | Call with ACC counsel (Inselbuch) to discuss Grace notes to Asbestos Trust for purposes of advising ACC counsel for settlement discussions. | 0.30 | $ 565.00 | $ 169.50 |
| 18-Mar-08 | JPS | Commence development of terms for Grace notes to Asbestos Trust for purposes of advising ACC counsel for settlement discussions. | 1.00 | $ 565.00 | $ 565.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 18-Mar-08 | JPS | Meeting with Rapp and Lindsay for planning of work and assignments. | 0.40 | $ 565.00 | $ 226.00 |
| 19-Mar-08 | JPS | Review ACC counsel's (Hurford) memorandum on ELT Motion for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 19-Mar-08 | JPS | Commence review of Curtis Bay Environmental Remediation Motion (Curtis Bay Motion) and Settlement (Curtis Bay Settlement) regarding radioactive waste for purpose of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 19-Mar-08 | JPS | Call with ACC counsel (Inselbuch) to discuss terms of notes to Asbestos Trust for purposes of advising ACC counsel for settlement discussions. | 0.20 | $ 565.00 | $ 113.00 |
| 21-Mar-08 | JPS | Outline memorandum to ACC counsel regarding structure of proposed notes to Asbestos Trust for purposes of advising counsel for settlement discussions. | 1.80 | $ 565.00 | $ 1,017.00 |
| 21-Mar-08 | JPS | Commence writing memorandum to ACC counsel (Inselbuch) regarding structure of proposed notes to Asbestos Trust (Trust Notes) for purposes of advising counsel for settlement discussions. | 0.90 | $ 565.00 | $ 508.50 |
| 24-Mar-08 | JPS | Continue writing memorandum to ACC counsel regarding structure of proposed Trust notes for purposes of advising counsel for settlement discussions. | 2.40 | $ 565.00 | $ 1,356.00 |
| 24-Mar-08 | JPS | Calls (2) with Rapp to discuss structure of proposed Trust notes for purposes of advising counsel for settlement discussions. | 0.40 | $ 565.00 | $ 226.00 |
| 27-Mar-08 | JPS | Further review of Curtis Bay FUSRAP Environmental Motion, Settlement Agreement, environmental claims, draw up questions for Blackstone for recovery analysis and for purposes of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 28-Mar-08 | JPS | Continue review and analysis of Curtis Bay FUSRAP Environmental Settlement and Motion for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 28-Mar-08 | JPS | Review, analyze 2007 10-K for claims and recovery analysis. | 2.70 | $ 565.00 | $ 1,525.50 |
| 28-Mar-08 | JPS | Calls (2) with Piper Jaffray (Brownstein and Solganick) regarding Curtis Bay FUSRAP Motion and environmental claims for claims and recovery analysis. | 0.40 | $ 565.00 | $ 226.00 |
| 28-Mar-08 | JPS | Call with Blackstone (O'Connell) regarding Curtis Bay FUSRAP Motion and environmental claims for claims and recovery analysis. | 0.20 | $ 565.00 | $ 113.00 |
| 28-Mar-08 | JPS | Review, analyze revised claims schedule as of 12/31/07 from Blackstone/Company, further review of 2007 10-K for claims and recovery | 2.10 | $ 565.00 | $ 1,186.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 28-Mar-08 | JPS | Call with ACC counsel (Hurford) to discuss Curtis Bay FUSRAP Motion and Settlement for purposes of advising counsel. | 0.20 | $ 565.00 | $ 113.00 |
| 31-Mar-08 | JPS | Review pricing information for ACC counsel for purposes of advising ACC counsel for settlement discussions. | 0.50 | $ 565.00 | $ 282.50 |
| 31-Mar-08 | JPS | Commence review and analysis of February 2008 Monthly Financial Report for valuation monitoring. | 1.60 | $ 565.00 | $ 904.00 |
| 31-Mar-08 | JPS | Call with Blackstone (Istvan) regarding Curtis Bay FUSRAP Motion and Settlement for purposes of advising ACC counsel. | 0.20 | $ 565.00 | $ 113.00 |
| 31-Mar-08 | JPS | Continue review and analysis of Curtis Bay FUSRAP Motion and Settlement, revised claims schedule from Blackstone/Company for purposes of advising ACC counsel. | 1.90 | $ 565.00 | $ 1,073.50 |
| 31-Mar-08 | JPS | Write memorandum to ACC counsel regarding Curtis Bay FUSRAP Motion for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| | | Total James Sinclair | 72.50 | | $ 40,962.50 |

**Robert Lindsay - Director**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 18-Mar-08 | RHL | Meeting with Rapp and Sinclair for planning of work and assignments. | 0.40 | $ 425.00 | $ 170.00 |
| 26-Mar-08 | RHL | Prepared Feb Draft Fee Application | 1.20 | $ 425.00 | $ 510.00 |
| 27-Mar-08 | RHL | Finalized and forwarded fee application. | 0.30 | $ 425.00 | $ 127.50 |
| | | Total Robert Lindsay | 1.90 | | $ 807.50 |

**Peter Cramp - Analyst**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 03-Mar-08 | PC | Weekly share price update report for E Inselbuch | 1.50 | $ 210.00 | $ 315.00 |
| 04-Mar-08 | PC | Read and analyze various articles regarding the Specialty Chemical Industry for due diligence | 0.75 | $ 210.00 | $ 157.50 |
| 04-Mar-08 | PC | Begin to update balance sheet portion (enterprise value) of market multiple valuation | 2.25 | $ 210.00 | $ 472.50 |
| 05-Mar-08 | PC | Continue to update balance sheet portion (enterprise value) of market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 05-Mar-08 | PC | Review and analyze Company's response to inquiries regarding Environmental Liability Transfer Motion | 0.75 | $ 210.00 | $ 157.50 |
| 05-Mar-08 | PC | Review and analyze Monthly (January) Operating Report for due diligence | 1.25 | $ 210.00 | $ 262.50 |
| 07-Mar-08 | PC | Weekly share price update report for E Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 07-Mar-08 | PC | Commence review and analysis of Company's 10-K for due diligence and valuation monitoring | 2.00 | $ 210.00 | $ 420.00 |
| 07-Mar-08 | PC | Read and review various articles and reports on Specially Chemical guideline companies for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 10-Mar-08 | PC | Complete share price update report for E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 10-Mar-08 | PC | Review Radecki memorandum to R Frankel | 0.50 | $ 210.00 | $ 105.00 |
| 10-Mar-08 | PC | Review and analyze Rohm and Haas 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 10-Mar-08 | PC | Review and analyze Lubrizol 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 10-Mar-08 | PC | Review and analyze Cytec 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 10-Mar-08 | PC | Review and analyze Albermarle 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.00 | $ 210.00 | $ 210.00 |
| 10-Mar-08 | PC | Review and analyze Hercules 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.25 | $ 210.00 | $ 262.50 |
| 10-Mar-08 | PC | Read and review Sinclair memorandum to Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 11-Mar-08 | PC | Review and analyze the 10-Ks of Grace's guildeline companies (CEM, PPG, CBT and FUL) for due diligence and valuation monitoring | 4.00 | $ 210.00 | $ 840.00 |
| 11-Mar-08 | PC | Further review of guideline companies performance in regard to their ability to capitalize on international growth markets | 1.00 | $ 210.00 | $ 210.00 |
| 11-Mar-08 | PC | Read and review Notice from M Hurford regarding Libby Settlement | 1.00 | $ 210.00 | $ 210.00 |
| 12-Mar-08 | PC | Further review of ELT reposne from Debtor's counsel | 1.75 | $ 210.00 | $ 367.50 |
| 12-Mar-08 | PC | Read and review Libby Motion from M Hurford | 1.00 | $ 210.00 | $ 210.00 |
| 13-Mar-08 | PC | Read and review documents in preparation for drafting of memorandum regarding ELT Motion | 1.50 | $ 210.00 | $ 315.00 |
| 13-Mar-08 | PC | Draft memorandum regarding ELT Motion | 2.00 | $ 210.00 | $ 420.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 13-Mar-08 | PC | Read various articles and reports on Specialty Chemical guideline companies for due diligence | 2.00 | $ 210.00 | $ 420.00 |
| 14-Mar-08 | PC | Read and review emails from Hurford regarding ELT Motion | 0.50 | $ 210.00 | $ 105.00 |
| 14-Mar-08 | PC | Weekly share price update report for E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 14-Mar-08 | PC | Complete memorandum regarding ELT Motion | 1.50 | $ 210.00 | $ 315.00 |
| 17-Mar-08 | PC | Complete weekly share price update for E Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 17-Mar-08 | PC | Read and review emails from Rapp and Sinclair | 1.00 | $ 210.00 | $ 210.00 |
| 19-Mar-08 | PC | Read and review FUSRAP Motion | 2.50 | $ 210.00 | $ 525.00 |
| 19-Mar-08 | PC | Update share pricing data for market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 20-Mar-08 | PC | Review and analyze Thomson IBES Analyst estimates for guideline | 3.00 | $ 210.00 | $ 630.00 |
| 20-Mar-08 | PC | Weekly share price update report for E Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 20-Mar-08 | PC | Update share pricing data for market multiple valuation | 1.50 | $ 210.00 | $ 315.00 |
| 24-Mar-08 | PC | Complete share price update report for E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 24-Mar-08 | PC | Read and analyze various articles regarding the Specialty Chemical Industry for due diligence | 1.50 | $ 210.00 | $ 315.00 |
| 25-Mar-08 | PC | Read ValueLine reports on guideline companies | 2.50 | $ 210.00 | $ 525.00 |
| 25-Mar-08 | PC | Review Sinclair memorandum to E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 25-Mar-08 | PC | Review and analyze Asarco Monthly Operating Report for due diligence | 2.00 | $ 210.00 | $ 420.00 |
| 28-Mar-08 | PC | Update pricing data for market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 28-Mar-08 | PC | Weekly share price update report for E Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 28-Mar-08 | PC | Further review of FUSRAP Motion | 2.25 | $ 210.00 | $ 472.50 |
| | | Total Peter Cramp | 61.25 | | $ 12,862.50 |
| | | **TOTAL** | 162.45 | | $ 69,774.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

Asset Analysis and Recovery

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 03-Mar-08 | JPS | Review price information and market reports at request of ACC counsel for purposes of advising ACC counsel for settlement discussions. | 0.70 | $ 565.00 | $ 395.50 |
| 04-Mar-08 | JPS | Write memorandum to ACC counsel (Inselbuch) regarding asset values for recovery analysis for settlement discussions at request of counsel. | 1.00 | $ 565.00 | $ 565.00 |
| 07-Mar-08 | JPS | Review debt covenants, develop alternatives in preparation for call with Futures Rep. financial advisor for settlement discussions. | 1.30 | $ 565.00 | $ 734.50 |
| 07-Mar-08 | JPS | Further review and development of debt covenants in preparation for conference call with Futures Rep. Advisor for settlement discussions. | 1.40 | $ 565.00 | $ 791.00 |
| 07-Mar-08 | JPS | Call with Futures Rep. advisor (J Radecki) to discuss debt covenants for settlement discussions at request of counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 07-Mar-08 | JPS | Revise debt covenants for purposes of advising ACC counsel for settlement discussions. | 1.20 | $ 565.00 | $ 678.00 |
| 07-Mar-08 | JPS | Call with ACC counsel (Inselbuch) to discuss debt covenants for settlement discussions. | 0.20 | $ 565.00 | $ 113.00 |
| 10-Mar-08 | JPS | Review, analyze memorandum of Futures Rep. financial advisor (Radecki) regarding debt covenants for settlement discussions. | 1.40 | $ 565.00 | $ 791.00 |
| 10-Mar-08 | JPS | Calls (3) with Futures Rep. financial advisor Radecki to discuss debt covenants for settlement discussions at request of ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 10-Mar-08 | JPS | Write memorandum to ACC counsel regarding debt covenants for purposes of advising counsel for settlement discussions at counsel's request. | 2.80 | $ 565.00 | $ 1,582.00 |
| 11-Mar-08 | JPS | Review covenants, develop alternative debt covenants in preparation for call with FCR financial advisor (Radecki) for purposes of advising ACC counsel for settlement discussions. | 1.50 | $ 565.00 | $ 847.50 |
| 11-Mar-08 | JPS | Calls (2) with Futures Rep. financial advisor, (Radecki), to discuss debt covenants for purposes of advising ACC counsel for settlement discussions. | 0.60 | $ 565.00 | $ 339.00 |
| 18-Mar-08 | JPS | Call with ACC counsel (Inselbuch) to discuss Grace notes to Asbestos Trust for purposes of advising ACC counsel for settlement discussions. | 0.30 | $ 565.00 | $ 169.50 |
| 18-Mar-08 | JPS | Commence development of terms for Grace notes to Asbestos Trust for purposes of advising ACC counsel for settlement discussions. | 1.00 | $ 565.00 | $ 565.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 19-Mar-08 | JPS | Call with ACC counsel (Inselbuch) to discuss terms of notes to Asbestos Trust for purposes of advising ACC counsel for settlement discussions. | 0.20 | $ 565.00 | $ 113.00 |
| 21-Mar-08 | JPS | Outline memorandum to ACC counsel regarding structure of proposed notes to Asbestos Trust for purposes of advising counsel for settlement discussions. | 1.80 | $ 565.00 | $ 1,017.00 |
| 21-Mar-08 | JPS | Commence writing memorandum to ACC counsel (Inselbuch) regarding structure of proposed notes to Asbestos Trust (Trust Notes) for purposes of advising counsel for settlement discussions. | 0.90 | $ 565.00 | $ 508.50 |
| 24-Mar-08 | JPS | Continue writing memorandum to ACC counsel regarding structure of proposed Trust notes for purposes of advising counsel for settlement discussions. | 2.40 | $ 565.00 | $ 1,356.00 |
| 24-Mar-08 | JPS | Calls (2) with Rapp to discuss structure of proposed Trust notes for purposes of advising counsel for settlement discussions. | 0.40 | $ 565.00 | $ 226.00 |
| 28-Mar-08 | JPS | Review, analyze 2007 10-K for claims and recovery analysis. | 2.70 | $ 565.00 | $ 1,525.50 |
| 28-Mar-08 | JPS | Review, analyze revised claims schedule as of 12/31/07 from Blackstone/Company, further review of 2007 10-K for claims and recovery analysis. | 2.10 | $ 565.00 | $ 1,186.50 |
| 31-Mar-08 | JPS | Review pricing information for ACC counsel for purposes of advising ACC counsel for settlement discussions. | 0.50 | $ 565.00 | $ 282.50 |
| | | Total Asset Analysis and Recovery | 25.80 | | $ 14,577.00 |

Business Operations

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 03-Mar-08 | PC | Weekly share price update report for E Inselbuch | 1.50 | $ 210.00 | $ 315.00 |
| 04-Mar-08 | PC | Read and analyze various articles regarding the Specialty Chemical Industry for due diligence | 0.75 | $ 210.00 | $ 157.50 |
| 05-Mar-08 | PC | Review and analyze Company's response to inquiries regarding Environmental Liability Transfer Motion | 0.75 | $ 210.00 | $ 157.50 |
| 05-Mar-08 | PC | Review and analyze Monthly (January) Operating Report for due diligence | 1.25 | $ 210.00 | $ 262.50 |
| 07-Mar-08 | PC | Weekly share price update report for E Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 07-Mar-08 | PC | Commence review and analysis of Company's 10-K for due diligence and valuation monitoring | 2.00 | $ 210.00 | $ 420.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 07-Mar-08 | PC | Read and review various articles and reports on Specialty Chemical guideline companies for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 10-Mar-08 | JPS | Review price information and company reports at request of ACC counsel for purposes of advising counsel for settlement discussions. | 0.60 | $ 565.00 | $ 339.00 |
| 10-Mar-08 | JPS | Commence review and analysis of January 2008 MOR and Monthly Financial Report for due diligence and valuation monitoring. | 1.60 | $ 565.00 | $ 904.00 |
| 10-Mar-08 | PC | Complete share price update report for E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 10-Mar-08 | PC | Review Radecki memorandum to R Frankel | 0.50 | $ 210.00 | $ 105.00 |
| 10-Mar-08 | PC | Read and review Sinclair memorandum to Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 11-Mar-08 | PC | Further review of guideline companies performance in regard to their ability to capitalize on international growth markets | 1.00 | $ 210.00 | $ 210.00 |
| 11-Mar-08 | PC | Read and review Notice from M Hurford regarding Libby Settlement | 1.00 | $ 210.00 | $ 210.00 |
| 12-Mar-08 | PC | Further review of ELT reposne from Debtor's counsel | 1.75 | $ 210.00 | $ 367.50 |
| 12-Mar-08 | PC | Read and review Libby Motion from M Hurford | 1.00 | $ 210.00 | $ 210.00 |
| 13-Mar-08 | PC | Read and review documents in preparation for drafting of memorandum regarding ELT Motion | 1.50 | $ 210.00 | $ 315.00 |
| 13-Mar-08 | PC | Draft memorandum regarding ELT Motion | 2.00 | $ 210.00 | $ 420.00 |
| 13-Mar-08 | PC | Read various articles and reports on Specialty Chemical guideline companies for due diligence | 2.00 | $ 210.00 | $ 420.00 |
| 14-Mar-08 | PC | Read and review emails from Hurford regarding ELT Motion | 0.50 | $ 210.00 | $ 105.00 |
| 14-Mar-08 | PC | Weekly share price update report for E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 14-Mar-08 | PC | Complete memorandum regarding ELT Motion | 1.50 | $ 210.00 | $ 315.00 |
| 17-Mar-08 | JPS | Review pricing information and financial reports regarding Grace for purposes of advising ACC counsel for settlement discussions for POR. | 1.20 | $ 565.00 | $ 678.00 |
| 17-Mar-08 | JPS | Further review of January 2008 Monthly Financial Report for purposes of advising ACC counsel and for due diligence and monitoring. | 1.80 | $ 565.00 | $ 1,017.00 |
| 17-Mar-08 | PC | Complete weekly share price update for E Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 17-Mar-08 | PC | Read and review emails from Rapp and Sinclair | 1.00 | $ 210.00 | $ 210.00 |
| 19-Mar-08 | PC | Read and review FUSRAP Motion | 2.50 | $ 210.00 | $ 525.00 |
| 20-Mar-08 | PC | Weekly share price update report for E Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 24-Mar-08 | PC | Complete share price update report for E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 24-Mar-08 | PC | Read and analyze various articles regarding the Specialty Chemical Industry for due diligence | 1.50 | $ 210.00 | $ 315.00 |
| 25-Mar-08 | PC | Read ValueLine reports on guideline companies | 2.50 | $ 210.00 | $ 525.00 |
| 25-Mar-08 | PC | Review Sinclair memorandum to E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 25-Mar-08 | PC | Review and analyze Asarco Monthly Operating Report for due diligence | 2.00 | $ 210.00 | $ 420.00 |
| 28-Mar-08 | PC | Weekly share price update report for E Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 28-Mar-08 | PC | Further review of FUSRAP Motion | 2.25 | $ 210.00 | $ 472.50 |
| | | Total Business Operations | 45.95 | | $ 11,495.50 |

Case Administration

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 18-Mar-08 | BR | Meeting with James Sinclair and Bob Lindsay to discuss status of account. | 0.40 | $ 565.00 | $ 226.00 |
| 18-Mar-08 | JPS | Meeting with Rapp and Lindsay for planning of work and assignments. | 0.40 | $ 565.00 | $ 226.00 |
| 18-Mar-08 | RHL | Meeting with B Rapp and J Sinclair re assignment status and scheduling. | 0.40 | $ 425.00 | $ 170.00 |
| | | Total Case Administration | 1.20 | | $ 622.00 |

Claims Administration and Objections (Non-Asbestos)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 05-Mar-08 | JPS | Review, analyze Company's and Kirkland & Ellis's (J Baer) responses to analysts' questions from conference call of 2/28/08 regarding ELT Motion for purposes of advising ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 12-Mar-08 | JPS | Commence review of DOJ Environmental Settlement with Grace for purposes of advising ACC counsel. | 0.90 | $ 565.00 | $ 508.50 |
| 12-Mar-08 | JPS | Call with ACC counsel (Hurford) to discuss DOJ Environmental Settlement for purposes of advising counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 13-Mar-08 | JPS | Review, revise draft memorandum to ACC counsel regarding ELT Motion for purposes of advising counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 13-Mar-08 | JPS | Continue review and analysis of Libby Settlement and Motion Authorizing Libby Settlement (Libby Motion) for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 13-Mar-08 | JPS | Write memorandum to ACC counsel (Hurford, et al.) regarding Libby Settlement and Libby Motion for purposes of advising counsel. | 2.30 | $ 565.00 | $ 1,299.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 13-Mar-08 | JPS | Write response to inquiry of ACC counsel (Slocombe) regarding Libby Settlement and Libby Motion for purposes of advising counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 14-Mar-08 | JPS | Review, analyze memorandum from ACC counsel (Hurford) and Company documents regarding Libby Settlement and Libby Motion for purposes of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 14-Mar-08 | JPS | Write further memorandum to ACC counsel (Hurford, et al.) regarding Libby Settlement and Libby Motion for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 14-Mar-08 | JPS | Call with ACC counsel (Hurford) regarding ELT Motion for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 14-Mar-08 | JPS | Further review and analysis of ELT Agreement with Grace, ELT Motion and memorandum of Grace counsel (J Baer) for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 14-Mar-08 | JPS | Revise memorandum (former draft) to ACC counsel regarding ELT Agreement and Motion for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 19-Mar-08 | JPS | Review ACC counsel's (Hurford) memorandum on ELT Motion for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 19-Mar-08 | JPS | Commence review of Curtis Bay Environmental Remediation Motion (Curtis Bay Motion) and Settlement (Curtis Bay Settlement) regarding radioactive waste for purpose of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 27-Mar-08 | JPS | Further review of Curtis Bay FUSRAP Environmental Motion, Settlement Agreement, environmental claims, draw up questions for Blackstone for recovery analysis and for purposes of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 28-Mar-08 | JPS | Continue review and analysis of Curtis Bay FUSRAP Environmental Settlement and Motion for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 28-Mar-08 | JPS | Calls (2) with Piper Jaffray (Brownstein and Solganick) regarding Curtis Bay FUSRAP Motion and environmental claims for claims and recovery analysis. | 0.40 | $ 565.00 | $ 226.00 |
| 28-Mar-08 | JPS | Call with Blackstone (O'Connell) regarding Curtis Bay FUSRAP Motion and environmental claims for claims and recovery analysis. | 0.20 | $ 565.00 | $ 113.00 |
| 28-Mar-08 | JPS | Call with ACC counsel (Hurford) to discuss Curtis Bay FUSRAP Motion and Settlement for purposes of advising counsel. | 0.20 | $ 565.00 | $ 113.00 |
| 31-Mar-08 | JPS | Call with Blackstone (Istvan) regarding Curtis Bay FUSRAP Motion and Settlement for purposes of advising ACC counsel. | 0.20 | $ 565.00 | $ 113.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 31-Mar-08 | JPS | Continue review and analysis of Curtis Bay FUSRAP Motion and Settlement, revised claims schedule from Blackstone/Company for purposes of advising ACC counsel. | 1.90 | $ 565.00 | $ 1,073.50 |
| 31-Mar-08 | JPS | Write memorandum to ACC counsel regarding Curtis Bay FUSRAP Motion for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| | | Total Claims Administration and Objections (Non-Asbestos) | 29.60 | | $ 16,724.00 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 26-Mar-08 | RHL | Prepared Feb Fee Application | 1.20 | $ 425.00 | $ 510.00 |
| 27-Mar-08 | RHL | Finalized and forwarded fee application. | 0.30 | $ 425.00 | $ 127.50 |
| | | Total Fee Applications (Applicant) | 1.50 | | $ 637.50 |

Financing

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 14-Mar-08 | JPS | Review Blackstone memorandum (O'Connell) regarding status of DIP financing, DIP Motion and existing DIP facility documents for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 14-Mar-08 | JPS | Call with Blackstone (O'Connell) to discuss status of DIP financing for purposes of advising ACC counsel. | 0.20 | $ 565.00 | $ 113.00 |
| 17-Mar-08 | BR | Review of Sinclair e-mail relating to renewal of Grace's DIP facility. | 0.10 | $ 565.00 | $ 56.50 |
| 17-Mar-08 | JPS | Further review of terms of DIP financing extension for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 17-Mar-08 | JPS | Write memorandum to ACC counsel regarding DIP financing extension and report on operating results and financial status for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 18-Mar-08 | JPS | Further review of terms of DIP financing extension for purposes of advising ACC counsel. | 1.50 | $ 565.00 | $ 847.50 |
| | | Total Financing | 7.70 | | $ 4,350.50 |

Hearings

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 01-Mar-08 | BR | Review of Liability Transfer Agreement for purpose of analyzing debtor's motion to enter into such agreement. | 2.60 | $ 565.00 | $ 1,469.00 |
| 01-Mar-08 | BR | Review of Debtor's motion for an order authorizing the Remedium Closing Agreement with the IRS for purpose of on-going monitoring of chapter 11 proceedings. | 0.40 | $ 565.00 | $ 226.00 |
| 02-Mar-08 | BR | Review of Grace motion to enter into Liability Transfer Agreement for purpose of on-going monitoring of chapter 11 proceedings. | 0.40 | $ 565.00 | $ 226.00 |
| 02-Mar-08 | BR | Review of prior documents relating to environmental liability and settlements for purpose of analyzing current motion for approval of Liability Transfer Agreement. | 1.40 | $ 565.00 | $ 791.00 |
| 06-Mar-08 | BR | Review of company responses to questions posed with respect to ELT transaction. | 0.40 | $ 565.00 | $ 226.00 |
| 11-Mar-08 | BR | Review of Settlement Agreement between Grace and the United States relating to past an future environmental liabilities associated with the Libby, Montana site. | 0.80 | $ 565.00 | $ 452.00 |
| 12-Mar-08 | BR | Review of debtor's motion for an order approving the settlement agreement between Grace and the United States relating to environmental liabilities at the Libby, Montana site and related documents attached thereto. | 0.70 | $ 565.00 | $ 395.50 |
| 14-Mar-08 | BR | Review of Sinclair memorandum to counsel to the ACC analyzing debtor's proposed motion with respect to the ELT Agreement. | 0.40 | $ 565.00 | $ 226.00 |
| 14-Mar-08 | BR | Review of e-mail from Jamie O'Connell re Grace's Renewal DIP facility for purpose of on-going monitoring of chapter 11 proceeding. | 0.10 | $ 565.00 | $ 56.50 |
| 14-Mar-08 | BR | Review of series of e-mails addressing the debtor's motion for court approvalwith respect to the environmental settlement agreement with the United States. | 0.30 | $ 565.00 | $ 169.50 |
| 19-Mar-08 | BR | Review of Limited Objection of Unifirst Corporation to Debtor's motion for authorization to enter into ELT agreement with respect to environmental liabilities. | 0.40 | $ 565.00 | $ 226.00 |
| 19-Mar-08 | BR | Review of other documents attached to Unifirst limited objection to Debtor's motion to enter into environmental agreement with ELT. | 1.30 | $ 565.00 | $ 734.50 |
| 19-Mar-08 | BR | Review of Grace agreement with Unifirst and Beatrice re environmental clean-up relating to Woburn, MA site. | 0.50 | $ 565.00 | $ 282.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 22-Mar-08 | BR | Review of Debtor's motion for approval of settlement agreement with the United States relating to the Curtis Bay FUSRAP matter for purpose of on-going monitoring of chapter 11 proceedings. | 0.50 | $ 565.00 | $ 282.50 |
| 22-Mar-08 | BR | Review of settlement agreement between Grace and the United States relating to Curtis Bay FUSRAP matter for purpose of on-going monitoring of chapter 11 proceedings. | 1.10 | $ 565.00 | $ 621.50 |
| 27-Mar-08 | BR | Tel C w/ J Sinclair re Grace's motion to enter into settlement agreement with the US regarding the Curtis Bay FUSRUP matter. | 0.20 | $ 565.00 | $ 113.00 |
| | | Total Hearings | 11.50 | | $ 6,497.50 |

Plan and Disclosure Statement

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 24-Mar-08 | BR | Tel C's with J Sinclair to discuss potential structure of note issued to the PI plan trust as part of the plan of reorganization. | 0.40 | $ 565.00 | $ 226.00 |
| | | Total Plan and Disclosure Statement | 0.40 | | $ 226.00 |

Valuation

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 04-Mar-08 | BR | Review of supplementary information set forth in Grace's Executive Summary - Financial Statements for the fourth quarter of 2007. | 2.70 | $ 565.00 | $ 1,525.50 |
| 04-Mar-08 | BR | Review of Grace weekly stock update and Fresenius and Sealed valuations sent to counsel to the ACC. | 0.20 | $ 565.00 | $ 113.00 |
| 04-Mar-08 | BR | Review of Grace press release and financial statements relating to the fourth quarter 2007 and 2007 in total. | 2.90 | $ 565.00 | $ 1,638.50 |
| 04-Mar-08 | BR | Review of footnotes to consolidated financial statements for 2007 set forth in Grace's Executive Summary - Financial Statements for the fourth quarter of 2007. | 2.30 | $ 565.00 | $ 1,299.50 |
| 04-Mar-08 | BR | Review of "Management's Discussion of Consolidated Operations" for year ended 12/31/07. | 0.60 | $ 565.00 | $ 339.00 |
| 04-Mar-08 | PC | Begin to update balance sheet portion (enterprise value) of market multiple valuation | 2.25 | $ 210.00 | $ 472.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 05-Mar-08 | PC | Continue to update balance sheet portion (enterprise value) of market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 10-Mar-08 | PC | Review and analyze Rohm and Haas 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 10-Mar-08 | PC | Review and analyze Lubrizol 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 10-Mar-08 | PC | Review and analyze Cytec 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 10-Mar-08 | PC | Review and analyze Albermarle 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.00 | $ 210.00 | $ 210.00 |
| 10-Mar-08 | PC | Review and analyze Hercules 10-K (Grace Guideline Company) for due diligence and valuation monitoring | 1.25 | $ 210.00 | $ 262.50 |
| 11-Mar-08 | JPS | Review, analyze 2007 10-K Report for due diligence and valuation monitoring. | 2.30 | $ 565.00 | $ 1,299.50 |
| 11-Mar-08 | PC | Review and analyze the 10-Ks of Grace's guildeline companies (CEM, PPG, CBT and FUL) for due diligence and valuation monitoring | 4.00 | $ 210.00 | $ 840.00 |
| 12-Mar-08 | BR | Review of Grace monthly operating and financial report for January 2008. | 3.20 | $ 565.00 | $ 1,808.00 |
| 17-Mar-08 | BR | Review of weekly stock price report and news for purpose of on-going monitoring of chapter 11 proceedings. | 0.10 | $ 565.00 | $ 56.50 |
| 19-Mar-08 | PC | Update share pricing data for market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 20-Mar-08 | PC | Review and analyze Thomson IBES Analyst estimates for guideline | 3.00 | $ 210.00 | $ 630.00 |
| 20-Mar-08 | PC | Update share pricing data for market multiple valuation | 1.50 | $ 210.00 | $ 315.00 |
| 24-Mar-08 | BR | Review of weekly stock price report and news for purpose of on-going monitoring of chapter 11 proceedings. | 0.10 | $ 565.00 | $ 56.50 |
| 28-Mar-08 | BR | Review of Grace Claims Detail spreadsheet for purpose of on-going monitoring of chapter 11 proceedings. | 0.40 | $ 565.00 | $ 226.00 |
| 28-Mar-08 | PC | Update pricing data for market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 31-Mar-08 | BR | Review and analysis of memo from the company/Blackstone relating to environmental settlement with United States regarding Libby, Montana site and attached exhibits thereto. | 1.90 | $ 565.00 | $ 1,073.50 |
| 31-Mar-08 | JPS | Commence review and analysis of February 2008 Monthly Financial Report for valuation monitoring. | 1.60 | $ 565.00 | $ 904.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| | | Total Valuation | 38.80 | | $  14,644.50 |
| | | **TOTAL** | 162.45 | | $  69,774.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2008 through March 31, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley M Rapp - Senior Managing Director | 26.80 | $ 565.00 | $ 15,142.00 |
| James Sinclair - Senior Managing Director | 72.50 | $ 565.00 | $ 40,962.50 |
| Robert Lindsay - Director | 1.90 | $ 425.00 | $ 807.50 |
| Peter Cramp - Analyst | 61.25 | $ 210.00 | $ 12,862.50 |
| Total Professional Hours and Fees | 162.45 | | $ 69,774.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - March 1, 2008 through March 31, 2008

| Date | Description of Item | Amount |
|------|---------------------|--------|
| 03/31/08 | Online Research | $228.00 |
|  | Total Expenses March 1, 2008 through March 31, 2008 | $228.00 |