```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                                    Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip#  Description                                         HOURS/RATE     AMOUNT
---------------------------------------------------------------------------------------
 01/03/08   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)   3.8       3040.00
 #3103      Review Dunbar pamphlet and other documents              800.00

 01/03/08   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)   3.3       2640.00
 #3105      Review Moolgavkar documents                             800.00

 01/04/08   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)   0.3        240.00
 #3106      Telephone Relles re: Moolgavkar reports                 800.00

 01/04/08   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)   3.5       2800.00
 #3107      Read  Moolgavkar reports                                800.00

 01/04/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   0.3        142.50
 #3306      Telephone Peterson re: Moolgavkar reports               475.00

 01/04/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   3.5       1662.50
 #3307      Read  Moolgavkar reports                                475.00

 01/05/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   3.8       1805.00
 #3309      Review Moolgavkar reports                               475.00

 01/05/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   1.2        570.00
 #3310      Review Florence data shipment                           475.00

 01/06/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   2.0        950.00
 #3311      Review Moolgavkar reports                               475.00

 01/06/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   1.4        665.00
 #3312      Replicate Moolgavkar computations                       475.00

 01/07/08   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)   0.4        320.00
 #3112      Telephone Relles re: Florence's six meso cases          800.00

 01/07/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   0.4        190.00
 #3314      Telephone Peterson re: Florence's six meso cases        475.00

 01/07/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   1.5        712.50
 #3315      Review Florence's six meso cases                        475.00

 01/08/08   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)   0.3        240.00
 #3121      Telephone Relles re: Florence's 21 meso cases           800.00
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 2

                    W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 01/08/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3     142.50
 #3318     Telephone Peterson re: Florence's 21 meso cases       475.00

 01/09/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.5    1662.50
 #3327     Develop comments on Moolgavkar reports                475.00

 01/09/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6     285.00
 #3328     Review Anderson's report for dependencies on         475.00
           Moolgavkar

 01/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.4    1615.00
 #3329     Develop comments on Moolgavkar reports                475.00

 01/12/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.3    1092.50
 #3333     Develop comments on Moolgavkar reports                475.00

 01/13/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.2    2560.00
 #3136     Review Heckman issues                                 800.00

 01/13/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  6.0    2850.00
 #3334     Develop comments on Moolgavkar reports                475.00

 01/14/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.6    1710.00
 #3335     Finalize comments on Moolgavkar reports               475.00

 01/14/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5     712.50
 #3336     Review depositions and Exponent reports               475.00

 01/14/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3     617.50
 #3337     Review ARPC materials                                 475.00

 01/15/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3     617.50
 #3338     Read Anderson report                                  475.00

 01/16/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.5    1187.50
 #3344     Develop comments on Exponent's lack of science        475.00

 01/17/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0     950.00
 #3348     Review epidemiological literature for Exponent        475.00
           rebuttal

 01/18/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5     400.00
 #3146     Telephone Relles re: Exponent rebuttal                800.00
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 3

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 01/18/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  3.5  1662.50
 #3349     Assess information available to Exponent re:      475.00
           exposure to others' products

 01/18/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0   950.00
 #3350     Assemble summary of Exponent weaknesses for Peterson  475.00
           discussion

 01/18/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5   237.50
 #3351     Telephone Peterson re: Exponent rebuttal            475.00

 01/19/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  4.9  3920.00
 #3149     Review Exponent materials                           800.00

 01/24/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5   237.50
 #3360     Email Wehner and Eveland re: coding of Grace      475.00
           products
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                       Page  4

                        W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
 01/03/08  Relles    / (07) Committee, Creditors'            1.0     475.00
 #3302     Review Moolgavkar calculations; email Bailor    475.00
           (Caplin-Drysdale) re: same

 01/04/08  Relles    / (07) Committee, Creditors'            1.0     475.00
 #3304     Review Moolgavkar calculations; email Bailor    475.00
           (Caplin-Drysdale) re: same

 01/04/08  Relles    / (07) Committee, Creditors'            0.3     142.50
 #3305     Telephone Bailor re: Moolgavkar reports         475.00

 01/04/08  Relles    / (07) Committee, Creditors'            1.2     570.00
 #3308     Respond to Finch request for Florence's six mesos 475.00

 01/07/08  Peterson  / (07) Committee, Creditors'            1.3    1040.00
 #3114     Memo to Finch re: six cases                     800.00

 01/08/08  Peterson  / (07) Committee, Creditors'            0.5     400.00
 #3116     Review Kazan and Inselbuch memos                800.00

 01/08/08  Relles    / (07) Committee, Creditors'            0.2      95.00
 #3324     Telephone Bailor re: Moolgavkar                 475.00

 01/09/08  Peterson  / (07) Committee, Creditors'            3.5    2800.00
 #3126     Grace committee call and preparation            800.00

 01/11/08  Relles    / (07) Committee, Creditors'            1.0     475.00
 #3331     Respond to Finch questions about Price and Ware 475.00

 01/15/08  Relles    / (07) Committee, Creditors'            0.8     380.00
 #3339     Locate published Seer-13 rates for Finch, summarize 475.00
           Seer

 01/22/08  Relles    / (07) Committee, Creditors'            0.5     237.50
 #3354     Correspondence with Wehner re: PIQ coding errors 475.00

 01/23/08  Relles    / (07) Committee, Creditors'            3.7    1757.50
 #3359     Summarize Verus mesothelioma sample information 475.00
           about Grace products, email Wehner

 01/25/08  Relles    / (07) Committee, Creditors'            1.8     855.00
 #3363     Categorize types of Grace products identified in 475.00
           meso sample using latest Verus tables; email results
           to Wehner
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 5

                      W. R. Grace


Date/Slip# Description                                        HOURS/RATE    AMOUNT
----------------------------------------------------------------------------------
 01/25/08  Relles    / (07) Committee, Creditors'                 0.3       142.50
 #3365     Email correspondence with Wehner                     475.00
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 6

                         W. R. Grace


Date/Slip# Description                                   HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 01/07/08  Peterson  / (14) Hearings                         5.8       4640.00
 #3115     Review reports and depositions for Grace experts 800.00

 01/10/08  Peterson  / (14) Hearings                         5.6       4480.00
 #3132     Read Daubert briefs                              800.00

 01/10/08  Relles    / (14) Hearings                         2.5       1187.50
 #3330     Read memos on Daubert motions                    475.00

 01/11/08  Relles    / (14) Hearings                         2.0        950.00
 #3332     Read Daubert motions                             475.00

 01/12/08  Peterson  / (14) Hearings                         4.3       3440.00
 #3135     Review Daubert filings                           800.00

 01/13/08  Peterson  / (14) Hearings                         3.6       2880.00
 #3137     Review Daubert filings; draft and send memo to   800.00
           counsel

 01/14/08  Peterson  / (14) Hearings                         7.3       5840.00
 #3138     Review report and depositions to prepare for trial 800.00

 01/27/08  Peterson  / (14) Hearings                         4.4       3520.00
 #3160     Review depositions and reports to prepare for trial 800.00
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 7

                       W. R. Grace


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 01/02/08   Peterson  / (16) Plan and Disclosure Statement        2.8     2240.00
 #3101      Review materials related to TDP                    800.00

 01/03/08   Peterson  / (16) Plan and Disclosure Statement        0.4      320.00
 #3104      Telephone Relles re: TDP values                    800.00

 01/03/08   Relles    / (16) Plan and Disclosure Statement        1.7      807.50
 #3301      Review TDP numbers and sources in Peterson memo    475.00

 01/03/08   Relles    / (16) Plan and Disclosure Statement        0.4      190.00
 #3303      Telephone Peterson re: TDP values                  475.00

 01/08/08   Peterson  / (16) Plan and Disclosure Statement        0.7      560.00
 #3117      Telephone McMillan re: TDP; memo to Relles         800.00

 01/08/08   Peterson  / (16) Plan and Disclosure Statement        1.0      800.00
 #3118      Review TDP analysis and send memo to McMillan      800.00

 01/08/08   Peterson  / (16) Plan and Disclosure Statement        1.4     1120.00
 #3120      Review TDP statistics                              800.00

 01/08/08   Peterson  / (16) Plan and Disclosure Statement        0.2      160.00
 #3123      Telephone Relles re: collars for Grace TDP         800.00

 01/08/08   Relles    / (16) Plan and Disclosure Statement        0.2       95.00
 #3320      Telephone Peterson re: collars for Grace TDP       475.00

 01/08/08   Relles    / (16) Plan and Disclosure Statement        0.8      380.00
 #3321      Develop collars for Grace TDP                      475.00

 01/09/08   Peterson  / (16) Plan and Disclosure Statement        2.6     2080.00
 #3129      Work on Trust liability analysis under TDP         800.00

 01/10/08   Peterson  / (16) Plan and Disclosure Statement        1.7     1360.00
 #3131      Analysis and memo to Inselbuch on TDP issues       800.00

 01/11/08   Peterson  / (16) Plan and Disclosure Statement        1.6     1280.00
 #3134      Review TDP and Trust Agreement drafts              800.00
```

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 8

                            W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 01/02/08  Peterson   / (28) Data Analysis                       3.3    2640.00
 #3102     Review materials to prepare for hearing            800.00

 01/04/08  Peterson   / (28) Data Analysis                       4.2    3360.00
 #3108     Review documents to prepare for testimony          800.00

 01/05/08  Peterson   / (28) Data Analysis                       5.9    4720.00
 #3109     Review reports/exhibits for Grace proposed experts 800.00

 01/06/08  Peterson   / (28) Data Analysis                       3.7    2960.00
 #3110     Review reports/exhibits for Grace proposed experts 800.00

 01/06/08  Peterson   / (28) Data Analysis                       4.8    3840.00
 #3111     Review current asbestos claims data; review analyses 800.00
           for LAS report

 01/07/08  Peterson   / (28) Data Analysis                       3.6    2880.00
 #3113     Review six cases                                   800.00

 01/07/08  Relles     / (28) Data Analysis                       1.4     665.00
 #3313     Check computation of female vs male mesothelioma   475.00
           rates

 01/08/08  Peterson   / (28) Data Analysis                       5.4    4320.00
 #3119     Review sampled meso claims                         800.00

 01/08/08  Peterson   / (28) Data Analysis                       1.6    1280.00
 #3122     Telephone Relles re: rebuttal of Grace experts     800.00

 01/08/08  Peterson   / (28) Data Analysis                       0.5     400.00
 #3124     Telephone Relles re: Worthington claims            800.00

 01/08/08  Peterson   / (28) Data Analysis                       1.6    1280.00
 #3125     Review filings by law firms                        800.00

 01/08/08  Relles     / (28) Data Analysis                       1.4     665.00
 #3316     Read Price and Ware                                475.00

 01/08/08  Relles     / (28) Data Analysis                       1.7     807.50
 #3317     Investigate trends in SEER mesothelioma rates      475.00

 01/08/08  Relles     / (28) Data Analysis                       1.6     760.00
 #3319     Telephone Peterson re: rebuttal of Grace experts   475.00

 01/08/08  Relles     / (28) Data Analysis                       2.5    1187.50
 #3322     Investigate Worthington claims                     475.00
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 9

                        W. R. Grace


Date/Slip# Description                                HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 01/08/08  Relles   / (28) Data Analysis                    0.5     237.50
 #3323     Telephone Peterson re: Worthington claims      475.00

 01/09/08  Peterson / (28) Data Analysis                    0.6     480.00
 #3127     Telephone Relles (2 calls) re: revisions to Trust 800.00
           simulation

 01/09/08  Peterson / (28) Data Analysis                    0.3     240.00
 #3128     Review Ebener comments on jury trends          800.00

 01/09/08  Peterson / (28) Data Analysis                    2.8    2240.00
 #3130     Review experts' reports                        800.00

 01/09/08  Relles   / (28) Data Analysis                    0.6     285.00
 #3325     Telephone Peterson (2 calls) re: revisions to Trust 475.00
           simulation

 01/09/08  Relles   / (28) Data Analysis                    2.5    1187.50
 #3326     Revise Trust simulation                        475.00

 01/11/08  Peterson / (28) Data Analysis                    3.6    2880.00
 #3133     Research issue of female meso incidence        800.00

 01/14/08  Peterson / (28) Data Analysis                    3.3    2640.00
 #3139     Plan trial exhibits                            800.00

 01/15/08  Peterson / (28) Data Analysis                    1.1     880.00
 #3140     Review incidence estimates for meso            800.00

 01/15/08  Peterson / (28) Data Analysis                    3.4    2720.00
 #3141     Review sampled meso claims                     800.00

 01/15/08  Peterson / (28) Data Analysis                    2.8    2240.00
 #3142     Review trial transcript                        800.00

 01/15/08  Relles   / (28) Data Analysis                    4.7    2232.50
 #3340     Compute risks posed by various exposure pattern 475.00

 01/15/08  Relles   / (28) Data Analysis                    2.5    1187.50
 #3341     Read transcript of Jan 14 trial                475.00

 01/16/08  Peterson / (28) Data Analysis                    0.5     400.00
 #3143     Telephone Relles re: trial transcript          800.00

 01/16/08  Peterson / (28) Data Analysis                    3.0    2400.00
 #3144     Review trial transcript                        800.00
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 10

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 01/16/08  Relles    / (28) Data Analysis                        0.5     237.50
 #3342     Telephone Peterson re: Bernick arguments           475.00

 01/16/08  Relles    / (28) Data Analysis                        1.4     665.00
 #3343     Select items to comment on from transcript of Jan 14 475.00
           trial

 01/17/08  Peterson  / (28) Data Analysis                        6.7    5360.00
 #3145     Prepare for testimony and trial graphics           800.00

 01/17/08  Relles    / (28) Data Analysis                        0.3     142.50
 #3345     Telephone Totten re: status of Access databases   475.00

 01/17/08  Relles    / (28) Data Analysis                        1.5     712.50
 #3346     Review contents of Access databases, compare with 475.00
           other available information

 01/17/08  Relles    / (28) Data Analysis                        2.5    1187.50
 #3347     Examine fraction of payments made by Grace across 475.00
           multiple defendants

 01/17/08  Totten    / (28) Data Analysis                        3.5     700.00
 #4001     Analyze Access data bases received to determine   200.00
           additional information available to Exponent and its
           experts

 01/17/08  Totten    / (28) Data Analysis                        0.3      60.00
 #4002     Telephone Relles re: status of Access databases   200.00

 01/18/08  Peterson  / (28) Data Analysis                        5.8    4640.00
 #3147     Work on trial graphics                            800.00

 01/18/08  Peterson  / (28) Data Analysis                        2.7    2160.00
 #3148     Review sampled meso claims                        800.00

 01/19/08  Peterson  / (28) Data Analysis                        2.8    2240.00
 #3150     Work on trial graphics                            800.00

 01/19/08  Relles    / (28) Data Analysis                        2.7    1282.50
 #3352     Review graphics for trial preparation             475.00

 01/20/08  Peterson  / (28) Data Analysis                        5.4    4320.00
 #3151     Work on trial graphics and testimony              800.00

 01/20/08  Relles    / (28) Data Analysis                        1.9     902.50
 #3353     Work on graphics                                  475.00
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 11

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 01/21/08  Peterson  / (28) Data Analysis                     3.7      2960.00
 #3152     Work on trial graphics and testimony             800.00

 01/21/08  Peterson  / (28) Data Analysis                     2.2      1760.00
 #3153     Review data on verdicts                          800.00

 01/22/08  Peterson  / (28) Data Analysis                     4.6      3680.00
 #3154     Revise documents for trial                       800.00

 01/22/08  Peterson  / (28) Data Analysis                     4.5      3600.00
 #3155     Review coding of POC and PIQ forms               800.00

 01/22/08  Relles    / (28) Data Analysis                     2.3      1092.50
 #3355     Investigate coding errors                        475.00

 01/22/08  Relles    / (28) Data Analysis                     2.0       950.00
 #3356     Summarize PIQ information about Grace products   475.00

 01/22/08  Relles    / (28) Data Analysis                     1.5       712.50
 #3357     Update analysis                                  475.00

 01/22/08  Relles    / (28) Data Analysis                     2.0       950.00
 #3358     Summarize Verus random sample information about  475.00
           Grace products

 01/23/08  Peterson  / (28) Data Analysis                     6.3      5040.00
 #3156     Working on trial materials and preparation       800.00

 01/24/08  Peterson  / (28) Data Analysis                     7.8      6240.00
 #3157     Working on trial materials and preparation       800.00

 01/24/08  Relles    / (28) Data Analysis                     1.8       855.00
 #3361     Categorize types of Grace products identified in 475.00
           meso sample

 01/24/08  Relles    / (28) Data Analysis                     2.0       950.00
 #3362     Develop materials for hearing                    475.00

 01/25/08  Peterson  / (28) Data Analysis                     5.7      4560.00
 #3158     Working on trial materials and preparation       800.00

 01/25/08  Relles    / (28) Data Analysis                     1.2       570.00
 #3364     Develop materials for hearing                    475.00

 01/26/08  Peterson  / (28) Data Analysis                     4.4      3520.00
 #3159     Review hearing transcripts                       800.00
```

{D0107613.1 }

```
Date: 03/10/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                                  Page 12

                       W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 01/26/08  Relles    / (28) Data Analysis                         1.5     712.50
 #3366     Review transcripts and reports                       475.00

 01/27/08  Peterson  / (28) Data Analysis                         3.2    2560.00
 #3161     Work on materials for hearing                        800.00

 01/27/08  Relles    / (28) Data Analysis                         1.8     855.00
 #3367     Archive and back up all Grace data                   475.00

 01/28/08  Peterson  / (28) Data Analysis                         8.8    7040.00
 #3162     Working on trial materials and preparation           800.00

 01/29/08  Peterson  / (28) Data Analysis                         8.8    7040.00
 #3163     Working on trial materials and preparation           800.00

 01/30/08  Peterson  / (28) Data Analysis                         4.4    3520.00
 #3164     Review transcripts                                   800.00

 01/30/08  Peterson  / (28) Data Analysis                         5.8    4640.00
 #3165     Working on trial materials and preparation           800.00

 01/31/08  Peterson  / (28) Data Analysis                         6.8    5440.00
 #3166     Working on trial materials and preparation           800.00
--------------------------------------------------------------------------------
```

{D0107613.1 }

```
Date: 03/10/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 13

                              W. R. Grace

                Summary Of Time Charges, By Month and Activity
                        January 2008 - January 2008

  MONTH       ACTIVITY                                       HOURS     AMOUNT
  ---------------------------------------------------------------------------
  January   - (05) Claims Anal Objectn/Resolutn (Asbest)      69.1   39387.50
  January   - (07) Committee, Creditors'                      17.1    9845.00
  January   - (14) Hearings                                   35.5   26937.50
  January   - (16) Plan and Disclosure Statement              15.5   11392.50
  January   - (28) Data Analysis                             206.5  147872.50
  January   - (99) Total                                     343.7  235435.00

  Total     - (05) Claims Anal Objectn/Resolutn (Asbest)      69.1   39387.50
  Total     - (07) Committee, Creditors'                      17.1    9845.00
  Total     - (14) Hearings                                   35.5   26937.50
  Total     - (16) Plan and Disclosure Statement              15.5   11392.50
  Total     - (28) Data Analysis                             206.5  147872.50
  Total     - (99) Total                                     343.7  235435.00

  ---------------------------------------------------------------------------
```

{D0107613.1 }

```
Date: 03/10/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 14

                    W. R. Grace

             Summary Of Time Charges, By Month and Person
                      January 2008 - January 2008

   MONTH       PERSON                                          HOURS     AMOUNT
   ----------------------------------------------------------------------------
   January   - Relles                                          114.6   54435.00
   January   - Peterson                                        225.3  180240.00
   January   - Totten                                            3.8     760.00
   January   - Total                                           343.7  235435.00

   Total     - Relles                                          114.6   54435.00
   Total     - Peterson                                        225.3  180240.00
   Total     - Totten                                            3.8     760.00
   Total     - Total                                           343.7  235435.00

   -----------------------------------------------------------------------------
```

{D0107613.1 }

```
Date: 03/10/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 15

                 W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                     January 2008 - January 2008

MONTH      PERSON                                  HOURS    RATE      AMOUNT
------------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

January   - Relles                                  48.9    475.    23227.50
January   - Peterson                                20.2    800.    16160.00

(07) Committee, Creditors'

January   - Relles                                  11.8    475.     5605.00
January   - Peterson                                 5.3    800.     4240.00

(14) Hearings

January   - Relles                                   4.5    475.     2137.50
January   - Peterson                                31.0    800.    24800.00

(16) Plan and Disclosure Statement

January   - Relles                                   3.1    475.     1472.50
January   - Peterson                                12.4    800.     9920.00

(28) Data Analysis

January   - Relles                                  46.3    475.    21992.50
January   - Peterson                               156.4    800.   125120.00
January   - Totten                                   3.8    200.      760.00

------------------------------------------------------------------------------
```

{D0107613.1 }