```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 1



                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 02/04/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5     712.50
 #3606     read Chambers rebuttal report                        475.00

 02/06/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2     960.00
 #3416     Review Moolgavkar materials and Relles comments     800.00

 02/07/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.3     617.50
 #3620     explore Peto curves to understand potential         475.00
           Moolgavkar sensitivities

 02/09/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  6.4    5120.00
 #3430     Review Ory testimony and materials                  800.00

 02/10/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3     240.00
 #3433     Telephone Relles re: Moolgavkar memo                800.00

 02/10/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0     800.00
 #3434     Review Relles memo re: Exponent                     800.00

 02/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  4.0    1900.00
 #3630     develop Moolgavkar memo                             475.00

 02/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3     142.50
 #3631     telephone Peterson re: Moolgavkar memo              475.00

 02/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.4     665.00
 #3632     review Exponent reports                             475.00

 02/11/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0     950.00
 #3634     review Moolgavkar reports                           475.00

 02/22/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6     480.00
 #3462     review Biggs' alternatives to Nicholson             800.00

 02/22/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4     190.00
 #3662     review Biggs' alternatives to Nicholson             475.00

 02/27/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5     400.00
 #3481     Telephone Florence re: settlement issues            800.00

 02/29/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0     475.00
 #3687     telephone Cleveland re: Lees, Anderson, Moolgavkar  475.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 2

                      W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 02/01/08  Peterson   / (07) Committee, Creditors'           0.5       400.00
 #3402     Telephone Candon re: Libby estimations; email Relles 800.00

 02/04/08  Relles     / (07) Committee, Creditors'           0.3       142.50
 #3605     telephone Candon (Libby claimants attorney) re:  475.00
           Peterson report

 02/05/08  Relles     / (07) Committee, Creditors'           3.2      1520.00
 #3613     respond to Candon (Libby claimants attorney) request 475.00

 02/06/08  Relles     / (07) Committee, Creditors'           2.0       950.00
 #3614     email response to Finch re: Moolgavkar analysis  475.00

 02/06/08  Relles     / (07) Committee, Creditors'           0.5       237.50
 #3615     telephone Finch re: Moolgavkar analysis          475.00

 02/07/08  Peterson   / (07) Committee, Creditors'           0.6       480.00
 #3421     Telephone Finch re: hearing preparation          800.00

 02/07/08  Relles     / (07) Committee, Creditors'           2.0       950.00
 #3618     email Finch, Bailor, and Wehner re: discussion of 475.00
           Price and Ware, Moolgavkar analyses

 02/07/08  Relles     / (07) Committee, Creditors'           1.0       475.00
 #3619     telephone Finch re: cross-examining Moolgavkar   475.00

 02/07/08  Relles     / (07) Committee, Creditors'           1.0       475.00
 #3621     email Finch, Bailor, and Wehner re: Moolgavkar   475.00
           sensitivities

 02/08/08  Relles     / (07) Committee, Creditors'           1.0       475.00
 #3622     respond to Candon (Libby claimants attorney) request 475.00

 02/08/08  Relles     / (07) Committee, Creditors'           1.2       570.00
 #3623     respond to Wehner query re: CE curves            475.00

 02/11/08  Peterson   / (07) Committee, Creditors'           1.6      1280.00
 #3436     Committee conference call and preparation        800.00

 02/11/08  Peterson   / (07) Committee, Creditors'           1.4      1120.00
 #3437     Review and forward to Finch previous trial exhibits 800.00

 02/11/08  Relles     / (07) Committee, Creditors'           0.8       380.00
 #3636     correspondence with Candon re: spreadsheets      475.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 3

                    W. R. Grace


Date/Slip# Description                                HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/13/08  Relles   / (07) Committee, Creditors'           0.4      190.00
 #3639     telephone Candon re: inflating and discounting  475.00

 02/13/08  Relles   / (07) Committee, Creditors'           1.6      760.00
 #3640     prepare and send W&K cases to Wehner            475.00

 02/19/08  Relles   / (07) Committee, Creditors'           1.7      807.50
 #3648     read Snyder deposition                          475.00

 02/20/08  Peterson / (07) Committee, Creditors'           2.7     2160.00
 #3449     Review Snyder deposition                        800.00

 02/20/08  Peterson / (07) Committee, Creditors'           0.5      400.00
 #3450     Telephone Inselbuch re: settlement discussions  800.00

 02/20/08  Relles   / (07) Committee, Creditors'           0.4      190.00
 #3651     email correspondence with Candon                475.00

 02/21/08  Peterson / (07) Committee, Creditors'           1.0      800.00
 #3453     conference call with Inselbuch, Rice, Finch and 800.00
           Relles

 02/21/08  Peterson / (07) Committee, Creditors'           0.8      640.00
 #3456     conference call with Biggs, Frankel, Inselbuch, 800.00
           Finch and Relles

 02/21/08  Peterson / (07) Committee, Creditors'           0.4      320.00
 #3457     Telephone Inselbuch re: settlement discussions  800.00

 02/21/08  Relles   / (07) Committee, Creditors'           1.0      475.00
 #3652     conference call with Inselbuch, Rice, Finch, and 475.00
           Peterson

 02/21/08  Relles   / (07) Committee, Creditors'           5.0     2375.00
 #3653     prepare handout for phone call with Finch       475.00

 02/21/08  Relles   / (07) Committee, Creditors'           0.5      237.50
 #3655     deal with miscellaneous Candon questions        475.00

 02/21/08  Relles   / (07) Committee, Creditors'           0.8      380.00
 #3656     conference call with Biggs, Frankel, Inselbuch, and 475.00
           Finch

 02/21/08  Relles   / (07) Committee, Creditors'           0.8      380.00
 #3658     conference call with Biggs, Frankel, Inselbuch, 475.00
           Finch and Peterson
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 4

                    W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 02/22/08  Peterson  / (07) Committee, Creditors'              2.5   2000.00
 #3460     Conference call with debtor, committee, futures and 800.00
           professionals re: settlement discussions; prepare
           for call

 02/22/08  Peterson  / (07) Committee, Creditors'              0.5    400.00
 #3461     Telephone Inselbuch re: settlement discussions    800.00

 02/22/08  Relles    / (07) Committee, Creditors'              0.3    142.50
 #3661     telephone Bailor re: cross-examining doctors      475.00

 02/25/08  Peterson  / (07) Committee, Creditors'              2.6   2080.00
 #3473     Review Finch emails and attachments re: technical 800.00
           issues for settlement discussions

 02/27/08  Peterson  / (07) Committee, Creditors'              0.7    560.00
 #3480     Telephone Finch re: trial exhibits               800.00

 02/29/08  Relles    / (07) Committee, Creditors'              3.7   1757.50
 #3686     conference call with Inselbuch et al             475.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 5

                     W. R. Grace


Date/Slip# Description                                        HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------
 02/08/08  Peterson  / (16) Plan and Disclosure Statement          1.6     1280.00
 #3429     Review TDP proposed sections and send memo to         800.00
           McMillan re: same

 02/10/08  Peterson  / (16) Plan and Disclosure Statement          3.2     2560.00
 #3432     Review draft TDP and materials for conference call    800.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 6

                        W. R. Grace


Date/Slip# Description                                         HOURS/RATE   AMOUNT
---------------------------------------------------------------------------------
 02/28/08  Peterson  / (20) Travel - Non-working                     3.0   1200.00
 #3485     Travel to New York                                      400.00

 02/29/08  Peterson  / (20) Travel - Non-working                     2.0    800.00
 #3489     Travel to Thousand Oaks                                 400.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 7

                        W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/01/08  Peterson  / (28) Data Analysis                        4.2    3360.00
 #3401     Review Grace's qualification rules                  800.00

 02/01/08  Peterson  / (28) Data Analysis                        2.9    2320.00
 #3403     Review Bernick's opening argument                   800.00

 02/01/08  Peterson  / (28) Data Analysis                        2.2    1760.00
 #3404     Review report re: trial exhibits                    800.00

 02/02/08  Peterson  / (28) Data Analysis                        3.3    2640.00
 #3405     Review January 14 hearing transcript                800.00

 02/02/08  Peterson  / (28) Data Analysis                        4.2    3360.00
 #3406     Work on trial exhibits                              800.00

 02/02/08  Relles    / (28) Data Analysis                        2.7    1282.50
 #3601     work on slides for trial                            475.00

 02/03/08  Peterson  / (28) Data Analysis                        0.5     400.00
 #3407     Telephone Relles re:  Bernick presentation          800.00

 02/03/08  Peterson  / (28) Data Analysis                        5.5    4400.00
 #3408     Work on trial exhibits                              800.00

 02/03/08  Relles    / (28) Data Analysis                        0.5     237.50
 #3602     telephone Peterson re:  Bernick presentation        475.00

 02/03/08  Relles    / (28) Data Analysis                        2.6    1235.00
 #3603     review Bernick presentation to the Court            475.00

 02/03/08  Relles    / (28) Data Analysis                        0.7     332.50
 #3604     work on slides for trial                            475.00

 02/04/08  Peterson  / (28) Data Analysis                        0.5     400.00
 #3409     Review Manville Trust filings                       800.00

 02/04/08  Peterson  / (28) Data Analysis                        0.3     240.00
 #3410     Telephone Relles re: filing histories by law firm   800.00

 02/04/08  Peterson  / (28) Data Analysis                        7.6    6080.00
 #3411     Work on trial preparation                           800.00

 02/04/08  Peterson  / (28) Data Analysis                        3.3    2640.00
 #3412     Work on trial exhibits                              800.00
```

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 8

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 02/04/08  Relles    / (28) Data Analysis                      3.8    1805.00
 #3607     review filing histories by law firm              475.00

 02/04/08  Relles    / (28) Data Analysis                      0.3     142.50
 #3608     telephone Peterson re: filing histories by law firm 475.00

 02/04/08  Relles    / (28) Data Analysis                      1.9     902.50
 #3609     work on slides for trial                         475.00

 02/05/08  Peterson  / (28) Data Analysis                      0.5     400.00
 #3413     Telephone Relles re: filing histories by law firm 800.00

 02/05/08  Peterson  / (28) Data Analysis                      4.9    3920.00
 #3414     analysis of Grace litigation by law firm         800.00

 02/05/08  Peterson  / (28) Data Analysis                      6.9    5520.00
 #3415     Work on trial preparation                        800.00

 02/05/08  Relles    / (28) Data Analysis                      2.9    1377.50
 #3610     review filing histories by law firm              475.00

 02/05/08  Relles    / (28) Data Analysis                      0.5     237.50
 #3611     telephone Peterson re: filing histories by law firm 475.00

 02/05/08  Relles    / (28) Data Analysis                      0.4     190.00
 #3612     review latest Manville data re: filing trends    475.00

 02/06/08  Peterson  / (28) Data Analysis                      2.5    2000.00
 #3417     Review Larson et. al. and Price/Ware epidemiological 800.00
           papers for mesothelioma

 02/06/08  Peterson  / (28) Data Analysis                      4.6    3680.00
 #3418     Review hearing transcripts                       800.00

 02/06/08  Peterson  / (28) Data Analysis                      4.3    3440.00
 #3419     Work on exhibits for hearing                     800.00

 02/07/08  Peterson  / (28) Data Analysis                      0.4     320.00
 #3420     telephone Relles re: recent claims               800.00

 02/07/08  Peterson  / (28) Data Analysis                      1.0     800.00
 #3422     Telephone Haden, Metzfield re: claims            800.00
           filings/stocking by law firms

 02/07/08  Peterson  / (28) Data Analysis                      2.7    2160.00
 #3423     Review graphic exhibits used in hearing          800.00
```

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 9

                       W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 02/07/08  Peterson  / (28) Data Analysis               5.7      4560.00
 #3424     Review hearing transcripts                 800.00

 02/07/08  Peterson  / (28) Data Analysis               3.1      2480.00
 #3425     Work on exhibits for hearing               800.00

 02/07/08  Relles    / (28) Data Analysis               0.3       142.50
 #3616     telephone Haden re: recent claims          475.00

 02/07/08  Relles    / (28) Data Analysis               0.4       190.00
 #3617     telephone Peterson re: recent claims       475.00

 02/08/08  Peterson  / (28) Data Analysis               8.1      6480.00
 #3426     Prepare hearing exhibits                   800.00

 02/08/08  Peterson  / (28) Data Analysis               0.5       400.00
 #3427     Telephone Relles re: non-Grace exposures   800.00

 02/08/08  Peterson  / (28) Data Analysis               0.5       400.00
 #3428     Telephone Relles re: graphics              800.00

 02/08/08  Relles    / (28) Data Analysis               0.5       237.50
 #3624     telephone Peterson re: non-Grace exposures 475.00

 02/08/08  Relles    / (28) Data Analysis               0.5       237.50
 #3625     telephone Peterson re: graphics            475.00

 02/08/08  Relles    / (28) Data Analysis               3.2      1520.00
 #3626     work on producing Waters and Kraus images  475.00

 02/08/08  Relles    / (28) Data Analysis               0.7       332.50
 #3627     work on graphics for trial                 475.00

 02/08/08  Relles    / (28) Data Analysis               2.5      1187.50
 #3628     work on slides for trial                   475.00

 02/09/08  Peterson  / (28) Data Analysis               4.1      3280.00
 #3431     Prepare hearing exhibits                   800.00

 02/09/08  Relles    / (28) Data Analysis               3.5      1662.50
 #3629     work on slides for trial                   475.00

 02/10/08  Peterson  / (28) Data Analysis               7.3      5840.00
 #3435     Prepare hearing exhibits                   800.00
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 10

                          W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 02/10/08  Relles    / (28) Data Analysis                        3.5   1662.50
 #3633     work on slides for trial                            475.00

 02/11/08  Peterson  / (28) Data Analysis                        8.4   6720.00
 #3438     Work on trial exhibits                              800.00

 02/11/08  Relles    / (28) Data Analysis                        0.5    237.50
 #3635     final production of W&K meso files, send to         475.00
           Caplin-Drysdale

 02/11/08  Relles    / (28) Data Analysis                        1.1    522.50
 #3637     work on slides for trial                            475.00

 02/12/08  Peterson  / (28) Data Analysis                        6.8   5440.00
 #3439     Work on trial exhibits                              800.00

 02/12/08  Relles    / (28) Data Analysis                        2.7   1282.50
 #3638     work on slides for trial                            475.00

 02/13/08  Peterson  / (28) Data Analysis                        8.6   6880.00
 #3440     Work on trial exhibits                              800.00

 02/13/08  Relles    / (28) Data Analysis                        3.2   1520.00
 #3641     back up images files                                475.00

 02/13/08  Relles    / (28) Data Analysis                        2.0    950.00
 #3642     review and edit Peterson slides                     475.00

 02/13/08  Relles    / (28) Data Analysis                        2.8   1330.00
 #3643     work on slides for trial                            475.00

 02/14/08  Peterson  / (28) Data Analysis                        7.2   5760.00
 #3441     Work on trial exhibits                              800.00

 02/14/08  Relles    / (28) Data Analysis                        3.5   1662.50
 #3644     work on slides for trial                            475.00

 02/15/08  Peterson  / (28) Data Analysis                        4.9   3920.00
 #3442     Work on trial exhibits                              800.00

 02/15/08  Relles    / (28) Data Analysis                        5.0   2375.00
 #3645     work on slides for trial                            475.00

 02/16/08  Peterson  / (28) Data Analysis                        9.2   7360.00
 #3443     Work on trial exhibits                              800.00
```

{D0109586.1 }

```
Date: 04/14/08             Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 11

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/16/08  Relles    / (28) Data Analysis                     4.8      2280.00
 #3646     finish first draft of slides, send to Peterson   475.00

 02/17/08  Peterson  / (28) Data Analysis                     7.9      6320.00
 #3444     Work on trial exhibits                           800.00

 02/18/08  Peterson  / (28) Data Analysis                     8.4      6720.00
 #3445     Work on trial exhibits                           800.00

 02/18/08  Relles    / (28) Data Analysis                     2.5      1187.50
 #3647     work on graphics, put together first draft of full 475.00
           set of slides

 02/19/08  Peterson  / (28) Data Analysis                     4.9      3920.00
 #3446     Work on trial preparation                        800.00

 02/19/08  Peterson  / (28) Data Analysis                     3.4      2720.00
 #3447     Work on trial exhibits                           800.00

 02/19/08  Relles    / (28) Data Analysis                     2.8      1330.00
 #3649     work on slides for trial                         475.00

 02/20/08  Peterson  / (28) Data Analysis                     0.7       560.00
 #3448     Telephone Relles re: SEER                        800.00

 02/20/08  Peterson  / (28) Data Analysis                     2.3      1840.00
 #3451     Review materials re: settlement discussions      800.00

 02/20/08  Peterson  / (28) Data Analysis                     4.2      3360.00
 #3452     Work on trial preparation                        800.00

 02/20/08  Relles    / (28) Data Analysis                     0.7       332.50
 #3650     telephone Peterson re: SEER                      475.00

 02/21/08  Peterson  / (28) Data Analysis                     4.7      3760.00
 #3454     Work on analyses re: settlement discussions      800.00

 02/21/08  Peterson  / (28) Data Analysis                     0.6       480.00
 #3455     Telephone Relles re: handout for conference call 800.00

 02/21/08  Peterson  / (28) Data Analysis                     4.3      3440.00
 #3458     Prepare for conference call re: settlements      800.00

 02/21/08  Relles    / (28) Data Analysis                     0.6       285.00
 #3654     telephone Peterson re: handout for conference call 475.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 12

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 02/21/08  Relles    / (28) Data Analysis                     4.8     2280.00
 #3657     develop simulation to evaluate new proposed      475.00
           settlement

 02/22/08  Peterson  / (28) Data Analysis                     1.2      960.00
 #3459     Telephone Relles re: simulation methods and results 800.00

 02/22/08  Peterson  / (28) Data Analysis                     5.8     4640.00
 #3463     Analyses for settlement discussions              800.00

 02/22/08  Relles    / (28) Data Analysis                     8.3     3942.50
 #3659     work on simulation to evaluate new proposed      475.00
           settlement

 02/22/08  Relles    / (28) Data Analysis                     1.2      570.00
 #3660     telephone Peterson re: simulation methods and    475.00
           results

 02/23/08  Peterson  / (28) Data Analysis                     2.4     1920.00
 #3464     Telephone Relles re: simulation methods and results 800.00

 02/23/08  Peterson  / (28) Data Analysis                     6.4     5120.00
 #3465     Analyses for settlement discussions              800.00

 02/23/08  Peterson  / (28) Data Analysis                     2.7     2160.00
 #3466     Work on trial preparation                        800.00

 02/23/08  Relles    / (28) Data Analysis                     5.3     2517.50
 #3663     work on simulation, develop summary graphics     475.00

 02/23/08  Relles    / (28) Data Analysis                     3.8     1805.00
 #3664     review results, expand simulation to include     475.00
           additional models for future claims

 02/23/08  Relles    / (28) Data Analysis                     2.4     1140.00
 #3665     telephone Peterson re: simulation methods and    475.00
           results

 02/24/08  Peterson  / (28) Data Analysis                     1.6     1280.00
 #3467     Telephone Relles re: simulation methods and results 800.00

 02/24/08  Peterson  / (28) Data Analysis                     6.3     5040.00
 #3468     Analyses for settlement discussions              800.00

 02/24/08  Peterson  / (28) Data Analysis                     3.3     2640.00
 #3469     Work on trial preparation                        800.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 13

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 02/24/08  Relles    / (28) Data Analysis                    10.0    4750.00
 #3666     work on simulation, develop summary graphics     475.00

 02/24/08  Relles    / (28) Data Analysis                     1.6     760.00
 #3667     telephone Peterson re: simulation methods and    475.00
           results

 02/25/08  Peterson  / (28) Data Analysis                     1.8    1440.00
 #3470     Telephone Relles  (several calls) re: simulation 800.00
           methods and results

 02/25/08  Peterson  / (28) Data Analysis                     2.2    1760.00
 #3471     Review debtors' materials re: settlement discussions 800.00

 02/25/08  Peterson  / (28) Data Analysis                     2.3    1840.00
 #3472     Review U.S.C.S.  mesothelioma incidence data     800.00

 02/25/08  Peterson  / (28) Data Analysis                     3.7    2960.00
 #3474     Review materials from Relles for settlement      800.00
           discussions

 02/25/08  Relles    / (28) Data Analysis                     6.2    2945.00
 #3668     write powerpoint presentation of simulation      475.00

 02/25/08  Relles    / (28) Data Analysis                     4.5    2137.50
 #3669     develop additional simulation variations         475.00

 02/25/08  Relles    / (28) Data Analysis                     2.7    1282.50
 #3670     analyze simulation output                        475.00

 02/25/08  Relles    / (28) Data Analysis                     1.8     855.00
 #3671     telephone Peterson (several calls) re: simulation 475.00
           methods and results

 02/26/08  Peterson  / (28) Data Analysis                     2.3    1840.00
 #3475     conference call re: settlement discussions and   800.00
           preparation

 02/26/08  Peterson  / (28) Data Analysis                     2.0    1600.00
 #3476     Telephone Relles  re: initiate new simulation    800.00
           methods

 02/26/08  Peterson  / (28) Data Analysis                     1.5    1200.00
 #3477     Telephone Relles  re: output from new simulations 800.00
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 14

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 02/26/08  Relles    / (28) Data Analysis                       0.3      142.50
 #3672     conference call re: settlement discussions         475.00

 02/26/08  Relles    / (28) Data Analysis                       2.0      950.00
 #3673     telephone Peterson re: initiate new simulation     475.00
           methods

 02/26/08  Relles    / (28) Data Analysis                       5.5     2612.50
 #3674     develop new simulation, analyze output, debug      475.00

 02/26/08  Relles    / (28) Data Analysis                       3.0     1425.00
 #3675     analyze simulation output                         475.00

 02/26/08  Relles    / (28) Data Analysis                       1.5      712.50
 #3676     telephone Peterson re: output from new simulations 475.00

 02/27/08  Peterson  / (28) Data Analysis                       2.0     1600.00
 #3478     Telephone Relles  re: initiate simulation methods  800.00
           and results

 02/27/08  Peterson  / (28) Data Analysis                       1.5     1200.00
 #3479     work on presentation for NY meeting               800.00

 02/27/08  Peterson  / (28) Data Analysis                       2.3     1840.00
 #3482     Work on trial exhibits                            800.00

 02/27/08  Peterson  / (28) Data Analysis                       6.4     5120.00
 #3483     Work on materials for settlement meeting          800.00

 02/27/08  Relles    / (28) Data Analysis                       2.0      950.00
 #3677     telephone Peterson re: initiate simulation methods 475.00
           and results

 02/27/08  Relles    / (28) Data Analysis                       5.5     2612.50
 #3678     work on simulation                                475.00

 02/27/08  Relles    / (28) Data Analysis                       3.0     1425.00
 #3679     analyze simulation output                         475.00

 02/27/08  Relles    / (28) Data Analysis                       1.5      712.50
 #3680     work on presentation for NY meeting               475.00

 02/28/08  Peterson  / (28) Data Analysis                       2.0     1600.00
 #3484     Telephone Relles  re: initiate simulation methods  800.00
           and results
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 15

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/28/08  Peterson  / (28) Data Analysis                     4.8      3840.00
 #3486     Review drafts of trial exhibits                  800.00

 02/28/08  Peterson  / (28) Data Analysis                     4.2      3360.00
 #3487     Review materials for meeting                    800.00

 02/28/08  Relles    / (28) Data Analysis                     2.0       950.00
 #3681     telephone Peterson re: initiate simulation methods 475.00
           and results

 02/28/08  Relles    / (28) Data Analysis                     2.5      1187.50
 #3682     work on simulation                              475.00

 02/28/08  Relles    / (28) Data Analysis                     2.2      1045.00
 #3683     analyze simulation output                      475.00

 02/28/08  Relles    / (28) Data Analysis                     3.5      1662.50
 #3684     work on graphics presentation for NY meeting   475.00

 02/29/08  Peterson  / (28) Data Analysis                     5.0      4000.00
 #3488     Meeting with ACC and FCR on settlement issues  800.00

 02/29/08  Peterson  / (28) Data Analysis                     2.6      2080.00
 #3490     Review materials from meeting                  800.00

 02/29/08  Peterson  / (28) Data Analysis                     5.3      4240.00
 #3491     Review drafts of trial exhibits                800.00

 02/29/08  Relles    / (28) Data Analysis                     1.0       475.00
 #3685     prepare for conference call                    475.00

 02/29/08  Relles    / (28) Data Analysis                     1.5       712.50
 #3688     revise simulation based on conference call     475.00
           discussion
-------------------------------------------------------------------------------
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 16

                              W. R. Grace

                Summary Of Time Charges, By Month and Activity
                       February 2008 - February 2008

   MONTH       ACTIVITY                                       HOURS    AMOUNT
   ----------------------------------------------------------------------------
   February  - (05) Claims Anal Objectn/Resolutn (Asbest)      21.9  13652.50
   February  - (07) Committee, Creditors'                      45.0  26510.00
   February  - (16) Plan and Disclosure Statement               4.8   3840.00
   February  - (20) Travel - Non-working                        5.0   2000.00
   February  - (28) Data Analysis                             412.9 280530.00
   February  - (99) Total                                     489.6 326532.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)      21.9  13652.50
   Total     - (07) Committee, Creditors'                      45.0  26510.00
   Total     - (16) Plan and Disclosure Statement               4.8   3840.00
   Total     - (20) Travel - Non-working                        5.0   2000.00
   Total     - (28) Data Analysis                             412.9 280530.00
   Total     - (99) Total                                     489.6 326532.50

   ----------------------------------------------------------------------------
```

{D0109586.1 }

```
Date: 04/14/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 17

                    W. R. Grace

              Summary Of Time Charges, By Month and Person
                    February 2008 - February 2008

  MONTH       PERSON                                       HOURS    AMOUNT
  ----------------------------------------------------------------------
  February  - Relles                                       194.3   92292.50
  February  - Peterson                                     295.3  234240.00
  February  - Total                                        489.6  326532.50

  Total     - Relles                                       194.3   92292.50
  Total     - Peterson                                     295.3  234240.00
  Total     - Total                                        489.6  326532.50

  ----------------------------------------------------------------------
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 18

                    W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                      February 2008 - February 2008

MONTH       PERSON                               HOURS     RATE      AMOUNT
-----------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

February  - Relles                                11.9     475.     5652.50
February  - Peterson                              10.0     800.     8000.00

(07) Committee, Creditors'

February  - Relles                                29.2     475.    13870.00
February  - Peterson                              15.8     800.    12640.00

(16) Plan and Disclosure Statement

February  - Peterson                               4.8     800.     3840.00

(20) Travel - Non-working

February  - Peterson                               5.0     400.     2000.00

(28) Data Analysis

February  - Relles                               153.2     475.    72770.00
February  - Peterson                             259.7     800.   207760.00

-----------------------------------------------------------------------------
```

{D0109586.1 }

```
Date: 04/14/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                       Page 19


                        W. R. Grace Expenses



           Total Expenses                        $2,773.28



   February 28-29 -- Thousand Oaks, New York


   Airfare                                       $2,051.00
   Hotel                                            275.00
   Hotel taxes                                       40.28
   Car service to LAX                               168.50
   Car service from JFK to Hotel                     70.00
   Car service from LAX                             168.50
                                                 ---------
                                                 $2,773.28


   Notes: Flight was booked at last moment preventing
          low-priced fares.
          Car service to and from LAX is least costly
          means to travel from Thousand Oaks (in
          Ventura County) to LAX.  I have previously
          explained and justified this expense to
          the fee auditors numerous times and these
          expenses have always been approved.

-------------------------------------------------------------------------------
```

{D0109586.1 }