```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                  Page 1



                   W. R. Grace, Inc. % Elihu Inselbuch
                   Caplin & Drysdale
                   399 Park Avenue, 27th Floor
                   New York, New York 10022


Date/Slip# Description                           HOURS/RATE   AMOUNT
-------------------------------------------------------------------
 03/02/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  4.4   3520.00
 #3703     Review data from Welch, Biggs about incidence    800.00

 03/03/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  5.5   4400.00
 #3705     Review Tillinghast materials                     800.00

 03/03/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5   1200.00
 #3707     Review Biggs memorandum                          800.00

 03/04/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    320.00
 #3712     telephone Relles Biggs, Kimble re: analysis of   800.00
           settlement proposals

 03/04/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.5   1200.00
 #3715     Review Biggs memorandum                          800.00

 03/04/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    480.00
 #3717     Review Biggs memorandum to Florence              800.00

 03/04/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    190.00
 #3911     telephone Peterson, Biggs, Kimble re: analysis of  475.00
           settlement proposals

 03/05/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    400.00
 #3719     telephone Relles, Biggs, Kimble re: analysis of  800.00
           settlement proposals

 03/05/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.9   2320.00
 #3724     Review Tillinghast materials                     800.00

 03/05/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    237.50
 #3912     telephone Peterson, Biggs, Kimble re: analysis of  475.00
           settlement proposals

 03/06/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    800.00
 #3729     Meet with Tillinghast re: settlement discussions  800.00

 03/07/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.0    950.00
 #3922     review all materials from ARPC; develop information  475.00
           regarding high-value cases

 03/10/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    480.00
 #3744     Telephone Florence re: settlement discussions    800.00
```

{D0110514.1 }

```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 2


            W. R. Grace


Date/Slip# Description                             HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 03/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    190.00
 #3929     email correspondence with Kimble (Towers-Perrin)    475.00

 03/10/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    570.00
 #3934     review Anderson report                              475.00

 03/11/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.4    665.00
 #3939     review Tillinghast data, develop materials for      475.00
           Chicago meeting using Stallard's meso projections

 03/12/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    475.00
 #3940     review Tillinghast handout                          475.00

 03/12/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  2.7   1282.50
 #3945     review Ory testimony                                475.00

 03/20/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  2.9   2320.00
 #3764     Review materials on closed claims in ARPC sample    800.00

 03/25/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.6   2880.00
 #3777     Review closed claims in ARPC sample                 800.00
```

{D0110514.1 }

```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                     Page 3

              W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 03/02/08  Peterson  / (07) Committee, Creditors'         0.4    320.00
 #3704     email to Finch re: incidence data            800.00

 03/03/08  Peterson  / (07) Committee, Creditors'         0.4    320.00
 #3706     Memos to Inselbuch re: settlement issues     800.00

 03/03/08  Relles    / (07) Committee, Creditors'         0.5    237.50
 #3902     reply to Candon email question               475.00

 03/04/08  Peterson  / (07) Committee, Creditors'         0.6    480.00
 #3716     Review Inselbuch memorandum                  800.00

 03/04/08  Relles    / (07) Committee, Creditors'         3.2   1520.00
 #3906     analyze death rates among pending claimants, memo to  475.00
           Finch et al

 03/05/08  Peterson  / (07) Committee, Creditors'         1.0    800.00
 #3718     Memo to Inselbuch re: analysis of deferred payments  800.00

 03/05/08  Relles    / (07) Committee, Creditors'         0.6    285.00
 #3913     telephone Finch re: Peterson slide revisions 475.00

 03/07/08  Peterson  / (07) Committee, Creditors'         1.0    800.00
 #3736     Telephone Relles re: Finch comments about slides,  800.00
           review slides

 03/07/08  Relles    / (07) Committee, Creditors'         1.0    475.00
 #3924     telephone Peterson re: Finch comments about slides,  475.00
           review slides

 03/10/08  Peterson  / (07) Committee, Creditors'         0.4    320.00
 #3745     Telephone Inselbuch re: settlement discussions  800.00

 03/10/08  Relles    / (07) Committee, Creditors'         0.5    237.50
 #3930     email correspondence with Finch              475.00

 03/13/08  Relles    / (07) Committee, Creditors'         2.7   1282.50
 #3948     summarize Grace verdicts and judgments for Finch  475.00

 03/13/08  Relles    / (07) Committee, Creditors'         1.0    475.00
 #3949     work on Bailor requests                      475.00

 03/19/08  Relles    / (07) Committee, Creditors'         1.4    665.00
 #3962     run Trust simulations for Inselbuch          475.00
```

{D0110514.1 }

```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 4

               W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 03/20/08  Peterson  / (07) Committee, Creditors'       1.9   1520.00
 #3765     Review Snyder deposition                   800.00

 03/20/08  Peterson  / (07) Committee, Creditors'       0.6    480.00
 #3767     Telephone Finch re: exhibits               800.00

 03/21/08  Peterson  / (07) Committee, Creditors'       0.4    320.00
 #3769     Telephone Finch re: exhibits               800.00

 03/21/08  Peterson  / (07) Committee, Creditors'       2.3   1840.00
 #3770     Review Snyder deposition and materials     800.00

 03/30/08  Peterson  / (07) Committee, Creditors'       4.3   3440.00
 #3785     Review emails and financial statements from Finch   800.00
```

{D0110514.1 }

```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 5

                  W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
 03/24/08  Peterson  / (14) Hearings                      2.8   2240.00
 #3773     Review Kraus deposition and materials       800.00

 03/30/08  Peterson  / (14) Hearings                      3.2   2560.00
 #3786     Review Halpain depositions                  800.00

 03/31/08  Peterson  / (14) Hearings                      1.6   1280.00
 #3788     Review Halpain depositions                  800.00
```

{D0110514.1 }

Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 6

                    W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 03/19/08  Peterson  / (16) Plan and Disclosure Statement         2.6   2080.00
 #3762     Analysis of claims and values for proposed TDP      800.00

{D0110514.1 }

```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                     Page 7

                  W. R. Grace


Date/Slip# Description                          HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
 03/05/08  Peterson  / (20) Travel - Non-working       1.0    400.00
 #3725     Travel to New York                        400.00

 03/06/08  Peterson  / (20) Travel - Non-working       1.0    400.00
 #3732     Travel to Thousand Oaks                   400.00

 03/11/08  Peterson  / (20) Travel - Non-working       3.4   1360.00
 #3747     Travel to Chicago                         400.00

 03/12/08  Peterson  / (20) Travel - Non-working       2.0    800.00
 #3751     Travel to Thousand Oaks                   400.00
```

{D0110514.1 }

```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                  Page 8


            W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 03/01/08  Peterson  / (28) Data Analysis              3.7   2960.00
 #3701     Work on trial preparation                 800.00

 03/01/08  Peterson  / (28) Data Analysis              2.9   2320.00
 #3702     Work on technical issues for settlement discussions  800.00

 03/01/08  Relles    / (28) Data Analysis              2.5   1187.50
 #3901     work on simulation                        475.00

 03/03/08  Peterson  / (28) Data Analysis              0.7    560.00
 #3708     Telephone Relles re: Price article, background  800.00
           cancer rates

 03/03/08  Peterson  / (28) Data Analysis              2.0   1600.00
 #3709     Telephone Relles re: review simulations    800.00

 03/03/08  Relles    / (28) Data Analysis              0.7    332.50
 #3903     telephone Peterson re: Price article, background  475.00
           cancer rates

 03/03/08  Relles    / (28) Data Analysis              2.6   1235.00
 #3904     run and review additional simulations     475.00

 03/03/08  Relles    / (28) Data Analysis              2.0    950.00
 #3905     telephone Peterson re: review simulations  475.00

 03/04/08  Peterson  / (28) Data Analysis              1.2    960.00
 #3710     Telephone Relles re: review simulations    800.00

 03/04/08  Peterson  / (28) Data Analysis              1.5   1200.00
 #3711     telephone Relles (several calls) re: additional  800.00
           simulations

 03/04/08  Peterson  / (28) Data Analysis              4.8   3840.00
 #3713     Work out formula for determining required deferred  800.00
           payments by Grace

 03/04/08  Peterson  / (28) Data Analysis              3.7   2960.00
 #3714     Draft memo re: deferred payment formula    800.00

 03/04/08  Relles    / (28) Data Analysis              1.2    570.00
 #3907     telephone Peterson re: review simulations  475.00

 03/04/08  Relles    / (28) Data Analysis              2.0    950.00
 #3908     work on memo about simulation results      475.00
```

{D0110514.1 }

```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                       Page 9


              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 03/04/08  Relles    / (28) Data Analysis              1.5      712.50
 #3909     telephone Peterson (several calls) re: additional   475.00
           simulations

 03/04/08  Relles    / (28) Data Analysis              2.7     1282.50
 #3910     work on additional simulation analyses      475.00

 03/05/08  Peterson  / (28) Data Analysis              0.5      400.00
 #3720     telephone Relles re: discuss simulation analyses    800.00
           results

 03/05/08  Peterson  / (28) Data Analysis              0.5      400.00
 #3721     telephone Relles re: Libby liability        800.00

 03/05/08  Peterson  / (28) Data Analysis              3.7     2960.00
 #3722     Prepare materials for meeting in NY         800.00

 03/05/08  Peterson  / (28) Data Analysis              2.6     2080.00
 #3723     Review materials on mesothelioma incidence  800.00

 03/05/08  Relles    / (28) Data Analysis              2.6     1235.00
 #3914     review Libby emails (.5), prepare estimates of Libby 475.00
           liability (1.6), telephone Peterson (0.5) re: same

 03/05/08  Relles    / (28) Data Analysis              3.6     1710.00
 #3915     work on additional simulation analyses, summaries   475.00
           and graphics for NY meeting

 03/05/08  Relles    / (28) Data Analysis              0.5      237.50
 #3916     telephone Peterson: discuss simulation analyses     475.00
           results

 03/06/08  Peterson  / (28) Data Analysis              2.0     1600.00
 #3726     telephone Relles re: review slides for testimony    800.00

 03/06/08  Peterson  / (28) Data Analysis              0.4      320.00
 #3727     telephone Relles re: conference call, next steps    800.00

 03/06/08  Peterson  / (28) Data Analysis              5.0     4000.00
 #3728     Settlement discussions with debtors, ACC, FRC and   800.00
           professionals

 03/06/08  Peterson  / (28) Data Analysis              2.6     2080.00
 #3730     Review materials from meeting               800.00
```

{D0110514.1 }

```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                   Page 10


            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
 03/06/08  Peterson  / (28) Data Analysis               3.8   3040.00
 #3731     Review draft trial exhibits               800.00

 03/06/08  Relles    / (28) Data Analysis               2.0    950.00
 #3917     participate in conference call re: settlements  475.00

 03/06/08  Relles    / (28) Data Analysis               0.4    190.00
 #3918     telephone Peterson re: conference call, next steps  475.00

 03/06/08  Relles    / (28) Data Analysis               5.9   2802.50
 #3919     work on slides for Peterson testimony     475.00

 03/06/08  Relles    / (28) Data Analysis               2.0    950.00
 #3920     telephone Peterson re: review slides for testimony  475.00

 03/07/08  Peterson  / (28) Data Analysis               2.5   2000.00
 #3733     Address issues of Libby claims and trust treatment  800.00

 03/07/08  Peterson  / (28) Data Analysis               3.5   2800.00
 #3734     Work on trial exhibits                    800.00

 03/07/08  Peterson  / (28) Data Analysis               1.6   1280.00
 #3735     Review trial exhibits                     800.00

 03/07/08  Peterson  / (28) Data Analysis               2.8   2240.00
 #3737     Review claims files for resolved claims   800.00

 03/07/08  Relles    / (28) Data Analysis               6.7   3182.50
 #3921     preparation of slides and graphics        475.00

 03/07/08  Relles    / (28) Data Analysis               0.3    142.50
 #3923     email communication with Romano re: slides  475.00

 03/08/08  Peterson  / (28) Data Analysis               6.4   5120.00
 #3738     Work on trial exhibits                    800.00

 03/08/08  Relles    / (28) Data Analysis               2.0    950.00
 #3925     investigate effects of adjusting for background  475.00
           mesos at various levels

 03/08/08  Relles    / (28) Data Analysis               3.2   1520.00
 #3926     work on slides for trial                  475.00

 03/09/08  Peterson  / (28) Data Analysis               0.5    400.00
 #3739     Telephone Relles re: background rate effects on  800.00
           payments
```

{D0110514.1 }

```
Date: 04/16/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 11

             W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 03/09/08  Peterson  / (28) Data Analysis              6.8   5440.00
 #3740     Work on trial exhibits                   800.00

 03/09/08  Relles    / (28) Data Analysis              4.5   2137.50
 #3927     work on slides for trial                 475.00

 03/09/08  Relles    / (28) Data Analysis              0.5    237.50
 #3928     telephone Peterson re: background rate effects on  475.00
           payments

 03/10/08  Peterson  / (28) Data Analysis              4.5   3600.00
 #3741     Review hearing transcripts               800.00

 03/10/08  Peterson  / (28) Data Analysis              3.3   2640.00
 #3742     Prepare for testimony                    800.00

 03/10/08  Peterson  / (28) Data Analysis              3.8   3040.00
 #3743     Review analyses for settlement discussions 800.00

 03/10/08  Relles    / (28) Data Analysis              1.2    570.00
 #3931     review Lees report                       475.00

 03/10/08  Relles    / (28) Data Analysis              2.5   1187.50
 #3932     work on examining effects of background rates 475.00

 03/10/08  Relles    / (28) Data Analysis              0.7    332.50
 #3933     review slides from Romano                475.00

 03/11/08  Peterson  / (28) Data Analysis              1.0    800.00
 #3746     telephone Relles re: materials for Chicago meeting 800.00

 03/11/08  Peterson  / (28) Data Analysis              3.2   2560.00
 #3748     Review proposals for settlement discussion 800.00

 03/11/08  Peterson  / (28) Data Analysis              3.1   2480.00
 #3749     Review draft trial exhibits              800.00

 03/11/08  Relles    / (28) Data Analysis              1.4    665.00
 #3935     review death rate computations           475.00

 03/11/08  Relles    / (28) Data Analysis              2.7   1282.50
 #3936     work on graphics for trial               475.00

 03/11/08  Relles    / (28) Data Analysis              2.5   1187.50
 #3937     work on materials for Chicago meeting    475.00
```

{D0110514.1 }

```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 12


            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 03/11/08  Relles    / (28) Data Analysis             1.0    475.00
 #3938     telephone Peterson re: materials for Chicago meeting 475.00

 03/12/08  Peterson  / (28) Data Analysis             5.0   4000.00
 #3750     Settlement discussions with debtors, ACC, FRC and   800.00
           professionals

 03/12/08  Peterson  / (28) Data Analysis             4.9   3920.00
 #3752     Review hearing transcripts                 800.00

 03/12/08  Peterson  / (28) Data Analysis             1.0    800.00
 #3753     Telephone Relles re: materials for Chicago meeting  800.00

 03/12/08  Relles    / (28) Data Analysis             1.0    475.00
 #3941     develop addtional materials for Chicago meeting  475.00

 03/12/08  Relles    / (28) Data Analysis             1.0    475.00
 #3942     telephone Peterson re: materials for Chicago meeting 475.00

 03/12/08  Relles    / (28) Data Analysis             2.7   1282.50
 #3943     work on graphics for trial                 475.00

 03/12/08  Relles    / (28) Data Analysis             2.7   1282.50
 #3944     review graphics for trial                  475.00

 03/13/08  Brelsford / (28) Data Analysis             0.5    122.50
 #4401     telephone Relles re: status of analyses    245.00

 03/13/08  Relles    / (28) Data Analysis             0.5    237.50
 #3946     telephone Brelsford re: status of analyses 475.00

 03/13/08  Relles    / (28) Data Analysis             2.7   1282.50
 #3947     review graphics for trial                  475.00

 03/14/08  Peterson  / (28) Data Analysis             0.5    400.00
 #3754     Review verdict data                        800.00

 03/14/08  Peterson  / (28) Data Analysis             5.6   4480.00
 #3755     Prepare for trial testimony                800.00

 03/14/08  Relles    / (28) Data Analysis             3.2   1520.00
 #3950     update archives                            475.00

 03/14/08  Relles    / (28) Data Analysis             1.5    712.50
 #3951     work on documentation to support trial testimony  475.00
```

```
Date: 04/16/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 13


             W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 03/15/08  Peterson  / (28) Data Analysis               4.3    3440.00
 #3756     Review materials related to Debtors' motions in  800.00
           limine

 03/15/08  Peterson  / (28) Data Analysis               6.2    4960.00
 #3757     Work on trial exhibits                    800.00

 03/15/08  Relles    / (28) Data Analysis               1.2     570.00
 #3952     develop additional graphics for Peterson testimony  475.00

 03/15/08  Relles    / (28) Data Analysis               0.8     380.00
 #3953     develop additional slides for Peterson testimony  475.00

 03/16/08  Peterson  / (28) Data Analysis               9.3    7440.00
 #3758     Work on rebuttal exhibits                 800.00

 03/16/08  Relles    / (28) Data Analysis               3.8    1805.00
 #3954     develop additional slides for Peterson testimony  475.00

 03/17/08  Peterson  / (28) Data Analysis               8.4    6720.00
 #3759     Work on rebuttal exhibits                 800.00

 03/17/08  Relles    / (28) Data Analysis               1.0     475.00
 #3955     Organize of programs and data files for Brelsford  475.00

 03/17/08  Relles    / (28) Data Analysis               6.5    3087.50
 #3956     work on Peterson slides for testimony     475.00

 03/18/08  Brelsford / (28) Data Analysis               0.9     220.50
 #4402     telephone Relles re: analyses in support of Peterson  245.00
           testimony

 03/18/08  Brelsford / (28) Data Analysis               0.3      73.50
 #4403     review and check data and analyses for Peterson  245.00
           testimony

 03/18/08  Peterson  / (28) Data Analysis               7.8    6240.00
 #3760     Work on rebuttal exhibits                 800.00

 03/18/08  Relles    / (28) Data Analysis               0.9     427.50
 #3957     telephone Brelsford re: analyses in support of  475.00
           Peterson testimony

 03/18/08  Relles    / (28) Data Analysis               5.5    2612.50
 #3958     work on Peterson slides                   475.00
```

```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 14


            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
 03/18/08  Relles   / (28) Data Analysis               1.4     665.00
 #3959     telephone Brelsford re: Peterson slides,   475.00
           organization of programs and data files

 03/19/08  Brelsford / (28) Data Analysis              3.5     857.50
 #4404     review and check data and analyses for Peterson  245.00
           testimony

 03/19/08  Brelsford / (28) Data Analysis              0.5     122.50
 #4405     telephone Relles re: status of analyses    245.00

 03/19/08  Peterson  / (28) Data Analysis              3.7    2960.00
 #3761     Work on rebuttal exhibits                  800.00

 03/19/08  Peterson  / (28) Data Analysis              1.0     800.00
 #3763     Review trust simulations                  800.00

 03/19/08  Relles   / (28) Data Analysis               0.5     237.50
 #3960     telephone Brelsford re: status of analyses  475.00

 03/19/08  Relles   / (28) Data Analysis               1.4     665.00
 #3961     review Peterson slides from Romano         475.00

 03/20/08  Peterson  / (28) Data Analysis              4.1    3280.00
 #3766     Work on rebuttal exhibits                  800.00

 03/21/08  Peterson  / (28) Data Analysis              4.6    3680.00
 #3768     Work on rebuttal exhibits                  800.00

 03/22/08  Peterson  / (28) Data Analysis              4.3    3440.00
 #3771     Work on rebuttal exhibits                  800.00

 03/23/08  Peterson  / (28) Data Analysis              5.3    4240.00
 #3772     Work on rebuttal exhibits                  800.00

 03/24/08  Peterson  / (28) Data Analysis              2.9    2320.00
 #3774     Work on rebuttal exhibits                  800.00

 03/24/08  Peterson  / (28) Data Analysis              4.7    3760.00
 #3775     Review documents for rebuttal             800.00

 03/25/08  Peterson  / (28) Data Analysis              5.1    4080.00
 #3776     Work on rebuttal exhibits                  800.00

 03/26/08  Peterson  / (28) Data Analysis              6.6    5280.00
 #3778     Prepare for testimony                     800.00
```

{D0110514.1 }

```
Date: 04/16/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                       Page 15

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 03/26/08  Peterson  / (28) Data Analysis                4.9   3920.00
 #3779     Review and edit direct exhibits            800.00

 03/27/08  Peterson  / (28) Data Analysis                5.7   4560.00
 #3780     Prepare for testimony                      800.00

 03/27/08  Peterson  / (28) Data Analysis                3.9   3120.00
 #3781     Review and edit direct exhibits            800.00

 03/28/08  Peterson  / (28) Data Analysis                8.3   6640.00
 #3782     Work on direct exhibits                    800.00

 03/29/08  Peterson  / (28) Data Analysis                4.7   3760.00
 #3783     Review hearing transcript                  800.00

 03/29/08  Peterson  / (28) Data Analysis                4.3   3440.00
 #3784     Work on direct exhibits                    800.00

 03/30/08  Peterson  / (28) Data Analysis                1.9   1520.00
 #3787     Review hearing transcripts                 800.00

 03/31/08  Peterson  / (28) Data Analysis                5.2   4160.00
 #3789     Review hearing transcripts                 800.00
-----------------------------------------------------------------------------
```

{D0110514.1 }

```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 16

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                  March 2008 - March 2008

  MONTH      ACTIVITY                                   HOURS    AMOUNT
  ------------------------------------------------------------------------
  March    - (05) Claims Anal Objectn/Resolutn (Asbest)  35.0  24880.00
  March    - (07) Committee, Creditors'                  24.2  15817.50
  March    - (14) Hearings                                7.6   6080.00
  March    - (16) Plan and Disclosure Statement           2.6   2080.00
  March    - (20) Travel - Non-working                    7.4   2960.00
  March    - (28) Data Analysis                         324.2 223794.00
  March    - (99) Total                                 401.0 275611.50

  Total    - (05) Claims Anal Objectn/Resolutn (Asbest)  35.0  24880.00
  Total    - (07) Committee, Creditors'                  24.2  15817.50
  Total    - (14) Hearings                                7.6   6080.00
  Total    - (16) Plan and Disclosure Statement           2.6   2080.00
  Total    - (20) Travel - Non-working                    7.4   2960.00
  Total    - (28) Data Analysis                         324.2 223794.00
  Total    - (99) Total                                 401.0 275611.50

  ------------------------------------------------------------------------
```

{D0110514.1 }

```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 17

          W. R. Grace

        Summary Of Time Charges, By Month and Person
               March 2008 - March 2008

   MONTH      PERSON                                   HOURS    AMOUNT
   -----------------------------------------------------------------------
   March     - Relles                                 120.2  57095.00
   March     - Peterson                               275.1 217120.00
   March     - Brelsford                                5.7   1396.50
   March     - Total                                  401.0 275611.50

   Total     - Relles                                 120.2  57095.00
   Total     - Peterson                               275.1 217120.00
   Total     - Brelsford                                5.7   1396.50
   Total     - Total                                  401.0 275611.50


   -----------------------------------------------------------------------
```

{D0110514.1 }

```
Date: 04/16/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 18

              W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                  March 2008 - March 2008

MONTH       PERSON                          HOURS    RATE    AMOUNT
------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

March    - Relles                             9.6    475.    4560.00
March    - Peterson                          25.4    800.   20320.00

(07) Committee, Creditors'

March    - Relles                            10.9    475.    5177.50
March    - Peterson                          13.3    800.   10640.00

(14) Hearings

March    - Peterson                           7.6    800.    6080.00

(16) Plan and Disclosure Statement

March    - Peterson                           2.6    800.    2080.00

(20) Travel - Non-working

March    - Peterson                           7.4    400.    2960.00

(28) Data Analysis

March    - Relles                            99.7    475.   47357.50
March    - Peterson                         218.8    800.  175040.00
March    - Brelsford                          5.7    245.    1396.50

------------------------------------------------------------------------
```

{D0110514.1 }

```
Date: 04/16/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                   Page 19


     W. R. Grace Expenses for March 2008


  Printing of Draft Trial Exhibits                      $39.42
  Travel to New York                                  4,131.56
  Travel to Chicago                                   2,658.56
                                                      --------
  Total Expenses                                    $6,829.54


  ---------------------------------------------------------------------


   March 5-6, Thousand Oaks - New York

     Airfare                        $2,795.00
     Hotel                             755.00
     Hotel taxes                       104.48
     Meals                              47.08
     Car Service to LAX                136.50
     Car service JFK to Hotel          125.00
     Car Service LAX to Thousand Oaks  168.50
                                     ---------
                                     $4,131.56


  Notes:  Meeting arrangements kept changing.  Airfare is less
          than Y-UA coach fare of $2,929.00.  Hotel:  Limited room
          availability at time of booking.  LAS will accept a 50%
          reduction.


   March 11-12, Thousand Oaks - Chicago

     Airfare                        $1,747.00
     Hotel                             375.00
     Hotel taxes                       104.48
     Meals                              47.08
     Car service to LAX                136.50
     Car service O'Hare to Hotel        80.00
     Car Service LAX to Thousand Oaks  168.50
                                     ---------
                                     $2,658.56


  Notes:  Meeting arrangements kept changing at request of
          Debtor's executives attending.  Airfare is less than
          full coach.

  ---------------------------------------------------------------------
```

{D0110514.1 }