IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

**IT IS CERTIFIED** that on the *16th* day of May, 2008, the United States Trustee's Objection to the Application of David T. Austern, Future Claimants' Representative, For Authorization to Modify the Employment of Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative, was caused to be served via electronic mail on the following:

Janet S. Baer, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601
jbaer@kirkland.com

James E. O'Neill, Esquire
PACHULSKI STANG ZIEHL &
JONES LLP
919 North Market Street
Seventeenth Floor
P. O. Box 8705
Wilmington, DE 19899-8705
jo'neill@pszlaw.com

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com
kpasquale@stroock.com

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

Theodore J. Tacconelli, Esquire
FERRY & JOSEPH, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

Scott L. Baena, Esquire
BILZIN, SUMBERG, DUNN, BAENA
PRICE & AXELROD
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
sbaena@bilzin.com

Peter Van N. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N. W.
Washington, DE 20005
pvnl@capdale.com

Mark T. Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 North King Street
Suite 300
Wilmington, DE 19801
mhurford@camlev.com

Phillip Bentley, Esquire
KRAMER LEVIN NAFTALIS &
FRANKEL, LLP
919 Third Avenue
New York, NY 10022
pbentley@kramerlevin.com

Roger Frankel, Esquire
Richard H. Wyron, Esquire
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
3050 "K" Street, N. W.
Suite 300
Washington, DE 20007
rfrankel@orrick.com
rwyron@orrick.com

John C. Phillips, Jr., Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
cah@pgslaw.com

Teresa K. D. Currier, Esquire
BUCHANAN, INGERSOLL &
ROONEY, P.C.
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
teresa.currier@bipc.com


BY:    */s/ David M. Klauder*
          David M. Klauder