**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **IN RE:** | ) <br> ) **Chapter 11** <br> ) |
| **W.R. GRACE & CO.,** *et al.*, | ) **Case No. 01-01139 (JKF)** <br> ) **Jointly Administered** <br> ) |
| **Debtors.** | ) |

**ORDER DENYING ZAI CLAIMANTS'
MOTION FOR DISMISSAL OF AN INDIVIDUAL ZAI CLAIM**

And now, this ___ day of _____, 2008, upon hearing the ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit appellate Review of the ZAI Opinion (the "Motion"); and it appearing that this Court has jurisdiction; and due an proper notice of the Motion having been given; upon consideration of any responses or objections to the Motion;

**IT IS HEREBY ORDERED** that the Motion is DENIED in all respects.

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge