## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **IN RE:** | ) |
|  | ) **Chapter 11** |
| **W.R. GRACE & CO.,** *et al.***,** | ) |
|  | ) **Case No. 01-01139 (JKF)** |
| **Debtors.** | ) **Jointly Administered** |
|  | ) |

## CERTIFICATE OF SERVICE

I, Daniel K Hogan, hereby certify that I am not less than 18 years of age and that true and correct copies of the foregoing instrument were served upon the parties listed on the attached service list by facsimile and/or hand delivery as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 16, 2008                         */s/Daniel K. Hogan*
                                            Daniel K. Hogan (DE Bar No. 2814)
                                            **THE HOGAN FIRM**
                                            1311 Delaware Avenue
                                            Wilmington, Delaware 19806
                                            Telephone: (302) 656.7540
                                            Facsimile: (302) 656.7599
                                            E-Mail: dkhogan@dkhogan.com

David M. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Fax: 312-861-2200

James E. O'Neill, Esq.
Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
**Hand Deliver**

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Fax: 212-806-6006

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
**Hand Deliver**

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Fax: 305-374-7593

Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19899
**Hand Deliver**

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Fax: 212-644-6755

Mark Hurford, Esq.
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
**Hand Deliver**

Philip Bentley, Esq.
Gregory Horowitz, Esq.
Kramer Levin Naftalis 7 Frankel LLP
919 Third Avenue
New York, NY 10022
Fax: 212-715-8000

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, PC
1000 West Street, Suite 1410
Wilmington, DE 19899-1397
**Hand Deliver**

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick Herrington & Sutcliffer LLP
Columbia Center
1152 15th Street, N.W.
Washington, DE 20005-1706
Fax: 202-424-7643

John C. Phillips, Jr., Esq.
Phillips Goldman 7 Spence, PA
1200 North Broom Street
Wilmington, DE 19806
**Hand Deliver**

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801
**Hand Deliver**