# EXHIBIT "B"

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>January 1, 2008 though March 31, 2008</u>

1.　　Asbestos: Claims Analysis & Evaluation – 7.0 ($4,375.00)

　　　　　　Review memorandums on Personal Injury Estimation

　　　　　　Review memo on arguments on Daubert motions

　　　　　　Review memo on testimony of Ory & Rodricks

　　　　　　Review memo on testimony of Weil and Henry