**Motley Rice LLC**

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
January 31, 2008

**Invoice No.**
1275106

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE  19801

**Re:** W.R. Grace  (999604-12)
  Asbestos Claimants Committee

   Professional Services Through
   As per Time Exhibit Attached............................................................   $0.00

   Costs Through  01/31/08
   Out of Town Travel           935.92
   Travel Expense            513.50

   Total Costs..........................................................................................   $1,449.42

     Total Invoice............................................................................   $1,449.42

**Payable Expense Exhibit**
Re: W.R. Grace  (999604-12)
Invoice for charges rendered through 01/31/08

Invoice No.
1275106

| Date | Description | Check | Amount |
|------|-------------|-------|--------|
| **Out of Town Travel** | | | |
| 01/14/08 | Joseph F. Rice-Travel to NYC for settlement negotiations January 8-10, 2008. | 32144 | 885.92 |
| 01/23/08 | Joseph F. Rice-Travel to NYC for settlement negotiations January 9, 2008. | 32413 | 50.00 |
| **Travel Expense** | | | |
| 01/08/08 | Airfare -Travel from Charleston, SC to Teterboro, NJ on January 8, 2008 (2) | 292 | 256.75 |
| 01/10/08 | Airfare -Travel from Teterboro, NJ to Charleston, SC on January 10, 2008 (2) | 293 | 256.75 |
| | **Total** | | **1,449.42** |

# THE LONDON NYC

151 WEST 54TH STREET, NEW YORK, NY 10019
T 212.307.5000   F 212.468.8747
WWW.THELONDONNYC.COM

| FOLIO NO. | ROOM NO. | GUEST NO. |
|---|---|---|
| 20G4TK | 4110 | 20A6S6 |

| RATE/PACKAGE | NO. IN PARTY | DEPOSIT REC'D |
|---|---|---|
| 405.00 | 1 | 1,050.37 |

**RATE/PACKAGE DESCRIPTION**

iHotelier POTLB

**NAME AND ADDRESS**

Rice, Joseph

| ARRIVAL DATE | DEPARTURE DATE |
|---|---|
| 01/08/08 | 01/10/08 |

**ADDITIONAL INFORMATION**

| DATE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|
| 01/08/08 | MINIBAR REVENUE | 6.50 | |
| 01/08/08 | iHotelier POTLB | 405.00 | |
| 01/08/08 | State Sales Tax | 33.92 | |
| 01/08/08 | City Tax | 20.25 | |
| 01/08/08 | Occupancy and Javits Tax | 5.50 | |
| 01/09/08 | IN-ROOM DINING - #7573 | 94.00 | |
| 01/09/08 | MINIBAR REVENUE | 6.50 | |
| 01/09/08 | MOVIE | 12.95 | |
| 01/09/08 | State Sales Tax | 1.08 | |
| 01/09/08 | iHotelier POTLB | 405.00 | |
| 01/09/08 | State Sales Tax | 33.92 | |
| 01/09/08 | City Tax | 20.25 | |
| 01/09/08 | Occupancy and Javits Tax | 5.50 | |
| 01/10/08 | XXXXXXXXXXX1001 | | 1050.37 |

Subtotals   $   1050.37   1050.37

PAID IN FULL --- THANK YOU!

$400.38 (incl. tax) each night
to WRG

$800.76

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies of charges be made within five days after my departure.

SIGNATURE _____

```
MED#        4P7Z
01/10/08 TR 2361
START  END MILES
11:08 11:42 15.6
Newark Fare
RATE 3:$   52.70
SURCH: $    0.00
GWB:$       4.00
TOTAL: $   56.70
      THANKS
  DIAL 3-1-1
```



 **Expedia**

Welcome - Already a member? Sign in
My Itineraries | My Account | Customer Support

Home   Flights   Hotels   Cars   Vacation Packages   Cruises   Activities   Deals & Destinations   Maps   Business Travel   ThankYou ®

**Summary**
1 Ticket / Roundtrip
CHS Charleston to
JFK New York

| | |
|---|---|
| Leave: | Tue 15-Jan |
| Return: | Thu 17-Jan |

| | |
|---|---|
| 1 adult | $473.99 |
| Taxes & Fees | $39.51 |
| **Total** | **$513.50** |

**QUESTIONS?**

❓ Can I use a credit card with a billing address outside the U.S.?

❓ Is it safe to buy online?

❓ Need help with this page?

❓ Other FAQs

## Total price for this trip: $513.50

I have a coupon. ❔ What's a coupon?

### 1 Review the flight details

➤ Tue **15**-Jan-08

| Charleston (CHS) | to | Charlotte (CLT) | 169 ml | ☰ US AIRWAYS |
|---|---|---|---|---|
| Depart 11:15 am | | Arrive 12:14 pm | (272 km)<br>Duration: 0hr 59mn | Flight: 2255<br>Operated by: US AIRWAYS EXPRESS-PSA AIRLINES |

Economy/Coach Class, Canadian Regional Jet 700

| Charlotte (CLT) | to | New York (JFK) | 538 ml | ☰ US AIRWAYS |
|---|---|---|---|---|
| Depart 1:25 pm | | Arrive 3:18 pm<br>Terminal 7 | (866 km)<br>Duration: 1hr 53mn | Flight: 2622<br>Operated by: US AIRWAYS EXPRESS-MESA AIRLINES |

Economy/Coach Class, CR9

Total distance: 707 ml (1,138 km)      Total duration: 2hr 52mn (4hr 3mn with connections)

➤ Thu **17**-Jan-08

| New York (JFK) | to | Charlotte (CLT) | 538 ml | ☰ US AIRWAYS |
|---|---|---|---|---|
| Depart 3:59 pm<br>Terminal 7 | | Arrive 5:59 pm | (866 km)<br>Duration: 2hr 0mn | Flight: 2619<br>Operated by: US AIRWAYS EXPRESS-MESA AIRLINES |

Economy/Coach Class, CR9

| Charlotte (CLT) | to | Charleston (CHS) | 169 ml | ☰ US AIRWAYS |
|---|---|---|---|---|
| Depart 6:47 pm | | Arrive 7:44 pm | (272 km)<br>Duration: 0hr 57mn | Flight: 2680<br>Operated by: US AIRWAYS EXPRESS-MESA AIRLINES |

Economy/Coach Class, CR9

Total distance: 707 ml (1,138 km)      Total duration: 2hr 57mn (3hr 45mn with connections)

*Tip:* Flight terminals may change. Please confirm the terminal with the airline before leaving for the airport.

 *(handwritten: 999604.12)*

✈🏨 **Add a hotel and save**      Expedia recommended hotels

| Hotel 373 Fifth Avenue | Grand Hyatt New York | Park Central New York Hotel |
|---|---|---|
| ★★★★ | ★★★★½ | ★★★★ |
| New York | New York | New York |
| ▶ More lodging info | ▶ More lodging info | ▶ More lodging info |
| Flight + 2 nights hotel $1,452.13 total | Flight + 2 nights hotel $1,860.51 total | Flight + 2 nights hotel $887.86 total |
| | (If booked separately: $2,201.57) | (If booked separately: $938.17) |
| | Your Savings: $341.06 | Your Savings: $50.31 |
| ⊛ Add this hotel to trip<br>Your best price, guaranteed! | ⊛ Add this hotel to trip<br>Your best price, guaranteed! | ⊛ Add this hotel to trip<br>Your best price, guaranteed! |

Add a hotel to your flight now to earn ThankYou℠ Points and get great rewards!

See more hotels with your flight
Your best price, guaranteed!

✈🚗 **Add a rental car to this trip**

◉ No thanks, I don't need a rental car.

○ Yes, I would like to see available rental cars next.

### 2 Review the rules and restrictions

- Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary changes after the tickets are issued, provided that the booking rules were followed.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 per ticket will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online. ❔ More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

```
*****************************************
DATE  1/09/08              TIME  9:44PM
MID 88430035855=PHILIP        6313781528

              PHILIPPE
            33 E. 60th ST
            NEW YORK, N.Y.
            212.644.8885
PLEASE SIGN AND LEAVE THE MERCHANT COPY
  THE CUSTOMER COPY IS YOURS TO TAKE

AMEX    XXXXXXXXXXXXXX1001 S
AUTH 540877    TBL 8    CHECK    87234
PRE-AUTH          DINING        CLAUDIO


AMOUNT                      138.00
Food Tax                     11.57
                   ---------------------
 SUBTOTAL  $        149.57

      TIP  $....  30.00

   TOTAL  $...... 179.57
                   =============
```

CUSTOMER COPY
*****************************************

Joe Rice

WRG - $50 —

**Motley Rice LLC**

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
March 26, 2008

**Invoice No.**
1282634

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE 19801

**Re:** W.r. Grace,   (999604-12)
     Asbestos Claimants Committee

| | | |
|---|---|---|
| Professional Services Through | | |
| As per Time Exhibit Attached.............................................................. | | $0.00 |
| | | |
| Costs Through  03/26/08 | | |
| Out of Town Travel | 1,408.95 | |
| Travel Expense | 1,540.00 | |
| | | |
| Total Costs......................................................................................... | | $2,948.95 |
| Total Invoice................................................................................. | | $2,948.95 |

## Payable Expense Exhibit

Re: W.r. Grace,   (999604-12)
Invoice for charges rendered through 03/26/08

Invoice No.
1282634

| Date | Description | Check | Amount |
|------|-------------|-------|--------|
| **Out of Town Travel** | | | |
| 02/22/08 | Joseph F. Rice-Travel to Washington, DC to meeting regarding resolution February 19-20, 2008. | 33235 | 548.96 |
| 02/26/08 | Abes Sedan & Limo Service, Inc.-Joe Rice car charge to/from airport - travel to Washington, DC for meeting with W.R. Grace | 33383 | 120.00 |
| 03/14/08 | Joseph F. Rice-Travel to NYC for settlement negotiations-car charge-on January 8, 2008. | 33815 | 60.00 |
| 03/19/08 | Joseph F. Rice-Travel to Chicago, IL for negotiating session March 11-14, 2008. | 33983 | 446.87 |
| 03/19/08 | Joseph F. Rice-Travel to New York, NY to attend meetings with Elihu Inselbuch re: WRG February 27-28, 2008. | 33983 | 233.12 |
| **Travel Expense** | | | |
| 02/20/08 | Airfare -Round trip airfare to Washington, DC for meeting with WRG re: resolution 2/20/08 | 307 | 985.50 |
| 02/27/08 | Airfare for Joe Rice to attend meeting w/ Elihu Inselbuch re: WRG matters February 27, 2008 | 308 | 71.25 |
| 02/28/08 | Return airfare for Joe Rice from meeting w/ Elihu Inselbuch re: WRG matters February 28, 2008 | 309 | 71.25 |
| 03/11/08 | Airfare -Travel from Charleston, SC to Chicago, IL for negotiating session March 11, 2008. (2) | 313 | 412.00 |
| | **Total** | | **2,948.95** |

## MOTLEY RICE, LLC
### Expense Report

| Employee Name | Employee ID | Phone Ext |
|---|---|---|
| Joe Rice | 1035 | 9159 |

| Travel To: |
|---|
| Washington DC |

**Employee Paid Expenses**

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|---|---|---|---|---|---|---|---|---|
| Date: | 2/17/2008 | 2/18/2008 | 2/19/2008 | 2/20/2008 | 2/21/2008 | 2/22/2008 | 2/23/2008 | TOTAL |
| Airfare/Rail | | | | | | | | 0.00 |
| Car rental | | | | | | | | 0.00 |
| Taxi/Bus Limo | | | | 30.00 | | | | 30.00 |
| Parking/Tolls | | | | | | | | 0.00 |
| Gas | | | | | | | | 0.00 |
| Mileage (see below) | 0.00 | 0.00 | 7.58 | 7.58 | 0.00 | 0.00 | 0.00 | 15.15 |
| Lodging/Room | | | 353.81 | | | | | 353.81 |
| Breakfast | | | | | | | | 0.00 |
| Lunch | | | | | | | | 0.00 |
| Dinner | | | 200.85 | | | | | 200.85 |
| Entertainment ** | | | | | | | | 0.00 |
| Phone/Fax | | | | | | | | 0.00 |
| Postage/Shipping | | | | | | | | 0.00 |
| Tips | | | | | | | | 0.00 |
| Miscellaneous ** | | | | | | | | 0.00 |
| Daily Totals | $0.00 | $0.00 | $562.24 | $37.58 | $0.00 | $0.00 | $0.00 | $599.81 |

**Charge To:**

| MRID / Account | Business Purpose (include travel destination and dates) | Amount |
|---|---|---|
| 999604-12/WRG | Travel to DC for meeting w/Grace re: resolution (missing receipt for taxi to/from meeting $15/ea) | 548.96 |
| 999604-78 | Difference between what fee auditor will allow for dinner expense and amount spent on dinner | 50.85 |
| | | |
| | Car from airport to be supplemented | |
| | | |
| | | |
| | | |
| | | |
| | **Total** | $599.81 |

**Mileage Log** *Detail*

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 02/17/08 | | | 0.505 | $0.00 |
| 02/18/08 | | | 0.505 | $0.00 |
| 02/19/08 | to airport from office | 15 | 0.505 | $7.58 |
| 02/20/08 | to office from airport | 15 | 0.505 | $7.58 |
| 02/21/08 | | | 0.505 | $0.00 |
| 02/22/08 | | | 0.505 | $0.00 |
| 02/23/08 | | | 0.505 | $0.00 |
| | | | **Total** | $15.15 |

I certify that the information provided is an accurate record of expenses incurred by me.

| | |
|---|---|
| Employee Signature | Date |

| | | | |
|---|---|---|---|
| Authorization Signature | Date | Total Amount due to employee: | $599.81 |

*Please attach original receipts taped to letter size paper.*          *Retain a Copy of this form & Receipts as your Record*
*** Business Entertainment / Misc - attach memo with names, business relationship & purpose.**

Revised 02/08/2007



# THE Fairmont
## WASHINGTON, D.C.

2401 M STREET, NW,
WASHINGTON, DC, USA 20037
T 202 429 2400 F 202 457 5010

| | | |
|---|---|---|
| **Room** | : | 0814 |
| **Folio #** | : | 183769 |
| **Cashier #** | : | 18 |
| **Page #** | : | 1 of 1 |

**Ovation and Lawyers Travel**
**Joseph Rice**
**28 Bridgeside Blvd**
**Mount Pleasant, SC 29464**
**US**

| | | |
|---|---|---|
| **Arrival** | : | 02-19-08 |
| **Departure** | : | 02-20-08 |

**Fairmont President's Club**
3247252545

| Date | Description | Additional Information | | Charges | Credits |
|------|-------------|------------------------|---|---------|---------|
| 02-19-08 | Room Charge | | | 309.00 | |
| 02-19-08 | Room Tax | | | 44.81 | |
| 02-20-08 | American Express | XXXXXXXXXXX1001 | XX/XX | | 353.81 |
| | | **Total** | | **353.81** | **353.81** |
| | | **Balance Due** | | **0.00** | |

Guest signature X_____

For information or reservations, visit us at
**www.fairmont.com** or call Fairmont Hotels & Resorts from:
United States or Canada    1 800-441-1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at t he rate of 1.5% per month. (19.56% per annum). All accounts deemed delinquent may be subject to legal fees and all other costs associated with the bill. Account is payable on presentation or departure.

I have requested delivery of The New York Times. If refused, a credit will be applied to my account of $.25 (Mon-Sat) and $1.25 (Sun)

### Thank you for choosing to stay with Fairmont Hotels & Resorts

```
Ristorante La Perla
   Of Washington
Tel# 202-333-1767  http://www.laperla.us

TABLE   31  CHECK    20
Anuwat              FEB 19/08 10:59PM
   AM. EXPRESS   xxxxxxxxxxx1001
Exp. xx/xx           AUTH. CODE: 545745
Mer. ID: 69401
TranID: 29531

FOOD AND BEVERAGE

BASE AMT        165.85

TIP                  35

TOTAL             200 85


      CUSTOMER COPY

I acknowledge receipt of Goods/Services
   and I agree to pay above total
according to my Card Issuer aggreement
```

Joe Rice
Scott Gilbert
Bruce Wallace

Missing receipts for
Cabs to & from
Meeting
   $15 each way


Car from airport
to be supplemented

**Abe's Sedan & Limo Service** Toll Free:1-800-753-8964
Tel: 202-441-5067
Fax: 703-205-0441

TICKET No.

| CHARGE ACCOUNT NAME | DATE Fe/19/08 | | MILEAGE RATE | A |
|---|---|---|---|---|
| Mr Rice | ACCOUNT NO. | MILES ___ Miles | $ | |
| | | WAITING TIME ___ Min. | Initial | $ |
| FROM: Dulles D.C | REQ. P.U.TIME A.M. P.M. | FLAT RATE | $ 120.— | B |
| AUTHORIZED BY (SIGN) X | ACTUAL P.U. TIME A.M. P.M. | DRIVER NO. | WAITING TIME ___ Min. | Initial $ |
| TO: | JOB NO. | | HOURLY RATE | C |
| | | CAR NO. | HOURLY RATE ___ Hrs. | $ |
| | EMPLOYEE NO. | | ADDITIONAL CHARGES | |
| SERVICE RECEIVED BY (SIGN) X | CLIENT CODE | | CELLULAR PHONE ___ Min. | $ |
| SPECIAL INSTRUCTIONS | | | TOLLS/PARKING | $ |
| | | | TIP | Initial $ 24.— |
| | | | TOTAL CHARGE | $ 144.— |

---

**Abe's Sedan & Limo Service** Toll Free:1-800-753-8964
Tel: 202-441-5067
Fax: 703-205-0441

TICKET No.

| CHARGE ACCOUNT NAME | DATE 2/10/08 | | MILEAGE RATE | A |
|---|---|---|---|---|
| Mr Rice Joe | ACCOUNT NO. | MILES ___ Miles | $ | |
| | | WAITING TIME ___ Min. | Initial | $ |
| FROM: D.C | REQ. P.U.TIME A.M. P.M. | FLAT RATE | $ 120.— | B |
| AUTHORIZED BY (SIGN) X | ACTUAL P.U. TIME A.M. P.M. | DRIVER NO. | WAITING TIME ___ Min. | Initial $ |
| TO: Dulles | JOB NO. | | HOURLY RATE | C |
| | | CAR NO. | HOURLY RATE ___ Hrs. | $ |
| | EMPLOYEE NO. | | ADDITIONAL CHARGES | |
| SERVICE RECEIVED BY (SIGN) X | CLIENT CODE | | CELLULAR PHONE ___ Min. | $ |
| SPECIAL INSTRUCTIONS | | | TOLLS/PARKING | $ |
| | | | TIP | Initial $ 24.— |
| | | | TOTAL CHARGE | $ 144.— |

Travel to DC for meeting w/Grace

999604-12    -$120.00

999604-78    $168.00



## Expedia

Welcome - Already a member? Sign in
My Itineraries | My Account | Customer Support

Search Expedia [                    ] [Go]

Home | **Flights** | Hotels | Cars | Vacation Packages | Cruises | Activities | Deals & Destinations | Maps | Business Travel | ThankYou®

**Total price for this trip: $985.50**

WRG MTG

I have a coupon. ⓘ What's a coupon?

> ⓘ **Note:** This trip's outbound flight arrives into Washington, DC (DCA-Ronald Reagan National) and its return flight departs from Washington, DC (IAD-Dulles).

### ▓ **1** Review the flight details

| | | | |
|---|---|---|---|
| **Summary** | | | |
| 1 Ticket / | | | |
| Multiple Destinations | | | |
| **CHS** Charleston to | | | |
| **DCA** Washington DC | | | |
| **IAD** Washington DC to | | | |
| **CHS** Charleston | | | |
| | | | |
| Flight 1: | Tue 26-Feb | | |
| Flight 2: | Wed 27-Feb | | |
| | | | |
| 1 adult | $964.00 | | |
| Taxes & Fees | $21.50 | | |
| | | | |
| **Total** | **$985.50** | | |

✈ **Tue 26-Feb-08**

| | | | |
|---|---|---|---|
| **Charleston** (CHS) | to **Washington DC** (DCA) | 443 mi (713 km) | **US AIRWAYS** |
| Depart 1:28 pm | Arrive 2:58 pm Terminal C | Duration: 1hr 30mn | **Flight: 3978** Operated by: US AIRWAYS EXPRESS-AIR WISCONSIN |

Economy/Coach Class, Canadair RJ

Total distance: 443 mi (713 km)                    Total duration: 1hr 30mn

✈ **Wed 20-Feb-08**

| | | | |
|---|---|---|---|
| **Washington DC** (IAD) | to **Charleston** (CHS) | 443 mi (713 km) | **UNITED** |
| Depart 4:40 pm | Arrive 6:26 pm | Duration: 1hr 46mn | **Flight: 7339** Operated by: /UNITED EXPRESS/MESA AIRLINES |

Economy/Coach Class, Canadair RJ

Total distance: 443 mi (713 km)                    Total duration: 1hr 46mn

**Tip:** Flight terminals may change. Please confirm the terminal with the airline before leaving for the airport.

### ✈ **+** Add a hotel and save                    Expedia recommended hotels

| Marriott Wardman Park Hotel ★★★½ Washington ▸More lodging info | Hyatt Regency Bethesda ★★★½ Bethesda ▸More lodging info | Hilton Washington Dulles Airport ★★★½ Herndon ▸More lodging info |
|---|---|---|
| Flight + 1 night hotel $1,378.23 total | Flight + 1 night hotel $1,243.63 total | Flight + 1 night hotel $1,288.86 total |
| ⊕ Add this hotel to trip Your best price, guaranteed! | ⊕ Add this hotel to trip Your best price, guaranteed! | ⊕ Add this hotel to trip Your best price, guaranteed! |

Add a hotel to your flight now
to earn ThankYou℠ Points and get great rewards!

▶ See more hotels with your flight
Your best price, guaranteed!

### 🚗 Add a rental car to this trip

◉ No thanks, I don't need a rental car.

○ Yes, I would like to see available rental cars next.

### ▓ **2** Review the rules and restrictions

- Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary changes after the tickets are issued, provided that the booking rules were followed.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ticket** will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online. ⓘ more info
- Tickets are nontransferable and name changes are not allowed.
- This ticket includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

[ ] I have read and accept the rules and restrictions. (please check the box to continue)

### ▓ **3** Select a booking option

**Fares are not guaranteed until purchased.**

### QUESTIONS?

- ⓠ Can I use a credit card with a billing address outside the U.S.?
- ⓠ Is it safe to buy online?
- ⓠ Need help with this page?
- ⓠ Other FAQs

## Greve, Daphne

| | |
|---|---|
| **From:** | Manny Domingues [mdlimousine@hotmail.com] |
| **Sent:** | Wednesday, March 12, 2008 3:56 PM |
| **To:** | Greve, Daphne |
| **Subject:** | Trip #110594 Receipt |

### THANK YOU FOR CHOOSING MD LIMOUSINE LLC

### TRIP RECEIPT

| | | | |
|---|---|---|---|
| **Trip #:** | 110594 | **Passenger :** | JOSEPH RICE |
| **Reference #:** | TAIL#24UD | **Num of Passengers:** | 1 |
| **Pick-Up Time:** | 05:45PM | **Drop-Off Time:** | 06:45PM |
| **Trip Date:** | Tuesday Jan 8, 2008 | **Reserved By:** | TUTTER |
| **Service Type:** | SEDAN | **Trip Description:** | TETERBORO/NYC |

**Routing & Pick-Up / Drop-Off Details:**

TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
DROP OFF NEW YORK CITY, NY
SEDAN RATE $65.00 +20% GRATUITY+ PARKING+TOLLS+ 7% TAX
WAITING TIME 30 MIN $20.00 + 20%GRATUITY

**Trip Charges:**

| | |
|---|---|
| Basic Rate: | $65.00 |
| Parking: | $0.00 |
| Tolls : | $8.00 |
| Waiting Time: | $20.00 |
| Early/Late Hour: | $0.00 |
| Extra Stops: | $0.00 |
| Holiday/Misc: | $0.00 |
| Gratuity : | $17.00 |
| Discount: | $0.00 |
| Tax/GST: | $0.00 |
| County Tax: | $0.00    0.00% |
| Miscellaneous: | $0.00 |
| **TRIP TOTAL:** | $110.00 |
| Administration Fee: | $0.00 |
| **TOTAL DUE:** | $0.00 |

*$60 to WRG*

**Payments Received:**    03/12/2008 PMT: AMEX Check/Auth# 187194 $110.00

**PAYMENT: Credit Card**

**MD LIMOUSINE LLC**
**435 KEARNY AVE.**
**KEARNY, NJ 07032**
**800-893-8002 Phone**

Joe Rice

US

INFORMATION INVOICE

Group Code        AC0310

| Arrival | 03-11-08 |
|---|---|
| Departure | 03-13-08 |
| Room No. | 3314 |
| Folio No. | 206346 |
| Cashier | 23 |
| Page No. | 1 of 1 |

| Date | Description | | | Debit | Credit |
|---|---|---|---|---|---|
| 03-11-08 | Room Charge | | | 305.00 | |
| 03-11-08 | Room Tax | | | 46.94 | |
| 03-12-08 | Room Charge | | | 305.00 | |
| 03-12-08 | Room Tax | | | 46.94 | |
| 03-13-08 | American Express | XXXXXXXXXX1001 | XX/XX | | 703.88 |
| | | | Balance | | 0.00 |

1/2 WRG                    $351.94

1/2 Bankruptcy TAC        $351.94

½ WRG          $94.93

½ Bankruptcy $94.94
~~WESTERN~~ TAC

Merlo on Maple
16 West Maple
Chicago, IL  60610

Server: Sam                         DOB: 03/12/2008
10:05 PM                                  03/12/2008
Table 24/1                                  3/30022

AMEX                                      2097154
Card #XXXXXXXXXX1001
Magnetic card present: RICE JOSEPH
Approval: 547666

BKR meeting!        Amount:      159.87

                    + Tip: _____ 30

                    = Total: ____ 185⁸⁷

X __5__ _____
Approval: 547666

Dinner for 4



Welcome - Already a member? Sign in
My Itineraries | My Account | Customer Support

Search Expedia [ ] Go

Home | Flights | Hotels | Cars | Vacation Packages | Cruises | Activities | Deals & Destinations | Maps | Business Travel | Rewards

**Summary**

1 Ticket / One way
CHS Charleston to
ORD Chicago

| | |
|---|---|
| Leave: | Wed 12-Mar |
| 1 adult | $401.00 |
| Taxes & Fees | $11.00 |
| Total | $412.00 |

## Total price for this trip: $412.00

I have a coupon.  (i) What's a coupon?

### 1 Review the flight details

✈ **Wed 12-Mar-08**

Charleston (CHS)    to    Chicago (ORD)    754 mi
Depart 6:10 am      Arrive 7:37 am    (1,213 km)
            Terminal 2      Duration: 2hr 27mn

UNITED
Flight: **5803**
Operated by: /UNITED
EXPRESS/SKYWEST

Economy/Coach Class, Canadian Regional Jet 700

Total distance: 754 mi (1,213 km)                                Total duration: 2hr 27mn

**Tip:** Flight terminals may change. Please confirm the terminal with the airline before leaving for the airport.

### 2 Review the rules and restrictions

- Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary changes after the tickets are issued, provided that the booking rules were followed.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 per ticket will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online. (i) More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $5.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ **I have read and accept the rules and restrictions. (please check the box to continue)**

### 3 Select a booking option

**Fares are not guaranteed until purchased.**

▶ Continue with booking

Due to the restrictions associated with this fare, tickets must be purchased immediately. It is not possible to reserve this fare for later ticketing.

▸ Save this to my itinerary.

▸ Cancel and go to home page.

**QUESTIONS?**

? Can I use a credit card with a billing address outside the U.S.?

? Is it safe to buy online?

? Need help with this page?

? Other FAQs

*(handwritten)* WRG
Negotiating
Session
999604.12

Expedia Information: about Expedia · press room | investor relations | Expedia terms of use | privacy policy | become an affiliate | advertising | jobs
Expedia Links: home | flights | hotels | cars | cruises | earn ThankYou Points | Elite Plus | Expedia Corporate Travel | site map

Expedia, Inc. is not responsible for content on external Web sites. ©2008 Expedia, Inc. All rights reserved.
Photos: Getty Images, Corbis

Plus sign (+) means taxes and fees are additional.

Top Destinations Links:

| Airlines | Florida vacations | Amsterdam hotels | Hawaii | Business travel | Family vacations |
|---|---|---|---|---|---|
| Cheap flights | Hawaii vacations | Hotel reservations | Chicago | Europe travel | Caribbean vacations |
| Airline tickets | Mexico vacations | Luxury hotels | Las Vegas | Paris | Beaches |
| Car rentals | Orlando vacations | Rome hotels | New York | Travel deals | All-inclusive |

International sites: Australia | Canada | China | Denmark | France | Germany | Italy | Japan | Netherlands | New Zealand | Norway | Spain | Sweden | United Kingdom

Partner sites:
100 Orlando Spots | Big World Trips | Boston Hotelier | Citysearch | ClassicVacations.com | CondoSaver.com | Cruises.net | Entertainment | Evite | Gifts | Hip City Hotels | Hotels.com
Hotwire | HSN | Improvements Catalog | LendingTree | Match | Real Estate | ReserveAmerica | San Francisco Hotelier | Shoes | Ticketmaster | Vacations.net



**THE RITZ-CARLTON®**
NEW YORK, BATTERY PARK

Joseph Rice
DC

| | |
|---|---|
| Room Number: | 0609 |
| Arrival Date: | 02/27/08 |
| Departure Date: | 02/28/08 |
| CRS Number: | 86501196 |
| Page No: | 1 of 1 |

**INVOICE**

Folio No: 127716

02/28/08

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 02/27/08 | Room Charge | | | 450.00 | |
| 02/27/08 | NY Occupancy Tax | | | 22.50 | |
| 02/27/08 | Sales Tax 8.375% | | | 37.69 | |
| 02/27/08 | Room Occupancy Tax | | | 7.00 | |
| 02/28/08 | American Express | XXXXXXXXXXX1001 | XX/XX | | 517.19 |
| | **Total** | | | **517.19** | **517.19** |
| | **Balance** | | | **0.00** | |

1/4  WRG        $129.30

1/4  Securities  $129.30

1/4  Massey      $129.30

1/4  911         $129.29

## Greve, Daphne

**From:**    Manny Domingues [mdlimousine@hotmail.com]
**Sent:**    Wednesday, March 12, 2008 3:57 PM
**To:**      Greve, Daphne
**Subject:** Trip #111129 Receipt

### THANK YOU FOR CHOOSING
### MD LIMOUSINE LLC

# TRIP RECEIPT

| | | | |
|---|---|---|---|
| Trip #: | 111129 | Passenger : | JOSEPH F. RICE |
| Reference #: | TAIL#24UD | Num of Passengers: | 4 |
| Pick-Up Time: | 12:30PM | Drop-Off Time: | 01:30PM |
| Trip Date: | Wednesday Feb 27, 2008 | Reserved By: | BILL BLACKWELL |
| Service Type: | 7 PAX SUV | Trip Description: | TETERBORO/NYC |

### Routing & Pick-Up / Drop-Off Details:

TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
275 7TH AVENUE, ( BETWEEN 25TH & 26TH STS) NEW YORK CITY, NY
SUV RATE $95.00 + 20%GRATUITY + PARKING+TOLLS + GAS SURCHARGE
WAITING TIME 30 MIN $32.50 + 20%GRATUITY
TWO OF TWO CARS

### Trip Charges:

| | | |
|---|---|---|
| Basic Rate: | $95.00 | *1/4 Securities $41.91* |
| Parking: | $0.00 | *1/4 Massey $41.91* |
| Tolls : | $8.00 | *1/4 WRG $41.91* |
| Waiting Time: | $32.50 | *1/4 911 $41.92* |
| Early/Late Hour: | $0.00 | |
| Extra Stops: | $0.00 | |
| Holiday/Misc: | $0.00 | |
| Gratuity : | $25.50 | |
| Discount: | $0.00 | |
| Tax/GST: | $0.00 | |
| County Tax: | $0.00   0.00% | |
| Miscellaneous: | $0.00 | |
| TRIP TOTAL: | $161.00 | |
| Administration Fee: | $6.65 | |
| TOTAL DUE: | $0.00 | |
| Payments Received: | 03/12/2008 PMT: AMEX Check/Auth# 187194 $167.65 | |

### PAYMENT: Credit Card

**MD LIMOUSINE LLC**
**435 KEARNY AVE.**
**KEARNY, NJ 07032**
**800-893-8002 Phone**

## Greve, Daphne

**From:**   Manny Domingues [mdlimousine@hotmail.com]
**Sent:**   Wednesday, March 12, 2008 3:57 PM
**To:**   Greve, Daphne
**Subject:** Trip #111162 Receipt

### THANK YOU FOR CHOOSING
### MD LIMOUSINE LLC

# TRIP RECEIPT

| | | | |
|---|---|---|---|
| Trip #: | 111162 | Passenger : | JOSEPH F. RICE |
| Reference #: | | Num of Passengers: | 4 |
| Pick-Up Time: | 08:00PM | Drop-Off Time: | 09:00PM |
| Trip Date: | Thursday Feb 28, 2008 | Reserved By: | SELF |
| Service Type: | 7 PAX SUV | Trip Description: | NYC/TETERBORO |

### Routing & Pick-Up / Drop-Off Details:

PHILIPE CHOW RESTAURANT / 33 EAST 60TH STREET, NEW YORK CITY, NY
TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
SUV RATE $95.00 + 20%GRATUITY + PARKING+TOLLS + GAS SURCHARGE
WAITING TIME 30 MIN $32.50 + 20%GRATUITY

### Trip Charges:

| | | |
|---|---|---|
| Basic Rate: | $95.00 | |
| Parking: | $0.00 | |
| Tolls : | $8.00 | |
| Waiting Time: | $32.50 | |
| Early/Late Hour: | $0.00 | |
| Extra Stops: | $0.00 | |
| Holiday/Misc: | $0.00 | |
| Gratuity : | $25.50 | |
| Discount: | $0.00 | |
| Tax/GST: | $0.00 | |
| County Tax: | $0.00 | 0.00% |
| Miscellaneous: | $0.00 | |
| TRIP TOTAL: | $161.00 | |
| Administration Fee: | $6.65 | |
| TOTAL DUE: | $0.00 | |
| Payments Received: | 03/12/2008 PMT: AMEX Check/Auth# 18719 | $167.65 |

*(handwritten:)*
1/4 Securities    $41.91
1/4 massey    $41.91
1/4 WRG    $41.91
1/4 911    $41.92

### PAYMENT : Credit Card

**MD LIMOUSINE LLC**
**435 KEARNY AVE.**
**KEARNY, NJ 07032**
**800-893-8002 Phone**

Missing Receipts

Cabs to/from  Amalgamated Mtg - Securities   $20
      to/from  Dinner w/ Paige Consulting - Securities $20
      to  Weitz & Luxenberg  - Securities  $10
      to  Elihu Inselbuch office re WRG  $20
      to  Massey Mtg  $10

 **Expedia**

Welcome – Already a member? | Sign in
My Itineraries | My Account | Customer Support
Search Expedia | Go

Home | Flights | Hotels | Cars | Vacation Packages | Cruises | Activities | Deals & Destinations | Maps | Business Travel | Rewards

**Summary**
1 Ticket / Roundtrip
CHS Charleston to
JFK New York

| Leave: | Wed 12-Mar |
| Return: | Thu 13-Mar |

| 1 adult | $531.00 |
| Taxes & Fees | $39.00 |
| Total | $570.00 |

**QUESTIONS?**

Can I use a credit card with a billing address outside the U.S.?

Is it safe to buy online?

Need help with this page?

Other FAQs

## Total price for this trip: $570.00

I have a coupon. | (i) What's a coupon?

### 1 Review the flight details

**Wed 12-Mar-08  *Feb 28*** *(handwritten)*

| Charleston (CHS) | to | Atlanta (ATL) | 260 mi | △ DELTA |
| Depart 8:45 am | | Arrive 10:02 am | (418 km) | Flight: 819 |
| | | Terminal S | Duration: 1hr 17mn | |

Economy/Coach Class, Boeing 757, 90% on time

| Atlanta (ATL) | to | Charlotte (CLT) | 228 mi | US AIRWAYS |
| Depart 11:17 am | | Arrive 12:39 pm | (367 km) | Flight: 2622 |
| Terminal N | | | Duration: 1hr 22mn | Operated by: /US AIRWAYS EXPRESS-MESA AIRLIN |

Economy/Coach Class, CR9, 90% on time

| Charlotte (CLT) | to | New York (JFK) | 538 mi | US AIRWAYS |
| Depart 1:25 pm | | Arrive 3:18 pm | (866 km) | Flight: 2622 |
| | | Terminal 7 | Duration: 1hr 53mn | Operated by: /US AIRWAYS EXPRESS-MESA AIRLIN |

Economy/Coach Class, CR9, 50% on time

Total distance: 1,026 mi (1,651 km)          Total duration: 4hr 32mn (6hr 33mn with connections)

**Thu 13-Mar-08  *Feb 29*** *(handwritten)*

| New York (JFK) | to | Charlotte (CLT) | 538 mi | US AIRWAYS |
| Depart 3:59 pm | | Arrive 5:59 pm | (866 km) | Flight: 2619 |
| Terminal 7 | | | Duration: 2hr 0mn | Operated by: /US AIRWAYS EXPRESS-MESA AIRLIN |

Economy/Coach Class, CR9, 50% on time

| Charlotte (CLT) | to | Charleston (CHS) | 169 mi | US AIRWAYS |
| Depart 6:45 pm | | Arrive 7:43 pm | (272 km) | Flight: 2619 |
| | | | Duration: 0hr 58mn | Operated by: /US AIRWAYS EXPRESS-MESA AIRLIN |

Economy/Coach Class, CR9, 70% on time

Total distance: 707 mi (1,138 km)          Total duration: 2hr 58mn (3hr 44mn with connections)

*Tip:* **Flight terminals may change.** Please confirm the terminal with the airline before leaving for the airport.

✈🏨 **Add a hotel and save**                    Expedia recommended hotels

**Park Central New York Hotel**
★★★★
New York
▶ More lodging info
Flight + 1 night hotel    $856.26 total
**Add this hotel to trip**
Your best price, guaranteed!

**Milford Plaza**
★★★
New York
▶ More lodging info
Flight + 1 night hotel    $766.38 total
(if booked separately): $793.24)
**Your Savings:** $26.86
**Add this hotel to trip**
Your best price, guaranteed!

**Hilton Garden Inn Times Square**
★★★★
New York
▶ More lodging info
Flight + 1 night hotel    $1,066.00 total
**Add this hotel to trip**
Your best price, guaranteed!

Add a hotel to your flight now to earn ThankYou℠ Points and get great rewards!

**See more hotels with your flight**
Your best price, guaranteed!

🚗 **Add a rental car to this trip**

◉ No thanks, I don't need a rental car.
○ Yes, I would like to see available rental cars next.

### 2 Review the rules and restrictions

- Please note that the most restrictive set of rules applies to your entire itinerary.
- **Charleston, SC (CHS) to New York, NY (NYC-All Airports)**
  Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary changes after the tickets are issued, provided that the booking rules were followed.

*(handwritten notes in right margin:)*
1/4 to WRG
Meeting w/ E. Inselbuch re: WRG
$142.50 total or $71.25 each way