# GOLDBERG PERSKY & WHITE, P.C.

**ATTORNEYS AT LAW**

THEODORE GOLDBERG (PA, WV, MI & DC)
JOEL PERSKY (PA & MI)
THOMAS W. WHITE (PA)
CRAIG L. VANDERGRIFT (PA & WV)
PETER T. PALADINO, JR. (PA, MI & NY)
DAVID P. CHERVENICK (PA & WV)
TERRENCE M. O'BRIEN (PA, MI & WV)
MARK C. MEYER (PA & MI)
JAMES J. BEDORTHA (PA & MI)
LANE A. CLACK (PA & MI)
BRUCE E. MATTOCK (PA & WV)
DAVID B. RODES (PA)
JOSEPH J. CIRILANO (PA, MI, OH)
CHARLES J. McLEIGH (PA & WV)
HOWARD M. LOUIK (PA)
DIANA NICKERSON JACOBS (PA)

LEE W. DAVIS (PA, WV & MI)
JOHN T. TIERNEY III (PA, DC & AZ)
JOHN N. KELSEY (MI)
DARREN K. PARR (PA & IN)
JOHN R. POMERVILLE (MI)
JASON E. LUCKASEVIC (PA)
JASON T. SHIPP (PA)
STEPHANIE N. BELL (PA)
KENNETH J. FRYNCKO (PA)
CORI J. KAPUSTA (PA)
CARRIE L. FURLAN (PA)
HOLLY L. DEIHL (PA)
LEIF J. OCHELTREE (PA & WV)
JEFFREY V. MANSELL (PA)

Of Counsel: CINDY STINE (PA, WV)

1030 FIFTH AVENUE, THIRD FLOOR
PITTSBURGH, PENNSYLVANIA 15219-6295

TELEPHONE (412) 471-3980
FACSIMILE (412) 471-8308
EMAIL ADDRESS: info@gpwlaw.com
WEB SITE: www.gpwlaw.com

January 11, 2008

Caplin & Drysdale
375 Park Avenue
New York, NY 10022
***Attention: Andrew Katznelson***

*RE: W.R. Grace- Committee Meeting*

Dear Mr. Katznelson:

Enclosed is my invoice for expenses incurred in attending the W.R. Grace Committee meeting in New York on January 9, 2008. The check for approved, reimbursable expenses should be made payable to Goldberg, Persky & White, P.C.

Please contact me if you have further questions.

Very truly yours,

Mark C. Meyer

MCM/kjs
Enclosure

JOHNSTOWN
132 JACKSON STREET
JOHNSTOWN, PA 15901-2134
FAX (814) 539-3981
TELEPHONE (814) 539-4007

GREENSBURG
205 COULTER BUILDING
231 SOUTH MAIN STREET
GREENSBURG, PA 15601-3102
FAX (724) 832-8747
TELEPHONE (724) 836-3305 (GSBG)

MICHIGAN
4800 FASHION SQUARE BLVD.
SUITE 260
SAGINAW, MI 48604-2602
FAX (989) 799-5727
TELEPHONE (989) 799-4848

16411 SOUTHFIELD ROAD
ALLEN PARK, MI 48101
TELEPHONE: (313) 389-2723

WEST VIRGINIA
30 CHASE DRIVE
HURRICANE, WV 25526-8937
FAX (304) 201-2430
TELEPHONE (304) 201-2425
TOLL-FREE (866) 201-7985

Mark C. Meyer, Esquire
Goldberg, Persky & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219

    **_Re:_**    **_W.R Grace Asbestos Claimants' Committee_**

**Committee Meeting – New York, NY**
**January 9, 2008**

Travel Expenses

| | |
|---|---|
| Airfare: | $164.00 |
| Taxi | 31.00 |
| Taxi | 35.00 |
| Airport Parking | 9.75 |
| **Total:** | **$239.75** |