IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |

## NOTICE OF SERVICE OF DISCOVERY
## UPON MIAN REALTY, L.L.C.

I, Timothy P. Cairns, counsel for the Debtors and Debtors-In-Possession in the above-captioned bankruptcy cases, hereby certify that on May 16, 2008, I caused copies of the Debtors' First Set of Interrogatories Propounded to Mian Realty, L.L.C. and Debtors' First Request for Production of Documents to Mian Realty, L.L.C. to be served upon the parties listed on Exhibit A attached hereto in the manner indicated.

Dated: May 16, 2008

_____
Timothy P. Cairns (Bar No. 4228)

91100-001\DOCS_DE:137558.1

# EXHIBIT A

Richard D. Trenk
Henry M. Karwowski
Trent, DiPasquale, Webster, Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
Tel : 973-243-8600
Fax : 973-243-8677

and

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel: 302-295-4888
Fax: 302-652-3117