# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: April 2, 2008 at 4:00p.m. |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF JANUARY 1, 2008, THROUGH JANUARY 31, 2008, FOR THE QUARTERLY FEE PERIOD OF JANUARY THROUGH MARCH 2008**

| | |
|---|---|
| Name of Applicant: | <u>Woodcock Washburn LLP</u> |
| Authorized to Provide Professional Services to: | <u>W. R. Grace & Co., et al., Debtors and Debtors-in-Possession</u> |
| Date of Retention as Special Litigation Counsel: | <u>Retention Order entered January 22, 2003</u> |
| Date of Retention as Ordinary Course Professional: | <u>Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.</u> |
| Period for which compensation and reimbursement is sought | <u>January 2008</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$ 25,056.00</u> |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$ 0.00</u> |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

787753-1

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of December 2007. This is the 59th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 33rd monthly application that includes such ordinary course fees and expenses.

The monthly applications previously filed by Woodcock are hown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |

787753-1

| | | | |
|---|---|---|---|
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1– 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1– 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1– 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1 – 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1– 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 – 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 – 9/30/06 | None Submitted | – | – |
| 10/1 – 10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1 – 11/30/06 | None Submitted | – | – |
| 12/1– 12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1– 1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1 – 2/28/07 | April 4, 2007 | 17,119.50 | – |
| 3/1 – 3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1 – 4/30/07 | June 19, 2007 | 4,328.50 | – |
| 5/1– 5/31/07 | July 13, 2007 | 25,241.50 | – |
| 6/1 – 6/30/07 | August 23, 2007 | 4,814.00 | 2,326.25 |
| 7/1 – 7/31/07 | September 28, 2007 | 2,510.00 | 178.50 |
| 8/1 – 8/31/07 | October 12, 2007 | 14,305.00 | 234.00 |
| 9/1 – 9/30/07 | December 10, 2007 | 5,959.00 | 194.00 |
| 10/1 – 10/31/07 | December 14, 2007 | 7,213.00 | – |
| 11/1 – 11/30/07 | January 22, 2008 | 2,911 | – |
| 12/1– 12/31/07 | February 6, 2008 | 25,057.00 | 2,661.75 |
| TOTAL | | $3,245,805.00 | $781,991.50 |

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with four substantive matters, which are detailed in the attached fee schedule for that matter. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $530.00 | 5.1 | $2,703.00 |
| Gary H. Levin | Partner | 1976 | IP Litigation | $570.00 | 12.2 | $6,954.00 |
| Henrik D. Parker | Partner | 1984 | IP Litigation | $500.00 | 25.8 | $12,900.00 |
| Joshua C. Sanders | Associate | 2006 | IP Counseling | $245.00 | 10.2 | $2,499.00 |

Total Fees: $25,056.00
Blended Rate: $470.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for 80% of the amount of $ 25,056.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($20,044.80); and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: March 12, 2008

Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre – 12th Floor
Philadelphia, PA  19104
(215) 568-3100
levin@woodcock.com

787753-1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD JANUARY 1, 2008, THROUGH JANUARY 31, 2008**

787753-1

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 01/03//2008 | GHL | Further consideration of response to be made to outstanding Office Action including review of the Action and references cited therein, review of the pending specification and claims, consideration of possible claim amendments and arguments to be made to overcome the claim rejections. | 1.10 |

SERVICES $ 583.00

| | GHL | GARY H. LEVIN | 1.10 | hours @ | $530.00 |

**INVOICE TOTAL** $ **583.00**

787753-1

## WRG-0085
## EVALUATION OF THIRD-PARTY PATENTS
## RELATING TO CONSTRUCTION MEMBRANE PRODUCTS

| | | | |
|---|---|---|---|
| 01/03/2008 | HDP | Continued work on drafting of opinion; | 1.80 |
| 01/04/2008 | GHL | Further work with Mr. Parker on non-infringement and validity analyses; | 0.80 |
| 01/04/2008 | HDP | Continued work on drafting of opinions and consideration of specific issues as to invalidity and the two third-party patents; meeting with Mr. Levin to discuss substance of opinion; | 1.80 |
| 01/07/2008 | GHL | Further analysis of non-infringement and invalidity issues, and telephone conference with Mr. Williams for further discussion of preliminary results of the analyses; | 1.40 |
| 01/08/2008 | HDP | Detailed analysis of particular pieces of prior art as they may affect validity of third-party patent; | 2.30 |
| 01/09/2008 | HDP | Re-considering in-depth certain aspects of potential opinions in view of newly-proposed version of Grace product; further drafting of opinions related thereto; | 3.80 |
| 01/11/2008 | HDP | Continued work on developing opinion and drafting portions of written opinions related thereto; | 2.90 |
| 01/15/2008 | GHL | Review of further information on proposed building wraps as received from Mr. Williams and consideration with Mr. Parker of infringement analysis of same; | 0.50 |
| 01/15/2008 | HDP | Considering new versions of potential product as received from Mr. Williams; | 1.50 |
| 01/16/2008 | HDP | In-depth consideration of validity issues relating to dependent claims of third-party patent; further drafting of opinions related thereto; | 4.00 |
| 01/17/2008 | HDP | Continued work on analyzing third-party patents versus potential Grace products, including new versions of products, analyzing opinion structures in view of permutations of patents and products; communication with Mr. Levin thereon; | 1.00 |
| 01/18/2008 | GHL | Further consideration with Mr. Parker of invalidity and non-infringement positions on further variations of proposed house-wrap product as received from Mr. Williams; telephone conference with Mr. Williams regarding same; | 1.30 |
| 01/18/2008 | HDP | Meeting with Mr. Levin to discuss substance of opinions and issued surrounding newly proposed alternative products; | 1.00 |
| 01/29/2008 | HDP | Further drafting of series of opinions relating to possible new Grace products, including detailed review and analysis of potential prior art; | 2.50 |
| 01/30/2008 | HDP | Further drafting of series of opinions relating to possible new Grace products, including detailed review and analysis of potential prior art; | 1.30 |

787753-1

| 01/31/2008 | HDP | Further drafting of series of opinions relating to possible new Grace products, including detailed review and analysis of potential prior art. | 1.90 |

SERVICES $ 15,020.00

| | GHL | GARY H. LEVIN | 4.00 | hours @ | $530.00 |
| | HDP | HENRIK D. PARKER | 25.80 | hours @ | $500.00 |

**INVOICE TOTAL** $ **15,020.00**

787753-1

## WRG-0086
## DUE DILIGENCE RELATING TO PROPOSED PURCHASE OF
## INTEREST IN THIRD-PARTY OPERATION (CEMENT FORMULATIONS)

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/02/2008 | GHL | Further work on due diligence project related to proposed grace purchase of certain cement-product business from third-party, including review of product listing and formulations received from third-party, initial review of results of freedom-to-operate search report, and begin comparison of products to patents identified in the search; telephone conference with Mr. Leon regarding same; | 2.40 |
| 01/02/2008 | JCS | Meeting with Mr. Levin to discuss project and analysis of patent claims in search report; | 1.00 |
| 01/03/2008 | GHL | Continued work on freedom-to-operate evaluation, including further review of patents identified in search result; telephone conference with Mr. Leon and with representative of third-party company and review of further formulation of interest as received from third-party; | 1.20 |
| 01/03/2008 | JCS | Analysis of patents in search report; | 4.20 |
| 01/04/2008 | JCS | Analysis of claims of patents cited in search report; | 3.00 |
| 01/07/2008 | GHL | Further review of patents identified in freedom-to-operate search and consideration of possible applicability to proposed cement formulations; | 2.00 |
| 01/08/2008 | GHL | Further evaluation of freedom-to-operate issues with review of patents identified in search, consideration of claim scope, and comparison against proposed cement formulations; | 4.50 |
| 01/09/2008 | GHL | Further review and evaluation of potential relevance of patents identified in freedom-to-operate search; | 0.80 |
| 01/10/2008 | JCS | Review of patent applications from search report and meeting with Mr. Levin to discuss analysis of patents and applications; | 2.00 |
| 01/11/2008 | GHL | Further review of patents and published applications arising from search and consideration of freedom to operate issues in view of same. | 0.50 |

SERVICES $ 8,997.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 11.40 | hours @ | $570.00 |
| JCS | JOSHUA C. SANDERS | 10.20 | hours @ | $245.00 |

**INVOICE TOTAL**  $  **8,997.00**

787753-1

## WRG-GEN

| 01/21/2008 | GHL | Preparation of letter to Grace auditor in connection with examination of accounts for 2007. | 0.80 |
|---|---|---|---|

|  |  | SERVICES | $ | 456.00 |
|---|---|---|---|---|

| GHL | GARY H. LEVIN | 0.80 | hours @ | $570.00 |
|---|---|---|---|---|

SERVICE TOTAL                                              $   456.00

**INVOICE TOTAL**                                          $   456.00

787753-1