# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: *May 19, 2008 at 4 pm* |

**AMENDED SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF FEBRUARY 1, 2008, THROUGH FEBRUARY 29, 2008, FOR THE QUARTERLY FEE PERIOD OF JANUARY THROUGH MARCH 2008**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **February 2008** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 21,984.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

787753-1

Applicant Woodcock Washburn LLP submits this amended application for fees and expenses for the month of February 2008. This is the 60th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 34th monthly application that includes such ordinary course fees and expenses.

The monthly applications previously filed by Woodcock are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
| --- | --- | --- | --- |
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |

787753-1

| | | | |
|---|---|---|---|
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1 – 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1 – 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1 – 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1 – 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1 – 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 – 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 – 9/30/06 | None Submitted | – | – |
| 10/1 – 10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1 – 11/30/06 | None Submitted | – | – |
| 12/1 – 12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1 – 1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1 – 2/28/07 | April 4, 2007 | 17,119.50 | – |
| 3/1 – 3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1 – 4/30/07 | June 19, 2007 | 4,328.50 | – |
| 5/1 – 5/31/07 | July 13, 2007 | 25,241.50 | – |
| 6/1 – 6/30/07 | August 23, 2007 | 4,814.00 | 2,326.25 |
| 7/1 – 7/31/07 | September 28, 2007 | 2,510.00 | 178.50 |
| 8/1 – 8/31/07 | October 12, 2007 | 14,305.00 | 234.00 |
| 9/1 – 9/30/07 | December 10, 2007 | 5,959.00 | 194.00 |
| 10/1 – 10/31/07 | December 14, 2007 | 7,213.00 | – |
| 11/1 – 11/30/07 | January 22, 2008 | 2,911 | – |
| 12/1 – 12/31/07 | February 6, 2008 | 25,057.00 | 2,661.75 |

787753-1

| 1/1– 1/31/08 | March 13, 2008 | 32,984.00 | – |
|---|---|---|---|
| TOTAL | | $3,278,789.00 | $781,991.50 |

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with four substantive matters, which are detailed in the attached fee schedule for that matter. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $530.00 | 32.2 | $17,119.00 |
| Gary H. Levin | Partner | 1976 | IP Litigation | $570.00 | 2.4 | $1,368.00 |
| Henrik D. Parker | Partner | 1984 | IP Litigation | $500.00 | 29.1 | $14,550.00 |

                Total Fees: $32,984.00
                Discount: [$11,000.00]
            Blended Discounted Rate: $345.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for 80% of the amount of $ 21,984.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($17,587.20); and (b) that the fees are payable as administrative expenses of the Debtors' estates.

                Respectfully submitted

                */s/ Gary H. Levin*

Dated: April 25, 2008         Gary H. Levin
                Woodcock Washburn LLP
                2929 Arch Street
                Cira Centre – 12th Floor
                Philadelphia, PA  19104
                (215) 568-3100
                levin@woodcock.com

787753-1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FEBRUARY 1, 2008, THROUGH FEBRUARY 29, 2008**

787753-1

## WRG-0068
## MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 02/19/2008 | GHL | Review of all references cited in outstanding office action and consideration of points of distinction in pending application, consideration of claim amendments to overcome pending rejections, and telephone conference with Mr. Cross to review the outstanding office action and references and develop responses to same; | 2.50 |
|---|---|---|---|
| 02/20/2008 | GHL | Further telephone conference with Mr. Cross and Mr. Jordan to review the outstanding office action and references and develop responses to same; discussion of possible amendments to claims; develop proposed amendments and arguments and draft claim amendments and further new claims; | 2.30 |
| 02/25/2008 | GHL | Telephone conference with Mr. Cross regarding proposed amendments to claims; preparation of the response to outstanding office action, drafting arguments and further amendments to overcome cited rejections; | 1.70 |
| 02/28/2008 | GHL | Further drafting of response to outstanding office action. | 0.70 |

SERVICES     $     3,816.00

| GHL | GARY H. LEVIN | 7.20 | hours @ | $530.00 |
|---|---|---|---|---|

**INVOICE TOTAL**     $     **3,816.00**

787753-1

## WRG-0085
## EVALUATION OF THIRD-PARTY PATENTS
## RELATING TO CONSTRUCTION MEMBRANE PRODUCTS

| | | | |
|---|---|---|---|
| 02/01/2008 | GHL | Work on written opinion of non-infringement of version 1 of Grace's proposed barrier laminate versus third-party patents; | 4.50 |
| 02/01/2008 | HDP | Completing work on opinion as to Third-party patents in relation to proposed adhesive web barrier materials; continued work on drafting opinion related to Third-party patents and alternate adhesive patents; | 3.80 |
| 02/04/2008 | GHL | Further work on written opinion of non-infringement of version 1 of Grace's proposed barrier laminate versus third-party patents; | 2.50 |
| 02/04/2008 | GHL | Work written opinion on non-infringement of versions 2 and 3 of Grace's proposed barrier laminate versus third-party patents; | 2.50 |
| 02/04/2008 | HDP | Continued work on drafting of various opinions; | 2.10 |
| 02/05/2008 | GHL | Further work on written opinion of non-infringement of versions 2 and 3 of Grace's proposed barrier laminate versus third-party patents; telephone conference with Mr. Williams regarding same; | 2.30 |
| 02/05/2008 | HDP | Continued work on editing opinions; multiple communications with Mr. Levin thereon; | 2.30 |
| 02/06/2008 | GHL | Review of Mr. Williams comments on draft opinion revising technical descriptions of proposed products and manufacture processes in view of same; further work on written non-infringement and invalidity opinions addressing third-party patents; | 3.50 |
| 02/06/2008 | HDP | Continued editing of draft opinions; communication with client thereon; | 1.40 |
| 02/07/2008 | HDP | Finishing first draft of opinion as to validity of various claims of third-party patents and sending to Mr. Levin with cover email including questions; | 1.00 |
| 02/11/2008 | HDP | Further editing and additional drafting of non-infringement opinion as to two Third-party patents with respect to second and third proposed Grace products in light of comments received from Mr. Williams; continued work on drafting of invalidity opinion as to third-party patent; | 2.00 |
| 02/12/2008 | GHL | Review and revision to draft invalidity opinion on third party patent; | 0.70 |
| 02/13/2008 | GHL | Further work on written opinion of invalidity of third-party patent relative to grace's freedom-to-operate with proposed adhesive-backed membranes; | 1.50 |
| 02/14/2008 | GHL | Further work on written opinion of invalidity of third-party patent; | 1.30 |

787753-1

| 02/15/2008 | GHL | Further work on opinion of invalidity of third-party patent on construction moisture barriers and consideration of non-infringement issues of Grace adhesive-backed products; | 1.80 |
|---|---|---|---|
| 02/19/2008 | GHL | Further work on opinions of invalidity of third-party patent on construction moisture barriers, and opinions of non-infringement on patents relating to Grace adhesive-backed products, meeting with Mr. Parker to review draft positions and ensure consistency of the claim interpretations and the positions; | 1.40 |
| 02/19/2008 | HDP | Considering and incorporating various suggestions from in-house attorney as to opinions on non-infringement; continued drafting of final opinion and non-infringement opinions; | 2.30 |
| 02/21/2008 | GHL | Telephone conference with Mr. Williams regarding issued relating to invalidity and non-infringement opinions; | 0.30 |
| 02/21/2008 | HDP | Completing drafting and edits of invalidity opinion as to certain claims of third-party patent; communications with Mr. Levin thereon; | 2.40 |
| 02/22/2008 | GHL | Consideration of applicability of prior art in obviousness analysis against third-party patent directed to adhesive-backed vapor barriers; | 0.70 |
| 02/22/2008 | HDP | Extended discussions with Mr. Levin as to substance of invalidity opinion; continued drafting of that extensive opinion; related legal research as to deference due an examiner's conclusions; further in-depth analysis of relevant references; | 2.50 |
| 02/25/2008 | HDP | Continued drafting of final opinion related to invalidity of all claims of third-party patent; detailed review and analysis of additional references for use therein; | 2.50 |
| 02/26/2008 | HDP | Completing analysis and drafting of invalidity opinion relating to third-party patent; communications with Mr. Levin thereon; | 3.00 |
| 02/27/2008 | GHL | Review of Mr. Williams comments on draft third opinion, directed to invalidity of third-party patent, and consideration of revisions to the draft in view of same; | 0.40 |
| 02/27/2008 | GHL | Review and revision to draft fourth opinion, directed to additional third-party patent on construction product; | 1.60 |
| 02/27/2008 | HDP | Beginning detailed review and analysis of suggested edits by Mr. Williams as to opinion regarding invalidity of various claims of third-party patent; | 0.80 |
| 02/29/2008 | HDP | Completing re-work of opinion as to invalidity of third-party patent in view of technical comments from Mr. Williams; communication with Mr. Levin thereon. | 2.20 |

787753-1

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 25.00 | hours @ | $530.00 |
| HDP | HENRIK D. PARKER | 28.30 | hours @ | $500.00 |

|  |  |
|---|---|
| SERVICES | $ 27,400.00 |
| Project Discount | $ 11,000.00 |
| **INVOICE TOTAL** | $ 16,400.00 |

787753-1

## WRG-0086
## DUE DILIGENCE RELATING TO PROPOSED PURCHASE OF INTEREST IN THIRD-PARTY OPERATION (CEMENT FORMULATIONS)

| 02/01/2008 | GHL | Preparation of correspondence to Mr. Shapiro and Mr. Leon relating to proposed agreement with third-party for proprietary interest in certain cement products to provide conclusion of the freedom-to-operate analysis on those products and to advise on certain releases to be included in the closing agreement; and telephone conference with Mr. Leon regarding same; | 0.50 |
|---|---|---|---|
| 02/04/2008 | GHL | Further telephone conference with Mr. Leon regarding proposed releases, and preparation of limited release form Confidentiality Agreement to permit disclosure to Grace of details of freedom-to-operate analysis. | 0.70 |

SERVICES $ 684.00

| GHL | GARY H.LEVIN | 1.20 | hours @ | $570.00 |
|---|---|---|---|---|

**INVOICE TOTAL** $ **684.00**

787753-1

**WRG-GEN**

| 02/01/2008 | GHL | Fee Application, Applicant—Preparation of fee petition for December 2007. | 0.40 |
|---|---|---|---|
| 02/04/2008 | HDP | Reviewing files from previously third-party patent study to find material for responding to Mr. Bunch's request for silica patent search results from prior project; drafting and sending communications to Mr. Bunch thereon; | 0.80 |
| 02/15/2008 | GHL | Fee Application, Applicant -- Prepare quarterly fee petition for 27th interim period (October-December 2007). | 0.80 |

|  | SERVICES | $ | 1,084.00 |

|  | GHL | GARY H. LEVIN | 1.20 | hours @ | $570.00 |
|---|---|---|---|---|---|
|  | HDP | HENRIK D. PARKER | 0.80 | hours @ | $500.00 |

SERVICE TOTAL $ 1,084.00

**INVOICE TOTAL** $ **1,084.00**

787753-1