## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF KRAMER, LEVIN, NAFTALIS & FRANKEL LLP
### <u>FOR THE TWENTY-SEVENTH INTERIM PERIOD</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Twenty-Seventh Interim Fee Application of Kramer, Levin, Naftalis & Frankel LLP</u> (the "Application").

### BACKGROUND

1.      Kramer, Levin, Naftalis & Frankel LLP ("Kramer") was retained as co-counsel to the official committee of equity holders.  In the Application, Kramer seeks approval of fees totaling $398,236.50 and costs totaling $76,834.62  for its services from October 1, 2007 through December 31, 2007 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330,  Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in

the United States Bankruptcy Court for the District of Delaware, the United States District Court for

the District of Delaware, and the Third Circuit Court of Appeals.  We served an initial report on

Kramer, and received a response from Kramer, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3.      In our initial report, we noted that Kramer charged 15¢ per page for its in-house

photocopies.  Under Local Rule 2016-2(e)(iii), as amended on February 1, 2006, the current limit

is 10¢ per page.  Thus, we asked Kramer whether it would agree to an expense reduction in order

to bring its photocopy charges into compliance with the Local Rule.  Kramer responded as follows:

> The Fee Auditor has identified that the Applicant charges $.15 per page for
> duplication.  The Applicant has been informed that Del. Bankr. L.R. 2016-2(e)(iii)
> was amended to reduce the maximum amount that Applicant is allowed to charge for
> copies to $.10 per page.  Therefore, Applicant agrees to charge the estate $.10 per
> page and reduce the amount requested in the Application related to internal
> duplication by $572.75.[1]
>
> In the future, consistent with the requirement of Del. Bankr. L. R. 2016-2(e)(iii), the
> Applicant will charge a maximum of $.10 per page and each monthly invoice and
> future fee applications shall provide this information.

We appreciate Kramer's response and recommend a reduction of $572.75 in expenses.

### Specific Time and Expense Entries

4.      In our initial report, we noted that Kramer billed 3.0 hours and $1,890.00 in fees for

what appeared to be non-working travel:

---

[1]The Applicant had previously requested payment of $1,718.25 at a rate of $.15 per page and now
seeks payment of $1,145.50 at a rate of $.10 per page.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Kramer 27Q 10-12.07.wpd

| 11/12/07 | GAH | Heckman dep. (8.5); travel return to ny (3.0). | 11.5 | $630.00 | $7,245.00 |

According to Local Rule 2016-2(d)(viii): "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." Thus, we asked Kramer whether the required 50% discount had been applied to this travel time. Kramer responded as follows:

> The Fee Auditor has stated that on November 12, 2007, the Applicant billed 3.0 hours ($1,890.00 in fees) for certain nonworking travel billed at the professional's full hourly rate. This was an oversight by the Applicant who had previously created a special non-billable travel matter, where all nonworking travel is to be billed at half the hourly rate, pursuant to Del. Bankr. L. R. 2016-2(d)(viii). Therefore, the Applicant agrees to reduce the amount requested in the Application by $945.00.

We appreciate Kramer's response and recommend a reduction of $945.00 in fees.

5.    In our initial report, we noted the following time entries in which there was a discrepancy between the total time billed and the time recorded in parentheses:

| 12/1/07 | PF | review, analyze, summarize expert witness deposition for litigation team (1.8); organize, edit, compile reports (.5). | 3.3 | $455.00 | $1,501.50 |
| 12/6/07 | PF | participate in conf call re US Trustee (.5); review Heckman report (2); discuss upcoming motion and coordinate filing with local counsel and paralegal (.6); copy edit draft (2.7). | 5.9 | $455.00 | $2,684.50 |
| 12/7/07 | PF | revisions, mechanics related to filing brief (1.2); write, email summary of teleconf. (.3). | 1.6 | $455.00 | $728.00 |
| 12/10/07 | PF | TC, email, meeting with paralegal to direct compilation of Daubert briefs (.4); review report of hearing (.2). | 0.7 | $455.00 | $318.50 |
| 12/18/07 | PF | TC from DM to discuss assignment (.1); TC from PB re call to client (.1); obtain call in number for DM to participate in court hearing (.1); review Debtors' motion to strike, including expert affidavit to be stricken (.6); draft summary of motion to strike for team and clients (1.7). | 2.7 | $455.00 | $1,228.50 |
| 12/19/07 | GAH | TCS BARBARA HARDING ET AL. RE ESTIMATION HEARINGS (1.0); ATTENTION TO DAUBERT BRIEFS (2.0). | 2.5 | $630.00 | $1,575.00 |
| 11/2/07 | PF | Appear at Weill deposition (3.2); appear at UNR deposition (2); read and summarize Weill reports (3); summarize Weill deposition (2); case management (.2). | 11.4 | $455.00 | $5,187.00 |
| 10/12/07 | GMB | Conf. With shareholder re case issues (.3); conf. Second | 0.9 | $585.00 | $526.50 |

shareholder re case issues (.3).

|  | 29.0 | $13,749.50 |
|---|---|---|

The entries are correctly tabulated at 26.8 hours and $12,797.00 in fees.  Thus, we asked Kramer

whether or not it agreed that a $952.50 reduction was appropriate.   Kramer responded as follows:

> The Fee Auditor has stated that there are time detail discrepancies between the total
> time billed and the time recorded in parentheses.  Therefore, the Applicant agrees to
> reduce the amount requested in the Application by $952.50.

We appreciate Kramer's response and recommend a reduction of $952.50 in fees.

6.      In our initial report, we noted the following hotel charges for which more information

was needed:

| $1,114.57 | GAH | 11/10/07 | Fairmont Chicago; 11/10/07-11/12/07 |
|---|---|---|---|
| $530.49 | GAH | 11/13/07 | Westin Hotel Washington D.C.; 11/13/07-11/14/07 |
| $1,008.98 | GAH | 10/29/07 | Embassy Suites Hotel Washington, D.C.; 10/29/07-10/31/07 |
| $439.67 | GAH | 10/31/07 | Four Seasons Hotel Los Angeles, 10/31/07-11/1/07 |
| $419.00 | GAH | 11/4/07 | Sofitel Washington D.C.; 11/4/07-11/5/07 |
| $3,512.71 | | | |

In response to our inquiry, Kramer provided us with copies of the invoices and, in addition,

responded as follows:

> Below is the detailed information pertaining to the hotel charges (excluding taxes and
> other items):
>
> $1,114.57 GAH      11/10/07   Fairmont Chicago; 11/10/07-11/12/07
>             Meeting with Dr. Jim Heckman and the Lexecon Team (11/10/07-11/11/07);
>             Heckman Deposition (11/12/07); 2 nights, Room Rate $394.00/Night
>
> $530.49     GAH      11/13/07   Westin Hotel Washington D.C.; 11/13/07-11/14/07
>             Deposition of Leticia Chambers at Caplin & Drysdale; 1 Night, Room Rate
>             $369.95/Night
>
> $1,008.98 GAH      10/29/07   Embassy Suites Hotel Washington D.C.; 10/29/07-
>                                           10/31/07
>             Deposition of Dr. Thomas Florence; 2 Nights, Room Rate $349.95/Night

$439.67    GAH    10/31/07    Four Seasons Hotel Los Angeles; 10/31/07-11/1/07
Deposition of Mark Peterson; 1 Night, Room Rate $345/Night


$419.00    GAH    11/4/07    Sofitel Washington D.C.; 11/4/07-11/5/07
Deposition of Dr. Jennifer Biggs; 1 Night, Room Rate $289.00/Night

Based upon our review of the supporting documents, it appears that these hotel charges include expenses for in-room meal services. In aggregate, these meals exceed the per diem limits for Delaware[2] by an amount of $225.59. Therefore, the Applicant agrees to reduce the amount requested in the Application by $225.59.

We appreciate Kramer's response and, after having reviewed the meal charges listed on the invoices, we recommend a reduction for same in the amount of $225.59. With respect to the hotel charges, it appears to us that one can obtain satisfactory lodging for $300 per night, plus taxes, in Washington, DC, and for $250 per night, plus taxes, in most other locales. Accordingly, we accept Kramer's response with respect to GAH's charge of $289.00 for one night in Washington, DC, on 11/4/07. With respect to the remaining charges, we recommend the following reductions:

$788.00 for two nights in Chicago          Reduce by $288.00

$369.95 for one night in Washington, DC    Reduce by $69.95

$699.90 for two nights in Washington, DC   Reduce by $99.90

$345.00 for one night in Los Angeles       Reduce by $95.00

Thus, for all items in this paragraph, we recommend a reduction of $778.44 in expenses.

## CONCLUSION

7.      Thus, we recommend approval of $396,339.00 in fees ($398,236.50 minus $1,897.50) and $75,483.43 in expenses ($76,834.62 minus $1,351.19) for Kramer's services for the Application

---

[2]We understand the daily limits, per person, are $15 for breakfast; $25 for lunch; and $50 for dinner.

Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**


By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 19th day of May, 2008.


_____
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Kramer Levin Naftalis & Frankel LLP
Philip Bentley, Esquire
Douglas Mannal, Esquire
1177 Avenue of the Americas
New York, NY 10036

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801