IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF CAMPBELL & LEVINE, LLC
FOR THE TWENTY-SEVENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Twenty-Seventh Interim Fee Application of Campbell & Levine, LLC (the "Application").

## BACKGROUND

1.  Campbell & Levine, LLC ("Campbell & Levine"), was retained as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, Campbell & Levine seeks approval of fees totaling $129,621.00 and costs totaling $19,145.87 for its services from October 1, 2007 through December 31, 2007 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Campbell & Levine, and received a response from Campbell & Levine, portions of which response are quoted herein.

## DISCUSSION

3.  In our initial report, we noted that Campbell & Levine billed 3.8 hours for $571.00 in fees for the following identical time entries:

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 10/31/07 | MTH | 0.1 | $30.50 | Reviewing multiple correspondence from JR re Peterson and Anderson estimation depositions. |
| 10/31/07 | MTH | 0.1 | $30.50 | Reviewing multiple correspondence from JR re Peterson and Anderson estimation depositions. |
| 10/31/07 | KH | 0.6 | $57.00 | Review e-mail from B. Lindsay re: September bill (.1); Prepare Charter Oak September fee application (.5). |
| 10/31/07 | KH | 0.6 | $57.00 | Review e-mail from B. Lindsay re: September bill (.1); Prepare Charter Oak September fee application (.5). |
| 10/31/07 | KH | 0.7 | $66.50 | Review e-mail from A. Suffern re: September bill (.1); Prepare AKO September fee application (.6). |
| 10/31/07 | KH | 0.7 | $66.50 | Review e-mail from A. Suffern re: September bill (.1); Prepare AKO September fee application (.6). |
| 10/30/07 | MTH | 0.1 | $30.50 | Correspondence to and from MK re Nov. 13 hearing. |
| 10/30/07 | MTH | 0.1 | $30.50 | Correspondence to and from MK re Nov. 13 hearing. |
| 10/31/07 | MTH | 0.1 | $30.50 | Correspondence to and from MK re Nov. 13 hearing. |
| 10/31/07 | MTH | 0.1 | $30.50 | Correspondence to and from MK re Nov. 13 hearing. |
| 12/8/07 | MTH | 0.1 | $30.50 | Reviewing correspondence from WBS re comments re Debtor's Daubert brief. |
| 12/8/07 | MTH | 0.1 | $30.50 | Reviewing correspondence from WBS re comments re Debtor's Daubert brief. |
| 12/26/07 | KH | 0.1 | $9.50 | Review daily memorandum for fee issues. |
| 12/26/07 | KH | 0.1 | $9.50 | Review daily memorandum for fee issues. |
| 12/12/07 | MTH | 0.1 | $30.50 | Correspondence to KH re hearing on fee applications. |
| 12/12/07 | MTH | 0.1 | $30.50 | Correspondence to KH re hearing on fee applications. |
|  |  | 3.8 | $571.00 |  |

Thus, we asked Campbell & Levine to review these time entries and advise if any were duplicates.

Campbell & Levine responded as follows:

> The time entries listed in paragraph 3 were inadvertently entered twice and duplicates. Therefore, the bill should be reduced accordingly.

We appreciate Campbell & Levine's response and recommend a reduction of $285.50 in fees.

4.  In our initial report, we noted the following meal charge for which more information was needed:

| | | |
|---|---|---|
| 10/25/07 | Au Bon Pain (Lunch Meeting) | $118.00 |

In response to our inquiry, Campbell & Levine advised:

> The meal expense in paragraph 4 was for a meeting prior to a court appearance, attended by 4 people.

It appears to us that one can dine satisfactorily for $25 for lunch. Thus we recommend a reduction of $18.00 in expenses.

## CONCLUSION

5.  Thus we recommend approval of $129,335.50 in fees ($129,621.00 minus $285.50) and $19,127.87 in expenses ($19,145.87 minus $18.00) for Campbell & Levine's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
     Warren H. Smith
     Texas State Bar No. 18757050

325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 19th day of May, 2008.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Kathleen Campbell Davis
Marla Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Janet Baer
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801