# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING THE FEE APPLICATION OF OGILVY RENAULT LLP FOR THE TWENTY-SEVENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Ogilvy Renault LLP for the Twenty-Seventh Interim Period (the "Application").

### BACKGROUND

1.  Ogilvy Renault LLP ("Ogilvy") was retained as special counsel to the Debtors and Debtors-in-Possession in Canada. In the Application, Ogilvy seeks approval of fees totaling CDN$173,396.00 and expenses totaling CDN$6,754.82 for its services from October 1, 2007 through December 31, 2007 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for

consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Ogilvy, and received a response from Ogilvy, portions of which response are quoted herein.

## DISCUSSION

Specific Time and Expense Entries

3. In our initial report, we noted the following time entries which appeared to include non-working travel:

| 25/11/07 | Allison Kuntz | Travelled to Montreal in preparation for document review at Grace facility in LaSalle, Quebec | 4.00 | $1,220.00 |
|---|---|---|---|---|
| 25/11/07 | Karen Whibley | Travel to Montreal for document review. | 4.00 | $860.00 |
| 28/11/07 | Karen Whibley | Travel from Montreal to Toronto. | 4.00 | $860.00 |
| 28/11/07 | Allison Kuntz | Return travel from Montreal after document review in LaSalle. | 4.00 | $1,220.00 |
| TOTAL: | | | 12.00 | $4,160.00 |

Local Rule 2016-2(d)(viii) provides: "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." Thus, we asked Ogilvy to delineate the amount of time devoted to non-working travel and advise whether the required 50% discount was applied to this time. Ogilvy responded as follows:

> OR does not object to a 50% reduction in the fees outlined in the above chart and requests that the fee auditor approve a reimbursement of $2,080.00.

We appreciate Ogilvy's response, and recommend a reduction of $2,080.00 in fees.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Ogilvy 27Q 10-12.07.wpd

## CONCLUSION

4. Thus, we recommend approval of CDN $171,316.00 in fees ($173,396.00 minus $2,080.00) and CDN $6,754.82 in expenses for Ogilvy's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 19th day of May, 2008.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Teresa J. Walsh
OGILVY RENAULT LLP
200 Bay Street, Suite 3800
Royal Bank Plaza, South Tower
Toronto, ON   M5J 2Z4

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801