IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING FEE
APPLICATION OF PRICEWATERHOUSECOOPERS LLP
FOR THE TWENTY-SEVENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of PricewaterhouseCoopers LLP for the Twenty-Seventh Interim Period (the "Application").

### BACKGROUND

1.  PricewaterhouseCoopers LLP ("PwC") was retained as auditors and tax consultants to the Debtors and Debtors-in-Possession. In the Application, PwC seeks approval of fees totaling $609,820.26[1] and expenses totaling $22,551.19 for its services from October 1, 2007 through December 31, 2007 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District

---

[1] PwC breaks this amount into two separate fee requests of $603,497.69 for its accounting and auditing work and $6,322.57 for fee application preparation.

**FEE AUDITOR'S INITIAL REPORT** - Page 1
wrg FR PwC 27Q 10-12.07.wpd

of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on PwC, and received a response from PwC, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3. In our initial report, we noted that PwC requested total fees for the Application Period of $609,820.26, of which $603,497.69 is for accounting and auditing work and $6,322.57 is for fee application preparation. However the fees requested in PwC's monthly invoices totaled only $602,362.04. Of this amount, $596,039.47 was for accounting and auditing work and $6,322.57 was for fee application preparation. Thus, we asked PwC to explain this discrepancy. PwC provided the following response:

- N    The December "working" Audit time tracking worksheet was used in the compilation of the quarterly application instead of the "to submit version" that was correctly billed to the court for the month of December. The total variance of $7,458.22 was due to nonbillable December hours being included in the quarterly application totals.

- N    Our "working" spreadsheet is used internally to track every hour of the WR Grace work and includes all nonbillable hours (which are correctly not billed to you). Please see the updated quarterly application spreadsheet with the revised amounts.

- N    This was an internal error. Thank you for bringing this to our attention. We will make sure to check for it in the future.

We appreciate PwC's response, and thus recommend a reduction of $7,458.22 in fees.

<u>Specific Time and Expense Entries</u>

4.  In our initial report, we noted the following meal expense for which more information was needed:

> Nicole Heisler    10/3/07    100.00    Dinner while in Cambridge on site visit

In response to our inquiry, PwC advised as follows:

> Nicole Heisler's 10/3/07 meal expense for $100 (Dinner while in Cambridge on site visit) included four people in attendance.

Based upon a guideline of $50 per person for dinner, we accept PwC's response and have no objection to this expense.

5.  In our initial report, we noted the following hotel expenses for which more information was needed:

| | | | |
|---|---|---|---|
| Thomas Kalinosky | 12/13/07 | 587.85 | Hotel |
| Damion Purfey | 12/12/07 | 391.90 | Lodging to conduct client work Memphis, TN |
| Shahin Rahmani | 12/15/07 | 392.70 | Hotel in Chicago |
| Pavel Katsiak | 10/31/07 | 302.37 | Hotel charges while on inventory count at Lake Charles, LA plant |
| | 12/15/07 | 394.54 | Hotel charges at Hilton Oak Lawn while on inventory count for Chicago 51st (SCC) and Chicago 65th |

In response to our inquiry, PwC provided the following information concerning these charges:

> Hotel expenses:
> - Tom Kalinosky 12/13/07 Hotel $587.85; 3 nights in memphis, TN; room rate = $169 per night * 3 = $507 + taxes (state, county occupancy, city occupancy) =

**FEE AUDITOR'S INITIAL REPORT** - Page 3
wrg FR PwC 27Q 10-12.07.wpd

$80.85

- Damion Purfey 12/12/07 Hotel $391.90; Lodging to conduct client work; Memphis TN: 2 nights; room rate - $169 per night * 2 = $338 + taxes (state, county occupancy, city occupancy) = $53.90

- Shahin Rahmani 12/15/07 Hotel $392.70; Hotel in Chicago: 3 nights; room rate = $119 * 3 = $357.00 + taxes $37.50 ($11.90 * 3)

- Pavel Katsiak:
    10/31/07 $302.37 Hotel charges while on inventory count at Lake Charles, LA plant; 3 nights (10/28, 29, 30); room rate = $89 per night * 3 = $267 + taxes (state $4.67 county occupancy $3.56, city occupancy $3.56) * 3 = $35.37

    12/15/07 $394.54 Hotel charges at Hilton Oak Lawn while on inventory count for Chicago 51st (SCC) and Chicago 65th: 3 nights; room rate = $119 per night * 3 = $357 + total taxes of $35.70 ($11.90 * 3) + $1.84 coffee

We appreciate PwC's response and have no objection to these expenses.

6.    In our initial report, we noted the following air fare charge for which more information was needed:

Thomas Kalinosky    11/28/07    1,931.10    Airfare

In response to our inquiry, PwC provided the following information:

- Departure cities and destination: Hartford to Charlotte to Memphis on 12/10/07; Memphis to Charlotte to Denver on 12/13/07

- Class of fare: first class (Tom has "75K" status and is within Firm policy.)

In most instances, a first class air fare is at least triple the cost of a coach class fare, and ordinarily, we maintain that the Estate should not be put to the added expense of providing first class flights for its professionals. However, in this instance, we researched the cost of the least expensive refundable economy class fares for the trips listed above, and they all exceeded the charges incurred by PwC. Thus, we have no objection to this expense.

**CONCLUSION**

7.  Thus, we recommend approval of $602,362.04 in fees ($609,820.26 minus $7,458.22) and $22,551.19 in expenses for PwC's services for the Application Period.

        Respectfully submitted,

        **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
        Warren H. Smith
        Texas State Bar No. 18757050

325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 19th day of May, 2008.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Kathleen M. Miller
SMITH, KATZENSTEIN & FURLOW LLP
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
David M. Bernick
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801