**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139(JKF) |
| | ) | |
| Debtors[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF CSX TRANSPORTATION, INC.'S FIRST REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE [D.I. 17854]**

**PLEASE TAKE NOTICE** that CSX Transportation, Inc., by counsel, hereby gives notice of the withdrawal of CSX Transportation, Inc.'s First Request for Payment of Administrative Expense (Docket No. 17854) and the corresponding Notice of Hearing (Docket No. 17855).

[1] The debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a/ Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Itermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Envrionmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Dated: May 20, 2008

CSX TRANSPORTATION, INC.

John H. Maddock, III (VSB No. 41044)
Daniel F. Blanks (VSB No. 48108)
McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, Virginia 23510-1655
(757) 640-3700 – Telephone
(757) 640-3701 – Facsimile

and

_/s/ Barbara H. Stratton_____________
Barbara H. Stratton (Del. State Bar No. 2785)
KNEPPER & STRATTON
1228 King Street
Wilmington, Delaware 19801
(302) 658-1717 – Telephone
(302) 658-0631 – Facsimile

*Counsel for CSX Transportation, Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel F. Blanks, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF CSX TRANSPORTATION, INC.'S FIRST REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE to be served upon the following parties in the manner indicated on this 20th day of May 2008:

**U.S. Mail**

William J.A. Sparks, Esq.
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19801

Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates
Republic Center 325 N. St. Paul
Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

William J.A. Sparks, Esq.
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246

David M. Bernick, Esq.
Janet S. Baer
Lisa G. Esayian
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

(Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehi Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

(Counsel for Property Damage Claimants)
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

(Equity Committee Counsel)
Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

(FCR)
Raymond Mullady, Esq.
Garret Rasmussen, Esq.
John Ansbro, Esq.
Debra Felder, Esq.
Catharine Zurbrugg, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

(Libby)
John Heberling, Esq.
Tom Lewis, Esq.
Mark Kovacich, Esq.
Dan Cohn, Esq.
Chris Candon, Esq.
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main
Kalispell, MT 59901-5399

(Official Committee of Unsecured Creditors)
Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

(Official Committee of Property Damage Claimants)
Scott L. Baena, Esq.
Jay Sakalo, Esq.
Matt Kramer, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esq.
Peggy Farber, Esq.
Gregory Horowitz, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

(Counsel for ACC)
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

(Counsel to David T. Austern, Future Claimant's Representative)
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**E-mail**

william.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

smcfarland@pszyj.com
(Counsel for Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachuiski Stang Ziehi Young Jones & Weintraub LLP
919 North Market Street, 17 Floor
P.O. Box 8705
Wilmington, DE 19899-8705

syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

mlastowski@duanemorris.com
(Counsel for Official Committee of Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP
currier@klettronney.com

(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

pvnl@capdale.com
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

elawler@stroock.com
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

isakalo@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

pbentlev@kramerlevin.com
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

/s/ Daniel F. Blanks
Daniel F. Blanks

6270737_1