**EXHIBIT A**

Professional services rendered through: January 31, 2008

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/08/08 | A.E. Moran | Work on audit letter. | 1.00 |
| 01/18/08 | M.D. Lerner | Calls with Larry Lefkiewicz and client re continuance of appeals. | 0.50 |
| 01/22/08 | M.D. Lerner | Read Wein letter and schedule meeting. | 0.20 |
| 01/23/08 | M.D. Lerner | Respond to audit letter. | 0.20 |
| 01/23/08 | M.J. Silverman | Prepare for call with appeals. | 1.00 |
| 01/24/08 | M.D. Lerner | Call re going to Appeals; follow up re appeals. | 0.50 |
| 01/24/08 | M.J. Silverman | Conference call with client re appeals meeting and call with Mr. Collins and Ms. Narducci re national office. | 1.50 |
| 01/28/08 | A.E. Moran | Make calls and emails to attorneys on audit letters. | 0.40 |
| 01/29/08 | N.L. White | Review audit letter request and draft response. | 0.70 |
| 01/29/08 | A.E. Moran | Work on and revise quarterly billing application. | 1.60 |
| 01/30/08 | A.E. Moran | Obtain review of audit letter and respond to reviewer's questions. | 0.90 |
| 01/31/08 | A.E. Moran | Revise and send out quarterly billing letter. | 2.00 |

|  | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 2.50 | 895.00 | 2,237.50 |
| M.D. Lerner | 1.40 | 700.00 | 980.00 |
| A.E. Moran | 5.90 | 570.00 | 3,363.00 |
| N.L. White | 0.70 | 560.00 | 392.00 |
| Total | 10.50 |  | 6,972.50 |

**Total Fees** **$6,972.50**