**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  580115

012046.00001 TAX LITIGATION

Cost            Timekeeper
Code    Date    Number   Name                    Quantity    Rate    Amount
============================================================================

DUPLDC   01/11/08 08957    Leppard, John           16.00     0.15     2.40
  DUPLDC 01/11/08 08957    Leppard, John           16.00     0.20     3.20
16 PHOTOCOPIES MADE BY 08957

DUPLDC   01/17/08 00206    Moran, Anne E.          14.00     0.15     2.10
  DUPLDC 01/17/08 00206    Moran, Anne E.          14.00     0.20     2.80
14 PHOTOCOPIES MADE BY 00206

DUPLDC   01/23/08 00206    Moran, Anne E.           6.00     0.15     0.90
  DUPLDC 01/23/08 00206    Moran, Anne E.           6.00     0.20     1.20
6 PHOTOCOPIES MADE BY 00206

DUPLDC   01/28/08 00206    Moran, Anne E.           4.00     0.15     0.60
  DUPLDC 01/28/08 00206    Moran, Anne E.           4.00     0.20     0.80
4 PHOTOCOPIES MADE BY 00206

DUPLDC            Total:                            6.00

LASR     01/08/08 00206    Moran, Anne E.           7.00     0.15     1.05
  LASR   01/08/08 00206    Moran, Anne E.           7.00     0.20     1.40
PC/Network Printing

PC LASR   7 Pages Ward, Brenda
LASR     01/08/08 00206    Moran, Anne E.           7.00     0.15     1.05
  LASR   01/08/08 00206    Moran, Anne E.           7.00     0.20     1.40
PC/Network Printing

PC LASR   7 Pages Ward, Brenda
LASR     01/08/08 Total:                            2.10
LASR     01/18/08 00206    Moran, Anne E.           6.00     0.15     0.90
  LASR   01/18/08 00206    Moran, Anne E.           6.00     0.20     1.20
PC/Network Printing

PC LASR   6 Pages Wieczorek, JoAnn
LASR     01/23/08 00206    Moran, Anne E.           7.00     0.15     1.05
  LASR   01/23/08 00206    Moran, Anne E.           7.00     0.20     1.40
PC/Network Printing

PC LASR   7 Pages Wieczorek, JoAnn
LASR     01/28/08 00206    Moran, Anne E.           7.00     0.15     1.05
  LASR   01/28/08 00206    Moran, Anne E.           7.00     0.20     1.40
PC/Network Printing
```

Doc. # DC-2046251 v.1 5/19/08 04:36 PM

```
PC LASER   7 Pages Rood, Devon
LASR       01/29/08 00206     Moran, Anne E.                7.00   0.15      1.05
  LASR     01/29/08 00206     Moran, Anne E.                7.00   0.20      1.40
PC/Network Printing

PC LASER   7 Pages Moran, Anne
LASR       01/29/08 00206     Moran, Anne E.                6.00   0.15      0.90
  LASR     01/29/08 00206     Moran, Anne E.                6.00   0.20      1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR       01/29/08 00206     Moran, Anne E.                7.00   0.15      1.05
  LASR     01/29/08 00206     Moran, Anne E.                7.00   0.20      1.40
PC/Network Printing

PC LASER   7 Pages White, Nancy
LASR       01/29/08 Total:                                  3.00
LASR       01/31/08 00206     Moran, Anne E.                7.00   0.15      1.05
  LASR     01/31/08 00206     Moran, Anne E.                7.00   0.20      1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda

LASR       01/31/08 00206     Moran, Anne E.                7.00   0.15      1.05
  LASR     01/31/08 00206     Moran, Anne E.                7.00   0.20      1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       01/31/08 Total:                                  2.10

LASR                Total:                                 10.20

Total: 012046.00001 TAX LITIGATION                         16.20


012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost                Timekeeper
Code       Date     Number   Name                       Quantity   Rate    Amount
==================================================================================

LASR       01/29/08 00206     Moran, Anne E.                7.00   0.15      1.05
  LASR     01/29/08 00206     Moran, Anne E.                7.00   0.20      1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       01/29/08 00206     Moran, Anne E.               11.00   0.15      1.65
  LASR     01/29/08 00206     Moran, Anne E.               11.00   0.20      2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       01/29/08 Total:                                  2.70
LASR       01/30/08 00206     Moran, Anne E.               11.00   0.15      1.65
  LASR     01/30/08 00206     Moran, Anne E.               11.00   0.20      2.20
PC/Network Printing
```

```
PC LASER    11 Pages Ward, Brenda
LASR        01/30/08 00206      Moran, Anne E.           7.00   0.15    1.05
  LASR      01/30/08 00206      Moran, Anne E.           7.00   0.20    1.40
PC/Network Printing

PC LASER    7 Pages Ward, Brenda
LASR        01/30/08 Total:                              2.70
LASR        01/31/08 00206      Moran, Anne E.          11.00   0.15    1.65
  LASR      01/31/08 00206      Moran, Anne E.          11.00   0.20    2.20
PC/Network Printing

PC LASER    11 Pages Ward, Brenda
LASR        01/31/08 00206      Moran, Anne E.           7.00   0.15    1.05
  LASR      01/31/08 00206      Moran, Anne E.           7.00   0.20    1.40
PC/Network Printing

PC LASER    7 Pages Ward, Brenda
LASR        01/31/08 00206      Moran, Anne E.           2.00   0.15    0.30
  LASR      01/31/08 00206      Moran, Anne E.           2.00   0.20    0.40
PC/Network Printing

PC LASER    2 Pages Ward, Brenda
LASR        01/31/08 00206      Moran, Anne E.           1.00   0.15    0.15
  LASR      01/31/08 00206      Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        01/31/08 00206      Moran, Anne E.           4.00   0.15    0.60
  LASR      01/31/08 00206      Moran, Anne E.           4.00   0.20    0.80
PC/Network Printing

PC LASER    4 Pages Ward, Brenda
LASR        01/31/08 00206      Moran, Anne E.          11.00   0.15    1.65
  LASR      01/31/08 00206      Moran, Anne E.          11.00   0.20    2.20
PC/Network Printing

PC LASER    11 Pages Ward, Brenda
LASR        01/31/08 00206      Moran, Anne E.           4.00   0.15    0.60
  LASR      01/31/08 00206      Moran, Anne E.           4.00   0.20    0.80
PC/Network Printing

PC LASER    4 Pages Ward, Brenda
LASR        01/31/08 00206      Moran, Anne E.           1.00   0.15    0.15
  LASR      01/31/08 00206      Moran, Anne E.           1.00   0.20    0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        01/31/08 Total:                              6.15

LASR                 Total:                             11.55

Total: 012046.00002 PROTEST OF REMEDIUM LOSS            11.55
                    DISALLOWANCE
```

8

*012046.00003 TAX LITIGATION AUDIT ISSUE*

```
Cost              Timekeeper
Code      Date    Number    Name                Quantity    Rate      Amount
================================================================================
DELMES    01/30/08 08174    DEFAULT ATTORNEY,    1.00      28.02      28.02
  DELMES  01/30/08 08174    DEFAULT ATTORNEY,    1.00                 28.02
Local Messenger

Caller: WIECZOREK
Pick up company: STEPTOE   JOHNSON
Pick up address: 1330 Connecticut Ave NW
Drop off company: US TAX COURT

Drop off address: 400 2nd St NW
DELMES    01/30/08 08174    DEFAULT ATTORNEY,    1.00      11.10      11.10
  DELMES  01/30/08 08174    DEFAULT ATTORNEY,    1.00                 11.10
Local Messenger

Caller: WIECZOREK
Pick up company: US TAX COURT
Pick up address: 400 2nd St NW
Drop off company: STEPTOE   JOHNSON
Drop off address: 1330 Connecticut Ave NW
DELMES    01/30/08 Total:                        39.12

DELMES             Total:                        39.12

DUPLDC    01/30/08 00206    Moran, Anne E.      33.00       0.15       4.95
  DUPLDC  01/30/08 00206    Moran, Anne E.      33.00       0.20       6.60
33 PHOTOCOPIES MADE BY 00206

LASR      01/30/08 00206    Moran, Anne E.       1.00       0.15       0.15
  LASR    01/30/08 00206    Moran, Anne E.       1.00       0.20       0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR      01/30/08 00206    Moran, Anne E.       1.00       0.15       0.15
  LASR    01/30/08 00206    Moran, Anne E.       1.00       0.20       0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR      01/30/08 Total:                        0.30

LASR               Total:                        0.30

POST      01/30/08 08174    DEFAULT ATTORNEY,    1.00       0.97       0.97
  POST    01/30/08 08174    DEFAULT ATTORNEY,    1.00                  0.97
Postage

Sent by S&J Mailroom via 4   1 item(s) x
TELECO    01/24/08 00008    Lerner, Matthew D.   1.00      15.89      15.89
  TELECO  01/24/08 00008    Lerner, Matthew D.   1.00                 15.89
Soundpath charge for Conferencing Services
on 01/24/08 for 168 minutes.

Moderator: Matthew D. Lerner
```

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE          61.23

**REPORT TOTAL:**                                             **$88.98**