**EXHIBIT A**

Professional services rendered through: February 29, 2008

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/29/08 | M.D. Lerner | Provide closing Agreement advice to client. | 0.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 0.10 | 700.00 | 70.00 |
| Total | 0.10 | | 70.00 |

----------------------

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/27/08 | A.E. Moran | Work on October, November and December bills. | 0.70 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 0.70 | 570.00 | 399.00 |
| Total | 0.70 | | 399.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/20/08 | A.E. Moran | Send audit letter request to lawyers | 0.30 |
| 02/20/08 | A.E. Moran | Draft audit letter response. | 0.60 |
| 02/21/08 | A.E. Moran | Send emails re procedures for audit letter. | 0.20 |
| 02/25/08 | A.E. Moran | Finalize and send out audit letter. | 0.40 |

-------------------------

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.50 | 570.00 | 855.00 |
| Total | 1.50 | | 855.00 |

|  |  |
|---|---|
| Total Fees | $1324.00 |