**EXHIBIT B**

STEPTOE & JOHNSON LLP
Detail Cost Report

*012046.00001 TAX LITIGATION*

```
Cost              Timekeeper
Code      Date    Number    Name                    Quantity   Rate    Amount
================================================================================

LASR      02/25/08 00206    Moran, Anne E.           1.00     0.15     0.15
   LASR   02/25/08 00206    Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda


Report Total TAX LITIGATION:                                            0.15
```

*012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE*

```
Cost              Timekeeper
Code      Date    Number    Name                    Quantity   Rate    Amount
================================================================================

LASR      02/05/08 00206    Moran, Anne E.           1.00     0.15     0.15
   LASR   02/05/08 00206    Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/11/08 00206    Moran, Anne E.           3.00     0.15     0.45
   LASR   02/11/08 00206    Moran, Anne E.           3.00     0.20     0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      02/11/08 00206    Moran, Anne E.           7.00     0.15     1.05
   LASR   02/11/08 00206    Moran, Anne E.           7.00     0.20     1.40
PC/Network Printing

PC LASER  7 Pages Ward, Brenda
LASR      02/11/08 00206    Moran, Anne E.           3.00     0.15     0.45
   LASR   02/11/08 00206    Moran, Anne E.           3.00     0.20     0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      02/11/08 Total:                            1.95
LASR      02/12/08 00206    Moran, Anne E.           2.00     0.15     0.30
   LASR   02/12/08 00206    Moran, Anne E.           2.00     0.20     0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      02/12/08 00206    Moran, Anne E.           1.00     0.15     0.15
   LASR   02/12/08 00206    Moran, Anne E.           1.00     0.20     0.20
PC/Network Printing
```

Doc. # DC-2046254 v.1 5/19/08 04:11 PM

```
PC LASER   1 Pages Ward, Brenda
LASR       02/12/08 Total:                                    0.45
LASR       02/20/08 00206     Moran, Anne E.         1.00     0.15     0.15
  LASR     02/20/08 00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/21/08 00206     Moran, Anne E.         1.00     0.15     0.15
  LASR     02/21/08 00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/25/08 00206     Moran, Anne E.         1.00     0.15     0.15
  LASR     02/25/08 00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/26/08 00206     Moran, Anne E.         1.00     0.15     0.15
  LASR     02/26/08 00206     Moran, Anne E.         1.00     0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

LASR                Total:                           3.15

Total:   012046.00002 PROTEST OF REMEDIUM LOSS      3.15
                     DISALLOWANCE
```

*012046.00003 TAX LITIGATION AUDIT ISSUE*

```
Cost              Timekeeper
Code     Date     Number   Name              Quantity    Rate    Amount
========================================================================

DUPLDC   02/04/08 00206    Moran, Anne E.      10.00     0.15      1.50
  DUPLDC 02/04/08 00206    Moran, Anne E.      10.00     0.20      2.00
10 PHOTOCOPIES MADE BY 00206

LASR     02/11/08 00206    Moran, Anne E.       2.00     0.15      0.30
  LASR   02/11/08 00206    Moran, Anne E.       2.00     0.20      0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR     02/27/08 00206    Moran, Anne E.      14.00     0.15      2.10
  LASR   02/27/08 00206    Moran, Anne E.      14.00     0.20      2.80
PC/Network Printing

PC LASER   14 Pages Moran, Anne
LASR     02/27/08 00206    Moran, Anne E.      11.00     0.15      1.65
  LASR   02/27/08 00206    Moran, Anne E.      11.00     0.20      2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR     02/27/08 00206    Moran, Anne E.      11.00     0.15      1.65
```

```
   LASR     02/27/08 00206      Moran, Anne E.           11.00    0.20       2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR      02/27/08 Total:                                 5.40
LASR      02/28/08 00206      Moran, Anne E.            19.00    0.15       2.85
   LASR   02/28/08 00206      Moran, Anne E.            19.00    0.20       3.80
PC/Network Printing

PC LASER  19 Pages Ward, Brenda
LASR      02/28/08 00206      Moran, Anne E.            11.00    0.15       1.65
   LASR   02/28/08 00206      Moran, Anne E.            11.00    0.20       2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      02/28/08 00206      Moran, Anne E.             9.00    0.15       1.35
   LASR   02/28/08 00206      Moran, Anne E.             9.00    0.20       1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR      02/28/08 Total:                                 5.85

LASR               Total:                                11.55

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE           13.05
```

**REPORT TOTAL:**                                                           **16.35**