**EXHIBIT A**

Professional services rendered through: March 31, 2008:

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/07/08 | M.D. Lerner | Transmit closing agreement to IRS. | 0.10 |
| 03/01/08 | A.E. Moran | Revise bills for October, November and December 2007. | 1.70 |
| 03/03/08 | A.E. Moran | Revise and send out October-December bills. | 0.90 |
| 03/04/08 | A.E. Moran | Revise November application. | 0.30 |
| 03/24/08 | A.E. Moran | Prepare quarterly bill for October, November and December 2007. | 0.80 |
| 03/19/08 | A.E. Moran | Telephone conference with C. Finke re 162(m) issues. | 0.80 |
| 03/20/08 | A.E. Moran | Review 162(m) regulations and performance-based compensation. | 0.50 |
| 03/31/08 | A.E. Moran | Review new ruling on split-dollar issues. | 1.00 |

Total This Statement    6.10

Professional services rendered through: March 31, 2008

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 6.00 | 570.00 | 3,420.00 |
| M. D. Lerner | .10 | 700.00 | 70.00 |
| Total | 6.10 | | 3,490.00 |

Total Fees    $3,490.00