**EXHIBIT B**

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 603794

*012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE*

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| DLFD | 03/07/08 | 00206 | Moran, Anne E. | 1.00 | 8.73 | 8.73 |
| DLFD | 03/07/08 | 00206 | Moran, Anne E. | 1.00 | | 8.73 |

Federal Express from Matthew D. Lerner
to Bernard J. Long, Jr.
on March 07, 2008.

Tracking Number 791862916935

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| LASR | 03/03/08 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 |
| LASR | 03/03/08 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing

PC LASER   2 Pages Ward, Brenda

| LASR | 03/03/08 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 03/03/08 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Ward, Brenda

| LASR | 03/03/08 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 03/03/08 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Ward, Brenda

| LASR | 03/03/08 | Total: | | 0.60 | | |
| LASR | 03/07/08 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 03/07/08 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn

| LASR | 03/07/08 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 03/07/08 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn

| LASR | 03/07/08 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 03/07/08 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn

| LASR | 03/07/08 | Total: | | 0.45 | | |
| LASR | 03/24/08 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 |
| LASR | 03/24/08 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 |

PC/Network Printing

PC LASER   11 Pages Moran, Anne

6

```
LASR       03/25/08 00206    Moran, Anne E.             11.00   0.15     1.65
  LASR     03/25/08 00206    Moran, Anne E.             11.00   0.20     2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR       03/25/08 00206    Moran, Anne E.             11.00   0.15     1.65
  LASR     03/25/08 00206    Moran, Anne E.             11.00   0.20     2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR       03/25/08 00206    Moran, Anne E.              8.00   0.15     1.20
  LASR     03/25/08 00206    Moran, Anne E.              8.00   0.20     1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       03/25/08 00206    Moran, Anne E.              2.00   0.15     0.30
  LASR     03/25/08 00206    Moran, Anne E.              2.00   0.20     0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       03/25/08 00206    Moran, Anne E.              1.00   0.15     0.15
  LASR     03/25/08 00206    Moran, Anne E.              1.00   0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/25/08 Total:                                               4.95
LASR                Total:                                               7.65

POST       03/07/08 08174    DEFAULT ATTORNEY,           1.00   0.97     0.97
  POST     03/07/08 08174    DEFAULT ATTORNEY,           1.00            0.97
Postage

Sent by S&J Mailroom via 4  1 item(s) x
Total: 012046.00002 PROTEST OF REMEDIUM LOSS                            17.35
                    DISALLOWANCE
```

## 012046.00003 TAX LITIGATION AUDIT ISSUE

```
Cost              Timekeeper
Code      Date    Number    Name                      Quantity  Rate    Amount
===============================================================================
DUPLDC     03/07/08 07530    Wieczorek, Joann E.        24.00   0.15     3.60
  DUPLDC   03/07/08 07530    Wieczorek, Joann E.        24.00   0.20     4.80
24 PHOTOCOPIES MADE BY 07530

LASR       03/03/08 00206    Moran, Anne E.             12.00   0.15     1.80
  LASR     03/03/08 00206    Moran, Anne E.             12.00   0.20     2.40
PC/Network Printing

PC LASER  12 Pages Ward, Brenda
LASR       03/03/08 00206    Moran, Anne E.             11.00   0.15     1.65
  LASR     03/03/08 00206    Moran, Anne E.             11.00   0.20     2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR       03/03/08 00206    Moran, Anne E.             10.00   0.15     1.50
```

```
    LASR     03/03/08 00206      Moran, Anne E.          10.00   0.20         2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       03/03/08 00206       Moran, Anne E.           9.00   0.15         1.35
    LASR     03/03/08 00206      Moran, Anne E.           9.00   0.20         1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       03/03/08 00206       Moran, Anne E.           9.00   0.15         1.35
    LASR     03/03/08 00206      Moran, Anne E.           9.00   0.20         1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       03/03/08 00206       Moran, Anne E.          10.00   0.15         1.50
    LASR     03/03/08 00206      Moran, Anne E.          10.00   0.20         2.00
PC/Network Printing

PC LASER   10 Pages Moran, Anne
LASR       03/03/08 00206       Moran, Anne E.          11.00   0.15         1.65
    LASR     03/03/08 00206      Moran, Anne E.          11.00   0.20         2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       03/03/08 00206       Moran, Anne E.          10.00   0.15         1.50
    LASR     03/03/08 00206      Moran, Anne E.          10.00   0.20         2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       03/03/08 00206       Moran, Anne E.           9.00   0.15         1.35
    LASR     03/03/08 00206      Moran, Anne E.           9.00   0.20         1.80
PC/Network Printing

PC LASER   9 Pages Ward, Brenda
LASR       03/03/08 Total:                              13.65
LASR       03/04/08 00206       Moran, Anne E.           1.00   0.15         0.15
    LASR     03/04/08 00206      Moran, Anne E.           1.00   0.20         0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/04/08 00206       Moran, Anne E.           1.00   0.15         0.15
    LASR     03/04/08 00206      Moran, Anne E.           1.00   0.20         0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       03/04/08 00206       Moran, Anne E.          10.00   0.15         1.50
    LASR     03/04/08 00206      Moran, Anne E.          10.00   0.20         2.00
PC/Network Printing

PC LASER   10 Pages Ward, Brenda
LASR       03/04/08 Total:                               1.80
LASR       03/24/08 00206       Moran, Anne E.           1.00   0.15         0.15
    LASR     03/24/08 00206      Moran, Anne E.           1.00   0.20         0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn
```

```
LASR        03/25/08  00206     Moran, Anne E.         1.00    0.15         0.15
  LASR      03/25/08  00206     Moran, Anne E.         1.00    0.20         0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda

LASR                Total:                            15.75

POST        03/25/08  08174     DEFAULT ATTORNEY,      1.00    0.41         0.41
  POST      03/25/08  08174     DEFAULT ATTORNEY,      1.00                 0.41
Postage

Sent by S&J Mailroom via 4   1 item(s) x
Total: 012046.00003 TAX LITIGATION AUDIT ISSUE        19.76


Report Total:                                         37.11
```