# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

May 12, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1391803                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| Name | Title | Hrs. | Rate | Amount |
|------|-------|------|------|--------|
| MR LASTOWSKI | PARTNER | 30.10 hrs. at | $645.00 /hr. = | $19,414.50 |
| RW RILEY | PARTNER | 6.90 hrs. at | $520.00 /hr. = | $3,588.00 |
| MR BISTROW | PARTNER | 0.30 hrs. at | $595.00 /hr. = | $178.50 |
| WS KATCHEN | OF COUNSEL | 62.00 hrs. at | $705.00 /hr. = | $43,710.00 |
| JH LEMKIN | SPECIAL COUNSEL | 15.40 hrs. at | $380.00 /hr. = | $5,852.00 |
| ME HOFFMAN | ASSOCIATE | 26.80 hrs. at | $295.00 /hr. = | $7,906.00 |
| MD SOUSA | ASSOCIATE | 3.30 hrs. at | $335.00 /hr. = | $1,105.50 |
| GG INCARDONE | ASSOCIATE | 1.70 hrs. at | $285.00 /hr. = | $484.50 |
| BA GRUPPO | PARALEGAL | 1.70 hrs. at | $250.00 /hr. = | $425.00 |
| TJ SANTORELLI | PARALEGAL | 2.00 hrs. at | $145.00 /hr. = | $290.00 |
| EM O'BYRNE | PARALEGAL | 6.40 hrs. at | $195.00 /hr. = | $1,248.00 |
| GR REINIG | PARALEGAL | 0.90 hrs. at | $195.00 /hr. = | $175.50 |
| ST TATE | LEGAL ASSISTANT | 2.30 hrs. at | $150.00 /hr. = | $345.00 |

$84,722.50

DISBURSEMENTS
| | |
|---|---|
| DINNER - LOCAL | 124.90 |
| LEXIS LEGAL RESEARCH | 1251.90 |
| MEETING EXPENSE | 57.64 |
| MISCELLANEOUS | 64.00 |
| PRINTING & DUPLICATING | 6.90 |
| TAXI FARES | 50.00 |
| TRAVEL - LOCAL | 112.11 |
| TRAVEL AWAY FROM HOME | 102.62 |
| TOTAL DISBURSEMENTS | $1,770.07 |

DUANE MORRIS LLP

Duane Morris
May 12, 2008
Page 2

File# K0248-00001                                        INVOICE# 1391803

BALANCE DUE THIS INVOICE                                        $86,492.57

PREVIOUS BALANCE                                               $96,721.99

TOTAL BALANCE DUE                                             $183,214.56

Duane Morris
May 12, 2008
Page 3

File # K0248-00001                                    INVOICE #  1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/1/2008 | 003 | MR LASTOWSKI | REVIEW FEBRUARY MONTHLY OPERATING REPORTS | 0.10 | $64.50 |
| 4/1/2008 | 003 | MR LASTOWSKI | PREPARE FOR AND ATTEND ESTIMATION HEARING (BY PHONE) | 7.60 | $4,902.00 |
| | | | Code Total | 7.70 | $4,966.50 |

Duane Morris
May 12, 2008
Page 4

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/1/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 4/1/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD NEW ENTRIES AND FORWARD TO W KATCHEN; REVIEW DOCKET FOR OPINION IN MONTANA LIBBY MATTER; FORWARD SAME TO W KATCHEN | 0.50 | $97.50 |
| 4/2/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 4/3/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 4/3/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEETS; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 4/4/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $25.00 |
| 4/4/2008 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 4/7/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/8/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/9/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |

Duane Morris
May 12, 2008
Page 5

.

File # K0248-00001                                    INVOICE # 1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/10/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/11/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/14/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/14/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.30 | $58.50 |
| 4/14/2008 | 004 | GG INCARDONE | RESEARCH REGARDING DEBTOR'S INABILITY TO MAKE PAYMENT PRIOR TO EFFECTIVE DATE OF PLAN OF REORGANIZATION | 1.70 | $484.50 |
| 4/14/2008 | 004 | RW RILEY | REVIEWING MATTERS SCHEDULED FOR 4/22 HEARING | 1.30 | $676.00 |
| 4/15/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FORWARDING SAME TO W KATCHEN (.2); DOWNLOAD EIGHT DOCUMENTS FROM DOCKET AND FORWARD TO W KATCHEN PURSUANT TO HIS REQUEST (.5) | 0.70 | $136.50 |
| 4/16/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/16/2008 | 004 | EM O'BYRNE | REVIEW DAILY DOCKET AND FORWARD TO W KATCHEN; DOWNLOAD NINE DOCUMENTS FROM THE COURT SITE AND FORWARD SAME | 1.20 | $234.00 |
| 4/17/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/17/2008 | 004 | EM O'BYRNE | REVIEW DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 4/18/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET FOR REVIEW BY W KATCHEN | 0.20 | $39.00 |
| 4/21/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |

Duane Morris
May 12, 2008
Page 6

File # K0248-00001                                    INVOICE #  1391803
  W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/21/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET; FORWARD TO W KATCHEN (.2); DOWNLOAD, SCAN AND FORWARD DOCUMENTS FOR W KATCHEN'S REVIEW (.3) | 0.50 | $97.50 |
| 4/21/2008 | 004 | RW RILEY | REVIEWING MATTERS SCHEDULED FOR 4/22 OMNIBUS HEARING INCLUDING MOTION TO SET BAR DATE FOR ZONO11TE ATTIC INSULATION CLAIMS AND OTHER MOTIONS RELATED TO ZAI CLAIMS | 2.30 | $1,196.00 |
| 4/22/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/22/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 4/22/2008 | 004 | RW RILEY | PREPARATION AND ATTENDING OMNIBUS HEARING | 2.10 | $1,092.00 |
| 4/23/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/23/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET | 0.20 | $39.00 |
| 4/28/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/28/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 4/29/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| 4/29/2008 | 004 | EM O'BYRNE | REVIEW DESIGNATION OF RECORD IN ADVERSARY MATTER; DOWNLOAD PERTINENT DOCUMENTS REQUESTED BY MR. KATCHEN; SCAN AND FORWARD SAME | 0.60 | $117.00 |
| 4/29/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FROM BANKRUPTCY COURT WEBSITE; FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
May 12, 2008
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/30/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME W.KATCHEN | 0.10 | $25.00 |
| | | | Code Total | 14.70 | $4,965.50 |

Duane Morris
May 12, 2008
Page 8

File # K0248-00001                                           INVOICE #  1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/1/2008 | 005 | RW RILEY | REVIEWING RECENT MOTIONS AND ORDER RELATED TO PI CLAIM ESTIMATION | 1.20 | $624.00 |
| 4/3/2008 | 005 | EM O'BYRNE | DOWNLOAD TRANSCRIPT FROM DOCKET, SCAN AND FORWARD TO W KATCHEN AT HIS REQUEST | 0.30 | $58.50 |
| 4/7/2008 | 005 | MR LASTOWSKI | ANALYSIS OF SETTLEMENT ISSUES | 0.20 | $129.00 |
| 4/7/2008 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.70 | $451.50 |
| 4/7/2008 | 005 | MR LASTOWSKI | REVIEW ISSUES RE: PERSONAL INJURY ESTIMATION SETTLEMENT | 0.50 | $322.50 |
| 4/9/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO APPOINT MEDIATOR FOR SPEIGHTS AND RUNYON CLAIMS | 0.20 | $129.00 |
| 4/10/2008 | 005 | MR LASTOWSKI | REVIEW BRIEFING RELATED TO APPOINTMENT OF ZAI EXPERT | 0.70 | $451.50 |
| 4/11/2008 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' MOTION FOR AN ORDER RECOGNIZING A WASHINGTON CLASS PROOF OF CLAIM AND DEBTORS' OPPOSITION THERETO | 1.20 | $774.00 |
| 4/11/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION AND AMENDED MOTION FOR ZAI CLAIMS BAR DATE | 1.20 | $774.00 |
| 4/11/2008 | 005 | MR LASTOWSKI | REVIEW ZAI OPPOSITION TO DEBTORS' REQUEST FOR AN IMMEDIATE ZAI CLAIMS BAR DATE | 1.20 | $774.00 |
| 4/14/2008 | 005 | MR LASTOWSKI | REVIEW GRACE APPEAL FROM LIBBY ORDER AND RELATED MEMORANDUM AND REVIEW OF UNDERLYING OPINIONS | 0.50 | $322.50 |
| 4/17/2008 | 005 | MR LASTOWSKI | ANALYSIS OF PERSONAL INJURY SETTLEMENT | 0.60 | $387.00 |
| 4/18/2008 | 005 | MR LASTOWSKI | ANALYSIS OF PLEADINGS RELATING TO LIBBY SETTLEMENT | 0.90 | $580.50 |
| 4/22/2008 | 005 | MR LASTOWSKI | REVIEW OF LIBBY CLAIMANTS' OPPOSITION TO GRACE'S MOTION FOR LEAVE TO APPEAL ORDER DENYING INJUNCTION | 0.40 | $258.00 |
| 4/25/2008 | 005 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S NOTICE OF APPEAL AND RELATED MEMORANDUM OPINION | 0.50 | $322.50 |
| 4/25/2008 | 005 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S NOTICE OF APPEAL AND RELATED MEMORANDUM OPINION | 0.50 | $322.50 |
| | | | Code Total | 10.80 | $6,681.00 |

Duane Morris
May 12, 2008
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/16/2008 | 006 | MR BISTROW | CONFER RE OBJECTION TO PAYMENT OF PRE-PETITION CLAIMS | 0.30 | $178.50 |
| | | | Code Total | 0.30 | $178.50 |

Duane Morris
May 12, 2008
Page 10

File # K0248-00001                                        INVOICE #  1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/1/2008 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE PROJECT ON EPA SETTLEMENT | 3.80 | $2,679.00 |
| 4/4/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO ON CURTIS BAY SETTLEMENT | 0.50 | $352.50 |
| 4/4/2008 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: TERM SHEET | 0.50 | $352.50 |
| 4/9/2008 | 007 | JH LEMKIN | LEGAL RESEARCH RE INTEREST ISSUES | 2.60 | $988.00 |
| 4/9/2008 | 007 | JH LEMKIN | CONFER WITH W. KATCHEN RE INTEREST RATE ISSUES | 0.30 | $114.00 |
| 4/9/2008 | 007 | JH LEMKIN | ADD'L RESEARCH RE INTEREST RATE ISSUES | 1.70 | $646.00 |
| 4/9/2008 | 007 | ME HOFFMAN | DISCUSSION WITH WSKATCHEN RE LEGAL RESEARCH; LEGAL RESEARCH RE DEFAULT INTEREST, SOLVENT DEBTOR | 1.10 | $324.50 |
| 4/10/2008 | 007 | JH LEMKIN | CONFER WITH W, KATCHEN RE ADDITIONAL RESEARCH | 0.30 | $114.00 |
| 4/10/2008 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL | 0.20 | $141.00 |
| 4/11/2008 | 007 | JH LEMKIN | TELEPHONE CALL WITH W. KATCHEN RE RESEARCH | 0.20 | $76.00 |
| 4/11/2008 | 007 | JH LEMKIN | CONFERRING WITH M HOFFMAN RE RESEARCH ISSUES | 0.20 | $76.00 |
| 4/11/2008 | 007 | JH LEMKIN | EXCHANGE ADDITIONAL EMAILS WITH M. HOFFMAN RE RESEARCH | 0.10 | $38.00 |
| 4/11/2008 | 007 | JH LEMKIN | REVIEWING ADDITIONAL CASE LAW, SHEPARDIZE, EMAILS TO M. HOFFMAN REGARDING SAME | 1.70 | $646.00 |
| 4/11/2008 | 007 | JH LEMKIN | PHONE CALL WITH M HOFFMAN RE RESEARCH ISSUES FOR W. KATCHEN | 0.20 | $76.00 |
| 4/11/2008 | 007 | JH LEMKIN | FOLLOW UP CONFERENCE WITH W. KATCHEN RE STATUS | 0.10 | $38.00 |
| 4/11/2008 | 007 | JH LEMKIN | REVIEW RESEARCH FROM M. HOFFMAN; EXCHANGE FOLLOW UP EMAILS REGARDING THE SAME | 0.40 | $152.00 |
| 4/11/2008 | 007 | ME HOFFMAN | LEGAL RESEARCH RE ALLOWANCE OF CLAIMS FOR DEFAULT INTEREST WHERE DEBTOR IS SOLVENT AND CREDITORS DO NOT HAVE WRITTEN CONTRACTS; DISCUSSIONS WITH WSKATCHEN AND JHLEMKIN RE SAME | 5.30 | $1,563.50 |
| 4/11/2008 | 007 | WS KATCHEN | 2 TELEPHONE CONFERENCE RE: COMMITTEE MEMBER RE: PLAN ISSUES | 0.40 | $282.00 |

Duane Morris
May 12, 2008
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/12/2008 | 007 | ME HOFFMAN | LEGAL RESEARCH RE ALLOWANCE OF CLAIMS FOR RATE OF POSTPETITION INTEREST TO BE APPLIED WHERE DEBTOR IS SOLVENT AND CREDITORS DO NOT HAVE WRITTEN CONTRACTS | 3.10 | $914.50 |
| 4/12/2008 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING ON 4/14/08 RE: LIBBY/EPA AND PLAN ISSUES | 4.10 | $2,890.50 |
| 4/13/2008 | 007 | ME HOFFMAN | LEGAL RESEARCH RE ALLOWANCE OF CLAIMS FOR RATE OF POSTPETITION INTEREST TO BE APPLIED WHERE DEBTOR IS SOLVENT AND CREDITORS DO NOT HAVE WRITTEN CONTRACTS | 3.40 | $1,003.00 |
| 4/14/2008 | 007 | JH LEMKIN | REVIEWING VARIOUS EMAILS AND CONFERRING WITH M. HOFFMAN RE SETTLEMENT ISSUE AND INTEREST ISSUE. REVIEWING ADDITIONAL RESEARCH BY M. HOFFMAN | 0.70 | $266.00 |
| 4/14/2008 | 007 | MD SOUSA | CONDUCT LEGAL RESEARCH RE: DISTRIBUTION TO TORT VICTIMS PRIOR TO EFFECTIVE DATE OF A REORGANIZATION PLAN | 2.60 | $871.00 |
| 4/14/2008 | 007 | ME HOFFMAN | LEGAL RESEARCH RE AH ROBINS OPINION AND PAYMENT TO TORT CLAIMANTS PRIOR TO EFFECTIVE DATE OF PLAN | 4.20 | $1,239.00 |
| 4/16/2008 | 007 | ME HOFFMAN | DISCUSSION WITH WSKATCHEN RE LEGAL RESEARCH AS TO WHETHER TORT CLAIMANTS MAY BE PAID PRIOR TO EFFECTIVE DATE OF PLAN; LEGAL RESEARCH RE SAME | 4.80 | $1,416.00 |
| 4/16/2008 | 007 | WS KATCHEN | TELEPHONE CONFERENCE COMMITTEE MEMBERS | 0.10 | $70.50 |
| 4/17/2008 | 007 | JH LEMKIN | REVIEWING EMAIL FROM M. HOFFMAN RE UPDATE RESEARCH, REVIEW ATTACHED OPINION AND SHEPARDIZE | 0.50 | $190.00 |
| 4/17/2008 | 007 | ME HOFFMAN | REVIEW AH ROBINS OPINION; DRAFT DETAILED TO WSKATCHEN RE SAME | 0.70 | $206.50 |
| 4/17/2008 | 007 | WS KATCHEN | CONFERENCE COMMITTEE MEMBER - OPEN ISSUES | 1.00 | $705.00 |
| 4/21/2008 | 007 | MD SOUSA | CONDUCT RESEARCH FOR M.HOFFMAN RE: DELAYING PAYMENT OF TORT CLAIMANTS | 0.70 | $234.50 |
| 4/21/2008 | 007 | ME HOFFMAN | SHEPARDIZE AH ROBINS OPINION AND REVIEW OPINIONS CITING SAME; DISCUSSION WITH WSKATCHEN RE SAME | 2.20 | $649.00 |
| | | | Code Total | 47.70 | $19,314.50 |

Duane Morris
May 12, 2008
Page 12

File # K0248-00001                                    INVOICE # 1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/2/2008 | 009 | MR LASTOWSKI | EXECUTE CNO RE: DUANE MORRIS 73RD FEE APPLICATION | 0.10 | $64.50 |
| 4/30/2008 | 009 | MR LASTOWSKI | E-MAIL TO WARREN SMITH RE: DUANE MORRIS 27TH INTERIM FEE APPLICATION | 0.10 | $64.50 |
| | | | Code Total | 0.20 | $129.00 |

Duane Morris
May 12, 2008
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/28/2008 | 010 | MR LASTOWSKI | EXECUTE CNO FOR STROOCK 83R4D MONTHLY FEE APPLICATION | 0.10 | $64.50 |
| 4/28/2008 | 010 | MR LASTOWSKI | REVIEW FUTURE CL.AIMS REPRESENTATIVE'S APPLICATION TO EXPAND THE SCOPE OF HIS FINANCIAL ADVISORS ENGAGEMENT | 0.50 | $322.50 |
| | | | Code Total | 0.60 | $387.00 |

Duane Morris
May 12, 2008
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/21/2008 | 012 | ST TATE | DRAFT DUANE MORRIS SEVENTY-FOURTH MONTHLY FEE APPLICATION | 1.50 | $225.00 |
| 4/29/2008 | 012 | EM O'BYRNE | REVIEW DUANE MORRIS' FEE APPLICATION FOR MARCH 2008 | 0.50 | $97.50 |
| 4/30/2008 | 012 | MR LASTOWSKI | E-MAIL FROM FEE EXAMINER RE: DUANE MORRIS RESPONSE TO REPORT (27TH INTERIM) | 0.10 | $64.50 |
| | | | Code Total | 2.10 | $387.00 |

Duane Morris
May 12, 2008
Page 15

File # K0248-00001                                    INVOICE #  1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/4/2008 | 013 | ST TATE | PREPARE, SCAN AND EFILE FEE APPLICATION OF STROOK AND STROOK | 0.30 | $45.00 |
| 4/21/2008 | 013 | ST TATE | RETRIEVE, E-FILE AND EMAIL CONFIRMATION OF FILING OF CAPSTONE'S FORTY NINTH MONTHLY FEE APPLICATION | 0.50 | $75.00 |
| | | | Code Total | 0.80 | $120.00 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/6/2008 | 015 | MR LASTOWSKI | PREPARE FOR ESTIMATION HEARINGS | 3.60 | $2,322.00 |
| 4/7/2008 | 015 | MR LASTOWSKI | ATTEND ESTIMATION HEARING (BY PHONE) | 0.80 | $516.00 |
| 4/7/2008 | 015 | MR LASTOWSKI | E-MAIL TO R. KATCHEN RE: SETTLEMENT | 0.10 | $64.50 |
| 4/15/2008 | 015 | MR LASTOWSKI | REVIEW 4/21/08 AGENDA ITEMS | 1.40 | $903.00 |
| 4/16/2008 | 015 | MR LASTOWSKI | REVIEW 4/22/08 AGENDA ITEMS | 1.40 | $903.00 |
| 4/16/2008 | 015 | WS KATCHEN | CONTINUED RESEARCH FOR PLAN ISSUE | 0.70 | $493.50 |
| 4/20/2008 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 4/21 OMNIBUS HEARING | 1.20 | $774.00 |
| 4/21/2008 | 015 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: OMNIBUS HEARING OF APRIL 21, 2008 | 0.10 | $64.50 |
| 4/21/2008 | 015 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: OMNIBUS HEARING | 0.10 | $64.50 |
| 4/21/2008 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 1.70 | $1,096.50 |
| 4/21/2008 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 4/22 OMNIBUS HEARING | 1.80 | $1,161.00 |
| | | | Code Total | 12.90 | $8,362.50 |

Duane Morris
May 12, 2008
Page 17

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/1/2008 | 016 | JH LEMKIN | FINISHIN REVIEWING OF ADDITIONAL ENVIRONMENTAL DECISION/TORWICO CASE PULLED FOR W. KATCHEN | 0.80 | $304.00 |
| | | | Code Total | 0.80 | $304.00 |

Duane Morris
May 12, 2008
Page 18

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/10/2008 | 017 | JH LEMKIN | REVIEWING ADDITIONAL RESEARCH FOR W. KATCHEN RE INTEREST ISSUES | 2.80 | $1,064.00 |
| | | | Code Total | 2.80 | $1,064.00 |

Duane Morris
May 12, 2008
Page 19

File # K0248-00001                                    INVOICE #  1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 4/1/2008 | 025 | JH LEMKIN | PULLING AND REVIEWING OPINIONS FOR W. KATCHEN, FORWARD TO K. PASQUALE | 0.70 | $266.00 |
| 4/1/2008 | 025 | TJ SANTORELLI | LEGAL RESEARCH | 2.00 | $290.00 |
| 4/1/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER RE: COMMITTEE PROJECT - EPA SETTLEMENT | 0.20 | $141.00 |
| 4/1/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION IN LIMINE TO EXCLUDE M. SHAPO'S TESTIMONY WITH EXHIBITS | 1.20 | $846.00 |
| 4/1/2008 | 025 | WS KATCHEN | REVIEW DISTRICT CT. OPINION/3D CIR. OPINION FORWARD TO STROOCK; (1) APPLICATION IN RE: TEST | 0.50 | $352.50 |
| 4/1/2008 | 025 | WS KATCHEN | REVIEW ACC AND FUTURE'S WITNESS SCHEDULE | 0.10 | $70.50 |
| 4/1/2008 | 025 | WS KATCHEN | PREPARE MEMO TO STROOCK ON TRAVELERS OPINION | 0.40 | $282.00 |
| 4/1/2008 | 025 | WS KATCHEN | REVIEW DISTRICT CT. OPINION/3D CIR. OPINION FORWARD TO STROOCK; (2) CERCLA ISSUES FOR COMMITTEE PROJECT | 0.50 | $352.50 |
| 4/1/2008 | 025 | WS KATCHEN | REVIEW OPINION STATE OF MONTANA LIBBY ACTIONS | 0.40 | $282.00 |
| 4/2/2008 | 025 | WS KATCHEN | ADDITIONAL PREPARATION FOR MEETING WITH L. KRUGER | 1.30 | $916.50 |
| 4/3/2008 | 025 | WS KATCHEN | SCHEDULING | 0.10 | $70.50 |
| 4/3/2008 | 025 | WS KATCHEN | REVIEW TRANSCRIPT - ESTIMATION TRIAL 3/25/08 | 1.30 | $916.50 |
| 4/4/2008 | 025 | WS KATCHEN | ADDITIONAL REVIEW ESTIMATION TRIAL | 0.90 | $634.50 |
| 4/4/2008 | 025 | WS KATCHEN | EMAILS - SCHEDULING | 0.20 | $141.00 |
| 4/4/2008 | 025 | WS KATCHEN | REVIEW TERM SHEET | 0.30 | $211.50 |
| 4/4/2008 | 025 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL | 0.50 | $352.50 |
| 4/4/2008 | 025 | WS KATCHEN | EMAIL STROOCK RE: TERM SHEET | 0.10 | $70.50 |
| 4/6/2008 | 025 | ME HOFFMAN | LEGAL RESEARCH RE: COMPOUND INTEREST AFTER DEFAULT | 2.00 | $590.00 |
| 4/7/2008 | 025 | JH LEMKIN | CONFER WITH W. KATCHEN AND FOLLOW UP RESEARCH RE INTEREST ISSUE | 1.50 | $570.00 |
| 4/7/2008 | 025 | WS KATCHEN | INTERNAL CONFERENCE - STATUS | 0.30 | $211.50 |
| 4/7/2008 | 025 | WS KATCHEN | ARRANGE DOCUMENT REVIEW; REVIEW LIBBY CLAIMANTS' OBJECTION | 0.10 | $70.50 |
| 4/7/2008 | 025 | WS KATCHEN | PREPARE EPA SETTLEMENT | 0.10 | $70.50 |
| 4/8/2008 | 025 | JH LEMKIN | CONFER WITH R. RILEY, REVIEWING DOCUMENTS AND PLEADINGS FOR OBJECTION RE SETTLEMENT | 0.60 | $228.00 |

Duane Morris
May 12, 2008
Page 20

File # K0248-00001                                          INVOICE # 1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/9/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH CAPSTONE RE: PLAN ISSUE | 0.20 | $141.00 |
| 4/9/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER | 0.20 | $141.00 |
| 4/9/2008 | 025 | WS KATCHEN | RESEARCH FOR 4/10 COMMITTEE MEETING | 2.30 | $1,621.50 |
| 4/9/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO (4/8/08) | 0.20 | $141.00 |
| 4/9/2008 | 025 | WS KATCHEN | PLAN UPDATES | 0.30 | $211.50 |
| 4/9/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO (4/9/08) RE: LIBBY SETTLEMENT AGREEMENT | 0.50 | $352.50 |
| 4/9/2008 | 025 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING | 1.30 | $916.50 |
| 4/9/2008 | 025 | WS KATCHEN | REVIEW ADDITIONAL ENVIRONMENTAL & PLAN ISSUES | 1.80 | $1,269.00 |
| 4/10/2008 | 025 | WS KATCHEN | EMAILS TO STROOCK | 0.20 | $141.00 |
| 4/10/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER RE: ISSUES | 0.20 | $141.00 |
| 4/10/2008 | 025 | WS KATCHEN | ADDITIONAL RESEARCH ON PLAN ISSUES | 0.70 | $493.50 |
| 4/10/2008 | 025 | WS KATCHEN | PREPARE FOR CONFERENCE CALL W/ L. KRUGER, 2D COMMITTEE CONFERENCE ON PLAN ISSUES/EPA SETTLEMENT ISSUES | 1.40 | $987.00 |
| 4/10/2008 | 025 | WS KATCHEN | ADDITIONAL RESEARCH FOR PLAN ISSUE; PREPARE FOR COMMITTEE CONFERENCE CALL | 2.50 | $1,762.50 |
| 4/10/2008 | 025 | WS KATCHEN | EMAIL SUPPLEMENTAL MEMO TO STROOCK | 0.30 | $211.50 |
| 4/10/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE AND A. KRIEGER | 0.20 | $141.00 |
| 4/11/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER | 0.10 | $70.50 |
| 4/11/2008 | 025 | WS KATCHEN | REVIEW MOTION BY ZAI CLAIMANTS, SECTION 362(D)/REVIEW EXHIBITS | 0.20 | $141.00 |
| 4/11/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER RE: EMAILS | 0.20 | $141.00 |
| 4/11/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: MEDIATION (DIANE WELSH) | 0.10 | $70.50 |
| 4/11/2008 | 025 | WS KATCHEN | RESEARCH FOR CREDITOR'S COMMITTEE MEETING WITH DEBTOR | 2.50 | $1,762.50 |
| 4/11/2008 | 025 | WS KATCHEN | 2D CALL TO L. KRUGER RE: PLAN ISSUES | 0.30 | $211.50 |
| 4/12/2008 | 025 | WS KATCHEN | TRAVEL @ 1/2 | 1.00 | $705.00 |
| 4/12/2008 | 025 | WS KATCHEN | EMAIL TO STROOCK | 0.20 | $141.00 |
| 4/13/2008 | 025 | WS KATCHEN | EMAIL STROOCK, LITIGATION STRATEGY ON LIBBY/EPA, PROPOSED SETTLEMENT | 0.40 | $282.00 |
| 4/13/2008 | 025 | WS KATCHEN | INTERNAL CONFERENCES AND EMAILS, RESEARCH ASSIGNMENT | 0.60 | $423.00 |
| 4/13/2008 | 025 | WS KATCHEN | CONTINUED RESEARCH | 1.10 | $775.50 |

Duane Morris
May 12, 2008
Page 21

File # K0248-00001
  W.R. GRACE & CO.

INVOICE # 1391803

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 4/14/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S APPEAL RE: MARGARET ORDER APRIL 13, 2007 AND ORDER MARCH 27, 2008, MEMORANDUM OPINION OF COURT | 0.80 | $564.00 |
| 4/14/2008 | 025 | WS KATCHEN | CONFERENCE @ KIRKLAND & ELLIS IN NY; TRAVEL @ 1/2 | 3.00 | $2,115.00 |
| 4/14/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER | 0.10 | $70.50 |
| 4/15/2008 | 025 | WS KATCHEN | ADDITIONAL WORK ON EPA/LIBBY OPPOSITION | 1.20 | $846.00 |
| 4/16/2008 | 025 | GR REINIG | ONLINE RESEARCH FOR MOTION, OBJECTION AND ORDER RE DISTRIBUTION TO UNSECURED TORT CLAIMANTS MAY NOT BE MADE PRIOR TO THE EFFECTIVE DATE OF THE PLAN AND CONFERRED WITH J. KAHANE RE SAME | 0.90 | $175.50 |
| 4/16/2008 | 025 | WS KATCHEN | UPDATE PLAN ISSUES | 0.40 | $282.00 |
| 4/16/2008 | 025 | WS KATCHEN | EMAIL TO STROOCK | 0.10 | $70.50 |
| 4/16/2008 | 025 | WS KATCHEN | REVIEW BRIEF IN OPPOSITION FOR ZAI MOTION FOR CLASS PROOF OF CLAIM | 0.50 | $352.50 |
| 4/16/2008 | 025 | WS KATCHEN | REVIEW AGENDA - APRIL 22 | 0.20 | $141.00 |
| 4/16/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S AMENDED MOTION ZAI | 0.20 | $141.00 |
| 4/16/2008 | 025 | WS KATCHEN | REVIEW BRIEF IN OPPOSITION TO ZAI CLAIMANTS | 0.20 | $141.00 |
| 4/16/2008 | 025 | WS KATCHEN | REVIEW OBJECTION TO ZAI 54(B) MOTION | 0.20 | $141.00 |
| 4/16/2008 | 025 | WS KATCHEN | PREVIOUS MEETING/PLAN ISSUES | 1.80 | $1,269.00 |
| 4/16/2008 | 025 | WS KATCHEN | CONTINUED RESEARCH ON COMMITTEE POSITION - EPA LIBBY CLAIM SETTLEMENT | 1.30 | $916.50 |
| 4/16/2008 | 025 | WS KATCHEN | REVIEW MOTION FOR LEAVE TO APPEAL ORDER DENYING INJUNCTION, IN LIGHT OF OPPOSITION | 0.50 | $352.50 |
| 4/16/2008 | 025 | WS KATCHEN | REVIEW ZAI CLAIMANTS' REPLY OBJECTION BY ACTING GENERAL OF CANADA RE: ZAI MOTION ET AL | 1.00 | $705.00 |
| 4/17/2008 | 025 | WS KATCHEN | EMAIL STROOCK | 0.20 | $141.00 |
| 4/17/2008 | 025 | WS KATCHEN | REVIEW SUPPLEMENTAL AUTHORITY ON RESEARCH PROJECT | 0.50 | $352.50 |
| 4/18/2008 | 025 | WS KATCHEN | PREPARE FOR MEETING STROOCK APRIL 23RD | 2.40 | $1,692.00 |
| 4/21/2008 | 025 | WS KATCHEN | REVIEW US JOINDER IN MOTION TO APPROVE EPA LIBBY SETTLEMENT/EXHIBITS | 0.30 | $211.50 |
| 4/21/2008 | 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING CURTIS BAY SETTLEMENT | 0.10 | $70.50 |
| 4/21/2008 | 025 | WS KATCHEN | UPDATE RESEARCH, A.H. ROBBINS ISSUE | 2.60 | $1,833.00 |
| 4/21/2008 | 025 | WS KATCHEN | EMAIL TO STROOCK | 0.20 | $141.00 |

Duane Morris
May 12, 2008
Page 22

File # K0248-00001                                           INVOICE # 1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 4/21/2008 | 025 | WS KATCHEN | REVIEW 2008 WL 868036 RE: W.R.GRACE V. NJ DEP. | 0.30 | $211.50 |
| 4/21/2008 | 025 | WS KATCHEN | ADDITIONAL REVIEW CANADIAN ZAI MOTIONS/REPLIES | 0.90 | $634.50 |
| 4/21/2008 | 025 | WS KATCHEN | REVIEW AD HOC LENDERS, LETTER TO DEBTOR REPLY TO STROOCK | 0.20 | $141.00 |
| 4/22/2008 | 025 | WS KATCHEN | UPDATE DOCKET REVIEW | 0.20 | $141.00 |
| 4/24/2008 | 025 | WS KATCHEN | REVIEW DESIGNATION RECORD ON APPEAL ON ORDER DENYING EXPANSION OF PRELIMINARY INJUNCTION (MONTANA) | 0.30 | $211.50 |
| 4/25/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO RE: ZAI STATUS | 0.30 | $211.50 |
| 4/28/2008 | 025 | WS KATCHEN | REVIEW MOTION OF DAVID AUSTERN TO MODIFY RETENTION OF FA | 0.20 | $141.00 |
| 4/28/2008 | 025 | WS KATCHEN | REVIEW PENDING MOTIONS ZAI CLAIMS/PLAN ISSUES/PREPARE FOR MEETING COMMITTEE MEMBER | 0.70 | $493.50 |
| 4/28/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S BRIEFS ON ZAI ISSUE TO RECONCILE WITH EPA PROPOSED SETTLEMENT - LIBBY FUNDING PRE-EFFECTIVE DATE | 0.80 | $564.00 |
| 4/29/2008 | 025 | WS KATCHEN | ATTENTION TO PLAN ISSUE | 1.10 | $775.50 |
| | | | Code Total | 58.00 | $37,581.00 |

Duane Morris
May 12, 2008
Page 23

File # K0248-00001                                          INVOICE #  1391803
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 4/14/2008 | 026 | WS KATCHEN | REVIEW MIAN REALTY MOTION | 0.40 | $282.00 |
| | | | Code Total | 0.40 | $282.00 |

Duane Morris
May 12, 2008
Page 24

File # K0248-00001                                      INVOICE #  1391803
    W.R. GRACE & CO.

|  |  |  |
|---|---|---|
| TOTAL SERVICES | 159.80 | $84,722.50 |

Duane Morris
May 12, 2008
Page 25

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1391803

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|-------:|
| 4/30/2008 | DINNER - LOCAL | | 124.90 |
| | | Total: | $124.90 |
| 4/30/2008 | TRAVEL - LOCAL | | 112.11 |
| | | Total: | $112.11 |
| 4/30/2008 | TRAVEL AWAY FROM HOME | | 102.62 |
| | | Total: | $102.62 |
| 4/30/2008 | MEETING EXPENSE | | 57.64 |
| | | Total: | $57.64 |
| 4/9/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 21.75 |
| 4/9/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 16.80 |
| 4/9/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 31.80 |
| 4/9/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 22.05 |
| 4/11/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 43.50 |
| 4/11/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 18.00 |
| 4/11/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 21.00 |
| 4/11/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 21.00 |
| 4/11/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 67.20 |
| 4/11/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 31.50 |
| 4/13/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 121.80 |
| 4/13/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 25.20 |
| 4/14/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 72.60 |
| 4/16/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 1.05 |
| 4/16/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 358.20 |
| 4/16/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 82.20 |
| 4/16/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 8.40 |
| 4/17/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 4.35 |
| 4/17/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 4.20 |
| 4/17/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 80.40 |
| 4/17/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 2.10 |
| 4/21/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 13.05 |
| 4/21/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 100.80 |
| 4/21/2008 | LEXIS LEGAL RESEARCH HOFFMAN, MATTHEW | | 82.95 |
| | | Total: | $1,251.90 |
| 4/15/2008 | TAXI FARES CAB FARE - WR GRACE HEARING IN PITTSBURGH | | 50.00 |
| | | Total: | $50.00 |
| 3/21/2008 | MRL/FEE@COURTCALL/ATTENDTELEPHONICHEARING | | 64.00 |
| | | Total: | $64.00 |
| 4/30/2008 | PRINTING & DUPLICATING | | 6.90 |
| | | Total: | $6.90 |
| | TOTAL DISBURSEMENTS | | $1,770.07 |

Duane Morris
May 12, 2008
Page 26

File # K0248-00001                                    INVOICE #  1391803
    W.R. GRACE & CO.

Duane Morris
May 12, 2008
Page 27

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1391803

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 30.10 | 645.00 | 19,414.50 |
| 02585 | RW RILEY | PARTNER | 6.90 | 520.00 | 3,588.00 |
| 03243 | MR BISTROW | PARTNER | 0.30 | 595.00 | 178.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 62.00 | 705.00 | 43,710.00 |
| 02907 | JH LEMKIN | SPECIAL COUNSEL | 15.40 | 380.00 | 5,852.00 |
| 03577 | ME HOFFMAN | ASSOCIATE | 26.80 | 295.00 | 7,906.00 |
| 04383 | MD SOUSA | ASSOCIATE | 3.30 | 335.00 | 1,105.50 |
| 04448 | GG INCARDONE | ASSOCIATE | 1.70 | 285.00 | 484.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.70 | 250.00 | 425.00 |
| 03829 | TJ SANTORELLI | PARALEGAL | 2.00 | 145.00 | 290.00 |
| 04442 | EM O'BYRNE | PARALEGAL | 6.40 | 195.00 | 1,248.00 |
| 05204 | GR REINIG | PARALEGAL | 0.90 | 195.00 | 175.50 |
| 05176 | ST TATE | LEGAL ASSISTANT | 2.30 | 150.00 | 345.00 |
| | | | 159.80 | | $84,722.50 |