IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP
FOR THE TWENTY-SEVENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Twenty-Seventh Interim Fee Application of Stroock & Stroock & Lavan, LLP</u> (the "Application").

**BACKGROUND**

1.  Stroock & Stroock & Lavan, LLP ("Stroock"), was retained as counsel to the Official Committee of Unsecured Creditors. In the Application, Stroock seeks approval of fees totaling $654,871.50 and expenses totaling $112,822.90 for its services from October 1, 2007 through December 31, 2007 (the "Application Period"), as well as payment of fees and costs of $535,348.99 for Navigant Consulting ("Navigant"), an asbestos issues expert.[1]

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense

---

[1] Pursuant to the Court's <u>Order Authorizing the Retention of Experts</u> (Docket No. 564) dated June 22, 2001, Navigant, as an expert, is not considered a professional under 11 U.S.C. § 327(a) and is not required to submit fee applications to the court. Accordingly, pursuant to the terms of Paragraph 3 of the <u>Order Appointing Fee Auditor in Accordance with the Court's Direction</u> (Docket No. 1676) dated March 18, 2002, Navigant's fees and expenses are beyond the scope of our review, and thus we do not review them.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Stroock 27Q 10-12.07.wpd

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Stroock, and received a response from Stroock, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted the following hotel expenses for which more information was needed:

| Date | Amount | Description |
|---|---|---|
| 11/12/2007 | 470.09 | Ken Pasquale; . . . Date: 11/12/2007 - 10/31-11/01 Paterson Deposition in Westlake Village, CA - hotel |
| 11/12/2007 | 561.50 | Ken Pasquale; . . . Date: 11/12/2007 - 10/23-10/26 Stallard Deposition in Durham, NC and Omnibus hearing in Pittsburgh, PA - hotel |
| 11/12/2007 | 362.79 | Ken Pasquale; . . . Date 11/12/2007 - 10/29-10/30 Florence Deposition in Washington, DC - hotel |
| 11/16/2007 | 1,068.87 | Ken Pasquale; . . . Date: 11/16/2007 - 11/11-11/14 Depositions of Dr. Heckman in Chicago and Dr. Chambers in Washington, DC - hotels |
| 11/21/2007 | 471.36 | Jennifer Arnett; . . . Date: 11/21/2007 - 10/02-10/03 Trip to Washington, DC for deposition - hotel |

It appears to us the one can obtain satisfactory accommodations for $300 per night, plus taxes, in Washington, DC, and for $250 per night, plus taxes, in most other locales. In response to our

inquiry, Stroock provided the following information concerning these charges:

a.   1/12/2007    470.09 Ken Pasquale; . . . Date: 11/12/2007 - 10/31-11/01 Paterson Deposition in Westlake Village, CA - hotel

Mr. Pasquale stayed at the hotel on the evening of October 31, 2007. The room charge was $325.00. There was an additional 10% Occupancy Tax of $32.50.

In addition to the room charge for $325.00 and the additional 10% Occupancy Tax of $32.50, the hotel bill reflects the following charges (i) internet $10.00, (ii) room service dinner for $46.95, (iii) parking for $16.00 and (iv) breakfast in the hotel for $39.64. The breakfast charge was for two persons. Notwithstanding that Stroock maintains that the breakfast charge was reasonable, Stroock sees that the charge exceeds the breakfast rate cap the Fee Auditor has previously suggested and agrees to reduce the amount of the expenses by $9.64.

b.   11/12/2007    561.50 Ken Pasquale; . . . Date: 11/12/2007 - 10/23-10/26 Stallard Deposition in Durham, NC and Omnibus hearing in Pittsburgh, PA - hotel

Mr. Pasquale stayed at the hotel on the two evenings of October 23, and 24, 2007. The room charge for each night was $249.00. There was an additional Room Tax each night of $31.75.

c.   11/12/2007    362.79 Ken Pasquale; . . . Date 11/12/2007 - 10/29-10/30 Florence Deposition in Washington, DC - hotel

Mr. Pasquale stayed at the hotel on the evening of October 29, 2007. The room charge for the night was $279.00. There was an additional State Room Tax for the night of $40.46.

In addition . . . the hotel bill reflects a room service charge for dinner of $43.33.

d.   11/16/2007    1,068.87    Ken Pasquale; . . . Date: 11/16/2007 - 11/11-11/14 Depositions of Dr. Heckman in Chicago and Dr. Chambers in Washington, DC - hotels

Mr. Pasquale stayed at the hotel in Chicago on the evening of November 11, 2007. The room charge for the evening was $327.60. There were additional State and City Taxes charged of $38.98 and $11.47, respectively.

> In addition, . . . the hotel bill reflects a room dinner charge of $42.08 and a breakfast charge in the hotel of $9.82.
>
> Mr. Pasquale stayed at a hotel in Washington, DC on the two evenings of November 12, and 13, 2007. The room charge for each night was $279.00. There was an additional State Room Tax for each night of $40.46.

e.   11/21/2007   471.36   Jennifer Arnett; . . . Date: 11/21/2007 - 10/02-10/03 Trip to Washington, DC for deposition - hotel

> As previously reported, Ms. Arnett stayed at a hotel in Washington, DC on the evening of October 2, 2008. In addition to the room charge for the evening of $390.00 and the additional Sales Tax charge for the night of $56.55, the hotel charge reflects a room service charge for $24.81. As previously stated, Stroock is aware that this hotel charge exceeds the Fee Auditor's guidelines, however, this was the hotel with the lowest rate available within a reasonable proximity to the location of the deposition. Stroock therefore seeks reimbursement in full for the room charge and its related sales tax charge. In addition, Stroock maintains that the breakfast charge is reasonable. However, Stroock sees that the breakfast charge exceeds the breakfast cap the Fee Auditor has suggested and agrees to reduce the amount of the expenses sought by $9.81.

It appears to us that one can dine satisfactorily for $50 for dinner and $15 for breakfast. Based upon these guidelines, as well as the hotel guidelines mentioned above, we accept Stroock's response with respect to all of the charges except for the following:

| | |
|---|---|
| $325.00 for one night in Westlake Village, CA | Reduce by $75.00 |
| $39.64 for breakfast for two | Reduce by $9.64 |
| $327.60 for one night in Chicago | Reduce by $77.60 |
| $24.81 for breakfast for one | Reduce by $9.81 |

Thus, for all items in this paragraph, we recommend a reduction of $172.05 in expenses.

## CONCLUSION

4.   In summary, we recommend approval of $654,871.50 in fees and $112,650.85 in expenses

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Stroock 27Q 10-12.07.wpd

($112,822.90 minus $172.05) for Stroock's services for the Application Period.

      Respectfully submitted,

      **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
      Warren H. Smith
      Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

      **FEE AUDITOR**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 21st day of May, 2008.

_____
Warren H. Smith

**FEE AUDITOR'S FINAL REPORT** - Page 5
wrg FR Stroock 27Q 10-12.07.wpd

## SERVICE LIST
### Notice Parties

**The Applicant**
Lewis Kruger
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801