THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: June 10, 2008 at 4:00 pm

**SIXTY-SECOND APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | Total  (Holdback @ 20%)<br>$100,000.00    ($20,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,618.39 |

This is a  _x_  monthly  __ interim  ___ final application

2583205.DOC

Summary of Monthly Applications:

|  |  | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

|            |                       | Requested   |          | Approved   |          | Unapproved   | Unpaid    |
|------------|-----------------------|-------------|----------|------------|----------|--------------|-----------|
| Date Filed | Period(s) Covered     | Fees        | Expenses | Fees       | Expenses | Holdback(s)  | Holdbacks |
| 04/10/07   | 01/01/07 – 01/31/07   | 100,000.00  | 5,412.84 | 100,000.00 | 5,412.84 | --           | --        |
| 06/29/07   | 02/28/07 – 02/28/07   | 100,000.00  | 1,260.82 | 100,000.00 | 1,260.82 | --           | --        |
| 06/29/07   | 03/01/07 – 03/31/07   | 100,000.00  | 535.30   | 100,000.00 | 535.30   | --           | --        |
| 09/20/07   | 04/01/07 – 04/30/07   | 100,000.00  | 3,145.97 | 100,000.00 | 3,145.97 | --           | --        |
| 09/20/07   | 05/01/07 – 05/31/07   | 125,000.00  | 148.40   | 125,000.00 | 148.40   | --           | --        |
| 09/20/07   | 06/01/07 – 06/30/07   | 125,000.00  | 584.53   | 125,000.00 | 584.53   | --           | --        |
| 11/19/07   | 07/01/07 – 07/31/07   | 125,000.00  | 786.94   | 125,000.00 | 786.94   | --           | --        |
| 11/19/07   | 08/01/07 – 08/31/07   | 0.00        | 997.55   | 0.00       | 997.55   | --           | --        |
| 11/19/07   | 09/01/07 – 09/30/07   | 75,000.00   | 585.59   | 75,000.00  | 585.59   | --           | --        |
| 03/13/08   | 10/01/07 – 10/31/07   | 100,000.00  | 1,518.85 | --         | --       | --           | --        |
| 03/13/08   | 11/01/07 – 11/30/07   | 75,000.00   | 241.73   | --         | --       | --           | --        |
| 03/13/08   | 12/01/07 – 12/31/07   | 50,000.00   | 270.44   | --         | --       | --           | --        |
| 05/22/08   | 01/01/08 – 01/31/08   | 100,000.00  | 2,618.39 | --         | --       | --           | --        |

# Blackstone Advisory Services L.P.

May 21, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of January 1, 2008 through January 31, 2008: | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (20,000.00) |

Out-of-pocket expenses processed for the period through January 31, 2008:[1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 218.50 | |
| Ground Transportation | | 1,516.70 | |
| Meals | | 89.64 | |
| Lodging | | 674.73 | |
| Document Production | | 4.05 | |
| Research | | 114.77 | 2,618.39 |
| **Total Amount Due** | | | **$ 82,618.39** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 20605

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 20605

|  | GL Detail Jan-08 | Total Expenses |
|---|---:|---:|
| Airfare | $ 218.50 | $ 218.50 |
| Ground Transportation - Car Service - Elite | 66.60 | 66.60 |
| Ground Transportation - Local Travel | 15.00 | 15.00 |
| Ground Transportation - Out of Town Travel | 148.00 | 148.00 |
| Ground Transportation - Railroad | 1,287.10 | 1,287.10 |
| Employee Meals | 89.64 | 89.64 |
| Lodging | 674.73 | 674.73 |
| Document Production | 4.05 | 4.05 |
| Internal Research | 82.50 | 82.50 |
| External Research - Thomson Analytics | 19.32 | 19.32 |
| External Research - Online Database | 12.95 | 12.95 |
| **Total Expenses** | **$ 2,618.39** | **$ 2,618.39** |

|  |  |
|---|---:|
| **Airfare** | $ 218.50 |
| **Ground Transportation** | 1,516.70 |
| **Meals** | 89.64 |
| **Lodging** | 674.73 |
| **Document Production** | 4.05 |
| **Research** | 114.77 |
| **Total Expenses** | $ 2,618.39 |

W.R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2008
Invoice No. 20605

### Airfare

| | | |
|---|---:|---:|
| O'Connell (one-way coach class flight to Baltimore, MD from Orlando, FL) 01/10/08 | 218.50 | |
| Subtotal - Airfare | | $ 218.50 |

### Ground Transportation - Car Service - Elite

| | | |
|---|---:|---:|
| Zilly (car to Penn Station in New York, NY from Blackstone) 11/19/07 | 33.30 | |
| Zilly (car to Penn Station in New York, NY from Blackstone) 12/11/07 | 33.30 | |
| Subtotal - Ground Transportation - Car Service - Elite | | 66.60 |

### Ground Transportation - Local Travel

| | | |
|---|---:|---:|
| Zilly (taxi home from Penn Station in New York, NY) 12/12/07 | 15.00 | |
| Subtotal - Ground Transportation - Local Travel | | 15.00 |

### Ground Transportation - Out of Town Travel

| | | |
|---|---:|---:|
| Zilly (taxi to client's offices in Columbia, MD from BWI train station in Baltimore, MD) 11/19/07 | 44.00 | |
| Zilly (taxi to hotel in Columbia, MD from BWI train station in Baltimore, MD) 12/12/07 | 44.00 | |
| Zilly (taxi to BWI train station in Baltimore, MD after travel from client's offices & hotel in Columbia, MD) 12/13/07 | 60.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | 148.00 |

### Ground Transportation - Railroad

| | | |
|---|---:|---:|
| Istvan (travel agency fee for booking of round trip travel to/from Baltimore, MD from/to New York, NY dated 12/11 - 12/13/07) 12/11/07 & 12/13/07 | 40.00 | |
| Istvan (round trip to/from Baltimore, MD from/to New York, NY) 12/11/07 | 400.00 | |
| O'Connell (one-way trip to New York, NY from Baltimore, MD) 01/10/08 | 118.00 | |
| Zilly (Meeting with WR Grace management) 11/19/07 | 177.10 | |
| Zilly (one-way trip to Baltimore, MD from New York, NY) 12/11/07 | 178.00 | |
| Zilly (one-way trip to New York, NY from Baltimore, MD) 12/12/07 | 118.00 | |
| Zilly (travel agency fee for booking of one-way trip to Baltimore, MD by train from New York, NY dated 01/10/08) 01/07/08 | 20.00 | |
| Zilly (one-way trip to Baltimore, MD from New York, NY) 01/10/08 | 118.00 | |
| Zilly (one-way trip to New York, NY from Baltimore, MD) 01/10/08 | 118.00 | |
| Subtotal - Ground Transportation - Railroad | | 1,287.10 |

### Employee Meals

| | | |
|---|---:|---:|
| Istvan (meal @ Amtrak train station in Washington, DC) 12/12/07 | 23.25 | |
| Istvan (meal @ BWI Station in Baltimore, MD) 12/12/07 | 21.69 | |
| Istvan (meal @ hotel in Baltimore, MD) 12/12/07 | 19.70 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) 12/21/07 | 25.00 | |
| Subtotal - Employee Meals | | 89.64 |

### Lodging

| | | |
|---|---:|---:|
| Istvan (2 day hotel stay in Columbia, MD) 12/11/07 - 12/13/07 | 328.36 | |
| Zilly (one-day hotel stay in Columbia, MD) 12/11/07 - 12/12/07 | 346.37 | |
| Subtotal - Lodging | | 674.73 |

### Document Production

| | | |
|---|---:|---:|
| O'Connell 01/02/08 | 4.05 | |
| Subtotal - Document Production | | 4.05 |

### Internal Research

| | | |
|---|---:|---:|
| Istvan (online data research) 01/14/08 | 15.00 | |
| Istvan (online data research) 01/21/08 | 52.50 | |
| Rosenberg (online data research) 01/14/08 | 15.00 | |
| Subtotal - Internal Research | | 82.50 |

### External Research - Thomson Analytics

| | | |
|---|---:|---:|
| Istvan (online data research) 01/13/08 - 01/19/08 | 19.32 | |
| Subtotal - External Research - Thomson Analytics | | 19.32 |

### External Research - Online Database

| | | |
|---|---:|---:|
| Istvan (hotel fee for in-room internet during stay in Columbia, MD) 12/12/07 | 12.95 | |
| Subtotal - External Research - Online Database | | 12.95 |

| | | |
|---|---:|---:|
| **Total Expenses** | | **$ 2,618.39** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 51.8 |
| Jamie O'Connell | Vice President | 45.1 |
| Benjamin Istvan | Analyst | 24.6 |
| | Total | 121.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/07/08 | 0.3 | Business Analysis | Call with J. McFarland regarding Project Fly |
| Jamie O'Connell | 01/10/08 | 0.2 | Business Analysis | Meeting with C. Schult regarding new business initiatives |
| Benjamin Istvan | 01/10/08 | 0.2 | Business Analysis | Discussion with P. Hanlon |
| Jamie O'Connell | 01/11/08 | 0.2 | Business Analysis | Call with P. Hanlon regarding Project Fly |
| Jamie O'Connell | 01/11/08 | 0.2 | Business Analysis | Call with J. McFarland regarding Project Fly |
| Pamela Zilly | 01/14/08 | 0.2 | Business Analysis | Review materials and correspondence re: Project Fly |
| Jamie O'Connell | 01/14/08 | 0.3 | Business Analysis | Call with J. McFarland regarding Project Fly |
| Jamie O'Connell | 01/14/08 | 0.2 | Business Analysis | Call with P. Hanlon regarding Project Fly |
| Jamie O'Connell | 01/14/08 | 0.2 | Business Analysis | Project Fly analysis |
| Jamie O'Connell | 01/14/08 | 0.1 | Business Analysis | Review correspondence from J. McFarland regarding Project Fly |
| Pamela Zilly | 01/15/08 | 0.5 | Business Analysis | Review drafts of motion re: Project Fly |
| Jamie O'Connell | 01/15/08 | 0.1 | Business Analysis | Review correspondence from P. Hanlon regarding Project Fly |
| Jamie O'Connell | 01/15/08 | 0.1 | Business Analysis | Call with L. Sinanyan regarding Project Fly |
| Jamie O'Connell | 01/15/08 | 0.1 | Business Analysis | Correspondence to J. McFarland regarding Project Fly |
| Jamie O'Connell | 01/15/08 | 0.2 | Business Analysis | Correspondence to Grace management regarding Project Fly |
| Jamie O'Connell | 01/15/08 | 0.5 | Business Analysis | Review Project Fly motion |
| Pamela Zilly | 01/16/08 | 0.2 | Business Analysis | Call with J. O'Connell re: Project Fly |
| Jamie O'Connell | 01/16/08 | 0.1 | Business Analysis | Call with J. McFarland regarding Project Fly |
| Jamie O'Connell | 01/16/08 | 0.2 | Business Analysis | Call with P. Hanlon regarding Project Fly |
| Jamie O'Connell | 01/16/08 | 0.2 | Business Analysis | Correspondence to B. Istvan regarding Project Fly |
| Jamie O'Connell | 01/16/08 | 0.2 | Business Analysis | Call with P. Zilly regarding Project Fly |
| Jamie O'Connell | 01/16/08 | 0.3 | Business Analysis | Review various correspondence regarding Project Fly |
| Jamie O'Connell | 01/16/08 | 0.1 | Business Analysis | Correspondence with C. Schult regarding Project Chekov |
| Pamela Zilly | 01/17/08 | 0.2 | Business Analysis | Review correspondence re: status of Project Chekhov |
| Jamie O'Connell | 01/17/08 | 0.2 | Business Analysis | Review correspondence regarding Project Fly |
| Jamie O'Connell | 01/17/08 | 0.5 | Business Analysis | Participate in call with financial advisors to discuss Project Fly |
| Jamie O'Connell | 01/21/08 | 0.3 | Business Analysis | Review materials regarding Project Chekhov |
| Jamie O'Connell | 01/21/08 | 0.2 | Business Analysis | Call with J. McFarland regarding Project Fly |
| Jamie O'Connell | 01/21/08 | 0.2 | Business Analysis | Correspondence to financial advisors regarding Project Fly |
| Jamie O'Connell | 01/21/08 | 0.3 | Business Analysis | Call with C. Schult regarding Project Chekhov |
| Pamela Zilly | 01/22/08 | 0.3 | Business Analysis | Review materials re: Project Fly |
| Jamie O'Connell | 01/22/08 | 0.5 | Business Analysis | Various call regarding deal structuring issue in Project Fly |
| Jamie O'Connell | 01/23/08 | 0.2 | Business Analysis | Call with P. Hanlon |
| Benjamin Istvan | 01/23/08 | 0.2 | Business Analysis | Call with J. O'Connell re: Project Chekhov, various matters |
| Pamela Zilly | 01/24/08 | 0.1 | Business Analysis | Call with J. McFarland regarding Project Fly |
| Jamie O'Connell | 01/24/08 | 0.2 | Business Analysis | Call with P. Zilly regarding Project Chekhov and other matters |
| Jamie O'Connell | 01/24/08 | 1.0 | Business Analysis | Review materials re: Project Chekhov |
| Pamela Zilly | 01/25/08 | 0.5 | Business Analysis | Review and participate in correspondence re: Project Chekhov |
| Jamie O'Connell | 01/25/08 | 0.3 | Business Analysis | Call with management and counsel regarding Project Chekhov |
| Jamie O'Connell | 01/25/08 | 0.3 | Business Analysis | Multiple correspondences regarding Project Chekhov |
| Jamie O'Connell | 01/25/08 | 0.1 | Business Analysis | Correspondence regarding Optimization Plan |
| Jamie O'Connell | 01/25/08 | 0.1 | Business Analysis | Correspondence regarding new business development |
| Jamie O'Connell | 01/27/08 | 1.5 | Business Analysis | Revisions to Project Fly materials |
| Jamie O'Connell | 01/28/08 | 0.1 | Business Analysis | Review correspondence from B. Istvan and E. Austraw regarding new business development |
| Pamela Zilly | 01/29/08 | 0.4 | Business Analysis | Call with E. Filon re: Project Chekhov |
| Jamie O'Connell | 01/29/08 | 0.2 | Business Analysis | Correspondence regarding Project Chekhov |
| Jamie O'Connell | 01/30/08 | 0.2 | Business Analysis | Review summary of terms related to Project Fly securities |
| | | 12.8 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/02/08 | 0.2 | Claims Analysis Objection/Resolution | Read materials re: BASF |
| | | **0.2** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/02/08 | 0.1 | Committee | Respond to committee information request from J. Dolan |
| Jamie O'Connell | 01/03/08 | 0.1 | Committee | Call with J. Brownstein and J. Solganick regarding claims |
| Jamie O'Connell | 01/03/08 | 0.1 | Committee | Call with J. Dolan regarding committee information request |
| Jamie O'Connell | 01/03/08 | 0.3 | Committee | Call with J. Dolan and V. Finkelstein regarding committee information request |
| Jamie O'Connell | 01/04/08 | 0.1 | Committee | Correspondence to J. Solganick regarding committee information request |
| Jamie O'Connell | 01/07/08 | 0.1 | Committee | Call with T. Dyer regarding committee information request |
| Jamie O'Connell | 01/07/08 | 0.2 | Committee | Manage committee information request |
| Jamie O'Connell | 01/08/08 | 0.1 | Committee | Correspondence to B. Dockman regarding committee information request |
| Jamie O'Connell | 01/08/08 | 0.2 | Committee | Call with J. McFarland regarding committee information request |
| Jamie O'Connell | 01/08/08 | 0.1 | Committee | Call with T. Dyer regarding committee information request |
| Jamie O'Connell | 01/08/08 | 0.1 | Committee | Correspondence with T. Dyer regarding committee information request |
| Jamie O'Connell | 01/11/08 | 0.1 | Committee | Call with J. Solganick regarding information requests |
| Benjamin Istvan | 01/11/08 | 0.3 | Committee | Call with financial advisors and management to discuss tax motion |
| Benjamin Istvan | 01/16/08 | 0.2 | Committee | Correspondence with advisors |
| Benjamin Istvan | 01/17/08 | 0.2 | Committee | Participate in portion of call with financial advisors to discuss Project Fly |
| Jamie O'Connell | 01/18/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 01/19/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 01/22/08 | 0.3 | Committee | Manage committee information requests |
| Jamie O'Connell | 01/23/08 | 0.5 | Committee | Correspondence regarding Project Fly and committee requests |
| Benjamin Istvan | 01/23/08 | 0.1 | Committee | Correspondence with P. Jaffray |
| Benjamin Istvan | 01/23/08 | 0.2 | Committee | Correspondence with Capstone |
| Benjamin Istvan | 01/23/08 | 0.1 | Committee | Correspondence with advisors re: Project Fly |
| Jamie O'Connell | 01/25/08 | 0.3 | Committee | Call with G. Boyer and management regarding Project Fly |
| Benjamin Istvan | 01/25/08 | 0.1 | Committee | Portion of call with G. Boyer and management regarding Project Fly |
| Jamie O'Connell | 01/28/08 | 0.2 | Committee | Call with J. McFarland regarding committee information request |
| Jamie O'Connell | 01/29/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 01/30/08 | 0.1 | Committee | Correspondence to Piper Jaffray regarding Project Fly |
| Jamie O'Connell | 01/30/08 | 0.1 | Committee | Correspondence to J. McFarland regarding Project Fly |
| Jamie O'Connell | 01/30/08 | 0.1 | Committee | Correspondence to P. Hanlon regarding committee information request |
| Jamie O'Connell | 01/30/08 | 0.1 | Committee | Correspondence to J. Baer regarding committee information request |
| | | 5.1 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/02/08 | 0.5 | Financing | Review of financial analysis |
| Pamela Zilly | 01/04/08 | 0.2 | Financing | Status meeting with J. O'Connell |
| Pamela Zilly | 01/04/08 | 0.5 | Financing | Review and provide comments on financial analysis |
| Pamela Zilly | 01/04/08 | 0.2 | Financing | Compile list of additional materials re: financial analysis |
| Jamie O'Connell | 01/04/08 | 2.0 | Financing | Review of financial analysis |
| Jamie O'Connell | 01/04/08 | 0.2 | Financing | Status meeting with P. Zilly |
| Jamie O'Connell | 01/04/08 | 0.5 | Financing | Financial anlaysis of other bankruptcies |
| Jamie O'Connell | 01/05/08 | 0.5 | Financing | Financial analysis |
| Jamie O'Connell | 01/05/08 | 0.8 | Financing | Call with B. Istvan regarding financial analysis |
| Jamie O'Connell | 01/05/08 | 0.2 | Financing | Call with B. Istvan regarding financial analysis |
| Jamie O'Connell | 01/05/08 | 0.5 | Financing | Review of USG financing |
| Benjamin Istvan | 01/05/08 | 0.8 | Financing | Discussion with J. O'Connell re: financial analysis |
| Benjamin Istvan | 01/05/08 | 1.5 | Financing | Financial analysis |
| Benjamin Istvan | 01/05/08 | 0.1 | Financing | Correspondence with P. Zilly and J. O'Connell |
| Benjamin Istvan | 01/05/08 | 2.0 | Financing | Financial analysis |
| Benjamin Istvan | 01/05/08 | 0.2 | Financing | Discussion with J. O'Connell re: financial analysis |
| Pamela Zilly | 01/07/08 | 0.8 | Financing | Review financial analysis |
| Pamela Zilly | 01/07/08 | 0.3 | Financing | Review and distribute materials re: financing |
| Benjamin Istvan | 01/07/08 | 0.5 | Financing | Financial analysis |
| Jamie O'Connell | 01/08/08 | 0.4 | Financing | Review financial analysis |
| Pamela Zilly | 01/09/08 | 0.2 | Financing | Call with J. O'Connell re: analysis |
| Pamela Zilly | 01/09/08 | 1.0 | Financing | Review financial analyses |
| Jamie O'Connell | 01/09/08 | 0.2 | Financing | Call with P. Zilly regarding financial analysis |
| Jamie O'Connell | 01/09/08 | 0.2 | Financing | Call with B. Istvan regarding financial analysis |
| Benjamin Istvan | 01/09/08 | 0.2 | Financing | Call with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 01/09/08 | 1.5 | Financing | Financial analysis |
| Pamela Zilly | 01/10/08 | 3.5 | Financing | Travel to Columbia |
| Jamie O'Connell | 01/10/08 | 0.8 | Financing | Review financial analysis |
| Jamie O'Connell | 01/10/08 | 0.3 | Financing | Meeting with B. Sarikas regarding various matters |
| Jamie O'Connell | 01/10/08 | 4.5 | Financing | Meetings regarding insurance and other matters |
| Benjamin Istvan | 01/10/08 | 0.5 | Financing | Financial analysis |
| Jamie O'Connell | 01/10/08 | 0.1 | Financing | Correspondence with P. Zilly, J. O'Connell, B. Tarola, M. Shelnitz |
| Jamie O'Connell | 01/10/08 | 2.0 | Financing | Dialed into meetings regarding insurance and other matters |
| Benjamin Istvan | 01/11/08 | 1.0 | Financing | Review financial analysis |
| Pamela Zilly | 01/11/08 | 0.3 | Financing | Status meeting with J. O'Connell |
| Jamie O'Connell | 01/11/08 | 0.1 | Financing | Review financial analysis with B. Istvan |
| Jamie O'Connell | 01/11/08 | 0.1 | Financing | Correspondence with E. Filon regarding conference call |
| Jamie O'Connell | 01/11/08 | 0.5 | Financing | Financial analysis with B. Istvan |
| Jamie O'Connell | 01/11/08 | 0.3 | Financing | Status meeting with P. Zilly and B. Istvan |
| Benjamin Istvan | 01/11/08 | 0.1 | Financing | Review financial analysis with J. O'Connell |
| Benjamin Istvan | 01/11/08 | 0.5 | Financing | Financial analysis with J. O'Connell |
| Benjamin Istvan | 01/11/08 | 0.3 | Financing | Status meeting with P. Zilly and J. O'Connell |
| Pamela Zilly | 01/11/08 | 0.5 | Financing | Review materials from M. Shelnitz |
| Jamie O'Connell | 01/12/08 | 0.1 | Financing | Review correspondence from P. Zilly |
| Pamela Zilly | 01/15/08 | 0.2 | Financing | Status meeting with J. O'Connell |
| Jamie O'Connell | 01/15/08 | 0.1 | Financing | Review correspondence from E. Filon regarding financial analysis |
| Jamie O'Connell | 01/15/08 | 0.2 | Financing | Status meeting with P. Zilly |
| Benjamin Istvan | 01/16/08 | 0.1 | Financing | Status call with J. O'Connell |
| Benjamin Istvan | 01/16/08 | 0.1 | Financing | Follow-up status call with J. O'Connell |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 01/17/08 | 0.1 | Financing | Correspondence with J. O'Connell |
| Pamela Zilly | 01/22/08 | 1.1 | Financing | Review draft proposal and correspond with M. Shelnitz |
| Jamie O'Connell | 01/22/08 | 0.2 | Financing | Review term sheet for DIP facility extension |
| Jamie O'Connell | 01/22/08 | 0.1 | Financing | Status meeting with B. Istvan regarding various matters |
| Jamie O'Connell | 01/22/08 | 0.1 | Financing | Correspondence to P. Zilly regarding various matters |
| Benjamin Istvan | 01/22/08 | 0.1 | Financing | Status meeting with J. O'Connell regarding various matters |
| Benjamin Istvan | 01/22/08 | 0.1 | Financing | Correspondence with R. Lapidario re: financial analysis |
| Benjamin Istvan | 01/22/08 | 1.6 | Financing | Financial analysis |
| Pamela Zilly | 01/23/08 | 0.5 | Financing | Correspondence re: meetings and status |
| Pamela Zilly | 01/23/08 | 0.3 | Financing | Correspondence with J. O'Connell re: exit financings |
| Pamela Zilly | 01/23/08 | 0.3 | Financing | Various updates with B. Istvan |
| Jamie O'Connell | 01/23/08 | 0.3 | Financing | Call with B. Istvan regarding various matters |
| Jamie O'Connell | 01/23/08 | 0.1 | Financing | Follow-up call with B. Istvan regarding various matters |
| Benjamin Istvan | 01/23/08 | 0.3 | Financing | Call with J. O'Connell regarding various matters |
| Benjamin Istvan | 01/23/08 | 0.1 | Financing | Follow-up call with J. O'Connell regarding various matters |
| Benjamin Istvan | 01/23/08 | 0.1 | Financing | Update with P. Zilly |
| Benjamin Istvan | 01/23/08 | 0.1 | Financing | Correspondence with J. O'Connell |
| Benjamin Istvan | 01/23/08 | 0.2 | Financing | Update with P. Zilly |
| Benjamin Istvan | 01/23/08 | 0.1 | Financing | Correspondence with R. Lapidario |
| Jamie O'Connell | 01/24/08 | 0.2 | Financing | Correspondence regarding various matters |
| Pamela Zilly | 01/28/08 | 0.5 | Financing | Further analysis re: exit financing |
| Jamie O'Connell | 01/28/08 | 0.1 | Financing | Review correspondence from P. Zilly regarding comparable transaction |
| Jamie O'Connell | 01/28/08 | 0.1 | Financing | Review correspondence from B. Istvan regarding comparable transaction |
| Pamela Zilly | 01/29/08 | 1.0 | Financing | Call with E. Filon |
| Pamela Zilly | 01/29/08 | 0.5 | Financing | Correspondence with E. Filon re: cash flows |
| Pamela Zilly | 01/29/08 | 2.0 | Financing | Prepare reconciliation analysis |
| Pamela Zilly | 01/30/08 | 0.2 | Financing | Meeting with J. O'Connell re: various analyses |
| Jamie O'Connell | 01/30/08 | 0.8 | Financing | Call with E. Filon, J. O'Connell, B. Istvan regarding financial analyses |
| Pamela Zilly | 01/30/08 | 0.2 | Financing | Meeting with J. O'Connell, B. Istvan regarding financial analyses |
| Pamela Zilly | 01/30/08 | 0.2 | Financing | Meeting with P. Zilly and J. O'Connell regarding financial analyses |
| Pamela Zilly | 01/30/08 | 0.2 | Financing | Call with financial institution, J. O'Connell, B. Istvan regarding capital structure |
| Pamela Zilly | 01/30/08 | 0.5 | Financing | Calls, correspondence with E. Filon re: capital structure |
| Jamie O'Connell | 01/30/08 | 0.2 | Financing | Meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 01/30/08 | 0.8 | Financing | Call with E. Filon, P. Zilly and B. Istvan regarding financial analyses |
| Benjamin Istvan | 01/30/08 | 0.2 | Financing | Meeting with P. Zilly and J. O'Connell regarding financial analyses |
| Benjamin Istvan | 01/30/08 | 0.2 | Financing | Call with H. Kennedy, P. Zilly and B. Istvan regarding capital structure |
| Benjamin Istvan | 01/30/08 | 0.1 | Financing | Follow-up meeting with J. O'Connell |
| Jamie O'Connell | 01/30/08 | 0.2 | Financing | Review analysis regarding capital structure treatment |
| Benjamin Istvan | 01/30/08 | 0.8 | Financing | Call with E. Filon, P. Zilly and J. O'Connell regarding financial analyses |
| Benjamin Istvan | 01/30/08 | 0.2 | Financing | Meeting with P. Zilly and J. O'Connell regarding financial analyses |
| Benjamin Istvan | 01/30/08 | 0.2 | Financing | Call with H. Kennedy, P. Zilly and J. O'Connell regarding capital structure |
| Benjamin Istvan | 01/30/08 | 0.1 | Financing | Follow-up meeting with J. O'Connell |
| Benjamin Istvan | 01/30/08 | 0.2 | Financing | Research regarding sovereign wealth funds |
| Benjamin Istvan | 01/30/08 | 0.2 | Financing | Research regarding sovereign wealth funds |
| Pamela Zilly | 01/31/08 | 0.3 | Financing | Review institution presentation |
| Pamela Zilly | 01/31/08 | 1.5 | Financing | Calls with J. O'Connell, E. Filon and various institutions regarding financing markets |
| Jamie O'Connell | 01/31/08 | 0.1 | Financing | Review correspondence from E. Filon regarding financial analysis |
| Jamie O'Connell | 01/31/08 | 1.5 | Financing | Calls with P. Zilly, E. Filon and various professionals regarding financial analyses |
| Benjamin Istvan | 01/31/08 | 2.4 | Financing | Analysis of convertible preferred securities |
| | | 53.5 | | |

Page 6 of 10

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/14/08 | 6.0 | Hearings | Attend Court hearing via telephone |
| Benjamin Istvan | 01/14/08 | 0.4 | Hearings | Listened to portions of estimation hearing |
| Pamela Zilly | 01/23/08 | 4.0 | Hearings | Attend Grace hearing via telephone |
|  |  | 10.4 |  |  |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/10/08 | 3.5 | Non-Working Travel Time | Travel to NY |
| Jamie O'Connell | 01/10/08 | 3.5 | Non-Working Travel Time | Travel to Grace offices in Columbia, MD |
| Jamie O'Connell | 01/10/08 | 4.3 | Non-Working Travel Time | Travel from Columbia, MD to home |
| | | **11.3** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/02/08 | 1.1 | Plan and Disclosure Statement | Read Motions re: Exhibits Lists, Memorandum in Opposition to Exclude Expert Testimony |
| Pamela Zilly | 01/02/08 | 0.2 | Plan and Disclosure Statement | Update meeting with J. O'Connell, B. Istvan |
| Jamie O'Connell | 01/02/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and B. Istvan |
| Benjamin Istvan | 01/02/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Pamela Zilly | 01/03/08 | 0.5 | Plan and Disclosure Statement | Read Motion re: Environmental Claims Settlements |
| Pamela Zilly | 01/04/08 | 0.4 | Plan and Disclosure Statement | Read Motions re: Witness and Exhibit Lists, Charleston, SC Relief from Stay |
| Pamela Zilly | 01/08/08 | 0.9 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Jamie O'Connell | 01/08/08 | 0.9 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/10/08 | 3.0 | Plan and Disclosure Statement | Meeting in Columbia re: financial matters |
| Pamela Zilly | 01/10/08 | 1.5 | Plan and Disclosure Statement | Discussion with management re: financial analysis and other issues |
| Pamela Zilly | 01/14/08 | 0.3 | Plan and Disclosure Statement | Read Motions re: City of Charlestown, Expert Reports |
| Pamela Zilly | 01/15/08 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Jamie O'Connell | 01/15/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 01/15/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 01/15/08 | 0.7 | Plan and Disclosure Statement | Environmental claims analysis. |
| Jamie O'Connell | 01/16/08 | 0.1 | Plan and Disclosure Statement | Status call with B. Istvan |
| Jamie O'Connell | 01/16/08 | 0.1 | Plan and Disclosure Statement | Follow-up status call with B. Istvan |
| Pamela Zilly | 01/17/08 | 0.2 | Plan and Disclosure Statement | Call with Elli Leibenstein |
| Pamela Zilly | 01/17/08 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 01/17/08 | 0.4 | Plan and Disclosure Statement | Call with M. Shelnitz |
| Pamela Zilly | 01/17/08 | 0.1 | Plan and Disclosure Statement | Call with J. O'Connell re: status update |
| Jamie O'Connell | 01/17/08 | 0.1 | Plan and Disclosure Statement | Status call with P. Zilly |
| Benjamin Istvan | 01/18/08 | 0.1 | Plan and Disclosure Statement | Call with L. Gardner re: environmental claims |
| Benjamin Istvan | 01/18/08 | 0.1 | Plan and Disclosure Statement | Call with T. Dyer re: environmental claims |
| Benjamin Istvan | 01/18/08 | 0.1 | Plan and Disclosure Statement | Correspondence with T. Dyer re: environmental claims |
| Benjamin Istvan | 01/18/08 | 0.1 | Plan and Disclosure Statement | Call with J. Solganick re: environmental claims |
| Benjamin Istvan | 01/18/08 | 0.1 | Plan and Disclosure Statement | Call with L. Gardner re: environmental claims |
| Benjamin Istvan | 01/21/08 | 0.8 | Plan and Disclosure Statement | Review of environmental claims data |
| Pamela Zilly | 01/22/08 | 0.6 | Plan and Disclosure Statement | Read Motions re: Remedium/IRS Agreement, Cambridge Claim, Ceratech Acquisition, Stallard Declaration |
| Jamie O'Connell | 01/22/08 | 0.1 | Plan and Disclosure Statement | Correspondence regarding environmental analysis |
| Jamie O'Connell | 01/22/08 | 0.1 | Plan and Disclosure Statement | Review environmental claims analysis with B. Istvan |
| Benjamin Istvan | 01/22/08 | 1.7 | Plan and Disclosure Statement | Environmental claims analysis. |
| Benjamin Istvan | 01/22/08 | 0.1 | Plan and Disclosure Statement | Correspondence with L. Gardner |
| Benjamin Istvan | 01/22/08 | 0.1 | Plan and Disclosure Statement | Review environmental claims analysis with J. O'Connell |
| Benjamin Istvan | 01/22/08 | 0.1 | Plan and Disclosure Statement | Correspondence with L. Gardner |
| Pamela Zilly | 01/23/08 | 0.2 | Plan and Disclosure Statement | Review materials re: ZAI |
| Pamela Zilly | 01/23/08 | 0.4 | Plan and Disclosure Statement | Review analysis of environmental claims |
| Benjamin Istvan | 01/23/08 | 0.1 | Plan and Disclosure Statement | Call with L. Gardner regarding environmental claims |
| Benjamin Istvan | 01/23/08 | 0.4 | Plan and Disclosure Statement | Environmental claims analysis. |
| Pamela Zilly | 01/25/08 | 1.0 | Plan and Disclosure Statement | Review draft environmental motions |
| Pamela Zilly | 01/29/08 | 0.8 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Pamela Zilly | 01/29/08 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 01/29/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/30/08 | 0.3 | Plan and Disclosure Statement | Call with F. Festa |
| | | **21.1** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/02/08 | 0.5 | Tax Issues | Review draft motion regarding tax matter |
| Pamela Zilly | 01/03/08 | 0.2 | Tax Issues | Call with C. Finke re: tax motion |
| Pamela Zilly | 01/03/08 | 0.6 | Tax Issues | Call with C. Finke, J. O'Connell re: tax motion |
| Jamie O'Connell | 01/03/08 | 0.1 | Tax Issues | Review draft motion regarding tax matter |
| Jamie O'Connell | 01/03/08 | 0.6 | Tax Issues | Call with P. Zilly and C. Finke regarding tax motion |
| Jamie O'Connell | 01/03/08 | 0.4 | Tax Issues | Review National Union settlement agreement |
| Pamela Zilly | 01/04/08 | 1.0 | Tax Issues | Read and provide comments on tax motion |
| Pamela Zilly | 01/04/08 | 0.6 | Tax Issues | Read and provide comments on revised tax motion |
| Jamie O'Connell | 01/04/08 | 0.2 | Tax Issues | Review correspondence and draft motion from C. Finke regarding tax matter |
| Jamie O'Connell | 01/04/08 | 0.2 | Tax Issues | Review correspondence regarding tax matter |
| Pamela Zilly | 01/07/08 | 0.5 | Tax Issues | Final review of re: tax motion |
| Jamie O'Connell | 01/07/08 | 0.2 | Tax Issues | Correspondence to C. Finke regarding tax motion |
| Jamie O'Connell | 01/07/08 | 0.1 | Tax Issues | Review correspondence from C. Finke regarding tax motion |
| Jamie O'Connell | 01/07/08 | 0.1 | Tax Issues | Call with C. Finke regarding tax matter |
| Jamie O'Connell | 01/07/08 | 0.8 | Tax Issues | Review of tax motion and correspondence to financial advisors regarding motion |
| Jamie O'Connell | 01/07/08 | 0.1 | Tax Issues | Call with C. Finke regarding tax matter |
| Jamie O'Connell | 01/08/08 | 0.1 | Tax Issues | Review correspondence regarding tax matter |
| Jamie O'Connell | 01/08/08 | 0.1 | Tax Issues | Correspondence to E. Filon regarding tax motion |
| Jamie O'Connell | 01/11/08 | 0.2 | Tax Issues | Call with C. Finke regarding conference call with financial advisors |
| Jamie O'Connell | 01/11/08 | 0.3 | Tax Issues | Call with financial advisors and management to discuss tax motion |
| Jamie O'Connell | 01/11/08 | 0.1 | Tax Issues | Follow-up call with C. Finke regarding conference call with financial advisors |
| Pamela Zilly | 01/25/08 | 0.1 | Tax Issues | Read correspondence re: Tax matters |
| | | 7.1 | | |