THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objection Deadline: June 10, 2008 at 4:00 pm*

SIXTY-THIRD APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P.
AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through February 29, 2008 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | Total $150,000.00 | (Holdback @ 20%) ($30,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $377.34 |

This is a  x  monthly __ interim  ___ final application

2583206.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | $-- | $-- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

*2583206.DOC*

| | | Requested | | Approved | | Unapproved | Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | 0.00 | 997.55 | 0.00 | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | -- | -- | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | -- | -- | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | -- | -- | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | -- | -- | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | -- | -- | -- | -- |

*2583206.DOC*

# Blackstone Advisory Services L.P.

May 21, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of February 1, 2008 through February 29, 2008: | $ | 150,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (30,000.00) |
| Out-of-pocket expenses processed for the period through February 29, 2008:[1] | | |
|     Ground Transportation    $   186.40 | | |
|     Meals    58.44 | | |
|     Research    132.50 | | 377.34 |
| **Total Amount Due** | $ | **120,377.34** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 20941

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 20941

|  | GL Detail Feb-08 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 136.40 | $ 136.40 |
| Ground Transportation - Out of Town Travel | 50.00 | 50.00 |
| Employee Meals | 58.44 | 58.44 |
| Internal Research | 132.50 | 132.50 |
| **Total Expenses** | $ 377.34 | $ 377.34 |
|  |  |  |
| **Ground Transportation** |  | $ 186.40 |
| **Meals** |  | 58.44 |
| **Research** |  | 132.50 |
|  |  |  |
| **Total Expenses** |  | $ 377.34 |

W.R. Grace & Co.
Detail of Expenses Processed
Through February 29, 2008
Invoice No. 20941

**Ground Transportation - Car Service - Elite**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (car home from Newark Airport in Newark, NJ) | 01/10/08 | 109.11 | |
| Zilly (car to Penn Station in New York, NY from home) | 01/10/08 | 27.29 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | $ 136.40 |

**Ground Transportation - Out of Town Trave**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| O'Connell (taxi to client offices in Columbia, MD from BWI Airport in Baltimore, MD) | 01/10/08 | 50.00 | |
| Subtotal - Ground Transportation - Out of Town Trave | | | 50.00 |

**Employee Meals**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| | 12/18/07 | | |
| Istvan (credit issued by vendor for meal charge billed on invoice no. 20605 dated 12/12/07) | 12/17/07 | (23.25) | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | | 25.00 | |
| Istvan (weekend working meal @ Blackstone) | 01/05/08 | 25.00 | |
| Istvan (weekend working meal @ Blackstone) | 01/06/08 | 6.69 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 12/18/07 | 25.00 | |
| Subtotal - Employee Meals | | | 58.44 |

**Internal Research**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Istvan (online data research) | 01/30/08 | 132.50 | |
| Subtotal - Internal Research | | | 132.50 |
| **Total Expenses** | | | $ 377.34 |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 69.7 |
| Jamie O'Connell | Vice President | 48.1 |
| Benjamin Istvan | Analyst | 56.8 |
| | Total | 174.6 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/01/08 | 0.8 | Business Analysis | Research information request from Grace management |
| Jamie O'Connell | 02/19/08 | 0.2 | Business Analysis | Call with C. Schult regarding Project Chekhov |
| Jamie O'Connell | 02/19/08 | 0.2 | Business Analysis | Correspondence to P. Zilly and B. Istvan regarding Project Chekhov |
| Jamie O'Connell | 02/20/08 | 0.1 | Business Analysis | Call with B. Dockman and R. Heaps regarding ART information |
|  |  | 1.3 |  |  |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 02/25/08 | 0.3 | Case Administration | Grace administrative matters |
| | | 0.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/01/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 02/01/08 | 0.2 | Committee | Call with B. Frezza and J. Dolan regarding committee information request |
| Jamie O'Connell | 02/01/08 | 0.2 | Committee | Call with R. Lapidario regarding committee information request |
| Jamie O'Connell | 02/01/08 | 0.2 | Committee | Call with J. Dolan regarding committee information requests |
| Jamie O'Connell | 02/03/08 | 0.1 | Committee | Correspondence to J. Baer regarding committee information request |
| Jamie O'Connell | 02/03/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 02/03/08 | 0.1 | Committee | Call with P. Hanlon regarding committee information requests |
| Jamie O'Connell | 02/05/08 | 0.2 | Committee | Manage committee information requests |
| Benjamin Istvan | 02/05/08 | 0.2 | Committee | Correspondence with committees |
| Benjamin Istvan | 02/05/08 | 0.2 | Committee | Follow up on committee requests |
| Pamela Zilly | 02/06/08 | 0.5 | Committee | Call with equity holder |
| Jamie O'Connell | 02/07/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 02/08/08 | 0.1 | Committee | Correspondence to B. Sarikas regarding financial advisor meeting |
| Jamie O'Connell | 02/08/08 | 0.1 | Committee | Correspondence to J. Dolan regarding conference call |
| Jamie O'Connell | 02/08/08 | 0.1 | Committee | Call with R. Lapidario and B. Istvan regarding committee information request |
| Benjamin Istvan | 02/08/08 | 0.5 | Committee | Conference call with Capstone regarding LCs |
| Benjamin Istvan | 02/08/08 | 0.1 | Committee | Call with R. Lapidario and J. O'Connell regarding committee information request |
| Pamela Zilly | 02/12/08 | 0.5 | Committee | Call with debt holder |
| Jamie O'Connell | 02/14/08 | 0.1 | Committee | Review correspondence regarding committee information requests |
| Benjamin Istvan | 02/14/08 | 0.1 | Committee | Correspondence with B. Dockman re: ART diligence request |
| Benjamin Istvan | 02/14/08 | 0.1 | Committee | Correspondence with J. Solganick re: ART diligence request |
| Jamie O'Connell | 02/18/08 | 0.7 | Committee | Manage committee information requests |
| Benjamin Istvan | 02/19/08 | 0.1 | Committee | Correspondence with J. O'Connell re: advisor contact list |
| Jamie O'Connell | 02/20/08 | 0.3 | Committee | Manage committee information requests |
| Jamie O'Connell | 02/20/08 | 0.1 | Committee | Correspondence to financial advisors regarding annual review meeting |
| Benjamin Istvan | 02/20/08 | 0.1 | Committee | Correspondence to J. Dolan regarding ART information request |
| Jamie O'Connell | 02/20/08 | 0.1 | Committee | Correspondence to J. Dolan regarding LC information request |
| Jamie O'Connell | 02/20/08 | 0.2 | Committee | Correspondence to B. Sarikas regarding information request and financial advisor meeting |
| Jamie O'Connell | 02/20/08 | 0.1 | Committee | Correspondence to J. Dolan regarding DIP extension diligence questions |
| Benjamin Istvan | 02/20/08 | 0.2 | Committee | Diligence call with Capstone |
| Benjamin Istvan | 02/21/08 | 0.1 | Committee | Correspondence with R. Lapidario regarding LC information request |
| Benjamin Istvan | 02/21/08 | 0.1 | Committee | Correspondence with J. Dolan regarding LC information request |
| Jamie O'Connell | 02/21/08 | 0.2 | Committee | Call with B.Tarola and B. Sarikas regarding financial advisors meeting |
| Jamie O'Connell | 02/21/08 | 0.2 | Committee | Correspondence to financial advisors regarding annual review meeting |
| Jamie O'Connell | 02/21/08 | 0.1 | Committee | Correspondence to J. Dolan regarding information request |
| Jamie O'Connell | 02/21/08 | 0.2 | Committee | Correspondence regarding financial analysis |
| Jamie O'Connell | 02/21/08 | 0.1 | Committee | Call with J. Brownstein regarding financial advisor meeting |
| Jamie O'Connell | 02/22/08 | 0.1 | Committee | Review correspondence from R. Lapidario regarding committee information request |
| Benjamin Istvan | 02/25/08 | 0.1 | Committee | Correspondence with J. Dolan and J. Solganick re: claims |
| Benjamin Istvan | 02/25/08 | 0.3 | Committee | Call with J. Dolan re: DIP diligence |
| Jamie O'Connell | 02/29/08 | 0.1 | Committee | Correspondence to B. Istvan regarding committee information request |
| Jamie O'Connell | 02/29/08 | 0.1 | Committee | Correspondence to E. Filon regarding committee information request |
| Jamie O'Connell | 02/29/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 02/29/08 | 0.1 | Committee | Call with J. Dolan regarding committee information requests |
| | | **8.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/01/08 | 0.8 | Employee Benefits/Pension | Read draft April 2008 Pension Funding Motion |
| Jamie O'Connell | 02/01/08 | 0.1 | Employee Benefits/Pension | Review correspondence regarding pension motion |
| Jamie O'Connell | 02/03/08 | 0.5 | Employee Benefits/Pension | Review and comment on draft pension funding motion |
| Jamie O'Connell | 02/03/08 | 0.2 | Employee Benefits/Pension | Correspondence to J. Forgach regarding draft pension motion |
| Pamela Zilly | 02/05/08 | 0.4 | Employee Benefits/Pension | Read revised April 2008 Pension Funding Motion |
| Jamie O'Connell | 02/05/08 | 0.2 | Employee Benefits/Pension | Correspondence regarding draft pension motion |
| Benjamin Istvan | 02/26/08 | 0.2 | Employee Benefits/Pension | Call with J. Forgach regarding pensions |
| | | 2.4 | | |

Page 5 of 12

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/01/08 | 0.3 | Financing | Discussion and correspondence with J. O'Connell, E. Filon re: financial institution materials |
| Jamie O'Connell | 02/01/08 | 0.2 | Financing | Correspondence regarding financial analysis |
| Jamie O'Connell | 02/01/08 | 0.2 | Financing | Review financial analysis with B. Istvan |
| Jamie O'Connell | 02/01/08 | 0.3 | Financing | Financial analysis and correspondence to P. Zilly |
| Jamie O'Connell | 02/01/08 | 0.1 | Financing | Review correspondence from E. Filon regarding financial analysis |
| Benjamin Istvan | 02/01/08 | 0.2 | Financing | Review financial analysis with J. O'Connell |
| Benjamin Istvan | 02/01/08 | 0.1 | Financing | Revise convertible preferred analysis |
| Benjamin Istvan | 02/01/08 | 0.3 | Financing | Research sovereign wealth funds |
| Benjamin Istvan | 02/01/08 | 0.1 | Financing | Research information request from Grace management |
| Benjamin Istvan | 02/03/08 | 1.8 | Financing | Sovereign wealth fund analysis |
| Pamela Zilly | 02/04/08 | 2.0 | Financing | Cash Sources and Uses analysis |
| Pamela Zilly | 02/04/08 | 0.4 | Financing | Correspondence with E. Filon re: financing |
| Pamela Zilly | 02/05/08 | 0.2 | Financing | Correspondence with E. Filon re: financing |
| Pamela Zilly | 02/05/08 | 0.8 | Financing | Call with E. Filon re: financial model and financing |
| Pamela Zilly | 02/05/08 | 0.4 | Financing | Call with E. Filon, R. Tarola re: financial model and analysis |
| Benjamin Istvan | 02/05/08 | 0.2 | Financing | Sovereign wealth fund analysis |
| Benjamin Istvan | 02/05/08 | 1.6 | Financing | Sovereign wealth fund analysis |
| Pamela Zilly | 02/06/08 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 02/06/08 | 0.5 | Financing | Review materials for financial institution call |
| Pamela Zilly | 02/06/08 | 0.2 | Financing | Status update with J. O'Connell |
| Pamela Zilly | 02/06/08 | 0.5 | Financing | Various meetings, calls with B. Istvan re: financial analysis |
| Pamela Zilly | 02/06/08 | 1.0 | Financing | Call with E. Filon, financial institution re: financing |
| Pamela Zilly | 02/06/08 | 0.3 | Financing | Review revision to cash sources and uses |
| Pamela Zilly | 02/06/08 | 2.5 | Financing | Prepare financing alternatives presentation |
| Pamela Zilly | 02/06/08 | 1.0 | Financing | Compose email to Tarola re: pension and other balance sheet questions |
| Jamie O'Connell | 02/06/08 | 0.2 | Financing | Status call with P. Zilly regarding various matters |
| Jamie O'Connell | 02/06/08 | 0.2 | Financing | Correspondence regarding various matters |
| Jamie O'Connell | 02/06/08 | 0.1 | Financing | Call with B. Istvan |
| Benjamin Istvan | 02/06/08 | 0.2 | Financing | Review financial analysis with P. Zilly |
| Benjamin Istvan | 02/06/08 | 0.1 | Financing | Call with J. O'Connell |
| Benjamin Istvan | 02/06/08 | 0.2 | Financing | Review with P. Zilly |
| Benjamin Istvan | 02/06/08 | 2.0 | Financing | Financial analysis |
| Benjamin Istvan | 02/06/08 | 0.1 | Financing | Correspondence with P. Zilly |
| Benjamin Istvan | 02/06/08 | 1.0 | Financing | Financial analysis |
| Benjamin Istvan | 02/06/08 | 0.1 | Financing | Correspondence with E. Filon, P. Zilly, J. O'Connell |
| Pamela Zilly | 02/07/08 | 0.5 | Financing | Review funds flow analysis, presentation |
| Pamela Zilly | 02/07/08 | 1.5 | Financing | Call with E. Filon, J. O'Connell, B. Istvan re: financial analysis |
| Pamela Zilly | 02/07/08 | 0.8 | Financing | Revise funds flow presentation |
| Pamela Zilly | 02/07/08 | 1.6 | Financing | Call with F.Festa, R. Tarola, E. Filon, J. O'Connell, B. Istvan re: financial analysis |
| Pamela Zilly | 02/07/08 | 3.0 | Financing | Reconciliation of debt numbers |
| Pamela Zilly | 02/07/08 | 0.3 | Financing | Call with E. Filon re: financial analysis |
| Jamie O'Connell | 02/07/08 | 1.5 | Financing | Call with E. Filon, P. Zilly and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/07/08 | 1.6 | Financing | Call with management, P. Zilly and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/07/08 | 0.2 | Financing | Financial analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 02/07/08 | 1.3 | Financing | Financial analysis |
| Benjamin Istvan | 02/07/08 | 1.5 | Financing | Call with E. Filon, P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/07/08 | 0.5 | Financing | Financial analysis |
| Benjamin Istvan | 02/07/08 | 1.6 | Financing | Call with management, P. Zilly and J. O'Connell regarding financial analysis |
| Pamela Zilly | 02/08/08 | 0.5 | Financing | Call with E. Filon, R. Tarola re: financial analysis |
| Pamela Zilly | 02/08/08 | 1.2 | Financing | Call with E. Filon, J. O'Connell re: financial analysis |
| Pamela Zilly | 02/08/08 | 2.0 | Financing | Call with E. Filon re: financial analysis |
| Pamela Zilly | 02/08/08 | 0.3 | Financing | Call with E. Filon e: financial analysis |
| Pamela Zilly | 02/08/08 | 1.0 | Financing | Read DIP Presentation, cash flow analysis |
| Pamela Zilly | 02/08/08 | 0.3 | Financing | Review financial analysis |
| Jamie O'Connell | 02/08/08 | 0.2 | Financing | Review motion related to extension of ART credit facility |
| Jamie O'Connell | 02/08/08 | 1.2 | Financing | Call with E. Filon and P. Zilly regarding financial analysis |
| Jamie O'Connell | 02/08/08 | 0.6 | Financing | Sovereign wealth fund analysis |
| Benjamin Istvan | 02/08/08 | 0.1 | Financing | Correspondence with P. Zilly |
| Benjamin Istvan | 02/08/08 | 4.5 | Financing | Prepare funding alternatives spreadsheet |
| Pamela Zilly | 02/10/08 | 0.2 | Financing | Call with J. O'Connell re: financial analysis |
| Pamela Zilly | 02/10/08 | 0.2 | Financing | Call with P. Zilly regarding financial analysis |
| Jamie O'Connell | 02/10/08 | 3.0 | Financing | Financial modeling |
| Pamela Zilly | 02/11/08 | 0.2 | Financing | Call with J. O'Connell re: financial analysis |
| Pamela Zilly | 02/11/08 | 0.3 | Financing | Call with E. Filon, J. O'Connell, B. Istvan re: financial analysis |
| Pamela Zilly | 02/11/08 | 0.8 | Financing | Call with E. Filon re: financial analysis |
| Pamela Zilly | 02/11/08 | 1.0 | Financing | Review analysis, send revisions to J. O'Connell |
| Jamie O'Connell | 02/11/08 | 2.2 | Financing | Meeting with management and potential syndicate lenders regarding renewal of DIP facility |
| Jamie O'Connell | 02/11/08 | 0.2 | Financing | Call with P. Zilly regarding financial analysis |
| Jamie O'Connell | 02/11/08 | 0.3 | Financing | Call with E. Filon, P. Zilly and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/11/08 | 0.1 | Financing | Correspondence to R. Lapidario regarding comparable information |
| Jamie O'Connell | 02/11/08 | 0.4 | Financing | Financial modeling |
| Jamie O'Connell | 02/11/08 | 0.2 | Financing | Call with B. Istvan to discuss financial analysis |
| Benjamin Istvan | 02/11/08 | 0.3 | Financing | Call with E. Filon, P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/11/08 | 0.2 | Financing | Call with J. O'Connell to discuss financial analysis |
| Benjamin Istvan | 02/11/08 | 2.1 | Financing | Financial analysis |
| Pamela Zilly | 02/12/08 | 1.2 | Financing | Review analyses and Filon comments |
| Pamela Zilly | 02/12/08 | 0.1 | Financing | Call with J. O'Connell re: analyses and revisions |
| Pamela Zilly | 02/12/08 | 1.0 | Financing | Call with J. O'Connell, B. Istvan, E. Filon re: analyses |
| Pamela Zilly | 02/12/08 | 1.0 | Financing | Review revised analysis |
| Jamie O'Connell | 02/12/08 | 0.2 | Financing | Review correspondence from E. Filon regarding financial analysis |
| Jamie O'Connell | 02/12/08 | 0.5 | Financing | Meeting with B. Istvan to discuss financial analysis |
| Jamie O'Connell | 02/12/08 | 0.3 | Financing | Correspondence to E. Filon regarding financial analysis |
| Jamie O'Connell | 02/12/08 | 0.1 | Financing | Review correspondence from E. Filon regarding financial analysis |
| Jamie O'Connell | 02/12/08 | 0.2 | Financing | Financial analysis |
| Jamie O'Connell | 02/12/08 | 0.2 | Financing | Call with E. Filon regarding financial analysis |
| Jamie O'Connell | 02/12/08 | 0.1 | Financing | Call with P. Zilly regarding financial analysis |
| Jamie O'Connell | 02/12/08 | 1.0 | Financing | Call with E. Filon, P. Zilly and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/12/08 | 0.2 | Financing | Follow-up meeting with B. Istvan regarding financial analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 02/12/08 | 0.5 | Financing | Meeting with J. O'Connell to discuss financial analysis |
| Benjamin Istvan | 02/12/08 | 1.0 | Financing | Call with E. Filon, P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/12/08 | 0.8 | Financing | Financial analysis |
| Benjamin Istvan | 02/12/08 | 0.2 | Financing | Follow-up meeting with J. O'Connell regarding financial analysis |
| Pamela Zilly | 02/13/08 | 0.6 | Financing | Review Filon's comments and revised analysis; call with J. O'Connell |
| Pamela Zilly | 02/13/08 | 1.5 | Financing | Review revised analyses and further comments |
| Pamela Zilly | 02/13/08 | 1.3 | Financing | Call with R. Tarola, E. Filon, J. O'Connell, B. Istvan re: analysis |
| Pamela Zilly | 02/13/08 | 0.5 | Financing | Follow-up calls, read further comments re: analyses |
| Jamie O'Connell | 02/13/08 | 0.3 | Financing | Call with E. Filon regarding financial analysis |
| Jamie O'Connell | 02/13/08 | 0.1 | Financing | Call with P. Zilly regarding financial analysis |
| Jamie O'Connell | 02/13/08 | 1.3 | Financing | Financial analysis |
| Jamie O'Connell | 02/13/08 | 1.3 | Financing | Call with B. Tarola, E. Filon, P. Zilly and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/13/08 | 0.3 | Financing | Follow-up calls regarding financial analysis |
| Benjamin Istvan | 02/13/08 | 1.3 | Financing | Call with B. Tarola, E. Filon, P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/13/08 | 1.6 | Financing | Financial analysis |
| Benjamin Istvan | 02/13/08 | 0.1 | Financing | Correspondence with E. Filon |
| Benjamin Istvan | 02/14/08 | 0.2 | Financing | Correspondence with R. Tarola, E. Filon |
| Jamie O'Connell | 02/14/08 | 0.2 | Financing | Financial analysis |
| Benjamin Istvan | 02/14/08 | 0.3 | Financing | Call with R. Lapidario re: DIP diligence |
| Benjamin Istvan | 02/14/08 | 0.3 | Financing | Call with J. Solganick re: DIP diligence |
| Benjamin Istvan | 02/14/08 | 0.1 | Financing | Correspondence with B. Sarikas |
| Pamela Zilly | 02/15/08 | 2.0 | Financing | Review analysis, calls with J. O'Connell, B. Istvan |
| Jamie O'Connell | 02/15/08 | 9.5 | Financing | Financial analysis and multiple calls with B. Tarola and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/15/08 | 0.2 | Financing | Call with P. Zilly and B. Istvan regarding financial analysis |
| Benjamin Istvan | 02/15/08 | 6.0 | Financing | Financial analysis and multiple calls with B. Tarola and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/15/08 | 0.2 | Financing | Call with P. Zilly regarding financial analysis |
| Jamie O'Connell | 02/17/08 | 0.5 | Financing | Call with B. Istvan to discuss financial analysis. |
| Jamie O'Connell | 02/17/08 | 0.8 | Financing | Financial analysis review with B. Istvan |
| Benjamin Istvan | 02/17/08 | 0.5 | Financing | Call with J. O'Connell to discuss financial analysis. |
| Benjamin Istvan | 02/17/08 | 1.8 | Financing | Financial analysis. |
| Benjamin Istvan | 02/17/08 | 0.8 | Financing | Financial analysis review with J. O'Connell |
| Benjamin Istvan | 02/17/08 | 0.5 | Financing | Financial analysis review. |
| Pamela Zilly | 02/18/08 | 1.0 | Financing | Review model |
| Pamela Zilly | 02/18/08 | 0.5 | Financing | Review summary sheet for proposals |
| Pamela Zilly | 02/18/08 | 0.3 | Financing | Correspondence with J. O'Connell re: funding scenarios |
| Benjamin Istvan | 02/18/08 | 0.1 | Financing | Correspondence with B. Tarola |
| Pamela Zilly | 02/19/08 | 0.4 | Financing | Call with E. Filon |
| Jamie O'Connell | 02/19/08 | 0.2 | Financing | Review correspondence regarding various matters |
| Jamie O'Connell | 02/19/08 | 0.1 | Financing | Correspondence to B. Tarola and R. Lapidario regarding DIP extension |
| Benjamin Istvan | 02/19/08 | 1.7 | Financing | Call with management, counsel regarding financial analysis |
| Benjamin Istvan | 02/19/08 | 0.5 | Financing | Comparables analysis |
| Pamela Zilly | 02/20/08 | 0.3 | Financing | Two calls with J. O'Connell re: financial analysis |
| Pamela Zilly | 02/20/08 | 1.0 | Financing | Call with R. Tarola, E. Filon re: Meeting |
| Jamie O'Connell | 02/20/08 | 0.1 | Financing | Call with R. Lapidario regarding committee information request |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/20/08 | 0.1 | Financing | Call with P. Zilly regarding financial analysis |
| Jamie O'Connell | 02/20/08 | 0.1 | Financing | Review letter of credit schedule from R. Lapidario |
| Jamie O'Connell | 02/20/08 | 0.1 | Financing | Review correspondence from E. Filon regarding financial analysis |
| Jamie O'Connell | 02/20/08 | 0.2 | Financing | Call with P. Zilly regarding financial analysis |
| Jamie O'Connell | 02/20/08 | 0.2 | Financing | Update with B. Istvan |
| Benjamin Istvan | 02/20/08 | 0.2 | Financing | Update with J. O'Connell |
| Benjamin Istvan | 02/20/08 | 4.2 | Financing | Financial analysis |
| Pamela Zilly | 02/21/08 | 1.0 | Financing | Review financial model and comments thereto |
| Jamie O'Connell | 02/21/08 | 0.1 | Financing | Status meeting with B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/21/08 | 0.7 | Financing | Financial analysis |
| Jamie O'Connell | 02/21/08 | 0.1 | Financing | Correspondence to M. Narducci regarding conference call |
| Jamie O'Connell | 02/21/08 | 0.8 | Financing | Call with E. Filon and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/21/08 | 0.1 | Financing | Correspondence to P. Zilly regarding conference call |
| Benjamin Istvan | 02/21/08 | 0.1 | Financing | Status meeting with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/21/08 | 0.2 | Financing | Financial analysis |
| Benjamin Istvan | 02/21/08 | 0.8 | Financing | Call with E. Filon and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/21/08 | 0.1 | Financing | Correspondence with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/21/08 | 3.8 | Financing | Financial analysis |
| Benjamin Istvan | 02/21/08 | 0.1 | Financing | Correspondence with B. Tarola and E. Filon regarding financial analysis |
| Pamela Zilly | 02/22/08 | 1.0 | Financing | Review financial analysis |
| Pamela Zilly | 02/22/08 | 1.5 | Financing | Call with R. Tarola, E. Filon, J. O'Connell, B. Istvan re: financing analysis |
| Jamie O'Connell | 02/22/08 | 0.6 | Financing | Financial analysis |
| Jamie O'Connell | 02/22/08 | 0.1 | Financing | Call with E. Filon and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/22/08 | 1.5 | Financing | Call with B. Tarola, E. Filon, P. Zilly and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/22/08 | 0.2 | Financing | Follow-up meeting with B. Istvan regarding financial analysis |
| Benjamin Istvan | 02/22/08 | 0.1 | Financing | Call with E. Filon and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/22/08 | 1.5 | Financing | Call with B. Tarola, E. Filon, P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/22/08 | 0.2 | Financing | Follow-up meeting with J. O'Connell regarding financial analysis |
| Jamie O'Connell | 02/24/08 | 0.2 | Financing | Call with B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/24/08 | 0.5 | Financing | Financial analysis |
| Benjamin Istvan | 02/24/08 | 2.2 | Financing | Financial analysis |
| Benjamin Istvan | 02/24/08 | 0.2 | Financing | Call with J. O'Connell regarding financial analysis |
| Pamela Zilly | 02/25/08 | 0.5 | Financing | Call with J. O'Connell, B. Istvan |
| Pamela Zilly | 02/25/08 | 0.5 | Financing | Review financial institution letter, comments to Shelnitz |
| Jamie O'Connell | 02/25/08 | 0.2 | Financing | Call with T. Freedman |
| Jamie O'Connell | 02/25/08 | 0.3 | Financing | Call with P. Zilly and B. Istvan regarding various matters |
| Jamie O'Connell | 02/25/08 | 0.2 | Financing | Call with E. Filon and B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/25/08 | 0.5 | Financing | Review correspondence regarding various information requests |
| Benjamin Istvan | 02/25/08 | 0.2 | Financing | Analysis of asbestos insurance matter |
| Benjamin Istvan | 02/25/08 | 0.3 | Financing | Call with P. Zilly and J. O'Connell regarding various matters |
| Benjamin Istvan | 02/25/08 | 0.3 | Financing | Call with E. Filon and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/25/08 | 0.1 | Financing | Call with R. Lapidario re: DIP diligence |
| Pamela Zilly | 02/26/08 | 1.0 | Financing | Correspondence with P. Zilly re: financial analysis |
| | | | | Call with E. Filon, financial institution |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/26/08 | 0.2 | Financing | Review various correspondence |
| Benjamin Istvan | 02/26/08 | 0.4 | Financing | Call with R. Lapidario re: DIP diligence |
| Benjamin Istvan | 02/26/08 | 0.1 | Financing | Call with J. Dolan regarding pensions, DIP diligence |
| Pamela Zilly | 02/27/08 | 0.2 | Financing | Call with E. Filon, J. O'Connell |
| Pamela Zilly | 02/27/08 | 3.0 | Financing | Call with T. Freedman, [redact] |
| Pamela Zilly | 02/27/08 | 0.2 | Financing | Call with E. Leibenstein |
| Pamela Zilly | 02/27/08 | 1.0 | Financing | Call with E. Filon, financial institution |
| Jamie O'Connell | 02/27/08 | 0.1 | Financing | Call with B. Istvan regarding financial analysis |
| Jamie O'Connell | 02/27/08 | 0.6 | Financing | Call with management and others regarding financial analysis (did not attend entire call) |
| Jamie O'Connell | 02/27/08 | 0.2 | Financing | Call with P. Zilly and E. Filon regarding financial analysis |
| Benjamin Istvan | 02/27/08 | 0.1 | Financing | Call with E. Filon regarding financial analysis |
| Benjamin Istvan | 02/27/08 | 0.1 | Financing | Call with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 02/27/08 | 0.5 | Financing | Call with E. Filon, D. Nakashige regarding financial analysis |
| Benjamin Istvan | 02/27/08 | 2.5 | Financing | Financial analysis |
| Benjamin Istvan | 02/27/08 | 0.1 | Financing | Correspondence with E. Filon, D. Nakashige, P. Zilly, J. O'Connell regarding financial analysis |
| Pamela Zilly | 02/28/08 | 0.5 | Financing | Review agenda for 2/29/ meeting |
| Pamela Zilly | 02/29/08 | 1.5 | Financing | Meeting with M. Shelnitz |
| Pamela Zilly | 02/29/08 | 4.5 | Financing | Meeting with [redact] |
| | | **151.2** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/06/08 | 0.4 | Plan and Disclosure Statement | Read analysis of environmental, pension liabilities |
| Benjamin Istvan | 02/06/08 | 0.1 | Plan and Disclosure Statement | Review environmental detail with P. Zilly |
| Pamela Zilly | 02/08/08 | 0.3 | Plan and Disclosure Statement | Read Motions re: Stallard Reply, PI Questionnaires Admissibility |
| Pamela Zilly | 02/19/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: court and motions |
| Pamela Zilly | 02/19/08 | 0.5 | Plan and Disclosure Statement | Correspondence to Grace management re: analyses, strategy call |
| Pamela Zilly | 02/19/08 | 1.7 | Plan and Disclosure Statement | Call with management, counsel re: strategy, financial analysis |
| Jamie O'Connell | 02/19/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 02/19/08 | 1.5 | Plan and Disclosure Statement | Call with management, counsel regarding financial analysis (did not attend entire call) |
| Jamie O'Connell | 02/19/08 | 0.1 | Plan and Disclosure Statement | Review correspondence from R. Lapidario |
| Benjamin Istvan | 02/19/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 02/19/08 | 0.1 | Plan and Disclosure Statement | Correspondence with D. Cathell |
| Benjamin Istvan | 02/19/08 | 0.2 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 02/20/08 | 0.2 | Plan and Disclosure Statement | Review analyses re: unsecured claims |
| Benjamin Istvan | 02/20/08 | 0.1 | Plan and Disclosure Statement | Correspondence with T. Dyer |
| Pamela Zilly | 02/21/08 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 02/26/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: court, motions |
| Pamela Zilly | 02/26/08 | 1.5 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 02/27/08 | 1.0 | Plan and Disclosure Statement | Read Motions re ART Credit Agreement, Trial Exhibits, Pension Contributions, DIP Financing |
| Pamela Zilly | 02/29/08 | 0.2 | Plan and Disclosure Statement | Read Motion re: Environmental Liability Transfer, Allegheny Center Claim |
| | | 10.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/25/08 | 0.8 | Valuation | Review cost of capital analysis; correspondence with B. Istvan thereto |
| | | 0.8 | | |