## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objection Deadline = June 10, 2008 at 4:00 pm* (handwritten)

### SIXTY-FOURTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF MARCH 1, 2008 THROUGH MARCH 31, 2008

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2008 through March 31, 2008 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | <u>Total</u><br>$75,000.00 | <u>(Holdback @ 20%)</u><br>($15,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,468.54 |

This is a  _x_  monthly  __ interim  ___ final application

2583207.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | | |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

2583207.DOC

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | | |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | 0.00 | 997.55 | 0.00 | 997.55 | | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | -- | -- | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | -- | -- | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | -- | -- | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | -- | -- | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | -- | -- | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | -- | -- | -- | -- |

2583207.DOC

# Blackstone Advisory Services L.P.

May 21, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of March 1, 2008 through March 31, 2008:   $   75,000.00

Less: 20% holdback pursuant to the Court's Administrative Order   (15,000.00)

Out-of-pocket expenses processed for the period through March 31, 2008:[1]

| | | |
|---|---:|---:|
| Ground Transportation | $ 478.28 | |
| Meals | 208.81 | |
| Communications | 569.00 | |
| Document Production | 1.20 | |
| Research | 112.09 | |
| Publishing Services | 99.16 | 1,468.54 |

**Total Amount Due**   $   **61,468.54**

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 22381

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 22381

|  | GL Detail Mar-08 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Car Service - Elite | $ 360.28 | $ 360.28 |
| Ground Transportation - Local Travel | 18.00 | 18.00 |
| Ground Transportation - Out of Town Travel | 44.00 | 44.00 |
| Ground Transportation - Railroad | 56.00 | 56.00 |
| Employee Meals | 208.81 | 208.81 |
| Communications - Teleconferencing | 569.00 | 569.00 |
| Document Production | 1.20 | 1.20 |
| External Research - Securities Data | 84.17 | 84.17 |
| External Research - Online Database | 27.92 | 27.92 |
| Publishing Services | 99.16 | 99.16 |
| **Total Expenses** | **$ 1,468.54** | **$ 1,468.54** |

|  |  |  |
|---|---:|---:|
| **Ground Transportation** | $ | 478.28 |
| **Meals** |  | 208.81 |
| **Communications** |  | 569.00 |
| **Document Production** |  | 1.20 |
| **Research** |  | 112.09 |
| **Publishing Services** |  | 99.16 |
| **Total Expenses** | $ | 1,468.54 |

W.R. Grace & Co.<br>
Detail of Expenses Processed<br>
Through March 31, 2008<br>
Invoice No. 22381

### Ground Transportation - Car Service - Elite

| Description | Date | Amount |
|---|---|---|
| O'Connell (car home from Blackstone after working late) | 02/11/08 | 84.46 |
| O'Connell (car home from Blackstone after working late) | 02/13/08 | 90.58 |
| O'Connell (car home from Blackstone after working late) | 02/15/08 | 90.58 |
| O'Connell (car home from Blackstone after working late) | 02/19/08 | 94.66 |
| Subtotal - Ground Transportation - Car Service - Elite | | $ 360.28 |

### Ground Transportation - Local Travel

| Description | Date | Amount |
|---|---|---|
| Istvan (weeknight taxi home from Blackstone after working late) | 10/25/07 | 8.00 |
| Istvan (weekend taxi to Blackstone from home) | 10/27/07 | 10.00 |
| Subtotal - Ground Transportation - Local Travel | | 18.00 |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount |
|---|---|---|
| Zilly (taxi to BWI Station in Baltimore, MD from clients offices in Columbia, MD) | 01/10/08 | 44.00 |
| Subtotal - Ground Transportation - Out of Town Travel | | 44.00 |

### Ground Transportation - Railroad

| Description | Date | Amount |
|---|---|---|
| Istvan (one-way trip to New York, NY from Baltimore, MD) | 12/12/07 | 118.00 |
| Istvan (credit for return portion of ticket dated 12/13/07 & billed on invoice no. 20605) | 01/31/08 | (180.00) |
| O'Connell (one-way trip to New York, NY from Baltimore, MD) | 01/10/08 | 118.00 |
| Subtotal - Ground Transportation - Railroad | | 56.00 |

### Employee Meals

| Description | Date | Amount |
|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 01/02/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 01/23/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 01/24/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 01/30/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 02/11/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 02/13/08 | 25.00 |
| O'Connell (meal at the BWI station in Baltimore, MD)) | 01/10/08 | 18.28 |
| O'Connell (meal at the BWI station in Baltimore, MD)) | 01/10/08 | 15.53 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 02/13/08 | 25.00 |
| Subtotal - Employee Meals | | 208.81 |

### Communications - Teleconferencing

| Description | Date | Amount |
|---|---|---|
| O'Connell (fee for attending Court hearing telephonically) | 01/14/08 | 207.00 |
| O'Connell (fee for attending Court hearing telephonically) | 01/16/08 | 161.50 |
| O'Connell (fee for attending Court hearing telephonically) | 01/22/08 | 200.50 |
| Subtotal - Communications - Teleconferencing | | 569.00 |

### Document Production

| Description | Date | Amount |
|---|---|---|
| Otero | 03/03/08 | 1.20 |
| Subtotal - Document Production | | 1.20 |

### External Research - Securities Data

| Description | Date | Amount |
|---|---|---|
| Istvan (online data research) | 01/30/08 | 84.17 |
| Subtotal - External Research - Securities Data | | 84.17 |

### External Research - Online Database

| Description | Date | Amount |
|---|---|---|
| de Almeida (retrieved document from Court's docket via P.A.C.E.R.) | 11/01/07 | 3.36 |
| de Almeida (retrieved document from Court's docket via P.A.C.E.R.) | 11/19/07 | 2.40 |
| de Almeida (retrieved documents from Court's docket via P.A.C.E.R.) | 12/10/07 | 12.24 |
| de Almeida (retrieved documents from Court's docket via P.A.C.E.R.) | 12/10/07 | 4.16 |
| de Almeida (retrieved documents from Court's docket via P.A.C.E.R.) | 12/11/07 | 5.76 |
| Subtotal - External Research - Online Database | | 27.92 |

### Publishing Services

| Description | Date | Amount |
|---|---|---|
| Istvan | 03/03/08 | 99.16 |
| Subtotal - Publishing Services | | 99.16 |

| | | |
|---|---|---|
| **Total Expenses** | | **$ 1,468.54** |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## MARCH 1, 2008 THROUGH MARCH 31, 2008

| Professional | Title | Hours |
| --- | --- | --- |
| Pamela Zilly | Senior Managing Director | 66.5 |
| Jamie O'Connell | Vice President | 17.9 |
| Benjamin Istvan | Analyst | 12.0 |
| | Total | 96.4 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2008 THROUGH MARCH 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/06/08 | 0.1 | Business Analysis | Call with E. Austraw regarding business development |
| Jamie O'Connell | 03/06/08 | 0.1 | Business Analysis | Correspondence to B. Istvan regarding business development |
| Jamie O'Connell | 03/14/08 | 0.3 | Business Analysis | Call with P. Hanlon and B. Istvan regarding new business development |
| Jamie O'Connell | 03/14/08 | 0.1 | Business Analysis | Correspondence to P. Zilly regarding new business development |
| Benjamin Istvan | 03/14/08 | 0.3 | Business Analysis | Call with P. Hanlon and J. O'Connell regarding new business development |
| | | 0.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2008 THROUGH MARCH 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/06/08 | 0.5 | Committee | Call with equity holder |
| Jamie O'Connell | 03/06/08 | 0.1 | Committee | Correspondence to J. Sinclair regarding information request |
| Jamie O'Connell | 03/06/08 | 0.2 | Committee | Call with J. Dolan regarding various matters |
| Jamie O'Connell | 03/06/08 | 0.1 | Committee | Call with B. Sarikas regarding information request |
| Jamie O'Connell | 03/14/08 | 0.2 | Committee | Correspondence to financial advisors regarding DIP renewal |
| Jamie O'Connell | 03/14/08 | 0.1 | Committee | Correspondence to G. Boyer regarding information request |
| Jamie O'Connell | 03/14/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 03/16/08 | 0.2 | Committee | Correspondence to J. Sinclair and P. Cramp regarding DIP renewal |
| Jamie O'Connell | 03/24/08 | 0.1 | Committee | Review information request from Capstone |
| Jamie O'Connell | 03/24/08 | 0.2 | Committee | Call with B. Corcoran regarding committee information request |
| Jamie O'Connell | 03/25/08 | 0.1 | Committee | Correspondence to J. Dolan regarding committee information request |
| Jamie O'Connell | 03/25/08 | 0.1 | Committee | Correspondence to B. Corcoran regarding committee information request |
| Jamie O'Connell | 03/25/08 | 0.1 | Committee | Review correspondence regarding committee information request |
| Jamie O'Connell | 03/25/08 | 0.1 | Committee | Correspondence to J. Baer regarding committee information request |
| Jamie O'Connell | 03/26/08 | 0.1 | Committee | Call with J. Solganick regarding committee information request |
| Jamie O'Connell | 03/26/08 | 0.1 | Committee | Correspondence to R. Lapidario regarding committee information request |
| Jamie O'Connell | 03/26/08 | 0.1 | Committee | Correspondence to T. Dyer regarding committee information request |
| Jamie O'Connell | 03/27/08 | 0.1 | Committee | Manage committee information request |
| Pamela Zilly | 03/28/08 | 0.5 | Committee | Read and provide comments on UCC request for information re: Libby Motion |
| Jamie O'Connell | 03/28/08 | 0.2 | Committee | Call with J. Sinclair regarding committee information request |
| Jamie O'Connell | 03/30/08 | 0.4 | Committee | Manage committee information requests |
| Jamie O'Connell | 03/31/08 | 0.3 | Committee | Manage committee information requests |
| Jamie O'Connell | 03/31/08 | 0.1 | Committee | Call with B. Corcoran regarding committee information request |
| Jamie O'Connell | 03/31/08 | 0.2 | Committee | Call with B. Frezza regarding committee information request |
| | | 4.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2008 THROUGH MARCH 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/04/08 | 0.3 | Financing | Call with E. Filon |
| Pamela Zilly | 03/04/08 | 0.5 | Financing | Review materials re: financing alternative |
| Pamela Zilly | 03/05/08 | 0.7 | Financing | Review materials re: financing alternative |
| Pamela Zilly | 03/05/08 | 0.4 | Financing | Calls with T. Freedman re: insurance matters |
| Pamela Zilly | 03/05/08 | 1.5 | Financing | Call with E. Filon, financial institution re: financing |
| Pamela Zilly | 03/05/08 | 2.5 | Financing | Prepare insurance related schedule |
| Pamela Zilly | 03/05/08 | 0.2 | Financing | Correspondence with E. Filon re: DIP and other matters |
| Pamela Zilly | 03/06/08 | 0.7 | Financing | Call with E. Filon, financial institution re: capital markets |
| Pamela Zilly | 03/06/08 | 0.9 | Financing | Review insurance related documents |
| Pamela Zilly | 03/06/08 | 0.8 | Financing | Revise insurance related schedule |
| Pamela Zilly | 03/08/08 | 0.2 | Financing | Correspondence with management re: various matters |
| Pamela Zilly | 03/08/08 | 0.4 | Financing | Review materials re: insurance matters |
| Pamela Zilly | 03/10/08 | 0.8 | Financing | Review McFarland chart - make revisions |
| Pamela Zilly | 03/10/08 | 0.8 | Financing | Call with T. Freedman, J. McFarland |
| Pamela Zilly | 03/10/08 | 3.0 | Financing | Redo schedules; prepare economic issues list |
| Pamela Zilly | 03/12/08 | 0.5 | Financing | Call with E. Filon |
| Pamela Zilly | 03/12/08 | 2.0 | Financing | Call with T. Freedman, J. McFarland, J. Baer, E. Filon re: various matters |
| Pamela Zilly | 03/12/08 | 1.0 | Financing | Redo schedules |
| Pamela Zilly | 03/13/08 | 0.3 | Financing | Call with T. Freedman re: debt covenants |
| Pamela Zilly | 03/13/08 | 0.4 | Financing | Review revised materials re: financing alternative |
| Pamela Zilly | 03/13/08 | 0.2 | Financing | Meeting with J. O'Connell, B. Istvan |
| Pamela Zilly | 03/13/08 | 2.0 | Financing | Read ABB documents for covenants |
| Pamela Zilly | 03/13/08 | 0.6 | Financing | Review covenant analysis, correspondence with J. O'Connell |
| Jamie O'Connell | 03/13/08 | 0.2 | Financing | Status meeting with P. Zilly |
| Jamie O'Connell | 03/13/08 | 0.2 | Financing | Review correspondence from P. Zilly and E. Filon regarding financial analysis |
| Jamie O'Connell | 03/13/08 | 0.3 | Financing | Call with H. Kennedy regarding financial analysis |
| Jamie O'Connell | 03/13/08 | 4.5 | Financing | Financial analysis |
| Pamela Zilly | 03/14/08 | 0.8 | Financing | Call with E. Filon, financial institution |
| Pamela Zilly | 03/14/08 | 0.2 | Financing | Call with E. Filon, J. McFarland, J. Baer, J. O'Connell re: DIP |
| Pamela Zilly | 03/14/08 | 0.3 | Financing | Call with F. Festa |
| Pamela Zilly | 03/14/08 | 2.0 | Financing | Call with J. Baer, T. Freedman, J. McFarland, M. Shelnitz, E. Filon, R. Tarola re: various matters |
| Pamela Zilly | 03/14/08 | 0.6 | Financing | Review revised materials re: financing |
| Jamie O'Connell | 03/14/08 | 0.1 | Financing | Review correspondence regarding financial analysis |
| Jamie O'Connell | 03/14/08 | 0.8 | Financing | Call with P. Zilly, Grace management and others regarding financing alternatives |
| Jamie O'Connell | 03/14/08 | 0.2 | Financing | Call with P. Zilly, B. Istvan, J. Baer, E. Filon and J. McFarland regarding DIP renewal |
| Jamie O'Connell | 03/14/08 | 0.2 | Financing | Draft correspondence regarding DIP renewal |
| Jamie O'Connell | 03/14/08 | 2.0 | Financing | Call with management regarding insurance matter |
| Benjamin Istvan | 03/14/08 | 0.2 | Financing | Call with P. Zilly, J. O'Connell, J. Baer, E. Filon and J. McFarland regarding DIP renewal |
| Benjamin Istvan | 03/14/08 | 0.2 | Financing | Draft correspondence regarding DIP renewal |
| Benjamin Istvan | 03/14/08 | 2.0 | Financing | Call with management regarding insurance matter |
| Jamie O'Connell | 03/15/08 | 0.1 | Financing | Review correspondence from E. Filon regarding DIP renewal |
| Pamela Zilly | 03/17/08 | 1.0 | Financing | Meeting with R. Tarola |
| Pamela Zilly | 03/18/08 | 0.8 | Financing | Call with T. Freedman, R. Tarola re: covenants |
| Pamela Zilly | 03/18/08 | 2.0 | Financing | Call with management, counsel, various parties re: financing matters |
| Pamela Zilly | 03/19/08 | 1.0 | Financing | Call with E. Filon |
| Pamela Zilly | 03/19/08 | 0.6 | Financing | Call with E. Filon, T. Freedman |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2008 THROUGH MARCH 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 03/19/08 | 0.3 | Financing | Call with P. Zilly and T. Freedman |
| Pamela Zilly | 03/20/08 | 1.0 | Financing | Review materials re: financing matters |
| Pamela Zilly | 03/21/08 | 2.0 | Financing | Call with M. Shelnitz, R. Tarola, E. Filon, J. Baer, T. Freedman re: various matters |
| Jamie O'Connell | 03/24/08 | 0.1 | Financing | Review correspondence from B. Istvan |
| Pamela Zilly | 03/25/08 | 0.5 | Financing | Review financial analysis |
| Pamela Zilly | 03/25/08 | 1.5 | Financing | Call on various financial matters |
| Pamela Zilly | 03/25/08 | 0.5 | Financing | Follow-up call with Grace management |
| Pamela Zilly | 03/25/08 | 0.6 | Financing | Call with E. Filon |
| Pamela Zilly | 03/26/08 | 1.2 | Financing | Read various materials re: financing matters |
| Pamela Zilly | 03/27/08 | 1.0 | Financing | Review financial analyses - forward to R. Tarola |
| Pamela Zilly | 03/27/08 | 1.5 | Financing | Call with R. Tarola, T. Weschler |
| Jamie O'Connell | 03/27/08 | 0.1 | Financing | Correspondence regarding financial model |
| Jamie O'Connell | 03/27/08 | 0.3 | Financing | Call with P. Zilly re: financial analysis |
| Pamela Zilly | 03/28/08 | 2.5 | Financing | Prepare covenant summary |
| Pamela Zilly | 03/28/08 | 0.5 | Financing | Call with E. Filon |
| Jamie O'Connell | 03/28/08 | 0.2 | Financing | Correspondence regarding financial model |
| Pamela Zilly | 03/30/08 | 1.0 | Financing | Review financial analysis re: insurance matters |
| Pamela Zilly | 03/30/08 | 0.2 | Financing | Correspondence with J. O'Connell re: financial analysis |
| Jamie O'Connell | 03/30/08 | 1.0 | Financing | Financial analysis review with B. Istvan |
| Jamie O'Connell | 03/30/08 | 0.2 | Financing | Correspondence with P. Zilly regarding financial analysis |
| Benjamin Istvan | 03/30/08 | 1.0 | Financing | Financial analysis review with J. O'Connell |
| Benjamin Istvan | 03/30/08 | 2.8 | Financing | Financial analysis |
| Pamela Zilly | 03/31/08 | 1.0 | Financing | Review revised models |
| Pamela Zilly | 03/31/08 | 0.8 | Financing | Call with E. Filon, D. Nagishke |
| Pamela Zilly | 03/31/08 | 0.8 | Financing | Call with E. Filon |
| Pamela Zilly | 03/31/08 | 0.1 | Financing | Meeting with J. O'Connell |
| Pamela Zilly | 03/31/08 | 0.2 | Financing | Meeting with B. Istvan, J. O'Connell re: financial model |
| Pamela Zilly | 03/31/08 | 0.8 | Financing | Review revised model |
| Jamie O'Connell | 03/31/08 | 0.4 | Financing | Financial analysis |
| Jamie O'Connell | 03/31/08 | 0.1 | Financing | Status meeting with P. Zilly |
| Jamie O'Connell | 03/31/08 | 0.2 | Financing | Meeting with P. Zilly and B. Istvan to review financial model |
| Jamie O'Connell | 03/31/08 | 0.2 | Financing | Call with E. Filon and B. Istvan regarding financial analysis |
| Jamie O'Connell | 03/31/08 | 0.7 | Financing | Financial analysis review with B. Istvan |
| Benjamin Istvan | 03/31/08 | 0.1 | Financing | Correspondence with J. O'Connell |
| Benjamin Istvan | 03/31/08 | 1.2 | Financing | Financial analysis |
| Benjamin Istvan | 03/31/08 | 0.2 | Financing | Meeting with P. Zilly and J. O'Connell to review financial model |
| Benjamin Istvan | 03/31/08 | 0.2 | Financing | Call with E. Filon and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 03/31/08 | 3.1 | Financing | Financial analysis |
| Benjamin Istvan | 03/31/08 | 0.7 | Financing | Financial analysis review with J. O'Connell |
| | | 71.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2008 THROUGH MARCH 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/04/08 | 0.9 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings, motions |
| Pamela Zilly | 03/04/08 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 03/06/08 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman, J. Baer |
| Jamie O'Connell | 03/06/08 | 0.2 | Plan and Disclosure Statement | Review correspondence from J. Baer regarding environmental matter |
| Pamela Zilly | 03/10/08 | 0.3 | Plan and Disclosure Statement | Review draft proposal re: ACC |
| Pamela Zilly | 03/10/08 | 1.8 | Plan and Disclosure Statement | Call with M. Shelnitz on proposal |
| Pamela Zilly | 03/11/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Motions, Court hearings |
| Jamie O'Connell | 03/11/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 03/13/08 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein, J. O'Connell |
| Jamie O'Connell | 03/13/08 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein and P. Zilly |
| Pamela Zilly | 03/17/08 | 0.6 | Plan and Disclosure Statement | Read Motions re: FUSRAP and Libby, Montana EPA Settlement, ACC Motion re: Settlement Information |
| Pamela Zilly | 03/17/08 | 0.2 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 03/18/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings, motions |
| Jamie O'Connell | 03/18/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 03/19/08 | 0.8 | Plan and Disclosure Statement | Review draft term sheet |
| Pamela Zilly | 03/19/08 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman, J. O'Connell |
| Pamela Zilly | 03/19/08 | 0.6 | Plan and Disclosure Statement | Review draft term sheet |
| Pamela Zilly | 03/21/08 | 0.8 | Plan and Disclosure Statement | Provide language to T. Freedman, read draft term sheet |
| Pamela Zilly | 03/24/08 | 2.0 | Plan and Disclosure Statement | Call with T. Weschler, D. Bernick, management |
| Pamela Zilly | 03/25/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings, motions |
| Pamela Zilly | 03/25/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, T. Freedman re: POR matters |
| Pamela Zilly | 03/25/08 | 0.5 | Plan and Disclosure Statement | Review draft term sheet |
| Pamela Zilly | 03/26/08 | 0.9 | Plan and Disclosure Statement | Read Motions re: ZAI Memorandum in Support of Expert Witness, Appellate Review, Washington POC |
| Pamela Zilly | 03/26/08 | 0.5 | Plan and Disclosure Statement | Read Motions re: PrePetition Property Tax Claims, Orders, ZAI Bar Date |
| Pamela Zilly | 03/26/08 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 03/27/08 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell |
| Pamela Zilly | 03/28/08 | 1.5 | Plan and Disclosure Statement | Call with D. Bernick, Grace management |
| Pamela Zilly | 03/28/08 | 0.8 | Plan and Disclosure Statement | Review and provide comments on revised draft terms sheet |
| Pamela Zilly | 03/28/08 | 1.0 | Plan and Disclosure Statement | Further correspondence and comments with T. Freedman, M. Shelnitz on draft term sheet |
| | | 19.3 | | |