### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139(JKF) |
| ) | (Jointly Administered) |
| Debtor(s) ) | |

### SETTLEMENT JUDGE'S REPORT

In accordance with this Court's Order Assigning Proceeding to Mediation, dated May 7, 2008, addressing the ZAI Claims, the undersigned reports as follows:

1. All parties attended and actively participated in the mediation which was held on May 12, 2008.

2. The Settlement Judge made additional efforts post-mediation to encourage the parties to settle.

3. The mediation did not result in a settlement of any of the pending ZAI Claims issues.

4. The Settlement Judge remains willing and able at anytime to resume mediation efforts and will continue to communicate with the parties.

Dated: May 23, 2008

KEVIN GROSS, US.B.J, Settlement Judge

cc: The Honorable Judith K. Fitzgerald