THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof(s) of claim against W. R. Grace & Co. and/or one or more of its related debtor affiliates filed in Case No. 01-1140, on or about June 28, 2007, proof of claim numbered 18490, in the principal amount of $ 170,673.38, plus interest. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

This Withdrawal has no effect upon the City of Cambridge's Claim number 4720 relating to environmental contamination at the Russell Field property in Cambridge, Massachusetts as reflected in the Stipulation Concerning Withdrawal of Objection, Consolidation and Reclassification Certain Claims located as Exhibit D to Second Order Granting Relief Sought in Debtors' Fifteenth Omnibus Objection to Claims (Substantive) (D.I. 11394) dated December 19, 2005 and entered December 21, 2005, nor does it have any effect on the City of Cambridge's Claim numbers 4721, 4722, and 4723 in the event any or all of those claims is reinstated pursuant to paragraph 6 of said Exhibit D.

Case 01-01139-AMC    Doc 18780    Filed 05/23/08    Page 2 of 2

May 12, 2008
Date

*Elizabeth A. Yashway* (signature) Asst. City Solicitor
Authorized Signature/ Title

City of Cambridge
Creditor Name

City Hall - Law Department
Address 1

795 Massachusetts Ave
Address 2

Cambridge, MA 02139
City, State, Zip Code

617-349-4121

Telephone Number