THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof(s) of claim against W. R. Grace & Co. and/or one or more of its related debtor affiliates filed in Case No. 01-1140, on January 24, 2007, proof of claim numbered 18416, in the amount of $ 78,108.33. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

May 14, 2008
Date

_Sharon A. Jones_
Authorized Signature/ Title

Douglas County Treasurer
Creditor Name

PO Box 1208 100 Third Street
Address

Castle Rock, CO 80104
City, State, Zip Code

303-660-7455
Telephone Number



**DOUGLAS COUNTY**

| | | |
|---|---|---|
| RECEIPT NUMBER: 896034 | Amount Due: | $171,692.62 |
| Page 1 of 1 | Amount Tendered: | $142,548.18 |
| Entered:     5/15/2008 8:42 AM | Less Change: | $0.00 |
| Interest Date:  5/15/2008 | Amount Applied: | $142,548.18 |
| Cashier:     scook | | |
| Drawer:      106 | | |

Receipt Applied To:

| Property Account No. / Reference | Year | District | Amount | Description |
|---|---|---|---|---|
| R0339281 | 2001 | 0975 | $15,017.16 | Property Tax Principal |
| | 2001 | 0975 | $10,812.36 | Property Tax Interest |
| | 2000 | 0975 | $63,091.17 | Property Tax Principal |
| | 2000 | 0975 | $53,627.49 | Property Tax Interest |
| | | TOTAL: | $142,548.18 | |

| Form of Payment | Amount | Reference | Payer |
|---|---|---|---|
| Wire Transfer | $142,548.18 | | W R GRACE & CO - CONN |
| TOTAL: | $142,548.18 | | |

Thank you for your payment.

*End of Receipt Number 896034: 1 Page*

W R GRACE & CO - CONN
C/O KHAN
7500 GRACE DR
COLUMBIA MD 21044

**RECEIPT NUMBER: 896034**

[prascend_douglas]
Run: 5/15/2008 8:42:55 AM