THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )  Chapter 11
 )
W. R. GRACE & CO., et al., )  Case No. 01-1139 (JKF)
 )  (Jointly Administered)
 )
Debtors. )

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof(s) of claim against W. R. Grace & Co. and/or one or more of its related debtor affiliates filed in Case No. 01-1140, on August 30, 2001, proof of claim numbered 380, in the amount of $ 9,320.58. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

5/23/2008
Date

_[signature]_, Deputy Tax Comm.
Authorized Signature/ Title

Dekalb County Georgia
Creditor Name

PO Box 100004
Address

Decatur, GA 30031-7004
City, State, Zip Code

_____
Telephone Number

```
                 OFFICE OF DEKALB COUNTY TAX COMMISSIONER
     TAX YEAR: 2001 - TAX RECEIPT # 08458536 - DATE PRINTED: 05/23/2008  TCEP
        PARCEL-ID: 18 107 04 058 / 1037018 - PROP ADDR: 000000   DALON RD
RECEIVED THE AMOUNT OF:                     AMOUNT OWED  PAID-TO-DATE    TOTAL DUE
          $58.04                   TAX           98.37         98.37          .00
      ON 05/23/2008                SPC. ASMT       .00           .00          .00
PAY TYPE: CHECK OP: TCLW           NON RETN        .00           .00          .00
                                   LATE PAY       .00            .00          .00
W R GRACE & CO                     FIFA           .00            .00          .00
                                   ADMIN.         .00            .00          .00
0000 P O BOX 122283                OTHER          .00            .00          .00
FORTH WORTH, TX 76116              INTEREST     25.25          25.25          .00
                                   TOTAL       123.62         123.62          .00
```

```
                OFFICE OF DEKALB COUNTY TAX COMMISSIONER
      TAX YEAR: 2001 - TAX RECEIPT # 08458537 - DATE PRINTED: 05/23/2008  TCEP
        PARCEL-ID: 18 107 15 053 / 1040124 - PROP ADDR: 000000   DALON RD
RECEIVED THE AMOUNT OF:                    AMOUNT OWED  PAID-TO-DATE   TOTAL DUE
         $19.33                  TAX          32.79        32.79          .00
       ON 05/23/2008             SPC. ASMT      .00          .00          .00
PAY TYPE: CHECK OP: TCLW         NON RETN       .00          .00          .00
                                 LATE PAY       .00          .00          .00
W R GRACE & CO                   FIFA           .00          .00          .00
                                 ADMIN.         .00          .00          .00
0000 P O BOX 122283              OTHER          .00          .00          .00
FORTH WORTH, TX 76116            INTEREST      8.41         8.41          .00
                                 TOTAL        41.20        41.20          .00
```

```
                   OFFICE OF DEKALB COUNTY TAX COMMISSIONER
         TAX YEAR: 2001 - TAX RECEIPT # 08458538 - DATE PRINTED: 05/23/2008  TCEP
         PARCEL-ID: 18 107 04 060 / 3874455 - PROP ADDR: 000000    ZONOLITE PL NE
RECEIVED THE AMOUNT OF:                       AMOUNT OWED PAID-TO-DATE   TOTAL DUE
         $16.71                   TAX             28.32       28.32         .00
      ON 05/23/2008               SPC. ASMT        .00         .00          .00
PAY TYPE: CHECK OP: TCLW          NON RETN         .00         .00          .00
                                  LATE PAY        .00          .00          .00
W R GRACE & CO-CONN               FIFA            .00          .00          .00
                                  ADMIN.          .00          .00          .00
 O P O BOX 122283                 OTHER           .00          .00          .00
FORT WORTH, TX 76116              INTEREST       7.27         7.27          .00
                                  TOTAL         35.59        35.59          .00
```

```
                OFFICE OF DEKALB COUNTY TAX COMMISSIONER
    TAX YEAR: 2001 - TAX RECEIPT # 08458539 - DATE PRINTED: 05/23/2008  TCEP
      PARCEL-ID: 16 124 02 011 / 2629169 - PROP ADDR: 6606   MARSHALL BLV
RECEIVED THE AMOUNT OF:                     AMOUNT OWED  PAID-TO-DATE    TOTAL DUE
         $3,148.90              TAX            5,337.12      5,337.12          .00
        ON 05/23/2008           SPC. ASMT           .00           .00          .00
PAY TYPE: CHECK OP: TCLW        NON RETN           .00           .00          .00
                                LATE PAY           .00           .00          .00
W R GRACE & CO-CONN             FIFA               .00           .00          .00
                                ADMIN.             .00           .00          .00
0000 P O BOX 122283             OTHER              .00           .00          .00
FORT WORTH, TX 76116            INTEREST      1,369.86      1,369.86          .00
                                TOTAL         6,706.98      6,706.98          .00
```

```
                OFFICE OF DEKALB COUNTY TAX COMMISSIONER
     TAX YEAR: 2006 - TAX RECEIPT # 08458540 - DATE PRINTED: 05/23/2008  TCEP
       PARCEL-ID: 16 124 02 011 / 2629169 - PROP ADDR: 6606   MARSHALL BLVD
RECEIVED THE AMOUNT OF:                   AMOUNT OWED  PAID-TO-DATE   TOTAL DUE
           $234.33              TAX         8,037.62      8,037.62         .00
       ON 05/23/2008            SPC. ASMT     676.80        676.80         .00
PAY TYPE: CHECK OP: TCLW        NON RETN         .00           .00         .00
                                LATE PAY      200.94        200.94         .00
W R GRACE & CO-CONN             FIFA             .00           .00         .00
                                ADMIN.           .00           .00         .00
0000 P O BOX 122283             OTHER            .00           .00         .00
FORT WORTH, TX 76116            INTEREST       33.39         33.39         .00
                                TOTAL       8,948.75      8,948.75         .00
```

```
              OFFICE OF DEKALB COUNTY TAX COMMISSIONER
     TAX YEAR: 2007 - TAX RECEIPT # 08458541 - DATE PRINTED: 05/23/2008  TCEP
       PARCEL-ID: 16 124 02 011 / 2629169 - PROP ADDR: 6606   MARSHALL BLVD
RECEIVED THE AMOUNT OF:                      AMOUNT OWED  PAID-TO-DATE   TOTAL DUE
         $490.05               TAX            7,756.24      7,756.24        .00
       ON 05/23/2008           SPC. ASMT        676.80        676.80        .00
PAY TYPE: CHECK OP: TCLW       NON RETN            .00           .00        .00
                               LATE PAY         387.82        387.82        .00
W R GRACE & CO-CONN            FIFA                .00           .00        .00
                               ADMIN.              .00           .00        .00
0000 P O BOX 122283            OTHER               .00           .00        .00
FORT WORTH, TX 76116           INTEREST         102.23        102.23        .00
                               TOTAL          8,923.09      8,923.09        .00
```

```
                    OFFICE OF DEKALB COUNTY TAX COMMISSIONER
       TAX YEAR: 2001 - TAX RECEIPT # 08458543 - DATE PRINTED: 05/23/2008  TCEP
         PARCEL-ID: 3037197      / 3037197 - PROP ADDR: 6606   MARSHALL BLV
    RECEIVED THE AMOUNT OF:                  AMOUNT OWED  PAID-TO-DATE   TOTAL DUE
            $7,359.15            TAX          10,354.14    10,354.14         .00
           ON 05/23/2008          SPC. ASMT         .00          .00         .00
    PAY TYPE: CHECK OP: TCLW      NON RETN      127.39       127.39          .00
                                  LATE PAY         .00          .00         .00
    W R GRACE COMPANY PLANT 828   FIFA              .00          .00         .00
                                  ADMIN.            .00          .00         .00
    0000 P O BOX 122283           OTHER             .00          .00         .00
    FORT WORTH, TX 76121          INTEREST     5,099.94     5,099.94         .00
                                  TOTAL       15,581.47    15,581.47         .00
```