# EXHIBIT C



# ABORIGINAL SUPPLEMENT TO CANADIAN NOTICE PROGRAM

## *IN RE W.R. GRACE & CO.,* CHAPTER 11
## CASE NO. 01-01139
## (BANKR. D.DEL.)

KINSELLA / NOVAK
COMMUNICATIONS, LLC

2120 L Street, NW | Suite 205 | Washington, DC 20037
Phone: 202.686.4111 | Fax: 202.293.6961 | Email: info@kinsella-novak.com | http://www.kinsella-novak.com

THE ART & SCIENCE OF LEGAL NOTIFICATION

# Table of Contents

| | Page |
|---|---|
| Introduction and Background | 1 |
| Media Recommendations | 2 |
| Media Delivery | 3 |

# INTRODUCTION AND BACKGROUND

In order to respond to the Canadian objectors' claims that the Aboriginal population in Canada needs to be specifically targeted, Kinsella/Novak Communications, LLC ("KNC") has compiled the following supplement to the Canadian Notice Program already filed with the Court.

When examining the Aboriginal population in Canada, data from the 2006 Canadian Census indicate that:

- Aboriginal people in Canada are members of at least one Aboriginal group: North American Indian (or First Nations), Métis, or Inuit.
- A total of 1,172,790 people identified themselves as an Aboriginal person.
- Aboriginal people account for 3.8% of the total population of Canada.
- The Aboriginal population is becoming increasingly urban.
- In 2006, 54% lived in an urban center.
- Over 90% of the Aboriginal population speaks English, with approximately 7% speaking only their Native language.
- Over 81% of the Aboriginal population resides in the following five Canadian Provinces:
    - Ontario (19.3%)
    - British Columbia (17.4%)
    - Alberta (16.0%)
    - Manitoba (15.4%)
    - Saskatchewan (13.3%)
- Additionally, Inuit peoples make up over 85% of the Nunavut Territory's total population.

*In re W.R. Grace & Co.,* Chapter 11

# MEDIA RECOMMENDATIONS

The existing Canadian Notice Program already includes national television, six national magazines, two national newspapers, and 24 daily newspapers in the five provinces where 81% of the Aboriginal population is concentrated. In order to further reach the Aboriginal peoples in Canada, KNC suggests utilizing national Aboriginal magazines, local (regional) newspapers, and national television on the Aboriginal Peoples Television Network ("APTN").

KNC suggests running one full-page ad in each of the following national Aboriginal magazines in order to reach Aboriginal peoples nationally (all ads will be in English):

- *Aboriginal Times* with an estimated circulation of 100,000.
- *First Perspective* with an estimated circulation of 15,000.
- *Native Journal* with an estimated circulation of 15,000.
- *Windspeaker* with an estimated circulation of 25,000.

Due to the large proportion of Inuit peoples living in the Nunavut Territory, KNC also suggests running ads in three local, regional newspapers in the Nunavut Territory. Because approximately 65% of the Inuit population speaks the native Inuktitut language in their homes, KNC recommends running one-sixth page ads once in each of the following publications in the Inuktitut language:

- *Kivalliq News* with an estimated circulation of 1,600.
- *Nunatsiaq News* with an estimated circulation of 6,000.
- *Nunavut News/North* with an estimated circulation of 6,200.

Finally, KNC proposes running 30 and 60-second spots on APTN in English, French, Inuktitut (the Native language of the Inuit people) and possibly in one more Aboriginal language pending independent research. APTN is a national Aboriginal network that broadcasts throughout Canada. The network is available in nearly 100% of Aboriginal households on reserves and 85% of Aboriginal households in the far North. Independent Aboriginal producers create the programming, and over 50% of the programming is exclusive to the network. The network features a variety of content including youth programming, drama, movies, entertainment and news. 60% of programming is in English, 15% in French and 25% in a variety of Aboriginal languages.

*In re W.R. Grace & Co.*, Chapter 11

# MEDIA DELIVERY

In combination with the Canadian Notice Program already filed with the Court, the Supplemental Notice Program Targeting Canadian Aboriginal People outlined above is sufficient to reach Aboriginal peoples in Canada. Reach and frequency estimates are not available for the media outlined above, as aboriginal readership and viewership are not measured. However, the existing Canadian Notice Program will already reach 90.0% of Canadian Adults 35+ with an estimated average frequency of 3.7 times. This Supplemental Notice Program will only serve to increase the existing reach and frequency estimates.

**KINSELLA/NOVAK COMMUNICATIONS**
**WR GRACE- ZAI**
**CANADA - ABORIGINAL NOTICE PROGRAM OVERVIEW AND COST ESTIMATE**
**MAY 15, 2008**

**PRINT MEDIA**

### VEHICLE - NATIONAL MAGAZINES*

| NAME | FREQUENCY | INSERTIONS | LANGUAGE | CIRCULATION | UNIT TYPE | ESTIMATED UNIT DIMENSIONS |
|------|-----------|------------|----------|-------------|-----------|---------------------------|
| ABORIGINAL TIMES | BIMONTHLY | | | 100,000 | | 8-1/4" x 10-3/4" |
| FIRST PERSPECTIVE | | 1 | ENGLISH | 15,000 | FULL-PAGE | 10" x 14-1/5" |
| NATIVE JOURNAL | MONTHLY | | | 15,000 | | 10-1/4" x 15-1/2" |
| WINDSPEAKER | | | | 25,000 | | 10-1/4" x 15-1/2" |

### VEHICLE - LOCAL (REGIONAL) NEWSPAPERS*

| NAME | COVERAGE AREA | INSERTIONS | LANGUAGE | CIRCULATION | UNIT TYPE | ESTIMATED UNIT DIMENSIONS |
|------|---------------|------------|----------|-------------|-----------|---------------------------|
| KIVALLIQ NEWS | NANAVUT | | ENGLISH, INUKTITUT | 1,600 | | 5-1/16" x 7" |
| NUNATSIAQ NEWS | NORTHWEST TERRITORIES, NUNAVUT, QUEBEC | 1 | ENGLISH, INUKTITUT, INNUINAQTUN | 6,000 | 1/6-PAGE | 5-1/12" x 7" |
| NUNAVUT NEWS/NORTH | NUNAVUT | | ENGLISH, INUKTITUT, INNUINAQTUN | 6,200 | | 5-1/16" x 7" |

PRINT MEDIA SUBTOTAL:    **$18,500.00**

**TELEVISION**

### VEHICLE - NATIONAL TELEVISION - ABORIGINAL PEOPLES TELEVISION NETWORK (APTN)*

:30-SECOND/:60-SECOND SPOTS WILL AIR ACROSS VARIOUS DAYPARTS AND PROGRAMMING, IN ENGLISH, FRENCH AND A VARIETY OF ABORIGINAL LANGUAGES, IN ORDER TO MAXIMIZE REACH.

| ESTIMATED SPOTS | CAMPAIGN PERIOD | ESTIMATED COST |
|-----------------|-----------------|----------------|
| 68 | 2 - 4 WEEKS | $16,000.00 |

**PRODUCTION COSTS**

TRANSLATION AND PRODUCTION OF PRINT AND TELEVISION ADVERTISEMENTS

ESTIMATED COST
$5,000

**ESTIMATED ABORIGINAL CANADA MEDIA COST: $38,500.00****

*DELIVERY ESTIMATES ARE NOT AVAILABLE FOR THE SELECTED MEDIA AS IT IS NOT MEASURED/ABORIGINAL VIEWERSHIP IS NOT MEASURED.
**PRICES IN UNITED STATES DOLLARS