IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 2, 2008, AT 1:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, MAY 29, 2008
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

**CONTINUED/RESOLVED MATTERS**

1.    Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06]
(Docket No. 13415)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.    [Signed] Continuation Order Regarding the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 4/21/08] (Docket No. 18581)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

a.    Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: The parties continue to work on the form of a stipulation resolving the Debtors' objection to the claims of NL Industries, Inc.  This matter is continued to June 23, 2008, at 1:00 p.m.

2.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

Related Documents:

a.    [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 4/21/08] (Docket No. 18578)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to June 23, 2008, at 1:00 p.m.

3.    CSX Transportation, Inc.'s First Request for Payment of Administrative Expense [Filed: 1/18/08] (Docket No. 17854)

Related Documents:

a.    Notice of CSX Transportation, Inc.'s First Request for Payment of Administrative Expense [Filed: 1/18/08] (Docket No. 17855)

**b.    Notice of Withdrawal of CSX Transportation, Inc.'s First Request for Payment of Administrative Expense [Filed: 5/21/08] (Docket No. 18757)**

Response Deadline: March 7, 2008, at 4:00 p.m. (*extended until April 16, 2008 for the Debtors)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: This motion has been withdrawn, therefore this matter will not go forward.**

4.    Motion of the Debtors' for an Order Allowing Ernst & Young LLP to Retain Fees Earned and Paid in these Chapter 11 Cases in Excess of the OCP Total Expenditure Cap [Filed: 4/28/08] (Docket No. 18627)

Related Documents:

a.    [Proposed] Order Allowing Ernst & Young LLP to Retain Fees Earned and Paid in These Chapter 11 Cases in Excess of the OCP Total Expenditure Cap [Filed: 4/28/08] (Docket No. 18627)

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: This matter is continued to June 23, 2008, at 1:00 p.m.**

## CONTESTED MATTERS

5.    Motion of the Debtors for Entry of an Order Authorizing the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17670)

Related Documents:

a.    [Proposed] Order Authorizing the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17670, Exhibit B)

b.    United States' Notice of Lodging Settlement Agreement Pending Solicitation of Public Comment [Filed: 12/19/07] (Docket No. 17651)

    (i)    Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 12/19/07] (Docket No. 17651)

c.    United States' Notice of Lodging Settlement Agreement Pending Solicitation of Public Comment [Filed: 3/11/08] (Docket No. 18266)

d.    [Proposed] Revised Order with attached Revised Settlement Agreement [Filed: TBD] (Docket No. TBD)

e.    **Certificate of Counsel Regarding Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 5/23/08] (Docket No. 18783)**

Response Deadline: January 11, 2008, at 4:00 p.m. *(extended to February 8, 2008 for the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative)*

Responses Received:

    a.    Objection of the City of Cambridge, Massachusetts to Motion of Debtors for Entry of an order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17804)

    b.    Limited Objection By Tyco Healthcare Group LP to Proposed Settlement Between Debtors and the United States Regarding Superfund Sites [Filed: 1/11/08] (Docket No. 17805)

    c.    Response of the State of Montana, Department of Environmental Quality to Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17806)

    d.    Kaneb Pipe Line Operating Partnership, L.P.'s and Support Terminal Services, Inc.'s Response to Debtors' Motion for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters [Filed: 1/11/08] (Docket No. 17814)

Status: This matter will go forward.

6.    Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay [Filed: 12/21/08] (Docket No. 17685)

Related Documents:

    a.    [Proposed] Order Granting  Motion of City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

Response Deadline: January 11, 2008, at 4:00 p.m.

Responses Received:

    a.    Debtors' Objection to the Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

Status: A status conference will go forward on this matter.

7.    Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proof of Claim Regarding the Libby, Montana Asbestos Site and Authorizing Payment of the Claim [Filed: 3/12/08] (Docket No. 18271)

Related Documents:

    a.    [Proposed] Order Authorizing Settlement Agreement Resolving the United States' Proof of Claim Regarding the Libby, Montana Asbestos Site and Authorizing Payment of the Claim [Filed: 3/12/08] (Docket No. 18271, Exhibit B)

    b.    United States' Joinder in Debtors' Motion for Entry of an Order Authorizing Settlement Agreement Regarding the Libby Asbestos Site [Filed: 4/18/08] (Docket No. 18570)

Response Deadline: April 4, 2008, at 4:00 p.m. *(extended until May 22, 2008 for the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Future Claimants' Representative and the State of Montana)*

Responses Received:

a.    Libby Claimants' Limited Objection to Motion of Debtors for Entry of an Order Authorizing Settlement Agreement Resolving the United States' Proof of Claim Regarding Libby, Montana Asbestos Site and Authorizing Payment of the Claim [Filed: 4/4/08] (Docket No. 18448)

Status: This matter will go forward.

8.    Motion of Mian Realty, LLC for Entry of Order Declaring that (i) the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/11/08] (Docket No. 18501)

Related Documents:

a.    [Proposed] Order Declaring that the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/11/08] (Docket No. 18501)

b.    Amended Notice of Motion of Mian Realty, LLC for Entry of Order Declaring that (i) the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/30/08] (Docket No. 18642)

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received:

a.    Debtors' Response and Objection to Motion of Mian Realty Regarding Applicability of the Automatic Stay [Filed: 5/16/08] (Docket No. 18735)

Status: This matter will go forward.

9.    Application of David T. Austern, Future Claimants' Representative, for Authorization to Modify the Employment of Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative [Filed: 4/28/08] (Docket No. 18599)

Related Documents:

a.    [Proposed] Order Authorizing Modification of the Retention and Employment of Piper Jaffray & Co. as Financial Advisor to David T. Austern, Future Claimants' Representative [Filed: 4/23/08] (Docket No. 18599)

b.    Amended Notice of Application of David T. Austern, Future Claimants' Representative, for Authorization to Modify the Employment of Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative [Filed: 5/9/08] (Docket No. 18693)

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received:

a.      Acting United Trustee's Objection to Application of David T. Austern, Future
        Claimants' Representative, for Authorization to Modify the Employment of Piper
        Jaffray & Co. as Financial Advisor to the Future Claimants' Representative
        [Filed: 5/16/08] (Docket No. 18727)

Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

10.     Status Report on Asbestos Property Damage and ZAI Claims Mediations

        **Related Documents:**

        **a.      Settlement Judge's Report [Filed: 5/23/08] (Docket No. 18779)**

        Status: A status conference will go forward on this matter.

11.     Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and
        Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

        Status: These claims have been resolved and the parties intend to present a settlement
        agreement shortly.

12.     Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order
        and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17,
        2007 [Filed: 7/2/07] (Docket No. 16220)

        Status: These claims have been resolved and the parties intend to present a settlement
        agreement shortly.

## ZAI MATTERS

13.     Debtors' Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite
        Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date
        Notices, and Notice Program [Filed: 3/18/08] (Docket No. 18328)

        Related Documents:

        a.      [Proposed] Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic
                Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date
                Notices, and Notice Program [Filed: 3/18/08] (Docket No. 18328, Exhibit E)

        b.      Notice of Rescheduled ZAI Hearing Scheduled for April 22, 2008 at 11:30 a.m. in
                Wilmington, Delaware [Filed: 3/28/08] (Docket No. 18421)

        c.      Debtors' Amendment to Motion for an Order (A) Establishing a Proof of Claim
                Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related

Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 4/10/08] (Docket No. 18495)

**d.     Notice Regarding Debtors' Amended ZAI Bar Date Exhibits [Filed: 5/23/08] (Docket No. 18784)**

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

a.     Objection of Her Majesty the Queen in Right of Canada as Represented By the Attorney General of Canada to Debtors' Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 4/10/08] (Docket No. 18485)

b.     ZAI Claimants' Opposition to Grace's Motion for an Immediate Bar Date [Filed: 4/10/08] (Docket No. 18493)

c.     Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of the Debtors for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 4/10/08] (Docket No. 18497)

d.     Canadian ZAI Claimants' Objection to Debtors' Amendment to Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 4/15/08] (Docket No. 18519, Exhibit A)

   (i)     [Signed] Modified Order Granting Leave to Canadian ZAI Claimants to File a Late Objection to ZAI Claims Bar Date Motion [Filed: 4/23/08] (Docket No. 18595)

e.     Canadian ZAI Claimants' Objection to Debtors' Amendment to Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 5/16/08] (Docket No. 18731)

Reply Deadline: April 15, 2008, at 4:00 p.m.

Replies Received:

a.     Debtors' Reply Brief in Support of Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 4/15/08] (Docket No. 18529)

Status: This matter will go forward.

14.     ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington
        Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

        Related Documents:

        a.      [Proposed] Order Granting ZAI Claimants' Motion for Order Recognizing and
                Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket
                No. 18323)

        b.      ZAI Claimants' Memorandum in Support of Motion for Order Recognizing and
                Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket
                No. 18324)

        c.      Notice of Rescheduled ZAI Hearing Scheduled for April 22, 2008 at 11:30 a.m. in
                Wilmington, Delaware [Filed: 3/28/08] (Docket No. 18421)

        Response Deadline: April 10, 2008, at 4:00 p.m.

        Responses Received:

        a.      Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing
                and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/10/08]
                (Docket No. 18494)

        Reply Deadline: April 15, 2008, at 4:00 p.m.

        Replies Received:

        a.      Reply to Debtors' Opposition to ZAI Claimants' Motion for Order Recognizing
                and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/15/08]
                (Docket No. 18526)

        Status: A status conference will go forward on this matter.

15.     ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b)
        Determination to Permit Appellate Review of the ZAI Opinion [Filed: 3/18/08]
        (Docket No. 18325)

        Related Documents:

        a.      [Proposed] Order Granting ZAI Claimants' Motion for Dismissal of an Individual
                ZAI Claim [Filed: 3/18/08] (Docket No. 18325)

        b.      Notice of Rescheduled ZAI Hearing Scheduled for April 22, 2008 at 11:30 a.m. in
                Wilmington, Delaware [Filed: 3/28/08] (Docket No. 18421)

        Response Deadline: April 10, 2008, at 4:00 p.m.

        Responses Received:

        a.      Objection of Her Majesty the Queen in Right of Canada as Represented By the
                Attorney General of Canada to ZAI Claimants' Motion for Dismissal of and
                Individual ZAI Claim or for a Rule 54(B) Determination to Permit Appellate
                Review of the ZAI Opinion [Filed: 4/9/08] (Docket No. 18484)

b.  Debtors' Objection to ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination [Filed: 4/10/08] (Docket No. 18498)

c.  Objection of Canadian ZAI Claimants' to ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion and Order [Filed: 5/16/08] (Docket No. 18728)

    (i)  [Signed] Modified Order Granting Leave to Canadian ZAI Claimants' to File an Objection to ZAI Claim or for Rule 54 (B) Determination to Permit Appellate Review of the ZAI Opinion [Filed: 4/23/08] (Docket No. 18594)

Reply Deadline: April 15, 2008, at 4:00 p.m.

Replies Received:

a.  ZAI Claimants' Reply in Support of Their Motion for Dismissal of an Individual ZAI Claim or for a Rule 54 (B) Determination to Permit Appellate Review of the ZAI Opinion [Filed: 4/15/08] (Docket No. 18525)

Status: This matter will go forward.

16.  ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not Be Designated [Filed: 3/18/08] (Docket No. 18326)

Related Documents:

a.  [Proposed] Order Granting ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not Be Designated [Filed: 3/18/08] (Docket No. 18326)

b.  ZAI Claimants' Memorandum in Support of Motion for Order to Show Cause Why Expert Witness Should Not be Appointed [Filed: 3/18/08] (Docket No. 18327)

c.  Notice of Rescheduled ZAI Hearing Scheduled for April 22, 2008 at 11:30 a.m. in Wilmington, Delaware [Filed: 3/28/08] (Docket No. 18421)

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

a.  Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order to Show Cause Why Court-Appointed Expert Witness Should Not Be Designated [Filed: 4/10/08] (Docket No. 18496)

Reply Deadline: April 15, 2008, at 4:00 p.m.

Replies Received:

a.  Reply to Grace's Opposition to ZAI Claimants' Motion for Order to Show Cause Why Expert Witnesses Should Not Be Appointed [Filed: 4/15/08] (Docket No. 18527)

Status: This matter will go forward.

17.   Expedited Motion of the ZAI Claimants to Lift Stay and Return ZAI to the Tort System [Filed: 4/7/08] (Docket No. 18462)

Related Documents:

a.     [Proposed] Order Granting Relief From Automatic Stay [Filed: 4/7/08] (Docket No. 18462)

b.     Motion of the ZAI Claimants to Shorten Notice and for Expedited Consideration of Their Motion to Lift Stay and Return ZAI to the Tort System [Filed: 4/7/08] (Docket No. 18461)

      (i)    [Signed] Order Granting Expedited Consideration of the ZAI Claimants' Motion for Relief From Automatic Stay [Filed: 4/8/08] (Docket No. 18470)

      (ii)   [Signed] Order Amended Order Granting Expedited Consideration of the ZAI Claimants' Motion for Relief From Automatic Stay [Filed: 4/8/08] (Docket No. 18471)

Response Deadline: April 15, 2008, at 4:00 p.m.

Responses Received:

a.     Objection of Her Majesty the Queen in Right of Canada as Represented by the Attorney General of Canada to Expedited Motion of the ZAI Claimants to Lift Stay and Return ZAI to the Tort System [Filed: 4/14/08] (Docket No. 18506)

b.     Debtors' Objection to ZAI Claimants' Motion to Lift Stay [Filed: 4/15/08] (Docket No. 18531)

Status: This matter will go forward.

18.   Expedited Motion of the Canadian ZAI Claimants for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)

Related Documents:

a.     [Proposed] Order Granting Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)

b.     Motion of the Canadian ZAI Claimants to Shorten Notice for Expedited Consideration of Their Motion for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18522)

      (i)    [Signed] Order Granting Expedited Consideration of the Canadian ZAI Claimants' Motion for Relief From the Automatic Stay [Filed: 4/23/08] (Docket No. 18593)

Response Deadline: May 16, 2008, at 4:00 p.m.

<u>Responses Received:</u>

a.   Debtors' Objection to the Canadian ZAI Claimants' Motion to Lift the Automatic
     Stay [Filed: 5/16/08] (Docket No. 18734)

<u>Status:</u> This matter will go forward.

Dated: May 23 , 2008

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Janet S. Baer
> 200 East Randolph Drive
> Chicago, IL 60601
> Telephone: (312) 861-2000
> Facsimile: (312) 861-2200
>
> -and–
>
> PACHULESKI STANG ZIEHL & JONES LLP
>
> _____
> Laura Davis Jones (Bar No. 2436)
> James E. O'Neill (Bar No. 4042)
> Kathleen P. Makowski (Bar No. 3648)
> Timothy P. Cairns (Bar No. 4228)
> 919 North Market Street, 17th Floor
> Wilmington, DE 19801
> Telephone: (302) 652-4100
> Facsimile: (302) 652-4400
>
> Co-Counsel for the Debtors and Debtors in Possession