**From:** barbara sachau [bsachau@gmail.com]
**Sent:** Sunday, January 13, 2008 3:51 PM
**To:** pubcommentees.enrd@usdoj.gov; Fleetwood, Tonia (ENRD); americanvoices@mail.house.gov; comments@whitehouse.gov
**Cc:** media@cagw.org; jersey@nytimes.com
**Subject:** Fwd: taxpayers get little in settlement - cpublic comment on federal register notice below attached in full

the taxpayers are getting screwed by this little amount in settlement. go after the shareholders and the executives, who did the dirty work in pollution. it is time that taxpayers are protected from these rapacious people who will kill us all for profits in their wallets.
b. sachau
15 elm st
florham park nj 07932

---------- Forwarded message ----------
From: **bk1492@aol.com** < bk1492@aol.com>
Date: Jan 11, 2008 10:54 AM
Subject: Fwd: taxpayers get little in settlement - comment
To: bsachau@gmail.com


b sachau


-----Original Message-----
From: bk1492@aol.com
To: jeanpublic@yahoo.com
Sent: Fri, 11 Jan 2008 10:26 am
Subject: Fwd: taxpayers get little in settlement - comment


b sachau


-----Original Message-----
From: Bk1492@aol.com
To: jeanpublic@yahoo.com; jersey@nytimes.com
Sent: Fri, 11 Jan 2008 7:54 am
Subject: taxpayers get little in settlement - comment

[Federal Register: January 11, 2008 (Volume 73, Number 8)][Notices]           [Page 2067]From the Federal Register Online via GPO Access [ wais.access.gpo.gov][DOCID:fr11ja08-72]           ----------------------------
-------------------------------------------DEPARTMENT OF JUSTICENotice of Lodging of Settlement Agreement Pursuant to the Comprehensive Environmental Response, Compensation and LiabilityIn accordance with Departmental policy, 28 CFR 50.7, and section 122 of the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), 42 U.S.C. 9622, notice is hereby given that on December 19, 2007 a proposed settlement agreement in In re W.R. Grace & Co., Case No. 01-01139 (JFK), was lodged with the United States Bankruptcy Court for the District of Delaware. The proposed Settlement Agreement would resolve the United States' proofs of claim filed in W.R. Grace & Co.'s bankruptcy proceeding for environmental response costs at 33 sites pursuant to section 107 of CERCLA, 42 U.S.C. 9607.Under the terms of the Settlement

Agreement, W.R. Grace & Co. will grant the United States an allowed general unsecured claim of $34,065,813.31 and an administrative priority claim of $2,294,279.86 (of which $672,574.42 will be paid within 30 days of Bankruptcy Court approval). Certain other PRPs at these sites will receive allowed general unsecured claims totaling $7,707,336.88.The Department of Justice will receive, for a period of thirty (30) days from the date of this publication, comments relating to the proposed settlement agreement. Comments should be addressed to the Assistant Attorney General for the Environment and Natural Resources Division, Washington DC 20530, and may be submitted by electronic mail to pubcommentees.enrd@usdoj.gov. Comments should refer to In re W.R. Grace & Co. Case, No. 01-01139 (JFK), and Department of Justice Reference No. 90-11-2-07106/5.The settlement agreement may be examined on the following Department of Justice Web site http://www.usdoj.gov/enrd/open.html . A copy of the agreement may also be obtained by mail from the Consent Decree Library, P.O. Box 7611, U.S. Department of Justice, Washington, DC 20044-7611 or by faxing or e-mailing a request to Tonia Fleetwood tonia.fleetwood@usdoj.gov), fax no. 202-514-0097, phone confirmation number (202) 514-1547 In requesting a copy from the Consent Decree Library, please enclose a check in the amount of $11.00 ($.25 per page) payable to the U.S. Treasury.Robert D. Brook,Assistant Chief, Environmental Enforcement Section, Environment and Natural Resources Division.[FR Doc. 08-54 Filed 1-10-08; 8:45 am] BILLING CODE 4410-15-M

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Start the year off right. Easy ways to stay in shape.
http://body.aol.com/fitness/winter-exercise?NCID=aolcmp00300000002489

More new features than ever. Check out the new AOL Mail!