# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al[1] | ) | |
| | ) | Case No. 01-1139 (JKF) |
| Debtors | ) | Jointly Administered |
| | ) | Objection deadline: April 2, 2008 at 4:00 p.m. |

### APPLICATION OF LAWSON LUNDELL LLP FOR REIMBURSEMENT OF EXPENSES AND COMPENSATION FOR SERVICES IN EXCESS OF THE ORDINARY COURSE PROFESSIONAL CAP FOR THE PERIOD FROM AUGUST 1, 2007 THROUGH AUGUST 31, 2007

Name of Applicant:                                   Lawson Lundell LLP

Authorized to Provide Professional Services to:      W.R. Grace & Co., et al
                                                     Debtors and Debtors-in-Possession

Date of Retention:                                   April 30, 2003

Period for which Compensation and
Reimbursement is Sought:                             August 1, 2007 through August 31, 2007

Amount of Compensation Sought as
Actual, Reasonable and Necessary:                    U.S. $59,369.99 (fees) $0.00 (expenses)

This is a X monthly ____ interim _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Speciality Chemicals, Inc.), W.R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almay, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd, GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thompsonville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date __3/13/08__
Docket #__18286__

2

This is a monthly application of Lawson Lundell LLP (LL) for reimbursement of expenses and compensation for services in excess of the Ordinary Course Professional (OCP) cap for the fee period August 1, 2007, through August 31, 2007. LL has never before filed a fee application in this matter.

LL's invoice (no. 388077) for August 1 through August 31, 2007 (copy attached as Exhibit A) was in the total amount of U.S. $109,369.99. The invoice sets out the particulars of the services rendered and itemizes the expenses (disbursements) and taxes incurred. Attached as Exhibit B is a "fee detail" giving a breakdown of the time spent on the items of work carried out by each lawyer with respect to invoice no. 388077.

W.R. Grace & Co has paid U.S. $50,000.00 with respect to invoice no. 388077. Attached as Exhibit C is a copy of a check from W.R. Grace & Co. payable to LL in the amount of U.S. $98,288.42, along with a check reference slip showing that, of the total amount, U.S. $50,000.00 was paid on account of invoice no. 388077. Of that U.S. $50,000.00 amount, U.S. $10,766.16 was applied by LL to expenses (disbursements) and taxes, and U.S. $39,233.84 was applied by LL to fees. No additional amount has been paid with respect to invoice no. 388077. Accordingly, the sum of U.S. $59,369.99 (U.S. $109,369.99 – U.S. $50,000.00) remains unpaid with respect to invoice no. 388077. The U.S. $59,369.99 refers to fees only, since all of the expenses (disbursements) and taxes have been paid.

The following is a chart setting out the positions, years admitted to practice, hourly billing rate, and total hours of the individuals who carried out the legal work particularized in invoice no. 388077:

3

## LAWSON LUNDELL LLP PROFESSIONALS

| Name of Professional Individual | Position | Years Admitted to the Practice | Hourly Billing Rate | Hours Spent |
|---|---|---|---|---|
| Rodney Hayley | Partner | 24 | CDN $500.00 | 145.50 |
| Lisa Peters | Research Partner | 19 | CDN $375.00 | 22.10 |
| Jude Samson | Associate | 5 | CND $260.00 | 2.60 |
| Heather Cane | Associate | 6 | CDN $250.00 | 10.70 |
| Nick Ellegood | Associate | 3 | CDN $220.00 | 1.50 |
| Chris Dafoe | Associate | 1 | CDN $200.00 | 49.50 |
| Gwendoline Hoar | Researcher /Librarian | N/A | CDN $145.00 | 1.10 |

During the period of August 1, 2007 through August 31, 2007, which is the billing period of LL invoice no. 388077, LL carried out extensive and important legal work on this matter, involving urgent deadlines, and relating to W.R. Grace's pending summary judgement application, including attending and conducting depositions in Winnipeg and Atlanta.

WHEREFORE, LL respectfully requests that this Court (a) approve payment of U.S. $59,369.99 as reasonable and necessary fees in the amount of $59,369.99 and expenses

4

(disbursements) of $0.00 rendered by LL to W.R. Grace & Co., and (b) grant such further relief

as is equitable and just.

Vancouver, B.C., Canada
Dated: March 13, 2008

Respectfully submitted,

LAWSON LUNDELL LLP

Rodney L. Hayley
(of the bars of British Columbia and
Saskatchewan, and admitted *pro hac vice* to
the bar of Delaware)
Lawson Lundell LLP
1600 Cathedral Place
925 West Georgia Street
Vancouver, BC  V6C 3L2, Canada
Telephone:  (604) 631-9211
Facsimile:  (604) 669-1620

# **EXHIBIT A**

## EXHIBIT A

W.R. GRACE & CO.
5400 BROKEN SOUND BOULEVARD, N.W.
BOCA RATON, FLORIDA
USA
33487

ATTENTION:  RICHARD C. FINKE

Invoice No. 388077
Reference No. 010123-082803
Contact: ROD HAYLEY

1600 CATHEDRAL PLACE
925 WEST GEORGIA STREET
VANCOUVER, B.C.
V6C 3L2
(604) 685-3456

September 30, 2007

IN ACCOUNT WITH

### LAWSON LUNDELL LLP

BARRISTERS & SOLICITORS

Re:  CANADIAN ASBESTOS PROPERTY LITIGATION

To professional services rendered up to and
including August 31, 2007, as per attached detail:

| | | |
|---|---|---|
| OUR FEE | $ | 94,778.00 |
| Taxable Disbursements | | .00 |
| | $ | 94,778.00 |
| GST on Fees | | .00 |
| SST | | 6,634.46 |
| Exempt Disbursements | | 146.85 |
| Other Exempt Charges | | 3,567.12 |
| Balance Due | $ (CDN.) | 105,126.43 |
| | $ (U.S.) | 109,369.99 |

(@0.9612 on
October 5, 2007)

PAYMENT IS DUE UPON RECEIPT OF INVOICE
INTEREST ON OVERDUE ACCOUNTS WILL BE CHARGED 12% PER ANNUM

LAWSON LUNDELL LLP IS A BRITISH COLUMBIA LIMITED LIABILITY PARTNERSHIP

GST #R115124141

**LAWSON LUNDELL** LLP

·W.R. GRACE & CO.

Invoice No. 388077
September 30, 2007
Page 2

---

*Our records indicate that the following invoices are presently outstanding. If payment has been made since the date of this statement, please accept our thanks.*

## OUTSTANDING INVOICES

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|------|---------|----------------|------------------|---------|
| 04/01/07 | 376801 | 38977.78 | .00 | 38977.78 |
| 09/01/07 | 385417 | 22608.78 | .00 | 22608.78 |

THIS IS OUR ACCOUNT

LAWSON LUNDELL LLP

LAWSON LUNDELL LLP

W.R. GRACE & CO.

Invoice No. 388077
September 30, 2007
Page 3

## FEE DETAIL

| Date (M/D/Y) | Lawyer | Description |
|---|---|---|
| 08/01/07 | HMC | Reviewing law regarding Professor Irvine's report and regarding his expertise; obtaining and reviewing his publications; |
| 08/01/07 | CMD | Assembling boxes of exhibits from trial; reviewing index against document production list; reviewing law on tolling of limitation periods under Canadian class action law; |
| 08/01/07 | RLH | E-mail from M. Dierkes; considering memo on procedural history of Anderson Memorial Hospital case; considering implications of same; working on memos regarding "bullets" for Irvine deposition and regarding his Anderson theory; reviewing law regarding all relevant Canadian provincial class proceedings statutes regarding same; |
| 08/02/07 | RLH | Working on memo regarding Professor Irvine's report; considering law regarding same; e-mails from and to D. Cameron; |
| 08/02/07 | CMD | Researching case law considering tolling provisions for R. Hayley opinion; |
| 08/02/07 | HMC | Further review of law regarding Irvine's report, and reporting to R. Hayley regarding same; |
| 08/02/07 | LP | Reviewing portions of Professor Irvine's Report; conference with R. Hayley regarding same; |
| 08/03/07 | CMD | Further review of class proceedings statutes and research on statutory interpretation and reporting to R. Hayley regarding same; |
| 08/03/07 | RLH | Continuing review of law concerning tolling under Canadian class actions statute; completing memo on same, and regarding rebuttal of Professor Irvine's conclusions on Anderson case; e-mails to and from D. Cameron regarding same; |
| 08/06/07 | RLH | E-mail from D. Cameron regarding memo; working on "bullets" memo for Irvine deposition; |
| 08/07/07 | RLH | Working on "bullets" regarding various issues to raise on Irvine's deposition; |
| 08/07/07 | LP | Review portions of Professor Irvine's report and outline potential grounds of attack; |
| 08/07/07 | GAH | Obtaining materials regarding Irvine report; |
| 08/08/07 | CMD | Reviewing exhibits list and exhibits from from Privest trial; |
| 08/08/07 | RLH | Working on document production issues; working on "bullets" for Irvine deposition; |
| 08/09/07 | RLH | Working on various legal issues arising from Professor Irvine's report to provide "bullets" for D. Cameron regarding Professor Irvine's deposition; |
| 08/09/07 | HMC | Conduct search regarding expiration of limitation period provisions and action commenced in different jurisdiction; |
| 08/09/07 | CMD | Reviewing exhibit lists from Privest trial; discussing same with R. Hayley |
| 08/09/07 | LP | Considering legal issues regarding draft list of deposition questions for Professor Irvine; |

PAYMENT IS DUE UPON RECEIPT OF INVOICE
INTEREST ON OVERDUE ACCOUNTS WILL BE CHARGED 12% PER ANNUM

LAWSON LUNDELL LLP IS A BRITISH COLUMBIA LIMITED LIABILITY PARTNERSHIP          GST #R115124141

LAWSON LUNDELL LLP

· ·W.R. GRACE & CO.

Invoice No. 388077
September 30, 2007
Page 4

| Date (M/D/Y) | Lawyer | Description |
|---|---|---|
| 08/10/07 | CMD | Providing law to R. Hayley to assist in examination of Professor Irvine; reviewing exhibit lists; |
| 08/10/07 | LP | Working on law regarding list of questions for Professor Irvine; |
| 08/10/07 | RLH | Telephone conference with D. Cameron regarding Professor Irvine's deposition; working on issues for his deposition; |
| 08/12/07 | RLH | Working on memo to assist D. Cameron with the deposition of Professor Irvine; e-mails from and to D. Cameron regarding same; considering additional law relevant to Professor Irvine's opinion; |
| 08/12/07 | LP | Discussing potential area of questioning for Professor Irvine with R. Hayley; |
| 08/13/07 | LP | Reviewing and suggesting edits to master list of areas of questioning for Professor Irvine; |
| 08/13/07 | RLH | Finishing memo to D. Cameron/M. Dierkes regarding Professor Irvine's deposition; further review of relevant legal issues; telephone conference with M. Dierkes; e-mails to and from Grace team regarding same; working on document production issues; |
| 08/14/07 | HMC | Reviewing law regarding Canadian limitations periods and reporting to R. Hayley regarding same; |
| 08/14/07 | RLH | Revising memo regarding Professor Irvine's forthcoming deposition; e-mail to D. Cameron regarding same; |
| 08/20/07 | RLH | Considering law regarding Irvine report; |
| 08/21/07 | GAH | Online research for class action legislation; |
| 08/21/07 | LP | Reviewing law regarding limitation issues; |
| 08/21/07 | CMD | Reviewing development of Alberta limitations of actions statutes; discussing same with R. Hayley; |
| 08/21/07 | RLH | E-mails from and to D. Cameron regarding Professor Irvine's report; preparing for and participating in conference call regarding Professor Irvine's deposition; preparing for further questions for D. Cameron to use on deposition; sending to D. Cameron copies of the Canadian provincial class actions statutes; considering further comments on Professor Irvine's report for his deposition; obtaining copy of the Manitoba Law Reform Commission Report on Class Actions for D. Cameron; instruction to L. Peters regarding obtaining copy of Professor Irvine article for D. Cameron; |
| 08/22/07 | RLH | Receiving and reviewing Professor Irvine's revised report and new memorandum; reviewing relevant law regarding same; obtaining Privest factum on limitations and sending same to D. Cameron; numerous e-mails (approx 40) to and from D. Cameron and Grace team regarding legal and factual issues arising from Professor Irvine's new material and to assist D. Cameron on Professor Irvine's deposition; further research on Professor Irvine's background and expertise; |
| 08/22/07 | JPS | Gathering and reviewing cases on limitations law; reviewing history of Winnipeg Condominium cases; |
| 08/22/07 | LP | Assembling materials for use in the deposition of Professor Irvine; |

PAYMENT IS DUE UPON RECEIPT OF INVOICE
INTEREST ON OVERDUE ACCOUNTS WILL BE CHARGED 12% PER ANNUM

LAWSON LUNDELL LLP IS A BRITISH COLUMBIA LIMITED LIABILITY PARTNERSHIP

GST #R115124141

LAWSON LUNDELL LLP

- W.R. GRACE & CO.

Invoice No. 388077
September 30, 2007
Page 5

| Date (M/D/Y) | Lawyer | Description |
|---|---|---|
| 08/22/07 | CMD | Researching qualifications and teaching history of J. Irvine and related information; providing results to R. Hayley |
| 08/22/07 | NPE | Reviewing and considering law on pure economic loss and limitation periods; reviewing Privest decision for constructive knowledge arguments; |
| 08/23/07 | CMD | Reviewing trial exhibits for potentially relevant documents for disclosure; |
| 08/24/07 | LP | Reviewing transcript of first day of deposition of Professor Irvine and considering legal issues arising from same; assemble materials to assist in second day of deposition of Professor Irvine; |
| 08/24/07 | CMD | Reviewing law regarding deposition of J. Irvine in Winnipeg with R. Hayley; |
| 08/24/07 | RLH | Receiving and reviewing 250 plus page transcript of Irvine's deposition; e-mails from and to D. Cameron and M. Dierkes regarding same; receiving instructions from D. Cameron to conduct Irvine deposition; making arrangements for deposition in Winnipeg; preparing for same; considering Irvine's new report; |
| 08/26/07 | CMD | Reviewing law on limitations and ultimate limitation periods; providing materials to R. Hayley to assist in deposition of Professor Irvine; |
| 08/26/07 | LP | Assembling materials to assist in continued deposition of Professor Irvine; |
| 08/26/07 | RLH | Continuing review of Professor Irvine's new memorandum and revised report; preparing for continuation of Professor Irvine's deposition; e-mails to and from D. Cameron regarding same; |
| 08/27/07 | RLH | E-mail from and telephone conferences with T. Rea regarding Grace Canada documents; reviewing status of Grace Lists of Documents in B.C. Museum, Privest, Bentall and Laurelton actions; instructing C. Dafoe regarding same; reviewing lists of exhibits in Privest trial; numerous e-mails to and from D. Cameron regarding Irvine deposition No. 2 and new report; receiving and reviewing Irvine's new report; preparing materials for Irvine deposition; reviewing further case law and, law reform reports in British Columbia and Alberta; |
| 08/27/07 | CMD | Assisting R. Hayley in preparation for deposition of Professor Irvine; assembling lists of documents produced in Privest, Bentall, Royal Museum and Laurelton Actions; |
| 08/27/07 | JPS | Searching for articles on limitations issues; |
| 08/27/07 | HMC | Receiving instructions from R. Hayley regarding Professor Irvine's deposition; providing legislation and other material to R. Hayley to use in deposing Irvine; reviewing Mew's text re onus and providing findings to R. Hayley; |
| 08/28/07 | HMC | Reporting to R. Hayley regarding duty to warn and judge's comments in Privest; provide extracts from decision in Privest to R. Hayley for use in deposing Professor Irvine; note up and provide case law to R. Hayley; |
| 08/28/07 | CMD | Assisting R. Hayley in preparation for deposition of Professor Irvine; reviewing and briefing Manitoba law on ultimate limitation periods; assembling law reform commentary on ultimate limitation periods; briefing B.C. cases; |

PAYMENT IS DUE UPON RECEIPT OF INVOICE
INTEREST ON OVERDUE ACCOUNTS WILL BE CHARGED 12% PER ANNUM

LAWSON LUNDELL LLP IS A BRITISH COLUMBIA LIMITED LIABILITY PARTNERSHIP

GST #R115124141

LAWSON LUNDELL LLP

W.R. GRACE & CO.

Invoice No. 388077
September 30, 2007
Page 6

| Date (M/D/Y) | Lawyer | Description |
|---|---|---|
| 08/28/07 | RLH | Preparing for Irvine deposition; reviewing new cases regarding same; various e-mails to and from D. Cameron regarding deposition strategy; traveling to Winnipeg for Irvine deposition; |
| 08/29/07 | RLH | Preparing for and attending deposition No. 2 of Professor Irvine; making submissions on record regarding M. Fairey's refusal to continue the deposition; numerous discussions and phone calls with Speights' office and M. Fairey; telephone conferences and voice-mails to Professor Irvine regarding possible continuance; voice-mails and telephone conferences with D. Cameron, K. Williams and T. Rea regarding same; obtaining and sending transcript of counsel's submissions; e-mails from and to D. Cameron and T. Rea regarding re-scheduling Irvine's deposition; |
| 08/29/07 | CMD | Providing case law to R. Hayley for deposition; assisting R. Hayley in resetting the deposition; |
| 08/30/07 | CMD | Assembling further materials for R. Hayley for deposition of J. Irvine; further research to assist R. Hayley in deposition; |
| 08/30/07 | RLH | Preparing for deposition of Professor Irvine; numerous e-mails to and from and telephone conferences with D. Cameron and T. Rea; traveling to Atlanta for the deposition; |
| 08/31/07 | RLH | Preparing for and conducting deposition of Professor Irvine in Atlanta; numerous e-mails from and to D. Cameron and T. Rea regarding same; traveling from Atlanta to Vancouver; |
| 08/31/07 | CMD | Reviewing transcript of Irvine deposition for admissions of lack of expertise; providing results to R. Hayley |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| ROD HAYLEY | 145.50 | hours at | 500.00 | per hour | 72,750.00 |
| LISA PETERS | 22.10 | hours at | 375.00 | per hour | 8,287.50 |
| JUDE SAMSON | 2.60 | hours at | 260.00 | per hour | 676.00 |
| HEATHER CANE | 10.70 | hours at | 250.00 | per hour | 2,675.00 |
| NICK ELLEGOOD | 1.50 | hours at | 220.00 | per hour | 330.00 |
| CHRIS DAFOE | 49.50 | hours at | 200.00 | per hour | 9,900.00 |
| GWENDOLINE HOAR | 1.10 | hours at | 145.00 | per hour | 159.50 |

**Total Fees**                                                    94,778.00

## DISBURSEMENTS SUMMARY

| Date | Disbursements | Value |
|---|---|---|
| | Long Distance Calls | 8.60 |
| | Courier Services | 2.91 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE
INTEREST ON OVERDUE ACCOUNTS WILL BE CHARGED 12% PER ANNUM

LAWSON LUNDELL LLP IS A BRITISH COLUMBIA LIMITED LIABILITY PARTNERSHIP

GST #R115124141

LAWSON LUNDELL LLP

W.R. GRACE & CO.

Invoice No. 388077
September 30, 2007
Page 7

| Date | Disbursements | Value |
|------|---------------|-------|
| | Retrieval from Offsite Storage | 48.00 |
| | Int'l Deliveries n/tax | 87.34 |

**Total Disbursements**                                        146.85

## OTHER EXEMPT CHARGES

| | | |
|---|---|---|
| Document Reproduction | 1,178.40 |
| QL System Searches | 1,747.22 |
| Lawpro searches | 641.50 |

**Total Exempt Charges**                                      $3,567.12

IN ACCOUNT WITH

# LAWSON LUNDELL LLP

BARRISTERS & SOLICITORS
1600 CATHEDRAL PLACE
925 WEST GEORGIA STREET
VANCOUVER, B.C.
V6C 3L2

Phone: (604) 685-3456
Fax: (604) 669-1620

GST #R115124141

| | |
|---|---|
| CLIENT NAME: | **W.R. GRACE & CO.** |
| | **ATTENTION:  RICHARD C. FINKE** |
| FILE NO.: | **010123-082803** |
| MATTER REFERENCE: | **CANADIAN ASBESTOS PROPERTY LITIGATION** |
| ACCOUNT DATED: | **September 30, 2007**     INVOICE NO.: **388077** |
| AMOUNT DUE: | **$(CDN.) 105,126.43**     CONTACT:     **ROD HAYLEY** |
| | **$(U.S.)  109,369.99** |

This remittance advice should be returned to ensure proper credit to your account.  Thank you.

Please return to:

LAWSON LUNDELL LLP
1600 CATHEDRAL PLACE
925 WEST GEORGIA STREET
VANCOUVER, B.C.
V6C 3L2

LAWSON LUNDELL LLP IS A BRITISH COLUMBIA LIMITED LIABILITY PARTNERSHIP

# EXHIBIT B

## EXHIBIT B

Lawson Lundell LLP

W.R Grace & Co.

Invoice No. 388077
September 30, 2007
Page 1

## FEE DETAIL

| Date (M/D/Y) | Lawyer | Description | Time Spent |
|---|---|---|---|
| 01/08/2007 | HMC | Reviewing law regarding Professor Irvine's report and regarding his expertise; obtaining and reviewing his publications; | 6.2 |
| 01/08/2007 | CMD | Assembling boxes of exhibits from trial; reviewing index against document production list; reviewing law on tolling of limitation periods under Canadian class action law; | 4.4 |
| 01/08/2007 | RLH | E-mail from M. Dierkes; considering memo on procedural history of Anderson Memorial Hospital case; considering implications of same; working on memos regarding "bullets" for Irvine deposition and regarding his Anderson theory; reviewing law regarding all relevant Canadian provincial class proceedings statutes regarding same; | 7.6 |
| 02/08/2007 | RLH | Working on memo regarding Professor Irvine's report; considering law regarding same; e-mails from and to D. Cameron; | 6.5 |
| 02/08/2007 | CMD | Researching case law considering tolling provisions for R. Hayley opinion; | 3.1 |
| 02/08/2007 | HMC | Further review of law regarding Irvine's report, and reporting to R. Hayley regarding same; | 0.5 |
| 02/08/2007 | LP | Reviewing portions of Professor Irvine's Report; conference with R. Hayley regarding same; | 0.5 |
| 03/08/2007 | CMD | Further review of class proceedings statutes and research on statutory interpretation and reporting to R. Hayley regarding same; | 4.9 |
| 03/08/2007 | RLH | Continuing review of law concerning tolling under Canadian class actions statute; completing memo on same, and regarding rebuttal of Professor Irvine's conclusions on Anderson case; e-mails to and from D. Cameron regarding | 9.8 |

Lawson Lundell LLP

W.R Grace & Co.

Invoice No. 388077
September 30, 2007
Page 2

same;

| | | | |
|---|---|---|---|
| 06/08/2007 | RLH | E-mail from D. Cameron regarding memo; working on "bullets" memo for Irvine deposition; | 0.8 |
| 07/08/2007 | RLH | Working on "bullets" regarding various issues to raise on Irvine's deposition; | 2.5 |
| 07/08/2007 | LP | Review portions of Professor Irvine's report and outline potential grounds of attack; | 1.0 |
| 07/08/2007 | GAH | Obtaining materials regarding Irvine report; | 0.2 |
| 08/08/2007 | CMD | Reviewing exhibits list and exhibits from from Privest trial; | 1.4 |
| 08/08/2007 | RLH | Working on document production issues; working on "bullets" for Irvine deposition; | 2.7 |
| 09/08/2007 | RLH | Working on various legal issues arising from Professor Irvine's report to provide "bullets" for D. Cameron regarding Professor Irvine's deposition; | 2.2 |
| 09/08/2007 | HMC | Conduct search regarding expiration of limitation period provisions and action commenced in different jurisdiction; | 0.3 |
| 09/08/2007 | CMD | Reviewing exhibit lists from Privest trial; discussing same with R. Hayley | 0.5 |
| 09/08/2007 | LP | Considering legal issues regarding draft list of deposition questions for Professor Irvine; | 4.4 |
| 10/08/2007 | CMD | Providing law to R. Hayley to assist in examination of Professor Irvine; reviewing exhibit lists; | 0.6 |
| 10/08/2007 | LP | Working on law regarding list of questions for Professor Irvine; | 1.8 |
| 10/08/2007 | RLH | Telephone conference with D. Cameron regarding Professor Irvine's deposition; working on issues for his deposition; | 2.9 |
| 12/08/2007 | RLH | Working on memo to assist D. Cameron with the deposition of Professor Irvine; e-mails from | 6.5 |

Lawson Lundell LLP

W.R Grace & Co.

Invoice No. 388077
September 30, 2007
Page 3

|  |  |  |  |
|---|---|---|---|
|  |  | and to D. Cameron regarding same; considering additional law relevant to Professor Irvine's opinion; |  |
| 12/08/2007 | LP | Discussing potential area of questioning for Professor Irvine with R. Hayley; | 0.9 |
| 13/08/2007 | LP | Reviewing and suggesting edits to master list of areas of questioning for Professor Irvine; | 0.6 |
| 13/08/2007 | RLH | Finishing memo to D. Cameron/M. Dierkes regarding Professor Irvine's deposition; further review of relevant legal issues; telephone conference with M. Dierkes; e-mails to and from Grace team regarding same; working on document production issues; | 3.5 |
| 14/08/2007 | HMC | Reviewing law regarding Canadian limitations periods and reporting to R. Hayley regarding same; | 1.3 |
| 14/08/2007 | RLH | Revising memo regarding Professor Irvine's forthcoming deposition; e-mail to D. Cameron regarding same; | 4.2 |
| 20/08/2007 | RLH | Considering law regarding Irvine report; | 1.8 |
| 21/08/2007 | GAH | Online research for class action legislation; | 0.9 |
| 21/08/2007 | LP | Reviewing law regarding limitation issues; | 0.4 |
| 21/08/2007 | CMD | Reviewing development of Alberta limitations of actions statutes; discussing same with R. Hayley; | 2.3 |
| 21/08/2007 | RLH | E-mails from and to D. Cameron regarding Professor Irvine's report; preparing for and participating in conference call regarding Professor Irvine's deposition; preparing for further questions for D. Cameron to use on deposition; sending to D. Cameron copies of the Canadian provincial class actions statutes; considering further comments on Professor Irvine's report for his deposition; obtaining copy of the Manitoba Law Reform Commission | 2.8 |

Lawson Lundell LLP

W.R Grace & Co.

Invoice No. 388077
September 30, 2007
Page 4

|  |  |  |  |
|---|---|---|---|
|  |  | Report on Class Actions for D. Cameron; instruction to L. Peters regarding obtaining copy of Professor Irvine article for D. Cameron; |  |
| 22/08/2007 | RLH | Receiving and reviewing Professor Irvine's revised report and new memorandum; reviewing relevant law regarding same; obtaining Privest factum on limitations and sending same to D. Cameron; numerous e-mails (approx 40) to and from D. Cameron and Grace team regarding legal and factual issues arising from Professor Irvine's new material and to assist D. Cameron on Professor Irvine's deposition; further research on Professor Irvine's background and expertise; | 7.2 |
| 22/08/2007 | JPS | Gathering and reviewing cases on limitations law; reviewing history of Winnipeg Condominium cases; | 2.3 |
| 22/08/2007 | LP | Assembling materials for use in the deposition of Professor Irvine; | 2.1 |
| 22/08/2007 | CMD | Researching qualifications and teaching history of J. Irvine and related information; providing results to R. Hayley | 0.8 |
| 22/08/2007 | NPE | Reviewing and considering law on pure economic loss and limitation periods; reviewing Privest decision for constructive knowledge arguments; | 1.5 |
| 23/08/2007 | CMD | Reviewing trial exhibits for potentially relevant documents for disclosure; | 0.9 |
| 24/08/2007 | LP | Reviewing transcript of first day of deposition of Professor Irvine and considering legal issues arising from same; assemble materials to assist in second day of deposition of Professor Irvine; | 5.9 |
| 24/08/2007 | CMD | Reviewing law regarding deposition of J. Irvine in Winnipeg with R. Hayley; | 0.6 |
| 24/08/2007 | RLH | Receiving and reviewing 250 plus page transcript of Irvine's deposition; e-mails from and to D. Cameron and M. Dierkes regarding same; receiving instructions from D. Cameron to | 4.2 |

Lawson Lundell LLP

W.R Grace & Co.

Invoice No. 388077
September 30, 2007
Page 5

|  |  |  |  |
|---|---|---|---|
|  |  | conduct Irvine deposition; making arrangements for deposition in Winnipeg; preparing for same; considering Irvine's new report; |  |
| 26/08/2007 | CMD | Reviewing law on limitations and ultimate limitation periods; providing materials to R. Hayley to assist in deposition of Professor Irvine; | 7.6 |
| 26/08/2007 | LP | Assembling materials to assist in continued deposition of Professor Irvine; | 4.5 |
| 26/08/2007 | RLH | Continuing review of Professor Irvine's new memorandum and revised report; preparing for continuation of Professor Irvine's deposition; e-mails to and from D. Cameron regarding same; | 7.8 |
| 27/08/2007 | RLH | E-mail from and telephone conferences with T. Rea regarding Grace Canada documents; reviewing status of Grace Lists of Documents in B.C. Museum, Privest, Bentall and Laurelton actions; instructing C. Dafoe regarding same; reviewing lists of exhibits in Privest trial; numerous e-mails to and from D. Cameron regarding Irvine deposition No. 2 and new report; receiving and reviewing Irvine's new report; preparing materials for Irvine deposition; reviewing further case law and, law reform reports in British Columbia and Alberta; | 8.2 |
| 27/08/2007 | CMD | Assisting R. Hayley in preparation for deposition of Professor Irvine; assembling lists of documents produced in Privest, Bentall, Royal Museum and Laurelton Actions; | 7.5 |
| 27/08/2007 | JPS | Searching for articles on limitations issues; | 0.3 |
| 27/08/2007 | HMC | Receiving instructions from R. Hayley regarding Professor Irvine's deposition; providing legislation and other material to R. Hayley to use in deposing Irvine; reviewing Mew's text re onus and providing findings to R. Hayley; | 1.5 |
| 28/08/2007 | HMC | Reporting to R. Hayley regarding duty to warn and judge's comments in Privest; provide extracts from decision in Privest to R. Hayley for use in deposing Professor Irvine; note up | 0.9 |

Lawson Lundell LLP

W.R Grace & Co.

Invoice No. 388077
September 30, 2007
Page 6

|            |       |                                                                                                                                                                                                                                                                                                                                                                                                                              |      |
|------------|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            |       | and provide case law to R. Hayley;                                                                                                                                                                                                                                                                                                                                                                                            |      |
| 28/08/2007 | CMD   | Assisting R. Hayley in preparation for deposition of Professor Irvine; reviewing and briefing Manitoba law on ultimate limitation periods; assembling law reform commentary on ultimate limitation periods; briefing B.C. cases;                                                                                                                                                                                               | 3.7  |
| 28/08/2007 | RLH   | Preparing for Irvine deposition; reviewing new cases regarding same; various e-mails to and from D. Cameron regarding deposition strategy; traveling to Winnipeg for Irvine deposition;                                                                                                                                                                                                                                        | 15.8 |
| 29/08/2007 | RLH   | Preparing for and attending deposition No. 2 of Professor Irvine; making submissions on record regarding M. Fairey's refusal to continue the deposition; numerous discussions and phone calls with Speights' office and M. Fairey; telephone conferences and voice-mails to Professor Irvine regarding possible continuance; voice-mails and telephone conferences with D. Cameron, K. Williams and T. Rea regarding same; obtaining and sending transcript of counsel's submissions; e-mails from and to D. Cameron and T. Rea regarding re-scheduling Irvine's deposition; | 16.0 |
| 29/08/2007 | CMD   | Providing case law to R. Hayley for deposition; assisting R. Hayley in resetting the deposition;                                                                                                                                                                                                                                                                                                                              | 2.4  |
| 30/08/2007 | CMD   | Assembling further materials for R. Hayley for deposition of J. Irvine; further research to assist R. Hayley in deposition;                                                                                                                                                                                                                                                                                                    | 4.1  |
| 30/08/2007 | RLH   | Preparing for deposition of Professor Irvine; numerous e-mails to and from and telephone conferences with D. Cameron and T. Rea; traveling to Atlanta for the deposition;                                                                                                                                                                                                                                                      | 16.5 |
| 31/08/2007 | RLH   | Preparing for and conducting deposition of Professor Irvine in Atlanta; numerous e-mails from and to D. Cameron and T. Rea regarding same; traveling from Atlanta to Vancouver;                                                                                                                                                                                                                                                | 16.0 |
| 31/08/2007 | CMD   | Reviewing transcript of Irvine deposition for admissions of lack of expertise; providing                                                                                                                                                                                                                                                                                                                                      | 4.7  |

Lawson Lundell LLP

W.R Grace & Co.

Invoice No. 388077
September 30, 2007
Page 7

results to R. Hayley

| | | | |
|---|---|---|---|
| BILLED TOTALS: | WORK: | 233.0 | $ 94,778.00 |
| BILLED TOTALS: | BILL: | 233.0 | $ 94,778.00 |
| GRAND TOTALS: | WORK: | 233.0 | $ 94,778.00 |
| GRAND TOTALS: | BILL: | 233.0 | $ 94,778.00 |

# EXHIBIT C



W. R. Grace & Co.-Conn.    P. O. Box 3247
Lake Charles, LA 70602

**EXHIBIT C**

| | | | | Amount |
|---|---|---|---|---|
| 09/30/07 | 3890 | | | 50000.00 |
| 10/31/07 | 38985 | | | 48288.42 |

Check No./Date  00470596   11/20/2007     Vendor Number          Total    98,288.42

PLEASE DETACH BELOW BEFORE DEPOSITING

W. R. Grace & Co.-Conn.          WACHOVIA BANK, NA
                                 CHAPEL HILL 27514

DIP                                                              No. 00470596
P. O. Box 3247                                    65-156/531
Lake Charles, LA 70692-3247                                     Check Amount
337-583-8700
Date                                                            ********98,288.42*
11/20/2007
                                                                W.R. Grace & Co.-Conn.
Pay  NINETY-EIGHT THOUSAND TWO HUNDRED EIGHTY-EIGHT 42/100 USD   Branch Office Account

To The      LAWSON LUNDELL LAWSON & McINTOSH
Order       1600 CATHEDRAL PLACE
of          925 WEST GEORGIA STREET
            VANCOUVER BRITISH COLUM BC  V6C 3L2
            CANADA              VOID OVER $98,288.42    Not Valid For Payment
                                                       After 90 Days From Date Hereon    Authorized Signatures

⑈00470596⑈ ⑆053101561⑆ 20799 2000576 1⑈

          50000.00> 49275.00
@ .9855   48288.42> 47588.23
          $3,515.39 to Interest