# EXHIBIT C

NY 71458300v1

-4-

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2008 - MARCH 31, 2008**

|  | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| **Partners** | | | |
| DiBernardo, Ian G. | 10.7 | $ 720 | $ 7,704.00 |
| Greenberg, Mayer | 1.6 | 825 | 1,320.00 |
| Kruger, Lewis | 62.9 | 945 | 59,440.50 |
| Pasquale, Kenneth | 92.0 | 775 | 71,300.00 |
| Speiser, Mark A. | 17.4 | 875 | 15,225.00 |
| | | | |
| **Associates** | | | |
| Beal, Abigail M. | 173.1 | 440 | 76,164.00 |
| Berg, Madelaine | 19.0 | 650 | 12,350.00 |
| Diamond, Patrick G. | 6.0 | 360 | 2,160.00 |
| Eichler, Mark | 12.3 | 635 | 7,810.50 |
| Gutierrez, James S. | 2.4 | 490 | 1,176.00 |
| Krieger, Arlene G. | 599.9 | 650 | 389,935.00 |
| Wildes, Denise K. | 0.3 | 650 | 195.00 |
| | | | |
| **Paraprofessionals** | | | |
| Dhanraj, Judy N. | 0.2 | 200 | 40.00 |
| Holzberg, Ethel H. | 70.2 | 270 | 18,954.00 |
| Magzamen, Michael S. | 1.2 | 270 | 324.00 |
| Mohamed, David | 132.9 | 175 | 23,257.50 |
| Palacios, Gino D. | 8.7 | 235 | 2,044.50 |
| | | | |
| **Sub Total** | **1,210.8** | | **$ 689,400.00** |
| **Less 50% Travel** | **(23.7)** | | **(16,777.50)** |
| **Total** | **1,187.1** | | **$ 672,622.50** |

NY 71458300v1