# EXHIBIT D

NY 71458300v1

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2008 - MARCH 31, 2008**

| | |
|---|---:|
| Outside Messenger Service | $ 256.52 |
| Local Transportation | 278.71 |
| Long Distance Telephone | 237.70 |
| Duplicating Costs-in House | 176.70 |
| Postage | 0.41 |
| Filing Fees | 179.00 |
| Court Reporting Services | 4,692.40 |
| O/S Information Services | 431.20 |
| Process Service & Calendar Watch | 390.85 |
| Word Processing | 162.00 |
| In House Messenger Service | 104.94 |
| Facsimile Charges | 139.00 |
| Travel Expenses - Transportation | 2,194.30 |
| Travel Expenses - Lodging | 1,625.59 |
| Travel Expenses - Meals | 353.29 |
| Lexis/Nexis | 491.75 |
| Westlaw | 8,707.86 |
| | |
| **TOTAL** | **$ 20,422.22** |

NY 71458300v1