**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |
| | ) | |
| | ) **Objection Deadline: TBD** | |
| | ) **Hearing Date: 5/30/08 @ ____.m. (Requested)** | |

**NOTICE OF MOTION**

TO:     All Parties on the 2002 Service List

The Official Committee of Asbestos Property Damage Claimants has filed the **Motion of The Official Committee Of Asbestos Property Damage Claimants For Partial Continuance of June 2, 2008 Hearing on Motion of the Debtors For an Order (A) Establishing a Proof Of Claim Bar Date For Zonolite Attic Insulation Claims, and (B) Approving The Related Proof Of Claim Form, Bar Date Notices, and Notice Program** ("Motion").

You are required to file a response to the attached Motion on or before _____, **2008, at 4:00 p.m.** .

At the same time, you must also serve a copy of any response upon the undersigned counsel.

A TELEPHONIC HEARING ON THE MOTION WILL BE HELD ON **May 30, 2008 at _____m. (Requested).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 27, 2008                              FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Local Counsel for the Official Committee
of Asbestos Property Damage Claimants

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin, Sumberg, Baena, Price
& Axelrod, LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants

2