**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. _____ |
| | ) | |
| _____ | ) | |

## **ORDER**

AND NOW, to wit, this _____ day of May, 2008, the Court having heard and considered the Motion of the Official Committee of Asbestos Property Damage Claimants For Partial Continuance of June 2, 2008 Hearing on the Motion of the Debtors For An Order (A) Establishing a Proof Of Claim Bar Date For Zonolite Attic Insulation Claims, and (B) Approving The Related Proof Of Claim Form, Bar Date Notices, and Notice Program (the "Motion For Partial Continuance"),

IT IS HEREBY ORDERED as follows:

1. The Motion For Partial Continuance is GRANTED.

2. The hearing on the Debtors' Motion For An Order (A) Establishing a Proof Of Claim Bar Date For Zonolite Attic Insulation Claims and (B) Approving The Related Proof Of Claim Form, Bar Date Notices, and Notice Program is continued to _____, 2008 at ____m in _____.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge