**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. _____ |
| | ) | |
| _____ | ) | |

## **ORDER**

AND NOW, to wit, this _____ day of May, 2008, the Court having heard and considered the Emergency Motion of the Official Committee of Asbestos Property Damage Claimants To Shorten Notice and Request For Expedited Hearing Regarding Its Motion For Partial Continuance of June 2, 2008 Hearing on the Motion of The Debtors For An Order (A) Establishing a Proof Of Claim Bar Date For Zonolite Attic Insulation Claims and (B) Approving The Related Proof Of Claim Form, Bar Date Notices, and Notice Program (the "Motion To Shorten and Request For Expedited Hearing"),

IT IS HEREBY ORDERED as follows:

1. The Motion To Shorten and Request for Expedited Hearing is GRANTED.

2. A Telephonic Hearing on the Motion of the Official Committee of Asbestos Property Damage Claimants For Partial Continuance of June 2, 2008 Hearing on the Motion of the Debtors For An Order (A) Establishing a Proof Of Claim Bar Date For Zonolite Attic Insulation Claims, and (B) Approving The Related Proof Of Claim Form, Bar Date Notices, and Notice Program (the "Motion For Partial Continuance") will be held on _____m on May 30, 2008.

3. The deadline to file objections to the Motion For Partial Continuance shall be May 29, 2008 at 4:00 pm.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge