REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1702231
One Town Center Road                     Invoice Date        05/22/08
Boca Raton, FL    33486                  Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                            24,159.50
        Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $24,159.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1702231 |
| Invoice Date | 05/22/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 04/01/08 | Ament | Circulate transcript of 3/24/08 to team. | .10 |
| 04/01/08 | Klapper | Continue review of additional depositions and articles of expert for purposes of cross examination | 5.50 |
| 04/02/08 | Klapper | Participate in team defense call regarding expert issues (2.2); continue review of additional depositions and articles of expert for purposes of cross examination (5.7). | 7.90 |
| 04/03/08 | Ament | Circulate 3/25/08 hearing transcript to team. | .10 |
| 04/03/08 | Klapper | Continue review of additional depositions and articles of expert for purposes of cross examination. | 7.30 |
| 04/04/08 | Klapper | Continue review of additional depositions and articles of expert for purposes of cross examination. | 4.30 |
| 04/05/08 | Klapper | Continue review of additional depositions and articles of expert for purposes of cross examination. | 9.30 |
| 04/06/08 | Klapper | Continue review of additional depositions and articles of expert for purposes of cross examination, draft final outline and discuss same with co-counsel. | 7.20 |

172573  W. R. Grace & Co.
60026  Litigation and Litigation Consulting
May 22, 2008

Invoice Number  1702231
Page    2

| Date | Name | | Hours |
|------|------|---|-------|
| 04/07/08 | Ament | Meet with J. Restivo re: 4/21/08 hearing (.10); e-mails re: same (.10). | .20 |
| 04/08/08 | Ament | E-mails re: 4/21/08 hearing. | .10 |
| 04/09/08 | Ament | E-mails and meetings re: 4/21/08 hearing. | .10 |
| 04/11/08 | Ament | E-mails re: 4/21/08 hearing. | .10 |
| 04/15/08 | Ament | E-mails with J. O'Neill re: hearing binder due on 4/16/08. | .10 |
| 04/16/08 | Ament | Assemble hearing binders for agenda and amended agenda per J. O'Neill request (.40); various e-mails and telephone calls with J. O'Neill and P. Cuniff re: same (.30); hand deliver said binders to Judge Fitzgerald (.20); prepare memo to R. Baker re: same (.10). | 1.00 |

                                          ------
                        TOTAL HOURS    43.30

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Antony B. Klapper | 41.50 at $ 575.00 = | | 23,862.50 |
| Sharon A. Ament | 1.80 at $ 165.00 = | | 297.00 |

                        CURRENT FEES                    24,159.50

                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT           $24,159.50
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1702232
5400 Broken Sound Blvd., N.W.        Invoice Date        05/22/08
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

          Fees                          3,429.00
          Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $3,429.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1702232 |
| Invoice Date | 05/22/08 |
| Client Number | 172573 |
| Matter Number | 60027 |

====================================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 04/23/08 | Cameron | Non-working travel from Pittsburgh to Philadelphia for mediation (one-half time). | 1.80 |
| 04/25/08 | Cameron | Non-working travel - return to Pittsburgh from mediation in Philadelphia (one-half time). | 1.80 |
| 04/25/08 | Restivo | Non-working travel - return to Pittsburgh from mediation in Philadelphia (one-half time). | 1.80 |

                                              ------
                              TOTAL HOURS      5.40


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 3.60 | at $ 615.00 = | 2,214.00 |
| James J. Restivo Jr. | 1.80 | at $ 675.00 = | 1,215.00 |

                  CURRENT FEES                        3,429.00


                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT         $3,429.00
                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1702233
5400 Broken Sound Blvd., N.W.        Invoice Date        05/22/08
Boca Raton, FL 33487                 Client Number        172573


=====================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

          Fees                          31,824.50
          Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $31,824.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1702233 |
| Invoice Date | 05/22/08 |
| Client Number | 172573 |
| Matter Number | 60028 |

===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 04/01/08 | Ament | Arrange for J. Restivo and D. Cameron to participate in 4/22/08 DE hearing telephonically (.20); e-mails re: same (.10). | .30 |
| 04/01/08 | Cameron | Review Barbanti and other ZAI pleadings regarding class certification (1.3); e-mails regarding same (0.4); prepare for group call regarding motions (0.9). | 2.60 |
| 04/01/08 | Restivo | Emails and telephone calls re: claimants' motions. | .80 |
| 04/02/08 | Cameron | Prepare for and participate in call with K&E and Grace regarding briefing issues (1.4); attention to draft briefs (0.8); review claimants' briefs (1.3). | 3.50 |
| 04/02/08 | Restivo | Prepare for and strategy conference call. | 1.80 |
| 04/03/08 | Cameron | Review draft briefs from K&E. | 1.90 |
| 04/03/08 | Metropulos | Computer legal research (2.0); review and analyze case law re: damages (1.1). | 3.10 |
| 04/03/08 | Restivo | Receipt and review of draft pleadings. | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1702233
60028 ZAI Science Trial                           Page    2
May 22, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 04/04/08 | Cameron | Review draft briefs from K&E (1.9); e-mails from R. Finke (0.3). | 2.20 |
| 04/04/08 | Flatley | E-mail from R. Finke. | .10 |
| 04/04/08 | Metropulos | Review and analyze research materials re: damages. | .20 |
| 04/05/08 | Cameron | Review materials from K&E regarding bar date/class action issues. | 1.40 |
| 04/06/08 | Cameron | Continued review of K&E documents. | 1.20 |
| 04/07/08 | Cameron | Review K&E draft briefs. | .90 |
| 04/08/08 | Cameron | Review responses to claimants' briefs regarding class action, expert witness and appear (1.1); review R. Finke and J. Restivo comments regarding same (1.2); telephone call with J. Restivo (0.3). | 2.60 |
| 04/08/08 | Restivo | Review and revise three (3) ZAI claimants' motions. | 1.50 |
| 04/09/08 | Metropulos | Library catalogue research and request for treatise on damages. | .10 |
| 04/09/08 | Restivo | Comment on new ZAI pleading drafts (0.8); emails with K&E attorneys (0.3). | 1.10 |
| 04/10/08 | Metropulos | Review of damages treatise. | .10 |
| 04/12/08 | Cameron | Review materials from K&E. | 1.50 |
| 04/14/08 | Metropulos | Legal research, review and analysis of case law on damages. | 4.80 |
| 04/14/08 | Restivo | Review as-filed ZAI pleadings and amendment. | .70 |
| 04/16/08 | Restivo | Review ZAI reply briefs. | .30 |
| 04/17/08 | Cameron | E-mails regarding ZAI argument. | .40 |
| 04/17/08 | Restivo | Telephone calls and emails with Westbrook, Baer and K&E attorneys. | 1.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1702233
60028  ZAI Science Trial                    Page   3
May 22, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|
| 04/18/08 | Cameron | Review materials for hearing (0.3); telephone call with J. Restivo regarding same (0.1). | .40 |
| 04/22/08 | Cameron | Participate (by phone) in part of hearing (.80); follow-up meetings and calls re same (.70) | 1.50 |
| 04/22/08 | Restivo | ZAI Argument before Judge and post-argument telephone calls and emails with R. Finke, E. Westbrook, et al. | 3.00 |
| 04/23/08 | Metropulos | Continue legal research on damages in products cases, and summarize case law for T. Rea. | 1.50 |
| 04/23/08 | Restivo | Telephone calls and correspondence re: mediation. | 1.00 |
| 04/24/08 | Metropulos | Review and analyze remaining damages cases and begin drafting summary of information for T. Rea. | 3.00 |
| 04/26/08 | Cameron | Review materials for ZAI mediation. | 1.70 |
| 04/27/08 | Cameron | Review materials regarding Canadian ZAI (0.4); review issues from mediation (0.9). | 1.30 |
| 04/28/08 | Cameron | Prepare for (0.5) and participate in meetings and calls regarding mediation (0.8); review e-mails regarding ZAI issues (0.5). | 1.80 |
| 04/28/08 | Metropulos | Review and analyze materials collected from damages research and draft email memo to T. Rea. | 3.10 |
| 04/28/08 | Restivo | Telephone calls and emails with E. Westbrook, D. Hogan and clients re:  mediation. | 1.50 |
| 04/29/08 | Cameron | Meet with J. Restivo and calls with ZAI claimants' counsel (0.4); e-mail regarding same (0.3); review materials for mediation (0.9). | 1.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1702233
60028  ZAI Science Trial                    Page   4
May 22, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/29/08 | Restivo | Review and telephone calls with Westbrook, Finke and Cameron. | 1.00 |
| 04/30/08 | Cameron | Telephone call with J. Restivo (0.2); review bar date notice materials (1.1). | 1.30 |
| 04/30/08 | Rea | Research re: ZAI claim. | .20 |

```
                                                         ------
                                        TOTAL HOURS      59.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 0.10 | at | $ 620.00 | = | 62.00 |
| Douglas E. Cameron | 27.80 | at | $ 615.00 | = | 17,097.00 |
| James J. Restivo Jr. | 15.40 | at | $ 675.00 | = | 10,395.00 |
| Traci Sands Rea | 0.20 | at | $ 435.00 | = | 87.00 |
| Natalie C. Metropulos | 15.90 | at | $ 260.00 | = | 4,134.00 |
| Sharon A. Ament | 0.30 | at | $ 165.00 | = | 49.50 |

```
                    CURRENT FEES                          31,824.50


                                                         ------------
            TOTAL BALANCE DUE UPON RECEIPT                $31,824.50
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1702234
5400 Broken Sound Blvd., N.W.        Invoice Date        05/22/08
Boca Raton, FL 33487                 Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                          2,878.00
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,878.00
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1702234 |
| Invoice Date | 05/22/08 |
| Client Number | 172573 |
| Matter Number | 60029 |

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 04/01/08 | Ament | Attend to billing matters relating to Environ consultant fee. | .10 |
| 04/07/08 | Muha | Review, analyze and revise fee and expense detail for March 2008 monthly fee application. | 1.60 |
| 04/08/08 | Ament | Attend to billing matters relating to Environ consultant fees (.10); various e-mails re: same (.10). | .20 |
| 04/14/08 | Ament | Attend to billing issues relating to 26th quarterly fee application (.20); various e-mails and meet with A. Muha re: same (.20). | .40 |
| 04/23/08 | Ament | E-mails with A. Muha re: monthly and quarterly fee applications (.20); attend to billing matters re: consultant fees (.20). | .40 |
| 04/23/08 | Lord | E-file and perfect service of Reed Smith CNO to February monthly fee application (.3); correspondence to Grace regarding same (.1). | .40 |
| 04/23/08 | Muha | Revisions to fee and expense detail for March 2008 monthly fee application, and multiple e-mails re: status of fee application. | .80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1702234
60029  Fee Applications-Applicant           Page    2
May 22, 2008
```

|   Date   Name |   | Hours |
| --- | --- | --- |
| 04/24/08 Muha | Additional revisions to March 2008 monthly fee application, and e-mails to billing department and S. Ament re: same. | .60 |
| 04/28/08 Ament | Attend to billing matters re: consultant fees (.30); review invoices and begin calculating fees and expenses for March monthly fee application (1.0); prepare spreadsheet re: same (.50); begin drafting March monthly fee application (.20); e-mails with J. Lord re: monthly and quarterly fee applications (.10). | 2.10 |
| 04/28/08 Muha | E-mails re: finalizing March 2008 monthly fee application. | .20 |
| 04/29/08 Ament | Complete calculating fees and expenses for March monthly fee application (.40); provide said fee application to A. Muha (.10); finalize said fee application (.10); e-mail same to J. Lord for DE filing (.10); begin calculating fees and expenses for quarterly fee application (1.50); prepare spreadsheet re: same (.50); attend to billing matters relating to consultant fees (.20); e-mails re: same (.10). | 3.00 |
| 04/29/08 Lord | Revise, e-file and perfect service of Reed Smith March monthly fee application. | 1.40 |
| 04/29/08 Muha | Make final review of and revisions to March 2008 monthly fee application. | .50 |
| 04/30/08 Ament | E-mails and meet with A. Muha re: quarterly fee application. | .10 |

```
                                        TOTAL HOURS   11.80
```

| TIME SUMMARY | Hours | Rate | Value |
| --- | --- | --- | --- |

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
May 22, 2008

Invoice Number  1702234
Page    3

| | | | | | | |
|---|---|---|---|---|---|---|
| Andrew J. Muha | 3.70 | at | $ | 385.00 | = | 1,424.50 |
| John B. Lord | 1.80 | at | $ | 230.00 | = | 414.00 |
| Sharon A. Ament | 6.30 | at | $ | 165.00 | = | 1,039.50 |

CURRENT FEES                                                2,878.00

                                                        ------------
TOTAL BALANCE DUE UPON RECEIPT                             $2,878.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                     Invoice Number      1702235
One Town Center Road                 Invoice Date      05/22/08
Boca Raton, FL    33486              Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

          Fees                              492.00
          Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $492.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1702235
One Town Center Road                      Invoice Date        05/22/08
Boca Raton, FL   33486                    Client Number         172573
                                          Matter Number          60030

==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

       Date   Name                                          Hours
     -------- -----------                                   -----

     04/21/08 Cameron        Participate in portion of Omnibus     .80
                             hearing (via phone).

                                                           ------
                                        TOTAL HOURS          .80


    TIME SUMMARY              Hours        Rate        Value
    -----------------------   ----------------------   -------
    Douglas E. Cameron        0.80  at  $  615.00  =    492.00

                             CURRENT FEES                        492.00


                                                        ------------
                      TOTAL BALANCE DUE UPON RECEIPT       $492.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1702236
One Town Center Road                      Invoice Date        05/22/08
Boca Raton, FL    33486                   Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                            161,253.00
         Expenses                              0.00

                      TOTAL BALANCE DUE UPON RECEIPT      $161,253.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number      1702236
One Town Center Road                Invoice Date        05/22/08
Boca Raton, FL    33486             Client Number        172573
                                    Matter Number         60033

========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 04/01/08 | Ament | Assist team with various issues relating to PD claims (.40); e-mails re: same (.10). | .50 |
| 04/01/08 | Aten | Continue to review claims files and to prepare summary for J. Restivo (1.8); finalize summary and send to J. Restivo (0.5). | 2.30 |
| 04/01/08 | Cameron | Attention to mediation preparation issues. | 2.10 |
| 04/01/08 | Flatley | Review R. Aten memo (0.5); with R. Aten re: memo (0.2). | .70 |
| 04/01/08 | Rea | Review and prepare materials for mediation. | 3.90 |
| 04/01/08 | Restivo | Mediation correspondence (0.3); settlement of Bayshore Hospital (1.2). | 1.50 |
| 04/02/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/02/08 | Cameron | Prepare summaries for mediation. | 1.20 |
| 04/02/08 | Rea | Review and prepare materials for mediation. | 1.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1702236
60033  Claim Analysis Objection Resolution  Page    2
       & Estimation (Asbestos)
May 22, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/02/08 | Restivo | Mediation planning (0.3); Bayshore settlement (0.5); telephone call with R. Finke (0.2). | 1.00 |
| 04/03/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10); meet with J. Restivo re: Bayshore (.10). | .50 |
| 04/03/08 | Cameron | Attention to mediation materials. | .80 |
| 04/03/08 | Restivo | E-mails, telephone calls, correspondence re: mediation papers. | 1.30 |
| 04/04/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 04/04/08 | Cameron | Work on mediation materials. | 1.40 |
| 04/04/08 | Rea | Review and prepare materials for mediation. | 2.80 |
| 04/05/08 | Cameron | Review mediation materials. | 1.60 |
| 04/06/08 | Cameron | Continued work on mediation materials. | 1.90 |
| 04/07/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 04/07/08 | Cameron | Prepare and revise claims summaries for mediation (1.3); e-mails regarding mediation (0.6); e-mails regarding discovery issues (0.5). | 2.40 |
| 04/07/08 | Rea | Review and prepare materials for mediation. | 3.50 |
| 04/07/08 | Restivo | Meeting with T. Rea (.5); telephone calls with D. Speights (.5); communications with K&E attorneys (1.0). | 2.00 |
| 04/08/08 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1702236
60033  Claim Analysis Objection Resolution         Page   3
       & Estimation (Asbestos)
May 22, 2008

| Date | Name | | Hours |
|------|------|---|-------|

04/08/08 Rea          Discovery for Allegheny Center      2.60
                      claims.

04/08/08 Restivo      Telephone conference with R. Beber  2.00
                      and R. Finke (.5); correspondence
                      with K&E re:  mediation, Omnibus
                      Hearing and related matters (.5);
                      Allegheny Center claim (.5);
                      documenting three ("alter or
                      amend" claim settlements (.5).

04/09/08 Ament        Assist team with various issues      .20
                      relating to PD claims.

04/09/08 Cameron      Multiple revisions to mediation     2.30
                      summaries (0.9); e-mails regarding
                      same (0.6); review other summaries
                      for mediation preparation (0.8).

04/09/08 Rea          Review and prepare materials for    6.50
                      mediation.

04/09/08 Restivo      Telephone conference with R. Beber  2.00
                      and R. Finke (0.7); telephone call
                      with D. Speights re: mediation;
                      emails re: same (1.3).

04/10/08 Ament        Assist team with various issues      .50
                      relating to PD claims (.40);
                      e-mail to team re: same (.10).

04/10/08 Cameron      Telephone call with J. Restivo      1.40
                      regarding mediation issues (0.5);
                      review claims summaries (0.9).

04/10/08 Rea          Review and prepare materials for    2.70
                      mediation.

04/10/08 Restivo      Summary analysis of Speights'       5.00
                      mediation claims (4.5); transcript
                      references re:  effect of
                      abidement on statute of
                      limitations (.5).

04/11/08 Cameron      Review J. Restivo summary for       2.30
                      conference call (1.1); review
                      materials from T. Rea (1.2).

172573 W. R. Grace & Co.                          Invoice Number  1702236
60033  Claim Analysis Objection Resolution        Page    4
       & Estimation (Asbestos)
May 22, 2008


| Date | Name | | Hours |
|------|------|---|-------|
| 04/11/08 | Rea | Review and prepare materials for mediation. | 2.20 |
| 04/12/08 | Cameron | Review mediation summaries. | 1.80 |
| 04/13/08 | Cameron | Prepare for 4/14 call. | 1.50 |
| 04/14/08 | Ament | Assist team with various issues relating to PD claims (.40); various e-mails with team re: same (.20); meet with T. Rea re: Speights claims (.10). | .70 |
| 04/14/08 | Cameron | Prepare for (0.8) and participate in call with W. R. Grace regarding mediation preparation (2.2); follow-up from call (0.4); review revised summaries (0.7). | 4.10 |
| 04/14/08 | Rea | Prepare for and participate in call with clients re: mediation issues (3.0);  follow-up on call issues (0.7);  continue work on materials in preparation for mediation (2.7). | 6.40 |
| 04/14/08 | Restivo | Prepare for and conference call with clients, D. Cameron and T. Rea re:  mediation (3.5); follow-up analysis (1.3). | 4.80 |
| 04/15/08 | Ament | Assist team with various issues relating to PD claims (.40); meet with J. Restivo re: U.S. Trustee objection to mediator (.20); meet with team re: status (.70); access database of PD claims and assist J. Restivo by obtaining and providing various asbestos surveys and claims files (2.50); various meetings with J. Restivo, D. Cameron and T. Rea re: same (.30). | 4.10 |
| 04/15/08 | Cameron | Prepare for (0.5) and attend meeting regarding mediation preparation (1.1); review draft mediation statement (0.8); review various claims files and supporting materials (1.5). | 3.90 |

172573 W. R. Grace & Co.                        Invoice Number  1702236
60033  Claim Analysis Objection Resolution       Page    5
       & Estimation (Asbestos)
May 22, 2008


| Date | Name | | Hours |
|------|------|--|-------|

| 04/15/08 | Rea | Analysis of materials for mediation and prepare supporting materials to use during mediation. | 4.40 |
| 04/15/08 | Restivo | Mediation preparation (3.3); correspondence with K&E attorneys re: Omnibus, Mediation, etc. (.5). | 3.80 |
| 04/16/08 | Ament | Assist team with various issues relating to PD claims (.60); access database and download Pinchin product ID letters per D. Cameron request (1.70); obtain and provide Pinchin deposition exhibits to D. Cameron per request (.30). | 2.60 |
| 04/16/08 | Aten | Locate and pull requested documents re: Pacific Freeholds for T. Rea. | .40 |
| 04/16/08 | Cameron | Review revised mediation statement and provide comments (1.4); extensive review of claim file materials in continued preparation for mediation (1.9); review revised summaries (0.8). | 4.10 |
| 04/16/08 | Rea | Continue to prepare materials to use during mediation. | 6.00 |
| 04/16/08 | Restivo | Preparation for Mediation, including work on Mediation Statement. | 5.00 |
| 04/17/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10); assist D. Cameron with claim files for mediation purposes (1.0). | 1.30 |
| 04/17/08 | Cameron | Review and revise draft mediation statement (1.3); review claims file materials for mediation preparation (1.8); prepare for (0.8) and participate in call with R. Finke and B. Beber (0.9); review Speights mediation statement (0.8). | 5.60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1702236
60033  Claim Analysis Objection Resolution      Page    6
       & Estimation (Asbestos)
May 22, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 04/17/08 | Rea | Review and prepare materials for mediation, including work on mediation statement. | 3.30 |
| 04/17/08 | Restivo | Finalize Mediation Statement (1.0); prepare for Omnibus Hearing and Mediation (2.0); prepare for and conference call with clients (2.0). | 5.00 |
| 04/18/08 | Ament | Assist team with various issues relating to PD claims (.20); access database, download, organize and review Speights South Carolina claims per J. Restivo and T. Rea request (4.50); various e-mails and meet with T. Rea re: same (.20). | 4.90 |
| 04/18/08 | Cameron | Additional preparation for mediation (0.9); begin review of Brandi submission and e-mails regarding same (1.8); additional review of Speights submission (0.9). | 3.60 |
| 04/18/08 | Rea | Review and analysis of materials used to support mediation positions. | 4.10 |
| 04/18/08 | Restivo | Prepare "if-then" mediation scenarios. | 3.00 |
| 04/19/08 | Cameron | Additional review of claimants' mediation submissions. | 1.80 |
| 04/20/08 | Cameron | Review of Speights' Canadian claims (1.4); review of claimants' submissions and preparation for mediation (1.8). | 3.20 |
| 04/21/08 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10). | .50 |
| 04/21/08 | Aten | Began reviewing claimants' mediation statement; conference call with L. Flatley re: same. | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1702236
60033  Claim Analysis Objection Resolution        Page    7
       & Estimation (Asbestos)
May 22, 2008


| Date | Name | | Hours |
|------|------|---|-------|

| 04/21/08 | Cameron | Prepare for (0.6) and participate in mediation preparation meeting (0.9); review Brandi and Speights submissions (1.9); review materials for mediation (1.5). | 4.90 |
| 04/21/08 | Flatley | Call with J. Restivo re: mediation preparation (0.2); call with R. Aten (0.1); preliminary look at mediation statements (0.2). | .50 |
| 04/21/08 | Rea | Review and analyze claims materials that are the subject of the mediation proceeding. | 5.30 |
| 04/21/08 | Restivo | Telephone Omnibus Hearing (1.5); prepare for Mediation (3.5). | 5.00 |
| 04/22/08 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10); meet with T. Rea re: mediation (.10). | .60 |
| 04/22/08 | Aten | Conference with L. Flatley re: claimants' mediation statement (3.1); read/analyzed medication statements by debtor and claimants (1.3); drafted summary re: claimants' medication statement (0.6). | 5.00 |
| 04/22/08 | Cameron | Continued preparation for mediation | 1.90 |
| 04/22/08 | Flatley | Review mediation statements and analysis (1.1); with R. Aten to discuss elements for outline for mediation (0.6); e-mail from R. Aten and follow-up (0.1). | 1.80 |
| 04/22/08 | Rea | Continue work on materials to use for mediation. | .70 |
| 04/22/08 | Restivo | Mediation preparation (0.9); meeting with T. Rea (1.8); meeting with D. Cameron (0.6). | 3.30 |
| 04/23/08 | Ament | Assist team with various issues relating to PD claims. | .20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1702236
60033  Claim Analysis Objection Resolution      Page    8
       & Estimation (Asbestos)
May 22, 2008
```

| Date | Name | | Hours |
|------|------|---|------|
| 04/23/08 | Cameron | Prepare for mediation session on 4/24 and 4/25. | 5.80 |
| 04/23/08 | Flatley | Review R. Aten draft memo and comment on it (0.5); e-mails and follow-up (0.1). | .60 |
| 04/23/08 | Rea | Review and prepare materials for mediation. | 6.50 |
| 04/23/08 | Restivo | Preparation for mediation (4.6); meeting with client (2.9). | 7.50 |
| 04/24/08 | Cameron | Prepare for (1.9) and attend mediation (9.5). | 11.40 |
| 04/24/08 | Garlitz | Assist team with various issued re: PD claims. | .50 |
| 04/24/08 | Rea | Preparation for (2.5) and participation in (9.5) mediation with Speights re: property damages. | 12.00 |
| 04/24/08 | Restivo | Preparation for (2.5) and participate in (10.0) mediation in Philadelphia; follow-up on issues (1.5). | 14.00 |
| 04/25/08 | Cameron | Prepare for (1.2) and participate in mediation (4.5); mediation follow-up (0.7). | 6.40 |
| 04/25/08 | Flatley | Call with J. Restivo re: mediation negotiations. | .30 |
| 04/25/08 | Garlitz | Assist team with various issues re: PD claims. | .20 |
| 04/25/08 | Rea | Preparation for (2.0) and attendance at mediation (4.5); follow-up on various issues following the mediation (1.5). | 8.00 |
| 04/25/08 | Restivo | Participate in day 2 of Speights' mediation. | 4.50 |
| 04/26/08 | Cameron | Follow-up on issues arising at mediation. | .90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1702236
60033  Claim Analysis Objection Resolution  Page    9
       & Estimation (Asbestos)
May 22, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 04/27/08 | Cameron | Additional follow-up from mediation. | 1.00 |
| 04/28/08 | Ament | Assist team with various issues relating to PD claims (.60); meet with team re: status (.50). | 1.10 |
| 04/28/08 | Aten | Participate in team meeting. | .50 |
| 04/28/08 | Cameron | Prepare for (0.7) and participate in meeting regarding mediation issues (0.8); participate in call with B. Beber and R. Finke regarding same (0.9); prepare and revise summaries regarding mediation and open issues (1.9); e-mail regarding open issues for mediation (0.8). | 5.10 |
| 04/28/08 | Flatley | With J. Restivo, D. Cameron and T. Rea re: status of mediations. | .70 |
| 04/28/08 | Pickens | Research re: Individual Settlement with Purported Class Representative | 8.40 |
| 04/28/08 | Rea | Attend team meeting (.5); follow-up on multiple issues from mediation (4.1); call with client re: settlement negotiations (1.0). | 5.60 |
| 04/28/08 | Restivo | Planning meeting (2.3); correspondence re: mediation and Brandi (0.5); correspondence with K&E (1.3) telephone conference with clients (1.7); telephone calls re: Solow (0.7). | 6.50 |
| 04/29/08 | Ament | Assist team with various issues relating to PD claims (.50); various e-mails and meet with T. Rea re: same (.20). | .70 |
| 04/29/08 | Cameron | Review materials from R. Finke and summarize (0.9); review settlement materials (0.9). | 1.80 |
| 04/29/08 | Pickens | Research re: Individual Settlement with Purported Class Representative | 3.50 |

```
172573  W. R. Grace & Co.                      Invoice Number  1702236
60033   Claim Analysis Objection Resolution    Page  10
          & Estimation (Asbestos)
May 22, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/29/08 | Rea | Follow-up from mediation. | 2.90 |
| 04/29/08 | Restivo | Review and telephone calls re: Solow (0.5); correspondence with K&E (0.5); review mediation notes (0.5). | 1.50 |
| 04/30/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 04/30/08 | Cameron | Review mediation materials (0.9); review materials from R. Finke (0.3). | 1.20 |
| 04/30/08 | Rea | Drafting of settlement documents for California claims (3.0); review of documents produced in discovery (.9). | 3.90 |

```
                                    TOTAL HOURS   306.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 4.60 | at $ | 620.00 | = | 2,852.00 |
| Douglas E. Cameron | 87.40 | at $ | 615.00 | = | 53,751.00 |
| James J. Restivo Jr. | 78.70 | at $ | 675.00 | = | 53,122.50 |
| Traci Sands Rea | 94.50 | at $ | 435.00 | = | 41,107.50 |
| Rebecca E. Aten | 8.60 | at $ | 335.00 | = | 2,881.00 |
| Dustin Pickens | 11.90 | at $ | 350.00 | = | 4,165.00 |
| Sharon A. Ament | 19.60 | at $ | 165.00 | = | 3,234.00 |
| Margaret A. Garlitz | 0.70 | at $ | 200.00 | = | 140.00 |

```
              CURRENT FEES                     161,253.00


                                               ------------
   TOTAL BALANCE DUE UPON RECEIPT              $161,253.00
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1702237
One Town Center Road                      Invoice Date      05/22/08
Boca Raton, FL    33486                    Client Number      172573



================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

            Fees                          41,136.00
            Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $41,136.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1702237
One Town Center Road                    Invoice Date       05/22/08
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60035

================================================================================

Re: (60035) Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 04/02/08 | Burns | Confer with attorney regarding review of CD containing key documents (0.4); review CD for key documents for attorney review (0.4). | .80 |
| 04/03/08 | Burns | Teleconference with T. Stansbury regarding key documents on CD (0.6); confer with attorney regarding key documents for review (1.0). | 1.60 |
| 04/04/08 | Burns | Contact Compex regarding collecting key documents for attorney review (0.1); review CD for key documents (1.4). | 1.50 |
| 04/05/08 | Cameron | Review materials from R.J. Lee Group. | 1.20 |
| 04/07/08 | Burns | Collect and organize key documents for attorney review | 4.10 |
| 04/08/08 | Burns | Collect and organize key documents for attorney review | 4.90 |
| 04/08/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 4.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1702237
60035  Grand Jury Investigation             Page    2
May 22, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 04/08/08 | Sanner | Email correspondence from J. Taylor-Payne re MSHA correspondence (0.1); analyze MSHA correspondence on prior FOIA request (1.1); email correspondence with A. Klapper re same (0.1). | .30 |
| 04/08/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .40 |
| 04/09/08 | Burns | Consult with attorney regarding key documents (0.2); collect and organize key documents for attorney review (2.5). | 2.70 |
| 04/09/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 3.10 |
| 04/10/08 | Burns | Collect and organize key documents for attorney review | 3.70 |
| 04/10/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 5.30 |
| 04/11/08 | Burns | Collect and organize key documents for attorney review | 3.20 |
| 04/11/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 4.30 |
| 04/12/08 | Burns | Collect and organize key documents for attorney review | 2.20 |
| 04/14/08 | Burns | Confer with J. Jones regarding assistance with organizing key documents (0.3); collect and organize key documents for attorney review (3.4). | 3.70 |
| 04/14/08 | Jones | Collect and organize key documents for attorney review | 2.00 |

172573 W. R. Grace & Co.                    Invoice Number  1702237
60035  Grand Jury Investigation            Page    3
May 22, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 04/14/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 4.70 |
| 04/14/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .20 |
| 04/15/08 | Burns | Confer with J. Jones review and organization of key documents for attorney review | .20 |
| 04/15/08 | Jones | Collect and organize key documents for attorney review | 5.00 |
| 04/16/08 | Burns | Confer with attorney regarding key documents | .20 |
| 04/16/08 | Jones | Collect and organize key documents for attorney review | 5.00 |
| 04/17/08 | Burns | Collect and organize key documents for attorney review | 6.50 |
| 04/17/08 | Jones | Collect and organize key documents for attorney review | 3.00 |
| 04/17/08 | Sanner | Email correspondence with J. Taylor-Payne re MSHA inquiry on FOIA documents. | .30 |
| 04/17/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .20 |
| 04/18/08 | Burns | Confer with M. Doolittle regarding status of organization of key documents for attorney review | .30 |
| 04/18/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 3.40 |
| 04/19/08 | Burns | Collect and organize key documents for attorney review | .70 |
| 04/21/08 | Burns | Collect and organize key documents for attorney review | 3.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1702237
60035  Grand Jury Investigation             Page    4
May 22, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 04/21/08 | Jones | Collect and organize key documents for attorney review | 3.00 |
| 04/21/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 6.10 |
| 04/22/08 | Burns | Collect and organize key documents for attorney review | .80 |
| 04/22/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 5.20 |
| 04/23/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 2.20 |
| 04/25/08 | Burns | Collect and organize key documents for attorney review (1.9); confer with J. Lauritzen regarding key documents (0.2). | 2.10 |
| 04/25/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 4.20 |
| 04/28/08 | Cameron | Review materials from R. Finke. | .90 |
| 04/28/08 | Klapper | Continue review of additional documents cited by government experts and recently received by Grace counsel. | 3.60 |
| 04/28/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .10 |
| 04/29/08 | Burns | Collect and organize key documents for attorney review | 3.10 |
| 04/29/08 | Jones | Collect and organize key documents for attorney review | .50 |
| 04/30/08 | Burns | Collect and organize key documents for attorney review | 3.20 |

```
                                                           ------
```

172573 W. R. Grace & Co.                          Invoice Number  1702237
60035  Grand Jury Investigation                   Page    5
May 22, 2008


                                        TOTAL HOURS    116.90


        TIME SUMMARY                Hours        Rate           Value
        ------------------------   -----------------------    -------
        Douglas E. Cameron          2.10  at  $  615.00  =    1,291.50
        Antony B. Klapper          46.30  at  $  575.00  =   26,622.50
        Margaret L. Sanner          0.60  at  $  445.00  =      267.00
        Yovana A. Burns            48.50  at  $  210.00  =   10,185.00
        Jacquis Jones              18.50  at  $  140.00  =    2,590.00
        Jennifer L. Taylor-Payne    0.90  at  $  200.00  =      180.00

                            CURRENT FEES                       41,136.00


                                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT              $41,136.00
                                                              ============