REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number      1702307
One Town Center Road                Invoice Date      05/22/08
Boca Raton, FL   33486              Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                                0.00
        Expenses                        1,465.47

                    TOTAL BALANCE DUE UPON RECEIPT        $1,465.47
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1702307 |
| Invoice Date | 05/22/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| IKON Copy Services | 20.00 |
| PACER | 25.20 |
| Documentation Charge | 104.01 |
| Duplicating/Printing/Scanning | 66.70 |
| Postage Expense | 0.41 |
| Secretarial Overtime | 37.50 |
| Lodging | 85.50 |
| Parking/Tolls/Other Transportation | 17.00 |
| Air Travel Expense | 1,014.95 |
| Taxi Expense | 90.00 |
| Telephone - Outside | 4.20 |

| | |
|---|---:|
| CURRENT EXPENSES | 1,465.47 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $1,465.47 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1702307
One Town Center Road                      Invoice Date    05/22/08
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/01/08 | PACER | 24.64 |
| 03/01/08 | PACER | .56 |
| 03/18/08 | Telephone - Outside<br>Chorus Call Inv No: 0331716 - KLAPPER - | 4.20 |
| 03/26/08 | Secretarial Overtime: WR Grace Litigation -<br>update and revise February 2008 fee<br>application and excel spreadsheet. | 37.50 |
| 04/04/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 16 COPIES | 1.60 |
| 04/05/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 5 COPIES | .50 |
| 04/05/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 19 COPIES | 1.90 |
| 04/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 22 COPIES | 2.20 |
| 04/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 04/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 04/16/08 | Documentation Charge - - HIMMEL FARB LIBRARY,<br>THE GEORGE WASHINGTON UNIV. LIBRARY SERVICE IN<br>3/2008 | 37.01 |
| 04/16/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC.  COPYING | 20.00 |

172573 W. R. Grace & Co.                          Invoice Number  1702307
60026  Litigation and Litigation Consulting        Page    2
May 22, 2008

| Date | Description | Amount |
|------|-------------|--------|
| 04/17/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 176 COPIES | 17.60 |
| 04/18/08 | Documentation Charge - - VENDOR: INSTANT<br>INFORMATION SYSTEMS, INC.  - SERVICE ON 4/1/08 | 67.00 |
| 04/21/08 | Lodging - - VENDOR: ANTONY B. KLAPPER TRIP TO<br>PITTSBURGH FOR CROSS PREP OF EXPERT 4/6/08 - -<br>One night hotel charge in PGH | 85.50 |
| 04/21/08 | Air Travel Expense - - VENDOR: ANTONY B.<br>KLAPPER TRIP TO PITTSBURGH FOR CROSS PREP OF<br>EXPERT 4/6/08 - - Travel from WDC to PGH and<br>return trip. | 1014.95 |
| 04/21/08 | Taxi Expense - - VENDOR: ANTONY B. KLAPPER TRIP<br>TO PITTSBURGH FOR CROSS PREP OF EXPERT 4/6/08 -<br>- Taxi fare between PGH airport and meetings<br>downtown. | 90.00 |
| 04/21/08 | Parking/Tolls/Other Transportation - - VENDOR:<br>ANTONY B. KLAPPER TRIP TO PITTSBURGH FOR CROSS<br>PREP OF EXPERT 4/6/08 - - Parking at airport<br>during trip to PGH. | 17.00 |
| 04/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 04/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 04/28/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 6 COPIES | .60 |
| 04/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 04/28/08 | Postage Expense | .41 |
| 04/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 04/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 04/29/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 62 COPIES | 6.20 |
| 04/29/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 244 COPIES | 24.40 |

CURRENT EXPENSES                          1,465.47

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
May 22, 2008

Invoice Number  1702307
Page   3

- - - - - - - - - - - -
TOTAL BALANCE DUE UPON RECEIPT          $1,465.47
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1702309
5400 Broken Sound Blvd., N.W.        Invoice Date      05/22/08
Boca Raton, FL 33487                 Client Number      172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

          Fees                            0.00
          Expenses                    3,299.17

                    TOTAL BALANCE DUE UPON RECEIPT       $3,299.17
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number    1702309
5400 Broken Sound Blvd., N.W.            Invoice Date      05/22/08
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60028

==============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.95
        Duplicating/Printing/Scanning           18.80
        Westlaw                               3,279.42

                    CURRENT EXPENSES                        3,299.17
                                                        -------------

                    TOTAL BALANCE DUE UPON RECEIPT         $3,299.17
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                         Invoice Number     1702309
5400 Broken Sound Blvd., N.W.       Invoice Date     05/22/08
Boca Raton, FL 33487                Client Number       172573
                                    Matter Number        60028


================================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/03/08 | Westlaw - - Legal research re: damages issues. | 1255.20 |
| 04/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 04/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 04/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 10 COPIES | 1.00 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 10 COPIES | 1.00 |
| 04/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |

172573 W. R. Grace & Co.                    Invoice Number  1702309
60028  ZAI Science Trial                    Page    2
May 22, 2008

| | | |
|---|---|---|
| 04/14/08 | Westlaw - - Legal research re: damages issues. | 1553.51 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 04/22/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 04/23/08 | Westlaw - - Legal research re: damages issues. | 423.38 |
| 04/24/08 | Westlaw - - Legal research re: damages issues. | 47.33 |
| 04/28/08 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/20 | .95 |

                        CURRENT EXPENSES                    3,299.17
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $3,299.17
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1702310
One Town Center Road                      Invoice Date      05/22/08
Boca Raton, FL    33486                   Client Number      172573

================================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                   0.00
         Expenses                           8,918.15

                    TOTAL BALANCE DUE UPON RECEIPT        $8,918.15
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1702310
One Town Center Road                      Invoice Date        05/22/08
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033

======================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Binding Charge                         15.00
        Telephone Expense                       3.65
        PACER                                  48.64
        Duplicating/Printing/Scanning         335.80
        Postage Expense                         2.69
        Courier Service - Outside               9.48
        Secretarial Overtime                   30.00
        Lodging                             1,470.60
        Parking/Tolls/Other Transportation     77.25
        Air Travel Expense                    643.00
        Mileage Expense                        24.24
        Meal Expense                           82.05
        Telephone - Outside                    96.50
        General Expense                     6,079.25

                    CURRENT EXPENSES                    8,918.15
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT     $8,918.15
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1702310
One Town Center Road                      Invoice Date       05/22/08
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/01/08 | PACER | 48.64 |
| 03/17/08 | Secretarial Overtime: W.R. Grace - Revisions to Argument | 30.00 |
| 03/31/08 | Duplicating/Printing/Scanning ATTY # 003928: 7 COPIES | .70 |
| 04/01/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/8 | .35 |
| 04/01/08 | Duplicating/Printing/Scanning ATTY # 003928: 13 COPIES | 1.30 |
| 04/02/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/7 | .30 |
| 04/02/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/4 | .20 |
| 04/04/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/2 | .10 |
| 04/06/08 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 04/06/08 | Duplicating/Printing/Scanning ATTY # 0559; 18 COPIES | 1.80 |
| 04/06/08 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPY | .10 |
| 04/06/08 | Duplicating/Printing/Scanning ATTY # 0559; 7 COPIES | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1702310
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
May 22, 2008


04/07/08   Duplicating/Printing/Scanning                    22.20
           ATTY # 0559; 222 COPIES

04/07/08   Duplicating/Printing/Scanning                     4.70
           ATTY # 0559; 47 COPIES

04/07/08   Duplicating/Printing/Scanning                     4.70
           ATTY # 0559; 47 COPIES

04/07/08   Duplicating/Printing/Scanning                     5.60
           ATTY # 0559; 56 COPIES

04/08/08   Duplicating/Printing/Scanning                     3.30
           ATTY # 1398; 33 COPIES

04/08/08   Duplicating/Printing/Scanning                      .20
           ATTY # 001398: 2 COPIES

04/08/08   Postage Expense                                   2.28

04/09/08   Duplicating/Printing/Scanning                      .30
           ATTY # 000349: 3 COPIES

04/09/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000349: 1 COPY

04/09/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000349: 1 COPY

04/09/08   Telephone Expense                                 .15
           803-943-4444/HAMPTON, SC/3

04/09/08   Telephone Expense                                 .15
           310-342-0888/INGLEWOOD, CA/3

04/10/08   General Expense - - VENDOR: JAMS, INC.  - JUDGE  6050.00
           MEDIATION FEE/CASE MANAGEMENT FEE

04/10/08   Duplicating/Printing/Scanning                      .20
           ATTY # 001398: 2 COPIES

04/10/08   Duplicating/Printing/Scanning                      .10
           ATTY # 000349: 1 COPY

04/10/08   Telephone Expense                                 .95
           410-531-4355/COLUMBIA, MD/20

04/10/08   Duplicating/Printing/Scanning                      .40
           ATTY # 0559; 4 COPIES

172573  W. R. Grace & Co.                                    Invoice Number   1702310
60033   Claim Analysis Objection Resolution                  Page    3
        & Estimation (Asbestos)
May 22, 2008


04/10/08    Duplicating/Printing/Scanning                                    .20
            ATTY # 1398; 2 COPIES

04/10/08    Duplicating/Printing/Scanning                                   1.00
            ATTY # 1398; 10 COPIES

04/10/08    Duplicating/Printing/Scanning                                    .30
            ATTY # 0349; 3 COPIES

04/10/08    Duplicating/Printing/Scanning                                   1.10
            ATTY # 4810; 11 COPIES

04/10/08    Duplicating/Printing/Scanning                                   3.20
            ATTY # 0559; 32 COPIES

04/10/08    Duplicating/Printing/Scanning                                    .30
            ATTY # 0139; 3 COPIES

04/10/08    Duplicating/Printing/Scanning                                    .30
            ATTY # 1398; 3 COPIES

04/10/08    Duplicating/Printing/Scanning                                   1.20
            ATTY # 1398; 12 COPIES

04/10/08    Courier Service - UPS - Shipped from Traci Rea                  9.48
            ,Reed Smith LLP - Pittsburgh to Jean Riffe,
            JAMS PHILADELPHIA (PHILADELPHIA PA 19103).

04/14/08    Duplicating/Printing/Scanning                                   1.20
            ATTY # 1398; 12 COPIES

04/14/08    Duplicating/Printing/Scanning                                    .30
            ATTY # 1398; 3 COPIES

04/14/08    Duplicating/Printing/Scanning                                    .10
            ATTY # 001398: 1 COPY

04/14/08    Duplicating/Printing/Scanning                                    .10
            ATTY # 000349: 1 COPY

04/14/08    Duplicating/Printing/Scanning                                    .20
            ATTY # 001398: 2 COPIES

04/14/08    Duplicating/Printing/Scanning                                    .10
            ATTY # 001398: 1 COPY

04/14/08    Duplicating/Printing/Scanning                                    .10
            ATTY # 000349: 1 COPY

04/14/08    Postage Expense                                                  .41

172573 W. R. Grace & Co.                          Invoice Number   1702310
60033  Claim Analysis Objection Resolution        Page    4
      & Estimation (Asbestos)
May 22, 2008


| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 74 COPIES | 7.40 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 04/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 31 COPIES | 3.10 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 26 COPIES | 2.60 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 30 COPIES | 3.00 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 3928; 141 COPIES | 14.10 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 62 COPIES | 6.20 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 29 COPIES | 2.90 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 1.50 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |

172573 W. R. Grace & Co.                          Invoice Number   1702310
60033  Claim Analysis Objection Resolution        Page    5
     & Estimation (Asbestos)
May 22, 2008


| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 2 COPIES | .20 |
|----------|----------|------|
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 2 COPIES | .20 |
| 04/16/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 22 COPIES | 2.20 |
| 04/17/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/7 | .35 |
| 04/17/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 85 COPIES | 8.50 |
| 04/17/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 388 COPIES | 38.80 |
| 04/17/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 04/17/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 6 COPIES | .60 |
| 04/17/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 1 COPY | .10 |
| 04/17/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 1 COPY | .10 |
| 04/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 04/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 04/18/08 | Telephone - Outside - - VENDOR:<br>JAMES J. RESTIVO, JR. COURT CALL | 96.50 |
| 04/18/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 34 COPIES | 3.40 |
| 04/18/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 806 COPIES | 80.60 |
| 04/18/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 341 COPIES | 34.10 |
| 04/18/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPY | .10 |

172573  W. R. Grace & Co.                          Invoice Number   1702310
60033   Claim Analysis Objection Resolution        Page    6
        & Estimation (Asbestos)
May 22, 2008


| 04/18/08 | Binding Charge | 15.00 |
| 04/18/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 2 COPIES | .20 |
| 04/18/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 1 COPY | .10 |
| 04/18/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 1 COPY | .10 |
| 04/18/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 2 COPIES | .20 |
| 04/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 04/20/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 04/20/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | 1.20 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 25 COPIES | 2.50 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 149 COPIES | 14.90 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 8 COPIES | .80 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 9 COPIES | .90 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 32 COPIES | 3.20 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 04/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |

172573 W. R. Grace & Co.                                Invoice Number   1702310
60033  Claim Analysis Objection Resolution              Page    7
       & Estimation (Asbestos)
May 22, 2008


04/22/08    Duplicating/Printing/Scanning                        .10
            ATTY # 0559; 1 COPY

04/22/08    Duplicating/Printing/Scanning                        .60
            ATTY # 0559; 6 COPIES

04/22/08    Duplicating/Printing/Scanning                       3.00
            ATTY # 0559; 30 COPIES

04/22/08    Duplicating/Printing/Scanning                       8.30
            ATTY # 0349; 83 COPIES

04/22/08    Duplicating/Printing/Scanning                       9.00
            ATTY # 0559; 90 COPIES

04/22/08    Duplicating/Printing/Scanning                        .40
            ATTY # 4810; 4 COPIES

04/22/08    Duplicating/Printing/Scanning                        .60
            ATTY # 0559; 6 COPIES

04/22/08    Duplicating/Printing/Scanning                        .20
            ATTY # 000349: 2 COPIES

04/22/08    Duplicating/Printing/Scanning                        .20
            ATTY # 000349: 2 COPIES

04/22/08    Duplicating/Printing/Scanning                        .10
            ATTY # 000559: 1 COPY

04/22/08    Duplicating/Printing/Scanning                        .40
            ATTY # 003928: 4 COPIES

04/22/08    Duplicating/Printing/Scanning                        .30
            ATTY # 000349: 3 COPIES

04/22/08    Duplicating/Printing/Scanning                        .30
            ATTY # 000349: 3 COPIES

04/22/08    Duplicating/Printing/Scanning                        .30
            ATTY # 000349: 3 COPIES

04/22/08    Duplicating/Printing/Scanning                        .30
            ATTY # 000349: 3 COPIES

04/22/08    Duplicating/Printing/Scanning                        .90
            ATTY # 000349: 9 COPIES

04/22/08    Duplicating/Printing/Scanning                        .50
            ATTY # 000349: 5 COPIES

```
172573 W. R. Grace & Co.                         Invoice Number  1702310
60033  Claim Analysis Objection Resolution       Page    8
       & Estimation (Asbestos)
May 22, 2008
```

| | | |
|---|---|---|
| 04/23/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 4 COPIES | .40 |
| 04/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 04/24/08 | General Expense - - VENDOR: THE BOX COMPANY.COM<br>3 STORAGE BOXES | 5.25 |
| 04/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 04/24/08 | Duplicating/Printing/Scanning<br>ATTY # 7029; 12 COPIES | 1.20 |
| 04/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 04/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 04/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 04/28/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 1 COPY | .10 |
| 04/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 04/29/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/8 | .40 |
| 04/29/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 04/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 04/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 04/30/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/13 | .60 |

172573 W. R. Grace & Co.                          Invoice Number  1702310
60033  Claim Analysis Objection Resolution        Page   9
       & Estimation (Asbestos)
May 22, 2008


04/30/08   Meal Expense - - VENDOR: DOUGLAS E. CAMERON          82.05
           TRIP TO PHL FOR MEDIATION OF PROPERTY DAMAGE
           CLAIMS 4/23-4/25/08 - - Two breakfasts, three
           lunches (including lunch with client), and one
           dinner during travel to PHL.

04/30/08   Lodging - - VENDOR: DOUGLAS E. CAMERON TRIP TO       798.00
           PHL FOR MEDIATION OF PROPERTY DAMAGE CLAIMS
           4/23-4/25/08 - - Two nights stay at Westin
           Philadelphia ($350 room rate, $49 tax per
           night).

04/30/08   Air Travel Expense - - VENDOR: DOUGLAS E.            271.00
           CAMERON TRIP TO PHL FOR MEDIATION OF PROPERTY
           DAMAGE CLAIMS 4/23-4/25/08 - - Coach-class
           round trip airfare between PGH and PHL.

04/30/08   Mileage Expense - - VENDOR: DOUGLAS E. CAMERON        24.24
           TRIP TO PHL FOR MEDIATION OF PROPERTY DAMAGE
           CLAIMS 4/23-4/25/08 - - Mileage to/from PGH
           airport.

04/30/08   Parking/Tolls/Other Transportation - - VENDOR:       57.00
           DOUGLAS E. CAMERON TRIP TO PHL FOR MEDIATION
           OF PROPERTY DAMAGE CLAIMS 4/23-4/25/08 - -
           Parking at PGH airport.

04/30/08   General Expense - - VENDOR: DOUGLAS E. CAMERON        24.00
           TRIP TO PHL FOR MEDIATION OF PROPERTY DAMAGE
           CLAIMS 4/23-4/25/08 - - Travel Agent Fee for
           travel to PHL.

04/30/08   Lodging - - VENDOR: TRACI L SANDS REA WR             672.60
           GRACE/CLAIMS MEDIATION 4/23-4/25/08 - - Two
           nights stay at Westin Philadelphia ($295 room
           rate, $41.30 tax per night).

04/30/08   Air Travel Expense - - VENDOR: TRACI L SANDS         372.00
           REA  WR GRACE/CLAIMS MEDIATION 4/23-4/25/08 - -
           Coach-class round trip airfare between PGH and
           PHL.

04/30/08   Parking/Tolls/Other Transportation - - VENDOR:        20.25
           TRACI L SANDS REA WR GRACE/CLAIMS MEDIATION
           4/23-4/25/08 - - Parking at PGH airport.

                        CURRENT EXPENSES               8,918.15
                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $8,918.15
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1702311
One Town Center Road                      Invoice Date      05/22/08
Boca Raton, FL    33486                    Client Number       172573



================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                            0.00
        Expenses                    1,157.90

                    TOTAL BALANCE DUE UPON RECEIPT        $1,157.90
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1702311
One Town Center Road                      Invoice Date      05/22/08
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60035

================================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Outside Duplicating                     1,157.90

                          CURRENT EXPENSES              1,157.90
                                                   - - - - - - - - - - - - -

                          TOTAL BALANCE DUE UPON RECEIPT    $1,157.90
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1702311
One Town Center Road                      Invoice Date      05/22/08
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60035


================================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    04/28/08    Outside Duplicating - - VENDOR: COMPEX        1157.90
                LITIGATION SUPPORT, INC.  - BLOWBACKS OF
                ELECTRONICALLY STORED DOCUMENTS.

                             CURRENT EXPENSES                 1,157.90
                                                            ------------
                     TOTAL BALANCE DUE UPON RECEIPT          $1,157.90
                                                            ============