# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 18, 2008 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## EIGHTY-SECOND INTERIM FEE APPLICATION FOR THE PERIOD
## FROM APRIL 1, 2008 THROUGH APRIL 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008**[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/17/08 | Attention to drafting March 2008 fee application. | | |
| 18 | K. Piper | 1.3 | 435.50 |
| 04/22/08 | Attention to drafting Quarterly Fee Application for the 28th Interim Period. | | |
| 18 | K. Piper | 1.3 | 435.50 |
| 04/28/08 | Review and revise Day Pitney's March, 2008 fee application. | | |
| 18 | S. Zuber | 0.2 | 96.00 |
| 04/28/08 | Review and revise Day Pitney's Twenty-Eighth quarterly fee application. | | |
| 18 | S. Zuber | 0.3 | 144.00 |
| 04/29/08 | Revise March 2008 fee application. | | |
| 18 | K. Piper | 0.5 | 167.50 |
| 04/29/08 | Revise quarterly fee application. | | |
| 18 | K. Piper | 0.5 | 167.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.5 | 480.00 | 240.00 |
| K. Piper | 18 | 3.6 | 335.00 | 1,206.00 |
| TOTAL | | 4.1 | | 1,446.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| | | | |
|---|---|---|---|
| 04/04/08 | Address status of settlement agreements and bankruptcy court approval. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |
| 04/07/08 | Call with and e-mail to C. Miller attaching PDF of final settlement agreement to be executed by Richards/Sunrich. | | |
| 14 | C. Otero | 0.3 | 109.50 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| | | | |
|---|---|---|---|
| 04/08/08 | Address bankruptcy court approval issues and contact with Shell counsel. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |
| | | | |
| 04/09/08 | Address status of settlement agreements. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| | | | |
| 04/10/08 | Address correspondence with Richards/Sunrich agreement. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| | | | |
| 04/10/08 | E-mail from C. Miller regarding status of Settlement Agreement and issue with wire transferring of funds; look in to alternative payment methods and e-mail response to C. Miller. | | |
| 14 | C. Otero | 0.3 | 109.50 |
| | | | |
| 04/18/08 | Review Weja revisions to draft Settlement Agreement; discuss same with B. Hatfield; attention e-mail to client concerning same. | | |
| 14 | R. Rose | 0.3 | 148.50 |
| | | | |
| 04/18/08 | Review prepared agreement revisions. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| | | | |
| 04/18/08 | Review Weja revisions to settlement agreement draft and address same. | | |
| 14 | W. Hatfield | 0.4 | 160.00 |
| | | | |
| 04/18/08 | Prepare memo to clients on Weja comments on settlement agreement and status of Richards settlement agreement execution. | | |
| 14 | W. Hatfield | 0.7 | 280.00 |
| | | | |
| 04/20/08 | Review application to Board and follow up regarding corrections. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| | | | |
| 04/21/08 | Attention to M. Obradovic and R. Senftleben approval of settlement agreement as revised with Weja/Teich. | | |
| 14 | R. Rose | 0.1 | 49.50 |
| | | | |
| 04/21/08 | Revise report to Board and check docket through S. Parker regarding same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| | | | |
| 04/21/08 | Address client memos and status of Weja comments. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |
| | | | |
| 04/21/08 | Calls to F. Biehl and Brian Matthews advising that proposed changes are acceptable and following up on status of signed settlement agreement. | | |
| 14 | C. Otero | 0.4 | 146.00 |

3

| 04/22/08 | Call from B. Matthews to confirm when we will receive signed settlement agreement. | | |
| 14 | C. Otero | 0.2 | 73.00 |
| | | | |
| 04/24/08 | Address Weja settlement agreement. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| | | | |
| 04/29/08 | Review letter from Weja counsel concerning settlement. | | |
| 14 | R. Rose | 0.1 | 49.50 |
| | | | |
| 04/29/08 | Address Weja letter on lien issues. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |
| | | | |
| 04/29/08 | Call with client on Weja settlement agreement and negative notice procedure; discuss position on lien against Teich house in NYS. | | |
| 14 | W. Hatfield | 0.4 | 160.00 |
| | | | |
| 04/29/08 | Review/Analysis correspondence from W. Hatfield regarding settlement approval. | | |
| 3 | J. Borg | 0.1 | 40.50 |
| | | | |
| 04/30/08 | Discuss Weja's counsel's letter with W. Hatfield. | | |
| 14 | R. Rose | 0.1 | 49.50 |
| | | | |
| 04/30/08 | Conference with W. Hatfield regarding status of fraudulent conveyance proceeding. | | |
| 3 | J. Borg | 0.1 | 40.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.6 | 495.00 | 297.00 |
| A. Marchetta | 14 | 1.2 | 620.00 | 744.00 |
| W. Hatfield | 14 | 3.3 | 400.00 | 1,320.00 |
| J. Borg | 3 | 0.2 | 405.00 | 81.00 |
| C. Otero | 14 | 1.2 | 365.00 | 438.00 |
| TOTAL | | 6.5 | | 2,880.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 04/01/08 | Review court's opinion on injunction and review requirements to State and Federal Court regarding notification of same and dismissals with prejudice. | | |
| 14 | A. Marchetta | 1.2 | 744.00 |

4

| 04/01/08 | Review Bankruptcy Court opinion re injunction and follow up with A. Marchetta re same; prepare e-mail re same. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |

| 04/01/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.6 | 90.00 |

| 04/03/08 | Follow up regarding issues and strategy. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |

| 04/03/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Prepared email to A. Marchetta regarding same. | | |
| 14 | S. Parker | 0.4 | 60.00 |

| 04/07/08 | Follow up re appeals and telephone call with New Jersey Law Journal. | | |
| 3 | B. Moffitt | 0.4 | 160.00 |

| 04/09/08 | Follow up regarding copies of appeal and regarding deadlines and appeal of District Court decision. | | |
| 14 | A. Marchetta | 0.9 | 558.00 |

| 04/09/08 | Searched court dockets regarding compilation of documents related to the notices of appeal by the NJDEP, and forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.7 | 105.00 |

| 04/09/08 | Worked with B. Moffitt regarding notices of appeal by the NJDEP. | | |
| 14 | S. Parker | 0.2 | 30.00 |

| 04/09/08 | Conducted additional searches of court docket systems in order to determine status of notices of appeal by the NJDEP, and prepared email to A. Marchetta and B. Moffitt regarding same. | | |
| 14 | S. Parker | 0.5 | 75.00 |

| 04/10/08 | Review and forward notice of appeal; conference with B. Moffitt regarding same; telephone call with client regarding same; telephone call to State attorney regarding settlement. | | |
| 14 | A. Marchetta | 1.2 | 744.00 |

| 04/15/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt, with brief summary of same. | | |
| 14 | S. Parker | 0.0 | 0.00 |

5

| 04/21/08 | Review draft of report and various e-mails and telephone calls re revisions to same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 160.00 |

| 04/21/08 | Worked with A. Marchetta regarding information needed to prepare report. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 30.00 |

| 04/21/08 | Conducted searches and reviewed documents in order to confirm accuracy of information for report; worked with A. Marchetta re: same | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 60.00 |

| 04/21/08 | Worked with A. Marchetta regarding accuracy of information in report. | | |
|---|---|---|---|
| 14 | S. Parker | 0.0 | 0.00 |

| 04/28/08 | Follow up with B. Moffitt regarding appeal schedule; review regarding issues. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 04/28/08 | Follow up re status of appeals; confer with A. Marchetta re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 120.00 |

| 04/29/08 | Review ISRA notice and forward information regarding Company. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 124.00 |

| 04/30/08 | Telephone calls and e-mails regarding filings on appeal. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 372.00 |

| 04/30/08 | Follow up re status of appeals; confer with A. Marchetta re same; prepare e-mails re same; e-mail exchange with J. Baer re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.3 | 520.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.7 | 620.00 | 2,914.00 |
| B. Moffitt | 3 | 3.2 | 400.00 | 1,280.00 |
| S. Parker | 14 | 3.0 | 150.00 | 450.00 |
| TOTAL | | 10.9 | | 4,644.00 |

Client: 430423 W.R. GRACE & CO.
Matter: 066958 LANDFILL CLOSURE ISSUES (GLOUCESTER)

| 03/13/08 | Memo to B. Bowe requesting status on sewer line issue. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 80.00 |

6

83055162A01052208

| 04/04/08 | Memo to B. Bowe on subdivision and deed notice status. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.2 | 80.00 |

| 04/16/08 | Contact RE counsel on status. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 80.00 |

| 04/17/08 | Call with B. Bowe on status of development; subdivision issues; discuss deed notice; Woolwich matters and permit status on stream encroachment; KHov status of take downs and need for approvals to proceed on subdivision. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.6 | 240.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 1.2 | 400.00 | 480.00 |
| TOTAL | | 1.2 | | 480.00 |

7

# EXHIBIT B

**EXHIBIT B**

## EXPENSES FOR THE FEE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008

Engagement Costs -- WEJA, INC.

| | | |
|---|---|---|
| 01/31/08 | SUFFOLK COUNTY LAWYERS SERVICE; INVOICE#: SUF013108; DATE: 1/31/2008 - W.R. Grace v W. Teich[3] | 57.00 |
| 02/25/08 | GENESYS CONFERENCING; INVOICE#: I-590470; DATE: 3/7/2008 - Conference call conducted by A. Marchetta on 2/25/08[4] | 31.65 |
| 03/03/08 | ROSE, ROBERT, G.; INVOICE#: FITZ3149; DATE: 3/8/2008 - Expenses Related To: 3/3 travel to Hudson County Courthouse[5] | 13.00 |
| 04/03/08 | PD UPS return from Jersey City, NJ; pickup date: 1/24/08; Invoice Number 0000081207048; Invoice Date 1/26/08 | 6.45 |
| 04/04/08 | PD UPS to Millington, TN; pickup date: 2/4/08; Invoice Number 0000081207068; Invoice Date 2/9/08; 4191 | 19.58 |
| 04/25/08 | PD UPS to Jersey City, NJ; pickup date: 2/27/08; Invoice Number 0000081207098; Invoice Date 3/1/08 | 7.86 |
| 04/28/08 | PD UPS to Jersey City, NJ; pickup date: 02/27/08; Invoice Number 0000081207098; Invoice Date 3/01/08 | 7.86 |
| 04/28/08 | PD UPS to Roseland, NJ; pickup date: 02/27/08; Invoice Number 0000081207098; Invoice Date 3/01/08 | 7.86 |
| 04/28/08 | PD UPS to Bridgewater, NJ; pickup date: 02/27/08; Invoice Number 0000081207098; Invoice Date 3/01/08 | 7.86 |
| | Matter Total Engagement Cost | 159.12 |

---

[3] See Suffolk County Lawyers Service Invoice for January '08 attached hereto as Exhibit 1.

[4] See Invoice No. I – 590470 dated 3/7/2008 attached hereto as Exhibit 2.

[5] See Expense Reimbursement Form for Robert G. Rose dated 3/8/2008 attached hereto as Exhibit 3.

8

# EXHIBIT 1

# SUFFOLK COUNTY LAWYERS SERVICE

P.O. BOX 9105, RIVERHEAD, NY 11901

(631) 727-4155



180784

ACCT#: 2980

DAY PITNEY, LLP ***
7 TIMES SQUARE
NEW YORK, N.Y.  10036-7311

Jan 08
CURRENT CHARGE    $    57.00
PREVIOUS BAL.     $  + 33.50
Dec 07
TOTAL DUE         $    90.50

January    08

Please detach and return with check

| TITLE OF ACTION | SERVICE RENDERED | CO. CLK. CHG. | SERVICE CHARGE |
|---|---|---|---|
| | PAPERWORK | | |
| 01/07  W.R. GRACE V W. TEICH | RUSH - OBT ID #08-1311 | 0.00 | 20.00 |
| 01/07  W.R. GRACE V W. TEICH | RUSH - FILE PETITION - RETURN CPY & FAX | 0.00 | 15.00 |
| 01/25  W.R. GRACE V WALLACE TEICH | FILE 2 AFFIDS - RETURN CPYS | 0.00 | 8.50 |
| 01/31  W.R. GRACE V TEICH | SUBMIT PETITION - RETURN CPY + ENV | 0.00 | 13.50 |

All → 482910-065656  4153
O.K. TO PAY.

4-16-08  AP    NY
16004
SUF010108    4153
50181

RECEIVED
APR 01
DAY PITNEY LLP

| REMINDER: WE FILE NOTES OF ISSUE AND ALWAYS CALL YOU IF ANY PROBLEMS ARISE WE CAN SOLVE. | | | $  57.00 |
|---|---|---|---|

**SUFFOLK COUNTY LAWYERS SERVICE**

YOUR CHECK IS YOUR RECEIPT

MINIMUM MONTHLY CHARGE $   10.00

# EXHIBIT 2



178169

# I N V O I C E Duplicate

| Account No. | Invoice No. | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|---|
| APIT1 | I - 590470 | 3/7/2008 | 4/6/2008 | 31.65 | USD |

Payment is due 30 days from invoice date in US currency.

DAY PITNEY LLP
JENNIFER JOHNSON
P.O. BOX 1945
MORRISTOWN NEW JERSEY 07962

Please return this portion with your payment with remittance to:

Genesys Conferencing
Department 0938
Denver, CO 80256

| Account No. | Invoice No. | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|---|
| APIT1 | I - 590470 | 3/7/2008 | 4/6/2008 | 31.65 | USD |

Period:  2/8/2008 to 3/7/2008

| Services | Total Cost |
|---|---|
| **Attended Audio** | |
| TeleDirect (Resrvd Unattended) | 29.58 |
| TeleDirect Toll Free | 29.58 |

| | |
|---|---|
| Sub total: | 29.58 |
| Taxes, surcharges and regulatory fees | 2.07 |
| Total amount due | 31.65 |

---

SESSION# 50143    SESSION DATE 4-11-08

INITIALS JB

VENDOR# 03037    NAME/ADDRESS OVERRIDE _____

INV# I-590470    INV DATE 3-7-08

S&U _____    Tax Amt $ _____

GL# _____    Tmkpr# 4153

OFFICE _____    DEPT _____

_____    INV SCANNED? YES ☐ NO ☐

| Account No. | Invoice No | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|---|
| APIT1 | I - 590470 | 3/7/2008 | 4/6/2008 | 29.58 | USD |

# TeleDirect (Resrvd Unattended) -Usage Details

Conference date   2/25/2008 13:57:56                                    Duration  00:29

Meeting #        90100579    482910.065656

Reservation ID   1208294         Scheduler  Rosen Rachel          Moderator:  Marchetta Anthony

Client Matter Number
482910.065656

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Anonymous User | 8004231988 | TeleDirect Toll Free | 2/25/2008 13:57:42 | US-CO | 29.00 mn | 8.41 |
| 2 | Anonymous User | 8004231988 | TeleDirect Toll Free | 2/25/2008 13:59:22 | US-CO | 27.00 mn | 7.83 |
| 3 | Anonymous User | 8004231988 | TeleDirect Toll Free | 2/25/2008 14:02:00 | US-CO | 24.00 mn | 6.96 |
| 4 | Anonymous User | 8004231988 | TeleDirect Toll Free | 2/25/2008 14:04:37 | US-CO | 22.00 mn | 6.38 |

Total Cost     29.58

TeleDirect (Resrvd Unattended)                    Summary

| Item | Quantity | Cost |
|---|---|---|
| TeleDirect Toll Free | 102.00 mn | 29.58 |

# EXHIBIT 3

**DAY PITNEY LLP**

**EXPENSE**

Bar Co

179637

Vendor Number - A/P Use Only
FITZ23149
Invoice Number

***ALL EXPENSE REQUESTS ARE REIMBURSED THROUGH PAYROLL.*** (Check Mark Partner, Atty/Counsel, or Employee)

| Full Name: | | | | | | | | | | Week Ending Date (Saturday) |
|---|---|---|---|---|---|---|---|---|---|---|
| ROBERT G. ROSE | Emp ID# 4122 | Office: FLORHAM PARK | Partner ☑ | Atty/Counsel ☐ | Employee ☐ | Employee's Department COLT | | | | 3/8/2008 |

NOTE: SUPPORTING DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles x .505 | Amount | Travel Parking, Tolls, Train, Bus, Cab,Subway, Airplane | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or GL Acct Number |
|---|---|---|---|---|---|---|---|---|---|
| 3/3/2008 | Travel to Hudson County Courthouse | $0.00 | $0.00 | $13.00 | | | | $13.00 | 482810.0656656 |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| | | $0.00 | $0.00 | | | | | $0.00 | |
| GRAND TOTAL | | $0.00 | $24.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Show details on Tab 2

For Accounting Use Only.

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Less Cash Advance (if applicable) GL#15150; JOU#13007

TOTAL DUE    $0.00

**For Accounting Use Only.**

*Disb Codes / Code Description*

18 Fax - Outside Vendor
36 Photocopies
43 Other
45 Meals
46 Hotel
57 Parking
73 Auto Mileage
74 Air Fare
75 Bus
76 Limo
77 Taxi
78 Train
97 Tolls
100 Auto Rental
119 Phone
151 Event Attendance
152 Seminar Attendance
153 Business Meetings
154 Membership Dues

Signature _____ Date 3/28/08

Prepared By: Robert G. Rose    Date 3/28/2008    Extension 8070

Approval _____ Date

For A/P Use Only
Session #

Session Date:
Processor's Initials

***E-mail form and receipts via PDF to Expense, Forms in Outlook Address Book and keep the originals for your records.***

RECEIVED MAR 28 2008 DAY PITNEY LLP

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: June 18, 2008 |
| | : | Hearing Date: TBD, if necessary |

### VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: May 28, 2008

Respectfully submitted,
DAY PITNEY LLP


Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

83055239A01052708