

May 20, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   139018

FOR PROFESSIONAL SERVICES RENDERED
THROUGH April 30, 2008

**CLIENT SUMMARY**

BALANCE AS OF- 04/30/08

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $57.00 | $22,278.96 | $22,335.96 |
| 03 - Creditors Committee - .15539 | $15,991.50 | $0.00 | $15,991.50 |
| 07 - Applicant's Fee Application - .15543 | $602.50 | $6.72 | $609.22 |
| 08 - Hearings - .15544 | $21,732.00 | $0.00 | $21,732.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $10,325.50 | $33.95 | $10,359.45 |
| 10 - Travel - .15546 | $9,499.50 | $0.00 | $9,499.50 |
| 18 - Plan & Disclosure Statement - .15554 | $1,490.50 | $0.00 | $1,490.50 |
| 30 - Fee Application of Others - .17781 | $123.00 | $0.00 | $123.00 |
| 38 - ZAI Science Trial - .17905 | $34,137.50 | $0.00 | $34,137.50 |
| *Client Total* | *$93,959.00* | *$22,319.63* | *$116,278.63* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 58.70 | $675.00 | $39,622.50 |
| Flores, Luisa M | 7.70 | $205.00 | $1,578.50 |
| Sakalo, Jay M | 62.90 | $455.00 | $28,619.50 |
| Snyder, Jeffrey I | 31.90 | $275.00 | $8,772.50 |
| Kramer, Matthew I | 25.10 | $380.00 | $9,538.00 |
| Testa Mehdipour, Nicole | 7.50 | $370.00 | $2,775.00 |
| Aftimos, Corinne | 2.00 | $225.00 | $450.00 |
| Lazarus, Shanon | 3.80 | $190.00 | $722.00 |
| Rojas,Susana | 9.90 | $190.00 | $1,881.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | | ***$93,959.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $2,741.00 |
| Fares, Mileage, Parking | $360.24 |
| Telecopies | $5.00 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $173.21 |
| Long Distance Telephone-Outside Services | $902.72 |
| Lodging | $1,655.28 |
| Meals | $476.24 |
| Miscellaneous Costs | $15,268.12 |
| Parking | $45.00 |
| Searches-Title/Name/Corporate | $281.52 |
| Westlaw-Online Legal Research | $33.85 |
| Copies | $367.50 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$22,319.63*** |

**TOTAL BALANCE DUE THIS PERIOD**     **$116,278.63**

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| 04/10/08 | SR | 0.30 | 57.00 | Review docket per R.Ramphal's request. |
|---|---|---|---|---|

**PROFESSIONAL SERVICES**         **$57.00**

### COSTS ADVANCED

| 02/27/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  Acct. #5306220025395504 | 103.00 |
|---|---|---|
| 02/27/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  Acct. #5306220025395504 | 129.00 |
| 02/27/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  Acct. #5306220025395504 | 129.00 |
| 03/16/08 | Airfare Airfare Miami/Pittsbrugh - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  Acct. #5306220025395504 | 849.50 |
| 03/16/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/18/08; DATE: 3/18/2008  -  Client - 15537 | 8.48 |
| 03/17/08 | Airfare Airfare Pittsbrugh/Miami - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  Acct. #5306220025395504 | 698.50 |
| 03/17/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/18/08; DATE: 3/18/2008  -  Client - 15537 | 57.75 |
| 03/17/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/18/08; DATE: 3/18/2008  -  Client - 15537 | 4.76 |
| 03/17/08 | Internet Connection (Outside Services) Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/18/08; DATE: 3/18/2008  -  Client - 15537 | 9.95 |
| 03/18/08 | Fares, Mileage, Parking Cab fares  travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/18/08; DATE: 3/18/2008  -  Client - 15537 | 89.00 |
| 03/18/08 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/18/08; DATE: 3/18/2008  -  Client - 15537 | 283.86 |
| 03/18/08 | Fares, Mileage, Parking Airport parking - travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/18/08; DATE: 3/18/2008  -  Client - 15537 | 30.00 |

| | | |
|---|---|---|
| 03/20/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01364434; DATE: 3/31/2008 - Account# 306300 | 12.73 |
| 03/21/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  3. #5306220025395504 | 83.50 |
| 03/21/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  3. #5306220025395504 | 109.50 |
| 03/21/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  3. #5306220025395504 | 109.50 |
| 03/21/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  3. #5306220025395504 | 109.50 |
| 03/21/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  3. #5306220025395504 | 116.00 |
| 03/23/08 | Airfare Travel to Pittsburgh - VENDOR: DINERS CLUB; INVOICE#: 02/26/08-03/26/08; DATE: 3/26/2008  -  Acct. #5306220025395504 | 1,193.00 |
| 03/24/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/26/08; DATE: 3/26/2008  -  Client - 15537 | 68.08 |
| 03/25/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/26/08; DATE: 3/26/2008  -  Client - 15537 | 67.67 |
| 03/26/08 | Lodging Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/26/08; DATE: 3/26/2008  -  Client - 15537 | 803.70 |
| 03/26/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/26/08; DATE: 3/26/2008  -  Client - 15537 | 6.76 |
| 03/26/08 | Fares, Mileage, Parking Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/26/08; DATE: 3/26/2008  -  Client - 15537 | 142.00 |
| 03/26/08 | Meals Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/26/08; DATE: 3/26/2008  -  Client - 15537 | 10.30 |
| 03/26/08 | Long Distance Telephone-Outside Services Travel to Pittsburgh - VENDOR: Matthew Kramer; INVOICE#: MIK-03/26/08; DATE: 3/26/2008  -  Client - 15537 | 0.99 |
| 03/30/08 | Fares, Mileage, Parking Cab fares - Travel to Pittsburgh - VENDOR: Snyder,Jeffrey; INVOICE#: JIF-04/01/08; DATE: 4/1/2008  -  Client - 15537 | 87.00 |
| 03/30/08 | Meals Travel to Pittsburgh - VENDOR: Snyder,Jeffrey; INVOICE#: JIF-04/01/08; DATE: 4/1/2008  -  Client - 15537 | 13.00 |

| 03/31/08 | Searches-Title/Name/Corporate VENDOR: PACER SERVICE CENTER; INVOICE#: 01/01/08TO03/31/08; DATE: 4/4/2008 - Account# RB0120-Period: 01/01/08 to 03/31/08 | 44.48 |
| 03/31/08 | Searches-Title/Name/Corporate VENDOR: PACER SERVICE CENTER; INVOICE#: 01/01/08TO03/31/08; DATE: 4/4/2008 - Account# RB0120-Period: 01/01/08 to 03/31/08 | 230.32 |
| 03/31/08 | Meals Travel to Pittsburgh - VENDOR: Snyder,Jeffrey; INVOICE#: JIF-04/01/08; DATE: 4/1/2008 - Client - 15537 | 63.12 |
| 04/01/08 | Long Distance Telephone 1(512)476-4394; 26 Mins. | 30.94 |
| 04/01/08 | Lodging Travel to Pittsburgh - VENDOR: Snyder,Jeffrey; INVOICE#: JIF-04/01/08; DATE: 4/1/2008 - Client - 15537 | 567.72 |
| 04/01/08 | Meals Travel to Pittsburgh - VENDOR: Snyder,Jeffrey; INVOICE#: JIF-04/01/08; DATE: 4/1/2008 - Client - 15537 | 47.80 |
| 04/01/08 | Fares, Mileage, Parking To/from MIA Airport - Travel to Pittsburgh - VENDOR: Snyder,Jeffrey; INVOICE#: JIF-04/01/08; DATE: 4/1/2008 - Client - 15537 | 12.24 |
| 04/01/08 | Parking Airport parking - Travel to Pittsburgh - VENDOR: Snyder,Jeffrey; INVOICE#: JIF-04/01/08; DATE: 4/1/2008 - Client - 15537 | 45.00 |
| 04/07/08 | Meals VENDOR: PERRICONE'S MARKETPLACE; INVOICE#: 158462-04/07/08; DATE: 4/7/2008 - Client - 15537 | 76.23 |
| 04/07/08 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 1.19 |
| 04/07/08 | Long Distance Telephone 1(512)476-4394; 13 Mins. | 15.47 |
| 04/07/08 | Long Distance Telephone 1(843)524-5708; 30 Mins. | 36.89 |
| 04/07/08 | Long Distance Telephone 1(512)476-4394; 24 Mins. | 28.56 |
| 04/07/08 | Meals VENDOR: GRUNBERG'S DELI RESTAURANT; INVOICE#: 04/07/08-04/22/08; DATE: 4/22/2008 - Dates Charged: 04/07/08 - 04/22/08 | 52.29 |
| 04/08/08 | Long Distance Telephone 1(215)721-2120; 1 Mins. | 1.19 |
| 04/08/08 | Long Distance Telephone 1(215)721-2120; 1 Mins. | 2.38 |
| 04/08/08 | Telecopies   1.00 pgs @ $1.00/pg | 1.00 |
| 04/08/08 | Long Distance Telephone 1(215)721-2120; 2 Mins. | 3.57 |
| 04/08/08 | Long Distance Telephone 1(215)721-2120; 4 Mins. | 5.95 |
| 04/10/08 | Telecopies   4.00 pgs @ $1.00/pg | 4.00 |
| 04/10/08 | Long Distance Telephone 1(843)987-0794; 12 Mins. | 14.28 |
| 04/10/08 | Long Distance Telephone 1(864)895-0459; 1 Mins. | 1.19 |
| 04/11/08 | Long Distance Telephone 1(813)690-5168; 1 Mins. | 0.66 |
| 04/11/08 | Long Distance Telephone 1(215)721-2120; 7 Mins. | 8.33 |
| 04/14/08 | Long Distance Telephone 1(215)721-2120; 1 Mins. | 1.19 |
| 04/17/08 | Long Distance Telephone 1(215)721-2120; 1 Mins. | 2.38 |
| 04/18/08 | Long Distance Telephone 1(843)987-0794; 13 Mins. | 16.66 |
| 04/21/08 | Long Distance Telephone 1(215)963-9506; 1 Mins. | 2.38 |
| 04/30/08 | Miscellaneous Costs     Professional/Expert fees related to PD April 2008 $15,268.12 | 15,268.12 |

| | | |
|---|---|---|
| 04/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 319 pgs @ 0.10/pg | 31.90 |
| 04/18/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/07/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/21/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/03/08 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 04/03/08 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 04/21/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/21/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/21/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/21/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/21/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/01/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/01/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/02/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 04/02/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/02/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/02/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/07/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/07/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/07/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/07/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/07/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/07/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 04/07/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/07/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/07/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/08/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 04/08/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/08/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/08/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/08/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/08/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/08/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/08/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/08/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/08/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/08/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/08/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/08/08 | Copies 8 pgs @ 0.10/pg | 0.80 |

| 04/08/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
|----------|------------------------|------|
| 04/08/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/08/08 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 04/08/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/08/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/08/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/08/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/08/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/08/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/08/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/08/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 04/09/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/09/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/09/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/09/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/09/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/09/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/09/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/09/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/09/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/09/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/18/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 04/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/18/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |

| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 04/18/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 04/18/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 04/18/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/18/08 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 04/18/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 04/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/18/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 04/18/08 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 04/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |

| | | |
|---|---|---|
| 04/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/18/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 58 pgs @ 0.10/pg | 5.80 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/18/08 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/18/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/18/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/18/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/18/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 04/18/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 04/18/08 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 04/18/08 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 04/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/18/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/18/08 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 04/10/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/10/08 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 04/10/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/10/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/11/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/11/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/11/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/11/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/11/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 04/11/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/11/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/11/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/11/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 04/11/08 | Copies 8 pgs @ 0.10/pg | 0.80 |

| 04/11/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/11/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/11/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 04/11/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/11/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/11/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/11/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 04/11/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/14/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/15/08 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/15/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/15/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/15/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/15/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/15/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/15/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/15/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/15/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/16/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/16/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/16/08 | Copies 51 pgs @ 0.10/pg | 5.10 |

| | | |
|---|---|---|
| 04/16/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/16/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/16/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/16/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/16/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/16/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/16/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/16/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 04/16/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/16/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 04/16/08 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 04/16/08 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 04/16/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/16/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/16/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/16/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 04/16/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/16/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/16/08 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 04/16/08 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 04/16/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/16/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/16/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/16/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/17/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/17/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 04/17/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/17/08 | Copies 47 pgs @ 0.10/pg | 4.70 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/17/08 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 04/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/17/08 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 04/17/08 | Copies 60 pgs @ 0.10/pg | 6.00 |

| 04/17/08 | Copies 58 pgs @ 0.10/pg | 5.80 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/17/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/17/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 04/17/08 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 04/17/08 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 04/17/08 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/17/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/17/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/17/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 04/17/08 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 04/17/08 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 04/17/08 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 04/17/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 04/17/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 04/17/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 04/17/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 04/17/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 04/17/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 04/17/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |

**TOTAL COSTS ADVANCED**                                        **$22,278.96**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Rojas,Susana | 0.30 | $190.00 | $57.00 |
| **TOTAL** | **0.30** | | **$57.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $2,741.00 |
| Fares, Mileage, Parking | $360.24 |
| Telecopies | $5.00 |
| Internet Connection (Outside Services) | $9.95 |
| Long Distance Telephone | $173.21 |
| Long Distance Telephone-Outside Services | $902.72 |
| Lodging | $1,655.28 |
| Meals | $476.24 |
| Miscellaneous Costs | $15,268.12 |
| Parking | $45.00 |
| Searches-Title/Name/Corporate | $274.80 |
| Copies | $367.40 |
| **TOTAL** | **$22,278.96** |

**CURRENT BALANCE DUE THIS MATTER**                                    **$22,335.96**

Atty – SLB
Client No.: 74817/15539

RE: 03 - Creditors Committee

| 04/01/08 | SLB | 7.80 | 5,265.00 | Continued preparation of opinion for committee on ZAI (7.3); telephone conference with M. Dies regarding same (.5). |
| 04/02/08 | SLB | 2.50 | 1,687.50 | Committee meeting and post meeting discussion regarding matters to be briefed for committee (2.5). |
| 04/02/08 | JMS | 1.80 | 819.00 | Prepare for and attend Committee call. |
| 04/02/08 | JIS | 2.20 | 605.00 | Attend special committee meeting and follow up regarding same. |
| 04/02/08 | MIK | 0.10 | 38.00 | Email creditor regarding PI estimation (.1). |
| 04/04/08 | SLB | 1.40 | 945.00 | Emails from and to D. Speights, M. Dies and R. Levy regarding committee brief and telephone conference with R. Levy regarding same (.9); interoffice conference with J. Sakalo and M. Kramer regarding preparation of brief and legal theories (.5). |
| 04/04/08 | MIK | 0.40 | 152.00 | Email committee regarding PI estimation (.4). |
| 04/07/08 | SLB | 1.40 | 945.00 | Prepare for and conduct special committee call, including preparatory calls with D. Speights and M. Dies (1.4). |
| 04/07/08 | JMS | 0.50 | 227.50 | Committee call. |
| 04/07/08 | JIS | 0.50 | 137.50 | Special committee meeting regarding ACC/FCR settlement with Grace. |
| 04/07/08 | MIK | 0.50 | 190.00 | Committee call (.5). |
| 04/10/08 | SLB | 0.50 | 337.50 | Committee meeting (.5). |
| 04/10/08 | JMS | 0.60 | 273.00 | Prepare for and attend Committee call. |
| 04/10/08 | MIK | 0.50 | 190.00 | Attend committee call (.5). |
| 04/17/08 | SLB | 1.00 | 675.00 | Prepare for and conduct committee meeting (1.0). |
| 04/17/08 | JMS | 0.70 | 318.50 | Prepare for and attend Committee call. |
| 04/24/08 | SLB | 1.10 | 742.50 | Committee call (1.1). |
| 04/24/08 | JMS | 0.40 | 182.00 | E-mail to Committee regarding call (.2); e-mails with E. Westbrook regarding hearing dates (.2). |
| 04/24/08 | JMS | 1.20 | 546.00 | Prepare for and hold Committee call. |
| 04/24/08 | MIK | 1.50 | 570.00 | Committee call (1.1); draft summary to committee (.4). |
| 04/25/08 | JMS | 0.30 | 136.50 | Review/revise memorandum to Committee. |
| 04/28/08 | SLB | 1.00 | 675.00 | Prepare for and conduct special committee meeting (1.0). |
| 04/28/08 | JMS | 0.40 | 182.00 | Attend Committee call. |
| 04/28/08 | MIK | 0.40 | 152.00 | Committee call (.4). |

PROFESSIONAL SERVICES                                                                $15,991.50

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 16.70 | $675.00 | $11,272.50 |
| Sakalo, Jay M | 5.90 | $455.00 | $2,684.50 |
| Kramer, Matthew I | 3.40 | $380.00 | $1,292.00 |
| Snyder, Jeffrey I | 2.70 | $275.00 | $742.50 |
| *TOTAL* | *28.70* | | *$15,991.50* |

CURRENT BALANCE DUE THIS MATTER                                                      $15,991.50

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 04/06/08 | JIS | 0.70 | 192.50 | Review and revise March prebill. |
| 04/10/08 | LMF | 0.80 | 164.00 | Attend to revisions to March bill and professional services. |
| 04/16/08 | LMF | 0.70 | 143.50 | Prepare notice and summary for Bilzin's monthly fees and costs and submit to local counsel for filing and service. |
| 04/21/08 | LMF | 0.50 | 102.50 | Meet with accounting regarding backup for costs on fee auditors' report. |

**PROFESSIONAL SERVICES** $602.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 03/31/08 | Searches-Title/Name/Corporate VENDOR: PACER SERVICE CENTER; INVOICE#: 01/01/08TO03/31/08; DATE: 4/4/2008 - Account# RB0120-Period: 01/01/08 to 03/31/08 | 6.72 |

**TOTAL COSTS ADVANCED** $6.72

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.70 | $275.00 | $192.50 |
| Flores, Luisa M | 2.00 | $205.00 | $410.00 |
| *TOTAL* | *2.70* | | *$602.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Searches-Title/Name/Corporate | $6.72 |
| *TOTAL* | *$6.72* |

**CURRENT BALANCE DUE THIS MATTER** $609.22

**Atty – SLB**
**Client No.: 74817/15544**

RE:  **08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 04/01/08 | JIS | 7.80 | 2,145.00 | Attend PI estimation trial. |
| 04/04/08 | JIS | 0.20 | 55.00 | Email correspondence with M. Kramer regarding coverage of PI estimation trial next week. |
| 04/10/08 | JMS | 0.20 | 91.00 | E-mails with M. Hurford regarding preliminary agenda. |
| 04/10/08 | CA | 1.90 | 427.50 | Research regarding 524(g) (1.6); telephone conference with and emails to M.Kramer regarding same (.3). |
| 04/11/08 | JMS | 0.30 | 136.50 | E-mail to Committee regarding 4/21 hearing. |
| 04/14/08 | JMS | 0.20 | 91.00 | E-mail to Committee regarding 4/21 agenda. |
| 04/15/08 | SLB | 0.20 | 135.00 | Email to E. Westbrook regarding order of arguments on 4/22 (.2). |
| 04/15/08 | LMF | 2.10 | 430.50 | Attend to confirming all attendance for hearings on April 21st and 22nd via telephone, arrange for appearances and submit confirmations to all parties attending. |
| 04/15/08 | SR | 0.20 | 38.00 | Attention to hearing notebook per J. Sakalo's instruction. |
| 04/17/08 | JMS | 0.30 | 136.50 | Conference with S. Rojas regarding hearing notebooks. |
| 04/17/08 | SR | 3.00 | 570.00 | Analyze documents for hearing notebook. |
| 04/18/08 | SLB | 1.20 | 810.00 | Prepare for 4/21-4/22 hearings and telephone conference with D. Speights regarding same (1.2). |
| 04/18/08 | SL | 2.00 | 380.00 | Assist S. Rojas in preparation for upcoming hearings. |
| 04/18/08 | SR | 5.00 | 950.00 | Prepare revisions to hearing notebook dated 4/21 (1.0); Prepare hearing notebook for hearing dated 4/22 (1.0); Analyze docket and revise hearing notebook (4/22) for S.Baena (3.0). |
| 04/20/08 | SLB | 0.20 | 135.00 | Telephone call from D. Speights regarding 4/21-4/22 hearings (.2). |
| 04/20/08 | SLB | 0.60 | 405.00 | Prepare for 4/21 hearing (.6). |
| 04/21/08 | SLB | 6.40 | 4,320.00 | Prepare for 4/21 and 4/22 hearings (2.5); attend to omnibus hearing (1.9); conference with notice experts in preparation for 4/22 hearing (2.0). |
| 04/21/08 | LMF | 0.30 | 61.50 | Provide attorney with calling information for hearing. |
| 04/21/08 | JMS | 3.80 | 1,729.00 | Prepare for and attend omnibus hearing. |
| 04/21/08 | MIK | 0.10 | 38.00 | Review agenda (.1). |
| 04/22/08 | SLB | 7.00 | 4,725.00 | Prepare for and attend ZAI hearing (7.0). |
| 04/22/08 | JMS | 6.30 | 2,866.50 | Prepare for hearing and attend same (6.0); meet with E. Westbrook, D. Scott thereafter (.3). |
| 04/22/08 | JIS | 0.80 | 220.00 | Listen to portion of hearing on ZAI bar date motion. |
| 04/22/08 | MIK | 2.20 | 836.00 | Attend ZAI hearing by telephone (2.2). |

**PROFESSIONAL SERVICES**                                                                 **$21,732.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 15.60 | $675.00 | $10,530.00 |
| Sakalo, Jay M | 11.10 | $455.00 | $5,050.50 |
| Kramer, Matthew I | 2.30 | $380.00 | $874.00 |
| Snyder, Jeffrey I | 8.80 | $275.00 | $2,420.00 |
| Aftimos, Corinne | 1.90 | $225.00 | $427.50 |
| Flores, Luisa M | 2.40 | $205.00 | $492.00 |
| Lazarus, Shanon | 2.00 | $190.00 | $380.00 |
| Rojas,Susana | 8.20 | $190.00 | $1,558.00 |
| *TOTAL* | *52.30* | | *$21,732.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          $21,732.00

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 04/01/08 | JIS | 1.80 | 495.00 | Draft memorandum summarizing day 8 of PI estimation trial for committee and email correspondence with M. Kramer thereon. |
|---|---|---|---|---|
| 04/02/08 | SLB | 0.50 | 337.50 | Review memo regarding hearings on 3/31 and 4/1 (.5). |
| 04/02/08 | LMF | 0.70 | 143.50 | Attend to obtaining copy of 2001 deposition transcript for Kinsella for J. Sakalo's review. |
| 04/02/08 | JIS | 0.30 | 82.50 | Telephone call with M. Kramer regarding summary, 4/1 estimation trial, and summary (0.2); attention to final summary (0.1). |
| 04/02/08 | MIK | 0.20 | 76.00 | Edit summary of hearing (.2). |
| 04/03/08 | LMF | 0.50 | 102.50 | Scan Kinsella deposition and legal key same. |
| 04/05/08 | JMS | 0.20 | 91.00 | Review Libby objection to EPA settlement. |
| 04/07/08 | SLB | 5.30 | 3,577.50 | Attention to internal emails, etc. regarding announcement of PI/Grace settlement, attention to term sheet and securities announcements, preparation of emails/memos to PD committee regarding same, internal conferences regarding settlement terms and impact on PD (2.9); monitor investor call regarding settlement (.7); interoffice conference with J. Snyder, M. Kramer regarding objection to ZAI bar date motion and email to D. Speights regarding same (1.2); review Libby claimants objection to EPA settlement (.5). |
| 04/07/08 | SLB | 0.30 | 202.50 | Attention to motion, etc. for appointment of mediator regarding S&R claims (.3). |
| 04/07/08 | SLB | 0.50 | 337.50 | Telephone call from S. Mendleberg regarding status of PD objections (.5). |
| 04/07/08 | JMS | 4.80 | 2,184.00 | E-mails to Committee regarding PI settlement and review securities filings regarding same (1.2); telephone conference with S. Baena, M. Dies thereon (.5); telephone conference with S. Baena, D. Speights thereon (.4); interoffice conference with S. Baena, M. Kramer regarding settlement, impact on case and related issues (1.5); attend Grace investor conference call (.7); telephone conference with S. Mandelsberg, S. Baena regarding impact of settlement on unresolved PD claims (.5). |
| 04/07/08 | JIS | 1.30 | 357.50 | Interoffice conferences with S. Baena, J. Sakalo, et al. regarding Grace settlement with ACC and FCR and implications of same (1.1); email to J. Baer regarding Libby insurance coverage issue and transmitting waiver letter in respect of Pitney Hardin memo (.2). |
| 04/07/08 | MIK | 0.50 | 190.00 | Telephone call to creditor regarding status of PD claims objection process (.5). |
| 04/08/08 | JIS | 0.50 | 137.50 | Review Pitney Hardin memorandum regarding availability of insurance for Libby settlement. |
| 04/09/08 | LMF | 0.60 | 123.00 | Attend to changes to confirmation for telephone appearances. |
| 04/11/08 | LMF | 0.90 | 184.50 | Attention to objections filed against Zonalite motions. |
| 04/14/08 | CA | 0.10 | 22.50 | Email correspondence with M.Kramer regarding hearing transcripts. |
| 04/16/08 | JMS | 0.20 | 91.00 | Review UST's limited objection to retention of D. Welsh as mediator. |
| 04/21/08 | SL | 0.20 | 38.00 | Attention to deposition transcript for J. Sakalo. |
| 04/22/08 | JMS | 0.20 | 91.00 | E-mails with T. Edwards regarding claim register. |
| 04/22/08 | SR | 0.50 | 95.00 | Review various documents per M. Kramer's instructions. |
| 04/23/08 | SL | 0.30 | 57.00 | Review court docket re: Order on Wesleyan Claim. |
| 04/24/08 | JMS | 0.50 | 227.50 | E-mails with T. Edwards regarding certain PD claims (.3); e-mails with S. Lazarus regarding same (.2). |
| 04/24/08 | SL | 0.60 | 114.00 | Review court docket and claims database re: status of various claims. |
| 04/24/08 | SL | 0.30 | 57.00 | Review court docket re: Orders expunging/disallowing/withdrawing claims. |
| 04/24/08 | SR | 0.80 | 152.00 | Review docket and update claims data base analysis. |
| 04/25/08 | JMS | 0.20 | 91.00 | E-mail from T. Edwards regarding mediation status. |

| 04/28/08 | JMS | 0.20 | 91.00 | Conference with S. Baena regarding settlements. |
| 04/28/08 | SL | 0.10 | 19.00 | Follow up email to A. Perez regarding claims database. |
| 04/29/08 | JMS | 0.30 | 136.50 | Telephone conference with D. Speights regarding settlements. |
| 04/30/08 | JMS | 0.80 | 364.00 | Review database regarding private claims (.5); telephone conference with D. Speights thereon (.3). |
| 04/30/08 | SL | 0.30 | 57.00 | Email A. Perez re: Grace Claims Database (.1); attention to same (.2). |

**PROFESSIONAL SERVICES**                                                                    **$10,325.50**

### COSTS ADVANCED

| 03/12/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 815686097; DATE: 3/31/2008 - Account# 5306220025395504 | 10.15 |
| 03/13/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 815686097; DATE: 3/31/2008 - Account# 5306220025395504 | 23.70 |
| 04/23/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**                                                                    **$33.95**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Baena, Scott L | 6.60 | $675.00 | $4,455.00 |
| Sakalo, Jay M | 7.40 | $455.00 | $3,367.00 |
| Kramer, Matthew I | 0.70 | $380.00 | $266.00 |
| Snyder, Jeffrey I | 3.90 | $275.00 | $1,072.50 |
| Aftimos, Corinne | 0.10 | $225.00 | $22.50 |
| Flores, Luisa M | 2.70 | $205.00 | $553.50 |
| Lazarus, Shanon | 1.80 | $190.00 | $342.00 |
| Rojas,Susana | 1.30 | $190.00 | $247.00 |
| *TOTAL* | *24.50* | | *$10,325.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| Westlaw-Online Legal Research | $33.85 |
|-------------------------------|--------|
| Copies | $0.10 |
| *TOTAL* | *$33.95* |

**CURRENT BALANCE DUE THIS MATTER**                                                      **$10,359.45**

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 04/01/08 | JIS | 8.00 | 2,200.00 | Non-working travel from Pittsburgh to Miami. |
| 04/21/08 | SLB | 1.50 | 1,012.50 | Non-working travel (1.5). |
| 04/21/08 | JMS | 2.40 | 1,092.00 | Travel to Delaware for omnibus and ZAI hearings. |
| 04/22/08 | SLB | 5.00 | 3,375.00 | Return to Miami (5.0). |
| 04/22/08 | JMS | 4.00 | 1,820.00 | Return travel to Miami. |

**PROFESSIONAL SERVICES**                                                    **$9,499.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Baena, Scott L | 6.50 | $675.00 | $4,387.50 |
| Sakalo, Jay M | 6.40 | $455.00 | $2,912.00 |
| Snyder, Jeffrey I | 8.00 | $275.00 | $2,200.00 |
| *TOTAL* | *20.90* | | *$9,499.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$9,499.50**

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| 04/04/08 | JIS | 0.40 | 110.00 | Telephone conference with S. Baena regarding plan voting issues and research regarding section 1126. |
| 04/10/08 | MIK | 0.10 | 38.00 | Telephone call with C. Aftimos regarding 524(g) issue (.1). |
| 04/11/08 | JMS | 0.30 | 136.50 | Telephone conference with M. Wolfson regarding PI settlement. |
| 04/17/08 | JMS | 0.40 | 182.00 | Telephone conference from G. Boyer regarding valuation issues (.2); e-mails with B. Fairey regarding same (.2). |
| 04/22/08 | JMS | 0.20 | 91.00 | Telephone conference with G. Boyer regarding financial analyses. |
| 04/24/08 | JMS | 1.00 | 455.00 | Review and analysis of financial analyses (.6); telephone conference with G. Boyer thereon (.4). |
| 04/24/08 | MIK | 0.30 | 114.00 | Telephone conference with G. Boyer regarding plan issues (.3). |
| 04/30/08 | JMS | 0.80 | 364.00 | Analysis of financial advisor summary regarding funding options. |

**PROFESSIONAL SERVICES**                                                                $1,490.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.70 | $455.00 | $1,228.50 |
| Kramer, Matthew I | 0.40 | $380.00 | $152.00 |
| Snyder, Jeffrey I | 0.40 | $275.00 | $110.00 |
| *TOTAL* | *3.50* | | *$1,490.50* |

**CURRENT BALANCE DUE THIS MATTER**                                              $1,490.50

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 04/16/08 | LMF | 0.60 | 123.00 | Prepare notice and summary of March fees and costs for Hamilton Rabinovitz and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                                                   **$123.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.60 | $205.00 | $123.00 |
| *TOTAL* | *0.60* | | *$123.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                   **$123.00**

Atty – SLB
Client No.: 74817/17905

RE: 38 - ZAI Science Trial

| 04/01/08 | JMS | 3.40 | 1,547.00 | Conferences with S. Baena regarding pending ZAI motions and consideration thereof (.8); review and revise memorandum regarding same (.8); conference with S. Baena, M. Kramer regarding discussion on memorandum (1.3); telephone conference with S. Baena, M. Dies thereon (.5). |
| 04/01/08 | MIK | 0.50 | 190.00 | Interoffice conference with S. Baena regarding ZAI (.5). |
| 04/02/08 | JMS | 2.00 | 910.00 | E-mails with L. Flores regarding Kinsella deposition (.2); analysis of issues regarding pending motion (.7); e-mail with E. Westbrook regarding filing of objections (.1); conferences with S. Baena, M. Kramer regarding objection (.7); e-mail from S. Wheatman thereon (.3). |
| 04/02/08 | MIK | 2.00 | 760.00 | ZAI committee call and post call follow up discussion (2.0). |
| 04/03/08 | JMS | 0.90 | 409.50 | Conference with S. Baena regarding issues related to Grace's ZAI bar date motion (.7); e-mail from D. Speights regarding same (.2). |
| 04/04/08 | JMS | 1.30 | 591.50 | Conference with S. Baena regarding objection to Grace's bar date motion (.8); e-mail to J. Snyder regarding Buckwalter decision regarding motion for leave to appeal (.3); e-mail to Committee regarding Kinsella deposition transcript (.2). |
| 04/04/08 | JIS | 0.40 | 110.00 | Attention to email from J. Sakalo regarding opinion from district court on ZAI motion for leave to appeal, research same, and reply. |
| 04/07/08 | JMS | 1.50 | 682.50 | Interoffice conference with S. Baena, M. Kramer regarding objection to Bar Date motion and settlement impact (1.2); review draft of motion to lift stay (.3). |
| 04/07/08 | JIS | 3.80 | 1,045.00 | Attention to response to bar date motion and conference with M. Kramer thereon (0.3); telephone conferences with M. Dies and S. Mandleberg regarding ZAI bar date motion and general strategy and general follow up to committee call regarding PI settlement (2.2); assist M. Kramer with response to motion for ZAI bar date and research relating thereto (1.3). |
| 04/07/08 | MIK | 10.00 | 3,800.00 | Research and draft brief regarding ZAI. |
| 04/08/08 | SLB | 4.80 | 3,240.00 | Revise objection to ZAI bar date motion (4.8). |
| 04/08/08 | JMS | 3.40 | 1,547.00 | Telephone conference with S. Wheatman regarding ZAI criticisms (.4); review and revise draft objection to Bar Date and conference with S. Baena, M. Kramer thereon (2.7); review e-mail from S. Wheatman regarding comments to notices (.3). |
| 04/08/08 | JIS | 0.20 | 55.00 | Review draft objection to Grace's motion for ZAI bar date. |
| 04/08/08 | MIK | 3.80 | 1,444.00 | Attend to ZAI brief (2.5); interoffice conference with S. Baena regarding same (1.3). |
| 04/09/08 | SLB | 2.40 | 1,620.00 | Review Hilsoft ZAI notice program comments (.4); emails from and to various committee members regarding revisions to ZAI bar date objection (.4); emails from and to E. Westbrook regarding bar date motion issues (.2); revise objection to ZAI bar date motion (1.4). |
| 04/09/08 | JMS | 1.70 | 773.50 | Conference with S. Baena regarding ZAI objection and analysis of issues thereon (1.1); e-mails with S. Baena and E. Westbrook regarding same (.3); e-mails with R. Levy regarding same (.3). |
| 04/09/08 | JIS | 2.70 | 742.50 | Review objection to ZAI bar date motion, check citations, revisions to same, and email to M. Kramer thereon. |
| 04/10/08 | SLB | 1.00 | 675.00 | Telephone call from D. Speights regarding ZAI bar date motion (.3); telephone conference with J. Sakalo regarding revisions to ZAI bar date objection (0.7). |
| 04/10/08 | JMS | 4.50 | 2,047.50 | Review and finalize objection to Bar Date Notice (3.3); telephone conference with D. Speights and e-mails with D. Speights regarding same (.3); telephone conference with M. Dies regarding same (.2); telephone |

| 04/10/08 | JIS | 0.20 | 55.00 | conference with S. Baena regarding same (.7). Review revised ZAI bar date objection. |
| 04/11/08 | JMS | 0.90 | 409.50 | E-mail to Committee regarding responses to various ZAI motions (.3); telephone conference with S. Wheatman regarding ZAI bar date (.3); e-mails with N. Mehdipour regarding summary of responses (.3). |
| 04/11/08 | JIS | 0.10 | 27.50 | Attention to email from J. Sakalo to committee regarding all responses to ZAI bar date motion. |
| 04/11/08 | MIK | 1.80 | 684.00 | Review ZAI responses (1.8). |
| 04/11/08 | NT | 5.20 | 1,924.00 | Review and draft memorandum summarizing responses filed by the debtors, the ZAI claimants, and Her Majesty the Queen in Right of Canada (5.0); e-mails to and from J. Sakalo regarding pending responses (.2). |
| 04/12/08 | NT | 2.00 | 740.00 | Further draft memorandum summarizing responses filed by the debtors, the ZAI claimants, and Her Majesty the Queen in Right of Canada. |
| 04/13/08 | SLB | 1.20 | 810.00 | Review all ZAI pleadings filed by 4/11 (1.2). |
| 04/13/08 | NT | 0.10 | 37.00 | E-mail to J. Sakalo and M. Kramer regarding pending responses (.1). |
| 04/14/08 | SLB | 0.40 | 270.00 | Review syllabus of ZAI motions from N. Testa (.4). |
| 04/14/08 | JMS | 2.10 | 955.50 | Review and revise memorandum summarizing responses and objections to ZAI-related motions (1.7); e-mail to Committee regarding same (.2); e-mail to D. Speights regarding objection to Bar Date (.2). |
| 04/15/08 | JMS | 0.50 | 227.50 | E-mail to Committee regarding Debtors' amendment to Bar Date (.3); review docket for filings (.2). |
| 04/15/08 | NT | 0.10 | 37.00 | Attention to e-mail from J. Sakalo. |
| 04/16/08 | SLB | 0.90 | 607.50 | Attention to Grace's response to committee reply (.6); email to and from D. Speights regarding same (.1); review memo on ZAI issues (.2). |
| 04/16/08 | JMS | 0.50 | 227.50 | E-mail to Committee regarding Debtors' reply brief in support of bar date and objection to lift stay (.3); e-mail to Committee regarding issued agenda (.2). |
| 04/16/08 | NT | 0.10 | 37.00 | Attention to e-mail from J. Sakalo. |
| 04/17/08 | SLB | 0.40 | 270.00 | Emails from and to J. Baer and committee regarding ZAI hearing and telephone call from D. Speights regarding same (.4). |
| 04/17/08 | JMS | 0.50 | 227.50 | E-mails with and telephone conference with S. Wheatman regarding ZAI hearing (.3); attention to scheduling issues regarding hearing date (.2). |
| 04/18/08 | JMS | 0.50 | 227.50 | E-mails with S. Wheatman and G. Intrepido regarding ZAI hearing (.2); telephone conference with S. Baena, D. Speights regarding Hearing (.3). |
| 04/21/08 | JMS | 2.80 | 1,274.00 | Meet with experts (2.0); prepare for hearing (.8). |
| 04/21/08 | SR | 0.10 | 19.00 | Research regarding deposition transcripts for J. Sakalo. |
| 04/22/08 | SLB | 0.30 | 202.50 | Conference with D. Scott and E. Westbrook regarding mediation (.3). |
| 04/23/08 | SLB | 0.70 | 472.50 | Email exchange with E. Westbrook et al regarding selection of mediator (.7). |
| 04/23/08 | JMS | 0.90 | 409.50 | Lengthy e-mail exchange regarding mediation. |
| 04/24/08 | SLB | 0.80 | 540.00 | Interoffice conference with J. Sakalo and M. Kramer regarding mediation and call with committee regarding same (.4); telephone call from M. Dies regarding same (.3); email to E. Westbrook regarding same (.1). |
| 04/24/08 | JMS | 0.60 | 273.00 | Telephone conference with E. Westbrook regarding ZAI issues (.4); conference with S. Baena thereon (.2). |
| 04/24/08 | MIK | 0.20 | 76.00 | Interoffice conference with S. Baena regarding ZAI (.2). |
| 04/25/08 | SLB | 0.40 | 270.00 | Two telephone calls from D. Speights regarding mediations (.4). |
| 04/25/08 | JMS | 0.50 | 227.50 | Telephone conference with D. Speights, S. Baena regarding ZAI mediation (.3); conference with S. Baena regarding same (.2). |
| 04/28/08 | JMS | 0.20 | 91.00 | E-mails with E. Westbrook regarding mediators. |
| 04/29/08 | JMS | 0.70 | 318.50 | Telephone conference with D. Speights regarding notice issues and follow up conference with S. Baena thereon. |

**PROFESSIONAL SERVICES**                                                                 **$34,137.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 13.30 | $675.00 | $8,977.50 |
| Sakalo, Jay M | 29.40 | $455.00 | $13,377.00 |
| Kramer, Matthew I | 18.30 | $380.00 | $6,954.00 |
| Snyder, Jeffrey I | 7.40 | $275.00 | $2,035.00 |
| Testa Mehdipour, Nicole | 7.50 | $370.00 | $2,775.00 |
| Rojas,Susana | 0.10 | $190.00 | $19.00 |
| *TOTAL* | *76.00* | | *$34,137.50* |

**CURRENT BALANCE DUE THIS MATTER**                                        **$34,137.50**