IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 18328 & 18792** |

**JOINDER OF THE CANADIAN ZAI CLAIMANTS IN THE MOTION OF
THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE
CLAIMANTS FOR PARTIAL CONTINUANCE OF JUNE 2, 2008, HEARING ON
MOTION OF THE DEBTORS FOR AN ORDER (A) ESTABLISHING A PROOF OF
CLAIM BAR DATE FOR ZONOLITE ATTIC INSULATION CLAIMS, AND (B)
APPROVING THE RELATED PROOF OF CLAIM FORM, BAR DATE NOTICES,
AND NOTICE PROGRAM [DOCKET NO. 18792]**

Comes now, certain Canadian zonolite property damage claimants holding claims in bankruptcy against W. R. Grace, and represented by Lauzon Bélanger, Inc. and Scarfone Hawkins LLP (the "Canadian ZAI Claimants")and respectfully submit this joinder in the Motion of The Official Committee of Asbestos Property Damage Claimants for Partial Continuance of June 2, 2008, Hearing on Motion of the Debtors for An Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Docket No. 18792], filed on May 27, 2008.

For the reasons stated therein, the Canadian ZAI Claimants respectfully request that (a) the Court proceed with the hearing on the Bar Date Motion on June 2, 2008, limited, however, to the issue of whether a bar date for ZAI Claims should be established, (b) if the Court concludes that a bar date is appropriate, that it continue further hearing on approval of a program to provide notice of the ZAI Claims bar date to (i) enable the Canadian ZAI Claimants to cross-examine Grace's notice expert, Katherine Kinsella; and (ii) allow sufficient time for the Canadian ZAI Claimants to

present expert rebuttal testimony in respect of Ms. Kinsella's report and testimony, and (c) allow the Court grant such other and further relief as the Court deems just and appropriate.

Dated: May 28, 2008                Respectfully submitted,

**THE HOGAN FIRM**

/s/ Daniel K. Hogan
Daniel K. Hogan (De. Bar No. 2814)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540 Facsimile: (302) 656-7599
E-Mail: dkhogan@dkhogan.com

-and-

**LAUZON BÉLANGER, INC.**
Yves Lauzon
Michel Bélanger
286, rue St-Paul Quest, Bureau 100
Montreal Quebec
Telephone: (514) 844-7403

-and-

**SCARFONE HAWKINS LLP**
Matthew G. Moloci
David Thompson
One James Street South, 14th Floor
P.O. Box 926, Depot 1
Hamilton, Ontario
Canada L8N 3P9
Telephone: (905) 523-1333