**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 28th day of May, 2008, a true and correct copy of the foregoing Joinder of the Canadian ZAI Claimants in the Motion of The Official Committee of Asbestos Property Damage Claimants for Partial Continuance of June 2, 2008, Hearing on Motion of The Debtors for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving The Related Proof of Claim Form, Bar Date Notices, and Notice Program. [Docket No. 18792] was served upon the parties on the 2002 service list.

                                                            */s/Daniel K. Hogan*
                                                             Daniel K. Hogan (DE #2814)