IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: June 16, 2008 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**TWENTY-FIFTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 – February 29, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $164.51 |

This is a   _x_ monthly          __ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### FEBRUARY 1-29, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 29.0 | NA |
| Case Administration Related | 5.8 | NA |
| Financial Analysis Related | 229.0 | NA |
| Hearings | 12.5 | NA |
| **TOTAL** | **276.3** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Telephone | $ 139.51 |
| Meals | 25.00 |
| **TOTAL Out-of-Pocket Expenses:** | **$ 164.51** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: /s/ Jason Solganick

Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: 5/9, 2008

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.