# EXHIBIT A

## W.R. Grace
### PJC Time Records
### February-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 2/1/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 2/4/2008 | 3.5 | Business Operations | Review of Q4 earnings release |
| Desiree Davis | 2/4/2008 | 2.5 | Financial Analysis | Settlement analysis |
| Jason Solganick | 2/4/2008 | 3.5 | Business Operations | Review of Q4 earnings release |
| Jason Solganick | 2/4/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/4/2008 | 2.5 | Financial Analysis | Settlement analysis |
| Jonathan Brownstein | 2/4/2008 | 3.5 | Business Operations | Review of Q4 earnings release |
| Jonathan Brownstein | 2/4/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Joseph Radecki | 2/4/2008 | 1.0 | Financial Analysis | Settlement analysis |
| Maika Hemphill | 2/4/2008 | 3.5 | Business Operations | Review of Q4 earnings release |
| Maika Hemphill | 2/4/2008 | 2.5 | Financial Analysis | Settlement analysis |
| Desiree Davis | 2/5/2008 | 1.5 | Financial Analysis | POR analyses |
| Jason Solganick | 2/5/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/5/2008 | 1.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 2/5/2008 | 1.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 2/5/2008 | 0.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 2/5/2008 | 1.5 | Financial Analysis | POR analyses |
| Desiree Davis | 2/6/2008 | 0.5 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Desiree Davis | 2/6/2008 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 2/6/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/6/2008 | 1.5 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 2/6/2008 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 2/6/2008 | 2.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 2/6/2008 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 2/6/2008 | 2.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Maika Hemphill | 2/6/2008 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 2/7/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 2/8/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 2/8/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/8/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 2/8/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 2/11/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 2/11/2008 | 0.5 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 2/11/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 2/11/2008 | 1.5 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 2/11/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 2/11/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 2/11/2008 | 2.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Desiree Davis | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |
| Desiree Davis | 2/12/2008 | 0.5 | Financial Analysis | Review of press release re: possible acquisition of comparable company |
| Desiree Davis | 2/12/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 2/12/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 2/12/2008 | 1.5 | Financial Analysis | Review of press release re: possible acquisition of comparable company |
| Jason Solganick | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |
| Jason Solganick | 2/12/2008 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |
| Jonathan Brownstein | 2/12/2008 | 2.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
#### February-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 2/12/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |
| Maika Hemphill | 2/12/2008 | 2.0 | Financial Analysis | Review of press release re: possible acquisition of comparable company |
| Maika Hemphill | 2/12/2008 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 2/13/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Desiree Davis | 2/14/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 2/14/2008 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 2/14/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Jason Solganick | 2/14/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 2/14/2008 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Jonathan Brownstein | 2/14/2008 | 2.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Joseph Radecki | 2/14/2008 | 1.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Maika Hemphill | 2/14/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 2/14/2008 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 2/15/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/18/2008 | 0.4 | Case Administration | Review court docket |
| Desiree Davis | 2/19/2008 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 2/19/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/19/2008 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 2/19/2008 | 2.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 2/19/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 2/19/2008 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Desiree Davis | 2/20/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Jason Solganick | 2/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/20/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Jonathan Brownstein | 2/20/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Joseph Radecki | 2/20/2008 | 0.5 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Maika Hemphill | 2/20/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 2/21/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 2/22/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 2/25/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Desiree Davis | 2/25/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Desiree Davis | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 2/25/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/25/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 2/25/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Jason Solganick | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 2/25/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 2/25/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Joseph Radecki | 2/25/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Joseph Radecki | 2/25/2008 | 1.0 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Maika Hemphill | 2/25/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 2/25/2008 | 2.0 | Financial Analysis | POR documentation and analyses |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### February-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Maika Hemphill | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Desiree Davis | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jason Solganick | 2/26/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jonathan Brownstein | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Joseph Radecki | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Maika Hemphill | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jason Solganick | 2/27/2008 | 0.4 | Case Administration | Review court docket |
| Desiree Davis | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Desiree Davis | 2/28/2008 | 3.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Jason Solganick | 2/28/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 2/28/2008 | 3.5 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Jonathan Brownstein | 2/28/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Joseph Radecki | 2/28/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Maika Hemphill | 2/28/2008 | 3.5 | Financial Analysis | POR documentation and analyses |
| Desiree Davis | 2/29/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 2/29/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Desiree Davis | 2/29/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 2/29/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 2/29/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Jason Solganick | 2/29/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 2/29/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 2/29/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 2/29/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Joseph Radecki | 2/29/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 2/29/2008 | 1.0 | Financial Analysis | Settlement analysis |
| Maika Hemphill | 2/29/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 2/29/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Maika Hemphill | 2/29/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |