# EXHIBIT B

## W.R. Grace
## Detail of expenses (February 1, 2008 – February 29, 2008)

Telephone
| | | |
|---|---|---|
| Joe Radecki | 02/28/08 | $ 39.25 |
| Joe Radecki | 02/28/08 | $ 38.23 |
| Jason Solganick | 02/28/08 | $ 23.81 |
| Joe Radecki | 02/28/08 | $ 38.22 |
| **Total Telephone:** | | **$ 139.51** |

Meals
| | | |
|---|---|---|
| Joe Radecki | 02/05/08 | $ 25.00 |
| **Total Meals:** | | **$ 25.00** |

**TOTAL EXPENSES:**                                               $ 164.51