EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | **Feb-08** | |
| Matthew Ball | 2/19/2008 | 8.50 | $575 | $4,887.50 | Reviewed expert testimony and provided feedback on projection of future asbestosis claims |
| | | 8.50 | | $4,887.50 | |
| | | | | | |
| Jenni Biggs | 2/1/2008 | 2.00 | $650 | $1,300.00 | Analysis for direct testimony |
| Jenni Biggs | 2/1/2008 | 2.00 | $650 | $1,300.00 | Project management |
| Jenni Biggs | 2/4/2008 | 0.70 | $650 | $455.00 | Billing |
| Jenni Biggs | 2/5/2008 | 0.50 | $650 | $325.00 | Discussion regarding direct testimony |
| Jenni Biggs | 2/6/2008 | 7.00 | $650 | $4,550.00 | Meeting preparation |
| Jenni Biggs | 2/7/2008 | 3.00 | $650 | $1,950.00 | 50% of non-working travel |
| Jenni Biggs | 2/7/2008 | 9.00 | $650 | $5,850.00 | Preparation and meeting with Orrick |
| Jenni Biggs | 2/11/2008 | 4.00 | $650 | $2,600.00 | Revisions to 9/25 report and Information for demonstratives |
| Jenni Biggs | 2/12/2008 | 7.00 | $650 | $4,550.00 | Information for demonstratives |
| Jenni Biggs | 2/13/2008 | 4.70 | $650 | $3,055.00 | Information for demonstratives |
| Jenni Biggs | 2/14/2008 | 4.50 | $650 | $2,925.00 | Information for demonstratives |
| Jenni Biggs | 2/19/2008 | 3.80 | $650 | $2,470.00 | Analysis regarding settlement negotiations; Discussion with M. Ball |
| Jenni Biggs | 2/21/2008 | 10.00 | $650 | $6,500.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/22/2008 | 3.50 | $650 | $2,275.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/24/2008 | 1.00 | $650 | $650.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/25/2008 | 2.30 | $650 | $1,495.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/26/2008 | 3.50 | $650 | $2,275.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/27/2008 | 9.00 | $650 | $5,850.00 | Preparation for meeting with Orrick |
| Jenni Biggs | 2/28/2008 | 12.00 | $650 | $7,800.00 | Preparation and meeting with Orrick plus 50% non-working travel |
| Jenni Biggs | 2/29/2008 | 10.00 | $650 | $6,500.00 | Meeting with Orrick and Caplin & Drysdale plus 50% non-working travel |
| | | 99.50 | | $64,675.00 | |
| | | | | | |
| Julianne Calllaway | 2/11/2008 | 5.50 | $325 | $1,787.50 | Data Requests. |
| Julianne Calllaway | 2/13/2008 | 5.40 | $325 | $1,755.00 | Data Requests. |
| Julianne Calllaway | 2/14/2008 | 0.80 | $325 | $260.00 | Data Requests. |
| Julianne Calllaway | 2/15/2008 | 0.30 | $325 | $97.50 | Data Requests. |
| Julianne Calllaway | 2/18/2008 | 2.30 | $325 | $747.50 | Data Requests |
| | | 14.30 | | $4,647.50 | |
| | | | | | |
| Bryan Gillespie | 2/11/2008 | 2.80 | $410 | $1,148.00 | Gather billing details for fee auditor |
| Bryan Gillespie | 2/12/2008 | 1.30 | $410 | $533.00 | Gather billing details for fee auditor |
| Bryan Gillespie | 2/20/2008 | 0.90 | $410 | $369.00 | Discussion regarding meso claims |
| Bryan Gillespie | 2/22/2008 | 0.30 | $410 | $123.00 | Discussion regarding meso claims |
| Bryan Gillespie | 2/27/2008 | 2.80 | $410 | $1,148.00 | Settlement negotiations |
| Bryan Gillespie | 2/28/2008 | 5.40 | $410 | $2,214.00 | Settlement negotiations |
| | | 13.50 | | $5,535.00 | |
| | | | | | |
| Jeff Kimble | 2/6/2008 | 4.40 | $400 | $1,760.00 | Preparing for 2/7 meeting and reading trial transcripts |
| Jeff Kimble | 2/7/2008 | 2.00 | $400 | $800.00 | Preparing for 2/7 meeting and reading trial transcripts |
| Jeff Kimble | 2/7/2008 | 7.00 | $400 | $2,800.00 | Meeting with Orrick (includes 50% of non-working travel time) |
| Jeff Kimble | 2/8/2008 | 4.00 | $400 | $1,600.00 | Summarizing notes from 2/7 meeting with Orrick and reading trial transcripts |
| Jeff Kimble | 2/11/2008 | 1.00 | $400 | $400.00 | Revising 9/25 Report for trend issue |
| Jeff Kimble | 2/12/2008 | 4.80 | $400 | $1,920.00 | Revising 9/25 Report Providing info to Z-Axis for demonstratives |
| Jeff Kimble | 2/13/2008 | 3.80 | $400 | $1,520.00 | Reviewing edits to 9/25 Report and discussion regarding Dr Ory's expert report |
| Jeff Kimble | 2/20/2008 | 2.70 | $400 | $1,080.00 | Preparing files and discussing with Orrick |
| Jeff Kimble | 2/21/2008 | 4.00 | $400 | $1,600.00 | Preparing exhibits for the call with Orrick |
| Jeff Kimble | 2/22/2008 | 3.00 | $400 | $1,200.00 | Internal call regarding settlement negotiations and call with Orrick |
| Jeff Kimble | 2/24/2008 | 2.50 | $400 | $1,000.00 | Preparing exhibits for the meeting with Orrick regarding the settlement negotiations |
| Jeff Kimble | 2/26/2008 | 2.50 | $400 | $1,000.00 | Call regarding settlement negotiations Reviewing CDC data from Steve |
| Jeff Kimble | 2/27/2008 | 8.30 | $400 | $3,320.00 | Call with Eric Stallard and preparing for 2/28 & 2/29 meetings with Orrick |
| Jeff Kimble | 2/28/2008 | 8.00 | $400 | $3,200.00 | Preparing for 2/28 & 2/29 meetings with Orrick 50% of non-working travel time |
| Jeff Kimble | 2/28/2008 | 1.00 | $400 | $400.00 | Meeting with Orrick |
| Jeff Kimble | 2/29/2008 | 2.70 | $400 | $1,080.00 | 50% of non-working travel time |
| Jeff Kimble | 2/29/2008 | 5.00 | $400 | $2,000.00 | Meeting with Orrick and Caplin & Drysdale |
| | | 66.70 | | $26,680.00 | |

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | W.R. Grace (Bankruptcy) | | |
| | | | Towers Perrin Time Records | | |
| Steve Lin | 2/19/2008 | 4.50 | $475 | $2,137.50 | Preparation for direct testimony |
| Steve Lin | 2/20/2008 | 3.50 | $475 | $1,662.50 | Preparation for direct testimony |
| Steve Lin | 2/21/2008 | 5.50 | $475 | $2,612.50 | Discussion of mesothelioma incidence benchmarks for settlement proposal. |
| Steve Lin | 2/22/2008 | 1.00 | $475 | $475.00 | Researching USCS mesothelioma incidence data. |
| Steve Lin | 2/27/2008 | 4.50 | $475 | $2,137.50 | Researching USCS mesothelioma incidence data. |
| Steve Lin | 2/28/2008 | 3.00 | $475 | $1,425.00 | Researching USCS mesothelioma incidence data. |
| Steve Lin | 2/29/2008 | 0.50 | $475 | $237.50 | Discussions with Jenni Biggs regarding settlement proposals. |
| | | 22.50 | | $10,687.50 | |
| Adam Luechtefeld | 2/11/2008 | 0.50 | $250 | $125.00 | Revisions to the 9/25 Estimation Report |
| Adam Luechtefeld | 2/12/2008 | 4.80 | $250 | $1,200.00 | Revisions to the 9/25 Rebuttal Report |
| Adam Luechtefeld | 2/13/2008 | 4.20 | $250 | $1,050.00 | Revisions to the 9/25 Rebuttal Report |
| Adam Luechtefeld | 2/14/2008 | 0.50 | $250 | $125.00 | Revisions to the 9/25 Rebuttal Report |
| Adam Luechtefeld | 2/15/2008 | 0.50 | $250 | $125.00 | Providing spreadsheets for presentation |
| Adam Luechtefeld | 2/19/2008 | 3.80 | $250 | $950.00 | Creating charts |
| Adam Luechtefeld | 2/20/2008 | 3.50 | $250 | $875.00 | Providing spreadsheets for presentation |
| Adam Luechtefeld | 2/28/2008 | 0.50 | $250 | $125.00 | Projections of TDP payments |
| | | 18.30 | | $4,575.00 | |
| Alicia Oliver | 2/22/2008 | 1.50 | $175 | $262.50 | Prepare summaries of information for Orrick |
| Alicia Oliver | 2/25/2008 | 3.50 | $175 | $612.50 | Prepare summaries of information for Orrick |
| Alicia Oliver | 2/29/2008 | 1.50 | $175 | $262.50 | Prepare summaries of information for Orrick |
| | | 6.50 | | $1,137.50 | |
| Rhamonda Riggins | 2/12/2008 | 0.50 | $305 | $152.50 | Prepare hard drive for Dan Relles |
| Rhamonda Riggins | 2/28/2008 | 2.00 | $305 | $610.00 | SEER data |
| | | 2.50 | | $762.50 | |
| Ollie Sherman | 2/7/2008 | 7.00 | $700 | $4,900.00 | Meeting with Orrick and prep for testimony |
| Ollie Sherman | 2/22/2008 | 0.20 | $700 | $140.00 | Review of testimony presentation materials |
| | | 7.20 | | $5,040.00 | |
| | | 259.50 | | $128,627.50 | |

Expenses - February 2008

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Jenni Biggs | 2/7/2008 | $21.00 | Taxi to Orrick | Yes |
| Jenni Biggs | 2/7/2008 | $21.00 | Taxi to airport | Yes |
| Jenni Biggs | 2/7/2008 | $12.00 | Parking at STL airport | Yes |
| Jenni Biggs | 2/7/2008 | $10.10 | Use of own car to/from airport for 2/7/08 meeting | No |
| Jenni Biggs | 2/28/2008 | $1,429.00 | Air fare for trip to New York 2/28/08 | Yes |
| Jenni Biggs | 2/28/2008 | $12.91 | Lunch on 2/28 | Yes |
| Jenni Biggs | 2/28/2008 | $15.00 | Amex fee for 2/28/08 flight to DC for meeting re: WR Grace - ticket #7116186006 | Yes |
| Jenni Biggs | 2/28/2008 | $33.00 | Taxi to hotel | Yes |
| Jenni Biggs | 2/28/2008 | $10.10 | To/from airport for 2/28/08 trip to NY re: WR Grace | No |
| Jenni Biggs | 2/29/2008 | $457.87 | Hotel for 2/28 | Yes |
| Jenni Biggs | 2/29/2008 | $23.49 | Parking at STL airport | Yes |
| | | $2,045.47 | | |
| Jeff Kimble | 2/5/2008 | $217.20 | Airfare for trip to Orrick's office | Yes |
| Jeff Kimble | 2/7/2008 | $35.05 | Dinner for Biggs and Kimble | Yes |
| Jeff Kimble | 2/7/2008 | $20.00 | Parking at STL airport | Yes |
| Jeff Kimble | 2/28/2008 | $1,444.00 | Air fare for trip to New York | Yes |
| Jeff Kimble | 2/28/2008 | $465.82 | Hotel for 2/28 | Yes |
| Jeff Kimble | 2/28/2008 | $10.69 | Lunch on 2/28 | Yes |
| Jeff Kimble | 2/28/2008 | $36.00 | Parking at airport | Yes |
| | | $2,228.76 | | |
| Rhamonda Riggins | 2/11/2008 | $108.56 | Orrick requested copy of WR Grace/RUST external hard drive per 2/8/08 email (Dan Relles). | Yes |
| | | $108.56 | | |
| Ollie Sherman | 2/7/2008 | $15.00 | Taxi from TP office to Orrick | Yes |
| Ollie Sherman | 2/7/2008 | $15.00 | Taxi from Orrick office to TP | Yes |
| | | $30.00 | | |
| | | $4,412.79 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.

1

```
FASTTRACK, Inc.
4607 AIRFLIGHT DRIVE
ST. LOUIS, MO 63134


Rcpt# 74573
02/07/08 20:22   L# 5 A# 21   Txn# 83421
02/07/08 06:16 In   02/07/08 20:22 Out
Tkt# 094584
Valet            $ 11.95
Aprt Surchrg     $  2.00
Total Fee        $ 13.95
AAA Card Val     $  1.95-
CASH PAID        $ 12.00-
Cash Tender      $ 12.00
Change Due       $  0.00
       THANK YOU FOR PARKING WITH US!


          QUESTIONS OR COMMENTS?
          PLEASE CALL 314-428-4204
```

# TAXICAB RECEIPT



Time: _____
Date: 2/7/08

Origin of trip: Ornch

Destination: Reagan

Fare: $21      Sign: _____


# ALEXANDRIA UNION CAB
## (703)683-1200 - 24 Hr. Dispatch Service

FROM    Reagan
TO      Ornch
DATE    2/7/08    FARE$  21

DRIVER'S NAME _____ CAB# _____

*By Request, We Accept*

Each Cab Independently Owned & Operated

 AMERICAN EXPRESS® BUSINESS TRAVEL

Page 1 of 2
Generated: February 29, 2008 08:55 AM

# Travel Arrangements for JENNIFER L BIGGS

| | | | |
|---|---|---|---|
| **Record Locator** | LEDZBQ | **Agent ID : ZG** | |
| **Trip ID** | 11293956630 | Phone: (800) 522-4111 | |
| | JENNIFER BIGGS/314-719-5843 | | |
| | TOWERS PERRIN | | |

## Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 2/27/08 |
| Ticket Number | 7116186006 | Invoice | 0014750 |
| Check Digit | 3 | Electronic | Yes |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 1,309.76 |
| Ticket Tax Fare | 119.24 |
| Total (USD) Ticket Amount | 1,429.00 |

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 2/29/08 |
| Ticket Number | 7116186079 | Invoice | 0014854 |
| Check Digit | 6 | Electronic | Yes |
| **Billing Code** | WN820127 | | |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 0.00 |
| Ticket Tax Fare | 0.00 |
| Total (USD) Ticket Amount | 0.00 |
| Current Fare | 714.50 |
| Prior ticket 0017116186006   credit | -714.50 |
| Exchange Fee | 0.00 |
| Airfare charged to American Express | |
| **Total** | **0.00** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details                    Thursday February 28, 2008

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 25 minutes |
| Flight | 1030 | Distance | 888 Miles |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | New York Lga, NY | Plane | Md-80 |
| Departing | 12:10 PM | | |
| Arriving | 3:35 PM | | |

| | |
|---|---|
| Departure Terminal | MAIN TERMINAL |
| Arrival Terminal | CENTRAL TERMINAL |
| Seat | 28D |
| Class | Economy |

**Hotel Information**

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™ 

| | | | |
|---|---|---|---|
| Hotel | OMNI HOTELS | | |
| | 2 OMNI BERKSHIRE PLACE | | |
| Hotel Address | 21 EAST 52ND STREET | Phone Number | E 1-212-753-5800 |
| | NEW YORK NY 10022 | Fax Number | 1-212-754-5018 |
| Confirmation Number | 2010298080- | | |
| Check in Date | 2/28/08 | | |
| Check out Date | 2/29/08 | | |
| | | | |
| Hotel Rate | 399.00 USD per night | | |
| | Late Arrival Guarantee - Credit Card | | |
| Special Info | RQ NON SMK RM.KING BD | | |

CANCEL 24 HOURS BEFORE ARRIVAL

Corporate Discount - C1000605

## Travel Details                        Friday February 29, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 3 hours 0 minutes |
| Flight | 4731 | Distance | 892 Miles |
| | OPERATED BY AMERICAN EAGLE | | |
| Origin | New York JFK, NY | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Embraer 135 Jet |
| Departing | 4:05 PM | | |
| Arriving | 6:05 PM | | |
| | | | |
| Departure Terminal | TERMINAL 8 | | |
| Arrival Terminal | MAIN TERMINAL | | |
| Seat | 3A | | |
| Class | Economy | | |

## Travel Details                        Wednesday August 27, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| LEDZBQ | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.
*********************************************
FARE OF THIS ITINERARY............1429.00
FARE OF EXCHANGED TICKET..........1429.00
EXCHANGED TICKET NUMBER...........0017116186006
AIRLINE REISSUE FEE FOR EXCHANGE...0.00
FARE DIFFERENCE/ADDITIONAL COST....0.00
TOTAL CHARGES FOR THIS ITINERARY...0.00
*********************************************

```
            HMSHOST
        CHILI'S TERMINAL C
   LAMBERT ST LOUIS INT'L AIRPORT

   5876 ASIAAH
   ------------------------------------
   9355  FEB28'08 11:31AM
   ------------------------------------
              T O  G O

    1 YOGURT                    1.79
    1 SLD RTE CHX CSR           7.99
    1 WATER VASA 25oz           2.39
      CASH                     20.01

      SUBTOTAL                 12.17
      TAX                       0.74
      AMOUNT                  12.91
      CHANGE                    7.10

           THANK YOU
           HMSH HOST
            CHILIS C
     ST.LOUIS LAMBERT AIRPORT
       QUESTIONS & COMMENTS
       314-429-3400   EXT 105
       STEVE.DAY@HMSHOST.COM
```

```
   FASTTRACK, Inc.
   4607 AIRFLIGHT DRIVE
   ST. LOUIS, MO 63134


   AVISTAR- SUNPARK ST LOU
       4607 AIRFLIGHT DR
        ST LOUIS MO 63134

   TERMINAL I.D.:           203698
   MERCHANT #:       988903400000007

   AMEX
   xxxxxxxxxx5002
   SALE
   BATCH: 000002      TRACE: 505101
   DATE: FEB 29, 08   TIME: 19:28
   RRN: 06190097      AUTH NO: 546022

   TOTAL            $23.49


   X_____
     JL BIGGS

     I AGREE TO PAY ABOVE TOTAL AMOUNT
     ACCORDING TO CARD ISSUER AGREEMENT
   (MERCHANT AGREEMENT IF CREDIT VOUCHER)
```

```
   MED#        5761
   02/28/08 TR 5826
   START  END MILES
   16:14 16:43  9.1
   Regular Fare
   RATE 1:$   23.30
   SURCH: $    1.00
   QMTnl:$     4.00
   TOTAL: $   28.30
        THANKS
     TO CONTACT TLC
        DIAL 3-1-1
   + tip = 33
```

# OMNI HOTELS

OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY    NY    10022
Tel- 212-753-5800    Fax- 212-754-5020

BIGGS, JENNIFER L
AMERICAN EXPRESS GHVP US

**Room Number:**
**Daily Rate:** 1818
**Room Type:** 399
**No. of Guests:** KNJR
1 / 0

| Date | | | | | |
|---|---|---|---|---|---|
| 02/2... | 1818 | ROOM CHARGE | #1818 BIGGS, JENNIFER L | | $399.00 |
| 02/... | 1818 | CITY TAX 5% | CITY TAX 5% | | $19.95 |
| 02/... | 1818 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | | $5.50 |
| 02/2... | 1818 | SALES TAX 8.375% | SALES TAX 8.375% | | $33.42 |

**TOTAL DUE:** $457.87

ASH 3-6563

 AMERICAN EXPRESS® BUSINESS TRAVEL

Page 1 of 3
Generated: January 29, 2008 10:13 AM

# Travel Arrangements for JEFFREY D KIMBLE

| | | | |
|---|---|---|---|
| **Record Locator** | JSTEGO | **Agent ID : ZG** | |
| **Trip ID** | 11197258360 | 7535 Windsor Dr. - Suite 104A - Allentown, PA  18195 | |
| | JEFFREY KIMBLE/314-719-5836 | Phone: (800) 522-4111 / Fax: (610) 706-3070 | |
| | TOWERS PERRIN | | |

## Invoice Details

### Ticket Information

| | | | | | Charges | |
|---|---|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 1/29/08 | | Ticket Base Fare | 202.20 |
| Ticket Number | 7107240616 | Invoice | 0013377 | | Ticket Tax Fare | 0.00 |
| Check Digit | 4 | Electronic | Yes | | Total (USD) Ticket Amount | 202.20 |
| Billing Code | WN844411 | | | | | |

| | |
|---|---:|
| Current Fare | 417.00 |
| Prior ticket 7096666985  credit | -314.80 |
| Exchange Fee | 100.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **217.20** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

## Travel Details                Thursday February 7, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:20 AM | | |
| Arriving | 10:10 AM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 18A | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 15 minutes |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™  

| | | | |
|---|---|---|---|
| Flight | 1993 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 6:55 PM | | |
| Arriving | 8:10 PM | | |
| Departure Terminal | TERMINAL B | | |
| Arrival Terminal | MAIN TERMINAL | | |
| Seat | 19F | | |
| Class | Economy | | |

## Travel Details         Tuesday August 5, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| JSTEGO | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.
****************************************************
FARE OF THIS ITINERARY.............417.00
FARE OF EXCHANGED TICKET...........314.80
EXCHANGED TICKET NUMBER............0017096666985
AIRLINE REISSUE FEE FOR EXCHANGE...100.00
FARE DIFFERENCE/ADDITIONAL COST....102.20
TOTAL CHARGES FOR THIS ITINERARY...202.20
****************************************************

```
        T G I   F R I D A Y ' S
    Ronald Reagan National Airport
              Store #0792
              703-417-1900
Date:         Feb07'08 06:18PM
Card Type:    AMEX
Acct #:       XXXXXXXXXXX3000
Exp Date:     XX/XX
Auth Code:    501088
Check:        2862
Table:        600/1
Server:       56 DAVONE
              J KIMBLE

Subtotal:             29.05

TIP           $_____

TOTAL         $  35.65
              _____

  _____
                            S

        ** GUEST COPY **
```

```
SUPER PARK INTERMEDIATE
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.

Rcpt# 45756
02/07/08 20:15   L# 6 A# 45   Txn#117368
02/07/08 06:20 In   02/07/08 20:15 Out
SHORT TERM      $ 20.00
Total Fee       $ 20.00
AMERICAN EXP    $ 20.00-
XXXXXXXXXXX3000
Approval No.:562587
Reference No.:00000174
Change Due      $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2800
```

 **AMERICAN EXPRESS ® BUSINESS TRAVEL**

Page 1 of 3
Generated: February 27, 2008 10:04 AM

# Travel Arrangements for JEFFREY D KIMBLE

| | | | |
|---|---|---|---|
| **Record Locator** | NUMNRA | **Agent ID : ZE** | |
| **Trip ID** | 11442167750<br>JEFFREY KIMBLE/314-719-5836<br>TOWERS PERRIN | **Phone:** (800) 522-4111 | |

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 2/27/08 |
| Ticket Number | 7116186005 | Invoice | 0014749 |
| Check Digit | 2 | Electronic | Yes |
| **Billing Code** | WN844411 | | |

### Charges

| | |
|---|---:|
| Ticket Base Fare | 1,309.76 |
| Ticket Tax Fare | 119.24 |
| Total (USD) Ticket Amount | 1,429.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **1,444.00** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details                   Thursday February 28, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 25 minutes |
| Flight | 1030 | Distance | 888 Miles |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | New York Lga, NY | Plane | Md-80 |
| Departing | 12:10 PM | | |
| Arriving | 3:35 PM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | CENTRAL TERMINAL | | |
| Seat | 28F | | |
| Class | Economy | | |

### Hotel Information

| | | | |
|---|---|---|---|
| Hotel | OMNI HOTELS<br>2 OMNI BERKSHIRE PLACE | | |
| Hotel Address | 21 EAST 52ND STREET<br>NEW YORK NY 10022 | Phone Number<br>Fax Number | E 1-212-753-5800<br>1-212-754-5018 |
| Confirmation Number | 2010298108- | | |
| Check in Date | 2/28/08 | | |
| Check out Date | 2/29/08 | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™  

Case 01-01139-AMC    Doc 18814-3    Filed 05/29/08    Page 13 of 17

Page 2 of 3

| | |
|---|---|
| Hotel Rate | 399.00 USD per night |
| | Late Arrival Guarantee - Credit Card |
| Special Info | CF-2010298108- |
| | CANCEL 24 HOURS BEFORE ARRIVAL |
| Corporate Discount - C1000605 | |

## Travel Details                              Friday February 29, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 50 minutes |
| Flight | 2019 | Distance | 888 Miles |
| Origin | New York Lga, NY | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 7:45 PM | | |
| Arriving | 9:35 PM | | |

| | |
|---|---|
| Departure Terminal | CENTRAL TERMINAL |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 18E |
| Class | Economy |

## Travel Details                              Wednesday August 27, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| NUMNRA | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

# OMNI ✿ HOTELS

OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY   NY   10022
Tele- 212-753-5800    Fax- 212-754-5020

KIMBLE, JEFFREY D
AMERICAN EXPRESS GHVP US

Room Number: 1508
Daily Rate: 289
Room Type: EXKN
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 02/28/08 | 02/29/08 | | XPV | CONS | 11700813375 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 02/28/08 | 1508 | WIFI INTERNET ACCESS | 1508/214455/196 | $9.95 |
| 02/28/08 | 1508 | ROOM CHARGE | #1508 KIMBLE, JEFFREY D | $399.00 |
| 02/28/08 | 1508 | CITY TAX 5% | CITY TAX 5% | $19.95 |
| 02/28/08 | 1508 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | $3.50 |
| 02/28/08 | 1508 | SALES TAX 8.375% | SALES TAX 8.375% | $33.42 |
| 02/29/08 | 1508 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($465.82) |

TOTAL DUE:    $0.00

(314) 719 5853

ASH 3-6583

```
         HMSHOST
      CHILI'S TERMINAL C
LAMBERT ST LOUIS INT'L AIRPORT

5876 ASIAAH
-----------------------------
9380 FEB28'08 11:41AM
-----------------------------
           TO GO

1 RTE TURK CLUB           7.69
1 WATER VASA 25oz         2.39
CASH                     11.00

SUBTOTAL                 10.08
TAX                       0.61
AMOUNT                 10.69
CHANGE                    0.31

         THANK YOU
         HMSH HOST
         CHILIS C
 ST.LOUIS LAMBERT AIRPORT
   QUESTIONS & COMMENTS
 314-429-3400    EXT 105
 STEVE.DAY@HMSHOST.COM
```

```
SUPER PARK INTERMEDIATE
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.

Rcpt# 50210
02/29/08 19:25  LN 6 AM 45  Txn#126795
02/29/08 10:56 In  02/29/08 19:25 Out
SHORT TERM       $ 36.00
Total Fee        $ 36.00
AMERICAN EXP     $ 36.00-
XXXXXXXXXXX3000
Approval No.:544161
Reference No.:000000658
Change Due       $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2800
```

Project #: 121526

```
         WELCOME TO BEST BUY #833
            ST. LOUIS, MO 63144
               (314)646-1331

              Keep your receipt!
       Return policies vary by product type.
       Returns must be made with this receipt by
          03/12/08 for 30 day products

Val #: 0280-9600-5326-3804

0833 006 2360 02/11/08    18:18 0820081


8475615   WDH1U3200N              99.99
  320GB 3.5" MY BOOK ESSENTIAL
                        ----------
              SUBTOTAL            99.99
         SALES TAX 8.575 %         8.57
                        ==========
                 TOTAL           108.56

   xxxxxxxxx4196      VISA       108.56
   MONDA J RIGGINS
   ROVAL 01587B



  Be ready for the Analog to Digital TV
  ansition on Feb. 17, 2009. Learn more @
  ww.BestBuy.com/DTV or www.DTV2009.gov.

       YOUR CUSTOMER SERVICE PIN IS:
          0833 006 2360 021108


-------------------------------------------
         BEST BUY VALUES YOUR FEEDBACK!!
     TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
     WIN A $10,000 BEST BUY SHOPPING SPREE!!

       Visit http://www.bestbuycares.com
       Cuestionario en Espanol tambien

        & enter the following codes :

              Group A:   893738
              Group B    0869
              Group C:   213968

     NO PURCHASE NECESSARY. Must be legal
       resident of 50 US/DC, 18 or older. 2
     2 Drawing Periods:  9/2-12/1/07 &  12/2/07-
     3/1/08. Limit 3 entries per Drawing Period.
         For free entry & other details, see
           Official Rules at website or store.
                 Void where prohibited.
-------------------------------------------
```

DATE 2/7/2002 AMOUNT $ 15.00
RECEIVED FROM Ollie Skinner
FROM 2107 Wilson Blvd Arlington Va
DESTINATION 1152 15th St NW WDC
CAB # _____ DRIVER I.D. # _____
DRIVERS NAME _____

# Taxi Cab Receipts

DATE: 2/7/2002 TIME: 5:15
TRIP ORIGIN: 1152 K st NW
DESTINATION: 2107 Wilson
FARE: $ 15.00  SIGNATURE _____