# Buchanan Ingersoll ⅍ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000002
INVOICE : 10111799

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/01/08 | TC | Reviewed Limited Objection of UniFirst Corporation to Motion of Debtors for Entry of an Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties and all materials attached | .60 |
| 04/02/08 | TC | Reviewed limited objection of Hampshire Chemical Corp. to the Debtors' motion for entry of an order authorizing liability transfer agreement for certain environmental liabilities and properties | .20 |
| 04/02/08 | TC | Reviewed Response to Motion to Authorize Liability Transfer Agreement for Certain Environmental Liabilities and Properties Filed by Florida Department of Environmnetal Protection | .20 |
| 04/02/08 | TC | Reviewed Response of new york state to Motion to Authorize Liability Transfer Agreement for Certain Environmental Liabilities and Properties | .20 |
| 04/02/08 | TC | Reviewed Motion for Entry of Order Authorizing Liability Transfer Agreement for Certain Environmental Liabilities and Properties Filed by Department of Environmental Protection | .30 |
| 04/02/08 | TC | Reviewed Objection to Motion for Entry of Order Authorizing Transfer Agreement for Certain Environmental Liabilities and Properties Filed by United States of America | .20 |

# Buchanan Ingersoll ⚿ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000002
INVOICE : 10111799

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  ASSET DISPOSITION

04/23/08 TC    Reviewed Order Authorizing Liability Transfer                .20
               Agreement for Certain Environmental Liabilities
               and Properties

## T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| T. Currier   | 515.00 | 1.90  | 978.50 |
| TOTALS       |        | 1.90  | 978.50 |

TOTAL FEES :                    978.50

TOTAL DUE  :                    978.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 16, 2008
                                            MATTER : 0066609-000003
                                            INVOICE : 10111800

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08   6548

    RE:  BUSINESS OPERATIONS


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED              HOURS
  ----  ----   -------------------------------              -----

04/01/08 TC    Reviewed monthly operating reports            .60

04/01/08 TC    Reviewed Order Authorizing Debtors to Further .40
               Extend and Modify Debtor-In-Possession
               Financing

04/01/08 TC    Reviewed Debtors' Motion for Order Authorizing .30
               Payment of Certain Prepetition Real Property
               Tax Claims


                 T I M E   S U M M A R Y
                 -----------------------

                      RATE    HOURS        TOTALS
                      ----    -----        ------

   T. Currier        515.00   1.30         669.50
               TOTALS         1.30         669.50


               TOTAL FEES :                   669.50


               TOTAL DUE  :                   669.50
```

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000004
INVOICE : 10111801

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/01/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/02/08 | TC | Forwarded all newly filed pleadings to our team counsel, and reviewed them briefly | .50 |
| 04/02/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/03/08 | TC | Forwarded ecf filings to team counsel | .40 |
| 04/03/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 04/03/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/04/08 | TC | Reviewed all ecf filings and distributed them to team counsel | .40 |
| 04/07/08 | TC | Reviewed all ecf filings and forwarded to team counsel | .40 |
| 04/07/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :   0066609-000004
INVOICE : 10111801

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/08/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/08/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 04/09/08 | TC | Reviewed all ecf filings and distributed them to team counsel | .60 |
| 04/09/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/10/08 | TC | Reviewed all ecf filings and disseminated them to team counsel | .30 |
| 04/10/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/11/08 | TC | Reviewed all ecf filings and distributed them all to counsel for team | .50 |
| 04/11/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/14/08 | TC | Reviewed all daily ecf filings and distributed them to team counsel and paralegals | .40 |

# Buchanan Ingersoll ⚥ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000004
INVOICE : 10111801

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/14/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/14/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 04/15/08 | TC | Reviewed all daily ecf filings and distributed them to team counsel and paralegals | .50 |
| 04/16/08 | TC | Reviewed all ecf filings and distributed them to counsel for committee | .30 |
| 04/16/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/17/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/18/08 | TC | Reviewed all ecf filings and distributed to team counsel | .40 |
| 04/18/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/21/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 16, 2008
                                             MATTER :  0066609-000004
                                             INVOICE : 10111801

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/22/08 | TC | Reviewed all ecf filings and distributed to all team counsel | .50 |
| 04/22/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/23/08 | TC | Reviewed ecf filings and distributed them to team counsel | .30 |
| 04/23/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/24/08 | TC | Reviewed all ecf filings and distributed to all team counsel | .60 |
| 04/24/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/25/08 | TC | Reviewed all ecf filings and distributed to all team counsel and paralegals | .50 |
| 04/25/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/28/08 | TC | Reviewed all ecf filings and distributed to team counsel | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000004
INVOICE : 10111801

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 04/28/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/29/08 TC | Reviewed all wrgrace ecf filings and distributed to team counsel | .70 |
| 04/29/08 TC | Reviewed updated docket | .40 |
| 04/29/08 MNF | Docketing litigation events in computerized docketing system | .50 |
| 04/29/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 04/30/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 8.20 | 4223.00 |
| M. Flores | 175.00 | 12.00 | 2100.00 |
| TOTALS | | 20.20 | 6323.00 |

TOTAL FEES :                                    6,323.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

**Buchanan Ingersoll ⚘ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000004
INVOICE : 10111801

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08   6548

RE:  CASE ADMINISTRATION

TOTAL DUE :                    6,323.00

TAX ID 25-1381032 ∷ INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 16, 2008
                                             MATTER :  0066609-000005
                                             INVOICE : 10111802

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/01/08 | TC | Reviewed Order (CONTINUATION) Regarding the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) | .20 |
| 04/01/08 | TC | Reviewed Order Regarding Relief Sought in Debtors' Objection to Claim Filed by Massachusetts Department of Revenue | .10 |
| 04/01/08 | TC | Reviewed Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim Filed by Zonolite Attic Insulation Class Plaintiffs. | .20 |
| 04/01/08 | TC | Reviewed Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion Filed by Zonolite Attic Insulation Class Plaintiffs | .50 |
| 04/01/08 | TC | Reviewed Memorandum in Support of Motion for Order Recognizing and Permitting Filing of a Class Proof of Claim | .60 |
| 04/01/08 | TC | Reviewed Debtor's Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program Filed by W.R. Grace & Co | .60 |
| 04/23/08 | TC | Reviewed Order (CONTINUATION) Regarding the Debtors' Eighteenth Omnibus Objection to Claims (Substantive). | .10 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000005
INVOICE : 10111802

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---:|
| 04/23/08 | TC | Reviewed Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue | .10 |
| 04/25/08 | TC | Reviewed Order (MODIFIED) Granting Leave to Canadian ZAI Claimants to File a Late Objection to ZAI Claims Bar Date Motion | .20 |

### T I M E   S U M M A R Y
-----------------------

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| | | ---- | ----- | ------ |
| T. Currier | | 515.00 | 2.60 | 1339.00 |
| | TOTALS | | 2.60 | 1339.00 |

TOTAL FEES :                    1,339.00

TOTAL DUE  :                    1,339.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 16, 2008
                                            MATTER : 0066609-000006
                                            INVOICE : 10111803

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08   6548

      RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


   DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                  HOURS
   ----  ----    -------------------------------                   -----

04/24/08 TC     Reviewed Reply to Debtors' Opposition to ZAI          .60
                Claimants' Motion for Order Recognizing and
                Permitting Filing of a Washington Class Proof
                of Claim Filed by Zonolite Attic Insulation
                Class Plaintiffs

04/24/08 TC     Reviewed Brief in Support of Motion for an            .50
                Order (A) Establishing a Proof of Claim Bar
                Date for Zonolite Attic Insulation Claims, and
                (B) Approving the Related Proof of Claim Form,
                Bar Date Notices and Notice Program Filed by
                W.R. Grace & Co., et al.

04/25/08 TC     Reviewed Order Authorizing Settlement Agreement      .10
                Resolving The United States' Proof of Claim
                Regarding The Curtis Bay Fusrap Matter

04/28/08 TC     Motion for Leave to File an Objection to             .60
                Debtors' Amendment to Motion for Order (A)
                Establishing a Proof of Claim Bar Date for
                Zonolite Attic Insulation Claims and (B)
                Approving the Related Proof of Claim Form, Bar
                Date Notices, and Notice Program. Filed by
                Canadian ZAI Claimants; and attached 52 page
                objection
```

**Buchanan Ingersoll ⚙ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    MAY 16, 2008
                                           MATTER :  0066609-000006
                                           INVOICE : 10111803

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


                        T I M E   S U M M A R Y
                        -----------------------

                              RATE    HOURS          TOTALS
                              ----    -----          ------

T. Currier                   515.00   1.80           927.00
                    TOTALS            1.80           927.00

                     TOTAL FEES :                      927.00

                     TOTAL DUE  :                      927.00


California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 16, 2008
                                              MATTER : 0066609-000007
                                              INVOICE : 10111804

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08   6548

     RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
          EQUITY HOLDERS'


DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
----  ----   -------------------------------                  -----

04/04/08 TC  Call from ted wechsler ; reviewed materials for    .40
             today's special committee meeting


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

     T. Currier         515.00    .40         206.00
                 TOTALS           .40         206.00


                    TOTAL FEES :                  206.00


                    TOTAL DUE  :                  206.00
```

# Buchanan Ingersoll ∧ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh. PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000010
INVOICE : 10111805

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/23/08 | TC | Reviewed Order (WITH REVISIONS) Authorizing the Appointment of Diane W. Welsh as Mediator for the S & R Claims | .10 |
| 04/25/08 | TC | Reviewed Application of David T. Austern, Future Claimants' Representative, for Authorization to Modify the Employment of Piper Jaffray & Co. as Financial Advisor to David T. Austern | .60 |
| 04/28/08 | TC | Limited Objection to Debtors' Motion For Entry Of An Order Authorizing The Appointment Of Diane W. Welsh As Mediator For The Speights & Runyan Property Damage Claims Filed by United States Trustee for Region 3 | .20 |
| 04/29/08 | TC | Reviewed Motion to Approve Ernst & Young LLP to Retain Fees Earned and Paid In These Chapter 11 Cases in Excess of the OCP Total Expenditure Cap Filed by W.R. Grace & Co., et al. | .40 |

## T I M E   S U M M A R Y

|             | RATE | HOURS | TOTALS |
|-------------|------|-------|--------|
| T. Currier  | 515.00 | 1.30 | 669.50 |
| TOTALS      |        | 1.30 | 669.50 |

TOTAL FEES :                                              669.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :    MAY 16, 2008
                                             MATTER :  0066609-000010
                                             INVOICE :  10111805


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  EMPLOYMENT APPLICATIONS, OTHERS


                          TOTAL DUE  :                      669.50

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000011
INVOICE : 10111806

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08   6548

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/10/08 | MNF | Review/make edits to March pre-bills | .50 |
| 04/16/08 | MNF | Draft/ prepare 77th monthly fee app of BIR for March 2008 | 1.50 |
| 04/22/08 | MNF | Review docket re: objections to 76th monthly fee app of BIR(.1) Draft CNO re: 76th monthly fee app of BIR for Feb.2008(.4) | .50 |
| 04/23/08 | MNF | E-file and serve CNO re: 76th monthly fee app of BIR | .80 |
| 04/24/08 | TC | Reviewed cnos for our fee applications and kramer levins, and prepared same for filing | .40 |
| 04/29/08 | MNF | E-file and serve 77th monthly fee app of BIR for March 2008 | 1.00 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T. Currier | 515.00 | .40 | 206.00 |
| M. Flores | 175.00 | 4.30 | 752.50 |
| TOTALS | | 4.70 | 958.50 |

TOTAL FEES :                           958.50

TOTAL DUE  :                           958.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh. PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 16, 2008
                                             MATTER :  0066609-000012
                                             INVOICE : 10111807

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

     RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/07/08 | MNF | Edits to 78th monthly fee app of Kramer levin | .30 |
| 04/08/08 | MNF | E-file and serve 78th monthly fee app of Kramer Levin (.8); Calendar dates (.1); scan and send same to fee auditor (.3) | 1.20 |
| 04/29/08 | TC | Sent certification of counsel to keith for his use | .20 |
| 04/29/08 | TC | Call from keith martorana at kramer levin about correcting a fee application issue in kramer levin's fee apps | .40 |
| 04/29/08 | MNF | Review docket for objections to 78th monthly fee app of Kramer (.1); Draft CNO re: 78th monthly fee app of Kramer (.4) | .50 |
| 04/30/08 | TC | Another call with keith martorana about kramer levin fee application and follow through on getting it done and fixed | .40 |
| 04/30/08 | TC | Send cno to keith martorana for kramer levin, and communication with him about this process as well | .40 |
| 04/30/08 | TC | Conference with paralegal about fee app issues as relate to the current cno she is drafting | .40 |
| 04/30/08 | MNF | Discuss with TKDC Feb. fee app and CNO for Kramer Levin (.2); emails to and from TKDC & Kramer Levin re: same (.3) | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚘ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 16, 2008
MATTER : 0066609-000012
INVOICE : 10111807

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  FEE APPLICATIONS, OTHERS

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 1.80 | 927.00 |
| M. Flores | 175.00 | 2.50 | 437.50 |
| TOTALS |  | 4.30 | 1364.50 |

TOTAL FEES :                           1,364.50

TOTAL DUE  :                           1,364.50

# Buchanan Ingersoll &. Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh. PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 16, 2008
                                              MATTER : 0066609-000014
                                              INVOICE : 10111808

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08   6548

RE: HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/02/08 | TC | Reviewed listings of amended dates for estimation trials, and conf with paralegal re calendaring and compulawing those new dates | .30 |
| 04/08/08 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (Third Amended) for Personal Injury Estimation Trial | .30 |
| 04/16/08 | TC | Communication with paralegal about hearing | .20 |
| 04/18/08 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing on April 22, 2008 | .40 |
| 04/18/08 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al. Hearing scheduled for 4/21/2008 | .30 |
| 04/30/08 | TC | Reviewed notice of adjourned hearing; conf with paralegal re compulaw docketing of revised hearing date | .20 |

### T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T. Currier |        | 515.00 | 1.70  | 875.50 |
|            | TOTALS |        | 1.70  | 875.50 |

TOTAL FEES :                                                    875.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh. PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    MAY 16, 2008
MATTER  :   0066609-000014
INVOICE  :  10111808

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:   HEARINGS

TOTAL DUE  :                                        875.50

# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000015
INVOICE : 10111809

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/01/08 | TC | Reviewed Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not Be Designated Filed by Zonolite Attic Insulation Class Plaintiffs | .10 |
| 04/01/08 | TC | Reviewed Memorandum in Support of Motion for Order to Show Cause Why Expert Witness Should Not Be Appointed Filed by Zonolite Attic Insulation Class Plaintiffs | .40 |
| 04/02/08 | TC | Reviewed motion in limine on rule 408 issue, and supporting materials | .40 |
| 04/02/08 | TC | Reviewed W.R. Grace & Co.'s Opposition to the ACC and FCR's Motion in Limine Relating to Settlement Information Subject to the Debtors' Rule 408 Argument Filed by W.R. Grace & Co., et al | .50 |
| 04/04/08 | TC | Reviewed Motion in Limine To Exclude Evidence Concerning Grace's Insurance Coverage Filed by W.R. Grace & Co., et al | .10 |
| 04/04/08 | TC | Reviewed Joinder of the Future Claimants' Representative to the Official Committee of Asbestos Personal Injury Clamants' Responses to Debtors' Motions in Limine to Exclude (I) Testimony from Claimants' Witness Peter Kraus and (II) Expert Testimony of Stephen M. Snyder | .10 |
| 04/04/08 | TC | Reviewed Joint Response to To Debtors' Motion In Limine To Exclude Testimony From Claimants' Witness Peter Kraus | .20 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys ∧ Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh. PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 16, 2008
MATTER :  0066609-000015
INVOICE : 10111809

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 04/04/08 TC | Reviewed The Official Committee of Asbestos Personal Injury Claimants' and the Future Claimants' Representative's Statement Concerning Witness Order for the March and April Portions of the Estimation Hearing | | .20 |
| 04/04/08 TC | Reviewed Response to To Debtors' Motion In Limine To Exclude The Expert Testimony Of Stephen M. Snyder | | .40 |
| 04/04/08 TC | Reviewed Objection to Debtors' Motion in Limine to Exclude the Expert Testimony of Marshall S. Shapo Filed by David Austern | | .40 |
| 04/07/08 TC | Reviewed Joinder of The Official Committee of Asbestos Personal Injury Claimants to The Future Claimants' Representative's Opposition to Debtors' Motion in Limine to Exclude the Expert Testimony of Marshall S. Shapo | | .10 |
| 04/07/08 TC | Reviewed Debtors' Motion For Entry Of An Order Authorizing The Appointment Of Diane W. Welsh As Mediator For The Speights & Runyan Property Damage Claims | | .20 |
| 04/08/08 TC | Reviewed Motion for Relief from Stay/Expedited Motion to Lift Stay and Return ZAI to the Tort System | | .30 |
| 04/08/08 TC | Reviewed Order granting relief, and Order AMENDING Order Granting Expedited Consideration of the ZAI Claimants' Motion for Relief from Automatic Stay | | .10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh. PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 16, 2008
                                             MATTER :  0066609-000015
                                             INVOICE : 10111809

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 04/08/08 TC | Reviewed State of Montana's Motion for Stay Pending Appeal in the District Court of this Court's Order Denying Montana's Motion for Reconsideration and State of Montana's Motion for Shortened Notice and Expedited Consideration | .40 |
| 04/09/08 TC | Reviewed Objection to Debtors' Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada | .30 |
| 04/09/08 TC | Reviewed ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada | .20 |
| 04/09/08 TC | Reviewed Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing and Permitting Filing of a Washington Class Proof of Claim | 1.10 |
| 04/09/08 TC | Reviewed Brief in Opposition to ZAI Claimants' Motion for an Order to Show Cause Why Court-Appointed Expert Witness Should Not be Designated | .30 |
| 04/09/08 TC | Reviewed ZAI Claimants' Opposition to Grace's Motion for an Immediate Bar Date (reviewed opposition and all attachments) | 1.40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &. Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh. PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 16, 2008
MATTER :  0066609-000015
INVOICE : 10111809

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 04/10/08 TC | Reviewed Objection to Motion Of The Debtors For An Order (A) Establishing A Proof Of Claim Bar Date For Zonolite Attic Insulation Claims, And (B) Approving The Related Proof Of Claim Form, Bar Date Notices, And Notice Program | .30 |
| 04/10/08 TC | Reviewed Objection to ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination | .30 |
| 04/10/08 TC | Reviewed Motion of Mian Realty, LLC for Entry of Order Declaring that (I) the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (II) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code | .80 |
| 04/14/08 TC | Reviewed all ecf filings and distributed them to team counsel | .30 |
| 04/14/08 TC | Reviewed Objection of Her Majesty the Queen of Canada as Represented by the Attorney General of Canada to Expedited Motion of the ZAI Claimants to Lift Stay and Return ZAI to the Tort System. | .40 |
| 04/14/08 TC | Motion of libby claimants for leave to appeal denial of injunction, and all attachments thereto | .60 |
| 04/18/08 TC | Reviewed United States' Joinder in Debtor's Motion for Entry of an Order Authorizing Settlement Agreement Regarding the Libby Asbestos Site | .20 |
| 04/23/08 TC | Reviewed Memorandum Order Granting Montana's Stay Pending Appeal | .20 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 16, 2008
MATTER :   0066609-000015
INVOICE : 10111809

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|------|----|-------------|-------|
| 04/24/08 | TC | Reviewed Objection to Zai Claimants' Motion to Lift Stay | .50 |
| 04/28/08 | TC | Reviewed Reply in Support of ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54b(b) Determination to Permit Appellate Review of the ZAI Opinion | .50 |
| 04/28/08 | TC | Reviewed Motion for Relief from Stay of the Canadian ZAI Claimants | .60 |
| 04/28/08 | TC | Reviewed designation of additional items to be included in record on appeal | .20 |
| 04/28/08 | TC | Reviewed motion for leave to appeal order re bnsf | .60 |
| 04/28/08 | TC | Reviewed libby claimants' objection to montana request for stay pending appeal | .40 |
| 04/28/08 | TC | Reviewed libby claimants' notice of appeal and memorandum decision appealed from | .40 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| | ---- | ----- | ------ |
| T. Currier | 515.00 | 13.50 | 6952.50 |
| TOTALS | | 13.50 | 6952.50 |

TOTAL FEES :     6,952.50

TOTAL DUE :     6,952.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :   MAY 16, 2008
                                            MATTER :  0066609-001000
                                            INVOICE : 10111810

  FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/08   6548

  RE:  EXPENSES

|            | DESCRIPTION OF EXPENSE ADVANCES                    | AMOUNT |
|------------|---------------------------------------------------|--------|
| 03/10/08   | Messenger/Delivery Service - Parcels 84103        | 7.50   |
| 03/10/08   | Messenger/Delivery Service - Parcels 84135        | 7.50   |
| 04/01/08   | Photocopies M. Flores                             | 1.05   |
| 04/01/08   | Photocopies M. Flores                             | 1.05   |
| 04/02/08   | Photocopies M. Flores                             | 0.30   |
| 04/03/08   | Photocopies M. Flores                             | 2.25   |
| 04/07/08   | Photocopies M. Flores                             | 0.60   |
| 04/09/08   | Photocopies M. Flores                             | 1.05   |
| 04/11/08   | Photocopies M. Flores                             | 1.35   |
| 04/16/08   | Photocopies M. Flores                             | 3.90   |
| 04/23/08   | Photocopies M. Flores                             | 0.60   |
| 04/24/08   | Photocopies M. Flores                             | 28.20  |
| 04/25/08   | Photocopies M. Flores                             | 7.50   |
| 04/25/08   | Photocopies M. Flores                             | 5.85   |

                              TOTAL EXPENSE ADVANCES :      68.70

                              TOTAL DUE  :                  68.70

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA