**FIFTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM MARCH 1, 2008 THROUGH MARCH 31, 2008</u>)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
### Capstone Advisory Group, LLC
### Summary of Fees by Professional
### For the Period 3/1/08 through 3/31/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 9.60 | $6,240.00 |
| S. Cunningham | Member | $650 | 49.70 | $32,305.00 |
| R. Frezza | Consultant | $550 | 9.50 | $5,225.00 |
| J. Dolan | Consultant | $395 | 92.10 | $36,379.50 |
| M. Desalvio | Research | $165 | 3.00 | $495.00 |
| N. Backer | Paraprofessional | $110 | 1.80 | $198.00 |
| **For the Period 3/1/08 through 3/31/08** | | | **165.70** | **$80,842.50** |

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 3/1/08 through 3/31/08**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses based on LIBOR calculations, and average prime calculations. | 4.10 | $1,619.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including environmental issues, acquisitions, estimation trial, and settlements with counsel and Committee members as well as review of docket submissions. | 9.30 | $4,114.50 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant analyzed data related to the EPA Multi-site motion and liability transfer motion, as well as analyzed counsel's memos and recommendations regarding the agreements. | 114.60 | $57,620.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the February Monthly Fee Statements, as well as the 16th Quarterly Fee Application. | 6.60 | $2,170.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared various analyses regarding December 4Q07 and full year 2007 results, as well as analyzed the ART JV Refinancing. | 23.00 | $12,680.50 |
| 10. Financial Analysis - Cash Collateral and DIP Financing | During the Fee Application period, the Applicant analyzed data and prepared a report to the Committee on the DIP refinance. | 5.10 | $2,142.00 |
| 21. Research | During the Fee Application period, the Applicant analyzed peer group data to determine valuation multiples. | 3.00 | $495.00 |
| **For the Period 3/1/08 through 3/31/08** | | **165.70** | **$80,842.50** |

**Capstone Advisory Group, LLC**                                                                                       Page 1 of 1
**Invoice for the March 2008 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 3/1/08 through 3/31/08

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 3/7/2008 | J. Dolan | 1.00 | Analysis of debt components as requested by counsel. |
| 3/7/2008 | J. Dolan | 0.60 | Update to LIBOR interest calculation per counsel request. |
| 3/15/2008 | J. Dolan | 2.50 | Prepared interest analysis based on various LIBOR calculations, average prime calculations, etc. |
| Subtotal | | 4.10 | |
| 04. Creditor Committee Matters | | | |
| 3/3/2008 | J. Dolan | 0.50 | Update on case status with team and counsel. |
| 3/4/2008 | J. Dolan | 0.60 | Case Matters - Read and analyzed recent docket submissions. |
| 3/5/2008 | E. Ordway | 0.20 | Read press release regarding Tarola. |
| 3/6/2008 | J. Dolan | 1.40 | Update and discussion with counsel regarding cash and investment. |
| 3/10/2008 | J. Dolan | 0.30 | Update with counsel regarding status of case matters. |
| 3/10/2008 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 3/13/2008 | E. Ordway | 0.80 | Read and analyzed counsel's memo regarding sale of property. |
| 3/13/2008 | J. Dolan | 0.40 | Read and analyzed recent docket submissions. |
| 3/21/2008 | J. Dolan | 1.40 | Update with counsel regarding case status and issues. |
| 3/26/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 3/31/2008 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 3/31/2008 | R. Frezza | 1.20 | Read and analyzed recent docket submissions. |
| Subtotal | | 9.30 | |

06. Environmental Mtrs/Regs/Litig.

**Capstone Advisory Group, LLC**  **Page 1 of 6**
**Invoice for the March 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/5/2008 | E. Ordway | 0.30 | Discussed environmental liability issues with staff and work/analysis required. |
| 3/5/2008 | S. Cunningham | 4.10 | Read and analyzed information regarding environmental liability transfer proposal. |
| 3/7/2008 | J. Dolan | 1.10 | Read and analyzed counsels memo on Liability Transfer motion. |
| 3/10/2008 | J. Dolan | 0.40 | Read and analyzed response from Debtor counsel regarding our questions on liability transfer motion. |
| 3/10/2008 | J. Dolan | 1.50 | Prepared analyses for inclusion in report to the committee re: liability transfer motion. |
| 3/10/2008 | J. Dolan | 1.40 | Read and analyzed counsels memo on liability transfer motion and developed comments to be included in report to the Committee. |
| 3/11/2008 | E. Ordway | 0.60 | Read and analyzed counsel's memo regarding recent court hearing and identified items for further investigation. |
| 3/11/2008 | J. Dolan | 1.80 | Review of liability transfer memo to the Committee and reflected changes to counsel. |
| 3/12/2008 | S. Cunningham | 4.10 | Read and analyzed ELT motion and memo to committee. |
| 3/12/2008 | J. Dolan | 1.80 | Read and analyzed Form 8k filed re: Libby Settlement. |
| 3/12/2008 | J. Dolan | 1.60 | Read and analyzed liability transfer report to the Committee. |
| 3/13/2008 | J. Dolan | 0.40 | Read final report to the Committee re: liability transfer. |
| 3/13/2008 | S. Cunningham | 4.00 | Read and analyzed EPA motion and information. |
| 3/16/2008 | J. Dolan | 1.00 | Read and analyzed notice of lodging for Curtis Bay FURSAP settlement. |
| 3/16/2008 | J. Dolan | 1.50 | Read and analyzed Libby Settlement Agreement. |
| 3/17/2008 | J. Dolan | 1.90 | Prepared for and participated in call with counsel regarding Libby settlement, Curtis bay settlement. |
| 3/17/2008 | J. Dolan | 2.30 | Prepared a request for information regarding Libby settlement based on previous information received and current settlement agreement. |
| 3/17/2008 | J. Dolan | 1.40 | Prepared a request for information re: Curtis Bay settlement based on prior information received and current notice of lodging. |
| 3/17/2008 | S. Cunningham | 3.20 | Read and analyzed Libby and FUSRAP motions and related information. |
| 3/17/2008 | E. Ordway | 0.50 | Read motions and related date regarding Libby. |
| 3/18/2008 | S. Cunningham | 4.00 | Read and analyzed Libby cost information and related data related to settlement agreement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/18/2008 | J. Dolan | 2.10 | Prepared for and participated in call with counsel and Navigant regarding Libby Settlement. |
| 3/18/2008 | J. Dolan | 1.20 | Prepared for and participated in call with counsel and Navigant regarding FUSRAP settlement. |
| 3/18/2008 | S. Cunningham | 2.10 | Participated in call with counsel and Navigant regarding Libby Settlement information and motion. |
| 3/18/2008 | E. Ordway | 0.90 | Continued to read data regarding Libby settlements. |
| 3/19/2008 | S. Cunningham | 3.10 | Read and analyzed Libby data and information request to company pertaining to settlement amount. |
| 3/19/2008 | J. Dolan | 0.80 | Prepared information request list for Debtors regarding Curtis Bay Settlement. |
| 3/19/2008 | J. Dolan | 1.50 | Prepared information request list for the Debtors related to the Libby Settlement. |
| 3/20/2008 | J. Dolan | 1.10 | Finalized information request list for Libby settlement. |
| 3/20/2008 | S. Cunningham | 2.40 | Read and analyzed Curtis bay motion, related information and update information request list. |
| 3/20/2008 | J. Dolan | 0.50 | Finalized information request list for Curtis Bay settlement. |
| 3/20/2008 | S. Cunningham | 2.00 | Finalize information request pertaining to settlement and review information. |
| 3/21/2008 | J. Dolan | 2.80 | Prepared report to the Committee regarding the Libby Settlement. |
| 3/21/2008 | J. Dolan | 3.70 | Prepared a cash flow analysis with Libby settlement to determine cash need. |
| 3/24/2008 | J. Dolan | 1.50 | Report to the Committee regarding Curtis Bay. |
| 3/24/2008 | J. Dolan | 2.50 | Report to the Committee regarding Libby Settlement. |
| 3/24/2008 | J. Dolan | 2.10 | Prepared liquidity analysis for Libby Settlement as well as claims analysis. |
| 3/24/2008 | E. Ordway | 0.60 | Prepared/reviewed liquidity analysis prepared by staff regarding Libby. |
| 3/24/2008 | R. Frezza | 1.40 | Read and analyzed Libby motions and reviewed draft info request list being sent to Blackstone re: Capstone questions on requested settlement. |
| 3/25/2008 | J. Dolan | 2.20 | Prepared liquidity analysis for 2008. |
| 3/25/2008 | E. Ordway | 1.50 | Reviewed/edited report to the Committee regarding Libby claim settlements. |
| 3/25/2008 | J. Dolan | 4.40 | Prepared report to the Committee regarding Libby Settlement and related analyses. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/25/2008 | R. Frezza | 0.80 | Read/Analyzed FUSRAP documents. |
| 3/26/2008 | S. Cunningham | 3.10 | Review Curtis Bay ( FUSRAP) issues |
| 3/26/2008 | J. Dolan | 3.40 | Update to report to the Committee regarding Libby Settlement and related claims analysis. |
| 3/26/2008 | R. Frezza | 2.20 | Read & discussed with counsel memorandum discussing the Debtors' proposed transfer of certain properties with environmental contamination and related liabilities to a third party as well as other documents (motions and objections) related to the ELT. |
| 3/27/2008 | J. Dolan | 2.00 | Prepared hypothetical cash analysis and debt capacity analysis based on Libby settlement. |
| 3/27/2008 | S. Cunningham | 2.80 | Read and analyzed Curtis bay motion and related information. |
| 3/27/2008 | J. Dolan | 1.50 | Prepared vermiculite reserve analysis for years 2002 - 2007. |
| 3/27/2008 | J. Dolan | 1.10 | Prepared present value of settlement analysis based on past and future costs related to Libby. |
| 3/27/2008 | J. Dolan | 1.80 | Updated recovery analysis based on Libby settlement payment prior to emergence. |
| 3/27/2008 | R. Frezza | 0.50 | Reviewed responses our and counsel's questions regarding Libby settlement. Discussed quality of responses with counsel and generated additional questions. |
| 3/28/2008 | R. Frezza | 1.70 | Read/Analyzed Libby Memo; conferred with counsel on conclusion. |
| 3/28/2008 | E. Ordway | 0.40 | Read counsel's memo regarding Libby settlement. |
| 3/28/2008 | J. Dolan | 1.50 | Revisions to Libby report to the Committee. |
| 3/28/2008 | J. Dolan | 1.70 | Prepared present value analyses related to Libby Settlement. |
| 3/28/2008 | S. Cunningham | 3.30 | Read and analyzed memo to committee re Libby settlement. |
| 3/28/2008 | J. Dolan | 2.00 | Discussions with counsel and team regarding our observations regarding the Libby settlement. |
| 3/28/2008 | J. Dolan | 0.30 | Read and analyzed counsels memo regarding Libby. |
| 3/31/2008 | E. Ordway | 0.40 | Reviewed/analyzed present value calculations related to Libby settlement. |
| 3/31/2008 | J. Dolan | 0.90 | Read and analyzed Real property tax claim motion. |
| 3/31/2008 | R. Frezza | 1.70 | Read & Analyzed real property tax claim report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/31/2008 | J. Dolan | 2.20 | Prepared memo to the Committee regarding real property tax claim payment motion. |
| Subtotal | | 114.60 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/3/2008 | J. Dolan | 0.50 | Finalized and filed final fee app for January 2008. |
| 3/3/2008 | J. Dolan | 0.50 | Finalized and filed final 4Q07 quarterly fee app. |
| 3/20/2008 | J. Dolan | 1.40 | Prepared fee application. |
| 3/21/2008 | N. Backer | 1.80 | Prepared February Fee Statement. |
| 3/26/2008 | J. Dolan | 1.00 | Prepared fee app for February 2008. |
| 3/28/2008 | E. Ordway | 0.30 | Prepared fee application. |
| 3/31/2008 | J. Dolan | 1.10 | Prepared February 2008 fee app. |
| Subtotal | | 6.60 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/3/2008 | E. Ordway | 0.80 | Read and analyzed 10-K and listed items for staff to follow-up on. |
| 3/3/2008 | S. Cunningham | 5.20 | Read and analyzed 10K and year end financial results. |
| 3/3/2008 | J. Dolan | 0.30 | Read and analyzed 4th quarter 07 press release. |
| 3/3/2008 | J. Dolan | 4.60 | Read and analyzed Form 10K as of December 31, 2007. |
| 3/4/2008 | S. Cunningham | 6.30 | Read 10K and analyzed results versus plan and prior year. |
| 3/4/2008 | J. Dolan | 1.50 | Read and analyzed 2007 Form 10K and developed questions for Company. |
| 3/5/2008 | E. Ordway | 0.90 | Continued to read/analyze 10-K. |
| 3/6/2008 | E. Ordway | 0.90 | Read and analyzed January Operating report and summarized items for follow-up. |
| 3/6/2008 | J. Dolan | 0.40 | Discussed cash investment with Blackstone. |
| 3/6/2008 | J. Dolan | 2.10 | Read and analyzed January 2008 monthly operating reports. |
| Subtotal | | 23.00 | |

**Capstone Advisory Group, LLC**  **Page 5 of 6**
**Invoice for the March 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **10. Financial Analysis - Cash Collateral and DIP Financing** | | | |
| 3/11/2008 | E. Ordway | 0.50 | Read and analyzed data regarding ART joint venture lending arrangements. |
| 3/14/2008 | J. Dolan | 1.20 | Analysis of DIP pricing and discussion with counsel. |
| 3/14/2008 | J. Dolan | 1.70 | Analyzed recent DIP financings in the marketplace and prepared analysis comparing to Grace terms. |
| 3/16/2008 | J. Dolan | 1.70 | Read and analyzed revised DIP order and related exhibits and documents. |
| Subtotal | | 5.10 | |
| **21. Research** | | | |
| 3/4/2008 | M. Desalvio | 1.50 | Update Grace peer analysis for year-end valuation multiple. |
| 3/31/2008 | M. Desalvio | 1.50 | Update Grace peer analysis for year-end valuation multiple. |
| Subtotal | | 3.00 | |
| **Total Hours** | | **165.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 3/1/08 through 3/31/08

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 3/30/2008 | Capstone Expense | March Copies: 35 @ .10 ea | $3.50 |
| Subtotal - Copies | | | $3.50 |
| **Parking, Tolls** | | | |
| 3/31/2008 | Frezza,Rob | Parking - $25 Tolls - $6 Miles - $15 | $46.00 |
| Subtotal - Parking, Tolls | | | $46.00 |
| **Research** | | | |
| 3/31/2008 | Capstone Expense | March Bloomberg | $170.00 |
| 3/31/2008 | Capstone Expense | Pacer for March | $55.92 |
| 3/31/2008 | Capstone Expense | Factiva for March | $8.65 |
| Subtotal - Research | | | $234.57 |
| **Scans** | | | |
| 3/30/2008 | Capstone Expense | March Scans: 23 @ 1.00 ea | $23.00 |
| Subtotal - Scans | | | $23.00 |
| **Telecom** | | | |
| 3/31/2008 | Capstone Expense | March Telephone - Saddle Brook Office | $135.08 |
| Subtotal - Telecom | | | $135.08 |
| **For the Period 3/1/08 through 3/31/08** | | | **$442.15** |

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the March 2008 Fee Application**