**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: June 18, 2008 @ 4:00 p.m. |

**EIGHTIETH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS
FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008**

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Holders* |
| Date of Retention: | *As of July 18, 2001 nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | *April 1, 2008 through and including April 30, 2008* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$ 115,451.50* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$ 10,234.48* |

This is a(n):    **x**    monthly        __    interim application

KL2 2560111.1

**Prior Applications:**

|  | **Period Covered** | **Requested Fees/ Expenses** | **Paid Fees/ Expenses** |
|---|---|---|---|
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $20,099.00 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – December 31, 2001 | $32,467.50 / $2,338.23 | $25,974.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $19,046.00 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $29,106.00 / $2,894.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $26,060.00 / $2,107.64 |
| May 15, 2002 (1st Quarterly) | January 1, 2002 – March 31, 2002 | $92,765.00 / $6,963.66 | $92,765.00 / $6,963.66 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $23,035.20 / $2,669.24 |
| August 5, 2002 10th Monthly | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $19,385.60 / $2,299.11 |
| September 4, 2002 11th Monthly | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $16,314.00 / $388.61 |
| September 18, 2002 (2nd Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 / $5,356.96 | $69,340.00 / $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $22,466.80 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $26,878.80 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $20,467.60 / $1,761.46 |
| November 21, 2002 (3rd Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 / $10,070.69 | $87,266.50 / $10,070.69 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $31,910.00 / $2,124.93 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $9,482.80 / $816.82 |
| February 25, 2003 | January 1, 2003 – January 31, 2003 | $11,100.00 / $927.47 | $8,880.00 / $927.47 |
| March 11, 2003 (4th Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 / $3,575.61 | $70,445.00 / $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $10,734.40 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $21,575.20 / $452.38 |
| May 15, 2003 (5th Quarterly) | January 1, 2003 – March 31, 2002 | $51,487.00 / $1,619.93 | $51,487.00 / $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $6,087.20 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $7,528.77 / $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $8,341.60 / $137.09 |
| August 21, 2003 (6th Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 / $1,839.08 | $27,447.00 / $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $7,418.00 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $489.69 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $12,003.20 / $334.63 |
| December 19, 2003 (7th Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $10,507.20 / $174.04 |
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $11,629.60 / $273.00 |

KL2 2560111.1

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $14,076.00 / $1,599.14 |
| February 27, 2004 (8th Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $7,183.20 / $436.47 |
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $472.11 | $11,643.00 / $472.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $2,874.70 / $0.00 |
| July 13, 2004 (9th Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 / $1,451.43 | $31,674.50 / $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $8,672.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $18,561.60 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $10,818.40 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $7,634.80 / $125.25 |
| November 1, 2004 (10th Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 / $1,840.66 | $48,415.50 / $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $19,586.40 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $103,167.20 / $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $122,980.00 / $4,236.79 |
| January 27, 2005 (11th Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 / $995.20 | $47,550.00 / $995.20 |
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $102,312.89 / $3,246.49 |

KL2 2560111.1

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $132,776.50 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $24,706.50 / $2,444.84 |
| April 7, 2005 (12th Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 / $14,406.04 | $406,517.00 / $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $26,414.00 / $2,827.24 |
| May 16, 2005 (13th Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 / $12,593.68 | $183,897.00/ $12,593.68 |
| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $29,522.00 / $1,323.60 |
| June 21, 2005 | May 1, 2005 – May 31, 2005 | $19,218.50 / $2,198.56 | $19,218.50 / $2,198.56 |
| July 28, 2005 (as Amended on August 10, 2005 | June 1, 2005 -- June 30, 2005 | 25,731.00 / $119.33 | $25,731.00 / $119.33 |
| August 29, 2005 | July 1, 2005 – July 31, 2005 | $31,738.00 / $2,829.07 | $31,738.00 / $2,829.07 |
| August 30, 2005 (14th Quarterly) | April 1, 2005 – June 30, 2005 | $74,471.50 / $3,641.49 | $74,471.50 / $3,641.49 |
| September 29, 2005 | August 1, 2005 – August 31, 2005 | $32,109.00 / $2,271.66 / | $32,109.00 / $2,271.66 |
| October 31, 2005 | September 1, 2005 - September 30, 2005 | $15,709.00 $247.99 | $15,709.00 / $247.99 |
| November 29, 2005 | October 1, 2005 - October 31, 2005 | $19,318.50 $646.56 | $19,318.50 / $646.56 |
| December 29, 2005 | November 1, 2005 - November 30, 2005 | $38,258.50 / $1,247.28 | $38,258.50 / $1,247.28 |
| January 30, 2006 | December 1, 2005 - December 31, 2005 | $17,967.50 $1,059.46 | $17,967.50 / $1,059.46 |
| March 1, 2006 | January 1, 2006 - January 31, 2006 | $8,287.00 $1,176.17 | $8,287.00 / $1,176.17 |
| March 30, 2006 | February 1, 2006 - February 28, 2006 | $22,842.00 $1,779.77 | $22,842.00 / $1,779.77 |

KL2 2560111.1

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| May 1, 2006 | March 1, 2006<br>March 31, 2006 | $43,621.00<br>$2,496.06 | $43,621.00<br>$2,496.06 |
| May 30, 2006 | April 1, 2006<br>April 30, 2006 | $18,841.00<br>$752.39 | $18,841.00<br>$752.39 |
| July 5, 2006 | May 1, 2006<br>May 31, 2006 | $34,354.00<br>$1,337.49 | $34,354.00<br>$1,337.49 |
| August 2, 2006 | June 1, 2006<br>June 30, 2006 | $21,401.00<br>$725.30 | $21,401.00<br>$725.30 |
| August 18, 2006 | April 1, 2006<br>June 30, 2006 | $74,596.00<br>$2,815.18 | $74,596.00<br>$2,815.18 |
| August 30, 2006 | July 1, 2006<br>July 31, 2006 | $29,474.50<br>$1,604.51 | $29,474.50<br>$1,604.51 |
| October 2, 2006 | August 1, 2006<br>August 31, 2006 | $67,103.00<br>$1,604.51 | $67,103.00<br>$1,604.51 |
| October 30, 2006 | September 1, 2006<br>September 30, 2006 | $50,691.50<br>$2,050.23 | $50,691.50<br>$2,050.23 |
| December 6, 2006 | October 1, 2006<br>October 31, 2006 | $72,062.75<br>$3,977.84 | $72,062.75<br>$3,977.84 |
| January 5, 2007 | November 1, 2006<br>November 30, 2006 | $66,045.00<br>$5,215.60 | $66,045.00<br>$5,215.60 |
| February 23, 2007 | December 1, 2006<br>December 31, 2006 | $101,658.25<br>$5,001.94 | $101,658.25<br>$5,001.94 |
| March 7, 2007 | January 1, 2007<br>January 31, 2007 | $45,555.00<br>$6,097.61 | $45,555.00<br>$6,097.61 |
| March 29, 2007 | February 1, 2007<br>February 28, 2007 | $56,976.00<br>$4,529.94 | $56,976.00<br>$4,529.94 |
| April 30, 2007 | March 1, 2007<br>March 31, 2007 | $60,848.00<br>$4,859.66 | $60,848.00<br>$4,859.66 |
| June 12, 2007 | April 1, 2007<br>April 30, 2007 | $56,370.00<br>$2,554.14 | $56,370.00<br>$2,554.14 |
| July 2, 2007 | May 1, 2007<br>May 31, 2007 | $61,684.23<br>$10,491.04 | $61,684.23<br>$10,491.04 |
| July 30, 2007 | June 1, 2007<br>June 30, 2007 | $68,538.00<br>$6,437.44 | $68,538.00<br>$6,437.44 |

KL2 2560111.1

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| August 29, 2007 | July 1, 2007 July 31, 2007 | $40,505.50 $3,124.55 | $40,505.50 / $3,124.55 |
| October 1, 2007 | August 1, 2007 August 31, 2007 | $61,201.50 $1,618.34 | $61,201.50 / $1,618.34 |
| October 29, 2007 | September 1, 2007 September 30, 2007 | $103,558.50 $4,480.51 | $103,558.50 / $4,480.51 |
| November 29, 2007 | October 1, 2007 October 31, 2007 | $165,731.50 $14,100.98 | $132,585.20 / $14,100.98 |
| January 7, 2007 | November 1, 2007 November 30, 2007 | $154,817.00 $12,511.24 | $123,853.60 / $12,511.24 |
| February 11, 2008 | December 1, 2007 December 31, 2007 | $77,688.00 $50,222.40 | $62,150.40 / $50,222.40 |
| April 8, 2008 | February 1, 2008 February 29, 2008[1] | $ 186,440.25 $ 5,761.46 | $0.00 / $0.00 |
| May 1, 2008 | March 1, 2008 March 31, 2008 | $ 61,062.50 $ 3,272.45 | $0.00 / $0.00 |

---

[1] The Fee Application filed on April 8, 2008 inadvertently contained time billed and necessary expenses incurred for the time period January 1, 2008 through January 31, 2008 in addition to the time billed and necessary expenses incurred for the time period February 1, 2008 through February 29, 2008. Kramer Levin Naftalis & Frankel LLP filed a certification of counsel further explicating the error and clarifying the treatment of the Fee Application filed on April 8, 2008 [Docket No. 18659].

## SUMMARY OF TIME FOR BILLING PERIOD
## APRIL 1, 2008 THROUGH APRIL 30, 2008

| Name | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 33.40 | 725.00 | $ 24,215.00 |
| Mayer, Thomas Moers | 0.30 | 875.00 | $      262.50 |
| Horowitz, Gregory A. | 11.00 | 340.00 | $   3,740.00 |
| Horowitz, Gregory A. | 44.70 | 680.00 | $ 30,396.00 |
| Mannal, Douglas H. | 34.80 | 585.00 | $ 20,358.00 |
| Farber, Peggy | 6.10 | 495.00 | $   3,019.50 |
| Eggermann, Daniel M. | 3.00 | 277.50 | $      832.50 |
| Eggermann, Daniel M. | 8.20 | 555.00 | $   4,551.00 |
| Martorana, Keith R. | 62.80 | 365.00 | $ 22,922.00 |
| Baldinger, Laurie | 3.00 | 245.00 | $      735.00 |
| Rodriguez, Vivian E | 16.70 | 260.00 | $   4,342.00 |
| Cates, Dana A. | 0.30 | 260.00 | $        78.00 |
| **TOTAL** | **224.30** | | **$115,451.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 4/01/08 through 4/30/08 | Total Fees for the Period 4/01/08 through 4/30/08 |
|---|---|---|
| Case Administration | 2.50 | $   1,201.50 |
| Creditor Committee | 12.70 | $   7,743.50 |
| Fee Applications, Applicant | 13.70 | $   4,344.50 |
| Claim Analysis Objection (Asbestos) | 36.00 | $ 23,121.00 |
| Plan and Disclosure Statement | 122.10 | $ 62,823.50 |
| Hearings | 23.30 | $ 11,645.00 |
| Travel/Non-Working | 14.00 | $   4,572.50 |
| **Total** | **224.30** | **$115,451.50** |

KL2 2560111.1

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CRED | 0.30 | 875.00 | 262.50 |
| MANNAL, DOUGLAS | CRED | 1.00 | 585.00 | 585.00 |
| MARTORANA, KEITH R. | CRED | 0.40 | 365.00 | 146.00 |
| PARAPROFESSIONALS | | | | |
| RODRIGUEZ, VIVIAN E. | CRED | 0.80 | 260.00 | 208.00 |
| | Subtotal | 2.50 | $ | 1,201.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.00 | 725.00 | 2,175.00 |
| HOROWITZ, GREGORY A. | LITI | 4.00 | 680.00 | 2,720.00 |
| MANNAL, DOUGLAS | CRED | 0.30 | 585.00 | 175.50 |
| FARBER, PEGGY | LITI | 5.40 | 495.00 | 2,673.00 |
| | Subtotal | 12.70 | $ | 7,743.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 1.60 | 585.00 | 936.00 |
| MARTORANA, KEITH R. | CRED | 2.50 | 365.00 | 912.50 |
| PARAPROFESSIONALS | | | | |
| RODRIGUEZ, VIVIAN E | CRED | 9.60 | 260.00 | 2,496.00 |
| | Subtotal | 13.70 | $ | 4,344.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.10 | 725.00 | 1,522.50 |
| HOROWITZ, GREGORY A. | LITI | 30.00 | 680.00 | 20,400.00 |

| **ATTORNEY** | **DEPARTMENT** | **HOURS** | **HOURLY RATE** | **AMOUNT** |
|---|---|---|---|---|
| MANNAL, DOUGLAS | CRED | 0.20 | 585.00 | 117.00 |
| FARBER, PEGGY | LITI | 0.70 | 495.00 | 346.50 |
| PARAPROFESSIONALS | | | | |
| BALDINGER, LAURIE | LITI | 3.00 | 245.00 | 735.00 |
| | Subtotal | 36.00 | $ | 23,121.00 |

*PLAN AND DISCLOSURE STATEMENT*

| **ATTORNEY** | **DEPARTMENT** | **HOURS** | **HOURLY RATE** | **AMOUNT** |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 26.10 | 725.00 | 18,922.50 |
| HOROWITZ, GREGORY A. | LITI | 10.70 | 680.00 | 7,276.00 |
| MANNAL, DOUGLAS | CRED | 25.10 | 585.00 | 14,683.50 |
| MARTORANA, KEITH R. | CRED | 59.90 | 365.00 | 21,863.50 |
| PARAPROFESSIONALS | | | | |
| CATES, DANA A. | CRED | 0.30 | 260.00 | 78.00 |
| | Subtotal | 122.10 | $ | 62,823.50 |

*HEARINGS*

| **ATTORNEY** | **DEPARTMENT** | **HOURS** | **HOURLY RATE** | **AMOUNT** |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.20 | 725.00 | 1,595.00 |
| MANNAL, DOUGLAS | CRED | 6.60 | 585.00 | 3,861.00 |
| EGGERMANN, DANIEL M. | CRED | 8.20 | 555.00 | 4,551.00 |
| PARAPROFESSIONALS | | | | |
| RODRIGUEZ, VIVIAN E | CRED | 6.30 | 260.00 | 1,638.00 |
| | Subtotal | 23.30 | $ | 11,645.00 |

*TRAVEL\NON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| HOROWITZ, GREGORY A. | LITI | 11.00 | 340.00 | 3,740.00 |
| EGGERMANN, DANIEL M. | CRED | 3.00 | 277.50 | 832.50 |
| | Subtotal | 14.00 | $ | 4,572.50 |

KL2 2560111.1

**EXPENSE SUMMARY**

| Expense Category | Total Expenses For the Period 4/01/08 through 4/30/08 |
|---|---|
| Photocopying | $ 851.40 |
| Velobindings | $ 157.50 |
| Tabs | $ 181.00 |
| Research Services | $ 78.00 |
| Westlaw On-Line Research | $ 721.68 |
| Lexis/Nexis On-Line Research | $ 456.42 |
| Messenger/Courier | $ 92.29 |
| Legal Search Fees | $ 107.29 |
| Cab Fares | $ 758.56 |
| Meals/In-House | $ 103.72 |
| Meals/T&E | $ 163.08 |
| Document Retrieval Fees | $ 128.56 |
| Out-of-Town Travel | $ 3,780.23 |
| Transcript Fees | $ 2,654.75 |
| Subtotal | **$ 10,234.48** |

KL2 2560111.1

Dated: May 29, 2008

                      KRAMER LEVIN NAFTALIS & FRANKEL LLP


                By:   /s/ Douglas H. Mannal
                      Philip Bentley, Esq.
                      Douglas H. Mannal, Esq.
                      1177 Avenue of the Americas
                      New York, New York 10036
                      (212) 715-9100

                      Counsel to the Official Committee of
                      Equity Holders