# **EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

May 27, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number:  490924
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $1,201.50 |
| DISBURSEMENTS | 283.47 |
| MATTER TOTAL | $1,484.97 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $7,743.50 |
| DISBURSEMENTS | 15.00 |
| MATTER TOTAL | $7,758.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $4,344.50 |
| DISBURSEMENTS | 18.80 |
| MATTER TOTAL | $4,363.30 |

### 056772-00012/CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| | |
|---|---:|
| FEES | $23,121.00 |
| DISBURSEMENTS | 7,308.29 |
| MATTER TOTAL | $30,429.29 |

### 056772-00015/PLAN AND DISCLOSURE STATEMENT

Amounts due may be remitted by wire transfer.

**To:** Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
**Account:** Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
**By Order of:** Invoice No. 490924
**Citibank Contact:** Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT.  THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID#  13-1944339

KL4 2221078.2

| | |
|---|---:|
| FEES | $62,823.50 |
| DISBURSEMENTS | 1,855.52 |
| MATTER TOTAL | $64,679.02 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $11,645.00 |
| DISBURSEMENTS | 753.40 |
| MATTER TOTAL | $12,398.40 |

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---:|
| FEES | $4,572.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $4,572.50 |
| CLIENT GRAND TOTAL | $125,685.98 |

**CASE ADMINISTRATION**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/22/08 | MAYER, THOMAS MOERS | Call with Dan Kamensky of Lehman Brothers re bank deal (0.2); alert Ted Weschler by email (0.1). | 0.30 | 262.50 |
| 04/22/08 | RODRIGUEZ, VIVIAN E | Contacted transcription service re ZAI Claimants Hearing transcript. | 0.40 | 104.00 |
| 04/28/08 | MANNAL, DOUGLAS | Attention to docket re: order on appeal rights (.2); review motions re: same (.2) | 0.40 | 234.00 |
| 04/29/08 | RODRIGUEZ, VIVIAN E | Reviewed Grace Docket re: prior bills and ZAI hearing transcript. | 0.40 | 104.00 |
| 04/30/08 | MANNAL, DOUGLAS | Office conference with KM re: Grace history and potential settlement (.4); review documents re: same (.2). | 0.60 | 351.00 |
| 04/30/08 | MARTORANA, KEITH R | Conversation with D. Mannal re: potential settlement (.4). | 0.40 | 146.00 |
| **TOTAL HOURS AND FEES** | | | **2.50** | **$1,201.50** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 45.00 |
| MESSENGER/COURIER | 73.49 |
| CAB FARES | 154.02 |
| DOCUMENT RETRIEVAL FEES | 10.96 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$283.47** |
| **TOTAL FOR THIS MATTER** | **$1,484.97** |

Kramer Levin Naftalis & Frankel LLP                                                                                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                                              May 27, 2008
056772-00002                                                                                                                Invoice No. 490924

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/03/08 | HOROWITZ, GREGORY A. | Prepare for emergency committee call (1.5) | 1.50 | 1,020.00 |
| 04/04/08 | FARBER, PEGGY | Attended, took minutes of meeting of Official Committee of Equity Holders (1.7), drafted official minutes for distribution (3.6). | 5.30 | 2,623.50 |
| 04/04/08 | BENTLEY, PHILIP | Conf call with Equity Committee, and discs TW, GAH and PF, re settlement | 1.70 | 1,232.50 |
| 04/04/08 | HOROWITZ, GREGORY A. | Prepare for, participate in emergency committee call (2.5) | 2.50 | 1,700.00 |
| 04/07/08 | FARBER, PEGGY | Reviewed revisions of Committe meeting minutes. | 0.10 | 49.50 |
| 04/07/08 | BENTLEY, PHILIP | Review and edit draft minutes of last week's Committee conf call | 0.90 | 652.50 |
| 04/11/08 | BENTLEY, PHILIP | TC TW; revise draft board minutes, and trade emails with TW re same. | 0.40 | 290.00 |
| 04/11/08 | MANNAL, DOUGLAS | Review draft minutes of committee conf. call. | 0.30 | 175.50 |
| **TOTAL HOURS AND FEES** | | | **12.70** | **$7,743.50** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 15.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                                              **$15.00**

**TOTAL FOR THIS MATTER**                                                                                                 **$7,758.50**

KL4 2221078.2

Kramer Levin Naftalis & Frankel LLP                                               Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                          May 27, 2008
056772-00008                                                         Invoice No. 490924

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/03/08 | MANNAL, DOUGLAS | Review fee app re: February bill (.8); numerous e-mails with PP and VR re: same (.2) | 1.00 | 585.00 |
| 04/04/08 | RODRIGUEZ, VIVIAN E | Conversed with accounting re 78th Monthly Fee Application ProForma, Bill, Payment Summary. (0.7) Drafted and edited 78th Monthly Fee Application (2.5). | 3.20 | 832.00 |
| 04/07/08 | RODRIGUEZ, VIVIAN E | Reviewed and edited 78th Monthly Fee Application (.8). Drafted cover letter to local counsel re same (.4). | 1.20 | 312.00 |
| 04/29/08 | MARTORANA, KEITH R | February 2008 Fee application: review application, procedures, orders and trustee guidelines (1.3); conversations with D. Mannal, V. Rodriguez (.3), and local counsel re same (.9). | 2.50 | 912.50 |
| 04/29/08 | RODRIGUEZ, VIVIAN E | Coordinated changes to Bill re 79th Monthly Fee Application with Accounting Dept.(0.4) Drafted and edited 79th Monthly Fee Application. (2.3) Meeting with D. Mannal & K. Martorana re same. (0.3) | 3.00 | 780.00 |
| 04/29/08 | MANNAL, DOUGLAS | Review Grace bill (.2); office conference with VR and KM re: same (.2); review and revise fee application (.2); | 0.60 | 351.00 |
| 04/30/08 | RODRIGUEZ, VIVIAN E | Organized documents re 79th Monthly Fee Application to be served with local counsel (.7). Reviewed Fee Application prior to Filing (1.5) | 2.20 | 572.00 |

**TOTAL HOURS AND FEES**                                                     **13.70**     **$4,344.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 18.80 |

KL4 2221078.2

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                                May 27, 2008
056772-00008                                                                  Invoice No. 490924

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                         **$18.80**

**TOTAL FOR THIS MATTER**                                      **$4,363.30**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE                                                May 27, 2008

KL4 2221078.2

Kramer Levin Naftalis & Frankel LLP                                                                                      Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                                    May 27, 2008
056772-00012                                                                                                        Invoice No. 490924

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/08 | FARBER, PEGGY | Reviewed newest filing re: personal injury estimation. | 0.20 | 99.00 |
| 04/01/08 | BENTLEY, PHILIP | Trade emails re estimation trial. | 0.10 | 72.50 |
| 04/01/08 | HOROWITZ, GREGORY A. | Pre-meeting with/UCC (.5); estimation hearing day nine (8.5); reports to client (1.0) | 10.00 | 6,800.00 |
| 04/01/08 | MANNAL, DOUGLAS | Attention to updates re: estimation hearing (.2) | 0.20 | 117.00 |
| 04/02/08 | BENTLEY, PHILIP | Conf GAH, and trade emails, re estimation trial | 0.40 | 290.00 |
| 04/02/08 | HOROWITZ, GREGORY A. | Meeting with PB, Incl. DW settlement talks (.5); TC Colleen L., wo Heckman outline (5.0) | 5.50 | 3,740.00 |
| 04/03/08 | FARBER, PEGGY | Reviewed settlement term sheet. | 0.50 | 247.50 |
| 04/03/08 | BALDINGER, LAURIE | Organize, index & maintain legal pleadings, deposition transcripts, exhibits and hearing transcripts. | 1.00 | 245.00 |
| 04/03/08 | BENTLEY, PHILIP | Review docs re estimation issues (1.2) | 1.20 | 870.00 |
| 04/03/08 | HOROWITZ, GREGORY A. | TC all counsel re witness scheduling (.5); TC Steve Eisen (1.0) | 1.50 | 1,020.00 |
| 04/04/08 | HOROWITZ, GREGORY A. | Review public chatter, pricing for security purposes (1.0); TC Ken Pasquale (1.0) | 2.00 | 1,360.00 |
| 04/07/08 | HOROWITZ, GREGORY A. | DWS K. Pasquale, Arlene Krieger (1.0); e-mails, RR draft press release, discussion re settlement (2.5); estimation hearing, including Chambers conference (2.0); e-mail reports re same (1.0); TC Ad Hoc Equity rep (1.0); monitor investor call (1.0). | 8.50 | 5,780.00 |
| 04/08/08 | HOROWITZ, GREGORY A. | Attention to bank debt trading issues (2.0); e-mails from/to Lexecon (.5) | 2.50 | 1,700.00 |
| 04/09/08 | BENTLEY, PHILIP | Trade emails re asbestos issues | 0.10 | 72.50 |
| 04/18/08 | BENTLEY, PHILIP | Discs TW re asbestos issues | 0.30 | 217.50 |
| 04/23/08 | BALDINGER, LAURIE | Organize, index, & maintain legal pleadings, deposition transcripts, exhibits and hearing transcripts. | 1.00 | 245.00 |
| 04/25/08 | BALDINGER, LAURIE | Organize, index, & maintain legal pleadings, deposition transcripts, exhibits and hearing transcripts. | <u>1.00</u> | <u>245.00</u> |

KL4 2221078.2

Kramer Levin Naftalis & Frankel LLP                                                              Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                                     May 27, 2008
056772-00012                                                                                  Invoice No. 490924

**TOTAL HOURS AND FEES**                                                         <u>**36.00**</u>   <u>**$23,121.00**</u>

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| PHOTOCOPYING | 14.70 |
| CAB FARES | 555.54 |
| MEALS/IN-HOUSE | 22.39 |
| OUT-OF-TOWN TRAVEL | 3,780.23 |
| MEALS/T & E | 163.08 |
| DOCUMENT RETRIEVAL FEES | 117.60 |
| TRANSCRIPT FEES | <u>2,654.75</u> |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                              <u>**$7,308.29**</u>

**TOTAL FOR THIS MATTER**                                                            <u>**$30,429.29**</u>

KL4 2221078.2

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                                      May 27, 2008
056772-00015                                                                           Invoice No. 490924

**PLAN AND DISCLOSURE STATEMENT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/03/08 | BENTLEY, PHILIP | Review settlement term sheet (.5), discs TW, GAH, DM and PF re same (1.0), and prepare for Committee conf call re same (1.5). | 3.00 | 2,175.00 |
| 04/03/08 | HOROWITZ, GREGORY A. | TC PB, Ted with re settlement (1.0). | 1.00 | 680.00 |
| 04/05/08 | BENTLEY, PHILIP | TC GAH and trade emails re issues re settlement term sheet | 0.50 | 362.50 |
| 04/05/08 | HOROWITZ, GREGORY A. | Attention to UCC settlement issues, incl. tcs, e-mails with K. Pasquale, TC T. Weschler., TC P. Bentley (1.3), review research re default interest (2.2) | 3.50 | 2,380.00 |
| 04/05/08 | MANNAL, DOUGLAS | E-mail with GH and PB re: pendency interest issue (.4); legal research re: same (3.5); attention to pre-petition credit facilities re: same (1.7) | 5.60 | 3,276.00 |
| 04/06/08 | BENTLEY, PHILIP | TC GAH, conf call with committee members and trade multiple emails re plan issues. | 1.60 | 1,160.00 |
| 04/06/08 | HOROWITZ, GREGORY A. | Attention to UCC settlement issue; incl. TC P. Bentley and D. Mannal (.7); TC same plus T. Weschler (.8); TC T. Weschler, D. Bernick, M. Shelnitz (2.5). | 4.00 | 2,720.00 |
| 04/06/08 | MANNAL, DOUGLAS | Draft talking points memo re: pendency interest issue (2.7); review debt documents and case law re: same (2.2); numerous e-mails with TW, PB and GH re: same (.7); preparation for and attend conference call re: same (.8); e-mail with TJ re: bank's voting rights (.5) | 6.90 | 4,036.50 |
| 04/07/08 | BENTLEY, PHILIP | Multiple discs with DM and GAH re plan issues (post-petition interest) (2.0), review docs and case materials re same, and work on same (3.2); attend investor conf call re settlement (1.0) | 6.20 | 4,495.00 |
| 04/07/08 | MARTORANA, KEITH R | Legal research re: the appropriate rate of post-petition interest in a solvent debtor case (4.2); retrieve and review various briefs re: same (2.2); conversation with D. Mannal re: same (.3) | 6.70 | 2,445.50 |

KL4 2221078.2

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/07/08 | MANNAL, DOUGLAS | Office conference with PB re: pendency interest issue (2.0); office conference with KM re: same (.3); research same (2.7) | 5.00 | 2,925.00 |
| 04/08/08 | BENTLEY, PHILIP | Conf call and discs with GAH, DM, KHE and KM, re plan issues (Post Petition Interest) (2.0), review materials re same, and notes re same (.7) | 2.70 | 1,957.50 |
| 04/08/08 | MARTORANA, KEITH R | Legal research regarding the appropriate rate of post-petition interest in a solvent debtor case and the applicability of Section 365(e) (1.8); prepare for and attend conference call with T. Weschler regarding same (2.1) | 3.90 | 1,423.50 |
| 04/08/08 | MANNAL, DOUGLAS | Office conference with TJ re: bank trading issue (.3); e-mail with GH re: same (.2); preparation for and attend call with Ted Weschler re: pendency interest issue (2.6); attention to Dow briefs re: same (.4); Telephone with Kirkland and Ellis re: same (.3); review DIP and compare to pre-petition bank debt (.2); telephone conference with balloting agent on bank debt votes (.2) | 4.20 | 2,457.00 |
| 04/08/08 | HOROWITZ, GREGORY A. | TC PB, DM and client re: plan issues (1.0) | 1.00 | 680.00 |
| 04/09/08 | BENTLEY, PHILIP | Discs with GAH and TW re plan issues. | 0.40 | 290.00 |
| 04/09/08 | MARTORANA, KEITH R | Continued/follow-up research regarding appropriate rate of post-petition interest (7.3); begin drafting memo regarding same to T. Weschler (2.4). | 9.70 | 3,540.50 |
| 04/09/08 | MANNAL, DOUGLAS | Review research re: pendency interest issue (1.3) | 1.30 | 760.50 |
| 04/10/08 | BENTLEY, PHILIP | Conf KM re his legal research re Post Petition interest. | 0.80 | 580.00 |
| 04/10/08 | MARTORANA, KEITH R | Draft memo to T. Weschler regarding the appropriate rate of post-petition interest in a solvent debtor case (11.9); conversation with P. Bentley re same (.8). | 12.70 | 4,635.50 |
| 04/11/08 | MARTORANA, KEITH R | Draft memo to T. Weschler regarding the appropriate rate of post-petition interest in a solvent debtor case. | 6.70 | 2,445.50 |
| 04/11/08 | MANNAL, DOUGLAS | Review and revise memo re: pendency interest. | 2.10 | 1,228.50 |
| 04/12/08 | MARTORANA, KEITH R | Finalize first draft of memo to T. Weschler regarding pendency interest (1.0); proof memo and add citations (1.8). | 2.80 | 1,022.00 |

Kramer Levin Naftalis & Frankel LLP                                                                                    Page No. 11

W.R. GRACE & CO. EQUITY COMMITTEE                                                                  May 27, 2008
056772-00015                                                                                                          Invoice No. 490924

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/15/08 | BENTLEY, PHILIP | Review and edit draft memo re Post Petition Interest issues (1.2), and conversation with KM re same (.4); discs GAH re Post Petition Interest issues (1.2) | 2.80 | 2,030.00 |
| 04/15/08 | MARTORANA, KEITH R | Revise memo to T. Weschler regarding pendency interest per comments of D. Mannal (2.1); conversation with P. Bentley re: same (.3); revisions per comments of P. Bentley (2.1); organize relevant documents for inclusion in binders (1.4). | 5.90 | 2,153.50 |
| 04/15/08 | HOROWITZ, GREGORY A. | DWS PB re settlement issues (1.2) | 1.20 | 816.00 |
| 04/16/08 | MARTORANA, KEITH R | Revisions to memo to T. Weschler regarding pendency interest rate as per comments of P. Bentley. | 3.70 | 1,350.50 |
| 04/17/08 | BENTLEY, PHILIP | Review and comment on KM's revised memo re Post Petition Interest issues (.1), and discs KM (.4) | 0.50 | 362.50 |
| 04/17/08 | MARTORANA, KEITH R | Conversation with P. Bentley regarding pendency interest issues. | 0.40 | 146.00 |
| 04/18/08 | BENTLEY, PHILIP | Discs TW and KM re Post Petition Interest issues | 0.30 | 217.50 |
| 04/18/08 | MARTORANA, KEITH R | Final revisions to memo to T. Weschler regarding pendency interest rates; complete production of binders (1.3); conversation with P. Bentley re: same (.3). | 1.60 | 584.00 |
| 04/18/08 | CATES, DANA A | Prepared binders regarding post-petition interest and organized backup materials. | 0.30 | 78.00 |
| 04/23/08 | MARTORANA, KEITH R | Review docket and disclosure statements of W.R. Grace to determine treatment of secured bank claims and contrast with facts of W.R. Grace case (3.1); summarize and e-mail findings to P. Bentley (1.1). | 4.20 | 1,533.00 |
| 04/23/08 | BENTLEY, PHILIP | Review banks' letter re Post Petition Interest, discs GAH, and trade emails re same | 0.80 | 580.00 |
| 04/24/08 | BENTLEY, PHILIP | Discs D. Bernick and voicemail re Post Petition Interest issues, trade emails re same (.5), and outline points for response to banks' letter re Post Petition Interest (.9) | 1.40 | 1,015.00 |
| 04/24/08 | MARTORANA, KEITH R | Pendency Interest research: Follow-up legal research on Section 365(e) and its effects on pendency interest (1.1). | 1.10 | 401.50 |

KL4 2221078.2

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 12

W.R. GRACE & CO. EQUITY COMMITTEE                                              May 27, 2008
056772-00015                                                                            Invoice No. 490924

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/25/08 | BENTLEY, PHILIP | Prepare legal insert for draft letter to banks re Post Petition Interest (2.6), and review materials and discs KM re same (.5) | 3.10 | 2,247.50 |
| 04/25/08 | MARTORANA, KEITH R | Conversation with P. Bentley re: letter received from the bank lenders regarding pendency interest (.5). | 0.50 | 182.50 |
| 04/28/08 | BENTLEY, PHILIP | Prepare insert for letter to banks re Post Petition Interest | 2.00 | 1,450.00 |

**TOTAL HOURS AND FEES**                                                                       **122.10**   **$62,823.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 97.50 |
| TABS | 91.00 |
| PHOTOCOPYING | 221.30 |
| RESEARCH SERVICES | 78.00 |
| WESTLAW ON-LINE RESEARCH | 721.68 |
| LEXIS/NEXIS ON-LINE RESEARCH | 456.42 |
| LEGAL SEARCH FEES | 107.29 |
| CAB FARES | 22.00 |
| MEALS/IN-HOUSE | 60.33 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                           **$1,855.52**

**TOTAL FOR THIS MATTER**                                                                **$64,679.02**

KL4 2221078.2

Kramer Levin Naftalis & Frankel LLP                                                                                         Page No. 13

W.R. GRACE & CO. EQUITY COMMITTEE                                                                         May 27, 2008
056772-00019                                                                                                                    Invoice No. 490924

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/08/08 | MANNAL, DOUGLAS | Review ZAI pleadings for upcoming hearing (.5) | 0.50 | 292.50 |
| 04/15/08 | RODRIGUEZ, VIVIAN E | Email with D. Mannal re Hearing Agenda 4/21/08 | 0.30 | 78.00 |
| 04/16/08 | MANNAL, DOUGLAS | Telephone conference with TW re: upcoming hearings (.3) | 0.30 | 175.50 |
| 04/17/08 | RODRIGUEZ, VIVIAN E | Reviewed organized and assembled documents re April 22, 2008 Hearing. | 3.00 | 780.00 |
| 04/18/08 | RODRIGUEZ, VIVIAN E | Reviewed, organized, and assembled documents re Omnibus Hearing 4/21. | 3.00 | 780.00 |
| 04/18/08 | MANNAL, DOUGLAS | Prepare for Grace omnibus hearings. | 2.50 | 1,462.50 |
| 04/21/08 | EGGERMANN, DANIEL M | Reviewed pleadings related to ZAI Claims in preparation for Bankruptcy Court hearing (3.9); conf w/Bentley and Mannal re same (.3). | 4.20 | 2,331.00 |
| 04/21/08 | BENTLEY, PHILIP | Discs DM and D. Eggermann re tomorrow's hearing | 0.30 | 217.50 |
| 04/21/08 | MANNAL, DOUGLAS | Prepare for and attend Grace Omnibus hearing (2.5); office conference with DE re: 4/22 ZAI hearing (.3) | 2.80 | 1,638.00 |
| 04/21/08 | MANNAL, DOUGLAS | E-mail to Ted Weschler re: hearing update (.5) | 0.50 | 292.50 |
| 04/22/08 | BENTLEY, PHILIP | Discs TW re Hearings and Post Petition Interest issues, and notes re followup. | 0.70 | 507.50 |
| 04/22/08 | BENTLEY, PHILIP | Discs TW, D. Eggermann re today's ZAI hearing (.6), and analyze issues for followup (.6) | 1.20 | 870.00 |
| 04/22/08 | EGGERMANN, DANIEL M | Attendance at Bankruptcy Court hearing on ZAI Claims bar date and related motions (3.4); Call w/Bentley re same (.6) | 4.00 | 2,220.00 |
| **TOTAL HOURS AND FEES** | | | **23.30** | **$11,645.00** |

KL4 2221078.2

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 14

W.R. GRACE & CO. EQUITY COMMITTEE                                                          May 27, 2008
056772-00019                                                                                        Invoice No. 490924

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| VELOBINDINGS | 60.00 |
| TABS | 90.00 |
| PHOTOCOPYING | 570.40 |
| CAB FARES | 12.00 |
| MEALS/IN-HOUSE | 21.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$753.40** |
| **TOTAL FOR THIS MATTER** | **$12,398.40** |

KL4 2221078.2

Kramer Levin Naftalis & Frankel LLP                                                                    Page No. 15

W.R. GRACE & CO. EQUITY COMMITTEE                                                  May 27, 2008
056772-00028                                                                                    Invoice No. 490924

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/08 | HOROWITZ, GREGORY A. | Travel return to NY from estimation hearing (4.0) | 4.00 | 1,360.00 |
| 04/06/08 | HOROWITZ, GREGORY A. | Travel to Pittsburgh for estimation hearing (3.5) | 3.50 | 1,190.00 |
| 04/07/08 | HOROWITZ, GREGORY A. | Travel return to NY from estimation hearing (3.5) | 3.50 | 1,190.00 |
| 04/22/08 | EGGERMANN, DANIEL M | Travel to and from ZAI hearing (3.0) | 3.00 | 832.50 |
| **TOTAL HOURS AND FEES** | | | **14.00** | **$4,572.50** |

**TOTAL FOR THIS MATTER**                                                                         **$4,572.50**

KL4 2221078.2