# EXHIBIT B

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/27/08 17:41:48

Worked.: 12/31/99 thru 05/27/08

PAGE    1

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 056772-00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 283.47 | 283.47 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00002 | CREDITOR COMMITTEE | 0.00 | 0.00 | 15.00 | 15.00 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 18.80 | 18.80 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 7,308.29 | 7,308.29 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 1,855.52 | 1,855.52 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00019 | HEARINGS | 0.00 | 0.00 | 753.40 | 753.40 | BENTLEY PHILIP - 02495 | | M | B |
| 056772 | W.R. GRACE & CO. EQUITY COMMITTEE | 0.00 | 0.00 | 10,234.48 | 10,234.48 | | | | |
| Total | BENTLEY PHILIP - 02495 | 0.00 | 0.00 | 10,234.48 | 10,234.48 | | | | |

```
alp_1321: Matter Detail

Run Date & Time: 05/27/2008 17:41:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No:  056772-00001                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  2619762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : EXPENSES                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                         PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                              TO:
         UNBILLED DISB FROM:     03/31/2008               TO:      04/28/2008

                                  FEES                              COSTS
                                 ------                             -----

GROSS BILLABLE AMOUNT:            0.00                              283.47
    AMOUNT WRITTEN DOWN:
             PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
            THRU DATE:                                              04/28/2008
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                  ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                   FEES:                       0.00        UNIDENTIFIED RECEIPTS:           0.00
         DISBURSEMENTS:                      283.47        PAID FEE RETAINER:               0.00
         FEE RETAINER:                         0.00        PAID DISB RETAINER:              0.00
         DISB RETAINER:                                    TOTAL AVAILABLE FUNDS:           0.00
    TOTAL OUTSTANDING:                       283.47        TRUST BALANCE:

                                                               BILLING HISTORY

    DATE OF LAST BILL:       04/30/08        LAST PAYMENT DATE:               03/18/08
    LAST BILL NUMBER:        489790          ACTUAL FEES BILLED TO DATE:      309,625.00
                                             ON ACCOUNT FEES BILLED TO DATE:        0.00
                                             TOTAL FEES BILLED TO DATE:       309,625.00
    LAST BILL THRU DATE:                     FEES WRITTEN OFF TO DATE:         81,055.50
                             03/31/08        COSTS WRITTEN OFF TO DATE:        20,012.65

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted        (5) Business Development        (8) Premium
    (3) Pre-Arranged Discount           (6) Summer Associate            (9) Rounding          (10) Client Arrangement

         DATE OF BILL:              Processed by:                    FRC:                              CRC:

BILL NUMBER:
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 05/27/2008 17:41:47

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   2618762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y   ------- Total Unbilled -------
Code  Description                           Oldest      Latest      Total
                                            Entry       Entry       Amount
0820  PHOTOCOPYING                          04/08/08    04/28/08      45.00
0930  MESSENGER/COURIER                     04/18/08    04/18/08      73.49
0940  CAB FARES                             04/09/08    04/09/08     154.02
0972  DOCUMENT RETRIEVAL FEES               03/31/08    03/31/08      10.96

        Total                                                       283.47

U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee            Date        Amount      Index#     Batch No   Batch Date

PHOTOCOPYING            0820
  PHOTOCOPYING                              RODRIGUEZ, V  E     04/08/08       4.00     8285794    532278     04/09/08
  RODRIGUEZ, VIVIAN E                       RODRIGUEZ, V.E      04/28/08      41.00     8308502    541363     04/30/08
  PHOTOCOPYING
  RODRIGUEZ VIVIAN E
                                            0820 PHOTOCOPYING Total :         45.00

MESSENGER/COURIER      0930
  FEDERAL EXPRESS CORPORAT                  RODRIGUEZ, V  E     04/18/08      31.86     8308136    541360     04/30/08
  Peninsula Capital LLP
  FEDERAL EXPRESS CORPORAT                  MANNAL, D M         04/18/08      41.63     8308137    541360     04/30/08
  Doug Mannal
                                            0930 MESSENGER/COURIER Total :   73.49

CAB FARES              0940
  CAB FARES                                 MANNAL, D M         04/09/08     154.02     8320891    557086     05/08/08
  CAB FARES - ODYSSEY
                                            0940 CAB FARES Total :          154.02

DOCUMENT RETRIEVAL F   0972
  DOCUMENT RETRIEVAL FEES                   PIZZARELLO, C       03/31/08      10.96     8290259    532287     04/11/08
  PACER RETRIEVAL FEES
                                            0972 DOCUMENT RETRIEVAL F Total : 10.96

        Costs Total :                                                       283.47

alp_131r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 05/27/2008 17:41:47

Matter No.: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975       Proforma Number: 2618762
Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976
                                    Status : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code | Description | Amount | Bill W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|----------------|-------------|----------|---------------|
| 0820 | PHOTOCOPYING | 45.00 | | | | |
| 0930 | MESSENGER/COURIER | 73.49 | | | | |
| 0940 | CAB FARES | 154.02 | | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 10.96 | | | | |

Costs Total : 283.47

alp_132r: Matter Detail

Run Date & Time: 05/27/2008 17:41:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EQUITY COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1610762
Bill Frequency: M

Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                TO:
UNBILLED DISB FROM: 04/04/2008                     TO: 04/04/2008

|                        | FEES | COSTS |
|------------------------|------|-------|
| GROSS BILLABLE AMOUNT: | 0.00 | 15.00 |
| AMOUNT WRITTEN DOWN:   |      |       |
| PREMIUM:               |      |       |
| ON ACCOUNT BILLED:     |      |       |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED:         |      |       |
| THRU DATE:             |      | 04/04/2008 |

CLOSE MATTER/FINAL BILLING?        YES    OR    NO

EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|----------------------------|--|----------------|--|
| FEES:                      | 0.00  | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS:             | 15.00 | PAID FEE RETAINER:     | 0.00 |
| FEE RETAINER:              | 0.00  | PAID DISB RETAINER:    | 0.00 |
| DISB RETAINER:             | 0.00  | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING:         | 15.00 | TRUST BALANCE:         |      |

BILLING HISTORY

| DATE OF LAST BILL:   | 04/30/08 | LAST PAYMENT DATE:          | 03/18/08 |
| LAST BILL NUMBER:    | 489790   | ACTUAL FEES BILLED TO DATE: | 337,110.00 |
|                      |          | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
|                      |          | TOTAL FEES BILLED TO DATE:  | 337,110.00 |
| LAST BILL THRU DATE: | 03/31/08 | FEES WRITTEN OFF TO DATE:   | 22,515.50 |
|                      |          | COSTS WRITTEN OFF TO DATE:  | 1,724.60 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development          (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding            (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____        CRC: _____

alp_132r: Matter Detail

Run Date & Time: 05/27/2008 17:41:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2619762
Bill Frequency: M

Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y   -----------   Total Unbilled   -------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0940 | CAB FARES | 04/04/08 | 04/04/08 | 15.00 |
| | Total : | | | 15.00 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| CAB FARES        0940 | | | | | | |
| JULIET RANDIN, CASHIER | BENTLEY P | 04/04/08 | 15.00 | 8327977 | 550212 | 05/15/08 |
| CAB FARES - VENDOR- JULIET RANDIN, CASHIER | | | | | | |
| | 0940 CAB FARES Total : | | 15.00 | | | |
| | Costs Total : | | 15.00 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Run Date & Time: 05/27/2008 17:41:47

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2610762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0940 CAB FARES | 15.00 | | | | | |
| Costs Total : | 15.00 | | | | | |

aip_132r: Matter Detail

Run Date & Time: 05/21/2008 17:41:47

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**"PRIVILEGED AND CONFIDENTIAL"**

PAGE    7

Matter NO: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2618762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976   Status : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     04/07/2008          TO:     04/30/2008
UNBILLED DISB FROM:                         TO:     04/30/2008

|                                  | FEES | COSTS |
|----------------------------------|------|-------|
| GROSS BILLABLE AMOUNT:           | 0.00 | 18.80 |
| AMOUNT WRITTEN DOWN:             |      |       |
| PREMIUM:                         |      |       |
| ON ACCOUNT BILLED:               |      |       |
| DEDUCTED FROM PAID RETAINER:     |      |       |
| AMOUNT BILLED:                   |      |       |
| THRU DATE:                       |      | 04/30/2008 |
| CLOSE MATTER/FINAL BILLING?      | YES  | OR    NO |
| EXPECTED DATE OF COLLECTION:     |      |       |

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS |      | UNAPPLIED CASH |      |
|----------------------------|------|----------------|------|
| FEES:                      | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS:             | 18.80 | PAID FEE RETAINER:    | 0.00 |
| FEE RETAINER:              | 0.00 | PAID DISB RETAINER:   | 0.00 |
| DISB RETAINER:             | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING:         | 18.80 | TRUST BALANCE:        |      |

BILLING HISTORY

| DATE OF LAST BILL:  | 04/30/08 | LAST PAYMENT DATE:            | 03/18/08   |
| LAST BILL NUMBER:   | 489790   | ACTUAL FEES BILLED TO DATE:   | 154,287.00 |
|                     |          | ON ACCOUNT FEES BILLED TO DATE: | 0.00     |
|                     |          | TOTAL FEES BILLED TO DATE:    | 154,287.00 |
| LAST BILL THRU DATE: | 03/31/08 | FEES WRITTEN OFF TO DATE:    | 10,746.50  |
|                     |          | COSTS WRITTEN OFF TO DATE:    | 475.03     |

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development         (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding            (10) Client Arrangement

BILL NUMBER:               DATE OF BILL:               Processed by:               FRC:               CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 05/27/2008 17:41:47

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS - 06975S         Proforma Number: 2658762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----- Total Unbilled -----
Code  Description                          Oldest       Latest       Total
                                           Entry        Entry        Amount

0930  MESSENGER/COURIER                    04/07/08     04/30/08     18.80

      Total                                                          18.80


U N B I L L E D   C O S T S   D E T A I L
Description/Code

| Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|

MESSENGER/COURIER     0930
  FEDERAL EXPRESS CORPORAT
    Buchanan Ingersoll & Rooney     RODRIGUEZ, V E    04/07/08    9.40    8298377    536514    04/21/08
  FEDERAL EXPRESS CORPORAT
    Buchanan Ingersoll & Rooney     RODRIGUEZ, V E    04/30/08    9.40    8332307    552586    05/21/08

                                    0930 MESSENGER/COURIER Total :        18.80


                                    Costs Total :                         18.80

nlp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 05/27/2008 17:41:47

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   2618762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                   Amount        Bill        W/o / W/u        Transfer   To   Clnt/Mtr    Carry Forward
----------------------------       ------        ----        ---------        ---------------------      ------------

0930 MESSENGER/COURIER             18.80                      _____        _____                _____

              Costs Total :        18.80                      _____        _____                _____

nlp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 05/27/2008 17:41:47

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975      Proforma Number: 2610762
Client Name : W.R. GRACE & CO. EQUITY COMMITEE           Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976   Status   : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions:

-------------------------------------- PRE-BILLING SUMMARY REPORT --------------------------------------

                                                                 TO:
UNBILLED TIME FROM:                                              TO:   04/29/2008
UNBILLED DISB FROM:      03/24/2008

                         FEES               COSTS

GROSS BILLABLE AMOUNT:        0.00              7,308.29
  AMOUNT WRITTEN DOWN:
          PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
         THRU DATE:                        04/29/2008
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

------------------------- ACCOUNTS RECEIVABLE TOTALS -------------------------       -------- UNAPPLIED CASH --------

              FEES:              0.00        UNIDENTIFIED RECEIPTS:      0.00
      DISBURSEMENTS:         7,308.29              PAID FEE RETAINER:    0.00
       FEE RETAINER:           0.00              PAID DISB RETAINER:     0.00
      DISB RETAINER:          0.00         TOTAL AVAILABLE FUNDS:        0.00
    TOTAL OUTSTANDING:     7,308.29            TRUST BALANCE:

                                              ---------- BILLING HISTORY ----------

                                          04/30/08       LAST PAYMENT DATE:     04/15/08
DATE OF LAST BILL:                    489790 ACTUAL FEES BILLED TO DATE:    1,672,148.50
LAST BILL NUMBER:                          ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                  TOTAL FEES BILLED TO DATE:  1,672,148.50
LAST BILL THRU DATE:     03/31/08        FEES WRITTEN OFF TO DATE:          10,784.50
                                          COSTS WRITTEN OFF TO DATE:         4,204.62

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development         (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding          (10) Client Arrangement

BILL NUMBER:              DATE OF BILL:                 Processed by:                  FRC:                 CRC:

alp_132r: Matter Detail

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
*"PRIVILEGED AND CONFIDENTIAL"*

PAGE    11

Run Date & Time: 05/27/2008 17:41:47

| | |
|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975    Proforma Number: 2618762 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | Status : ACTIVE |

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 04/04/08 | 04/18/08 | 14.70 |
| 0840 | MANUSCRIPT SERVICE | 04/01/08 | 04/29/08 | 0.00 |
| 0885 | CAB FARES | 03/24/08 | 06/07/08 | 555.54 |
| 0942 | MEALS/IN-HOUSE | 04/05/08 | 04/05/08 | 22.39 |
| 0950 | OUT-OF-TOWN TRAVEL | 04/29/08 | 04/29/08 | 3,780.23 |
| 0951 | MEALS/T. & E. | 03/24/08 | 04/06/08 | 163.08 |
| 0972 | DOCUMENT RETRIEVAL FEES | 03/31/08 | 03/31/08 | 117.60 |
| 0980 | TRANSCRIPT FEES | 04/24/08 | 04/24/08 | 2,654.75 |
| | Total | | | 7,308.29 |

## UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| **PHOTOCOPYING    0820** | | | | | | |
| PHOTOCOPYING | HOROWITZ, G A | 04/04/08 | 0.80 | 8282027 | 531712 | 04/08/08 |
| HOROWITZ, GREGORY A | | | | | | |
| PHOTOCOPYING | | 04/04/08 | 11.00 | 8282028 | 531712 | 04/08/08 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 04/08/08 | 2.00 | 8285795 | 532278 | 04/09/08 |
| BENTLEY, PHILIP | | | | | | |
| PHOTOCOPYING | BALDINGER, L B | 04/16/08 | 0.60 | 8295509 | 535954 | 04/16/08 |
| BALDINGER LAURIE | | | | | | |
| PHOTOCOPYING | BALDINGER, L B | 04/18/08 | 0.30 | 8299587 | 536890 | 04/21/08 |
| 0820 PHOTOCOPYING Total : | | | 14.70 | | | |
| **MANUSCRIPT SERVICE    0840** | | | | | | |
| MANUSCRIPT SERVICE | KELLERMAN, M | 04/01/08 | 0.00 | 8290929 | 533729 | 04/15/08 |
| MANUSCRIPT SERVICE | KELLERMAN, M | 04/02/08 | 0.00 | 8290930 | 533729 | 04/15/08 |
| MANUSCRIPT SERVICE | KELLERMAN, M | 04/03/08 | 0.00 | 8290931 | 533729 | 04/15/08 |
| MANUSCRIPT SERVICE | KELLERMAN, M | 04/04/08 | 0.00 | 8290932 | 533730 | 04/15/08 |
| MANUSCRIPT SERVICE | KELLERMAN, M | 04/07/08 | 0.00 | 8290941 | 533730 | 04/15/08 |
| MANUSCRIPT SERVICE | HERNDER, S L | 04/07/08 | 0.00 | 8291058 | 533774 | 04/15/08 |
| Work on Memo to Equity Committee | | | | | | |
| MANUSCRIPT SERVICE | KELLERMAN, M | 04/09/08 | 0.00 | 8290942 | 533730 | 04/15/08 |
| MANUSCRIPT SERVICE | WIGGINS, C | 04/10/08 | 0.00 | 8294721 | 534781 | 04/16/08 |
| MANUSCRIPT SERVICE | KELLERMAN, M | 04/14/08 | 0.00 | 8306238 | 539595 | 04/29/08 |
| MANUSCRIPT SERVICE | WIGGINS, C | 04/16/08 | 0.00 | 8307387 | 540131 | 04/29/08 |
| MANUSCRIPT SERVICE | KELLERMAN, M | 04/21/08 | 0.00 | 8306554 | 539597 | 04/29/08 |
| MANUSCRIPT SERVICE | WIGGINS, C | 04/22/08 | 0.00 | 8307395 | 540138 | 04/29/08 |
| MANUSCRIPT SERVICE | KELLERMAN, M | 04/28/08 | 0.00 | 8312103 | 542954 | 05/05/08 |

alp_132ri Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   12

Run Date & Time: 05/27/2008 17:41:47

| | | | |
|---|---|---|---|
| Matter No: 056772-00012 | | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 2618762 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | Status : ACTIVE |
| Matter Opened : 07/27/2001 | | | |

UNBILLED   COSTS   DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE 0940 | KELLERMAN, M | 04/29/08 | 0.00 | 8312104 | 542534 | 05/05/08 |
| | 0940 MANUSCRIPT SERVICE Total : | | 0.00 | | | |
| CAB FARES 0940 | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 03/24/08 | 45.00 | 8286409 | 532313 | 04/09/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 03/24/08 | 83.50 | 8306614 | 539547 | 04/28/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 03/30/08 | 47.00 | 8286417 | 532313 | 04/09/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 03/30/08 | 83.50 | 8327014 | 549372 | 05/14/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 04/01/08 | 83.50 | 8327015 | 549372 | 05/14/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 04/06/08 | 39.54 | 8306608 | 539547 | 04/28/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 04/06/08 | 45.00 | 8306610 | 539547 | 04/28/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 04/06/08 | 45.00 | 8306612 | 539547 | 04/28/08 |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 04/07/08 | 83.50 | 8327013 | 549372 | 05/14/08 |
| | 0940 CAB FARES Total : | | 555.54 | | | |
| MEALS/IN-HOUSE 0942 | | | | | | |
| MEALS/IN-HOUSE | FARBER, P F | 04/06/08 | 22.39 | 8298818 | 536607 | 04/21/08 |
| IN-HOUSE/MEALS | | | | | | |
| | 0942 MEALS/IN-HOUSE Total : | | 22.39 | | | |
| OUT-OF-TOWN TRAVEL 0950 | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 03/24/08 | 759.50 | 8286407 | 532313 | 04/09/08 |
| From: NY; To: Pittsburgh; Date(s): 3/24/08 - 3/2 6/08 ($S6S+25 + $70.25 = | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 03/24/08 | 447.47 | 8286408 | 532313 | 04/09/08 |
| Name: Westin Convention Center; City: Pittsburgh; Date(s): 3/24/08-3/26/08 (2 Nights) Room Rate = $159.00 per night) | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 03/30/08 | 689.25 | 8286414 | 532313 | 04/09/08 |
| From: NY; To: Pittsburgh; Date(s): 3/30/08 - 4/1 | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 03/30/08 | 450.22 | 8286415 | 532313 | 04/09/08 |
| Name: Westin Convention Center; City: Pittsburgh; PA; Date(s): 3/30/08 - 4/1/08 (2 Nights; Room Rate = $159.00 per night) | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 04/06/08 | 779.25 | 8306607 | 539547 | 04/28/08 |
| From: NY; To: Philadelphia; Date(s): 4/6/08 - 4/ 7/08 ($709.25 + $70.25 = $779.25) | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 04/06/08 | 220.04 | 8306611 | 539547 | 04/28/08 |
| Name: Westin Convention Center; City: Pittsburgh ; Date(s): 4/6/08 - 4/7/08 ( Night; Room Rate = $159.00 per night) | | | | | | |
| GREGORY A. HOROWITZ | HOROWITZ, G A | 04/07/08 | 110.25 | 8306613 | 539547 | 04/28/08 |
| From: Pittsburgh, PA; To: New York, NY; Date(s): 4/07/08 ($70.25 + $40.00) - Service Fees | | | | | | |

alp_122r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Run Date & Time: 05/27/2008 17:41:47

| | |
|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGT - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number: 2610762
Bill Frequency: M
Status : ACTIVE

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| DINERS CLUB CITICORP DIN | EGGERMANN, D M | 04/29/08 | 324.25 | 8307840 | 540847 | 04/29/08 |
| OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB | | | | | | |
| CITICORP DINERS CLUB 4/29/2008  NYP TO WIL TO | | | | | | |
| NYP | | | | | | |

0950 OUT-OF-TOWN TRAVEL Total :        3,780.23

MEALS/C ( & E          0951
GREGORY A. HOROWITZ

HOROWITZ, G A     03/24/08     10.95     8286412     532313     04/09/08
Establishment: (L) Cafe Euro; Guests: Self; Affi
liation: KLNF; Business Discussed: N/A
GREGORY A. HOROWITZ
HOROWITZ, G A     03/25/08     50.00     8286411     532313     04/09/08
Establishment: (D) Fine on Nine; Guests: Self, A
riene Krieger; Affiliation: KLNF; Business Discu
ssed: MR Grace
GREGORY A. HOROWITZ
HOROWITZ, G A     03/25/08     24.83     8286410     532313     04/09/08
Establishment: (D) TGI Fridays; Guests: Self; A
ffiliation: KLNF; Business Discussed: N/A
GREGORY A. HOROWITZ
HOROWITZ, G A     03/26/08     15.70     8286413     532313     04/09/08
Establishment: (L) Cafe Euro; Guests: Self; Affi
liation: KLNF; Business Discussed: N/A
GREGORY A. HOROWITZ
HOROWITZ, G A     03/26/08     15.00     8306617     539947     04/28/08
Establishment: Snacks West Convention Center, Gu
ests: Self; Affiliation: KLNF; Business Discusse
d: N/A
GREGORY A. HOROWITZ
HOROWITZ, G A     03/30/08     5.97     8286416     532313     04/09/08
Establishment: Snack; Guests: Self, Affiliation:
KLNF; Business Discussed: N/A Food @ Airport
GREGORY A. HOROWITZ
HOROWITZ, G A     03/31/08     9.05     8286418     532313     04/09/08
Establishment: (L) Cafe Euro; Guests: Self; Affi
liation: KLNF; Business Discussed: N/A
GREGORY A. HOROWITZ
HOROWITZ, G A     04/01/08     10.40     8286419     532313     04/09/08
Establishment: (L) Cafe Euro; Guests: Self; Affi
liation: KLNF; Business Discussed: N/A
GREGORY A. HOROWITZ
HOROWITZ, G A     04/06/08     2.88     8306613     539947     04/28/08
Establishment: Snack @ Airport (Paradise Shops);
Guests: Self Affiliation: KLNF; Business Discu
ssed: N/A
GREGORY A. HOROWITZ
HOROWITZ, G A     04/06/08     18.30     8306609     539947     04/28/08
Establishment: Hudson Group - Food @ Airport, Gu
ests: Self; Affiliation: KLNF; Business Discusse
d: N/A

0951 MEALS/T & E Total :        163.08

DOCUMENT RETRIEVAL F          0972
DOCUMENT RETRIEVAL F     PIZZARELLO, C     03/31/08     117.60     8290260     533287     04/11/08
PACER RETRIEVAL FEES

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 05/27/2008 17:41:47

Matter No: 056772-00012                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2619762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                     Status    : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No. | Batch Date |
|---|---|---|---|---|---|---|

0972 DOCUMENT RETRIEVAL F Total :        117.60

TRANSCRIPT FEES            0980
JANE ROSE REPORTING INC.        FARBER, P. P    04/24/08    2,018.30    8303642    538193    04/24/08
TRANSCRIPT FEES - VENDOR- JANE ROSE REPORTING
INC.
JANE ROSE REPORTING INC.        FARBER, P. P    04/24/08    636.45    8303643    538193    04/24/08
TRANSCRIPT FEES - VENDOR- JANE ROSE REPORTING
INC.

0980 TRANSCRIPT FEES Total :        2,654.75

Costs Total :        7,308.29

62.

```
slp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    15
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/27/2008 17:41:47
Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2618762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opend : 07/27/2001                                                                          Status     : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
                                     Bill        W/o / W/u          Transfer    To    Clnt/Mtr       Carry Forward
Code Description              Amount
0820 PHOTOCOPYING              14.70 _____ _____ _____
0830 MANUSCRIPT SERVICE         0.00 _____ _____ _____
0940 CAB FARES                555.54 _____ _____ _____
0942 MEALS/IN-HOUSE            22.39 _____ _____ _____
0950 OUT-OF-TOWN TRAVEL      3,780.23 _____ _____ _____
0951 MEALS/T & B              161.08 _____ _____ _____
0972 DOCUMENT RETRIEVAL FEES  117.60 _____ _____ _____
0990 TRANSCRIPT FEES         2,654.75 _____ _____ _____

              Costs Total :  7,306.29 _____ _____ _____
```

alp_132r: Matter Detail

Run Date & Time: 05/27/2008 17:41:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Matter No: 056772-00015       Orig Prtnr : CRED. RGTS - 06975      Proforma Number: 2610762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT       Supv Prtnr : MAYER THOMAS MOERS - 03976      Status : ACTIVE
Matter Opened : 09/29/2001

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                              TO:
UNBILLED DISB FROM:    04/07/2008               TO:    04/30/2008

|  | FEES | COSTS |
|---|---|---|
|  |  | 1,855.52 |

GROSS BILLABLE AMOUNT:        0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                              04/30/2008
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 1,855.52 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 1,855.52 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:    03/31/08       LAST PAYMENT DATE:    12/15/06
LAST BILL NUMBER:    488256       ACTUAL FEES BILLED TO DATE:    22,526.00
                                  ON ACCOUNT FEES BILLED TO DATE:    0.00
                                  TOTAL FEES BILLED TO DATE:    22,526.00
LAST BILL THRU DATE:    02/29/08       FEES WRITTEN OFF TO DATE:    0.00
                                  COSTS WRITTEN OFF TO DATE:    287.69

Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:
(1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development           (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate              (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____       DATE OF BILL: _____       Processed by: _____       FRC: _____       CRC: _____

aip_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Run Date & Time: 05/27/2008 17:41:47

| | | |
|---|---|---|
| Matter No: 056772-00015 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 2618762 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : PLAN AND DISCLOSURE STATEMENT | Supv Prtnr : MAYER THOMAS MOERS - 03976 | Status : ACTIVE |
| Matter Opened : 09/28/2001 | | |

U N B I L L E D   C O S T S   S U M M A R Y   ------- Total Unbilled -------

| Code | Description | Oldest Entry | Latent Entry | Total Amount |
|---|---|---|---|---|
| 0816 | VELOBINDINGS | 04/18/08 | 04/18/08 | 97.50 |
| 0817 | TABS | 04/18/08 | 04/18/08 | 91.00 |
| 0820 | PHOTOCOPYING | 04/18/08 | 04/18/08 | 221.30 |
| 0841 | RESEARCH SERVICES | 04/18/08 | 04/18/08 | 78.00 |
| 0917 | WESTLAW ON-LINE RESEARCH | 04/07/08 | 04/14/08 | 721.08 |
| 0921 | WEST/NEXIS ON-LINE RESEARCH | 04/08/08 | 04/24/08 | 456.42 |
| 0921 | LEGAL SEARCH FEES | 04/30/08 | 04/30/08 | 107.29 |
| 0940 | CCR FEES | 04/07/08 | 04/23/08 | 22.00 |
| 0942 | MEALS/IN-HOUSE | 04/13/08 | 04/13/08 | 60.33 |
| | Total | | | 1,855.52 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| VELOBINDINGS | 0816 | | | | | | |
| VELOBINDINGS | 03120    BINDING | CATES, D A | 04/18/08 | 97.50 | 8300113 | 536900 | 04/21/08 |
| CATES DANA A | | | | 97.50 | | | |
| | | 0816 VELOBINDINGS Total : | | 97.50 | | | |
| TABS | 0817 | | | | | | |
| CATES    DANA A | 07120    TABS | CATES, D A | 04/18/08 | 91.00 | 8300083 | 536897 | 04/21/08 |
| | | | | 91.00 | | | |
| | | 0817 TABS Total : | | 91.00 | | | |
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | CATES, D A | 04/18/08 | 221.10 | 8299588 | 536890 | 04/21/08 |
| CATES DANA A | | | | | | | |
| CATES DANA A | | CATES, D A | 04/18/08 | 0.20 | 8300356 | 537235 | 04/22/08 |
| | | | | 221.30 | | | |
| | | 0820 PHOTOCOPYING Total : | | 221.30 | | | |
| RESEARCH SERVICES | 0841 | | | | | | |
| RESEARCH SERVICES | | NG, E N | 04/08/08 | 52.00 | 8304529 | 538561 | 04/28/08 |
| Briefs for Mattorana, Keith R | | | | | | | |
| RESEARCH SERVICES | | BOYLE, B B | 04/18/08 | 26.00 | 8297682 | 536373 | 04/21/08 |
| Obtain historic prime rate info for K Mattorana | | 0841 RESEARCH SERVICES Total : | | 78.00 | | | |
| WESTLAW ON-LINE RESE | 0917 | | | | | | |
| WESTLAW ON-LINE RESE | | MANNAL, D M | 04/07/08 | 8.97 | 8313036 | 542996 | 05/01/08 |
| WESTLAW ON-LINE RESE | | MATTORANA, K R | 04/07/08 | 3.03 | 8313041 | 542996 | 05/01/08 |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    18
                                             *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/27/2008 17:41:47

Matter No: 056772-00115                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   2618962
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE AND DISCLOSURE STATEMENT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/28/2001                                                             Status     : ACTIVE

UNBILLED COSTS DETAIL
Description/Code

WESTLAW ON-LINE RESE         0921
LEXIS/NEXIS ON-LINE
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| WESTLAW ON-LINE RESE | MARTORANA, K R | 04/07/08 | 211.33 | 8313042 | 542996 | 05/01/08 |
| WESTLAW ON-LINE RESE | MANNAL, D M. | 04/08/08 | 6.62 | 8313037 | 542996 | 05/01/08 |
| WESTLAW ON-LINE RESE | MANNAL, D M. | 04/08/08 | 337.62 | 8313038 | 542996 | 05/01/08 |
| WESTLAW ON-LINE RESE | MANNAL, D M. | 04/10/08 | 39.86 | 8313039 | 542996 | 05/01/08 |
| WESTLAW ON-LINE RESE | MANNAL, D M | 04/14/08 | 114.23 | 8313040 | 542996 | 05/01/08 |
| 0917 WESTLAW ON-LINE RESE Total : | | | 721.68 | | | |
| | | | | | | |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/08/08 | 127.74 | 8314852 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/09/08 | 112.71 | 8314853 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/10/08 | 22.30 | 8314854 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/11/08 | 49.28 | 8314855 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/12/08 | 19.73 | 8314856 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/13/08 | 13.16 | 8314857 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/15/08 | 30.57 | 8314858 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/16/08 | 31.97 | 8314859 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/17/08 | 6.82 | 8314860 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/18/08 | 23.22 | 8314861 | 544143 | 05/02/08 |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 04/24/08 | 40.94 | 8314862 | 544143 | 05/02/08 |
| 0921 LEXIS/NEXIS ON-LINE Total : | | | 456.44 | | | |
| | | | | | | |
| LEGAL SEARCH FEES   0935 | | | | | | |
| LEGAL SEARCH FEES - MATTHEW BE | | | | | | |
| LEGAL SEARCH FEES - VENDOR- LEXIS-NEXIS | | | | | | |
| MATTHEW BENDER April 2008 | PELLETIER, D | 03/30/08 | 107.29 | 8334193 | 552743 | 05/22/08 |
| 0935 LEGAL SEARCH FEES Total : | | | 107.29 | | | |
| | | | | | | |
| CAB FARES    0940 | | | | | | |
| JULIET RAMDIN, CASHIER | MARTORANA, K R | 04/07/08 | 10.00 | 8289363 | 532914 | 04/10/08 |
| CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | | | | | | |
| CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | MARTORANA, K R | 04/23/08 | 12.00 | 8305876 | 533084 | 04/28/08 |
| CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | | | | | | |
| 0940 CAB FARES Total : | | | 22.00 | | | |
| | | | | | | |
| MEALS/IN-HOUSE    0942 | | | | | | |
| MEALS/IN-HOUSE | MARTORANA, K R | 04/13/08 | 22.82 | 8304218 | 538507 | 04/24/08 |
| IN-HOUSE/MEALS | | | | | | |
| MEALS/IN-HOUSE | MARTORANA, K R | 04/13/08 | 22.82 | 8304219 | 538507 | 04/24/08 |
| IN-HOUSE/MEALS | | | | | | |
| MEALS/IN-HOUSE | MARTORANA, K R | 04/13/08 | 14.69 | 8304220 | 538507 | 04/24/08 |
| IN-HOUSE/MEALS | | | | | | |
| 0942 MEALS/IN-HOUSE Total : | | | 60.33 | | | |

Alp_112r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

"PRIVILEGED AND CONFIDENTIAL"

PAGE  19

Run Date & Time: 05/27/2008 17:11:03

Matter No: 056772-00015
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 09/28/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supp Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        2618762
Bill Frequency: M
Status         : ACTIVE

P R E B I L L   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

Costs Total :      1,855.52

alp_131r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Run Date & Time: 05/27/2008 17:41:48

Matter No: 056772-00015
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 09/28/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2618762
Bill Frequency: M

Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0816 | VELOBINDINGS | 97.50 | | | | | |
| 0817 | TABS | 91.00 | | | | | |
| 0820 | PHOTOCOPYING | 221.30 | | | | | |
| 0841 | RESEARCH SERVICES | 78.00 | | | | | |
| 0917 | WESTLAW ON-LINE RESEARCH | 721.68 | | | | | |
| 0922 | LEXIS/NEXIS ON-LINE RESEA | 456.42 | | | | | |
| 0935 | LEGAL SEARCH FEES | 107.29 | | | | | |
| 0940 | CAB FARES | 22.00 | | | | | |
| 0942 | MEALS/IN-HOUSE | 60.33 | | | | | |

Costs Total :    1,855.52

aip_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   21

Run Date & Time: 05/27/2008 17:41:48

Matter No: 056772-00019                     Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2618762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                       Supv Prtnr : MAYER THOMAS MOERS - 03976   Status    : ACTIVE
Matter Opened : 09/06/2002

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    TO:
UNBILLED DISB. FROM:  04/07/2008       TO:  04/28/2008

                    FEES            COSTS
GROSS BILLABLE AMOUNT:        0.00      753.40
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                              04/28/2008
CLOSE MATTER/FINAL BILLING?  YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

        FEES:           0.00
DISBURSEMENTS:        753.40       UNIDENTIFIED RECEIPTS:      0.00
FEE RETAINER:           0.00        PAID FEE RETAINER:         0.00
DISB RETAINER:          0.00        PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:    753.40      TOTAL AVAILABLE FUNDS:       0.00
                                        TRUST BALANCE:
                              BILLING HISTORY

DATE OF LAST BILL:    04/30/08     LAST PAYMENT DATE:    04/15/08
LAST BILL NUMBER:    489790  ACTUAL FEES BILLED TO DATE:     289,101.50
                          ON ACCOUNT FEES BILLED TO DATE:          0.00
                             TOTAL FEES BILLED TO DATE:     289,101.50
LAST BILL THRU DATE:  03/31/08  FEES WRITTEN OFF TO DATE:      5,087.68
                             COSTS WRITTEN OFF TO DATE:        797.56

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____   CRC:_____

aip_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    22

Run Date & Time: 05/27/2008 17:41:48

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    2618762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 05/06/2002                                                          Status    : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y    -----   Total Unbilled   -----

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0816 | VELOBINDINGS | 04/17/08 | 04/18/08 | 60.00 |
| 0817 | TABS | 04/17/08 | 04/18/08 | 90.00 |
| 0820 | PHOTOCOPYING | 04/17/08 | 04/18/08 | 570.40 |
| 0840 | MANUSCRIPT SERVICE | 04/28/08 | 04/28/08 | 10.00 |
| 0940 | CAB FARES | 04/07/08 | 04/07/08 | 12.00 |
| 0942 | MEALS/IN-HOUSE | 04/07/08 | 04/07/08 | 21.00 |
| | **Total** | | | **753.40** |

U N B I L L E D    C O S T S    D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| VELOBINDINGS        0816 | | | | | | | |
| VELOBINDINGS | | RODRIGUEZ, V E | 04/17/08 | 15.00 | 8298662 | 536520 | 04/21/08 |
| VELOBINDINGS | RODRIGUEZ VIVIAN E 07053  BINDING | RODRIGUEZ, V E | 04/17/08 | 15.00 | 8298663 | 536520 | 04/21/08 |
| VELOBINDINGS | RODRIGUEZ VIVIAN E 07053  BINDING | RODRIGUEZ, V E | 04/18/08 | 15.00 | 8300114 | 536900 | 04/21/08 |
| VELOBINDINGS | RODRIGUEZ VIVIAN E 07053  BINDING | RODRIGUEZ, V E | 04/18/08 | 15.00 | 8300115 | 536900 | 04/21/08 |
| | | 0816 VELOBINDINGS Total : | | 60.00 | | | |
| TABS        0817 | | | | | | | |
| TABS | RODRIGUEZ VIVIAN E 07053  TABS | RODRIGUEZ, V E | 04/17/08 | 26.00 | 8298576 | 536515 | 04/21/08 |
| TABS | RODRIGUEZ VIVIAN E 07053  TABS | RODRIGUEZ, V E | 04/17/08 | 34.00 | 8298577 | 536515 | 04/21/08 |
| TABS | RODRIGUEZ VIVIAN E 07053  TABS | RODRIGUEZ, V E | 04/18/08 | 12.00 | 8300084 | 536897 | 04/21/08 |
| TABS | RODRIGUEZ VIVIAN E 07053  TABS | RODRIGUEZ, V E | 04/18/08 | 18.00 | 8300085 | 536897 | 04/21/08 |
| | | 0817 TABS Total : | | 90.00 | | | |
| PHOTOCOPYING        0820 | | | | | | | |
| PHOTOCOPYING | RODRIGUEZ VIVIAN E | RODRIGUEZ, V E | 04/17/08 | 124.80 | 8297823 | 536498 | 04/21/08 |
| PHOTOCOPYING | RODRIGUEZ VIVIAN E | RODRIGUEZ, V E | 04/17/08 | 242.60 | 8297824 | 536498 | 04/21/08 |
| PHOTOCOPYING | RODRIGUEZ VIVIAN E | RODRIGUEZ, V E | 04/18/08 | 57.30 | 8299589 | 536890 | 04/21/08 |
| PHOTOCOPYING | RODRIGUEZ VIVIAN E | RODRIGUEZ, V E | 04/18/08 | 145.70 | 8299590 | 536890 | 04/21/08 |
| | | 0820 PHOTOCOPYING Total : | | 570.40 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Run Date & Time: 05/27/2008 17:41:48

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2618762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976   Status    : ACTIVE
Matter Opened : 09/06/2002

U N B I L L E D    C O S T S    D E T A I L
Description/Code                        Employee          Date        Amount       Index#   Batch No   Batch Date

MANUSCRIPT SERVICE          0840
MANUSCRIPT SERVICE                      MENDLER, G L      04/28/08      0.00        8324392   546228    05/13/08
    Worked on insert

                        0840 MANUSCRIPT SERVICE Total :                0.00

CAB FARES                   0940
JULIET RAMDIN - CASHIER                 BENTLEY, P        04/07/08     12.00        8327976   550212    05/15/08
    CAB FARES - VENDOR- JULIET RAMDIN, CASHIER

                        0940 CAB FARES Total :                        12.00

MEALS/IN-HOUSE              0942
JULIET RAMDIN, CASHIER                  BENTLEY, P        04/07/08     21.00        8327975   550212    05/15/08
    MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER

                        0942 MEALS/IN-HOUSE Total :                   21.00

                        Costs Total :                                753.40

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/27/2008 17:41:48

Matter No.: 056772-00019                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 2618762
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                          Status      ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0816 | VELOBINDINGS | 60.00 | | | | | |
| 0817 | TABS | 90.00 | | | | | |
| 0820 | PHOTOCOPYING | 570.40 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0940 | CAB FARES | 12.00 | | | | | |
| 0942 | MEALS/IN-HOUSE | 21.00 | | | | | |
| | Costs Total : | 753.40 | | | | | |