**EXHIBIT 1**

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2008 | 1.5 | $315.00 | Analysis of Court docket re pleadings affecting asbestos pd claims for 1st Qtr SEC filing info |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/25/2008 | 1.3 | $273.00 | Continue analysis of Court docket re pleadings affecting asbestos pd claims for 1st Qtr SEC filing info |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/26/2008 | 1.5 | $315.00 | Further analysis of Court docket re pleadings affecting asbestos pd claims for 1st Qtr SEC filing info |
| | Asbestos Claims Total: | | | 4.3 | $903.00 | |

## March 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 3/3/2008 | 0.2 | $9.00 | Telephone with Courtney of DK Acquisition at (212) 446-4072 re request for status updates on claims they've filed in case (.1); prepare e-mail to J Miller re request (.1) |
| KATYA BELAS - CAS | | $65.00 | 3/3/2008 | 0.4 | $26.00 | Draft Declaration of Service re Docket No 18139 - Order re Omni 18 Objection |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/3/2008 | 0.1 | $7.50 | Review Court docket Nos 18168-18184 to categorize docket entries |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 3/3/2008 | 0.1 | $9.50 | Post most recent docket entries to DRTT |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 3/3/2008 | 0.2 | $19.00 | Read (.1) and respond (.1) to all new case correspondence including e-mail messages from Court |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/3/2008 | 0.3 | $63.00 | Analysis of e-mail from M Soto re auditor request for transferred claim verification (.1); analysis of letter from transfer agent auditor (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/3/2008 | 0.5 | $105.00 | Analysis of correspondence re prior auditor transfer verification (.2); prepare e-mail to M Soto re transfer auditor request (.1); telephone with J Miller re transfer agent auditor request (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/3/2008 | 1.5 | $315.00 | Analysis of Court docket re pleadings affecting claims |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/3/2008 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/4/2008 | 0.3 | $45.00 | Conference call with project team re case status |
| JAMES MYERS - CAS | | $65.00 | 3/4/2008 | 0.1 | $6.50 | Dkt 18138 Order re Objection to Massachusetts Dept of Revenue Claim - prepare document for service |
| JAMES MYERS - CAS | | $65.00 | 3/4/2008 | 0.1 | $6.50 | Dkt 18139 Order re Omni 18 Objections - prepare document for service |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/4/2008 | 0.1 | $11.00 | Docket No 17225 - audit Notice of Withdrawal of Certificate of Service to verify no further updates required |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/4/2008 | 0.7 | $77.00 | Docket Nos 18092, 18124 and 18162 - analyze Notices (.3); update noticing system and claims database per notices related to address changes and withdrawal/substitutions of counsel (.4) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/4/2008 | 0.1 | $7.50 | Review Court docket Nos 18185-18190 to categorize docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2008 | 0.4 | $84.00 | Weekly conference call with G Kruse, S Cohen and S Kjontvedt (.3); prepare memo to J Miller re conf call topics (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/4/2008 | 0.3 | $33.00 | Status call led by M Araki re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 3/4/2008 | 0.2 | $28.00 | Weekly team status call |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| YVETTE KNOPP - CAS | | $90.00 | 3/4/2008 | 0.2 | $18.00 | Notarize Declaration of Service re Dkt No 18139 Continued Order re 18th Omni Objections to Claims served on 2/29/08 |
| YVETTE KNOPP - CAS | | $90.00 | 3/4/2008 | 0.3 | $27.00 | Draft Declaration of Service re Dkt No 18138 Order re Objection to Massachusetts Dept of Revenue Claim served on 2/29/08 |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/5/2008 | 0.1 | $7.50 | Review Court docket Nos 18191-18211 to categorize docket entries |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 3/5/2008 | 0.3 | $28.50 | Read (.2) and respond (.1) to all new e-mail messages from M Araki re recent claim transfer requests |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2008 | 2.0 | $420.00 | Additional analysis of second group of claim flag detail reports re claim flag normalization (.7); analysis of b-Linx re claim flags (.5); revise b-Linx to normalize claim flags in reports reviewed (.8) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/5/2008 | 0.1 | $16.50 | Discussion with S Cohen re claim reconciliation issues requiring higher-level analysis outside normal scope of review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/5/2008 | 0.3 | $33.00 | Review (.1) and reply (.2) to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/5/2008 | 0.1 | $11.00 | Discussion with M Booth re claim reconciliation issues requiring higher-level analysis outside normal scope of review |
| ELLEN DORS - REC_TEAM | | $110.00 | 3/6/2008 | 0.4 | $44.00 | Audit categorization updates related to 28 Court docket Nos 18171-18203 (.3); flag any pleadings impacting claims or the master service list for further action and follow up as needed (.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 3/6/2008 | 0.4 | $84.00 | Review e-mail from S Cohen re monthly claim reporting |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 3/6/2008 | 0.3 | $28.50 | Review status of pending transfers (.2); verify status list of transfers is current (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/6/2008 | 1.2 | $252.00 | Continue analysis of second group of claim flag detail reports re claim flag normalization (.4); analysis of b-Linx re claim flags (.3); revise b-Linx to normalize claim flags in reports reviewed (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/6/2008 | 1.7 | $357.00 | Audit pleadings assigned in DRTT and b-Linx re revisions made to claims per pleadings (1.0); revise b-Linx re audit results (.7) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/6/2008 | 0.2 | $22.00 | Review (.1) and reply (.1) to e-mails and correspondence re claims review/reconciliation |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/7/2008 | 0.2 | $22.00 | Review (.1) and reply (.1) to e-mails and correspondence re claims review/reconciliation |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/10/2008 | 0.2 | $15.00 | Review Court docket Nos 18212-18253 (.1); categorize docket entries and flag for follow up (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2008 | 0.1 | $21.00 | Telephone from J Porochonski at WR Grace re transfer tracking |
| YVETTE KNOPP - CAS | | $90.00 | 3/10/2008 | 0.2 | $18.00 | Review production reporting re invoice 021-20080229-1 |
| YVETTE KNOPP - CAS | | $90.00 | 3/10/2008 | 0.2 | $18.00 | Review production reporting re invoice 021-20080229-2 |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/11/2008 | 0.3 | $45.00 | Conference call with project team re case status |
| JEFF MILLER - SR_MANAGER | | $210.00 | 3/11/2008 | 0.6 | $126.00 | Prepare for (.2) and lead (.4) team status call re PD and non-asbestos claims |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/11/2008 | 0.1 | $7.50 | Review Court docket Nos 18254-18262 to categorize docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2008 | 0.3 | $63.00 | Telephone from D Bibbs at K&E re filing dates and copies of images for claims 9634 and 9635 (.1); analysis of b-Linx re claim images and filing dates (.1); prepare e-mail to D Bibbs re copies of claim images (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2008 | 0.4 | $84.00 | Weekly conference call with J Miller, S Cohen, G Kruse re case status and upcoming issues |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2008 | 0.6 | $126.00 | Analysis of e-mail from D Bibbs re L Sinanyan inquiry re claim of John and Pat Structko (.1); analysis of b-Linx re Structko claim (.2); telephone to D Bibbs re Structko claim not in b-Linx (.1); analysis of copy of claim from D Bibbs (.1); analysis of e-mail from D Bibbs re Structko claim is for another case (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/11/2008 | 2.0 | $420.00 | Additional analysis of next group of claim flag detail reports re claim flag normalization (.6); analysis of b-Linx re claim flags (.6); revise b-Linx to normalize claim flags in reports reviewed (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/11/2008 | 0.3 | $33.00 | Status call led by J Miller re pending issues |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/12/2008 | 0.1 | $7.50 | Review Court docket Nos 18263-18268 to categorize docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/12/2008 | 1.2 | $252.00 | Prepare ART reports re claim flags updated (.6); analysis of ART reports re claim flags updated (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/12/2008 | 1.5 | $315.00 | Prepare third batch of claim flag detail reports (1.0); udpate claim flag analysis status chart (.5) |
| ELLEN DORS - REC_TEAM | | $110.00 | 3/13/2008 | 0.6 | $66.00 | Audit categorization updates related to 33 Court docket Nos. 18212 - 18257 (.2); flag any pleadings impacting claims or the master service list for further action and follow up as needed (.4) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/13/2008 | 0.1 | $7.50 | Review Court docket Nos 18269-18281 to categorize docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/13/2008 | 0.4 | $84.00 | Analysis of e-mail from L Sinanyan re copy of transfers/orders re B of A claim transfer (.1); analysis of e-mail from S Cohen re B of A settlement (.1); prepare e-mail and attachments to L Sinanyan re copies of orders and transfers re B of A claim (.1); prepare e-mail to S Cohen and J Miller re L Sinanyan info request (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/13/2008 | 1.8 | $378.00 | Analysis of third group of claim flag detail reports re claim flag normalization (.5); analysis of b-Linx re claim flags (.6); revise b-Linx to normalize claim flags in reports reviewed (.7) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/13/2008 | 0.2 | $22.00 | Review (.1) and reply (.1) to e-mails and correspondence re claims review/reconciliation |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/14/2008 | 0.1 | $11.00 | Docket No 18160 - audit categorization updates to flag for impact on master service list for further action and follow up |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/14/2008 | 0.1 | $7.50 | Review Court docket Nos 18282-18290 to categorize docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2008 | 1.2 | $252.00 | Analysis of creditor exception BERT report (.6); analysis of b-Linx re creditor exceptions on BERT report (.6) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2008 | 0.8 | $168.00 | Prepare memo re creditor exception BERT report and resolutions, items to be corrected |
| ELLEN DORS - REC_TEAM | | $110.00 | 3/17/2008 | 0.5 | $55.00 | Audit categorization updates related to 26 Court docket Nos. 18212 - 18257 (.2); flag any pleadings impacting claims or the master service list for further action and follow up as needed (.3) |
| JAMES MYERS - CAS | | $65.00 | 3/17/2008 | 0.1 | $6.50 | Notarize POS re transfer and return to L Ruppaner |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/17/2008 | 0.3 | $22.50 | Review Court docket Nos 18291-18307 (.2); categorize docket entries and flag for follow up (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 3/17/2008 | 0.1 | $9.50 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/17/2008 | 1.3 | $273.00 | Continue analysis of third group of claim flag detail reports re claim flag normalization (.4); analysis of b-Linx re claim flags (.5); revise b-Linx to normalize claim flags in reports reviewed (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/17/2008 | 1.5 | $315.00 | Additional analysis of third group of claim flag detail reports re claim flag normalization (.4); analysis of b-Linx re claim flags (.6); revise b-Linx to normalize claim flags in reports reviewed (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/17/2008 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/18/2008 | 0.2 | $15.00 | Post new docket entries to DRTT |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/18/2008 | 0.1 | $7.50 | Review Court docket Nos 18308-18312 (.1); categorize docket entries and flag for follow up (.1) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/18/2008 | 0.1 | $7.50 | Discussion with M Booth re daily updates required for posting docket entries to DRTT |
| LUCINA SOLIS - CAS | | $45.00 | 3/18/2008 | 0.1 | $4.50 | Review COA returned mail for further processing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2008 | 2.0 | $420.00 | Further analysis of third group of claim flag detail reports re claim flag normalization (.5); analysis of b-Linx re claim flags (.8); revise b-Linx to normalize claim flags in reports reviewed (.7) |
| MIKE BOOTH - MANAGER | | $165.00 | 3/18/2008 | 0.1 | $16.50 | Discussion with L Hughes re daily updates required for posting docket entries to DRTT |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/19/2008 | 0.2 | $15.00 | Post new docket entries to DRTT |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/19/2008 | 0.4 | $30.00 | Review Court docket Nos 18313-18328 (.2); categorize docket entries and flag for follow up (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2008 | 1.4 | $294.00 | Continue analysis of third group of claim flag detail reports re claim flag normalization (.3); analysis of b-Linx re claim flags (.6); revise b-Linx to normalize claim flags in reports reviewed (.5) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/20/2008 | 0.2 | $15.00 | Post new docket entries to DRTT |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/20/2008 | 0.1 | $7.50 | Review Court docket Nos 18329 to 18340 to categorize docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/20/2008 | 0.5 | $105.00 | Analysis of e-mail from S Millsap re Amount/Docket exception reports (.1); brief review of reports (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/20/2008 | 0.3 | $63.00 | Prepare e-mail to M Rosenberg re status of transition (.1); prepare e-mail to S Fritz re audit letter status (.1); analysis of e-mail from S Fritz re audit letter status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/20/2008 | 1.5 | $315.00 | Analysis of third group of claim flag detail reports re claim flag normalization (.4); analysis of b-Linx re claim flags (.6); revise b-Linx to normalize claim flags in reports reviewed (.5) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| NOREVE ROA - CAS | | $95.00 | 3/20/2008 | 0.6 | $57.00 | Audit categorization updates related to Court docket Nos 18319-18322 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/20/2008 | 0.2 | $22.00 | Review e-mails and correspondence re claims review/reconciliation |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/21/2008 | 0.2 | $15.00 | Post new docket entries to DRTT |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/21/2008 | 0.1 | $7.50 | Review Court docket Nos 18341 to 18359 to categorize docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/21/2008 | 1.8 | $378.00 | Analysis of third group of claim flag detail reports re claim flag normalization (.5); analysis of b-Linx re claim flags (.6); revise b-Linx to normalize claim flags in reports reviewed (.7) |
| BRIANNA TATE - CAS | | $45.00 | 3/24/2008 | 0.3 | $13.50 | E-mail from (.2) / to (.1) Christopher Bruno re claim status updates sent to them by K Davis at Rust Consulting |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/24/2008 | 0.3 | $33.00 | Docket No 18308 - analyze Notice of Address Change (.1); update noticing system and claims database (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2008 | 0.3 | $63.00 | Telephone from V Knox at Fair Harbor re Novigen Scientific claim (.1); analysis of b-Linx re claim (.1); telephone to V Knox re results of analysis re Novigen claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2008 | 0.2 | $42.00 | E-mail to/from M Rosenberg re transition to new K&E paralegal for asbestos pd claims (.1); e-mail to J Miller re new K&E paralegal for asbestos pd (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/24/2008 | 1.6 | $336.00 | Prepare updated claim flag reports to assess revisions made (.7); analysis of updatead claim flag reports re revisions made and left to be made (.9) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/24/2008 | 0.1 | $11.00 | Review e-mails and correspondence re claims review/reconciliation |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/25/2008 | 0.3 | $45.00 | Weekly case status call |
| JEFF MILLER - SR_MANAGER | | $210.00 | 3/25/2008 | 0.7 | $147.00 | Prepare for (.3) and lead (.4) team status call re non-asbestos and asbestos PD claims |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/25/2008 | 0.2 | $15.00 | Post new docket entries to DRTT |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/25/2008 | 0.1 | $7.50 | Review Court docket Nos 18360 to 18376 to categorize docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/25/2008 | 0.5 | $105.00 | Weekly team conference call with J Miller, S Cohen, G Kruse re case status (.2); analysis of e-mail from M Rosenberg re K Love and extranet setup (.1); analysis of e-mail from L Sinanyan re BMC Jan 08 fee app (.1); analysis of e-mail from S Milsap re WRG BERT reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/25/2008 | 0.3 | $63.00 | Prepare e-mail to J Miller re K Love extranet request (.1); prepare e-mail to L Sinanyan re Jan 08 BMC fee app filing info (.1); prepare e-mail to S Fritz re Feb 08 biller reductions (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/25/2008 | 1.4 | $294.00 | Revise claim flags per updated claim flag reports and normalization |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/25/2008 | 0.2 | $39.00 | Discussion with M Booth re claims transfer noticing protocols (.1); review transfer and deficiency notices (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/25/2008 | 0.2 | $22.00 | Status call led by J Miller re pending issues |
| STEPHENIE KJONTVEDT - SR_CONSULTANT | | $140.00 | 3/25/2008 | 0.2 | $28.00 | Weekly BMC team status call |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/26/2008 | 0.2 | $15.00 | Post new docket entries to DRTT |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/26/2008 | 0.2 | $42.00 | Analysis of e-mail from S Fritz re Feb invoice biller reductions (.1); confirm biller reductions (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/26/2008 | 0.1 | $11.00 | Review e-mails and correspondence re claims review/reconciliation |
| BRIANNA TATE - CAS | | $45.00 | 3/27/2008 | 0.1 | $4.50 | Telephone with George Wybeleria at (781) 935-2381 re returned call |
| BRIANNA TATE - CAS | | $45.00 | 3/27/2008 | 0.1 | $4.50 | Telephone with Victor Knox of Allen Wood Capital at (301) 502-4735 re new transfers filed and how to notify BMC; advised him to send e-mail to callcenter@bmcgroup.com. |
| KATYA BELAS - CAS | | $65.00 | 3/27/2008 | 1.3 | $84.50 | Coordinate service of Notice of Transfer re Docket No 18372 (.5); e-mails to/from L Bogue re service (.2); review document in production (.2); review service list (.2); approve document for production (.2) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/27/2008 | 0.5 | $55.00 | Finalize Notice of Transfer of claim re Docket No 18372 (.1); analysis of service list for Docket No 18372 (.1); prepare e-mail to Production Dept re service of Docket No 18372 (.1); update claim transfer worksheet re new transfer (.2) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/27/2008 | 0.2 | $22.00 | Prepare MRF for service of Notice of Transfer re Docket No 18372 |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/27/2008 | 0.2 | $15.00 | Post new docket entries to DRTT |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/27/2008 | 0.1 | $7.50 | Review Court docket Nos 18387-18392 to categorize docket entries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/27/2008 | 0.5 | $105.00 | Analysis of docket re pleadings for 1st Qtr SEC info |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/27/2008 | 1.5 | $315.00 | Analysis of new BERT reports re objection issues (.5); revise e-mail to J Conklin and S Millsap re BERT report analysis, corrections and revisions to reports (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/27/2008 | 1.8 | $378.00 | Audit pleadings assigned in DRTT and b-Linx re revisions made to claims per pleadings (1.0); revise b-Linx re audit results (.8) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/27/2008 | 0.3 | $58.50 | Transfers - meeting with M Booth and L Bogue re transfer requests (.2); review transfer requests and courtesy notices (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/27/2008 | 0.1 | $19.50 | Review memos and documents forwarded to Notice Group for processing and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/27/2008 | 0.1 | $11.00 | Review and reply to e-mails and correspondence re claims review/reconciliation |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/28/2008 | 0.2 | $15.00 | Post new docket entries to DRTT |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/28/2008 | 0.2 | $15.00 | Review Court docket Nos 18377-18386 and 18393-18413 (.1); categorize docket entries and flag for follow up (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/28/2008 | 0.2 | $42.00 | Telephone from V Knox/Fair Harbor re recent claim transfers filed and issues related to transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/28/2008 | 2.3 | $483.00 | Continue analysis of new BERT reports re objection and docket exceptions (1.0); analysis of b-Linx re claims appearing on reports (.7); revise memo to J Conklin and S Millsap re BERT report analysis, corrections and revisions (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/28/2008 | 1.4 | $294.00 | Continue audit of pleadings assigned in DRTT and b-Linx re revisions to claims per pleadings (.9); revise b-Linx re audit results (.5) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/29/2008 | 0.1 | $11.00 | Review e-mails and correspondence re claims review/reconciliation |
| KATYA BELAS - CAS | | $65.00 | 3/31/2008 | 3.2 | $208.00 | Coordinate service of Notice of Transfers re Docket Nos 18384-18392, and 18394 (1.2); e-mails to/from L Bogue re service (.4); review documents in production (.7); review service lists (.5); approve documents for production (.4) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/31/2008 | 1.7 | $187.00 | Docket Nos 18384, 18387-18392 and 18394 - finalize Notices of Transfer for service (.3); analysis of service lists (.3); prepare MRF for service of documents (.4); update claim transfer worksheet re new transfers (.7) |
| LEILA HUGHES - REC_TEAM | | $75.00 | 3/31/2008 | 0.2 | $15.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/31/2008 | 0.4 | $84.00 | Analysis of e-mails from L Solis re noticing status reports (.2); analysis of e-mail from S Cohen re DRTT issues and pleadings assigned (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/31/2008 | 1.7 | $357.00 | Review case status project list (.7); prepare draft 3rd Qtr report of asbestos pd for SEC reporting (.2); analysis of asbestos pd numbers for 1st Qtr SEC reporting (.5); review of docket re new filings (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/31/2008 | 0.3 | $63.00 | Discussion with S Cohen re L Ruppaner exit memo re status of WRG items, current process for transfers, status of 1st Qtr 08 SEC analysis |
| NOREVE ROA - CAS | | $95.00 | 3/31/2008 | 1.5 | $142.50 | Audit categorization updates related to Court docket Nos 17762, 17765, 17768-17769, 17785, 18033-18034, 18134-18135, 18181-18182, 18311 |
| YVETTE KNOPP - CAS | | $90.00 | 3/31/2008 | 0.2 | $18.00 | Coordinate service of Notice of Transfer of Claim re Dkt 18387 |
| YVETTE KNOPP - CAS | | $90.00 | 3/31/2008 | 0.2 | $18.00 | Coordinate service of Notice Transfer of Claim re Dkt 18388 |
| YVETTE KNOPP - CAS | | $90.00 | 3/31/2008 | 0.2 | $18.00 | Coordinate service of Notice of Transfer of Claim re Dkt 18372 |
| YVETTE KNOPP - CAS | | $90.00 | 3/31/2008 | 0.2 | $18.00 | Coordinate service of Notice of Transfer of Claim re Dkt 18394 |
| YVETTE KNOPP - CAS | | $90.00 | 3/31/2008 | 0.2 | $18.00 | Coordinate service of Notice of Transfer of Claim re Dkt 18392 |
| YVETTE KNOPP - CAS | | $90.00 | 3/31/2008 | 0.2 | $18.00 | Coordinate service of Notice of Transfer of Claim re Dkt 18384 |
| YVETTE KNOPP - CAS | | $90.00 | 3/31/2008 | 0.2 | $18.00 | Coordinate service of Notice of Transfer of Claim re Dkt 18389 |
| | | Case Administration Total: | | 69.9 | $11,723.50 | |

## March 2008 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| ANNA WICK - SR_ANALYST | | $110.00 | 3/3/2008 | 0.2 | $22.00 | Review weblog data including page count (.1); convert data to database (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/3/2008 | 0.1 | $11.00 | Read and respond to b-Linx data back up request from S Cohen |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/3/2008 | 0.1 | $9.50 | Update mail file data to master service list |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/4/2008 | 1.0 | $110.00 | Create custom b-Linx linked to back up database with data from 3/3/08 |

EXHIBIT 1

## BMC Group
WR GRACE
Monthly Invoice

### March 2008 -- Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 3/6/2008 | 0.8 | $120.00 | Create updated worksheet listing of active and inactive claims as per S Cohen |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/14/2008 | 0.1 | $11.00 | Assist S Cohen with preparing notice party list including additional notice parties |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/19/2008 | 1.0 | $110.00 | SQL database maintenance - review logs (.3); update tables fields (.4); views and user defined functions (.3) |
| ANNA WICK - SR_ANALYST | | $110.00 | 3/19/2008 | 1.0 | $110.00 | SQL database maintenance - review logs (.3); update tables fields (.4); views and user defined functions (.3) (PI) |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 3/20/2008 | 0.2 | $19.00 | Preparation of report verifying docketing information grouping (.1); reporting data anomalies to J Miller, M Araki and S Cohen (.1) |
| BRAD DANIEL - SR_CONSULT_DATA | | $200.00 | 3/25/2008 | 0.6 | $120.00 | Prepare revisions to changed data summary reports |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/27/2008 | 0.1 | $9.50 | Correspondence with production and project team re scheduled mailings |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/27/2008 | 0.2 | $19.00 | Populate mail file 28342 with Notice of Transfer re Dkt 18372 affected parties |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/28/2008 | 0.1 | $9.50 | Update mail file data to master service list |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/31/2008 | 0.1 | $9.50 | Review and verification of service information for completed mail files |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/31/2008 | 0.1 | $9.50 | Correspondence with production and project team re scheduled mailings |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 3/31/2008 | 0.1 | $9.50 | Correspondence with data consultant re review and update of scheduled and proofs of claims |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 3/31/2008 | 0.6 | $57.00 | Populate Mail Files 28375, 28376, 28377 and 28378 with APs for todays scheduled mailings |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 3/31/2008 | 0.1 | $9.50 | Obtain CRDIDs and populate mailfile 28387 for proof of service with affected parties |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 3/31/2008 | 2.3 | $218.50 | Create query to update zip codes which do not match the range of zip codes for the queried state |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 3/31/2008 | 0.1 | $9.50 | Obtain CRDIDs and populate mailfile 28385 for proof of service with affected parties |
| SONJA MILLSAP - CONSULT_DATA | | $95.00 | 3/31/2008 | 0.1 | $9.50 | Obtain CRDIDs and populate mailfile 28386 for proof of service with affected parties |
| | | Data Analysis Total: | | 9.0 | $1,013.00 | |

### March 2008 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MYRTLE JOHN - MANAGER | | $195.00 | 3/1/2008 | 0.1 | $19.50 | Memo from and to M Araki re Fee Examiner's approval of BMC fees and expenses |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/4/2008 | 1.8 | $378.00 | Prepare draft Jan 08 category report (.2); analysis of draft Jan 08 category report (.5); revise Jan 08 entries to re-categorize per analysis (.5); prepare revised Jan 08 category report (.2); verify revisions (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/5/2008 | 1.0 | $210.00 | Prepare Jan 08 time detail report (.2); analysis of Jan 08 expense exhibit (.3); analysis of bios re revisions needed (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/6/2008 | 1.4 | $294.00 | Analysis of Feb billers on invoice (.5); reduce invoice for time not billable (.9) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/7/2008 | 2.0 | $420.00 | Draft Jan 08 fee app (1.5); analysis of production folders to verify no production for Jan (.2); revise master bio list (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/10/2008 | 2.0 | $420.00 | Prepare draft billing detail reports for Feb 08 (.5); begin analysis of Feb 08 draft reports for prof billing reqts and Court imposed categories (.7); begin revision of Feb 08 billing entries for fee app compliance (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/13/2008 | 1.0 | $210.00 | Continue analysis of Feb 08 draft reports for prof billing reqts and Court imposed categories (.5); continue revision of Feb 08 billing entries for fee app compliance (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2008 | 1.5 | $315.00 | Further analysis of Feb 08 draft reports for prof billing reqts and Court imposed categories (.7); further revision of Feb 08 billing entries for fee app compliance (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/17/2008 | 1.0 | $210.00 | Revise Jan 08 fee app |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/17/2008 | 1.5 | $315.00 | Additional analysis of Feb 08 draft reports for prof billing reqts and Court imposed categories (.6); additional revision of Feb 08 billing entries for fee app compliance (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2008 | 0.1 | $21.00 | Telephone from S Fritz re Feb invoice numbers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2008 | 1.4 | $294.00 | Prepare exhibits for Jan 08 fee app (.4); finalize Jan 08 fee app for J Miller review (.3); prepare excel extracts of Jan 08 time and expense detail for Fee Examiner (.6); prepare e-mail to J Miller re review/signature of Jan 08 fee app (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2008 | 0.4 | $84.00 | Analysis of e-mail from S Fritz re recent payment received (.1); analysis of prior fee apps to determine payment application (.2); prepare e-mail to S Fritz and D George re application of most recent payment and remaining balances pending fee app hearings (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/19/2008 | 0.7 | $147.00 | Analysis of e-mail from J Miller re sig pages (.1); finalize Jan 08 fee app for filing (.3); prepare e-mail to L Oberholzer re filing BMC Jan 08 fee app (.1); analysis of e-mail from L Oberholzer confirming filing of Jan 08 BMC fee app (.1); prepare e-mail to L Sinanyan and W Sparks re Jan 08 BMC fee app (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/21/2008 | 1.5 | $315.00 | Continue analysis of Feb 08 draft reports for prof billing reqts and Court imposed categories (.8); continue revision of Feb 08 billing entries for fee app compliance (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/26/2008 | 1.5 | $315.00 | Additional analysis of Feb 08 draft reports for prof billing reqts and Court imposed categories (.7); additional revision of Feb 08 billing entries for fee app compliance (.8) |
| | | Fee Applications Total: | | 18.9 | $3,967.50 | |

## March 2008 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 3/4/2008 | 0.8 | $76.00 | Review new claim transfer requests filed (.1); research affected claims in b-Linx (.2); update claims to reflect transfer in b-Linx (.2 ); create transfer notices (.2); prepare transfer notices for service on affected parties (.1) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Non-Asbestos Claims

| Name                Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| LISA RUPPANER - CASE_SUPPORT | $95.00 | 3/4/2008 | 0.3 | $28.50 | Review new transfers on Court docket Nos 18163, 18164 and 18165 (.2); prepare e-mail to J Miller, M Araki and S Cohen re transfers and claims affected (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/4/2008 | 0.5 | $105.00 | Analysis of e-mail from L Ruppaner re docket nos 18163-18165 transfers between BOA, Morgan Stanley, Tempo, and Continental (.1); analysis of b-Linx re claims affected by transfers (.4) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/4/2008 | 0.5 | $105.00 | Analysis of transfer documents and settlement documents related to claims transferred by dockets 18163-18165 |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/4/2008 | 0.3 | $63.00 | Prepare memo to L Ruppaner re results of analysis and claim affected by transfers, additional documentation needed from K&E before transfers can be affected |
| MYRTLE JOHN - MANAGER | $195.00 | 3/4/2008 | 1.0 | $195.00 | Review memos from L Ruppaner and M Araki re transfer of BofA claims to Morgan Stanley (.4); review and analyze transfer requests and stipulation and order re settlement (.6) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 3/4/2008 | 0.1 | $11.00 | Discussion with A Wick re claim updates and reporting issues |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/5/2008 | 0.3 | $63.00 | Analysis of e-mail from S Cohen re request to L Sinanyan for documentation for claim 17718 allowed amount (.2); analysis of e-mail from M John re transfer on hold until verification provided (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/5/2008 | 0.4 | $84.00 | Prepare e-mail to K Davis at Rust Consulting re new transfer audit inquiry from DK Acquisition and status of prior request (.2); analysis of e-mail from K Davis re response previously provided (.1); prepare e-mail to K Davis re retransmit response to auditor (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 3/5/2008 | 0.2 | $22.00 | Research claim issues related to recent transfer activity (.1); prepare follow-up memos to L Sinanyan, M Araki re additional analysis and claim updates required (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 3/5/2008 | 0.3 | $33.00 | Research claim/status information per L Sinanyan request (.2); prepare follow-up memo to L Sinanyan, J Baer re analysis (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 3/5/2008 | 0.1 | $11.00 | Research MDEQ claim per L Gardner request and prepare follow-up memo to L Gardner re status of same |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 3/6/2008 | 0.9 | $99.00 | Prepare (.3) and analyze (.4) monthly claim reports; prepare follow-up memos to K Davis, J Miller, G Kruse, L Ruppaner re reports (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/7/2008 | 0.7 | $147.00 | Analysis of e-mail from S Cohen re e-mails from J Baer and L Sinanyan re BOA/Morgan Stanley transfers (.2); analysis of files and e-mails re receipt of claims 17717 and 17718 (.5) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/7/2008 | 0.6 | $126.00 | Analysis of RMQ order and other settlement orders affecting BOA L/Cs (.3); calculation of draws on BOA L/Cs per settlement orders (.3) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 3/7/2008 | 0.7 | $147.00 | Prepare memo to S Cohen re calculations of draws on BOA L/Cs per RMQ and related settlement orders (.3); analysis of e-mail from S Cohen re transmission of info to L Sinanyan (.1); prepare e-mail to L Sinanyan re claim 17718 and J Baer inquiry re draws on BOA L/Cs (.3) |

    EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|------------|------|-------|--------------|-------------|
| JEFF MILLER - SR_MANAGER | | $210.00 | 3/8/2008 | 0.3 | $63.00 | Coordinate IBM claim research request from J Baer |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/8/2008 | 0.2 | $22.00 | Research IBM claims per J Miller/J Baer request (.1); prepare follow-up memo to J Miller re same (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 3/9/2008 | 0.2 | $39.00 | Review and analyze memo from M Araki re processing Bof A claims transferr |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/11/2008 | 0.4 | $44.00 | Discussion with M Grimmett re claim tracking reports and further analysis required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/13/2008 | 0.7 | $147.00 | Telephone from V Knox re transfer of Hit & Hiller claim (.1); analysis of b-Linx re Hit & Hiller claim, schedules and service list re bar date notice (.5); telephone to V Knox re confirmation only claim is scheduled amount, creditor served with bar date notice but no claim filed (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/14/2008 | 0.8 | $168.00 | Analysis of e-mail from D Bibbs re J Monahan request for claim 13960 and consolidated claims (.1); analysis of b-Linx re claim 13960, 13961, 13962 and 13963 and related orders affecting claims (.5); prepare e-mail to D Bibbs re resutls of b-Linx and order analysis re claims 13960 and related claims (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/14/2008 | 0.2 | $22.00 | Research property tax claim address information per L Sinanyan request (.1); prepare follow-up memo to L Sinanyan re same (.1) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 3/17/2008 | 0.5 | $105.00 | Follow-up with S Cohen re: recent claim inquiries from L Sinanyan |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 3/17/2008 | 2.0 | $190.00 | Review new claim transfer requests filed (.3); research affected claims in b-Linx (.4); update claims to reflect transfer in b-Linx (.5); create transfer notices (.5); prepare transfer notices for service on affected parties (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/17/2008 | 0.2 | $22.00 | Discussion with L Sinanyan re Broward tax claim and update claims database (.1); prepare follow-up memo to L Sinanyan (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/17/2008 | 0.8 | $88.00 | Analyze docket Nos 17903 to 18301 and related docket entries (.4); update claims database as required (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/18/2008 | 0.3 | $63.00 | Analysis of e-mail from J Monahan re claim 13934 Hampshire Chemical Corp (.1); analysis of b-Linx re claim 13934 (.1); prepare e-mail to J Monahan re claim 13934 Hampshire Chemical Corp (.1) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 3/20/2008 | 2.0 | $190.00 | Review new claim transfer requests filed (.4); research affected claims in b-Linx (.4); update claims to reflect transfer in b-Linx (.5); create transfer notices (.5); prepare transfer notices for service on affected parties (.2) |
| JEFF MILLER - SR_MANAGER | | $210.00 | 3/25/2008 | 0.4 | $84.00 | Coordinate additional IBM claim research as requested by J Baer |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/25/2008 | 0.4 | $44.00 | Docket No 18372 - prepare Notice of Transfer of claim |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/25/2008 | 0.1 | $11.00 | Review Court docket re new claim transfers filed |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/25/2008 | 0.2 | $22.00 | Docket No 18372 - analysis of claim transfer filed |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/25/2008 | 0.4 | $44.00 | Docket No 18372 - analysis of b-Linx re claim transferred to verify transferability (.1); revise b-Linx re transfer of claim (.3) |

EXHIBIT 1

# BMC Group

WR GRACE

Monthly Invoice

## March 2008 -- Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/25/2008 | 0.2 | $22.00 | Research IBM claim data and archived correspondence per J Miller/J Baer request (.1); prepare follow-up memo to L Sinanyan re results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/26/2008 | 1.0 | $210.00 | Analysis of City of Cambridge settlement pleading (.3); analysis of b-Linx re City of Cambridge claims to confirm settlement reflected (.3); analysis of scheduled amount and possible match to settled claim (.2); prepare e-mail to S Cohen re possible schedule match for City of Cambridge (.1); analysis of e-mails from S Cohen re possible schedule match for City of Cambridge (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/26/2008 | 0.1 | $11.00 | Analyze Fair Harbor claim data per L Sinanyan request and prepare follow-up memo to L Sinanyan re analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 3/27/2008 | 0.6 | $126.00 | Analysis of e-mail from S Cohen re City of Cambridge schedule to match to settled proof of claim (.1); analysis of docket 17858 re interest calculation not on total allowed amount, amounts referenced in pleading (.3); prepare e-mail to S Cohen re interest calculation issues, schedule and claim amounts, matching criteria (.2) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/28/2008 | 1.2 | $132.00 | Docket Nos 18384, 18387-18392 and 18394 - research affected claims in b-Linx (.6); update claims to reflect transfers in b-Linx (.6) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/28/2008 | 0.9 | $99.00 | Review Court docket re new claim transfers filed (.3); analysis of claim transfers filed - Docket Nos 18384, 18387-18392 and 18394 (.6) |
| LAURI BOGUE - REC_TEAM | | $110.00 | 3/31/2008 | 1.4 | $154.00 | Docket Nos 18384, 18387-18392 and 18394 - create Notices of Transfer |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 3/31/2008 | 2.7 | $297.00 | Analyze docket numbers 18312 to 18409 (1.0); update claims database (1.3); prepare follow-up memos to L Sinanyan, J Miller, M Araki re additional analysis and claim updates required (.4) |
| | | Non-Asbestos Claims Total: | | 25.9 | $3,734.50 | |
| | | March 2008 Total: | | 128.0 | $21,341.50 | |

# BMC Group

WR GRACE

Monthly Invoice

| | | |
|---|---|---|
| Grand Total: | 128.0 | $21,341.50 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 3/1/2008 thru 3/31/2008

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 4.3 | $903.00 |
| | Total: | 4.3 | $903.00 |
| **Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Brianna Tate | $45.00 | 0.7 | $31.50 |
| James Myers | $65.00 | 0.3 | $19.50 |
| Katya Belas | $65.00 | 4.9 | $318.50 |
| Noreve Roa | $95.00 | 2.1 | $199.50 |
| Yvette Knopp | $90.00 | 2.3 | $207.00 |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 1.7 | $357.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.2 | $33.00 |
| Myrtle John | $195.00 | 0.6 | $117.00 |
| SR_CONSULTANT | | | |
| Stephenie Kjontvedt | $140.00 | 0.4 | $56.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 0.9 | $135.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 1.5 | $165.00 |
| Lauri Bogue | $110.00 | 3.6 | $396.00 |
| Leila Hughes | $75.00 | 4.2 | $315.00 |
| Steffanie Cohen | $110.00 | 2.6 | $286.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 1.0 | $95.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 42.8 | $8,988.00 |
| | Total: | 69.9 | $11,723.50 |
| **Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.6 | $57.00 |
| SR_CONSULT_DATA | | | |
| Brad Daniel | $200.00 | 0.6 | $120.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 0.8 | $120.00 |
| Sonja Millsap | $95.00 | 2.8 | $266.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 3.4 | $374.00 |
| Jacqueline Conklin | $95.00 | 0.8 | $76.00 |
| | Total: | 9.0 | $1,013.00 |

EXHIBIT 1

# BMC Group

WR GRACE

Professional Activity Summary

Date Range: 3/1/2008 thru 3/31/2008

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Fee Applications** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.1 | $19.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 18.8 | $3,948.00 |
| | Total: | 18.9 | $3,967.50 |
| **Non-Asbestos Claims** | | | |
| SR_MANAGER | | | |
| Jeff Miller | $210.00 | 1.2 | $252.00 |
| MANAGER | | | |
| Myrtle John | $195.00 | 1.2 | $234.00 |
| REC_TEAM | | | |
| Lauri Bogue | $110.00 | 4.6 | $506.00 |
| Steffanie Cohen | $110.00 | 6.4 | $704.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 5.1 | $484.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 7.4 | $1,554.00 |
| | Total: | 25.9 | $3,734.50 |
| | Grand Total: | 128.0 | $21,341.50 |

EXHIBIT 1