**EXHIBIT 2**

BMC GROUP<br>
720 Third Ave, 23rd Floor<br>
Seattle, WA 98104<br>
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080331**

| Period Ending 3/31/2008 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Conference Call | $21.86 |
| | Document Storage | $600.30 |
| | Notary | $14.50 |
| | Pacer | $95.12 |
| | Postage/Shipping | $19.75 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $253.20 |
| | **Total** | **$2,454.73** |

EXHIBIT 2

BMC GROUP            WR GRACE - EXPENSE DETAIL            MARCH 2008

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080331 | WR Grace | BMC10, BMC | BMC | $250.00 | 3/31/08 | Website Hosting | Website Hosting |
| 21_080331 | WR Grace | BMC10, BMC | BMC | $850.00 | 3/31/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080331 | WR Grace | BMC10, BMC | BMC | $350.00 | 3/31/08 | B-linx User Fee | B-linx User Fee |
| 21_080331 | WR Grace | BMC10, BMC | Pacer | $95.12 | 3/31/08 | Pacer | qtrly doc dwnld 1/1-3/31/08 |
| 21_080331 | WR Grace | BMC10, BMC | BMC | $600.30 | 3/31/08 | Document Storage | 414 boxes |
| 21_080331 | WR Grace | BMC10, BMC | BMC | $253.20 | 3/31/08 | Website Storage/Traffic | 116 docs |
| 21_080331 | WR Grace | zzCAMEX-Jmiller, jmiller | UPS Store | $1.00 | 3/18/08 | Notary-Chicago | Notary for Feb 08 Monthly Fee Application |
| 21_080331 | WR Grace | zzCAMEX-Jmiller, jmiller | The UPS Store | $13.50 | 2/21/08 | Notary-California | Notary for Jan 08 Monthly and Qtrly Fee Apps |
| 21_080331 | WR Grace | BMC10, BMC | DHL | $19.75 | 3/14/08 | Postage/Shipping | Shipment to Warren Smith Trking No.26148651653 2/29/08 |
| 21_080331 | WR Grace | BMC10, BMC | ConferenceCall.com | $21.86 | 3/5/08 | Conference Call | ConferenceCall.com Inv. B1-11852273 dtd.2/29/08 |
|  |  |  |  | $2,454.73 |  |  |  |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

**INVOICE SUMMARY**

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice # 021-20080327-1 | 3/27/2008 | $38.92 |
| Invoice # 021-20080331-1 | 3/31/2008 | $27.34 |
| Invoice # 021-20080331-2 | 3/31/2008 | $27.70 |
| Invoice # 021-20080331-3 | 3/31/2008 | $27.34 |
| Invoice # 021-20080331-4 | 3/31/2008 | $29.08 |
| Invoice # 021-20080331-5 | 3/31/2008 | $28.60 |
| Invoice # 021-20080331-6 | 3/31/2008 | $28.60 |
| Invoice # 021-20080331-7 | 3/31/2008 | $28.60 |
| Invoice # 021-20080331-8 | 3/31/2008 | $27.70 |
| | Total | $263.88 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 3/27/2008
Invoice #: 021-20080327-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Courtesy Ntc Tranfer re Dkt 18372 | 10 / 8 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 8 Pieces @ $.41 each | $3.28 |
| | | | Production | Copy | 80 Pieces @ $.12 each | $9.60 |
| | | | | Fold and Stuff | 8 Pieces @ $.05 each | $0.40 |
| | | | Supplies | Inkjet and Envelope - #10 | 8 Pieces @ $.08 each | $0.64 |
| | | | | | **Total Due:** | **$38.92** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 3/31/2008
Invoice #: 021-20080331-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Courtesy Ntc Tranfer re Dkt No. 18387 | 2 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

Total Due: $27.34

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 3/31/2008
Invoice #: 021-20080331-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Courtesy Ntc Tranfer re Dkt No. 18388 | 3 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $27.70

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: **52-2083477**

**WR Grace & Co. et al**

Production Date: 3/31/2008
Invoice #: 021-20080331-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Courtesy Ntc Tranfer re Dkt 18389 | 2 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |

**Total Due:** $27.34

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

Production Date: 3/31/2008
Invoice #: 021-20080331-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Courtesy Ntc Tranfer re Dkt Nos.18390 & 18391 | 4 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.41 each | $1.64 |
| | | | Production | Copy | 16 Pieces @ $.12 each | $1.92 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |

Total Due: $29.08

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 3/31/2008
Invoice #: 021-20080331-5

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Courtesy Ntc Tranfer re Dkt No. 18384 | 3 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.41 each | $1.64 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |
| | | | | | **Total Due:** | **$28.60** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 3/31/2008
Invoice #: 021-20080331-6

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Courtesy Ntc Tranfer re Dkt 18384 | 3 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.41 each | $1.64 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |
| | | | | | **Total Due:** | **$28.60** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

Production Date: 3/31/2008
Invoice #: 021-20080331-7

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Courtesy Ntc Tranfere re Dkt No. 18392 | 3 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 4 Pieces @ $.41 each | $1.64 |
| | | | Production | Copy | 12 Pieces @ $.12 each | $1.44 |
| | | | | Fold and Stuff | 4 Pieces @ $.05 each | $0.20 |
| | | | Supplies | Inkjet and Envelope - #10 | 4 Pieces @ $.08 each | $0.32 |
| | | | | | **Total Due:** | **$28.60** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**

Production Date: 3/31/2008
Invoice #: 021-20080331-8

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Courtesy Ntc Tranfer re Dkt No. 18394 | 3 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - International | 3 Pieces @ $.41 each | $1.23 |
| | | | Production | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | | **Total Due:** | **$27.70** |

EXHIBIT 2
*Invoice Due Upon Receipt*