***Ferry, Joseph & Pearce, P.A.***

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                              April 1, 2008 to April 30, 2008

Invoice No. 27104

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 16.40 | 3,930.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 7.40 | 2,066.50 |
| B18 | Fee Applications, Others - | 2.50 | 284.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) - | 54.90 | 15,190.00 |
| B25 | Fee Applications, Applicant - | 3.90 | 694.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 1.20 | 336.00 |
| B32 | Litigation and Litigation Consulting - | 5.20 | 1,429.00 |
| B36 | Plan and Disclosure Statement - | 0.60 | 168.00 |
| B37 | Hearings - | 17.60 | 4,883.00 |
| B40 | Employment Applications, Others - | 0.70 | 196.00 |
| B41 | Relief from Stay Litigation - | 1.30 | 364.00 |
|     | **Total** | **111.70** | **$29,541.50** |
|     | **Grand Total** | **111.70** | **$29,541.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 215.00 | 2.20 | 473.00 |
| Rick S. Miller | 275.00 | 1.50 | 412.50 |
| Steven G. Weiler | 190.00 | 4.40 | 836.00 |
| Theodore J. Tacconelli | 280.00 | 97.00 | 27,160.00 |
| Legal Assistant - MH | 100.00 | 6.60 | 660.00 |
| **Total** | | **111.70** | **$29,541.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                              **$1,845.26**

| | | | |
|---|---|---|---|
| **Invoice No. 27104** | Page 2 of 14 | | May 29, 2008 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-01-08 | *Case Administration* - Review returned mail & confer with M. Hedden; re: same | 0.10 | LLC |
| | *Case Administration* - Review BIR Feb. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re PI estimation | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.40 | TJT |
| Apr-02-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review memo from Bilzin re PD claim issues | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download memorandum opinion re debtors' motion to expand preliminary injunction to include State of Montana and send to S. Baena | 0.20 | TJT |
| | *Case Administration* - Review PGS Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 3/28/08 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re meeting with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for and attend committee meeting | 1.50 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from M. Kramer re PI estimation | 0.10 | TJT |
| Apr-03-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from committee member re ZAI claim issues and review correspondence from S. Baena re same | 0.20 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Olgivey Renault Feb. Fee Application | 0.10 | TJT |
| Apr-04-08 | *Case Administration* - Review notice of withdrawal and forward same to M. Hedden | 0.10 | LLC |
| | Committee, Creditors', Noteholders' or -confer with T. Tacconelli re: ZAI notice issues | 0.20 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re ZAI issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion re debtors' motion to expand PI to include State of Montana | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from committee members re ZAI pending motions (x2) | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re ZAI bar date motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re ZAI related documents | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re objection to ZAI bar date motion | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Kinsella 2001 deposition transcript | 0.80 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Libby claimants' objection to debtors' Libby settlement motion with U.S. | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review debtors' monthly operating report for Feb. 08 | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR's opposition to debtors' motion in limine re Shapo | 0.10 | TJT |
| Apr-05-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of filing re second amended proof of claim by Washington State class re ZAI with attachments | 1.40 | TJT |
| | *Case Administration* - Review PSZY&J Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review withdrawal of appearance by DAP Products and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review Orrick Jan. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review opinion in Federal Mogul case re assignment/preemption issues | 0.40 | TJT |
| Apr-06-08 | *Case Administration* - Review Day Pitney Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fragomen Del Rey Jan. and Feb. Fee Applications and Foley Hoag Feb. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 3rd agenda for PI estimation hearing for April | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Prepare correspondence to M. Kramer re 3rd amended agenda for PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion in limine to exclude testimony of M. Shapo with attachments | 1.30 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's opposition to debtors' motion in limine to exclude testimony of M, Shapo | 0.30 | TJT |
| Apr-07-08 | *Case Administration* - Review 3rd amended agenda re PI estimation trial | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re settlement of PI estimation | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - confer with T. Tacconelli re: debtors/PI settlement | 0.70 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re objection to ZAI bar date motion and related issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re ZAI bar date objection | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Feb. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re emergency committee meeting today | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from committee members re teleconference with committee, prepare for and attend teleconference with committee | 1.40 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by PI Committee and FCR's opposition to debtors' limine motion re M. Shapo | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare for and attend Bankruptcy Court | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from committee member re PI settlement | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re PI settlement | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PI settlement | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review e-mails from committee members re PI settlement | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' term sheet re PI/FCR settlement, review correspondence re same, confer with RSM and M. Joseph re same | 1.30 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re Grace conference call today | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 4/4/08, memo to T. Tacconelli and L. Coggins re same | 0.20 | MH |
| Apr-08-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from committee member re ZAI bar date objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave and motion to shorten re debtor's motion to appoint mediator | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to appoint mediator with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review ZAI motion to shorten re motion for relief from stay | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review ZAI's motion for relief from stay with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review status report letter by E. Perli with attachments | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting ZAI claimants' motion to shorten notice re motion for relief from stay | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re debtors' motion for leave and motion to shorten re motion to appoint mediator | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review D. Austern's Jan. and Feb. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/4/08 | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review memorandum opinion issued in adversary 05-5272 re NJDEP | 0.80 | TJT |
| | *Case Administration* - Prepare correspondence to S. Baena re memorandum opinion in adversary 05-5272 | 0.20 | TJT |
| | *Case Administration* - Review Kramer Levine Feb. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Wall Street Journal article re PI settlement/trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion in limine re insurance coverage | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review statement of issues and record on appeal re appeal by Lloyd's of London in Federal Mogul re insurance preemption issues re potential plan issues in WR Grace | 0.10 | TJT |
| Apr-09-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mails from S. Baena re objection to ZAI bar date motion (x3) | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review prior hearing transcript re ZAI bar date objection | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting expedited hearing re ZAI claimants' motion for relief from stay | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' previous | 0.90 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | motion to set ZAI bar date with attachments as cited in debtors' current ZAI bar date motion | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of objection to ZAI bar date motion and review revised redline draft of same | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from committee member re draft of objection to ZAI bar date motion and review proposed changes | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' Notice of Service of discovery to Allegheny Center Associates | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed scheduling order re Allegheny Center Associates' claim objection and review proposed order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Her Majesty Queen's objection to debtors' ZAI bar date motion | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Her Majesty Queen's objection to ZAI claimants' motion to dismiss individual ZAI claim | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re Her Majesty Queen's objections to ZAI motions | 0.30 | TJT |
| | *Case Administration* - Review K&E Feb. Fee Application | 0.30 | TJT |
| Apr-10-08 | *Case Administration* - Confer with T. Tacconelli and RSM re Libby order | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re State of Montana appeal | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re filing PD Committee objection to debtors' ZAI bar date motion (.1); revise and prepare for filing and forward to T. Tacconelli for review (.2) | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's motion to shorten notice re motion to stay appeal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's motion to stay pending appeal | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in adversary 01-771 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting State of Montana's motion to shorten notice and granting additional relief not requested in motion and confer with RSM re same | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler and paralegal re objection to ZAI bar date motion | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re objection to ZAI bar date motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re service of objection to ZAI bar date motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Sakalo re objection to ZAI bar date motion, work on objection to ZAI bar date motion, oversee e-filing and service of objection to ZAI bar date motion, correspond with co-counsel re same | 3.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review ZAI science opinion in relation to objection to ZAI bar date motion | 1.00 | TJT |
| | *Case Administration* - Review Anderson Kill Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Feb. Fee Application | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or   - Review correspondence from | 0.10 | TJT |

|            |                                                                                                                                                                                                                                         |      |     |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----|
|            | R. Ramphall re teleconference with committee                                                                                                                                                                                            |      |     |
|            | *Committee, Creditors', Noteholders' or* - Prepare for and attend teleconference with committee                                                                                                                                         | 0.40 | TJT |
|            | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re service of ZAI objection, revise Certificate of Service re same, create mailing labels document, arrange for service re same, confer with T. Tacconelli re status of service arrangements | 0.40 | MH  |
|            | *Case Administration* - Telephone call to CourtCall to cancel T. Tacconelli from 4/21 and 4/22 hearings                                                                                                                                 | 0.10 | MH  |
| Apr-11-08  | *Case Administration* - Review entry of appearance and forward same to M. Hedden                                                                                                                                                        | 0.10 | LLC |
|            | *Case Administration* - Review notice of cancelled PI estimation trial                                                                                                                                                                  | 0.10 | LLC |
|            | Committee, Creditors', Noteholders' or -confer with TJT re: objection to ZAI motion                                                                                                                                                     | 0.20 | RSM |
|            | *Case Administration* - Confer with T. Tacconelli re committee member inquiry re providing CMO history (.1); review docket re same (.5); obtain relevant documents re same (.3); scan and send same to committee member (.2)            | 1.10 | SGW |
|            | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by State of Montana                                                                                                                                                  | 0.10 | TJT |
|            | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI's opposition to debtors' ZAI bar date motion with attachments                                                                                                                     | 1.50 | TJT |
|            | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re ZAI issues                                                                                                                                                   | 0.10 | TJT |
|            | *Case Administration* - Review Caplin Drysdale Feb. Fee Application                                                                                                                                                                     | 0.10 | TJT |
|            | *Case Administration* - Review 2019 statement by Casino Vaughn Firm                                                                                                                                                                     | 0.10 | TJT |
|            | *Case Administration* - Teleconference with committee member re current main case CMO and previous orders and confer with S. Weiler re same                                                                                             | 0.20 | TJT |
|            | *Case Administration* - Review entry of appearance by Mian Realty LLC and forward to paralegal                                                                                                                                          | 0.10 | TJT |
|            | *Hearings* - Review preliminary agenda for 4/21/08 hearing                                                                                                                                                                              | 0.10 | TJT |
|            | *Hearings* - Review e-mail from J. Sakalo re matters on 4/21/08 agenda                                                                                                                                                                  | 0.10 | TJT |
|            | *Plan and Disclosure Statement* - Review e-mail from Mr. Hurford re debtors and PI Committee and FCR will be requesting confirmation hearing dates during 4/21/08 omnibus hearing                                                       | 0.10 | TJT |
| Apr-12-08  | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze debtors' brief in opposition to ZAI's motion to appoint expert                                                                                                            | 0.50 | TJT |
|            | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze debtors' brief in opposition to ZAI's motion to dismiss one individual ZAI claim                                                                                          | 0.40 | TJT |
|            | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of appeal re expand preliminary injunction to include State of Montana with attachments                                                                               | 0.30 | TJT |
|            | *Case Administration* - Review e-mail from S. Weiler re current main case CMO                                                                                                                                                           | 0.10 | TJT |
|            | *Case Administration* - Review TPT Jan. Fee Application                                                                                                                                                                                 | 0.10 | TJT |
|            | *Hearings* - Review notice of cancellation of PI trial 4/14-4/16                                                                                                                                                                        | 0.10 | TJT |
| Apr-13-08  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' amendment to motion for ZAI bar date with attachments and review same                                                                                                        | 0.70 | TJT |
|            | *Claims Analysis Obj. & Res. (Asbestos)* - Research re issues concerning ZAI claims                                                                                                                                                     | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to ZAI's motion to certify Washington State Class with attachments | 1.60 | TJT |
| | *Case Administration* - Review Stroock Feb. Fee Application | 0.10 | TJT |
| Apr-14-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Research re cases cited by debtors' in objection to ZAI claimants' motion for Washington State class certification | 2.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re ZAI motions and objections | 0.10 | TJT |
| | *Hearings* - Review agenda for 4/21/08 hearing | 0.20 | TJT |
| Apr-15-08 | *Case Administration* - Review agenda re 4/21 hearing | 0.10 | LLC |
| | *Case Administration* - Review entry of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re ZAI issues | 0.20 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to appeal denial of addition of State of Montana to PI with attachments | 1.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in adversary 01-771 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze Libby Claimants' opposition to State of Montana's motion to stay during appeal | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review UST's objection to debtors' motion to appoint mediator for PD claims | 0.10 | TJT |
| | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - Review debtors' Certificate of No Objection re debtors' Curtis Bay Fursap motion | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 4/21/08 hearing coverage | 0.10 | TJT |
| Apr-16-08 | *Case Administration* - Review agenda re 4/22 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re papers filed by Can. ZAI claimants | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze opinion expanding preliminary injunction to include BNSF | 1.00 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re memorandum opinion expanding preliminary injunction to include BNSF | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re Allegheny Center claims | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by G. Markus and forward to paralegal | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 4/22/08 hearing on ZAI matters | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 4/21/08 hearing | 0.10 | TJT |
| Apr-17-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Bilzin memo re ZAI issues | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re debtors' objections to ZAI claimants' motions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Can. ZAI claimants' motion for leave to file objection to debtors' amended ZAI motion for ZAI bar date and review attached objection with attachments | 1.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Can. ZAI claimants' motion for leave to file objection to US ZAI claimants' motion to dismiss one individual ZAI claim and review proposed objection with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Can. ZAI claimants' motion to shorten notice re Can. ZAI claimants' motion for relief from stay | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Can. ZAI claimants' expedited motion for relief from stay with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by Crown to US ZAI claimants' motion for relief from stay with attachments | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 4/21 and 422 hearing coverage | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Baena re possible move of 4/22/08 hearing | 0.10 | TJT |
| Apr-18-08 | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Feb. 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re Ferry, Joseph & Pearce's Feb. 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze ZAI's reply to debtors' objection to ZAI claimants' motion for rule 54 adjudication with attachments | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze ZAI claimants' reply to debtors' opposition to Washington State class certification motion with attachments | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI claimants' reply to debtors' opposition to ZAI claimants' motion to appoint expert with attachments | 0.60 | TJT |
| | *Case Administration* - Review notice of withdrawal of Caplin Drysdale Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of appeal by NJDEP in adversary 05-52724 | 0.10 | TJT |
| | *Case Administration* - Review statement of issues and designation of record re NJDEP in 05-52724 | 0.20 | TJT |
| | *Case Administration* - Review Woodcock Washburn Feb. Fee Application | 0.10 | TJT |
| | *Hearings* - Review correspondence from S. Baena re 4/22/08 ZAI hearing | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Mian Realty's motion for relief from stay with attachments | 1.30 | TJT |
| | *Case Administration* - Review docket re case status for week ending 4/11/08, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Feb. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and coordinate service of Certificate of No Objection re Bilzin's Feb. Fee Application | 0.30 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Feb. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and coordinate service of Certificate of No Objection re Ferry, Joseph & Pearce's Feb. Fee Application | 0.30 | MH |
| Apr-19-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' motion to reschedule 4/21/08 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' motion to shorten notice and proposed order re Libby Claimants' motion to reschedule 4/21/08 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying Libby Claimants' motion to reschedule 4/21/08 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze debtors' reply to opposition by ZAI claimants' to debtors' ZAI bar date motion | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze debtors' objection to ZAI claimants' motion for relief from stay | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 5/3/01 hearing transcript as cited by debtors in opposition to ZAI stay relief motion | 0.50 | TJT |
| | *Case Administration* - Review NJDEP's notice of appeal re 07-536 | 0.10 | TJT |
| | *Case Administration* - Review memo from paralegal re status of 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review US statement in response to motion to approve Libby settlement with attachments | 0.40 | TJT |
| | *Case Administration* - Review Fragomen Del Rey March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| Apr-20-08 | *Case Administration* - Prepare memo to paralegal re status memos for pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/11/08 | 0.10 | TJT |
| | *Case Administration* - Review LAS Feb. Fee Application | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 4/21/08 hearing | 2.10 | TJT |
| | *Fee Applications, Applicant* - Review memo from paralegal re next Quarterly Fee Application deadline | 0.10 | TJT |
| Apr-21-08 | *Case Administration* - Review case status memo for week ending 4/11/08 | 0.10 | LLC |
| | *Case Administration* - 4/21/08 -- Noon hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re ZAI plan issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena re ZAI opinion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with co-counsel and committee members re prepare for hearing tomorrow re ZAI issues | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review matters on agenda for hearing tomorrow | 1.90 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re debtors' objection to Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Case Administration* - Review order approving debtors' motion to | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | approve Curtis Bay FUSRAP | | |
| | *Case Administration* - Correspond with J. Sakalo re updated cash collateral budget | 0.10 | TJT |
| | *Case Administration* - Review letter from E. Perley to court | 0.20 | TJT |
| | *Case Administration* - Confer with S. Weiler re NJDEP appeal in 07-536 | 0.10 | TJT |
| | *Case Administration* - Review Capstone Feb. Fee Application | 0.10 | TJT |
| | *Hearings* - Correspond with J. Sakalo re hearing today | 0.30 | TJT |
| | *Hearings* - Confer with co-counsel prior to hearing, prepare for hearing, attend Bankruptcy Court, confer with co-counsel after hearing | 2.80 | TJT |
| | *Hearings* - Confer with J. Sakalo re hearing tomorrow | 0.20 | TJT |
| Apr-22-08 | *Case Administration* - Confer with T. Tacconelli re 4/22/08 hearing and related issues | 0.20 | LLC |
| | *Case Administration* - Review case status memo re week ending 4/18/08 | 0.10 | LLC |
| | *Hearings* - Confer with T. Tacconelli re attending portion of 4/22/08 hearing (.1); obtain copy of agenda re same (.1); 4/22/08 hearing follow-up (.1) | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI hearing exhibits | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with co-counsel prior to and preparation for hearing, confer with co-counsel and committee members after hearing | 1.70 | TJT |
| | *Case Administration* - Review order authorizing payment of prepetition taxes with attachment | 0.10 | TJT |
| | *Hearings* - Continue reviewing matters on agenda for hearing today | 0.90 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 2.30 | TJT |
| | *Hearings* - 4/21/08 hearing follow-up and review notes | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 4/18/08, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Apr-23-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum order granting State of Montana's motion for stay pending appeal | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting Can. ZAI claimants' expedited consolidation of motion for relief from stay | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re results of hearing yesterday re ZAI issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' designation of record and statement of issues on appeal re adversary 01-771 | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' opposition to debtors' motion for leave to appeal in adversary 01-771 | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel by United States re order re Curtis Bay FUSRAP | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Mission Towers appeal | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review modified order re Can. ZAI claimants' motion for relief to file objection to USA ZAI claimants' motion to dismiss one claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 18th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review order authorizing appointment of mediator for S&R claims with modifications by court | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/18/08 | 0.10 | TJT |

| Invoice No. 27104 | | Page 11 of 14 | | May 29, 2008 |
|---|---|---|---|---|
| | | *Case Administration* - Review Fragomen Del Rey's 2nd and 3rd Quarterly Fee Applications | 0.10 | TJT |
| | | *Case Administration* - Review PSZY&J Feb. Fee Application | 0.10 | TJT |
| | | *Hearings* - 4/22/08 hearing follow-up and review of hearing notes | 0.20 | TJT |
| Apr-24-08 | | *Claims Analysis Obj. & Res. (Asbestos)* - Review modified order granting ZAI claimants' leave to file objection to ZAI bar date motion | 0.10 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's designation of record and statement of issues on appeal re 01-771 | 0.10 | TJT |
| | | *Case Administration* - Review transcript of status conference with Bankruptcy Court re initial report from examiner and issues going forward | 0.70 | TJT |
| | | *Case Administration* - Review W. Smith & Assoc. Mar. Fee Application | 0.10 | TJT |
| | | *Case Administration* - Confer with S. Weiler re NJDEP 3rd circuit appeal re proof of claim | 0.10 | TJT |
| | | *Case Administration* - Correspond with paralegal re NJDEP 3rd circuit appeal re proof of claim | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.10 | TJT |
| | | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's Mar. Fee Application | 0.10 | TJT |
| Apr-25-08 | | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Libby Claimants of BNFS opinion expanding preliminary injunction to include BNSF | 0.20 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in 01-771 re 3 appeals | 0.20 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re 3 appeals filed in 01-771 | 0.10 | TJT |
| | | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | | *Committee, Creditors', Noteholders' or* - Review memo from M. Kramer re committee matters | 0.20 | TJT |
| | | *Hearings* - Confer with S. Weiler re 4/22/08 hearing follow-up | 0.10 | TJT |
| | | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's March prebill | 1.10 | TJT |
| Apr-26-08 | | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' motion for leave to file appeal of order including BNSF in preliminary injunction and review transcript of 8/23/04 hearing cited in motion | 1.60 | TJT |
| | | *Case Administration* - Review Steptoe and Johnson Quarterly Fee Application for 27th interim period | 0.10 | TJT |
| | | *Case Administration* - Review Olgivey Renault Mar. Fee Application | 0.10 | TJT |
| Apr-27-08 | | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI background materials re preparation for committee meeting | 0.80 | TJT |
| | | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | | *Case Administration* - Review docket in NJDEP 3rd circuit appeal | 0.20 | TJT |
| | | *Case Administration* - Review order approving debtors' liability transfer motion to ELT with attachment and review sections referenced in modified order | 0.50 | TJT |
| | | *Case Administration* - Review Orrick Feb. Fee Application | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from committee member re teleconference with committee | 0.10 | TJT |
| Apr-28-08 | *Case Administration* - Review notice of cancellation of PI estimation trial re May hearing dates | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin March 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA March 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review March 2008 Fee Application | 0.20 | LLC |
| | *Case Administration* - 4/21/08 and 4/22/08 hearings follow-up (.5); review docket re 4/21/08 hearing re same (.1); send transcript materials re 4/22/08 hearing to interested parties re same (.2); advise T. Tacconelli re same (.1) | 0.90 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re status of ZAI plan issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Continue reviewing background materials for ZAI | 2.70 | TJT |
| | *Case Administration* - Review Woodcock and Washburn amended Feb. Fee Application and Foley Hoag Mar. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Retrieve voice mail message from committee member re ZAI issues | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re 4/22/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Confer with paralegal re contact by transcriber re questions re 4/22/08 transcript and review hearing notes and respond to transcriber's questions | 0.40 | TJT |
| | *Fee Applications, Applicant* - Review and finalize Ferry, Joseph & Pearce's March prebill | 0.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Mar. Fee Application and related documents and prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and coordinate service of Bilzin's Mar. Fee Application | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Mar. Fee Application and related documents and prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and coordinate service of HRA's Mar. Fee Application | 0.40 | MH |
| | *Hearings* - Telephone call from transcriber re questions re 4/22/08 transcript, e-mail from same re same, forward to T. Tacconelli for review | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Mar. 08 prebill | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's March 08 invoice and prepare notice, Fee Application and Certificate of Service | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Mar. 08 Fee Application | 0.40 | MH |
| Apr-29-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re | 1.20 | SGW |

| Date | Description | Hours | Atty |
|---|---|---:|---|
| | ZAI research (.2); conduct research re same (.7); memo to T. Tacconelli re results of same (.3) | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re ZAI mediation issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re ZAI mediation issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' designation of additional items in record on appeal in adversary 01-771 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re ZAI research | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review memo from S. Weiler re ZAI research and confer with S. Weiler re same | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re ZAI issues for mediation | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 4/22/08 hearing transcript re ZAI issues and review 3/18/02 transcript re ZAI issues | 1.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re ZAI issues | 0.20 | TJT |
| | *Case Administration* - Review notice of cancellation of 5/5 and 5/6 hearings | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review BIR March Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare e-mail to committee member re ZAI issues | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 4/22/08 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 4/25/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Apr-30-08 | *Case Administration* - Review case status memo for week ending 4/25/08 | 0.10 | LLC |
| | *Case Administration* - 4/21/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - Obtain district court civil action numbers assigned to related appellate proceedings and forward to paralegal | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re 4/21/08 hearing follow-up | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 4/21/08 transcript re asbestos claim issues | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re ZAI issues | 2.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/25/08 | 0.10 | TJT |
| | *Employment Applications, Others* - Review FCR's motion to modify retention of Piper Jaffery with attachments | 0.70 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 4/21/08 hearing follow-up | 0.10 | TJT |
| | Totals | **111.70** | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Mar-31-08 | Cost Advance -   Blue Marble - bank cleared check for $3.00 less | -3.00 |
| Apr-02-08 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 2.30 |

| **Invoice No. 27104** | **Page 14 of 14** | **May 29, 2008** |
|---|---|---|

| | | |
|---|---|---:|
| Apr-06-08 | Photocopy Cost | 1.00 |
| Apr-07-08 | Cost Advance -   Blue Marble - hand deliveries (Inv # 8779) | 56.00 |
| Apr-14-08 | Cost Advance - Tristate Courier & Carriage - delivery charge   (Inv #25987) | 13.00 |
| | Cost Advance -   Blue Marble - copies 4.50; service 11.32 | 15.82 |
| | Cost Advance -   Pacer Service Center - 1/1/08 - 3/31/08 (RSM) Account # FJ0091 | 32.80 |
| Apr-15-08 | Photocopy Cost | 3.40 |
| | Cost Advance -   Pacer Service Center - 1/1/08 - 3/31/08 (SGW) Account # FJ0321 | 70.16 |
| Apr-18-08 | Cost Advance -   Pacer Service Center - 1/1/08 - 3/31/08 (TJT) Account # FJ0093 | 52.24 |
| Apr-22-08 | Photocopy Cost | 0.80 |
| Apr-23-08 | Photocopy Cost | 0.50 |
| Apr-25-08 | Cost Advance - Wilmington Trust Co. - court call charges - hearing 3/17/08 | 109.50 |
| | Cost Advance - Wilmington Trust Co. - court call charges - hearing 3/24/08 | 148.50 |
| | Cost Advance - Wilmington Trust Co. - court call charges – hearing 3/25/08 | 194.00 |
| | Cost Advance - Wilmington Trust Co. - court call charges - hearing 3/26/08 | 220.00 |
| | Cost Advance - Wilmington Trust Co. - court call charges - hearing 3/31/08 | 226.50 |
| | Cost Advance - Wilmington Trust Co. - court call charges - hearing 4/1/08 | 207.00 |
| Apr-27-08 | Photocopy Cost | 0.50 |
| Apr-28-08 | Photocopy Cost | 16.50 |
| | Cost Advance - Blue Marble (copies 9.90; service 6.94) | 16.84 |
| Apr-30-08 | Photocopy Cost | 1.40 |
| | Cost Advance -   Blue Marble - hand deliveries (Inv # 9038) | 28.00 |
| | Cost Advance - Theodore J. Tacconelli - lunch reimb. @ Brewhaha 4/21/08 | 8.65 |
| | Cost Advance - Transcripts Plus - 4/22/08 hearing transcript | 421.95 |
| | Totals | $1,845.26 |

| | |
|---|---:|
| **Total Fees & Disbursements** | **$31,386.76** |
| **Balance Due Now** | **$31,386.76** |