# EXHIBIT A

**From:** Todd B. Hilsee [mailto:hilsee@hilsoft.com]
**Sent:** Thursday, January 17, 2008 10:03 AM
**To:**
**Subject:** Hilsoft Update

I would like to share some news with you regarding Hilsoft Notifications. As a result of strategic discussions with our parent company, Epiq Systems, I plan to serve in a consulting role at Hilsoft for about six months. After that time, I plan to write and speak about notice issues, and analyze, critique, and testify about notices and notice campaigns, with the goal of continuing to improve the quality of notice that class members receive in class action cases.

Rest assured, the same court-recognized experts at Hilsoft Notifications who have worked closely with me over the years will continue to create, produce, and testify to best practicable notices and notice plans which meet the high standards that courts and clients have come to expect from us.

- Shannon R. Wheatman, Ph.D., VP/Notice Director, will continue to lead the field in notice form, content, design and analysis;

- Gina M. Intrepido, VP/Media Director, will continue to advance the industry in notice reach and frequency planning and analysis; and

- Carla A. Peak, Notice Manager, will continue to implement our notice programs with the utmost attention to every detail.

Our Executive Director, Lauran Schultz, and I would like to answer any questions you may have in the coming days and weeks, and discuss how the growing team at Hilsoft Notifications can continue to provide our expert assistance to you.

With best regards,

Todd


Todd B. Hilsee
Hilsoft Notifications
123 East Broad Street
Souderton, PA 18964
215-721-2120 ext. 14
215-721-6886 fax
www.hilsoft.com
hilsee@hilsoft.com

*********************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. If you are not the intended recipient, please do not read, copy, or use it, and do not disclose it to others. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*********************************************************************


------ End of Forwarded Message



------ End of Forwarded Message