IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 18689)

On May 8, 2008, Buchanan Ingersoll & Rooney PC, ("Buchanan"), co-counsel to the Official Committee of Equity Holders, filed its Twenty-Eighth Quarterly Fee Application of Buchanan Ingersoll & Rooney, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from January 1, 2008 through March 31, 2008 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on May 28, 2008. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Buchanan respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                                        BUCHANAN INGERSOLL & ROONEY PC

                                                        By    /s/ Teresa K.D. Currier
                                                                  Teresa K. D. Currier (No. 3080)
                                                                   The Brandywine Building
                                                                   1000 West St. - Suite 1410
                                                                   Wilmington, DE 19801

                                                                         -and-

KRLS/Wilm 58748v1

                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  Philip Bentley, Esq.
                                  Douglas H. Mannal, Esq.
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  (212) 715-9100

Dated: May 30, 2008                  Co-Counsel to the Official Committee
                                        of Equity Holders

KRLS/Wilm 58748v1
#1012158-v1