IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## TWENTY SIXTH QUARTERLY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM JULY 1, 2007, THROUGH SEPTEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | Latham & Watkins LLP ("L&W") |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in Possession |
| Date of Retention: | Retention Order entered June 16, 2004, effective nunc pro tunc from April 1, 2001, Order Authorizing Expansion entered March 27, 2006, |
| Period for which compensation and reimbursement is sought: | July 1, 2007 through September 30, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $4,998.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n) ___monthly, _X_ interim, ___final application.

**Prior Monthly Applications for the period of July 1, 2007 through September 30, 2007.**

| Date Filed/ Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | CNO Date/ Docket No. |
|---|---|---|---|---|---|---|
| N/A | July 1, 2007– July 31, 2007 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |
| October 12, 2007 Docket No. 17057 | August 1, 2007 – August 31, 2007 | $1,433.00 | $0.00 | $1,146.40 | $0.00 | November 2, 2007 Docket No. 17285 |
| February 25, 2008 Docket No. 18114 | September 1, 2007 – September 30, 2007 | $3,665.00 | $0.00 | $2,852.00 | $0.00 | March 18, 2008 Docket No. 18319 |

## SUMMARY OF TIME LATHAM & WATKINS LLP PROFESSIONALS FOR BILLING PERIOD FROM JULY 1, 2007, THROUGH SEPTEMBER 30, 2007

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nicholas J. DeNovio | Partner | 18 | Tax | 775.00 | 5.6 | $4,340.00 |
| | | | | Total for Attorneys | 5.6 | $4,340.00 |

| Name of Legal Assistant | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Arnold | Paralegal | Bankruptcy | 235.00 | 2.80 | $658.00 |
| | | | Total for Legal Assistants | 2.80 | $658.00 |

## SUMMARY OF COMPENSATION BY MATTER FROM APRIL 1, 2007, THROUGH JUNE 30, 2007

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 042362-0000 | Federal Tax General Planning | 8.4 | $4,998.00 |
| | Total Compensation | 8.4 | $4,998.00 |

## SUMMARY OF EXPENSES FOR FROM JULY 1, 2007, THROUGH SEPTEMBER 30, 2007

| Description | Amount |
|---|---|
| Total | $0.00 |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, L&W respectfully request that, for the period of July 1, 2007 through September 30, 2007, it be allowed the total amount of fees of $4,998.00 and expenses in the total amount of $0.00.

Washington, D.C.  
Dated: May 2∅, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

_____  
Nicholas J. DeNovio, Esq.  
Latham & Watkins LLP  
555 Eleventh Street, N.W., Suite 1000  
Washington, D.C. 20004-1304  
Telephone (202) 637-2200