IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**FEE DETAIL FOR LATHAM & WATKINS LLP'S QUARTERLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 17, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM OCTOBER 1, 2007, THROUGH OCTOBER 31, 2007 (DOCKET NO. 18115)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of Latham & Watkins LLP ("L&W") for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W. R. Grace & Co., et al., for the Period from October 1, 2007 through October 31, 2007*, (the "Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than March 17, 2008.

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay L&W $9,121.60 which represents 80% of the fees ($11,402.00), and $0.00 which represents 100% of the expenses requested in the Application for the period October 1, 2007 through October 31, 2007, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: March 18, 2008

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O' Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel to Debtors and Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** March 17, 2008, at 4:00 p.m. (prevailing eastern time) |

**SUMMARY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE <u>PERIOD FROM OCTOBER 1, 2007, THROUGH OCTOBER 31, 2007</u>**

| | |
|---|---|
| Name of Applicant: | **<u>Latham & Watkins LLP ("L&W")</u>** |
| Authorized to Provide Professional Services to: | **<u>W. R. Grace & Co., et al., Debtors and Debtors-in Possession</u>** |
| Date of Retention: | **<u>Retention Order entered June 16, 2004, effective nunc pro tunc from April 1, 2001, Order Authorizing Expansion entered March 27, 2006,</u>** |
| Period for which compensation and reimbursement is sought: | **<u>October 1, 2007 through October 31, 2007</u>** |
| Amount of Compensation sought as actual, reasonable and necessary: | **<u>$11,402.00</u>** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **<u>($0.00)</u>** |

This is a(n) _X_ monthly, ___ interim, ___final application.

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 1 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $400.00.

This is the first monthly application for interim compensation of services for the October-December 2007 quarter that Latham & Watkins LLP has filed with the Bankruptcy Court in the Chapter 11 Cases. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| On or about August 9, 2004 | December 2003 – June 2004 | $211,719.00 | $6,927.50 | All fees approved | $6,897.50 approved |
| On or about August 25, 2004 | July 1, 2004 – July 31, 2004 | $11,334.50 | $201.32 | All fees approved | All expenses approved |
| On or about October 25, 2004 | August 1, 2004 – August 31, 2004 and September 1, 2004 – September 30, 2004 | $81,729.50 | $5,199.44 | All fees approved | All expenses approved |
| On or about November 25, 2004 | October 1, 2004 – October 30, 2004 | $45,050.00 | $1,825.59 | All fees approved | All expenses approved |
| On or about December 25, 2004 | November 1, 2004 - November 30, 2004 | $31,913.50 | $1,509.91 | All fees approved | All expenses approved |
| On or about January 25, 2005 | December 1, 2004 – December 31, 2004 | $26,177.50 | $1,282.35 | All fees approved | All expenses approved |
| On or about February 4, 2005 | July 1, 2004 – September 30, 2004 | $93,064.00 | $5,400.76 | All fees approved | All expenses approved |
| On or about February 25, 2005 | January 1, 2005 – January 31, 2005 | $23,485.50 | $3,14.93 | All fees approved | All expenses approved |
| On or about March 25, 2005 | February 1, 2005 – February 28, 2005 | $22,065.00 | $628.01 | All fees approved | All expenses approved |
| On or about May 19, 2005 | October 1, 2004 – December 31, 2004 | $103,141.00 | $4,617.85 | All fees approved | All expenses approved |
| On or about May 24, 2005 | March 1, 2005 – March 31, 2005 | $39,952.00 | $160.88 | All fees approved | All expenses approved |
| On or about May 24, 2005 | January 1, 2005 – March 31, 2005 | $85,502.50 | $1,103.82 | All fees approved | All expenses approved |
| On or about May 26, 2005 | April 1, 2005 – April 30, 2005 | $33,385.50 | $593.50 | All fees approved | All expenses approved |
| On or about July 8, 2005 | May 1, 2005 – May 31, 2005 | $15,799.50 | $956.63 | All fees approved | All expenses approved |
| On or about August 9, 2005 | June 1, 2005 – June 30, 2005 | $3,343.00 | $332.11 | All fees approved | All expenses approved |
| On or about August 9, 2005 | April 1, 2005 – June 30, 2005 | $52,528.00 | $1,882.24 | All fees approved | All expenses approved |
| On or about September 19, 2005 | July 1, 2005 – July 31, 2005 | $1,392.00 | $8.93 | All fees approved | All expenses approved |

| | | | | | |
|---|---|---|---|---|---|
| On or about October 10, 2005 | August 1, 2005 – August 31, 2005 | $698.50 | $39.03 | All fees approved | All expenses approved |
| On or about October 26, 2005 | September 1, 2005 – September 30, 2005 | $736.50 | $5.32 | All fees approved | All expenses approved |
| On or about October 26, 2005 | July 1, 2005 – September 30, 2005 | $2,827.00 | $53.28 | All fees approved | All expenses approved |
| On or about December 28, 2005 | October 1, 2005 – October 31, 2005 | $689.00 | $9.34 | All fees approved | All expenses approved |
| On or about January 13, 2006 | November 1, 2005 – November 30, 2005 | $73.50 | $6.45 | All fees approved | All expenses approved |
| On or about October 20, 2006 | June 1, 2006 – June 30, 2006 | $16,407.50 | $0.00 | All fees approved | All expenses approved |
| On or about October 20, 2006 | July 1, 2006 – July 31, 2006 | $16,122.50 | $35.61 | All fees approved | All expenses approved |
| On or about October 20, 2006 | August 1, 2006 – August 31, 2006 | $13,317.50 | $6.18 | All fees approved | All expenses approved |
| On or about October 20, 2006 | September 1, 2006 – September 31, 2006 | $3,347.00 | $4.79 | All fees approved | All expenses approved |
| On or about October 20, 2006 | October 1, 2006 – October 31, 2006 | $2,571.00 | $4.34 | All fees approved | All expenses approved |
| On or about October 20, 2006 | November 1, 2006 – November 30, 2006 | $2,862.50 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | December 1, 2006 – December 31, 2006 | $2,332.50 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | January 1, 2007 – January 31, 2007 | $2,651.00 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | February 1, 2007 – February 28, 2007 | $11,678.00 | $0.00 | All fees approved | All expenses approved |
| On or about July 18, 2007 | March 1, 2007 – March 31, 2007 | $17,766.00 | $27.59 | All fees approved | All expenses approved |
| On or about July 18, 2007 | April 1, 2007 – April 30, 2007 | $10,324.50 | $93.62 | All fees approved | All expenses approved |
| On or about July 18, 2007 | May 1, 2007 – May 31, 2007 | $2,159.50 | $7.03 | All fees approved | All expenses approved |
| On or about October 12, 2007 | June 1, 2007 – June 30, 2007 | $13,997.00 | $1.86 | Pending | Pending |
| On or about October 12, 2007 | August 1, 2007 – August 31, 2007 | $1,433.00 | $0.00 | Pending | Pending |

## LATHAM & WATKINS LLP PROFESSIONALS

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nicholas J. DeNovio | Partner | 18 | Tax | 775.00 | 12.5 | 9,687.50 |
| PB Wheeler | Associate | 2 | Tax | 455.00 | 3.2 | 1,456.00 |
| | | | | **Total for Attorneys** | | **$11,143.50** |

| Name of Legal Assistant | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Arnold | Paralegal | Bankruptcy | 235.00 | 1.10 | 258.50 |
| | | | **Total for Legal Assistants** | **1.10** | **$258.50** |

**COMPENSATION BY MATTER**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 042362-0000 | Federal Tax General Planning | 16.8 | 11,402.00 |
| | Total Compensation | 16.8 | $11,402.00 |

**EXPENSE SUMMARY FOR FEDERAL TAX GENERAL PLANNING**

| Description | Amount |
|---|---|
| Total | $0.00 |

**WHEREFORE,** L&W respectfully requests that, for the period October 1, 2007 through October 31, 2007, an interim allowance be made to L&W for compensation in the amount of **$11,402.00** and payment of **$9,121.60** (80% of the allowed fees), and for such other and further relief as this Court may deem just and proper.

Washington, D.C.
Dated: February 21, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

Nicholas J. DeNovio, Esq.
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone (202) 637-2200



CH\1007279.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

**FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

LATHAM & WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

October 31, 2007

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

**REMITTANCE INSTRUCTIONS**

WIRE TRANSFERS:
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

CHECKS:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No. 70315966
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

For professional services rendered through October 31, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 10/24/07 | NJD | 1.40 | REVIEW ISSUES WITH REGARD TO INTERNATIONAL RESTRUCTURING; SECTION 304 ISSUES |
| 10/24/07 | ECA | 1.10 | RESEARCH REGARDING FEE APPLICATIONS; REVIEW DOCKET AND DISTRIBUTE FEE ORDERS; CONFERENCE WITH N. DENOVIO REGARDING SAME. |
| 10/25/07 | NJD | 3.80 | CONFERENCE CALLS WITH DEBRA POOLE AND ALLEN GIBBONS REGARDING DIFFERENT ISSUES; REVIEW AN ANALYSIS OF SECTION 304 AND SPECIFICALLY 304(B)(6) BASIS ADJUSTMENT; AFFECT ON EARNINGS AND PROFITS; SECTION 1248 ISSUES; FOREIGN TAX CREDIT ISSUES |
| 10/26/07 | NJD | 2.40 | REVIEW SECTION 304(B)(6) ISSUE WITH REGARD TO CROSS-BORDER RESTRUCTURING OF GERMANY, BELGIUM AND ITALY; REVIEW SECTION 1248 IN CONTEXT OF SECTION 301(C)(3) GAIN RECOGNIZED FROM GRACE GERMANY |
| 10/29/07 | NJD | 1.60 | REVIEW AND ANALYSIS OF SECTION 1248 AND SECTION 304 ISSUES |

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 10/30/07 | NJD | 2.20 | CONFERENCE CALL WITH ALAN GIBBONS REGARDING SEVERAL ISSUES; SECTION 304, SECTION 1248, FOREIGN TAX CREDIT, 901 REGULATIONS |
| 10/31/07 | NJD | 1.10 | CALL WITH ALAN GIBBONS; REVIEW AND ANALYSIS OF TECHNICAL TAX ISSUES |
| 10/31/07 | PBW | 3.20 | TELECONFERENCE WITH N. DENOVIO REGARDING RESEARCH ISSUE; RESEARCH SAME |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER, SR.) | 12.50 hrs @ | $775.00 | /hr. | $9,687.50 |
| P B WHEELER | (ASSOCIATE) | 3.20 hrs @ | $455.00 | /hr. | $1,456.00 |

Paralegal Hours:

| | | | | | |
|---|---|---|---|---|---|
| E C ARNOLD | (PARALEGAL) | 1.10 hrs @ | $235.00 | /hr. | $258.50 |

Total Services 16.8 hrs $11,402.00

Other charges:

Total current charges **$11,402.00**

BALANCE DUE **$11,402.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70315966



DC\1048487.2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 17, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM NOVEMBER 1, 2007, THROUGH NOVEMBER 30, 2007 (DOCKET NO. 18116)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of Latham & Watkins LLP ("L&W") for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W. R. Grace & Co., et al., for the Period from November 1, 2007 through November 30, 2007,* (the "Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than March 17, 2008.

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay L&W $14,308.40 which represents 80% of the fees ($17,885.50), and $0.00 which represents 100% of the expenses requested in the Application for the period November 1, 2007 through November 30, 2007, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: March 18, 2008

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

______________________________
Laura Davis Jones (Bar No. 2436)
James E. O' Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel to Debtors and Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** March 17, 2008, at 4:00 p.m. (prevailing eastern time) |

**SUMMARY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM NOVEMBER 1, 2007, THROUGH NOVEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | **Latham & Watkins LLP ("L&W")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in Possession** |
| Date of Retention: | **Retention Order entered June 16, 2004, effective nunc pro tunc from April 1, 2001, Order Authorizing Expansion entered March 27, 2006,** |
| Period for which compensation and reimbursement is sought: | **November 1, 2007 through November 30, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$17,885.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **($0.00)** |

This is a(n) _X_ monthly, ___ interim, ___ final application.

---

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 1 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $400.00.

This is the second monthly application for interim compensation of services for the October-December 2007 quarter that Latham & Watkins LLP has filed with the Bankruptcy Court in the Chapter 11 Cases. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| On or about August 9, 2004 | December 2003 – June 2004 | $211,719.00 | $6,927.50 | All fees approved | $6,897.50 approved |
| On or about August 25, 2004 | July 1, 2004 – July 31, 2004 | $11,334.50 | $201.32 | All fees approved | All expenses approved |
| On or about October 25, 2004 | August 1, 2004 – August 31, 2004 and September 1, 2004 – September 30, 2004 | $81,729.50 | $5,199.44 | All fees approved | All expenses approved |
| On or about November 25, 2004 | October 1, 2004 – October 30, 2004 | $45,050.00 | $1,825.59 | All fees approved | All expenses approved |
| On or about December 25, 2004 | November 1, 2004 - November 30, 2004 | $31,913.50 | $1,509.91 | All fees approved | All expenses approved |
| On or about January 25, 2005 | December 1, 2004 – December 31, 2004 | $26,177.50 | $1,282.35 | All fees approved | All expenses approved |
| On or about February 4, 2005 | July 1, 2004 – September 30, 2004 | $93,064.00 | $5,400.76 | All fees approved | All expenses approved |
| On or about February 25, 2005 | January 1, 2005 – January 31, 2005 | $23,485.50 | $3,14.93 | All fees approved | All expenses approved |
| On or about March 25, 2005 | February 1, 2005 – February 28, 2005 | $22,065.00 | $628.01 | All fees approved | All expenses approved |
| On or about May 19, 2005 | October 1, 2004 – December 31, 2004 | $103,141.00 | $4,617.85 | All fees approved | All expenses approved |
| On or about May 24, 2005 | March 1, 2005 – March 31, 2005 | $39,952.00 | $160.88 | All fees approved | All expenses approved |
| On or about May 24, 2005 | January 1, 2005 – March 31, 2005 | $85,502.50 | $1,103.82 | All fees approved | All expenses approved |
| On or about May 26, 2005 | April 1, 2005 – April 30, 2005 | $33,385.50 | $593.50 | All fees approved | All expenses approved |
| On or about July 8, 2005 | May 1, 2005 – May 31, 2005 | $15,799.50 | $956.63 | All fees approved | All expenses approved |
| On or about August 9, 2005 | June 1, 2005 – June 30, 2005 | $3,343.00 | $332.11 | All fees approved | All expenses approved |
| On or about August 9, 2005 | April 1, 2005 – June 30, 2005 | $52,528.00 | $1,882.24 | All fees approved | All expenses approved |
| On or about September 19, 2005 | July 1, 2005 – July 31, 2005 | $1,392.00 | $8.93 | All fees approved | All expenses approved |

| | | | | | |
|---|---|---|---|---|---|
| On or about October 10, 2005 | August 1, 2005 – August 31, 2005 | $698.50 | $39.03 | All fees approved | All expenses approved |
| On or about October 26, 2005 | September 1, 2005 – September 30, 2005 | $736.50 | $5.32 | All fees approved | All expenses approved |
| On or about October 26, 2005 | July 1, 2005 – September 30, 2005 | $2,827.00 | $53.28 | All fees approved | All expenses approved |
| On or about December 28, 2005 | October 1, 2005 – October 31, 2005 | $689.00 | $9.34 | All fees approved | All expenses approved |
| On or about January 13, 2006 | November 1, 2005 – November 30, 2005 | $73.50 | $6.45 | All fees approved | All expenses approved |
| On or about October 20, 2006 | June 1, 2006 – June 30, 2006 | $16,407.50 | $0.00 | All fees approved | All expenses approved |
| On or about October 20, 2006 | July 1, 2006 – July 31, 2006 | $16,122.50 | $35.61 | All fees approved | All expenses approved |
| On or about October 20, 2006 | August 1, 2006 – August 31, 2006 | $13,317.50 | $6.18 | All fees approved | All expenses approved |
| On or about October 20, 2006 | September 1, 2006 – September 31, 2006 | $3,347.00 | $4.79 | All fees approved | All expenses approved |
| On or about October 20, 2006 | October 1, 2006 – October 31, 2006 | $2,571.00 | $4.34 | All fees approved | All expenses approved |
| On or about October 20, 2006 | November 1, 2006 – November 30, 2006 | $2,862.50 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | December 1, 2006 – December 31, 2006 | $2,332.50 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | January 1, 2007 – January 31, 2007 | $2,651.00 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | February 1, 2007 – February 28, 2007 | $11,678.00 | $0.00 | All fees approved | All expenses approved |
| On or about July 18, 2007 | March 1, 2007 – March 31, 2007 | $17,766.00 | $27.59 | All fees approved | All expenses approved |
| On or about July 18, 2007 | April 1, 2007 – April 30, 2007 | $10,324.50 | $93.62 | All fees approved | All expenses approved |
| On or about July 18, 2007 | May 1, 2007 – May 31, 2007 | $2,159.50 | $7.03 | All fees approved | All expenses approved |
| On or about October 12, 2007 | June 1, 2007 – June 30, 2007 | $13,997.00 | $1.86 | Pending | Pending |
| On or about October 12, 2007 | August 1, 2007 – August 31, 2007 | $1,433.00 | $0.00 | Pending | Pending |

## LATHAM & WATKINS LLP PROFESSIONALS

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nicholas J. DeNovio | Partner | 18 | Tax | 775.00 | 20.70 | 16,042.50 |
| PB Wheeler | Associate | 2 | Tax | 455.00 | 2.0 | 910.00 |
| J D Stalls | Associate | 3 | Tax | 380.00 | .60 | 228.00 |
| | | | | Total for Attorneys | 23.3 | $17,180.50 |

| Name of Legal Assistant | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Arnold | Paralegal | Bankruptcy | 235.00 | 3.0 | 705.00 |
| | | | Total for Legal Assistants | 1.10 | $705.00 |

## COMPENSATION BY MATTER

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 042362-0000 | Federal Tax General Planning | 16.8 | 17,885.50 |
| | Total Compensation | 16.8 | $17,885.50 |

## EXPENSE SUMMARY FOR FEDERAL TAX GENERAL PLANNING

| Description | Amount |
|---|---|
| Total | $0.00 |

**WHEREFORE,** L&W respectfully requests that, for the period November 1, 2007 through November 30, 2007, an interim allowance be made to L&W for compensation in the amount of **$17,885.50** and payment of **$14,308.40** (80% of the allowed fees), and for such other and further relief as this Court may deem just and proper.

Washington, D.C.
Dated: February 21, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

Nicholas J. DeNovio, Esq.
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone (202) 637-2200



CH\1007344.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

**FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

LATHAM & WATKINS LLP

Tax identification No: 95-2018373

**INVOICE**

November 30, 2007

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

**REMITTANCE INSTRUCTIONS**

WIRE TRANSFERS:
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

CHECKS:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No. 70317243
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

For professional services rendered through November 30, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 11/01/07 | PBW | 1.30 | ADDITIONAL RESEARCH; TELECONFERENCE AND CORRESPONDENCE WITH N. DENOVIO ON SAME |
| 11/05/07 | NJD | 2.70 | REVIEW OF SECTION 1248 AND SECTION 901 ISSUES RAISED BY ALAN GIBBONS; REVIEW PRIVATE RULINGS REGARDING INTERNATIONAL RESTRUCTURING |
| 11/06/07 | NJD | 1.00 | REVIEW TECHNICAL ISSUES; CONFERENCE CALL WITH ALAN GIBBONS |
| 11/06/07 | JDS | .60 | RESEARCH TREATMENT OF DEFICITS IN LOWER TIER ENTITIES FOR THE SECTION 1248 AMOUNT |
| 11/06/07 | PBW | .30 | TELECONFERENCE WITH N. DENOVIO REGARDING ADDITIONAL RESEARCH REQUIRED |
| 11/13/07 | PBW | .40 | TAX ANALYSIS; CORRESPONDENCE WITH N. DENOVIO ON SAME |
| 11/14/07 | NJD | .20 | TELEPHONE CONFERENCE WITH ALAN GIBBONS AND CAROL FINKE |
| 11/15/07 | NJD | 3.20 | REVIEW MULTIPLE DOCUMENTS CONCERNING GERMAN AND JAPANESE RESTRUCTURING; SECTION 304 ISSUES; DEBT/EQUITY ISSUES; CONFERENCE CALLS WITH ALAN GIBBONS AND CAROL FINKE REGARDING SAME |

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 11/19/07 | NJD | 2.30 | CONFERENCE CALL WITH ALAN GIBBONS REGARDING COMMENTS TO SHARE PURCHASE AGREEMENT; REVIEW AND COMMENT ON SAME; LOAN AGREEMENT TECHNICAL ISSUES FOR PURPOSES OF U.S./GERMANY DEBT/EQUITY ANALYSIS |
| 11/19/07 | ECA | 2.00 | ATTENTION TO PREPARATION OF QUARTERLY FEE APPLICATION; CORRESPOND WITH N. DENOVIO REGARDING SAME. |
| 11/20/07 | NJD | 1.40 | CONFERENCE CALL WITH WORKING TEAM REGARDING GERMAN RESTRUCTURING; REVIEW OF DRAFT DOCUMENTS REGARDING TECHNICAL ISSUES FOR U.S. FEDERAL TAX PURPOSES, SPECIFICALLY CODE SECTION 304 TREATMENT |
| 11/20/07 | ECA | 1.00 | ATTENTION TO FILING AND SERVICE OF QUARTERLY FEE APPLICATION. |
| 11/26/07 | NJD | .40 | REVIEW OF UPDATED DOCUMENTS |
| 11/27/07 | NJD | 3.80 | REVIEW OF REVISED DOCUMENTS; REVIEW TIMING ISSUE WITH REGARDING CLOSING ON NOVEMBER 30 OR DECEMBER 1; CODE SECTION 304 ISSUE; CONFERENCE CALL WITH WORKING GROUP REGARDING GERMANY; REVIEW MATERIALS CONCERNING JAPANESE DIVIDEND; U.S. DEBT/EQUITY ISSUES; CONFERENCE CALL WITH ALAN GIBBONS AND CAROL FINKE |
| 11/28/07 | NJD | 2.30 | TELEPHONE CONFERENCES WITH GRACE TAX EXECUTIVES, GERMAN COUNSEL AND GRACE GERMANY EXECUTIVES REGARDING CLOSING ISSUES, DOCUMENTS, ETC.; CONFERENCE CALLS WITH GRACE TAX EXECUTIVES REGARDING DOLLAR TO EURO FORWARD CONTRACTS AND SPECIFICALLY POTENTIAL APPLICATION OF NUMEROUS INTERNAL REVENUE CODE SECTIONS, INCLUDING 988, 1092, 1256 AND 446 |
| 11/29/07 | NJD | 2.80 | REVIEW STATUS OF GRACE JAPAN DIVIDEND PAYMENT; SEVERAL TELEPHONE CONFERENCES WITH ALAN GIBBONS REGARDING TECHNICAL ISSUES WITH REGARD TO INTEGRATION OF EURO FORWARD CONTRACT AND INTERCOMPANY NOTES; REVIEW MULTIPLE ISSUES, AND REGULATIONS AND OTHER AUTHORITIES UNDER SECTIONS 1092, 988, 446 AND 1221 REGARDING SAME |
| 11/30/07 | NJD | .60 | REVIEW OF SECTION 446, SECTION 1092 ISSUE |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER, SR.) | 20.70 hrs @ | $775.00 | /hr. | $16,042.50 |
| J D STALLS | (ASSOCIATE) | .60 hrs @ | $380.00 | /hr. | $ 228.00 |
| P B WHEELER | (ASSOCIATE) | 2.00 hrs @ | $455.00 | /hr. | $910.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70317243

Paralegal Hours:

| | | | | | |
|---|---|---|---|---|---|
| E C ARNOLD | (PARALEGAL) | 3.00 hrs @ | $235.00 /hr. | $705.00 | |
| Total Services | | 26.3 hrs | | | $17,885.50 |
| Total current charges | | | | | $17,885.50 |
| BALANCE DUE | | | | | $17,885.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 70317243

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 17, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM DECEMBER 1, 2007, THROUGH DECEMBER 31, 2007 (DOCKET NO. 18117)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of Latham & Watkins LLP ("L&W") for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W. R. Grace & Co., et al., for the Period from December 1, 2007 through December 31, 2007*, (the "Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than March 17, 2008.

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay L&W $1,488.00 which represents 80% of the fees ($1,860.00), and $0.00 which represents 100% of the expenses requested in the Application for the period December 1, 2007 through December 31, 2007, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: March 18, 2008

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O' Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel to Debtors and Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** March 17, 2008, at 4:00 p.m. (prevailing eastern time) |

**SUMMARY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM DECEMBER 1, 2007, THROUGH DECEMBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | **Latham & Watkins LLP ("L&W")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in Possession** |
| Date of Retention: | **Retention Order entered June 16, 2004, effective nunc pro tunc from April 1, 2001, Order Authorizing Expansion entered March 27, 2006,** |
| Period for which compensation and reimbursement is sought: | **December 1, 2007 through December 31, 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$1,860.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **($0.00)** |

This is a(n) _X_ monthly, ___ interim, ___final application.

---

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 1 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $400.00.

This is the third monthly application for interim compensation of services for the October-December 2007 quarter that Latham & Watkins LLP has filed with the Bankruptcy Court in the Chapter 11 Cases. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| On or about August 9, 2004 | December 2003 – June 2004 | $211,719.00 | $6,927.50 | All fees approved | $6,897.50 approved |
| On or about August 25, 2004 | July 1, 2004 – July 31, 2004 | $11,334.50 | $201.32 | All fees approved | All expenses approved |
| On or about October 25, 2004 | August 1, 2004 – August 31, 2004 and September 1, 2004 – September 30, 2004 | $81,729.50 | $5,199.44 | All fees approved | All expenses approved |
| On or about November 25, 2004 | October 1, 2004 – October 30, 2004 | $45,050.00 | $1,825.59 | All fees approved | All expenses approved |
| On or about December 25, 2004 | November 1, 2004 - November 30, 2004 | $31,913.50 | $1,509.91 | All fees approved | All expenses approved |
| On or about January 25, 2005 | December 1, 2004 – December 31, 2004 | $26,177.50 | $1,282.35 | All fees approved | All expenses approved |
| On or about February 4, 2005 | July 1, 2004 – September 30, 2004 | $93,064.00 | $5,400.76 | All fees approved | All expenses approved |
| On or about February 25, 2005 | January 1, 2005 – January 31, 2005 | $23,485.50 | $3,14.93 | All fees approved | All expenses approved |
| On or about March 25, 2005 | February 1, 2005 – February 28, 2005 | $22,065.00 | $628.01 | All fees approved | All expenses approved |
| On or about May 19, 2005 | October 1, 2004 – December 31, 2004 | $103,141.00 | $4,617.85 | All fees approved | All expenses approved |
| On or about May 24, 2005 | March 1, 2005 – March 31, 2005 | $39,952.00 | $160.88 | All fees approved | All expenses approved |
| On or about May 24, 2005 | January 1, 2005 – March 31, 2005 | $85,502.50 | $1,103.82 | All fees approved | All expenses approved |
| On or about May 26, 2005 | April 1, 2005 – April 30, 2005 | $33,385.50 | $593.50 | All fees approved | All expenses approved |
| On or about July 8, 2005 | May 1, 2005 – May 31, 2005 | $15,799.50 | $956.63 | All fees approved | All expenses approved |
| On or about August 9, 2005 | June 1, 2005 – June 30, 2005 | $3,343.00 | $332.11 | All fees approved | All expenses approved |
| On or about August 9, 2005 | April 1, 2005 – June 30, 2005 | $52,528.00 | $1,882.24 | All fees approved | All expenses approved |
| On or about September 19, 2005 | July 1, 2005 – July 31, 2005 | $1,392.00 | $8.93 | All fees approved | All expenses approved |

| | | | | | |
|---|---|---|---|---|---|
| On or about October 10, 2005 | August 1, 2005 – August 31, 2005 | $698.50 | $39.03 | All fees approved | All expenses approved |
| On or about October 26, 2005 | September 1, 2005 – September 30, 2005 | $736.50 | $5.32 | All fees approved | All expenses approved |
| On or about October 26, 2005 | July 1, 2005 – September 30, 2005 | $2,827.00 | $53.28 | All fees approved | All expenses approved |
| On or about December 28, 2005 | October 1, 2005 – October 31, 2005 | $689.00 | $9.34 | All fees approved | All expenses approved |
| On or about January 13, 2006 | November 1, 2005 – November 30, 2005 | $73.50 | $6.45 | All fees approved | All expenses approved |
| On or about October 20, 2006 | June 1, 2006 – June 30, 2006 | $16,407.50 | $0.00 | All fees approved | All expenses approved |
| On or about October 20, 2006 | July 1, 2006 – July 31, 2006 | $16,122.50 | $35.61 | All fees approved | All expenses approved |
| On or about October 20, 2006 | August 1, 2006 – August 31, 2006 | $13,317.50 | $6.18 | All fees approved | All expenses approved |
| On or about October 20, 2006 | September 1, 2006 – September 31, 2006 | $3,347.00 | $4.79 | All fees approved | All expenses approved |
| On or about October 20, 2006 | October 1, 2006 – October 31, 2006 | $2,571.00 | $4.34 | All fees approved | All expenses approved |
| On or about October 20, 2006 | November 1, 2006 – November 30, 2006 | $2,862.50 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | December 1, 2006 – December 31, 2006 | $2,332.50 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | January 1, 2007 – January 31, 2007 | $2,651.00 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | February 1, 2007 – February 28, 2007 | $11,678.00 | $0.00 | All fees approved | All expenses approved |
| On or about July 18, 2007 | March 1, 2007 – March 31, 2007 | $17,766.00 | $27.59 | All fees approved | All expenses approved |
| On or about July 18, 2007 | April 1, 2007 – April 30, 2007 | $10,324.50 | $93.62 | All fees approved | All expenses approved |
| On or about July 18, 2007 | May 1, 2007 – May 31, 2007 | $2,159.50 | $7.03 | All fees approved | All expenses approved |
| On or about October 12, 2007 | June 1, 2007 – June 30, 2007 | $13,997.00 | $1.86 | Pending | Pending |
| On or about October 12, 2007 | August 1, 2007 – August 31, 2007 | $1,433.00 | $0.00 | Pending | Pending |

## LATHAM & WATKINS LLP PROFESSIONALS

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nicholas J. DeNovio | Partner | 18 | Tax | 775.00 | **2.40** | **1,860.00** |
| | | | | **Total for Attorneys** | **2.40** | **$1,860.00** |

## COMPENSATION BY MATTER

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 042362-0000 | Federal Tax General Planning | 2.40 | 1,860.00 |
| | **Total Compensation** | **2.40** | **$1,860.00** |

**EXPENSE SUMMARY FOR FEDERAL TAX GENERAL PLANNING**

| Description | Amount |
|---|---|
| Total | $0.00 |

**WHEREFORE,** L&W respectfully requests that, for the period November 1, 2007 through November 30, 2007, an interim allowance be made to L&W for compensation in the amount of **$1,860.00** and payment of **$1, 488.00** (80% of the allowed fees), and for such other and further relief as this Court may deem just and proper.

Washington, D.C.
Dated: February 21, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

Nicholas J. DeNovio, Esq.
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone (202) 637-2200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

**FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

December 31, 2007

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

**REMITTANCE INSTRUCTIONS**

WIRE TRANSFERS:
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

CHECKS:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No. 80300531
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

For professional services rendered through December 31, 2007
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 12/06/07 | NJD | .50 | CALL WITH ALAN GIBBONS |
| 12/11/07 | NJD | .30 | REVIEW MATERIALS REGARDING JAPANESE DIVIDEND; TAX ACCOUNTING CONSEQUENCES |
| 12/12/07 | NJD | 1.40 | REVIEW TAX ACCOUNTING ISSUES REGARDING GERMAN RESTRUCTURING AND JAPANESE DIVIDEND PER ALLEN GIBBONS |
| 12/27/07 | NJD | .20 | RESTRUCTURING ISSUES |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| N J DENOVIO | (PARTNER, SR.) | 2.40 hrs @ | $775.00 | /hr. | $1,860.00 |

| | | |
|---|---|---|
| Total Services | 2.40 hrs | $1,860.00 |
| Total current charges | | $1,860.00 |
| BALANCE DUE | | $1,860.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80300531