# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

TWENTY-FIFTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2007 through October 31, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $7,217.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $791.76 |

This is a:      ___XX___  monthly      _____ interim      _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 – 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | Pending | Pending |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | Pending | Pending |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | Pending | Pending |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | Pending | Pending |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | Pending | Pending |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | .50 | $275.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 18.25 | $6,387.50 |
| Sarah E. Brull | Associate; Member of the MD Bar since 2005 | $220.00 | .25 | $55.00 |
| Cynthia A. Lewis | Principal; Joined Firm 1978; Member of DC Bar since 1978 | $500.00 | 1.00 | $500.00 |

Total Fees:          $7,217.50
Total Hours:          20.00
Blended Rate:        $361.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 20.00 | $7,217.50 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Long Distance Telephone | | $287.64 |
| LexisNexis Court Link | | 10.57 |
| Client Meeting Meals | | $366.85 |
| Postage | U.S. Mail | $11.30 |
| Duplicating | | $69.45 |
| Travel Expenses | | $38.95 |
| Air/Train Fare | | $7.00 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

October 1, 2007 through October 31, 2007, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $7,217.50 and actual and necessary expenses

in the amount of $791.76 for a total allowance of $8,009.26, and payment of $5,774.00 (80% of

the allowed fees) and reimbursement of $791.76 (100% of the allowed expenses) be authorized

for a total payment of $6,565.76, and for such other and further relief as this Court may deem

just and proper.

Dated: November 30 , 2007                    BEVERIDGE & DIAMOND, P.C.


Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

4

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as

counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the

Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and

correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the

Local Bankruptcy Rules for the District of Delaware, and submit that the Application

substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 30th day of November, 2007.

Notary Public
My Commission Expires:  May 27, 2009

5

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

'. R. Grace & Co. - Conn
.ttn: Lydia B. Duff, Esq.
500 Grace Drive
olumbia, MD  21044

November 20, 2007
Client/Matter #  01246-011548
Invoice # 119751
Federal ID# 52-1247549

or Legal Services Rendered Through 10/31/07 in Connection With:

LEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                              SUITE 700
                              1350 I STREET, N.W.
                              WASHINGTON, D.C. 20005-3311

**ırtis Bay FUSRAP Bankruptcy Claim Resolution**

| | | | |
|---|---|---|---|
| ı/01/07 | P. Marks | 1.00 | Evaluation of settlement agreement and FS status; telephone conference with L. Duff re strategy; coordinate with negotiating teams. |
| /01/07 | S. Brull | 0.25 | Exchange emails with P. Marks. |
| /02/07 | P. Marks | 0.50 | Prepare SEC consulting services contract. |
| /03/07 | P. Marks | 2.00 | Telephone conference with L. Duff re strategy issues; prepare for and conduct conference with US and Grace teams re status and issues identification related to DOJ review process; post discussion evaluation with L. Duff and M. Obradovic. |
| '09/07 | K. Bourdeau | 0.25 | E-mail communication with P. Marks re DOJ concern about need for EPA sign off. |
| 09/07 | P. Marks | 4.00 | Review J. Freeman email and DOJ changes proposed to settlement agreement; evaluate issues; telephone conference with L. Duff re same; telephone conference with client team re FS issues. |

BEVERIDGE & DIAMOND, P.C.                               INVOICE #  119751
                                                        November 20, 2007
                                                        PAGE   2

| 10/10/07 | K. Bourdeau | 0.25 | E-mail correspondence with P. Marks re settlement issues. |
| 10/10/07 | P. Marks | 2.50 | Preparation for telephone conference with L. Duff and M. Obradovic; telephone conference with US and Grace teams re settlement agreement changes and EPA review issues; review memorandum summarizing results of technical (FS) meeting. |
| 10/16/07 | P. Marks | 0.25 | Prepare for next negotiation team meeting. |
| 10/17/07 | P. Marks | 3.00 | Telephone conference with US and Grace negotiating teams; post-conference call; telephone conference with L. Duff and M. Obradovic; evaluate issues; telephone conference with J. Freeman; email to client team. |
| 10/19/07 | P. Marks | 0.25 | Respond to L. Duff inquiry re settlement explanation. |
| 10/23/07 | P. Marks | 1.50 | Prepare for and conduct telephone conference with negotiating US and Grace teams; post telephone conference evaluation re same. |
| 10/25/07 | P. Marks | 1.00 | Prepare for and conduct telephone conference with A. Lombardo re his employment, potential conflicts, and contractual issues; followup emails and contract review re same. |
| 10/29/07 | P. Marks | 1.00 | Revise consulting contract and communicate with A. Lombardo re same. |
| 10/31/07 | P. Marks | 1.25 | Prepare for and conduct telephone conference with DOJ and USACE; post-telephone conference discussion with client team; prepare followup email. |

              Total Hours :          19.00

              Total Fees :        $6,717.50

BEVERIDGE & DIAMOND, P.C.                            INVOICE #  119751
                                                    November 20, 2007
                                                    PAGE  3


Disbursements:

    Postage                                           11.30
    Long Distance Telephone                          287.64
    Duplicating                                       69.45
    Travel Expenses                                   38.95
    Air/Train Fare                                     7.00
    Client Meeting Meals                             366.85
    Information Service - VENDOR: LEXISNEXIS COURT    10.57
    LINK-Invoice #EA295567 dated 10/1/07 for data
    research service


                    Total Disbursements :                    $791.76




Time Summary:

                                    Hours       Billed        Bill
                                    Worked      Per Hour      Amount

    K. Bourdeau                      0.50      $550.00       $275.00
    P. Marks                        18.25      $350.00     $6,387.50
    S. Brull                         0.25      $220.00        $55.00


                        Total Fees :                      $6,717.50

                Total Disbursements :                       $791.76


                        TOTAL DUE :                       $7,509.26

# EXHIBIT B

## (General Regulatory/Compliance Issues)

38234v1  Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

. R. Grace & Co. - Conn                          November 20, 2007
ttn: Lydia B. Duff, Esq.                         Client/Matter #  01246-012100
500 Grace Drive                                  Invoice # 119752
olumbia, MD  21044                               Federal ID# 52-1247549

_____

or Legal Services Rendered Through 10/31/07 in Connection With:

LEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                             SUITE 700
                             1350 I STREET, N.W.
                             WASHINGTON, D.C. 20005-3311

eneral Regulatory/Compliance Issues

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| /19/07 | C. Lewis | 1.00 | Review correspondence from L. Duff and draft disclosure letter re intermediates issue; telephone conference with L. Duff re same; conference with S. Herman and further telephone conference and correspondence with L. Duff re Region III disclosure contact. |

                             Total Hours :          1.00

                             Total Fees :         $500.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  119752
November 20, 2007
PAGE   2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Lewis | 1.00 | $500.00 | $500.00 |

|  |  |
|---|---|
| **Total Fees :** | **$500.00** |
| **TOTAL DUE :** | **$500.00** |