# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

TWENTY-SEVENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2007 through December 31, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $8,670.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $142.43 |

This is a:    __XX__ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | Pending | Pending |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | Pending | Pending |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $550.00 | 4.50 | $2,475.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 17.70 | $6,195.00 |

Total Fees:        $8,670.00
Total Hours:        142.43
Blended Rate:      $371.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 22.20 | $8,670.00 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Long Distance Telephone | | $95.37 |
| Postage | | $5.66 |
| Duplicating | | $41.40 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

December 1, 2007 through December 31, 2007, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $8,670.00 and actual and necessary expenses

in the amount of $142.43 for a total allowance of $8,812.43, and payment of $6,936.00 (80% of

the allowed fees) and reimbursement of $142.43 (100% of the allowed expenses) be authorized

for a total payment of $7,078.43, and for such other and further relief as this Court may deem

just and proper.

Dated: April ___21___, 2008                    BEVERIDGE & DIAMOND, P.C.

                                               _Pamela D. Marks_
                                               Pamela D. Marks
                                               201 N. Charles Street, Suite 2210
                                               Baltimore, MD 21201
                                               Telephone: 410-230-1315
                                               Facsimile: 410-230-1389
                                               Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (FUSRAP) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 21 day of April, 2008.

Notary Public
My Commission Expires:   May 27, 2009

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

### FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 24, 2008
Client/Matter #  01246-011548
Invoice # 120846
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/07 | P. Marks | 1.00 | Address NRD and indirect cost pool issues; draft emails re same. |
| 12/05/07 | K. Bourdeau | 0.50 | Review P. Marks e-mails re Grace and U.S. positions on NRD liability; prepare and transmit e-mail re arguments re same. |
| 12/05/07 | P. Marks | 3.20 | Communication with K. Bourdeau re NRD language; prepare proposed language and provide to J. Freeman; telephone conference with J. Freeman re open issues, Corps approval and next steps; communication with client team re same; telephone conference with J. Freeman re proposed NRD language; review J. Freeman counter-proposal. |
| 12/06/07 | K. Bourdeau | 0.80 | Conference with P. Marks re approach to addressing NRD liability issues with the U.S. |
| 12/06/07 | P. Marks | 1.00 | Telephone conference with K. Bourdeau re NRD and settlement issues; prepare for telephone conference with J. Freeman. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 120846
January 24, 2008
PAGE  2

| 12/07/07 | K. Bourdeau | 1.00 | Review e-mail correspondence re "onsite" permit waiver issues; review revised NRD liability language; conference with P. Marks re same; prepare revised language re same. |
|----------|-------------|------|-----|
| 12/07/07 | P. Marks | 2.50 | Email exchanges with P. Bucens to evaluate an ARAR/permit exclusion issue; multiple communications with client team, K. Bourdeau, and J. Freeman to try to revolve NRD language. |
| 12/10/07 | K. Bourdeau | 1.00 | Review and prepare edits to/comments on text on SWMUs/AOCs #44, 45; communications with P. Marks re same. |
| 12/10/07 | P. Marks | 3.30 | Review FS draft; comments to client re same; communications re NRD language (settlement agreement) and Sledds Point related issues. |
| 12/11/07 | P. Marks | 0.50 | Communications with P. Bucens re FS issues; work on other related P. Bucens inquiries. |
| 12/12/07 | P. Marks | 1.00 | Prepare deed restriction on groundwater usage. |
| 12/13/07 | P. Marks | 1.00 | Review and evaluate RCRA materials re radiologic AOCs. |
| 12/14/07 | K. Bourdeau | 0.70 | Conference with L. Duff, P. Bucens, and P. Marks re draft text on SWMUs/AOCs #44, 45, NRD liability issues; review revised settlement agreement language re same. |
| 12/14/07 | P. Marks | 2.00 | Telephone conference with L. Duff and K. Bourdeau re settlement related issues and RCRA AOCs; prepare NRD language; provide same to J. Freeman and attempt to reach same. |
| 12/15/07 | K. Bourdeau | 0.20 | Review revised NRD language; prepare e-mail to P. Marks re same. |
| 12/18/07 | P. Marks | 1.00 | Telephone conference with L. Duff. M. Obradovic and P. Bucens re settlement related issues; telephone conference with J. Freeman re same; prepare update email to L. Duff. |
| 12/19/07 | K. Bourdeau | 0.30 | E-mail exchanges re NRD liability issues. |
| 12/20/07 | P. Marks | 0.20 | Followup with J. Freeman re requesting revised document; coordinate with K. Bourdeau re status. |
| 12/21/07 | P. Marks | 0.50 | Email to J. Freeman; followup and email to L. Duff. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  120846
January 24, 2008
PAGE  3

Total Hours :                 21.70

Total Fees :              $8,495.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  120846
January 24, 2008
PAGE   4

**Disbursements:**

| | |
|---|---|
| Long Distance Telephone | 95.37 |

**Total Disbursements :**          $95.37

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 4.50 | $550.00 | $2,475.00 |
| P. Marks | 17.20 | $350.00 | $6,020.00 |

| | |
|---|---|
| **Total Fees :** | $8,495.00 |
| **Total Disbursements :** | $95.37 |
| **TOTAL DUE :** | $8,590.37 |

# EXHIBIT B

## (Bankruptcy Fee Application)

41437v1  Baltimore 012629

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 24, 2008
Client/Matter #  01246-012629
Invoice # 120847
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**    **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 12/04/07 | P. Marks | 0.50 | Prepare fee applications. |

Total Hours :        0.50

Total Fees :        $175.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  120847
January 24, 2008
PAGE  2

**Disbursements:**

| | |
|---|---|
| Postage | 5.66 |
| Duplicating | 41.40 |

Total Disbursements :    **$47.06**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $350.00 | $175.00 |

Total Fees :    **$175.00**

Total Disbursements :    **$47.06**

TOTAL DUE :    **$222.06**