IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 13415 and 6/2/08 Agenda Item No. 1 |

**CONTINUATION ORDER REGARDING THE DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) ("EIGHTEENTH OMNIBUS OBJECTION") [DOCKET NO. 13415]**

1.   On November 21, 2006, the Court entered the Order granting part of the relief sought in Debtors' Eighteenth Omnibus Objection to Claims and continuing certain objections to December 18, 2006. [Docket No. 13726].

2.   The Debtors wish to continue the pending objections further.

NOW, THEREFORE, upon consideration of the Debtors' Eighteenth Omnibus Objection seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Objection to each Claim listed on <u>Exhibit A</u> to this Order is continued to the June 23, 2008 omnibus hearing; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any Claim listed on <u>Exhibit A</u> to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: ___6/2___, 2008

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

| Creditor Name / Address | Case Number | Case Name | Claim Number | Total Claim Dollars | Claim Class | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| NL INDUSTRIES INC<br>C/O JOHN N FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | Continued to the June 23, 2008 at 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | Continued to the June 23, 2008 at 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC<br>C/O JOHN N FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | Continued to the June 23, 2008 at 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC<br>C/O JOHN N FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN | (U) | UNLIQUIDATED, EXPUNGE | Continued to the June 23, 2008 at 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | UNLIQUIDATED, EXPUNGE | Continued to the June 23, 2008 at 1:00 p.m. Omnibus Hearing. |
| NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN | (U) | UNLIQUIDATED, EXPUNGE | Continued to the June 23, 2008 at 1:00 p.m. Omnibus Hearing. |