**Exhibit II**

**Fee Application for the period**

**January 1, 2008 through January 31, 2008**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co. <u>et al.</u>[1]; | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |

**Objection Deadline:**
March 25, 2008 at 4:00 p.m.
**Hearing date: To be scheduled only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Forty-Eighth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from January 1, 2008 through January 31, 2008 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $50,319.60, representing 80% of $62,899.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $174.14.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 25, 2008 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee, Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, to Bobbi Ruhlander, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: March 4, 2008
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

_Michael R. Lastowski_

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:     (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:        wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:        lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & Co., et al., ) | Case No.  01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors ) | |

**FORTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | January 1, 2007 through January 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $62,899.50): | $ 50,319.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 174.14 |
| Total Amount Due: | $ 50,493.74 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the October, November and December monthly fee statements is 17.1 hours and corresponding compensation requested is approximately $5,656.00.

This is the Forty-eighth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**FORTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008)**

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FORTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
<u>**(FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008)**</u>

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FORTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FORTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |

**FORTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FORTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| February 29, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |

**FORTY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008)**

**ATTACHMENT B**

1.  Summary of Fees by Professional
2.  Summary of Fees by Task Code
3.  Detailed Task Descriptions
4.  Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 1/1/08 through 1/31/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 8.30 | $5,395.00 |
| S. Cunningham | Member | $650 | 38.70 | $25,155.00 |
| J. Dolan | Consultant | $395 | 80.70 | $31,876.50 |
| N. Backer | Paraprofessional | $110 | 4.30 | $473.00 |
| **For the Period 1/1/08 through 1/31/08** | | | **132.00** | **$62,899.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 1/1/08 through 1/31/08

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared numerous detailed analyses regarding an acquisition including review of Debtors' presentation materials, financial information, and related agreements and prepared a report to the committee thereon. | 29.80 | $14,244.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, reviewed recovery scenarios under various assumptions and reviewed and discussed estimation trial summaries and materials. | 10.60 | $4,850.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including environmental issues, acquisitions, estimation trial, and settlements with counsel and Committee members. | 14.90 | $5,987.50 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant analyzed EPA multi-site motion, as well as analyzed counsel's memo and recommendation regarding the multi-site agreement. | 18.20 | $10,325.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the October, November and December Monthly Fee Statements. | 17.10 | $5,656.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding November monthly operating results. | 2.80 | $1,208.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant Read and analyzed motion filed on settlement tax issue. | 34.90 | $19,166.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in a discussions regarding acquisitions, LC's and tax settlements. | 3.70 | $1,461.50 |
| **For the Period 1/1/08 through 1/31/08** | | **132.00** | **$62,899.50** |

Capstone Advisory Group, LLC
Invoice for the January Fee Application

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 1/1/08 through 1/31/08

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 1/16/2008 | J. Dolan | 1.50 | Read and analyzed Project Fly motion. |
| 1/17/2008 | E. Ordway | 0.50 | Reviewed data related to a potential acquisition and list items to address. |
| 1/17/2008 | J. Dolan | 1.20 | Read and analyzed Project Fly financial exhibits. |
| 1/18/2008 | E. Ordway | 0.90 | Read project Fly motion and purchase agreement and listed items for investigation by staff. |
| 1/22/2008 | J. Dolan | 1.70 | Read and analyzed Project Fly motion and stock purchase agreement. |
| 1/22/2008 | J. Dolan | 0.50 | Developed and requested additional information regarding Project Fly. |
| 1/24/2008 | J. Dolan | 2.80 | Prepared report to the Committee on Project Fly acquisition. |
| 1/25/2008 | E. Ordway | 0.40 | Continued analysis of potential acquisition data. |
| 1/25/2008 | J. Dolan | 1.00 | Read and analyzed financial information received in connection with Project Fly acquisition. |
| 1/25/2008 | J. Dolan | 1.30 | Read and analyzed Project Fly distribution agreement. |
| 1/25/2008 | J. Dolan | 0.40 | Read and analyzed Debtors response to Capstone questions. |
| 1/25/2008 | J. Dolan | 0.80 | Read and analyzed Project Fly final motion. |
| 1/28/2008 | S. Cunningham | 4.20 | Read and analyzed information and motion regarding FLY acquisition. |
| 1/30/2008 | J. Dolan | 4.50 | Prepared report to the Committee on Project Fly acquisition. |
| 1/31/2008 | E. Ordway | 0.40 | Continued analysis of potential acquisition financial data. |
| 1/31/2008 | J. Dolan | 2.30 | Prepared report to the Committee including observations and recommendations by Capstone. |
| 1/31/2008 | J. Dolan | 2.10 | Prepared additional analyses regarding Project Fly investment. |
| 1/31/2008 | S. Cunningham | 3.30 | Discussed FYI acquisition with counsel. Read and analyzed memo to committee along with supporting analysis. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 29.80 | |
| 03. Claims Analysis & Valuation | | | |
| 1/3/2008 | J. Dolan | 2.30 | Read and analyzed Briefing on Asbestos insurance.  Read and analyzed coverage estimates.  Prepared memo to the files thereon. |
| 1/4/2008 | E. Ordway | 0.60 | Read and analyzed data related to asbestos insurance. |
| 1/11/2008 | E. Ordway | 0.40 | Read counsels' memo regarding settlement with Charleston, SC. |
| 1/15/2008 | J. Dolan | 1.80 | Prepared report regarding interest and fees in recovery analysis. |
| 1/18/2008 | J. Dolan | 2.50 | Read and analyzed demonstratives used by the Debtors and FCR in estimation trials. |
| 1/18/2008 | E. Ordway | 0.50 | Read and analyzed memo prepared by counsel regarding estimation hearing. |
| 1/25/2008 | E. Ordway | 0.40 | Read counsels' memo regarding retention of expert by future claimants' representative. |
| 1/29/2008 | E. Ordway | 0.70 | Analysis of letter of credits and treatment issues in POR. |
| 1/30/2008 | J. Dolan | 1.40 | Prepared interest memo regarding treatment of pre-petition and post-petition LC's. |
| Subtotal | | 10.60 | |
| 04. Creditor Committee Matters | | | |
| 1/2/2008 | J. Dolan | 1.20 | Read and analyzed City of Charleston motion regarding relief from automatic stay. |
| 1/2/2008 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 1/3/2008 | E. Ordway | 0.40 | Call with a bank claim holder to discuss case status. |
| 1/3/2008 | J. Dolan | 1.00 | Read and analyzed motion and exhibits regarding Charleston request for relief from stay. |
| 1/7/2008 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| 1/7/2008 | J. Dolan | 0.70 | Discussed case issues with counsel. |
| 1/8/2008 | J. Dolan | 0.60 | Discussed case issues with counsel. |
| 1/9/2008 | J. Dolan | 0.70 | Read and analyzed counsel's memo on South Carolina motion. |
| 1/10/2008 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/14/2008 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 1/15/2008 | J. Dolan | 0.50 | Read and analyzed recent docket submissions. |
| 1/18/2008 | J. Dolan | 1.50 | Read and analyzed counsel's memo on estimation trials. |
| 1/18/2008 | J. Dolan | 0.70 | Prepared for and participated in call with Committee regarding estimation trials. |
| 1/29/2008 | J. Dolan | 1.50 | Calculated City of Cambridge interest calculation per the motion.  Read and analyzed motion. |
| 1/29/2008 | J. Dolan | 1.30 | Participated in call with banker regarding LC fees and interest. |
| 1/30/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| Subtotal | | 14.90 | |

06. Environmental Mtrs/Regs/Litig.

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/2/2008 | S. Cunningham | 4.30 | Read and analyzed new EPA motion and supporting information received from Company |
| 1/2/2008 | J. Dolan | 1.10 | Read and analyzed recent motion regarding multi-site settlement agreement. |
| 1/3/2008 | J. Dolan | 2.40 | Reported to the Committee regarding the multi-site settlement agreement motion. |
| 1/4/2008 | S. Cunningham | 2.30 | Read and analyzed recommendation to committee re EPA settlement. |
| 1/7/2008 | J. Dolan | 0.60 | Discussed report on multi-site agreement and Capstone recommendation. |
| 1/7/2008 | J. Dolan | 1.80 | Read and analyzed counsel's memo and recommendation regarding the multi-site agreement. |
| 1/7/2008 | S. Cunningham | 4.40 | Read and analyzed EPA multi-site motion.  Read and analyzed information presented by company in support of motion. |
| 1/7/2008 | E. Ordway | 0.80 | Read and analyzed memo from counsel regarding EPA settlements. |
| 1/11/2008 | E. Ordway | 0.50 | Compared data in the Debtor's EPA reserve analysis to settlement information. |
| Subtotal | | 18.20 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/3/2008 | J. Dolan | 0.90 | Prepared November fee application. |
| 1/7/2008 | J. Dolan | 1.00 | Prepared fee application. |

Capstone Advisory Group, LLC
Invoice for the January 2008 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/14/2008 | J. Dolan | 1.50 | Prepared December fee application. |
| 1/14/2008 | J. Dolan | 1.10 | Prepared October fee application. |
| 1/14/2008 | J. Dolan | 0.70 | Prepared fee application. |
| 1/14/2008 | J. Dolan | 1.40 | Prepared November fee application. |
| 1/15/2008 | N. Backer | 0.70 | Prepared October fee statement. |
| 1/15/2008 | E. Ordway | 0.20 | Prepared fee application. |
| 1/15/2008 | N. Backer | 0.30 | Preparation of November fee statement. |
| 1/17/2008 | J. Dolan | 1.20 | Prepared December fee application. |
| 1/17/2008 | J. Dolan | 1.10 | Prepared November fee application. |
| 1/18/2008 | E. Ordway | 0.30 | Prepared fee application. |
| 1/21/2008 | N. Backer | 1.10 | Prepared November WRG fee statement. |
| 1/22/2008 | N. Backer | 0.80 | Prepared November fee application. |
| 1/22/2008 | J. Dolan | 1.00 | Prepared November fee application. |
| 1/22/2008 | J. Dolan | 0.30 | Prepared December fee application. |
| 1/23/2008 | N. Backer | 0.90 | Prepared December Fee application. |
| 1/28/2008 | N. Backer | 0.50 | Prepared final edits to October and November fee applications. |
| 1/29/2008 | J. Dolan | 1.50 | Prepared October and November fee applications. |
| 1/30/2008 | J. Dolan | 0.60 | Finalized October and November fee applications and had them filed. |
| Subtotal | | 17.10 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/4/2008 | J. Dolan | 2.40 | Read and analyzed November monthly operating statements. |
| 1/14/2008 | E. Ordway | 0.40 | Read and analyzed latest monthly operating report (November) and listed items for staff to investigate. |
| Subtotal | | 2.80 | |

19. Tax Issues

**Capstone Advisory Group, LLC**
**Invoice for the January 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/8/2008 | J. Dolan | 1.30 | Read and analyzed motion filed on Remedium tax issue. |
| 1/8/2008 | J. Dolan | 0.50 | Developed questions for Debtor regarding tax motion. |
| 1/10/2008 | J. Dolan | 0.80 | Prepared for and participated in call with tax counsel to discuss recent motion and upcoming call with Debtor. |
| 1/10/2008 | J. Dolan | 0.50 | Participated in internal discussion of tax issues related to recently filed motion. |
| 1/11/2008 | S. Cunningham | 4.00 | Read and analyzed the tax motion.  Prepared and reviewed analysis for discussion with counsel. |
| 1/11/2008 | J. Dolan | 0.60 | Participated in discussion with counsel and tax counsel regarding issues with tax motion and request for additional information. |
| 1/11/2008 | J. Dolan | 0.50 | Participated in internal discussion of tax motion issues. |
| 1/11/2008 | J. Dolan | 1.70 | Preparation of report to the committee regarding the tax motion. |
| 1/14/2008 | S. Cunningham | 4.20 | Read and analyzed information re: IRS tax settlement. |
| 1/15/2008 | J. Dolan | 4.50 | Prepared report to the Committee regarding the Remedium Closing Agreement with the IRS. |
| 1/15/2008 | E. Ordway | 0.90 | Read/edited report to the Committee regarding tax settlement. |
| 1/15/2008 | S. Cunningham | 2.10 | Read and analyzed information regarding tax settlement - NOL , foreign tax credit. |
| 1/18/2008 | S. Cunningham | 3.20 | Finalized analysis of IRS settlement. |
| 1/22/2008 | J. Dolan | 0.40 | Requested additional information regarding Remedium tax motion. |
| 1/23/2008 | S. Cunningham | 1.40 | Read and analyzed draft report and analysis regarding IRS. |
| 1/24/2008 | S. Cunningham | 2.20 | Reviewed report and analysis (IRS). |
| 1/28/2008 | J. Dolan | 0.50 | Participated in internal discussion regarding Remedium tax report to the Committee. |
| 1/28/2008 | S. Cunningham | 3.10 | Read and analyzed IRS tax settlement and drafted report to Committee. |
| 1/29/2008 | J. Dolan | 1.60 | Prepared report to the Committee on Remedium Closing Agreement with the IRS. |
| 1/30/2008 | J. Dolan | 0.90 | Revised report to the Committee on Remedium tax motion. |
| Subtotal | | 34.90 | |

**Capstone Advisory Group, LLC**
**Invoice for the January 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 26. Meetings with Debtors/Advisors | | | |
| 1/3/2008 | J. Dolan | 1.20 | Discussed Charleston motion with Blackstone and the Debtor. Summarized information in a memo to counsel. |
| 1/11/2008 | J. Dolan | 0.70 | Prepared for and participated in call with Debtors to discuss tax motion. |
| 1/15/2008 | J. Dolan | 0.40 | Discussed the Remedium tax motion with Debtors' Tax Counsel. |
| 1/17/2008 | J. Dolan | 0.90 | Prepared for and participated in call with Debtors regarding acquisition Project Fly. |
| 1/30/2008 | J. Dolan | 0.50 | Discussed with Blackstone regarding LC interest and fees and Debtors accounting for them. |
| Subtotal | | 3.70 | |
| **Total Hours** | | **132.00** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 1/1/08 through 1/31/08

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Copies** | | | |
| 1/15/2008 | Capstone Expense | Jan. copies, 12 @ .10 ea. | $1.20 |
| Subtotal - Copies | | | $1.20 |
| **Research** | | | |
| 1/15/2008 | Capstone Expense | Pacer research service | $3.20 |
| Subtotal - Research | | | $3.20 |
| **Scans** | | | |
| 1/15/2008 | Capstone Expense | Jan. scans, 12 @ 1.00 ea. | $12.00 |
| Subtotal - Scans | | | $12.00 |
| **Telecom** | | | |
| 1/30/2008 | Capstone Expense | Jan. Telecom Saddle Brook office | $157.74 |
| Subtotal - Telecom | | | $157.74 |
| For the Period 1/1/08 through 1/31/08 | | | $174.14 |