## EXHIBIT A

### Case Administration (6.30 Hours; $ 2,919.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.90 | $840 | 1,596.00 |
| Trevor W. Swett | .30 | $660 | 198.00 |
| Rita C. Tobin | .60 | $530 | 318.00 |
| Erroll G. Butts | 3.00 | $235 | 705.00 |
| Andrew D. Katznelson | .50 | $205 | 102.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/08 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
| 04/01/08 | EGB | 235.00 | 3.00 | Assist David Smith with collecting and review documents for trial. |
| 04/07/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 04/07/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 04/10/08 | TWS | 660.00 | 0.10 | E-mail from L. Leclair and response |
| 04/11/08 | PVL | 840.00 | 0.30 | Review 6 miscellaneous filings (.1); review agenda and email NDF et al (.2). |
| 04/14/08 | PVL | 840.00 | 0.20 | Review email (.1); review UST obj re mediator (.1). |
| 04/14/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 04/14/08 | ADK | 205.00 | 0.50 | Review, classify and annotate relevant material from Committee meeting for EI. |
| 04/16/08 | PVL | 840.00 | 0.10 | Review agenda notices. |
| 04/17/08 | PVL | 840.00 | 0.10 | Review 12 miscellaneous filings. |
| 04/18/08 | PVL | 840.00 | 0.20 | Review 3 miscellaneous filings (.1); prep for hearing (.1). |
| 04/21/08 | PVL | 840.00 | 0.10 | Review 12 miscellaneous filings. |
| 04/21/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |

{D0112650.1 }

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 04/22/08 | PVL | 840.00 | 0.20 | Review 7 miscellaneous filings (.1); review Hurford memo re hearing and reply (.1). |
| 04/23/08 | PVL | 840.00 | 0.20 | Review Hurford memo and email comments. |
| 04/23/08 | TWS | 660.00 | 0.20 | Read status memorandum. |
| 04/24/08 | PVL | 840.00 | 0.10 | Review Sinclair memo. |
| 04/29/08 | PVL | 840.00 | 0.20 | Review 5 miscellaneous filings (.1); review email (.1). |

**Total Task Code .04      6.30**


**Claim Analysis Objection & Resolution (Asbestos) (8.10 Hours; $ 6,804.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 8.10 | $840 | 6,804.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/08 | PVL | 840.00 | 0.50 | Review email (.1); review Grace memo re DOJ Libby settlement (.4). |
| 04/02/08 | PVL | 840.00 | 0.50 | Review revised draft witness statement and reply (.3); review email (.1); confer NDF (.1). |
| 04/03/08 | PVL | 840.00 | 0.50 | Confer JAL re DOJ settlement (.3); review email (.1); review AKO draft re MIL re ins evid. (.1). |
| 04/06/08 | PVL | 840.00 | 0.10 | Review FCR opposition to MIL re Shapo. |
| 04/08/08 | PVL | 840.00 | 0.10 | Review ZAI lift stay motion. |
| 04/09/08 | PVL | 840.00 | 0.20 | Review Montana stay motion. |
| 04/10/08 | PVL | 840.00 | 0.30 | Review email (.2); review Canada objs to ZAI motions (.1). |
| 04/11/08 | PVL | 840.00 | 1.20 | Review PD committee opposition to ZAI bar date (.2); review Grace opposition re ZAI expert (.1); review Grace opposition re Rule 54(b) cert (.1); |

{D0112650.1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| | | | | review Grace opposition re ZAI class cert (.4); review ZAI opposition to bar date (.4). |
| 04/14/08 | PVL | 840.00 | 1.10 | Review Canada obj to ZAI lift stay (.1); review opinion re BNSF inj (.6); review email (.1); review Mian Realty lift stay (.1); review Libby cls stay opposition (.1); review Grace motion to appeal (.1). |
| 04/16/08 | PVL | 840.00 | 0.60 | Review Canadian ZAI claimants bar date and Rule 54(b) objections and lift stay motion (.5); review Libby cls. motion to reschedule (.1). |
| 04/17/08 | PVL | 840.00 | 0.40 | Review miscellaneous email (.2); review revised EPA multi-site order and agreement (.2). |
| 04/21/08 | PVL | 840.00 | 0.20 | Review email (.1); review US joinder in motion re Libby/EPA settlement (.1). |
| 04/22/08 | PVL | 840.00 | 2.00 | Confer Baena (.1); confer Hurford (.1); review stay order re Montana (.1); teleconference EI (.5); teleconference Cohen (1.2). |
| 04/25/08 | PVL | 840.00 | 0.40 | Review Libby cls. motion to appeal BNSF order. |

**Total Task Code .05      8.10**


**Claim Analysis Objection & Resolution (Non-Asbestos) (.60 Hours; $ 297.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | .60 | $495 | 297.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/03/08 | JAL | 495.00 | 0.40 | Meeting w/PVNL re: proposed Libby environmental settlement. |
| 04/14/08 | JAL | 495.00 | 0.20 | Telephone call and drafted e-mail to M. Hurford regarding proposed environmental settlement. |

**Total Task Code .06      .60**

{D0112650.1 }

**Committee, Creditors', Noteholders' or Equity Holders' (1.00 Hours; $ 920.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.00 | $920 | 920.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/04/08 | EI | 920.00 | 1.00 | Committee call (1.0). |

**Total Task Code .07        1.00**


**Fee Applications, Applicant (4.50 Hours; $ 1,572.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $530 | 1,060.00 |
| Andrew D. Katznelson | 2.50 | $205 | 512.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/08/08 | RCT | 530.00 | 1.00 | Review prebills (1.0) |
| 04/14/08 | RCT | 530.00 | 1.00 | Review prebills, review exhibits (1.0) |
| 04/14/08 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 04/22/08 | ADK | 205.00 | 1.00 | Worked on fee application. |
| 04/23/08 | ADK | 205.00 | 0.50 | Worked on fee application. |
| 04/28/08 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |

**Total Task Code .12        4.50**


**Hearings (36.80 Hours; $ 23,958.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0112650.1 }

| | | | |
|---|---|---|---|
| Elihu Inselbuch | 15.90 | $920 | 14,628.00 |
| Peter Van N. Lockwood | 4.50 | $840 | 3,780.00 |
| James P. Wehner | 8.40 | $475 | 3,990.00 |
| Marissa A. Fanone | 8.00 | $195 | 1,560.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/08 | EI | 920.00 | 10.50 | Trial (7.5); conferences in Pittsburgh re: schedule (2.0); conferences with NDF/WBS in car en route to DC (1.0). |
| 04/01/08 | JPW | 475.00 | 8.40 | Trial preparation - direct testimony (5.9); telephone conference with WBS re transcript (.2); e-mail re transcript (.2); review trial proceedings (1.0); e-mails re trial issues (1.1) |
| 04/01/08 | MAF | 195.00 | 8.00 | Attend Estimation Hearing. |
| 04/02/08 | EI | 920.00 | 0.20 | Conf. NDF re: trial status. |
| 04/04/08 | EI | 920.00 | 0.20 | T/c NDF re: hearing plan. |
| 04/06/08 | EI | 920.00 | 1.00 | Conference in Pittsburgh with Bernick, Frankel and NDF to plan hearing (1.0). |
| 04/07/08 | EI | 920.00 | 2.00 | In court (2.0). |
| 04/08/08 | EI | 920.00 | 2.00 | Cleaning up files on estimation (2.0). |
| 04/21/08 | PVL | 840.00 | 2.60 | Attend omni hearing (1.8); prep for same (.6); confer Hurford re hearing (.2). |
| 04/22/08 | PVL | 840.00 | 1.90 | Attend hearing. |

**Total Task Code .15      36.80**


**Litigation and Litigation Consulting (457.90 Hours; $ 204,751.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Walter B. Slocombe | 29.60 | $720 | 21,312.00 |
| Bernard S. Bailor | 34.60 | $630 | 21,798.00 |
| Nathan D. Finch | 129.30 | $610 | 78,873.00 |
| Jeffrey A. Liesemer | 1.20 | $495 | 594.00 |
| James P. Wehner | 58.00 | $475 | 27,550.00 |

{D0112650.1 }

| | | | | |
|---|---|---|---|---|
| Adam L. Vangrack | | 75.70 | $320 | 24,224.00 |
| Jeanna M. Rickards | | 32.90 | $270 | 8,883.00 |
| Todd E. Phillips | | 4.80 | $255 | 1,224.00 |
| David B. Smith | | 59.80 | $235 | 14,053.00 |
| Sarah Z. Emamjomeh | | 8.50 | $195 | 1,657.50 |
| Marissa A. Fanone | | 23.50 | $195 | 4,582.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/08 | BSB | 630.00 | 8.50 | Trial (8.5). |
| 04/01/08 | WBS | 720.00 | 8.30 | Prepare for Snyder/Kraus argument (1.8); court for Brody cross, re-direct (2.1); court for scheduling debate (0.5); argument on Snyder motion in limine (argued); support for Kraus motion in limine argument (2.2); meeting with EI, NDF, FCR counsel re witness order (1.2); conferences with NDF, EI re forthcoming trial issues and motion in limine responses, e-mail instruction to JMR re motion in limine response (0.5). |
| 04/01/08 | NDF | 610.00 | 13.10 | Estimation trial (7.5); trial planning with EI and FCR team (1.5); draft proposed witness order (0.8); emails to experts re availability (0.5); confer with WBS and EI re case issues (1.5); telephone conference with Ramsey re Kraus (0.5); telephone conference with Snyder (0.3); emails to Peterson (0.5). |
| 04/01/08 | DBS | 235.00 | 11.00 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (.8); attend Estimation Hearing (7.8); clean-up war room and organize trial materials for transport (1.9); compile documents for attorney use in drafting brief (.5). |
| 04/01/08 | ALV | 320.00 | 11.20 | Prepare for estimation trial (2.9); meet with EI, NDF, WBS and counsel for FCR re strategy (1.2); attend estimation trial (7.1). |
| 04/01/08 | JMR | 270.00 | 3.10 | Research for bench memorandum and prepare memorandum |
| 04/02/08 | BSB | 630.00 | 8.00 | Work on exam outline (2.8); work on trial motions and responses (1.7) witness report (3.5) |
| 04/02/08 | WBS | 720.00 | 1.50 | Work on motion in limine (insurer communications) response (0.5); e-mail re outlier issue (0.2); review Welch slide and e-mail to NDF re same (0.8). |

{D0112650.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/02/08 | NDF | 610.00 | 14.90 | Estimation trial prep (13.5); confer with EI re case issues (0.5); edit witness disclosure document (0.9). |
| 04/02/08 | DBS | 235.00 | 6.40 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (4.2); compile documents for attorney use in drafting brief (2.2). |
| 04/02/08 | ALV | 320.00 | 14.80 | Preparation for estimation trial (3.3); edit and draft response to Grace's motion in limine (5.8); research regarding response to Grace's motion in limine (5.7). |
| 04/02/08 | JPW | 475.00 | 7.90 | Meet with NDF re direct outline (.3); revise direct outline (4.4); review potential exhibits (1.3); e-mails re trial logistics (1.0); review trial plan (.9) |
| 04/02/08 | JMR | 270.00 | 10.60 | Research for response to motion in limine (4.2); prepare insert for response to motion in limine (6.4). |
| 04/02/08 | MAF | 195.00 | 3.50 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 04/03/08 | BSB | 630.00 | 8.70 | Witness prep - Welch - mtg NDF and JPW (3.6); transcript review (3.9); trial motion (1.2) |
| 04/03/08 | WBS | 720.00 | 8.40 | Work on insurer communications response, including research, review drafts, conferences with ALV, JMR (4.7); review RH input, check facts with NDF, BSB (3.7). |
| 04/03/08 | NDF | 610.00 | 14.90 | Trial prep - work with Dr. Welch (3.5); trial prep - review exhibits and Grace objections to same (3.5); telephone conference with Bernick re witness order (0.6); telephone conference with Bernick re insurance issue (0.4); telephone conference with Frankel re case issue (0.3); trial prep - Peterson direct and slides (3.8); research for response to insurance brief (0.7); confer with WBS re same (0.3); revise and edit insurance brief (1.8). |
| 04/03/08 | DBS | 235.00 | 8.40 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (3.6); compile documents for attorney use in drafting brief (1.3); draft index of exhibits to offer into evidence at Estimation Hearing and research debtor's objections to those exhibits (3.5). |
| 04/03/08 | JAL | 495.00 | 0.10 | Telephone call w/WBS re: estimation trial issues. |

{D0112650.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/03/08 | ALV | 320.00 | 11.90 | Preparation for estimation trial (2.7); edit and draft response to Grace's motion in limine (4.5); research regarding response to Grace's motion in limine (4.7). |
| 04/03/08 | JPW | 475.00 | 8.70 | Meet with L. Welch re trial testimony (3.0); revise witness outlines (2.5); e-mails re trial preparation (.6); revise demonstratives (.4); witness preparation (2.2) |
| 04/03/08 | JMR | 270.00 | 10.40 | Research relevant for response to motion to compel (6.1); continue to prepare response to motion to compel (4.3). |
| 04/03/08 | MAF | 195.00 | 7.50 | Compile, review and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 04/03/08 | TEP | 255.00 | 4.80 | Legal research re evidentiary issue. |
| 04/04/08 | BSB | 630.00 | 7.60 | Review motions - email re disclosure to govt (1.7); transcript review (5.9) |
| 04/04/08 | WBS | 720.00 | 7.90 | Research and revisions of response on insurance documents motion in limine (3.8); telephone conferences with NDF, JMR, ALV re brief (1.2); coordinate re schedule for 4/6/08 with JPW (0.3); continue work on motion in limine brief (2.6). |
| 04/04/08 | NDF | 610.00 | 11.70 | Read FCR response to Schapo MIL (0.5); trial prep - draft Welch direct outline and slides (5.5); trial prep - Peterson materials (1.2); trial prep - Peterson outline (0.6); emails to experts re logistics (0.5); trial prep - select trial exhibits re Grace settlement criteria and estimation methodology (1.3); telephone conference with Grace ACC re approval of term sheet (1.0); review and revise insurance MIL response (0.8); telephone conference with EI re logistics (0.3). |
| 04/04/08 | DBS | 235.00 | 10.20 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (4.7); draft index of exhibits to offer into evidence at Estimation Hearing and research debtor's objections to those exhibits (.5); cite check and prepare exhibits for response to motion in limine (5.0). |
| 04/04/08 | ALV | 320.00 | 13.70 | Preparation for estimation trial (focus on witness testimony and cross-examination) (2.6); edit and draft response to Grace's motion in limine (8.8); research regarding response to Grace's motion in limine (2.3). |

{D0112650.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/04/08 | JPW | 475.00 | 10.10 | Telephone conference with K. Garza re trial preparation (.3); prepare trial outlines (5.7); revise demonstratives (2.3); meet with NDF re trial schedule (.4); e-mails re trial preparation (.9); telephone conference with WBS re logistics (.2); meet with BSB re trial preparation (.3) |
| 04/04/08 | JMR | 270.00 | 7.40 | Review and revise brief (4.4); continue to prepare inserts for brief (3.0). |
| 04/04/08 | SZE | 195.00 | 0.50 | Hand deliver package to client for N. Finch. |
| 04/04/08 | SZE | 195.00 | 4.00 | Copy text at the Library of Congress for B. Bailor. |
| 04/04/08 | MAF | 195.00 | 9.50 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (7); assemble exhibits for Motion in Limine Insurance Response (2.5). |
| 04/05/08 | WBS | 720.00 | 2.50 | Final review and revision of motion in limine brief (1.3); conference with NDF re plans for Hays, Longo and work on outline, charts for Hays (1.2). |
| 04/05/08 | NDF | 610.00 | 6.10 | Review and respond to Cooney's questions re Libby issues (0.9); telephone conference with Cooney re Libby issues (0.4); edit response to MIL insurance brief (0.8); serve MIL insurance brief on Bernick (0.1); telephone conference with Peterson re estimation issues (0.3); telephone conference with EI re case issue (0.1); emails to FCR counsel re Roggli (0.2); trial prep - Peterson slides review (1.5); trial prep - medical articles - Welch (1.8). |
| 04/05/08 | DBS | 235.00 | 4.50 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (3.6); compile deposition transcripts and exhibits for attorney review (.5); assist with filing of response to motion in limine (.4). |
| 04/05/08 | ALV | 320.00 | 8.90 | Preparation for estimation trial (focus on witness testimony and cross-examination) (1.8); edit and file response to Grace's motion in limine (7.1). |
| 04/05/08 | SZE | 195.00 | 4.00 | Copy text at the Library of Congress, quality check, scan and assemble pdf package for attorney review for B. Bailor. |
| 04/06/08 | WBS | 720.00 | 1.00 | Hays preparation. |

{D0112650.1}

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/06/08 | NDF | 610.00 | 3.10 | Review medical articles to prepare for Welch and Libby issues (1.5); telephone conference with Peterson re slides and Libby (0.6); confer with Bernick, EI and Frankel re settlement (0.5); emails to experts re logistics (0.5). |
| 04/06/08 | DBS | 235.00 | 1.00 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing. |
| 04/06/08 | ALV | 320.00 | 3.40 | Preparation for estimation trial (focus on witness testimony and cross-examination). |
| 04/06/08 | JMR | 270.00 | 1.40 | Prepare motion in limine |
| 04/07/08 | NDF | 610.00 | 2.00 | Estimation hearing, announce settlement and attend conference with Court (1.7); emails to C&D personnel and experts re settlement (0.3). |
| 04/07/08 | DBS | 235.00 | 5.70 | Compile, review, and prepare potential exhibits and other documents for use at Estimation Hearing (.5); attend Estimation Hearing (1.7); clean-up war room and organize trial materials for transport (3.5). |
| 04/07/08 | ALV | 320.00 | 7.80 | Tasks related to Grace Estimation Settlement and removal of War Room in Pittsburgh (3.4); organize files (2.8); conversations and meet with experts for the ACC regarding settlement and administrative issues (0.8); attend Conference Call regarding Grace Estimation Settlement (0.8). |
| 04/07/08 | JPW | 475.00 | 2.70 | Estimation hearing (1.0); telephone conference re settlement disclosure (.8); e-mails re estimation issues (.4); meet with WBS re estimation issues (.2); meet with BSB re estimation issues (.3) |
| 04/07/08 | MAF | 195.00 | 3.00 | Compile and prepare deposition transcripts and exhibits for attorney review. |
| 04/08/08 | BSB | 630.00 | 1.80 | Clean up files |
| 04/08/08 | NDF | 610.00 | 4.50 | Respond to correspondence re settlement (0.5); review Whitehouse materials re Libby issues (4.0). |
| 04/08/08 | DBS | 235.00 | 4.10 | Review and analyze case materials for inclusion in electronic database. |

{D0112650.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/08/08 | ALV | 320.00 | 3.70 | Review of relevant materials and tasks related to Grace Estimation Settlement (1.9); organize files (1.8). |
| 04/09/08 | NDF | 610.00 | 7.10 | Review Whitehouse deposition and reports and other materials re Libby issues (3.8); review TDP issues (0.5); memo to Cooney re Libby issues (0.8); review Peterson materials re claim filings and payment percent (1.0); dinner meeting with Cooney re Libby issues (1.0). |
| 04/09/08 | DBS | 235.00 | 3.50 | Review and analyze case materials for inclusion in electronic database. |
| 04/09/08 | ALV | 320.00 | 0.30 | Organize files. |
| 04/09/08 | JPW | 475.00 | 0.30 | Telephone conference with W. Cleveland re status |
| 04/10/08 | NDF | 610.00 | 9.20 | Meet with Cooney and Libby lawyers re Libby TDP issues (4.5); meet with Cooney re same (0.9); telephone conference with EI re same (0.3); telephone conference with Dr. Welch re Whitehouse theories (0.6); review Roggli department report (1.0); review Libby term sheet and various materials (1.0); review Horkovich memo re insurance issues (0.9). |
| 04/10/08 | DBS | 235.00 | 0.60 | Compile expert reports, reliance materials and deposition transcripts and exhibits for expert review. |
| 04/11/08 | NDF | 610.00 | 9.00 | Memo to FCR re Roggli deposition (0.5); draft memo to EI and PVNL re Libby issues (1.0); review TDP re same (0.5); estimation case analysis and materials review for potential future use (1.5); review and response to email correspondence re case issues (1.0); review and analyze materials in email files for possible use in later Grace proceedings (4.5). |
| 04/11/08 | DBS | 235.00 | 3.20 | Compile expert reports, reliance materials, and deposition transcripts and exhibits for expert review (2.8); compile expert deposition in similar case for attorney review (.4). |
| 04/11/08 | JPW | 475.00 | 2.70 | Telephone conference with EI re liability issue x2 (.3); telephone conference with J. Cooney re liability issue (.2); telephone conference with K. Byrne re liability issue (.2); research liability issue (2.0) |

{D0112650.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 04/14/08 | NDF | 610.00 | 6.00 | Review and analyze trial materials in estimation case for possible use in later proceedings (4.5); prepare for meeting with Horkovich re insurance (1.5). |
| 04/14/08 | JPW | 475.00 | 4.10 | Research MT law issues (3.7); e-mails re protective order (.4) |
| 04/15/08 | NDF | 610.00 | 3.90 | Meet with Horkovich, PVNL, EI re insurance issues (2.9); confer with PVNL re insurance and UNR issues (1.0). |
| 04/15/08 | DBS | 235.00 | 0.20 | Compile trial and deposition testimony of expert for expert review. |
| 04/15/08 | JAL | 495.00 | 1.10 | Review and analysis of Court's decision upholding expansion of preliminary injunction to protect BSNF. |
| 04/15/08 | JPW | 475.00 | 5.30 | Research limitations issue and draft memorandum |
| 04/16/08 | NDF | 610.00 | 5.10 | Review historical materials re judgments/verdicts for use in Libby TDP (1.3); review Libby materials re medical issues and Dr. Whitehouse (1.2); meet with PVNL, ACM, EI re Libby issues (2.1); review and respond to email re case issues (0.5). |
| 04/16/08 | JPW | 475.00 | 3.90 | Research limitations issues; revise memorandum |
| 04/17/08 | NDF | 610.00 | 3.30 | Telephone conference with Welch re TDP issues (0.7); confer with ACM re same (0.2); review email correspondence re Libby issues and case issues (0.5); telephone conference with Grace claimant re inquiry about plan status (0.5); telephone conference with Cohn re Libby insurance issue (0.1); review estimation trial materials for possible use in insurance coverage cases (1.3). |
| 04/17/08 | JPW | 475.00 | 0.20 | Telephone conference with ACM re claim issues |
| 04/18/08 | DBS | 235.00 | 1.00 | Review vendor's invoices for services rendered during Estimation Hearing. |
| 04/21/08 | NDF | 610.00 | 3.00 | Telephone conference with Drs. Welch and Levin re Libby medical issues (0.7); dictate memo to EI re Libby medical issues (0.3); review medical literature re Libby medical issues (2.0). |
| 04/22/08 | NDF | 610.00 | 0.90 | Review and respond to emails re case issues. |
| 04/22/08 | JPW | 475.00 | 3.40 | MT law research |

{D0112650.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 04/24/08 | NDF | 610.00 | 3.70 | Review Peterson report and draft memo to Heberling re Peterson estimates (2.5); emails to D. Cohn re Libby issues (0.4); draft memo to EI re Libby issue (0.3); telephone conference with Peterson re graphics for confirmation hearing (0.5). |
| 04/24/08 | JPW | 475.00 | 5.50 | Research Montana law issues (3.0); draft memorandum on Montana law issues (2.5) |
| 04/25/08 | NDF | 610.00 | 2.50 | Review Cohn email (0.2); memo to EI re same (0.5); review Libby medical literature and other studies re progressivity of pleural disease (1.8). |
| 04/28/08 | NDF | 610.00 | 2.60 | Telephone conference with Dr. Welch re disabling pleural disease category (0.7); review and revise same (0.3); review materials re Libby wrongful death issues and law of other states (0.8); emails to EI et al. re Libby issues (0.5); review and edit EI email to Cohn (0.3). |
| 04/28/08 | JPW | 475.00 | 3.20 | Research and revise memorandum on MT issue (2.7); emails regarding same (0.5) |
| 04/29/08 | NDF | 610.00 | 1.90 | Work on Libby issues - emails to EI re same (0.5); review materials sent by Peterson re same (0.6); review releases sent by Milch (0.3); review files for potential future use in later hearings in the case (0.5). |
| 04/30/08 | NDF | 610.00 | 0.80 | Review Heberling letter and email to EI re same (0.5); telephone conference with EI re response to letter (0.3). |

**Total Task Code.16        457.90**


**Plan & Disclosure Statement (81.30 Hours; $ 66,840.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Elihu Inselbuch | 43.80 | $920 | 40,296.00 |
| Peter Van N. Lockwood | 18.70 | $840 | 15,708.00 |
| Ann C. McMillan | 18.00 | $580 | 10,440.00 |
| Jeffrey A. Liesemer | .80 | $495 | 396.00 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

{D0112650.1 }

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/08 | PVL | 840.00 | 1.00 | Review Orrick memo re POR (.7); teleconference EI (.3). |
| 04/01/08 | EI | 920.00 | 0.20 | T/c PVNL re: interest memo (.2). |
| 04/02/08 | PVL | 840.00 | 0.10 | Teleconference EI. |
| 04/02/08 | EI | 920.00 | 8.50 | Settlement conference in DC at Kirkland & Ellis (7.5); reviewing and revising term sheet on train (1.0). |
| 04/03/08 | PVL | 840.00 | 0.30 | Teleconference EI (.2); review EI memo and term sheet (.1). |
| 04/03/08 | EI | 920.00 | 6.00 | Many t/cs Bernick, Shelnitz, Frankel, Horkovich, Sinclair, Cooney, Rice re: term sheet, revisions to same and memo to Committee (6.0). |
| 04/04/08 | PVL | 840.00 | 0.20 | Teleconference EI (.1); review EI memo and revised term sheet (.1). |
| 04/04/08 | EI | 920.00 | 1.70 | Many t/cs Frankel, Bernick re: term sheet (1.0); t/c PVNL re: term sheets (.2); memo to Committee (.5), |
| 04/05/08 | EI | 920.00 | 0.70 | T/cs Frankel, review of final term sheet and press release. |
| 04/06/08 | PVL | 840.00 | 0.10 | Review AKO memo re Grace ins. exclusions. |
| 04/07/08 | PVL | 840.00 | 0.10 | Teleconference EI. |
| 04/07/08 | EI | 920.00 | 0.60 | T/c Peg Brickley of Dow Jones wire (.5); memo Cooney re: Libby (.1). |
| 04/08/08 | PVL | 840.00 | 0.20 | Review email, press release and term sheet. |
| 04/08/08 | EI | 920.00 | 2.70 | Reviewing press reports and speaking to press (1.0); t/c Credit-Suisse Any Rebak interest in purchasing payment stream (.5); t/c Cooney re: Libby issues (.5); memo to Committee re: term sheet and press release (.5); minutes of Committee meeting (.2). |
| 04/08/08 | ACM | 580.00 | 2.30 | Exchange e-mails with M. Peterson re TDP; review TDP for updates required by settlement; review settlement terms; review Trust Agreement for necessary updates. |

{D0112650.1 }

| | | | | |
|---|---|---|---|---|
| 04/09/08 | EI | 920.00 | 1.50 | Overdue draft minutes issues with Hurford (.5); meeting schedules (.5); Rebak of Credit-Suisse re: purchase of payment stream (.2); t/c Cooney re: Libby meeting (.2); NDF re: his schedule (.1). |
| 04/09/08 | ACM | 580.00 | 0.80 | Teleconference M. Hurford re Committee minutes; review same. |
| 04/10/08 | PVL | 840.00 | 0.30 | Review email. |
| 04/10/08 | EI | 920.00 | 0.60 | T/c Cooney/NDF re: Libby meeting (.5); memos re: motions (.1). |
| 04/11/08 | PVL | 840.00 | 1.00 | Review email and reply re POR and mtg re same (.6); teleconference EI (.2); teleconference NDF (.1); teleconference Wyron (.1). |
| 04/11/08 | EI | 920.00 | 0.20 | T/c JPW re: research assignment (.2). |
| 04/14/08 | PVL | 840.00 | 1.60 | Review draft Horkovich letter (.1); teleconference EI (.5); prep for meeting (.9); review email (.1). |
| 04/14/08 | EI | 920.00 | 0.70 | T/c Sinclair re: status (.2); meeting scheduling (.1); t/c Peterson re: TDP issues (.1); memo Frankel re: press issues (.1); t/c PVNL re: outstanding issues (.2). |
| 04/15/08 | PVL | 840.00 | 4.50 | Conferences NDF (1.3); confer Horkovich, Chung, EI, NDF et al (3.2). |
| 04/15/08 | EI | 920.00 | 4.60 | Conf. re: insurance with PVNL, NDF, Horkovich + 2 (3.0); memo Frankel re: Wall Street Journal (.1); prep for meeting (1.5). |
| 04/15/08 | ACM | 580.00 | 1.40 | Prepare ADR procedures; review Libby materials. |
| 04/16/08 | PVL | 840.00 | 6.60 | Confer EI (.2); confer Freedman, Bernick, Baer, Boll, Frankel, Wyron, EI et al (4.1); confer EI, NDF and ACM re TDP (2.3). |
| 04/16/08 | EI | 920.00 | 7.10 | Prep for meeting (1.0); meeting at Kirkland & Ellis with PVNL and plan proponents (4.0); meeting PVNL, NDF, ACM with Peterson on phone re: TDP issues (2.0); memo to Committee re: Wall Street Journal (.1). |
| 04/16/08 | ACM | 580.00 | 9.20 | Travel to NY and prepare for meeting re Grace/Libby issues (4.1); meeting with EI, PVNL, |

{D0112650.1 }

|          |     |        |      |                                                                                                                                                              |
|----------|-----|--------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |        |      | NDF re Libby issues (2.1); travel to DC reviewing meeting materials re Libby (3.0).                                                                          |
| 04/17/08 | PVL | 840.00 | 0.30 | Review email and docs re POR.                                                                                                                                |
| 04/17/08 | ACM | 580.00 | 1.20 | Teleconference NDF, L. Welch re Libby/TDP disease category; conference NDF re Libby issues; send e-mail to L. Welch re TDP; teleconference J. Wehner re Libby issues. |
| 04/18/08 | PVL | 840.00 | 0.60 | Teleconference EI (.4); review email re POR (.1); teleconference Wyron (.1).                                                                                 |
| 04/21/08 | EI  | 920.00 | 0.50 | Conf. NDF re: TDP issues.                                                                                                                                    |
| 04/21/08 | ACM | 580.00 | 0.60 | Exchange e-mails with various Committee members re state wrongful death statutes.                                                                            |
| 04/22/08 | EI  | 920.00 | 0.50 | T/c PVNL re: court hearing.                                                                                                                                  |
| 04/23/08 | PVL | 840.00 | 0.20 | Review EI memo (.1); review Cohen email to Horkovich (.1).                                                                                                   |
| 04/23/08 | EI  | 920.00 | 0.70 | Report to Committee.                                                                                                                                         |
| 04/23/08 | JAL | 495.00 | 0.20 | Reviewed memo from EI regarding plan and disclosure statement issues.                                                                                        |
| 04/23/08 | JAL | 495.00 | 0.20 | Office conference with TWS regarding plan of reorganization and disclosure statement.                                                                        |
| 04/24/08 | PVL | 840.00 | 0.30 | Review NDF memo re TDP (.1); confer JAL (.2).                                                                                                                |
| 04/24/08 | EI  | 920.00 | 0.70 | T/c NDF re: his response to Heberling including file review.                                                                                                 |
| 04/24/08 | JAL | 495.00 | 0.20 | Telephone call with PVNL regarding plan and disclosure statement issues.                                                                                     |
| 04/25/08 | PVL | 840.00 | 0.10 | Review email.                                                                                                                                                |
| 04/25/08 | EI  | 920.00 | 0.50 | Reviewed Cohn Memo (.3); t/c Cooney re: same (.2).                                                                                                           |
| 04/27/08 | ACM | 580.00 | 0.20 | Send e-mails to EI, NDF, PVNL, JPW re various state laws re wrongful death actions.                                                                          |

{D0112650.1 }

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 04/28/08 | PVL | 840.00 | 1.20 | Review email and reply (.2); teleconference EI (.2); review email and memos re TDP issues (.4); review draft EI to Cohn and comments thereon (.4). |
| 04/28/08 | EI | 920.00 | 3.10 | Work on response to Cohn including t/cs PVNL/NDF (3.0); note to Sinclair re: weekly report (.1). |
| 04/28/08 | ACM | 580.00 | 2.30 | Exchange e-mails with NDF, JPW re wrongful death claims; review JPW memos re Montana law re same; conference NDF re releases and wrongful death; teleconference NDF, P. Milch re same; review proposed new TDP disease category criteria; teleconference P. Milch re release language and wrongful death claims. |
| 04/28/08 | JAL | 495.00 | 0.20 | Reviewed memo from EI regarding plan of reorganization issues. |
| 04/29/08 | EI | 920.00 | 2.20 | Libby matters; file review, t/c Cooney, memo to Negotiating Subcommittee (2.0); t/c NDF re: Libby issue (.2). |
| 04/30/08 | EI | 920.00 | 0.50 | Heberling correspondence with NDF. |

**Total Task Code .17        81.30**


**Travel Non-Working (85.30 Hours; $ 26,182.75)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 15.00 | $460 | 6,900.00 |
| Peter Van N. Lockwood | 15.00 | $420 | 6,300.00 |
| Walter B. Slocombe | 4.20 | $360 | 1,512.00 |
| Bernard Bailor | 5.00 | $315 | 1,575.00 |
| Nathan D. Finch | 23.50 | $305 | 7,167.50 |
| Adam L. Vangrack | 4.30 | $160 | 688.00 |
| David B. Smith | 12.80 | $117.50 | 1,504.00 |
| Marissa A. Fanone | 5.50 | $97.50 | 536.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/08 | BSB | 315.00 | 5.00 | Travel to D.C. (5.0) |
| 04/01/08 | WBS | 360.00 | 4.20 | Return travel Pittsburgh to DC with EI, NDF. |

{D0112650.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/01/08 | EI | 460.00 | 3.00 | Travel to DC (3.0). |
| 04/01/08 | NDF | 305.00 | 2.50 | Travel back to D.C. |
| 04/01/08 | DBS | 117.50 | 4.00 | Travel from Pittsburgh, PA to Washington, DC. |
| 04/01/08 | ALV | 160.00 | 4.30 | Travel from Pittsburgh, PA to Washington, DC for estimation trial. |
| 04/01/08 | MAF | 97.50 | 5.50 | Travel to DC following Estimation Hearing in Pittsburgh, PA. |
| 04/02/08 | EI | 460.00 | 2.00 | Travel to NY (2.0). |
| 04/06/08 | EI | 460.00 | 3.50 | Trip to Pittsburgh (3.5). |
| 04/06/08 | NDF | 305.00 | 3.50 | Travel to Pittsburgh. |
| 04/06/08 | DBS | 117.50 | 4.00 | Travel from Washington, DC to Pittsburgh, PA in advance of Estimation Hearing. |
| 04/07/08 | EI | 460.00 | 6.50 | Trip to NY (delayed) (6.5). |
| 04/07/08 | NDF | 305.00 | 4.50 | Travel back to D.C. |
| 04/07/08 | DBS | 117.50 | 4.80 | Travel from Pittsburgh, PA to Washington, DC. |
| 04/09/08 | NDF | 305.00 | 2.50 | Travel to Chicago for meeting with Cooney, Heberling, Cohn and Lewis. |
| 04/10/08 | NDF | 305.00 | 4.50 | Travel back to D.C. |
| 04/15/08 | PVL | 420.00 | 4.10 | Travel to NYC for meetings. |
| 04/15/08 | NDF | 305.00 | 2.80 | Travel to New York to meet with Horkovich. |
| 04/16/08 | PVL | 420.00 | 3.10 | Return travel to DC. |
| 04/16/08 | NDF | 305.00 | 3.20 | Travel back to D.C. |
| 04/21/08 | PVL | 420.00 | 5.00 | Travel to/from Wilmington. |
| 04/22/08 | PVL | 420.00 | 2.80 | Travel to/from Wilmington (half). |

**Total Task Code.21**     **85.30**

{D0112650.1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 7,839.97 |
| Air Freight & Express Mail | 96.83 |
| Charge of Cell and/or Home Phone Usage | 42.98 |
| Conference Meals | 294.62 |
| Court Reporting/Transcript Service | 5,729.35 |
| Database Research | 8,756.97 |
| Local Transportation - DC | 234.96 |
| Long Distance-Equitrac In-House | 19.73 |
| Meals Related to Travel | 1,175.75 |
| Miscellaneous: Client Advances | 615.50 |
| Outside Local Deliveries | 99.73 |
| Outside Photocopying/Duplication Service | 1,862.92 |
| Postage & Air Freight | 46.42 |
| Professional Fees & Expert Witness Fees | 254,724.80 |
| Research Material | 24.48 |
| Travel Expenses - Ground Transportation | 14,530.61 |
| Travel Expenses - Hotel Charges | 3,198.09 |
| Travel Expenses - Miscellaneous | 64.09 |
| Xeroxing | 2,259.00 |
| **Total:** | **$ 301,616.80** |

{D0112650.1 }