<u>**EXHIBIT B**</u>

<u>**Case Administration (6.30 Hours; $ 2,919.50)**</u>

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          6.30**


<u>**Claim Analysis Objection & Resolution (Asbestos) (8.10 Hours; $ 6,804.00)**</u>

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05          8.10**


<u>**Claim Analysis Objection & Resolution (Non-Asbestos) (.60 Hours; $ 297.00)**</u>

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06          .60**


<u>**Committee, Creditors', Noteholders' or Equity Holders' (1.00 Hours; $ 920.00)**</u>

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his counsel.

**Total Task Code .07          1.00**


<u>**Fee Applications, Applicant (4.50 Hours; $ 1,572.50)**</u>

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          4.50**


<u>**Hearings (36.80 Hours; $ 23,958.00)**</u>

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**          **36.80**


**Litigation and Litigation Consulting (457.90 Hours; $ 204,751.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**          **457.90**


**Plan & Disclosure Statement (81.30 Hours; $ 66,840.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**          **81.30**


**Travel – Non Working (85.30 Hours; $ 26,182.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**          **85.30**