**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 7,839.97 |
| Air Freight & Express Mail | 96.83 |
| Charge of Cell and/or Home Phone Usage | 42.98 |
| Conference Meals | 294.62 |
| Court Reporting/Transcript Service | 5,729.35 |
| Database Research | 8,756.97 |
| Local Transportation - DC | 234.96 |
| Long Distance-Equitrac In-House | 19.73 |
| Meals Related to Travel | 1,175.75 |
| Miscellaneous: Client Advances | 615.50 |
| Outside Local Deliveries | 99.73 |
| Outside Photocopying/Duplication Service | 1,862.92 |
| Postage & Air Freight | 46.42 |
| Professional Fees & Expert Witness Fees | 254,724.80 |
| Research Material | 24.48 |
| Travel Expenses - Ground Transportation | 14,530.61 |
| Travel Expenses - Hotel Charges | 3,198.09 |
| Travel Expenses - Miscellaneous | 64.09 |
| Xeroxing | 2,259.00 |
| **Total:** | **$ 301,616.80** |