| | | | |
|---|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter     000** | **Disbursements** | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 4/30/2008

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 4/23/2008 | 13,655 |

$3,181.68

Client Retainers Available         Committed to Invoices:         $0.00         Remaining:         $3,181.68

$2,710,596.52
Total Expenses Billed To Date

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 581.52 | 0.00 | 581.52 |
| 0018 | DNV | Douglas N Varley | 0.00 | 0.40 | 0.00 | 0.40 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,871.09 | 0.00 | 1,508.09 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 24.43 | 0.00 | 24.43 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 3,806.93 | 0.00 | 2,849.93 |
| 0187 | NDF | Nathan D Finch | 0.00 | 198,362.88 | 0.00 | 197,395.88 |
| 0191 | ACM | Ann C McMillan | 0.00 | 621.00 | 0.00 | 433.00 |
| 0205 | BCE | Brenda C Etheridge | 0.00 | 1,829.33 | 0.00 | 1,829.33 |
| 0207 | PE | Pam  Elias | 0.00 | 1.60 | 0.00 | 1.60 |
| 0210 | CJ | Charles  Joyner | 0.00 | 292.90 | 0.00 | 292.90 |
| 0215 | KRS | Barbara J Zarchin | 0.00 | 0.70 | 0.00 | 0.70 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 7.80 | 0.00 | 7.80 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 7.40 | 0.00 | 7.40 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 55.90 | 0.00 | 55.90 |
| 0242 | SAN | Sherry A Nelson | 0.00 | 1.90 | 0.00 | 1.90 |
| 0251 | JO | Joan  O'Brien | 0.00 | 2.50 | 0.00 | 2.50 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 92.50 | 0.00 | 92.50 |
| 0308 | DBS | David B Smith | 0.00 | 83,772.71 | 0.00 | 83,772.71 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 25.00 | 0.00 | 25.00 |
| 0334 | JPW | James P Wehner | 0.00 | 136.49 | 0.00 | 136.49 |
| 0337 | EGB | Erroll G Butts | 0.00 | 1,662.73 | 0.00 | 1,662.73 |

{D0112653.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| Matter      000 | | Disbursements | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008 3:31:52PM

Attn:

Invoice #

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0354 | JMR | Jeanna M Rickards | 0.00 | 121.66 | 0.00 | 121.66 | |
| 0365 | SZE | Sarah Z Emamjomeh | 0.00 | 98.00 | 0.00 | 98.00 | |
| 0367 | MAF | Marissa A Fanone | 0.00 | 377.80 | 0.00 | 377.80 | |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 10,336.63 | 0.00 | 10,336.63 | |
| **Total Fees** | | | **0.00** | **304,091.80** | **0.00** | **301,616.80** | |

**Detail Time / Expense by Date**

|  |  |  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G --------- |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2219303 | Photocopy | E | 04/01/2008 | 0237 SRB | | 0.00 | $25.40 | | 0.00 | $25.40 | 25.40 |
| 2219312 | Photocopy | E | 04/01/2008 | 0237 SRB | | 0.00 | $1.00 | | 0.00 | $1.00 | 26.40 |
| 2219338 | Photocopy | E | 04/01/2008 | 0237 SRB | | 0.00 | $0.30 | | 0.00 | $0.30 | 26.70 |
| 2215345 | JPW; Dinner w/NDF while in Pittsburgh for Grace trial on 3/25 | E | 04/01/2008 | 0334 JPW | | 0.00 | $78.07 | | 0.00 | $78.07 | 104.77 |
| 2215348 | ABP Corporation; JPW client luncheon on 3/31 | E | 04/01/2008 | 0334 JPW | | 0.00 | $54.32 | | 0.00 | $54.32 | 159.09 |
| 2216210 | NDF; Travel expenses to Pittsburgh for estimation trial on 3/30-4/1 for meals (dinner on 3/30 with EI @141.00, dinner with WBS, EI on 3/31 @234.34) | E | 04/02/2008 | 0187 NDF | | 0.00 | $395.34 | | 0.00 | $395.34 | 554.43 |
| 2216211 | Elite Limousine car service for EI to LaGuardia aiport for flight to Pittsburgh on 3/24 | E | 04/02/2008 | 0120 EI | | 0.00 | $55.59 | | 0.00 | $55.59 | 610.02 |
| 2216216 | ADA Travel   Suzanne Lurie coach fare travel to Pittsburgh on 3/30 | E | 04/02/2008 | 0999 C&D | | 0.00 | $603.00 | | 0.00 | $603.00 | 1,213.02 |
| 2216217 | ADA Travel   Agency fee on Suzanne Lurie travel | E | 04/02/2008 | 0999 C&D | | 0.00 | $40.00 | | 0.00 | $40.00 | 1,253.02 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008 3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | to Pittsburgh on 3/30 | | | | | | | | | |
| 2216218 | ADA Travel  Suzanne Lurie coach fare travel to Pittsburgh on 4/6 | E | 04/02/2008 | 0999 | C&D | 0.00 | $241.00 | 0.00 | $241.00 | 1,494.02 |
| 2216219 | ADA Travel  Agency fee on Suzanne Lurie travel to Pittsburgh on 4/6 | E | 04/02/2008 | 0999 | C&D | 0.00 | $40.00 | 0.00 | $40.00 | 1,534.02 |
| 2216220 | ADA Travel   Suzanne Lurie coach fare travel from Pittsburgh on 4/13 | E | 04/02/2008 | 0999 | C&D | 0.00 | $241.00 | 0.00 | $241.00 | 1,775.02 |
| 2216221 | ADA Travel  Agency fee on Suzanne Lurie coach fare travel from Pittsburgh on 4/13 | E | 04/02/2008 | 0999 | C&D | 0.00 | $40.00 | 0.00 | $40.00 | 1,815.02 |
| 2219960 | Equitrac - Long Distance to 8054993572 | E | 04/02/2008 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 1,815.31 |
| 2219973 | Equitrac - Long Distance to 8054993572 | E | 04/02/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 1,815.40 |
| 2219974 | Equitrac - Long Distance to 8437276513 | E | 04/02/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,815.45 |
| 2219980 | Equitrac - Long Distance to 9174450518 | E | 04/02/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,815.50 |
| 2219996 | Equitrac - Long Distance to 8054993572 | E | 04/02/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 1,815.70 |
| 2219997 | Equitrac - Long Distance to 8054993572 | E | 04/02/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 1,815.90 |
| 2219428 | Photocopy | E | 04/02/2008 | 0220 | SKL | 0.00 | $1.40 | 0.00 | $1.40 | 1,817.30 |
| 2219433 | Photocopy | E | 04/02/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 1,817.50 |
| 2219434 | Photocopy | E | 04/02/2008 | 0255 | DAT | 0.00 | $6.80 | 0.00 | $6.80 | 1,824.30 |
| 2219444 | Photocopy | E | 04/02/2008 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 1,824.60 |
| 2219448 | Photocopy | E | 04/02/2008 | 0308 | DBS | 0.00 | $3.70 | 0.00 | $3.70 | 1,828.30 |
| 2219450 | Photocopy | E | 04/02/2008 | 0367 | MAF | 0.00 | $17.30 | 0.00 | $17.30 | 1,845.60 |
| 2219452 | Photocopy | E | 04/02/2008 | 0999 | C&D | 0.00 | $33.40 | 0.00 | $33.40 | 1,879.00 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008 3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2219456 | Photocopy | | E | 04/02/2008 | 0255 | DAT | 0.00 | $36.80 | 0.00 | $36.80 | 1,915.80 |
| 2219457 | Photocopy | | E | 04/02/2008 | 0999 | C&D | 0.00 | $39.30 | 0.00 | $39.30 | 1,955.10 |
| 2219533 | Photocopy | | E | 04/03/2008 | 0999 | C&D | 0.00 | $11.40 | 0.00 | $11.40 | 1,966.50 |
| 2219534 | Photocopy | | E | 04/03/2008 | 0237 | SRB | 0.00 | $6.30 | 0.00 | $6.30 | 1,972.80 |
| 2219546 | Photocopy | | E | 04/03/2008 | 0367 | MAF | 0.00 | $21.10 | 0.00 | $21.10 | 1,993.90 |
| 2219551 | Photocopy | | E | 04/03/2008 | 0232 | LK | 0.00 | $0.80 | 0.00 | $0.80 | 1,994.70 |
| 2219557 | Photocopy | | E | 04/03/2008 | 0999 | C&D | 0.00 | $96.00 | 0.00 | $96.00 | 2,090.70 |
| 2219590 | Photocopy | | E | 04/03/2008 | 0308 | DBS | 0.00 | $5.30 | 0.00 | $5.30 | 2,096.00 |
| 2219597 | Photocopy | | E | 04/03/2008 | 0255 | DAT | 0.00 | $14.00 | 0.00 | $14.00 | 2,110.00 |
| 2219606 | Photocopy | | E | 04/03/2008 | 0251 | JO | 0.00 | $1.20 | 0.00 | $1.20 | 2,111.20 |
| 2219608 | Photocopy | | E | 04/03/2008 | 0334 | JPW | 0.00 | $3.80 | 0.00 | $3.80 | 2,115.00 |
| 2219620 | Photocopy | | E | 04/03/2008 | 0308 | DBS | 0.00 | $2.50 | 0.00 | $2.50 | 2,117.50 |
| 2219621 | Photocopy | | E | 04/03/2008 | 0251 | JO | 0.00 | $0.20 | 0.00 | $0.20 | 2,117.70 |
| 2219635 | Photocopy | | E | 04/03/2008 | 0232 | LK | 0.00 | $2.40 | 0.00 | $2.40 | 2,120.10 |
| 2219638 | Photocopy | | E | 04/03/2008 | 0367 | MAF | 0.00 | $73.30 | 0.00 | $73.30 | 2,193.40 |
| 2219999 | Equitrac - Long Distance to 2149694977 | | E | 04/03/2008 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 2,193.61 |
| 2220008 | Equitrac - Long Distance to 2123199240 | | E | 04/03/2008 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 2,193.75 |
| 2220018 | Equitrac - Long Distance to 3128612248 | | E | 04/03/2008 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 2,193.91 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2220051 | Equitrac - Long Distance to 8054993572 | E | 04/03/2008 | 0999 | C&D | 0.00 | $2.66 | 0.00 | $2.66 | 2,196.57 |
| 2220052 | Equitrac - Long Distance to 8054993572 | E | 04/03/2008 | 0999 | C&D | 0.00 | $2.66 | 0.00 | $2.66 | 2,199.23 |
| 2220074 | Equitrac - Long Distance to 2126598970 | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 2,199.50 |
| 2220075 | Equitrac - Long Distance to 2108245600 | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.61 | 0.00 | $0.61 | 2,200.11 |
| 2220076 | Equitrac - Long Distance to 5148779797 | E | 04/04/2008 | 0999 | C&D | 0.00 | $1.88 | 0.00 | $1.88 | 2,201.99 |
| 2220085 | Equitrac - Long Distance to 2123199240 | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,202.04 |
| 2220088 | Equitrac - Long Distance to 2123199240 | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 2,202.17 |
| 2220089 | Equitrac - Long Distance to 2154987114 | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 2,202.24 |
| 2220091 | Equitrac - Long Distance to 2108245600 | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,202.32 |
| 2220092 | Equitrac - Long Distance to 6154969812 | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,202.40 |
| 2220093 | Equitrac - Long Distance to 6154969812 | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,202.48 |
| 2219220 | Petty Cash  Cab expense for MAF travel to Pittsburgh for estimation hearing on 3/30 | E | 04/04/2008 | 0367 | MAF | 0.00 | $24.00 | 0.00 | $24.00 | 2,226.48 |
| 2219221 | Petty Cash  Overtime cab for MAF on 3/29 | E | 04/04/2008 | 0367 | MAF | 0.00 | $24.00 | 0.00 | $24.00 | 2,250.48 |
| 2219222 | Petty Cash  late night cab home or MAF on 3/27 | E | 04/04/2008 | 0367 | MAF | 0.00 | $12.00 | 0.00 | $12.00 | 2,262.48 |
| 2219223 | Petty Cash  Working lunch for NDF, JPW and Dr. Welch on 4/3 | E | 04/04/2008 | 0187 | NDF | 0.00 | $21.20 | 0.00 | $21.20 | 2,283.68 |
| 2219229 | Petty Cash  Mileage and cab expenses for Suzanne Lurie travel to Pitrtsburgh for exrtimation hearing/trial on 3/30 | E | 04/04/2008 | 0999 | C&D | 0.00 | $155.49 | 0.00 | $155.49 | 2,439.17 |
| 2219230 | Petty Cash  Meal expenses for Suzanne Lurie travel to Pittsburgh for estimation hearing/trial | E | 04/04/2008 | 0999 | C&D | 0.00 | $37.65 | 0.00 | $37.65 | 2,476.82 |

{D0112653.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

on 3/30

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2219231 | Petty Cash for miscellaneous medication and merchandize expense of hosiery and umbrella for Suzanne Lurie travel to Pittsburgh for estimation hearing/trial on 3/30 | E | 04/04/2008 | 0999 | C&D | 0.00 | $32.09 | 0.00 | $32.09 | 2,508.91 |
| 2219232 | Petty Cash Miscellaneous tips for bellman, rome service and housekeeping for Suzanne Lurie travel to Pittsburgh for etstimation hearing/trial on 3/30 | E | 04/04/2008 | 0999 | C&D | 0.00 | $22.00 | 0.00 | $22.00 | 2,530.91 |
| 2219233 | Petty Cash  Shuttle airfare to National airport for Suzanne Lurie travel to Pittsburgh for estimation hearing/trial on 3/30 | E | 04/04/2008 | 0999 | C&D | 0.00 | $79.00 | 0.00 | $79.00 | 2,609.91 |
| 2219655 | Photocopy | E | 04/04/2008 | 0255 | DAT | 0.00 | $15.40 | 0.00 | $15.40 | 2,625.31 |
| 2219668 | Photocopy | E | 04/04/2008 | 0210 | CJ | 0.00 | $290.00 | 0.00 | $290.00 | 2,915.31 |
| 2219673 | Photocopy | E | 04/04/2008 | 0308 | DBS | 0.00 | $9.20 | 0.00 | $9.20 | 2,924.51 |
| 2219676 | Photocopy | E | 04/04/2008 | 0367 | MAF | 0.00 | $55.80 | 0.00 | $55.80 | 2,980.31 |
| 2219677 | Photocopy | E | 04/04/2008 | 0999 | C&D | 0.00 | $98.50 | 0.00 | $98.50 | 3,078.81 |
| 2219690 | Photocopy | E | 04/04/2008 | 0255 | DAT | 0.00 | $19.50 | 0.00 | $19.50 | 3,098.31 |
| 2219694 | Photocopy | E | 04/04/2008 | 0999 | C&D | 0.00 | $273.60 | 0.00 | $273.60 | 3,371.91 |
| 2219706 | Photocopy | E | 04/04/2008 | 0999 | C&D | 0.00 | $315.20 | 0.00 | $315.20 | 3,687.11 |
| 2219708 | Photocopy | E | 04/04/2008 | 0308 | DBS | 0.00 | $8.00 | 0.00 | $8.00 | 3,695.11 |
| 2219710 | Photocopy | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 3,695.41 |
| 2219711 | Photocopy | E | 04/04/2008 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 3,695.81 |
| 2219713 | Photocopy | E | 04/04/2008 | 0367 | MAF | 0.00 | $46.00 | 0.00 | $46.00 | 3,741.81 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2219715 | Photocopy | | E | 04/04/2008 | 0999 | C&D | 0.00 | $32.50 | 0.00 | $32.50 | 3,774.31 |
| 2219731 | Photocopy | | E | 04/04/2008 | 0308 | DBS | 0.00 | $23.60 | 0.00 | $23.60 | 3,797.91 |
| 2219735 | Photocopy | | E | 04/04/2008 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 3,799.01 |
| 2219743 | Photocopy | | E | 04/04/2008 | 0210 | CJ | 0.00 | $2.40 | 0.00 | $2.40 | 3,801.41 |
| 2219744 | Photocopy | | E | 04/04/2008 | 0308 | DBS | 0.00 | $11.30 | 0.00 | $11.30 | 3,812.71 |
| 2219755 | Photocopy | | E | 04/04/2008 | 0367 | MAF | 0.00 | $1.40 | 0.00 | $1.40 | 3,814.11 |
| 2219761 | Photocopy | | E | 04/04/2008 | 0367 | MAF | 0.00 | $37.10 | 0.00 | $37.10 | 3,851.21 |
| 2219766 | Photocopy | | E | 04/05/2008 | 0207 | PE | 0.00 | $1.60 | 0.00 | $1.60 | 3,852.81 |
| 2220094 | Equitrac - Long Distance to 8054993572 | | E | 04/05/2008 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 3,852.91 |
| 2220095 | Equitrac - Long Distance to 2125889686 | | E | 04/05/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 3,852.98 |
| 2220096 | Equitrac - Long Distance to 2125889686 | | E | 04/05/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 3,853.05 |
| 2220104 | Equitrac - Long Distance to 9174450518 | | E | 04/07/2008 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42 | 3,853.47 |
| 2219259 | J&J Court Transcribers; Federal Court Daily on 3/24 | | E | 04/07/2008 | 0308 | DBS | 0.00 | $1,107.15 | 0.00 | $1,107.15 | 4,960.62 |
| 2219260 | J&J Court Transcribers; Federal Court Daily on 3/25 | | E | 04/07/2008 | 0308 | DBS | 0.00 | $1,306.80 | 0.00 | $1,306.80 | 6,267.42 |
| 2219262 | DBS; Travel expenses to Pittsburgh for rial on 3/21-4/3 for meals | | E | 04/07/2008 | 0308 | DBS | 0.00 | $27.66 | 0.00 | $27.66 | 6,295.08 |
| 2219263 | DBS; Travel expenses to Pittsburgh for rial on 3/21-4/3 Car rental, gas, tolls, parking | | E | 04/07/2008 | 0308 | DBS | 0.00 | $1,463.01 | 0.00 | $1,463.01 | 7,758.09 |
| 2219264 | DBS; Travel expenses to Pittsburgh for rial on 3/21-4/3 for miscellaneous tips | | E | 04/07/2008 | 0308 | DBS | 0.00 | $22.00 | 0.00 | $22.00 | 7,780.09 |
| | | | | | | BSB | | | | | |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2219270 | BSB;  Meals while on travel to Pittsburgh for trial on 3/24-4/1 | | E | 04/07/2008 | 0001 | | 0.00 | $53.02 | 0.00 | $53.02 | 7,833.11 |
| 2219271 | Business Card;  Firm credit card used by Library | | E | 04/07/2008 | 0999 | C&D | 0.00 | $62.00 | 0.00 | $62.00 | 7,895.11 |
| 2219788 | Photocopy | | E | 04/07/2008 | 0251 | JO | 0.00 | $0.20 | 0.00 | $0.20 | 7,895.31 |
| 2219833 | Photocopy | | E | 04/07/2008 | 0367 | MAF | 0.00 | $53.80 | 0.00 | $53.80 | 7,949.11 |
| 2220227 | Postage | | E | 04/08/2008 | 0999 | C&D | 0.00 | $28.05 | 0.00 | $28.05 | 7,977.16 |
| 2220794 | Equitrac - Long Distance to 3122366166 | | E | 04/08/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 7,977.21 |
| 2220500 | Photocopy | | E | 04/08/2008 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 7,977.81 |
| 2220504 | Photocopy | | E | 04/08/2008 | 0232 | LK | 0.00 | $3.60 | 0.00 | $3.60 | 7,981.41 |
| 2220530 | Photocopy | | E | 04/08/2008 | 0237 | SRB | 0.00 | $3.90 | 0.00 | $3.90 | 7,985.31 |
| 2220574 | Photocopy | | E | 04/08/2008 | 0210 | CJ | 0.00 | $0.50 | 0.00 | $0.50 | 7,985.81 |
| 2220590 | Photocopy | | E | 04/08/2008 | 0999 | C&D | 0.00 | $13.40 | 0.00 | $13.40 | 7,999.21 |
| 2220592 | Photocopy | | E | 04/08/2008 | 0999 | C&D | 0.00 | $181.30 | 0.00 | $181.30 | 8,180.51 |
| 2220606 | Photocopy | | E | 04/08/2008 | 0237 | SRB | 0.00 | $12.70 | 0.00 | $12.70 | 8,193.21 |
| 2220638 | Photocopy | | E | 04/09/2008 | 0187 | NDF | 0.00 | $3.10 | 0.00 | $3.10 | 8,196.31 |
| 2220640 | Photocopy | | E | 04/09/2008 | 0237 | SRB | 0.00 | $0.10 | 0.00 | $0.10 | 8,196.41 |
| 2220648 | Photocopy | | E | 04/09/2008 | 0237 | SRB | 0.00 | $1.50 | 0.00 | $1.50 | 8,197.91 |
| 2220678 | Photocopy | | E | 04/09/2008 | 0237 | SRB | 0.00 | $2.90 | 0.00 | $2.90 | 8,200.81 |
| 2220723 | Photocopy | | E | 04/09/2008 | 0251 | JO | 0.00 | $0.90 | 0.00 | $0.90 | 8,201.71 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2220729 | Photocopy | | E | 04/09/2008 | 0999 | C&D | 0.00 | $37.50 | 0.00 | $37.50 | 8,239.21 |
| 2220820 | Equitrac - Long Distance to 7735026166 | | E | 04/09/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 8,239.26 |
| 2220823 | Equitrac - Long Distance to 2123199240 | | E | 04/09/2008 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 8,239.44 |
| 2220840 | Equitrac - Long Distance to 3024269910 | | E | 04/09/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 8,239.53 |
| 2220843 | Equitrac - Long Distance to 3024269910 | | E | 04/09/2008 | 0999 | C&D | 0.00 | $0.44 | 0.00 | $0.44 | 8,239.97 |
| 2220448 | EI;  Travel expenses to NY-Pittsburgh-DC-NY for court hearing and settlement meeting on 3/30-4/2 for Air fare NY-Pittsburgh coach class to attend Court hearing | | E | 04/09/2008 | 0120 | EI | 0.00 | $703.50 | 0.00 | $703.50 | 8,943.47 |
| 2220449 | EI;  Travel expenses to NY-Pittsburgh-DC-NY for court hearing and settlement meeting on 3/30-4/2 Agency fee on NY-Pittsburgh leg | | E | 04/09/2008 | 0120 | EI | 0.00 | $47.78 | 0.00 | $47.78 | 8,991.25 |
| 2220450 | EI;  Travel expenses to NY-Pittsburgh-DC-NY for court hearing and settlement meeting on 3/30-4/2 for Amtrak train fare DC to NY returning from setlement meeting (coach would have been 188.00) | | E | 04/09/2008 | 0120 | EI | 0.00 | $282.00 | 0.00 | $188.00 | 9,179.25 |
| 2220458 | Federal Express to Katherine Hemming from EI on 3/21 | | E | 04/09/2008 | 0120 | EI | 0.00 | $6.40 | 0.00 | $6.40 | 9,185.65 |
| 2221332 | EI;  Travel expenses to Pittsburgh for Court hearing on 4/6-7 for One way first class airfare to Pittsburgh for 4/7 (originally r/t first class going and coach returning was $1073.00, but return credited $319.50 due to early settlement (one way coach) | | E | 04/10/2008 | 0120 | EI | 0.00 | $753.50 | 0.00 | $319.50 | 9,505.15 |
| 2221333 | EI;  Travel expenses to Pittsburgh for Court hearing on 4/6-7 for return flight (coach $319.50) | | E | 04/10/2008 | 0120 | EI | 0.00 | $748.50 | 0.00 | $319.50 | 9,824.65 |
| 2221334 | EI;  Travel expenses to Pittsburgh for Court hearing on 4/6-7 for travel agency fee | | E | 04/10/2008 | 0120 | EI | 0.00 | $47.78 | 0.00 | $47.78 | 9,872.43 |
| 2221335 | EI;  Travel expenses to Pittsburgh for Court hearing on 4/6-7 for travel agency fee for new return from Pittsburgh due to early settlement | | E | 04/10/2008 | 0120 | EI | 0.00 | $47.78 | 0.00 | $47.78 | 9,920.21 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2221336 | EI; Travel expenses to Pittsburgh for Court hearing on 4/6-7 for travel agency fee for cancelled 4/13-16 trip due to settlement | E | 04/10/2008 | 0120 | EI | 0.00 | $47.78 | 0.00 | $47.78 | 9,967.99 |
| 2221337 | J&J Court Transcribers; Federal Court Daily on 3/26 | E | 04/10/2008 | 0308 | DBS | 0.00 | $1,627.45 | 0.00 | $1,627.45 | 11,595.44 |
| 2221338 | Arnold R. Brody; Expert witness fee | E | 04/10/2008 | 0187 | NDF | 0.00 | $8,096.00 | 0.00 | $8,096.00 | 19,691.44 |
| 2221340 | Red Top Cab  Late night cab home for DBS on 3/20 | E | 04/10/2008 | 0308 | DBS | 0.00 | $17.75 | 0.00 | $17.75 | 19,709.19 |
| 2221405 | Photocopy | E | 04/10/2008 | 0242 | SAN | 0.00 | $0.60 | 0.00 | $0.60 | 19,709.79 |
| 2221407 | Photocopy | E | 04/10/2008 | 0242 | SAN | 0.00 | $1.30 | 0.00 | $1.30 | 19,711.09 |
| 2221413 | Photocopy | E | 04/10/2008 | 0187 | NDF | 0.00 | $8.50 | 0.00 | $8.50 | 19,719.59 |
| 2221416 | Photocopy | E | 04/10/2008 | 0187 | NDF | 0.00 | $5.90 | 0.00 | $5.90 | 19,725.49 |
| 2221425 | Photocopy | E | 04/10/2008 | 0187 | NDF | 0.00 | $4.60 | 0.00 | $4.60 | 19,730.09 |
| 2221444 | Photocopy | E | 04/10/2008 | 0187 | NDF | 0.00 | $29.70 | 0.00 | $29.70 | 19,759.79 |
| 2221447 | Photocopy | E | 04/10/2008 | 0187 | NDF | 0.00 | $3.30 | 0.00 | $3.30 | 19,763.09 |
| 2221483 | Photocopy | E | 04/10/2008 | 0999 | C&D | 0.00 | $10.40 | 0.00 | $10.40 | 19,773.49 |
| 2221489 | Photocopy | E | 04/10/2008 | 0999 | C&D | 0.00 | $34.30 | 0.00 | $34.30 | 19,807.79 |
| 2221511 | Photocopy | E | 04/10/2008 | 0237 | SRB | 0.00 | $0.10 | 0.00 | $0.10 | 19,807.89 |
| 2221533 | Photocopy | E | 04/11/2008 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 19,808.89 |
| 2221547 | Photocopy | E | 04/11/2008 | 0999 | C&D | 0.00 | $152.50 | 0.00 | $152.50 | 19,961.39 |
| 2221695 | Equitrac - Long Distance to 3122366166 | E | 04/11/2008 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 19,961.87 |

{D0112653.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2221697 | Equitrac - Long Distance to 2123199240 | E | 04/11/2008 | 0999 | C&D | | 0.00 | $0.92 | 0.00 | $0.92 | 19,962.79 |
| 2221356 | DBS; Travel expenses to Pittsburgh for trial on 4/5-8 for meals | E | 04/11/2008 | 0308 | DBS | | 0.00 | $10.08 | 0.00 | $10.08 | 19,972.87 |
| 2221357 | DBS; Travel expenses to Pittsburgh for trial on 4/5-8 for rental car, gas, tolls, parking | E | 04/11/2008 | 0308 | DBS | | 0.00 | $473.21 | 0.00 | $473.21 | 20,446.08 |
| 2221358 | DBS; Travel expenses to Pittsburgh for trial on 4/5-8 for tips to hotel bellamen and valet | E | 04/11/2008 | 0308 | DBS | | 0.00 | $10.00 | 0.00 | $10.00 | 20,456.08 |
| 2221392 | EI; Travel to Washington, DC for setrtlement meeting at Kirkland & Ellis on 4/2 for meals | E | 04/11/2008 | 0120 | EI | | 0.00 | $40.05 | 0.00 | $40.05 | 20,496.13 |
| 2221393 | EI; Travel to Washington, DC for setrtlement meeting at Kirkland & Ellis on 4/2 for Willard Intercontinental hotel | E | 04/11/2008 | 0120 | EI | | 0.00 | $777.46 | 0.00 | $777.46 | 21,273.59 |
| 2221395 | Federal Express to EI in Pittsburgh on 3/28 | E | 04/11/2008 | 0120 | EI | | 0.00 | $72.35 | 0.00 | $72.35 | 21,345.94 |
| 2221741 | Petty Cash  Late night cabs home for JMR on 4/3 and 4/4 | E | 04/14/2008 | 0354 | JMR | | 0.00 | $50.00 | 0.00 | $50.00 | 21,395.94 |
| 2221742 | Petty Cash  Working late dinner for JMR, ALV and DAT on 4/4 | E | 04/14/2008 | 0354 | JMR | | 0.00 | $71.66 | 0.00 | $71.66 | 21,467.60 |
| 2221745 | Petty Cash  Cab for SZE to Renaissance hotel to hand deliver package to NDF on 4/4 | E | 04/14/2008 | 0365 | SZE | | 0.00 | $18.00 | 0.00 | $18.00 | 21,485.60 |
| 2221746 | Petty Cash  Meal expenses for WBS in Pittsburgh for trial on 3/30-4/1 | E | 04/14/2008 | 0054 | WBS | | 0.00 | $24.43 | 0.00 | $24.43 | 21,510.03 |
| 2221747 | Petty Cash  Copying 100 page book at Library of Congress by SZE on 3/3 for BSB | E | 04/14/2008 | 0365 | SZE | | 0.00 | $40.50 | 0.00 | $40.50 | 21,550.53 |
| 2221748 | Petty Cash  Two cab fares t/f Library of Congress for SZE for copying job on 4/4 | E | 04/14/2008 | 0365 | SZE | | 0.00 | $39.50 | 0.00 | $39.50 | 21,590.03 |
| 2221750 | Petty Cash   Late night cab home for DAT on 4/4 | E | 04/14/2008 | 0999 | C&D | | 0.00 | $45.00 | 0.00 | $45.00 | 21,635.03 |
| 2221790 | Postage | E | 04/14/2008 | 0999 | C&D | | 0.00 | $0.41 | 0.00 | $0.41 | 21,635.44 |

{D0112653.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008 3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2222189 | Lasership from AMU Library and Urban Institute and t/f O'Melveny & Myers on 3/21-25 | E | 04/14/2008 | 0999 | C&D | 0.00 | $76.07 | 0.00 | $76.07 | 21,711.51 |
| 2222331 | Photocopy | E | 04/14/2008 | 0220 | SKL | 0.00 | $1.70 | 0.00 | $1.70 | 21,713.21 |
| 2222338 | Photocopy | E | 04/14/2008 | 0237 | SRB | 0.00 | $1.70 | 0.00 | $1.70 | 21,714.91 |
| 2222506 | Photocopy | E | 04/15/2008 | 0334 | JPW | 0.00 | $0.20 | 0.00 | $0.20 | 21,715.11 |
| 2222509 | Photocopy | E | 04/15/2008 | 0334 | JPW | 0.00 | $0.10 | 0.00 | $0.10 | 21,715.21 |
| 2222542 | Photocopy | E | 04/16/2008 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 21,717.01 |
| 2222198 | Hobart Expert Consulting;  Services rendered in connectin with analysis of Lees reports | E | 04/16/2008 | 0187 | NDF | 0.00 | $29,505.00 | 0.00 | $29,505.00 | 51,222.01 |
| 2222199 | NDF;  Dinner while working late on 4/3, 4/4, 4/5 preparing to continue with trial | E | 04/16/2008 | 0187 | NDF | 0.00 | $147.44 | 0.00 | $147.44 | 51,369.45 |
| 2222200 | NDF;  Travel expenses to Chicago for settlement of Grace on 4/9-10 for meals with Cooney | E | 04/16/2008 | 0187 | NDF | 0.00 | $343.95 | 0.00 | $343.95 | 51,713.40 |
| 2222201 | NDF;  Travel expenses to Chicago for settlement of Grace on 4/9-10 for Four Seasons hotel (53.87 tax) (room 350.00) | E | 04/16/2008 | 0187 | NDF | 0.00 | $403.87 | 0.00 | $403.87 | 52,117.27 |
| 2222202 | NDF;  Travel expenses to Chicago for settlement of Grace on 4/9-10 for cabs | E | 04/16/2008 | 0187 | NDF | 0.00 | $110.00 | 0.00 | $110.00 | 52,227.27 |
| 2222203 | Elite Limousine  car service for EI t/f airport for travel to Pittsburgh on 4/6-7 | E | 04/16/2008 | 0120 | EI | 0.00 | $151.98 | 0.00 | $151.98 | 52,379.25 |
| 2222205 | Pacer Service Center;  Usage in New York office 1/1/08 thru 3/31/08 | E | 04/16/2008 | 0120 | EI | 0.00 | $24.48 | 0.00 | $24.48 | 52,403.73 |
| 2223302 | Snyder Miller & Orton;  Services 2/25 thrugh 4/9 (expert witness Steve Snyder) | E | 04/17/2008 | 0187 | NDF | 0.00 | $69,145.51 | 0.00 | $69,145.51 | 121,549.24 |
| 2223303 | NDF'  Travel expenses to NY for post-settlement meetings on 4/15-16 for meals | E | 04/17/2008 | 0187 | NDF | 0.00 | $133.66 | 0.00 | $133.66 | 121,682.90 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2223304 | NDF  Travel expenses to NY for post-settlement meetings on 4/15-16 for airfare NY to DC (Coach fare). | E | 04/17/2008 | 0187 | NDF | 0.00 | $224.35 | 0.00 | $224.35 | 121,907.25 |
| 2223305 | NDF  Travel expenses to NY for post-settlement meetings on 4/15-16 for Waldorf Astoria hotel (room 529.00, Occ tax 2.00, Rm occ tax 26.54, state room rax 44.30, Javits center fee 1.50) | E | 04/17/2008 | 0187 | NDF | 0.00 | $603.25 | 0.00 | $603.25 | 122,510.50 |
| 2223306 | NDF  Travel expenses to NY for post-settlement meetings on 4/15-16 for cabs | E | 04/17/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 122,550.50 |
| 2223309 | Laura S. Welch;  Expert witness services | E | 04/17/2008 | 0187 | NDF | 0.00 | $27,879.40 | 0.00 | $27,879.40 | 150,429.90 |
| 2223310 | Waters & Kraus;  Travel expenses for Peter Kraus to attend his deposition in DC 3/3 -4 for airfare from Ft. Worth, TX to Wash, DC | E | 04/17/2008 | 0187 | NDF | 0.00 | $1,714.00 | 0.00 | $1,714.00 | 152,143.90 |
| 2223311 | Waters & Kraus;  Travel expenses for Peter Kraus to attend his deposition in DC 3/3 -4 for the Ritz Carlton hotel | E | 04/17/2008 | 0187 | NDF | 0.00 | $788.26 | 0.00 | $788.26 | 152,932.16 |
| 2223312 | Waters & Kraus;  Travel expenses for Peter Kraus to attend his deposition in DC 3/3 -4 for cabs | E | 04/17/2008 | 0187 | NDF | 0.00 | $80.00 | 0.00 | $80.00 | 153,012.16 |
| 2223408 | Photocopy | E | 04/17/2008 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 153,012.76 |
| 2223428 | Photocopy | E | 04/17/2008 | 0220 | SKL | 0.00 | $0.90 | 0.00 | $0.90 | 153,013.66 |
| 2223436 | Photocopy | E | 04/17/2008 | 0220 | SKL | 0.00 | $0.30 | 0.00 | $0.30 | 153,013.96 |
| 2223445 | Photocopy | E | 04/17/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 153,014.16 |
| 2223784 | Equitrac - Long Distance to 9174450518 | E | 04/18/2008 | 0999 | C&D | 0.00 | $0.73 | 0.00 | $0.73 | 153,014.89 |
| 2223805 | Equitrac - Long Distance to 8054993572 | E | 04/18/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 153,014.95 |
| 2223834 | Equitrac - Long Distance to 7183657213 | E | 04/21/2008 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 153,016.35 |
| 2223841 | Equitrac - Long Distance to 6179512505 | E | 04/21/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 153,016.41 |

{D0112653.1 }

| Client Number: 4642 | | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
| Matter      000 | | | Disbursements | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2223358 | PVNL;  Travel expenses to NY for meeting on 4/15-16  for in room minibar | E | 04/21/2008 | 0020 | PVL | 0.00 | $23.84 | 0.00 | $23.84 | 153,040.25 |
| 2223359 | PVNL;  Travel expenses to NY for meeting on 4/15-16 for Waldorf Astoria hotel | E | 04/21/2008 | 0020 | PVL | 0.00 | $603.25 | 0.00 | $603.25 | 153,643.50 |
| 2223373 | ADA Travel   NDF 4/9 travel to Chbicago (business class fare 1285.00) | E | 04/21/2008 | 0187 | NDF | 0.00 | $2,085.00 | 0.00 | $1,285.00 | 154,928.50 |
| 2223374 | ADA Travel Agency fee on  NDF 4/9 travel to Chbicago  (business class fare 1285.00) | E | 04/21/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 154,968.50 |
| 2223377 | ADA Travel   PVNL 4/15 travel to NYC  (business class fare $355) | E | 04/21/2008 | 0020 | PVL | 0.00 | $522.00 | 0.00 | $355.00 | 155,323.50 |
| 2223378 | ADA Travel Agency fee on  PVNL 4/15 travel to NYC (business class fare $355) | E | 04/21/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 155,363.50 |
| 2223379 | ADA Travel   NDF 4/15 travel to NYC  (business class fare $355) | E | 04/21/2008 | 0187 | NDF | 0.00 | $522.00 | 0.00 | $355.00 | 155,718.50 |
| 2223380 | ADA Travel   AGency fee on  NDF 4/15 travel to NYC (business class fare $355) | E | 04/21/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 155,758.50 |
| 2223381 | ADA Travel   ACM 4/16 travel to NYC  (business class fare $355) | E | 04/21/2008 | 0191 | ACM | 0.00 | $543.00 | 0.00 | $355.00 | 156,113.50 |
| 2223382 | ADA Travel  Agency fee on  ACM 4/16 travel to NYC (business class fare $355) | E | 04/21/2008 | 0191 | ACM | 0.00 | $40.00 | 0.00 | $40.00 | 156,153.50 |
| 2223384 | ADA Travel  for PVNL on 4/21 to Wilmington (business class fare $217) | E | 04/21/2008 | 0020 | PVL | 0.00 | $339.00 | 0.00 | $217.50 | 156,371.00 |
| 2223385 | ADA Travel Agency fee  for PVNL on 4/21 to Wilmington  (business class fare $217) | E | 04/21/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 156,411.00 |
| 2223386 | ADA Travel   for PVNL on 4/22 to Wilmington (business class fare $217)  (split between 4642 and 5334) | E | 04/21/2008 | 0020 | PVL | 0.00 | $183.00 | 0.00 | $108.50 | 156,519.50 |

{D0112653.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2223387 | ADA Travel Agency fee for PVNL on 4/22 to Wilmington (business class fare $217) (split between 4642 and 5334) | E | 04/21/2008 | 0020 | PVL | | 0.00 | $20.00 | 0.00 | $20.00 | 156,539.50 |
| 2223391 | Red Top Cab Late night cab home for DBS on 4/4 | E | 04/21/2008 | 0308 | DBS | | 0.00 | $16.71 | 0.00 | $16.71 | 156,556.21 |
| 2223394 | Document Tech; CD duplication | E | 04/21/2008 | 0308 | DBS | | 0.00 | $174.49 | 0.00 | $174.49 | 156,730.70 |
| 2223395 | J&J Court Transcribers; federal Court Daily on 4/1 | E | 04/21/2008 | 0308 | DBS | | 0.00 | $1,609.30 | 0.00 | $1,609.30 | 158,340.00 |
| 2224462 | Postage | E | 04/22/2008 | 0999 | C&D | | 0.00 | $17.96 | 0.00 | $17.96 | 158,357.96 |
| 2224515 | Modus; Technical services not requiring scription/coding per hour); Creation of exhibit Board forTiral presentation | E | 04/22/2008 | 0337 | EGB | | 0.00 | $1,662.73 | 0.00 | $1,662.73 | 160,020.69 |
| 2224516 | Visualex; Peterson trial graphics | E | 04/22/2008 | 0187 | NDF | | 0.00 | $17,085.62 | 0.00 | $17,085.62 | 177,106.31 |
| 2224517 | Visualex; Peterson trial graphics | E | 04/22/2008 | 0187 | NDF | | 0.00 | $6,360.00 | 0.00 | $6,360.00 | 183,466.31 |
| 2224518 | Gobbell Hays Partners; Services 3/1/-31 | E | 04/22/2008 | 0187 | NDF | | 0.00 | $9,161.94 | 0.00 | $9,161.94 | 192,628.25 |
| 2224519 | Gobbell Hays Partners; Services 4/1-16/08 | E | 04/22/2008 | 0187 | NDF | | 0.00 | $11,726.48 | 0.00 | $11,726.48 | 204,354.73 |
| 2224531 | Petty Cash Late night cab home for MAF on 4/3 | E | 04/22/2008 | 0367 | MAF | | 0.00 | $12.00 | 0.00 | $12.00 | 204,366.73 |
| 2224539 | Petty Cash Cab expenses for ACM on travel to NYC on 4/16 | E | 04/22/2008 | 0191 | ACM | | 0.00 | $38.00 | 0.00 | $38.00 | 204,404.73 |
| 2224541 | Petty Cash Parking and cab expenses for PVNL on travel to NYC for meetings on 4/15-16 | E | 04/22/2008 | 0020 | PVL | | 0.00 | $51.00 | 0.00 | $51.00 | 204,455.73 |
| 2225256 | Equitrac - Long Distance to 9174450518 | E | 04/22/2008 | 0999 | C&D | | 0.00 | $0.12 | 0.00 | $0.12 | 204,455.85 |
| 2225260 | Equitrac - Long Distance to 6179512505 | E | 04/22/2008 | 0999 | C&D | | 0.00 | $2.70 | 0.00 | $2.70 | 204,458.55 |
| 2225000 | Premiere Global Services; March conference calls | E | 04/23/2008 | 0187 | NDF | | 0.00 | $42.98 | 0.00 | $42.98 | 204,501.53 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/21/2008 |

Attn:

Invoice #

made by NDF

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2225179 | Photocopy | | E | 04/23/2008 | 0999 | C&D | 0.00 | $12.40 | 0.00 | $12.40 | 204,513.93 |
| 2225397 | Reprints Desk; Document delivery for BSB | | E | 04/24/2008 | 0001 | BSB | 0.00 | $528.50 | 0.00 | $528.50 | 205,042.43 |
| 2225416 | Travel Expenses - Ground Transportation - EI's trip to Pittsburgh for court hearing on 4/6 | | E | 04/24/2008 | 0999 | C&D | 0.00 | $104.00 | 0.00 | $104.00 | 205,146.43 |
| 2225417 | Travel Expenses - Ground Transportation - EI's trip from NY to Pittsburgh to DC to NY for court hearing and settlement meeting 3/30-4/2, 2008 | | E | 04/24/2008 | 0999 | C&D | 0.00 | $116.00 | 0.00 | $116.00 | 205,262.43 |
| 2226232 | Equitrac - Long Distance to 2123199240 | | E | 04/24/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 205,262.52 |
| 2226269 | Equitrac - Long Distance to 2123199240 | | E | 04/24/2008 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 205,262.65 |
| 2226274 | Equitrac - Long Distance to 4068621532 | | E | 04/24/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 205,262.71 |
| 2226278 | Equitrac - Long Distance to 4067527124 | | E | 04/24/2008 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 205,262.83 |
| 2226279 | Equitrac - Long Distance to 6179510679 | | E | 04/24/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 205,263.03 |
| 2226280 | Equitrac - Long Distance to 4067527124 | | E | 04/24/2008 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 205,263.18 |
| 2226470 | Photocopy | | E | 04/24/2008 | 0220 | SKL | 0.00 | $2.20 | 0.00 | $2.20 | 205,265.38 |
| 2226583 | Photocopy | | E | 04/28/2008 | 0215 | KRS | 0.00 | $0.70 | 0.00 | $0.70 | 205,266.08 |
| 2226620 | Photocopy | | E | 04/28/2008 | 0018 | DNV | 0.00 | $0.40 | 0.00 | $0.40 | 205,266.48 |
| 2226337 | Equitrac - Long Distance to 2123199240 | | E | 04/28/2008 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 205,266.72 |
| 2226352 | Equitrac - Long Distance to 4122610310 | | E | 04/28/2008 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 205,266.99 |
| 2226359 | Equitrac - Long Distance to 2123199240 | | E | 04/28/2008 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 205,267.13 |
| 2225751 | J&J Court Transcribers; Federal Court Daily on 4/7/08 | | E | 04/28/2008 | 0308 | DBS | 0.00 | $78.65 | 0.00 | $78.65 | 205,345.78 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter | 000 | Disbursements | | | | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008 3:31:52PM

Attn:

Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Total | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2228600 | Equitrac - Long Distance to 2123199240 | E | 04/29/2008 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 205,345.95 |
| 2226756 | VOID and DELETED Check from CheckRec - ESTIS Document Delivery | E | 04/29/2008 | 0187 | NDF | 0.00 | -$11.00 | 0.00 | -$11.00 | 205,334.95 |
| 2226757 | VOID and DELETED Check from CheckRec - ESTIS Document Delivery | E | 04/29/2008 | 0187 | NDF | 0.00 | -$3.80 | 0.00 | -$3.80 | 205,331.15 |
| 2226763 | BostonCoach car service for NDF on travel to Chicago on 4/9-11 | E | 04/29/2008 | 0187 | NDF | 0.00 | $252.20 | 0.00 | $252.20 | 205,583.35 |
| 2226765 | BostonCoach car service for NDF 6 seperate trips to/from Pittsburgh between March 17th through April 7th | E | 04/29/2008 | 0187 | NDF | 0.00 | $11,265.57 | 0.00 | $11,265.57 | 216,848.92 |
| 2226766 | BostonCoach car service for NDF to train station on 4/15 | E | 04/29/2008 | 0187 | NDF | 0.00 | $109.56 | 0.00 | $109.56 | 216,958.48 |
| 2226778 | Lasership to American Univ and Melveny& Myes | E | 04/29/2008 | 0999 | C&D | 0.00 | $23.66 | 0.00 | $23.66 | 216,982.14 |
| 2226827 | Petty Cash  Cab and parking expense for PVNL for travel to Wilmington on 4/21 | E | 04/30/2008 | 0020 | PVL | 0.00 | $19.00 | 0.00 | $19.00 | 217,001.14 |
| 2226828 | Petty Cash Meal expense for PVNL for travel to Wilmington on 4/21 | E | 04/30/2008 | 0020 | PVL | 0.00 | $4.00 | 0.00 | $4.00 | 217,005.14 |
| 2226833 | Petty Cash  Cab and parking expense for PVNL travel to Wilmington on 4/22 | E | 04/30/2008 | 0020 | PVL | 0.00 | $22.00 | 0.00 | $22.00 | 217,027.14 |
| 2226834 | Petty Cash  Meal expense for PVNL on travel to Wilmington on 4/22 | E | 04/30/2008 | 0020 | PVL | 0.00 | $4.00 | 0.00 | $4.00 | 217,031.14 |
| 2227408 | Americn Univ;  Ethics and Policy in scientific publication for ALV | E | 04/30/2008 | 0327 | ALV | 0.00 | $25.00 | 0.00 | $25.00 | 217,056.14 |
| 2227409 | Parcels, Inc;  Office services/litigation support; Two employees to assist w/copying, printing, scanning plus provided copiers and transportation of boxes t/f court fir estimation | E | 04/30/2008 | 0308 | DBS | 0.00 | $75,764.85 | 0.00 | $75,764.85 | 292,820.99 |

{D0112653.1 }

| Client Number: | 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | | | Disbursements | | | | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

hearing in Pittsburgh (total of 37 invoices)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2227425 | Federal Express package sent to John Cooney on 4/5 | E | 04/30/2008 | 0999 | C&D | 0.00 | $18.08 | 0.00 | $18.08 | 292,839.07 |
| 2228535 | Photocopy | E | 04/30/2008 | 0999 | C&D | 0.00 | $20.50 | 0.00 | $20.50 | 292,859.57 |
| 2228679 | Equitrac - Long Distance to 2123199240 | E | 04/30/2008 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 292,859.78 |
| 2228719 | Equitrac - Long Distance to 8054993572 | E | 04/30/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 292,859.83 |
| 2229865 | Database Research - Westlaw TEP on 4/3 | E | 04/30/2008 | 0999 | C&D | 0.00 | $922.99 | 0.00 | $922.99 | 293,782.82 |
| 2229866 | Database Research - Westlaw JMR on 4/1-4 | E | 04/30/2008 | 0999 | C&D | 0.00 | $607.87 | 0.00 | $607.87 | 294,390.69 |
| 2229867 | Database Research - Westlaw DBS on 4/4 | E | 04/30/2008 | 0999 | C&D | 0.00 | $119.22 | 0.00 | $119.22 | 294,509.91 |
| 2229868 | Database Research - Westlaw ALV on 4/2-24 | E | 04/30/2008 | 0999 | C&D | 0.00 | $666.82 | 0.00 | $666.82 | 295,176.73 |
| 2229869 | Database Research - Westlaw JPW on 4/11-24 | E | 04/30/2008 | 0999 | C&D | 0.00 | $4,600.10 | 0.00 | $4,600.10 | 299,776.83 |
| 2229870 | Database Research - Westlaw NDF/MLR on 4/28 | E | 04/30/2008 | 0999 | C&D | 0.00 | $10.64 | 0.00 | $10.64 | 299,787.47 |
| 2230327 | Database Research / Lexis Charges for 4/1-4/30 By: TEP on 4/3 | E | 04/30/2008 | 0205 | BCE | 0.00 | $1,829.33 | 0.00 | $1,829.33 | 301,616.80 |

**Total Expenses**                                                          $304,091.80
                                                                            $301,616.80
                                                          0.00                           0.00
              Matter Total Fees                                    0.00                           0.00
              Matter Total Expenses                         304,091.80                     301,616.80
              Matter Total                               0.00     304,091.80      0.00    301,616.80

              Prebill Total Fees
              Prebill Total Expenses                            $304,091.80                 $301,616.80
              Prebill Total                              0.00    $304,091.80      0.00    $301,616.80

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |

{D0112653.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 5/21/2008 |

Print Date/Time: 05/21/2008  3:31:52PM

Attn:

Invoice #

| | | | |
|---|---|---|---|
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 60,664 | 11/29/2007 | 665,174.50 | 133,034.90 |
| 61,283 | 12/21/2007 | 530,168.50 | 106,033.70 |
| 61,476 | 01/24/2008 | 678,109.50 | 135,621.90 |
| 61,925 | 02/25/2008 | 918,478.75 | 183,695.75 |
| 62,322 | 03/24/2008 | 613,980.28 | 613,980.28 |
| 62,687 | 04/23/2008 | 922,495.25 | 922,495.25 |
| | | 5,437,447.03 | 2,130,472.20 |

{D0112653.1 }