```
Date: 05/20/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 1


              W. R. Grace, Inc. % Elihu Inselbuch
              Caplin & Drysdale
              399 Park Avenue, 27th Floor
              New York, New York 10022


Date/Slip# Description                           HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
04/02/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.5   2800.00
#4103     Review Florence hearing testimony              800.00

04/08/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    570.00
#4310     Reconstruct Florence assertions about statistical    475.00
          significance

04/26/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    570.00
#4326     Review email from Mark Garbowski (Anderson-Kill);    475.00
          review insurance analysis performed with/for Kramer

04/28/08  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    142.50
#4327     Correspondence with Garbowski (Anderson-Kill         475.00
          attorney)
```

{D0112647.1 }

Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 2

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/03/08 Peterson #4106 | / (07) Committee, Creditors'<br>Telephone Finch | 0.6<br>800.00 | 480.00 |
| 04/05/08 Peterson #4112 | / (07) Committee, Creditors'<br>Telephone Finch (several) | 2.1<br>800.00 | 1680.00 |
| 04/07/08 Relles #4307 | / (07) Committee, Creditors'<br>Resolve Cooney questions concerning status of Libby<br>claimants | 2.0<br>475.00 | 950.00 |
| 04/07/08 Relles #4308 | / (07) Committee, Creditors'<br>Telephone Peterson re: Cooney questions concerning<br>Libby claimants | 0.4<br>475.00 | 190.00 |
| 04/09/08 Peterson #4122 | / (07) Committee, Creditors'<br>Work on Libby settlement issues; draft responses to<br>Cooney questions | 5.2<br>800.00 | 4160.00 |
| 04/09/08 Relles #4315 | / (07) Committee, Creditors'<br>Work on memo responding to to Cooney's questions | 4.5<br>475.00 | 2137.50 |
| 04/10/08 Relles #4316 | / (07) Committee, Creditors'<br>Derive values used by Cohn in memo to Inselbuch | 3.5<br>475.00 | 1662.50 |
| 04/16/08 Peterson #4131 | / (07) Committee, Creditors'<br>Telephone Finch re: Libby claimants | 0.4<br>800.00 | 320.00 |
| 04/16/08 Relles #4318 | / (07) Committee, Creditors'<br>Attempt to replicate Libby settlement amounts in<br>spreadsheets sent by Finch | 1.4<br>475.00 | 665.00 |
| 04/21/08 Peterson #4137 | / (07) Committee, Creditors'<br>Telephone Finch re: Libby claims | 0.4<br>800.00 | 320.00 |
| 04/21/08 Peterson #4138 | / (07) Committee, Creditors'<br>Telephone Finch and Relles re: Libby claims | 0.3<br>800.00 | 240.00 |
| 04/21/08 Relles #4322 | / (07) Committee, Creditors'<br>Telephone Finch and Peterson re: Libby claims | 0.3<br>475.00 | 142.50 |
| 04/25/08 Peterson #4142 | / (07) Committee, Creditors'<br>Telephone Garbowski re: insurance issues | 1.0<br>800.00 | 800.00 |
| 04/29/08 Peterson #4146 | / (07) Committee, Creditors'<br>Conference call Garbowski and Relles re: insurance<br>issues | 1.0<br>800.00 | 800.00 |

{D0112647.1 }

Date: 05/20/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 3

                    W. R. Grace

Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
04/29/08  Relles    / (07) Committee, Creditors'         1.0     475.00
 #4328    Conference call Garbowski and Peterson re: insurance  475.00
          issues

```
Date: 05/20/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 4

            W. R. Grace


Date/Slip# Description                                 HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
04/08/08  Peterson  / (16) Plan and Disclosure Statement     3.5  2800.00
#4119     Review proposed TDP                            800.00

04/08/08  Peterson  / (16) Plan and Disclosure Statement     2.0  1600.00
#4121     Review documents on settlements and TDP       800.00

04/08/08  Relles    / (16) Plan and Disclosure Statement     1.8   855.00
#4314     Review proposed TDP                            475.00

04/10/08  Peterson  / (16) Plan and Disclosure Statement     2.3  1840.00
#4124     Review documents on derivation of TDP values  800.00

04/16/08  Peterson  / (16) Plan and Disclosure Statement     1.8  1440.00
#4133     Review TDP                                     800.00

04/16/08  Peterson  / (16) Plan and Disclosure Statement     1.4  1120.00
#4134     Review data on high value claims for TDP issues 800.00

04/25/08  Peterson  / (16) Plan and Disclosure Statement     2.1  1680.00
#4145     Review TDP analysis                            800.00
```

{D0112647.1 }

Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 5

          W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
04/01/08  Peterson  / (28) Data Analysis                     9.4   7520.00
#4101     Prepare for hearing testimony                    800.00

04/02/08  Peterson  / (28) Data Analysis                    10.6   8480.00
#4102     Prepare for hearing testimony                    800.00

04/03/08  Peterson  / (28) Data Analysis                    13.3  10640.00
#4104     Prepare for hearing testimony                    800.00

04/03/08  Peterson  / (28) Data Analysis                     3.0   2400.00
#4105     Review Grace documents re: claims handling       800.00

04/04/08  Peterson  / (28) Data Analysis                     4.9   3920.00
#4107     Review April 1 hearing transcript                800.00

04/04/08  Peterson  / (28) Data Analysis                     0.2    160.00
#4108     Telephone Relles re: status of case              800.00

04/04/08  Peterson  / (28) Data Analysis                    11.2   8960.00
#4109     Prepare for hearing testimony                    800.00

04/04/08  Relles    / (28) Data Analysis                     1.4    665.00
#4301     Review and respond to miscellaneous emails       475.00

04/04/08  Relles    / (28) Data Analysis                     0.2     95.00
#4302     Telephone Peterson re: status of case            475.00

04/05/08  Peterson  / (28) Data Analysis                     8.8   7040.00
#4110     Work on hearing testimony                        800.00

04/05/08  Peterson  / (28) Data Analysis                     5.4   4320.00
#4111     Address issues of Libby liabilities for settlement 800.00
          discussions

04/06/08  Peterson  / (28) Data Analysis                     8.6   6880.00
#4113     Work on hearing testimony                        800.00

04/06/08  Peterson  / (28) Data Analysis                     4.2   3360.00
#4114     Review hearing transcripts                       800.00

04/06/08  Relles    / (28) Data Analysis                     1.4    665.00
#4303     Review emails on status of trial                 475.00

04/06/08  Relles    / (28) Data Analysis                     3.6   1710.00
#4304     Review hearing testimony                         475.00

```
Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                              Page 6

            W. R. Grace


Date/Slip# Description                          HOURS/RATE   AMOUNT
-------------------------------------------------------------------
04/07/08  Peterson  / (28) Data Analysis            4.8    3840.00
#4115     Work on hearing testimony               800.00

04/07/08  Peterson  / (28) Data Analysis            4.5    3600.00
#4116     Address Libby liability issues for settlement  800.00

04/07/08  Peterson  / (28) Data Analysis            0.9     720.00
#4117     Telephone Relles (2 calls)  re: Libby data and  800.00
          issues

04/07/08  Relles    / (28) Data Analysis            4.8    2280.00
#4305     Review and work on slides for hearing testimony  475.00

04/07/08  Relles    / (28) Data Analysis            0.5     237.50
#4306     Telephone Peterson re: Libby data        475.00

04/07/08  Relles    / (28) Data Analysis            4.5    2137.50
#4309     Review hearing testimony                 475.00

04/08/08  Peterson  / (28) Data Analysis            0.6     480.00
#4118     Telephone Relles re: Libby claimants     800.00

04/08/08  Peterson  / (28) Data Analysis            1.0     800.00
#4120     Review documents on settlement           800.00

04/08/08  Relles    / (28) Data Analysis            0.6     285.00
#4311     Telephone Peterson re: Libby claimants    475.00

04/08/08  Relles    / (28) Data Analysis            1.0     475.00
#4312     State by state order statistics          475.00

04/08/08  Relles    / (28) Data Analysis            1.3     617.50
#4313     Review data and analysis of Libby settlements  475.00

04/10/08  Peterson  / (28) Data Analysis            2.8    2240.00
#4123     Work on analyses of Libby claims         800.00

04/11/08  Peterson  / (28) Data Analysis            2.1    1680.00
#4125     Review Libby documents                   800.00

04/11/08  Peterson  / (28) Data Analysis            2.6    2080.00
#4126     Work on finishing drafts of trial documents  800.00

04/12/08  Peterson  / (28) Data Analysis            3.3    2640.00
#4127     Work on finishing drafts of trial documents  800.00
```

{D0112647.1 }

```
Date: 05/20/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 7

              W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/13/08 #4128 | Peterson  / (28) Data Analysis<br>Review Kraus testimony | 3.2<br>800.00 | 2560.00 |
| 04/14/08 #4129 | Peterson  / (28) Data Analysis<br>Work on finishing drafts of trial documents | 3.4<br>800.00 | 2720.00 |
| 04/16/08 #4130 | Peterson  / (28) Data Analysis<br>Telephone Relles re: Libby claimants | 0.4<br>800.00 | 320.00 |
| 04/16/08 #4132 | Peterson  / (28) Data Analysis<br>Review Libby data | 1.1<br>800.00 | 880.00 |
| 04/16/08 #4317 | Relles   / (28) Data Analysis<br>Telephone Peterson re: Libby claimants | 0.4<br>475.00 | 190.00 |
| 04/18/08 #4135 | Peterson  / (28) Data Analysis<br>Work on finishing drafts of trial documents | 4.4<br>800.00 | 3520.00 |
| 04/19/08 #4136 | Peterson  / (28) Data Analysis<br>Work on trial graphics (2.4); telephone Relles re:<br>graphics (.3) | 2.7<br>800.00 | 2160.00 |
| 04/19/08 #4319 | Relles   / (28) Data Analysis<br>Work on providing additional information for trial<br>graphics | 2.4<br>475.00 | 1140.00 |
| 04/19/08 #4320 | Relles   / (28) Data Analysis<br>Telephone Peterson re: trial graphics | 0.3<br>475.00 | 142.50 |
| 04/21/08 #4139 | Peterson  / (28) Data Analysis<br>Compare claims values Libby and other jurisdictions | 2.6<br>800.00 | 2080.00 |
| 04/21/08 #4321 | Relles   / (28) Data Analysis<br>Finish modifications to slides | 2.5<br>475.00 | 1187.50 |
| 04/22/08 #4140 | Peterson  / (28) Data Analysis<br>Review additional data for trial exhibits | 1.1<br>800.00 | 880.00 |
| 04/22/08 #4141 | Peterson  / (28) Data Analysis<br>Telephone Relles (.4) re: analyses of claimed values<br>for Libby claims; review analyses (.8) | 1.2<br>800.00 | 960.00 |
| 04/22/08 #4323 | Relles   / (28) Data Analysis<br>Prepare request for information to Libby attorneys | 1.4<br>475.00 | 665.00 |

```
Date: 05/20/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 8

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
04/22/08  Relles   / (28) Data Analysis                0.4    190.00
#4324     Telephone Peterson re: analyses of claimed values 475.00
          for Libby claims

04/25/08  Peterson  / (28) Data Analysis                3.2   2560.00
#4143     Review forecast as they relate to insurance issues 800.00

04/25/08  Peterson  / (28) Data Analysis                0.2    160.00
#4144     Email to Relles re: insurance analysis        800.00

04/25/08  Relles   / (28) Data Analysis                 2.4   1140.00
#4325     Review insurance analysis issues              475.00

04/29/08  Peterson  / (28) Data Analysis                1.0    800.00
#4147     Prepare for conference call, review forecast issues 800.00

04/29/08  Peterson  / (28) Data Analysis                2.4   1920.00
#4148     Review materials previously sent on insurance issues 800.00
------------------------------------------------------------------------
```

```
Date: 05/20/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 9

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                    April 2008 - April 2008


MONTH      ACTIVITY                                    HOURS    AMOUNT
--------------------------------------------------------------------
April    - (05) Claims Anal Objectn/Resolutn (Asbest)    6.2   4082.50
April    - (07) Committee, Creditors'                   24.1  15022.50
April    - (16) Plan and Disclosure Statement           14.9  11335.00
April    - (28) Data Analysis                          158.2 117102.50
April    - (99) Total                                  203.4 147542.50


Total    - (05) Claims Anal Objectn/Resolutn (Asbest)    6.2   4082.50
Total    - (07) Committee, Creditors'                   24.1  15022.50
Total    - (16) Plan and Disclosure Statement           14.9  11335.00
Total    - (28) Data Analysis                          158.2 117102.50
Total    - (99) Total                                  203.4 147542.50


--------------------------------------------------------------------------------
```

```
Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                   Page 10

          W. R. Grace

          Summary Of Time Charges, By Month and Person
                  April 2008 - April 2008

MONTH        PERSON                                HOURS    AMOUNT
---------------------------------------------------------------------
April        - Relles                              46.7   22182.50
April        - Peterson                           156.7  125360.00
April        - Total                              203.4  147542.50

Total        - Relles                              46.7   22182.50
Total        - Peterson                           156.7  125360.00
Total        - Total                              203.4  147542.50

--------------------------------------------------------------------------------
```

```
Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 11

          W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                    April 2008 - April 2008

MONTH      PERSON                           HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

April      - Relles                           2.7   475.   1282.50
April      - Peterson                         3.5   800.   2800.00

(07) Committee, Creditors'

April      - Relles                          13.1   475.   6222.50
April      - Peterson                        11.0   800.   8800.00

(16) Plan and Disclosure Statement

April      - Relles                           1.8   475.    855.00
April      - Peterson                        13.1   800.  10480.00

(28) Data Analysis

April      - Relles                          29.1   475.  13822.50
April      - Peterson                       129.1   800. 103280.00

-------------------------------------------------------------------------------
```

{D0112647.1 }