# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2008 - APRIL 30, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 15.5 | $ 10,786.00 |
| 0014 | Case Administration | 56.6 | 11,615.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 227.0 | 140,570.00 |
| 0018 | Fee Application, Applicant | 21.4 | 6,728.00 |
| 0019 | Creditor Inquiries | 12.0 | 9,701.00 |
| 0020 | Fee Application, Others | 3.6 | 1,485.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 86.7 | 48,665.00 |
| 0035 | Travel - Non Working | 30.1 | 21,315.00 |
| 0036 | Plan and Disclosure Statement | 44.4 | 35,285.00 |
| 0037 | Hearings | 30.5 | 22,745.50 |
| 0047 | Tax Issues | 1.0 | 650.00 |
| | | | |
| | **Sub Total** | **528.8** | **$ 309,545.50** |
| | **Less 50% Travel** | **(15.0)** | **(10,657.50)** |
| | **Total** | **513.8** | **$ 298,888.00** |

# STROOCK

## INVOICE

| DATE | May 16, 2008 |
|---|---|
| INVOICE NO. | 443178 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2008, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2008 | Memorandum to and o/c LK, KP re: status information (.2); memorandum to J. Blair re: arrangements for April PI Estimation hearing dates (.1); exchanged memoranda with KP re: 4/3/08 call on trial witnesses and attend to revised ACC/FCR list (.2). | Krieger, A. | 0.5 |
| 04/02/2008 | TC w/A. Krieger re: her discussion w/Baer re: status & strategy (.3) and results of estimation hearing (.2). | Kruger, L. | 0.5 |
| 04/03/2008 | Conf call with ACC/FCR, Debtors and KP re: witness schedule and follow-up o/c KP re: same (.7); memorandum from M. Shelnitz re: status and exchanged memoranda with LK, KP re: same (.3). | Krieger, A. | 1.0 |
| 04/03/2008 | Conference call re: witness order and logistical issues (.5); attention to trial issues (.3). | Pasquale, K. | 0.8 |
| 04/05/2008 | Attend to Debtors' motion in limine re: excluded evidence concerning insurance coverage. | Krieger, A. | 0.6 |
| 04/08/2008 | Attend to memoranda re: ZAI Claimants' motions for stay relief and for expedited | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | hearing. | | |
| 04/10/2008 | Attend to Court's memorandum decision permanently enjoining the NJDEP from pursuing its action against the Debtors (.5); attend to Court's memorandum decision denying Debtors' and Montana's reconsideration motion to enjoin action against Montana (.3); attend to ZAI-related pleadings (.6). | Krieger, A. | 1.4 |
| 04/11/2008 | Attend to Court's order denying motions for reconsideration (.3); attend to ZAI related motions, including ZAI motion for stay relief, motion for class proof of claim (.8). | Krieger, A. | 1.1 |
| 04/11/2008 | Attention to debtors' and claimants ZAI briefs. | Pasquale, K. | 1.3 |
| 04/12/2008 | Attend to ZAI - related motions by Debtors and ZAI claimants. | Krieger, A. | 2.0 |
| 04/15/2008 | Attend to portion of 4/25/05 transcript re: Solow claim stipulation. | Krieger, A. | 0.7 |
| 04/15/2008 | Attention to Libby & Canadian 3AI motion and reply papers. | Pasquale, K. | 0.8 |
| 04/16/2008 | Attend to Debtors' objection to ZAI lift stay motion and Debtors' motion for leave to appeal denial of injunction. | Krieger, A. | 0.7 |
| 04/16/2008 | Attention to additional ZAI filings. | Pasquale, K. | 0.5 |
| 04/17/2008 | Attend to Court's decision re: extension of injunction to include suits against BNSF. | Krieger, A. | 0.4 |
| 04/18/2008 | Attend to order denying motion to reschedule Montana stay agreement (.1); attend to statement of issues and designation of record by NJDEP (.2). | Krieger, A. | 0.3 |
| 04/20/2008 | Attend to Libby claimants' opposition to Montana's stay pending appeal. | Krieger, A. | 0.2 |
| 04/21/2008 | Attend to Court's memorandum decision re: expansion of preliminary injunction to include action against BNSF (.3); exchanged memoranda with J. Restivo and J. Baer re: Solow matter (.2). | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/22/2008 | Exchanged memoranda with J. Baer re: Canadian ZAI claims (.1); exchanged memoranda with J. Restivo re: Solow matter (.1); memorandum to J. Angel re: same (.1). | Krieger, A. | 0.3 |
| 04/23/2008 | Memorandum to J. Angel re: Solow matter. | Krieger, A. | 0.1 |
| 04/23/2008 | Attention to ZAI status. | Pasquale, K. | 0.3 |
| 04/25/2008 | Memorandum to J. Baer re: ZAI mediator inquiry (.1); attend to 4/2/08 memorandum order granting stay of Montana action pending appeal (.2); attend to Libby claimants' opposition to Grace's motion for leave to appeal order denying injunction on Montana actions (.6). | Krieger, A. | 0.9 |
| 04/25/2008 | Review Libby opposition to Grace motion for leave to appeal. | Kruger, L. | 0.3 |
| 04/25/2008 | Attention to draft ZAI memo to committee. | Pasquale, K. | 0.1 |
| 04/30/2008 | Memorandum to J. Baer, J. Restivo re: Speights mediation results, ZAI mediation status. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.9 | $ 650 | $ 7,085.00 |
| Kruger, Lewis | 0.8 | 945 | 756.00 |
| Pasquale, Kenneth | 3.8 | 775 | 2,945.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,786.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,786.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| RE | Case Administration<br>699843 0014 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); obtain certain pleadings for attorney review (.4); retrieve and distribute recently filed pleadings re: adv. pro. case docket nos. 01-771 and 05-52724 (.5). | Mohamed, D. | 2.0 |
| 04/02/2008 | O/c DM re: PI Estimation materials. | Krieger, A. | 0.1 |
| 04/02/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4). | Mohamed, D. | 1.3 |
| 04/03/2008 | Tc to Court Call to arrange for L. Kruger and L. Chambers to attend hearings on 4/7, 8, 9 telephonically. | Holzberg, E. | 0.6 |
| 04/03/2008 | O/cs EH re: Court call arrangements for LK, Dr. Chambers for 4/7-9/08 PI Estimation hearings. | Krieger, A. | 0.1 |
| 04/03/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings (.4). | Mohamed, D. | 0.7 |
| 04/04/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4). | Mohamed, D. | 1.6 |
| 04/07/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); obtain certain pleadings for attorney review (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4). | Mohamed, D. | 1.7 |
| 04/08/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/08/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.2); retrieve and distribute recently filed pleading re: adv. pro. case docket no. 05-52724 (.2). | Mohamed, D. | 1.8 |
| 04/09/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adv. pro. case docket no. 04-55083 (.2); retrieve and distribute recently filed pleadings re: adv. pro. case docket nos. 01-771 and 05-52724 (.5). | Mohamed, D. | 1.7 |
| 04/10/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.6); retrieve certain pleadings for attorney review (.3); review case file documents (.8). | Mohamed, D. | 3.1 |
| 04/11/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.3 |
| 04/11/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.1); review adv. pro. case docket nos. 04-55083 and 05-52724 (.2); retrieve and distribute recently filed pleadings re: adv. pro. case docket no. 01-771 (.4). | Mohamed, D. | 2.1 |
| 04/14/2008 | Disc. w/ A. Beal re: time entries when working on Grace (.1); reviewed legal docket to update status (1.4). | Holzberg, E. | 1.5 |
| 04/14/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); retrieve and distribute recently filed pleadings re: adv. pro. case docket no. 01-771 (.3); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3). | Mohamed, D. | 1.5 |
| 04/15/2008 | Tc's to Court Call to arrange for Arlene Krieger and Lewis Kruger to attend the hearing on 4/21 and 4/22 telephonically (.4); reviewed docket to update status (1.0). | Holzberg, E. | 1.4 |
| 04/15/2008 | O/cs EH re: requested court call arrangements for 4/21 and 4/22 hearings and attend to same. | Krieger, A. | 0.2 |
| 04/15/2008 | Review and update case docket no. 01-1139 | Mohamed, D. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.5); retrieve and distribute recently filed pleadings in main case (1.3); obtain certain pleadings for attorney review (.3). | | |
| 04/16/2008 | Review and update docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); retrieve and distribute recently filed pleadings re: adv. pro. case no. 01-771 (.3); review adv. pro. case docket nos. 04-55083 and 05-52724 (.2). | Mohamed, D. | 1.7 |
| 04/17/2008 | Attend to memoranda re: scheduling for ZAI related hearings and o/c LK, KP re: same. | Krieger, A. | 0.2 |
| 04/17/2008 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 0.8 |
| 04/18/2008 | Obtain certain pleadings re: adv. pro. case docket no. 01-71843; Research and retrieve amended plan re: of another case for attorney review (1.3); review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.7); retrieve and distribute recently filed pleadings re: adv. pro. case docket nos. 01-771 and 05-52724 (.6); retrieve certain pleadings for attorney review (.4). | Mohamed, D. | 3.4 |
| 04/21/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.4 |
| 04/21/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.0); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.9 |
| 04/22/2008 | T/c Court Call to cancel AGK reservation to attend hearing telephonically. | Holzberg, E. | 0.3 |
| 04/22/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review case file documents in preparation for central file supplementation (1.2). | Mohamed, D. | 2.1 |
| 04/23/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed | Mohamed, D. | 2.1 |

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | pleadings in main case (.9); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.5); retrieve certain pleadings for attorney review (.4). | | |
| 04/24/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); research district court case docket no. 07-536 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.2 |
| 04/25/2008 | Reviewed legal docket to update status (1.5); reviewed Fee Auditor's objection and researched files for answers (2.8). | Holzberg, E. | 4.3 |
| 04/25/2008 | Attend to Fee Auditor's initial report re: SSL 27th quarterly and o/c EH re: responding to same. | Krieger, A. | 0.2 |
| 04/25/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); retrieve certain pleadings for attorney review (.6); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 01-771(.3); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3). | Mohamed, D. | 2.5 |
| 04/28/2008 | Reviewed legal docket to update status (1.2); reviewed disbursements to answer examiner's questions (.4). | Holzberg, E. | 1.6 |
| 04/28/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); obtain certain pleadings for attorney review (.5); retrieve and distribute recently filed pleading re adv. pro. case no. 01-771 (.2); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.4 |
| 04/29/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review case file documents in preparation for central file supplementation (.9). | Mohamed, D. | 1.6 |
| 04/30/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed | Mohamed, D. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.5); obtain certain pleadings in Grace for attorney review (.4); research and retrieve plan documents re: asbestos cases for attorney review (.9); retrieve and distribute recently filed pleadings re: adv. pro. case docket nos. 01-771 and 05-52724 (.4). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 14.0 | $ 270 | $ 3,780.00 |
| Krieger, Arlene G. | 0.8 | 650 | 520.00 |
| Mohamed, David | 41.8 | 175 | 7,315.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,615.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,615.00 |
|-----------------------|-------------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2008 | O/c J. Baer re: Grace representatives participation on 4/10/08 conference call. | Krieger, A. | 0.1 |
| 04/02/2008 | Memoranda to J. Baer re: participation by Grace representatives in the 4/10/08 Committee call re: Libby Site Agreement (.2); exchanged memoranda with S. Cunningham and J. Dolan re: same (.3); t/c J. Dolan re: recovery analyses (.3); attend to memorandum re: FUSRAP settlement (4.6). | Krieger, A. | 5.4 |
| 04/02/2008 | TC w/ Committee member re: Grace status. | Kruger, L. | 0.2 |
| 04/03/2008 | Exchanged memoranda with J. Baer re: Grace representatives attending April 10 Committee meeting (.2); attend to memorandum for the Committee re: April 10 Conference call (.2); o/c LK re: April 10 conference call (.1). | Krieger, A. | 0.5 |
| 04/04/2008 | Prepared for and attended conf. call re: potential settlement w/ asbestos personal injury claimants. | Gutierrez, J. | 1.2 |
| 04/04/2008 | Attend to MB comments to Committee memo re: FUSRAP and finalize same (.7); t/c S. Cunningham, J. Dolan re: analysis of term sheet (.4); memorandum to the Committee re: term sheet and conf call to discuss (.2); conf call with the Committee re: term sheet (.5); memorandum to J. Baer re: Committee meeting information (.1); review recent recovery analysis (.4); t/cs Committee members re: term sheet and o/c LK (.6). | Krieger, A. | 2.9 |
| 04/04/2008 | O/C w/A. Krieger & K. Pasquale and t/conf w/UCC re: term sheet, open issues, timetable and strategy. | Kruger, L. | 0.7 |
| 04/04/2008 | Conference call with committee re: term sheet and potential deal. | Pasquale, K. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/05/2008 | Attend to Capstone draft memorandum re Debtors' motion for payment of real property taxes and multiple exchange with J. Dolan re: same (2.8); exchanged memoranda with J. Dolan re: Libby Site settlement memo (.2); attend to Libby Site settlement memo (.9); memorandum to LK, KP re: Real Property Tax memo (.1). | Krieger, A. | 4.0 |
| 04/06/2008 | Attend to Libby Site memorandum (3.4); attend to Libby Site memo, J. Gutierrez memo re: restitution issues and memorandum to JG re: same (.9); attend to plan-related correspondence (.4); memorandum to KP re: AB memo re: Committee actions (.2). | Krieger, A. | 4.9 |
| 04/07/2008 | Attend to correspondence from Committee member and memoranda to LK, KP re: same and investor call information (.8); exchanged memoranda with J. Dolan re: Libby Site memorandum (.2). | Krieger, A. | 1.0 |
| 04/08/2008 | Attend to Libby Site Settlement memorandum (6.1); attend to memorandum re: 4/7/08 hearing and investor call (2.3); t/c LK re: 4/7/08 conference with the Court (.1); t/c R. Frezza, J. Dolan re: meeting to discuss treatment, Libby Site Settlement (.4). | Krieger, A. | 8.9 |
| 04/09/2008 | Exchanged memoranda with J. Dolan re: Libby Site Settlement memorandum (.2); attend to unsecured claim treatment issues (1.2); o/c KP re: agreement and Libby Settlement (.5); conf call R. Frezza, J. Dolan re: unsecured treatment issues (.6); follow-up t/c R. Frezza and with LK, KP re: Committee position on Agreement (.5); attend to MB's additional comments on Libby Site Settlement memorandum and finalize Libby Site memorandum for the Committee (1.6); follow-up o/c KP re: preparation of materials for the Committee (.2); memorandum to R. Frezza, J. Dolan re: bank debt holders information (.2). | Krieger, A. | 5.0 |
| 04/09/2008 | O/c w A. Krieger, K. Pasquale re: committee position on term sheet and AKs t/c w R. Frezza (1.0); review memo from AK re: Libby settlement and consider issues (.6). | Kruger, L. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/09/2008 | Attention to post petition interest issues; case law, factual record and begin drafting memo to Committee. | Pasquale, K. | 3.0 |
| 04/10/2008 | Prepared for and attended conf. call among the Official Committee and the Debtors re: proposed settlement btw. the Debtors and the U.S. Dep't of Justice. | Gutierrez, J. | 1.7 |
| 04/10/2008 | O/c KP re: Libby conference call and plan-related mattes (.4); memorandum to J. Gutierrez re: Libby Site call (.1); prepare for and conference call with the Committee, as joined by the Grace representatives (2.8); follow-up o/c KP (.6); t/c W. Katchen re: treatment issues (.1); attend to additional responses from J. Baer re: Libby Site (.1); o/c J. Gutierrez re: Libby Site Settlement issues (.4); t/c W. Katchen re: Committee position (.2); exchanged memoranda with MB re: Committee call (.3); memorandum to J. Baer re: subsequent call to discuss outstanding Libby Site Settlement information (.1). | Krieger, A. | 5.1 |
| 04/10/2008 | T/c w/ committee re: Libby (.6); t/c w K. Pasquale re: Libby call (.2). | Kruger, L. | 0.8 |
| 04/10/2008 | Attention to term sheet issues and telephone conferences re: same (2.5); drafting memo to UCC re: same (1.5). | Pasquale, K. | 4.0 |
| 04/11/2008 | Began conducting legal research on Committee issues as per mtg. w/ A. Krieger. | Gutierrez, J. | 0.5 |
| 04/11/2008 | Attend to memorandum for the Committee re: treatment issues (1.3); memorandum to M. Greenberg, M. Eichler re: agreement, new plan terms and Committee's position (.2); o/c MAS re: plan treatment for unsecured creditors (1.1); conference call C. Freegood re: 4/14/08 meeting (.3); prepared memoranda to the Committee re: 4/14/08 meeting and exchanged memorandum with Committee members (.9); conf call M. Shelnitz re: 4/14/08 meeting (.3); memorandum to LK, KP re: 4/14/08 Committee attendance (.1); memorandum to M. Shelnitz re: 4/14/08 meeting (.2); | Krieger, A. | 4.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exchanged memoranda with N. Hung re: meeting attendees (.1); memorandum to M. Alzate re: same (.1). | | |
| 04/11/2008 | T/c Committee member re: bank debt holders views and committee issues (.3) and t/c Committee member re: same (.2); o/c w A. Krieger and t/c Shelnitz re: 4/14/08 meeting (.3). | Kruger, L. | 0.8 |
| 04/12/2008 | Attend to case law re: treatment of unsecured creditors. | Krieger, A. | 1.0 |
| 04/13/2008 | Attend to memorandum for the Committee re: claims treatment. | Krieger, A. | 4.0 |
| 04/14/2008 | Continued conducting legal research on Committee issues as per mtg. w/ A. Krieger and summarized research results in a memorandum submitted to A. Krieger. | Gutierrez, J. | 4.1 |
| 04/14/2008 | Committee meeting with Debtors' representatives and others re: term sheet (2.3); meeting with S. Cunningham, Bob Frezza, LK and KP re: meeting with the Debtors, recovery analysis (1.9); attend to memorandum for the Committee re: plan treatment (3.4). | Krieger, A. | 7.6 |
| 04/14/2008 | Conf at Kirkland & Ellis with UCC and some bank debt holders and debtor re: term street negotiation and status (2.3); emails A. Krieger and K. Pasquale re: POR meeting at K&E (.2); follow up meeting with UCC (1.3). | Kruger, L. | 3.8 |
| 04/14/2008 | Prep for and meeting with debtors, committee re: term sheet (2.6); meeting with B. Frezza (Capstone), A. Krieger re: term sheet financials (1.0); attention to related issues (.5). | Pasquale, K. | 4.1 |
| 04/15/2008 | Reviewed/summarized caselaw on default rate of interest as per e-mails from and to A. Krieger. | Gutierrez, J. | 1.5 |
| 04/15/2008 | Exchanged memoranda with R. Frezza re: analyses and related documentation (.4); o/c LK, KP re: unsecured creditor treatment and discussions with claim holders regarding same (1.1); t/c S. Cunningham re: unsecured debt | Krieger, A. | 4.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and schedule regarding same (.3); memorandum to J. Gutierrez re: case law review (.1); memorandum to the committee re: 4/16/08 conference call (.3); attend to Gutierrez memorandum (.2); exchanged memoranda and o/c LK, KP re: Committee discussion on Libby Site, plan matters (.4); attend to interest related documents and case law (1.7). | | |
| 04/16/2008 | Attend to Capstone analysis and memorandum to R. Frezza re: same (.5); memorandum to the Committee re: plan meeting (.3); attend to open issues for Committee memorandum and case law (4.1); attend to plan meeting memorandum (.2). | Krieger, A. | 5.1 |
| 04/16/2008 | Attend POR meeting (1.3); review email to Committee re: our removal from POR meeting (.1); t/c Committee member re: same (.2) o/c w K. Pasqual, A. Krieger re: status and strategy (.8); review Capstone analysis re: term sheet (.3); t/c Committee member re: POR (.2). | Kruger, L. | 2.9 |
| 04/17/2008 | Discuss open pendency interest issues with A. Krieger (.3); conduct research on pendency interest issues including review of pleadings and relevant case law (4.9). | Beal, A. | 5.2 |
| 04/17/2008 | Resumed conducting legal research on issue for Committee memo as per e-mail from A. Krieger and began revising memorandum on same as per research results. | Gutierrez, J. | 3.9 |
| 04/17/2008 | Attend to Committee memorandum re: plan treatment (7.2); o/c A. Beal re: additional research for memorandum (.3). | Krieger, A. | 7.5 |
| 04/18/2008 | Research issues involving post-petition interest including review and analysis of case law, review of relevant pleadings (5.8); review docket and pleadings filed in bankruptcy case (1.3); discussions with M. Magzamen and D. Mohammed regarding relevant bankruptcy case (.3). | Beal, A. | 7.4 |
| 04/18/2008 | Finalized revision of memorandum re: Committee issues as per comments from A. Krieger and submitted same to A. Krieger. | Gutierrez, J. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/18/2008 | Attend to case law and Committee memo re: plan treatment (3.4); memoranda with J. Gutierrez re: research requested (.3); memoranda with A. Beal re: additional research for Committee memo (.2). | Krieger, A. | 3.9 |
| 04/18/2008 | OC w K. Pasquale & A. Krieger re: term sheet (.5); review letter re: term sheet issues for Committee to consider (.3). | Kruger, L. | 0.8 |
| 04/18/2008 | Confer A. Krieger, L. Kruger re: term sheet issues (.5); drafted letter re: term sheet issues, for Committee consideration (.8). | Pasquale, K. | 1.3 |
| 04/20/2008 | Attend to preparation of memorandum re: treatment issues. | Krieger, A. | 6.1 |
| 04/21/2008 | Research post-petition interest cases. | Beal, A. | 2.1 |
| 04/21/2008 | Began conducting legal research re: interest issues as per e-mail from A. Krieger. | Gutierrez, J. | 1.3 |
| 04/21/2008 | T/c J. Dolan re: information request to Grace/Blackstone (.4); exchanged memoranda with K. Ziman re: documentation request (.1); attend to letter from A. Rosenberg and o/c LK and KP re: same (.3); memorandum to the Committee re: letter from ad hoc bank debt holders' counsel (.2); attend to revised Capstone analysis (.1); attend to Committee memorandum re: plan treatment (4.2). | Krieger, A. | 5.3 |
| 04/22/2008 | Continued conducting legal research re: interest issues as per e-mail from A. Krieger (3.9); began conducting legal research re: default interest as per e-mail from A. Krieger (3.3); began drafting memorandum summarizing research results re: interest issues (.8). | Gutierrez, J. | 8.0 |
| 04/22/2008 | Attend to Committee memorandum re: plan issues. | Krieger, A. | 1.6 |
| 04/23/2008 | Review status of research on open issues for postpetition interest memo (3.2); discuss findings with A. Krieger (.5); conduct additional research re: interest (1.0). | Beal, A. | 4.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/23/2008 | Finalized memorandum on research re: interest issues and submitted same to A. Krieger. | Gutierrez, J. | 0.8 |
| 04/23/2008 | Memoranda to LK, KP re: Capstone analyses (.2); exchanged memoranda with A. Beal re: research status (.1); attend to Committee memorandum re: plan treatment (5.7); exchanged memoranda with J. Dolan re: schedules (.6); o/c A. Beal re: research results (.4). | Krieger, A. | 7.0 |
| 04/23/2008 | Review A. Krieger re: Capstone analysis (.3); review Committee memo re: POR (.4). | Kruger, L. | 0.7 |
| 04/24/2008 | Research caselaw regarding postpetition interest (2.0); revise and redraft memo as per A Krieger comments (1.2); review cited caselaw in memo (.9); check citations in memo (.7). | Beal, A. | 4.8 |
| 04/24/2008 | Attend to Committee memorandum re: plan treatment (3.9); attend to revised Capstone analysis and exchanged memoranda with J. Dolan re: same (.4); attend to memorandum re: ZAI hearings and status of environmental settlements (2.2). | Krieger, A. | 6.5 |
| 04/25/2008 | Research default interest and other related issues. | Beal, A. | 4.5 |
| 04/25/2008 | Attend to memorandum re: status of certain pending matters and 4/22/08 ZAI hearing (1.4); memorandum to the Committee re: pending matters and ZAI hearing (.3); attend to memorandum re: plan treatment (3.1). | Krieger, A. | 4.8 |
| 04/25/2008 | Review memo to Committee re: ZAI. | Kruger, L. | 0.2 |
| 04/27/2008 | Attend to memorandum to Committee re: plan treatment. | Krieger, A. | 5.9 |
| 04/28/2008 | Research caselaw on other postpetition interest issues as per A. Krieger and related issues. | Beal, A. | 4.1 |
| 04/28/2008 | Memorandum to J. Dolan re: interest analysis (.3); o/c LK re: Libby Site restitution issue and meeting with Debtors to discuss (.1); o/c A. Beal re: interest issues (.2); attend to | Krieger, A. | 8.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee memorandum re: plan treatment (7.8); exchanged memoranda with K. Ziman re: Credit Agreement amendments (.1); memoranda to A. Beal re: additional inquiries for memorandum (.1). | | |
| 04/28/2008 | OC w/ A. Krieger re: meeting Libby site and conf. w/ debtors re: same. | Kruger, L. | 0.1 |
| 04/29/2008 | Research Grace issues, including default and other interest rate issues for memo. | Beal, A. | 3.7 |
| 04/29/2008 | Exchanged memoranda with J. Dolan re: Credit Agreement amendment and interest rate accruals (.3); attend to Committee memorandum re: plan issues (7.2). | Krieger, A. | 7.5 |
| 04/30/2008 | Discuss open issues with A. Krieger (.9); additional research issues from A. Krieger on plan memo (3.1). | Beal, A. | 4.0 |
| 04/30/2008 | Attend to memorandum re: plan treatment issues (6.9); exchanged memoranda with J. Dolan re: same (.3); o/cs A. Beal re: outstanding research for Committee memo on plan treatment issues (.9). | Krieger, A. | 8.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Beal, Abigail M. | 40.5 | $ 440 | $ 17,820.00 |
| Gutierrez, James S. | 23.7 | 490 | 11,613.00 |
| Krieger, Arlene G. | 137.4 | 650 | 89,310.00 |
| Kruger, Lewis | 12.6 | 945 | 11,907.00 |
| Pasquale, Kenneth | 12.8 | 775 | 9,920.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 140,570.00 |
|------------------------------------------|--------------|

# STROOCK

| TOTAL FOR THIS MATTER | $ 140,570.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2008 | Worked on 83rd monthly fee application and disbursements. | Holzberg, E. | 2.1 |
| 04/02/2008 | O/c DM re: SSL's February 2008 fee statement. | Krieger, A. | 0.2 |
| 04/03/2008 | Completed 83rd Monthly Fee application and prep for filing. | Holzberg, E. | 2.3 |
| 04/03/2008 | O/cs EH re: inquiry on expenses (.3); exchanged memoranda with KP re: same (.1). | Krieger, A. | 0.4 |
| 04/04/2008 | Review Stroock's eighty-third monthly fee statement for February 2008 in preparation for filing (.8); prepare affidavit of service and forward to local counsel for filing (.4); prepare and effectuate service re: fee statement (.6). | Mohamed, D. | 1.8 |
| 04/07/2008 | Started to work on time for March. | Holzberg, E. | 1.0 |
| 04/08/2008 | Worked on fee application for March (84th). | Holzberg, E. | 0.5 |
| 04/11/2008 | Worked on 84th monthly bill. | Holzberg, E. | 1.0 |
| 04/15/2008 | Worked on 84th monthly (March time). | Holzberg, E. | 0.9 |
| 04/18/2008 | Further attention to March time and started to review disbursements. | Holzberg, E. | 1.2 |
| 04/18/2008 | Attend to March 2008 fee statement. | Krieger, A. | 1.9 |
| 04/21/2008 | Worked on Fee Application for March; reviewing disbursements. | Holzberg, E. | 1.4 |
| 04/22/2008 | Further attention to March time and left for AGK (.8); reviewed disbursements (.9). | Holzberg, E. | 1.7 |
| 04/25/2008 | Attend to March 2008 fee statement. | Krieger, A. | 0.9 |
| 04/28/2008 | Worked on and completed 84th Monthly Fee Application and prep for filing. | Holzberg, E. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/29/2008 | Review Stroock's eighty-fourth monthly fee statement in preparation for filing (.6); prepare affidavit of service re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee statement (.7). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 14.4 | $ 270 | $ 3,888.00 |
| Krieger, Arlene G. | 3.4 | 650 | 2,210.00 |
| Mohamed, David | 3.6 | 175 | 630.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,728.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,728.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| RE | Creditor Inquiries |
|----|----|
|    | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/07/2008 | T/Cs specific bank debt holders re: interest rate. | Kruger, L. | 1.2 |
| 04/07/2008 | Telephone conference various bank debt holders re: term sheet issues. | Pasquale, K. | 1.8 |
| 04/08/2008 | T/c creditor re: unsecured creditor treatment (.1); t/c bank debt holder re: bank debt holder meeting, plan agreement (.1); exchanged memoranda with LK, KP re: same (.3). | Krieger, A. | 0.5 |
| 04/08/2008 | T/c w/bank debt holders re: meeting w/debtor re: interest rate issue. | Kruger, L. | 0.4 |
| 04/08/2008 | Telephone creditors re: term sheet. | Pasquale, K. | 0.8 |
| 04/09/2008 | TCs w/ bank debt holders re: term sheet. | Kruger, L. | 0.4 |
| 04/09/2008 | Multiple telephone conferences re: term sheet issues with bank debt holders (1.5); confer L. Kruger, A. Krieger re: termsheet issues (1.0). | Pasquale, K. | 2.5 |
| 04/11/2008 | Multiple t/c's re: term sheet w/ holders and their counsel. | Kruger, L. | 0.4 |
| 04/11/2008 | Multiple telephone conferences re: term sheet issues with holders, counsel to holders and internally with L. Kruger, A. Krieger. | Pasquale, K. | 1.2 |
| 04/14/2008 | T/c w/ bank debt holders' counsel re: bank holder view. | Kruger, L. | 0.2 |
| 04/15/2008 | Conference call with trade creditor, L. Kruger, A. Krieger re: term sheet (.3); telephone conference A. Rosenberg re: term sheet issues (.4). | Pasquale, K. | 0.7 |
| 04/16/2008 | Telephone conferences bank debt holders re: status. | Pasquale, K. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/18/2008 | Telephone conference debt holder re: term sheet issues. | Pasquale, K. | 0.4 |
| 04/23/2008 | T/c Creditor re: term sheet. | Kruger, L. | 0.2 |
| 04/23/2008 | Telephone conferences creditors re: term sheet, ZAI issues. | Pasquale, K. | 0.5 |
| 04/24/2008 | Telephone conference bank debt holder re: term sheet issues. | Pasquale, K. | 0.3 |
| 04/30/2008 | T/c creditor re: asbestos resolution. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.6 | $ 650 | $ 390.00 |
| Kruger, Lewis | 2.8 | 945 | 2,646.00 |
| Pasquale, Kenneth | 8.6 | 775 | 6,665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,701.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 9,701.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|----|----------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/10/2008 | Attend to fee application of other professionals. | Krieger, A. | 0.9 |
| 04/21/2008 | Review Capstone's 49th monthly fee statement in preparation for filing (.5); prepare notice and affidavit of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee statement (.7). | Mohamed, D. | 1.8 |
| 04/24/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.6 |
| 04/28/2008 | Attend to Navigant's March 2008 invoice. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.8 | $ 650 | $ 1,170.00 |
| Mohamed, David | 1.8 | 175 | 315.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,485.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,485.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|----|----------------------------------------------|
|    | 699843  0022                                 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2008 | Conduct research regarding settlement issues (5.1); draft memo regarding settlement issues for A. Krieger (4.3). | Beal, A. | 9.4 |
| 04/01/2008 | Conference call with Debtor regarding issue of whether Grace can transfer liability to ELT without recourse. | Berg, M. | 1.1 |
| 04/01/2008 | Continued reviewing memorandum re: insurance coverage prepared by Pitney Hardin LLP. | Gutierrez, J. | 0.7 |
| 04/01/2008 | Preparation for and conference call with Debtors' representatives, J. Dolan, R. Frezza re: FUSRAP settlement (1.1); conf call with Debtors' representatives, DOJ representatives, MB, J. Dolan, R. Frezza re: ELT transaction (1.3); o/c G. Horowitz re: Libby Site settlement and NJDEP ruling (.4); o/c J. Baer re: ELT matter (.1). | Krieger, A. | 2.9 |
| 04/02/2008 | Conduct research regarding settlement issues (3.1); draft memo regarding settlement issues (1.2). | Beal, A. | 4.3 |
| 04/02/2008 | Conference call with A. Krieger, J. Dolan regarding ELT agreement (.5); review Debtor's response to committee's questions on Libby settlement (.3). | Berg, M. | 0.8 |
| 04/02/2008 | Memoranda to M. Berg, J. Dolan re: conference call on ELT transfer motion (.2); memorandum to J. Dolan re: proposed revised language for ELT order (.1); attend to Libby Site settlement information (.8); attend to ELT materials (.3); conf call M. Berg. J. Dolan, R. Frezza re: ELT issues (.5). | Krieger, A. | 1.9 |
| 04/03/2008 | Continue research relating to settlement issues in memo for A. Krieger (4.1); continue drafting | Beal, A. | 7.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memo regarding same (3.2). | | |
| 04/03/2008 | Conference call regarding Libby settlement (1.5); review and comment on draft FUSRAP memo to committee (.8); review and comment on draft Libby memo to Committee (1.1). | Berg, M. | 3.4 |
| 04/03/2008 | Continued reviewing memorandum re: insurance coverage prepared by Pitney Hardin LLP (.7); began conducting legal research re: restitution issues (4.1). | Gutierrez, J. | 4.8 |
| 04/03/2008 | O/c MAS re: Libby Site Settlement Agreement, opinions issued by court involving NJDEP, other (.4); attend to materials for MAS (.2); preparation for and participation on conf call with MB, J. Dolan, R. Frezza re: Libby Site Agreement (2.7); exchanged memoranda with J. Baer re: extended response date on FUSRAP settlement motion (.2); attend to memorandum re: Libby Site Settlement (.5); memo to J. Gutierrez re: restitution issues (.1); memorandum to J. Baer, L. Duff re: follow-up questions on Libby Site settlement (1.3); attend to AEC contract and exchanged memoranda with M. Berg re: same (.5). | Krieger, A. | 5.9 |
| 04/03/2008 | Received and reviewed documents from A. Krieger. | Speiser, M. | 0.6 |
| 04/04/2008 | Research settlement issues (2.1); draft memo regarding settlement issues (3.6); memo to A. Krieger re: same (.1). | Beal, A. | 5.8 |
| 04/04/2008 | Continued conducting legal research re: restitution issues. | Gutierrez, J. | 2.5 |
| 04/04/2008 | Attend to memorandum by FCR to J. Baer re: additional information sought on Libby Site settlement (.1); memorandum to J. Baer re: requesting further information on Libby Site settlement (.2); memorandum to M. Hurford, D. Felder re: Committee's further information request (.2); attend to Libby Claimants' objection to Libby Site settlement (.1); o/c J. Gutierrez re: restitution issues (.7); attend to M. Berg comment to Libby Site settlement memo (.3). | Krieger, A. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/05/2008 | Attend to A. Beal memorandum re: settlement case law. | Krieger, A. | 0.2 |
| 04/06/2008 | Continued conducting legal research on restitution issues and drafted memorandum summarizing research results for A. Krieger's review (6.0); e-mail from A. Krieger re: follow-up research questions (.1). | Gutierrez, J. | 6.1 |
| 04/07/2008 | Conducted follow-up legal research on restitution issues as per e-mail from A. Krieger (3.0); revised memo re: same and submitted same to A. Krieger (1.2). | Gutierrez, J. | 4.2 |
| 04/09/2008 | Review and comment on final draft of memo on Libby Settlement (.9); review other emails regarding information on Libby Settlement (.4). | Berg, M. | 1.3 |
| 04/09/2008 | O/c and memorandum to MAS re: Libby Site settlement memorandum (.2); attend to J. Baer memo re: responses to Libby Site questions and further request (.6); extended o/c MAS re: Libby Site Settlement issues (1.0); memorandum to LK, KP, M. Berg and R. Frezza re: same (.6). | Krieger, A. | 2.4 |
| 04/09/2008 | Attention to Libby settlement issues, memo. | Pasquale, K. | 1.2 |
| 04/09/2008 | Received and reviewed memo re: Libby Site settlement (.3); work on issues raised re: restitution and o/c A. Krieger re: settlement issues (1.4). | Speiser, M. | 1.7 |
| 04/10/2008 | Review Debtors' response to Stroock questions on Libby Settlement Agreement. | Berg, M. | 1.1 |
| 04/10/2008 | Follow-up mtg. w/ A. Krieger re: proposed settlement btw. the Debtors and U.S. Dept of Justice, restitution issues and other research. | Gutierrez, J. | 0.4 |
| 04/10/2008 | Prep for and conference call with Committee, company re: proposed Libby settlement. | Pasquale, K. | 1.8 |
| 04/11/2008 | Exchanged memoranda with J. Baer re: restitution discussion. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/14/2008 | O/c D. Bernick, M. Shelnitz re: restitution issues and Committee's consideration thereof (.2); exchanged memoranda with J. Baer re: same and scheduling (.1). | Krieger, A. | 0.3 |
| 04/14/2008 | Attention to Libby settlement issues. | Pasquale, K. | 0.3 |
| 04/15/2008 | Review consent orders provided by Debtors regarding shifting liabilities under ELT agreement (1.3); review revised ELT Order (.3); email to A. Krieger with comments (.3). | Berg, M. | 1.9 |
| 04/15/2008 | Memorandum to J. Baer re: extension of Committee's time to respond to Libby Site Agreement motion (.1); exchanged memoranda with J. Baer re: Libby site Agreement, status of multi-site agreement (.2); attend to review of ELT order and prepare memorandum re: revisions (1.6); exchanged memoranda with M. Berg re: revised ELT order (.2); t.c J. Baer re: Libby Site Settlement, ELT Order, other matters (.4); t/c J. Monahan re: ELT order comments (.3); attend to Debtors' additional responses to FCR's inquiries on Libby Site settlement and memorandum to M. Berg, R. Frezza re: same (.2); attend to further revised ELT Order (.1). | Krieger, A. | 3.1 |
| 04/16/2008 | Exchanged memoranda with M. Berg re: ELT order and review of consent decrees (.2); attend to memorandum to J. Monahan re: further changes to ELT order (.4). | Krieger, A. | 0.6 |
| 04/18/2008 | Review final ELT order, with revisions. | Berg, M. | 0.3 |
| 04/18/2008 | Attend to revised ELT order and prepared further changes thereto (.7); t/cs J. Baer, J. Monahan re: ELT order issues and attend to proposed revised language and exchanged memoranda with J. Baer, J. Monahan re: same (.9); exchanged memoranda with M. Berg re: further changes to ELT order (.6). | Krieger, A. | 2.2 |
| 04/21/2008 | Review final revised ELT Order. | Berg, M. | 0.1 |
| 04/21/2008 | Exchanged memoranda with J. Baer re: J. Monahan ELT order (.3); review final form of order and memoranda to KP re: revisions to | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | ELT order and NY State's objection thereto and proposed resolution (.6); conf call J. Baer, J. Monahan and then with L. White and J. Hausbe (NY State Attorneys) re: revised proposed ELT order (.5). | | |
| 04/24/2008 | Attend to Government's joinder in Debtors' motion to approve Libby Site Agreement (.3); memorandum to J. Dolan, M. Berg re: same (.6); exchanged memoranda with J. Baer re: status of Montana settlement (.2); exchanged further memoranda with J. Dolan re: Libby Site settlement matter (.1). | Krieger, A. | 1.2 |
| 04/25/2008 | Review US Joinder in Libby Settlement Motion (.3); email to A. Krieger re: risk assessment (.5). | Berg, M. | 0.8 |
| 04/25/2008 | Exchanged memoranda with J. Dolan re: interest under Settlement Agreement (.1); exchanged memoranda with M. Berg re: Public comment on Libby Site Settlement agreement (.6). | Krieger, A. | 0.7 |
| 04/28/2008 | Exchanged memoranda with J. Baer re: restitution issue discussion. | Krieger, A. | 0.1 |
| 04/30/2008 | O/c J. Gutierrez re Libby Site Settlement information. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Beal, Abigail M. | 26.8 | $ 440 | $ 11,792.00 |
| Berg, Madelaine | 10.8 | 650 | 7,020.00 |
| Gutierrez, James S. | 18.7 | 490 | 9,163.00 |
| Krieger, Arlene G. | 24.8 | 650 | 16,120.00 |
| Pasquale, Kenneth | 3.3 | 775 | 2,557.50 |
| Speiser, Mark A. | 2.3 | 875 | 2,012.50 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 48,665.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 48,665.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------|------|

MATTER DISBURSEMENT SUMMARY

| | |
|----|----|
| Outside Messenger Service | $ 97.11 |
| Meals | 125.00 |
| Local Transportation | 254.90 |
| Long Distance Telephone | 166.48 |
| Duplicating Costs-in House | 28.20 |
| O/S Information Services | 706.14 |
| Word Processing | 132.00 |
| Facsimile Charges | 16.00 |
| Travel Expenses - Transportation | 2558.17 |
| Travel Expenses - Lodging | 1859.62 |
| Travel Expenses - Meals | 262.82 |
| Westlaw | 3937.16 |

| TOTAL DISBURSEMENTS/CHARGES | $ 10,143.60 |
|------|------|

| TOTAL FOR THIS MATTER | $ 10,143.60 |
|------|------|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2008 | Return travel from Pittsburgh PI Estimation hearing to New York. | Krieger, A. | 3.8 |
| 04/01/2008 | Travel from Pittsburgh estimation hearing. | Pasquale, K. | 3.0 |
| 04/06/2008 | Travel to Pittsburgh for PI Estimation hearing. | Krieger, A. | 3.8 |
| 04/06/2008 | Travel to Pittsburgh for court hearing. | Pasquale, K. | 4.0 |
| 04/07/2008 | Travel back to New York from Pittsburgh court hearing. | Krieger, A. | 3.4 |
| 04/07/2008 | Return travel from Pittsburgh court hearing. | Pasquale, K. | 3.0 |
| 04/21/2008 | Travel to and from omnibus hearing. | Pasquale, K. | 4.0 |
| 04/22/2008 | Travel to Delaware for 4/22/08 ZAI hearings (2.4); return travel to New York (2.7). | Krieger, A. | 5.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 16.1 | $ 650 | $ 10,465.00 |
| Pasquale, Kenneth | 14.0 | 775 | 10,850.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,315.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 21,315.00 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843 0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/03/2008 | O/c AGK re: plan status and issues; work on plan issues; memos from AGK. | Speiser, M. | 0.8 |
| 04/04/2008 | T/c M. Shelnitz and o/cs LK, MAS re: proposed revisions to term sheet and prepare same (2.3); memorandum to M. Shelnitz re: proposed revisions to Term Sheet (.1); memorandum to KP re: same (.1); o/c KP, LK re: term sheet (.3); attend to term sheet (.2); exchanged memorandum with LK re: treatment for unsecured creditors (.1); memorandum to S. Cunningham, J. Dolan re: term sheet and t/c S. Cunningham re: same (.3). | Krieger, A. | 3.4 |
| 04/04/2008 | Review Grace/ACC/FCR term sheet (.3); t/c Committee member re: term sheet and issues (.4); o/c w/A. Krieger and t/c w/Committee member re: term sheet and open issues (.4); o/c w/A. Krieger & t/c w Sean Cunningham re: term sheet (.4);  emails Committee member re: term sheet (.3); o/c w/A. Krieger and t/c w/Shelnitz re: term sheet and open issues, Grace position, timetable, interest issues (.3); o/c w/A. Krieger & K. Pasquale and t/c w/Shelnitz & Bernick re: UCC support & co-sponsorship of POR & interest issues of default interest rate (.8); o/c w/A. Krieger & K. Pasquale re: our t/c w/Shelnitz & Bernick re: cosponsorship, interest rate and debtor presentation to UCC (.4);  t/c Committee members re: possible meeting with bank debtholders and debtors re: overall term sheet and issue of default interest (.3);  review press release and t/c w/Shelnitz re: wording (.7). | Kruger, L. | 4.3 |
| 04/04/2008 | Attention to term sheet including conference calls with Shelnitz, Bernick. | Pasquale, K. | 1.8 |
| 04/04/2008 | O/cs A. Krieger re: plan provision regarding post-petition interest and reviewed draft memo | Speiser, M. | 2.1 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and comments re same; o/c L. Kruger and A. Krieger re: interest provision (.7); work on plan issues discussed with A. Krieger (1.4). | | |
| 04/05/2008 | Exchanged memoranda with KP re: status. | Krieger, A. | 0.2 |
| 04/05/2008 | Attention to term sheet issues and emails re: same (.8); telephone conference G. Horowitz re: status (.3). | Pasquale, K. | 1.1 |
| 04/06/2008 | Exchanged memoranda with KP re: Grace agreement on plan term sheet and treatment for unsecured creditors (.7); t/c KP re: same (.4); exchanged memoranda with J. Dolan re: post-petition interest for unsecured creditors (.3). | Krieger, A. | 1.4 |
| 04/06/2008 | Attention to term sheet issues, including telephone conferences G. Horowitz, D. Bernick re: status. | Pasquale, K. | 1.5 |
| 04/07/2008 | Attend to plan-related documents and memoranda to KP re: same (.5); memoranda to S. Cunningham re: investor call (.2); attend investor call re: plan terms agreement (.7); t/c LK re: call (.1); memorandum to LK, KP re: investor call (1.6); exchanged memoranda with S. Cunningham and R. Frezza re: investor call (.2). | Krieger, A. | 3.3 |
| 04/07/2008 | T/Cs w Committee member re: term sheet and debtor/bank debt holder meeting (.5);  t/c w/ Committee member re: debtor/bank debt holder meeting (.2); TC w A. Krieger, K. Pasquale re: term sheet (.2). | Kruger, L. | 0.9 |
| 04/07/2008 | Attention to term sheet issues and confer L. Kruger, A. Krieger re: same. | Pasquale, K. | 1.4 |
| 04/07/2008 | Work on plan issues re: plan payments. | Speiser, M. | 1.0 |
| 04/08/2008 | TC w Committee members re: meeting of debtor and bank debt holders (.3); TC w Shelnitz re: debtor meeting w bank debt holders (.2);  Conf. A. Krieger, K. Pasquale re: term sheet and issues (.3). | Kruger, L. | 0.8 |
| 04/08/2008 | Attention to issues re: term sheet and confer L. Kruger, A. Krieger re: same. | Pasquale, K. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/09/2008 | Work on plan issues re: treatment of unsecured claims; o/c A. Krieger. | Speiser, M. | 0.9 |
| 04/10/2008 | Conference call R. Frezza, J. Dolan re: plan analysis and related matters (.4); attend to treatment analysis (.2); attend to R. Frezza memoranda re: recovery analysis (.1); memorandum to LK, KP re: substance of conversation with R. Frezza (.1). | Krieger, A. | 0.8 |
| 04/10/2008 | T/c  w K. Pasquale re: term sheet. | Kruger, L. | 0.1 |
| 04/10/2008 | Work on plan issues re: payment of post-petition interest. | Speiser, M. | 1.3 |
| 04/11/2008 | Attend to new Capstone recovery analysis (1.6); memoranda to R. Frezza re: analysis (.1); t/c LK, A. Rosenberg re: 4/14/08 meeting (.2). | Krieger, A. | 1.9 |
| 04/11/2008 | O/c w A. Krieger and K. Pasquale, and t/c A. Rosenberg re: 4/14/08 meeting. | Kruger, L. | 0.4 |
| 04/11/2008 | Work on post-petition interest plan issues; and o/cs A. Krieger re: issues. | Speiser, M. | 2.8 |
| 04/14/2008 | Reviewing term sheet for Plan of Reorganization and transcript of conference call describing asbestos plaintiff settlement. | Eichler, M. | 0.5 |
| 04/14/2008 | Exchanged memoranda with LK re: 4/16/08 plan meeting (.1); t/c and exchanged memoranda with S. Cunningham re: same (.1). | Krieger, A. | 0.2 |
| 04/15/2008 | O/c LK, KP re: 4/16/08 plan meeting and memorandum to the parties re: attendance (.2); attend to plan meeting agenda (.1). | Krieger, A. | 0.3 |
| 04/15/2008 | O/c w/ K. Pasquale and A. Krieger re: POR term sheet, attention to treatment of unsecureds, and t/c various creditors (1.1); emails and OC w A. Krieger and K. Pasquale re: Libby and POR issues (.4); review interested related case law (.6); o/c w/ A. Krieger, K. Pasquale re: 4/16 POR meeting (.2); review agenda for meeting (.2). | Kruger, L. | 2.5 |
| 04/15/2008 | Confer A. Krieger, L. Kruger re: plan term | Pasquale, K. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | sheet issues (.5); attention to legal issues re: same (1.3). | | |
| 04/15/2008 | Work on plan issues discussed with A. Krieger re: treatment of unsecured claims. | Speiser, M. | 1.4 |
| 04/16/2008 | To K&E to attend plan meeting and attend briefly (1.3); o/c LK re: above and related plan issues (.5). | Krieger, A. | 1.8 |
| 04/16/2008 | Confer L. Kruger, A. Krieger re: term sheet issues. | Pasquale, K. | 0.3 |
| 04/21/2008 | Review letter from Andy Rosenberg (.2); o/c w A. Krieger and K. Pasquale re: Rosenberg letter and response (.3). | Kruger, L. | 0.5 |
| 04/21/2008 | Confer A. Krieger, L. Kruger re: term sheet issues (.2); attention to bank debt holders' letter (.2). | Pasquale, K. | 0.4 |
| 04/22/2008 | Exchanged memoranda with KP re: plan related issues. | Krieger, A. | 0.3 |
| 04/23/2008 | Attention to Capstone's revised analyses. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Eichler, Mark | 0.5 | $ 635 | $ 317.50 |
| Krieger, Arlene G. | 13.6 | 650 | 8,840.00 |
| Kruger, Lewis | 9.5 | 945 | 8,977.50 |
| Pasquale, Kenneth | 10.5 | 775 | 8,137.50 |
| Speiser, Mark A. | 10.3 | 875 | 9,012.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 35,285.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 35,285.00 |
|-----------------------|-------------|

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2008 | Attend PI Estimation trial (4.5); memorandum to J. Baer re: trial transcripts (.1); o/c G. Horowitz re: hearings (.3). | Krieger, A. | 4.9 |
| 04/01/2008 | Attend by telephone the estimation hearing. | Kruger, L. | 3.2 |
| 04/01/2008 | Estimation hearing. | Pasquale, K. | 7.5 |
| 04/06/2008 | Exchanged memoranda with LK, KP re: 4/7/08 hearing. | Krieger, A. | 0.2 |
| 04/07/2008 | O/c KP re: breakfast meeting re: plan issues and today's hearing (.5); attend Grace hearing and Chambers conference and follow up o/c KP re: same (1.5). | Krieger, A. | 2.0 |
| 04/07/2008 | Court hearing re: WRG term sheet. | Pasquale, K. | 1.7 |
| 04/15/2008 | O/c LK, KP re: 4/21 and 4/22 hearings and agenda notice for 4/21/08. | Krieger, A. | 0.3 |
| 04/15/2008 | O/c w/ A. Krieger, K. Pasquale re: hearing and agendas on 4/21, 4/22. | Kruger, L. | 0.3 |
| 04/18/2008 | Attend to memoranda re: ZAI hearing. | Krieger, A. | 0.3 |
| 04/21/2008 | Attend to memoranda re: 4/22/08 ZAI hearings (.1); attend (telephonically) 4/21/08 omnibus hearing re: ELT liability  transfer motion, Montana motion for stay pending appeal, other (1.9). | Krieger, A. | 2.0 |
| 04/21/2008 | TConf. w Court re: agenda. | Kruger, L. | 1.1 |
| 04/21/2008 | Prep for and participated in omnibus hearing in Wilmington, DE. | Pasquale, K. | 2.6 |
| 04/22/2008 | Review ZAI-related pleadings for 4/22/08 hearing (1.2); attend ZAI related hearings (2.0); | Krieger, A. | 4.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | prepare memorandum re hearing (.9). | | |
| 04/22/2008 | Emails from A. Krieger and K. Pasquale re: ZAI court hearing. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 13.8 | $ 650 | $ 8,970.00 |
| Kruger, Lewis | 4.9 | 945 | 4,630.50 |
| Pasquale, Kenneth | 11.8 | 775 | 9,145.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,745.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 22,745.50 |
|-----------------------|-------------|

# STROOCK

| RE | Tax Issues |
|---|---|
| | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/03/2008 | Memorandum to L. Sinanyan re: real property tax motion inquiry. | Krieger, A. | 0.1 |
| 04/04/2008 | Attend to memorandum from L. Sinanyan, J. Yoden re: real property tax information (.3); exchanged memoranda with J. Dolan re: additional information for real property tax motion (.2); attend to Capstone draft memorandum (.4). | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.0 | $ 650 | $ 650.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 650.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 650.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 309,545.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 10,143.60 |
| TOTAL BILL | $ 319,689.10 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.