# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**APRIL 1, 2008 - APRIL 30, 2008**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 30.6 | $ 945 | $ 28,917.00 |
| Pasquale, Kenneth | 64.8 | 775 | 50,220.00 |
| Speiser, Mark A. | 12.6 | 875 | 11,025.00 |
| | | | |
| **Associates** | | | |
| Beal, Abigail M. | 67.3 | 440 | 29,612.00 |
| Berg, Madelaine | 10.8 | 650 | 7,020.00 |
| Eichler, Mark | 0.5 | 635 | 317.50 |
| Gutierrez, James S. | 42.4 | 490 | 20,776.00 |
| Krieger, Arlene G. | 224.2 | 650 | 145,730.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 28.4 | 270 | 7,668.00 |
| Mohamed, David | 47.2 | 175 | 8,260.00 |
| | | | |
| **Sub Total** | **528.8** | | **$ 309,545.50** |
| **Less 50% Travel** | **(15.0)** | | **(10,657.50)** |
| **Total** | **513.8** | | **$ 298,888.00** |

NY 71506010v1