# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2008 - APRIL 30, 2008**

| | |
|---|---|
| Outside Messenger Service | $      97.11 |
| Meals | 125.00 |
| Local Transportation | 254.90 |
| Long Distance Telephone | 166.48 |
| Duplicating Costs-in House | 28.20 |
| O/S Information Services | 706.14 |
| Word Processing | 132.00 |
| Facsimile Charges | 16.00 |
| Travel Expenses - Transportation | 2,558.17 |
| Travel Expenses - Lodging | 1,859.62 |
| Travel Expenses - Meals | 262.82 |
| Westlaw | 3,937.16 |
| | |
| **TOTAL** | **$ 10,143.60** |

# STROOCK

## Disbursement Register

| DATE | May 16, 2008 |
|---|---|
| INVOICE NO. | 443178 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through April 30, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 04/01/2008 | UPS L Croston to A Krieger Westin Convention Center Piitsburgh, PA on 3/24/08 | 8.60 |
| 04/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827148; DATE: 04/05/2008; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Mary Lyman  Esq. Navigant Consulting  Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270193876007 on 04/02/2008 | 7.30 |
| 04/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827148; DATE: 04/05/2008; FROM ACCTS PAYABLE, , NEW YORK, NY TO Mary Lyman Esq. Navigant Consulting  Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270193876007 on 04/02/2008 | 3.89 |
| 04/07/2008 | VENDOR: UPS; INVOICE#: 10X827148-EA4705148; DATE: 4/5/2008 L Croston to A Krieger Pittsburgh, PA on 3/28/08 | 12.56 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Package handling fee - 3/25/08 | 5.00 |
| 04/14/2008 | VENDOR: UPS; INVOICE#: 0000010X827158; DATE: 04/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195640258 on 04/04/2008 | 6.72 |
| 04/14/2008 | VENDOR: UPS; INVOICE#: 0000010X827158; DATE: 04/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199056267 on 04/04/2008 | 6.72 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/14/2008 | VENDOR: UPS; INVOICE#: 0000010X827158; DATE: 04/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270197432872 on 04/04/2008 | 6.72 |
| 04/14/2008 | VENDOR: UPS; INVOICE#: 0000010X827158; DATE: 04/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270198406087 on 04/04/2008 | 9.54 |
| 04/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827178; DATE: 04/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199727238 on 04/21/2008 | 6.80 |
| 04/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827178; DATE: 04/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198362044 on 04/21/2008 | 6.80 |
| 04/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827178; DATE: 04/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195085457 on 04/21/2008 | 6.80 |
| 04/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827178; DATE: 04/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195213460 on 04/21/2008 | 9.66 |

| **Outside Messenger Service Total** | | **97.11** |

**Meals**

| 04/16/2008 | VENDOR(EE): LKRUGER: 04/14/08 - 04/14/08; DATE: 04-16-2008; Lunch with LK, KP, AK and S. Cunningham, R. Frezza. | 125.00 |
|---|---|---|

| **Meals Total** | | **125.00** |

**Local Transportation**

| 04/02/2008 | VENDOR: NYC Taxi; Invoice#: 822749; Invoice Date: 03/21/2008; | 28.32 |
|---|---|---|

# STROOCK

---

PAGE: 3

---

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Voucher #: 812091383; Abigail Beal 03/13/2008 20:04 from 180 MAIDEN LANE MANHATTAN NY to 14 GRAND ST MANHATTAN NY | |
| 04/02/2008 | VENDOR: NYC Taxi; Invoice#: 822749; Invoice Date: 03/21/2008; Voucher #: 812085064; Abigail Beal 03/10/2008 20:45 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 28.32 |
| 04/10/2008 | VENDOR: NYC Taxi; Invoice#: 824534; Invoice Date: 04/04/2008; Voucher #: 812087133; Abigail Beal 03/11/2008 20:33 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 28.32 |
| 04/14/2008 | VENDOR: Petty Cash; INVOICE#: PC041408; DATE: 4/14/2008 - 04/02/08   NY PETTY CASH  -  A.Krieger | 21.00 |
| 04/16/2008 | VENDOR: NYC Taxi; Invoice#: 825334; Invoice Date: 04/11/2008; Voucher #: 812098055; David Mohamed 03/18/2008 20:27 from 180 MAIDEN LANE MANHATTAN NY to ASTORIA QUEENS NY | 49.74 |
| 04/16/2008 | VENDOR: NYC Taxi; Invoice#: 825334; Invoice Date: 04/11/2008; Voucher #: 812123197; Arlene Krieger 04/04/2008 20:15 from 180 MAIDEN LA MANHATTAN NY to 10 EAST END AVE MANHATTAN NY | 37.50 |
| 04/18/2008 | VENDOR(EE): LKRUGER: 04/14/08 - 04/16/08; DATE: 04-18-2008; parking expenses | 40.20 |
| 04/23/2008 | VENDOR: Petty Cash; INVOICE#: PC042308; DATE: 4/23/2008 - 04/22/08   NY PETTY CASH  -  A.Krieger | 21.50 |

**Local Transportation Total**                                            **254.90**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 04/04/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-032308; DATE: 3/23/2008  -  Teleconference  03-18-08 | 34.11 |
| 04/04/2008 | EXTN.5431, TEL.410-531-4212, S.T.10:35, DUR.00:01:36 | 0.94 |
| 04/04/2008 | EXTN.5431, TEL.201-587-7111, S.T.12:44, DUR.00:05:24 | 2.81 |
| 04/04/2008 | EXTN.5431, TEL.312-927-6420, S.T.18:07, DUR.00:01:30 | 0.94 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/04/2008 | EXTN.5431, TEL.302-571-6699, S.T.18:15, DUR.00:00:36 | 0.47 |
| 04/04/2008 | EXTN.5475, TEL.302-657-4938, S.T.15:53, DUR.00:03:54 | 1.88 |
| 04/04/2008 | EXTN.5544, TEL.206-399-9847, S.T.16:54, DUR.00:00:42 | 0.47 |
| 04/04/2008 | EXTN.5544, TEL.206-399-9847, S.T.18:41, DUR.00:03:30 | 1.88 |
| 04/06/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-040608; DATE: 4/6/2008  -  Teleconference          04-02-08 | 8.33 |
| 04/06/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-040608; DATE: 4/6/2008  -  Teleconference          04-03-08 | 27.56 |
| 04/06/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-040608; DATE: 4/6/2008  -  Teleconference          04-04-08 | 13.65 |
| 04/08/2008 | EXTN.5562, TEL.302-252-4361, S.T.17:35, DUR.00:03:42 | 1.88 |
| 04/09/2008 | EXTN.5431, TEL.973-424-2000, S.T.12:03, DUR.00:04:48 | 2.35 |
| 04/09/2008 | EXTN.5544, TEL.201-587-7123, S.T.11:49, DUR.00:08:12 | 4.22 |
| 04/10/2008 | EXTN.5562, TEL.973-424-2031, S.T.13:20, DUR.00:00:24 | 0.47 |
| 04/11/2008 | EXTN.5431, TEL.410-531-4212, S.T.16:22, DUR.00:00:18 | 0.47 |
| 04/11/2008 | EXTN.5544, TEL.973-424-2031, S.T.16:16, DUR.00:04:12 | 2.35 |
| 04/13/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-041308; DATE: 4/13/2008 -  Teleconference     04-10-08 | 57.48 |
| 04/15/2008 | EXTN.5431, TEL.201-587-7111, S.T.11:20, DUR.00:05:12 | 2.81 |
| 04/21/2008 | EXTN.5544, TEL.201-587-7144, S.T.14:27, DUR.00:00:30 | 0.47 |
| 04/29/2008 | EXTN.5475, TEL.302-657-4938, S.T.16:18, DUR.00:00:42 | 0.47 |
| 04/30/2008 | EXTN.5544, TEL.973-912-2059, S.T.16:40, DUR.00:01:00 | 0.47 |
| | **Long Distance Telephone Total** | **166.48** |

**Duplicating Costs-in House**
04/01/2008                                                                                                      0.60

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01/2008 | | 0.80 |
| 04/02/2008 | | 4.70 |
| 04/02/2008 | | 0.60 |
| 04/08/2008 | | 0.20 |
| 04/09/2008 | | 1.80 |
| 04/09/2008 | | 1.40 |
| 04/11/2008 | | 1.60 |
| 04/16/2008 | | 0.20 |
| 04/16/2008 | | 0.40 |
| 04/22/2008 | | 0.30 |
| 04/25/2008 | | 0.10 |
| 04/30/2008 | | 2.10 |
| 04/30/2008 | | 13.40 |
| | **Duplicating Costs-in House Total** | **28.20** |

**O/S Information Services**

| | | |
|------|-------------|--------|
| 04/23/2008 | VENDOR: Chase Card Services; INVOICE#: 040208; DATE: 4/2/2008  -  visa charge 3/21/08 Court Call LLC | 109.50 |
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 0.72 |
| 04/28/2008 | Pacer Search Service on 3/20/2008 | 0.08 |
| 04/28/2008 | Pacer Search Service on 2/28/2008 | 1.28 |
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 0.88 |
| 04/28/2008 | Pacer Search Service on 1/3/2008 | 0.40 |
| 04/28/2008 | Pacer Search Service on 1/2/2008 | 4.80 |
| 04/28/2008 | Pacer Search Service on 1/3/2008 | 5.76 |
| 04/28/2008 | Pacer Search Service on 1/4/2008 | 1.36 |
| 04/28/2008 | Pacer Search Service on 1/6/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 1/8/2008 | 25.44 |
| 04/28/2008 | Pacer Search Service on 1/10/2008 | 7.76 |
| 04/28/2008 | Pacer Search Service on 1/11/2008 | 2.80 |
| 04/28/2008 | Pacer Search Service on 1/13/2008 | 4.48 |

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/2008 | Pacer Search Service on 1/14/2008 | 13.52 |
| 04/28/2008 | Pacer Search Service on 1/15/2008 | 2.96 |
| 04/28/2008 | Pacer Search Service on 1/15/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 1/17/2008 | 2.24 |
| 04/28/2008 | Pacer Search Service on 1/18/2008 | 0.64 |
| 04/28/2008 | Pacer Search Service on 1/22/2008 | 8.40 |
| 04/28/2008 | Pacer Search Service on 1/22/2008 | 19.68 |
| 04/28/2008 | Pacer Search Service on 1/23/2008 | 7.12 |
| 04/28/2008 | Pacer Search Service on 1/24/2008 | 3.20 |
| 04/28/2008 | Pacer Search Service on 1/25/2008 | 6.08 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 14.96 |
| 04/28/2008 | Pacer Search Service on 1/29/2008 | 4.16 |
| 04/28/2008 | Pacer Search Service on 1/30/2008 | 0.56 |
| 04/28/2008 | Pacer Search Service on 1/30/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 1/31/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 2/1/2008 | 4.56 |
| 04/28/2008 | Pacer Search Service on 2/4/2008 | 0.08 |
| 04/28/2008 | Pacer Search Service on 2/5/2008 | 7.60 |
| 04/28/2008 | Pacer Search Service on 2/6/2008 | 0.40 |
| 04/28/2008 | Pacer Search Service on 2/7/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 2/8/2008 | 22.56 |
| 04/28/2008 | Pacer Search Service on 2/11/2008 | 8.72 |

# STROOCK

PAGE: 7

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/2008 | Pacer Search Service on 2/11/2008 | 26.64 |
| 04/28/2008 | Pacer Search Service on 2/12/2008 | 2.72 |
| 04/28/2008 | Pacer Search Service on 2/12/2008 | 6.72 |
| 04/28/2008 | Pacer Search Service on 2/13/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 2/14/2008 | 5.04 |
| 04/28/2008 | Pacer Search Service on 2/15/2008 | 1.12 |
| 04/28/2008 | Pacer Search Service on 2/19/2008 | 13.84 |
| 04/28/2008 | Pacer Search Service on 2/21/2008 | 3.36 |
| 04/28/2008 | Pacer Search Service on 2/21/2008 | 3.04 |
| 04/28/2008 | Pacer Search Service on 2/22/2008 | 5.44 |
| 04/28/2008 | Pacer Search Service on 2/25/2008 | 12.64 |
| 04/28/2008 | Pacer Search Service on 2/26/2008 | 1.52 |
| 04/28/2008 | Pacer Search Service on 2/27/2008 | 6.40 |
| 04/28/2008 | Pacer Search Service on 2/28/2008 | 2.08 |
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 14.80 |
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 2.48 |
| 04/28/2008 | Pacer Search Service on 3/4/2008 | 27.44 |
| 04/28/2008 | Pacer Search Service on 3/5/2008 | 21.36 |
| 04/28/2008 | Pacer Search Service on 3/7/2008 | 3.44 |
| 04/28/2008 | Pacer Search Service on 3/7/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/10/2008 | 0.32 |
| 04/28/2008 | Pacer Search Service on 3/10/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 6.40 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

PAGE: 8

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 0.64 |
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 2.16 |
| 04/28/2008 | Pacer Search Service on 3/12/2008 | 4.64 |
| 04/28/2008 | Pacer Search Service on 3/12/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 3/14/2008 | 10.40 |
| 04/28/2008 | Pacer Search Service on 3/17/2008 | 9.68 |
| 04/28/2008 | Pacer Search Service on 3/18/2008 | 64.08 |
| 04/28/2008 | Pacer Search Service on 3/19/2008 | 10.56 |
| 04/28/2008 | Pacer Search Service on 3/20/2008 | 1.28 |
| 04/28/2008 | Pacer Search Service on 3/20/2008 | 5.12 |
| 04/28/2008 | Pacer Search Service on 3/20/2008 | 0.08 |
| 04/28/2008 | Pacer Search Service on 3/21/2008 | 0.40 |
| 04/28/2008 | Pacer Search Service on 3/21/2008 | 0.24 |
| 04/28/2008 | Pacer Search Service on 3/21/2008 | 0.56 |
| 04/28/2008 | Pacer Search Service on 3/24/2008 | 5.68 |
| 04/28/2008 | Pacer Search Service on 3/25/2008 | 0.40 |
| 04/28/2008 | Pacer Search Service on 3/25/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 3/26/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 3/28/2008 | 5.92 |
| 04/28/2008 | Pacer Search Service on 3/31/2008 | 3.44 |
| 04/28/2008 | Pacer Search Service on 1/8/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 1/24/2008 | 0.16 |

# STROOCK

PAGE: 9

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/2008 | Pacer Search Service on 1/30/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 2/8/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 2/15/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/4/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 13.28 |
| 04/28/2008 | Pacer Search Service on 2/5/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 3/10/2008 | 2.64 |
| 04/28/2008 | Pacer Search Service on 1/3/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 1/14/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 1/23/2008 | 1.84 |
| 04/28/2008 | Pacer Search Service on 1/25/2008 | 0.88 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 0.24 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 0.48 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 9.92 |
| 04/28/2008 | Pacer Search Service on 1/29/2008 | 6.56 |
| 04/28/2008 | Pacer Search Service on 1/31/2008 | 12.72 |
| 04/28/2008 | Pacer Search Service on 1/31/2008 | 2.56 |
| 04/28/2008 | Pacer Search Service on 2/1/2008 | 31.84 |
| 04/28/2008 | Pacer Search Service on 2/8/2008 | 0.80 |
| 04/28/2008 | Pacer Search Service on 2/28/2008 | 0.32 |
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/5/2008 | 0.48 |
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 2.40 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 2.64 |
| 04/28/2008 | Pacer Search Service on 3/12/2008 | 1.04 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 7.20 |
| | **O/S Information Services Total** | **706.14** |

**Facsimile Charges**

| | | |
|------|-------------|-------:|
| 04/01/2008 | Fax # 412-227-4500 | 16.00 |
| | **Facsimile Charges Total** | **16.00** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|-------:|
| 04/01/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK031008; DATE: 4/1/2008  -  03/03 - 03/04   Business trip to Washington, DC - cabfares | 47.00 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE LGA PIT LGA on 03/23/08, 3/26/08. | 209.00 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 03/06/2008 | 32.25 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE LGA PIT LGA on 03/24/08 | 160.00 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 03/19/2008 | 32.25 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE LGA PIT LGA on 4/6/08, 4/8/08 | 239.00 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 03/24/2008 | 32.25 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE LGA PIT on 03/30/2008 | 164.50 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE PIT LGA on 04/1/08 | 144.50 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH EWR PIT EWR | 539.00 |

# STROOCK

PAGE: 11

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH on 03/28/2008 | 32.25 |
| 04/09/2008 | VENDOR(EE): KPASQUALE: 04/06/08 - 04/07/08; DATE: 04-09-2008; Taxis re Pittsburgh hearing | 211.50 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Taxi from LaGuardia-home $28.40 (4.60 tip) - 3/26/08 | 33.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Taxi fare $24.50 ($4.50 toll, $4.00 tip) - 3/30/08 | 33.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Taxi fare to LaGuardia Airport $26.25 (3.75 tip)  - 3/24/08 | 30.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Taxi fare to LaGuardia $22.50 (5.00 toll, 5.50 tip) - April 6, 2008 | 33.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Taxi fare - 3/26/08 | 44.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Taxi fare, Pittsburgh Airport  -  April 7, 2008 | 70.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Taxi fare from LaGuardia home 22.70 (4.15 toll, 5.15 tip) - April 7, 2008 | 32.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Taxi fare from LaGuardia - home $20.60 ($4.50 toll, $4.90 tip) - 4/1/08 | 30.00 |
| 04/16/2008 | VENDOR: Elite Taxi; Invoice#: 1298974; Invoice Date: 03/07/2008; Voucher #: 8030303304; Arlene Krieger 03/03/2008 15:25 from 180 MAIDEN LN MANHATTAN NY to 400 W. 33 ST MANHATTAN NY | 33.42 |
| 04/16/2008 | VENDOR(EE): KPASQUALE: 03/30/08 - 04/01/08; DATE: 04-16-2008; Taxis re Pittsburgh hearings | 233.00 |
| 04/23/2008 | VENDOR(EE): KPASQUALE: 04/21/08 - 04/21/08; DATE: 04-23-2008; Tolls and Mileage for trip to Wilmington, DE | 137.25 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23/2008 | VENDOR(EE): KPASQUALE: 04/21/08 - 04/21/08; DATE: 04-23-2008; Parking expense | 6.00 |
| | **Travel Expenses - Transportation Total** | **2,558.17** |

**Travel Expenses - Lodging**

| | | |
|---|---|---|
| 04/01/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK031008; DATE: 4/1/2008 - 03/03 - 03/04   Business trip to Washington, DC - hotel | 360.68 |
| 04/09/2008 | VENDOR(EE): KPASQUALE: 04/06/08 - 04/07/08; DATE: 04-09-2008; Hotel in Pittsburgh hearing | 241.30 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Westin hotel - 3/30/08 | 175.67 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; 2 Nights at Westin Hotel - 3/24 & 3/25/08 | 362.52 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Westin hotel - 3/31/08 | 175.67 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Westin Hotel - April. 6, 2008 | 181.26 |
| 04/16/2008 | VENDOR(EE): KPASQUALE: 03/30/08 - 04/01/08; DATE: 04-16-2008; Hotel expenses 3/30/08 & 3/31/08 re: Pittsburgh hearings. | 362.52 |
| | **Travel Expenses - Lodging Total** | **1,859.62** |

**Travel Expenses - Meals**

| | | |
|---|---|---|
| 04/01/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK031008; DATE: 4/1/2008 - 03/03 - 03/04   Business trip to Washington, DC - meals (2 dinners and 1 breakfast). | 73.78 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Dinner at hotel - 4/6/08 | 33.14 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Bottled water - 4/7/08 | 2.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Dinner at airport - 3/26/08 | 24.33 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Breakfast - 3/26/08 | 10.33 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Breakfast - 3/25/08 | 15.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Dinner - 3/25/08 | 50.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Breakfast at hotel - 3/31/08 | 15.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Dinner at hotel - $39.24 - 3/30/08 | 39.24 |
| | **Travel Expenses - Meals Total** | **262.82** |

**Westlaw**

| | | |
|------|-------------|--------|
| 04/01/2008 | Transactional Search by Beal, Abigail M. | 122.01 |
| 04/03/2008 | Duration 0:03:40; by Gutierrez, James S. | 322.57 |
| 04/04/2008 | Transactional Search by Beal, Abigail M. | 143.31 |
| 04/06/2008 | Transactional Search by Gutierrez, James S. | 57.32 |
| 04/07/2008 | Transactional Search by Gutierrez, James S. | 28.66 |
| 04/09/2008 | Transactional Search by Pasquale, Kenneth | 625.17 |
| 04/11/2008 | Duration 0:06:28; by Gutierrez, James S. | 117.39 |
| 04/14/2008 | Duration 0:03:18; by Gutierrez, James S. | 109.69 |
| 04/15/2008 | Transactional Search by Krieger, Arlene G. | 57.32 |
| 04/15/2008 | Duration 0:02:50; by Gutierrez, James S. | 26.95 |
| 04/16/2008 | Transactional Search by Krieger, Arlene G. | 14.33 |
| 04/17/2008 | Transactional Search by Gutierrez, James S. | 214.96 |
| 04/18/2008 | Transactional Search by Krieger, Arlene G. | 42.99 |
| 04/18/2008 | Transactional Search by Beal, Abigail M. | 259.74 |
| 04/21/2008 | Duration 0:05:17; by Gutierrez, James S. | 154.83 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/21/2008 | Transactional Search by Beal, Abigail M. | 152.86 |
| 04/22/2008 | Duration 0:29:33; by Gutierrez, James S. | 579.26 |
| 04/24/2008 | Transactional Search by Beal, Abigail M. | 257.95 |
| 04/25/2008 | Transactional Search by Beal, Abigail M. | 277.85 |
| 04/28/2008 | Transactional Search by Krieger, Arlene G. | 86.78 |
| 04/28/2008 | Transactional Search by Beal, Abigail M. | 270.89 |
| 04/29/2008 | Transactional Search by Krieger, Arlene G. | 14.33 |
| | **Westlaw Total** | **3,937.16** |

**Word Processing - Logit**

| | | |
|------|--|--------|
| 04/01/2008 | | 48.00 |
| 04/05/2008 | | 36.00 |
| 04/05/2008 | | 42.00 |
| 04/06/2008 | | 6.00 |
| **Word Processing - Logit Total** | | **132.00** |

# STROOCK

PAGE: 15

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.11 |
| Meals | 125.00 |
| Local Transportation | 254.90 |
| Long Distance Telephone | 166.48 |
| Duplicating Costs-in House | 28.20 |
| O/S Information Services | 706.14 |
| Word Processing | 132.00 |
| Facsimile Charges | 16.00 |
| Travel Expenses - Transportation | 2558.17 |
| Travel Expenses - Lodging | 1859.62 |
| Travel Expenses - Meals | 262.82 |
| Westlaw | 3937.16 |

TOTAL DISBURSEMENTS/CHARGES          $ 10,143.60

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1