# Navigant Consulting, Inc. Invoice

# April 2008

NY 71506010v1



Navigant Consulting, Inc.
7 St. Paul Street, Suite 1210
Baltimore, MD 21202
(410) 528-4811 - Direct
(410) 528-4801 - Fax

May 13, 2008

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - April 2008*

**Professional Fees:**

| | | |
|---|---|---:|
| LC | 42.50 hrs. @ $600 | $25,500.00 |
| ML | 9.00 hrs. @ $325 | 2,925.00 |
| JM | 5.25 hrs. @ $325 | 1,706.25 |
| JS | 2.00 hrs. @ $325 | 650.00 |
| AM | 23.00 hrs. @ $275 | 6,325.00 |
| LC | 3.25 hrs. @ $275 | 893.75 |
| JF | 4.00 hrs. @ $200 | 800.00 |

**Total Professional Fees** ............................................................................... **$38,800.00**

**Expenses:**

None billable at this time.

**Total Amount Due for April Services and Expenses** ................................... **$38,800.00**

**Outstanding Invoices:**

| | | | |
|---|---|---|---:|
| Inv No. | 238899 | March 10, 2008 | $73,924.16 |
| Inv No. | 242198 | April 15, 2008 | 69,201.53 |

**Total Outstanding Invoices** ........................................................................... **$143,125.69**

**Total Amount Due For April Services, Expenses and Outstanding Invoices** ............ **$181,925.69**

Navigant Consulting, Inc. Project No.: 113758                                  Invoice No.: 244347



Navigant Consulting, Inc.
7 St. Paul Street, Suite 1210
Baltimore, MD 21202
(410) 528-4811 - Direct
(410) 528-4801 - Fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CAVANAUGH, LAUREN | 4/1/2008 | 2.75 | Review of Ms Biggs' Supplemental Report. |
| CAVANAUGH, LAUREN | 4/2/2008 | 0.50 | Review of Ms Biggs' Supplemental Report. |
| CHAMBERS, LETITIA | 3/24/2008 | 5.00 | Attend trial. |
| CHAMBERS, LETITIA | 3/25/2008 | 8.50 | Attend Trial. |
| CHAMBERS, LETITIA | 3/26/2008 | 9.00 | Attend trial; memo to staff on issues. |
| CHAMBERS, LETITIA | 3/27/2008 | 7.50 | Trial prep. |
| CHAMBERS, LETITIA | 3/28/2008 | 2.00 | Trial prep |
| CHAMBERS, LETITIA | 3/31/2008 | 8.00 | Attend trial. |
| CHAMBERS, LETITIA | 4/1/2008 | 2.50 | Trial prep. |
| FUNG, JOANNE | 4/1/2008 | 1.00 | Prepared exhibits. |
| FUNG, JOANNE | 4/2/2008 | 3.00 | Prepared exhibits. |
| LYMAN, MARY | 4/1/2008 | 0.75 | Worked on trial exhibits |
| LYMAN, MARY | 4/2/2008 | 2.00 | Discussions with team members; worked on trial exhibits |
| LYMAN, MARY | 4/3/2008 | 1.00 | Work on trial exhibits |
| LYMAN, MARY | 4/4/2008 | 4.25 | Worked on exhibits for trial |
| LYMAN, MARY | 4/7/2008 | 1.00 | Grace conference call, project administration |
| MCINTIRE, JAMES | 4/2/2008 | 1.75 | Review and edit draft exhibits |
| MCINTIRE, JAMES | 4/3/2008 | 1.50 | Review and edit draft exhibits |
| MCINTIRE, JAMES | 4/4/2008 | 2.00 | Review and edit draft exhibits |
| MHATRE, ARCHANA | 4/1/2008 | 7.00 | Trial Exhibits & Documentation. |
| MHATRE, ARCHANA | 4/2/2008 | 8.00 | Trial Exhibits & Documentation. |
| MHATRE, ARCHANA | 4/3/2008 | 8.00 | Trial Exhibits & Documentation. |
| SIRGO, JORGE | 4/4/2008 | 2.00 | Assist with exhibits analyses. |