IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 18710)

On May 14, 2008, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Twenty Fourth Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from January 1, 2008 through March 31, 2008 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 3, 2008. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                        BUCHANAN INGERSOLL & ROONEY PC

                        By: ___/s/ Teresa K.D. Currier_____
                                Teresa K. D. Currier (No. 3080)
                                The Brandywine Building
                                1000 West St. - Suite 1410
                                Wilmington, DE 19801

                                     -and-

KRLS/Wilm 58403v1

|  |  |
|---|---|
|  | Kramer Levin Naftalis & Frankel LLP<br>Philip Bentley, Esquire<br>Douglas H. Mannal, Esquire<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Dated: June 5, 2008 | Co-Counsel to the Official Committee<br>of Equity Holders |

KRLS/Wilm 58403v1