**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 19, 2007

In Reference To:       Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10944

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 10/1/2007 | CR | Update database with e-detail Kramer 8.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail Piper 4/1/07-6/30/07 25th interim application, Towers 25th interim application, Towers 24th interim application 1/1/07-3/31/07 | 0.20 | 8.00 |
|  | CR | Update database with e-detail Piper 8.07 fee application, Orrick 8.07 fee application | 0.10 | 4.00 |
|  | CR | Update final report database chart and check calculations for the 24th interim | 1.00 | 110.00 |
|  | SLB | draft e-mail to T. Scott @ K&E re June application (.2) | 0.20 | 28.00 |
|  | SLB | begin review of 25th Interim app. - K&E(5.8) | 5.80 | 812.00 |
|  | CR | Update database with K&E 8.07, Woodcock 7.07, Foley 8.07, Day 8.07 fee applications | 0.20 | 8.00 |
| 10/2/2007 | CR | Update database with Ferry 8.07 and Reed 8.07 fee applications | 0.10 | 4.00 |
|  | SLB | complete draft of 25th Interim final report - Buchanan (2.2) | 2.20 | 308.00 |

W.R. Grace & Co.                                                                      Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/2/2007 | SLB | continue review of 25th Interim K&E (4.4) | 4.40 | 616.00 |
| | CR | Update database with e-detail for Lexecon 4.07, 5.07, 6.07, 8.06, 9.06, 11.06 fee applications | 0.20 | 8.00 |
| | CR | Update database with Morris 7.07 and 8.07 fee applications | 0.10 | 4.00 |
| | CR | draft project category spreadsheet for 25th interim | 1.30 | 143.00 |
| | CR | Update database with e-detail Morris 8.07, 7.07 fee applications (.1), Stroock 8.07 (.1) | 0.20 | 8.00 |
| | CR | Update database with Kramer 8.07, Stroock 8.07, Piper 8.07, Orrick 8.07 fee applications (.2) and Towers 1/1/07-3/31/07 24th interim application and 4/1/07-6/30/07 25th interim application (.1), Piper 4/1/07-6/30/07 25th interim application (.1) | 0.40 | 16.00 |
| 10/3/2007 | CR | Update database with Lexecon 8.06, 9.06, 11.06 fee applications and 4.07, 5.07 and 6.07 fee applications | 0.30 | 12.00 |
| | SLB | complete draft of 25th Interim final report - Blackstone (3.3) | 3.30 | 462.00 |
| | SLB | complete expense review of 25th Interim K&E (3.9) | 3.90 | 546.00 |
| | CR | Update database with e-detail Buchanan 8.07, Lexecon 8.06-9.06, 11.06 fee applications and 4.07-6.07 25th interim application | 0.30 | 12.00 |
| 10/4/2007 | CR | Update database with e-detail Campbell 8.07 fee application; LAS 8.07 fee application (.1); Caplin 8.07 fee application, Charter Oak 8.07 fee application (.1); AKO 8.07 fee application (.1) | 0.30 | 12.00 |
| | CR | Update database with Lexecon 4/1/07-6/30/07 25th interim application, Lexecon 8/1/06-9/30/06 22nd interim application (.1); Lexecon 10/1/06-12/31/06 23rd interim application , Buchanan 8.07 fee application (.1) | 0.20 | 8.00 |
| | CR | Update database with Scott Law 4.07, 5.07 and 6.07 fee applications  (.1) and Sullivan 4.07, 5.07 and 6.07 fee applications (.1) | 0.20 | 8.00 |

W.R. Grace & Co. Page 3

| | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 10/4/2007 | CR | Update database with e-detail Hamilton 8.07 fee application and Bilzin 8.07 fee application (.1) | 0.10 | 4.00 |
| | SLB | begin draft of 25th Interim initial report - K&E(5.4) | 5.40 | 756.00 |
| 10/5/2007 | CR | update final report database and check calculations for 24th interim | 1.50 | 165.00 |
| | SLB | continue 25th Interim initial report - K&E (3.5) ; complete draft of 25th Interim final report - Capstone (3.7) | 7.20 | 1,008.00 |
| 10/8/2007 | CR | draft project category spreadsheet for 25th interim | 2.50 | 275.00 |
| | CR | Update final report database and check calculations for 24th interim | 1.00 | 110.00 |
| | CR | Update database with David Austern 24th Interim 1/1/07-3/31/07 application and 25th Interim 4/1/07-6/30/07 application (.1) ; Bilzin 8.07 fee application ; Hamilton 8.07 fee application (.1) | 0.20 | 8.00 |
| | CR | Update database with e-detail PwC 4/1/07-6/30/07 25th interim application (.1); David Austern 4/1/07-6/30/07 25th interim application (.1); David Austern 1/1/07-3/31/07 24th interim application (.1) | 0.30 | 12.00 |
| 10/9/2007 | CR | Update database with LAS 8.07, AKO 8.07 (.1); Caplin 8.07 and Campbell 8.07 (.1) fee applications | 0.20 | 8.00 |
| | SLB | complete review and draft of 25th Interim final report - Casner (4.8) | 4.80 | 672.00 |
| 10/10/2007 | SLB | review of 2 monthlies re 25th Interim - Latham (2.8); review of 25th Interim app. - Deloitte Tax (2.2) | 5.00 | 700.00 |
| 10/11/2007 | SLB | review and draft of 24th and 25th Interim apps. - Conway (3.9) | 3.90 | 546.00 |
| | SLB | review of 25th Interim app. - Ferry Joseph (2.7) | 2.70 | 378.00 |
| | CR | Update database with Casner 8.07 fee app | 0.10 | 4.00 |

W.R. Grace & Co.                                            Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/2007 | SLB | draft of 25th Interim final report - Ferry Joseph (3.7) | 3.70 | 518.00 |
| | JW | detailed review of K&E June 2007 monthly invoice (7.4) | 7.40 | 999.00 |
| | CR | Update database with Beveride 7.07 and 8.07 fee application | 0.10 | 4.00 |
| | CR | update project category spreadsheet for 25th Interim | 2.00 | 220.00 |
| | CR | Update database with Beveride 4/1/07-6/30/07 25th Interim application and PwC 4/1/07-6/30/07 25th Interim application | 0.20 | 8.00 |
| 10/15/2007 | CR | drafted prior interim paragraphs for final report for 4th -6th Interim | 3.00 | 330.00 |
| | CR | Update database with Woodcock 8.07 fee application | 0.10 | 4.00 |
| | CR | Update database with 25th Interim applications 4/1/07-6/30/07 for Sullivan, Steptoe and Scott Law (.3) | 0.30 | 12.00 |
| | JW | draft summary of K&E June 2007 monthly invoice (6.2) | 6.20 | 837.00 |
| | CR | Update database with Lathan 6.07 and 8.07 fee applications | 0.10 | 4.00 |
| 10/16/2007 | CR | draft prior interim paragraphs for final report for 4th -6th Interim | 3.00 | 330.00 |
| | CR | Update database with Beveridge 4/1/07-6/30/07 25th Interim application | 0.10 | 4.00 |
| | JW | detailed review of Reed Smith July 2007 monthly invoice (3.0) | 3.00 | 405.00 |
| | CR | Update database with e-detail of Capston 4/1/07-6/30/07 25th Interim application and K&E 6.07 summary | 0.10 | 4.00 |
| | CR | Update database with Capstone 4/1/07-6/30/07 25th Interim application | 0.10 | 4.00 |

W.R. Grace & Co.  Page 5

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/17/2007 | CR | Update database Casner 7.07 and 8.07 fee application | 0.10 | 4.00 |
| | CR | drafted prior Interim paragraphs for 6th - 11th Interim | 3.00 | 330.00 |
| | SLB | revise draft of 25th Interim initial report - K&E(3.6) | 3.60 | 504.00 |
| | SLB | begin review of 25th Interim app. - Bilzin (2.9) | 2.90 | 406.00 |
| | JW | detailed review of Reed Smith July 2007 monthly invoice (4.0); draft summary of same (1.1) | 5.10 | 688.50 |
| 10/18/2007 | SLB | complete review of 25th Interim Bilzin app. - (3.4) | 3.40 | 476.00 |
| | SLB | begin draft of 25th Interim initial report - Bilzin (4.8) | 4.80 | 672.00 |
| 10/19/2007 | SLB | complete draft of 25th Interim initial report - Bilzin (6.1) | 6.10 | 854.00 |
| 10/22/2007 | DTW | Review and revise initial report for Forman Perry 25th period and same regarding K&E (.2). | 0.20 | 29.00 |
| | SLB | review of 25th Interim app. - Forman Perry (4.4) | 4.40 | 616.00 |
| | SLB | draft of 25th Interim initial report - Forman Perry (2.5) | 2.50 | 350.00 |
| | CR | Prepare Forman 25th Interim Initial Report for service | 0.10 | 4.00 |
| | CR | Update database with Beveridge 9.07 fee application | 0.10 | 4.00 |
| | CR | Prepared K&E 25th Interim Initial Report for service | 0.20 | 8.00 |
| 10/23/2007 | JW | detailed review of Bilzin May 2007 monthly invoice (1.5); draft summary of same (0.3) | 1.80 | 243.00 |

W.R. Grace & Co.                                                                       Page    6

| Date | Initials | Description | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/23/2007 | JW | detailed review of Bilzin June 2007 monthly invoice (1.4); draft summary of same (0.4) | 1.80 | 243.00 |
| | SLB | complete draft of 25th Interim initial report - Forman Perry (4.4) | 4.40 | 616.00 |
| | SLB | begin review of 25th Interim app. - Reed Smith (2.4) | 2.40 | 336.00 |
| 10/24/2007 | DTW | Review and revise Reed 25th interim initial report and email to S. Bossay regarding same (.2). | 0.20 | 29.00 |
| | SLB | complete review of 25th Interim app. - Reed (3.3) | 3.30 | 462.00 |
| | CR | Update database with e-detail Bilzin May & June 2007 Summaries | 0.10 | 4.00 |
| 10/25/2007 | SLB | begin draft of 25th Interim initial report - Reed Smith (2.8) | 2.80 | 392.00 |
| | SLB | complete draft of Reed Smith initial report (4.8) | 4.80 | 672.00 |
| 10/26/2007 | CR | prior interim paragraphs for final report for 8th thru 11th interims | 3.50 | 385.00 |
| | CR | Update database with e-detail Towers 7.07 fee application | 0.10 | 4.00 |
| 10/29/2007 | SLB | complete review of 25th Interim app. - Caplin (4.4) | 4.40 | 616.00 |
| | CR | prior interim paragraphs for final report for 12th -24th Interims | 3.00 | 330.00 |
| | CR | Update database with Capstone 7.07 fee application | 0.10 | 4.00 |
| | CR | Update database with e-detail Capstone 7.07 fee application | 0.10 | 4.00 |
| | CR | Update database with e-detail Buchanan 9.07 and Kramer 9.07 fee applications | 0.10 | 4.00 |

W.R. Grace & Co.                                                                 Page 7

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/2007 | CR | Update database with Towers 7.07 fee application | 0.10 | 4.00 |
| | CR | Update database with e-detail Orrick 9.07 fee application | 0.10 | 4.00 |
| 10/30/2007 | SLB | draft of 25th Interim initial report - Caplin (6.4) | 6.40 | 896.00 |
| | CR | Update database with e-detail Reed 9.07, Holme 5.07 fee applications (.1); DuaneMorris 9.07 fee application (.1) | 0.20 | 8.00 |
| | CR | Update database with e-detail Ferry 9.07, Capstone 8.07 (.1) and Holme 4.07 (.1) fee app | 0.10 | 4.00 |
| | CR | Update database with Austern 9.07, Pachulski 8.07 (.1); Day Pitney 9.07, K&E 9.07 (.1); Captsone 8.07, Holme 4.07 (.1); Buchanan 9.07 and Kramer 9.07 fee applications (.1) | 0.40 | 16.00 |
| 10/31/2007 | CR | Update database with Holme 5.07 fee application and Duane Morris 9.07 fee application | 0.10 | 4.00 |
| | SLB | complete review and draft of 25th Interim initial report - Orrick (5.7) | 5.70 | 798.00 |

**For professional services rendered**      **171.80 $22,493.50**

Additional Charges :

| | Price | |
|---|---|---|
| Pacer chargers for charges for October 2007 | 1.76 | 1.76 |

**Total costs**      **$1.76**

**Total amount of this bill**      **$22,495.26**

W.R. Grace & Co.                                                                                          Page      8

Timekeeper Summary
| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cherie Rogers | 24.80 | 110.00 | $2,728.00 |
| Cherie Rogers | 6.90 | 40.00 | $276.00 |
| Doreen T Williams | 0.40 | 145.00 | $58.00 |
| James Wehrmann | 25.30 | 135.00 | $3,415.50 |
| Stephen L. Bossay | 114.40 | 140.00 | $16,016.00 |