**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 19, 2007

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #   10953

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/1/2007 | JW | detailed review of Kirkland July 2007 monthly invoice (9.1). | 9.10 | 1,228.50 |
| | CR | Update database with Ferry 9.07 and Reed 9.07 fee applications | 0.10 | 4.00 |
| | CR | Project category spreadsheet for 25th Interim | 4.50 | 495.00 |
| | CR | Update database with e-detail Hamilton 9.07 fee application | 0.10 | 4.00 |
| | CR | Update database with Forman 7.07 and Casner 9.07 fee applications | 0.10 | 4.00 |
| | SLB | complete draft of 25th Interim final reports - AKO(2.8) and Beveridge(3.4) | 6.20 | 868.00 |
| 11/2/2007 | JW | detailed review of Kirkland July 2007 monthly invoice (6.3). | 6.30 | 850.50 |
| | CR | Update database with e-detail Bilzin 9.07 fee application | 0.10 | 4.00 |
| | CR | Update database with e-detail Holme 6.07 and PwC 8.07 fee applications | 0.10 | 4.00 |

214 698-3868

W.R. Grace & Co.                                                                                                                                            Page     2

|            |     |                                                                                                                                                                    | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/2/2007  | SLB | draft e-mail to Forman Perry (.1) and Orrick (.1)                                                                                                                  | 0.20  | 28.00    |
|            | SLB | complete draft of 25th Interim final report - Forman Perry (4.4)                                                                                                   | 4.40  | 616.00   |
| 11/5/2007  | SLB | complete draft of 25th Interim final report - K&E(5.3); begin draft of 25th Interim final report - Reed(1.1)                                                       | 6.40  | 896.00   |
|            | JW  | detailed review of Kirkland July 2007 monthly invoice (9.6).                                                                                                       | 9.60  | 1,296.00 |
|            | WHS | receive and review e-mail from A. Johnson re K&E                                                                                                                   | 0.10  | 27.50    |
|            | CR  | Update database with e-detail Orrick 4/1/07-6/30/07 25th Interim application, Piper 9.07 fee application (.1); Towers 8.07 fee application (.1)                    | 0.20  | 8.00     |
|            | CR  | Update database with Day Pitney 26th Interim application 7/1/07-9/30/07                                                                                            | 0.10  | 4.00     |
|            | CR  | Update database with Bilzin 9.07; Hamilton 9.07 (.1); Campbell 9.07, Charter Oak 9.07 (.1)  AKO 9.07; Caplin 9.07 (.1) fee applications                             | 0.30  | 12.00    |
| 11/6/2007  | JW  | detailed review of Kirkland July 2007 monthly invoice (4.6); draft summary of same (4.6)                                                                           | 9.20  | 1,242.00 |
|            | SLB | review of app. and draft of 25th Interim final report - Austern (3.2); review of app. and draft of 25th Interim final report Casner (3.0)                          | 6.20  | 868.00   |
|            | CR  | draft Project Category Summary Detail spreadsheet for 25th Interim                                                                                                 | 2.00  | 220.00   |
|            | CR  | Update database with Piper 9.07. Towers 8.07 (.1) fee applications and Orrick 25th Interim application 4/1/07-6/30/07 (.1)                                         | 0.20  | 8.00     |
|            | CR  | Update database with e-detail David Austern 8.07 and 9.07 fee applications                                                                                         | 0.10  | 4.00     |
| 11/7/2007  | JW  | draft summary of Kirkland July 2007 monthly invoice (2.1)                                                                                                          | 2.10  | 283.50   |
|            | SLB | review of 25th Interim application - BMC (4.7); review of 25th Interim app. - Kramer (1.3)                                                                         | 6.00  | 840.00   |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | | Page 3 |
| 11/7/2007 | CR | Update database with David Austern 8.07 and 9.07 fee application | 0.10 | 4.00 |
| | CR | Update database with e-detail Phillips 6.07 fee application | 0.10 | 4.00 |
| 11/8/2007 | SLB | complete drafts of 25th Interim final reports - BMC(2.7) and Kramer(2.2); review app. and begin draft of 25th Interim initial report - Baker Donelson(.5) | 5.40 | 756.00 |
| 11/9/2007 | SLB | complete draft of 25th Interim initial report - Baker (4.6) | 4.60 | 644.00 |
| 11/12/2007 | CR | continue drafting Project Category Summary Detail Spreadsheet | 2.00 | 220.00 |
| | CR | Update database with K&E 25th Interim Initial Report response; BMC 4.07,5.07 & 6.07 fee applications (.1); BMC 25th Interim application 4/1/07-6/30/07; Phillips 6.07 fee application (.1); Phillips 25th Interim application 4/1/07-6/30/07; Capstone 9.07 (.1); Ogilvy 9.07 fee application (.1) | 0.40 | 16.00 |
| | CR | draft Project Category Summary Detail Spreadsheet | 2.50 | 100.00 |
| | CR | Update database with Phillips 7.07 fee application | 0.10 | 4.00 |
| | CR | Update database with e-detail Ogilvy 7/1/07-9/30/07, Phillips 7.07 fee applications (.1); Capstone 9.07 fee application; Ogilvy 9.07 fee application (.1); Phillips 4/1/07-6/30/07 25th Interim application and K&E 25th Interim Initial Report response (.1) | 0.30 | 12.00 |
| | SLB | draft of 25th Interim final report - Duane Morris (2.2) | 2.20 | 308.00 |
| | SLB | draft e-mails to Bilzin(.2); Orrick(.1); Caplin(.1); K&E(.2); Reed (.1); Baker Donelson (.2); BMC (.1); Kramer (.1) | 1.10 | 154.00 |
| | SLB | telephone conference with J. Sakalo @ Bilzin re 25th Interim response (.2); t/c with F. Childress @ Baker re same (.1) | 0.30 | 42.00 |
| | SLB | review of 25th Interim applications - Foley Hoag (1.2) and HRA (1.6) | 2.80 | 392.00 |

| W.R. Grace & Co. | | | | Page | 4 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 11/13/2007 | CR | Update database with e-detail Holme 4/1/07-6/30/07 25th Interim application, Buchanan 7/1/07-9/30/07 26th Interim application (.1); Kramer 7/1/07-9/30/07 26th Interim application (.1) | | 0.20 | 8.00 |
| | CR | Update database with Holme 4/1/07-6/30/07 25th Interim fee application | | 0.10 | 4.00 |
| 11/14/2007 | SLB | drafts of 25th Interim final reports - Foley (2.9); HRA (2.2); Hilsoft(1.4) | | 6.50 | 910.00 |
| | CR | Update database with e-detail Foley 26th Interim application 7/1/07-9/30/07 | | 0.10 | 4.00 |
| | CR | Update database with 26th Interim applications 7/1/07-9/30/07 for Casner and Ogilvy (.1) and 25th Interim application 4/1/07-6/30/07 for BMC (.1) | | 0.20 | 8.00 |
| 11/15/2007 | SLB | draft e-mail to R. Tobin @ Caplin re 25th Interim response (.1); e-mail to J. Sakalo @ Bilzin re same (.1); e-mail to R.Wyron @ Orrick re same (.1) | | 0.30 | 42.00 |
| | CR | Update database with fee applications for Woodcock 9.07, (.1); Sullivan 7.07, 8.07, 9.07 10.07 (.1), Richardson 4.07, 5.07, 6.07, 7.07, 8.07, 9.07 (.1) | | 0.30 | 12.00 |
| | SLB | draft of 25th Interim final report - Baker (4.9) | | 4.90 | 686.00 |
| 11/16/2007 | SLB | draft of 25th Interim final reports - Buchanan (1.8); Campbell (2.3); Capstone (2.6) | | 6.70 | 938.00 |
| | CR | Update database with e-detail Ferry 7.07, 8.07, 9.07 monthly invoices (.1) and Ferry 26th Interim application 7/1/07-9/30/07 (.1) | | 0.20 | 8.00 |
| | CR | Update database with Baker 4.07, 5.07 6.07 monthly invoices (.1); Deloitte Tax LLP 24th Interim application 1/1/07-3/31/07 (.1) | | 0.20 | 8.00 |
| | CR | Update database with e-detail of 26th Interim applications for Asbestos PI, Caplin, (.1); Campbell, LAS, (.1); AKO, Charter Oak (.1) | | 0.30 | 12.00 |
| 11/19/2007 | SLB | draft of 25th Interim final report Comm. of Asbestos Claimants (2.9); draft of 25th Interim final report - Conway (1.8); Day Pitney (2.1) | | 6.80 | 952.00 |
| | WHS | receive and review agenda | | 0.10 | 27.50 |

W.R. Grace & Co.  Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/19/2007 | CR | Update database with e-detail Towers 9.07 monthly invoice and Stroock 9.07 monthly invoice | 0.10 | 4.00 |
| 11/20/2007 | CR | Update database with e-detail Piper 26th Interim 7/1/07-9/30/07 and Towers 9.07 and Ogilvy 10.07 | 0.20 | 8.00 |
| | SLB | draft of 25th Interim final reports - Stroock (4.2); LAS (1.7); HRO (1.1) | 7.00 | 980.00 |
| 11/21/2007 | SLB | draft of 25th Interim final report - Phillips Goldman (2.4); review and draft of 25th Interim final report - PwC (4.9) | 7.30 | 1,022.00 |
| | CR | draft project category summary detail spreadsheet for 25th Interim | 0.50 | 55.00 |
| | CR | Update database with 26th Interim applications 7/1/07-9/30/07 for Ferry, and Piper (.1) and monthly invoices for LAS 9.07, Blackstone 7.07, 8.07, 9.07 (.1); Perkins 9.06, 11.06, 12.06, 3.07 (.1); Richardson 10.07 (.1) | 0.40 | 16.00 |
| | CR | Update database with 26th Interim applications 7/1/07-9/30/07 for Campbell, LAS (.1); AKO, Official Committee of Asbestos Claimants (.1); Charter Oak, Foley (.1); K&E, Reed (.1) and Woodcock (.1) | 0.50 | 20.00 |
| | CR | Update database with Baker 4/1/07-6/30/07, Deloitte Tax 6.07 monthly invoices (.1); Towers 9.07, Ogilvy 10.07 monthly invoices (.1); Stroock 9.07 monthly invoices, Caplin 26th Interim 7/1/07-9/30/07 (.1) | 0.30 | 12.00 |
| 11/22/2007 | CR | draft prior interim paragraphs for final report for 9th-12th Interims | 3.75 | 412.50 |
| | CR | draft completed Project category summary spreadsheet for 25th Interim | 2.00 | 220.00 |
| 11/24/2007 | CR | draft prior interim paragraphs for final report for 11th- 13th Interims | 2.00 | 220.00 |
| 11/26/2007 | SLB | draft of 25th Interim final reports - Latham (1.8); Lexecon 23rd (1.1); Lexecon 25th (1.3); Ogilvy (2.2) | 6.40 | 896.00 |
| 11/27/2007 | CR | Update database with Interim applications for Blackstone 26th 7/1/07-9/30/07, Latham 25th 4/1/07-6/30/07 (.1); Richardson 25th 4/1/07-6/30/07 and 26th 7/1/07-9/30/07 (.1); Reed 26th 7/1/07-9/30/07 (.1) | 0.30 | 12.00 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | | Page 6 |
| 11/27/2007 | SLB | draft of 25th Interim final reports - Towers Perrin (2.6); Woodcock (1.5); Pachulski (2.7) | 6.80 | 952.00 |
| | CR | Update database with e-detail Caplin 25th Interim Initial Report response | 0.10 | 4.00 |
| 11/28/2007 | SLB | revise draft of 25th Interim final report - Reed (1.4); draft of 25th Interim final reports - Bilzin (4.0) and Piper (1.8) | 7.20 | 1,008.00 |
| | CR | Update database with e-detail Ferry 10.07 monthly invoice | 0.10 | 4.00 |
| 11/29/2007 | CR | Update database with monthly invoices for Day Pitney 10.07, Foley 10.07 & K&E 10.07 (.2) | 0.20 | 8.00 |
| | SLB | begin draft of 25th Interim No Objections final report - (6.4) | 6.40 | 896.00 |
| | WHS | detailed review of, and revisions to, Orrick FR | 0.20 | 55.00 |
| | WHS | detailed review of Bilzin 25th Int FR | 0.10 | 27.50 |
| 11/30/2007 | CR | Update database with e-detail Austern 10.07 monthly invoice | 0.10 | 4.00 |
| | CR | Update database with e-detail of Reed 10.07 (.1), Capston 26th Interim application 7/1/07-9/30/07 and Morris for 26th Interim application (.2); PwC 9.07 monthly invoice (.1) | 0.40 | 16.00 |
| | CR | Update database with e-detail monthly invoices of Buchanan 10.07 (.2) and Kramer 10.07 (.2) | 0.40 | 16.00 |
| | CR | Update database with 26th Interim 7/1/07-9/30/07 application for Capstone and monthly invoice for Buchanan 10.07 | 0.20 | 8.00 |
| | SLB | complete draft of 25th Interim No Objections final report - (3.6) | 3.60 | 504.00 |
| | SLB | PACER research regarding 25th Interim charts and applicant docket numbers for December fee hearing (2.6) | 2.60 | 364.00 |

W.R. Grace & Co.                                                                                                     Page      7

|  | **Hours** | **Amount** |
|---|---|---|
| 11/30/2007  WHS  detailed review of, and revisions to, Blackstone 25th Int FR | 0.20 | 55.00 |
| **For professional services rendered** | **181.85** | **$23,889.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cherie Rogers | 16.75 | 110.00 | $1,842.50 |
| Cherie Rogers | 9.80 | 40.00 | $392.00 |
| James Wehrmann | 36.30 | 135.00 | $4,900.50 |
| Stephen L. Bossay | 118.30 | 140.00 | $16,562.00 |
| Warren H Smith | 0.70 | 275.00 | $192.50 |