**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 24, 2008

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #   10979

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/1/2007 | WHS | detailed review of Scott Law 25th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Richardson 25th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, Sullivan 25th Int FR | 0.10 | 27.50 |
| 12/3/2007 | WHS | detailed review of, and revisions to, Forman Perry 25th Int FR | 0.10 | 27.50 |
|  | CR | Update database with E-Detail of monthly invoices for Morris 10.07, Phillips 9.07 and 10.07, Campbell 10.07, Caplin 10.07, LAS 10.07, AKO 10.07 and Stroock 10.07; and 26th Interim application for Phillips 7/1/07-9/30/07 | 0.30 | 12.00 |
|  | CR | Update database with E-Detail of monthly invoices for Orrick 10.07 and PwC 9.07 | 0.10 | 4.00 |
|  | CR | Update database with E-Detail monthly invoices for Phillips 7.07, 8.07, 9.07 10.07 | 0.20 | 8.00 |
|  | CR | Update database with Austern 10.07 monthly invoice, Morris 26th Interim application 7/1/07-9/30/07 (.2) | 0.20 | 8.00 |

214 698-3868

W.R. Grace & Co.                                                                                                Page    2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/3/2007 | SLB | complete PACER research regarding 25th Interim fee and expense charts (3.2) | 3.20 | 448.00 |
|  | WHS | detailed review of K&E 25th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Piper 25th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, Baker 25th Int FR | 0.10 | 27.50 |
|  | SLB | begin draft of 25th Interim fee and expense charts (3.5) | 3.50 | 490.00 |
|  | WHS | detailed review of K&E 25th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Piper 25th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, Baker 25th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, Forman Perry 25th Int FR | 0.10 | 27.50 |
|  | JBA | Electronic filing with court of 25th Interim Final Reports re: Bilzin (.2), Blackstone (.2), Baker Donelson (.2), Caplin (.3), Orrick (.2), Kirkland (.3), Piper Jaffray (.2), and Forman Perry (.2) | 1.80 | 72.00 |
|  | WHS | detailed review of, and revisions to, Caplin 25th Int FR | 0.20 | 55.00 |
|  | WHS | detailed review of, and revisions to, Omnibus 25th Int FR | 0.30 | 82.50 |
| 12/4/2007 | WHS | detailed review of, and revisions to, Reed 25th int | 0.20 | 55.00 |
|  | JBA | Electronic filing with court of 25th Interim Final Reports re: Reed Smith (.3), Richardson (.2), The Scott Law Group (.2), Sullivan (.2), and Omnibus No Objetions (.2) | 1.10 | 44.00 |

W.R. Grace & Co.           Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/4/2007 | CR | Update database with E-Detail of monthly invoice of K&E 10.07 | 0.10 | 4.00 |
| | CR | Update database with monthly invoices for Morris 10.07, Steptoe 7.07, 8.07, 9.07, Orrick 10.07, Phillips 8.07, 9.07,10.07 and Stroock 10.07 and 26th Interim application of Phillips 7/1/07-9/30/07 | 0.40 | 16.00 |
| | WHS | detailed review of, and revisions to, Reed 25th int | 0.20 | 55.00 |
| | SLB | complete 25th Interim fee & expense charts (4.9) | 4.90 | 686.00 |
| 12/5/2007 | SLB | draft e-mails to all 25th Interim applicants and distrubute charts and spreadsheet for approval (.8) | 0.80 | 112.00 |
| | SLB | revise 25th Interim Project Category Spreadsheet (3.4); complete 25th Interim fee and expense charts (3.3) | 6.70 | 938.00 |
| | CR | Update database with e-Detail for Stroock 10.07 amended monthly invoice | 0.10 | 4.00 |
| | CR | Update database with monthly invoices for Ferry 10.07, Reed 10.07, PwC 9.07 and 8.07, AKO 10.07, Campbell 10.07, Caplin 10.07, LAS 10.07 and Charer 10.07 | 0.60 | 24.00 |
| | CR | draft corrections to project category spreadsheet for 25th interim | 0.50 | 55.00 |
| 12/6/2007 | SLB | edit and correct 25th Interim charts and spreadsheet (4.9) | 4.90 | 686.00 |
| | CR | Update database with monthly invoices Stroock 10.07A and BMC 7.07 | 0.20 | 8.00 |
| 12/7/2007 | SLB | complete final edits to all 25th Interim charts (1.9) | 1.90 | 266.00 |
| | SLB | draft e-mail to Pachulski and send all 25th Interim charts for filing with Court (.4) | 0.40 | 56.00 |
| 12/10/2007 | SLB | draft e-mail to Stroock re corrections to 25th Interim Project Category Spreadsheet (.2) | 0.20 | 28.00 |

W.R. Grace & Co.            Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/10/2007 | SLB | revise Project Category Spreadsheet entries for Stroock - 25th Interim (2.9) | 2.90 | 406.00 |
| | CR | Update database with BMC monthly invoices for 8.07 and 9.07; Beveridge 7/1/07-9/30/07 26th Interim | 0.30 | 12.00 |
| | WHS | receive and review agenda | 0.20 | 55.00 |
| 12/11/2007 | CR | Update database with Woodcock 9.07A monthly invoice, Pachulski 9.07 monthly invoice | 0.10 | 4.00 |
| | CR | detailed review of Project category summary spreadsheet for Stroock - compare 23rd, 24th and 25th interims for accuracy and make changes as necessary | 0.40 | 44.00 |
| | CR | Update database with e-detail Ferry 7/1/07-9/30/07 | 0.10 | 4.00 |
| | SLB | PACER research regarding any objections to 25th Interim final reports (1.9) | 1.90 | 266.00 |
| 12/12/2007 | SLB | draft e-mail to Stroock re changes in 25th Interim spreadsheet (.2) | 0.20 | 28.00 |
| | SLB | begin review of 26th Interim K&E application (5.5) | 5.50 | 770.00 |
| 12/13/2007 | SLB | continue review of 26th Interim K&E expenses (3.4) | 3.40 | 476.00 |
| | CR | Update database with Stroock 26th Interim 7/1/07-9/30/07 and BMC 26th Interim application | 0.20 | 8.00 |
| | CR | Update database with E-detail Stroock 7/1/07-9/30/07 26th Interim application | 0.10 | 4.00 |
| 12/14/2007 | CR | draft corrections to Project Category Summary Spreadsheet for 25th interim | 0.20 | 22.00 |
| | SLB | continue review of 26th Interim K&E (3.3) | 3.30 | 462.00 |

W.R. Grace & Co.                                                                                                               Page    5

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/14/2007 | CR | Update database with E-detail of monthly invoice for 10.07 Piper and Hearing notice for Ferry for 26th Interim | 0.20 | 8.00 |
| 12/17/2007 | CR | Update database with monthly invoices for Bilzin 10.07, Hamilton 10.07, Towers 10.07, Piper 10.07, Woodcock 10.07 | 0.30 | 12.00 |
|  | CR | Update database with 26th Interim application 7/1/07-9/30/07 for Hamilton and Bilzin | 0.20 | 8.00 |
| 12/18/2007 | CR | Update database with monthly invoices for Casner 10.07 and Phillips 11.07 | 0.20 | 8.00 |
| 12/19/2007 | CR | Update database with monthly invoice for Phillips 11.07 | 0.10 | 4.00 |
|  | CR | Update database with E-Detail of monthly invoices for Hamilton 10.07 and Bilzin 10.07 and 26th Interim applications 7/1/07-9/30/07 from Hamilton and Bilzin | 0.30 | 12.00 |
| 12/20/2007 | CR | Update database with E-Detail Pachulski 7/1/07-9/30/07 26th Interim | 0.20 | 8.00 |
| 12/21/2007 | CR | Update database with BMC 26th Interim application 7/1/07-9/30/07 | 0.10 | 4.00 |
|  | CR | Update Final Report Docket # Spreadsheet | 0.40 | 16.00 |
| 12/27/2007 | JW | detailed review of Reed Smith August 2007 monthly invoice (4.2) | 4.20 | 567.00 |
| 12/28/2007 | CR | Update database with amended 26th Interim application for Woodcock 7/1/07-9/30/07 | 0.10 | 4.00 |
|  | JW | draft summary of Reed Smith August 2007 monthly invoice (1.0) | 1.00 | 135.00 |
|  | JW | detailed review of Orrick August 2007 monthly invoice (2.6) | 2.60 | 351.00 |
| 12/29/2007 | JW | detailed review of Orrick August 2007 monthly invoice (2.7); draft summary of same (1.4) | 4.10 | 553.50 |

| W.R. Grace & Co. | | | Page | 6 |
|---|---|---|---|---|
| | | | **Hours** | **Amount** |
| 12/31/2007 CR | Update database with e-detail Reed monthly invoice 11.07 | | 0.10 | 4.00 |
| CR | Update database with monthly invoices for Day Pitney and K&E 11.07 - forwarded K&E's to JAW for reveiw | | 0.30 | 12.00 |
| **For professional services rendered** | | | **67.30** | **$8,786.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cherie Rogers | 1.10 | 110.00 | $121.00 |
| Cherie Rogers | 5.50 | 40.00 | $220.00 |
| James Wehrmann | 11.90 | 135.00 | $1,606.50 |
| Jeff B. Allgood | 2.90 | 40.00 | $116.00 |
| Stephen L. Bossay | 43.70 | 140.00 | $6,118.00 |
| Warren H Smith | 2.20 | 275.00 | $605.00 |