IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: June 26, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SEVENTY-NINTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 2, 2008

Bill Number 18859
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through April 30, 2008

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/01/08 | DBM | Search for source information for repository document per MTM. | 0.40 Hrs | $104.00 |
| 04/01/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 7.00 Hrs | $770.00 |
| 04/02/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 2.50 Hrs | $275.00 |
| 04/04/08 | RAM | Telephone conference with MTM re: air sampling document used to cross-examine expert; read emails re: same; read document. | 0.10 Hrs | $29.50 |
| 04/08/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $88.50 |
| 04/08/08 | MTM | Receipt and respond to email from RAM re: MK3 documents and history of same at Winthrop Square re: request from in-house Grace counsel. | 0.20 Hrs | $51.00 |
| 04/08/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 5.00 Hrs | $550.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/09/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 04/10/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 04/11/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 04/15/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 04/16/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 4.50 Hrs | $495.00 |
| 04/17/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 04/18/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.00 Hrs | $660.00 |
| 04/22/08 | RAM | Read selected documents filed in bankruptcy court. | 1.60 Hrs | $472.00 |
| 04/22/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 04/23/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 7.00 Hrs | $770.00 |
| 04/24/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.40 Hrs | $118.00 |
| 04/24/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.80 Hrs | $748.00 |
| 04/25/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 04/28/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 04/29/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (5.0). Search for personnel file re: in-house counsel's request; review file; arrange to have file copied by Merrill Corp. (.9) | 5.90 Hrs | $649.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/30/08 | ARA | Receipt of original personnel file from copy service; quality control same (.2). Quality control documents in the production set previously produced to Personal Injury Creditors Committee (6.0). | 6.20 Hrs | $682.00 |
| | | | TOTAL LEGAL SERVICES | $12,182.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.40 Hrs | 295/hr | $708.00 |
| DONNA B. MACKENNA | 0.40 Hrs | 260/hr | $104.00 |
| MATTHEW T. MURPHY | 0.20 Hrs | 255/hr | $51.00 |
| ANGELA R. ANDERSON | 102.90 Hrs | 110/hr | $11,319.00 |
| | 105.90 Hrs | | $12,182.00 |

TOTAL THIS BILL   $12,182.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 2, 2008

Bill Number  18860
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through April 30, 2008

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/04/08 | RAM | Finalize February fee application. | 0.10 Hrs | $29.50 |
| 04/24/08 | RAM | Work on March fee application. | 0.30 Hrs | $88.50 |
| 04/27/08 | RAM | Work on March fee application. | 0.50 Hrs | $147.50 |
| 04/29/08 | RAM | Finalize March fee application. Send it to in-house counsels to review. | 0.20 Hrs | $59.00 |
| 04/30/08 | RAM | Telephone call from in-house counsel that fee application may be filed. | 0.05 Hrs | No charge |
| | | TOTAL LEGAL SERVICES | | $324.50 |

## LEGAL SERVICES SUMMARY

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 1.10 Hrs | 295/hr | $324.50 |
| ROBERT A. MURPHY | 0.05 Hrs | 295/hr | No charge |
| | 1.15 Hrs | | $324.50 |

Mark A. Shelnitz

TOTAL THIS BILL $324.50

**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 2, 2008

Bill Number 18861
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through April 30, 2008

EXCESS POSTAGE                                                                                     $1.31

FEDERAL EXPRESS

04/17/08  To W R Grace Co, in-house counsel from Casner and          141.70
          Edwards on March 12, 2008 by MTM.

                                                                                                   $141.70

RENT REIMBURSEMENT

04/01/08  Rent and utilities for document repository at One Winthrop    12,561.26
          Square- April 2008.

                                                                                                   $12,561.26

MISCELLANEOUS

04/09/08  RECORDKEEPER ARCHIVES-Storage 4/1/08 - 4/30/08          459.55

                                                                                                   $459.55

Mark A. Shelnitz

TOTAL DISBURSEMENTS        $13,163.82

TOTAL THIS BILL        $13,163.82

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 2, 2008

Bill Number  18862
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through April 30, 2008

FEDERAL EXPRESS

| | | |
|---|---|---|
| 04/17/08 | To 919 North Market, Pachulski Stang Ziehl, Patricia Cuniff from Casner and Edwards on March 18, 2008 by RAM. | 16.64 |
| 04/17/08 | To 919 N Market St, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on April 7, 2008 by RAM. | 16.85 |

$33.49

TOTAL DISBURSEMENTS          $33.49

TOTAL THIS BILL          $33.49