IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
|  | ) Objection Deadline: July 3, 2008 @ 4:00 p.m. |
| Debtors. | ) Hearing Date: July 21, 2008 @ 1:00 p.m. |

### NOTICE OF APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EMPLOY TRE ANGELI LLC AS CO-FINANCIAL ADVISOR TO THE <u>FUTURE CLAIMANTS' REPRESENTATIVE</u>

**TO:  ALL PARTIES ON THE MASTER SERVICE LIST**

     **PLEASE TAKE NOTICE,** that on June 9, 2008, David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "Future Claimants' Representative") filed and served the attached Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Tre Angeli LLC as Co-Financial Advisor to the Future Claimants' Representative and exhibits thereto (collectively, the "Application"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

     **PLEASE TAKE FURTHER NOTICE**, that any responses to the Application must be in writing and filed with the Bankruptcy Court on or before **July 3, 2008 at 4:00 p.m**.

     **PLEASE TAKE FURTHER NOTICE**, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **July 3, 2008 at 4:00 p.m**.

     **PLEASE TAKE FURTHER NOTICE**, that a hearing on the Application will be held, only if a timely objection is filed, on **July 21, 2008 at 1:00 p.m.** before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

     **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Respectfully submitted,

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Debra L. Felder, admitted *pro hac vice*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
(202) 339-8400

 and

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

*Bankruptcy Counsel to David T. Austern,
Future Claimants' Representative*

Dated: June 9, 2008