**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S COMBINED FINAL REPORT REGARDING
THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES
FOR THE TWENTY-SEVENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Twenty-Seventh Interim Period (collectively referred to hereafter as the "Applications").[1]

## BACKGROUND

1.     Anderson Kill & Olick, P.C. ("AKO"), was retained as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants.  AKO seeks approval of fees totaling $136,058.50 and expenses totaling $69.88 for its services during the Application Period.

2.     Beveridge & Diamond, P.C. ("Beveridge & Diamond"), was retained as special counsel to the Debtors. Beveridge seeks approval of fees totaling $21,087.50 and expenses totaling $1,045.60 for its services during the Application Period.

3.     Blackstone Advisory Services L.P. (formerly known as The Blackstone Group L.P.)

---

[1]The Twenty-Seventh Interim Period encompasses October 1, 2007 through December 31, 2007 (the "Application Period").

("Blackstone") was retained as financial advisor to the Debtors.  Blackstone seeks approval of fees

totaling $225,000.00[2] and expenses totaling $2,031.02 for its services during the Application Period.

4.         BMC Group ("BMC") was retained as Claims Reconciliation and Solicitation

Consultant to the Debtors.  BMC seeks approval of fees totaling $111,468.50 and expenses totaling

$7,317.77 for its services during the Application Period.

5.         Buchanan Ingersoll & Rooney PC ("Buchanan") was retained as co-counsel to the

Official Committee of Equity Holders.  Buchanan seeks approval of fees totaling $44,499.00 and

expenses totaling $4,462.05 for its services during the Application Period.

6.         Capstone Advisory Group, LLC ("Capstone"), was retained as financial advisors to

the Official Committee of Unsecured Creditors.  Capstone seeks approval of fees totaling $53,730.50

and expenses totaling $308.15 for its services during the Application Period.

7.         Casner & Edwards, LLP ("Casner"), was retained as special litigation counsel to the

Debtors.  Casner seeks approval of fees totaling $41,915.00 and expenses totaling $36,708.32 for

its services during the Application Period.

8.         Charter Oak Financial Consultants, LLC ("Charter Oak"), was retained as financial

advisor to the Official Committee of Asbestos Personal Injury Claimants.  Charter Oak seeks

approval of fees totaling $44,379.84 and expenses totaling $12.50 for its services during the

Application Period.

9.         Day Pitney LLP ("Day Pitney") was retained as special counsel to the Debtors.  Day

---

[2]We note that Blackstone professionals spent a total of 271.50 hours for which fees totaling
$225,000.00 are sought.  Thus, the effective hourly rate is $828.73. We note that in the prior
three interim periods, the effective hourly rates for Blackstone were $739.90, $811.69, and
$634.32.

Pitney seeks approval of fees totaling $58,574.50 and expenses totaling $261.25 for its services during the Application Period.

10.    Deloitte Financial Advisory Services LLP ("Deloitte FAS") was retained to provide due diligence services to the Debtors. Deloitte FAS seeks approval of fees totaling $100,000.00[3] and expenses totaling $3,375.55. Deloitte FAS was retained by order of the Court dated November 26, 2007, *nunc pro tunc* to October 1, 2007. This is Deloitte FAS' first fee application filed in the case.

11.    Ferry, Joseph & Pearce, P.A. ("Ferry Joseph"), was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. Ferry Joseph seeks approval of fees totaling $60,791.00 and expenses totaling $2,670.17 for its services during the Application Period.

12.    Foley Hoag LLP ("Foley Hoag") was retained as special environmental counsel to the debtor. Foley Hoag seeks approval of fees totaling $46,412.00 and expenses totaling $6,155.71 for its services during the Application Period.

13.    Fragomen, Del Ray, Bernsen & Loewy, LLP ("Fragomen"), was retained as special immigration counsel to the Debtors. Fragomen seeks approval of fees totaling $129,280.76[4] and expenses totaling $34,383.60[5] for its services for the period of February 1, 2007 through September

---

[3]We note that Deloitte FAS' retention application and order authorize it to charge by the hour. If billed by the hour, Deloitte FAS' fees would have computed to $195,640.00. However, Deloitte FAS has written down its fees to $100,000.00. Based upon Deloitte FAS' 274 hours worked, this computes to a blended hourly rate of $364.96.

[4]Of this amount, $44,251.43 in fees were billed by Fragomen prior to its retention date of April 2, 2007, when it was still performing work for the Debtors as an ordinary course professional ("OCP"). Such OCP fees are excluded from the scope of our review by Paragraph 3 of the Order Appointing Fee Auditor in Accordance with the Court's Direction, dated March 18, 2002, and thus we make no recommendations concerning these fees in this report.

[5]Of this amount, $10,456.64 in expenses were billed by Fragomen prior to its retention date of April 2, 2007, when it was still performing work for the Debtors as an ordinary course

30, 2007 (the "Twenty-Fifth and Twenty-Sixth Interim Periods"). In addition, Fragomen seeks

approval of fees totaling $18,681.25 and expenses totaling $1,959.00 for its services for the current

Application Period. Fragomen was retained by order of the Court dated April 2, 2007. These are

Fragomen's first and second fee applications filed in the case.

14.    Hamilton, Rabinovitz & Alschuler, Inc. ("HRA"), was retained as consultant to the

Official Committee of Asbestos Property Damage Claimants. HRA seeks approval of fees totaling

$15,025.00 and expenses totaling $177.81 for its services during the Application Period.

15.    Holme Roberts & Owen, LLP ("Holme"), was retained as special environmental

counsel to the Debtors. Holme seeks approval of fees totaling $3,165.50 and expenses totaling

$2,771.36 for its services during the Twenty-Sixth Interim Period.

16.    Latham & Watkins LLP ("Latham & Watkins") was retained to provided domestic

and international tax planning services to the Debtors. Latham & Watkins seeks approval of fees

totaling $4,998.00 and no expenses for its services during the Twenty-Sixth Interim Period, as well

as fees totaling $31,147.50 and no expenses for its services during the current Application Period.

17.    Legal Analysis Systems, Inc. ("LAS"), was retained as asbestos-related bodily injury

consultant to the Official Committee of Asbestos Personal Injury Claimants. LAS seeks approval

of fees totaling $514,527.50 and expenses totaling $574.38 for its services during the Application

Period.

18.    Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as

special litigation and environmental counsel for the Debtors. Nelson Mullins seeks approval of fees

---

professional. Such OCP expenses are excluded from the scope of our review by Paragraph 3 of
the Order Appointing Fee Auditor in Accordance with the Court's Direction, dated March 18,
2002, and thus we make no recommendations concerning these expenses in this report.

totaling $918.00 and expenses totaling $44.60 for its services during the Application Period.

19.    The Official Committee of Asbestos Personal Injury Claimants (the "Committee")
was formed on April 12, 2001 to represent the interests of the asbestos personal injury claimants in
these cases.  The Committee seeks approval of expenses totaling $1,560.45 for its services during
the Application Period.  All of the expenses were incurred by Motley Rice, LLC.

20.    Phillips, Goldman & Spence, P.A. ("PG&S"),  was retained as local counsel to David
T. Austern, Future Claimants' Representative.  PG&S seeks approval of fees totaling $39,915.50 and
expenses totaling $2,256.33 for its services during the Application Period.

21.    Piper Jaffray & Co. ("PJC") was retained as financial advisor to David T. Austern,
Future Claimants' Representative.  PJC seeks approval of fees totaling $300,000.00[6] and expenses
totaling $972.48 for its services during the Application Period.

22.    The Scott Law Group, P.S. ("Scott"), was appointed as additional special counsel to
ZAI Claimants.  Scott seeks approval of fees totaling $805.00 and no expenses for its services during
the Application Period.[7]

23.    Steptoe & Johnson LLP ("Steptoe") was retained as special tax counsel to the
Debtors.  Steptoe seeks approval of fees totaling $30,298.50 and expenses totaling $276.56 for its

---

[6]For the Application Period, PJC lists 978.90 hours worked, which computes to an effective
hourly rate of $306.47.

[7]We note that the Court initially set a total budget for ZAI counsel of $1.5 million in fees and
$500,000 in expenses for prosecuting the Science Trial.  On July 28, 2003, the Court entered an
Order increasing the budget by $950,000 per side for additional attorney fees and expenses.  We
note that an Order was entered on September 27, 2004, further increasing the litigation budget in
the ZAI Science Trial by $750,000.00 per side for additional attorneys' fees and expenses.  We
note that the fees and expenses of Scott, combined with the other ZAI Claimants counsel, have
not exceeded the budget limits set by the Court, and we have no objection to Scott's fees on that
basis.

services during the Application Period.

24.     William D. Sullivan, LLC ("Sullivan"), was appointed as local counsel to ZAI Claimants.  Sullivan seeks approval of fees totaling $3,258.00 and expenses totaling $993.21 for its services during the Application Period.[8]

25.     Towers Perrin Tillinghast ("Towers Perrin") was retained as actuarial consultants to David T. Austern, Future Claimants' Representative.  Towers Perrin seeks approval of fees totaling $505,836.00 and expenses totaling $6,110.25 for its services during the Application Period.

26.     Woodcock Washburn LLP ("Woodcock") was retained as special litigation counsel to the Debtors.  Woodcock  seeks approval of fees totaling $35,181.00 and expenses totaling $2,661.75 for its services during the Application Period.

27.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent

---

[8]We note that the Court initially set a total budget for ZAI counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the Science Trial.  On July 28, 2003, the Court entered an Order increasing the budget by $950,000 per side for additional attorney fees and expenses.  We note that an Order was entered on September 27, 2004, further increasing the litigation budget in the ZAI Science Trial by $750,000.00 per side for additional attorneys' fees and expenses.  We note that the fees and expenses of Sullivan, combined with the other ZAI Claimants counsel, have not exceeded the budget limits set by the Court, and we have no objection to Sullivan's fees on that basis.

established in the United States Bankruptcy Court for the District of Delaware, the United States

District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

28.     We have no objections to, or issues with, any of the Applications.

## CONCLUSION

29.     In summary, for the Application Period, we recommend approval of the following

fees and expenses for these Applicants:

    a.        AKO - $136,058.50 in fees and $69.88 in expenses;

    b.        Beveridge & Diamond - $21,087.50 in fees and $1,045.60 in expenses;

    c.        Blackstone - $225,000.00 in fees and $2,031.02 in expenses;

    d.        BMC - $111,468.50  in fees and $7,317.77 in expenses;

    e.        Buchanan - $44,499.00 in fees and $4,462.05 in expenses;

    f.        Capstone - $53,730.50 in fees and $308.15 in expenses;

    g.        Casner - $41,915.00 in fees and $36,708.32 in expenses;

    h.        Charter Oak - $44,379.84 in fees and $12.50 in expenses;

    i.        Day Pitney - $58,754.50 in fees and $261.25 in expenses;

    j.        Deloitte FAS - $100,000.00 in fees and $3,375.55 in expenses;

    k.        Ferry Joseph - $60,791.00 in fees and $2,670.17 in expenses;

    l.        Foley Hoag - $46,412.00 in fees and $6,155.71 in expenses;

m.     Fragomen - $85,029.33[9] in fees and $23,926.96[10] in expenses for the Twenty-Fifth and Twenty-Sixth Interim Periods; and, for the current Application Period, $18,681.25 in fees and $1,959.00 in expenses;

n.     HRA - $15,025.00 in fees and $177.81 in expenses;

o.     Holme - $3,165.50 in fees and $2,771.36 in expenses for the Twenty-Sixth Interim Period;

p.     Latham & Watkins - $4,998.00 in fees for the Twenty-Sixth Interim Period; and, for the current Application Period, $31,147.50 in fees;

q.     LAS - $514,527.50 in fees and $574.38 in expenses;

r.     Nelson Mullins - $918.00 in fees and $44.60 in expenses;

s.     The Committee - $1,560.45 in expenses;

t.     PG&S - $39,915.50 in fees and $2,256.33 in expenses;

u.     PJC - $300,000.00 in fees and $972.48 in expenses;

v.     Scott - $805.00 in fees;

w.     Steptoe - $30,298.50 in fees and $276.56 in expenses;

x.     Sullivan - $3,258.00 in fees and $993.21 in expenses;

y.     Towers Perrin - $505,836.00 in fees and $6,110.25 in expenses; and

z.     Woodcock - $35,181.00 in fees and $2,661.75 in expenses.

---

[9]This amount reflects our exclusion of $44,251.43 in fees billed by Fragomen as an OCP, prior to its retention on April 2, 2007.  *See* Footnote 4.

[10]This amount reflects our exclusion of $10,456.64 in expenses billed by Fragomen as an OCP, prior to its retention on April 2, 2007.  *See* Footnote 5.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 9th day of June, 2008.


_____
        Warren H. Smith

**SERVICE LIST**
<u>Notice Parties</u>

**<u>The Applicants</u>**
Robert Y. Chung
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Pamela D. Marks
Beveridge & Diamond, P.C.
201 N. Charles Street, Suite 2210
Baltimore, MD 21201

Pamela D. Zilly
Senior Managing Director
Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154

Jeffrey R. Miller
BMC Group
720 Third Avenue, 23rd Floor
Seattle, Washington 98104

Teresa K.D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Edwin N. Ordway, Jr.
Capstone Advisory Group, LLC
Park 80 West, Plaza One
Saddle Brook, NJ  07663

Robert A. Murphy
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Bradley Rapp
Charter Oak Financial Consultants, LLC
430 Center Avenue
Mamaroneck, NY 10543

Anthony J. Marchetta
Day Pitney LLP
P. O. Box 1945
Morristown, NJ 07962-1945

Timothy Hurley
Deloitte FAS LLP
200 Berkeley Street
Boston, MA 02116

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

Adam P. Kahn
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Scott E. Bettridge
Fragomen, Del Rey, Bernsen & Loewy, LLP
One Alhambra Plaza, Suite 600
Coral Gables, FL 33134

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
P. O. Box 222681
Carmel, CA 93922

Elizabeth Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Nicholas J. DeNovio
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

Bernard F. Hawkins, Jr.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street 17th Floor
Columbia, South Carolina 29201

**<u>FEE AUDITOR'S FINAL REPORT</u>** - Page 10
wrg omnibus final report 27Q 10-12.07.wpd

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Jason Solganick
Piper Jaffray & Co.
150 East 42nd Street, 35th Floor
New York, NY 10017

Darrell W. Scott
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201

Anne E. Moran
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

William D. Sullivan
Elihu E. Allinson, III
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Jennifer L. Biggs
Towers Perrin Tillinghast
101 S. Hanley Rd.
St. Louis, MO 63105

Gary H. Levin
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
James E. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801