**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

June 10, 2008

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    11099

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/1/2008 | DTW | Telephone call with B. Ruhlander and assist with final report issue (.2). | 0.20 | 29.00 |
| 5/2/2008 | CR | Update database with E-Detail of 3.08 monthly applications for Kramer, Morris and Kramer 27th Interim Initial Report response | 0.40 | 16.00 |
|  | LMH | receive and review second e-mail from K. Martorana, Kramer Levin, re: response to twenty-seventh interim period initial report. | 0.10 | 13.50 |
|  | LMH | receive, review, and respond to e-mail from K. Martorana, Kramer Levin, re: response to twenty-seventh interim period initial report. | 0.10 | 13.50 |
| 5/5/2008 | CR | Update database with e-detail of Kramer 2.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail of Stroock 27th Interim Initial Report response | 0.20 | 8.00 |
| 5/6/2008 | BSR | draft initial report re Orrick for the 27th interim period | 1.20 | 276.00 |
|  | BSR | detailed review of David Austern's 27th interim fee application | 0.10 | 23.00 |
|  | BSR | detailed review of Orrick's Nov. and Dec. 2007 monthly applications and 27th interim fee application | 2.20 | 506.00 |

W.R. Grace & Co.                                                                                                                                        Page     2

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/6/2008 | BSR | detailed review of Piper Jaffray's 27th interim fee application | 0.10 | 23.00 |
| | BSR | draft initial report re Piper Jaffray for the 27th interim period | 0.30 | 69.00 |
| | BSR | detailed review of Towers' 27th interim fee application | 0.10 | 23.00 |
| | BSR | draft initial report re Towers Perrin for the 27th interim period | 0.20 | 46.00 |
| | BSR | detailed review of Steptoe's Dec. 2007 monthly invoice and 27th interim fee application | 0.20 | 46.00 |
| | BSR | detailed review of Holmes' 26th interim fee application and July-Sept. 2007 monthly applications | 0.30 | 69.00 |
| | BSR | draft initial report re David T. Austern's 27th interim fee application | 0.20 | 46.00 |
| 5/7/2008 | CR | Prepare and serve 27th Interim Initial Reports for Towers, Austern, Orrick and Piper | 0.70 | 28.00 |
| | CR | Update database with e-detail of PwC 3.08 monthly invoice | 0.20 | 8.00 |
| | DTW | Review and revise initial reports for the 27th period for Towers Perrin, Piper Jaffray, D. Austern, and Orrick (.4). | 0.40 | 58.00 |
| | BSR | draft e-mail to Scott Bettridge of Fragomen re firm's response and fee schedule | 0.50 | 115.00 |
| | DL | e-filing of WHS 4.08 invoices | 0.20 | 22.00 |
| | DL | Draft of WHS 4.08 invoices | 0.10 | 11.00 |
| | BSR | receive and review Fragomen's response to initial report for the 26th interim period | 0.50 | 115.00 |

W.R. Grace & Co.             Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/8/2008 | CR | draft project category summary detail spreadsheet for 27th Interim | 1.00 | 110.00 |
| | CR | Update database with e-detail of Buchanan 28th fee | 0.20 | 8.00 |
| | CR | Update database with e-detail of Buchanan 28th fee | 0.20 | 8.00 |
| | CR | Update database with monthly invoices for Woodcock 3.08, Beveridge 1/1/08-2/29/08, K&E 3.08, PwC 2.08, Foley 3.08, Beveridge 3.08, Woodcock 2.08, Reed 3.08, Ferry 3.08, Bilzin 3.08, Hamilton 3.08, Stroock & Navigant 3.08, Buchanan 3.08, Nelson 3.08, Pitney 3.08, bmc 2.08, Kramer 3.08, Morris 3.08, Charter 3.08, Caplin 3.08, LAS 3.08, Campbell 3.08, Anderson 3.08 and 28th Interim applications for Ogilvy and Pitney | 1.20 | 48.00 |
| 5/9/2008 | DL | e-filing of WHS CNO's 3.08 | 0.10 | 11.00 |
| | BSR | conference with Jeff Allgood re status of review of applications for the 28th interim period | 0.10 | 23.00 |
| 5/11/2008 | BSR | draft e-mails to various applicants concerning initial reports for the 27th interim period | 0.20 | 46.00 |
| 5/12/2008 | CR | Update database with e-detail of monthly invoices of Casner 3.08, Towers 2.08, Orrick 2.08, K&E 27thQ Initial Report response, PwC 28thQ fee application, Orrick 3.08, Buchanan 28th Interim 1/1/08-3/31/08 | 0.50 | 20.00 |
| | BSR | telephone conference with Tony Scoles re fee applications to be filed by Deloitte & Touche LLP | 0.20 | 46.00 |
| | BSR | detailed review of Fragomen's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | draft final report re Campbell & Levine for the 27th interim period | 0.60 | 138.00 |
| | BSR | draft final report re Baker Donelson for the 27th interim period | 0.30 | 69.00 |

W.R. Grace & Co.                                                                                                     Page    4

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 5/12/2008 | BSR | draft initial report to Beveridge & Diamond for the 27th interim period | 0.30 | 69.00 |
|  | BSR | detailed review of Beveridge & Diamond's Dec. 2007 monthly application (.1); search docket for Beveridge & Diamond's 27th interim fee application (.2) | 0.30 | 69.00 |
|  | BSR | draft final report re Duane Morris for the 27th interim period | 0.40 | 92.00 |
| 5/13/2008 | CR | draft e-mail to W.Smith re: 27thQ Final Reports for Campbell and Duane Morris for review | 0.20 | 8.00 |
|  | CR | Update database with Deloitte & Touche 6.07, 7.07, 8.07, 9.07, 10.07, 11.07 and 12.07 monthly invoices | 0.30 | 12.00 |
|  | CR | Update database with bmc 2.08 amended monthly invoices | 0.10 | 4.00 |
|  | CR | Update final report database and check calculations for 25th Interim | 0.80 | 32.00 |
| 5/14/2008 | CR | Update final report database and check calculations for 25th Interim | 4.00 | 160.00 |
| 5/15/2008 | CR | Prepare and serve 27th Interim Initial Report for Beveridge | 0.30 | 12.00 |
|  | CR | draft e-mail to W.Smith re: Baker and Ogilvy 27thQ Final Reports for review | 0.20 | 8.00 |
|  | CR | Update database with Casner 3.08 monthly invoice | 0.20 | 8.00 |
|  | BSR | draft final report re PwC for the 27th interim period | 1.20 | 276.00 |
|  | CR | Update database with e-detail for Ogilvy 4.08 monthly invoice | 0.20 | 8.00 |
|  | CR | Update database with e-detail Foley 28th Interim 1/1/08-3/31/08 | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                                               Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/15/2008 | CR | Update database with Kramer 28th Interim 1/1/08-3/31/08 | 0.20 | 8.00 |
|  | BSR | draft final report re Baker Donelson for the 27th interim period | 1.50 | 345.00 |
|  | BSR | draft final report re Ogilvy Renault for the 27th interim period | 0.30 | 69.00 |
| 5/16/2008 | BSR | draft final report re Stroock for the 27th interim period (.3); draft email to Arlene Krieger requesting additional information (.2) | 0.50 | 115.00 |
|  | BSR | draft final report re Kramer Levin for the 27th interim period (.4); draft email to Kramer Levin requesting additional information (.1) | 0.50 | 115.00 |
|  | BSR | receive and review Kramer's response to initial report (27th) as well as supplemental fee detail | 0.30 | 69.00 |
|  | CR | draft e-mail to W.Smith re: PwC 27thQ Final Report | 0.20 | 8.00 |
|  | BSR | draft final report (continued) re Kramer Levin for the 27th interim period | 0.40 | 92.00 |
|  | BSR | receive and review additional expense information provided by Kramer Levin | 0.40 | 92.00 |
| 5/17/2008 | WHS | detailed review of 27th - Final Report re Campbell & Levine | 0.20 | 55.00 |
|  | WHS | detailed review of 27th - Final Report re Baker Donelson | 0.20 | 55.00 |
|  | WHS | detailed review of 27th - Final Report re Ogilvy | 0.20 | 55.00 |
|  | WHS | detailed review of, and revisions to, 27th - Final Report re PricewaterhouseCoopers | 0.30 | 82.50 |
|  | WHS | detailed review of 27th - Final Report re PricewaterhouseCoopers | 0.20 | 55.00 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/19/2008 | CR | Electronic filing with court of Final Reports for 27th Q for PwC, Ogilvy, Baker, Campbell and Kramer | 0.70 | 28.00 |
| | CR | Electronic filing with court of Kramer 27th Q Final Report | 0.20 | 8.00 |
| 5/20/2008 | BSR | draft final report re Duane Morris (27th) with revisions (.2); draft email to Warren Smith re same (.1) | 0.30 | 69.00 |
| | BSR | draft e-mail to Michael Lastowski re follow-up inquiry (27th period) | 0.20 | 46.00 |
| | BSR | draft e-mail to Mark Zumbach with inquiry concerning computer charges | 0.10 | 23.00 |
| | CR | Update database with e-detail of Ferry 1.08, 2.08, 3.08 and 28thQ applications and Bilzin and Hamilton with 28thQ applications. | 0.40 | 16.00 |
| | CR | Update database with e-detail Phillips 28th interim and Stroock response to 27th interim Initial Report | 0.30 | 12.00 |
| | CR | draft e-mail to W.Smith re: 27thQ Final Reports for Reed, Stroock and Duane Morris | 0.20 | 8.00 |
| | CR | Electronic filing with court of Duane Morris 27thQ Final Report | 0.40 | 16.00 |
| | BSR | draft final report re Stroock for the 27th interim period | 1.00 | 230.00 |
| | WHS | detailed review of 27th - Final Report re Duane Morris | 0.20 | 55.00 |
| | BSR | draft final report re Reed Smith for the 27th interim period | 0.50 | 115.00 |
| | BSR | receive and review additional expense information provided by Stroock | 0.10 | 23.00 |
| | BSR | draft final report re Lexecon for the 27th interim period | 0.50 | 115.00 |

W.R. Grace & Co.                                                                                                           Page    7

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/21/2008 | CR | Electronic filing with court of D. Morris 27th interim Final Report | 0.30 | 12.00 |
| | CR | Update database with e-detail D. Morris 4.08 | 0.20 | 8.00 |
| | CR | Electronic filing with court of 27th interim Final Reports for Stroock and Reed Smith | 0.70 | 28.00 |
| | WHS | detailed review of, and revisions to, 27th - Final Report re Reed Smith | 0.30 | 82.50 |
| | WHS | detailed review of, and revisions to, 27th - Final Report re Stroock | 0.20 | 55.00 |
| 5/22/2008 | BSR | legal research re billing for in-house computer services (in connection with final report re Lexecon 27th interim) | 1.50 | 345.00 |
| | BSR | draft final report re Lexecon for the 27th interim period | 2.80 | 644.00 |
| | BSR | draft e-mails to various applicants concerning their final reports for the 27th interim period | 0.50 | 115.00 |
| | CR | Update database with e-detail of bmc 1.08 & corrected 2.08 fee application | 0.20 | 8.00 |
| 5/23/2008 | DTW | Telephone call with B. Ruhlander regarding K&E travel expense (.1). | 0.10 | 14.50 |
| | BSR | draft final report re Kirkland & Ellis | 4.60 | 1,058.00 |
| | CR | draft correction to Lexecon Final Report for 27th interim and forward to W.Smith via email | 0.30 | 12.00 |
| 5/24/2008 | BSR | draft final report re David Austern for the 27th interim period | 0.30 | 69.00 |
| | BSR | draft final report re Kirkland & Ellis | 0.50 | 115.00 |

W.R. Grace & Co.  Page   8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/24/2008 | WHS | receive and review agenda | 0.10 | 27.50 |
| | BSR | receive and review Piper Jaffray's response to initial report for the 27th interim period | 0.10 | 23.00 |
| 5/25/2008 | BSR | draft final report re Lawson Lundell for the 26th interim period | 0.60 | 138.00 |
| | BSR | receive and review Towers Perrin's response to our initial report for the 27th interim period; draft email responding to same | 0.20 | 46.00 |
| 5/26/2008 | CR | draft e-mail to W.Smith Lexecon 27th interim Final Report | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith re: corrected K&E 27th interim Final Report | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith re: K&E 27th interim Final Report, and David Austern 27th interim Final Report | 0.30 | 12.00 |
| | CR | Update database with e-detail of Piper 2.08 and Towers 3.08 monthly invoices | 0.20 | 8.00 |
| 5/27/2008 | WHS | detailed review of, and revisions to, 27th - Final Report re Kirkland & Ellis | 0.20 | 55.00 |
| | CR | Electronic filing with court of Lexecon Final Report 27th interim | 0.30 | 12.00 |
| | CR | Update database with e-detail of Beveridge 27th interim Initial Report response | 0.30 | 12.00 |
| | DL | e-filing of WHS CNO for 4/08 | 0.10 | 11.00 |
| | WHS | detailed review of 27th - Final Report re David T. Austern | 0.10 | 27.50 |
| | BSR | telephone conference with Arlene Krieger of Stroock re hotel expense reductions in our final report for the 27th interim period | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                                                                       Page   9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/27/2008 | BSR | telephone conference with Warren Smith re Lexecon's computer capability charges | 0.10 | 23.00 |
| | BSR | draft final report re Lexecon with revisions (.4); draft email to Warren Smith re same (.1) | 0.50 | 115.00 |
| | BSR | draft e-mail to Warren Smith re Stroock hotel charge (including research of whether there were any charges by other professionals for stays at that hotel) | 0.30 | 69.00 |
| | BSR | left detailed telephone voicemail for Pamela Marks at Beveridge & Diamond | 0.10 | 23.00 |
| 5/28/2008 | BSR | telephone conference with Mark Zumbach of Lexecon concerning our final report | 0.10 | 23.00 |
| | WHS | detailed review of, and revisions to, Final Report re Lexecon - Version 2 | 0.30 | 82.50 |
| | BSR | draft e-mails to various applicants concerning filing of their final reports | 0.30 | 69.00 |
| | WHS | receive and review response of Beveridge & Diamond | 0.10 | 27.50 |
| 5/29/2008 | BSR | research regarding hotel rates in Westlake Village CA (.6); draft email to Warren Smith re same (.2) | 0.80 | 184.00 |
| | BSR | detailed review of Beveridge & Diamond's quarterly fee application for the 27th interim period | 0.10 | 23.00 |
| | BSR | draft final report re Pachulski for the 27th interim period | 0.70 | 161.00 |
| | BSR | detailed review of Lawson Lundell's quarterly fee application for the 26th interim period | 0.10 | 23.00 |
| | BSR | draft final report re Lawson Lundell for the 26th interim period | 1.30 | 299.00 |
| 5/30/2008 | BSR | detailed review of additional expense information provided by Orrick | 1.70 | 391.00 |

W.R. Grace & Co.                                                                                                         Page    10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/30/2008 | BSR | draft final report re Orrick for the 27th interim period | 1.20 | 276.00 |
|  | BSR | draft final report re Bilzin for the 27th interim period | 3.00 | 690.00 |
| 5/31/2008 | BSR | draft omnibus final report for the 27th interim period | 5.10 | 1,173.00 |

**For professional services rendered**                                                                 **64.10  $11,542.50**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 43.00 | 230.00 | $9,890.00 |
| Cherie Rogers | 1.00 | 110.00 | $110.00 |
| Cherie Rogers | 16.10 | 40.00 | $644.00 |
| Debbie Lucas | 0.50 | 110.00 | $55.00 |
| Doreen Williams | 0.70 | 145.00 | $101.50 |
| Lisa M Hamm | 0.20 | 135.00 | $27.00 |
| Warren H Smith | 2.60 | 275.00 | $715.00 |