# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## APRIL 1, 2008 THROUGH
## APRIL 30, 2008

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE   19806
(302) 655-4200
EI #: 51-0328786


June 4, 2008


Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135


File   WRG-AUS/JCP
Invoice number   76770


Re:   W. R. Grace & Co.
      David T. Austern
Case No.:   01-01139 (RLB)


Subtotal for FEES only: 04/30/08    $15,968.00
Subtotal for COSTS only: 04/30/08     $1,087.27
                                   --------------
CURRENT PERIOD FEES AND COSTS: 04/30/08    $17,055.27
                                   --------------


*********************************************************************

Please remit duplicate copy with payment.   Thank you.

*********************************************************************

Phillips, Goldman & Spence, P.A.


Page   2


June 4, 2008


Orrick, Herrington & Sutcliffe, LLP


File   WRG-AUS/JCP
Invoice number   76770


Re:   W. R. Grace & Co.
      David T. Austern


| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 35.5 | 13,923.00 |
| FEE/EMPLOYMENT APPLICATIONS | 8.8 | 1,970.00 |
| CASE ADMINISTRATION | 0.5 | 75.00 |
| Subtotal for FEES only: 04/30/08 | 44.8 | $15,968.00 |


| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 37.00 | 37.00 | 14,800.00 | 0.00 | 0.00 |
| 150.00 | CAH | 7.70 | 7.70 | 1,155.00 | 0.00 | 0.00 |
| 130.00 | TLB | 0.10 | 0.10 | 13.00 | 0.00 | 0.00 |
| Totals | | 44.80 | 44.80 | 15,968.00 | 0.00 | 0.00 |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 04/04/08 | Update docket and check on Motion to File Under Seal for Debtors. | 0.30 | 45.00 | Li |
| WRG | LITIGATION | CAH | 04/04/08 | E-mail and phone conference with D. Felder re: filing of FCR's Objection; review of and revise same. | 0.70 | 105.00 | |
| | | | | | 1.00 | 150.00 | |
| WRG | LITIGATION | JCP | 04/01/08 | Phone conference with Judge Fitzgerald and all Estimation Counsel (9:00 a.m. - 12:35 p.m. and 1:40 p.m. - 4:35 p.m. = 6.5); preliminary review of 3/24/08 Hearing transcript (.2); review of Debtors' February 2008 Monthly Operating Report (.2); review of Judge Fitzgerald's 3/27/08 Memorandum Opinion re: Debtors' Motion to Amend Court's Order Denying Request to Expand Preliminary Injunction to Include Montana (.2); review of 3/27/08 Order Denying Debtors' Motion to Amend (.1). | 7.20 | 2,880.00 | |
| WRG | LITIGATION | JCP | 04/02/08 | Review of Judge Fitzgerald's 4/1/08 Memorandum Opinion re: Debtor's Motion for Declaratory and Injunctive Relief re: New Jersey DEP Action; review of Order re: same; review of miscellaneous pleadings. | 0.50 | 200.00 | |
| WRG | LITIGATION | JCP | 04/03/08 | Review of 3/25/08 Hearing Transcript. | 0.40 | 160.00 | |
| WRG | LITIGATION | JCP | 04/04/08 | E-mail from Ray Mullady re: Future Claimants Representative's Opposition to Debtors' Motion in Limine to Exclude Shapo's Testimony (2x)(.2); e-mail from Stephanie Cowles re: same (.1); e-mail from Stephanie Cowles with enclosure (.1); review of and revise Future Claimants Representative's Opposition (.3); conference with Celeste A. Hartman re: same (2x)(.2); review of miscellaneous pleadings (.5); e-mail from Debbie Felder re: Future Claimants Representative's Opposition to Motion to Exclude Shapo (.2); e-mail from Ray Mullady with enclosure (.1); review of revised Opposition; e-mail from Debbie Felder with enclosure (.1); review of further revised Opposition; e-mail from Debbie Felder serving Opposition (.1); review of Third Amended Agenda for Personal Injury Estimation Trial (.1); review of Libby Claimants' Objection to Debtors' Motion for Order Authorizing Settlement Agreement Resolving USA's Claim re: Libby Site (.2). | 2.20 | 880.00 | |
| WRG | LITIGATION | JCP | 04/07/08 | Teleconference with Judge Fitzgerald and all counsel re: estimation hearing (9:00 a.m. to 11:30 a.m. = 2.5 hours)(2.5); review of Third Amended Agenda for Personal Injury Estimation Trial for March and April (.4); review of Personal Injury Committee's Joinder to the Future Claimants Representative's Opposition to Debtors' Motion in Limine to Exclude the Expert Testimony of Marshall Shapo (.3); review of 3/25/08, 3/26/08 and 4/1/08 trial transcripts (.5). | 3.70 | 1,480.00 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG    LITIGATION | JCP | 04/08/08 | Review of Debtors' Motion for Leave from Scheduling Order and to Shorten Time on Debtors' Motion to Appoint Diane Walsh as Mediator for Speights & Runyan Property Damage Claims; review of Debtors' Motion to Appoint Diane Walsh; review of ZAI Claimants Motion to Shorten Time for Expedited Consideration of Their Motion to Lift Stay; review of ZAI Claimants' Motion to Lift Stay. | 0.40 | 160.00 | Li |
| WRG    LITIGATION | JCP | 04/09/08 | Review of Canada's Objection to Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for ZAI Claims (.1); review of Canada's Objection to ZAI Claimants' Motion to Dismiss an Individual ZAI Claim (.1); review of ZAI Claimants' Motion to Shorten Notice and for Expedited Consideration of Their Motion to Lift Stay and Return ZAI to the Tort System (.1); review of Order and Amended Order Granting Expedited Consideration of ZAI Claimants' Motion for Relief from Automatic Stay (.1); review of Montana's Motion for Order for Shortened Notice and Expedited Consideration of Montana's Motion to Stay Pending Appeal of District Court's Order Denying Montana's Motion for Reconsideration (.1); review of Montana's Motion for Stay (.1); review of Order granting expedited consideration of Montana's Motion to Stay (.1); review of miscellaneous pleadings (.1); review of New Jersey's Bankruptcy Notice of Appeal (.1). | 0.90 | 360.00 | |
| WRG    LITIGATION | JCP | 04/10/08 | Review of New Jersey's Notice of Appeal to Third Circuit; review of 3/31/08 Trial Transcript. | 0.10 | 40.00 | |
| WRG    LITIGATION | JCP | 04/11/08 | E-mail from local counsel for Personal Injury Committee with enclosure (.1); review of Preliminary Agenda for 4/21/08 Hearing (.1); Review of miscellaneous pleadings (.2); review of Debtors' Objection to ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination (.1); review of Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order to Show Cause Why Court-Appointed Expert Witness Should Not Be Designated (.1); review of Debtors' Amendment to Motion for an Order Establishing a Proof of Claim Bar Date for ZAI Claims for Canadian Claims (voluminous)(.3); review of ZAI Claimants' Opposition to Grace's Motion for an Immediate Bar Date (voluminous)(1.2); review of Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing and Permitting Filing of a Washington Class Proof of Claim (voluminous) (1.1); review of State of Montana's Notice of Appeal of 4/13/07 Order Denying Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana (.2); review of Notice of Appeal by Debtors re: same with enclosure (.1); review of enclosure (.1); review of Property Damage Committee's Objection to Debtors' Motion to Establish a Proof of Claim Bar Date for ZAI Claims (.1); review of Notice of Cancellation of 4/14/08 Hearing (.1). | 3.70 | 1,480.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|--------|
| WRG | LITIGATION | JCP | 04/14/08 | Review of Mian Realty's Motion for Order Declaring Automatic Stay Does Not Apply with Exhibits (.1); review of Exhibits (.1); review of Debtors' Statement of Amounts Paid in Ordinary Course (.1); review of Debtors' Motion for Leave to Appeal Order Denying Injunction with Exhibits (.1); review of Exhibits (.1); review of 3/26/08 Trial Transcript (.1); review of 4/1/08 Trial Transcript (.1). | 0.70 | 280.00 | Li |
| WRG | LITIGATION | JCP | 04/15/08 | Review of U.S. Trustee's Limited Objection to Debtors' Motion to Appoint Diane Welsh as S&R Property Damage Claims Mediator (.2); review of Libby Claimants' Opposition to Montanan's Motion for Stay Pending Appeal of Order Denying Montana's Motion for Reconsideration (.2); review of Agenda for 4/21/08 Hearing (.1); review of Canadian ZAI Claimants' Objection to ZAI Claimants Expedited Motion to Lift Stay (.1); review of Libby Claimants' Objection to Montana's Motion to Stay Pending Appeal (.1); review of 4/11/08 Opinion and Order expanding preliminary injunction to include (prohibit) Montana's actions against BNSF (voluminous) (1.7). | 2.40 | 960.00 | |
| WRG | LITIGATION | JCP | 04/16/08 | Review of Canadian ZAI Claimants' Motion to File an Objection to Debtors' Amendement to Motion for Proof of Claim Bar Date (.2); review of Objection (Ex. A) with Exhibits (.2); review of Canadian ZAI Claimants' Motion to File an Objection to ZAI Claimants' Motion for Dismissal of a ZAI Claim and proposed Order (.1); review of ZAI Claimants' Motion to Shorten Time (.1); review of ZAI Claimants' Motion for Relief from Stay with Exhibits (.2); review of ZAI Claimants' Reply Brief in Support of Motion to Dismiss a ZAI Claim (.2); review of ZAI Claimants' Reply in Support of Washington Class Proof of Claim (.2); review of ZAI Claimants' Reply in Support of Appointment of Expert Witness (.2); review of Debtors' Reply in Support Order Establishing a ZAI Proof of Claim Bar Date (.1); review of Debtors' Objection to ZAI Claimants' Motion to Lift Stay (.2); review of Amended Agenda for 4/21/08 Hearing (.1); review of Agenda for 4/22/08 Hearing (.1); review of Libby Claimants' Motion to Reschedule 4/21/08 Hearing on Montana's Motion to Stay Pending Appeal and proposed Order (.1); review of Libby Claimants' Motion to Shorten Notice re: same and proposed Order (.1). | 2.10 | 840.00 | |
| WRG | LITIGATION | JCP | 04/17/08 | Review of 4/16/08 Order re: Allegheny claims. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 04/18/08 | Review of 4/7/08 trial transcript; review of Order Denying Motion to Reschedule Montana's Motion to Stay; review of Order Denying Motion to Shorten Time re: same. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 04/21/08 | Review of United States' Joinder in Debtors' Motion to Authorize Settlement re: Libby Asbestos Site (.3); review of New Jersey's Designation of Items for Inclusion on Appeal (.3); review of New Jersey's Statement of Issues on Appeal (.3); review of Amended Agenda for 4/21/08 Hearing | 3.40 | 1,360.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|--------|
| | | | | (.1); travel to and from Court for 4/21/08 Hearing (billed at 1/2 time) (.2); court appearance re: Omnibus Hearing (2.0); e-mail from Debbie Felder re: filings as searchable PDFs (.1); conference with Celeste A. Hartman re: same (.1); e-mail from Debbie Felder re: Piper Jaffray filing (.1). | | | |
| WRG | LITIGATION | JCP | 04/22/08 | Review of Order Authorizing Settlement USA's Curtis Bay Claim (.1); review of letter from Ed Perley (.1); review of 4/21/08 Order re: Debtors' Objection to Massachusetts' Department of Revenue Claim (.1); review of 4/21/08 Order Authorizing Payment of Pre-Petition Real Estate Tax Claims (.1); review of 4/21/08 Order Authorizing Appointment of Diane Welsh as Mediator of S&R Claims (.1); review of 4/21/08 Continuation Order re: Debtors 18th Omnibus Objection to Claims (.1); review of 4/21/08 Order Authorizing Liability Transfer Agreement (.1); review of Libby Complaints' Opposition to Debtors' Motion for Leave to Appeal Order Denying Injuction (.6); review of Debtors' Designation of Record and Issues on Appeal (.1); review of Montana's Designation of Record and Issues on Appeal (.1); teleconference with Judge Fitzgerald and all counsel re: ZAI issues (11:30 a.m. to 1:30 p.m.)(2.0). | 3.60 | 1,440.00 | |
| WRG | LITIGATION | JCP | 04/23/08 | Review of Judge Fitzgerald's 4/22/08 Memorandum Order Granting Montana's Motion; review of miscellaneous pleadings. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 04/24/08 | Review of 4/23/08 Order Granting Expedited Consideration of Canadian ZAI Claimants' Motion for Relief from Stay; review of 4/23/08 Modified Order Allowing Canadian ZAI Claimants' to File Objection to ZAI Claimants' Motion for Dismissal of a ZAI Claim; review of 4/23/08 Modified Order Allowing Canadian ZAI Claimants to File a Late Objection to ZAI Claims Bar Date Motions; review of USA's Certification of Counsel re: Order Approving Curtis Bay Settlement. | 0.40 | 160.00 | |
| WRG | LITIGATION | JCP | 04/28/08 | Review of Libby Claimants' Motion for Leave to Appeal Order Enjoining Action Against BNSF (.2); review of Libby Claimants' Notice of Appeal (.2); review of Speights & Ruyan's Opening Appellate Brief re: Expungment of 44 cases (1.1) | 1.50 | 600.00 | |
| WRG | LITIGATION | JCP | 04/29/08 | Review of Notice and Motion of Debtors for an Order Allowing Ernst & Young to Retain Fees and Paid in these Chapter 11 Cases in Excess of the OCP Total Expenditure Cap; review of Notice of Cancellation of 5/5 - 5/7/08 Personal Injury Trial Dates; review of Order Denying in Part and Granting in Part Debtors' Motion to Further Amended Complaint; review of Debtors' Designation of Additional Items to be Included in Record on Appeal. | 0.50 | 200.00 | |

Case 01-01139-AMC Fees Doc 18904-3   Filed 06/10/08   Page 8 of 11

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|--------|
| WRG | LITIGATION | JCP | 04/30/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | Li |
| | | | | | 34.40 | 13,760.00 | |
| WRG | LITIGATION | TLB | 04/09/08 | Fax to Court Call re: telephonic appearance for April 17, 18 and 19, 2008 hearings. | 0.10 | 13.00 | |
| | | | | | 0.10 | 13.00 | |
| | | | | | 35.50 | 13,923.00 | |

|    |    |                              | Act | Trans    |                                                      | Billable | Billable | Grp |
|----|----|------------------------------|-----|----------|------------------------------------------------------|----------|----------|-----|
| Cl | Code | Grouping code description  | Emp | Date     | Transaction description                              | Hours    | Dollars  | Cd  |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/07/08 | Print, separate, scan and file January and February Fee Application for D. Austern; e-mail docket Notice of Service to D. Felder. | 0.50 | 75.00 | fa |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/10/08 | Print, scan and file Tillinghast's Fee Application for January. | 0.30 | 45.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/14/08 | Reconcile payment to Fee Applications and Invoices. | 0.30 | 45.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/15/08 | Code pre-bills to comply with local Rules. | 0.30 | 45.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/22/08 | Draft Certificate of No Objection for Phillips, Goldman & Spence January and February Fee Applications. | 0.70 | 105.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/22/08 | E-mail to and e-mail from D. Felder re: revised Retention Application of Piper Jaffray. | 0.30 | 45.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/22/08 | E-mail (3x) on revised Application for Piper. | 0.30 | 45.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/23/08 | Download and file February Fee Application for Orrick Herrington. | 0.30 | 45.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/23/08 | E-mail to D. Felder re: filing of Piper's revised Application. | 0.10 | 15.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/23/08 | Download and file Application to Modify Retention of Piper Jaffray; e-mail to D. Felder when complete after review by John C. Phillips, Jr. | 0.40 | 60.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/23/08 | Draft Fee Application for Phillips, Goldman & Spence for March, 2008. | 0.70 | 105.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/24/08 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence January and February Fee Applications. | 0.50 | 75.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/25/08 | Review of and revise, scan file and serve Phillips, Goldman & Spence March Fee Application. | 0.50 | 75.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | CAH | 04/29/08 | Download Quarterly Fee Applications for October - December 2007 for Orrick Herrington, Piper Jaffray, Tillinghast and D. Austern; file same. | 1.00 | 150.00 | |
|    |    |                              |     |          |                                                      | 6.20     | 930.00   |     |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | JCP | 04/09/08 | Review of and revise March 2008 pre-bill. | 0.30 | 120.00 | |
| WRG |   | FEE/EMPLOYMENT APPLICATIONS    | JCP | 04/19/08 | E-mail from Debbie Felder with enclosure (.1); review of Future Claimants Representative's Application to Modify Employment of Piper Jaffray (.1); review of proposed Order (.1); review of Brownstein affidavit; review of Radecki affidavit (.1); review of Piper Jaffray's proposed modified | 0.60 | 240.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|--------|
| | | | | Retention Letter (.1); e-mail to Debbie Felder re: filing same (.1). | | | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/22/08 | E-mail from Debbie Felder re: Motion to Employ (3x)(.2); e-mail from Celeste A. Hartman re: same (5x)(.2); e-mail from Debbie Felder with enclosure; review of final Application of Future Claimants Representative to Modify Employment of Piper Jaffray with enclosure (.1); review of all Exhibits, proposed Order and Notice of Motion (.1); e-mail to Celeste A. Hartman approving filing of same (.1). | 0.70 | 280.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/23/08 | E-mail from Debbie Felder with enclosure; review of Future Claimants Representative's Motion to Modify Piper Jaffray's Employment Agreement; e-mail to Celeste A. Hartman approving filing of same; e-mail from Celeste A. Hartman confirming filing. | 0.30 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/24/08 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence's 44th Monthly Fee Application (.1); review of and execute Certificate of No Objection re: Phillips, Goldman & Spence's 45th Monthly Fee Application (.1); review of, revise and execute Phillips, Goldman & Spence's 46th Monthly Fee Application (.3); conference with Celeste A. Hartman re: all three (.2). | 0.70 | 280.00 | |
| | | | | | ------------- 2.60 ------------- | ---------------- 1,040.00 ---------------- | |
| | | | | | 8.80 ------------- | 1,970.00 ---------------- | |
| | | | | | 44.80 ============== | 15,968.00 ================ | |

44 records printed.

Case 01-01139-AMC<sup>Fee</sup>Doc 18904-3   Filed 06/10/08   Page 11 of 11

Sort Fields:
  Grouping code                    (Paginate)
  Client code
  Actual employee code             (Subtotals)
  Transaction date

Range Fields:
  Client code                      I WRG - WRG
  Invoice Number                   I   76770 -   76770

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|--------|
| WRG | CASE ADMINISTRATION | CAH | 04/23/08 | Merge original signatures into filed documents. | 0.50 | 75.00 | Ca |
| | | | | | -------------- | ---------------- | |
| | | | | | 0.50 | 75.00 | |
| | | | | | -------------- | ---------------- | |
| | | | | | 0.50 | 75.00 | |
| | | | | | -------------- | ---------------- | |