# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# APRIL 1, 2008 THROUGH
# APRIL 30, 2008

Phillips, Goldman & Spence, P.A.

June 4, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   76770

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/01/08 | Check No.: 37017 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 04/01/08 | Federal Express | 75.42 |
| 04/01/08 | Long distance phone charges | 9.12 |
| 04/01/08 | On-line docket research | 48.48 |
| 04/09/08 | Facsimile | 2.00 |
| 04/23/08 | Photocopies | 43.80 |
| 04/24/08 | Postage | 2.45 |
| 04/30/08 | Check No.: 37303 - John C. Phillips, Jr. - expense reimbursement - Court Call. | 890.00 |
| 04/30/08 | Check No.: 37303 - John C. Phillips, Jr. - expense reimbursement for parking. | 6.00 |
|  | Subtotal for COSTS only: 04/30/08 | $1,087.27 |