IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SERVICE OF DISCOVERY UPON W.R. GRACE & CO.

As set forth on the attached Certificate of Service, copies of the i) **First Set of Interrogatories Served by Mian Realty, LLC Upon Debtors**, ii) **First Request of Mian Realty, LLC for Production of Documents,** and iii) **Responses of Mian Realty, LLC to Debtors' First Request for Production of Documents and First Set of Interrogatories** were served via overnight mail upon the following individual:

> Lori Sinanyan, Esquire
> Kirkland & Ellis
> 200 East Randolph Drive
> Chicago, IL  60601

Dated: June 12, 2008

> **COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.**
>
> By: _____
> Patrick J. Reilley (No. 4451)
> 1000 N. West Street, Suite 1200
> Wilmington, DE 19801
> (302) 295-4888
>
> -and-
>
> **TRENK, DIPASQUALE, WEBSTER,
> DELLA FERA & SODONO, P.C.**
> Richard D. Trenk, Esquire
> Henry M. Karwowski, Esquire
> 347 Mt. Pleasant Ave., Suite 300
> West Orange, NJ  07052
> (973) 243-8600
>
> **Counsel For Mian Realty, LLC**

45788/0001-2610587v1