# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE OF DISCOVERY UPON W.R. GRACE & CO.

I, Henry M. Karwowski, a member of the law firm of Trenk, DiPasquale, *et al.*, counsel for Mian Realty, LLC, hereby certify that on June 10, 2008, I caused copies of First Request of Mian Realty, LLC For Production of Documents and First Set of Interrogatories Served By Mian Realty, LLC Upon Debtors to be served via overnight mail upon the following party:

Lori Sinanyan, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Attorneys for Debtors and Debtors in Possession

Dated: June 11, 2008

**TRENK, DiPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**

_____
Henry M. Karwowski
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Fax: (973) 243-8677

-and-

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, PA**
Patrick J. Reilley (Bar No. 4451)
1000 N. West Street
Suite 1200
Wilmington, DE 19801
(302) 295-4888
Fax: (302) 652-3117

Co-Counsel for Mian Realty, LLC

F:\WPDOCS\A-M\Mian Realty, LLC\NoticeDiscovery.doc