IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Patrick J. Reilley, Esquire, hereby certify that on June 12, 2008, I caused a copy of the foregoing **Notice of Service of Discovery Upon W.R. Grace & Co.** to be served via First-Class Mail upon the following individuals:

        Lori Sinanyan, Esquire
        Kirkland & Ellis
        200 East Randolph Drive
        Chicago, IL 60601

        COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: /s/ Patrick J. Reilley
    Patrick J. Reilley (No. 4451)
    1000 N. West Street, Suite 1200
    Wilmington, DE 19801
    (302) 295-4888

45788/0001-2610587v1