IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD APRIL 1, 2008, THROUGH APRIL 30, 2008**

## WRG-0084
## EVALUATION OF POSSIBLE INFRINGEMENT OF
## GRACE PATENT ON OXYGEN SCAVENGING

| 04/07/2008 | GHL | Review of jury verdict, transcript pages relating to JMOL motions, and final judgment in previous litigation relating to oxygen scavengers to identify patent claims remaining enforceable in view of the judgment, telephone conference and written communication with Mr. Maggio regarding same; further telephone conference with Mr. Maggio regarding royalty rates at issue in the previous litigation, review of transcript pages relating to royalty rate discussion, and review of record to identify exhibits relevant to the issue, and further communication with Mr. Maggio regarding same; review of transcript pages relating to JMOL motions, and final judgment in previous litigation relating to oxygen scavengers to identify patent claims remaining enforceable in view of the judgment, telephone conference and written communication with Mr. Maggio regarding same; further telephone conference with Mr. Maggio regarding royalty rates at issue in the previous litigation, review of transcript pages relating to royalty rate discussion, and review of record to identify exhibits relevant to the issue, and further communication with Mr. Maggio regarding same. | 2.20 |

SERVICES $ 1,254.00

| | GHL | GARY H. LEVIN | 2.20 | hours @ | $570.00 |

**INVOICE TOTAL**          $   1,254.00

## WRG-0086
## DUE DILIGENCE RELATING TO PROPOSED PURCHASE OF INTEREST IN THIRD-PARTY OPERATION (CEMENT FORMULATIONS)

| 04/01/2008 | GHL | Telephone conference with Mr. Leon regarding status of the agreement with third-party cement company and issues relating thereto, review of copy of the agreement as received from Grace; preparation for scheduled telephone conference with Grace representatives, including review of previously-received results of freedom-to-operate search conducted relative to third-party products proposed for distribution by Grace; | 1.10 |
|---|---|---|---|
| 04/02/2008 | GHL | Further review of information from third-party relating to various cement products proposed for distribution by Grace and review of patents identified in earlier conducted freedom-to-operate search, telephone conference with Mr. Leon and Grace representatives regarding freedom-to-operate issues, further review of the patents in view of inquiries during the telephone conference, updating spread-sheet of identified patents with comments and analysis of sub-set of the identified patents in view of the telephone conference and the further patent review; | 3.30 |
| 04/03/2008 | GHL | Further revision to and editing of spread-sheet and patent analysis notes, and communication with Mr. Leon transmitting same with advice regarding certain patents. | 0.70 |

SERVICES     $    2,907.00

| | GHL | GARY H. LEVIN | 5.10 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**     $    **2,907.00**

## WRG-GEN

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/08/2008 | GHL | Fee Application, Applicant—Preparation of fee application for February 2008. | 0.30 |

SERVICES $ 171.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 0.30 | hours @ | $570.00 |

**INVOICE TOTAL**  $ 171.00