# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 18462** |
| | ) | **6/2/08 Agenda Item No. 17** |

**ORDER DENYING EXPEDITED MOTION OF THE ZAI CLAIMANTS TO LIFT STAY AND RETURN ZAI TO THE TORT SYSTEM**

This matter having come before the Court on the ZAI Claimants' Expedited Motion of the ZAI Claimants to Lift Stay and Return ZAI to the Tort System (Docket No.18462); the Court having reviewed the Motion of the ZAI Claimants and the Debtors' objection, and all exhibits thereto; and the Court having considered the arguments of counsel at the hearing, it is hereby

ORDERED that, for the reasons stated on the record at the June 2, 2008 hearing, the expedited motion of the ZAI Claimants is denied without prejudice.

Dated: _____, 2008

                                                                                   Honorable Judith K. Fitzgerald
                                                                                   United States Bankruptcy Judge