IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 18326** |
| | ) | **6/2/08 Agenda Item No. 16** |

### CERTIFICATION OF COUNSEL REGARDING ZAI CLAIMANTS' MOTION FOR ORDER TO SHOW CAUSE WHY COURT APPOINTED EXPERT WITNESS SHOULD NOT BE DESIGNATED

1. On June 2, 2008, the Court heard the ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not be Designated (the "Motion") (Docket No.18326).

2. Due and proper notice of the Motion was given and an objection was filed by the Debtors ("Debtors") (Docket No. 18496).

3. The Court reviewed the Motion, the Debtors' objection, and the ZAI Claimants' reply brief and considered the arguments of counsel at the hearing.

4. The attached order denying the Motion reflects the ruling of the Court as stated on the record at the June 2, 2008 hearing and is being submitted at the request of the Court for entry.

5. This order has been circulated to the counsel for the moving ZAI Claimants who have approved the form of the order.

6. The Debtors respectfully request entry of the order attached as Exhibit A.

Dated: June 12, 2008

KIRKLAND & ELLIS
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for Debtors and Debtors in Possession

2