IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re: Docket No. 18325** |
| ) | **6/2/08 Agenda Item No. 15** |

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING
ZAI CLAIMANTS' MOTION FOR DISMISSAL OF AN INDIVIDUAL
ZAI CLAIM OR FOR A RULE 54(B) DETERMINATION TO
PERMIT APPELLATE REVIEW OF THE ZAI OPINION**

1. On June 2, 2008, the Court heard the ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion (the "Motion") (Docket No.18325).

2. Due and proper notice of the Motion was given and objections were filed by the Debtors ("Debtors") (Docket No. 18498), Her Majesty the Queen in Right of Canada as Represented By the Attorney General of Canada ("Canadian Attorney General") (Docket No. 18484), and the Canadian ZAI Claimants ("Canadian ZAI") (Docket No. 18728).

3. At that hearing, the parties indicated that the objections of the Canadian Attorney General and the Canadian ZAI claimants were to be held in abeyance pending completion of an agreement in principal with such parties regarding Canadian ZAI PD Claims.

4. The Court reviewed the Motion, the Debtors' objection, and the ZAI Claimants' reply brief, and all exhibits thereto and the Court considered the arguments of counsel at the hearing.

5. The attached order denying the Motion reflects the ruling of the Court as stated on the record at the June 2, 2008 hearing and is being submitted at the request of the Court for entry.

6. This order has been circulated to the counsel for the moving ZAI Claimants who have approved the form of the order.

7. The Debtors respectfully request entry of the order attached as Exhibit A.

Dated: June 12, 2008

KIRKLAND & ELLIS
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for Debtors and Debtors in Possession