## EXHIBIT A
## Current Debtholders as of 4/30/08

Bank of America
JPMorgan/Chase
ABN Amro
Bank of Nova Scotia**
Bank of New York**
Commerzbank AG**
SOF Investments, LP
Lehman Commerical Paper Inc.
Avenue Investments, L.P.
Citigroup Financial Products Inc.
Pegasus Trading LLC
Ore Hill Hub Fund Ltd.
Goldentree 2004 Trust
Caspian Capital Partners, L.P.
BBT Fund, L.P.
Goldentree Credit Opportunities
Bear, Stearns &Co., Inc.
Goldman Sachs Credit Partners L.P.
Loeb Partners Corp.
Dinosaur Spiret Loan Trust
Mason Sunnyside Cr Mst FD Ltd
Everest Capital Master Fund LP
Restoration Holdings Ltd.
DK Acquisitions Partners LP
CAP Fund LP
GMAM Invest Funds Trust II
Fernwood Associates LP
Rockview Trading
Myers Park Trading LLC
Basso Multi-Strategy Holding Fund
PAPA Omnibus LLC
SRI Fund LP
Battery Park High Yield Opportunity Master Fund, Ltd.
Normandy Hill Master Fund LP
Tempo Master Fund LP
KS Capital Partners, LP
HFR DS Restoration Master Trust
Mulberry Limited
Battery Park High Yield Long Short
Deutsche Bank Trust Company of America
GPC XLI, LLC
Battery Park High Yield Op Strategy
Institutional Benchmarks Master Fund
KS International
LL Peachtree Funding LLC

** --indicates it is unclear if entity was a current debtholder as of 4/30/08

K&E 12978611.1