**EXHIBIT B**

| Name of Entity Searched With K&E Connection | Client Status | Nature of Representation | Prior Disclosure |
|---|---|---|---|
| Bank of America, N.A. | Current client | Representation in matters unrelated to the Debtors | Original Affidavit, Second Supplement, Fifteenth Supplement, Seventeenth Supplement, Twenty-Third Supplement |
| JP Morgan/Chase | Current client | Representation in matters unrelated to the Debtors | Original Affidavit, Second Supplement, Twenty-Second Supplement |
| Bank of Nova Scotia | Current client | Representation in matters unrelated to the Debtors | Twenty-Third Supplement |
| Commerzbank AG | Current client | Representation in matters unrelated to the Debtors | Original Affidavit, Twenty-Third Supplement |
| Bank of New York | Affiliate of current client | Representation of subsidiary, Alcentra Ltd., in matters unrelated to the Debtors | |
| Bear Stems & Co., Inc. | Current client; Affiliate of current clients | Representation of client and affiliates in matters unrelated to the Debtors | Fifteenth Supplement, Twentieth Supplement, Twenty-Second Supplement, Twenty-Third Supplement |
| ABN Amro | Current client; Affiliate of current clients | Representation of client and affiliates in matters unrelated to the Debtors | Twenty-Third Supplement |
| Goldman Sachs Credit Partners | Affiliate of current clients | Representation of affiliates, including Goldman Sachs & Company, in matters unrelated to the Debtors | |

| | | | |
|---|---|---|---|
| Goldentree 2004 Trust | Current client | Representation in matters unrelated to the Debtors (representation of client on lender committee in an unrelated chapter 11 case) | |
| Golden Tree Credit Opportunities | Current client | Representation in matters unrelated to the Debtors (representation of client on lender committee in an unrelated chapter 11 case) | |
| LL Peachtree Funding LLC | Current client | Representation in matters unrelated to the Debtors (representation of client on lender committee in an unrelated chapter 11 case) | |
| Lehman Commercial Paper Inc. | Current client; Affiliate of current clients | Representation in matters unrelated to the Debtors (representation of client on lender committee in an unrelated chapter 11 case); Representation of affiliates, including Lehman Brothers, Inc., in matters unrelated to the Debtors | |
| Citigroup Financial Products | Affiliate of current clients | Representation of affiliates, including Citibank, N.A., in matters unrelated to the Debtors | |

| | | | |
|---|---|---|---|
| Normandy Hill Master Fund LP | Affiliate of current client | Representation of affiliate, Normandy Hill Capital, L.P., in matters unrelated to the Debtors; *see also* ¶ 9 above | |
| Deutsche Bank Trust Company of America | Current client; Affiliate of current clients | Representation in matters unrelated to the Debtors (representation of client on lender committee in an unrelated chapter 11 case); Representation of affiliates, including Deutsche Bank AG New York, in matters unrelated to the Debtors | |
| Fernwood Associates LP | Current client | Representation in matters unrelated to the Debtors (representation of client on lender committee in an unrelated chapter 11 case) | |
| SOF Investments, LP | Current client | Representation in matters unrelated to the Debtors (representation of client on lender committee in an unrelated chapter 11 case) | |
| Wachovia | Current client | Representation in matters unrelated to the Debtors | Original Affidavit, Second Supplement, Twenty-Second Supplement, Twenty-Third Supplement |