## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP
### FOR THE TWENTY-SEVENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Orrick, Herrington & Sutcliffe LLP for the Twenty-Seventh Interim Period (the "Application").

### BACKGROUND

1. Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, future claimants' representative. In the Application, Orrick seeks approval of fees totaling $2,577,801.25[1] and expenses totaling $276,906.50 for its services from October

---

[1] We note for informational purposes, that this was Orrick's largest fee application to date, with almost twice the fees of the previous application. Orrick's fee applications have gradually gotten larger over the course of its involvement in the case. Following is a list of Orrick's previous quarterly applications:

1st - fees of $206,292.25 and expenses of $7,501.32;
2nd - fees of $456,045.25 and expenses of $14,568.92;
3rd - fees of $558,019.75 and expenses of $25,651.67;
4th - fees of $841,070.00 and expenses of $98,378.95;
5th - fees of $1,098,668.00 and expenses of $57,670.14;
6th - fees of $1,021,931.50 and expenses of $168,071.15; and
7th - fees of $1,318,928.25 and expenses of $506,330.27.

The largest project category in the current application is Litigation, accounting for $2,153,545.50 of the $2,577,801.25 in fees, or about 83%. The main reason for the large amount of fees was

1, 2007 through December 31, 2007 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Orrick, and received a response from Orrick, portions of which response are quoted herein.

---

the estimation trial which was scheduled for January 2008. Activities reflected in the time entries billed under the Litigation Project Category include:

• The taking, defending, or attending of several dozen depositions, including those of a number of experts and the Future Claimants' Representative ("FCR");
• Preparation of interrogatories;
• Drafting discovery responses;
• Analysis of the rebuttal reports prepared by a number of experts concerning the testimony of other experts;
• Preparation for the estimation trial;
• Drafting the pre-trial brief; and
• Drafting the FCR's Daubert brief, analyzing the Daubert briefs of the debtor and committees, and drafting response and opposition Daubert briefs to same.
.
We further note that the application for the next period is approximately the same size as the current one.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Orrick 27Q 10-12.07 v2.wpd

**DISCUSSION**

Specific Time and Expense Entries

3. In our initial report, we noted the following meal charges for which more information was needed:

October 2007:
| | |
|---|---|
| Other Business Meals | 351.61 |
| Out of Town Business Meals | 363.75 |
| Other Business Meals | 396.77 |

November 2007:
| | |
|---|---|
| Other Business Meals | 204.12 |
| Other Business Meals | 1,706.81 |
| Out of Town Business Meals | 1,876.46 |
| Out of Town Business Meals | 299.09 |

It appears to us that one can dine satisfactorily for $15 for breakfast, $25 for lunch, and $50 for dinner. In response to our inquiry, Orrick provided a list of meal charges, which we have included as Response Exhibit "A," and stated the following:

> The meal charges set forth in Orrick's October, November and December 2007 invoices were separately itemized and summarized in a chart attached to the Eighth Quarterly, and copies of the receipts were electronically sent to the Fee Auditor on April 29, 2008. I have attached a copy of the summary, which I believe provides the detail requested in the Report and reflects that the appropriate reductions to comply with the Fee Auditor's guidelines have already been taken...

We reviewed the list of meal charges supplied by Orrick, as well as the copies of receipts. We accept Orrick's response, except with respect to the following meal charges:

| 10/24/07 | $40.93 | Breakfast for one | Reduce by $15.90[2] |
|---|---|---|---|
| 10/31/07-11/1/07 | $97.69 | Breakfast for one - $20.60<br>Breakfast for one - $61.96<br>Beer - $15.13 | Reduce by $62.09[3] |

[2]Charge already reduced by $10.03 on the Quarterly Application.

[3]Charge already reduced by $5.60 on the Quarterly Application.

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg FR Orrick 27Q 10-12.07 v2.wpd

| 11/5/07 | $23.64 | Lunch for one - $9.68<br>Dinner for one - $17.39 (includes $6.00 beer) | Reduce by $6.00 |
| --- | --- | --- | --- |
| 9//27/07-9/28/07 | $148.00 | Breakfast for one - $20.00<br>Breakfast for two - $28.00<br>Lunch for four - $100.00 | Reduce by $5.00 |
| 11/1/07 | $70.52 | Breakfast for three - $70.52 | Reduce by $25.52 |
| 11/11/07-11/14/07 | $339.65 | Dinner for one - $92.90<br>Bar bill - $18.00<br>Dinner for one - $89.13<br>Lunch for one - $27.36<br>Lunch for one - $31.30<br>Dinner for one $80.96 | Reduce by $9.90[4] |
| 10/23/07 | $20.08 | Breakfast for one | Reduce by $5.08 |
| 9/28/07 | $37.95 | Lunch for one | Reduce by $12.95 |
| 11/14/07 | $130.07 | Breakfast for one - $7.88<br>Beer - $11.48<br>Lunch for three - $110.71[5] | Reduce by $47.19 |

Thus, for all items in this paragraph, we recommend a reduction of $189.63 in expenses.

4.   In our initial report, we noted the following air fare charges for which more information was needed:

October 2007:
Travel Expense, Air Fare        4,429.84
Travel Expense, Air Fare           986.00

November 2007:
Travel Expense, Air Fare        7,360.51
Travel Expense, Air Fare           815.30

December 2007:
Travel Expense, Air Fare        9,099.62

---

[4]Charge already reduced by $129.75 on the Quarterly Application.

[5]Contrary to the response, the receipt indicates this was lunch, rather than dinner.

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Orrick 27Q 10-12.07 v2.wpd

In response to our inquiry, Orrick provided a list of charges, which list we have included as Response Exhibit "B," and stated the following:

> The Report identifies certain travel expenses described as air or train fare charges and asks for itemization of these expenses. These expenses are itemized on the attached chart. Receipts were previously provided by electronic mail to the fee auditor on April 29; additional copies are enclosed for convenience.

We reviewed the list of fares supplied by Orrick, as well as the copies of receipts. We accept Orrick's response with respect to all fares except those listed below. It appears to us that one can obtain a non-stop, refundable, economy class ticket from Washington, DC, to Chicago (round trip) for less than $650.00, and from Washington, DC, to Raleigh-Durham (one-way) for $800.00. Thus, we recommend the following reductions:

| | |
|---|---|
| $986.00 for Washington, DC, to Chicago (round trip) | Reduce by $336.00 |
| $1,206.30[6] for Washington, DC, to Raleigh-Durham (one-way) | Reduce by $406.00 |
| $1,184.80 for Washington, DC, to Raleigh-Durham | Reduce by $592.40[7] |
| $1,206.30 for Washington, DC, to Raleigh-Durham (one-way) | Reduce by $406.00 |
| $1,113.20 for Washington, DC, to Chicago (round trip) | Reduce by $463.00 |

Thus, for all items in this paragraph, we recommend a reduction of $2,203.40 in expenses.

5.   In our initial report, we noted the following travel expenses described only as "local" or "out

---

[6] We note that the receipts for this charge total $836.80, rather than the amount of $1,206.30 which was billed in the Application.

[7] The receipts indicate this charge was for two one-way fares: one fare from Washington, DC, to Raleigh-Durham for $592.40, and the other fare from Raleigh-Durham to Washington, DC, for $592.40. Thus, we have no objection to the amount of the charges. However, the receipts indicate the return portion of the ticket was not used and that a refund should be sought. (The attorney in question returned a day later and purchased an additional ticket for $713.40, to which we have no objection.) As no refund appears to have been credited on the current Application, we recommend reduction of the charge by $592.40.

**FEE AUDITOR'S FINAL REPORT** - Page 5
wrg FR Orrick 27Q 10-12.07 v2.wpd

of town":

October 2007:
215.98
511.28
695.95
191.82

November 2007:
741.30
903.33
11,456.72
693.95

December 2007:
7,359.84

Thus, we asked for an itemization of these charges, and Orrick provided the following response:

> The Report identifies certain travel expenses described as local or out of town charges and asks for itemization of these expenses. These expenses are itemized on the attached chart. Receipts were previously provided by electronic email to the fee auditor on April 29; additional copies enclosed for convenience.
>
> The report also questions a $7,359.84 expense submitted by James Cangialosi. These charges represent the deposit for advance reservations for a block of hotel accommodations and "war room" facilities at the Omni William Penn Hotel in Pittsburgh for use during the estimation trial for the time period May 3, 2008 through May 7, 2008. Settlement was reached in the case, and the trial was postponed. We believe this charge is appropriate as it was necessary to reserve space for use during the estimation trial. Our contract with the Omni provides that this deposit is non-refundable, but may be applied to future room charges and war room space if, for example, the estimation trial is resumed or similar space is required in connection with other proceedings, such as the Disclosure Statement Hearing (now set for six trial days in October 2008) or the Confirmation Hearing (now set for four trial days in January 2009).

We reviewed the chart supplied by Orrick, as well as the copies of receipts, and have included the chart as Response Exhibit "C." It appears to us that one can obtain more than satisfactory lodging in New York for $350.00 per night, plus taxes, in Washington, DC, for $300.00 per night, plus taxes, and in all other locales for $250.00 per night, plus taxes. Thus, we accept Orrick's response, except

with respect to the following charges:

| | |
|---|---|
| $609.00 for one night in New York, NY | Reduce by $259.00 |
| $649.00 for one night in New York, NY | Reduce by $299.00 |
| $30.47 for breakfast for one | Reduce by $15.47 |
| $299.00 for one night in St. Louis | Reduce by $49.00 |
| $718.00 for two nights in Washington, DC | Reduce by $118.00 |
| $309.00 for one night in Durham, NC | Reduce by $59.00 |
| $469.59 for one night in Durham, NY | Reduce by $312.87[8] |
| $695.00 for one night in New York, NY | Reduce by $345.00 |
| $279.00 for one night in St. Louis | Reduce by $29.00 |
| $399.00 for one night in Durham, NC | Reduce by $149.00 |
| $299.00 for one night in Durham, NC | Reduce by $49.00 |
| $375.00 for one night in Westlake Village, CA | Reduce by $125.00 |
| $426.60 for one night in Chicago | Reduce by $176.60 |
| $589.00 for one night in New York, NY | Reduce by $239.00 |
| $323.00 for one night in Chicago | Reduce by $73.00 |
| $609.00 for one night in New York, NY | Reduce by $259.00 |
| $599.00 for one night in New York, NY | Reduce by $249.00 |

We note from Orrick's response that the $7,359.84 deposit at the Omni William Penn Hotel is non-refundable. Therefore, we will monitor whether all or a portion of this deposit is applied against

---

[8] According to the receipt, the room rate for this charge was only $156.72, including taxes. Thus, we have no objection to the room charge itself. However, the remaining $312.87 of this charge was for meal charges that appear to have also been billed in the meals section of the Application.

**FEE AUDITOR'S FINAL REPORT** - Page 7
wrg FR Orrick 27Q 10-12.07 v2.wpd

future charges by Orrick and may ask that any portion of the deposit which is not utilized by the end of the case be refunded by Orrick. Thus, for all items in this paragraph, we recommend a reduction of $2,805.94 in expenses.

## CONCLUSION

6. Thus, we recommend approval of $2,577,801.25 in fees and $271,707.53 in expenses ($276,906.50 minus $5,198.97) for Orrick's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 16th day of June, 2008.

_____
Warren H. Smith

**FEE AUDITOR'S FINAL REPORT** - Page 8
wrg FR Orrick 27Q 10-12.07 v2.wpd

# SERVICE LIST
## Notice Parties

**The Applicant**
Roger Frankel
Richard H. Wyron
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

**Counsel to the Official Committee of Property**