| W.R. GRACE - 17367 | | | | | |
|---|---|---|---|---|---|
| MEAL SUMMARY CHARGES OVER $15.00 | | | | | |
| OCTOBER 1-DECEMBER 31, 2007 | | | | | |
| Accounting Bill Date | Meal Charge | Type of Meal | Number of People | Fee Auditor's Guideline Amount | Expense Reduction |
| 8/27/2007 | $65.23 | 5 Breakfasts | 1 | $125 | NA |
| | | 2 Lunches | 1 | | |
| 8/29/2007 | $23.37 | Dinner | 1 | $50 | NA |
| 8/30/2007 | $18.17 | Dinner | 1 | $50 | NA |
| 8/30/2007 | $357.72 | Lunch | 18 | $450 | NA |
| 8/31/2007 | $39.05 | Dinner | 1 | $50 | NA |
| 9/5/2007 | $154.78 | Lunch | 5 | $125 | ($29.78) |
| 9/24/2007 | $16.06 | Dinner | 1 | $50 | NA |
| 9/24/2007 | $23.71 | Dinner | 1 | $50 | NA |
| 9/25/2007 | $19.68 | Dinner | 1 | $50 | NA |
| 9/27/2007 | $17.45 | Dinner | 1 | $50 | NA |
| 9/27/2007 | $32.29 | Dinner | 1 | $50 | NA |
| 9/27/2007 | $74.38 | 1 Breakfast | 1 | $115 | ($15.18) |
| | | 2 Dinner | 1 | | |
| 9/27/2007 | $148.00 | 1 Breakfast | 2 | $130 | NA |
| | | 1 Lunch | 4 | | |
| 9/28/2007 | $448.84 | 1 Breakfast | 6 | $240 | ($208.84) |
| | | 1 Lunch | 6 | | |
| 10/2/2007 | $215.75 | Lunch | 1 | $215 | ($27.90) |
| | | 2 Dinners | 1 and 3 | | |
| 10/3/2007 | $24.09 | Dinner | 1 | $50 | NA |
| 10/3/2007 | $16.00 | Lunch | 1 | $75 | MISSING RECEIPT FOR $7.93 |
| | | Dinner | 1 | | |
| 10/3/2007 | $299.09 | Breakfast | 1 | $165 | ($141.01) |
| | | Dinner | 3 | | |
| 10/4/2007 | $58.83 | Breakfast | 6 | $90 | |
| 10/7/2007 | $22.01 | Dinner | 1 | $50 | NA |
| 10/8/2007 | $17.73 | Lunch | 1 | $25 | NA |
| 10/8/2007 | $20.32 | Dinner | 1 | $50 | NA |
| 10/9/2007 | $73.14 | Lunch | 7 | $175 | NA |

| Date | Amount | Meal | Count | Cap | Difference |
|---|---|---|---|---|---|
| 10/9/2007 | $126.81 | Breakfast | 3 | $120 | ($6.81) |
|  |  | Lunch | 3 |  |  |
| 10/11/2007 | $16.90 | Dinner | 1 | $50 | NA |
| 10/15/2007 | $20.23 | Dinner | 1 | $50 | NA |
| 10/15/2007 | $204.12 | Lunch | 12 | $300 | NA |
| 10/16/2007 | $96.02 | Lunch | 10 | $250 | NA |
| 10/17/2007 | $73.39 | Breakfast | 5 | $75 | NA |
| 10/17/2007 | $94.81 | Lunch | 5 | $125 | NA |
| 10/23/2007 | $112.50 | Breakfast | 8 | $120 | NA |
| 10/23/2007 | $20.08 | Breakfast | 1 | $15 | ($5.08) |
| 10/23/2007 | $45.56 | Breakfast | 1 | $115 | ($15.47) |
|  |  | 2 Dinners | 1 |  |  |
| 10/23/2007 | $50.03 | Breakfast | 1 | $40 | ($10.03) |
|  |  | Lunch | 1 |  | MISSING RECEIPT FOR $9.11 |
| 10/23/2007 | $132.14 | Breakfast | 1 | $90 | ($31.88) |
|  |  | Lunch | 1 |  |  |
|  |  | Dinner | 1 |  |  |
| 10/23/2007 | $257.49 | Breakfast | 1 | $190 | ($64.68) |
|  |  | Lunch | 3 |  |  |
|  |  | Dinner | 2 |  |  |
| 10/24/2007 | $60.00 | Dinner | 3 | $150 | NA |
| 10/26/2007 | $68.28 | Lunch | 3 | $75 | NA |
| 10/28/2007 | $18.03 | Dinner | 1 | $50 | NA |
| 10/29/2007 | $244.88 | Breakfast | 1 | $165 | ($79.60) |
|  |  | 2 Dinners | 2 and 1 |  |  |
| 10/30/2007 | $29.37 | Dinner | 1 | $50 | NA |
| 10/31/2007 | $97.69 | 2 Breakfasts | 1 | $55 | ($5.60) |
|  |  | Lunch | 1 |  |  |
| 11/1/2007 | $240.75 | Dinner | 4 | $200 | -40.75 |
| 11/2/2007 | $111.72 | Breakfast | 9 | $135 | NA |
| 11/2/2007 | $162.46 | Lunch | 9 | $225 | NA |
| 11/4/2007 | $54.86 | Breakfast | 1 | $65 | ($8.70) |
|  |  | Dinner | 1 |  |  |
| 11/4/2007 | $228.30 | Lunch | 5 | $125 | ($103.30) |
| 11/5/2007 | $23.64 | Lunch | 1 | $75 | NA |
|  |  | Dinner | 1 |  |  |
| 11/5/2007 | $43.91 | Breakfast | 1 | $65 | ($13.74) |
|  |  | Dinner | 1 |  | MISSING RECEIPT FOR $5.49 |

| Date | Amount | Meal | Count | Rate | Reduction |
|---|---|---|---|---|---|
| 11/6/2007 | $633.99 | Breakfast | 13 | $40 | ($113.99) |
|  |  | Lunch | 13 |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 11/7/2007 | $61.24 | Breakfast | 3 | $45 | ($16.24) |
| 11/11/2007 | $339.65 | 2 Lunches | 1 | $250 | ($129.75) |
|  |  | 4 Dinners | 1 |  |  |
| 11/12/2007 | $25.60 | Breakfast | 1 | $115 | NA |
|  |  | 2 Dinners | 1 |  |  |
| 11/14/2007 | $130.07 | Breakfast | 1 | $190 | NA |
|  |  | Lunch | 1 |  |  |
|  |  | Dinner | 3 |  |  |
| 11/15/2007 | $145.26 | Breakfast | 1 | $65 | ($30.25) |
|  |  | Dinner | 2 |  |  |
| 11/19/2007 | $29.37 | Dinner | 1 | $50 | NA |
| 11/27/2007 | $20.16 | Lunch | 1 | $25 | NA |
| 11/27/2007 | $20.17 | Lunch | 1 | $25 | NA |
| 11/27/2007 | $20.17 | Lunch | 1 | $25 | NA |
| **Total Reduction** | $6,245.34 |  |  |  | **($1,098.58)** |