| W.R. Grace - Case No. 01-1139 | | | | | |
|---|---|---|---|---|---|
| Response to Question 6 of Fee Auditor Initial Report | | | | | |
| Travel Expenses | | | | | |
| | | | | | |
| October 2007 Invoice | | | | | |
| Travel Expenses of $4,429.84 | | | | | |
| | | | | | |
| Person | Date(s) | Expense Type | Location | Roundtrip | Total |
| John Ansbro | 10/2 and 10/3/07 | Air | NY to DC | Yes | $715.26 |
| Joshua Cutler | 9/20 and 9/21/07 | Air | DC to Canada | Yes | $1,403.96 |
| Debra Felder | 8/16/2007 | Air | NY to DC | No | 226.32 |
| Raymond Mullady | 8/29/2007 | Air | DC to Pittsburgh | Yes | $1,363.30 |
| | 9/20/2007 | Train | Baltimore to NY | No | $240.50 |
| Catharine Zurbrugg | 9/20/2007 | Train | NY to DC | Yes | $480.50 |
| TOTAL | | | | | $4,429.84 |
| | | | | | |
| Travel Expense of $986.00 | | | | | |
| Emily Somers | 9/22/2007 | Air | DC to Chicago | Yes | $986.00 |
| | | | | | |
| November 2007 Invoice | | | | | |
| Travel Expenses of 7,360.51 | | | | | |
| John Ansbro | 10/24 and 10/25/07 | Train | NY to DC | Yes | $518.00 |
| | 11/2/2007 | Air | DC to NY | No | $334.41 |
| | 11/11 - 11/13/07 | Air | NY to St. Louis | Yes | $1,449.15 |
| Debra Felder | 10/23 and 10/24/07 | Air | DC to NC | No | $1,206.30 |
| | 11/7 and 11/8/07 | Air | DC to NC | No | $1,184.80 |
| Robert Lawrence | 10/23/2007 | Train | DC to NY | Yes | $329.00 |

| Person | Date(s) | Expense Type | Location | Roundtrip | Total |
|---|---|---|---|---|---|
| Raymond Mullady | 10/19/2007 | Air | DC to Pittsburgh | No | $407.80 |
| | 11/6/2007 | Train | Baltimore to Wilmington | No | $146.00 |
| | | Credit | | | ($136.00) |
| Garret Ramussen | 10/23 and 10/24/07 | Air | DC to North Carolina | No | $1,206.30 |
| Emily Somers | 9/28/2007 | Air | DC to NY | Yes | $586.15 |
| | 10/23/2007 | Air | NY to Chicago | Yes | $511.40 |
| | | Credit | | | ($382.80) |
| TOTAL | | | | | $7,360.51 |
| Travel Expenses of $815.30 | | | | | |
| Roger Frankel | 8/16/2007 | Air | DC to NY | Yes | $407.65 |
| | 10/3/2007 | Air | DC to NY | Yes | $407.65 |
| TOTAL | | | | | $815.30 |
| Travel Expenses of $9,099.62 | | | | | |
| John Ansbro | 10/30/2007 | Air | DC to St. Louis to NY | No | $1,224.80 |
| | 11/5/2007 | Air | NY to DC | Yes | $486.01 |
| | 11/28/2007 | Air | NY to DC | Yes | $486.01 |
| Debra Felder | 11/9/2007 | Air | North Carolina to DC | Yes | $713.40 |
| Antony Kim | 11/9/2007 | Air | DC to Chicago | Yes | $534.60 |
| Raymond Mullady | 11/1 and 11/2/07 | Air | DC to Los Angeles | Yes | $1,693.08 |
| | 11/3/2007 | Air | DC to NY | Yes | $489.33 |
| | 11/9 and 11/10/07 | Air | Baltimore to Chicago | Yes | $428.80 |
| | 11/14 and 11/15/07 | Air | DC to Chicago | Yes | $1,113.20 |
| Garret Rasmussen | 11/9/2007 | Air | NC to DC | Yes | $713.40 |
| Emily Somers | 11/6/2007 | Air | DC to NY | Yes | $536.65 |
| | 11/14/2007 | Air | DC to Chicago | Yes | $680.34 |
| TOTAL | | | | | $9,099.62 |
| Note: None of these flights were purchased at first class fares. | | | | | |