| W.R. Grace - Case No. 01-1139 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Response to Question 7 of Fee Auditor Initial Report | | | | | | | | |
| Local or Out of Town Expenses | | | | | | | | |
| | | | | | | | | |
| **October 2007 Invoice** | | | | | | | | |
| | | | | | | | | |
| **Person** | **Date(s)** | **Expense Type** | **Location** | **Roundtrip** | **Total** | **Room Rate w/o Tax** | **Fee Auditor Limit** | **Reduction** |
| Debra Felder | 8/16/2007 | Train | NY to DC | No | $199.00 | | | |
| Raymond Mullady | 11/9/2007 | Mileage | Chicago | N/A | $16.98 | | | |
| **TOTAL** | | | | | $215.98 | | | |
| | | | | | | | | |
| John Ansbro | 10/2/2007 | Hotel | DC (Latham Hotel) | N/A | $319.46 | $279 | $300 | None |
| Raymond Mullady | 9/27/2007 | Hotel | Chicago (Hotel Harrington) | N/A | $191.82 | $169 | N/A | None |
| **TOTAL** | | | | | $511.28 | | | |
| | | | | | | | | |
| Richard Wyron | 10/3/2007 | Hotel | NY (Omni Berkshire) | N/A | $695.95 | | | |
| | | | | | | | | |
| Emily Somers | 9/27/2007 | Hotel | Chicago (Hotel Harrington) | N/A | $191.82 | $169 | N/A | None |
| | | | | | | | | |
| **November 2007 Invoice** | | | | | | | | |
| | | | | | | | | |
| Robert Lawrence | 10/23/2007 | Hotel | NY (Omni Berkshire) | N/A | $741.30 | $649 | $350 | $299 |
| | | | | | | | | |
| John Ansbro | 11/1/2007 | Train | NY to DC | No | $240.00 | | | |
| Roger Frankel | 11/26/2007 | Train | DC to Wilmington | No | $198.50 | | | |
| Raymond Mullady | 10/25/2007 | Mileage | Pittsburgh | N/A | $33.95 | | | |
| | 10/16/2007 | Mileage | Falls Church, VA | N/A | $26.68 | | | |
| | 11/2/2007 | Mileage | Home to Airport | N/A | $36.38 | | | |
| | 11/12/2007 | Mileage | Chicago | N/A | $24.25 | | | |
| | 11/14/2007 | Mileage | Chicago | N/A | $12.13 | | | |
| | 11/26/2007 | Mileage | Wilmington | N/A | $19.50 | | | |
| Richard Wyron | 10/23/2007 | Train | DC to NY | Yes | $310.00 | | | |
| | 10/23/2007 | Mileage | DC office to Union Station | N/A | $1.94 | | | |
| **TOTAL** | | | | | $903.33 | | | |
| | | | | | | | | |
| John Ansbro | 10/23 and 10/24/07 | Hotel | DC (Madison Hotel) | N/A | $832.12 | $359 | $300 | $59 |
| | 10/29/2007 | Hotel | DC (Westin) | N/A | $234.01 | $199 | $300 | None |
| | 10/30/2007 | Hotel | St. Louis (Ritz Carlton) | N/A | $346.41 | $299 | N/A | None |
| | 11/1/2007 | Hotel | DC (Madison Hotel) | N/A | $308.01 | $269 | $300 | None |
| | 11/4/2007 | Hotel | DC (Madison Hotel) | N/A | $312.01 | $269 | $300 | None |

| Person | Date(s) | Expense Type | Location | Roundtrip | Total | Room Rate w/o Tax | Fee Auditor Limit | Reduction |
|--------|---------|--------------|----------|-----------|-------|-----------|-------------|-----------|
| John Ansbro (continued) | 11/11/2007 | Hotel | St. Louis (Ritz Carlton) | N/A | $323.67 | $279 | N/A | None |
| | 11/12 and 11/13/07 | Hotel | DC (Madison Hotel) | N/A | $620.02 | $269 | $300 | None |
| Debra Felder | 10/23, 11/7 and 11/8 | Deposit | Durham NC (Washington Duke Inn) | N/A | $700.00* | N/A | | |
| | 10/23/2007 | Conference Rooms | Durham NC (Washington Duke Inn) | N/A | $2,153.73* | N/A | | |
| | 10/23/2007 | Hotel | Durham NC (Washington Duke Inn) | N/A | $348.40 | $299 | N/A | None |
| | 11/7/2007 | Hotel | Durham NC (Washington Duke Inn) | N/A | $469.59** | $299 | N/A | None |
| Garret Rasmussen | 10/23/2007 | Hotel | Durham NC (Washington Duke Inn) | N/A | $449.87 | $399 | N/A | None |
| | 11/7/2007 | Hotel | Durham NC (Washington Duke Inn) | N/A | $337.12 | $299 | N/A | None |
| Raymond Mullady | 10/31/2007 | Hotel | Los Angeles (Four Seasons) | N/A | $412.50 | $375 | N/A | None |
| | 11/1/2007 | Hotel | DC (Madison Hotel) | N/A | $308.01 | $269 | $300 | None |
| | 11/4/2007 | Hotel | DC (Madison Hotel) | N/A | $287.40 | $251 | $300 | None |
| | 11/5/2007 | Hotel | NY (The Michelangelo) | N/A | $793.46 | $695 | $350 | $345 |
| | 11/14/2007 | Hotel | Chicago (The Fairmont) | N/A | $492.30 | $426 | N/A | None |
| Emily Somers | 11/5/2007 | Hotel | NY (The Shoreham) | N/A | $673.28 | $589 | $350 | $239 |
| | 11/15/2007 | Hotel | Chicago (Hotel Monaco) | N/A | $372.75 | $323 | N/A | None |
| Richard Wyron | 10/23/2007 | Hotel | NY (Omni Berkshire) | N/A | $682.62 | $599 | $350 | $249 |
| TOTAL | | | | | $11,456.72 | | | |
| | | | | | | | | |
| Roger Frankel | 10/3/2007 | Hotel | NY (Omni Berkshire) | N/A | $693.95 | $609 | $350 | $259 |
| | | | | | | | | |
| December 2007 Invoice | | | | | | | | |
| | | | | | | | | |
| Room Deposit | | | | | $7,359.84 | | | |
| TOTAL | | | | | $7,359.84 | | | |
| | | | | | | | | |
| TOTAL REDUCTIONS | | | | | | | | $1,450.00 |
| | | | | | | | | |
| *These rooms were reserved for expert's deposition taking place in Durham, North Carolina and amounts were credited against the total bill. | | | | | | | | |
| **Includes meal charges. | | | | | | | | |
| | | | | | | | | |