**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

June 06, 2008

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     11090

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 10/1/2007 | CR | Update database with e-detail Kramer 8.07 fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail Piper 4/1/07-6/30/07 25th interim application, Towers 25th interim application, Towers 24th interim application 1/1/07-3/31/07 | 0.20 | 8.00 |
|  | CR | Update database with e-detail Piper 8.07 fee application, Orrick 8.07 fee application | 0.10 | 4.00 |
|  | CR | Update final report database chart and check calculations for the 24th interim | 1.00 | 110.00 |
|  | SLB | draft e-mail to T. Scott @ K&E re June application (.2) | 0.20 | 28.00 |
|  | SLB | begin review of 25th Interim app. - K&E(5.8) | 5.80 | 812.00 |
|  | CR | Update database with K&E 8.07, Woodcock 7.07, Foley 8.07, Day 8.07 fee applications | 0.20 | 8.00 |
| 10/2/2007 | CR | Update database with Ferry 8.07 and Reed 8.07 fee applications | 0.10 | 4.00 |

W.R. Grace & Co. Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/2/2007 | SLB | complete draft of 25th Interim final report - Buchanan (2.2) | 2.20 | 308.00 |
| | SLB | continue review of 25th Interim K&E (4.4) | 4.40 | 616.00 |
| | CR | Update database with e-detail for Lexecon 4.07, 5.07, 6.07, 8.06, 9.06, 11.06 fee applications | 0.20 | 8.00 |
| | CR | Update database with Morris 7.07 and 8.07 fee applications | 0.10 | 4.00 |
| | CR | draft project category spreadsheet for 25th interim | 1.30 | 143.00 |
| | CR | Update database with e-detail Morris 8.07, 7.07 fee applications (.1), Stroock 8.07 (.1) | 0.20 | 8.00 |
| | CR | Update database with Kramer 8.07, Stroock 8.07, Piper 8.07, Orrick 8.07 fee applications (.2) and Towers 1/1/07-3/31/07 24th interim application and 4/1/07-6/30/07 25th interim application (.1), Piper 4/1/07-6/30/07 25th interim application (.1) | 0.40 | 16.00 |
| 10/3/2007 | CR | Update database with Lexecon 8.06, 9.06, 11.06 fee applications and 4.07, 5.07 and 6.07 fee applications | 0.30 | 12.00 |
| | SLB | complete draft of 25th Interim final report - Blackstone (3.3) | 3.30 | 462.00 |
| | SLB | complete expense review of 25th Interim K&E (3.9) | 3.90 | 546.00 |
| | CR | Update database with e-detail Buchanan 8.07, Lexecon 8.06-9.06, 11.06 fee applications and 4.07-6.07 25th interim application | 0.30 | 12.00 |
| 10/4/2007 | CR | Update database with e-detail Campbell 8.07 fee application; LAS 8.07 fee application (.1); Caplin 8.07 fee application, Charter Oak 8.07 fee application (.1); AKO 8.07 fee application (.1) | 0.30 | 12.00 |
| | CR | Update database with Lexecon 4/1/07-6/30/07 25th interim application, Lexecon 8/1/06-9/30/06 22nd interim application (.1); Lexecon 10/1/06-12/31/06 23rd interim application , Buchanan 8.07 fee application (.1) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                                                                        Page    3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/4/2007 | CR | Update database with Scott Law 4.07, 5.07 and 6.07 fee applications  (.1) and Sullivan 4.07, 5.07 and 6.07 fee applications (.1) | 0.20 | 8.00 |
|  | CR | Update database with e-detail Hamilton 8.07 fee application and Bilzin 8.07 fee application (.1) | 0.10 | 4.00 |
|  | SLB | begin draft of 25th Interim initial report - K&E(5.4) | 5.40 | 756.00 |
| 10/5/2007 | CR | update final report database and check calculations for 24th interim | 1.50 | 165.00 |
|  | SLB | continue 25th Interim initial report - K&E (3.5) ; complete draft of 25th Interim final report - Capstone (3.7) | 7.20 | 1,008.00 |
| 10/8/2007 | CR | draft project category spreadsheet for 25th interim | 2.50 | 275.00 |
|  | CR | Update final report database and check calculations for 24th interim | 1.00 | 110.00 |
|  | CR | Update database with David Austern 24th Interim 1/1/07-3/31/07 application and 25th Interim 4/1/07-6/30/07 application  (.1) ; Bilzin 8.07 fee application ; Hamilton 8.07 fee application (.1) | 0.20 | 8.00 |
|  | CR | Update database with e-detail PwC 4/1/07-6/30/07 25th interim application (.1); David Austern 4/1/07-6/30/07 25th interim application (.1); David Austern 1/1/07-3/31/07 24th interim application (.1) | 0.30 | 12.00 |
| 10/9/2007 | CR | Update database with LAS 8.07, AKO 8.07 (.1); Caplin 8.07 and Campbell 8.07 (.1) fee applications | 0.20 | 8.00 |
|  | SLB | complete review and draft of 25th Interim final report - Casner (4.8) | 4.80 | 672.00 |
| 10/10/2007 | SLB | review of 2 monthlies re 25th Interim - Latham (2.8); review of 25th Interim app. - Deloitte Tax (2.2) | 5.00 | 700.00 |
| 10/11/2007 | SLB | review and draft of 24th and 25th Interim apps. - Conway (3.9) | 3.90 | 546.00 |
|  | SLB | review of 25th Interim app. - Ferry Joseph (2.7) | 2.70 | 378.00 |

W.R. Grace & Co.         Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/11/2007 | CR | Update database with Casner 8.07 fee app | 0.10 | 4.00 |
| 10/12/2007 | SLB | draft of 25th Interim final report - Ferry Joseph (3.7) | 3.70 | 518.00 |
| | JW | detailed review of K&E June 2007 monthly invoice (7.4) | 7.40 | 999.00 |
| | CR | Update database with Beveride 7.07 and 8.07 fee application | 0.10 | 4.00 |
| | CR | update project category spreadsheet for 25th Interim | 2.00 | 220.00 |
| | CR | Update database with Beveride 4/1/07-6/30/07 25th Interim application and PwC 4/1/07-6/30/07 25th Interim application | 0.20 | 8.00 |
| 10/15/2007 | CR | drafted prior interim paragraphs for final report for 4th -6th Interim | 3.00 | 330.00 |
| | CR | Update database with Woodcock 8.07 fee application | 0.10 | 4.00 |
| | CR | Update database with 25th Interim applications 4/1/07-6/30/07 for Sullivan, Steptoe and Scott Law (.3) | 0.30 | 12.00 |
| | JW | draft summary of K&E June 2007 monthly invoice (6.2) | 6.20 | 837.00 |
| | CR | Update database with Lathan 6.07 and 8.07 fee applications | 0.10 | 4.00 |
| 10/16/2007 | CR | draft prior interim paragraphs for final report for 4th -6th Interim | 3.00 | 330.00 |
| | CR | Update database with Beveridge 4/1/07-6/30/07 25th Interim application | 0.10 | 4.00 |
| | JW | detailed review of Reed Smith July 2007 monthly invoice (3.0) | 3.00 | 405.00 |

W.R. Grace & Co.       Page 5

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/16/2007 | CR | Update database with e-detail of Capston 4/1/07-6/30/07 25th Interim application and K&E 6.07 summary | 0.10 | 4.00 |
| | CR | Update database with Capstone 4/1/07-6/30/07 25th Interim application | 0.10 | 4.00 |
| 10/17/2007 | CR | Update database Casner 7.07 and 8.07 fee application | 0.10 | 4.00 |
| | CR | drafted prior Interim paragraphs for 6th - 11th Interim | 3.00 | 330.00 |
| | SLB | revise draft of 25th Interim initial report - K&E(3.6) | 3.60 | 504.00 |
| | SLB | begin review of 25th Interim app. - Bilzin (2.9) | 2.90 | 406.00 |
| | JW | detailed review of Reed Smith July 2007 monthly invoice (4.0); draft summary of same (1.1) | 5.10 | 688.50 |
| 10/18/2007 | SLB | complete review of 25th Interim Bilzin app. - (3.4) | 3.40 | 476.00 |
| | SLB | begin draft of 25th Interim initial report - Bilzin (4.8) | 4.80 | 672.00 |
| 10/19/2007 | SLB | complete draft of 25th Interim initial report - Bilzin (6.1) | 6.10 | 854.00 |
| 10/22/2007 | DTW | Review and revise initial report for Forman Perry 25th period and same regarding K&E (.2). | 0.20 | 29.00 |
| | SLB | review of 25th Interim app. - Forman Perry (4.4) | 4.40 | 616.00 |
| | SLB | draft of 25th Interim initial report - Forman Perry (2.5) | 2.50 | 350.00 |
| | CR | Prepare Forman 25th Interim Initial Report for service | 0.10 | 4.00 |

W.R. Grace & Co.     Page 6

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/22/2007 | CR | Update database with Beveridge 9.07 fee application | 0.10 | 4.00 |
| | CR | Prepared K&E 25th Interim Initial Report for service | 0.20 | 8.00 |
| 10/23/2007 | JW | detailed review of Bilzin May 2007 monthly invoice (1.5); draft summary of same (0.3) | 1.80 | 243.00 |
| | JW | detailed review of Bilzin June 2007 monthly invoice (1.4); draft summary of same (0.4) | 1.80 | 243.00 |
| | SLB | complete draft of 25th Interim initial report - Forman Perry (4.4) | 4.40 | 616.00 |
| | SLB | begin review of 25th Interim app. - Reed Smith (2.4) | 2.40 | 336.00 |
| 10/24/2007 | DTW | Review and revise Reed 25th interim initial report and email to S. Bossay regarding same (.2). | 0.20 | 29.00 |
| | SLB | complete review of 25th Interim app. - Reed (3.3) | 3.30 | 462.00 |
| | CR | Update database with e-detail Bilzin May & June 2007 Summaries | 0.10 | 4.00 |
| 10/25/2007 | SLB | begin draft of 25th Interim initial report - Reed Smith (2.8) | 2.80 | 392.00 |
| | SLB | complete draft of Reed Smith initial report (4.8) | 4.80 | 672.00 |
| 10/26/2007 | CR | prior interim paragraphs for final report for 8th thru 11th interims | 3.50 | 385.00 |
| | CR | Update database with e-detail Towers 7.07 fee application | 0.10 | 4.00 |
| 10/29/2007 | SLB | complete review of 25th Interim app. - Caplin (4.4) | 4.40 | 616.00 |

| W.R. Grace & Co. | | | Page | 7 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 10/29/2007 CR | prior interim paragraphs for final report for 12th -24th Interims | | 3.00 | 330.00 |
| CR | Update database with Capstone 7.07 fee application | | 0.10 | 4.00 |
| CR | Update database with e-detail Capstone 7.07 fee application | | 0.10 | 4.00 |
| CR | Update database with e-detail Buchanan 9.07 and Kramer 9.07 fee applications | | 0.10 | 4.00 |
| CR | Update database with Towers 7.07 fee application | | 0.10 | 4.00 |
| CR | Update database with e-detail Orrick 9.07 fee application | | 0.10 | 4.00 |
| 10/30/2007 SLB | draft of 25th Interim initial report - Caplin (6.4) | | 6.40 | 896.00 |
| CR | Update database with e-detail Reed 9.07, Holme 5.07 fee applications (.1); DuaneMorris 9.07 fee application (.1) | | 0.20 | 8.00 |
| CR | Update database with e-detail Ferry 9.07, Capstone 8.07 (.1) and Holme 4.07 (.1) fee app | | 0.10 | 4.00 |
| CR | Update database with  Austern 9.07, Pachulski 8.07 (.1); Day Pitney 9.07, K&E 9.07 (.1); Captsone 8.07, Holme 4.07 (.1); Buchanan 9.07 and Kramer 9.07 fee applications (.1) | | 0.40 | 16.00 |
| 10/31/2007 CR | Update database with Holme 5.07 fee application and Duane Morris 9.07 fee application | | 0.10 | 4.00 |
| SLB | complete review and draft of 25th Interim initial report - Orrick (5.7) | | 5.70 | 798.00 |
| 11/1/2007 CR | Update database with e-detail Hamilton 9.07 fee application | | 0.10 | 4.00 |
| CR |  Project category spreadsheet for 25th Interim | | 4.50 | 495.00 |

W.R. Grace & Co.     Page 8

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/1/2007 | JW | detailed review of Kirkland July 2007 monthly invoice (9.1). | 9.10 | 1,228.50 |
| | SLB | complete draft of 25th Interim final reports - AKO(2.8) and Beveridge(3.4) | 6.20 | 868.00 |
| | CR | Update database with Ferry 9.07 and Reed 9.07 fee applications | 0.10 | 4.00 |
| | CR | Update database with Forman 7.07 and Casner 9.07 fee applications | 0.10 | 4.00 |
| 11/2/2007 | JW | detailed review of Kirkland July 2007 monthly invoice (6.3). | 6.30 | 850.50 |
| | SLB | complete draft of 25th Interim final report - Forman Perry (4.4) | 4.40 | 616.00 |
| | SLB | draft e-mail to Forman Perry (.1) and Orrick (.1) | 0.20 | 28.00 |
| | CR | Update database with e-detail Holme 6.07 and PwC 8.07 fee applications | 0.10 | 4.00 |
| | CR | Update database with e-detail Bilzin 9.07 fee application | 0.10 | 4.00 |
| 11/5/2007 | JW | detailed review of Kirkland July 2007 monthly invoice (9.6). | 9.60 | 1,296.00 |
| | CR | Update database with Day Pitney 26th Interim application 7/1/07-9/30/07 | 0.10 | 4.00 |
| | SLB | complete draft of 25th Interim final report - K&E(5.3); begin draft of 25th Interim final report - Reed(1.1) | 6.40 | 896.00 |
| | CR | Update database with Bilzin 9.07; Hamilton 9.07 (.1); Campbell 9.07, Charter Oak 9.07 (.1)  AKO 9.07; Caplin 9.07 (.1) fee applications | 0.30 | 12.00 |
| | WHS | receive and review e-mail from A. Johnson re K&E | 0.10 | 27.50 |

W.R. Grace & Co. Page 9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/5/2007 | CR | Update database with e-detail Orrick 4/1/07-6/30/07 25th Interim application, Piper 9.07 fee application (.1); Towers 8.07 fee application (.1) | 0.20 | 8.00 |
| 11/6/2007 | JW | detailed review of Kirkland July 2007 monthly invoice (4.6); draft summary of same (4.6) | 9.20 | 1,242.00 |
| | SLB | review of app. and draft of 25th Interim final report - Austern (3.2); review of app. and draft of 25th Interim final report Casner (3.0) | 6.20 | 868.00 |
| | CR | draft Project Category Summary Detail spreadsheet for 25th Interim | 2.00 | 220.00 |
| | CR | Update database with e-detail David Austern 8.07 and 9.07 fee applications | 0.10 | 4.00 |
| | CR | Update database with Piper 9.07. Towers 8.07 (.1) fee applications and Orrick 25th Interim application 4/1/07-6/30/07 (.1) | 0.20 | 8.00 |
| 11/7/2007 | JW | draft summary of Kirkland July 2007 monthly invoice (2.1) | 2.10 | 283.50 |
| | CR | Update database with e-detail Phillips 6.07 fee application | 0.10 | 4.00 |
| | CR | Update database with David Austern 8.07 and 9.07 fee application | 0.10 | 4.00 |
| | SLB | review of 25th Interim application - BMC (4.7); review of 25th Interim app. - Kramer (1.3) | 6.00 | 840.00 |
| 11/8/2007 | SLB | complete drafts of 25th Interim final reports - BMC(2.7) and Kramer(2.2); review app. and begin draft of 25th Interim initial report - Baker Donelson(.5) | 5.40 | 756.00 |
| 11/9/2007 | SLB | complete draft of 25th Interim initial report - Baker (4.6) | 4.60 | 644.00 |
| 11/12/2007 | CR | Update database with e-detail Ogilvy 7/1/07-9/30/07, Phillips 7.07 fee applications (.1); Capstone 9.07 fee application; Ogilvy 9.07 fee application (.1); Phillips 4/1/07-6/30/07 25th Interim application and K&E 25th Interim Initial Report response (.1) | 0.30 | 12.00 |

W.R. Grace & Co.         Page 10

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/12/2007 | SLB | draft of 25th Interim final report - Duane Morris (2.2) | 2.20 | 308.00 |
|  | SLB | draft e-mails to Bilzin(.2); Orrick(.1); Caplin(.1); K&E(.2); Reed (.1); Baker Donelson (.2); BMC (.1); Kramer (.1) | 1.10 | 154.00 |
|  | SLB | telephone conference with J. Sakalo @ Bilzin re 25th Interim response (.2); t/c with F. Childress @ Baker re same (.1) | 0.30 | 42.00 |
|  | SLB | review of 25th Interim applications - Foley Hoag (1.2) and HRA (1.6) | 2.80 | 392.00 |
|  | CR | Update database with K&E 25th Interim Initial Report response; BMC 4.07,5.07 & 6.07 fee applications (.1); BMC 25th Interim application 4/1/07-6/30/07; Phillips 6.07 fee application (.1); Phillips 25th Interim application 4/1/07-6/30/07; Capstone 9.07 (.1); Ogilvy 9.07 fee application (.1) | 0.40 | 16.00 |
|  | CR | continue drafting Project Category Summary Detail Spreadsheet | 2.00 | 220.00 |
|  | CR | draft Project Category Summary Detail Spreadsheet | 2.50 | 100.00 |
|  | CR | Update database with Phillips 7.07 fee application | 0.10 | 4.00 |
| 11/13/2007 | CR | Update database with Holme 4/1/07-6/30/07 25th Interim fee application | 0.10 | 4.00 |
|  | CR | Update database with e-detail Holme 4/1/07-6/30/07 25th Interim application, Buchanan 7/1/07-9/30/07 26th Interim application (.1); Kramer 7/1/07-9/30/07 26th Interim application (.1) | 0.20 | 8.00 |
| 11/14/2007 | CR | Update database with 26th Interim applications 7/1/07-9/30/07 for Casner and Ogilvy (.1) and 25th Interim application 4/1/07-6/30/07 for BMC (.1) | 0.20 | 8.00 |
|  | CR | Update database with e-detail Foley 26th Interim application 7/1/07-9/30/07 | 0.10 | 4.00 |
|  | SLB | drafts of 25th Interim final reports - Foley (2.9); HRA (2.2); Hilsoft(1.4) | 6.50 | 910.00 |

W.R. Grace & Co.                                                                                                          Page    11

|            |     |                                                                                                                                                      | **Hours** | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 11/15/2007 | CR  | Update database with fee applications for Woodcock 9.07, (.1); Sullivan 7.07, 8.07, 9.07 10.07 (.1), Richardson 4.07, 5.07, 6.07, 7.07, 8.07, 9.07 (.1) | 0.30      | 12.00      |
|            | SLB | draft e-mail to R. Tobin @ Caplin re 25th Interim response (.1); e-mail to J. Sakalo @ Bilzin re same (.1); e-mail to R.Wyron @ Orrick re same (.1) | 0.30      | 42.00      |
|            | SLB | draft of 25th Interim final report - Baker (4.9)                                                                                                     | 4.90      | 686.00     |
| 11/16/2007 | CR  | Update database with e-detail Ferry 7.07, 8.07, 9.07 monthly invoices (.1) and Ferry 26th Interim application 7/1/07-9/30/07 (.1)                    | 0.20      | 8.00       |
|            | CR  | Update database with Baker 4.07, 5.07 6.07 monthly invoices (.1); Deloitte Tax LLP 24th Interim application 1/1/07-3/31/07 (.1)                      | 0.20      | 8.00       |
|            | CR  | Update database with e-detail of 26th Interim applications for Asbestos PI, Caplin, (.1); Campbell, LAS, (.1); AKO, Charter Oak (.1)                 | 0.30      | 12.00      |
|            | SLB | draft of 25th Interim final reports - Buchanan (1.8); Campbell (2.3); Capstone (2.6)                                                                 | 6.70      | 938.00     |
| 11/19/2007 | WHS | receive and review agenda                                                                                                                            | 0.10      | 27.50      |
|            | CR  | Update database with e-detail  Towers 9.07 monthly invoice and Stroock 9.07 monthly invoice                                                          | 0.10      | 4.00       |
|            | SLB | draft of 25th Interim final report Comm. of Asbestos Claimants (2.9); draft of 25th Interim final report - Conway (1.8); Day Pitney (2.1)           | 6.80      | 952.00     |
| 11/20/2007 | CR  | Update database with e-detail Piper 26th Interim 7/1/07-9/30/07 and Towers 9.07 and Ogilvy 10.07                                                     | 0.20      | 8.00       |
|            | SLB | draft of 25th Interim final reports - Stroock (4.2); LAS (1.7); HRO (1.1)                                                                            | 7.00      | 980.00     |
| 11/21/2007 | SLB | draft of 25th Interim final report - Phillips Goldman (2.4); review and draft of 25th Interim final report - PwC (4.9)                               | 7.30      | 1,022.00   |
|            | CR  | draft project category summary detail spreadsheet for 25th Interim                                                                                   | 0.50      | 55.00      |

W.R. Grace & Co.                                                                                                     Page    12

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/21/2007 | CR | Update database with 26th Interim applications 7/1/07-9/30/07 for Ferry, and Piper (.1) and monthly invoices for LAS 9.07, Blackstone 7.07, 8.07, 9.07 (.1); Perkins 9.06, 11.06, 12.06, 3.07 (.1); Richardson 10.07 (.1) | 0.40 | 16.00 |
|  | CR | Update database with 26th Interim applications 7/1/07-9/30/07 for Campbell, LAS (.1); AKO, Official Committee of Asbestos Claimants (.1); Charter Oak, Foley (.1); K&E, Reed (.1) and Woodcock (.1) | 0.50 | 20.00 |
|  | CR | Update database with Baker 4/1/07-6/30/07, Deloitte Tax 6.07 monthly invoices (.1); Towers 9.07, Ogilvy 10.07 monthly invoices (.1); Stroock 9.07 monthly invoices, Caplin 26th Interim 7/1/07-9/30/07 (.1) | 0.30 | 12.00 |
| 11/22/2007 | CR | draft completed Project category summary spreadsheet for 25th Interim | 2.00 | 220.00 |
|  | CR | draft prior interim paragraphs for final report for 9th-12th Interims | 3.75 | 412.50 |
| 11/24/2007 | CR | draft prior interim paragraphs for final report for 11th- 13th  Interims | 2.00 | 220.00 |
| 11/26/2007 | SLB | draft of 25th Interim final reports - Latham (1.8); Lexecon 23rd (1.1); Lexecon 25th (1.3); Ogilvy (2.2) | 6.40 | 896.00 |
| 11/27/2007 | CR | Update database with e-detail Caplin 25th Interim Initial Report response | 0.10 | 4.00 |
|  | CR | Update database with Interim applications for Blackstone 26th 7/1/07-9/30/07, Latham 25th 4/1/07-6/30/07 (.1); Richardson 25th 4/1/07-6/30/07 and 26th 7/1/07-9/30/07 (.1); Reed 26th 7/1/07-9/30/07 (.1) | 0.30 | 12.00 |
|  | SLB | draft of 25th Interim final reports - Towers Perrin (2.6); Woodcock (1.5); Pachulski (2.7) | 6.80 | 952.00 |
| 11/28/2007 | CR | Update database with e-detail Ferry 10.07 monthly invoice | 0.10 | 4.00 |
|  | SLB | revise draft of 25th Interim final report - Reed (1.4); draft of 25th Interim final reports - Bilzin (4.0) and Piper (1.8) | 7.20 | 1,008.00 |
| 11/29/2007 | WHS | detailed review of Bilzin 25th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                         Page    13

|            |     |                                                                                                                                                                       | **Hours** | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 11/29/2007 | SLB | begin draft of 25th Interim No Objections final report - (6.4)                                                                                                        | 6.40      | 896.00     |
|            | WHS | detailed review of, and revisions to, Orrick FR                                                                                                                       | 0.20      | 55.00      |
|            | CR  | Update database with monthly invoices for Day Pitney 10.07, Foley 10.07 & K&E 10.07 (.2)                                                                              | 0.20      | 8.00       |
| 11/30/2007 | CR  | Update database with e-detail of Reed 10.07 (.1), Capston 26th Interim application 7/1/07-9/30/07 and Morris for 26th Interim application (.2); PwC 9.07 monthly invoice (.1) | 0.40      | 16.00      |
|            | CR  | Update database with e-detail monthly invoices of Buchanan 10.07 (.2) and Kramer 10.07 (.2)                                                                           | 0.40      | 16.00      |
|            | SLB | complete draft of 25th Interim No Objections final report - (3.6)                                                                                                     | 3.60      | 504.00     |
|            | SLB | PACER research regarding 25th Interim charts and applicant docket numbers for December fee hearing (2.6)                                                              | 2.60      | 364.00     |
|            | CR  | Update database with 26th Interim 7/1/07-9/30/07 application for Capstone and monthly invoice for Buchanan 10.07                                                      | 0.20      | 8.00       |
|            | WHS | detailed review of, and revisions to, Blackstone 25th Int FR                                                                                                          | 0.20      | 55.00      |
|            | CR  | Update database with e-detail Austern 10.07 monthly invoice                                                                                                           | 0.10      | 4.00       |
| 12/1/2007  | WHS | detailed review of, and revisions to, Sullivan 25th Int FR                                                                                                            | 0.10      | 27.50      |
|            | WHS | detailed review of Scott Law 25th Int FR                                                                                                                              | 0.10      | 27.50      |
|            | WHS | detailed review of Richardson 25th Int FR                                                                                                                             | 0.10      | 27.50      |
| 12/3/2007  | CR  | Update database with Austern 10.07 monthly invoice , Morris 26th Interim application 7/1/07-9/30/07 (.2)                                                              | 0.20      | 8.00       |

W.R. Grace & Co.  Page   14

| | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 12/3/2007 | WHS | detailed review of, and revisions to, Baker 25th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Piper 25th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of K&E 25th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of, and revisions to, Forman Perry 25th Int FR | 0.10 | 27.50 |
| | CR | Update database with E-Detail monthly invoices for Phillips 7.07, 8.07, 9.07 10.07 | 0.20 | 8.00 |
| | CR | Update database with E-Detail of monthly invoices for Orrick 10.07 and PwC 9.07 | 0.10 | 4.00 |
| | CR | Update database with E-Detail of monthly invoices for Morris 10.07, Phillips 9.07 and 10.07, Campbell 10.07, Caplin 10.07, LAS 10.07, AKO 10.07 and Stroock 10.07; and 26th Interim application for Phillips 7/1/07-9/30/07 | 0.30 | 12.00 |
| | SLB | complete PACER research regarding 25th Interim fee and expense charts (3.2) | 3.20 | 448.00 |
| | SLB | begin draft of 25th Interim fee and expense charts (3.5) | 3.50 | 490.00 |
| | WHS | detailed review of K&E 25th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Piper 25th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of, and revisions to, Caplin 25th Int FR | 0.20 | 55.00 |
| | WHS | detailed review of, and revisions to, Baker 25th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of, and revisions to, Forman Perry 25th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.  Page   15

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/3/2007 | WHS | detailed review of, and revisions to, Omnibus 25th Int FR | 0.30 | 82.50 |
|  | JBA | Electronic filing with court of 25th Interim Final Reports re: Bilzin (.2), Blackstone (.2), Baker Donelson (.2), Caplin (.3), Orrick (.2), Kirkland (.3), Piper Jaffray (.2), and Forman Perry (.2) | 1.80 | 72.00 |
| 12/4/2007 | CR | Update database with monthly invoices for Morris 10.07, Steptoe 7.07, 8.07, 9.07, Orrick 10.07, Phillips 8.07, 9.07,10.07 and Stroock 10.07 and 26th Interim application of Phillips 7/1/07-9/30/07 | 0.40 | 16.00 |
|  | SLB | complete 25th Interim fee & expense charts (4.9) | 4.90 | 686.00 |
|  | WHS | detailed review of, and revisions to, Reed 25th int | 0.20 | 55.00 |
|  | CR | Update database with E-Detail of monthly invoice of K&E 10.07 | 0.10 | 4.00 |
|  | JBA | Electronic filing with court of 25th Interim Final Reports re: Reed Smith (.3), Richardson (.2), The Scott Law Group (.2), Sullivan (.2), and Omnibus No Objetions (.2) | 1.10 | 44.00 |
|  | WHS | detailed review of, and revisions to, Reed 25th int | 0.20 | 55.00 |
| 12/5/2007 | CR | draft corrections to project category spreadsheet for 25th interim | 0.50 | 55.00 |
|  | CR | Update database with monthly invoices for Ferry 10.07, Reed 10.07, PwC 9.07 and 8.07, AKO 10.07, Campbell 10.07, Caplin 10.07, LAS 10.07 and Charer 10.07 | 0.60 | 24.00 |
|  | SLB | draft e-mails to all 25th Interim applicants and distrubute charts and spreadsheet for approval (.8) | 0.80 | 112.00 |
|  | SLB | revise 25th Interim Project Category Spreadsheet (3.4); complete 25th Interim fee and expense charts (3.3) | 6.70 | 938.00 |
|  | CR | Update database with e-Detail for Stroock 10.07 amended monthly invoice | 0.10 | 4.00 |

W.R. Grace & Co.                                                  Page    16

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/6/2007 | CR | Update database with monthly invoices Stroock 10.07A and BMC 7.07 | 0.20 | 8.00 |
| | SLB | edit and correct 25th Interim charts and spreadsheet (4.9) | 4.90 | 686.00 |
| 12/7/2007 | SLB | draft e-mail to Pachulski and send all 25th Interim charts for filing with Court (.4) | 0.40 | 56.00 |
| | SLB | complete final edits to all 25th Interim charts (1.9) | 1.90 | 266.00 |
| 12/10/2007 | SLB | revise Project Category Spreadsheet entries for Stroock - 25th Interim (2.9) | 2.90 | 406.00 |
| | SLB | draft e-mail to Stroock re corrections to 25th Interim Project Category Spreadsheet (.2) | 0.20 | 28.00 |
| | CR | Update database with BMC monthly invoices for 8.07 and 9.07; Beveridge 7/1/07-9/30/07 26th Interim | 0.30 | 12.00 |
| | WHS | receive and review agenda | 0.20 | 55.00 |
| 12/11/2007 | CR | Update database with Woodcock 9.07A monthly invoice, Pachulski 9.07 monthly invoice | 0.10 | 4.00 |
| | CR | detailed review of Project category summary spreadsheet for Stroock - compare 23rd, 24th and 25th interims for accuracy and make changes as necessary | 0.40 | 44.00 |
| | CR | Update database with e-detail Ferry 7/1/07-9/30/07 | 0.10 | 4.00 |
| | SLB | PACER research regarding any objections to 25th Interim final reports (1.9) | 1.90 | 266.00 |
| 12/12/2007 | SLB | draft e-mail to Stroock re changes in 25th Interim spreadsheet (.2) | 0.20 | 28.00 |
| | SLB | begin review of 26th Interim K&E application (5.5) | 5.50 | 770.00 |

W.R. Grace & Co. Page 17

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/13/2007 | CR | Update database with E-detail Stroock 7/1/07-9/30/07 26th Interim application | 0.10 | 4.00 |
| | CR | Update database with Stroock 26th Interim 7/1/07-9/30/07 and BMC 26th Interim application | 0.20 | 8.00 |
| | SLB | continue review of 26th Interim K&E expenses (3.4) | 3.40 | 476.00 |
| 12/14/2007 | CR | draft corrections to Project Category Summary Spreadsheet for 25th interim | 0.20 | 22.00 |
| | SLB | continue review of 26th Interim K&E (3.3) | 3.30 | 462.00 |
| | CR | Update database with E-detail of monthly invoice for 10.07 Piper and Hearing notice for Ferry for 26th Interim | 0.20 | 8.00 |
| 12/17/2007 | CR | Update database with 26th Interim application 7/1/07-9/30/07 for Hamilton and Bilzin | 0.20 | 8.00 |
| | CR | Update database with monthly invoices for Bilzin 10.07, Hamilton 10.07, Towers 10.07, Piper 10.07, Woodcock 10.07 | 0.30 | 12.00 |
| 12/18/2007 | CR | Update database with monthly invoices for Casner 10.07 and Phillips 11.07 | 0.20 | 8.00 |
| 12/19/2007 | CR | Update database with monthly invoice for Phillips 11.07 | 0.10 | 4.00 |
| | CR | Update database with E-Detail of monthly invoices for Hamilton 10.07 and Bilzin 10.07 and 26th Interim applications 7/1/07-9/30/07 from Hamilton and Bilzin | 0.30 | 12.00 |
| 12/20/2007 | CR | Update database with E-Detail Pachulski 7/1/07-9/30/07 26th Interim | 0.20 | 8.00 |
| 12/21/2007 | CR | Update Final Report Docket # Spreadsheet | 0.40 | 16.00 |
| | CR | Update database with BMC 26th Interim application 7/1/07-9/30/07 | 0.10 | 4.00 |

W.R. Grace & Co.            Page    18

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/27/2007 | JW | detailed review of Reed Smith August 2007 monthly invoice (4.2) | 4.20 | 567.00 |
| 12/28/2007 | CR | Update database with amended 26th Interim application for Woodcock 7/1/07-9/30/07 | 0.10 | 4.00 |
| | JW | draft summary of Reed Smith August 2007 monthly invoice (1.0) | 1.00 | 135.00 |
| | JW | detailed review of Orrick August 2007 monthly invoice (2.6) | 2.60 | 351.00 |
| 12/29/2007 | JW | detailed review of Orrick August 2007 monthly invoice (2.7); draft summary of same (1.4) | 4.10 | 553.50 |
| 12/31/2007 | CR | Update database with e-detail Reed monthly invoice 11.07 | 0.10 | 4.00 |
| | CR | Update database with monthly invoices for Day Pitney and K&E 11.07 - forwarded K&E's to JAW for reveiw | 0.30 | 12.00 |

**For professional services rendered**      **420.95 $55,169.50**

Additional Charges :

| | Price | |
|---|---|---|
| Pacer chargers for charges for October 2007 | 1.76 | 1.76 |

**Total costs**     **$1.76**

**Total amount of this bill**     **$55,171.26**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cherie Rogers | 42.65 | 110.00 | $4,691.50 |
| Cherie Rogers | 22.20 | 40.00 | $888.00 |

W.R. Grace & Co.                                                                                          Page    19

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Doreen Williams | 0.40 | 145.00 | $58.00 |
| James Wehrmann | 73.50 | 135.00 | $9,922.50 |
| Jeff B. Allgood | 2.90 | 40.00 | $116.00 |
| Stephen L. Bossay | 276.40 | 140.00 | $38,696.00 |
| Warren H Smith | 2.90 | 275.00 | $797.50 |