## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF MICHAEL R. LASTOWSKI

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS |
| NEW CASTLE COUNTY | ) | |

Michael R. Lastowski, being duly sworn, deposes and says:

1.      I am a partner at the law firm of Duane Morris LLP, counsel for the Official Committee of Unsecured Creditors (collectively, the "Committee").

2.      I have read the Twenty-Eighth Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2008 through and including March 31, 2008 (the "Application"), and know the contents thereof.  The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true.  I am familiar with all work performed on behalf of the Committee by the attorneys and para-professionals in the firm of Duane Morris LLP.

Dated: June 16, 2008

_____
Michael R. Lastowski (DE 3892)

SWORN TO AND SUBSCRIBED before me this 16th day of June, 2008.

_____
Notary Public