# Exhibit A

DM3\727537.1

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH MARCH 31, 2008

### BUSINESS OPERATIONS (TASK CODE NO. 003)

Applicant reviewed monthly operating reports, and the Debtors' application to acquire an interest in Ceratech.

### CASE ADMINISTRATION (TASK CODE NO. 004)

Applicant prepared, reviewed pleadings, filed pleadings and monitored dockets.

### CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)

Applicant reviewed numerous claims objections, responses to claims objections and the status of claims objections.

### CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)

Applicant reviewed motions to file late proofs of claim and settlements with creditors. Applicant also monitored related litigation of claims estimation. Applicant analyzed issues relating to the settlement of potential claims of the Environmental Protection Agency.

### COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)

Applicant analyzed expert reports relating to claims estimation and reported to the creditors committee regarding same.

### EMPLOYEE BENEFITS/PENSION (TASK CODE NO. 008)

Applicant analyzed the Debtors' motion to make a pension plan contribution.

### EMPLOYMENT APPLICATION, OTHERS (TASK CODE NO. 010)

Applicant reviewed retention applications filed by other parties.

### FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

## FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

## FINANCING (TASK CODE NO. 014)

Applicant analyzed the Debtors' request to extend Debtor in Possession Financing.

## HEARINGS (TASK CODE NO. 015)

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

## LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)

On behalf of the Committee, Applicant monitored certain litigation.

## PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant spent time reviewing plan issues and status of plan negotiations and issues.

## TAX ISSUES (TASK CODE NO. 019)

Applicant analyzed certain tax issues as they related to claims estimation.

## OTHER (TASK CODE NO. 025)

Applicant reviewed and retrieved miscellaneous pleadings and memos.

## BUSINESS ANALYSIS (TASK CODE NO. 027)

Applicant reviewed the Debtors' business plan.

## FRAUDULENT CONVEYANCE ADVERSARY PROCEEDINGS (TASK CODE NO. 030)

DM3\727537.1