# Exhibit C

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

April 15, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1384712                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 49.20 | hrs. at | $645.00 | /hr. = | $31,734.00 |
| RW RILEY | PARTNER | 2.40 | hrs. at | $520.00 | /hr. = | $1,248.00 |
| WS KATCHEN | OF COUNSEL | 20.50 | hrs. at | $705.00 | /hr. = | $14,452.50 |
| JH LEMKIN | SPECIAL COUNSEL | 1.40 | hrs. at | $380.00 | /hr. = | $532.00 |
| BA GRUPPO | PARALEGAL | 2.00 | hrs. at | $250.00 | /hr. = | $500.00 |
| EM O'BYRNE | PARALEGAL | 12.20 | hrs. at | $195.00 | /hr. = | $2,379.00 |
| CM DOOLEY | PARALEGAL | 0.30 | hrs. at | $225.00 | /hr. = | $67.50 |
| | | | | | | $50,913.00 |

| DISBURSEMENTS | | |
|---|---|---|
| AIR TRAVEL | 251.00 | |
| LEXIS LEGAL RESEARCH | 96.60 | |
| MESSENGER SERVICE | 399.38 | |
| OVERNIGHT MAIL | 27.15 | |
| POSTAGE | 215.85 | |
| PRINTING & DUPLICATING | 181.05 | |
| TOTAL DISBURSEMENTS | | $1,171.03 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $52,084.03 |
| PREVIOUS BALANCE | $134,547.52 |
| TOTAL BALANCE DUE | $186,631.55 |

Duane Morris
April 15, 2008
Page 2

File # K0248-00001                                          INVOICE # 1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/7/2008 | 003 | MR LASTOWSKI | REVIEW DEBTORS' JANUARY 2008 MONTHLY OPERATING REPORT | 0.10 | $64.50 |
| | | | Code Total | 0.10 | $64.50 |

Duane Morris
April 15, 2008
Page 3

File # K0248-00001                                        INVOICE # 1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/29/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/3/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/3/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND SCAN TO W KATCHEN; PULL DOCKET AFTER REVIEW AND FORWARD TO W KATCHEN | 0.30 | $58.50 |
| 3/4/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/4/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND SEND TO W KATCHEN | 0.20 | $39.00 |
| 3/5/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/5/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD; SCAN AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 3/6/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |

Duane Morris
April 15, 2008
Page 4

File # K0248-00001                                       INVOICE # 1384712
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/7/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/7/2008 | 004 | EM O'BYRNE | REVIEW CASE DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 3/10/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/10/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN; DOWNLOAD DOCUMENT FROM DOCKET AND SEND TO MR KATCHEN | 0.30 | $58.50 |
| 3/10/2008 | 004 | WS KATCHEN | CASE UPDATE. | 0.30 | $211.50 |
| 3/11/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/11/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 3/12/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/12/2008 | 004 | EM O'BYRNE | REVIEW CASE DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.20 | $39.00 |
| 3/13/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/13/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN FOR HIS REVIEW; DOWNLOAD REQUESTED DOCUMENTS | 0.40 | $78.00 |

Duane Morris
April 15, 2008
Page 5

File # K0248-00001                                          INVOICE # 1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/14/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/14/2008 | 004 | EM O'BYRNE | REVIEW; DOWNLOAD AND FORWARD DOCKET SHEET TO W KATCHEN | 0.20 | $39.00 |
| 3/17/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/17/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD, SCAN AND FORWARD SEVEN PLEADINGS TO W KATCHEN | 0.80 | $156.00 |
| 3/18/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/18/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET, DOWNLOAD NEW ENTRIES AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 3/19/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/19/2008 | 004 | EM O'BYRNE | REVIEW NEW DOCKET ENTRIES; DOWNLOAD AND FORWARD TO W KATCHEN; DOWNLOAD AND SCAN TO W KATCHEN SEVEN REQUESTED DOCUMENTS | 0.70 | $136.50 |
| 3/20/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/20/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; SCAN AND FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
April 15, 2008
Page 6

File # K0248-00001                                          INVOICE # 1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/21/2008 | 004 | EM O'BYRNE | REVIEW PREVIOUS DAY'S DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 3/24/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/24/2008 | 004 | EM O'BYRNE | REVIEW DOCKET FOR NEW ENTRIES; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 3/25/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/26/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/27/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/28/2008 | 004 | EM O'BYRNE | REVIEW DAILY DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 3/31/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 3/31/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; FORWARD TO W KATCHEN; DOWNLOAD SIX DOCUMENTS FROM DOCKET; SCAN AND SEND TO W KATCHEN PURSUANT TO HIS REQUEST | 0.70 | $136.50 |
| | | | Code Total | 7.70 | $1,764.50 |

Duane Morris
April 15, 2008
Page 7

File # K0248-00001                                                    INVOICE #  1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/3/2008 | 005 | RW RILEY | REVIEWING RECENT FILINGS REGARDING ASBESTOS CLAIMS ESTIMATION AND TRIAL | 1.60 | $832.00 |
| 3/7/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' OPPOSITION TO SPEIGHTS AND RUNYAN'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF MOTION TO AMEND COURT'S ORDER | 0.10 | $64.50 |
| 3/7/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' OPPOSITION TO ALLEGHENY MEDICAL CENTER'S MOTION FOR RELIEF FROM ORDER OF DISMISSAL | 0.20 | $129.00 |
| 3/14/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO EXCLUDE SNYDER TESTIMONY | 0.40 | $258.00 |
| 3/14/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO EXCLUDE KRAUSE TESTIMONY | 0.70 | $451.50 |
| 3/14/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION MOTION FOR APPROVAL OF CURTIS BAY FUSRAP MOTION | 0.40 | $258.00 |
| 3/17/2008 | 005 | RW RILEY | REVIEWING MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF STEPHEN M. SNYDER | 0.40 | $208.00 |
| 3/20/2008 | 005 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AN ORDER APPROVING SETTLEMENT RELATING TO LIBBY ASBESTOS SITE AND RELATED ISSUES | 0.50 | $322.50 |
| 3/20/2008 | 005 | MR LASTOWSKI | REVIEW UNIFIRST OBJECTION TO DEBTOR'S MOTION TO TRANSFER CERTAIN ENVIRONMENTAL LIABILITIES | 0.50 | $322.50 |
| 3/27/2008 | 005 | MR LASTOWSKI | REVIEW GRACE'S OPPOSITION TO FCC AND FCR'S MOTIONI IN LIMINE RE: 408 ISSUES | 0.50 | $322.50 |
| 3/27/2008 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' MEMORANDUM IN SUPPORT OF AN ORDER RECOGNIZING WASHINGTON STATE PROOF OF CLAIIM | 0.60 | $387.00 |
| 3/27/2008 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' MEMORANDUM IN SUPPORT OF AN ORDER FOR A RULE TO SHOW CAUSE WHY AN EXPERT WITNESS SHOULD NOT BE APPOINTED | 0.60 | $387.00 |
| 3/27/2008 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' MOTION FOR DISMISSAL OF AN INDIVIDUAL ZAI CLAIM OR, IN THE ALTERNATIVE, FOR AN ORDER PERMITTING APPELLATE REVIEW OF THE ZAI OPINION | 0.50 | $322.50 |

Duane Morris
April 15, 2008
Page 8

File # K0248-00001                                    INVOICE # 1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/27/2008 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR ENTRY OF AN ORDER ESTABLISHING A ZAI BAR DATE | 0.20 | $129.00 |
| 3/31/2008 | 005 | MR LASTOWSKI | REVIEW GRACE'S MOTION TO EXCLUDE TESTIMONY OF MESSRS. SNYDER AND KRAUS AND ACC'S OPPOSITION THERETO | 0.80 | $516.00 |
| 3/31/2008 | 005 | MR LASTOWSKI | REVIEW GRACE'S MOTION TO EXCLUDE TESTIMONY OF MARSHALL SHAPO | 0.60 | $387.00 |
| | | | Code Total | 8.60 | $5,297.00 |

Duane Morris
April 15, 2008
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1384712

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/29/2008 | 006 | RW RILEY | REVIEWING MOTION FOR ENTRY OF AN ORDER AUTHORIZING LIABILITY TRANSFER AGREEMENT FOR CERTAIN ENVIRONMENTAL LIABILITIES AND PROPERTIES | 0.40 | $208.00 |
| | | | Code Total | 0.40 | $208.00 |

Duane Morris
April 15, 2008
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1384712

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/10/2008 | 010 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE 47TH INTERIM FEE APPLICATION | 0.10 | $64.50 |
| 3/10/2008 | 010 | MR LASTOWSKI | \SIGN DUANE MORRIS 73RD MONTHLY FEE APPLICATION | 0.30 | $193.50 |
| | | | Code Total | 0.40 | $258.00 |

Duane Morris
April 15, 2008
Page 11

File # K0248-00001                                    INVOICE # 1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 3/5/2008 | 012 | EM O'BYRNE | PREPARE CERTIFICATE OF NO OBJECTION TO DUANE MORRIS' SEVENTY-SECOND MONTHLY FEE APPLICATION FOR DECEMBER 2007 (.2); SCAN AND EFILE WITH COURT (.1) | 0.30 | $58.50 |
| 3/7/2008 | 012 | EM O'BYRNE | PREPARE DUANE MORRIS' TWENTY-THIRD FEE APPLICATION FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008 | 1.30 | $253.50 |
| 3/10/2008 | 012 | EM O'BYRNE | SCAN SEVENTY-THIRD FEE APPLICATION OF DUANE MORRIS LLP AND E-FILE WITH COURT (.4); PREPARE LABELS, COPY AND SERVE SERVICE LIST PARTIES (.2) | 0.60 | $117.00 |
| | | | Code Total | 2.20 | $429.00 |

Duane Morris
April 15, 2008
Page 12

File # K0248-00001                                          INVOICE #  1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/4/2008 | 013 | EM O'BYRNE | PREPARE CAPSTONE'S SIXTEENTH QUARTERLY FEE APPLICATION FOR EFILING; SCAN AND EFILE DOCUMENTS; COPY AND SERVE NOTICE ON 2002 SERVICE LIST | 2.00 | $390.00 |
| 3/4/2008 | 013 | EM O'BYRNE | SCAN AND EFILE STOOCK & STROOK & LAVAN LLP'S EIGHTY-SECOND MONTHLY FEE APPLICATION | 0.50 | $97.50 |
| 3/4/2008 | 013 | EM O'BYRNE | SCAN AND EFILE CAPSTONE ADVISORY GROUP LLC'S FORTY-EIGHTH INTERIM APPLICATION | 0.50 | $97.50 |
| 3/5/2008 | 013 | EM O'BYRNE | BREAKDOWN; SCAN AND E-FILE STROOK & STROOK & LAVAN'S QUARTERLY FEE APPLICATION (.6); COPY AND SERVE NOTICE ON 2002 SERVICE LIST (1.0) | 1.60 | $312.00 |
| | | | Code Total | 4.60 | $897.00 |

Duane Morris
April 15, 2008
Page 13

File # K0248-00001                                    INVOICE # 1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/13/2008 | 015 | MR LASTOWSKI | REVIEW 3/17/08 AGENDA AND ITEMS IDENTIFIED THEREON | 1.50 | $967.50 |
| 3/17/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND J(BY TELEPHONE) OMNIBUS HEARING | 2.40 | $1,548.00 |
| 3/24/2008 | 015 | MR LASTOWSKI | TRAVEL TO HEARING (AT 1/2 REDUCED TIME) | 1.30 | $838.50 |
| 3/24/2008 | 015 | MR LASTOWSKI | PREPARE FOR HEARING | 2.10 | $1,354.50 |
| 3/24/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND HEARING | 5.10 | $3,289.50 |
| 3/25/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND HEARING | 9.60 | $6,192.00 |
| 3/26/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND HEARING | 9.20 | $5,934.00 |
| 3/26/2008 | 015 | MR LASTOWSKI | TRAVEL FROM HEARING (1/2 TIME) | 1.10 | $709.50 |
| 3/31/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND ESTIMATION TRIAL | 8.70 | $5,611.50 |
| | | | Code Total | 41.00 | $26,445.00 |

Duane Morris
April 15, 2008
Page 14

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1384712

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/4/2008 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR ENTRY OF AN ORDER TRANSFERRING ENVIRONMENTAL LIABILITIES | 0.70 | $451.50 |
| 3/20/2008 | 016 | JH LEMKIN | CONFER WITH W. KATCHEN, REVIEW DOCKET RE EXPERT ISSUES. | 0.30 | $114.00 |
| 3/28/2008 | 016 | MR LASTOWSKI | REVIEW OBJECTIONS TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER TRANSFERRING ENVIRONMENTAL LIABILITIES | 0.20 | $129.00 |
| | | | Code Total | 1.20 | $694.50 |

Duane Morris
April 15, 2008
Page 15

File # K0248-00001                                          INVOICE # 1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/21/2008 | 019 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO PAY CERTAIN REAL ESTATE TAXES | 0.20 | $129.00 |
| | | | Code Total | 0.20 | $129.00 |

Duane Morris
April 15, 2008
Page 16

File # K0248-00001                                          INVOICE # 1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/3/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S LETTER TO COURT. | 0.20 | $141.00 |
| 3/3/2008 | 025 | WS KATCHEN | ADDITIONAL WORK ON CLAIMS ESTIMATION ISSUES. | 1.20 | $846.00 |
| 3/5/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE RE: ALLEGHANY CENTER ASSOC. | 0.30 | $211.50 |
| 3/10/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S REPLY TO SPEIGHTS AND RUNYAN'S MOTION. | 0.10 | $70.50 |
| 3/10/2008 | 025 | WS KATCHEN | REVIEW ORDER LEWIS V. W.R. GRACE. | 0.10 | $70.50 |
| 3/12/2008 | 025 | WS KATCHEN | UPDATE LIABILITY SETTLEMENT. | 0.30 | $211.50 |
| 3/12/2008 | 025 | WS KATCHEN | REVIEW 9019 MOTION - LIABILITY. | 0.20 | $141.00 |
| 3/12/2008 | 025 | WS KATCHEN | REVIEW SETTLEMENT AGREEMENT WITH EPA. | 0.40 | $282.00 |
| 3/12/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE ON DEBTOR'S MOTIONS TO TRANSFER TO ENVIRONMENTAL LIABILITY TRANSFER, ET AL. | 0.50 | $352.50 |
| 3/12/2008 | 025 | WS KATCHEN | REVIEW LIABILITY TRANSFER AGREEMENT AND MOTION. | 1.00 | $705.00 |
| 3/12/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE RE: ENVIRONMENTAL LIABILITY TRANSFER INDEMNITY ISSUE. | 0.20 | $141.00 |
| 3/12/2008 | 025 | WS KATCHEN | 2 EMAILS WITH STROOCK. | 0.40 | $282.00 |
| 3/17/2008 | 025 | WS KATCHEN | AUTHORIZING MINIMUM CONTRIBUTIONS TO DEFERRED BENEFIT PENSION PLANS. | 0.10 | $70.50 |
| 3/18/2008 | 025 | CM DOOLEY | LEGAL RESEARCH CONCERNING 10TH CIRCUIT OPINION - FOR KATCHEN | 0.30 | $67.50 |
| 3/18/2008 | 025 | WS KATCHEN | ADDITIONAL RESEARCH; REVIEW DEBTOR'S MOTION IN LIMINE. | 1.60 | $1,128.00 |
| 3/18/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCES WITH K. PASQUALE | 0.20 | $141.00 |
| 3/19/2008 | 025 | WS KATCHEN | UPDATE DIP LOAN REDUCTION. | 0.10 | $70.50 |
| 3/19/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH L. KRUGER. | 0.10 | $70.50 |
| 3/19/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER. | 0.20 | $141.00 |
| 3/19/2008 | 025 | WS KATCHEN | REVIEW ZAI CLAIMANT'S MOTION RE: RULE 54(B) DETERMINATION. | 0.30 | $211.50 |
| 3/19/2008 | 025 | WS KATCHEN | REVIEW ZAI CLAIMANT'S MOTION AND MEMO RE: CLASS PROOF OF CLAIM - WASHINGTON. | 0.30 | $211.50 |
| 3/19/2008 | 025 | WS KATCHEN | PROPOSED ORDER TO SHOW CAUSE FOR COURT APPOINTED EXPERTS | 0.10 | $70.50 |
| 3/19/2008 | 025 | WS KATCHEN | REVIEW LTD. OBJECTION UNITRUST CONF. | 0.20 | $141.00 |

Duane Morris
April 15, 2008
Page 17

File # K0248-00001                                              INVOICE #  1384712
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/19/2008 025 | WS KATCHEN | REVIEW ZAI CLAIMANT'S MEMO IN SUPPORT OF ORDER TO APPOINT NEUTRAL EXPERT WITNESS. | 0.10 | $70.50 |
| 3/19/2008 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR ORDER ESTABLISHING BAR DATE. | 0.50 | $352.50 |
| 3/21/2008 025 | WS KATCHEN | REVIEW AUTHORIZATIONS CITED BY DEBTOR IN OPPOSITION TO CLASS ON ZAI MOTION. | 0.90 | $634.50 |
| 3/25/2008 025 | WS KATCHEN | REVIEW ORDER AUTHORIZING MODIFICATION; DIP FINANCING/AMENDED CREDIT AGREEMENT. | 0.90 | $634.50 |
| 3/26/2008 025 | JH LEMKIN | CONFER WITH W. KATCHEN, PULL NEW THIRD CIR. OPINION (PINEDA) REVIEW THE SAME. | 0.40 | $152.00 |
| 3/26/2008 025 | WS KATCHEN | RESEARCH PLAN ISSUE - PRE-EXEMPTION. | 0.80 | $564.00 |
| 3/26/2008 025 | WS KATCHEN | EMAILS. | 0.30 | $211.50 |
| 3/26/2008 025 | WS KATCHEN | REVIEW LATEST 3D CIR. OPINION RULES 702-703.6. | 0.60 | $423.00 |
| 3/27/2008 025 | WS KATCHEN | REVIEW BARBANT & BUSCH AMENDED CLAIM (ZAI), AMENDED CLASS A/C COMPLAINT. | 0.50 | $352.50 |
| 3/27/2008 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION IN LIMINE TO EXCLUDE TESTIMONY. | 0.50 | $352.50 |
| 3/28/2008 025 | WS KATCHEN | ADDITIONAL REVIEW ISSUES ON KRAUS; MOTION IN LIMINE/PRIVILEGE WAIVER ISSUE. | 2.40 | $1,692.00 |
| 3/28/2008 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.10 | $70.50 |
| 3/28/2008 025 | WS KATCHEN | EMAILS TO STROOCK - RE: CONFIDENTIAL ISSUE AND SCHEDULING. | 0.20 | $141.00 |
| 3/31/2008 025 | JH LEMKIN | RESEARCH/SHEPARDIZE CASE LAW RE TORWICO AND PROGENY IN SECOND AND THIRD CIRCUIT. | 0.70 | $266.00 |
| 3/31/2008 025 | WS KATCHEN | REVIEW FUTURE CLAIMANT'S JOINDER. | 0.10 | $70.50 |
| 3/31/2008 025 | WS KATCHEN | REVIEW ACC RESPONSE TO MOTION IN LIMINE TO EXCLUDE TESTIMONY BY PETER KRAUS/WITH EXHIBITS. | 0.80 | $564.00 |
| 3/31/2008 025 | WS KATCHEN | REVIEW ACC RESPONSE TO MOTION IN LIMINE TO EXCLUDE TESTIMONY S. SNYDER. | 0.30 | $211.50 |
| 3/31/2008 025 | WS KATCHEN | REVIEW NYSTATE - DEC RESPONSE. | 0.10 | $70.50 |
| 3/31/2008 025 | WS KATCHEN | INTERNAL EMAIL STATUS NYS - DEC RESPONSE. | 0.10 | $70.50 |
| | | Code Total | 18.70 | $12,682.00 |

Duane Morris
April 15, 2008
Page 18

File # K0248-00001                                          INVOICE #  1384712
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/17/2008 | 027 | WS KATCHEN | REVIEW ORDERS - AUTHORIZING REMEDIUM CLOSING AGREEMENT. | 0.10 | $70.50 |
| 3/17/2008 | 027 | WS KATCHEN | REVIEW MOTION IN LIMINE BY ACC AND FUTURE'S REP. | 0.20 | $141.00 |
| 3/17/2008 | 027 | WS KATCHEN | REVIEW ACC/FUTURE'S REP. WITNESS LIST. | 0.10 | $70.50 |
| 3/17/2008 | 027 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE CURTIS BAY SETTLEMENT AGREEMENT (INDEMNITY AND CONTRIBUTION ISSUES). | 0.80 | $564.00 |
| 3/17/2008 | 027 | WS KATCHEN | REVIEW MOTION BY DEBTOR IN LIMINE TO EXCLUDE TESTIMONY (SNYDER) EXHIBITS. | 0.90 | $634.50 |
| 3/17/2008 | 027 | WS KATCHEN | REVIEW DISTRICT COURT MEMO AND ORDER ON NJ DEP. | 0.20 | $141.00 |
| 3/25/2008 | 027 | WS KATCHEN | REVIEW/ANALYSIS ESTIMATION MATERIALS. | 0.60 | $423.00 |
| | | | Code Total | 2.90 | $2,044.50 |

Duane Morris
April 15, 2008
Page 19

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1384712

TOTAL SERVICES          88.00    $50,913.00

Duane Morris
April 15, 2008
Page 20

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1384712

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 3/31/2008 | POSTAGE | | 215.85 |
| | | Total: | $215.85 |
| 3/18/2008 | LEXIS LEGAL RESEARCH DOOLEY, CATHLEEN | | 96.60 |
| | | Total: | $96.60 |
| 3/10/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGELESQUIRE AT SENIOR VICE PRESIDENT & GENERA - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798892462640) | | 9.75 |
| 3/10/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790957378647) | | 17.40 |
| | | Total: | $27.15 |
| 3/31/2008 | MESSENGER SERVICE | | 399.38 |
| | | Total: | $399.38 |
| 3/21/2008 | AIR TRAVEL - M LASTOWSKI TRANSPORTATION ON 3/24/2008 FROM PHILADELPHIA, PA TO PITTSBURGH TKT: 23 7166 | | 251.00 |
| | | Total: | $251.00 |
| 3/31/2008 | PRINTING & DUPLICATING | | 181.05 |
| | | Total: | $181.05 |
| | TOTAL DISBURSEMENTS | | $1,171.03 |

Duane Morris
April 15, 2008
Page 21

File # K0248-00001                                      INVOICE #  1384712
    W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 49.20 | 645.00 | 31,734.00 |
| 02585 | RW RILEY | PARTNER | 2.40 | 520.00 | 1,248.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 20.50 | 705.00 | 14,452.50 |
| 02907 | JH LEMKIN | SPECIAL COUNSEL | 1.40 | 380.00 | 532.00 |
| 02279 | BA GRUPPO | PARALEGAL | 2.00 | 250.00 | 500.00 |
| 04442 | EM O'BYRNE | PARALEGAL | 12.20 | 195.00 | 2,379.00 |
| 00815 | CM DOOLEY | PARALEGAL | 0.30 | 225.00 | 67.50 |
|  |  |  | 88.00 |  | $50,913.00 |