IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CHI\1032029.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

Tax identification No: 95-2018373

## INVOICE

April 30, 2008

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

### REMITTANCE INSTRUCTIONS

**WIRE TRANSFERS:**
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers.
Invoice No. 80306306
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

---

For professional services rendered through April 30, 2008
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 04/02/08 | NJD | 1.30 | REVIEW OF SECTIONS 367, 351 AND 368 WITH RESPECT TO PROPOSED RESTRUCTURING IN GERMANY IN ORDER TO TRANSFER 10 PERCENT INTEREST AND MAKE ENTITY CLASSIFICATION ELECTION |
| 04/03/08 | NJD | .80 | CONTINUE REVIEW AND ANALYSIS OF SECTION 367 AND SECTION 368 REORGANIZATION ISSUES |
| 04/03/08 | JKS | .90 | RESEARCH TAX-FREE REGARDING-ORGANIZATION REQUIREMENTS |
| 04/04/08 | NJD | .40 | CONTINUE REVIEW AND ANALYSIS OF SECTION 367 ISSUES REGARDING POTENTIAL GERMAN RESTRUCTURING |
| 04/04/08 | JKS | 5.00 | RESEARCH TAX-FREE REORGANIZATION REQUIREMENTS AND DRAFT MEMORANDUM |
| 04/06/08 | NJD | .30 | REVIEW UPDATED AGREEMENT BETWEEN GRACE ENERGY AND GRACE HOLDINGS; EMAIL TO ALAN GIBBONS |
| 04/07/08 | NJD | 2.20 | CONTINUE REVIEW AND DETAILED ANALYSIS OF AUTHORITIES WITH RESPECT TO WHETHER TRANSFER OF 10 PERCENT INTEREST HELD BY GRACE CON FOLLOWED BY ENTITY CLASSIFICATION ELECTION RESULTING IN |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80306306

DCM101093.2

| Date | Attorney/<br>Paralegal | Hours | Description |
|------|------------------------|-------|-------------|
| 04/07/08 | JKS | 1.10 | SECTION 332 LIQUIDATION CAN BE STEPPED TOGETHER INTO TYPE D REORGANIZATION UNDER SECTION 368; REVIEW STEP TRANSACTION AUTHORITIES; PRIVATE LETTER RULINGS RESEARCH WHETHER PROPOSED RESTRUCTURING TRANSACTION WILL QUALIFY AS A TAX FREE REORGANIZATION; DRAFT SUMMARY OF RESEARCH |
| 04/08/08 | NJD | .50 | REVIEW OF MATERIALS PROVIDED BY JILL SANCHEZ WITH RESPECT TO RESEARCH ON REORGANIZATION ISSUES |
| 04/08/08 | JKS | 4.40 | RESEARCH POTENTIAL TREATMENT OF TRANSACTION AS TAX FREE REORGANIZATION |
| 04/09/08 | NJD | 3.00 | REVIEW AN ANALYSIS OF SECTION 367 ISSUES WITH REGARD TO PROPOSED INTERCOMPANY RESTRUCTURING IN GERMANY; TELEPHONE CONFERENCES WITH DEBRA POOLE REGARDING SECTION 468(B) AND SECTION 163(L) ISSUES; CONFERENCE CALL REGARDING SAME WITH DEBRA POOLE AND LATHAM CHICAGO OFFICE; TELEPHONE CONFERENCE WITH ALAN GIBBONS REGARDING INTERNATIONAL REORGANIZATION |
| 04/09/08 | LJS | 2.90 | ANALYZE REORGANIZATION ISSUE AND REVIEW AUTHORITIES REGARDING SAME AND DRAFT EMAIL TO N. DENOVIO REGARDING SAME |
| 04/09/08 | JMK | 6.20 | REVIEW PRESS RELEASE REGARDING TRUST FUND SETTLEMENT AND D. POOLE EMAIL REGARDING TAX ISSUES IN CONNECTION WITH PAYMENT OBLIGATIONS TO TRUST; ANALYZE TAX ISSUES; TELEPHONE CONFERENCES WITH N. DENOVIO REGARDING SAME; TELEPHONE CONFERENCE WITH N. DENOVIO AND D. POOLE REGARDING SAME; MEET WITH R. ABRO REGARDING SAME; TELEPHONE CONFERENCES WITH R. ABRO REGARDING SAME |
| 04/09/08 | RDA | 3.90 | RESEARCH CERTAIN TAX ISSUES; CONFERENCE WITH J. KRONSNOBLE REGARDING THE SAME |
| 04/09/08 | JKS | 1.40 | RESEARCH TREATMENT OF POTENTIAL TRANSACTION AS TAX FREE REORGANIZATION |
| 04/10/08 | JMK | .80 | MEET WITH R. ABRO REGARDING TAX MATTERS |
| 04/10/08 | RDA | 5.30 | RESEARCH CERTAIN TAX ISSUES; CONFERENCE WITH J. KRONSNOBLE REGARDING THE SAME |
| 04/11/08 | JMK | 1.10 | REVIEW LEGAL AUTHORITY RELATING TO DESIGNATED SETTLEMENT FUNDS; MEET WITH R. ABRO REGARDING TAX MATTERS; TELEPHONE CONFERENCE WITH N. DENOVIO REGARDING SAME; TELEPHONE CONFERENCE WITH R. ABRO REGARDING SAME |
| 04/11/08 | RDA | 4.80 | RESEARCH CERTAIN TAX ISSUES; CONFERENCE WITH IRS AGENT REGARDING THE SAME; CONFERENCE WITH J. KRONSNOBLE TO DISCUSS RESULTS OF RESEARCH |
| 04/13/08 | RDA | 3.50 | RESEARCH CERTAIN TAX ISSUES; DRAFT E-MAIL TO J. KRONSNOBLE REGARDING THE SAME |
| 04/14/08 | JMK | 2.30 | REVIEW LEGAL RESEARCH MATERIALS REGARDING SECTION 163(1) AND 468B ISSUES; TELEPHONE CONFERENCE WITH R. ABRO |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80306306

2

DC\1101093.2

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 04/14/08 | RDA | 1.40 | REGARDING SAME; TELEPHONE CONFERENCE WITH N. DENOVIO REGARDING SAME; TELEPHONE CONFERENCE WITH N. DENOVIO AND D. POOLE REGARDING SAME; MEET WITH R. ABRO REGARDING SAME CONFERENCE CALL WITH J. KRONSNOBLE, N. DENOVIO, AND N. BLANCHARD TO DISCUSS CERTAIN TAX ISSUES; RESEARCH REGARDING THE SAME |
| 04/15/08 | RDA | .70 | CONFERENCE WITH IRS AGENT TO DISCUSS CERTAIN TAX ISSUES; RESEARCH LEGISLATIVE HISTORY; DRAFT E-MAIL SUMMARY OF RESEARCH TO J. KRONSNOBLE |
| 04/16/08 | JMK | .20 | REVIEW R. ABRO EMAIL REGARDING TAX MATTERS; DRAFT EMAIL TO R. ABRO REGARDING SAME |
| 04/17/08 | JMK | .90 | DRAFT EMAILS TO L&W AND W.R. GRACE PERSONNEL REGARDING TAX MATTERS; TELEPHONE CONFERENCE WITH R. ABRO REGARDING SAME; ANALYZE TAX ISSUES |
| 04/26/08 | NJD | .20 | REVIEW SECTION 163(L) ISSUES ON RESTRUCTURING; PRIOR EMAILS WITH D. POOLE |

Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| L J STEIN | (PARTNER, SR.) | 2.90 hrs @ | $925.00 | /hr. | $2,682.50 |
| N J DENOVIO | (PARTNER, SR.) | 8.70 hrs @ | $895.00 | /hr. | $7,786.50 |
| J M KRONSNOBLE | (PARTNER) | 11.50 hrs @ | $775.00 | /hr. | $8,912.50 |
| J K SANCHEZ | (ASSOC (BAR PDG)) | 12.80 hrs @ | $350.00 | /hr. | $4,480.00 |
| R D ABRO | (ASSOCIATE) | 19.60 hrs @ | $485.00 | /hr. | $9,506.00 |

Total Services        55.50 hrs                              $33,367.50

Total current charges                                        33,367.50

    BALANCE DUE                                    $33,367.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80306306

3

DC\1101093.2