IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 23, 2008, AT 1:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, JUNE 19, 2008
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## CONTINUED MATTERS

1.   Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06]
     (Docket No. 13415)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      [Signed] Continuation Order Regarding the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 6/3/08] (Docket No. 18845)

Response Deadline: November 3, 2006, at 4:00 p.m.

Responses Received:

a.      Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

**Status: This matter has been resolved and the parties will present an order at or prior to the hearing.**

2.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

Related Documents:

a.      [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 6/3/08] (Docket No. 18846)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to July 21, 2008, at 1:00 p.m.

## QUARTERLY FEE APPLICATIONS

3.      Twenty-Seventh Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2007 through December 31, 2007.

Related Documents:

a.      Certification of Counsel Regarding Twenty-Seventh Quarter Project Category Summary [Filed: TBD] (Docket No. TBD)

b.      Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Twenty-Seventh Period [Filed: TBD] (Docket No. TBD)

Status:  This matter will go forward.

**UNCONTESTED MATTERS**

4.      Motion of the Debtors' for an Order Allowing Ernst & Young LLP to Retain Fees Earned
        and Paid in these Chapter 11 Cases in Excess of the OCP Total Expenditure Cap [Filed:
        4/28/08] (Docket No. 18627)

        Related Documents:

        a.      [Proposed] Order Allowing Ernst & Young LLP to Retain Fees Earned and Paid
                in These Chapter 11 Cases in Excess of the OCP Total Expenditure Cap [Filed:
                4/28/08] (Docket No. 18627)

        Response Deadline: May 16, 2008, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        Status: This matter will go forward.

5.      Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required
        Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees
        [Filed: 5/19/08] (Docket No. 18746)

        Related Documents:

        a.      [Proposed] Order Authorizing Debtors to Make Legally Required Minimum
                Contributions to Defined Benefit Pension Plans Covering Debtors' Employees
                [Filed: 5/19/08] (Docket No. 18746)

        b.      **Certification of No Objection Regarding Debtors' Motion for Entry of an
                Order Authorizing Debtors to Make Legally Required Minimum
                Contributions to Defined Benefit Pension Plans Covering Debtors'
                Employees [Filed: 6/9/08] (Docket No. 18888)**

        Response Deadline: June 6, 2008, at 4:00 p.m.

        Responses Received: None as of the date of this Notice of Agenda.

        **Status: No parties have objected to the relief requested in the Motion.  Accordingly,
        the Debtors have filed a certificate of no objection and respectfully request the entry
        of the order attached to the Motion.**

**CONTESTED MATTERS**

6.      Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and
        Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the
        Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic
        Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret
        Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771].*

        Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.      Objection of Maryland Casualty Company to Motion of the Scotts Company
        Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of
        Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified
        Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay
        [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.      Response of One Beacon America Insurance Company and Seaton Insurance
        Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil
        Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the
        Extent Necessary From the Modified Preliminary Injunction Order Dated January
        22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083,
        Docket No. 14)

c.      Objection of Continental Casualty Company and Boston Old Colony Insurance
        Company to the Scotts Company's Motion Seeking Relief From the Automatic
        Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed:
        2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status:  A status conference will go forward on this matter.

7.      Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay
        [Filed: 12/21/08] (Docket No. 17685)

        Related Documents:

        a.      [Proposed] Order Granting  Motion of City of Charleston, South Carolina for
                Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

        Response Deadline: January 11, 2008, at 4:00 p.m.

        Responses Received:

        a.      Debtors' Objection to the Motion of the City of Charleston, South Carolina for
                Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

        Status: A status conference will go forward on this matter.

8.      Motion of Mian Realty, LLC for Entry of Order Declaring that (i) the Automatic Stay
        Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii)
        Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim
        Under the Bankruptcy Code [Filed: 4/11/08] (Docket No. 18501)

        Related Documents:

        a.      [Proposed] Order Declaring that the Automatic Stay Does Not Apply to Filing of
                Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation
                to Cleanup Certain Real Property Does Not Constitute a Claim Under the
                Bankruptcy Code [Filed: 4/11/08] (Docket No. 18501)

b.      Amended Notice of Motion of Mian Realty, LLC for Entry of Order Declaring that (i) the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/30/08] (Docket No. 18642)

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received:

a.      Debtors' Response and Objection to Motion of Mian Realty Regarding Applicability of the Automatic Stay [Filed: 5/16/08] (Docket No. 18735)

Status: This matter will go forward.

9.      Application of David T. Austern, Future Claimants' Representative, for Authorization to Modify the Employment of Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative [Filed: 4/28/08] (Docket No. 18599)

Related Documents:

a.      [Proposed] Order Authorizing Modification of the Retention and Employment of Piper Jaffray & Co. as Financial Advisor to David T. Austern, Future Claimants' Representative [Filed: 4/23/08] (Docket No. 18599)

b.      Amended Notice of Application of David T. Austern, Future Claimants' Representative, for Authorization to Modify the Employment of Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative [Filed: 5/9/08] (Docket No. 18693)

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received:

a.      Acting United Trustee's Objection to Application of David T. Austern, Future Claimants' Representative, for Authorization to Modify the Employment of Piper Jaffray & Co. as Financial Advisor to the Future Claimants' Representative [Filed: 5/16/08] (Docket No. 18727)

**Status: The parties have agreed to continue this matter until July 21, 2008, at 1:00 p.m.**

## MATTERS RELATING TO ASBESTOS PD CLAIMS

10.     Status Report on Asbestos Property Damage Claims and Mediation

Related Documents:

a.      Settlement Judge's Report [Filed: 5/23/08] (Docket No. 18779)

Status: A status conference will go forward on this matter.

11.    Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

Status: These claims have been resolved and the parties intend to present a settlement agreement shortly.

12.    Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

Status: These claims have been resolved and the parties intend to present a settlement agreement shortly.

## ZAI MATTERS

13.    Status on Canadian ZAI PD Claims Settlement and Other Matters

Related Documents:

a.    Expedited Motion of the Canadian ZAI Claimants for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)

b.    [Proposed] Order Granting Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)

c.    Motion of the Canadian ZAI Claimants to Shorten Notice for Expedited Consideration of Their Motion for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18522)

(i)    [Signed] Order Granting Expedited Consideration of the Canadian ZAI Claimants' Motion for Relief From the Automatic Stay [Filed: 4/23/08] (Docket No. 18593)

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to the Canadian ZAI Claimants' Motion to Lift the Automatic Stay [Filed: 5/16/08] (Docket No. 18734)

Status: A status conference will go forward on this matter.

*[Remainder of Page Intentionally Left Blank]*

**STATUS REGARDING CHAPTER 11 PLAN**

14. **Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 6/13/08] (Docket No. 18922)**

    **Status:** **A status conference will go forward on this matter.**

Dated: June 16, 2008

                    KIRKLAND & ELLIS LLP
                    David M. Bernick, P.C.
                    Janet S. Baer
                    200 East Randolph Drive
                    Chicago, IL  60601
                    Telephone:  (312) 861-2000
                    Facsimile:  (312) 861-2200

                    -and–

                    PACHULSKI STANG ZIEHL & JONES LLP

                    *James E. O'Neill*

                    Laura Davis Jones (Bar No. 2436)
                    James E. O'Neill (Bar No. 4042)
                    Kathleen P. Makowski (Bar No. 3648)
                    Timothy P. Cairns (Bar No. 4228)
                    919 North Market Street, 17th Floor
                    Wilmington, DE  19801
                    Telephone:  (302) 652-4100
                    Facsimile:  (302) 652-4400

                    Co-Counsel for the Debtors and Debtors in Possession