**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) |
| | ) **Chapter 11** |
| **W.R. GRACE & CO.,** *et al.*, | ) |
| | ) **Case No. 01-01139 (JKF)** |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) **Objection Deadline: July 3, 2008** |
| | ) **Hearing Date: July 21, 2008 @ 2:00 p.m. ET** |
| | ) |

**NOTICE OF MOTION**

TO: Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties directly affected by this motion.

The Canadian ZAI Claimants have filed a Motion for an Order to Establish a Protocol for Cross-Border Communication Between the United States Bankruptcy Court and the CCAA.

You are required to file a response to the attached motion on or before July 3, 2008.

At the same time, you must also serve a copy of the response upon Movant's attorney:

> Daniel K. Hogan, Esquire
> THE HOGAN FIRM
> 1311 Delaware Avenue
> Wilmington, DE 19806
> (302) 656-7540

**HEARING ON THE MOTION WILL BE HELD ON JULY 21, 2008, @ 2:00 PM ET**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

By: /s/Daniel K. Hogan
Daniel K. Hogan

June 16, 2008
Date

**Local Form 106**