**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **IN RE:** | ) <br> ) **Chapter 11** <br> ) <br> ) **Case No. 01-01139 (JKF)** <br> ) **Jointly Administered** <br> ) <br> ) |
| **W.R. GRACE & CO.,** *et al.***,** | |
| **Debtors.** | |

**CERTIFICATE OF SERVICE**

I, Daniel K Hogan, certify that I am not less than 18 years of age and that true and correct copies of the foregoing instrument were served upon the parties listed on the 2002 service list by electronic mail and/or CM/ECF and/or (i) facsimile upon counsel to the Debtors, and each Committee in these cases for whom facsimile numbers are available, and the U.S. Trustee's Office and (ii) via first-class mail on all other parties appearing on the Rule 2002 Service List Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 16, 2008    */s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com