**Exhibit A**

Closing Agreement On Final Determination - Fresenius Medical Care Holdings, Inc. 13-3461988

Form **906-c**                    Department of the Treasury-Internal Revenue Service
(Rev. 8/1994)

"ORIGINAL"

## Closing Agreement On Final Determination
## Covering Specific Matters

---

Under section 7121 of the Internal Revenue Code of 1986 ("I.R.C."), Fresenius Medical Care Holdings, Inc. (f/k/a W.R. Grace & Co. and f/k/a Fresenius National Medical Care Holdings, Inc.), and affiliated corporations ("Taxpayer"), Taxpayer Identification Number: 13-3461988 - 5400 Broken Sound Blvd. NW, Boca Raton, Florida  33487

and the Commissioner of Internal Revenue make the following closing agreement:

WHEREAS, Taxpayer filed consolidated Federal income tax returns for the taxable years ended December 31, 1993 through December 31, 1996 (Fresenius applicable periods);

WHEREAS, Taxpayer established Research and Experimentation Tax Credits ("R&E credits") for the applicable periods in the amount of $10,796,175;

WHEREAS, Taxpayer was issued a Notice of Proposed Adjustment, February 28, 2001, by the Internal Revenue Service ("IRS") for the tax years ended December 31, 1993 through December 31, 1996, on R&E credits, for an unfavorable adjustment of $7,014,843 (reduction in federal tax credits filed in original tax returns);

|  | 1993 | 1994 | 1995 | 1996 | Total |
|---|---|---|---|---|---|
| Research credits per filed returns | $4,479,830 | $3,488,868 | $2,827,477 | $0 | $10,796,175 |
| Research credits per IRS exam | $1,954,797 | $612,941 | $1,213,594 | $0 | $3,781,332 |
| Adjustment per IRS | $2,525,033 | $2,875,927 | $1,613,833 | $0 | $ 7,014,843 |

WHEREAS, Taxpayer filed a Protest with the IRS, on or around August, 2002, asserting the following (see Protest for full disclosure):

"Specifically, the Taxpayer **agrees** with the following assessments:

▶ As it relates to the base year research expenses, the Taxpayer agrees with the adjustments made by the IRS for disallowed research expenses in the 1984-1986 audit cycle and the 1987-1989 audit cycle (see page 10 of the Form 5701-114).

Page 1 of 3

► As it relates to the base year gross receipts, the Taxpayer agrees with adjustments made by the IRS for the 1988 acquisition of National Medical Care & Subsidiaries (see page 16 of Form 5701-114)

► With respect to the "Davison increase" adjustment (see page 9 of Form 5701-114, the Taxpayer agrees to a 10% increase in base period expenses.

"Specifically, the Taxpayer **disagrees** with the following conclusions reached by the IRS in making its assessments:

► The adjustment of 40% as it relates to the "Davison increase" (see page 9 of Form 5701-114).

► The adjustments related to base period and historical research expenses and gross receipts for "dispositions occurring before or during the current credit year" (see pages 13-17 of Forms 5701-114).

► The adjustments relating to differences that existed between the tax return amounts and the PwC workpapers with respect to AgChem, E&C Polyfibron, Polyfibron and Hamphire Chemicals, and American Breeders and Chomerics (see page 17 of Form 5701-114).

► The use of "rounded" numbers in the IRS' calculated version for the credit for 1993-1996."

WHEREAS, the IRS issued a Rebuttal to Taxpayer's Protest on September 10, 2002, in which the IRS concluded that information submitted by Taxpayer in the Protest "[did] not change the engineer's position," as it related to the R&E credit dispute;

WHEREAS, Taxpayer and the IRS agreed to have an Appeals conference on May 11, 2006, to discuss the disputed R&E credit amounts. The purpose of the conference was to discuss the general approach to settlement of the issues and to project realistic target dates for resolution;

WHEREAS, Taxpayer and the IRS held the Appeals conference, debated the issues, and both parties agreed to settle the dispute. The effect of the settlement was that Taxpayer would prevail on 75% of the "divestiture" issue, and concede on the remainder of the protested adjustments. This settlement was reached due to unwillingness by both Taxpayer and the IRS to litigate the disputed matters. The settled adjustment was as follow:

|  | 1993 | 1994 | 1995 | 1996 | Total |
|---|---|---|---|---|---|
| Proposed Exam Adjustment | $2,525,033 | $2,875,927 | $1,613,883 | $0 | $7,014,843 |
| Appeals Change to Exam Adjust | ($2,145,235) | ($2,525,596) | ($1,613,833) | $0 | ($6,284,471) |
| Unfavorable Adjustment | $379,798 | $350,331 | $0 | $0 | $730,129 |

WHEREAS, Taxpayer and the Commissioner desire to resolve these matters, as described in the settled adjustment, with finality;

## NOW IT IS HEREBY DETERMINED AND AGREED for Federal income tax purposes that:

(1) Of the $10,796,175 of R&E credits claimed in the originally filed Federal income tax returns for the taxable years ended December 31, 1993 through December 31, 1996, $10,066,045 is allowed and $730,130 is disallowed.

(2) The amount disallowed pursuant to paragraph (1) is not recoverable as a deduction, credit, loss, basis adjustment, or in any other manner at any time.

This agreement is final and conclusive except:

(1) the matter it relates to may be reopened in the event of fraud, malfeasance, or misrepresentation of material fact;

(2) it is subject to the Internal Revenue Code sections that expressly provide that effect be given to their provisions (including any stated exception for Code section 7122) notwithstanding any other law or rule of law; and

(3) if it relates to a tax period ending after the date of this agreement, it is subject to any law, enacted after the agreement date, that applies to that tax period.

**By signing, the above parties certify that they have read and agreed to the terms of this document.**

Taxpayer: <u>FRESENIUS MEDICAL CARE HOLDINGS, INC.</u>

By ✓_____    Date Signed ✓_____

      Elyse Filon

Title   Vice President – Finance

Commissioner of Internal Revenue

By _____    Date Signed _____

      Jay L. Wein

Title   Appeals Team Case Leader

Page 3 of 3

Form 906-c (Rev. 08/1994)

Closing Agreement On Final Determination - Fresenius Medical Care Holdings, Inc. 13-3461988

I have examined the specific matters involved and recommend approval of the proposed agreement.

_____

(Receiving Officer)                    (Date)

_____
Appeals Officer
(Title)

I have reviewed the specific matters involved and recommend approval of the proposed agreement.

_____

(Reviewing Officer)                    (Date)

_____
Appeals Officer
(Title)

Form 906-c (Rev. 08/1994)