**Exhibit E**

**GRACE**

Carol Finke
Tax Counsel

W. R. Grace & Co.
5400 Broken Sound Boulevard N.W.
Suite 300
Boca Raton, FL 33487

Tel.:   (561) 362-1300
Fax:   (561) 362-1323
E-mail: Carol.Finke@grace.com

<u>*Via Express Mail*</u>

April 14, 2005

Mr. Fritz Vilma
Internal Revenue Service
IRS, Stop 4714, Rm. 343
7850 SW 6th Court
Plantation, Florida 33324

Re: **TAX PAYMENT**
    Fresenius Medical Care Holdings, Inc. Affiliated Group
      (formerly W. R. Grace & Co.)
    EIN: 13-3461988
    Taxable Years ending December 31, 1993 through December 31, 1996

Dear Mr. Vilma,

    On February 9, 2005, Fresenius Medical Care Holdings, Inc. Affiliated Group ("Taxpayer") filed a Protest stating that except with respect to (i) research credits and research and experimentation expenditures of the Taxpayer and (ii) the proposed complete disallowance of interest deductions related to corporate owned life insurance ("COLI") policies and subject to the approval of the Bankruptcy Court, Taxpayer is in agreement with changes proposed by the Internal Revenue Service ("IRS") as set forth in the Revenue Agent's Report dated January 10, 2005 on Substitute Form 4549A with respect to taxable years ending December 31, 1993 through December 31, 1996.

    As you are aware, on January 20, 2005, the Taxpayer, Sealed Air Corporation, W. R. Grace & Co., and W. R. Grace & Co.-Conn. entered into a Closing Agreement with the IRS with respect to COLI interest deductions (the "COLI Closing Agreement"). We understand that the IRS is in the process of issuing a revised Revenue Agent's Report to implement the COLI Closing Agreement. However, notwithstanding the fact that the revised Revenue Agent's Report implementing the COLI Closing Agreement has not been issued, the

Mr. Fritz Vilma  
Internal Revenue Service

April 14, 2005  
Page 2

United States Bankruptcy Court for the District of Delaware entered an order on April 12, 2005 directing W. R. Grace & Co. to make a tax payment for the agreed issues no later than April 15, 2005.

Accordingly, enclosed please find our Check No. 00435638 in the amount of ninety million dollars ($90,000,000.00). I would appreciate your confirming receipt of this check by signing and dating the enclosed copy of this letter and returning it to my attention in the envelope provided. To the extent permitted by law, we retain the right to seek a refund of all or part of this payment if for some reason the IRS changes its position with respect to any of the agreed issues or as otherwise necessary to protect the rights of W. R. Grace & Co. or the Taxpayer.

Very truly yours,

*Carol M. Finke*

Carol M. Finke

Enclosures (3)

RECEIVED from W. R. Grace & Co. Check No. 00435638 in the amount of ninety million dollars ($90,000,000.00)

Date: April 14, 2005

_____  
Fritz Vilma  
Internal Revenue Service

**GRACE**  62 Whittemore Avenue  Cambridge, MA  02140  (617) 498-4459

| Check Date: | 04/04/2005 | Check No. | 00435638 | Page 1 of 1 |
|---|---|---|---|---|
| Vendor No: | 85336 | Check Amt | 90,000,000.00 | |

| DOCUMENT NUMBER | INVOICE DATE | INVOICE NUMBER | INVOICE DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1900009896 | 04/01/05 | 19931996AUDIT | | 90,000,000 | 0.00 | 90,000,000.00 |
| | | Totals: USD | | 90,000,000 | 0.00 | 90,000,000.00 |

WHEN ENDORSED THE ATTACHED CHECK IS AN ACKNOWLEDGEMENT OF THE RECEIPT OF FULL PAYMENT OF THE ITEMS DESCRIBED IN THIS STATEMENT
DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES

**GRACE**
W.R. Grace & Co. - Conn.
DIP
62 Whittemore Avenue
Cambridge, MA  02140

The Face Of This Document Has A Colored Background On White Paper
First Union National Bank of North Carolina 8502
Chapel Hill, NC  27514
66-156
531

Check No.
**00435638**
04/04/2005

PAY   ***Ninety Million Dollars And 00 Cents

***$90,000,000.00

To The Order Of
85336

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
ATTN: FRITZ VILMA, STOP 4714 RM 343
7850 SW 6TH COURT
PLANTATION FL  33324

Authorized Signature
Authorized Signature
MP

⑊00435638⑊  ⑊053101561⑊  20799 2000576⑊

*See Reverse Side For Easy Opening Instructions*

W.R. Grace & Co. - Conn.
62 Whittemore Avenue
Cambridge, MA  02140

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
ATTN: FRITZ VILMA, STOP 4714 RM 343
7850 SW 6TH COURT
PLANTATION FL  33324