**Exhibit G**

Elyse Filon
Vice President - Finance

**GRACE**

W. R. Grace & Co.
5400 Broken Sound Blvd. NW, Suite 300
Boca Raton, FL 33487-3508

(561) 362-1302
Fax: (561) 362-1323
e-mail: elyse.filon@grace.com

*Certified Mail*
*Return Receipt Requested*

June 17, 2005



Internal Revenue Service
Attention: Mr. Fritz Vilma
IRS, Stop 4714, Room 343
7850 SW 6th Court
Plantation, Florida 33434

Re: **PROTEST**
Fresenius Medical Care Holdings, Inc. (formerly W. R. Grace & Co.)
EIN: 13-3461988

Dear Mr. Vilma,



Except with respect to a matter relating to research credits and research and experimentation expenditures set forth in this letter and subject to the approval of the U.S. Bankruptcy Court, the Fresenius Medical Care Holdings, Inc. Affiliated Group ("Taxpayer") is in agreement with the changes proposed by the Internal Revenue Service ("IRS") as set forth in the corrected Revenue Agent's Report (the "CRAR") dated May 19, 2005, on Substitute for Form 4549A with respect to taxable years ending December 31, 1993 through December 31, 1996.

1

Background

On September 3, 2002, the Taxpayer filed a Protest (the "2002 Protest") to the various Forms 5701 – Notice of Proposed Adjustments ("NOPAs") identified in a Revenue Agent's Report ("RAR") dated August 2, 2002, and a corrected RAR dated August 30, 2002, issued to Taxpayer with respect to taxable years ending December 31, 1993, through December 31, 1996. A copy of the 2002 Protest is attached as Exhibit A.

Fresenius Medical Care Holdings, Inc. (f/k/a W. R. Grace & Co, and thereafter Fresenius National Medical Care Holdings, Inc.), a New York corporation ("Fresenius" E.I.N. 13-3461988) is the common parent of Taxpayer for the taxable years ended December 31, 1993, through December 31, 1996. However, during the periods referred to in this protest, a number of different corporations were named W. R. Grace & Co. Each of them subsequently changed its name as a result of corporate reorganizations explained in more detail in the 2002 Protest. These corporations were also the common parent corporations of consolidated groups referred to by the same name. Sealed Air Corporation (f/k/a W. R. Grace & Co. and before that Grace Holding, Inc.), a Delaware corporation ("Sealed Air" E.I.N. 65-0654331), was the common parent of the Sealed Air Corporation Affiliated Group for the taxable period September 29, 1996, through December 31, 1996. Please refer to the 2002 Protest for the explanation of the various corporate changes and other issues, some of which arise from the bankruptcy filing of a member of the Taxpayer's affiliated group, W. R. Grace & Co.-Conn. ("Grace-Conn.").

Grace-Conn. is severally liable for any assessment of taxes made with respect to both Taxpayer and the Sealed Air Corporation Affiliated Group for the periods referenced above, i.e., periods that both were members of the same affiliated group. Both Grace-Conn. and its parent, W. R. Grace & Co. are currently debtors in a bankruptcy action pending in Delaware (Docket No. 01-01140-PJW) and has been informed by its bankruptcy counsel that it will need court approval before it can agree to NOPAs or any proposed settlement.

## Protest

As stated above, the Taxpayer disagrees with the proposed adjustments in the CRAR with respect to certain research credits and research and experimentation expenditures of the Taxpayer that were the subject of the 2002 Protest. This letter incorporates the 2002 Protest and constitutes a Protest to the CRAR dated May 19, 2005 issued to Taxpayer with respect to this issue. Taxpayer hereby protests the identified adjustments relating to research credits and research and experimentation expenditures and requests that such adjustments be referred for review by the Appeals Office. Taxpayer also respectfully requests a conference with said Appeals Office.

## Conclusion

Taxpayer believes that the proposed adjustments relating to research credits and research and experimentation expenditures that are the subject of this Protest are erroneous, either factually, legally, or both. Taxpayer further believes that it can support the positions taken in its return as filed with respect to such adjustments and that Taxpayer is entitled to adjustments in its favor as set

forth herein. For these reasons, Taxpayer hereby protests the adjustments set forth in the NOPAs and seeks review thereof by Appeals.

\* \* \*

The undersigned assisted in the preparation of the protest but does not know personally that the statements of facts contained in the protest are true and complete.

A power of attorney (Form 2848) authorizing the undersigned to represent the Taxpayer in this matter is attached hereto as Exhibit D.

                                  Respectfully submitted,

                                  *Elyse Filon*

                                  Elyse Filon
                                  Vice President – Finance
                                  W. R. Grace & Co. Affiliated Group
                                  As Agent For Fresenius Medical Care Holdings, Inc.