IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Just For Feet, Inc.**<br>Debtor(s) | **Chapter 7**<br>Case No.: 99-4110 |
| **Nixon Fork, Mining, Inc.**<br>Debtor(s) | **Chapter 7**<br>Case No.: 99-2379 |
| **Access Beyond Techologies, Inc.**<br>Debtor(s) | **Chapter 7**<br>Case No.: 98-2276 |
| **Federal-Mogul Global, Inc.**<br>Debtor(s) | **Chapter 11**<br>Case No.: 01-10578 |
| **The Flintkote Company**<br>Debtor(s) | **Chapter 11**<br>Case No.: 04-11300 |
| **ACandS, Inc.**<br>Debtor(s) | **Chapter 11**<br>Case No.: 02-12687 |
| **Kaiser Aluminum Corporation**<br>Debtor(s) | **Chapter 11**<br>Case No.: 02-10429 |
| **Armstrong World Industries, Inc.**<br>Debtor(s) | **Chapter 11**<br>Case No.: 00-4471 |
| **W.R. Grace & Co.**<br>Debtor(s) | **Chapter 11**<br>Case No.: 01-1139 |

### NOTICE OF DATE CHANGE

All hearings that were scheduled for Monday August 25, 2008, in Wilmington, Delaware have been cancelled and moved to Tuesday September 2, 2008. These hearings will be held in Wilmington, Delaware starting at your normal scheduled time. Counsel may participate by phone. Please contact CourtCall and sign up by noon two business days before the hearing.

June 17, 2008
Date

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald

SAJ