IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 18326** |
| | ) | 6/2/08 Agenda Item No. 16 |

### ORDER DENYING ZAI CLAIMANTS' MOTION FOR ORDER TO SHOW CAUSE WHY COURT APPOINTED EXPERT WITNESS SHOULD NOT BE DESIGNATED

This matter having come before the Court on the ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not be Designated (Docket No.18326) the Court having reviewed the ZAI Claimants' motion, the Debtors' brief in opposition, the ZAI Claimants' reply brief, and all exhibits thereto; and the Court having considered the arguments of counsel at the hearing, it is hereby

ORDERED that, for the reasons stated on the record at the June 2, 2008 hearing, the ZAI Claimants' motion is denied.

Dated: June 17, 2008

_Judith K. Fitzgerald_   SAJ
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge