## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 18325 |
| | ) | 6/2/08 Agenda Item No. 15 |

### ORDER DENYING ZAI CLAIMANTS' MOTION FOR DISMISSAL OF AN INDIVIDUAL ZAI CLAIM OR FOR A RULE 54(B) DETERMINATION TO PERMIT APPELLATE REVIEW OF THE ZAI OPINION

This matter having come before the Court on the ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion (Docket No.18325), the Court having reviewed the ZAI Claimants' motion, and the objections thereto and the Court having considered the arguments of counsel at the hearing, it is hereby

ORDERED that, for the reasons stated on the record at the June 2, 2008 hearing, the ZAI Claimants' motion is denied.

Dated: June 18, 2008

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge