**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**April 2008**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended April 30, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 37.6 | $ 26,263.60 |
| George Baccash | Tax Partner | 32 | Integrated Audit | $588.00 | 8.0 | $ 4,704.00 |
| Robert F Eydt | Audit Partner | 25+ | Integrated Audit | $990.60 | 2.0 | $ 1,981.20 |
| Cody Smith | Audit Partner | 22 | Integrated Audit | $990.60 | 1.5 | $ 1,485.90 |
| Jennifer James | Director | 16 | Integrated Audit | $698.50 | 1.0 | $ 698.50 |
| Jesse Tracey | Advisory Director | 11 | Integrated Audit | $501.65 | 1.0 | $ 501.65 |
| Rafael Garcia | Tax Director | 15 | Integrated Audit | $414.75 | 19.0 | $ 7,880.25 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 4.0 | $ 1,640.84 |
| Brian Titus | Audit Senior Manager | 11 | Integrated Audit | $717.55 | 0.4 | $ 287.02 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $410.21 | 71.5 | $ 29,330.02 |
| Kenneth Couls | Audit Senior Manager | 9.5 | Integrated Audit | $717.55 | 2.5 | $ 1,793.88 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $283.50 | 29.1 | $ 8,249.85 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $412.76 | 0.5 | $ 206.38 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $349.26 | 0.5 | $ 174.63 |
| Pamela Barkley | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 54.5 | $ 12,389.49 |
| Erica Margolius | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 73.0 | $ 15,297.15 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | $199.50 | 16.0 | $ 3,192.00 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 13.0 | $ 2,905.76 |

| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $156.21 | 91.5 | $ | 14,293.22 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $123.19 | 42.1 | $ | 5,186.30 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $170.18 | 24.5 | $ | 4,169.41 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $156.21 | 67.5 | $ | 10,544.18 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $156.21 | 51.6 | $ | 8,060.44 |
| Jian Hui Lee | Audit Associate | 2 | Integrated Audit | $266.70 | 1.5 | $ | 400.05 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | $147.00 | 29.0 | $ | 4,263.00 |
| | | TOTAL | | | 642.8 | $ | 165,898.72 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

Totals          31.0                                          $    3,681.09

## Summary of PwC's Fees By Project Category:
## April 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |

| | | |
|---|---|---|
| 11-Financing | | |
| 12-Fee Applications, Others | 31.0 | $3,681.09 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 642.8 | $165,898.72 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 673.8 | $169,579.81 |

## Expense Summary
## April 2008

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,847.52 |
| Lodging | N/A | $461.62 |
| Sundry | N/A | $27.58 |
| Business Meals | N/A | $351.61 |
| TOTAL: | | $2,688.33 |