# EXHIBIT - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended April 30, 2008**

| Date | Hours | Description of Services Provided | | Bill Rate | | Extended Cost |
|---|---|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | | | |
| **Name:  Melissa Noel** | | | | | | |
| 4/1/2008 | 2.0 | Clean up Feb reports and do Shahin's expenses | $ | 109.22 | $ | 218.44 |
| 4/3/2008 | 1.5 | Prepare letters for submission and clean up Feb reports | $ | 109.22 | $ | 163.83 |
| 4/4/2008 | 1.5 | Reconcile Feb time and fix Feb reports | $ | 109.22 | $ | 163.83 |
| 4/7/2008 | 0.5 | Prepare March email to go out to collect Grace T&E | $ | 109.22 | $ | 54.61 |
| 4/8/2008 | 1.5 | Prepare March email to go out to collect Grace T&E | $ | 109.22 | $ | 163.83 |
| 4/14/2008 | 5.0 | Clean up March reports | $ | 109.22 | $ | 546.10 |
| 4/15/2008 | 1.0 | Wrap up Feb reports, get letters signed and mailed | $ | 109.22 | $ | 109.22 |
| 4/16/2008 | 1.0 | Transfer nonbillable hours | $ | 109.22 | $ | 109.22 |
| 4/17/2008 | 2.5 | create bills and organize Grace billing binder | $ | 109.22 | $ | 273.05 |
| 4/18/2008 | 1.5 | Prepare Reconciliation, move nonbillable hours | $ | 109.22 | $ | 163.83 |
| 4/21/2008 | 1.0 | Prepare Invoice and pick up check | $ | 109.22 | $ | 109.22 |
| 4/22/2008 | 1.0 | Organize Grace fee application schedules, CAA requests for missing information | $ | 109.22 | $ | 109.22 |
| 4/23/2008 | 1.0 | Follow up on March outstanding details and mail check | $ | 109.22 | $ | 109.22 |
| 4/24/2008 | 1.0 | Report Grace comments to Mgt and follow up on Mach outstanding time | $ | 109.22 | $ | 109.22 |
| 4/25/2008 | 0.8 | work with AR departmment and email Pam and Ryan about application of checks | $ | 109.22 | $ | 87.38 |
| | 1.2 | Review, edit March 08 reports | $ | 109.22 | $ | 131.06 |
| 4/29/2008 | 3.5 | Fix Q27 discrepancies | $ | 109.22 | $ | 382.27 |
| 4/30/2008 | 1.0 | Send emails to individuals to Fix March errors | $ | 109.22 | $ | 109.22 |
| | **28.5** | | | | $ | **3,112.77** |
| | | | | | | |
| **Name:  Pamela Barkley** | | | | | | |
| 4/24/2008 | 1.0 | Working on the response back from the bankruptcy reports | $ | 227.33 | $ | 227.33 |
| 4/29/2008 | 0.7 | Review the March application for the bankruptcy courts | $ | 227.33 | $ | 159.13 |
| 4/29/2008 | 0.8 | Reviewing the comments from the response of the bankruptcy courts | $ | 227.33 | $ | 181.86 |
| | **2.5** | | | | $ | **568.32** |
| | | | | | | |
| **Totals** | **31.0** | **Total Grace Time Tracking Charged Hours** | | | **$** | **3,681.09** |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended April 30, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 37.6 | $ 26,263.60 |
| George Baccash | Tax Partner | 32 | Integrated Audit | $588.00 | 8.0 | $ 4,704.00 |
| Robert F Eydt | Audit Partner | 25+ | Integrated Audit | $990.60 | 2.0 | $ 1,981.20 |
| Cody Smith | Audit Partner | 22 | Integrated Audit | $990.60 | 1.5 | $ 1,485.90 |
| Jennifer James | Director | 16 | Integrated Audit | $698.50 | 1.0 | $ 698.50 |
| Jesse Tracey | Advisory Director | 11 | Integrated Audit | $501.65 | 1.0 | $ 501.65 |
| Rafael Garcia | Tax Director | 15 | Integrated Audit | $414.75 | 19.0 | $ 7,880.25 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 4.0 | $ 1,640.84 |
| Brian Titus | Audit Senior Manager | 11 | Integrated Audit | $717.55 | 0.4 | $ 287.02 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $410.21 | 71.5 | $ 29,330.02 |
| Kenneth Couls | Audit Senior Manager | 9.5 | Integrated Audit | $717.55 | 2.5 | $ 1,793.88 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $283.50 | 29.1 | $ 8,249.85 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $412.76 | 0.5 | $ 206.38 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $349.26 | 0.5 | $ 174.63 |
| Pamela Barkley | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 54.5 | $ 12,389.49 |
| Erica Margollus | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 73.0 | $ 15,297.15 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | $199.50 | 16.0 | $ 3,192.00 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 13.0 | $ 2,905.76 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $156.21 | 91.5 | $ 14,293.22 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $123.19 | 42.1 | $ 5,186.30 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $170.18 | 24.5 | $ 4,169.41 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $156.21 | 67.5 | $ 10,544.18 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $156.21 | 51.6 | $ 8,060.44 |
| Jian Hui Lee | Audit Associate | 2 | Integrated Audit | $266.70 | 1.5 | $ 400.05 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | $147.00 | 29.0 | $ 4,263.00 |
| | TOTAL | | | | 642.8 | $ 165,898.72 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/3/2008 | 0.6 | Discuss asbestos liability accounting with B Tarola and B Dockman (Grace) |
| 4/4/2008 | 3.9 | Discuss audit planning with D Parker, P Barkley, E Margolius and L Keorlet |
| 4/4/2008 | 0.3 | Discuss asbestos liability accounting with B Dockman (Grace) and D Parker (PwC) |
| 4/4/2008 | 0.5 | Discuss asbestos liability accounting with C Smith, K Couls and D Parker (PwC) |
| 4/4/2008 | 0.3 | Discuss asbestos liability accounting with B Tarola (Grace) |
| 4/7/2008 | 0.5 | Read news reports of asbestos settlement agreement |
| 4/8/2008 | 0.7 | Discuss asbestos settlement with H La Force (Grace) |
| 4/9/2008 | 0.8 | Discuss asbestos liability settlement agreement accounting and issues with B Tarola (Grace) and D Parker (PwC) |
| 4/16/2008 | 3.0 | Attend quarterly earnings meeting |
| 4/16/2008 | 2.5 | 50% Travel time to Boca Raton |
| 4/17/2008 | 1.5 | Discuss tax accounting issues and 2008 tax audit planning with E Filon, A Gibbons, A Clark (Grace), G Baccash, J Own, R Garcia, T Chesla, D Parker and L Keorlet (PwC) |
| 4/17/2008 | 6.5 | Discuss tax accounting issues and 2008 tax audit planning with G Baccash, J Own, R Garcia, T Chesla, D Parker and L Keorlet (PwC) |
| 4/18/2008 | 0.7 | Discuss quarter review issues with D Parker, P Barkley, E Margolius and L Keorlet (PwC) |
| 4/18/2008 | 0.3 | Discuss quarter review issues with P Barkley (PwC) |
| 4/18/2008 | 0.5 | Discuss asbestos liability issues with B Tarola (Grace) |
| 4/21/2008 | 0.4 | Discuss asbestos liability with C Smith, K Couls and D Parker (PwC) |
| 4/21/2008 | 0.4 | Discuss asbestos liability with B Tarola (Grace) |
| 4/21/2008 | 0.4 | Discuss asbestos liability with D Parker (PwC) |
| 4/21/2008 | 0.8 | Read documents related to asbestos liability |
| 4/22/2008 | 1.0 | Discuss asbestos liability and quarter review issues with H La Force (Grace) |
| 4/22/2008 | 0.5 | Discuss quarter review issues with F Festa (Grace) and P Barkley (PwC) |
| 4/22/2008 | 0.2 | Read financial statements of Columbia Strategic Cash fund |
| 4/22/2008 | 1.1 | Read draft earnings release |
| 4/22/2008 | 0.3 | Discuss quarter review status with P Barkley and L Keorlet (PwC) |
| 4/22/2008 | 0.6 | Discuss asbestos liability with B Tarola (Grace) |
| 4/22/2008 | 0.2 | Discuss quarter review status with H La Force (Grace) |
| 4/22/2008 | 0.6 | Read recent Form 8-K filings by Grace |
| 4/22/2008 | 0.5 | Discuss results of quarterly review of Grace Construction Products with D Parker, P Barkley, E Margolius, L Signori and K Geung (PwC) |
| 4/23/2008 | 0.2 | Discuss quarterly review status with L Keorlet (PwC) |
| 4/23/2008 | 0.2 | Discuss quarterly review status with D Parker (PwC) |
| 4/23/2008 | 0.6 | Attend by telephone the audit committee call to review the earnings release |
| 4/24/2008 | 0.7 | Add asbestos liability documentation to file |
| 4/24/2008 | 0.3 | Read and comment on draft audit committee minutes |
| 4/26/2008 | 1.4 | Review draft presentation to Audit Committee |
| 4/27/2008 | 1.1 | Read Grace accounting memos for the quarter |
| 4/28/2008 | 0.7 | Discuss audit planning with D Parker, E Margolius and L Keorlet (PwC) |
| 4/28/2008 | 0.8 | Discuss audit committee presentation with D Parker |
| 4/29/2008 | 2.0 | Review draft Form 10-Q |
| | **37.6** | **Total Grace Integrated Audit Charged Hours** |
| | **37.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  George Baccash**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 4/14/2008 | 2.0 | Meet with Alan Gibbons to review tax accruals. |
| 4/15/2008 | 3.0 | Meet with Alan Gibbons to review tax accruals. |
| 4/21/2008 | 3.0 | Meet with Alan Gibbons to discuss FIN48 analysis and issues regarding French statute of limitations. |
| | **8.0** | **Total Grace Integrated Audit Charged Hours** |
| | **8.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Robert Eydt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/30/2008 | 2.0 | Review quarterly and annual filings |
| | 2.0 | **Total Grace Integrated Audit Charged Hours** |
| | 2.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Cody Smith**

| | | |
|------|-------|----------------------------------|
| 4/4/2008 | 1.0 | Research and consultation regarding the accouting for the PI Settlement. |
| 4/21/2008 | 0.5 | Research and consultation regarding the accouting for the PI Settlement. |

| | 1.5 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|------------------------------------------------|

| | 1.5 | **Total Hours** |
|--|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Jennifer James**

| 4/16/2008 | 1.0 | Review of Q1 global retirement assumptions |
|-----------|-----|---------------------------------------------|

| | 1.0 | **Total Grace Integrated Audit Charged Hours** |
|---|-----|---|

| | 1.0 | **Total Hours** |
|---|-----|---|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jesse Tracey**

| 4/29/2008 | 1.0 | Reviewing the Derivative Valuation |

| 1.0 | **Total Grace Integrated Audit Charged Hours** |

| 1.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Rafael Garcia**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/17/2008 | 12.0 | Meeting with client- Deployment of team, review of ETR calculation |
| 4/21/2008 | 2.0 | Review Foreign provision and discuss matters with team |
| 4/22/2008 | 2.0 | Review FIN 48 issues |
| 4/23/2008 | 2.0 | Review client memoranda |
| 4/29/2008 | 1.0 | Review updated calculations |

|  | **19.0** | **Total Grace Integrated Audit Charged Hours** |
|--|----------|-----------------------------------------------|

|  | **19.0** | **Total Hours** |
|--|----------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Seshadri Venkiteswaran**

| 4/11/2008 | 4.0 | Meetings with Gloria Keesee, Ed Bull - SOX Planning & Scoping Discussions |
|-----------|-----|--------------------------------------------------------------------------|

| | 4.0 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|------------------------------------------------|

| | 4.0 | **Total Hours** |
|--|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Brian Titus**

| | | |
|------|-------|--------------------------------|
| 4/21/2008 | 0.4 | Met with Ken Couls, PwC National Office Senior Manager, to discuss issue surrounding the adjustment of a loss contingency |

| | 0.4 | **Total Grace Integrated Audit Charged Hours** |
|------|-------|--------------------------------|

| | 0.4 | **Total Hours** |
|------|-------|--------------------------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name: Doug Parker** | | |
| 4/1/2008 | 3.5 | Scoping for 2008 audit |
| 4/2/2008 | 1.6 | Scoping for 2008 audit |
| 4/2/2008 | 0.4 | Review Q1 planning |
| 4/2/2008 | 1.0 | Call with Pam Barkley regarding Grace quarterly review status |
| 4/3/2008 | 1.0 | PwC Grace team debrief meeting |
| 4/4/2008 | 1.8 | Read / review Q1 German loan currency hedge analysis |
| 4/4/2008 | 1.4 | Read draft PI settlement term sheet |
| 4/4/2008 | 0.8 | Review status of Q1 review |
| 4/4/2008 | 0.5 | Call with Cody Smith regarding proposed PI settlement accounting |
| 4/4/2008 | 1.0 | Meeting with Bill Dockman and Karen Russell regarding Q1 tax matters |
| 4/4/2008 | 1.0 | Meeting with Grace finance staff to discuss feedback on 2007 audit (Bill Dockman & team) |
| 4/8/2008 | 2.0 | Research / analysis of proposed PI settlement accounting |
| 4/9/2008 | 6.5 | Review / prepare materials for May Audit Committee meeting |
| 4/10/2008 | 1.5 | Review draft of 2008 engagement letter |
| 4/11/2008 | 1.0 | Research / analysis of proposed PI settlement accounting (continued) |
| 4/14/2008 | 1.0 | Research / analysis of proposed PI settlement accounting (continued) |
| 4/15/2008 | 3.5 | Research / analysis of proposed PI settlement accounting (continued) |
| 4/16/2008 | 2.8 | Read / review Q1 earnings package |
| 4/16/2008 | 5.2 | Attend Grace Q1 earnings meeting / call |
| 4/17/2008 | 9.0 | Meetings in Boca Raton with PwC tax (George Baccash and team) and Grace tax (Elyse Filon and team) |
| 4/18/2008 | 1.0 | Call with PwC Grace team to discuss BOA Columbia fund valuation |
| 4/21/2008 | 1.0 | Call with Ken Couls and Cody Smith regarding proposed PI settlement |
| 4/21/2008 | 1.0 | Read / review Q1 press release |
| 4/22/2008 | 2.7 | Read / review initial draft analysis of Q1 discrete adjustments |
| 4/22/2008 | 0.8 | Call with PwC Boston and Grace GCP regarding Q1 matters |
| 4/23/2008 | 2.4 | Review / analysis of Grace's Q1 tax package and memo |
| 4/23/2008 | 1.0 | Grace Q1 Audit Committee call |
| 4/23/2008 | 0.6 | Read / review revised draft of Q1 press release |
| 4/24/2008 | 1.2 | Review / prepare materials for May Audit Committee meeting (continued) |
| 4/24/2008 | 1.8 | Review staff work in database |
| 4/24/2008 | 1.0 | Read / review initial draft analysis of Q1 discrete adjustments (continued) |
| 4/25/2008 | 1.0 | Read / review initial draft analysis of Q1 discrete adjustments (continued) |
| 4/25/2008 | 1.5 | Review / prepare materials for May Audit Committee meeting (continued) |
| 4/25/2008 | 0.5 | Review staff work in database |
| 4/26/2008 | 1.0 | Revise materials for May 2008 audit committee meeting |
| 4/28/2008 | 3.5 | Read / review Q1 Form 10-K |
| 4/29/2008 | 1.0 | Read / review BOA Columbia Fund financials |
| 4/30/2008 | 2.0 | Review staff work in database |
| | **71.5** | **Total Grace Integrated Audit Charged Hours** |
| | **71.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Kenneth Couls**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/4/2008 | 1.0 | Assisted with consultations for the integrated audit/Q1 review |
| 4/21/2008 | 1.5 | Assisted with consultations for the integrated audit/Q1 review |
| | **2.5** | **Total Grace Integrated Audit Charged Hours** |
| | **2.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Juei Ping Joanna Own**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 4/14/2008 | 3.0 | 2008 Q1- internal meeting, discussion, meeting with client |
| 4/14/2008 | 2.3 | 2008 Q1-Review PBC (ETR and UTP calcs summary schedule, foreign income tax rate calcs schedule, German loan repayment discrete item schedule) |
| 4/15/2008 | 2.0 | 2008 Q1- internal meeting, discussion, meeting with client |
| 4/15/2008 | 2.8 | 2008 Q1-Review PBC (ETR and UTP calcs summary schedule, UTP detailed workpapers (foreign TP, Canadian late interest & penalty workpapers, French tax audit), German income tax provision calcs schedule |
| 4/16/2008 | 2.0 | 2008 Q1- internal meeting, discussion, Q1 review |
| 4/17/2008 | 6.3 | 2008 Q1- internal meeting re: tax audit scoping & planning Q1-Q4 and tax issues for Q1 with audit team (William Bishop, Douglas Parker, Lynda Keorlet) and the remaining tax team (George Baccash, Rafael García, Todd Chesla) |
| 4/17/2008 | 1.5 | 2008 Q1 - Meeting with client (Elyse Filon, Alan Gibbons, Andree Clark) to discuss with various Q1 tax review comments and open items |
| 4/17/2008 | 0.3 | 2008 Q1 - Review PBC (client Q1 income tax provision memo) & updated PBC (ETR & UTP summary calcs workpapers) from Alan Gibbons |
| 4/17/2008 | 0.5 | 2008 Q1 - Discussion with client (Alan Gibbons) re: various ETR, Discrete Items UTP items and changes, etc. |
| 4/18/2008 | 0.3 | 2008 Q1 - Discussion with Todd Chesla re: PwC Q1 review memo |
| 4/19/2008 | 1.7 | 2008 Q1 - Review German tax law and German PBC |
| 4/19/2008 | 1.4 | 2008 Q1 - Review PBC & revised new (German income tax rate calcs schedule, revised client Q1 income tax provision memo, revised ETR & UTP summary calcs workpapers) from Alan Gibbons along with PwC German tax law summaries and materials researched on internal website (e.g., K&I tax alerts & summary) and obtained from German desk in NYC |
| 4/21/2008 | 2.4 | 2008 Q1 - Review PBC (German income tax rate calcs schedule, foreign income tax provision, internal subsidiary change memo) along with our foreign statutory rate comparison table |
| 4/22/2008 | 2.2 | 2008 Q1 - Review revised & new PBC |
| 4/29/2008 | 0.1 | 2008 Q1 - Review revised & new PBC |
| 4/30/2008 | 0.3 | 2008 Q1 - Review revised & new PBC, revise review memo |

| | | |
|------|-------|--------------------------------|
| | **29.1** | **Total Grace Integrated Audit Charged Hours** |
| | **29.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Raul Quiroz**

| 04/18/2008 | 0.5 | Scope and data request validation for journal entry testing |
| | **0.5** | **Total Grace Integrated Audit Charged Hours** |
| | **0.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Craig Chu**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 4/15/2008 | 0.5 | I examined the global assumptions used for actuarial valuations for W.R. Grace & Company. |
| | 0.5 | **Total Grace Integrated Audit Charged Hours** |
| | 0.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Pamela Barkley** | | |
| 4/3/2008 | 2.0 | Meeting with Internal audit to go over the 2008 plan for the 404 work |
| | 1.5 | Meeting with E.Margolius to go over planning for the 2008 audit as well as debrief from the internal audit meeting |
| | 2.7 | Prepare for the debrief audit meeting with the Grace Corporate Finance group |
| | 0.8 | Preparing the budget for the first quarter of the audit |
| | 0.3 | Reading about the new DIP agreement for Grace |
| | 0.7 | Reading guidance about FAS 157 that Grace needs to implement |
| 4/4/2008 | 1.5 | Meeting with the Grace Finance team to debrief on the 2007 audit |
| | 0.4 | Reading about SAS 100 review guidance for the first quarter review |
| | 0.8 | Meeting with D.Parker (PwC) to go over what to present in the meeting |
| | 2.3 | Meeting with B.Bishop, D.Parker, E.Margolius, L.Keorlet to discuss the 2008 audit |
| | 1.0 | Reviewing different audit committee presentations and value added reports for Grace |
| 4/7/2008 | 1.2 | Meeting with E.Margolius and L.Keorlet to discuss who would write what parts for the AC presentation |
| | 0.7 | Listened to the press release call for Grace on the asbestos settlement |
| | 2.8 | Working on the fee analysis for the 2008 audit |
| | 1.3 | Compiling all the foreign entities for the 2008 audit |
| 4/14/2007 | 4.0 | Creating the EPT for WR Grace Code |
| | 1.2 | Sending emails to all the foreign entities to request fee estimates for the 2008 audit |
| | 2.0 | Working on the Fees for WR Grace |
| | 0.8 | Reading the AC reporter for suggestions on how to write the AC presentation |
| 4/16/2008 | 4.0 | Listening to the Earnings call for WR Grace |
| | 4.0 | Working on the Grace fees |
| 4/18/2008 | 0.5 | Meeting with Raul to discuss fees for DMG and plan for next year |
| 4/21/2008 | 0.5 | Call with D.Parker to discuss AC presentation |
| | 1.0 | Reviewing the budget for Grace |
| | 0.5 | Review status with audit team for quarter |
| | 0.5 | Meeting with B.Summerson & G.Huerta (Grace) to discuss LIFO issue |
| | 0.7 | Compiling a spreadsheet with all the foreign entities with their fees and estimates |
| | 0.3 | Reading guidance on FAS 157 for the requirements of disclosure in the first quarter |
| 4/22/2008 | 1.0 | Meeting with E.Ko to discuss fraud procedures for 2008 audit |
| | 1.0 | Reviewing the fees with J.Day (Grace) |
| | 0.5 | Status meeting with audit team |
| | 0.5 | Meeting with F.Festa (grace) for the quarter update |
| | 0.4 | Closing call with the GCP team in Boston |
| | 1.0 | Status meeting with D.Parker (PwC) |
| | 1.0 | Reviewing the first Quarter Database |
| | 1.0 | Reviewing the press release |
| 4/24/2008 | 0.5 | Attended the Grace Townhall meeting |
| | 0.4 | Reading the bankruptcy news #157 |
| | 0.3 | Working on the Grace budget |
| 4/28/2008 | 0.7 | Review the Grace quarterly budget |
| 4/29/2008 | 0.6 | Status meeting with L.Keorlet and E.Margolius |
| | 0.3 | Reviewing the AC presentation assembly with K.Marino (Grace) |
| | 1.0 | Review the proposed controls to eliminate due to AS 5 with L.Keorlet and E.Margolius |
| | 1.5 | Review the budget for the 2008 quarter and staffing for the remainder of the year |
| | 2.8 | Reviewing the Grace Database |

**54.5**    Total Grace Integrated Audit Charged Hours

**54.5**    Total Hours

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended April 30, 2008

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 4/3/2008 | 1.2 | Review management letter comment listing to prepare for audit debrief meeting with Grace accounting staff. |
| 4/3/2008 | 0.9 | Participate in internal meeting preparing discussion points for meeting with Grace accounting staff, including improvements for fiscal year 2008 audit. |
| 4/3/2008 | 0.6 | Review internal audit's schedule of site visits for fiscal year 2008. |
| 4/3/2008 | 0.5 | Review internal audit's list of proposed controls for deletion. |
| 4/4/2008 | 1.6 | Prepare for and participate in meeting with Grace accounting staff to review the 2007 audit and prepare for the 2008 audit. |
| 4/4/2008 | 0.7 | Participate in internal meeting to discuss audit committee presentation and commitment letter. |
| 4/4/2008 | 0.5 | Participate in internal meeting to discuss roles and responsibilities on the 2008 audit. |
| 4/4/2008 | 1.7 | Participate in internal meeting to discuss planning aspects of the 2008 audit. |
| 4/7/2008 | 0.6 | Read press releases on proposed asbestos personal injury settlement. Email press releases to engagement team. |
| 4/7/2008 | 0.7 | Prepare planning documents for the 2008 audit. E-mail Jennifer James, PwC GHRS specialist, to obtain input for audit committee presentation. |
| 4/8/2008 | 1.0 | Listen to archive of Grace conference call to discuss settlement of asbestos personal injury claims. |
| 4/8/2008 | 0.8 | Work on audit committee presentation. |
| 4/8/2008 | 1.2 | Work on preparing informational package for Hudson La Force, Grace. |
| 4/9/2008 | 1.8 | Review master data, SAS 100 audit alert, and previous quarter audit procedures to prepare the first quarter 2008 database and audit procedures. |
| 4/9/2008 | 1.2 | Participate in meeting discussing potential impact of FAS 157 on Grace financial statements. |
| 4/9/2008 | 0.1 | Communicate with PwC Hong Kong team concerning comfort gained over ITGC controls through SPA's work at the year end audit. |
| 4/10/2008 | 0.2 | Review schedules to prepare for divestment reserves meeting. |
| 4/10/2008 | 1.0 | Participate in divestment reserves meeting. |
| 4/11/2008 | 0.8 | Work on preparing informational package for Hudson La Force, Grace. |
| 4/14/2008 | 1.0 | Planning for first quarter audit, review of Q1 audit procedures. |
| 4/15/2008 | 1.0 | Review of pension discount rates. |
| 4/15/2008 | 1.0 | Draft Grace audit engagement letter. |
| 4/16/2008 | 1.5 | WR Grace Earnings Call. |
| 4/16/2008 | 0.3 | Review international audit fees. |
| 4/16/2008 | 0.5 | Review of pension discount rates. |
| 4/17/2008 | 0.5 | Finalize and send Hudson La Force, Grace, informational package for WR Grace. |
| 4/17/2008 | 0.5 | Call with K. Blood, Grace, to discuss pensions. |
| 4/17/2008 | 0.5 | Meet with Trent Walklett, Grace, to review accounting for Columbia fund. |
| 4/17/2008 | 0.3 | Meet with L. Barber, Grace, to obtain environmental and divestment reserves analysis. |
| 4/17/2008 | 0.3 | Meet with T. Dyer, Grace, to obtain SOAR and trial balances. |
| 4/17/2008 | 0.3 | Discussion with Jennifer James, PwC, on UK discount rates. |
| 4/17/2008 | 0.3 | Review divestment reserves schedule provided by L. Barber, Grace. |
| 4/17/2008 | 1.0 | Review guidance for FAS 157 for Grace accounting. |
| 4/17/2008 | 0.5 | Review first quarter scoping schedule. |
| 4/17/2008 | 0.5 | Review litigation template for mapping of matters to accruals and to disclosures. |
| 4/17/2008 | 0.8 | Corporate trial balance analytics. |
| 4/17/2008 | 0.8 | Review materiality guidance and perform Q1 materiality calculation. |
| 4/17/2008 | 0.5 | Review K. Geung, PwC, email on Emerites SAP integration. |
| 4/17/2008 | 0.2 | Call with K. Blood, Grace, to discuss pensions. |
| 4/17/2008 | 0.2 | Call with M. Averza, Grace, to discuss Pyramis liquidation. |
| 4/17/2008 | 0.4 | Update open items list. |
| 4/18/2008 | 1.0 | Perform status update. |
| 4/18/2008 | 0.3 | Calculate different levels of materiality for different input assumptions. |
| 4/18/2008 | 0.5 | Review, review strategy for Grace investment in the Columbia fund. |
| 4/18/2008 | 0.5 | Perform status update. |
| 4/18/2008 | 0.5 | Document materiality threshold in Q1 database. |
| 4/18/2008 | 1.0 | Perform corporate analytics. |
| 4/18/2008 | 1.0 | Q1 planning meeting with team. |
| 4/18/2008 | 3.0 | Review of pension plans. |
| 4/18/2008 | 0.5 | Perform status update. |
| 4/18/2008 | 0.2 | Address SPA questions related to the 2004 Summary of Aggregated Deficiencies. |
| 4/18/2008 | 0.2 | Review Grace memorandum on Washcoats. |
| 4/21/2008 | 0.5 | Update corporate analytics using corrected trial balance. |
| 4/21/2008 | 1.0 | Review audit committee presentation |
| 4/21/2008 | 1.6 | Tie out pension domestic balance sheet reconciliation. |

| | | |
|---|---|---|
| 4/21/2008 | 2.9 | Tie out pension balance sheet rollforward - international and domestic. |
| 4/21/2008 | 0.9 | Tie out pension unfunded pension liability footnote worksheet. |
| 4/21/2008 | 0.6 | Tie out pension core and noncore worksheets. |
| 4/22/2008 | 0.3 | Meet with B. Summerson, Grace, to discuss SAD valuation. |
| 4/22/2008 | 0.3 | Review the outstanding litigation template. |
| 4/22/2008 | 0.4 | Meet with T. Walklett, Grace, to discuss outstanding corporate trial balance fluctuations. |
| 4/22/2008 | 0.4 | Meet with T. Walklett, Grace, to discuss ownership of legal accrual mapping. |
| 4/22/2008 | 1.0 | Document planning steps in the database. |
| 4/22/2008 | 0.4 | Status update on documentation of the asbestos settlement and testing of severance accruals. |
| 4/22/2008 | 0.4 | Meet with K. Franks, Grace, to review severance accrual and reconciliation. |
| 4/22/2008 | 1.0 | Closing meeting with GCP. |
| 4/22/2008 | 0.3 | Participate in internal status update meeting. |
| 4/22/2008 | 0.3 | Prepare for meeting with T. Walklett, Grace. |
| 4/22/2008 | 0.2 | Meet with M. Khan, Grace, to get support for the Columbia fund redemptions. |
| 4/22/2008 | 0.5 | Review the press release and partner comments. |
| 4/22/2008 | 1.0 | Review the audited financial statements for the Columbia fund and test Grace's redemptions and impairment entry. |
| 4/23/2008 | 0.5 | Review memorandum on Washcoats.  Provide G. Huerta, Grace, feedback. |
| 4/23/2008 | 1.0 | Complete review of pensions. |
| 4/23/2008 | 1.0 | Review investments; discuss fluctuation in the securities account with Treasury Department and K. Russell, Grace. |
| 4/23/2008 | 0.3 | Update and review the open items list. |
| 4/23/2008 | 1.0 | Status update meeting. |
| 4/23/2008 | 0.4 | Meet with T. Finlay, Grace, to obtain adjusting entries for SOAR. |
| 4/23/2008 | 0.5 | Meet with R. Lapidario, to obtain amendment to DIP facility. |
| 4/23/2008 | 0.2 | Read FAS 157 memorandum |
| 4/23/2008 | 0.2 | Read final signed pension memorandum. |
| 4/23/2008 | 0.3 | Obtain support for the pyramis liquidation from M. Averza, Grace.  Attach in database. |
| 4/23/2008 | 0.2 | Email Shafie Awang, Grace, as inquiry for Grace Australia collateral fluctuation. |
| 4/24/2008 | 0.4 | Read Columbia fund memorandum and provide T. Walklett, Grace, comments. |
| 4/24/2008 | 0.3 | Update documentation for investments per Shafie Awang, Grace, comments and mark step completed. |
| 4/24/2008 | 0.5 | Complete the corporate analytics step. |
| 4/24/2008 | 0.5 | Review steps in the database. |
| 4/24/2008 | 0.5 | Review the analytics procedures performed on interest accruals. |
| 4/24/2008 | 0.8 | Review the mapping of legal accruals and the outstanding legal template. |
| 4/25/2008 | 0.5 | Review core and noncore expense analytics. |
| 4/25/2008 | 1.0 | Document in the summary of significant matters. |
| 4/25/2008 | 0.2 | Prepare for meeting with J. Day, Grace, about legal accruals. |
| 4/25/2008 | 0.6 | Meet with J. Day, K. Russell and L. Barber, Grace, to discuss mapping of legal matters to accruals. |
| 4/25/2008 | 0.6 | Document update to washcoats matter. |
| 4/25/2008 | 0.8 | Review environmental substantive analytics. |
| 4/25/2008 | 0.4 | Meet with T. Dyer, Grace, to review Dubai SAP implementation and reclassification. |
| 4/28/2008 | 0.4 | Review the corporate section of the database. |
| 4/28/2008 | 0.6 | Review environmental reserves and minutes. |
| 4/28/2008 | 0.8 | Participate in internal status update meeting. |
| 4/29/2008 | 1.2 | Participate in internal status update meeting. |
| 4/29/2008 | 1.0 | Review internal audit 404 schedule for 2008. |
| 4/29/2008 | 0.5 | Meet with J. Day, K. Russell and L. Barber, Grace, to discuss mapping of legal matters to accruals. |
| 4/29/2008 | 1.0 | Meeting to review reconciliation between budget and actual. |
| 4/29/2008 | 0.6 | Review financial statements. |
| 4/30/2008 | 1.0 | Review Grace database. |
| 4/30/2008 | 0.5 | Prepare for 404 meeting with internal audit. |

| | |
|---|---|
| __73.0__ | Total Grace Integrated Audit Charged Hours |

| | |
|---|---|
| __73.0__ | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Jacqueline Calvo**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 4/14/2008 | 0.5 | Met with client and had discussion |
| 4/14/2008 | 0.2 | Obtained ETR calculation |
| 4/14/2008 | 1.0 | Reviewed ETR Calculation for new items |
| 4/14/2008 | 1.0 | Inquired and tested Sec 162M |
| 4/14/2008 | 4.0 | Prepared substantive analytics workpaper |
| 4/14/2008 | 0.2 | Obtained UTP calculation |
| 4/14/2008 | 1.1 | Reviewed UTP Calculation |
| 4/15/2008 | 1.0 | Inquired about interest and penalties |
| 4/15/2008 | 1.0 | Gather 2007 year end tax information, such as Sec. 162M and support |
| 4/15/2008 | 3.0 | compared year end information to current quarter for UTP and ETR |
| 4/15/2008 | 0.5 | Had discussion with Lynda Keorlot, Auditor, regarding proxy information and testing, pre-tax book income |
| 4/15/2008 | 0.7 | Met with Tax VP and discussed IRS Audits and Valuation Allowance |
| 4/15/2008 | 1.8 | Documented info into Audit Database - including ETR, sec 162, and UTP |

|  | **16.0** | **Total Grace Integrated Audit Charged Hours** |
|--|----------|------------------------------------------------|

|  | **16.0** | **Total Hours** |
|--|----------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Lyndsay Signori**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 4/7/2008 | 1.5 | Preparation of detailed budget for the GCP Cambridge team |
| 4/7/2008 | 0.5 | Email with Nalini Baboram (client) regarding quarterly schedule request. |
| 4/8/2008 | 1.0 | Preparation of detailed budget card for FY2008 |
| 4/16/2008 | 4.0 | Attendance at the Q1, 2008 GCP internal earnings review |
| 4/16/2008 | 1.0 | Meeting with Victor Leo (controller) to discuss the quarter results, make inquiries about the quarter (results/unique transactions) |
| 4/16/2008 | 0.5 | Meeting with Nalini Baboram to review PBC listing and all items provided to perform quarterly review. |
| 4/17/2008 | 0.5 | Documentation of results of client meetings; documentation of quarterly review results (db steps: perform general inquiries and perform specific inquiries) |
| 4/17/2008 | 0.5 | Informal review with Karen Geung. Discussion regarding fluctuation explanations provided by client. |
| 4/17/2008 | 0.5 | Discussion with Victor Leo regarding CeraTech investment in Q1, 2008. Follow-up regarding questions arising from fluctuation explanations provided. |
| 4/22/2008 | 1.8 | Review of CeraTech agreement and related database documentation. |
| 4/22/2008 | 1.0 | Review of database - revenue analytics and inventory analytics |
| 4/22/2008 | 0.3 | GCP closing meeting with the Columbia, MD team and preparation of closing meeting agenda. |

**13.0**  **Total Grace Integrated Audit Charged Hours**

**13.0**  **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 4/2/2008 | 0.8 | Create internal audit planning meeting agenda |
| | 0.2 | Set up finance group audit debrief call & invite list with Leah Angle (Grace) |
| 4/3/2008 | 1.8 | Preparation for and attendance at Internal Audit planning meeting with Pamela Barkley (PwC), Ed Bull (Grace), Ed Henry (Grace), Krishna Saraiya (Grace), Chris Udoji (Grace), Barb Summerson (Grace) |
| | 1.0 | Discussion with E. Margolius (PwC) of audit debrief agenda and creation of agenda |
| | 0.7 | Discussion with D. Parker (PwC) of audit debrief agenda and creation of agenda |
| 4/4/2008 | 2.5 | Prepare for & attend finance group audit debrief call with E.Margolius (PwC), P.Barkley (PwC), D. Parker (PwC) and Grace Finance Dept. Management |
| | 2.0 | Audit team planning meeting with B.Bishop (PwC), E.Margolius (PwC), P.Barkley (PwC), D. Parker (PwC) |
| 4/7/2008 | 1.3 | Conference Call and review of articles on potential settlement of Asbestos PI Claims |
| | 1.0 | Set up of year end audit database & release of database to team |
| | 2.5 | Q1 planning procedures - including set up of independence, Q1 database, release of Q1 database & tailoring |
| 4/8/2008 | 1.0 | Document planning steps in Q1 database (section A) |
| | 1.4 | Review co. 001 to co. 250 loan schedules for Q1 and related forwards valuation |
| 4/9/2008 | 2.5 | Select Audit Committee Materials from Audit Committee Reporter tool |
| | 0.6 | Review co. 543 to co. 251 loan schedules for Q1 and related forwards valuation |
| | 0.5 | Discussion with T.Dyer (Grace) on FAS 157 implementation at Grace |
| | 0.4 | Review Darex Trial Balance and submit fluxes for explanation to G.Huerta (Grace) |
| | 0.4 | Review Davison & ART Trial Balances and submit fluxes for explanation to G.Huerta (Grace) |
| 4/10/2008 | 0.6 | Attend Grace quarterly Divestment Reserves meeting attended by Grace management and legal department members with E.Margolius (Grace) |
| | 1.2 | Review Davison LIFO calculation for Q1 |
| | 1.8 | Review ART LIFO calculation for Q1 |
| 4/11/2008 | 1.0 | Create new 2008 time tracking template |
| 4/14/2008 | 0.2 | Review Grace Factiva Articles |
| | 3.0 | Tailor Audit Committee presentation for 2008 audit planning |
| | 0.3 | Review Fraud Risk & Controls group service offerings for 2008 related to Grace |
| | 1.2 | Review Darex LIFO calculation for Q1 |
| 4/15/2008 | 0.4 | Create draft of 2008 ART Engagement letter |
| | 2.0 | Tailor Audit Committee presentation for 2008 audit planning |
| | 0.4 | Answer Grace questions from Jackie Calvo (PwC) related to 2008 tax procedures |
| | 1.0 | Review GCP LIFO calculation for Q1 |
| | 0.2 | Document step "Ensure annual engagement letter includes interim reviews" |
| 4/16/2008 | 2.3 | 50% travel time to Boca Raton FL |
| | 3.2 | Attend Grace quarterly internal earnings call (Davison portions) |
| | 0.3 | Document step "Obtain/update understanding of business" |
| 4/17/2008 | 5.0 | Planning discussions for Tax Audit in Boca Raton with Grace tax (Elyse Filon, Alan Gibbons, Andree Clark), and PwC (Doug Parker, Bill Bishop, George Baccash, Joanna Own, Rafael Garcia, Todd Chesla) |
| | 2.0 | 50% of travel time back from Boca (note 50% already taken, total time was 4 hrs) |
| 4/18/2008 | 1.0 | Research hedge effectiveness testing & provide to B.Gardner (Grace) to remediate 2007 controls finding |
| | 0.5 | Discuss audit status with B.Bishop (PwC) |
| | 0.5 | Discuss tax status with D.Parker (PwC) |
| | 0.5 | Set up inventory analytics for Q1 and discuss reports with B.Kelly (Grace) |
| | 1.0 | Discuss tax issues with D.Parker (PwC) & B.Dockman (Grace) |
| | 0.5 | Planning meeting with team, E.Margolius (PwC), A.Lueck (PwC), P.Katsiak (PwC), S.Rahmani (PwC), P.Barkley (PwC) |
| | 0.2 | Update open items list |
| | 0.5 | Discuss materiality determinations in planning 2008 audit |
| | 0.5 | Discuss status / time tracking plan for Q1 2008 (send email with template) |
| | 0.3 | Discuss Accounts Receivable review plan with S.Rahmani (PwC) |
| | 1.0 | Review Q1 tax draft memos |
| 4/21/2008 | 0.4 | Document step "Conduct planning meeting and document review strategy" |
| | 2.8 | Perform Davison Q1 Inventory & cost of sales analytical procedures |

| | | |
|---|---|---|
| 4/22/2008 | 0.7 | Fraud Audit Procedures Planning call with Esther Ko (PwC) and Pamela Barkley (PwC) |
| | 0.1 | Email inventory fluctuation questions to management |
| | 0.5 | Document step "Update understanding of internal controls and review 302 certification" |
| | 0.2 | Update open items list |
| | 0.2 | Discuss Q1 Internal Audit updates with Ed Bull (Grace) |
| | 0.2 | Meet with B.Kelly (Grace) to discuss inventory fluctuation questions |
| | 0.5 | Review & discuss accounts receivable work with S.Rahmani (PwC) |
| | 0.5 | Status update call on Q1 review with D.Parker (PwC) |
| | 0.5 | Review Press Release & comments from B.Bishop (PwC) |
| | 0.3 | Status update meeting with B.Dockman (Grace) |
| | 1.0 | Document summary of unadjusted differences for Q1 |
| | 2.0 | Review hedges and document step |
| | 0.2 | Email tax team (PwC) to check Q1 review status and provide press release |
| | 0.5 | Document results of inventory analytics inquiries |
| 4/23/2008 | 1.5 | Review hedges and results of J.Tracey (PwC) review, document step and email unadjusted difference to management |
| | 1.8 | Perform and document Davison Q1 Balance Sheet & Income Statement Analytics |
| | 0.4 | Meet with T.Dyer (Grace) and P.Katsiak (PwC) to go over press release comments |
| | 0.8 | Review Press Release & comments |
| | 0.4 | Document LIFO step and create liquidation calculation for Q1 |
| | 1.0 | Review tax schedules before press release |
| | 0.2 | Update open items list |
| | 0.4 | Discuss incentive compensation review with P.Katsiak (Pwc) |
| | 0.2 | Respond to core - non-core fluctuation questions from S.Rahmani (PwC) |
| | 0.2 | Discuss Davison SAP reports with B.Kelly (Grace) |
| | 0.7 | Team status update meeting with A.Lueck, P.Barkley, E.Margolius, S.Rahmani, P.Katsiak (all PwC) |
| | 0.2 | Document inventory analytics |
| | 0.2 | Follow up with tax team on Q1 review |
| 4/24/2008 | 0.1 | Email Esther Ko (PwC) on Grace international audit deliverables planning |
| | 0.7 | Attend Grace Q1 town hall meeting |
| | 0.3 | Tie out worldwide Q1 inventory report |
| | 1.0 | Review Davison steps in database |
| | 0.5 | Review cash flow fluctuation step and email additional question to K.Russell (Grace) |
| | 0.4 | Review Audit Committee Report and fee schedule and discuss ART fees |
| | 0.2 | Document significant Q1 matters step |
| | 0.2 | Discuss Accounts Receivable review with S.Rahmani (PwC) |
| | 0.1 | Discuss long term incentive plan review with P.Katsiak (PwC) |
| | 0.6 | Review press release tie out and discuss with A.Lueck & P.Katsiak (PwC) |
| 4/25/2008 | 0.3 | Review revenue step in database |
| | 0.2 | Review incentive compensation step in database |
| 4/28/2008 | 1.5 | Review internal audit AS 5 control list & schedule |
| | 0.5 | Planning discussion for controls testing |
| | 0.3 | Discuss review notes left relating to incentive compensation with P.Katsiak (PwC) |
| | 0.3 | Document Accounts Receivable credit memo write off memo |
| | 0.2 | Review Q1 Database |
| | 0.1 | Email J.Tracey (PwC) to discuss forwards contract valuation |
| | 1.0 | Review Global Entity Management System for independence |
| 4/29/2008 | 1.0 | Meeting with G.Huerta (Grace) and N.Filatova (Grace) to improve controls around LIFO review process |
| | 0.2 | Finalize documentation of LIFO review |
| | 1.5 | Discuss integrated audit plan with E.Margolius & P.Barkley (mainly - internal audit schedule and controls testing plan) |
| | 0.2 | Finalize documentation of hedges review |
| | 0.9 | Document long term incentive plan review work |
| | 0.2 | Respond to review notes in planning section of the database |
| | 0.2 | Email A.Lueck (PwC) regarding Grace time spent |
| | 1.0 | Update Audit Committee presentation and discuss with D.Parker (PwC) |
| | 0.5 | Edit engagement letter & audit committee presentation for submission to Grace |
| 4/30/2008 | 0.3 | Update open items list |
| | 0.2 | Review cash flow fluctuation step and email additional question to K.Russell (Grace) |
| | 0.1 | Check status of independence confirmations from team members |
| | 0.3 | Email tax team (PwC) to check Q1 review status and provide 10Q draft |
| | 0.8 | Review Accounts Receivable step & discuss with S.Rahmani (PwC) |
| | 0.5 | Review Revenue step & leave note for proposed changes |

| | |
|---|---|
| 0.2 | Review database |
| 0.5 | Document Summary of aggregated deficiencies |
| 0.4 | Review draft 1 of 10Q |
| 1.0 | Create agenda for Internal Audit meeting and gather materials |
| 1.0 | Create engagement letters for Q1 Audit Committee book and submit presentations for binding |
| 0.2 | Email E.Bull (Grace) to discuss audit committee report status |

| | |
|---|---|
| **91.5** | **Total Grace Integrated Audit Charged Hours** |

| | |
|---|---|
| **91.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Shahin Rahmani**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 4/16/2008 | 4.0 | Listened to the Q1 2008 Earnings Call for Davison and GCP |
| | 0.5 | Reviewed January and February Monthly Financial Reports |
| 4/17/2008 | 2.5 | Worked on reviewing the A/R and Allowances accounts creating analytics and bucket variances |
| | 1.5 | Created the Q1 Scoping Schedule and documented the step in the Q1 Database |
| 4/18/2008 | 0.8 | Planning Meeting with the Grace team to go over our areas in the database |
| | 2.5 | Performed analytics on accounts receivable and its allowances using the substantive analytical template |
| 4/21/2008 | 5.0 | Documenting and addressing the database notes for the Davison accounts receivable section |
| | 1.5 | Wrote the reports to the SEC and CFO. Also wrote the review report that will go in Grace's 10-Q |
| | 0.1 | Documented the correspondence step in the Grace Q1 database |
| 4/22/2008 | 4.0 | Press Release Tie-Out |
| 4/23/2008 | 3.0 | Performed the analytics on the Core Operating Costs for Q1. |
| | 2.0 | Performed the analytics on NonCore Operating Costs for Q1 |
| | 1.0 | Listened to the Grace Q1 2008 Earnings Call |
| | 1.0 | Documented and performed the intercompany out-of-balance report |
| 4/28/2008 | 0.2 | Reviewed the Quarterly Checklist Binder I received from Tom Dyer, WR Grace |
| | 1.0 | Analyzed and documented the equity roll forward spreadsheet that will be used in the tie-out of the 10Q |
| | 0.1 | Reviewed the SAP to SOAR binders for Latin America and Asia Pacific |
| 4/29/2008 | 1.4 | Received the preliminary 10Q and I tied out the prior year and prior quarter numbers. |
| | 1.4 | Tied out and reviewed the balance sheet |
| | 1.2 | Tied out and reviewed the income statement |
| 4/30/2008 | 1.9 | Tied out the Other balance sheet accounts |
| | 1.1 | Met with Aviva Son and Sheila Hawkins of WR Grace to go over questions regarding "Other balance sheet accounts" |
| | 1.0 | Tied out portions of the Pension tieout |
| | 0.5 | Documented and fixed parts of the accounts receivable analytic |
| | 0.3 | Tied out the Shareholder's equity (Footnote 10) |
| | 0.8 | Traced and tied the consolidated statements of shareholder's equity |
| | 1.0 | Received the other SAP to SOAR binders and reviewed them. Followed up with my questions to Jason Day, WR Grace. |
| | 0.8 | More follow-up questions regarding the "Other Balance Sheet Accounts" to Aviva Son and Sheila Hawkins. Received new documentation that was tied out to the 10Q |

| | 42.1 | Total Grace Integrated Audit Charged Hours |
|---|------|-------------------------------------------|

| | 42.1 | Total Hours |
|---|------|-------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|---------------------------------|

**Name: Karen Geung**

| Date | Hours | Description of Services Provided |
|------|-------|---------------------------------|
| 4/16/2008 | 4.0 | Attendance at the Q1, 2008 GCP internal earnings review |
| 4/16/2008 | 0.5 | Meeting with Victor Leo (controller) to discuss the quarter results, make inquiries about the quarter (results/unique transactions) |
| 4/16/2008 | 0.5 | Meeting with Nalini Baboram to review PBC listing and all items provided to perform quarterly review. |
| 4/16/2008 | 0.8 | Review of the Asia-Pacific Balance Sheet and P&L fluctuations and comments and provided Nalini Babooram with additional follow-up questions |
| 4/16/2008 | 0.8 | Review of the Europe Balance Sheet and P&L fluctuation comments and provided Nalini Babooram with additional follow-up questions |
| 4/16/2008 | 0.3 | Review of the Latin America Balance Sheet and P&L fluctuation and comments and ensured that no fluctuations planning materiality existed |
| 4/16/2008 | 0.8 | Review of the North America Balance Sheet and P&L fluctuation comments and provided Nalini Babooram with additional follow-up questions |
| 4/16/2008 | 0.5 | Performance of North America A/R substantive analytics, which includes setting up data, review and documentation of the analytics. |
| 4/17/2008 | 1.0 | Performance of North America A/R substantive analytics, which includes setting up data, review and documentation of the analytics. |
| 4/17/2008 | 0.5 | Informal review with Lyndsay Signori. Discussion regarding fluctuation explanations provided by client. |
| 4/17/2008 | 1.5 | Performance of North America Inventory substantive analytics, which includes setting up data, review and documentation of the analytics. |
| 4/17/2008 | 0.5 | Meeting with Michelle Hayworth, GCP Cost Accountant, to discuss the results of the Inventory analytics |
| 4/17/2008 | 0.5 | Review of the Europe Dubai SAP implementation w/ Victor Leo and Nalini Babooram. |
| 4/17/2008 | 2.0 | Setting up substantive analytics template for GCP Asia Pacific and documentation of results and follow-up comments |
| 4/17/2008 | 1.5 | Setting up substantive analytics template for GCP Europe and documentation of results and follow-up comments |
| 4/17/2008 | 0.5 | Meeting with Nalini Babooram in regards to additional follow-up questions for Europe |
| 4/18/2008 | 0.5 | Finalize documentation over the Europe substantive analytics after final answers to the follow-up questions provided |
| 4/18/2008 | 1.5 | Setting up substantive analytics template for GCP Latin America and documentation of results and follow-up comments |
| 4/18/2008 | 0.3 | Discussion w/ Pam Barkley in regards to the Dubai SAP integration |
| 4/18/2008 | 0.3 | Draft and send email to Victor Leo in regards to additional follow-up surrounding the Dubai SAP integration |
| 4/18/2008 | 2.0 | Setting up substantive analytics template for GCP North America and documentation of results and follow-up comments |
| 4/18/2008 | 1.0 | Documentation of the Dubai SAP integration in the database based on answers provided by Victor Leo |
| 4/18/2008 | 1.5 | Substantive analytics over sales for North America by product line |
| 4/18/2008 | 0.5 | Finalize documentation w/in the database for each of the regions' P&L and balance sheet analytics |
| 4/18/2008 | 0.5 | Prepare the draft of the closing meeting agenda |
| 4/22/2008 | 0.5 | GCP closing meeting with the Columbia, MD team |

| | | |
|------|-------|---------------------------------|
| | **24.5** | **Total Grace Integrated Audit Charged Hours** |
| | **24.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/17/2008 | 1.0 | Review of the steps to be completed for year-end database to ensure that planned steps are in accordance with the most up-to-date master data. |
| 4/17/2008 | 2.0 | Review of last year's summaries of plan and results and preparation of the SP&Rs for 2008. |
| 4/18/2008 | 2.0 | Review and documentation of Darex Trial Balance |
| 4/18/2008 | 2.5 | Trend analysis of the balance sheet for international entities (414, 427, 771, 795 and Germany) |
| 4/18/2008 | 2.0 | Evaluation of the analytic performed for international entities and communication of the follow up questions to Grace staff (e-mail to Trent Walklett) |
| 4/21/2008 | 2.0 | International fluxes (addressing questions from international contacts, clarifications) |
| 4/21/2008 | 0.3 | Review of the interest expense/average interest rate calculation for press release |
| 4/21/2008 | 2.5 | Reviewed Interest Expense |
| 4/21/2008 | 2.0 | Reviewed Libby and Chapter 11 accrual |
| 4/21/2008 | 0.1 | Reviewed Incentive Compensation |
| 4/21/2008 | 0.1 | Reviewed LTIP accrual |
| 4/22/2008 | 6.0 | Press release tie out |
| 4/22/2008 | 1.0 | Reviewed Foreign Balance Sheet Flux (Germany) |
| 4/22/2008 | 0.5 | Reviewed Foreign Balance Sheet Flux (France) |
| 4/22/2008 | 0.5 | Reviewed Foreign Balance Sheet Flux (Spain) |
| 4/22/2008 | 1.5 | Summarizing comments from audit team and open items on Press Release |
| 4/23/2008 | 1.5 | Tie-out of Balance Sheet for Press Release |
| 4/23/2008 | 2.2 | Tie-out of Analysis for Press Release |
| 4/23/2008 | 1.8 | Tie-out of the body (text) for Press Release |
| 4/23/2008 | 0.5 | Tie out of the Income Statement for Press Release |
| 4/23/2008 | 1.0 | Status update meeting |
| 4/23/2008 | 1.0 | Meeting with Tom Dyer to address comments on Press release |
| 4/24/2008 | 1.0 | Foreign Balance Sheet Flux analysis (Singapore) |
| 4/24/2008 | 0.8 | Foreign Balance Sheet Flux analysis (UK) |
| 4/24/2008 | 1.3 | Foreign Balance Sheet Flux analysis (Germany) |
| 4/24/2008 | 0.9 | Foreign Balance Sheet Flux analysis (France) |
| 4/24/2008 | 3.0 | Review of Incentive Compensation |
| 4/24/2008 | 1.0 | Review of LTIP |
| 4/25/2008 | 2.0 | Review of Incentive Compensation |
| 4/28/2008 | 2.5 | Review of LTIP |
| 4/28/2008 | 0.5 | Review of Chapter 11 and Libby Accruals |
| 4/28/2008 | 2.5 | Tie out of the MD&A section of the 10Q |
| 4/28/2008 | 1.0 | Documentation of the Balance Sheet Fluctuation explanations |
| 4/29/2008 | 0.5 | Tie out of the Balance Sheet 10Q |
| 4/28/2008 | 0.3 | Tie out of the Income Statement 10Q |
| 4/28/2008 | 4.0 | Tie out of the Footnote 2 10Q |
| 4/29/2008 | 1.0 | Tie out of the Footnote 6 10Q |
| 4/29/2008 | 0.2 | Tie out of the Statement of Cash Flows 10Q |
| 4/29/2008 | 2.0 | Documentation of P&L Fluctuation explanations |
| 4/29/2008 | 1.0 | Review of the changes to be made to documentation |
| 4/30/2008 | 1.3 | Tie out of Footnote 3 of the 10Q |
| 4/30/2008 | 2.0 | Tie out of the Footnote 10 of the 10Q |
| 4/30/2008 | 1.2 | Tie out of the Footnote 12 of the 10Q |
| 4/30/2008 | 3.5 | Tie out of MD&A section of 10Q |
| | **67.5** | **Total Grace Integrated Audit Charged Hours** |
| | **67.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| ame: Adam Lueck | | |
| 4/16/2008 | 0.2 | I am requesting first quarter significant contract updates from Eileen Burke (Grace). |
| | 4.0 | I am participating in the Grace first quarter earnings call. |
| | 1 | I am preparing Davison revenue analytics |
| | 1 | I am reviewing Davison's top 15 customers from the first quarter. |
| | 0.5 | I am reviewing the Q1 database & developing an agenda to discuss significant accounting matters with German Huerta, Grace. |
| 4/17/2008 | 1 | I am reviewing Grace legal matters & preparing a first quarter legal meeting agenda. |
| | 1 | I am reviewing Grace's first quarter environmental reserves. |
| | 0.5 | I am reviewing Grace's first quarter divestment reserves. |
| | 1.5 | I am preparing the mapping of legal exhibit A to Corporate accrual balances. |
| 4/18/2008 | 1 | I am preparing for the Q1 Legal meeting. |
| | 0.5 | I am attending the Q1 legal meeting with Mark Shelnitz and Richard Finke (Grace) and Pamela Barkley (PwC). |
| | 1 | I am documenting the Q1 legal meeting. |
| | 0.8 | I am participating in the audit team planning meeting. |
| | 0.2 | I am discussing the Davison accounts receivable process with Shahin Rahmani (PwC). |
| | 0.5 | I am reviewing Q1 environmental reserves. |
| | 1 | I am preparing analytical procedures for international and consolidated financial statement fluctuations. |
| 4/21/2008 | 0.5 | I am mapping environmental reserves to the Exhibit A of the legal letter. |
| | 1.2 | I am reviewing Q1 Davison revenue results. |
| | 0.6 | I am communicating questions regarding Davison revenue to German Huerta, Grace. |
| | 1.3 | I am performing analytical procedures over Corporate environmental reserves. |
| | 0.1 | I am communicating questions regarding Corporate environmental reserves to Linda Barber, Grace. |
| | 2.1 | I am reviewing budget-to-actuals for the audit teams Q1 review to assess whether any overruns will occur.' |
| | 0.3 | I am updating litigation documentation to reflect comments from Richard Finke, Grace counsel. |
| | 0.3 | I am making a request for Grace WIPS from PwC Tyson's corner office. |
| | 0.9 | I am preparing ART fluctuations. |
| | 0.2 | I am meeting with Terry Puglisi (Grace) regarding Environmental and Divestment reserves. |
| | 0.5 | I am reviewing work completed to ensure proper documentation. |
| 4/22/2008 | 0.1 | I am reviewing Grace comments regarding Davison top 15 sales customers |
| | 0.1 | I am updating the Q1 Open items list. |
| | 1.0 | I am preparing for a meeting with German Huerta (Grace) regarding Q1 significant and general accounting inquiries. |
| | 0.5 | I am meeting with German Huerta (Grace) regarding Q1 significant and general accounting inquiries. |
| | 1.0 | I am summarizing Q1 significant and general accounting inquiries. |
| | 1.0 | I am performing Grace Q1 Balance sheet fluctuation reviews. |
| | 3 | I am tieing out the Q1 Cash flow statement. |
| 4/23/2008 | 3.8 | I am tieing out the Q1 Cash flow statement. |
| | 1 | I am performing the Q1 Cash flow fluctuation analysis. |
| | 2.5 | I am reviewing the Q1 ART package. |
| | 0.1 | I am updating the open items list. |
| | 0.1 | I am discussing revenue contracts with Ryan Heaps, Grace. |
| 4/24/2008 | 0.1 | I am discussing the Cash Flow tie-out with Lynda Keorlet, PwC. |
| | 1.1 | I am reviewing the ART investment in KCC & performing a recalculation for correct GAAP treatment of the investment. |
| | 1.7 | I am reviewing the ART Q1 Financial package |
| | 0.8 | I am reviewing Davison revenues. |
| | 0.6 | I am documenting Davison's Q1 Bill and hold sale. |
| | 0.5 | I am listening to the Grace Town Hall meeting |
| | 0.5 | I am discussing Q1 Legal matters with Erica Margolius, PwC |

|  |  |  |
|---|---|---|
|  | 0.2 | I am preparing for a legal meeting with Jason Day (Grace). |
| 4/25/2008 | 1 | I am updating Davison revenue analytical procedures. |
|  | 1.6 | I am updating the Q1 Environmental reserve review. |
|  | 0.2 | I am discussing the mapping of legal reserves with Erica Margolius (PwC). |
|  | 0.5 | I am preparing for a meeting regarding Grace legal issues. |
|  | 0.2 | I am meeting with Diane Armstrong, Grace, regarding Board minutes. |
|  | 0.2 | I am discussing Davison accounts receivable review with Shahin Rahmani. |
|  | 0.3 | I am meeting with Grace Finance personnel, Jason Day, Trent Walklett, Karen Russell and Linda Barber, and PwC representative Erica Margolius regarding mapping of legal reserves. |
|  | 1.1 | I am compiling budget information to track the Q1 review figures. |
|  | 0.6 | I am updating the Q1 ART Package to reflect changes to reflect changes made to the financial statements. |
|  | 0.6 | I am updating Divestment reserve documentation to reflect recommendations from Erica Margolius, PwC. |
|  | 0.6 | I am addressing management comments regarding my work completed. |
|  | 0.8 | I am documenting work performed regarding review of client documentation. |
| 4/29/2008 | 0.5 | I am addressing management comments regarding my work completed. |

|  |  |
|---|---|
| 51.6 | **Total Grace Integrated Audit Charged Hours** |
| 51.6 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

ame: Jian Hui Lee

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 4/29/2008 | 1.5 | Valuation of FX Forwards Sample |
| | 1.5 | **Total Grace Integrated Audit Charged Hours** |
| | 1.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended April 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

ame: **Todd Chesla**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 4/14/2008 | 4.2 | Tax Provision Review at Grace - I began to gather & sort through workpapers provided by Alan Gibbons, had discussions with Alan Gibbons and Andree regarding the workpapers provided and began tracing amounts |
| 4/14/2008 | 1.1 | Tax Provision Review at Grace - Discussions with client about workpapers provided |
| 4/14/2008 | 0.9 | Tax Provision Review at Grace - Discussions with Joanna Own about assignments and priorities |
| 4/14/2008 | 2.0 | Tax Provision Review at Grace - Tax law change/ Rate change research |
| 4/15/2008 | 3.2 | Tax Provision Review at Grace- I gathered additional workpapers, reviewed & tied the effective tax rate calculation. |
| 4/15/2008 | 3.0 | Tax Provision Review at Grace- Reviewed FIN 48 workpapers. |
| 4/15/2008 | 1.9 | Tax Provision Review at Grace- Created foreign tax rate reconciliation |
| 4/17/2008 | 1.5 | Tax Provision Review at Grace -Discuss tax accounting issues and 2008 tax audit planning with Alan Gibbons, Andree Clark (Grace), and PwC audit team |
| 4/17/2008 | 6.3 | Tax Provision Review at Grace -Discuss tax accounting issues and 2008 tax audit planning with PwC audit team |
| 4/18/2008 | 1.9 | Tax Provision Review - I reviewed updated workpapers provided by the client, began to draft our memo and updated the audit database. |
| 4/22/2008 | 2.2 | Tax Provision Review- I reviewed updated workpapers and updated the memo. I had discussions with the tax team about outstanding issues. |
| 4/23/2008 | 0.8 | Tax Provision Review -I updated the database and reviewed the earnings release. |

| | | |
|------|-------|-------------------------------|
| **29.0** | | **Total Grace Integrated Audit Charged Hours** |
| **29.0** | | **Total Hours** |