# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended April 30, 2008

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 4/16/08 | $ 519.00 | $ 230.81 | | | Airfare: BWI to Fort Lauderdale and one night hotel at Marriott Boca Raton Town Center for meeting with PwC and Grace tax teams |
| | | 4/16/08 | | | | $ 220.51 | Out of town dinner - Cuchina D Angelo, Boca Raton, FL - D Parker, L Keorlet (PwC) |
| | | 4/17/08 | | | $ 20.00 | | Airport parking - two days - trip to Boca Raton to meet with PwC and Grace tax teams |
| George Baccash | Integrated Audit | 4/14/08 | $ 67.18 | | | | Mileage for George Baccash travels from PricewaterhouseCoopers Miami to the client location in Boca Raton to meet with Alan Gibbons to review tax accruals |
| | Integrated Audit | 4/15/08 | $ 37.38 | | | | Mileage for George Baccash travels from Plantation to the client location in Boca Raton to meet with Alan Gibbons to review tax accruals |
| | Integrated Audit | 4/21/08 | $ 34.34 | | | | Mileage for George Baccash travels from Plantation to the client location in Boca Raton to meet with Alan Gibbons to discuss FIN48 analysis and issues regarding French statute of limitations. |
| Rafael Garcia | Integrated Audit | 4/14/08 | | | | $ 89.00 | Staff Lunch at WR Grace - discuss issues and client matters with Joanna Own, Jacqueline Calvo, Todd Chesla and Rafael Garcia |
| | Integrated Audit | 4/14/08 | $ 40.40 | | | | 80 mile round trip excess of normal commute: Miami office to client site (80 miles * .505/mile= 40.40) |
| | Integrated Audit | 4/17/08 | $ 40.40 | | | | 80 mile round trip excess of normal commute: Miami office to client site (80 miles * .505/mile= 40.40) |
| Erica Margolius | Integrated Audit | 4/4/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/8/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/9/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/10/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/15/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/16/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/17/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/18/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/22/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/23/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/24/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/25/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/28/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 4/29/2008 | $ 15.66 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| Pavel Katslak | Integrated Audit | 4/17/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/18/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/21/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/22/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/23/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/24/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/28/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/29/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 4/30/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/1/08 | $ 27.63 | | | | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| Lynda Keorlet | Integrated Audit | 4/11/2008 | $ 76.00 | | | | Taxi charge to airport from PwC office in Miami (trip date 2/21/08), during Grace tax visit with P.Barkley (PwC) |
| | Integrated Audit | 4/14/2008 | $ 128.50 | | | | Airfare to FLL from BWI (coach) for tax planning trip in Grace Boca Raton office |
| | Integrated Audit | 4/14/2008 | $ 259.50 | | | | Airfare from FLL to BWI (coach) for tax planning trip in Grace Boca Raton office |
| | Integrated Audit | 4/17/2008 | | | | $ 42.10 | Breakfast for D Parker (PwC), B.Bishop (PwC) and L.Keorlet morning of meeting |
| | Integrated Audit | 4/18/2008 | | $ 230.81 | | | Hotel stay - 1 night - Boca Raton before meeting ($23.81 room tax) |
| | Integrated Audit | 4/30/2008 | $ 36.36 | | | | Drive to McLean,VA from Columbia MD to pick up AC reports and back to Columbia, MD to drop off to Grace (36 miles each way). In excess of normal commute. |
| | Integrated Audit | 4/17/2008 | $ 20.00 | | | | Parking (one night) in airport while traveling to Boca Raton Grace office for tax planning meeting |
| Todd Chesla | Integrated Audit | 4/14/2008 | $ 46.46 | | | | 92 excess miles round trip from Miami to Grace (My home is .1 miles from the Miami office) |
| | Integrated Audit | 4/15/2008 | $ 46.46 | | | | 92 excess miles round trip from Miami to Grace (My home is .1 miles from the Miami office) |
| Melissa Noel | Integrated Audit | 4/1/08 | | | $ 7.58 | | mailing of fee application |

| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
|---|---|---|---|---|---|---|---|
| | | $ 2,688.33 | $ 1,847.52 | $ 461.62 | $ 27.58 | $ 351.61 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended April 30, 2008

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 4/16/08 | Audit Partner | $ 749.81 | Airfare to Fort Lauderdale and one night hotel at Marriott Boca Raton Town Center for meeting with PwC and Grace tax team |
| | 4/16/08 | Audit Partner | $ 220.51 | Out of town dinner - Cuchina D Angelo, Boca Raton, FL - D Parker, L Keorlet (PwC) |
| | 4/17/08 | Audit Partner | $ 20.00 | Airport parking - two days - trip to Boca Raton to meet with PwC and Grace tax teams |
| | | | **$ 990.32** | |
| George Baccash | 4/14/08 | Tax Partner | $ 67.18 | Mileage for George Baccash travels from PricewaterhouseCoopers Miami to the client location in Boca Raton to meet with Alan Gibbons to review tax accruals. |
| | 4/15/08 | Tax Partner | $ 37.38 | Mileage for George Baccash travels from Plantation to the client location in Boca Raton to meet with Alan Gibbons to review tax accruals. |
| | 4/21/08 | Tax Partner | $ 34.34 | Mileage for George Baccash travels from Plantation to the client location in Boca Raton to meet with Alan Gibbons to discuss FIN48 analysis and issues regarding French statute of limitations |
| | | | **$ 138.90** | |
| Rafael Garcia | 4/14/08 | Tax Director | $ 89.00 | Staff Lunch at WR Grace - discuss issues and client matters with Joanna Own, Jacqueline Calvo, Todd Chesla and self |
| | 4/14/08 | Tax Director | $ 40.40 | Mileage |
| | 4/17/08 | Tax Director | $ 40.40 | Mileage |
| | | | **$ 169.80** | |
| Erica Margolius | 4/4/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/8/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/9/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/10/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/15/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/16/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/17/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/18/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/22/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/23/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/24/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/25/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/28/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | 4/29/2008 | Audit Senior Associate | $ 15.66 | Mileage in excess of normal commute (60.2-29.2 miles * $.505/mile) Roundtrip to Columbia Headquarters |
| | | | **$ 219.24** | |
| Pavel Katsiak | 4/17/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 4/18/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 4/21/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 4/22/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 4/23/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 4/24/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 4/28/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 4/29/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 4/30/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 5/1/08 | Audit Associate | $ 27.63 | Mileage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | | | **$ 276.30** | |
| Lynda Keorlet | 4/11/2008 | Audit Associate | $ 76.00 | Taxi charge to airport from PwC office in Miami (trip date 2/21/08), during Grace tax visit with P Barkley (PwC) |
| | 4/14/2008 | Audit Associate | $ 128.50 | Airfare to FLL from BWI (coach) for tax planning trip in Grace Boca Raton office |
| | 4/14/2008 | Audit Associate | $ 259.50 | Airfare from FLL to BWI (coach) for tax planning trip in Grace Boca Raton office |
| | 4/17/2008 | Audit Associate | $ 42.10 | Breakfast for D Parker (PwC), B Bishop (PwC) and L Keorlet morning of meeting |
| | 4/18/2008 | Audit Associate | $ 230.81 | Hotel stay - 1 night - Boca Raton before meeting ($23.81 room tax) |
| | 4/30/2008 | Audit Associate | $ 36.36 | Drive to McLean, VA from Columbia MD to pick up AC reports and back to Columbia, MD to drop off to Grace (36 miles each way). In excess of normal commute. |
| | 4/17/2008 | Audit Associate | $ 20.00 | Parking (one night) in airport while traveling to Boca Raton Grace office for tax planning meeting |
| | | | **$ 793.27** | |
| Todd Chesla | 4/14/2008 | Tax Associate | $ 46.46 | Travel from Miami to Grace |
| | 4/15/2008 | Tax Associate | $ 46.46 | Travel from Miami to Grace |
| | | | **$ 92.92** | |
| Melissa Noel | 4/1/08 | Audit Associate | $ 7.58 | mailing of fee application |
| | | | **$ 7.58** | |
| | | **Grand Total** | **$ 2,688.33** | |