# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **June 19, 2008**

To:    District of Delaware
       U. S. Courthouse - 844 King Street
       Wilmington DE 19801

Re:    **WR Grace**
       Case 01-1139
       Appeal BAP #08-39

Enclosed please find the:    **Notice of Appeal docket #18895**,
                                     **Memorandum Opinion docket #18821**
Anerson Memorial Hospital: **Motion to Leave docket #18896**

  X  Filing fee paid on 6/10/08    receipt #3322684
_____ Filing fee not paid
Please acknowledge receipt on the copy provided.

                                                  Sincerely,
                                                  ___/s/_____
                                                  Betsy Magnuson
                                                  Deputy Clerk, U.S. Bankruptcy Court

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____, 2007.

By:_____
    Deputy Clerk, U.S. District Court

# TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**WR Grace 01-1139**
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: Appeal **BAP 08-39**

**Appellant's Counsel**

**Christopher Loizides**
Loizides PA
1225 King Street Suite 800
Wilmington DE 19801
302-654-0248

**Appellee's Counsel:**

**David W. Carickhoff, Jr**
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899
302-652-4100