IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**FEE DETAIL FOR OGILVY RENAULT LLP'S SEVENTEENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MAY 1, 2008 THROUGH MAY 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | June 11, 2008 |
| RE: | Fee Applications, Applicant | INVOICE: 814045 |
| Matter No.: | 01016442-0008 | |

GST: R111310006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending May 31, 2008

| | |
|---|---:|
| FEES | $500.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 188.67 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $689.17 |

Bank Transfer
Please remit by Bank transfer to RBC Financial Group, Main Branch Royal Bank Plaza Toronto, Ontario
Bank 003 Transit 00002 Acc. No. (illegible)
ABA # 021000021
Swift Code: ROYCCAT2
including invoice number on transfer order.

Suite 3800                      Telephone (416) 216-4000
Royal Bank Plaza, South Tower   Fax (416) 216-3930
200 Bay Street
P.O. Box 84                     ogilvyrenault.com
Toronto, Ontario M5J 2Z4
Canada

Payable upon receipt



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                              01016442-0008

RE:  Fee Applications, Applicant

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.3 | $160.50 |
| P. Adams | 2 | $340.00 |
| Total | 2.30 | $500.50 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/5/08 | Penny Adams | Reviewing Grace invoices and discussions with E. Adams regarding same. | 0.60 | $102.00 |
| 14/5/08 | Penny Adams | Reviewing and revising the Sixteenth Monthly Fee Application. | 0.40 | $68.00 |
| 14/5/08 | Teresa Walsh | Review of Sixteenth Monthly Fee Application and swearing same. | 0.30 | $160.50 |
| 15/5/08 | Penny Adams | Finalizing the Sixteenth Monthly Fee Application and arranging for filing and service of same (0.7); correspondence with L. Oberholzer and fee auditor regarding same (0.1). | 0.80 | $136.00 |
| 23/5/08 | Penny Adams | Receiving and reviewing fee auditor's final report (0.1); correspondence with T. Walsh regarding same (0.1). | 0.20 | $34.00 |
|  |  | **TOTAL FEES** |  | **$500.50** |

### DISBURSEMENTS - NON TAXABLE

| Courier service | 188.67 |
|---|---|
|  | $188.67 |

INVOICE: 814045



## OGILVY RENAULT

W.R. GRACE & CO.                                                                                        01016442-0008

RE: Fee Applications, Applicant

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 29/4/08 | Derrick C. Tay | Courier service FedEx shipment #689588766359 FROM TORONTO, ON, CA. To: WARREN H. SMITH,WARREN H. SMITH & ASSOC., DALLAS, TX, US. ON 29-04-2008, GST: 0.00, QST: 0.00 | 30.30 |
| 30/4/08 | Derrick C. Tay | Courier service FedEx shipment #689588766418 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 30-04-2008, GST: 0.00, QST: 0.00 | 30.30 |
| 30/4/08 | Derrick C. Tay | Courier service FedEx shipment #689588766429 FROM TORONTO, ON, CA. To: KATHLEEN M. SULLIVAN,, HIGHLAND PARK, MI, US. ON 30-04-2008. GST: 0.00, QST: 0.00 | 45.18 |
| 8/5/08 | Derrick C. Tay | Courier service FedEx shipment #932628600440 FROM DETROIT, MI, US. To: MAILROOM,OGILVY RENAULT, TORONTO, ON, CA. ON 08-05-2008, GST: 0.00. QST: 0.00 | 51.33 |
| 15/5/08 | Derrick C. Tay | Courier service FedEx shipment #689588767079 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 15-05-2008, GST: 0.00, QST: 0.00 | 31.56 |
| | | TOTAL | $188.67 |

INVOICE: 814045



# OGILVY
# RENAULT

LLP / S.E.N.C.R.L., s.r.l.

Client:     W.R. GRACE & CO.                                June 11, 2008
RE:         Litigation and litigation consulting            INVOICE: 814043
Matter No.: 01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending May 31, 2008

| | |
|---|---:|
| FEES | $87,005.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 1,777.20 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $88,782.20 |

Canadian Funds

Please return a copy with payment to our address below.

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Branch 00002, Acc. No. 106-085-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800                        Telephone (416) 216-4000
Royal Bank Plaza, South Tower     Fax (416) 216-3930
200 Bay Street
P.O. Box 84                       ogilvyrenault.com
Toronto, Ontario M5J 2Z4
Canada



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                 01016442-0006

RE: Litigation and litigation consulting

## BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 44.5 | $41,162.50 |
| O. Pasparakis | 63.4 | $37,406.00 |
| J. Stam | 14.8 | $7,400.00 |
| K. Whibley | 0.3 | $67.50 |
| P. Adams | 5.7 | $969.00 |
| Total | 128.70 | $87,005.00 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/5/08 | Derrick C. Tay | Reviewing various communications regarding Canadian ZAI claims (0.5); considering strategic issues and responses arising from same (1.5). | 2.00 | $1,850.00 |
| 1/5/08 | Penny Adams | Reviewing and revising 26th Report based on discussions with and materials provided by O. Pasparakis. | 1.20 | $204.00 |
| 1/5/08 | Orestes Pasparakis | Follow-up on status and emails regarding various issues. | 0.50 | $295.00 |
| 2/5/08 | Derrick C. Tay | Dealing with process for mediation of Canadian ZAI claims. | 1.00 | $925.00 |
| 2/5/08 | Penny Adams | Meeting with O. Pasparakis regarding 26th Report. | 0.20 | $34.00 |
| 2/5/08 | Orestes Pasparakis | Follow-up regarding mediation issues (0.5); reviewing emails (0.2); responding to same (0.3). | 1.00 | $590.00 |
| 5/5/08 | Penny Adams | Meeting with O. Pasparakis regarding 26th Report (0.2); reviewing and revising same (0.3); circulating same to R. Finke and J. Baer for comments (0.1). | 0.60 | $102.00 |
| 5/5/08 | Derrick C. Tay | Reviewing draft Information Officer's Report. | 0.50 | $462.50 |
| 6/5/08 | Penny Adams | Reviewing and revising 26th Report (0.2); re-circulating same to R. Finke and J. Baer for comments (0.1). | 0.30 | $51.00 |
| 6/5/08 | Orestes Pasparakis | Preparing for conference call regarding noticing issues (1.2); attending on conference call (1.0); revising Grace Report to the Court (0.8). | 3.00 | $1,770.00 |

INVOICE: 814043



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                                    01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/5/08 | Penny Adams | Receiving and reviewing comments from R. Finke regarding 26th Report (0.1); reviewing and revising same (0.2). | 0.30 | $51.00 |
| 7/5/08 | Derrick C. Tay | Reviewing and dealing with comments on draft Information Officer's Report. | 1.00 | $925.00 |
| 7/5/08 | Orestes Pasparakis | Reviewing and revising Report (0.7); follow-up (0.3). | 1.00 | $590.00 |
| 8/5/08 | Derrick C. Tay | Reviewing and discussing comments from Kirkland & Ellis regarding Information Officer's Report. | 0.50 | $462.50 |
| 8/5/08 | Penny Adams | Reviewing and revising 26th Report (0.4); correspondence with O. Pasparakis regarding same (0.1). | 0.50 | $85.00 |
| 8/5/08 | Orestes Pasparakis | Revising Information Officer's Report. | 1.50 | $885.00 |
| 9/5/08 | Penny Adams | Correspondence with J. Stam regarding 26th Report. | 0.10 | $17.00 |
| 9/5/08 | Orestes Pasparakis | Reviewing Report (0.5); preparing for mediation (2.0). | 2.50 | $1,475.00 |
| 12/5/08 | Penny Adams | Reviewing and revising 26th Report (0.3); correspondence with R. Finke and others regarding same (0.2). | 0.50 | $85.00 |
| 12/5/08 | Orestes Pasparakis | Preparing for mediation (6.0); meeting with client (8.0); attending mediation and addressing issues with judge and opposing counsel (3.8). | 17.80 | $10,502.00 |
| 12/5/08 | Derrick C. Tay | Reviewing draft Information Officer's Report. | 1.00 | $925.00 |
| 13/5/08 | Orestes Pasparakis | Conference calls with opposing counsel and with Crown counsel (1.5); follow-up on settlement issues (0.5). | 2.00 | $1,180.00 |
| 13/5/08 | Derrick C. Tay | Dealing with service of Information Officer's Report. | 0.50 | $462.50 |
| 14/5/08 | Penny Adams | Receiving and reviewing final Report (0.1); dealing with issues relating to same (0.2); serving and filing Report (0.2). | 0.50 | $85.00 |

INVOICE: 814043



# OGILVY RENAULT

W.R. GRACE & CO.                                                                01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 15/5/08 | Penny Adams | Discussions with O. Pasparakis and J. Stam regarding 26th Report (0.3); responding to telephone call from D. Harrison regarding 26th Report (0.3). | 0.60 | $102.00 |
| 15/5/08 | Karen Whibley | Exchange of emails with T. Walsh. | 0.30 | $67.50 |
| 16/5/08 | Jennifer Stam | Reviewing and considering materials. | 0.50 | $250.00 |
| 16/5/08 | Orestes Pasparakis | Discussions and emails regarding ZAI Claimant motion record (0.7); reviewing same (0.3). | 1.00 | $590.00 |
| 16/5/08 | Derrick C. Tay | Reviewing draft Grace Plan. | 3.50 | $3,237.50 |
| 17/5/08 | Derrick C. Tay | Reviewing motion record and accompanying materials served by representative counsel. | 3.00 | $2,775.00 |
| 19/5/08 | Orestes Pasparakis | Responding to inquiries from U.S. counsel regarding noticing (0.8); conference calls with ZAI claimants regarding mediation (1.2). | 2.00 | $1,180.00 |
| 19/5/08 | Derrick C. Tay | Continued review of draft Grace Plan. | 2.50 | $2,312.50 |
| 20/5/08 | Orestes Pasparakis | Numerous emails regarding status, settlement and related issues (1.5); reviewing motion record (2.0). | 3.50 | $2,065.00 |
| 20/5/08 | Derrick C. Tay | Communications regarding representative counsel motion. | 1.50 | $1,387.50 |
| 21/5/08 | Orestes Pasparakis | Follow-up regarding settlement issues, plan and notice issues. | 1.80 | $1,062.00 |
| 22/5/08 | Orestes Pasparakis | Participating in conference calls with Crown and opposing counsel (2.0); numerous emails and providing updates to client (1.0); discussions regarding various issues (0.8). | 3.80 | $2,242.00 |
| 22/5/08 | Derrick C. Tay | Reviewing revised version of Plan (2.0); dealing with representative counsel's concerns regarding settlement meeting (1.0); dealing with Crown's concerns regarding settlement meeting (1.0). | 4.00 | $3,700.00 |
| 22/5/08 | Jennifer Stam | Conference call to discuss settlement options and potential Canadian mediation (0.4); correspondence with representative counsel regarding same (0.2). | 0.60 | $300.00 |

INVOICE: 814043



**OGILVY RENAULT**

W.R. GRACE & CO.                                                                  01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 23/5/08 | Derrick C. Tay | Considering report from mediator and impact on Canadian strategy (1.0); communications with Grace and Kirkland & Ellis regarding settlement with representative counsel (1.0). | 2.00 | $1,850.00 |
| 23/5/08 | Orestes Pasparakis | Follow-up on status and negotiation (0.5); further work on same over weekend (1.0). | 1.50 | $885.00 |
| 26/5/08 | Orestes Pasparakis | Emails and discussions regarding settlement and court attendance. | 1.00 | $590.00 |
| 26/5/08 | Jennifer Stam | Reviewing plan. | 2.00 | $1,000.00 |
| 26/5/08 | Derrick C. Tay | Reviewing material served by Delaware counsel (1.0); dealing with representative counsel's concerns regarding Canadian motion (1.0); dealing with Crown's concerns regarding Canadian motion (1.0). | 3.00 | $2,775.00 |
| 27/5/08 | Derrick C. Tay | Reviewing representative counsel's materials filed in U.S. regarding ZAI property damage claims bar to prepare for discussion with Grace and U.S. lawyers (2.0); conference with Grace and U.S. lawyers regarding strategy for settlement discussions with representative counsel and Crown (2.0); considering request for language regarding Canadian process from Kirkland & Ellis and responding to same (0.5). | 4.50 | $4,162.50 |
| 27/5/08 | Orestes Pasparakis | Preparing for and attending conference call with client regarding plan issues (1.0); preparing settlement position (1.5). | 2.50 | $1,475.00 |
| 27/5/08 | Jennifer Stam | Conference call with D. Cameron, J. Restivo, R. Finke, O. Pasparakis and D. Tay to discuss settlement terms and other matters (1.7); reviewing plan (0.5); drafting language for plan regarding approval by Canadian court (0.2); considering issues regarding settlement and plan structure (0.6). | 3.00 | $1,500.00 |
| 28/5/08 | Jennifer Stam | Conversations with Crown and others regarding settlement options (0.2); considering correspondence regarding same and privacy issues (0.2); reviewing court materials for representative counsel motion (0.6); correspondence with D. Bull regarding plan language (0.2) | 1.20 | $600.00 |

INVOICE: 814043



# OGILVY RENAULT
W.R. GRACE & CO.  01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 28/5/08 | Orestes Pasparakis | Preparing for settlement (3.0); numerous discussions, emails and conference calls (1.5). | 4.50 | $2,655.00 |
| 28/5/08 | Derrick C. Tay | Preparing for settlement meeting with representative counsel and Crown. | 3.50 | $3,237.50 |
| 29/5/08 | Derrick C. Tay | Settlement meeting with representative counsel and Crown (7.5); follow up with representative counsel issues (1.0). | 8.50 | $7,862.50 |
| 29/5/08 | Orestes Pasparakis | Preparing for and attending Grace Settlement Meeting (7.5); discussions with clients regarding same (0.6); memorandum to file (0.4). | 8.50 | $5,015.00 |
| 29/5/08 | Jennifer Stam | Attending settlement meeting with Crown counsel, representative counsel, D. Cameron, R. Finke, D. Tay and O. Pasparakis for purposes of considering plan and other issues. | 7.50 | $3,750.00 |
| 30/5/08 | Derrick C. Tay | Dealing with finalization of settlement discussions with representative counsel and Crown. | 2.00 | $1,850.00 |
| 30/5/08 | Orestes Pasparakis | Numerous calls regarding Grace settlement (0.7); negotiating settlement (1.8); documenting same (1.5). | 4.00 | $2,360.00 |
| 30/5/08 | Penny Adams | Reviewing and revising disclosure statement (0.4); reviewing pleadings with respect to Quebec class actions (0.3); discussions with J. Stam and T. Walsh regarding same (0.2). | 0.90 | $153.00 |
| | | **TOTAL FEES** | | **$87,005.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 34.20 |
| Long distance calls | 173.67 |
| Miscellaneous | 7.08 |
| Telephone conference | 88.42 |

INVOICE: 814043



## OGILVY RENAULT

W.R. GRACE & CO.                                                  01016442-0006

RE: Litigation and litigation consulting

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Process server fee | 35.00 |
| Meals - outside Canada | 18.62 |
| Taxis | 223.70 |
| Airfare | 1,196.51 |
| | $1,777.20 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 4/4/08 | Jennifer Stam | PST | 0.99 |
| 4/4/08 | Jennifer Stam | Telephone conference | 12.30 |
| 28/4/08 | Orestes Pasparakis | Telephone conference | 76.12 |
| 28/4/08 | Derrick C. Tay | PST | 6.09 |
| 2/5/08 | Penny Adams | Copies | 0.20 |
| 2/5/08 | Penny Adams | Copies | 0.10 |
| 2/5/08 | Penny Adams | Copies | 1.70 |
| 2/5/08 | Penny Adams | Copies | 0.20 |
| 2/5/08 | Penny Adams | Copies | 1.70 |
| 2/5/08 | Orestes Pasparakis | Long distance calls 13026548300 | 7.65 |
| 2/5/08 | Penny Adams | Copies | 0.20 |
| 5/5/08 | Monique Massabki | Copies | 1.30 |
| 12/5/08 | Orestes Pasparakis | Taxis - ORESTES PASPARAKIS | 62.50 |
| 12/5/08 | Orestes Pasparakis | Airfare - ORESTES PASPARAKIS | 1,196.51 |
| 12/5/08 | Orestes Pasparakis | Taxis - ORESTES PASPARAKIS | 161.20 |
| 12/5/08 | Orestes Pasparakis | Meals - outside Canada - ORESTES PASPARAKIS | 18.62 |
| 14/5/08 | Penny Adams | Copies | 2.00 |
| 16/5/08 | Penny Adams | Process server fee - KAP LITIGATION SERVICES | 35.00 |
| 26/5/08 | Karen Whibley | Copies | 4.90 |
| 27/5/08 | Jennifer Stam | Copies | 0.20 |
| 28/5/08 | Mina Rossi | Copies | 0.10 |
| 29/5/08 | Boardroom Boardroom | Long distance calls 13128612162 | 12.72 |
| 29/5/08 | Boardroom Boardroom | Long distance calls 14122883122 | 10.29 |
| 29/5/08 | Boardroom Boardroom | Long distance calls 13128612162 | 3.18 |
| 29/5/08 | Boardroom Boardroom | Long distance calls 14122883122 | 13.96 |
| 30/5/08 | Orestes Pasparakis | Long distance calls 17054450231 | 13.88 |
| 30/5/08 | Orestes Pasparakis | Long distance calls 19053084309 | 7.68 |
| 30/5/08 | Orestes Pasparakis | Long distance calls 19053084309 | 0.96 |
| 30/5/08 | Orestes Pasparakis | Long distance calls 19053084309 | 0.48 |
| 30/5/08 | Orestes Pasparakis | Long distance calls 19055231333 | 2.40 |
| 30/5/08 | Orestes Pasparakis | Long distance calls 17192347616 | 58.58 |

INVOICE: 814043


## OGILVY
## RENAULT

W.R. GRACE & CO.                                                                     01016442-0006

RE: Litigation and litigation consulting

| Date    | Timekeeper         | Description                       |        | Amount    |
|---------|--------------------|-----------------------------------|--------|-----------|
| 30/5/08 | Teresa Walsh       | Copies                            |        | 21.60     |
| 30/5/08 | Orestes Pasparakis | Long distance calls 14122884104   |        | 41.16     |
| 30/5/08 | Orestes Pasparakis | Long distance calls 14122884104   |        | 0.73      |
|         |                    |                                   | TOTAL  | $1,777.20 |

INVOICE: 814043