IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: July 10, 2008 at 4:00 p.m. |

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 13, 2008
Invoice 871699  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 04/30/08 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| 04/22/08 | Review notice from Greenville County (0.1); electronic mail memorandum to client regarding scheduling conference call and basic underlying information (0.1); research Greenville County ordinances and appeal procedures (0.5). |
|---|---|
| | R.T. CARLISLE            0.70 hrs.    280.00/hr          $196.00 |

| 04/23/08 | Calls with Attorney Carlisle (0.3); receipt and review of email materials and Greenville County Notice (0.2). |
|---|---|
| | M.P. SIEFFERT            0.50 hrs.    260.00/hr          $130.00 |

| 04/23/08 | Review information from Greenville County notice of deficiency for Travelers Rest property and provide input on response to same. |
|---|---|
| | B.F. HAWKINS, JR.        0.60 hrs.    320.00/hr          $192.00 |

| 04/23/08 | Review documents forwarded by client relating to county code issue (0.2); confer with Attorney Sieffert regarding county code issue (0.3); confer with client regarding background information as to same (0.3); transmit background information to Attorney Sieffert for her reference in calling county attorney (0.1). |
|---|---|
| | R.T. CARLISLE            0.90 hrs.    280.00/hr          $252.00 |

| 04/24/08 | Interoffice conference with Attorney Stilwell regarding County procedures and notice of violation (0.8); emails with Attorney Barr regarding bankruptcy issue and timing question (0.1); calls with Attorney Carlisle regarding facts of the situation (0.1). |
|---|---|
| | M.P. SIEFFERT            1.00 hrs.    260.00/hr          $260.00 |

| 04/24/08 | Speak with Attorney Sieffert about county demolition notice and response to same and investigate procedural options to contest order. |
|---|---|
| | R.S. STILWELL            0.80 hrs.    310.00/hr          $248.00 |

| 04/25/08 | Call with Mitch Obradovic (WR Grace) regarding Greenville County violation notice (0.2); call with Jan Bear, Bankruptcy counsel for WR Grace (0.3); review of automatic stay exception for police power (0.5). |
|---|---|
| | M.P. SIEFFERT            1.00 hrs.    260.00/hr          $260.00 |

| 04/28/08 | Conference call with WR Grace representatives regarding Greenville County notice (1.0); calls with Greenville County (0.4); preparation of summary report for WR Grace of calls with County (0.6). |
|---|---|
| | M.P. SIEFFERT            2.00 hrs.    260.00/hr          $520.00 |

| 04/28/08 | Brief research regarding whether 11 USC 363 (temporary stay in bankruptcy) prevents a city from pursuing condemnation actions against debtor. |

W. R. Grace & Co.

May 13, 2008
Invoice 871699  Page 2

|  |  |  |  |
|---|---|---|---|
| D.B. RUSTIN | 0.30 hrs. | 220.00/hr | $66.00 |

04/28/08  Pull copy of S.C. Code Section for Attorney Sieffert regarding Freedom of Information Act requests/timing and discuss practical timing aspects with Attorney Sieffert.
D.B. RUSTIN    0.40 hrs.    220.00/hr    $88.00

04/29/08  Call with Attorney Carlisle and Attorney Smith (0.1); receipt and review of emails regarding County violation (0.3); calls regarding remedies under the violation sections (0.3); calls with Attorney Stilwell regarding engineering recommendations (0.4); emails to Grace regarding engineering firms and appeal (0.4).
M.P. SIEFFERT    1.50 hrs.    260.00/hr    $390.00

04/29/08  Notes and call from Attorney Sieffert on demolition order and begin work on notice of appeal.
R.S. STILWELL    0.60 hrs.    310.00/hr    $186.00

04/29/08  Confer with Attorneys Smith and Sieffert regarding status of communications with Greenville County (0.1); review memorandum regarding options (0.1); electronic mail memorandum to Attorney Sieffert regarding appeal (0.1).
R.T. CARLISLE    0.30 hrs.    280.00/hr    $84.00

04/29/08  Draft appeal of condemnation letter from City of Greenville.
D.B. RUSTIN    0.40 hrs.    220.00/hr    $88.00

04/30/08  Call with client contacts and follow-up with County on same.
R.S. STILWELL    0.80 hrs.    310.00/hr    $248.00

04/30/08  Follow up calls and emails regarding notice of appeal (0.4); conference call with WR Grace and Attorney Stilwell (0.6).
M.P. SIEFFERT    1.00 hrs.    260.00/hr    $260.00

**Total Fees for Legal Services** .................................................................................. **$3,468.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.S. STILWELL | 2.20 | 310.00 | 682.00 |
| M.P. SIEFFERT | 7.00 | 260.00 | 1,820.00 |
| B.F. HAWKINS, JR. | 0.60 | 320.00 | 192.00 |
| R.T. CARLISLE | 1.90 | 280.00 | 532.00 |
| D.B. RUSTIN | 1.10 | 220.00 | 242.00 |
| TOTAL | 12.80 | $270.94 | $3,468.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

04/23/2008    Telephone 1-901-490-6636    0.55
**Total Charges for Other Services Provided/Expenses Incurred** ....................... **$0.55**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.55 |
| TOTAL | $0.55 |

W. R. Grace & Co.
May 13, 2008
Invoice 871699  Page 3

**Net current billing for this invoice**.................................................................................... **$3,468.55**

**GRAND TOTAL** ........................................................................................................... **$3,468.55**

W. R. Grace & Co.

May 13, 2008
Invoice 871699  Page 4

## **REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 04/30/08

W. R. Grace & Co.
General
Our Matter # 02399/06000

---

| | |
|---|---|
| Fees for Professional Services | $3,468.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.55 |

**Net current billing for this invoice**.................................................................. **$3,468.55**

**GRAND TOTAL** ........................................................................................... **$3,468.55**

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                     May 13, 2008
ATTN: Lydia Duff, Esq.                                         Invoice 872383 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044


Our Matter #           02399/06091                      For Services Through 04/30/08
Name of Matter:        Fee Applications


| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/14/08 | Prepare and draft March 2008 fee application.<br>B. WRIGHT | 1.20 hrs. | 110.00/hr | $132.00 |
| 04/23/08 | Edit and approve fee application for March.<br>B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |
| 04/25/08 | Final review and approval of fee application.<br>B.J. BURN | 0.10 hrs. | 240.00/hr | $24.00 |
| 04/25/08 | Prepare twenty seventh quarterly fee application.<br>B. WRIGHT | 0.60 hrs. | 110.00/hr | $66.00 |
| 04/29/08 | Update chart with filing date for March Fee Application.<br>B. WRIGHT | 0.20 hrs. | 110.00/hr | $22.00 |

**Total Fees for Legal Services** .................................................................... **$292.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.30 | 240.00 | 72.00 |
| B. WRIGHT | 2.00 | 110.00 | 220.00 |
| TOTAL | 2.30 | 126.96 | 292.00 |

**Net current billing for this invoice**............................................................... **$292.00**

**GRAND TOTAL** ........................................................................................... **$292.00**

W. R. Grace & Co.

May 13, 2008
Invoice 872383  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 04/30/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---:|
| Fees for Professional Services | $292.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**.................................................................... | **$292.00** |
| **GRAND TOTAL** ......................................................................................................... | **$292.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701