IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
APRIL 1, 2008 THROUGH APRIL 30, 2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

May 29, 2008
Client/Matter # 01246-011548
Invoice # 123043
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| | | | |
|---|---|---|---|
| 04/14/08 | P. Marks | 0.20 | Coordination re pleadings and preparation for filing. |

Total Hours :   0.20

Total Fees :   $80.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #   123043  
May 29, 2008  
PAGE   2

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 0.30 |
| Travel Expenses | 15.15 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA314031 dated 3/1/08 for online product usage | 10.58 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA317872 dated 4/1/08 for data research services | 10.58 |

Total Disbursements :           $36.61

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.20 | $400.00 | $80.00 |

Total Fees :        $80.00

Total Disbursements :        $36.61

TOTAL DUE :        $116.61

# EXHIBIT B

**(Curtis Bay Works)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
Division Counsel
7500 Grace Drive
Columbia, MD  21044

May 29, 2008
Client/Matter #   01246-010001
Invoice # 123042
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/08 in Connection With:

**Curtis Bay Works**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/05/08 | P. Marks | 2.80 | Review health assessment documents. |
| 04/10/08 | P. Marks | 3.50 | Review and evaluate health risk assessment report. |
| 04/11/08 | P. Marks | 1.50 | Review and evaluate health risk assessment report; telephone conference with P. Bucens re same. |

Total Hours :   7.80

Total Fees :   $3,120.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 123042  
May 29, 2008  
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 7.80 | $400.00 | $3,120.00 |
| | | **Total Fees :** | **$3,120.00** |
| | | **TOTAL DUE :** | **$3,120.00** |

# EXHIBIT C

**(Somerville)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

May 29, 2008  
Client/Matter # 01246-013520  
Invoice # 123044  
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Somerville**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/14/08 | P. Marks | 0.50 | Review and evaluate new pleadings; emails re same. |
| 04/23/08 | P. Marks | 0.70 | Review email correspondence and motion. |
| 04/25/08 | P. Marks | 0.50 | Telephone conference with L. Duff re strategy and next steps; evaluate same. |
| 04/29/08 | P. Marks | 1.50 | Telephone conference re strategy on bankruptcy motion to lift stay; followup tasks. |
| 04/30/08 | P. Marks | 2.00 | Evaluate issues; review documents; conference with S. Albert re case background, overview and tasks; followup re same. |
| 04/30/08 | S. Albert | 0.30 | Conference with P. Marks re introduction to case and assignment. |

Total Hours :   5.50

Total Fees :   $2,158.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  123044
May 29, 2008
PAGE  2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 5.20 | $400.00 | $2,080.00 |
| S. Albert | 0.30 | $260.00 | $78.00 |
| **Total Fees :** | | | $2,158.00 |
| **TOTAL DUE :** | | | $2,158.00 |

# EXHIBIT D

## (Bankruptcy Fee Application)

42529v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 29, 2008
Client/Matter #   01246-012629
Invoice # 123045
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application

Disbursements:

| | |
|---|---|
| Postage | 3.33 |
| Duplicating | 14.20 |

Total Disbursements :   $17.53

TOTAL DUE :   $17.53