# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

TWENTY-EIGHTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JANUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2008 through February 29, 2008 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $19,480.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $74.16 |

This is a:     ___XX___ monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $287.83 | $16,988.75 | $287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | Pending | Pending |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | Pending | Pending |
| | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | Pending | Pending |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $595.00 | 3.00 | $1,785.00 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $400.00 | 34.30 | $13,720.00 |
| Christopher J. McKenzie | Principal; Joined Firm 1992; Member of NJ Bar since 1992; NY Bar 1993; DC Bar 2004. | $450.00 | .30 | $135.00 |
| Michael G. Murphy | Principal; Joined Firm Member of NY and NJ Bars 1998; DC Bar 2006. | $400.00 | 9.60 | $3,840.00 |

Total Fees:        $19,480.00
Total Hours:        $47.20
Blended Rate:        $412.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 47.20 | $19,480.00 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Long Distance Telephone | | $30.83 |
| Postage | | $2.81 |
| Duplicating | | $8.80 |
| LexisNexis Court Link | | $31.72 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

January 1, 2007 through February 29, 2007, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $19,480.00 and actual and necessary expenses

in the amount of $74.16 for a total allowance of $19,554.16, and payment of $15,584.00 (80% of

the allowed fees) and reimbursement of $74.16 (100% of the allowed expenses) be authorized

for a total payment of $15,658.16, and for such other and further relief as this Court may deem

just and proper.

Dated: April  _21_ , 2008                    BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (FUSRAP) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 21 day of April, 2008.

_____
Notary Public
My Commission Expires:   May 27, 2009

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>JANUARY 1, 2008 THROUGH FEBRUARY 29, 2008</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 26, 2008
Client/Matter #  01246-011548
Invoice # 121883
Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                    **SUITE 700**
                                    **1350 I STREET, N.W.**
                                    **WASHINGTON, D.C. 20005-3311**

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/02/08 | P. Marks | 1.00 | Review draft revisions to settlement agreement; communications re same. |
| 01/03/08 | K. Bourdeau | 1.00 | Review e-mails and proposed revisions to draft settlement agreement language re NRD issues, contribution protection; evaluate impact of proposed changes and suggested revisions; prepare e-mail to P. Marks re same. |
| 01/03/08 | P. Marks | 2.70 | Conference with L. Duff at Curtis Bay re DOJ proposals and responses re settlement; coordinate with K. Bourdeau re settlement agreement issues. |
| 01/04/08 | K. Bourdeau | 0.20 | Review e-mail from P. Marks and draft e-mail to J. Freeman re Grace position on suggested changes to the settlement agreement; prepare comments re same. |
| 01/04/08 | P. Marks | 1.00 | Coordinate with K. Bourdeau re settlement agreement; prepare email to J. Freeman re same. |
| 01/07/08 | P. Marks | 1.00 | Evaluate draft text of information re Sledds Point; telephone conference with P. Bucens re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  121883
March 26, 2008
PAGE   2

| 01/08/08 | P. Marks | 0.50 | Prepare response to P. Bucens re draft text; communications re same. |
| 01/09/08 | P. Marks | 0.30 | Check in with J. Freeman re settlement. |
| 01/10/08 | P. Marks | 0.50 | Check settlement status and coordinate with L. Duff re revisions; email to J. Freeman. |
| 01/14/08 | P. Marks | 0.30 | Coordinate with L. Duff via phone and email re settlement. |
| 01/16/08 | P. Marks | 2.50 | Review settlement agreement and evaluate text for accuracy of edits made to reflect discussions over past two weeks. |
| 01/17/08 | P. Marks | 1.00 | Telephone conference with J. Freeman; review and evaluate new comments (NRO related) from DOI. |
| 01/18/08 | K. Bourdeau | 1.00 | Review changes to settlement agreement forwarded by J. Freeman; provide comments to P. Marks re same; conference call with Grace team re same. |
| 01/18/08 | P. Marks | 1.20 | Telephone conference with L. Duff, M. Obradovic and K. Bourdeau re proposed changes to settlement agreement; telephone conference with J. Freeman re same. |
| 01/21/08 | K. Bourdeau | 0.50 | Review changes made to settlement agreement by J. Freeman; e-mail communications with P. Marks re comments on same. |
| 01/21/08 | P. Marks | 0.70 | Coordinate with L. Duff and K. Bourdeau re settlement; review draft. |
| 01/22/08 | P. Marks | 2.30 | Telephone conference with team re planning for meeting with Corps, settlement issues and remediation issues; review latest draft settlement agreement. |
| 01/25/08 | P. Marks | 1.00 | Review technical team  meeting notes; evaluate same and review settlement agreement provisions; coordinate with team re same. |
| 01/28/08 | P. Marks | 1.00 | Telephone conference with team re USACE preparation of RWDA and concerns about Bldg. 23 progress. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  121883
March 26, 2008
PAGE  3

| 01/29/08 | P. Marks | 0.80 | Telephone conference with L. Duff and M. Obradovic re Bldg. 23 issues and J. Freeman new request for changes to settlement agreement; review same and attempt to reach  J. Freeman. |
| 01/30/08 | P. Marks | 1.00 | Review FS related correspondence; telephone conference with J. Freeman re settlement agreement; brief client re same. |
| 02/01/08 | P. Marks | 0.20 | Attempts to reach J. Freeman; prepare for same. |
| 02/04/08 | P. Marks | 1.00 | Telephone conference with J. Freeman re settlement agreement text and process; edit same; prepare email to client re same. |
| 02/05/08 | K. Bourdeau | 0.30 | E-mail exchange with P. Marks re final changes to consent agreement requested by DOJ. |
| 02/05/08 | P. Marks | 0.30 | Prepare email to J. Freeman. |
| 02/06/08 | P. Marks | 0.20 | Review prior cost estimates and coordinate with L. Duff re same. |
| 02/10/08 | P. Marks | 1.50 | Evaluate PRAP draft and comments; prepare edits and email re same. |
| 02/11/08 | P. Marks | 0.80 | Prepare and send draft PRAP comments; check on settlement agreement status. |
| 02/12/08 | P. Marks | 1.00 | Telephone conference with P. Bucens re PRAP; coordinate with L. Duff re strategy; email correspondence with J. Freeman. |
| 02/15/08 | P. Marks | 1.00 | Check status; telephone conference with J. Freeman re same; prepare email to team re same. |
| 02/20/08 | P. Marks | 0.50 | Prepare audit letter materials. |
| 02/25/08 | P. Marks | 0.10 | Inquiry to J. Freeman. |
| 02/28/08 | P. Marks | 0.20 | Email correspondence exchanges re status of settlement agreement approvals. |

Total Hours :          28.60

Total Fees :        $12,025.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  121883
March 26, 2008
PAGE  4

**Disbursements:**

| | |
|---|---:|
| Postage | 1.23 |
| Long Distance Telephone | 30.83 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK - Inv EA302881 dated 12/1/07 for online product usage in November 2007 | 10.58 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA306489 for online product usage in December 2007 | 10.57 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA310198 dated 2/1/08 for online product usage in January | 10.57 |

**Total Disbursements :**                    **$63.78**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 3.00 | $595.00 | $1,785.00 |
| P. Marks | 25.60 | $400.00 | $10,240.00 |

**Total Fees :**                    **$12,025.00**

**Total Disbursements :**                    **$63.78**

**TOTAL DUE :**                    **$12,088.78**

# EXHIBIT B

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    March 26, 2008
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 121884
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

02/25/08    P. Marks            0.50    Address billing inquiries.


                              **Total Hours :**         0.50

                               **Total Fees :**      $200.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  121884
March 26, 2008
PAGE   2

## Disbursements:

| | |
|---|---|
| Postage | 1.58 |
| Duplicating | 8.80 |

**Total Disbursements :**                $10.38

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $400.00 | $200.00 |

**Total Fees :**                $200.00

**Total Disbursements :**                $10.38

**TOTAL DUE :**                $210.38

# EXHIBIT C

## (Curtis Bay Works)

2

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    March 31, 2008
Attn: Lydia Duff, Esq.                               Client/Matter #  01246-010001
Division Counsel                                     Invoice # 122077
7500 Grace Drive                                     Federal ID# 52-1247549
Columbia, MD  21044

For Legal Services Rendered Through 02/29/08 in Connection With:


**Curtis Bay Works**


02/29/08     P. Marks                0.50        Telephone conference with P. Bucens re report
                                                 scope strategy and review; evaluate same.



                              Total Hours :              0.50

                              Total Fees :            $200.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $400.00 | $200.00 |

| | | | |
|---|---|---|---|
| | **Total Fees :** | | **$200.00** |
| | **TOTAL DUE :** | | **$200.00** |

# EXHIBIT D

## (Somerville)

41455v1  Baltimore 012629

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 26, 2008
Client/Matter #  01246-013520
Invoice # 121885
Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

**Somerville**

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/11/08 | C. McKenzie | 0.30 | Conference with M. Murphy re strategy for defense of motion to file third-party complaint. |
| 02/11/08 | M. Murphy | 0.30 | Telephone conference with P. Marks and C. McKenzie. |
| 02/11/08 | P. Marks | 0.30 | Strategy call with M. Murphy re bankruptcy letter. |
| 02/12/08 | M. Murphy | 0.30 | Review e-mail exchanges re letter re Main Realty motion; telephone conference with P. Marks re same. |
| 02/12/08 | P. Marks | 0.20 | Telephone conference with M. Murphy re draft letter; telephone conference with L. Duff re same. |
| 02/13/08 | M. Murphy | 1.50 | Communications with W.R. Grace and Bankruptcy counsel re response to Mian Realty; revise and finalize letter to Mian Realty counsel re Motion to File Third Party Complaint. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  121885
March 26, 2008
PAGE   2

| 02/13/08 | P. Marks | 0.70 | Prepare for and conduct telephone conference with Grace (L. Duff, M. Obradovic and E. Eller) and Bankruptcy counsel (J. Baer) and M. Murphy re strategy for Mian third party complaint; followup tasks re same. |
| 02/14/08 | P. Marks | 0.50 | Prepare Mian letter. |
| 02/15/08 | P. Marks | 0.50 | Prepare Mian letter. |
| 02/19/08 | M. Murphy | 2.70 | Review Mian Realty response to W.R. Grade letter; telephone conference with bankruptcy counsel re same; research issues raised in letter. |
| 02/19/08 | P. Marks | 1.50 | Review and evaluate Mian counsel response letter; prepare reply; client communications re same; coordinate with M. Murhpy re same. |
| 02/20/08 | M. Murphy | 3.00 | Prepare reply to Mian counsel letter re Third Party Complaint; telephone conferences with P. marks re same; conduct research re same. |
| 02/20/08 | P. Marks | 2.50 | Prepare Mian response letter; telephone conference with M. Murphy and J. Baer re same; telephone conference with L. Duff re same. |
| 02/21/08 | M. Murphy | 1.30 | Finalize response letter to Mian Realty counsel; telephone conference with P. Marks; forward Mian Realty reply; e-mail exchanges re same. |
| 02/21/08 | P. Marks | 1.00 | Coordinate with M. Murphy re sending Mian response; review followup response from Mian counsel; communications with M. Murphy and L. Duff re same. |
| 02/26/08 | M. Murphy | 0.50 | Review Mian motion withdrawal letter. |
| 02/26/08 | P. Marks | 0.50 | Review Mian motion withdrawal letter; email exchanges with client team re same. |

Total Hours :        17.60

Total Fees :      $7,055.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. McKenzie | 0.30 | $450.00 | $135.00 |
| M. Murphy | 9.60 | $400.00 | $3,840.00 |
| P. Marks | 7.70 | $400.00 | $3,080.00 |

|  |  |
|---|---|
| **Total Fees :** | **$7,055.00** |
| **TOTAL DUE :** | **$7,055.00** |